# EXHIBIT A



Portfolio Media. Inc. | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# SEC Sues Trader Who Teased 'F—YOUDOJ' License Plate

By **Melissa Angell**

Law360 (March 22, 2021, 10:56 PM EDT) -- The U.S. Securities and Exchange Commission sued investor and former government informant Guy Gentile on Monday, alleging the man who once flirted with changing his license plate to "F—YOUDOJ" had intentionally designed securities day trading platform SureTrader to illegally circumvent trading regulations.

The SEC accuses Gentile of designing the broker-dealer to help day traders in the U.S. bypass the rules laid out by the Financial Industry Regulatory Authority that regulate pattern day trading.

"SureTrader did not require customers to meet any of the requirements set forth in the U.S. Pattern Day Trader Rules," the complaint says.

Some of the rules pattern day traders must abide by include maintaining a minimum amount of $25,000 of equity in their account on the days that they day trade and staying within the parameters of their "day-trading buying power."

But the SEC argues that SureTrader did not implement any of the restrictions meant to protect day traders and allowed its customers to day trade with as little as $500 in their accounts, according to the complaint.

Gentile and the government have tussled in the courtroom a number of times in the past.

The SEC charged Gentile in 2016 **over his alleged involvement** in perpetrating two different penny stock manipulation schemes. But Gentile ultimately prevailed and the agency announced in a statement last November that it would not be amending its complaint against him.

Adam Ford, an attorney representing Gentile, told Law360 on Monday that the SEC's latest complaint against Gentile "is an embarrassment for what was once a reputable government agency."

"We expect to get these bogus allegations promptly dismissed, as we have with the prior three complaints the agency filed against him," Ford added.

Gentile has rumbled with other regulators in the past as well.

Since 2017, Gentile has been seeking to organize a company called Mint Bank International LLC as an international financial entity under the laws of Puerto Rico, according to the complaint. Gentile filed a permit application to Puerto Rico's Office of the Commissioner of Financial Institutions, but the application was denied.

Though Mint Bank and Gentile appealed the decision, the OCIF issued a final order denying the application, which was based in part on Gentile's past statements during a news interview that referenced federal authorities. Some of those statements included "I'm going to make my license plate F—YOUDOJ", according to the complaint.

This time around, the SEC argues that both SureTrader and Gentile avoided certain regulatory obligations for broker-dealers such as submitting to regulatory inspections, maintaining records and

following financial responsibility rules.

"While SureTrader worked to help U.S. customers circumvent the rules, SureTrader itself was failing to comply with the mandatory broker-dealer registration requirements of the U.S. securities laws — namely, the federal securities laws that prohibit unregistered foreign broker dealers from soliciting U.S. customers," the complaint says.

The SEC further argues that Gentile took measures to conceal SureTrader's solicitations of U.S. customers. For example, the SEC details that SureTrader's website laid out that it would only open trading accounts for those outside the U.S., but the SEC says that assertion is "bogus" and insists that the platform routinely accepted U.S. customers.

SureTrader even required American customers to sign "Unsolicited Acknowledgement Agreements," according to the complaint. The website also purportedly added a pop-up window displaying a message that the website is not intended to solicit U.S. residents and that those who did enter the site certified that they had not been solicited.

"The pop-up window was nothing but window dressing," the complaint says. "It did not restrict or prevent U.S. customers from opening accounts at SureTrader."

The agency alleges that SureTrader created two shell companies with the specific purpose of hiding the movement of U.S.-based customer funds to SureTrader as well.

The SEC accuses Gentile of violating the Exchange Act and seeks a permanent injunction against him from violating federal securities laws.

Representatives for the SEC did not immediately respond to Law360's request for comment on Monday.

The SEC is represented in-house by Amie Riggle Berlin.

Gentile is represented by Adam C. Ford and Matthew A. Ford of Ford O'Brien LLP.

The case is Securities and Exchange Commission v. MintBroker International, LTD., f/k/a Swiss America Securities LTD. and d/b/a SureTrader et al., case number 1:21-cv-21079, in the U.S. District Court for the Southern District of Florida.

--Editing by Emily Kokoll.

All Content © 2003-2021, Portfolio Media, Inc.