# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## DECLARATION OF TY LARKIN

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1. My name is Thiry (Ty) Larkin and I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I own and operate APEX Surveillance and Investigations ("ASI"), a private investigative firm located in St. Petersburg, Florida.

3. ASI is fully licensed by the Florida Department of Agriculture and Consumer Services, Division of Licensing.

4. On April 5, 2021, ASI was engaged by the Securities and Exchange Commission to assist in effectuating service of process of the Complaint in this case on the Defendants.

5. On April 10, 2021, I conducted extensive research and investigation to locate potential addresses for Defendant Gentile.

6. In conjunction with the information contained in the Summons and provided by the SEC, I determined that Gentile was likely located in Puerto Rico.

7. On April 16, 2021, I hired a process server located in Puerto Rico, CIG, LLC ("CIG"), for assistance to confirm residency of Gentile and serve Defendants.

8. Between my research and CIG's, we determined to proceed with service of process at 105 Ave. De Diego, Apt. S-2202, San Juan, PR 00911.

9. Multiple attempts were made by CIG to serve on Gentile. The first attempt on April 23, 2021, started at 105 Ave. De Diego, Apt. S-2202, San Juan, PR 00911, but then the process server learned that the correct address was for the condominium building next door at 103 Ave. De Diego, and attempted there instead; two subsequent attempts were made at 103 Ave. De Diego, Apt. S-2202 on April 30, 2021, and May 7, 2021.

10. Because these attempts to serve Defendants were unsuccessful, CIG suspended further attempts pending additional research and investigation to determine alternate addresses.

11. I performed further research and investigative methods to locate Gentile including, but not limited to, searching public records, social media, various databases, the internet, and motor vehicle records.

12. Additionally, I have also been investigating and researching whether Gentile may be located in the Bahamas, New York, or Miami, but I have not uncovered information that places him in those locations as of the date of this Declaration.

13. Additional attempts were also made by CIG to serve Gentile at a secondary address.

14. I am continuing to research and investigate additional information to locate Gentile for service of process on Defendants.

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.



Executed on this 18th day of June 2021.

*Thiry "Ty" Larkin*
THIRY "TY" LARKIN