UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21079-BLOOM/Otazo-Reyes**

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.
and GUY GENTILE,

    Defendants.

_____/

**ORDER ON MOTION FOR EXTENSION OF TIME
TO EFFECTUATE SERVICE OF PROCESS**

**THIS CAUSE** is before the Court upon Plaintiff's Motion for a 90-Day Extension of Time to Effectuate Service of Process on Defendants. ECF No. [6] ("Motion"). Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants **within 90 days** after the filing of the complaint. Plaintiff filed this case on March 22, 2021, *see* ECF No. [1], generating a June 21, 2021, service deadline. In the Motion, Plaintiff asserts that it has not yet been able to serve the Defendants following numerous attempts at two locations, and therefore requests an extension until September 20, 2021. Upon review, Plaintiff has demonstrated good cause for the requested extension.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion, **ECF No. [6]**, is **GRANTED**.

2. Plaintiff shall serve Defendants **no later than September 20, 2021**.

3. Within **seven (7) days** of perfecting service upon Defendants, Plaintiff shall file proof of such service with the Court.

Case No. 21-cv-21079-BLOOM/Otazo-Reyes

4. Failure to effectuate service of a summons and the complaint on any Defendant by the stated deadline will result in dismissal as to Defendant without prejudice and without further notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 21, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record