# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

v.

**MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,**

    Defendants.
_____/

## DECLARATION OF ALICE SUM

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1. My name is Alice Sum and I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am employed with the Securities and Exchange Commission as Trial Counsel and am counsel of record in this case.

3. On March 31, 2021, counsel for the Commission emailed Adam Ford, Esq. to inquire whether Gentile would accept service of the Complaint on behalf of himself and SureTrader.

4. Ford did not respond to the March 31, 2021, request.

5. On April 5, 2021, the Commission engaged APEX Surveillance and Investigations, a private investigative firm located in St. Petersburg, Florida for assistance in serving Gentile and SureTrader with process.

6. On May 19, 2021, counsel for the Commission again emailed Ford to inquire whether he was authorized to accept service of the Complaint for Gentile and SureTrader and provided a Notice of Lawsuit and Waiver of Summons forms for Gentile and SureTrader.

7. On May 20, 2021, Adam Ford, Esq. responded by email and stated, "I am not authorized to accept service."

8. On May 28, 2021, the Commission directly sent Gentile and SureTrader Notices of Lawsuit and Waiver of Summons forms via UPS.

9. On June 1, 2021, the Commission received notification from UPS that the packages to Gentile and SureTrader were delivered.

10. As of the date of this Motion, Gentile and SureTrader have not returned the Waiver of Summons forms to Commission counsel.

11. Because service of process could not be effectuated on Gentile individually and as director and CEO of SureTrader, the Commission began the process of serving SureTrader through the Hague Convention through the Bahamas Central Authority.

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith. Executed on this 20th day of September 2021.

*Alice Sum*
ALICE SUM