# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## DECLARATION OF TY LARKIN

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1. My name is Thiry (Ty) Larkin and I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I own and operate APEX Surveillance and Investigations ("ASI"), a private investigative firm located in St. Petersburg, Florida, and I have over 20 years of experience as an investigator.

3. ASI is fully licensed by the Florida Department of Agriculture and Consumer Services, Division of Licensing (License No. A2400069).

4. On April 5, 2021, ASI was engaged by the Securities and Exchange Commission to assist in effectuating service of process of the Complaint in this case on the Defendants.

5. On April 10, 2021, I conducted extensive research and investigation to locate potential addresses for Defendant Gentile.

6. In conjunction with the information contained in the Summons and provided by the SEC, I determined that Gentile was likely located in Puerto Rico.

7. On April 16, 2021, I hired a process server located in Puerto Rico, CIG, LLC ("CIG"), for assistance to confirm residency of Gentile and serve Defendants.

8. Between my research and CIG's, we determined to proceed with service of process at the Condominium Gallery Plaza, 105 Ave. De Diego, Apt. S-2202, San Juan, PR 00911.

9. Multiple attempts were made by CIG to serve on Gentile. The first attempt on April 23, 2021, started at 105 Ave. De Diego, Apt. S-2202, San Juan, PR 00911, but then the process server learned that the correct address was for the condominium building next door at 103 Ave. De Diego. Additional unsuccessful attempts were made at 103 Ave. De Diego.

10. Because CIG was unable to serve Gentile at this address, more research and investigation was performed, including but not limited to, searching public records, social media, various databases, the internet, and motor vehicle records.

11. Through my research and investigation, I determined that Gentile is in a relationship (possibly married) to Agatha Gonzalez Diaz a/k/a Agatha Gonzalez Diaz, Agatha Gonzalez Piferrer, Agatha Louisette ("Diaz"), and has two children with her. Among other information, I located a webpage titled "Agatha Gonzalez & Guy Gentile's Baby Registry" and social media posts by Gentile reflecting their relationship.

12. I, along with CIG, determined that Gentile, as well as Diaz, may be located at a secondary address, Condominium San Geronimo, 860 Ashford Ave., Apt. 9B, San Juan PR ("Secondary Address").

13. Additional unsuccessful attempts were also made by CIG to serve Gentile at the Secondary Address and again at the 103 Ave. de Diego address.

14. Diaz sells clothing on https://poshmark.com/, and I purchased an item of clothing from her in early July 2021. On July 9, 2021, Diaz mailed the item to me and the return address of "103 Ave de Diego Apt 2202, South Tower Gallery Plaza, San Juan PR 00911-3524" appeared on the address label.

15. Additionally, I have also been investigating and researching whether Gentile may be located in the Bahamas, New York, or Miami, but I have not uncovered information that places him in those locations as of the date of this Declaration.

16. Gentile's office in the Bahamas, Suite # 17, Elizabeth on Bay Plaza, Elizabeth Ave. & Bay Street, Nassau, Bahamas is no longer occupied by any of his companies, and the office is vacant and listed for rent as of the date of this Declaration.

17. Gentile no longer owns/operates his sushi bar named Sur Club in the Bahamas, and the business is permanently closed.

18. No current real property records for Gentile were found in the continental United States.

19. A search of Puerto Rico real property records reflects that Gentile owns the property at 103 Ave. De Diego, South Tower Gallery Plaza, Apt. 2202, San Juan 00911-3524.

20. A search of department of motor vehicle records in the continental U.S. reflected one vehicle for Gentile individually, a 2014 Mercedes (with a July 2022 expiration date) with an address in West Palm Beach where he no longer resides. There were no current vehicle sightings for the Mercedes. A 2013 White Fiat 500 Sport Turbo that was previously registered to Gentile in Florida is now registered in Puerto Rico with ownership to Diaz, and Gentile has a driver's permit to drive the Fiat.

21. A search of Florida Driver's license records does not reflect any current U.S. driver's license for Gentile.

22. A search of U.S. corporate records does not reflect any current business entities operated/associated with Gentile.

23. A search of U.S. regulatory agencies for professional or occupational licenses did not yield any active licenses.

24. A search of the Securities Commission of the Bahamas records shows that Swiss America Securities, Ltd. is an active registrant as of July 31, 2021, is located at Suite #17, Elizabeth on Bay Plaza, Elizabeth Ave. & Bay Street, Nassau, Bahamas, and Gentile is listed as the contact person.

25. A search of the Bahamas corporate records shows MintBroker International, Ltd. as an active company, and its designated agent and registered office address is Michael C. Miller, P.O. Box EE-17971, Nassau, Bahamas.

26. After a due diligence search and inquiry of the best of my knowledge utilizing the methods described above, the only two addresses I have identified where Gentile may be located are the 103 Ave. de Diego address and the Secondary Address.

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith. Executed on this 17th day of September, 2021.

*Thiry "Ty" Larkin*
THIRY "TY" LARKIN