# EXHIBIT D

## AFFIDAVIT OF NON-SERVICE

| Case:<br>1:21-cv-21079-BB | Court:<br>United States District Court for the Southern District of Florida | County:<br>FL | Job:<br>6046473 (Arlin Molina) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>SECURITIES AND EXCHANGE COMMISSION | | **Defendant / Respondent:**<br>MINTBROKER INTERNATIONAL, LTD., F/K/A SWISS AMERICA SECURITIES LTD. AND D/B/A SURETRADER, AND GUY GENTILE A/K/A GUY GENTILE NEGRO | |
| **Received by:**<br>CIG, LLC | | **For:**<br>Apex Surveillance & Investigations Inc. | |
| **To be served upon:**<br>Guy Gentile | | | |

I, Arlin Molina, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

| Recipient Name / Address: | Guy Gentile, Home: Condominium Gallery Plaza 103 Ave. De Diego, Apt. S-2202, San Juan, PR 00911 and Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR |
|---|---|
| Manner of Service: | Unsuccessful Attempt |
| Documents: | SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF;<br>(Received Apr 16, 2021 at 4:05pm ) |

**Additional Comments:**
1) Unsuccessful Attempt: Apr 23, 2021, 9:52 am at Home: 103 Ave. De Diego Apt. S-2202, San Juan, PR 00911

The process server (PS) went to 103 Ave. De Diego, Apt. S-2202, San Juan, PR 00911 in order to serve Gentile. Once in location, the PS realized that it was a private condominium called Gallery Plaza and that the address should have been 103 Ave. De Diego, which is the condominium building next door. The condominium building is well guarded with much security. The PS gained access to the building and went to the elevators. Once inside, the PS saw that the elevator only went to the 5th floor which is an office floor, garage, and basement. The PS returned to the lobby where the PS found a sign that indicated where other elevators are located. These elevators give access to Gallery Plaza Residences. On her way to the elevators, the PS could not get through because there is a locked door. The door has no intercom to ask for access to the residences. There was no security guard at this door. The PS waited outside the door for a few minutes to see if somebody came out and the PS could gain access to the residences, but nobody did. Without further information, the PS filled out the report and left the area afterwards.

2) Unsuccessful Attempt: Jul 27, 2021, 3:00 pm at San Juan Municipal Police, San Juan, PR

The Process Server (PS) went to the Municipal Police of San Juan and requested cooperation for the service of the process on Guy Gentile and Mintbroker. The PS showed the document to the police officers. The police officers indicated to the PS that they cannot help her with the service of process and are not allowed to intervene. The PS departed and the service of the process could not be executed.

3) Unsuccessful Attempt: Jul 28, 2021, 1:30 pm at San Juan State Police, San Juan, PR

The Process Server (PS) went to the State Police of San Juan to request cooperation for the service of process on Guy Gentile and Mintbroker. The PS showed the document to the police officers. The police officers of San Juan State Police indicated to the PS that they cannot help her with the service of process and are not allowed to intervene. The PS departed and the service of the process could not be executed.

4) Unsuccessful Attempt: Jul 29, 2021, 11:30 am -04 at Tourist State Police of San Juan, San Juan, PR

The Process Server (PS) went to the Tourist State Police of San Juan and requested cooperation for the service of process on Guy Gentile and Mintbroker. The PS showed the document to the Tourist State Police of San Juan. The Tourist State Police of San Juan indicated to the PS that they are not going to intervene. The PS departed and the service of the process could not be executed.

5) Unsuccessful Attempt: Jul 30, 2021, 9:26 am -04 at Municipal Tourist Police of San Juan, San Juan, PR

The Process Server (PS) went to the Municipal Tourist Police of San Juan and requested cooperation for the service of the process on Guy Gentile and Mintbroker. The PS showed the document to the Municipal Tourist Police of San Juan. They indicated to the PS that they cannot help her with the service of process and are not allowed to intervene. The PS departed and the service of the process could not be executed.

