# EXHIBIT E

# AFFIDAVIT OF NON-SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 1:21-cv-21079-BB | United States District Court for the Southern District of Florida | FL | 6046473 (Jesinette Breton GG) |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | MINTBROKER INTERNATIONAL, LTD., F/K/A SWISS AMERICA SECURITIES LTD. AND D/B/A SURETRADER, AND GUY GENTILE A/K/A GUY GENTILE NIGRO |

| Received by: | For: |
|---|---|
| CIG, LLC | Apex Surveillance & Investigations Inc. |

| To be served upon: |
|---|
| Guy Gentile |

I, Jesinette Breton, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | Guy Gentile, Home: Condominium Gallery Plaza 103 Ave. De Diego, Apt. S-2202, San Juan, PR 00911 and Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR |
|---|---|
| Manner of Service: | Unsuccessful Attempt |
| Documents: | SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF; (Received Apr 16, 2021 at 4:05pm ) |

**Additional Comments:**

1) Unsuccessful Attempt: Apr 30, 2021, 7:30 am -04 at Home: 103 Ave. De Diego Apt. S-2202, San Juan, PR 00911

The PS went to 103 Ave. De Diego, Apt. S-2202, San Juan, PR 00911 in order to serve Gentile. Once in location, the PS canvassed the area, but the PS did not see Gentile. The PS confirmed it is a very exclusive place and entrance is not allowed unless you are a resident or have authorization of the resident. (According to Horizontal Property Regulation in Puerto Rico, no visitor is allowed to enter unless there is a special permit or the resident authorizes him/her. In condominiums, regulations are stricter and the

entrance can be prohibited, even though the person has a legal document to deliver.) The PS searched in the lobby, but there was no sign of Gentile. The PS searched in the Starbucks area but there was no sign of Gentile. The PS entered Starbucks and there was no presence of Gentile. There were only two ladies having breakfast at the tables in front of the Starbucks store. No security guard was in the area, and the PS could not gain access to the apartments since there is a door that separates the lobby from the elevators. In order to enter the elevator, any person needs a magnetic key to access the elevator. Without further information, the PS filled out the report and left the area afterward.

2) Unsuccessful Attempt: May 7, 2021, 7:20 am -04 at Home: 103 Ave. De Diego Apt. S-2202, San Juan, PR 00911

The PS went to 103 Ave. De Diego, Apt. S-2202, San Juan, PR 00911 to serve Gentile. Once in location, the PS canvassed the area and found another entrance to the apartments, which was closed and had an intercom and a sensor to slide a magnetic card key. The PS pressed the intercom but it went blank and nobody talked back to the PS. Then, the PS went to the fifth floor where the gym and spa are located. At the time, the spa was closed and the gym was opened so the PS proceeded to go to the gym. Once in the gym, the PS canvassed the area but did not see Gentile. Then, the PS returned to the lobby where the PS attempted to gain access to the apartments' elevators but again the door was locked, so the PS sat in front of Starbucks to see if the PS could spot Gentile, but during all the time that the PS stood outside the Starbucks, there was no activity of Gentile. Gentile did not show up in the area. Before leaving, the PS canvassed the area for a security guard but there was no security guard in the area. The PS waited a few minutes outside the door to see if anybody came out and in that way gain access to the building, however, nobody came out. Without further information, the PS filled out the report and left the area afterward.

3) Unsuccessful Attempt: Aug 14, 2021, 10:00 am at Home: Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR

The Process Server (PS) arrived to Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR. The PS asked for access to 9B to see Guy Gentile. The security guard denied the access to the PS. The PS left the area because she could not access the place.

4) Unsuccessful Attempt: Aug 15, 2021, 10:00 am at Home: 103 Ave. De Diego Apt. S-2202, San Juan, PR 00911

The Process Server (PS) arrived at 103 Ave. De Diego Apt. S-2202, San Juan, PR 00911. The PS was received by the security guards named Kevin Melendez and Shakira. The PS asked for Guy Gentile. Melendez told the PS that Mr. Guy Gentile has the apartment rented to a family. The PS left the area after being denied access.

