# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

Defendants.

_____/

## DECLARATION OF FERNANDO FERNANDEZ

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.      My name is Fernando Fernandez and I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.      I am the lead investigator of CIG, LLC ("CIG") a process serving and private investigative firm located in Puerto Rico.

3.      On April 16, 2021, CIG was hired by APEX Surveillance and Investigations ("ASI") to assist in serving Defendants Guy Gentile ("Gentile") and Mintbroker International, Ltd. ("SureTrader") with the Complaint.

4.      CIG conducted extensive research to determine whether Defendant Guy Gentile was located in Puerto Rico.

5.      ASI and CIG determined, based on our research and investigation, to attempt service on Defendants at 105 Ave. De Diego, Apt. S-2202, San Juan, PR 00911.

6.    CIG made multiple attempts of service of the Complaint as follows:

a.    The first attempt occurred on April 23, 2021, 9:52 a.m. The process server ("PS") went to 105 Ave. De Diego, Apt. S-2202, San Juan, PR 00911 in order to serve Gentile and SureTrader. Once in location, the PS realized that it was a private condominium called Gallery Plaza and that the address should have been 103 Ave. De Diego, which is the condominium building next door. The condominium building is well guarded with much security. The PS gained access to the building and went to the elevators. Once inside, the PS saw that the elevator only went to the 5th floor which is an office floor, garage, and basement. The PS returned to the lobby where the PS found a sign that indicated where other elevators are located. These elevators give access to Gallery Plaza Residences. On her way to the elevators, the PS could not get through because there is a locked door. The door has no intercom to ask for access to the residences. There was no security guard at this door. The PS waited outside the door for a few minutes to see if somebody came out and the PS could gain access to the residences, but nobody did. Without further information, the PS filled out the report and left the area afterwards.

b.    The second attempt occurred on April 30, 2021, 7:30 a.m. The PS went to 103 Ave. De Diego, Apt. S-2202, San Juan, PR 00911 in order to serve Gentile and SureTrader. Once in location, the PS canvassed the area, but the PS did not see Gentile. The PS confirmed it is a very exclusive place and entrance is not allowed unless you are resident or have an authorization of the resident. (According to Horizontal Property Regulation in Puerto Rico, no visitor is allowed to enter unless there is a special permit or the resident authorizes him/her. In condominiums, regulations are stricter and the entrance can be prohibited, even though the person has a legal document to deliver.) The PS searched in the lobby, but there was no sign of Gentile. The PS searched in the Starbucks area but here was no sign of Gentile. The PS entered Starbucks and

there was no presence of Gentile. There were only two ladies having breakfast at the tables in front of the Starbucks store. No security guard was in the area, and the PS could not gain access to the apartments since there is a door that separates the lobby from the elevators. In order to enter the elevator, any person needs a magnetic key to access the elevator. Without further information, the PS filled out the report and left the area afterwards.

     c.     A third attempt occurred on May 7, 2021, 7:20 a.m. The PS went to 103 Ave. De Diego, Apt. S-2202, San Juan, PR 00911 in order to serve Gentile and SureTrader. Once in location, the PS canvassed the area and found another entrance to the apartments, which was closed and had an intercom and a sensor to slide a magnetic card-key. The PS pressed the intercom but it went blank and nobody talked back to the PS. Then, the PS went to the fifth floor where the gym and spa are located. At the time, the spa was closed and the gym was opened so the PS proceeded to go to the gym. Once in the gym, the PS canvassed the area, but did not see Gentile. Then, the PS returned to the lobby were the PS made an attempt to gain access to the apartments' elevators but again the door was locked, so the PS sat in front of Starbucks to see if the PS could spot Gentile, but during all the time that the PS stood outside the Starbucks there was no activity of Gentile. Gentile did not show up in the area. Before leaving, the PS canvassed the area for a security guard but there was no security guard in the area. The PS waited a few minutes outside the door to see if anybody came out and in that way gain access to the building, however nobody came out. Without further information, the PS filled out the report and left the area afterwards.

     7.     The service attempts were spread out so as to not to compromise the investigation.

     8.     Due to multiple unsuccessful attempts to serve Defendants and the inability to access the elevators and apartments, attempts at the Gallery Plaza address were suspended.

9.      After these three attempts, CIG resumed research and investigative methods to try to find alternate addresses for Gentile and/or other places to serve him.

10.     The additional research and investigative methods performed by CIG to locate Gentile include, but were not limited to, searching public records, social media, various databases, the internet, and motor vehicle records.

11.     In addition, CIG researched and investigated potential vehicles owned or registered by Gentile in order to locate him.

12.     CIG located a secondary residence possibly being rented by Gentile ("Secondary Residence"). Puerto Rico real property records do not reflect the Secondary Residence as owned by Gentile, however.

13.     A fourth attempt at service occurred on June 11, 2021, 1:00 p.m. at the Secondary Residence. The PS surveilled the parking and entrance area for several hours to look for Gentile and his motor vehicle(s) but did not see him.

14.     A fifth attempt occurred on June 16, 2021, 7:00 p.m. at the Secondary Residence. The PS again surveilled the parking and entrance area for several hours to look for Gentile and his motor vehicle(s) but did not see him.

15.     A sixth attempt occurred on June 17, 2021, 6:00 p.m. at the Secondary Residence. The PS again surveilled the parking and entrance area for several hours to look for Gentile and his motor vehicle(s) but did not see him.

16.     I am continuing to research and investigate additional information to locate Gentile for service of process on Defendants.

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

Executed on this 18th day of June 2021.

FERNANDO FERNANDEZ