# EXHIBIT H

## AFFIDAVIT OF NON-SERVICE

| Case: 1:21-cv-21079-BB | Court: United States District Court for the Southern District of Florida | County: FL | Job: 5579056 Xenya Rivera -GG |
|---|---|---|---|
| **Plaintiff / Petitioner:** SECURITIES AND EXCHANGE COMMISSION | | **Defendant / Respondent:** MINTBROKER INTERNATIONAL, LTD., F/K/A SWISS AMERICA SECURITIES LTD. AND D/B/A SURETRADER, AND GUY GENTILE A/K/A GUY GENTILE NIGRO | |
| **Received by:** CIG, LLC. | | **For:** Apex Surveillance & Investigations Inc. | |
| **To be served upon:** Mintbroker International, Ltd. c/o Guy Gentile | | | |

I, Xenya Rivera, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

| Recipient Name / Address: | Mintbroker International, Ltd. c/o Guy Gentile, Home: Condominium Gallery Plaza 103 Ave. De Diego, Apt. S-2202, San Juan, PR 00911 and Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR |
|---|---|
| Manner of Service: | Unsuccessful Attempt |
| Documents: | SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF; (Received Apr 16, 2021 at 4:05 pm) |

**Additional Comments:**

1) Unsuccessful Attempt: Jun 11, 2021, 1:00 pm at Home: Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR

The PS arrived at Condominium San Geronimo, Ave. Ashford 860, Apt. 9B, San Juan, PR. This is a secondary residence possibly being rented by Gentile. The PS surveilled the parking and entrance area for several hours to look for Gentile and his motor vehicle(s) but did not see him.

2) Unsuccessful Attempt: Jun 16, 2021, 7:00 pm at Home: Condominium San Geronimo, Ave. Ashford 860, Apt. 9B, San Juan, PR.

The PS arrived at Condominium San Geronimo, Ave. Ashford 860, Apt. 9B, San Juan, PR. The PS again surveilled the parking and entrance area for several hours to look for Gentile and his motor vehicle(s) but did not see him.

3) Unsuccessful Attempt: Jun 17, 2021, 6:00 pm at Home: Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR

The PS arrived at Condominium San Geronimo, Ave. Ashford 860, Apt. 9B, San Juan, PR. The PS again surveilled the parking and entrance area for several hours to look for Gentile and his motor vehicle(s) but did not see him.

4) Surveillance on Subject; Jul 23, 2021, 6:00 am at Home: Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR
Surveillance was conducted at the Condominium San Geronimo Ave. Ashford 860, San Juan, PR on July 23rd, 2021. A surveillance position was obtained at 6:00 a.m. with a view of the main entrance/exit to the building and the entrance/exit to the garage.

7:00 am No activity detected. Surveillance continued.

8:00 am No activity detected. Surveillance continued.

9:00 am No activity detected. Surveillance continued.

10:00 am No activity detected. Surveillance continued.

11:00 am No activity detected. Surveillance continued.

12:00 pm No activity detected. Surveillance continued.

1:00 pm No activity detected. Surveillance continued.

Due to no activity of the Subject Guy Gentile or Agatha Gonzalez Piferrer Diaz was observed, surveillance efforts were discontinued at 2:00 pm.

*Aff # 13,542*

_Xenya Rivera_   Sept 16, 2021
Xenya Rivera           Date

CIG, LLC
PMB 706 P.O. Box 6017
Carolina PR 00984-6017
Tel. 787-276-5619

Subscribed and sworn to before me by the affiant who is personally known to me. _In Carolina, Puerto Rico_

_Belinda Rodríguez Nieves_
Notary Public   _Puerto Rico_
_September, 2021_   Notary Public # 10,109

Commission Expires
_Comm. Permanent_
_No Expiration_

## AFFIDAVIT OF NON-SERVICE

| Case:<br>1:21-cv-21079-BB | Court:<br>United States District Court for the Southern District of Florida | County:<br>FL | Job:<br>5579056 Xenya Rivera -GG |
|---|---|---|---|
| Plaintiff / Petitioner:<br>SECURITIES AND EXCHANGE COMMISSION | | Defendant / Respondent:<br>MINTBROKER INTERNATIONAL, LTD., F/K/A SWISS AMERICA SECURITIES LTD. AND D/B/A SURETRADER, AND GUY GENTILE A/K/A GUY GENTILE NIGRO | |
| Received by:<br>CIG, LLC. | | For:<br>Apex Surveillance & Investigations Inc. | |
| To be served upon:<br>Guy Gentile / Mintbroker International, Ltd. | | | |

I, Xenya Rivera, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | Guy Gentile / Mintbroker International, Ltd., Home: Condominium Gallery Plaza 103 Ave. De Diego, Apt. S-2202, San Juan, PR 00911 and Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR |
|---|---|
| Manner of Service: | Unsuccessful Attempt |
| Documents: | SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF; (Received Apr 16, 2021 at 4:05 pm) |

**Additional Comments:**

1) Unsuccessful Attempt: Jun 11, 2021, 1:00 pm at Home: Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR

The PS arrived at Condominium San Geronimo, Ave. Ashford 860, Apt. 9B, San Juan, PR. This is a secondary residence possibly being rented by Gentile. The PS surveilled the parking and entrance area for several hours to look for Gentile and his motor vehicle(s) but did not see him.

2) Unsuccessful Attempt: Jun 16, 2021, 7:00 pm at Home: Condominium San Geronimo, Ave. Ashford 860, Apt. 9B, San Juan, PR

The PS arrived at Condominium San Geronimo, Ave. Ashford 860, Apt. 9B, San Juan, PR. The PS again surveilled the parking and entrance area for several hours to look for Gentile and his motor vehicle(s) but did not see him.

3) Unsuccessful Attempt: Jun 17, 2021, 6:00 pm at Home: Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR

The PS arrived at Condominium San Geronimo, Ave. Ashford 860, Apt. 9B, San Juan, PR. The PS again surveilled the parking and entrance area for several hours to look for Gentile and his motor vehicle(s) but did not see him.

4) Surveillance on Subject; Jul 23, 2021, 6:00 am at Home: Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR

Surveillance was conducted at the Condominium San Geronimo Ave. Ashford 860, San Juan, PR on July 23rd, 2021. A surveillance position was obtained at 6:00 a.m. with a view of the main entrance/exit to the building and the entrance/exit to the garage.

7:00 am No activity detected. Surveillance continued.

8:00 am No activity detected. Surveillance continued.

9:00 am No activity detected. Surveillance continued.

10:00 am No activity detected. Surveillance continued.

11:00 am No activity detected. Surveillance continued.

12:00 pm No activity detected. Surveillance continued.

1:00 pm No activity detected. Surveillance continued.

Due to no activity of the Subject Guy Gentile or Agatha Gonzalez Piferrer Diaz was observed, surveillance efforts were discontinued at 2:00 pm.

Af #13,541

_Xenya Rivera_  _Sept 6, 2021_
Xenya Rivera           Date

CIG, LLC
PMB 706 P.O. Box 6017
Carolina, PR 00984-6017
Tel. 787-309-5199

Subscribed and sworn to before me by the affiant who is personally known to me. _In Cagulina Puerto Rico_

Notary Public _Puerto Rico Notary Public_
_September 16, 2021_  #10,109

Commission Expires
_Comm. Permanent No Expiration_