# EXHIBIT I

| Case<br>1:21 cv-<br>21079-BB | Court:<br>United States District Court for the<br>Southern District of Florida | County:<br>FL | Job:<br>6046455 (Mintbroker) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>SECURITIES AND EXHANGE COMMISION | | Defendant / respondent:<br>MINTBROKER INTERNATIONAL, LTD, FKA SWISS AMERICA SECURITIES LTD, AND D/B/A SURETRADER, AND GUY GETILE A/K/A GUY GENTILE NEGRO | |
| Received by:<br>Juana Guerra | | For:<br>Apex Surveillance & Investigation Inc. | |
| To be served upon:<br>Mintbroker International, LTD c/o Guy Gentile | | | |

I, Juana Guerra, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein:

Recipient Name / Address:     Mintbroker International, LTD, c/o Guy Gentile

Manner of Service:            Unsuccessful Attempt

Documents:                    SUMMONS IN A CIVIL ACTION: COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF; (Received August 5, 2021, at 4:05 pm)

Additional Comments:

1) Unsuccessful first attempt. Thursday, August 5, 2021, at 7:00 pm. I went to the San Geronimo Condominium, upon arrival I met the security guard, I identified myself, I told him that I was looking for Mr. Gentile. He notified me that he cannot offer information whether the person lives at the location. The guard was rude, did not want to allow me access.

2) Second unsuccessful attempt. Friday, August 6, 2021, at 8:45 am. I went looking for the administrator named Vivian Fontane to try to get information if the person I was looking for lived there. I saw Ms. Fontane arrive at the property, but when I asked to speak with her, the security officer denied at all times that the manager was at the site, did not allow me access to the building, and I was unable to contact the manager.

Affidavit # 4469

_____
Juana Guerra

Calle Pachín Marí #471
Urb. Floral Park
San Juan, PR 00917

Subscribed and sworn to before me by the affiant who is personally known to me

_____
Notary Public

9/16/21     It's Permanent  # 20,378
Date        Commission Expires



| Case | Court: | County: | Job: |
|---|---|---|---|
| 1:21 cv-21079-BB | United States District Court for the Southern District of Florida | FL | 6046455 (Mintbroker) |
| Plaintiff / Petitioner: SECURITIES AND EXHANGE COMMISION | | Defendant / respondent: MINTBROKER INTERNATIONAL, LTD, FKA SWISS AMERICA SECURITIES LTD, AND D/B/A SURETRADER, AND GUY GETILE A/K/A GUY GENTILE NEGRO | |
| Received by: Juana Guerra | | For: Apex Surveillance & Investigation Inc. | |
| To be served upon: Mintbroker International, LTD c/o Guy Gentile | | | |

I, Juana Guerra, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein:

Recipient Name / Address:   Mintbroker International, LTD, c/o Guy Gentile

Manner of Service:   Unsuccessful Attempt

Documents:   SUMMONS IN A CIVIL ACTION: COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF; (Received August 5, 2021, at 4:05 pm)

Additional Comments:

1) Unsuccessful first attempt. Thursday, August 5, 2021, at 7:00 pm. I went to the San Geronimo Condominium, upon arrival I met the security guard, I identified myself, I told him that I was looking for Mr. Gentile. He notified me that he cannot offer information whether the person lives at the location. The guard was rude, did not want to allow me access.

2) Second unsuccessful attempt. Friday, August 6, 2021, at 8:45 am. I went looking for the administrator named Vivian Fontane to try to get information if the person I was looking for lived there. I saw Ms. Fontane arrive at the property, but when I asked to speak with her, the security officer denied at all times that the manager was at the site, did not allow me access to the building, and I was unable to contact the manager.

Affidavit #668

Juana Guerra

Calle Pachín Marí #471
Urb. Floral Park
San Juan, PR 00917

Subscribed and sworn to before me by the affiant who is personally known to me

Notary Public

9/16/21

Date   Commission Expires

