# EXHIBIT J

## AFFIDAVIT OF NON-SERVICE

| Case:<br>1:21-cv-21079-BB | Court:<br>United States District Court for the Southern District of Florida | County:<br>FL | Job:<br>6046473 (Ingrid Figueroa-GG) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>SECURITIES AND EXCHANGE COMMISSION | | Defendant / Respondent:<br>MINTBROKER INTERNATIONAL, LTD., F/K/A SWISS AMERICA SECURITIES LTD. AND D/B/A SURETRADER, AND GUY GENTILE A/K/A GUY GENTILE NIGRO | |
| Received by:<br>CIG, LLC | | For:<br>Apex Surveillance & Investigations Inc. | |
| To be served upon:<br>Guy Gentile | | | |

I, Ingrid L. Figueroa, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | Guy Gentile, Home: Condominium Gallery Plaza 103 Ave. De Diego, Apt. S-2202, San Juan, PR 00911 and Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR |
|---|---|
| Manner of Service: | Unsuccessful Attempt |
| Documents: | SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF; (Received Apr 16, 2021 at 4:05pm ) |

Additional Comments:
1) Unsuccessful Attempt: Aug 30, 2021, 11:30 am - at Home: Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR
The Process Server (PS) went to Condominium San Geronimo Ave. Ashford 860, Apt. 9B San Juan, PR. Once in the location, the PS identify herself with the security guard Mr. Flores. The PS asked to go to apartment 9B and she said she is going to see Guy Gentile. The security guard Flores indicated in a very rude way he did not know who Guy Gentile was. The PS told him he needed to call apartment 9B. He called and told the PS the lady on the phone did not know who the PS was and she would not allow the entrance. The PS indicated that she needed to deliver court documents. The security guard inquired the PS that if this was a threat. Mr. Flores told the PS that not even the FBI could enter without authorization.

2) Unsuccessful Attempt: Aug 30, 2021, 11:46 am at Home: Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR
As the guard Flores was problematic and uncooperative, the PS went to the Police Station. The PS talked to Agent Rivera who accompanied the PS to return to San Geronimo. There was another security guard who did not want to identify himself. The Police Officer told him the PS needed to see Guy Gentile deliver court documents. The security guard indicated he needed to talk to his supervisor because he could not allow the PS to enter without authorization. The security guard talked to the supervisor and he talked to the Police and the PS, and told them they were not authorized to pass unless the resident

authorizes the entrance. The Police officer told him to call the resident and he called and told the lady on the phone that Puerto Rico Police were at the lobby and he told her the Police wanted to talk to her and they needed to deliver some documents to Guy Gentile. The person on the phone (a lady) told the security guard she was not going down and she was not interested in taking the document; then she hung up. The security guard told the PS and the Police they were not allowed to enter. The Police officer told him to call her back again. Then, when the security guard called back, she told the security guard that she did not know any Guy Gentile. The PS asked if he was talking to Agatha Diaz and the security guard kept silent and did not confirm or deny who he was talking to. The demeanor of the security guard indicated he knew the person and in fact, it was the name the PS mentioned, but he did not tell it in words. The Police officer Rivera indicated that because it was not an order of the Puerto Rico Court, he could not put any more pressure on the person The PS left the area.

Affidavit # 13,536

Subscribed and sworn to before me by the affiant who is personally known to me _in Carolina, Puerto Rico_

_____   9-15-2021
Ingrid L. Figueroa              Date

CIG, LLC
PMB 706 P. O. Box 6017
Carolina, PR 00984-6017

Belinda Rodríguez Nieves
_Belicta Rodriguez Nieves_
Notary Public
_Puerto Rico_
_September 15, 2021._ Notary Public
Date        Commission Expires  # 10,109

Comm. Permanent
No Expiration

Sello
RECIBO
4021-03173097
9397
08/06/2021
$5.00
Sello de Asistencia Legal
80069-2021-0806-50873209
e Sello. Para solicitar reembolso acuda a Sociedad Asistencia Legal

## AFFIDAVIT OF NON-SERVICE

| Case:<br>1:21-cv-21079-BB | Court:<br>United States District Court for the Southern District of Florida | County:<br>FL | Job:<br>6046473 (Ingrid Figueroa-MB) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>SECURITIES AND EXCHANGE COMMISSION | | **Defendant / Respondent:**<br>MINTBROKER INTERNATIONAL, LTD., F/K/A SWISS AMERICA SECURITIES LTD. AND D/B/A SURETRADER, AND GUY GENTILE A/K/A GUY GENTILE NIGRO | |
| **Received by:**<br>CIG, LLC | | **For:**<br>Apex Surveillance & Investigations Inc. | |
| **To be served upon:**<br>Mintbroker International, LTD c/o Guy Gentile | | | |

I, Ingrid L. Figueroa, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | Mintbroker International, LTD c/o Guy Gentile, Home: Condominium Gallery Plaza 103 Ave. De Diego, Apt. S-2202, San Juan, PR 00911 and Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR |
|---|---|
| Manner of Service: | Unsuccessful Attempt |
| Documents: | SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF; (Received Apr 16, 2021 at 4:05pm ) |

**Additional Comments:**
1) Unsuccessful Attempt: Aug 30, 2021, 11:30 am - at Home: Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR
The Process Server (PS) went to Condominium San Geronimo Ave. Ashford 860, Apt. 9B San Juan, PR Once in the location, the PS identify herself with the security guard Mr. Flores. The PS asked to go to apartment 9B and she said she is going to see Guy Gentile. The security guard Flores indicated in a very rude way he did not know who Guy Gentile was. The PS told him he needed to call apartment 9B. He called and told the PS the lady on the other line on the phone did not know who the PS was and she would not allow the entrance. The PS indicated that she needed to deliver court documents. The security guard inquired the PS that if this was a threat. Mr. Flores told the PS that not even the FBI could enter without authorization.

2) Unsuccessful Attempt: Aug 30, 2021, 11:46 am at Home: Condominium San Geronimo Ave. Ashford 860, Apt. 9B, San Juan, PR
As the guard Flores was problematic and uncooperative, the PS went to the Police Station. The PS talked to Agent Rivera who accompanied the PS to return to San Geronimo. There was another security guard who did not want to identify himself. The Police Officer told him the PS needed to see Guy Gentile deliver court documents. The security guard indicated he needed to talk to his supervisor because he could not allow the PS to enter without authorization. The security guard talked to the supervisor and he

talked to the Police and the PS, and told them they were not authorized to pass unless the resident authorizes the entrance. The Police officer told him to call the resident and he called and told the lady on the phone that Puerto Rico Police were at the lobby and he told her the Police wanted to talk to her and they needed to deliver some documents to Guy Gentile. The person on the phone (a lady) told the security guard she was not going down and she was not interested in taking the document; then she hung up. The security guard told the PS and the Police they were not allowed to enter. The Police officer told him to call her back again. Then, when the security guard called back, she told the security guard that she did not know any Guy Gentile. The PS asked if he was talking to Agatha Diaz and the security guard kept silent and did not confirm or deny who he was talking to. The demeanor of the security guard indicated he knew the person and in fact, it was the name the PS mentioned, but he did not tell it in words. The Police officer Rivera indicated that because it was not an order of the Puerto Rico Court, he could not put any more pressure on the person The PS left the area.

_____   9-15-2021
Ingrid L. Figueroa                Date

CIG, LLC
PMB 706 P. O. Box 6017
Carolina, PR 00984-6017

Affidavit # 13,540

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public Belinda Rodriguez Nieves #10,10

September 15, 2021    Notary Public #10,10
Date                  Commission Expires

Comm. Permanent
No Expiration