# EXHIBIT K

Case 1:21-cv-21079-BB   Document 8-11   Entered on FLSD Docket 09/20/2021   Page 2 of 10

Court of Appeal, First Appellate District
Charles D. Johnson, Clerk/Executive Officer
Electronically RECEIVED on 4/30/2021 at 11:06:25 AM

Court of Appeal, First Appellate District
Charles D. Johnson, Clerk/Executive Officer
Electronically FILED on 4/30/2021 by I. Santos, Deputy Clerk

1st Civil No. A161421
S.C. Case No. SCV265069

# IN THE COURT OF APPEAL, STATE OF CALIFORNIA FIRST APPELLATE DISTRICT, DIVISION TWO

**GUY GENTILE,**
*Plaintiff and Respondent*

v.

**MARC COHODES; and DOES 1-20, inclusive,**
*Defendant and Appellant.*

On Appeal From a Judgment of the Superior Court of the County of Sonoma County
Honorable Arthur A. Wick,, Judge of the Superior Court, Presiding

## NOTICE OF APPEARANCE

**GUY GENTILE**
**Self-represented and respondent**
103 Ave De Diego
Apt S-2202
San Juan, PR 00911
787.363.7833
guygentile@me.com

TO THE CLERK OF THE COURT OF APPEAL, FIRST APPELLATE DISTRICT, AND TO PLAINTIFF/RESPONDENT GUY GENTILE:

PLEASE TAKE NOTICE of the appearance of the following Self-representation of record for *Plaintiff and Respondent* Guy Gentile,

> Guy Gentile
> 103 Ave De Diego
> Apt S-2202
> San Juan, PR 00911
> 787.363.7833
> guygentile@me.com

Please direct all pleadings, orders, and other documents to counsel of record at the above address.

Dated: April 30, 2021

**Guy Gentile**, Self-representation

*Plaintiff and Respondent*

## PROOF OF SERVICE
## (Via Various Methods)

I, the undersigned, say: I am over the age of 18 years and not a party to the within action or proceeding. My address is 354 Ave De La Constitucion, San Juan PR 00901

On **April 30, 2021,** I served the foregoing document(s) described as **NOTICE OF APPEARANCE** on all interested parties in this action by placing copies thereof enclosed in a sealed envelope addressed as follows:

Fred Norton (SBN 224725)
Bree Hann (SBN 215695)
Tyler M. Layton (SBN 288303)
THE NORTON LAW FIRM PC
299 Third Street, Suite 106
Oakland, California 94607
Telephone: 510-906-4900
Fax: 510-906-4910
Fnorton@nortonlaw.com
Bhann@nortonlaw.com
Mturetzky@nortonlaw.com
tlayton@nortonlaw.com

**[X] BY U.S. MAIL**
By placing a true copy of the above, enclosed in a sealed envelope with appropriate postage, for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[X] BY ELECTRONIC MAIL**
I caused the document to be sent to the respective e-mail addresses of the parties listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Juan, Puerto Rico. Dated: April 30, 2021

_____
Jesse Cotto

|  |  |
|---|---|
| **STATE OF CALIFORNIA**<br>California Court of Appeal, First Appellate District | **PROOF OF SERVICE**<br>**STATE OF CALIFORNIA**<br>California Court of Appeal, First Appellate District |

Case Name: **Gentile v. Cohodes**
Case Number: **A161721**
Lower Court Case Number: **SCV265069**

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My email address used to e-serve: **guygentile@me.com**

3. I served by email a copy of the following document(s) indicated below:

Title(s) of papers e-served:

| Filing Type | Document Title |
|---|---|
| LETTER - SUBSTITUTION OF ATTORNEYS | 30 Apr 2021 Gentile v. Cohodes Notice of Appearance |

Service Recipients:

| Person Served | Email Address | Type | Date / Time |
|---|---|---|---|
| Marc Axelbaum<br>Pillsbury Winthrop Shaw Pittman LLP<br>209855 | marc.axelbaum@pillsburylaw.com | e-Serve | 4/30/2021 11:06:24 AM |
| Gabrielle Hann<br>The Norton Law Firm | bhann@nortonlaw.com | e-Serve | 4/30/2021 11:06:24 AM |
| William Fred Norton<br>THE NORTON LAW FIRM PC<br>224725 | fnorton@nortonlaw.com | e-Serve | 4/30/2021 11:06:24 AM |
| David Shapiro<br>The Norton Law Firm<br>219265 | dshapiro@nortonlaw.com | e-Serve | 4/30/2021 11:06:24 AM |
| Guy Gentile<br>Self Represented | guygentile@me.com | e-Serve | 4/30/2021 11:06:24 AM |
| Adam Ford<br>Court Added | aford@fordobrien.com | e-Serve | 4/30/2021 11:06:24 AM |
| Tyler Layton | tlayton@nortonlaw.com | e- | 4/30/2021 |

| The Norton Firm | | | Serve | 11:06:24 AM |
|---|---|---|---|---|
| Matthew Turetzky<br>The Norton Law Firm PC<br>280997 | mturetzky@nortonlaw.com | | e-Serve | 4/30/2021<br>11:06:24 AM |

This proof of service was automatically created, submitted and signed on my behalf through my agreements with TrueFiling and its contents are true to the best of my information, knowledge, and belief.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

4/30/2021
Date

/s/Guy Gentile
Signature

Gentile, Guy (Pro Per)
Last Name, First Name (PNum)

