# EXHIBIT L

9/16/21, 4:19 PM
The Government of the Bahamas - Company Search
Case 1:21-cv-21079-BB   Document 8-12   Entered on FLSD Docket 09/20/2021   Page 2 of 4



| | |
|---|---|
| Welcome, Thiry | Edit Profile   Logout   e-Services   FAQ's   Customer Service |

Search [         ] Go
Advanced Search

**Government**   Businesses   Citizens and Residents   Non-Residents   Agencies   My Account

My Account >

- Message Centre / Service Tracking
- User Profile
- Change Security Questions
- Change Password
- Delegation Form
- Delegation Form(Manager)
- Delegation Form(Agent)
- Manage e-Services Partner Users
- All Company e-Services
- Search Similar Company Name

Contacts   Feedback   Bookmark

## Company Search

1 Search   2 View Results   3 Confirmation   4 Payment Acknowledgement   **5 View Details**

### View Company Detail

| | |
|---|---|
| Company Name | MINTBROKER INTERNATIONAL, LTD. |
| Company Number | 57296 |
| Company Type | Regular (Local) Company |
| Agent | MICHAEL C. MILLER |
| Agent Number | 1107 |
| Agent Address | New Providence, New Providence, NASSAU, P.O Box: EE-17971, Bahamas |

Please select a section:  [Profile ▼]

| | |
|---|---|
| Name Reservation Date: | 2008-08-25 |
| Name Reservation Number: | |
| Registration Date: | |
| Incorporation Date: | 2008-09-10 |
| Company Standing: | Active |
| Tax Exempt: | |
| Authorized to Issue Shares: | |
| Total Authorized Capital Amount: | $0.00 |
| Base Currency Type: | BSD |
| Commencement Of Business Date: | |
| Last Date Struck Off: | |
| Last Date Restored: | |
| Amalgamation Date: | |
| Continuance Date: | |
| Date Discontinued: | |
| Intent to Dissolve Date: | |
| Disolution Date: | |
| Intent to Resign Date: | |
| First Gazette Notice Date: | |
| Last Date Agent Resigned: | |
| Last Company Return Date: | |
| Last Re-Registration Date: | |
| Last M&A Amendment Date: | |

Termination Date:

Last Licence Fee Payment Date:   2020-01-16

Last Licenced Year:   2020

Finish

© 2011 The Official Website of the Government of The Bahamas. All rights reserved.

Terms and Conditions    Sitemap    Contacts    Support

9/16/21, 4:23 PM
The Government of the Bahamas - Company Search
Case 1:21-cv-21079-BB   Document 8-12   Entered on FLSD Docket 09/20/2021   Page 4 of 4

