UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  __1:21-cv-21079-BB_____

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants…
_____/

**PLAINTIFF'S MOTION FOR AMIE RIGGLE BERLIN
TO WITHDRAW AS COUNSEL**

    Pursuant to Southern District of Florida Local Rule 11.1(d)(3), Amie Riggle Berlin moves to withdraw as counsel in this matter due to the reassignment of her work duties for Plaintiff Securities and Exchange Commission.  Berlin is no longer assigned to work on this litigation matter due to the assignment of other litigation matters. Accordingly Berlin's withdrawal should be deemed mandatory pursuant to Florida Rule of Professional Conduct 4-1.16a (providing withdrawal is mandatory when "the lawyer is discharged").

    Berlin's withdrawal will not have a material adverse effect on the Commission. Further Alice Sum remains the lead trial attorney on this case. Thus Berlin's withdrawal will not have a material adverse effect because Sum, counsel with knowledge of this case, continues to represent the Commission.  Accordingly Berlin's withdrawal is permissible under Florida Rule of Professional Conduct 4-1.15b.

    WHEREFORE, Berlin respectfully requests that the Court permit her to withdraw.

September 21, 2021                            Respectfully submitted,

<u>Amie Riggle Berlin</u>
Amie Riggle Berlin, Esq.
Senior Trial Counsel
Fla. Bar No. 630020
Direct Dial: (305) 982-6322
Email: berlina@sec.gov

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone:    (305) 982-6300
Facsimile:    (305) 536-4154