UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: __1:21-cv-21079-BB_____

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL

This matter is before the Court on the Commission's Motion for Amie Riggle Berlin to Withdraw as Counsel [D.E. #   ]. Having considered the motion and the record, it is:

**ORDERED AND ADJUDGED** that the motion is granted. Amie Riggle Berlin is removed as counsel for the Commission.

    **DONE AND ORDERED** on this ____ day of September, 2021 in Chambers at Miami, Florida.

                                           _____
                                           BETH BLOOM
                                           UNITED STATES DISTRICT JUDGE