**Agatha Diaz**

███████████████

San Juan, PR 00901

█████████@gmail.com

September 23, 2021

The Honorable Judge Beth Bloom
United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Chambers 10-2
Miami, Florida 33128

Subject: Case No: 1:21-CV-21079-Bloom

Dear Judge Bloom,

    I wanted to bring your attention to the lies and blaten omission to the recent motion filed by the SEC in your court that is putting my and my family life in danger.

**Background.**

    I have known Guy Gentile since 2015. When I met him he was the Chief of Staff and Advisor to the Putnam County Sheriff's Office, a Volunteer firefighter, an Officer in the U.S. Coast Guard Aux, and was working on some undercover cases with the FBI. He was loved and respected by Law Enforcement and has a great relationship with the Sheriff and the FBI. In fact his degree is in Criminal Justice, and his goal was to become the Sheriff.

    The SEC attempts to paint a negative picture of Guy which is part of their 10 year bad faith effort battle with him. I am a Non-Attorney, and I can point out their lies and omissions to this court with ease.

**Lies and Omissions.**

1. Why didn't the SEC inform this Court that it has lost Three (3) times against Guy Gentile in the United State District Court of New Jersey? And just 5 months before it filed this case in Florida the SEC was told by NJ District Court Judge Brian Martinotti to bring these allegations to his courtroom in NJ.
2. Why didn't the SEC after being ordered to bring this case to NJ within 20 days, after their last loss in Sept 2020, tell the court it was walking away from the case but then filed five (5) months later in another court?
3. Why didn't the SEC tell this court that the brokerage firm in the Bahamas is in receivership? and Guy Gentile has no control over it? They clearly know this as it is on the first page of a google search on the company name.
4. The SEC knows that the Bahamas broker dealer is not in business and is no longer registered with the Bahamas Commission even if it still shows that information on their website, the SEC knows that Guy Gentile surender the brokerage license 2 years ago. This is easily searchable.
5. Why did the SEC wait 6 months to even attempt to serve its complaint via the Hague convention?
6. Why did they fail to mention Guy Gentile was working undercover for the FBI and the SEC for 3 to 4 years 2012-2016?

This Court should question the SEC motive. The SEC is playing the courts to get some type of misinformation advantage. I'm not an attorney, but I think anyone can see this is

an abuse of power by the SEC and raises serious ethical questions. If anything the court should report this conduct to the respective bar association.

**Process Service Corruption.**

What the SEC process server did under at the SEC direction:

1. The SEC process server called my apartment's realtor and pretended to be a Property Inspector and told her I had called them for an inspection of the property, and that they needed access to my apartment. This is a lie, I never requested an inspection.
2. The SEC process server told the security guard at my apt that she is my friend and to let her upstairs as I was expecting her, she dressed as a real estate agent. This was a lie.
3. The SEC process server came to the building with the Police and told the security officer she has a warrant to search my apartment. At this point I told the security to put me on speaker and I told them to show the Security the warrant and if they didn't have one I would call the FBI. Both the police and the process server ran out of the building at that point.
4. The SEC tells the Court they believe Gentile is renting at 860 Ashford Ave, but fails to tell the Court how it obtained this address, because I believe the process server did it illegally, via bribing the Utility company to get my non-public information. Compare this to Gentile's address at 103 Ave De Diego where the SEC clearly states they searched the public record and

found that Gentile owes that apt. Why don't they tell the Court how they obtained my address? This is because it was done illegally?

**Request to Redact from the record.**

I ask the court to please redact my name, address and the fact that I have Children from the SEC motion. The reason for this request is Mr. Gentile was an FBI undercover informant for a number of years and helped the government with dozens of convictions which resulted in jail time. His life has been threatened many times. In Puerto Rico, FBI informants are hunted down and killed by gang members, I know this because my mother is a Criminal Defence Attorney in Puerto Rico. The SEC is putting my life and my 2 very young children's lives in danger. I am a private citizen and do not appreciate the SEC dragging me and my two (2) children into this case when I have nothing to do with their vendetta against Gentile.

In conclusion, I request the court to redact my name, address and children from the SEC motion and this letter, Order the SEC not to do this again and whatever other remedies the court sees fit.

Respectfully submitted,

Agatha Diaz

Cc: Via US Mail
Alice K. Sum
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1950
Miami, Florida 33131

Chief Judge Cecilia M. Altonaga