UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**
**SERVICE BY PUBLICATION**

To (Defendant's Name):  **GUY GENTILE A/K/A GUY GENTILE NIGRO**
103 Ave. de Diego, Apt. S-2202, San Juan, PR 00911

Plaintiff has filed a lawsuit against you alleging that you violated U.S. securities laws.

Pursuant to the Order authorizing service of process by publication entered on September 24, 2021, by the Honorable Beth Bloom, United States District Judge [Docket Entry 13], you are SUMMONED to answer the Complaint filed herein no later than twenty-one (21) days after publication of this Summons, by serving and filing the original answer or a motion under Rule 12 of the Federal Rules of Civil Procedure, with the United States District Court for the Southern District of Florida, and serving a copy on counsel for plaintiff: Alice K. Sum, Esq., Securities and Exchange Commission, 801 Brickell Avenue, Suite 1950, Miami, FL 33131, service e-mail: sumal@sec.gov, telephone: 305-982-6300.

This Summons shall be published by edict only once in a newspaper of general circulation in the Island of Puerto Rico. Within ten (10) days following publication of this Summons, a copy of this Summons and the Complaint will be sent to defendant GUY GENTILE A/K/A GUY GENTILE NIGRO by certified mail/return receipt requested, addressed to his last known address.

Should you fail to answer the Complaint as ordered by the Court and notified by this Summons, the Court will proceed to hear and adjudicate this case against you based on the relief demanded in the Complaint.

**BY ORDER OF THE COURT**, this Summons is issued pursuant to Fed. R. Civ. P. 4(e) and Rule 4.5 of the Rules of Civil Procedure for the Commonwealth of Puerto Rico.

*CLERK OF COURT*

Date: Sep 30, 2021



Angela E. Noble
Clerk of Court

SUMMONS

s/ C.Davis
Deputy Clerk
U.S. District Courts