

**Guy Gentile**
103 Ave De Diego
Apt. S2202
San Juan, PR 00911
787-363-7833

September 29, 2021

**VIA US MAIL**

The Honorable Judge Beth Bloom
United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Chambers 10-2
Miami, Florida 33128

Re: Securities and Exchange Commission v. Guy Gentile, No:1:21-CV-21079-Bloom

Dear Judge Bloom,

I am self representing myself until I can hire counsel in the above-referenced matter in response to the SEC's Motion filed September 20, 2021. I hope I will be allowed a fair opportunity to clear the record and allow me to show the court the SEC did little to nothing to try and properly serve me which is my due process rights. The SEC did not once try to serve me at my address. I received zero phone calls from security, zero knocks on my door, and no one was waiting for me outside. The SEC showed this court that they had my email address, and they have my phone number, but no one called or emailed me. For six months the SEC couldn't find someone who is

Hon. Beth Bloom
Sept. 27, 2021
Page 2 of 4

6'2 in on a small island of men with an average height of 5'6, FBI Special Agent Stephanie Davis once told me "I stand out", so it hard to believe anyone was really trying to serve me. I leave my apartment almost every day and frequent popular restaurants nearby.

The reality is the SEC did not care about serving me, they instead only cared about harassing my loved ones, for example sending the Police to intimidate my girlfriend, pretending to have a warrant, pretending to be property inspectors to illegal gain access to the inside of the apartment, pretending to be real estate agents and many other questionable actions. The SEC is the Federal Government and if they wanted me served I would be, they have resources no one else has. The SEC's efforts here are only about painting the tape of me being uncooperative. It is funny how quickly the SEC forgets that they had open access to everything in my life for nearly 4 years when I was working almost full time with them and the FBI. I have helped the SEC for years bring cases, but when I didn't want to do it anymore is when they started the harassment campaign against me that has been going on for over 6 years.

**SEC False Statements**

I'm not going to address all of the SEC bogus claims here because the list would be too long. But for example, Jessica Weissman's declaration claims I was the only signer for the SureTrader brokerage account. This is also false, she provides no proof. The SEC knows, but intentionally did not tell the Court the truth about this because the SEC staff attorneys I believe think they are above the law. The reason I know this is

Hon. Beth Bloom
Sept. 27, 2021
Page 3 of 4

because I worked with them for years and know how they stretch the truth till the point it is a lie. The SEC likes to regurgitate their often repeated skewed views of me. This is not the SEC first attempt at doing this. I have been too often the victim of the smugness of these line SEC attorneys. This is the reason I'm writing this letter to you.[1]

**Conclusion**

I am requesting that the SEC properly serves me. I will be happy to receive from the SEC an overnight mail of the summons and complaint to my address above, or have their process server meet me outside my apartment at an agreed upon date and time. I respectfully request the court to allow me 90 days to answer the complaint once served as this is a complex case that spans 10 years.[2] Since the SEC has taken almost six months to try and serve me; as they have allegedly been investigating me since 2013 to 2021, which has caused the 3rd Circuit to call them lazy and incompident. The reason I need more time is 1. There are over Five (5) heavily docked cases involving this one; 2. The SEC's discovery that they unwillingly provided in one of those cases is so huge and

---

[1] If the SEC was so open and honest to this court as it is required to be with all courts, then what is the reason they did not tell this Court about the brow beating they received about these same allegations in New Jersey that they are now bringing in Florida.
https://www.courtlistener.com/docket/4517980/108/securities-and-exchange-commission-v-gentile/
https://www.courtlistener.com/docket/4517980/56/securities-and-exchange-commission-v-gentile/
https://www.courtlistener.com/docket/4517980/46/securities-and-exchange-commission-v-gentile/

[2] The SEC has a history of overreaching with me and not playing fair. For example, the 3rd Circuit Judge called the SEC attorneys lazy and imcompetent and called their Florida investigation ridiculous. www.courtlistener.com/audio/67968/gentile-v-sec/ If you listen to this 3rd Circuit audio, you will clearly see this is retribution against me.

Hon. Beth Bloom
Sept. 27, 2021
Page 4 of 4

purposely disorganized with hundreds of thousands of documents are just some of the reasons why I should be granted 90 days to answer. The SEC has waited years and years to bring this case; they are not prejudiced by waiting 90 more days for me to answer.

Respectfully submitted,

Guy Gentile, Per Se

Cc: Alice K. Sum
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1950
Miami, Florida 33131