UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:21-cv-21079-BB

FILED BY __PG__ D.C.

OCT 08 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Securities and Exchange Commission, **Plaintiff**

**vs.**

MintBroker International, Ltd, and Guy Gentile, **Defendant**

## CONSENT BY PRO SE LITIGANT (NON-PRISONER) TO RECEIVE NOTICES OF ELECTRONIC FILING

I, Guy Gentile, am a pro se litigant (non-prisoner) and consent to receive notices electronically in the above case. In doing so, I consent to the Court and opposing counsel using my email address, as listed below, for the purpose of sending me electronic notification of orders, notices, and other documents that are filed in my case. I understand that hard (paper) copies will no longer be sent by the Court or opposing counsel. By consenting to electronic notice, I understand that **I am responsible for maintaining a current email address with the Court**. I hereby certify that:

☑ I have provided and will maintain a current email address and mailing address with the Court. I will file a Notice of Change of Address Form conventionally (i.e., mail or in person) immediately if my email or mailing address changes while the above case is pending. (The Notice of Change of Address Form can be found under the Pro Se Section of the Court's website@ www.flsd.uscourts.gov.)

☑ I am responsible for maintaining an email account sufficient to receive notifications, on a daily basis, from the Court and opposing counsel. I also understand that electronic mail filter software (SPAM filters) may interfere with my receipt of email notifications and will ensure that any such software installed on my computer or network will not filter out messages from cmecfautosender@flsd.uscourts.gov.

☑ I am responsible for managing my email account and am responsible for others who many have access to my email account.

☑ I have already registered *or* will immediately register for a PACER account (Public Access to Court Electronic Records). **I understand I will not receive any notices via email until I have a PACER account.** (To register for an account or for additional information see the Pro Se Section on the Court's website at www.flsd.uscourts.gov or go to www.pacer.gov.)

[✔] I understand that when documents are entered in CM/ECF, a Notice of Electronic Filing (NEF) will be sent to my email address, which will contain a hyperlink to the document in PACER. I also understand that pursuant to PACER's policy, I will be allowed one "free look" at the document and that it is recommended that I print or download the document at that time because after the one "free look", normal PACER fees will apply. I also understand that the hyperlink to access the document will expire after I first access the document or after 15 days, whichever comes first.

[✔] I am responsible for maintaining my PACER account while the above case is pending, including any incurred fees. (Note: Most PACER users do not accrue enough charges to actually pay any fees).

[✔] I understand and will comply with the following computer hardware and software requirements necessary to receive electronic notices via the CM/ECF system: Windows or Macintosh operation system; Javascript enabled browser; and Internet Explorer or Firefox browser supported by CM/ECF (See Pro Se Section on Court's website at www.flsd.uscourts.gov for browser information). I also understand that high speed internet access is strongly recommended over dial-up internet service, which will reduce the amount of time to download lengthy documents.

I further understand that receiving of Notices of Electronic Filings (NEF) is a privilege, not a right, and may be rescinded by the Court at any time, without notice, at which time notices will be provided via the U.S mail.

Wherefore, the undersigned hereby agrees to the above conditions and elects to electronically receive Notices of Electronic Filing (NEF) to the email address listed below while the above case is pending.

Date: Oct 5 2021

Signature of Pro se Litigant (Non-Prisoner)

Email Address: guygentile@outlook.com
Street Address: 103 Ave De Diego, S2202
City, State, Zip Code: San Juan, PR 00911
Telephone No: 787-363-7833

**Guy Gentile**
103 Ave De Diego
Apt. S2202
San Juan, PR 00911
787-363-7833

October 5, 2021

**VIA US MAIL**

The Honorable Judge Beth Bloom
United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Chambers 10-2
Miami, Florida 33128

Re: Securities and Exchange Commission v. Guy Gentile, No:1:21-CV-21079-Bloom

Dear Judge Bloom,

I am sending this letter to the court for the second time. For some reason, UPS delivered the attached letter incorrectly to the FrontDesk. After speaking with a gentleman at this Court's Clerk Officer today, I was informed that UPS didn't properly deliver the UPS package so it was never received it. I have attached copies of the UPS slip and hope this time the letter reaches you.

