UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF SERVICE BY PUBLICATION ON GUY GENTILE

Plaintiff Securities and Exchange Commission (the "Commission"), in compliance with the Court's Order on Motion for Alternate Service of Process (DE 13) and Rule 4.5 of the Puerto Rico Rules of Civil Procedure, hereby files notice of service by publication on Defendant Guy Gentile a/k/a Guy Gentile Nigro ("Gentile") and advises the Court of the following:

    1.    On September 24, 2021, the Court entered its Order Granting the Commission's Motion or Alternate Service of Process, or, in the Alternative, for a 90-Day Extension of Time to Effectuate Service, allowing for service on Gentile by publication and requiring service to be effectuated by October 20, 2021.  (DE 13)

    2.    On October 7, 2021, the Summons in a Civil Action (Service by Publication) (DE 16) was published in *El Nuevo Dia*, a newspaper of general circulation in the Island of Puerto Rico.  *See* Affidavit of Miriam Hernandez Marti, a Customer Service Representative for El Nuevo Dia, and published Summons attached as **Composite Exhibit A**.

3. On October 8, 2021, undersigned mailed a copy of the Complaint and Summons to Gentile at 103 Ave. de Diego, Apt. S-2202, San Juan, Puerto Rico, 00911 by UPS Next Day Air with acknowledgement of receipt (**1ZA3748W2498793857**).

4. The Complaint and Summons sent to Gentile was delivered on October 11, 2021, and received by "Rosario Guardia." Proof of delivery from UPS for Article **1ZA3748W2498793857** is attached as **Exhibit B**.

October 13, 2021                                  Respectfully submitted,

                                                  Alice K. Sum
                                                  Alice K. Sum, Esq.
                                                  Trial Counsel
                                                  Fla. Bar No. 354510
                                                  Direct Dial: (305) 416-6293
                                                  Email: sumal@sec.gov

                                                  Attorneys for Plaintiff
                                                  **SECURITIES AND EXCHANGE COMMISSION**
                                                  801 Brickell Avenue, Suite 1950
                                                  Miami, Florida 33131
                                                  Telephone:   (305) 982-6300
                                                  Facsimile:   (305) 536-4154