**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

**CIVIL NUM. 1:21-CV-21079-Bloom**

**SECURITIES AND EXCHANGE COMMISSION**

**VS.**

**MINTBROKER INTERNATIONAL, LTD, ET/ALS**

# AFFIDAVIT

I, Miriam Hernández Marti, of legal age, married, employee and resident of San Juan, Puerto Rico, do solemnly swear that I am a Customer Service Representative for "EL NUEVO DIA", a newspaper of general circulation in the Island of Puerto Rico, and I am dully authorized to declare that in the edition of this newspaper corresponding to OCTOBER 7, 2021, the following Legal Notice was published:

**SUMMONS IN A CIVIL ACTION SERVICE BY PUBLICATION**

**ANGELA E. NOBLE, CLERK OF COURT**

In witness where of and upon request of those concerned, I swear to and sign the present in Guaynabo, P.R. this 11 day of October, 20 21.

**Affidavit No.** 81236

Acknowledged and sworn to before me by Miriam Hernández Marti, of legal age, married, employee and resident of San Juan, Puerto Rico, as representative of "EL NUEVO DIA", whom I know personally.

FERNANDO RABELL ECHEGARAY ABOGADO-NOTARIO

Guaynabo, P.R. 11 October 2021

NOTARY

RECIBO

Sello

4U21-03748298

9397
09/28/2021
$5.00

Sello de Asistencia Legal
80004-2021-0928-64987979

EXHIBIT

A

**11216217**

**11216218**

**11216219**

**11216310**

**11216311**

**11216312**

**11216313**

**PUERTO RICO CONSUMER DEBT MANAGEMENT CO., INC.**

Vs

**FERNANDO QUILES MORENO, Y OTROS**

**A: FERNANDO QUILES MORENO**

**JOHN (JANE) DOE,**

**11216314**

**MIDLAND CREDIT MANAGEMENT PUERTO RICO COMO AGENTE DE MIDLAND FUNDING, LLC**

Vs

**LUIS M. UBARRI T/C/C LUIS UBARRI**

**A: LUIS M. UBARRI T/C/C LUIS UBARRI**

**11216315**

**MIDLAND CREDIT MANAGEMENT PUERTO RICO COMO AGENTE DE MIDLAND FUNDING, LLC**

Vs

**CLAUDIA GUEVARA MARIA, Y OTROS**

**A: CLAUDIA GUEVARA MARIA**

**JOHN (JANE) DOE,**

**11216316**

**11216317**

**11216318**

términos de la misma. Esta notificación se publicara una sola vez en un periódico de circulación general en la Isla de Puerto Rico, dentro de los 10 días siguientes a su notificación. Y, siendo o representando usted una parte en el procedimiento sujeta a los términos de la Sentencia, Sentencia Parcial o Resolución de la cual puede establecerse recurso de revisión o apelación, dentro del término de 30 días contados a partir de la publicación por edicto de esta notificación, dirijo a usted esta notificación, que se considerará hecha en la fecha de la publicación de este Edicto. Copia de esta notificación ha sido archivada en los autos de este caso, con fecha de 28 de septiembre de 2021. En Caguas, Puerto Rico, el 28 de septiembre de 2021. Lisilda Martínez Agosto, Secretaria. Cynthia García Del Valle, Secretaria Auxiliar.

**11216319**

Estado Libre Asociado de Puerto Rico. Tribunal General de Justicia. Tribunal de Primera Instancia. Sala Superior de Ponce. Banco Popular de Puerto Rico, Demandante vs. José Ramón Monserrate Santiago, Su Esposa Luizabeth Pabón Álvarez Y La Sociedad De Bienes Gananciales Compuesta Entre Ambos Y LP Vending & Cellular Card, Inc. Demandado Civil Núm.: YU2020CV00252 Salón: 406 Sobre: Incumplimiento De Contrato, Cobro De Dinero Y Ejecución De Hipoteca "In Rem" Notificación de Sentencia por Edicto. A: José Ramón Monserrate Santiago Y La Sociedad De Bienes Gananciales Compuesta Con Luizabeth Pabón Álvarez; Luizabeth Pabón Álvarez Y La Sociedad De Bienes Gananciales Compuesta Con José Ramón Monserrate Santiago ...

... notificación, dirijo a usted esta notificación, que se considerará hecha en la fecha de la publicación de este Edicto. Copia de esta notificación ha sido archivada en los autos de este caso, con fecha de 30 de septiembre de 2021. En Ponce, Puerto Rico, el 30 de septiembre de 2021. Luz Mayra Caraballo García, Secretaria Regional. Glorivee Morales Saez, Secretaria Auxiliar.

