UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF PROOF OF SERVICE ON MINTBROKER INTERNATIONAL, LTD.

Plaintiff Securities and Exchange Commission (the "Commission"), in compliance with the Court's Order on Motion for Alternate Service of Process (DE 13) and pursuant to Fed. R. Civ. P. 4(l)(2)(B), hereby files proof of service on Defendant MintBroker International, Ltd, f/k/a Swiss America Securities Ltd. and d/b/a SureTrader ("SureTrader") and advises the Court of the following:

    1.    On September 24, 2021, the Court entered its Order Granting the Commission's Motion or Alternate Service of Process, or, in the Alternative, for a 90-Day Extension of Time to Effectuate Service, allowing for service on SureTrader by international mail or FedEx and requiring service to be effectuated by October 20, 2021. (DE 13)

    2.    On October 4, 2021, undersigned went to the Clerk's office and provided five separate packages of shipping labels, envelopes, and the Summons and Complaint to the Clerk. The Clerk prepared five Clerk's Notice of International Services (DE 17-21),

1

3. In the Commission's Motion, it identified SureTrader's designated agent and registered office as Michael C. Miller, P.O. Box EE-17971, Nassau, Bahamas. Upon further research, undersigned discovered variations on the P.O. Box address (it was sometimes combined with a street address) and located one additional address for Mr. Miller (from the Securities Commission of the Bahamas website: https://www.scb.gov.bs/wp-content/uploads/2021/09/FCSPs-as-at-31-August-2021.pdf, p.8). Undersigned learned that UPS and FedEx may not recognize the P.O. Box/street address combinations and UPS would not deliver to a P.O. Box address, so in an abundance of caution, undersigned separated the combined addresses and used both UPS and FedEx to deliver the packages. Thus, five packages were addressed to SureTrader c/o Michael C. Miller as designated/registered agent as follows:

   a. Winton Heights, PO Box EE-17971, Nassau, Bahamas (via FedEx 774857754814);
   b. 10 Lookout Hill, Winton Heights, Nassau Bahamas (via UPS 1ZA3748WDA98637615);
   c. 3 Lookout Hill, Winton Heights, Nassau Bahamas (via UPS 1ZA3748WDA99620229);
   d. Bayside Executive Park, Bldg. 3, West Bay Street & Blake Road, Nassau Bahamas (via UPS 1ZA3748WDA98257437); and
   e. PO Box N-4875, Nassau, Bahama (via FedEx 774857867699);

4. The package sent to Winton Heights, PO Box EE-17971, was delivered on October 6, 2021, and signed for by "M. Miller." Proof of delivery from FedEx for Article 774857754814 is attached as **Exhibit A**.

5. The package sent to 10 Lookout Hill, Winton Heights, was delivered on October 7, 2021, and received by "M C Miller." Proof of delivery from UPS for Article 1ZA3748WDA98637615 is attached as **Exhibit B**.

6. The package sent to 3 Lookout Hill, Winton Heights, was delivered on October 7, 2021, and received by "M C Miller." Proof of delivery from UPS for Article 1ZA3748WDA99620229 is attached as **Exhibit C**.

7. The package sent to Bayside Executive Park, Bldg 3, West Bay Street & Blake Road, was delivered on October 8, 2021, and received by "M C Miller." Proof of delivery from UPS for Article 1ZA3748WDA98257437 is attached as **Exhibit D**.

8. The package sent to PO Box N-4875 became "ready for recipient pickup" on October 6, 2021, and remains so as of the filing of this Notice. Status from FedEx for Article 774857867699 as of October 13, 2021, is attached as **Exhibit E**.

9. Accordingly, service was effectuated on SureTrader by serving its designated agent and registered office, Michael C. Miller, on October 6, 2021.

October 13, 2021                    Respectfully submitted,

Alice K. Sum
Alice K. Sum, Esq.
Trial Counsel
Fla. Bar No. 354510
Direct Dial: (305) 416-6293
Email: sumal@sec.gov

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone:   (305) 982-6300
Facsimile:    (305) 536-4154