FedEx

October 06, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774857754814

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | M.MILLER | **Delivery Location:** | |
| **Service type:** | International Priority | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | NASSAU, |
| | | **Delivery date:** | Oct 6, 2021 12:07 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 774857754814 | **Ship Date:** | Oct 4, 2021 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**

NASSAU, BS,

**Shipper:**

WASHINGTON, DC, US,

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx

**EXHIBIT**

**A**