# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZA3748WDA98637615

**Weight**

0.50 LBS

**Service**

UPS Worldwide Saver®

**Shipped / Billed On**

09/30/2021

**Additional Information**

Adult Signature Required

**Delivered On**

10/07/2021 11:10 A.M.

**Delivered To**

NASSAU, BS

**Received By**

M MILLER

**Left At**

Receiver

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 10/08/2021 9:54 A.M. EST

**EXHIBIT B**