

### TRACK ANOTHER SHIPMENT

774857867699   

**ADD NICKNAME**

ℹ️  Shipment is available for pickup at **FedEx Facility: THOMPSON BLVD.**. We'll hold the shipment for five business days starting from October 06, 2021.

## Scheduled delivery:
## Pending pickup



**READY FOR PICKUP**
NASSAU, BS

**GET STATUS UPDATES**

| FROM | TO |
|---|---|
| WASHINGTON, DC US | NASSAU, BS |

## Travel History

**TIME ZONE**
Local Scan Time

**Wednesday, 6 October 2021**

| 10:55 | NASSAU BS | Ready for recipient pickup<br>Package available for pickup at: THOMPSON BLVD. |
| 10:54 | NASSAU BS | Delay<br>Rerouted to revised delivery address |

**Tuesday, 5 October 2021**

| 16:25 | NASSAU BS | At local FedEx facility |
| 16:24 | NASSAU BS | At local FedEx facility |
| 16:24 | NASSAU BS | Delay<br>Package at station, arrived after courier dispatch. |
| 13:57 | NASSAU BS | International shipment release - Import |
| 13:54 | NASSAU BS | In transit<br>Package available for clearance |
| 09:56 | MIAMI, FL | In transit |
| 09:49 | MIAMI, FL | In transit |
| 09:00 | MIAMI, FL | In transit |
| 08:43 | MIAMI, FL | In transit |



EXHIBIT
E

| Time  | Location   | Status                          |
|-------|------------|---------------------------------|
| 08:42 | MIAMI, FL  | In transit                      |

**Monday, 4 October 2021**

| Time  | Location   | Status                          |
|-------|------------|---------------------------------|
| 21:13 | MIAMI, FL  | At destination sort facility    |
| 17:11 | MIAMI, FL  | Picked up                       |

**Friday, 1 October 2021**

| Time  | Location | Status                               |
|-------|----------|--------------------------------------|
| 10:07 |          | Shipment information sent to FedEx   |

## Shipment Facts

**TRACKING NUMBER**
774857867699

**SERVICE**
International Priority

**WEIGHT**
1 lbs / 0.45 kgs

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
1 lbs / 0.45 kgs

**TERMS**
Shipper

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday

**SHIP DATE**
04/10/2021

**STANDARD TRANSIT**
05/10/2021 before 18:00

**SCHEDULED DELIVERY**
Pending pickup