UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA



FILED BY_____D.C.

OCT 20 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

Defendant.

NOTICE OF MOTION

No. 1:21-CV-21079

Hon. Beth Bloom

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendant Guy Gentile ("Gentile") respectfully moves to this Court pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) for an enlargement of time to file an answer or otherwise respond to the complaint in this action brought by the plaintiff Securities and Exchange Commission. Defendant submits that its initial response is due by November 1, 2021, and for it's co-defendant on October 27, 2021. A proposed order granting this motion is attached.

Dated:
October 16, 2021

Respectfully submitted,

GUY GENTILE
Defendant, Pro Se
103 Ave De Diego
Apt S2202
San Juan, PR 00911
787-363-7833
guygentile@outlook.com

## PRELIMINARY STATEMENT

I am representing myself in the above referenced matter. I am making this motion to request an enlargement of the time to Answer the complaint in this matter for myself and my co-defendant MintBroker International, Ltd.

There is good cause to grant this motion. The Securities and Exchange Commission ("SEC") has filed an action in this court against myself and MintBroker International, Ltd, aka SureTrader ("MBI"). I am a shareholder and a Director of MBI. I seek to protect my interest in MBI by this unusual request to seek an enlargement of time answering since I do not and cannot represent MBI in this matter; and in the interests of justice and fairness to seek the truth of the matters rather than resolution by default, to ask in this manner is the only way I am aware doing it.

The SEC's complaint states MBI is involved in litigation in the Bahamas, the country of its formation. The Securities Commission of the Bahamas ("SCB") brought a cause seeking to dissolve/"wind-up" MBI. The Bahamian Supreme Court, Commercial Division case is pending in Nassau under cause number 00014 of 2020, entitled "IN THE MATTER of the Companies Act, CH. 308 AND IN THE MATTER of an Application under the Securities Industry Act, 2011 AND IN THE MATTER OF MintBroker International, LTD. (FORMERLY Swiss America Securities, LTD.) T/A SURE TRADER Swiss America Securities, a Registered Securities Firm" Hon. Mrs. Justice Stewart presiding. The litigation is ongoing." See SEC Complaint, 3/22/2021, ECF No. 1, pages 3-4; see Supreme Court of the Bahamas Order, 3/19/2020, **Exhibit A** to my Declaration supporting this motion.

As a shareholder of MBI, I challenged the SCB over the wind-up of MBI. The case has gone to trial and is awaiting a court order as to whether MBI is dissolved or not. A decision from Mrs. Justice Stewart is expected within the next 90 days.

If MBI is not granted an extension to answer this complaint, if it is ordered out of the Bahamian receivership at a later time, my interests are not protected because MBI has no ability at this time to act to protect its interests in this case.

1

My Bahamian attorney requested a stay on the receivership actions which was granted by trial motion by Mrs. Justice Stewart who ordered that "nothing happens" regarding the actions of the Receiver. My Bahamian counsel advised me that the Receiver cannot act due to the threat of contempt. Nor would any request to act now would be meaningful because, as advised by my Bahamian counsel, by the time any request is made or heard, there would most likely be a decision or the request/motion denied because of a forthcoming decision. My Bahamian counsel also advised me that I can not hire counsel to represent the company as all of my powers at CEO & Director have been removed when the Receiver was appointed.

By having MBI default affects my interests in MBI negatively in the following manners: In applying for other industry licenses, having a company wound down by a court order reliever is a negative and affects my ability to earn a living; Defaulting in this action will cause a monetary judgment to be entered NOT on the merits of this action but by the unusual circumstances MBI is placed by this action and the Bahamian cause; The receiver is in control of the records for MBI which MBI and myself need to defend this action.

The SEC waited 6 years to bring this action. Sajaad Matin advised Adam Ford, who represented me in the NJ DOJ and SEC cases, that they would file this case in March 2016. See Ford Dec., 3/5/2019, Page 3, par. 9-10, in **Exhibit B** to my Declaration.

Additionally, the SEC refused to tell me what if anything the firm or myself was doing wrong. See Ford/Sajjad emails, dated 10/11-17/2017, **Exhibit C** to my Declaration.

I am actively defending my interest in the Bahamas, but I'm stuck in an unusual situation, where I'm defending on one front, and have my hands tied in another. The SEC shouldn't get a win by "default" due to this circumstance, it should only win if their case has merits, which I certainly believe they do not.

The SEC clearly does not oppose this request as they did not oppose my request by letter seeking 90 days to answer sent to the court two weeks ago on Sept. 29, 2021 and posted on pacer Oct. 6, 2021. See ECF Doc No. 23, Sept. 20, 2021 **Exhibit D** to my Declaration.

I have emailed the SEC prior to making this motion seeking their consent to this extension. They are aware of this cause in the Bahamas, they referenced it in their complaint and they have worked with

2

the SCB against MBI for quite some time. See email to Ms. Sum. dated 10/12/2021. **Exhibit E** to my Declaration.

### Good Cause

I am awaiting a ruling after trial concerning the fate of MBI, whether it will be dissolved. Given the impact the Bahamas Supreme Court's decision will have on myself and my interests in MBI, extending the time to answer in this case for 90 days makes the most sense. This Court is obviously empowered with "the power to stay proceedings [as] incidental to the power inherent in every Court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). "In the exercise of its sound discretion, a Court may hold one lawsuit in abeyance to abide the outcome of another which may substantially affect it or be dispositive of the issues." *Bechtel Corp. v. Local* 215, Laborers' Int'l Union of N. Am., 544 F.2d 1207, 1215 (3d Cir. 1976).

I am currently *pro se*, and going through a learning curve on filing procedures. I'm reading through case law to educate myself on how to best handle this case until I can find counsel. As previously mentioned in my letter to the Court dated September 29, 2021, this is a heavily docketed issue of over five (5) cases involving myself and the SEC regarding this matter. See screenshot of such cases on Pacer, **Exhibit G** to my Declaration. This is a complex securities case that spans 10 years. The SEC waited 6 years to file this case, the statute of limitation not running. Therefore the SEC will not be prejudiced by waiting ninety (90) days for an answer.

### Conclusion

For the above reason I respectfully request this court Grant me and my co-defendant an enlargement of the time to answer of 90 days.

Respectfully submitted,

GUY GENTILE
Defendant, *Pro Se*
103 Ave De Diego, S2202
San Juan, PR 00911
787-363-7833
guygentile@outlook.com

3

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MINTBROKER INTERNATIONAL, LTD.,<br>f/k/a SWISS AMERICA SECURITIES LTD.<br>and d/b/a SURETRADER, and<br>GUY GENTILE, a/k/a GUY GENTILE NIGRO,<br><br>Defendant. | **CERTIFICATION OF SERVICE**<br><br>No. 1:21-CV-21079<br><br>Hon. Beth Bloom |

## CERTIFICATION OF SERVICE

I, Guy Gentile, certify that a copy of my motion dated 10/15/2021, with its declaration and exhibits was served upon

> Alice K. Sum
> U.S. Securities and Exchange Commission
> 801 Brickell Ave, Suite 1950
> Miami, Florida 33131
> Email: sumal@sec.gov

by USPS First Class Mail on October 16, 2021.

Dated: October 16, 2021

GUY GENTILE
Defendant, *pro se*
103 Ave De Diego, Apt S2202
San Juan, PR 00911
guygentile@outlook.com
787-363-7833