UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21079-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.
and GUY GENTILE,

      Defendants.
_____/

**ORDER ON MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT**

**THIS CAUSE** is before the Court upon *pro se* Defendant Guy Gentile's ("Gentile" or "Defendant") Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint, ECF No. [27] ("Motion"), filed on October 20, 2021. The Court has carefully considered the Motion, the record in this case, the applicable law, and is otherwise fully advised. For the reasons that follow, the Motion is granted in part.

In the Motion, Gentile requests a 90-day extension of time on behalf of himself and MintBroker International, Ltd. ("MBI"), in which to respond to the Complaint. In pertinent part, Gentile asserts that MBI is involved in a pending proceeding in the Bahamas, in which he expects a dispositive ruling within the next 90 days, and that as a shareholder and director of MBI, he wishes to protect his interest in MBI – notably by avoiding a default by MBI in this case. However, Gentile also recognizes that he cannot represent MBI in this case.

While Gentile may represent himself individually, it is well-settled that artificial entities, "can act only through agents[,] cannot appear pro se, and must be represented by counsel." *Palazzo*

Case No. 21-cv-21079-BLOOM/Otazo-Reyes

*v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) (citations omitted). Therefore, Gentile cannot request an extension of time on behalf of MBI.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [27]**, is **GRANTED IN PART AND DENIED IN PART**.

2. Gentile may file a response to the Complaint, **no later than December 1, 2021**.

3. The request for an extension on behalf of MBI is denied.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 20, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Guy Gentile, *pro se*
103 Ave de Diego
Apt. S2202
San Juan, PR 00911
Email: guygentile@outlook.com