UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21079-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.
and GUY GENTILE,

    Defendants.
_____/

## ORDER ON DEFAULT PROCEDURES

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiff filed the above-captioned action on March 22, 2021, ECF No. [1]. Service of the summons and Complaint was executed on Defendant MintBroker International, Ltd. ("Defendant") on October 6, 2021, setting a response deadline of October 27, 2021. ECF No. [26]. To date, Defendant has failed to answer or otherwise respond to the Complaint. Accordingly, it is **ORDERED AND ADJUDGED** that

1. Defendant must file a response to the Complaint, through counsel, by or before **November 4, 2021**.

2. If Defendant fails to file any response to the Complaint, Plaintiff shall submit a Motion for Entry of Clerk's Default with respect to Defendant no later than **November 15, 2021**, that includes the certificate of service indicating that notice of this Order was sent to Defendant, including the address or addresses to which it was sent. Plaintiff's failure to file a Motion

Case No. 21-cv-21079-BLOOM/Otazo-Reyes

for Entry of Clerk's Default within the specified time may result in **dismissal** without prejudice and without further notice as to Defendant.

3. The Plaintiff is directed to serve a copy of this Order upon all defaulting Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 28, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record