**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 1:21-cv-21079-BB**

SECURITIES AND EXCHANGE COMMISSION

    Plaintiff

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that the undersigned, Dayliset Rielo, of the Rielo Law Firm, is hereby entering her appearance as counsel in the above-styled cause.

    Counsel hereby states that this appearance is in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys. Undersigned respectfully requests that service and copies of all papers in this action should be served upon the undersigned at the following email addresses: aford@fordobrien.com, dayliset@rielolaw.com.

    Dated this 4th day of November, 2021.

    Respectfully Submitted,

By:/s/ ___***DAYLISET RIELO***___
Dayliset Rielo, Esq.

FL Bar No. 85321
8180 N.W. 36th Street, Suite 220
Doral, Florida 33166
Phone: 786. 454.9873

Fax: 786. 454.8900
Dayliset@rielolaw.com

1