UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION
    Plaintiff

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,
    Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of ADAM C. FORD of the law firm of FORD O'BRIEN, 575 5TH AVENUE, NEW YORK, NEW YORK 10017, 212-858-0040, for purposes of appearance as co-counsel on behalf of MINTBROKER INTERNATIONAL, LTD., f/k/a SWISS AMERICA SECURITES LTD. And d/b/a SURETRADER, and GUY GENTILE, a/k/a GUY GENTILE NIGRO in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit ADAM C. FORD to receive electronic filings in this case, and in support thereof states as follows:

1.  ADAM C. FORD is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York State Bar #4145314, Eastern and Southern District of New York, New Jersey State Bar #017772002, and New Jersey District Court.

2.  Movant, DAYLISET RIELO, Esquire, of the law firm THE RIELO LAW FIRM, 8180 N.W. 36th Street, Suite 220, Doral, Florida 33166, 787-454-9873, is a member in good standing of The Florida Bar and the United Stated District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of this Court, ADAM C. FORD, has made payment of this Court's $200.00 accordance admission fee. A certification in with Rule 4(b) is attached hereto.

4.  ADAM C. FORD by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to ADAM C. FORD, at email address: aford@fordobrien.com.

WHEREFORE, DAYLISET RIELO, moves this Court to enter an Order permitting ADAM C. FORD to appear before this Court on behalf of MINTBROKER INTERNATIONAL, LTD., f/k/a SWISS AMERICA SECURITES LTD. And d/b/a SURETRADER, and GUY GENTILE, a/k/a GUY GENTILE NIGRO, for all purposes relating

to the proceedings in the above-styledmatter and directing the Clerk to provide notice of electronic filings to ADAM C FORD.

Date: November 5, 2021

                                      Respectfully Submitted,

By:    */s/ DAYLISET RIELO*
        Dayliset Rielo, Esq.
        FL Bar No. 85321
        8180 N.W. 36th Street, Suite 220
        Doral, Florida 33166
        Phone: 786. 454.9873
        Fax: 786. 454.8900
        Dayliset@rielolaw.com

## **CERTIFICATION OF ADAM C. FORD**

ADAM C. FORD, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of New York State Bar #4145314, Eastern and Southern District Courts in the State of New York; New Jersey State Bar #017772002, and New Jersey District Court, and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

*/s/ Adam C. Ford*

ADAM C. FORD

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION

    Plaintiff

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for ADAM C. FORD, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. ADAM C. FORD may appear and participate in this action on behalf of MINTBROKER INTERNATIONAL, LTD., f/k/a SWISS AMERICA SECURITES LTD. And d/b/a SURETRADER, and GUY GENTILE, a/k/a GUY GENTILE NIGRO, The Clerk shall provide electronic notification of all electronic filings to ADAM C. FORD at aford@fordobrien.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

                                                                                                    United States District Judge

Copies furnished to: All Counsel of Record