# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# CASE NO: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## NOTICE OF MOTION

    PLEASE TAKE NOTICE, that, upon the Memorandum of Law in Support of Defendants' Motion to Stay, the Declaration of Dayliset Rielo, Esq., together with the exhibits annexed thereto, the Defendant will move this Court, before the Honorable Beth Bloom, at the Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue, FL 33128, as soon as counsel may be heard, Court to stay this action pending resolution of the motion for contempt before the New Jersey Court.

Dated: November 8, 2021.                          Respectfully submitted,

                                                          _/s/ Dayliset Rielo___
                                                          Dayliset Rielo, Esq.
                                                          The Rielo Law Firm, LLC
                                                          8180 N.W. 36th Street
                                                          Suite 200
                                                          Miami, FL 33166
                                                          786-454-9873
                                                          dayliset@rielolaw.com

                                                          *Attorneys for Defendant Guy Gentile*