**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 1:21-cv-21079-BB**

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL,
LTD., f/k/a SWISS AMERICA
SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## PROPOSED ORDER

Upon consideration of Defendants' Motion for Stay, it is hereby ORDERED that the Defendants' Motion to Stay this action pending resolution of the motion for contempt before the New Jersey Court is GRANTED. All deadlines in this action are stayed until such time as that motion is resolved. In the event Defendants are required to file a responsive pleading in this action, Defendants shall have 30 days from the date of the lift of the stay.

Dated this ____ day of _____ 2021.

                                                                       _____
                                                                       The Honorable Beth Bloom