**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 1:21-cv-21079-BB**

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

MINTBROKER INTERNATIONAL,
LTD., f/k/a SWISS AMERICA
SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

     Defendants.

—————————————————————————/

**DECLARATION OF DAYLISET RIELO**
**IN SUPPORT OF DEFENDANTS' MOTION TO STAY**

Dayliset Rielo, Esq, pursuant to 28 U.S.C. 1746 declares the following subject to penalties of perjury:

1.    I am an attorney of The Rielo Law Firm, LLC., attorneys of record for Defendants.

2.    I have personal knowledge of the matters set forth below, and the exhibits annexed hereto are true and correct copies of the documents described.

3.    I submit this Declaration in support of Defendants' Motion for Stay and to place before the Court a true and correct copy certain documents.

4.    Attached as Exhibit A hereto is a true and correct copy of an Affidavit of Guy Gentile dated July 14, 2016.

5.    Attached as Exhibit B hereto is a true and correct copy of a Wells Submission of behalf Guy Gentile dated January 10, 2014.

6.      Attached as Exhibit C hereto is a true and correct copy of a New Jersey Indictment, *United Stated of America v. Guy Gentile*.

7.      Attached as Exhibit D hereto is a true and correct copy of a Complaint, dated March 23, 2016, in *SEC v. Gentile*, filed in New Jersey District Court, (the "New Jersey Complaint"), Case No. 16-1619.

8.      Attached as Exhibit E hereto is a true and correct copy of a SEC Letter dated April 26, 2017.

9.      Attached as Exhibit F hereto is a true and correct copy of a SEC Letter dated May 9, 2017.

10.      Attached as Exhibit G hereto is a true and correct copy of Guy Gentile's Motion to Dismiss, dated June 30, 2017, in *SEC v. Gentile*, filed in New Jersey District Court, (the "New Jersey Action"), Case No. 16-1619.

11.      Attached as Exhibit H hereto is a true and correct copy of the SEC's Opposition to Guy Gentile's Motion to Dismiss dated July 21, 2017, in the New Jersey Action.

12.      Attached as Exhibit I hereto is a true and correct copy of an Order, dated September 18, 2017, in the New Jersey Action.

13.      Attached as Exhibit J hereto is a true and correct copy of an Order of United Stated Third Circuit Court of Appeals, dated November 6, 2018, in *SEC v. Gentile*, Case No. 18-1242.

14.      Attached as Exhibit K hereto is a true and correct copy of the SEC's First Request for the Production of Documents to Guy Gentile, dated March 2, 2020.

15.      Attached as Exhibit L hereto is a true and correct copy of the SEC's First Set of Interrogatories to Guy Gentile, dated March 2, 2020.

16.     Attached as Exhibit M hereto is a true and correct copy of a SEC Subpoena to Mint Global Markets, dated September 21, 2020.

17.     Attached as Exhibit N hereto is a true and correct copy of an SEC Letter dated August 24, 2020.

18.     Attached as Exhibit O hereto is a true and correct copy of an Opinion Granting Guy Gentile's Motion to Dismiss, dated September 29, 2020, in the New Jersey Action.

19.     Attached as Exhibit P hereto is a true and correct copy of an Amended Complaint, dated October 6, 2017, in the new Jersey Action.

20.     Attached as Exhibit Q hereto is a true and correct copy of the SEC's Opposition to Guy Gentile's Motion to Dismiss, dated April 3, 2020.

21.     Attached as Exhibit R hereto is a true and correct copy of a Declaration of Nancy Brown, dated April 3, 2020.

22.     Attached as Exhibit S hereto is a true and correct copy of an SEC Letter dated October 19, 2020.

23.     Attached as Exhibit T hereto is a true and correct copy of an Order Closing the New Jersey Action, dated October 21, 2020.

24.     Attached as Exhibit U hereto is a true and correct copy of the Complaint, dated March 22, 2021, in *SEC v. MintBroker International, Ltd.* filed in the Southern District of Florida, (the "Florida Complaint"), Case No. 1:21-cv-21079.

25.     I declare under penalty of perjury that the foregoing statements made by me are true.

Dated: November 8, 2021

_\_Dayliset Rielo\_\__
Dayliset Rielo, Esq.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I caused the foregoing Declaration of Dayliset Rielo executed

November 8, 2021, with Exhibits, to be served on Defendant by filing via PACER, with notice to

Plaintiff's counsel, this 8th day of November 2021.


                                                              _*Dayliset Rielo*_
                                                              Dayliset Rielo, Esq.