UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**JOINT STIPULATION REGARDING DEADLINE
FOR JOINT SCHEDULING REPORT**

Plaintiff Securities and Exchange Commission and Defendant Guy Gentile stipulate as follows:

1. On March 23, 2021, the Court entered its Order Requiring Scheduling Report and Certificates of Interested Parties, requiring that the parties prepare and file a Joint Scheduling Report within 21 days of an appearance by a defendant in this case. ECF No. [4].

2. On October 20, 2021, Guy Gentile filed a Motion for Extension of Time to Answer or Otherwise Respond to the Complaint ECF No. [27].

3. On November 5, 2021, counsel for Gentile filed a Notice of Appearance and Motions to Appear Pro Hac Vice. ECF Nos. [32, 33, 34].

4. Based on the Court's Order, the parties are due to file their Joint Scheduling Report by November 10, 2021.

5.     Because counsel for Gentile recently appeared in the case, they need additional time to review the file in order to participate in the preparation of a Joint Scheduling Report, to which the Commission does not object.

6.     The Commission and Gentile agree that the 21 days in which to prepare and file a Joint Scheduling Report will run from the date that Gentile's counsel appeared in the case, November 5, 2021, instead of when Gentile filed his Motion for Extension of Time *pro se*.

7.     Thus, the deadline to file the Joint Scheduling Report will be November 26, 2021.

Dated: November 10, 2021.

Respectfully submitted,

/s/Alice Sum_____
Alice Sum, Esq.
Trial Counsel
Fla Bar No.: 354510
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Phone: (305) 416-6293
Email: sumal@sec.gov

*Attorney for Plaintiff*
SECURITIES AND EXCHANGE COMMISSION

/s/Dayliset Rielo_____
Dayliset Rielo, Esq.
The Rielo Law Firm, LLC
8180 N.W. 36th Street
Suite 200
Miami, FL 33166
Phone: Office: (786) 454-9873
(786) 454-9873
Email: dayliset@rielolaw.com

FORD O'BRIEN, LLP
Adam C. Ford, Esq. (PHV granted)
Matthew A. Ford, Esq. (PHV granted)
575 Fifth Ave, Floor 17
New York, NY 10017
Tel: (212) 858-0040
Email: aford@fordobrien.com
Email: mford@fordobrien.com

*Attorneys for Defendant Guy Gentile*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 10th day of November 2021 via CM-ECF on all defense counsel in this case or other interested parties in the manner denoted below.

Via UPS
MintBrokers International, LTD.
c/o Michael C. Miller, Registered Agent
Winthrop Heights
10 Lookout Hill
Nassau, Bahamas

/s/Alice Sum_____
Alice Sum