UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT
AGAINST DEFENDANT MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD. and d/b/a SURETRADER**

Plaintiff Securities and Exchange Commission, pursuant Fed. R. Civ. P. 55(a) and this Court's Order dated October 28, 2021 ECF No. [31], moves the Clerk for entry of a default against Defendant MintBroker International, Ltd., f/k/a Swiss America Securities Ltd. and d/b/a SureTrader (SureTrader) for failure to plead or otherwise defend, and states:

    1.    On March 22, 2021, the Commission filed a complaint against SureTrader and Guy Gentile.  ECF No. [1].

    2.    On September 21, 2021 the Commission filed a Motion for Alternate Service of Process.  As to SureTrader, the Court granted the Commission's request to serve SureTrader by international mail or FedEx.  ECF No. [8, 13].

    3.    On October 4, 2021, the Clerk of the Court filed five separate Notices of International Services on five different address to the registered agent for SureTrader.  ECF No. [17-21].

1

4. On October 13, 2021, the Commission filed a Notice of Proof of Service on SureTrader advising that SureTrader was served on October 6, 2021. ECF No. [26].

5. On October 28, 2021 the Court entered an Order on Default Procedures, noting that SureTrader's response deadline was October 27, 2021, and giving SureTrader until November 4, 2021, to file a response to the Complaint through counsel. The Court also ordered that the Commission file a motion for entry of clerk's default by November 15, 2021. ECF No. [31].

6. On November 5, 2021, Dayliset Rielo filed a Notice of Appearance, which did not state the defendant(s) for whom she is appearing, though the docket text states that she filed on behalf of Gentile. That same day, Ms. Rielo filed Motions to Appear Pro Hac Vice for Adam Ford and Matthew Ford on behalf of Gentile and SureTrader, though the docket text states that the Motions were filed on behalf of Gentile only. ECF No. [32, 33, 34].

7. Because the Notice of Appearance and Motions to Appear Pro Hac Vice appeared to be unclear, undersigned requested that SureTrader's counsel clarify which defendant(s) they are representing. On November 9, 2021, Adam Ford advised that "Ms. Rielo, Matt[hew Ford], and I are all only appearing on behalf of Mr. Gentile, not Mintbroker."[1]

8. Undersigned was recently contacted by counsel for the Joint Provisional Liquidator (JPL) who was appointed in connection with a Winding Up Petition (Petition) filed by the Securities Commission of The Bahamas against SureTrader. A copy of the Order for Appointment of Provisional Liquidator is attached as **Exhibit A.** The JPL's counsel advised that they are awaiting a ruling on the Petition by the Supreme Court of The Bahamas potentially converting the provisional liquidation to an official liquidation; the JPL does not know when the Bahamian court will rule. The JPL's counsel advised that the JPL is aware of the respective deadlines for

---

[1] Based on this response, undersigned requested that Adam Ford file a notice with the Court clarifying that he and his co-counsel represent only Gentile, but none has been filed as of the date of this Motion.

SureTrader's response and the Commission to file this Motion. The Commission and the JPL have engaged in discussions regarding a potential resolution of the Commission's claims against SureTrader and expect to continue these discussions.

9. As of the date of this filing, SureTrader has not filed a response to the Complaint.

## CERTIFICATE OF SERVICE IN COMPLIANCE WITH ORDER ON DEFAULT PROCEDURES

On November 9, 2021, undersigned served a copy of the Order on Default Procedures ECF No. [31] via UPS International Mail (Tracking Number: 1ZA3748WDA98153307) on Michael C. Miller, as Registered Agent for MintBroker International, Ltd., f/k/a Swiss America Securities Ltd. and d/b/a SureTrader, Winton Heights, 10 Lookout Hill, Nassau, Bahamas. Undersigned obtained confirmation from UPS that the package was delivered on November 11, 2021, and signed for by "M C Miller."

**WHEREFORE**, the Commission moves for entry of a Clerk's Default against Defendant MintBroker International, Ltd., f/k/a Swiss America Securities Ltd. and d/b/a SureTrader.

November 15, 2021                              Respectfully submitted,

                                                                   Alice K. Sum
                                                                   Alice K. Sum, Esq.
                                                                   Trial Counsel
                                                                   Fla. Bar No. 354510
                                                                   Direct Dial: (305) 416-6293
                                                                   Email: sumal@sec.gov

                                                                   Attorneys for Plaintiff
                                                                   **SECURITIES AND EXCHANGE COMMISSION**
                                                                   801 Brickell Avenue, Suite 1950
                                                                   Miami, Florida 33131
                                                                   Telephone:   (305) 982-6300
                                                                   Facsimile:    (305) 536-4154


## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 15th day of November 2021 via CM-ECF on all defense counsel in this case or other interested parties in the manner denoted below.

