UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION

CASE NUMBER
1:21−cv−21079−BB

PLAINTIFF(S)

v.

MINTBROKER INTERNATIONAL, LTD., et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**MINTBROKER INTERNATIONAL, LTD., f/k/a SWISS AMERICA SECURITIES LTD. and d/b/a SURETRADER**

as of course, on the date November 16, 2021.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Carlos Davis*
Deputy Clerk

cc:  Judge Beth Bloom
     Securities and Exchange Commission

CV–37 (10/01)