**Sum, Alice**

---

**From:** Sum, Alice
**Sent:** Monday, October 25, 2021 12:58 PM
**To:** 'Guy Gentile'
**Subject:** RE: Veune Chance to New Jersey

Dear Mr. Gentile:

We do not agree to your request to change venue to the District Court of New Jersey.

Alice



**Alice K. Sum**
Trial Counsel
U.S. Securities and Exchange Commission
Division of Enforcement
Miami Regional Office
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Office:   305.416.6293
Mobile:  305.202.0885
Email: SumAl@sec.gov

---

**From:** Guy Gentile <guygentile@outlook.com>
**Sent:** Monday, October 25, 2021 10:57 AM
**To:** Sum, Alice <SumAl@SEC.GOV>
**Subject:** Veune Chance to New Jersey

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Ms. Sum:

In accordance with Local Rule 7.1(a)(3)(A), I am requesting in good faith that the SEC agree to change of venue to the District Court of New Jersey (NJ), even though I understand that you don't agree.

I believe you know I do not agree with venue in Miami for various reasons such as I do not live in Florida, I do not work in Florida, Florida is more than inconvenient, records and documents are in the Bahamas or in NJ, the attorneys who handled your cases against me in NJ are located in New York and as such are familiar with the decade long dealings between the SEC and myself.

Please let me know by 3 PM today if you agree or don't agree. A simple yes or no would suffice.

Thank you,
Guy Gentile

# Exhibit A