# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

_____/

### ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs               Yes _____  No __X__
2. Motion for Attorney's Fees      Yes _____  No __X__
3. Motions for Sanctions           Yes _____  No __X__
4. Motions to Dismiss              Yes _____  No __X__
5. Motions for Summary Judgment    Yes _____  No __X__

Date: November 26, 2021

/s/Alice Sum_____
Alice Sum, Esq.
Trial Counsel
Florida Bar No. 354510
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
(305) 416-6293
Email: sumal@sec.gov

*Attorneys for Plaintiff*
SECURITIES AND EXCHANGE
COMMISSION

/s/Dayliset Rielo_____
Dayliset Rielo, Esq.
The Rielo Law Firm, LLC
8180 N.W. 36th Street
Suite 200
Miami, FL 33166
Phone: Office: (786) 454-9873
(786) 454-9873
Email:  dayliset@rielolaw.com

FORD O'BRIEN, LLP
Adam C. Ford, Esq. (PHV granted)
Matthew A. Ford, Esq. (PHV granted)
575 Fifth Ave, Floor 17
New York, NY 10017
Tel: (212) 858-0040
Email: aford@fordobrien.com
Email: mford@fordobrien.com

*Attorneys for Defendant Guy Gentile*