UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## SCHEDULING ORDER

The parties to this action held their scheduling conference on November 22, 2021, submitted their Joint Scheduling Report on November 26, 2021, and submitted a proposed scheduling order on November 26, 2021. The Court has reviewed the Joint Scheduling Report and the proposed scheduling order, and enters the following Scheduling Order:

Deadline for Initial Disclosures required under Rule 26(a): **January 7, 2022.**

Deadline for selecting a mediator and notifying the Court of a time, date, and place for mediation. **January 7, 2022.**

Deadline for joining other parties and amending the pleadings: **January 31, 2022.**

Deadline for disclosing the identity of all expert witnesses and providing all disclosures required by Federal Rule of Civil Procedure 26(b)(2)(B). **May 20, 2022.**

Deadline for providing the identity of any rebuttal expert witnesses and their disclosures required by Federal Rule of Civil Procedure 26(b)(2)(B). **June 3, 2022.**

Deadline for completion of all discovery. **August 22 2022.** All discovery should be undertaken in sufficient time to allow for completion of all discovery by this date (i.e., written interrogatories or document requests should be served no later than 30 days before the completion date).

Deadline for completing mediation.  **September 23, 2022.**

Deadline for filing dispositive pre-trial motions, including *Daubert* motions.  **October 21, 2022.**

Deadline for filing motions *in limine*.  **December 19, 2022.**

Deadline for submission of joint pre-trial stipulation (including witness and exhibit lists), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable.  **February 20, 2023.**

Final pre-trial conference.  \_\_\_\_\_ \_\_**, 2023.**

Trial begins.  \_\_\_**, 2023.**

       **DONE AND ORDERED** in Chambers this \_\_\_\_ day of _____, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISCTRICT JUDGE**

Copies:  Counsel and parties of record