UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

      Defendants.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's order dated March 23, 2021 (ECF No. 4), Plaintiff Securities and Exchange Commission files its Certificate of Interested Parties and Corporate Disclosure Statement:

**Interested Parties**

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Plaintiff, Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131

Alice K. Sum
Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131

Jessica Weissman
Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131

Guy Gentile
c/o Ford O'Brien, LLP
575 Fifth Ave, Floor 17
New York, NY 10017

Adam C. Ford
Ford O'Brien, LLP
575 Fifth Ave, Floor 17
New York, NY 10017

Matthew A. Ford, Esq.
Ford O'Brien, LLP
575 Fifth Ave, Floor 17
New York, NY 10017

Dayliset Rielo
The Rielo Law Firm, LLC
8180 N.W. 36th Street, Suite 200
Miami, FL 33166

MintBroker International, Ltd. (Bahamas)
c/o Michael C. Miller, Registered Agent
Winthrop Heights
10 Lookout Hill
Nassau, Bahamas

Igal Wizman
Eleanor Fisher
Joint Provisional Liquidators for MintBroker International, Ltd.
Ernst & Young
c/o Warren Gluck
Holland and Knight LLP
31 West 52nd Street, 12th Floor
New York, New York  10019

Warren Gluck
Holland and Knight LLP
31 West 52nd Street, 12th Floor
New York, New York  10019

Mint Custody Limited

MinTrade Technologies, LLC

F1Trade, Ltd.

Mint Global Markets, f/k/a Stock USA Execution Services, Inc.

ProTrade Securities, LLC

MintBroker International Limited (U.K.)

Mint Bank International, LLC

**Corporate Disclosure Statement**

Identify any parent corporation and any publicly held corporation owning 10% or more of its stock.

None.

November 26, 2021

Respectfully submitted,

Alice K. Sum
Alice K. Sum, Esq.
Trial Counsel
Fla. Bar No. 354510
Direct Dial: (305) 416-6293
Email: sumal@sec.gov

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone:   (305) 982-6300
Facsimile:    (305) 536-4154

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 26th day of November 2021 via CM-ECF on all defense counsel in this case or other interested parties in the manner denoted below.

Via UPS
MintBroker International, Ltd.
c/o Michael C. Miller, Registered Agent
Winthrop Heights
10 Lookout Hill
Nassau, Bahama

Via Email
Warren Gluck, Esq.
Jessica Magee, Esq.
Holland and Knight LLP
Email: Warren.Gluck@hklaw.com
Email: Jessica.Magee@hklaw.com
Counsel for Igal Wizman of Ernst & Young,
Joint Provisional Liquidators

                 Alice K. Sum
                 Alice K. Sum