**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-CV-21079-BB**

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**GUY GENTILE'S REPLY MEMORANDUM OF LAW**
**IN SUPPORT OF HIS MOTION FOR A STAY**

Defendant Guy Gentile ("Gentile") respectfully submits this reply memorandum of law in further support of his motion to stay this action pending resolution of his outstanding Motion for Contempt filed in the United States District Court for the District of New Jersey (the "New Jersey Court"), in the related case, *SEC v. Gentile*, No. 2:16 Civ. 01619 (BRM), seeking an order mandating the United States Securities and Exchange Commission (the "SEC") withdrawal the Complaint in this action as violative of a prior binding federal court order. In the alternative, Gentile requests that if the New Jersey Court declines to issue an order mandating withdrawal of the Complaint, all parties to this action be provided 30 days from the date of that order to file a responsive pleading.

## ARGUMENT

As argued in his opening memorandum, the Court should stay this action until resolution of a pending motion in a related action before the New Jersey Court. The question of the inter-relatedness of this case and the one in New Jersey is a decision that is, respectfully, best reserved for the New Jersey court as that is where the SEC originally litigated the issue of Gentile's alleged securities laws violations in the Bahamas that are now repeated here. That court has agreed to hear this issue in just a few weeks and there is no reason for this case to push ahead given that a case-determinative decision will be made in New Jersey by December 20, when the current motion for contempt hearing is scheduled.

To be clear, the allegations in this complaint are based on alleged conduct that the SEC has been aware of—according to its own statements—since at least 2014, seven years ago, and which ended two years ago, according to the SEC's own allegations. The entity defendant who is accused of misconduct ceased doing business over two years ago, in 2019. The other defendant, Gentile, has not been in the securities industry since that time. The SEC's complaint

seeks an injunction based on allegations of past conduct, not ongoing or threatened future conduct—of which there is none.

Should the New Jersey Court not grant Gentile's motion for contempt, or order the SEC to withdraw its duplicative complaint here, Gentile intends to file a motion to dismiss this complaint on various grounds, including that the SEC has been aware of the alleged conduct since 2012, and that the SEC and FBI ordered Gentile to continue operating his Bahamian Broker Dealer as he had been operating it since 2012 as part of his cooperation terms. Given these constellation of facts there will be no prejudice to any party if this case stayed for a month, and it will save judicial and party resources.  Nothing in the SEC's memorandum of law in opposition to the stay refutes these established facts.

Gentile's motion to stay here is primarily supported by the strength of his motion in the New Jersey court, attached hereto as Ex. A.  Since filing his motion for a stay here, the magistrate judge in New Jersey in New Jersey "administratively terminated" Gentile's motion for contempt questioning whether he had authority to grant the relief requested.  (Ex. B) When Gentile appealed that decision to the District Court Judge who granted the order at issue, Judge Martinotti granted Gentile's motion and reinstated the motion for contempt seeking further briefing on the issue.  The contempt motion is currently scheduled for December 20, 2021. Because the New Jersey Court's decision on this issue is case determinative in this case, and the decision is only one month away, Gentile respectfully requests that this court grant a short stay here until that decision is made later in December.

## CONCLUSION

For the reasons set forth herein, Gentile respectfully requests the Court stay this action pending resolution of the motion for contempt before the New Jersey Court.  In the alternative, to

the extent the New Jersey Court denies the motion for contempt, Gentile respectfully requests 30 days from that date to file a responsive motion in this action.

Dated:  November 29, 2021.

                                          Respectfully submitted,

                                          /s/Dayliset Rielo
                                          Dayliset Rielo, Esq.
                                          Fls Bar No.: 85321
                                          The Rielo Law Firm, LLC
                                          8180 N.W. 36th Street
                                          Suite 200
                                          Miami, FL 33166
                                          Office: (786) 454-9873
                                          Fax: (786) 454-8900
                                          Email:  dayliset@rielolaw.com

                                          FORD O'BRIEN, LLP
                                          Adam C. Ford, Esq. (PHV granted)
                                          Matthew A. Ford, Esq. (PHV granted)
                                          575 Fifth Ave, Floor 17
                                          New York, NY 10017
                                          Tel: (212) 858-0040
                                          Email: aford@fordobrien.com
                                          Email: mford@fordobrien.com

                                          *Attorneys for Defendant Guy Gentile*