UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF JOINT LIABILITY

Pursuant to the Court's Order on Default Judgment Procedure (ECF No. 47), Plaintiff Securities and Exchange Commission files its Notice of Joint Liability and states:

**Brief Description of the Allegations**

From no later than March 2016 until at least November 2019, Defendants MintBroker International, Ltd., f/k/a Swiss America Securities Ltd., d/b/a SureTrader and its founder, owner, and chief executive officer Guy Gentile operated an offshore broker-dealer in the Bahamas designed to help day traders in the United States circumvent the U.S. rules that regulate pattern day trading. While SureTrader worked to help U.S. customers circumvent these rules, SureTrader itself was failing to comply with the mandatory broker-dealer registration requirements of the U.S. securities laws – namely, the federal securities laws that prohibit unregistered foreign broker-dealers from soliciting U.S. customers. By failing to comply with the broker-dealer registration requirements, SureTrader and Gentile avoided certain regulatory obligations for broker-dealers

that govern their conduct in the marketplace, including submitting to regulatory inspections and oversight, following financial responsibility rules, and maintaining books and records.

Through these activities, SureTrader violated Section 15(a)(1) of the Securities Exchange Act of 1934, 15 U.S.C. § 78o(a)(1), by acting as an unregistered securities broker-dealer. Gentile is liable for SureTrader's violations as a control person under Section 20(a) of the Exchange Act, 15 U.S.C. § 78t(a), and for violating Section 15(a)(1) of the Exchange Act, 15 U.S.C. § 78o(a)(1), through or by means of SureTrader in violation of Section 20(b) of the Exchange Act, 15 U.S.C. § 78t(b). As a control person of SureTrader, Gentile is jointly and severally liable with and to the same extent as SureTrader for its violations of Section 15(a)(1) of the Exchange Act.

Plaintiff seeks the following relief against SureTrader and Gentile, jointly and severally: disgorgement of all ill-gotten gains or proceeds received including prejudgment interest thereon as a result of the acts and/or courses of conduct alleged in this Complaint and payment of civil money penalties pursuant to Section 21(d)(3) of the Exchange Act, 15 U.S.C. § 78u(d)(3).

**Status of the Defendants' Liability**

On November 16, 2021, a Clerk's Default was entered against SureTrader (ECF No. 46). Gentile filed a Motion to Stay This Action on November 8, 2021, Plaintiff filed a Response thereto on November 22, 2021, and Gentile filed a Reply on November 29, 2021 (ECF Nos. 39, 48, and 53). Gentile's response to the Complaint is due on December 1, 2021 (ECF No. 29).

November 30, 2021                                Respectfully submitted,

                                              Alice K. Sum
                                              Alice K. Sum, Esq.
                                              Trial Counsel
                                              Fla. Bar No. 354510
                                              Direct Dial: (305) 416-6293
                                              Email: sumal@sec.gov

                                              Attorneys for Plaintiff
                                              **SECURITIES AND EXCHANGE COMMISSION**
                                              801 Brickell Avenue, Suite 1950
                                              Miami, Florida 33131
                                              Telephone:   (305) 982-6300
                                              Facsimile:    (305) 536-4154

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 30th day of November 2021 via CM-ECF on all defense counsel in this case or other interested parties in the manner denoted below.

Via UPS
MintBroker International, Ltd.
c/o Michael C. Miller, Registered Agent
Winthrop Heights
10 Lookout Hill
Nassau, Bahama

Via Email
Warren Gluck, Esq.
Jessica Magee, Esq.
Holland and Knight LLP
Email: Warren.Gluck@hklaw.com
Email: Jessica.Magee@hklaw.com
Counsel for Igal Wizman of Ernst & Young,
Joint Provisional Liquidators

                                              Alice K. Sum
                                              Alice K. Sum