UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## MOTION CLARIFYING COUNSEL APPEARANCES
## ON BEHALF OF DEFENDANT GUY GENTILE

Please take notice that the undersigned attorneys wish to clarify appearances entered in the above referenced matter. In support of this Motion, undersigned state as follows:

    1.    On November 5, 2021, Attorney Dayliset Rielo entered a notice of appearance on behalf of Defendant, Guy Gentile. ECF No. [32].

    2.    On November 5, 2021, Attorney Adam C. Ford motioned the Court to Appear Pro Hac Vice, and the Court subsequently entered an Order granting Attorney Ford's Motion. ECF Nos. [33,36].

    3.    On November 8, 2021, Attorney Matthew Aaron Ford motioned the Court to Appear Pro Hac Vice, and the Court subsequently entered an Order granting Attorney Ford's Motion. ECF Nos. [40,42].

4. Undersigned respectfully motions this court to clarify their respective appearances; specifically, Attorneys Dayliset Rielo, Adam C. Ford, and Matthew Aaron Ford are only appearing on behalf of Defendant, Guy Gentile, and not Mintbroker International.

5. Defendant, Guy Gentile does not legally control Mintbroker International, thus Attorneys Dayliset Rielo, Adam C. Ford, and Matthew Aaron Ford cannot legally appear on the entities' behalf.

6. Undersigned Attorneys have made this clarification, and conferred with Plaintiff's counsel, Alice Sum, prior to this filing.

7. The parties respectfully Motion the Court to enter an Order reflecting this clarification, and directing the Clerk to modify appearances accordingly.

Dated: November 30, 2021.

Respectfully submitted,

/s/*Dayliset Rielo*
Dayliset Rielo, Esq.
Fls Bar No.: 85321
The Rielo Law Firm, LLC
8180 N.W. 36th Street
Suite 220
Miami, FL 33166
Office: (786) 454-9873
Fax: (786) 454-8900
Email: dayliset@rielolaw.com

FORD O'BRIEN, LLP
Adam C. Ford, Esq. (PHV granted)
Matthew A. Ford, Esq. (PHV granted)
575 Fifth Ave, Floor 17
New York, NY 10017
Tel: (212) 858-0040
Email: aford@fordobrien.com
Email: mford@fordobrien.com

*Attorneys for Defendant Guy Gentile*

Case 1:21-cv-21079-BB   Document 55   Entered on FLSD Docket 11/30/2021   Page 3 of 3