**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 1:21-cv-21079-BB**

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

MINTBROKER INTERNATIONAL,
LTD., f/k/a SWISS AMERICA
SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

      Defendants.

_____/

## NOTICE OF MOTION AND REQUEST FOR HEARING

PLEASE TAKE NOTICE, that, upon the Memorandum of Law in Support of Defendants' Motion to Dismiss, the Affidavit of Guy Gentile, Esq., together with the exhibits annexed thereto, the Defendant will move this Court, before the Honorable Beth Bloom, at the Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue, FL 33128, as soon as counsel may be heard, to dismiss this action for lack of personal jurisdiction.

Dated:  December 1, 2021

                            Respectfully submitted,

                            */s/ Dayliset Rielo*
                            Dayliset Rielo, Esq.
                            The Rielo Law Firm, LLC
                            8180 N.W. 36th Street
                            Suite 220
                            Miami, FL 33166
                            786-454-9873
                            dayliset@rielolaw.com

*/s/ Adam C. Ford*
Ford O'Brien LLP
Adam C. Ford, Esq.
aford@fordobrien.com
Matthew Aaron Ford, Esq.
mford@fordobrien.com
575 Fifth Avenue, 17th Floor
New York, NY 10017
Telephone:
(212) 858-0040
*Attorneys for Defendant Guy Gentile*