UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## AFFIDAVIT OF GUY GENTILE IN SUPPORT OF HIS MOTION TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION

District of Puerto Rico)

I, Guy Gentile, being duly sworn, hereby, under risk of penalty and perjury, do solemnly, sincerely, and truly declare and affirm:

1.    My name is Guy Gentile and I submit this affidavit in support of my memorandum of law in support of motion to dismiss for lack of personal jurisdiction.

2.    I am an entrepreneur and former day trader. Among my various endeavors, I am the founder and current CEO of SureTrader.com a/k/a Mintbroker International, LTD., f/k/a Swiss America Securities LTD. and d/b/a Suretrader.

1

3. I founded the Swiss America Securities d/b/a Suretrader in the Bahamas in 2008, and the company was licensed by the Securities Commission of the Bahamas in late 2011.

4. Shortly thereafter, however, I was approached by the United States Department of Justice, the Federal Bureau of Investigation, and the United States Securities and Exchange Commission and I entered into cooperation agreements with these agencies.

5. As has been widely publicized and the focal point of several litigations in New Jersey and the Third Circuit, I was a government cooperator from July 2012 until around March 2016 when I was indicted by the United States Attorney's Office for the District of New Jersey. At this same time, the SEC filed a civil complaint against me, which was originally stayed pending outcome of the criminal case.

6. In the lead up to these events of March 2016, I was aware of the forthcoming indictment and SEC complaint. I understood that given what was about to occur, I needed to step down from my roles as president of Suretrader, and otherwise remove myself from the securities industry.

7. On December 29, 2015 I tendered my resignation as the President and Director of Swiss America Securities, LTD., effective immediately.

8. Attached as Exhibit A is a true and correct copy of my resignation letter.

9. On that same day, Swiss Americas Securities held an Extraordinary General Meeting of the Shareholders and resolved that my resignation was accepted, that Mr. Wade Matsumoto be and is hereby appointed a Director, that Ms. Janay Pyfrom was appointed as CEO of the company and Mr. Antonio collie was appointed President of the company.

10. Attached as Exhibit B is a true and correct copy of the Board Meeting Minutes from December 29, 2015.

11. After my resignation, the Securities Commission of the Bahamas recognized that I had stepped down and that Antonio Collie was approved as the Director and President of Swiss Americas Securities, Ltd., pursuant to Regulation 37 of the Securities Industry Regulations 2012.

12. Attached as Exhibit C is a true and correct copy of a letter from the Bahamian Securities Commission affirming the above.

13. As of December 29, 2015, I also tendered back all of my shares in Swiss Americas/SureTrader, and from that day until after the New Jersey indictment was dismissed I had no involvement whatsoever with the running of this company.

14. Indeed, attached as Exhibit D is a true and correct copy of a client authorization form from Suretrader's clearing broker listing the authorized signatories on the account. I am not listed.

15. SEC Miami office has stated on the record that it believes the allegations against me stem from 2012, that they have been investigating me and Suretrader since 2014, and that I was violating the securities laws when I was living in Miami in 2016.

16. I believe the SEC knows these allegations that it has made against me are false.

17. Attached as Exhibit E is a true and correct copy of an email that my attorney, Chad Seigel sent to SEC staff attorney from Miami on March 1, 2016 in which he confirmed that I had resigned from Swiss America and my shares were cancelled.

18. In this e-mail, Mr. Seigel explained to the SEC that during the time of my cooperation, FINRA had already looked into the question of whether the Suretrader was engaged in an SEC

Rule 15a-6 violation for soliciting United States customers and determined their business practices to be sound. He also explained that "the SEC in New York was already informed about this matter and specifically advised that it did not see a violation."

19. I have only ever resided in Florida for a few months in 2016, specifically from March 2016 to September 2016. Even while I resided in Miami during these few months, I often traveled back and forth to the Bahamas. At no time did I ever intend on becoming a domicile of Florida and did not purchase any property in Florida. I only lived there because I had been indicted in New Jersey and was constrained to not travel outside the United States without permission from probation, except I was permitted to travel to the Bahamas where I owned a home, and had been living prior to the indictment. Because I had been indicted and sued by the SEC, I had absolutely no involvement in any securities business, including Suretrader from December 2015 until after the indictment against me was dismissed on or around January 31, 2017.

20. I moved from Miami to San Juan Puerto Rico in or around September 2016.

21. Attached as Exhibit F is a true and correct copy of an invoice I received for the apartment that I moved into in September 2016

22. Attached as Exhibit G is a true and correct copy of an internet cancellation confirmation I received in December 2016.

23. Attached as Exhibit H is a true and correct copy of my Puerto Rico driver's license that I obtained in December 2016.

24. After resigning from Swiss America, I personally notified another Suretrader clearing firm that I had exited the industry, that all communications must go through Mr. Collie, and that I intended to completely exit the securities industry and get into the banking industry.

25. At no time did I conduct any business whatsoever in Florida. I specifically did not engage in any business on behalf of, or was in anyway involved in Swiss America/Suretrader (now Mintbroker International), during 2016 until January 31, 2017 after the indictment was dismissed.

26. From December 29, 2015 until January 31, 2017, I had no access to any Suretrader systems or software. I had no substantive discussions with any Suretrader officer/director/employee about the business, nor did I have any insight into decisions being made by the corporate officers at that time.

27. I did not direct anyone to form Mintrade Technologies.

28. I have no knowledge of or involvement with mojotrading.com.

San Juan, Puerto Rico
December 1, 2021

Guy Gentile

KATHERINE JASKOT
Notary Public, State of New York
No. 02JA6059208
Qualified in New York County
Commission Expires September 18, 20__

KATHERINE JASKOT, ESQ

5