# EXHIBIT B

## SWISS AMERICA SECURITIES, LTD.

MINUTES OF AN EXTRAORDINARY GENERAL MEETING OF THE SHAREHOLDERS FOR THE ABOVE-NAMED COMPANY HELD AT THE REGISTERED OFFICE OF THE COMPANY SITUATE AT THE CHAMBERS OF MICHAEL MILLER, #10 LOOKOUT HILL, WINTON HEIGHTS, NASSAU, BAHAMAS ON THE 29TH DAY OF DECEMBER, A.D. 2015 AT 10:30 AM.

**PRESENT:-**     Guy Gentile
                 Michael Miller

On motion made, seconded and carried, Mr. Guy Gentile took the Chair and Mr. Michael Miller kept the minutes of the meeting.

On motion duly made, seconded and carried it was **RESOLVED:-**

1. **THAT** the resignation of Mr. Guy Gentile as President and Director of the Company is hereby accepted as of December 29, 2015.

2. **THAT** subject to regulatory approval Mr. Wade Matsumoto be and is hereby appointed a Director of the Company.

3. **THAT** subject to regulatory approval Ms. Janay Pyfrom be and is hereby appointed as Chief Executive Officer of the Company.

4. **RESOLVED FURTHER THAT** subject to regulatory approval Mr. Antonio Collie be and is hereby appointed as President of the Company.

There being no further business to come before the Meeting, the same terminated.

_____          _____
Guy Gentile                       Michael Miller