# EXHIBIT C



# SECURITIES COMMISSION OF THE BAHAMAS

3rd Floor, Charlotte House  
Shirley Street  
P. O. Box N-8347  
Nassau, Bahamas

Tel.: (242) 397-4100  
Fax: (242) 356-7530  
E-mail: info@scb.gov.bs  
Website: www.scb.gov.bs

Via Mail and E-Mail: millerlaw95@gmail.com

26 February 2016

Mr. Michael C. Miller  
P.O. Box EE-17971  
Nassau, Bahamas

Dear Mr. Miller:

### Re: Antonio S. Collie – Application for Approval as Director

Please be advised that effective 25 February 2016 the Securities Commission of the Bahamas has approved Antonio Samuel Collie as a Director of Swiss America Securities, Ltd. pursuant to Regulation 37 of the Securities Industry Regulations, 2012.

Sincerely,

Omara Bingham  
**Manager, Authorisations**

Carolyn Ferguson  
**Senior Officer, Authorisations**

OB/CF/mcb

AUD/SIA/Swiss America Securities, Ltd.

 **SECURITIES COMMISSION OF THE BAHAMAS**

3rd Floor, Charlotte House
Shirley Street
P. O. Box N-8347
Nassau, Bahamas

Tel.: (242) 397-4100
Fax: (242) 356-7530
E-mail: info@scb.gov.bs
Website: www.scb.gov.bs

Our Ref: MSD/8-3/SIA-F108

**Via Mail & Email: philip@suretrader.com**

8 March, 2016

Mr. Philip Dorsett
Chief Compliance Officer
**Swiss America Securities Ltd**
Suite 17, Elizabeth on Bay Plaza
P.O. Box EE-17971
Nassau, The Bahamas

Dear Mr. Dorsett:

**Re: Swiss America Securities Ltd ("the Company") – Continuing Obligations under Securities Industry Act, 2011 ("the Act") and Securities Industry Regulations, 2012 ("the Regulations")**

The Securities Commission of The Bahamas ("the Commission") writes further to the Directors' resolutions dated 29 December, 2015, advising inter alia, the following:

- Mr. Guy Gentile resigned as President and Director of the Company effective 29 December, 2015; and
- Wade Matsumoto was appointed Director of the Company.

Please be reminded that Regulations 27(2)(g) of the Regulations states "**a person registered under Part V of the Act shall, within five days deliver to the Commission any resignations or dismissals of directors, officers or senior employees of the person registered under Part V of the Act**". In this regard, please submit the following to the Commission on or before **Tuesday 15 March, 2016**:

- Notice of Termination, Resignation or Retirement of Registered Individual (Form 12) regarding Guy Gentile;
- Notice of Change of Information (Form 5) regarding Guy Gentile;
- Original Certificate; and
- Surrender of Registration Certificate in the amount of $200.00.

Lastly, with regards to the appointment of Wade Matsumoto, the Company is required to file Personal Questionnaire for Directors, Officers and Securities Holders of Persons Registered under Part V of the Act and Registered Firms (Form 4). In this regard please submit same to the Commission on or before **Tuesday 15 March, 2016.**

.../2

Mr. Philip Dorsett
**Swiss America Securities Ltd.**
Continuing Obligations

Be advised that failure to file the requested documents and administration fees may result in disciplinary action.

Sincerely,

Sandra Duncombe
**Manager, Market Surveillance**

Crista Petty
**Officer, Market Surveillance**

SD/CP