# EXHIBIT D



A division of Stock USA Execution Services, Inc.

## CLIENT AUTHORIZATION FORM

The Client Authorization Form shows who within your firm you are authorizing STOCK USA EXECUTION SERVICES, INC. to receive instruction from in the selected areas below. This form must be signed by an Authorized Individual of the Brokerage Account Agreement.

| Name | Email Address | Telephone | Order Entry | View Reports | Client Requests | Authorize ACH/Wire | Open/Close Account |
|---|---|---|---|---|---|---|---|
| Antonio Collie | antonio@suretrade.on | 328-8610 | | ✓ | ✓ | ✓ | ✓ |
| Philip Dorsett | philip@suretrades.com | 328-8612 | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drameka Moore | drameka@suretrade.com | 328-7017 | ✓ | ✓ | ✓ | | |
| Tiffany Donaldson | tiffany@suretrade.w | 328-2004 | ✓ | ✓ | ✓ | | |
| Michael Bain | mbain@suretrade.com | 328-7800 | ✓ | ✓ | ✓ | | |
| | | | | | | | |
| | | | | | | | |
| Antonio Cell | | 242.477.0570 | | | | | |
| Direct | | 242-603-8610 | | | | | |
| Philip Direct | | 242.477.0570 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### AUTHORIZED INDIVIDUAL

By:

Name: Antonio Collie

Title: President

Date: Apr. 1 21st 2016