# EXHIBIT E

REDACTED

immediately by e-mail and delete the original message.

---

**From:** Chad Seigel
**Sent:** Tuesday, March 01, 2016 5:06 PM
**To:** 'Matin, Sajjad' <matins@SEC.GOV>
**Cc:** Weissman, Jessica <WeissmanJm@sec.gov>; Joe Tacopina <jtacopina@tacopinalaw.com>
**Subject:** RE: Guy Gentile

Sajjad,

In accordance with our previous communications, and as corroborated by documents we supplied you as per your request, Guy Gentile resigned his position as President and Director of Swiss America Securities, Ltd as of December 29, 2015, and his shares were cancelled.

Additionally, as I previously informed you, FINRA already reviewed the precise matter you are now examining and saw fit not to proceed with any disciplinary action against Mr. Gentile.  Specifically, as I explained to you, in November 2013, FINRA considered charging Mr. Gentile with violating SEC Rule 15a-6, for allegedly soliciting US customers, the very subject matter of your inquiry.  However, as detailed in the submission I already provided to you (the one that was given to FINRA), foreign broker dealers are permitted to engage in securities transactions for or on behalf of US persons, so long as the foreign broker dealer does not affirmatively solicit the customer.  And, as set forth in that same submission, every reasonable step was taken to comply with that SEC rule.

Furthermore, the SEC in New York was already informed about this matter and specifically advised that it did not see a violation.

**Page 1 of 2**

Although I have repeatedly questioned your office's motives in continuing to rehash this matter, I have yet to receive any satisfactory explanation.  In light of the foregoing, I hope you can understand our position at this stage.  In short, we are not prepared to accept service of a subpoena on behalf of Mr. Gentile.  And, if you nonetheless serve him directly, Mr. Gentile intends to assert his Fifth Amendment privilege with respect to your area of inquiry.

**Chad D. Seigel**
**Tacopina & Seigel**
275 Madison Avenue, 35th Floor
New York, NY 10016
Tel: 212.227.8877
Fax: 212.619.1028
cseigel@tacopinalaw.com
www.tacopinalaw.com

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product.  If you are not an intended recipient, you many not review, copy or distribute this message. if you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Matin, Sajjad [mailto:matins@SEC.GOV]
**Sent:** Tuesday, March 01, 2016 3:59 PM
**To:** Chad Seigel <cseigel@tacopinalaw.com>
**Cc:** Weissman, Jessica <WeissmanJm@sec.gov>; Joe Tacopina <jtacopina@tacopinalaw.com>
**Subject:** Guy Gentile

Chad,

Thank you again for the documents regarding Mr. Gentile's recent departure from Swiss America and his 2013 FINRA submission.  As we noted in our previous correspondence, we will need to speak with Mr. Gentile on the record.  If, by Friday morning, you are unable to provide dates for Mr. Gentile's availability for testimony in Miami, I will issue a subpoena for his testimony on a date of my choosing.

**Sajjad Matin**
**U.S. Securities and Exchange Commission**
**Division of Enforcement**
matins@sec.gov
305.982.6321