# EXHIBIT F



# INVOICE

9/26/2016

20169GG

## Description:

Out-of-Pocket – Reimbursement:

| | | |
|---|---|---|
| Deposits electric power | | $200.00 |
| Deposit water Services | | 75.00 |
| | Sub Total | $275.00 |

Hours:

Hours in utility companies.

| | | |
|---|---|---|
| | 6 hours @$55.00 | $330.00 |
| | **TOTAL** | **$605.00** |

P. O. Box 9665, San Juan, Puerto Rico  00908-9665.  Visit our Relocation Guide:  www.PuertoRicoLuxury.com