# EXHIBIT G

**Tuesday, November 30, 2021 at 2:09:29 PM Atlantic Standard Time**

**Subject:** Your Stop Service Request Has Been Submitted
**Date:** Saturday, December 24, 2016 at 3:18:45 PM Atlantic Standard Time
**From:** FPL_Account_Management@reply.fplemail.com <FPL_Account_Management@reply.fplemail.com>
**To:** guygentile@me.com <guygentile@me.com>



Log In    Pay Bill

# Stop Service

## Thank You, Guy Gentile!

Your disconnect request has been submitted.

Any refund will be mailed to the address you provided.

### Guy Gentile

**Account Name**
**Guy Gentile**

**Address**
**79 SW 12TH ST APT 3401**
**Miami, FL 33130**

**Disconnect Date**
**12/31/2016**

**Final Bill Mailing Address**
**79 SW 12TH ST APT 3401**
**MIAMI, FL 33130**



Your final statement and/or refund will be mailed to the address you provided.

Please remember to turn off your circuit breakers on the way out to avoid additional charges and ensure that we have access to the meter.

We hope you found our online services helpful.

Even though you are closing your service at this location, we hope to be your service provider again in the future.

For help, visit FPL.com

Communication Preferences │ Privacy Policy │ Contact Us

Florida Power & Light Company

700 Universe Blvd.Juno Beach, FL 33408

Copyright © 2016 Florida Power & Light Company. All rights reserved.