# EXHIBIT H




ESTADO LIBRE ASOCIADO DE COMMONWEALTH OF PUERTO RICO
**PUERTO RICO**
Licencia de Conducir/Driver's License

NUM **REDACTED**
GUY
GENTILE
**REDACTED**
SAN JUAN, PR 00911

SEX/SEXO **M♂**   HGT/EST **5'10"**   WGT/PESO **180LBS**   EYES/OJOS **BRO**

HEAVY III 8 VEHICULO

NOT FOR REAL ID PURPOSES
DOB/NAC **03JUL1976**
ISS/EMI **29DEC2016**
E **NONE**
R **NONE**
EXP **03JUL2022**

♥ Y

5019 / 11750 / 4559 / 2

Miguel A. Torres Díaz
Secretario DTOP