## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-21079-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.
and GUY GENTILE,

      Defendants.

_____/

### ORDER ON MOTION CLARIFYING COUNSEL APPEARANCES
### ON BEHALF OF DEFENDANT GUY GENTILE

**THIS CAUSE** is before the Court upon Attorneys Dayliset Rielo, Adam C. Ford, Matthew

Aaron Ford's (collectively, "Counsel") Motion Clarifying Counsel Appearances on Behalf of

Defendant Guy Gentile, ECF No. [55] ("Motion"). The Court has carefully considered the Motion,

the record in this case, the applicable law, and is otherwise fully advised. For the reasons that

follow, the Motion is denied.

Counsel request that the Court "clarify" and direct the Clerk of Court to note that they only

represent Gentile in this case. *Id.* at 2. Counsel state that "Gentile does not legally control

Mintbroker International, thus Attorneys Dayliset Rielo, Adam C. Ford, and Matthew Aaron Ford

cannot legally appear on the entities' behalf." *Id.* Be that as it may, the designation of Counsel was

based on their representations in the record, not Clerk error. Specifically, Dayliset Rielo moved

the Court to admit Adam C. Ford and Matthew Aaron Ford *pro hac vice* as "co-counsel on behalf

of MINTBROKER INTERNATIONAL, LTD. . . . and GUY GENTILE. . . ." ECF Nos. [33] at 1;

[44] at 1. Therefore, no clarification is needed.

If Counsel wish to withdraw from their representation of Mintbroker International, they

must do so via an appropriate motion to withdraw. The Court reminds Counsel that artificial

entities "can act only through agents[,] cannot appear pro se, and must be represented by counsel."

*Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) (citations omitted).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  The Motion, **ECF No. [55]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 2, 2021.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2