UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
And d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**MOTION FOR RECONSIDERATION OF COURT'S DENIAL OF DEFENDANT GUY GENTILE'S MOTION CLARIFYING COUNSEL APPEARANCES ON BEHALF OF DEFENDANT (DKTS. 55 AND 61)**

Defendant Guy Gentile ("Gentile") respectfully submits the following motion for reconsideration of the Court's December 2, 2021 order denying his motion clarifying counsel appearances.

1.    Counsel for Gentile Dayliset Rielo ("Rielo"), Adam C. Ford, and Matthew A. Ford have never represented Defendant MintBroker International, Ltd. ("MintBroker") nor do they have the authority to do so. As a result of multiple clerical errors, they have been listed as counsel for MintBroker. Because they have not, nor could they represent MintBroker, they are unable to withdrawal as counsel. For the reasons, set forth below,

1

the Court should permit the docket to be corrected, so that counsel for Gentile do not appear as counsel for MintBroker.

2. On November 5, 2021, an appearance was entered on behalf of Rielo solely on behalf of Gentile, listing email addresses for herself and Adam C. Ford for purposes of service. (Dkt. 32).

3. On that same day, Rielo filed motions to appear *pro hac vice* on behalf of Adam C. Ford and Matthew A. Ford. (Dkts. 33, 34, 40). Rielo only represented Gentile, and therefore only had the authority to move for appearances *pro hac vice* on behalf of Gentile not MintBroker. When Rielo filed the motions to appear *pro hac vice* on the electronical filing software (CM/EFC), the motion for appearance was entered *solely* on behalf of Gentile. Rielo specifically only "clicked" the box providing that Adam Ford and Matthew Ford were appearing on behalf of Guy Gentile when filing the papers. Unfortunately, counsel overlooked a clerical error in the actual motion papers, inadvertently and unintentionally stating that the *pro hac vice* appearances were also on behalf of MintBroker.

4. Due to the discrepancy between Rielo's intent, and actual purposeful filing, solely on behalf of Gentile, and the inadvertent inclusion of MintBroker in the motion, the Clerk of Court attempted to cure what the clerk believed to be a deficiency with how Rielo filed the papers by entering a correction to the filings. Specifically, the clerk incorrectly sought to remedy the discrepancy by selecting at its own discretion "all parties" on Docket entry 35, motion to appear *pro hac vice* on behalf of Adam C. Ford. (Dkt. 35 ["Missing Filer Name(s): ERROR – The filer failed to select all parties. The correction was made by the Clerk."]) The Clerk made this same error as to Docket entry

40, motion to appear *pro hac vice* on behalf of Matthew A. Ford.  (Dkt. 41 ["Missing Filer Name(s); Error – The filer failed to select all parties.  The correction was made by the Clerk."].

5. To be clear, the Clerk entered request to appear *pro hac vice* on behalf of MintBroker, not Rielo.  Rielo intended to only sponsor appearances for counsel on behalf of Gentile, which is reflected in her intentional selection of only one party, Guy Gentile.  As a result of the clerk's *sua sponte* correction of the filing (a good-faith attempt to resolve a perceived discrepancy), Rielo, Adam C. Ford and Matthew A. Ford have been incorrectly listed as counsel for MintBroker, although they do not, nor could they, represent MintBroker in this action as it is an entity which is in receivership and in the legal control of a receiver in the Bahamas. Further, Rielo's Notice of Appearance, filed on November 5, 2021, was solely intended to be on behalf of Gentile, the pleading does not mention MintBroker, Mintbroker was not selected as a filing party, nor was this pleading ever corrected by the Clerk's office.  (Dkt. 32).

6. This error of listing Rielo, Adam C. Ford, and Matthew A. Ford as counsel for MintBroker was first identified by plaintiff's counsel on November 9, 2021 and brought to our attention.  Adam C. Ford immediately replied to plaintiff's counsel to inform her of the error and state in no uncertain terms that we were only appearing on behalf of Guy Gentile. Specifically, on November 9, 2021, Adam C. Ford emailed Alice Sum, stating "Sorry for the confusion regarding the filings, to be clear, Ms. Rielo, Matt, and I are only appearing on behalf of Mr. Gentile, not MintBroker." (Ex. A).  Indeed, A. Ford further explained in that e-mail "I understand Mr. Gentile has had Bahamian counsel reach out to the receiver and request that they appear in this matter to deny the

3

allegations, but the receiver will not appear, apparently. If Mr. Gentile could control Mintbroker, then we would appear on the entities' behalf but he cannot legally do that, and we cannot legally appear for them."

7. As such, within hours of the erroneous filing, Mr. Ford had corrected the confusion with the SEC, and explained his view that Mr. Gentile could not legally hire counsel on behalf of Mintbroker and Mr. Ford (nor co-counsel) could not legally appear on behalf of Mintbroker, only the Mintbroker receiver could hire counsel to appear.

8. Following the exchange, on November 9, 2021, Adam C. Ford and Rielo engaged in an e-mail exchange regarding the clerical error incorrectly identifying Adam C. Ford, and Matthew A. Ford as counsel for MintBroker and discussing the need to file a corrective document. [Dkt. 55]. (Ex. B).

9. On November 15, 2021 Adam C. Ford sent an email to Alice Sum again stating, "Thank you for getting back to us on this. While I obviously cannot speak for MintBroker, Mr. Gentile intends to oppose that motion." (Ex. C).

10. As early as November 5, 2021, Gentile's counsel made clear in correspondence with plaintiff's counsel that they only represent Gentile and not Mintbroker. (Ex. D. ["I'm Adam Ford and have just been retained by Guy Gentile, along with co-counsel Dayliset Rielo and Matthew Ford (copied) to represent Guy in the above referenced matter."]).

11. As a final point, MintBroker is currently in receivership and neither the receiver nor any other person or entity with appropriate authority to engage counsel has engaged Rielo, Adam C. Ford, or Matthew A. Ford to represent MintBroker.

4

Accordingly, they do not represent MintBroker and therefore cannot withdraw from representing the entity.

12. For these reasons, Gentile respectfully requests the Court reconsider, and grant his motion to clarify the docket, so that Rielo, Adam C. Ford, and Matthew A. Ford are not listed as counsel for MintBroker.

13. The undersigned counsel apologizes for the confusion that has occurred in this matter, but because counsel was never hired by Mintbroker, and has never spoken with anyone with legal authority to hire us on behalf of the entity, we are unable to "withdraw" as counsel.

14. We are available at Your Honor's convenience to answer any additional questions the Court may have.

Dated: December 2, 2021
      Miami, FL

/s/Dayliset Rielo
Dayliset Rielo, Esq.
Fla Bar No.: 85321
The Rielo Law Firm, LLC
8180 N.W. 36th Street
Suite 220
Miami, FL 33166
Office: (786) 454-9873
Fax: (786) 454-8900
Email: dayliset@rielolaw.com

FORD O'BRIEN, LLP
Adam C. Ford, Esq. (PHV granted)
Matthew A. Ford, Esq. (PHV granted)
575 Fifth Ave, Floor 17
New York, NY 10017
Tel: (212) 858-0040
Email: aford@fordobrien.com
Email: mford@fordobrien.com

*Attorneys for Defendant Guy Gentile*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing motion and accompanying exhibits to be served on Plaintiff by filing via PACER, with notice to Plaintiff's counsel, this 2nd day of December 2021.

                                                                                                      /s/   *Dayliset Rielo*
                                                                                                        Dayliset Rielo, Esq.