# EXHIBIT A



Adam Ford <aford@fordobrien.com>

# SEC v Gentile, 1:21-cv-21079BB

**Adam Ford** <aford@fordobrien.com>  Tue, Nov 9, 2021 at 1:23 PM
To: "Sum, Alice" <SumAl@sec.gov>
Cc: "M. Aaron Ford" <mford@fordobrien.com>, "dayliset23@gmail.com" <dayliset23@gmail.com>

Alice,

That proposal sounds reasonable.  And we may have more clarity on the New Jersey/stay application by the new deadline, so we will agree to it.   Thank you.

Sorry for confusion regarding the filings, to be clear, Ms. Rielo, Matt, and I are all only appearing on behalf of Mr. Gentile, not Mintbroker.  But this raises an issue that I had intended to raise.  As of now Mintbroker is in receivership in the Bahamas and all control of it has been stripped from Mr. Gentile.  I understand Mr. Gentile has had Bahamian counsel reach out to the receiver and request that they appear in this matter to deny the allegations, but the receiver will not appear, apparently.  If Mr. Gentile could control Mintbroker, then we would appear on the entities' behalf, but he cannot legally do that, and we cannot legally appear for them.  That said, the interests are entirely aligned.  I was therefore going to ask that you hold off on moving for any default judgment so that we can continue to ask the receiver to appear and deny the allegations.  We think it would be unjust for the Bahmanian regulators, who we understand you've been working with, to put the entity into receivership and then cause it to default here by refusing to answer (which is in violation of the Receiver's legal obligations to protect the entity).  I'm happy to discuss this issue further over the phone if you'd like as I think it does require more discussion on how to handle if this case moves forward over our objections.

Adam

[Quoted text hidden]