# EXHIBIT B

 Gmail

Adam Ford <aford@fordobrien.com>

## SEC v Gentile, 1:21-cv-21079BB

**Dayliset Rielo, Esq.** <dayliset23@gmail.com>   Tue, Nov 9, 2021 at 2:45 PM
To: Adam Ford <aford@fordobrien.com>
Cc: Katherine Millet <kmillet@fordobrien.com>, Matthew Ford <mford@fordobrien.com>, Katherine Jaskot <kjaskot@fordobrien.com>

Adam,

I can handle notifying the court, tomorrow after 11:30a. If you want it handled before then, have Kat send me draft.

Thank you guys.

**Dayliset Rielo, Esquire**

The Rielo Law Firm, L.L.C.
Dayliset@rielolaw.com
www.rielolaw.com

8180 N.W. 36th Street
Suite 220
Doral, FL 33166
P: 786.454.9873
F: 786.454.8900



CONFIDENTIALITY NOTICE: The information in this message, and any files transmitted with it, is confidential, may be legally privileged, and intended only for the use of the individual(s) named above. Be aware that the use of any confidential or personal information may be restricted by state and federal privacy laws. If you are not the intended recipient, do not further disseminate this message. If this message was received in error, please notify the sender and delete it. This transmission is further covered by the Attorney/Client privilege, and the Work Product Doctrine. Should you receive this transmission in error, please contact our office at 786.454.9873.

## Sent from my iPad

On Nov 9, 2021, at 2:30 PM, Adam Ford <aford@fordobrien.com> wrote:

Day,

Can you do this, or should Kat do it?

---------- Forwarded message ---------
From: **Sum, Alice** <SumAl@sec.gov>
Date: Tue, Nov 9, 2021 at 2:29 PM
Subject: RE: SEC v Gentile, 1:21-cv-21079BB
To: Adam Ford <aford@fordobrien.com>
Cc: M. Aaron Ford <mford@fordobrien.com>, dayliset23@gmail.com <dayliset23@gmail.com>

Adam,

Thank you for the clarification on the appearance being for only Mr. Gentile. I kindly ask that you and your local counsel notify the court so that your names are removed from the docket/cmecf as representing MintBroker. I will send you the stipulation re: the JSR by tomorrow morning.

Regarding the Bahamian receiver and request to hold off on the default, I will get back to you later.

Alice

**From:** Adam Ford <aford@fordobrien.com>
**Sent:** Tuesday, November 9, 2021 1:24 PM
**To:** Sum, Alice <SumAl@SEC.GOV>
**Cc:** M. Aaron Ford <mford@fordobrien.com>; dayliset23@gmail.com
**Subject:** Re: SEC v Gentile, 1:21-cv-21079BB

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Alice,

That proposal sounds reasonable. And we may have more clarity on the New Jersey/stay application by the new deadline, so we will agree to it. Thank you.

Sorry for confusion regarding the filings, to be clear, Ms. Rielo, Matt, and I are all only appearing on behalf of Mr. Gentile, not Mintbroker. But this raises an issue that I had intended to raise. As of now Mintbroker is in receivership in the Bahamas and all control of it has been stripped from Mr. Gentile. I understand Mr. Gentile has had Bahamian counsel reach out to the receiver and request that they appear in this matter to deny the allegations, but the receiver will not appear, apparently. If Mr. Gentile could control Mintbroker, then we would appear on the entities' behalf, but he cannot legally do that, and we cannot legally appear for them. That said, the interests are entirely aligned. I was therefore going to ask that you hold off on moving for any default judgment so that we can continue to ask the receiver to appear and deny the allegations. We think it would be unjust for the Bahmanian regulators, who we understand you've been working with, to put the entity into receivership and then cause it to default here by refusing to answer (which is in violation of the Receiver's legal obligations to protect the entity). I'm happy to discuss this issue further over the phone if you'd like as I think it does require more discussion on how to handle if this case moves forward over our objections.

Adam

On Tue, Nov 9, 2021 at 1:14 PM Sum, Alice <SumAl@sec.gov> wrote:

> Adam,
>
> I am not able to agree to ask the judge to postpone the JSR deadline contingent on the New Jersey motion's resolution as there is no guarantee that the court will rule on 12/6/21. However, I would be willing to stipulate to the 21 days running from your appearance in the case, 11/5/21 (as opposed to Mr. Gentile's 10/20/21 motion for extension of time). The deadline would be 11/26/21 instead. Please let me know if that is agreeable, and I will prepare the stipulation.
>
> Also, please confirm whether you are representing both Mr. Gentile and MintBroker. Ms. Rielo's notice of appearance does not state the defendants for which she is appearing, though the docket text says that she filed on behalf of Mr. Gentile. The motions to appear pro hac vice state that you are seeking to appear for both Mr. Gentile and MintBroker, yet the docket text reflects that the motions were filed on behalf of Mr. Gentile. And, Mr. Gentile is listed as the defendant seeking relief in the motion to stay. Confirmation/clarification would be appreciated.
>
> Thank you.

Alice

**From:** Adam Ford <aford@fordobrien.com>
**Sent:** Tuesday, November 9, 2021 12:29 PM
**To:** Sum, Alice <SumAl@SEC.GOV>
**Cc:** M. Aaron Ford <mford@fordobrien.com>; dayliset23@gmail.com
**Subject:** Re: SEC v Gentile, 1:21-cv-21079BB

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Alice,

Thank you for forwarding this, I actually had not seen it previously.  While I understand this was the judge's original order from last March, given that I have been in the case for two days, I will not be in position to have this information ready by tomorrow and would need additional time.  But more importantly, given that we filed a motion for a stay this case while the New Jersey court decides whether this case was properly filed, I would propose that we do a joint stipulation to the judge agreeing to postpone this filing until after the December 6 hearing in New Jersey, as that hearing will be case determinative here.

Adam

On Tue, Nov 9, 2021 at 12:11 PM Sum, Alice <SumAl@sec.gov> wrote:

> Adam,
>
> Good afternoon.  Although you likely already have a copy, I am attaching the Court's Order Requiring Scheduling Report, which states that within 21 days of an appearance by a defendant in the case, the parties are directed to prepare and file a joint scheduling report as required by Local Rule 16.1.  Mr. Gentile filed a Motion for Enlargement of Time to Answer or Respond to Complaint on 10/20/21 (docket entry date).  As such, tomorrow, 11/10/21, is the deadline for the SEC, Mr. Gentile, and

MintBroker to meet to prepare and file the JSR.  Please advise your availability for a telephone conference this afternoon and tomorrow morning to discuss the JSR.  As a preview, the SEC's position is that this case should be placed on a Standard Track.

Thank you.

Alice

<image001.jpg>   **Alice K. Sum**

Trial Counsel

U.S. Securities and Exchange Commission

Division of Enforcement
Miami Regional Office

801 Brickell Avenue, Suite 1950

Miami, FL 33131
Office:   305.416.6293

Mobile:  305.202.0885

Email: SumAl@sec.gov

--

Ford O'Brien, LLP

575 Fifth Avenue, Fl. 17.

New York, NY 10017

aford@fordobrien.com

(212) 858-0040 (office)

--

Ford O'Brien, LLP

575 Fifth Avenue, Fl. 17.

New York, NY 10017

aford@fordobrien.com

(212) 858-0040 (office)

--
Ford O'Brien, LLP
575 Fifth Avenue, Fl. 17.
New York, NY 10017
aford@fordobrien.com
(212) 858-0040 (office)