# EXHIBIT C

12/2/21, 2:12 PM
Case 1:21-cv-21079-BB   Document 62-3   Entered on FLSD Docket 12/02/2021   Page 2 of 2
Ford O'Brien, LLP Mail - SEC v Gentile, 1:21-cv-21079-BB



**Adam Ford <aford@fordobrien.com>**

# SEC v Gentile, 1:21-cv-21079BB

**Adam Ford** <aford@fordobrien.com>  Mon, Nov 15, 2021 at 4:57 PM
To: "Sum, Alice" <SumAl@sec.gov>
Cc: "M. Aaron Ford" <mford@fordobrien.com>, "dayliset23@gmail.com" <dayliset23@gmail.com>

Alice,

Thank you for getting back to us on this.  While I obviously cannot speak for MintBroker, Mr. Gentile intends to oppose that motion.

Adam

[Quoted text hidden]