# EXHIBIT D



Adam Ford <aford@fordobrien.com>

## SEC v Gentile, 1:21-cv-21079BB

**Adam Ford** <aford@fordobrien.com>  Fri, Nov 5, 2021 at 4:29 PM
To: "Sum, Alice" <sumal@sec.gov>
Cc: dayliset23@gmail.com, "M. Aaron Ford" <mford@fordobrien.com>
Bcc: Guy Gentile <guygentile@outlook.com>

Hi Alice,

I'm Adam Ford and have just been retained by Guy Gentile, along with co-counsel Dayliset Rielo and Matthew Ford (copied) to represent Guy in the above referenced matter.

As you may have seen, we filed a motion for contempt of court against the SEC in New Jersey this week because we believe that this action in Florida needed to have been filed in NJ 20 days after the amended complaint there was dismissed pursuant to that judge's order.  I've attached a copy of that filing here for your review.

We do not have to debate the merits of the NJ action here, my only purpose in reaching out is to ask if you would agree to a stay of this Floria matter until the New Jersey court has an opportunity to make a decision as to whether this case needed to be filed in NJ.  We think the NJ court has to have an opportunity to rule on this issue before this court can proceed.  Our request is only until December 6, 2020, the day the contempt motion is currently on for hearing. We would like to file a motion for the stay later today, so if you could let me know asap, I'd appreciate it.

Otherwise, nice to meet you and I'm always available for a phone conference on any issue.

Adam

--
Ford O'Brien, LLP
575 Fifth Avenue, Fl. 17.
New York, NY 10017
aford@fordobrien.com
(212) 858-0040 (office)

---

 **SEC v. Gentile NJ Motion for Contempt.pdf**
265K