# EXHIBIT 2



### RE: Veune Chance to New Jersey

Dear Mr. Gentile:

We do not agree to your request to change venue to the District Court of New Jersey.

Alice



**Alice K. Sum**
Trial Counsel
U.S. Securities and Exchange Commission
Division of Enforcement
Miami Regional Office
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Office: 305.416.6293
Mobile: 305.202.0885
Email: SumAl@sec.gov

**From:** Guy Gentile <guygentile@outlook.com>
**Sent:** Monday, October 25, 2021 10:57 AM
**To:** Sum, Alice <SumAl@SEC.GOV>
**Subject:** Veune Chance to New Jersey

**CAUTION:** This email originated from outside of the organization. Do not click links or open