**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21079-BLOOM/Otazo-Reyes**

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,
v.

MINTBROKER INTERNATIONAL, LTD.
and GUY GENTILE,

    Defendants.
_____/

## ORDER REGARDING HEARING ON MOTION TO DISMISS

**THIS CAUSE** is before the Court following a telephone call placed today with Chambers and a conference between the Court's law clerk and counsel for the parties. Counsel for Defendant Guy Gentile had previously requested a hearing on Gentile's Motion to Dismiss for Lack of Personal Jurisdiction, ECF No. [57], which the Court granted and scheduled for hearing on January 19, 2022. ECF No. [68]. During the telephone conference, the attorneys inquired about the length of the scheduled hearing and whether it would be evidentiary in nature. Gentile's counsel advised that he had intended to request an evidentiary hearing, and not simply oral argument. The law clerk advised that he would discuss the matter with the Court.

The Court now advises the parties that the scheduled hearing is intended to consist of oral argument based upon the briefings submitted, and an evidentiary hearing is not necessary. As such, the hearing on Gentile's Motion to Dismiss for Lack of Personal Jurisdiction, ECF No. [68], is **CANCELED**. The Court will rule on the briefings submitted.

Case No. 21-cv-21079-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 5, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record