UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 21-21079-CIV-Bloom/Otazo-Reyes

**Securities and Exchange Commission**
                    **Plaintiff,**
**vs.**

**MintBroker International, Ltd. et al**
                    **Defendant.**
_____/

## CLERK'S NOTICE OF MEDIATOR DESIGNATION

In accordance with S.D. Fla. L.R. 16.2 (d) (1) (b), the certified mediator identified below is hereby designated to serve as the mediator in this case:

Juan Ramirez, Jr.
ADR Miami LLC
1172 South Dixie Highway
#341
Coral Gables, FL 33146
Telephone: 305-479-0150
Facsimile: 305-375-8050
Email: jr@ADRMIAMI.com

The Certified Mediator shall be compensated in accordance with Administrative Order 2018-34 ("in cases where the parties have not agreed on the selection of a mediator which results in the Clerk of the Court designating a mediator on a blind rotating basis ... such designated mediators shall be compensated at the rate of Three Hundred Fifty Dollars ($350) per hour, which includes the mediator's time preparing for and conducting the mediation, without compensation for travel."). See also S.D. Fla. L.R. 16.2 (b) (7) ("All mediation fees ... shall be due within forty-five (45) days of invoice and shall be enforceable by the Court upon motion.")

Pursuant to S.D. Fla. L.R. 16.2(d)(2), Plaintiff's counsel (or another attorney agreed upon by all counsel of record) shall be responsible for coordinating the mediation conference date and location agreeable to the mediator and all counsel of record. Plaintiff's Counsel in this case is identified below:

Alice Sum
U.S. Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Telephone: 305-982-6300
Email: sumal@sec.gov

DONE at the Federal Courthouse Square, Miami, Florida this 6th day of January, 2022.

                                            ANGELA E. NOBLE
                                            Court Administrator • Clerk of Court

                                            By: s/Deputy Clerk (PJ)_____

Copies to:
The Honorable Beth Bloom, United States District Judge
All Counsel of Record and/or Pro Se Parties
Juan Ramirez, Jr., Certified Mediator (Copy emailed)                               Rev. 2013-01