UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## JOINT NOTICE OF MEDIATION CONFERENCE

Pursuant to the Court's January 6, 2022, Order [DE 73], the parties hereby notify the Court that mediation with the Clerk-appointed mediator, Juan Ramirez Jr., Former Chief Judge, ADR Miami LLC, 1172 S. Dixie Hwy. #341, Coral Gables FL 33146, Tel: (305) 667-6609, has been scheduled for June 29, 2022, at 10:00 a.m. via Zoom (or similar) video conference.

Date:  January 11, 2022

Respectfully submitted,

| | |
|---|---|
| /s/Alice Sum | /s/Dayliset Rielo |
| Alice Sum, Esq. | Dayliset Rielo, Esq. |
| Trial Counsel | The Rielo Law Firm, LLC |
| Fla Bar No.: 354510 | 8180 N.W. 36th Street |
| Phone: (305) 416-6293 | Suite 200 |
| Email: sumal@sec.gov | Miami, FL 33166 |
| *Attorney for Plaintiff* | Phone: Office: (786) 454-9873 |
| SECURITIES AND EXCHANGE COMMISSION | (786) 454-9873 |
| 801 Brickell Avenue, Suite 1950 | Email:  dayliset@rielolaw.com |
| Miami, Florida 33131 | |
| | FORD O'BRIEN, LLP |
| | Adam C. Ford, Esq. (PHV granted) |

Matthew A. Ford, Esq. (PHV granted)
575 Fifth Ave, Floor 17
New York, NY 10017
Tel: (212) 858-0040
Email: aford@fordobrien.com
Email: mford@fordobrien.com

*Attorneys for Defendant Guy Gentile*