# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-21079-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.
and GUY GENTILE,

      Defendants.

_____/

## ORDER SCHEDULING MEDIATION

      The mediation conference in this case shall be held on **June 29, 2022**, at **10:00 am** with Juan Ramirez Jr. via video conference. On or before **July 4, 2022**, the parties shall file a mediation report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), the mediation was continued with the consent of the parties, or whether the mediator declared an impasse. The parties may not reschedule the mediation without leave of court.

      **DONE AND ORDERED** in Chambers at Miami, Florida, on January 14, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record