UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## JOINT MOTION FOR EXTENSION OF COURT DEADLINES

Plaintiff Securities and Exchange Commission and Defendant Guy Gentile jointly move to extend Court Deadlines as outlined below, for the reasons that follow:

1.    On December 15, 2021, the Court entered its Order Setting Trial and Pre-Trial Schedule, setting forth various pre-trial deadlines and setting trial for the two-week trial period beginning on October 24, 2022.  ECF No. [64].

2.    Pursuant to that Order, the parties have exchanged their initial disclosures, served requests for production, issued subpoenas, scheduled depositions and the SEC has produced thousands of non-privileged documents to Defendant Gentile.  The parties are currently in the process of trying to obtain documents and testimony from third-parties.

3.    The Bahamas is not a member of the Hague Evidence Convention.  Thus, in order to obtain discovery and take witnesses' testimony that are located in the Bahamas, the parties must proceed by a Letters Rogatory process.  Although the SEC has begun the process of having Letters

Rogatory issued, local counsel in the Bahamas has informed the SEC that this process can take on average two to six months, if not longer.[1]

4.  In addition, an issue has just arisen yesterday involving two former SureTrader employees. The parties have been discussing issues involving these individuals that involve privilege, privacy, and production issues. The parties are trying to resolve this issue but may ultimately need the Court's involvement regarding same.

5.  Although the parties are diligently working on garnering discovery, these road blocks create a well-based concern that essential discovery will not be completed by the Court's current deadline of June 28, 2022. Without this essential discovery, the parties will be hindered in all other aspects of pre-trial preparation, thereby creating the need to also extend the remaining pre-trial dates. Thus, the parties are jointly requesting that all current pre-trial dates and trial be extended as set forth below:

| Date | Event |
|---|---|
| **September 30, 2022** | Parties disclose experts and exchange expert witness summaries or reports. |
| **October 14, 2022** | Parties exchange rebuttal expert witness summaries or reports. |
| **October 31, 2022** | All discovery, including expert discovery, is completed. |
| **November 7, 2022** | Parties must have completed mediation and filed a mediation report. |
| **November 30, 2022** | Summary Judgment Motions due |
| **January 15, 2023** | All pre-trial motions, motions in limine, and Daubert motions (which include motions to strike experts) are filed. This deadline includes all dispositive motions. |

---

[1] Given the predicted time this process can take, the parties have requested that all pre-trial dates and trial be extended by approximately 120 days. Should the Letters Rogartory process not be completed within that time, the parties may need to request an additional extension of the discovery deadlines (at least as to the Bahamian witnesses).

**February 13, 2023**   Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable.

**February 27, 2023 or as soon after as the Court's Calendar allows the matter be set for trial.**

6. This request for extension is made in good faith and in anticipation that the unique issues presented by discovery in this matter will cause considerable delay. Thus, the extension is requested in order to allow the parties time to work on these issues and to save judicial economy and litigation expense.

Respectfully submitted,

| | |
|---|---|
| /s/Alice Sum | /s/Dayliset Rielo |
| Alice Sum, Esq. | Dayliset Rielo, Esq. |
| Trial Counsel | The Rielo Law Firm, LLC |
| Fla Bar No.: 354510 | 8180 N.W. 36th Street |
| 801 Brickell Avenue, Suite 1950 | Suite 200 |
| Miami, Florida 33131 | Miami, FL 33166 |
| Phone: (305) 416-6293 | Phone: Office: (786) 454-9873 |
| Email: sumal@sec.gov | (786) 454-9873 |
| | Email: dayliset@rielolaw.com |
| Alise Johnson, Esq. | |
| Senior Trial Counsel | FORD O'BRIEN, LLP |
| Fla. Bar No. 0003270 | Adam C. Ford, Esq. (PHV granted) |
| Direct Dial: (305) 982-6385 | Matthew A. Ford, Esq. (PHV granted) |
| Email: johnsonali@sec.gov | 575 Fifth Ave, Floor 17 |
| | New York, NY 10017 |
| *Attorneys for Plaintiff* | Tel: (212) 858-0040 |
| SECURITIES AND EXCHANGE COMMISSION | Email: aford@fordobrien.com |
| | Email: mford@fordobrien.com |
| | *Attorneys for Defendant Guy Gentile* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 11th day of May 2022 via CM-ECF on all counsel in this case.

/s/Alice Sum
Alice Sum