## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

     Defendants.

_____/

### PLAINTIFF'S NOTICE OF FILING PROPOSED ORDER

    Plaintiff Securities and Exchange Commission hereby files the Proposed Order Granting Joint Motion for Extension of Court Deadlines to the Joint Motion for Extension of Court Deadlines (DE 81).

May 11, 2022               Respectfully submitted,

                           s/**Alise Johnson**
                           Alise Johnson, Esq.
                           Senior Trial Counsel
                           Florida Bar No. 0003270
                           Direct Dial: (305) 982-6385
                           Email:johnsonali@sec.gov

                           Attorney for Plaintiff
                           **SECURITIES AND EXCHANGE COMMISSION**
                           801 Brickell Avenue, Suite 1950
                           Miami, Florida 33131

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 11th day of May 2022 via CM-ECF on all counsel in this case.

s/<u>Alise Johnson</u>
Alise Johnson