UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## PROPOSED ORDER GRANTING JOINT MOTION FOR EXTENSION OF COURT DEADLINES

This matter is before the Court on the Parties' Joint Motion for Extension of Court Deadlines [D.E. # 81]. Having considered the motion and the record, it is:

**ORDERED AND ADJUDGED** that the motion is granted. The Court Deadlines are extended as follows:

| Date | Deadline |
|---|---|
| **September 30, 2022** | Parties disclose experts and exchange expert witness summaries or reports. |
| **October 14, 2022** | Parties exchange rebuttal expert witness summaries or reports. |
| **October 31, 2022** | All discovery, including expert discovery, is completed. |
| **November 7, 2022** | Parties must have completed mediation and filed a mediation report. |
| **November 30, 2022** | Summary Judgment Motions due |

**January 15, 2023**   All pre-trial motions, motions in limine, and Daubert motions (which include motions to strike experts) are filed. This deadline includes all dispositive motions.

**February 13, 2023**   Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable.

**Trial in this matter is set for the period starting _____.**

**DONE AND ORDERED** on this \_\_\_\_ day of May, 2022 in Chambers at Miami, Florida.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE