# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

## AFFIDAVIT OF MICHAEL C. MILLER

1. My name is MICHAEL C. MILLER. I am 52 years old.

2. I am currently a Principal at Kensington Chambers and have been admitted to practice law in The Bahamas since 1995.

3. My legal practice focuses on corporate law.

4. In light of my training and experience, I am familiar with various provisions of the laws of The Bahamas governing data protection and privacy.

5. I have been given the authority to make an affidavit on behalf of Guy Gentile with regard to certain laws in The Bahamas regarding the confidentiality and secrecy of company information.

6. I am of the opinion that under the Data Protection (Privacy of Personal Information) Act, 2003 (the "DPA"), a person who obtains access to personal data, or obtains any information constituting such data, without the prior authority of the data controller (the person who determines the purposes for which and the manner in which any personal data are, or are to be, processed) and

discloses the data or information to another person, shall be guilty of an offence. In the circumstances, the disclosure of information to the SEC in the absence of a court order, was in breach of the aforesaid legislation.

7. The contents of this Affidavit are true to the best of my knowledge, information, and belief.

SWORN TO at Nassau, Bahamas }
this __2nd__ day of June A.D., 2022 }

_____
MICHAEL C. MILLER

Before me,

_____
NOTARY PUBLIC

# CHAPTER 324A

# DATA PROTECTION

LIST OF AUTHORISED PAGES

1 - 29    LRO 1/2008

## ARRANGEMENT OF SECTIONS

SECTION

### PART I - PRELIMINARY

1. Short title.
2. Interpretation.
3. Crown to be bound.
4. Application of Act.
5. Exclusions to Act.

### PART II - PROTECTION OF PRIVACY OF INDIVIDUALS WITH REGARD TO PERSONAL DATA

6. Collection, processing, keeping, use and disclosure of personal data.
7. Exceptions to section 6.
8. Right of access.
9. Exceptions to right of access.
10. Right of rectification or erasure.
11. Right to prohibit processing for purposes of direct marketing.
12. Duty of care owed by data controllers.
13. Disclosure of personal data in certain cases.

### PART III - THE DATA PROTECTION COMMISSIONER

14. The Commissioner.
15. Enforcement of data protection.
16. Enforcement notices.
17. Prohibition on transfer of personal data outside The Bahamas.
18. Power to require information.
19. Powers of authorised officer.
20. Codes of practice.
21. Annual report.

### PART IV - MISCELLANEOUS

22. Unauthorised disclosure by data processor.
23. Disclosure of personal data obtained without authority.
24. Appeals to court.
25. Evidence in proceedings.
26. Hearing of proceedings.
27. Offences by directors, etc. of bodies corporate.
28. Prosecution of summary offences by Commissioner.
29. Penalties.
30. Regulations.
31. Transitional provisions.

# CHAPTER 324A

## DATA PROTECTION

**An Act to protect the privacy of individuals in relation to personal data and to regulate the collection, processing, keeping, use and disclosure of certain information relating to individuals and to provide for matters incidental thereto or connected therewith.**

*3 of 2003*

[Assent 11th April, 2003]

[Commencement 2nd April, 2007]   *S.I. 25/2007.*

## PART I
## PRELIMINARY

1. This Act may be cited as the Data Protection (Privacy of Personal Information) Act. — *Short title.*

2. (1) In this Act — — *Interpretation.*

"back-up data" means data kept only for the purpose of replacing other data in the event of their being altered, lost, destroyed or damaged;

"the Commissioner" means the Data Protection Commissioner established under section 14;

"company" has the meaning assigned to it by the Companies Act or an International Business Company under the International Business Companies Act;   *Ch. 308.*   *Ch. 309.*

"the Court" means the Supreme Court or a judge thereof;

"data" means information in a form in which it can be processed;

"data controller" means a person who, either alone or with others, determines the purposes for which and the manner in which any personal data are, or are to be, processed;

"data equipment" means equipment for processing data;

prepare a report in relation to his activities under this Act in the preceding year and cause copies of the report to be laid before each House of Parliament.

(2) Notwithstanding subsection (1), if, but for this subsection, the first report under that subsection would relate to a period of less than six months, the report shall relate to that period and to the year immediately following that period and shall be prepared as soon as may be after the end of that year.

## PART IV
## MISCELLANEOUS

**22.** (1) Personal data processed by a data processor shall not be disclosed by him, or by an employee or agent of his, without the prior authority of the data controller on behalf of whom the data are processed. *[Unauthorised disclosure by data processor.]*

(2) A person who knowingly contravenes subsection (1) shall be guilty of an offence.

**23.** (1) A person who — *[Disclosure of personal data obtained without authority.]*

(a) obtains access to personal data, or obtains any information constituting such data, without the prior authority of the data controller or data processor by whom the data are kept; and

(b) discloses the data or information to another person, shall be guilty of an offence.

(2) Subsection (1) shall not apply to a person who is an employee or agent of the data controller or data processor concerned.

**24.** (1) An appeal may be made to and heard and determined by the Court against — *[Appeals to Court.]*

(a) a requirement specified in an enforcement notice or an information notice;

(b) a prohibition specified in a prohibition notice; or

(c) a decision of the Commissioner in relation to a complaint under subsection (1) of section 15,

and such an appeal shall be brought within twenty-one days from the service on the person concerned of the relevant notice or, as the case may be, the receipt by such person of the notification of the relevant refusal or decision.

(2) Where —