UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT GUY GENTILE'S MOTION FOR SANCTIONS

Plaintiff Securities and Exchange Commission hereby requests an extension of time until June 27, 2022, to file its response to Defendant Guy Gentile's Motion for Sanctions and states:

1. On June 3, 2022, Defendant Guy Gentile filed a Motion for Sanctions (DE 86).

2. The Commission's response is due on Friday, June 17, 2022.

3. The Commission seeks a ten (10) day extension of time until June 27, 2022, to file its response to Gentile's Motion.

4. The request for extension of time is made in good faith and not for purposes of delaying the case. No party will be prejudiced by the proposed extension.

**WHEREFORE**, the Commission requests an extension of time until June 27, 2022, to file its response to Gentile's Motion.

## CERTIFICATE OF CONFERRAL

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), undersigned counsel conferred with counsel for the Defendant and they do not object to the relief sought in this Motion.

June 16, 2022

Respectfully submitted,

Alice K. Sum
Alice K. Sum, Esq.
Trial Counsel
Fla. Bar No. 354510
Direct Dial: (305) 416-6293
Email: sumal@sec.gov

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 16th day of June 2022 via CM-ECF on all counsel.

Alice Sum
Alice Sum