UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**PROPOSED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT GUY GENTILE'S MOTION FOR SANCTIONS**

This matter is before the Court on the Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendant Guy Gentile's Motion for Sanctions. Having considered the motion and the record, it is:

**ORDERED AND ADJUDGED** that the motion is GRANTED. The Plaintiff shall file its response by June 27, 2022.

**DONE AND ORDERED** on this ____ day of June, 2022 in Chambers at Miami, Florida.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE