# Exhibit F

# Sum, Alice

| | |
|---|---|
| **From:** | Warren.Gluck@hklaw.com |
| **Sent:** | Saturday, June 25, 2022 7:43 AM |
| **To:** | Sum, Alice |
| **Cc:** | Jessica.Magee@hklaw.com; Sydney.Alexander@hklaw.com |
| **Subject:** | RE: SEC/SureTrader (Swiss America/MintBroker) and Gentile |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Alice:

We have communicated with the Joint Official Liquidators ("JOLs") regarding this matter.  First, the JOLs and the Company do not object to the voluntary production of the documents and emails by Dorsett and Frantz to the SEC, and the JOLs respectfully request copies of the same documentation for their files.  Regarding the authority of Gentile, the JOLs believe and understand that based upon the Bahamas Companies Legislation and their appointment by the Bahamas Court as JOLs, Mr. Gentile has no further powers or rights in respect of the Company whatsoever, and in the JOLs view would not have standing to object to the disclosure of Company documents at this time.

**Warren Gluck | Holland & Knight**
Partner
Holland & Knight LLP
31 West 52nd Street | New York, New York 10019
Phone 212.513.3396 | Fax 212.341.7152
warren.gluck@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Sum, Alice <SumAl@SEC.GOV>
**Sent:** Thursday, June 23, 2022 2:01 PM
**To:** Gluck, Warren E (NYC - X73396) <Warren.Gluck@hklaw.com>
**Subject:** SEC/SureTrader (Swiss America/MintBroker) and Gentile

*[External email]*
Dear Warren:

I am reaching out to you as counsel for the Joint Official Liquidators (JOLs) regarding their position on a discovery issue that has come up in the Florida district court action.  Two former employees of Swiss America/SureTrader/MintBroker (Phillip Dorsett and Yaniv Frantz) have in their possession, custody, and control certain company documents and emails.  They have agreed to voluntarily produce these documents to the SEC.  Defendant Guy Gentile has objected to this production without the company's consent.

Because the JOLs have been appointed by the Bahamas court to wind up the company and authorized to exercise their powers for the company, we request that the JOLs advise whether they object to this production. Additionally, please advise the JOLs' position regarding whether Gentile has authority to assert objections on behalf of the company.

Thank you.

Alice



**Alice K. Sum**
Trial Counsel
U.S. Securities and Exchange Commission
Division of Enforcement
Miami Regional Office
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Office:   305.416.6293
Mobile:  305.202.0885
Email: SumAl@sec.gov

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.