UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

**DEFENDANT GUY GENTILE'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Guy Gentile hereby requests an extension of time until July 13, 2022, to file his Reply in further support of his Motion for Sanctions and states:

1. On June 3, 2022, Defendant Gentile moved pursuant to Rule 37, Rule 41, and the Court's inherent authority to dismiss the action based on what Gentile alleges is blatant discovery abuse by Plaintiff Securities and Exchange Commission ("the SEC") ("Motion for Sanctions" or "Motion") [ECF No. 86].

2. On June 16, 2022, the SEC sought a ten-day extension of its time to respond to the Motion for Sanctions [ECF No. 87]. Gentile did not oppose the SEC's request for an extension, and it was granted the same day [ECF No. 88].

3. Gentile's Reply in further support of his Motion for Sanctions is due July 5, 2022, and the Court has scheduled a hearing on the Motion for August 1, 2022.

4.      Gentile respectfully requests an eight-day extension of time until July 13, 2022, to file his Reply.

5.      The request for extension of time is made in good faith and not for purposes of delaying the case.  No party will be prejudiced by the proposed extension, and Gentile respectfully submits that the Court will still have adequate time to review the papers in advance of the hearing on August 1, 2022.

**WHEREFORE**, Gentile respectfully requests an extension of time until July 13, 2022, to file his Reply in further support of his Motion for Sanctions.

### CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), counsel for Gentile conferred with counsel for the SEC and the SEC does not object to the relief sought in this Motion.

Dated:   June 30, 2022

                                                 */s/ Dayliset Rielo*
Dayliset Rielo, Esq.
The Rielo Law Firm, LLC
8180 N.W. 36th Street, Suite 220
Doral, FL 33166
Tel: (786) 454-9873
dayliset@rielolaw.com

Adam C. Ford, Esq. (PHV granted)
Matthew A. Ford, Esq. (PHV granted)
Stephen R. Halpin III, Esq. (PHV granted)
FORD O'BRIEN LANDY LLP
275 Madison Avenue, 24th Floor
New York, NY 10016
Tel: (212) 858-0040 (main)
aford@fordobrien.com
mford@fordobrien.com
shalpin@fordobrien.com

*Counsel for Defendant Guy Gentile*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 30th day of June 2022 via CM-ECF on all counsel.

 */s/ Dayliset Rielo*
Dayliset Rielo, Esq.