UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

**PROPOSED ORDER GRANTING DEFENDANT GUY GENTILE'S
UNOPPOSED MOTION FOR EXTENSION OF TIME**

This matter is before the Court on Defendant Gentile's Unopposed Motion for Extension of Time to file his Reply in further support of his Motion for Sanctions [ECF No. 86]. Having considered the Motion and the record, it is:

**ORDERED AND ADJUDGED** that the Motion is GRANTED. Defendant Gentile shall file his Reply by July 13, 2022.

**DONE AND ORDERED** on this ____ day of _____, 2022 in Chambers at Miami, Florida.

                                                                                       _____

                                                                                       HON. ALICIA M. OTAZO-REYES
                                                                                       UNITED STATES MAGISTRATE JUDGE