**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-CV-21079-Bloom**

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

_____/

**JOINT NOTICE REGARDING MEDIATION**

The parties hereby notify the Court of the following:

1. Because the discovery deadline in this case has been extended until October 31, 2022, and the parties wish to take more time to conduct discovery before mediating, they have agreed to postpone the mediation that was scheduled for June 29, 2022.

2. The parties have agreed to a different mediator, Kathy Adams, www.kathyadamsdrs.com. Previously, the parties were unable to agree to a mediator, and Juan Ramirez, Jr. (Former Chief Judge) was designated by the Clerk.

3. The mediation has been rescheduled to November 1, 2022 at 10:00 a.m. via Zoom (or similar) video conference with Kathy Adams.

Date:  July 6, 2022

Respectfully submitted,

| | |
|---|---|
| /s/Alice Sum_____ | /s/Dayliset Rielo_____ |
| Alice Sum, Esq. | Dayliset Rielo, Esq. |
| Trial Counsel | The Rielo Law Firm, LLC |
| Fla Bar No.: 354510 | 8180 N.W. 36th Street |
| Phone: (305) 416-6293 | Suite 200 |
| Email: sumal@sec.gov | Miami, FL 33166 |
| *Attorney for Plaintiff* | Phone: Office: (786) 454-9873 |
| SECURITIES AND EXCHANGE COMMISSION | (786) 454-9873 |
| 801 Brickell Avenue, Suite 1950 | Email:  dayliset@rielolaw.com |
| Miami, Florida 33131 | |
| | FORD O'BRIEN, LLP |
| | Adam C. Ford, Esq. (PHV granted) |
| | Matthew A. Ford, Esq. (PHV granted) |
| | 575 Fifth Ave, Floor 17 |
| | New York, NY 10017 |
| | Tel: (212) 858-0040 |
| | Email: aford@fordobrien.com |
| | Email: mford@fordobrien.com |
| | |
| | *Attorneys for Defendant Guy Gentile* |