UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21079-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.
and GUY GENTILE,

    Defendants.

_____/

### ORDER RE-SCHEDULING MEDIATION

**THIS CAUSE** is before the Court upon the Joint Notice Regarding Mediation, ECF No. [95] ("Joint Notice"), filed in response to the Court's Order to Show Cause, ECF No. [94]. Upon review, the Court construes the Joint Notice as the parties' request for leave to re-schedule the mediation, and grants the request.

The mediation conference in this case shall be held on **November 1, 2022**, at **10:00 am** with Kathy Adams via Zoom video conference. On or before **November 4, 2022**, the parties shall file a mediation report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), the mediation was continued with the consent of the parties, or whether the mediator declared an impasse. The parties are reminded that they may not reschedule the mediation without leave of court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 6, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:    Counsel of Record