UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL UNDER S.D. FLA. LOCAL RULE 26.1 (g)(1)

**THIS MATTER** is before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File its Motion to Compel Under S.D. Fla. Local Rule 26.1(g)(1). (D.E. ____). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises. Accordingly, after due consideration, it is:

**ORDERED AND ADJUDGED** that the Plaintiff's Motion is **GRANTED**. Plaintiff Securities and Exchange Commission, if necessary, shall file its Motion to Compel Responses to the Request for Production to Defendant Guy Gentile by no later than August 12, 2022.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of _____ 2022.

                                                  _____
                                                  **BETH BLOOM**
                                                  **UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record