---

Arlin Molina        Date          9-10-21

CIG, LLC
PMB 706 P. O. Box 6017
Carolina, PR 00984-6017

Affidavit #: 13,528
Subscribed and sworn to before me by the affiant who is personally known to me. *In Carolina, Puerto Rico*

Notary Public — *Belinda Rodriguez Nieves*
Puerto Rico Notary Public #10,109
Comm. Permanent
September 10, 2021          No Expiration

Date                          Commission Expires

## AFFIDAVIT OF NON-SERVICE

| Case:<br>1:21-cv-21079-BB | Court:<br>United States District Court for the Southern District of Florida | County:<br>FL | Job:<br>6046473 (Arlin Molina) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>SECURITIES AND EXCHANGE COMMISSION | | **Defendant / Respondent:**<br>MINTBROKER INTERNATIONAL, LTD., F/K/A SWISS AMERICA SECURITIES LTD. AND D/B/A SURETRADER, AND GUY GENTILE A/K/A GUY GENTILE NEGRO | |
| **Received by:**<br>CIG, LLC | | **For:**<br>Apex Surveillance & Investigations Inc. | |
| **To be served upon:**<br>Mintbroker International, LTD c/o Guy Gentile | | | |

I, Arlin Molina, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | Mintbroker International, LTD c/o Guy Gentile, Home: Condominium Gallery Plaza 103 Ave. De Diego, Apt. S-2202, San Juan, PR 00911 and Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR |
|---|---|
| Manner of Service: | Unsuccessful Attempt |
| Documents: | SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF; (Received Apr 16, 2021 at 4:05pm) |

**Additional Comments:**

1) Unsuccessful Attempt: Apr 23, 2021, 9:52 am at Home: 103 Ave. De Diego Apt. S-2202, San Juan, PR 00911

The process server (PS) went to 105 Ave. De Diego, Apt. S-2202, San Juan, PR 00911 in order to serve Gentile. Once in location, the PS realized that it was a private condominium called Gallery Plaza and that the address should have been 103 Ave. De Diego, which is the condominium building next door. The condominium building is well guarded with much security. The PS gained access to the building and went to the elevators. Once inside, the PS saw that the elevator only went to the 5th floor which is an office floor, garage, and basement. The PS returned to the lobby where the PS found a sign that indicated where other elevators are located. These elevators give access to Gallery Plaza Residences. On her way to the elevators, the PS could not get through because there is a locked door. The door has no intercom to ask for access to the residences. There was no security guard at this door. The PS waited outside the door for a few minutes to see if somebody came out and the PS could gain access to the residences, but nobody did. Without further information, the PS filled out the report and left the area afterwards.

2) Unsuccessful Attempt: Jul 27, 2021, 3:00 pm at San Juan Municipal Police, San Juan, PR

The Process Server (PS) went to the Municipal Police of San Juan and requested cooperation for the service of the process on Guy Gentile and Mintbroker. The PS showed the document to the police officers. The police officers indicated to the PS that they cannot help her with the service of process and are not allowed to intervene. The PS departed and the service of the process could not be executed.

3) Unsuccessful Attempt: Jul 28, 2021, 1:30 pm at San Juan State Police, San Juan, PR

The Process Server (PS) went to the State Police of San Juan to request cooperation for the service of process on Guy Gentile and Mintbroker. The PS showed the document to the police officers. The police officers of San Juan State Police indicated to the PS that they cannot help her with the service of process and are not allowed to intervene. The PS departed and the service of the process could not be executed.

4) Unsuccessful Attempt: Jul 29, 2021, 11:30 am -04 at Tourist State Police of San Juan, San Juan, PR

The Process Server (PS) went to the Tourist State Police of San Juan and requested cooperation for the service of process on Guy Gentile and Mintbroker. The PS showed the document to the Tourist State Police of San Juan. The Tourist State Police of San Juan indicated to the PS that they are not going to intervene. The PS departed and the service of the process could not be executed.

5) Unsuccessful Attempt: Jul 30, 2021, 9:26 am -04 at Municipal Tourist Police of San Juan, San Juan, PR

The Process Server (PS) went to the Municipal Tourist Police of San Juan and requested cooperation for the service of the process on Guy Gentile and Mintbroker. The PS showed the document to the Municipal Tourist Police of San Juan. They indicated to the PS that they cannot help her with the service of process and are not allowed to intervene. The PS departed and the service of the process could not be executed.

_____  9-10-2021
Arlin Molina               Date

CIG, LLC
PMB 706 P. O. Box 6017
Carolina, PR 00984-6017

Aff # 13,529
Subscribed and sworn to before me by the affiant who is personally known to me. _La Cardano, Puerto Rico_

_____
Notary Public   Puerto Rico Notary Public
                # 10,109
September 10, 2021   Comm. Permanent
Date   Commission Expires   No Expiration