5) Unsuccessful Attempt: Aug 16, 2021, 9:00 am -04 at Home: Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR

The Process Server (PS) arrived to Condominium Geronimo and interviewed the Administrator named Vivian. She asked about Mr. Guy Gentile and his wife/girlfriend Agatha Diaz, but Vivian said she cannot give access to the PS because she could lose her job. The security guard told the PS that the apartment belonged to a man called Carlos and he died and the apartment owner is the nephew of Carlos. The security guard said that Mr. Guy Gentile rents the apartment. The PS left the area after access was denied by the administration.

6) Unsuccessful Attempt: Aug 16, 2021, 1:34 pm at Home: Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR

The Process Server (PS) arrived to Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR. The PS saw Agatha Gonzalez Piferrer Diaz entering the condominium. The PS parked her vehicle and walked towards the condominium. A Police Officer stopped the Process Server. The PS showed the Police Officer the court documents and explained she was there because of a service of the process she needed to execute. The Police Officer indicated she needed to move because it was not allowed to park in the area. The Police Officer also indicated he could not help the PS, and the PS would risk receiving a ticket and the removal of the vehicle. Because Agatha Diaz had already entered the building and security would not provide access, service could not be executed.

_____  September 16, 2021
Jesinette Breton           Date

CIG, LLC
PMB 706 P. O. Box 6017
Carolina, PR 00984-6017

Aff. 13,545

Subscribed and sworn to before me by the affiant who is personally known to me in Carolina, Puerto Rico

_____
Notary Public

Belinda Rodriguez Nieves
Puerto Rico
Notary Public
# 10,109

September 16, 2021
Date            Commission Expires

Comm. Permanent
No Expiration

Sello
RECIBO
4U21-03173094
9397
08/06/2021
$5.00
Sello de Asistencia Legal
80069-2021-0806-50873251

# AFFIDAVIT OF NON-SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 1:21-cv-21079-BB | United States District Court for the Southern District of Florida | FL | 6046473 (Jesinette Breton MB) |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | MINTBROKER INTERNATIONAL, LTD., F/K/A SWISS AMERICA SECURITIES LTD. AND D/B/A SURETRADER, AND GUY GENTILE A/K/A GUY GENTILE NIGRO |

| Received by: | For: |
|---|---|
| CIG, LLC | Apex Surveillance & Investigations Inc. |

**To be served upon:**
Mintbroker International, Ltd. c/o Guy Gentile

I, Jesinette Breton, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | Mintbroker International, Ltd. c/o Guy Gentile, Home: Condominium Gallery Plaza 103 Ave. De Diego, Apt. S-2202, San Juan, PR 00911 and Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR |
|---|---|
| Manner of Service: | Unsuccessful Attempt |
| Documents: | SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF; (Received Apr 16, 2021 at 4:05pm) |

**Additional Comments:**

1) Unsuccessful Attempt: Apr 30, 2021, 7:30 am -04 at Home: 103 Ave. De Diego Apt. S-2202, San Juan, PR 00911

The PS went to 103 Ave. De Diego, Apt. S-2202, San Juan, PR 00911 in order to serve Gentile. Once in location, the PS canvassed the area, but the PS did not see Gentile. The PS confirmed it is a very exclusive place and entrance is not allowed unless you are a resident or have authorization of the resident. (According to Horizontal Property Regulation in Puerto Rico, no visitor is allowed to enter unless there is a special permit or the resident authorizes him/her. In condominiums, regulations are stricter and the

entrance can be prohibited, even though the person has a legal document to deliver.) The PS searched in the lobby, but there was no sign of Gentile. The PS searched in the Starbucks area but there was no sign of Gentile. The PS entered Starbucks and there was no presence of Gentile. There were only two ladies having breakfast at the tables in front of the Starbucks store. No security guard was in the area, and the PS could not gain access to the apartments since there is a door that separates the lobby from the elevators. In order to enter the elevator, any person needs a magnetic key to access the elevator. Without further information, the PS filled out the report and left the area afterward.