Law Firm

Case 1:21-cv-21079-BB   Document 8-11   Entered on FLSD Docket 09/20/2021   Page 7 of 10

Court of Appeal, First Appellate District
Charles D. Johnson, Clerk/Executive Officer
Electronically RECEIVED on 6/1/2021 at 2:59:53 PM

Court of Appeal, First Appellate District
Charles D. Johnson, Clerk/Executive Officer
Electronically FILED on 6/1/2021 by S. Wheeler, Deputy Clerk

GUY GENTILE
103 Ave De Diego, Apt S2202
San Juan, Puerto Rico 00911
guygentile@me.com
1 (787) 363-7833

June 1, 2021

VIA TrueFiling
Deputy Clerk, Stacy Wheeler
Deputy Clerk, Imelda Santos
CA 1st District Court of Appeal
1st District, Division 2
350 McAllister Street
San Francisco, CA 94102

Re: Gentile v. Cohodes, Case: A161721

Dear Hon. Presiding Judges,

Respondent Guy Gentile respectfully requests that the Appellant's reply brief not be considered because it was filed one (1) week late without requesting for more time to file. I did not see any order by the court allowing for more time. I will note that I filed my reply brief timely Pro Pre/Se. There is no reason that the Appellant with no less than 5 attorneys on this case can not file on time.

In addition, the Appellant has not provided me with a copy of the Appellant's reply brief.

I do not have access to the Appellant's reply brief and request the court to not consider the Appellant reply brief for not being timely.

Respectfully submitted,

Guy Gentile

Cc Attorney: David William Shapiro
Attorney: Gabrielle Daneeka Hann
Attorney: Matthew William Turetzky
Attorney: Tyler M. Layton
Attorney: William Fred Norton

Case 1:21-cv-21079-BB   Document 8-11   Entered on FLSD Docket 09/20/2021   Page 8 of 10

Court of Appeal, First Appellate District
Received for filing/processing effort
Electronically FILED on 6/1/2021 by S. Wheeler, Deputy Clerk

| STATE OF CALIFORNIA<br>California Court of Appeal, First Appellate District | **PROOF OF SERVICE**<br><br>STATE OF CALIFORNIA<br>California Court of Appeal, First Appellate District |
|---|---|

Case Name: **Gentile v. Cohodes**
Case Number: **A161721**
Lower Court Case Number: **SCV265069**

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My email address used to e-serve: **guygentile@me.com**

3. I served by email a copy of the following document(s) indicated below:

Title(s) of papers e-served:

| **Filing Type** | **Document Title** |
|---|---|
| LETTER - LETTER | Letter Re_ Gentile v. Cohodes, Case_ A161721 |

Service Recipients:

| **Person Served** | **Email Address** | **Type** | **Date / Time** |
|---|---|---|---|
| Marc Axelbaum<br>Pillsbury Winthrop Shaw Pittman LLP<br>209855 | marc.axelbaum@pillsburylaw.com | e-Serve | 6/1/2021 2:59:52 PM |
| Gabrielle Hann<br>The Norton Law Firm | bhann@nortonlaw.com | e-Serve | 6/1/2021 2:59:52 PM |
| William Fred Norton<br>THE NORTON LAW FIRM PC<br>224725 | fnorton@nortonlaw.com | e-Serve | 6/1/2021 2:59:52 PM |
| David Shapiro<br>The Norton Law Firm<br>219265 | dshapiro@nortonlaw.com | e-Serve | 6/1/2021 2:59:52 PM |
| Guy Gentile<br>Court Added | guygentile@me.com | e-Serve | 6/1/2021 2:59:52 PM |
| Tyler Layton<br>The Norton Firm | tlayton@nortonlaw.com | e-Serve | 6/1/2021 2:59:52 PM |
| Matthew Turetzky<br>The Norton Law Firm PC | mturetzky@nortonlaw.com | e-Serve | 6/1/2021 2:59:52 |

| 280997 | | PM |
|---|---|---|

This proof of service was automatically created, submitted and signed on my behalf through my agreements with TrueFiling and its contents are true to the best of my information, knowledge, and belief.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

6/1/2021
Date

/s/Guy Gentile
Signature

Gentile, Guy (Pro Per)
Last Name, First Name (PNum)

Law Firm

| | |
|---|---|
| **From:** | Wheeler, Stacy |
| **To:** | guygentile@me.com |
| **Cc:** | Santos, Imelda |
| **Subject:** | A161721 - Gentile v. Cohodes [ Trial Court Case No: SCV265069 ] |
| **Date:** | Tuesday, June 1, 2021 3:40:00 PM |

Dear Guy Gentile,

In response to your letter filed today, please note that I mistakenly noted in the docket that the reply brief was filed. In fact, I meant to note that the time to file the reply brief had expired and no reply brief was filed timely. The online docket will show the correction in about an hour. I apologize for my mistake and any confusion this may have caused. Thank you for your letter brining this error to the court's attention.


Stacy Wheeler
Deputy Clerk – Division Two
First District Court of Appeal
350 McAllister Street
San Francisco, CA  94102
Direct Dial:  (415) 865-7292
First District's WebSite:  https://www.courts.ca.gov/1dca.htm
Case Information:  https://appellatecases.courtinfo.ca.gov/search.cfm?dist=1
Rules and Forms:  https://www.courts.ca.gov/formsrules.htm