Respectfully submitted,

Guy Gentile, Pro Se

Cc: Alice K. Sum
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1950
Miami, Florida 33131

**Guy Gentile**
103 Ave De Diego
Apt. S2202
San Juan, PR 00911
787-363-7833

September 29, 2021

**VIA US MAIL**

The Honorable Judge Beth Bloom
United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Chambers 10-2
Miami, Florida 33128

    Re: Securities and Exchange Commission v. Guy Gentile, No:1:21-CV-21079-Bloom

Dear Judge Bloom,

    I am self representing myself until I can hire counsel in the above-referenced matter in response to the SEC's Motion filed September 20, 2021. I hope I will be allowed a fair opportunity to clear the record and allow me to show the court the SEC did little to nothing to try and properly serve me which is my due process rights. The SEC did not once try to serve me at my address. I received zero phone calls from security, zero knocks on my door, and no one was waiting for me outside. The SEC showed this court that they had my email address, and they have my phone number, but no one called or emailed me. For six months the SEC couldn't find someone who is

Hon. Beth Bloom
Sept. 27, 2021
Page 2 of 4

6'2 in on a small island of men with an average height of 5'6, FBI Special Agent Stephanie Davis once told me "I stand out", so it hard to believe anyone was really trying to serve me. I leave my apartment almost every day and frequent popular restaurants nearby.

The reality is the SEC did not care about serving me, they instead only cared about harassing my loved ones, for example sending the Police to intimidate my girlfriend, pretending to have a warrant, pretending to be property inspectors to illegal gain access to the inside of the apartment, pretending to be real estate agents and many other questionable actions. The SEC is the Federal Government and if they wanted me served I would be, they have resources no one else has. The SEC's efforts here are only about painting the tape of me being uncooperative. It is funny how quickly the SEC forgets that they had open access to everything in my life for nearly 4 years when I was working almost full time with them and the FBI. I have helped the SEC for years bring cases, but when I didn't want to do it anymore is when they started the harassment campaign against me that has been going on for over 6 years.

**SEC False Statements**

I'm not going to address all of the SEC bogus claims here because the list would be too long. But for example, Jessica Weissman's declaration claims I was the only signer for the SureTrader brokerage account. This is also false, she provides no proof. The SEC knows, but intentionally did not tell the Court the truth about this because the SEC staff attorneys I believe think they are above the law. The reason I know this is

Hon. Beth Bloom
Sept. 27, 2021
Page 3 of 4

because I worked with them for years and know how they stretch the truth till the point it is a lie. The SEC likes to regurgitate their often repeated skewed views of me. This is not the SEC first attempt at doing this. I have been too often the victim of the smugness of these line SEC attorneys. This is the reason I'm writing this letter to you.[1]

**Conclusion**

I am requesting that the SEC properly serves me. I will be happy to receive from the SEC an overnight mail of the summons and complaint to my address above, or have their process server meet me outside my apartment at an agreed upon date and time. I respectfully request the court to allow me 90 days to answer the complaint once served as this is a complex case that spans 10 years.[2] Since the SEC has taken almost six months to try and serve me; as they have allegedly been investigating me since 2013 to 2021, which has caused the 3rd Circuit to call them lazy and incompident. The reason I need more time is 1. There are over Five (5) heavily docked cases involving this one; 2. The SEC's discovery that they unwillingly provided in one of those cases is so huge and