**17516323**

United States District Court Southern District of Florida CIVIL CASE NO: 1:21-CV-21079-Bloom

**SECURITIES AND EXCHANGE COMMISSION**

Plaintiff

v.

**MINTBROKER INTERNATIONAL, LTD.**

f/k/a

**SWISS AMERICA SECURITIES LTD.**

and d/b/a

**SURETRADER**

and

**GUY GENTILE**

a/k/a

**GUY GENTILE NIGRO**

Defendants

SUMMONS IN A CIVIL ACTION SERVICE BY PUBLICATION to (defendant's name):

**GUY GENTILE**

a/k/a

**GUY GENTILE NIGRO**

103 Ave. de Diego, Apt. S-2202, San Juan, PR 00911 Plaintiff has filed a lawsuit against you alleging that you violated U.S. securities laws. Pursuant to the Order authorizing service of process by publication entered on September 24, 2021 by the Honorable Beth Bloom, United States District Judge [Docket Entry 13], you are SUMMONED to answer the Complaint filed herein no later than twenty-one (21) days after publication of this Summons, by serving and filing the original answer or a motion under Rule 12 of the Federal Rules of Civil Procedure, with the United States District Court for the Southern District of Florida, and serving a copy on counsel for plaintiff: Alice K. Sum, Esq., Securities and Exchange Commission, 801 Brickell Avenue, Suite 1950, Miami, FL 33131, service e-mail: sumal@sec.gov, telephone: 305-982-6300. This Summons shall be published by edict only once in a newspaper of general circulation in the Island of Puerto Rico. Within ten (10) days following publication of this Summons, a copy of this Summons and the Complaint will be sent to defendant GUY GENTILE A/K/A GUY GENTILE NIGRO by certified mail/return receipt requested, addressed to his last known address. Should you fail to answer the Complaint as ordered by the Court and notified by this Summons, the Court will proceed to hear and adjudicate this case against you based on the relief demanded in

the Complaint. BY ORDER OF THE COURT, this Summons is issued pursuant to Fed. R. Civ. P. 4(e) and Rule 4.5 of the Rules of Civil Procedure for the Commonwealth of Puerto Rico. CLERK OF COURT. Date: September 30, 2021. Angela E. Noble, Clerk of Court. C. Davis, Deputy Clerk, U.S. District Courts

**17516328**

Estado Libre Asociado de Puerto Rico Tribunal General de Justicia Tribunal de Primera Instancia Sala Superior de Guaynabo. Cooperativa de Ahorro y Crédito de Barranquitas (Credicentro Coop) Demandante v. Benjamín Algarín Meléndez Demandado(a). Civil: GB2021CV00002. Sala: 201. Sobre: Cobro de Dinero. NOTIFICACIÓN DE SENTENCIA POR EDICTO A: Benjamín Algarín Meléndez. El Secretario(a) que suscribe le notifica a usted que el 30 de septiembre de 2021, este Tribunal ha dictado Sentencia, Sentencia Parcial o Resolución en este caso, que ha sido debidamente registrada y archivada en autos donde podrá usted enterarse detalladamente de los términos de la misma. Esta notificación se publicará una sola vez en un periódico de circulación general en la Isla de Puerto Rico, dentro de los 10 días siguientes a su notificación. Y, siendo o representando usted una parte en el procedimiento sujeta a los términos de la Sentencia, Sentencia Parcial o Resolución, de la cual puede establecerse recurso de revisión o apelación, dentro del término de 30 días contados a partir de la publicación por edicto de esta notificación, dirijo a usted esta notificación, que se considerará hecha en la fecha de la publicación de este Edicto. Copia de esta notificación ha sido archivada en los autos de este caso, con fecha de 1 de octubre de 2021. En Guaynabo, Puerto Rico, el 1 de octubre de 2021. Lcda. Laura I. Santa Sánchez, Nombre Secretario(a). Mairelis Trinta Maldonado, Nombre y Firma Secretario Auxiliar