Via UPS
MintBroker International, Ltd.
c/o Michael C. Miller, Registered Agent
Winthrop Heights
10 Lookout Hill
Nassau, Bahama

Via Email
Warren Gluck, Esq.
Jessica Magee, Esq.
Holland and Knight LLP
Email: Warren.Gluck@hklaw.com
Email: Jessica.Magee@hklaw.com
Counsel for Igal Wizman of Ernst & Young,
Joint Provisional Liquidators

                                                                        Alice K. Sum
                                                                        Alice K. Sum

**IN THE SUPREME COURT OF THE BAHAMAS**

Commercial Division

> **SUPREME COURT**
>
> MAR 19 2020
>
> Nassau, Bahamas

CAUSE NO. 00014 of 2020

**IN THE MATTER of the Companies Act, Ch. 308**

AND

**IN THE MATTER of an Application under the Securities Industry Act, 2011**

AND

**IN THE MATTER of MINTBROKER INTERNATIONAL LTD. (FORMERLY SWISS AMERICA SECURITIES LTD.) T/A SURE TRADER Swiss America Securities, a Registered Securities Firm.**

---

# ORDER FOR APPOINTMENT OF PROVISIONAL LIQUIDATOR

---

Before The Honorable Justice Ian Winder, a Judge of the Supreme Court of The Bahamas, in Chambers.

**UPON HEARING** Messrs. Gawaine Ward and Gladstone Brown of counsel for the Securities Commission of The Bahamas ("**the Commission**"), the Petitioner/ Applicant herein, upon its Ex Parte Summons dated and filed herein on the 5th day of March, 2020 for an order that Igal Wizman and Eleanor Fisher be appointed joint provisional liquidators of Mintbroker International Ltd. (Formerly Swiss America Securities Ltd.) T/A Sure Trader ("**the Company**").

**AND UPON READING** the Petition presented by the Commission, filed herein on the 5th March 2020.

**EXHIBIT A**

AND UPON READING the Affidavits of Christina R. Rolle, all filed herein on 5th March 2020 concerning the Company's present status, namely that:

    a.    the Company is currently non-operational;

    b.    the Company sought to wind up voluntarily, but failed to meet the conditions necessary for this to occur;

    c.    As a consequence, the Company's registration is currently suspended; and

    d.    the Commission seeks to protect the welfare of investors and/or clients, and the Company and clients' assets, information and/or records.

AND UPON the Petitioner/Applicant undertaking by its counsel to pay any damage suffered by the Company as a result of this order and/or the appointment of provisional liquidators in the event that the winding up petition is ultimately withdrawn or dismissed.

IT IS HEREBY ORDERED THAT:

1. Mr. Igal Wizman, Licensed Insolvency Trustee ("LIT"), Chartered Insolvency and Restructuring Professional ("CIRP") and an Associate Partner with Ernst and Young (EY), having its place of business at One Montague Place, East Bay Street, Nassau, Bahamas; and Ms. Eleanor Fisher, of EY Cayman Ltd., 62 Forum Lane, Camana Bay, Grand Cayman, KY-1106, Cayman Islands, be appointed as joint provisional liquidators (JPLs) for the Company with authority to act jointly or severally.

2. **The JPLs is/are hereby authorized to:**

    1)    forthwith take possession of, collect, and protect the property and assets of the said Company and its clients, but not to distribute or part with the same until further order;

    2)    discharge rents, salaries and other current expenses;

  3) require of any person who has in his possession documents or information in relation to the accounts, assets and securities or affairs of the Company and its clients, to produce the same;

  4) require any person who has information in relation to the accounts, assets, securities or affairs of the Company as the JPLs may require in the exercise of their duties, to attend upon the JPLs at such time and place as they may appoint and give them all information they may require;

  5) do all other things necessary to preserve the assets and estate of the Company and its clients.

3. The JPLs be at liberty to apply to this Honourable Court, as necessary, for further directions pursuant to O. 4, r. 5 of the CLR.

4. The winding up petition shall be advertised locally, in Canada, the USA and in the United Kingdom, no later than _19th April, 2020_.

5. The petition shall be heard on _19th May, 2020_ ~~2020 at 10:00 a.m.~~ at 2pm.

DATED the 17th day of **MARCH**, A. D., 2020

FILED the _19th_ day of March 2020

_[signature]_

The Honourable Mr. Justice Ian Winder
**JUDGE OF THE SUPREME COURT**

*This Order was filed by The Securities Commission of the Bahamas, 2nd Floor Poinciana House, North Building, 31A East Bay Street, Nassau, The Bahamas.*

IN THE SUPREME COURT OF THE BAHAMAS

Commercial Division

IN THE MATTER of the Companies Act, 1992

AND

IN THE MATTER of an Application under the Securities Industry Act, 2011

AND

IN THE MATTER of MINTBROKER INTERNATIONAL LTD. (FORMERLY SWISS AMERICA SECURITIES LTD.) T/A SURE TRADER Swiss America Securities, a Registered Securities Firm.

ORDER FOR APPOINTMENT OF PROVISIONAL LIQUIDATOR

2020

COM/com/00014

*Securities Commission of The Bahamas*
Securities Commission of The Bahamas
2nd Floor Poinciana House,
North Building
31A East Bay Street
Nassau, Bahamas.

The Petitioner/Applicant