2) Unsuccessful Attempt: May 7, 2021, 7:20 am -04 at Home: 103 Ave. De Diego Apt. S-2202, San Juan, PR 00911

The PS went to 103 Ave. De Diego, Apt. S-2202, San Juan, PR 00911 to serve Gentile. Once in location, the PS canvassed the area and found another entrance to the apartments, which was closed and had an intercom and a sensor to slide a magnetic card key. The PS pressed the intercom but it went blank and nobody talked back to the PS. Then, the PS went to the fifth floor where the gym and spa are located. At the time, the spa was closed and the gym was opened so the PS proceeded to go to the gym. Once in the gym, the PS canvassed the area but did not see Gentile. Then, the PS returned to the lobby where the PS attempted to gain access to the apartments' elevators but again the door was locked, so the PS sat in front of Starbucks to see if the PS could spot Gentile, but during all the time that the PS stood outside the Starbucks, there was no activity of Gentile. Gentile did not show up in the area. Before leaving, the PS canvassed the area for a security guard but there was no security guard in the area. The PS waited a few minutes outside the door to see if anybody came out and in that way gain access to the building, however, nobody came out. Without further information, the PS filled out the report and left the area afterward.

3) Unsuccessful Attempt: Aug 14, 2021, 10:00 am at Home: Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR

The Process Server (PS) arrived to Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR. The PS asked for access to 9B to see Guy Gentile. The security guard denied the access to the PS. The PS left the area because she could not access the place.

4) Unsuccessful Attempt: Aug 15, 2021, 10:00 am at Home: 103 Ave. De Diego Apt. S-2202, San Juan, PR 00911

The Process Server (PS) arrived at 103 Ave. De Diego Apt. S-2202, San Juan, PR 00911. The PS was received by the security guards named Kevin Melendez and Shakira. The PS asked for Guy Gentile. Melendez told the PS that Mr. Guy Gentile has the apartment rented to a family. The PS left the area after being denied access.

5) Unsuccessful Attempt: Aug 16, 2021, 9:00 am -04 at Home: Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR

The Process Server (PS) arrived to Condominium Geronimo and interviewed the Administrator named Vivian. She asked about Mr. Guy Gentile and his wife/girlfriend Agatha Diaz, but Vivian said she cannot give access to the PS because she could lose her job. The security guard told the PS that the apartment belonged to a man called Carlos and he died and the apartment owner is the nephew of Carlos. The security guard said that Mr. Guy Gentile rents the apartment. The PS left the area after access was denied by the administration.

6) Unsuccessful Attempt: Aug 16, 2021, 1:34 pm at Home: Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR

The Process Server (PS) arrived to Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR. The PS saw Agatha Gonzalez Piferrer Diaz entering the condominium. The PS parked her vehicle and walked towards the condominium. A Police Officer stopped the Process Server. The PS showed the Police Officer the court documents and explained she was there because of a service of the process she needed to execute. The Police Officer indicated she needed to move because it was not allowed to park in the area. The Police Officer also indicated he could not help the PS, and the PS would risk receiving a ticket and the removal of the vehicle. Because Agatha Diaz had already entered the building and security would not provide access, service could not be executed.

_____   September 16, 2021
Jesinette Breton                   Date

CIG, LLC
PMB 706 P. O. Box 6017
Carolina, PR 00984-6017

Aff # 13,543
Subscribed and sworn to before me by the affiant who is personally known to me. Carolina, Puerto Rico

_____
Notary Public

September 16, 2021       Notary Public # 10,109
Date                     Commission Expires

Comm Permanent
No Expiration