---

[1] If the SEC was so open and honest to this court as it is required to be with all courts, then what is the reason they did not tell this Court about the brow beating they received about these same allegations in New Jersey that they are now bringing in Florida.
https://www.courtlistener.com/docket/4517980/108/securities-and-exchange-commission-v-gentile/
https://www.courtlistener.com/docket/4517980/56/securities-and-exchange-commission-v-gentile/
https://www.courtlistener.com/docket/4517980/46/securities-and-exchange-commission-v-gentile/

[2] The SEC has a history of overreaching with me and not playing fair. For example, the 3rd Circuit Judge called the SEC attorneys lazy and imcompetent and called their Florida investigation ridiculous.  www.courtlistener.com/audio/67968/gent#ile-v-sec/  If you listen to this 3rd Circuit audio, you will clearly see this is retribution against me.

GUY GENTILE | 103 AVE DE DIEGO, S2202, SAN JUAN PR 00911 | 787-363-7833

Hon. Beth Bloom
Sept. 27, 2021
Page 4 of 4

purposely disorganized with hundreds of thousands of documents are just some of the reasons why I should be granted 90 days to answer. The SEC has waited years and years to bring this case; they are not prejudiced by waiting 90 more days for me to answer.

Respectfully submitted,

Guy Gentile, Per Se

Cc: Alice K. Sum
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1950
Miami, Florida 33131

W6  24.0.24 Zebra  ZP 450 48.0A 07/2021

LTR     1 OF 1

GUY GENTILE
(787) 724-8678
YOUR CORNER SHIPPING CTR
1357 ASHFORD AVE. STE – 2
SAN JUAN  00907
PUERTO RICO

SHIP TO:
THE HONORABLE JUDGE BETH BLOOM
UNITED SATES DISTRICT COURT
SOUTHERN DISTRCT OF FLORIDA
WILKIE D. FERGUSON, JR. U. S. COURT
400 NORTH MIAMI AVE. CHAMBERS 10 – 2

**MIAMI FL 33128**
**UNITED STATES**

FL 330 6-03

UPS NEXT DAY AIR    1
TRACKING #: 1Z 815 5V2 01 4335 0923

BILLING: P/P

EDI-DOC

010195112 4/14 PAC United Parcel Service

WS 24.0.24 Zebra ZP 450 48.0A 07/2021

UPS 3 Day Select®
UPS Worldwide Expedited®

Apply shipping documents on this side.

LTR    1 OF 1

GUY GENTILE
(787) 724-8678
YOUR CORNER SHIPPING CTR
1357 ASHFORD AVE. STE-2
SAN JUAN   00907
PUERTO RICO

SHIP TO:
ALICE K. SUM
SECURITIES AND EXCHANGE COMMISION
801 BRICKELL AVE. SUITE 1950
MIAMI FL 33131
UNITED STATES

FL 330 6-04

UPS NEXT DAY AIR    1
TRACKING #: 1Z 815 5V2 01 4530 7539

BILLING: P/P

EDI-DOC

United Parcel Service.

010195112 4/14 PAC United Parcel Service

RRD RF2 0620

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z8155V20143350923

**Service**

UPS Next Day Air®

**Shipped / Billed On**

09/27/2021

**Delivered On**

09/28/2021 10:37 A.M.

**Delivered To**

MIAMI, FL, US

**Received By**

DIZA

**Left At**

Front Desk

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 10/05/2021 11:46 A.M. EST

USPS Priority Mail Express label

FROM:
Guy Gentile
103 Ave De Diego
Apt 2202 South T.
San Juan, P.R. 00911
PHONE (787) 363-7833

TO:
The Honorable Judge Beth Bloom
United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. US Courthouse
400 North Miami Ave
Chambers 10-2
Miami, FL 33128

Postage: $27.10
Date Accepted: 10/5/21
Time Accepted: 6:33 PM
Scheduled Delivery Date: 10/7/21
Scheduled Delivery Time: 6:00 PM
PO ZIP Code: 00938
Weight: 3 lb 7 oz
Tracking: EJ 815 384 808 US

LABEL 11-B, MAY 2021
EP13F May 2020