**17516329**

Estado Libre Asociado de Puerto Rico Tribunal General de Justicia Tribunal de Primera Instancia Sala Superior de San Juan. Natalie Santiago Fernández Demandante v. Edgardo Ramón Báez Dávila Demandado(a). Civil: SJ2021RF00781 (701). Sobre: Custodia y Patria Potestad. NOTIFICACIÓN DE SENTENCIA POR EDICTO A: Edgardo Ramón Báez Dávila. El Secretario(a) que suscribe le notifica a usted que el 30 de septiembre de 2021, este Tribunal ha dictado Sentencia, Sentencia Parcial o Resolución en este caso, que ha sido debidamente registrada y archivada en autos donde podrá usted enterarse detalladamente de los términos de la misma. Esta notificación se publicará una sola vez en un periódico de circulación general en la Isla de Puerto Rico, dentro de los 10 días siguientes a su notificación. Y, siendo o representando usted una parte en el procedimiento sujeta a los términos de la Sentencia, Sentencia Parcial o Resolución, de la cual puede establecerse recurso de revisión o apelación, dentro del término de 30 días contados a partir de la publicación por edicto de esta notificación, dirijo a usted esta notificación, que se considerará hecha en la fecha de la publicación de este Edicto. Copia de esta notificación ha sido archivada en los autos de este caso, con fecha de 30 de septiembre de 2021. En San Juan, Puerto Rico, el 30 de septiembre de 2021. Griselda Rodríguez Collado, Nombre Secretario(a). Enid Torres Ruiz, Nombre y Firma Secretario Auxiliar

**63916330**

Estado Libre Asociado De Puerto Rico Tribunal De Primera Instancia Sala Superior De Fajardo. Federal National Mortgage Association (Fannie Mae), Demandante v. Oscar Reyes Castro, su esposa Edia Baez Gajiga y La Sociedad Legal De Bienes Gananciales compuesta entre ambos, Demandados. Civil Núm. FA2019CV01339 (307). Sobre Cobro De Dinero Y Ejecución De Hipoteca. EDICTO DE SUBASTA. Estados Unidos De América, El Presidente De Los Estados Unidos De América, El Estado Libre Asociado De Puerto Rico. El(La) Alguacil del Tribunal de Primera Instancia, Sala de Fajardo, al público en general: CERTIFICO Y HAGO SABER: Que en cumplimiento de un Mandamiento de Ejecución de Sentencia fechado de 7 de junio de 2021, que me ha sido dirigido por la secretaria del Tribunal de Primera Instancia de Puerto Rico, Sala de Fajardo, en el caso arriba indicado, venderé en la fecha o fechas que más adelante se indican, en pública subasta al mejor postor, en moneda legal de los Estados Unidos de América, en mi oficina sita en el local que ocupa en el Tribunal de Primera Instancia Sala de Fajardo, Puerto Rico, todo derecho, título e interés que tenga la parte demandada en el inmueble que se describe a continuación: Dirección Física: CONDOMINIO COSTA BRAVA, APARTAMENTO 15-401, CEIBA, PR 00735. "URBANA: PROPIEDAD HORIZONTAL: Edificio Núm. 15. Apartamento Núm. 15-401 de hormigón armado y bloques para fines residenciales, localizado en el cuarto piso del Edificio que a su vez forma parte del conjunto de Edificios conocidos como CONDOMINIO COSTA BRAVA, radicado en el Barrio Machos del término municipal de Ceiba, Puerto Rico. Consta de un área superficial de 1191.7153 pies cuadrados, equivalentes a 110.7140 metros cuadrados. Colinda por el Norte, con área exterior; por el Sur, con pared medianera que lo separa del apartamento Núm. 402 del Edificio del que forma parte; por el Este, con área exterior; y por el Oeste, con área exterior. Dicho apartamento consta de tres cuartos dormitorios con sus closets, dos cuartos de baño, sala-comedor, cocina-"laundry", un pasillo o corredor que da acceso de la sala-comedor a las habitaciones donde ubica un "linen closet" y una terraza patio. Su puerta de entrada está localizada en el extremo Suroeste de su sala-comedor y la misma da acceso directo al exterior del Edificio. Está equipado con un fregadero doble en la cocina, una pileta de lavado en el área de lavandería y un calentador de agua. Tiene el uso y disfrute con carácter exclusivo de un área de terraza parcialmente techada ubicada

**63916331**

**63916332**

**63916333**

**63916334**

**63916335**

Estado Libre Asociado De Puerto Rico Tribunal De Primera Instancia Sala Superior De San Juan

**PUERTO RICO CONSUMER DEBT MANAGEMENT CO., INC.**

Demandante

vs.

**JOSE A GARCIA GARCIA**

Demandado

**63916336**

Estado Libre Asociado De Puerto Rico Tribunal De Primera Instancia Sala Superior De Guayama

**LUNA RESIDENTIAL II LLC**

Demandante

Vs.

**ZORAIDA ALBINO FELICIANO**

por sí y en la cuota viudal usufructuaria, La Sucesión De

**FELIX MARTINEZ PEREZ**

compuesta por

**GRISELLE MARTINEZ ALBINO, MARISOL MARTINEZ ALBINO, ZORAIDA MARTINEZ ALBINO**

Y

**CARMELINA MARTINEZ ALBINO**

y herederos de nombres desconocidos denominados como

**JOHN DOE**

Y

**JANE DOE; SECRETARIO DE HACIENDA; Y CRIM**

Demandados

Civil Núm. GM2019CV00929. Sobre: Cobro de Dinero y Ejecución de Hipoteca. Emplazamiento Por Edicto e Interpelación. Estados Unidos De America, El Presidente De Los EE.UU. El Estado Libre Asociado De PR.

**A: GRISELLE MARTINEZ ALBINO, ZORAIDA MARTINEZ ALBINO**

Y

**CARMELINA MARTINEZ ALBINO**

y herederos de nombres desconocidos denominados como

**JOHN DOE**

Y

**JANE DOE,**

como miembros de la

**SUCESION DE FELIX MARTINEZ PEREZ**

Por la presente se les notifica que la parte demandante ha presentado ante este Tribunal, demanda contra ustedes, solicitando la concesión del remedio expuesto en la demanda de epígrafe, por la suma principal de $75,738.80 de principal adeudado más los intereses sobre dicho principal al 14.20% anual, desde el día veintiséis (26) de abril de 2019 y hasta la fecha de su total pago, más recargos acumulados, más cualesquiera

**63916337**

Estado Libre Asociado De Puerto Rico Tribunal De Primera Instancia Sala Superior De Lares

**BANCO POPULAR DE PUERTO RICO**

Parte Demandante

Vs.

**SUC DE CARLOS SAÚL TORRES SIGURANI,**

et als

Parte Demandada



GFR MEDIA

# FACTURA DE EDICTOS

**DUPLICADO DE LA FACTURA ORIGINAL**

| Num. Factura |
|---|
| **8655663** |

| Telefono | Numero de Cuenta |
|---|---|
| (305) 416-6293 | H3925143 |

ALICE SUM
US SECURITIES AND EXCHANGE COMMISSION
801 BRICKELL AVENUE SUITE 1950
MIAMI FL 33131-

**Num. de Caso** 1:21-CV-21079-Bloom
**Promovente** Securities and Exchange Comm
**vs.**
**Demandado** Mintbroker Interna

| Codigo de Anuncio | Numero de Anuncio | Dias | Ordenado | Comienzo | Expiracion |
|---|---|---|---|---|---|
| 9216323 | 10062117516323 | 1 | 10/06/2021 | 10/07/2021 | 10/07/2021 |

| Importe | |
|---|---|
| Edicto: | $193.22 |
| Desc: | 0 % |
| Cargos: | $0.00 |
| Subtotal: | $193.22 |
| Pago: | $193.22 |
| **Balance:** | **$0.00** |

Publicaciones
10/7 1x

| Tipo Transaccion | Fecha | Descripcion | Referencia | Dias | Importe | Imp Neto |
|---|---|---|---|---|---|---|
| Cargo por orden | 10/06/2021 | Legal Ads | El Nuevo Dia | | $193.22 | $193.22 |

---

## FACTURA DE EDICTOS

**LA SECCION 1143 NOS EXIME DE CUALQUIER RETENCION**

ALICE SUM
US SECURITIES AND EXCHANGE COMMISSION
801 BRICKELL AVENUE SUITE 1950
MIAMI FL 33131-

| Fecha Factura | Num. Factura | Publicaciones |
|---|---|---|
| **10/07/2021** | **8655663** | **10/7 1x** |

| Telefono | Numero de Cuenta |
|---|---|
| (305) 416-6293 | H3925143 |

| Numero de Anuncio | Numero de Caso | Neto a Pagar |
|---|---|---|
| **10062117516323** | **1:21-CV-21079-Bl** | **$0.00** |

Enviar sus pagos de Anuncios a: GFR Media LLC / PO Box 71445, San Juan, PR 00936-8545. (787) 641-7023
Enviar sus pagos de Circulación (suscripciones) a: Depto de Circulación / PO Box 9227512, San Juan, PR 00922-7512. (787) 641-8800