UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**JOINT MOTION FOR COURT APPROVAL OF CONFIDENTIALITY
AND PROTECTIVE ORDER GOVERNING DISCLOSURE OF
PERSONAL, SENSITIVE, AND OTHER CONFIDENTIAL INFORMATION**

    Plaintiff Securities and Exchange Commission and Defendant Guy Gentile (collectively, the "Parties") jointly move the Court for entry of an order approving the Parties' Confidentiality and Protective Order Governing Disclosure of Personal, Sensitive, and Other Confidential Information, for the reasons that follow:

    1.    The Parties have agreed and stipulated to entry of a confidentiality and protective order to cover the exchange of personal, sensitive, and confidential information in this case.

    2.    Pursuant to S.D. Fla. L.R. 7.1(c), the Parties jointly move the Court for entry of an order approving the Parties' Joint Confidentiality and Protective Order.

    3.    This motion is filed by the Parties in good faith and not for purposes of delay. No party to this action will be prejudiced should this Court grant the relief sought herein.

1

4. Pursuant to Local Rule 7.1(a)(2), a proposed Order is attached for the Court's convenience and a copy will be transmitted in Microsoft Word format via electronic mail to bloom@flsd.uscourts.gov, pursuant to Rule 3I (6) of the CM/ECF Administrative Procedures of the Southern District of Florida.

WHEREFORE, the Parties jointly request that the Court enter the Parties' proposed Confidentiality and Protective Order Governing Disclosure of Personal, Sensitive, and Other Confidential Information.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), undersigned counsel for the respective Parties represent that the Parties are in agreement with respect to the relief requested herein.

## CONSENT OF COUNSEL FOR DEFENDANTS

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff, Securities and Exchange Commission, represents to the Court that counsel for Defendant, Guy Gentile, have authorized her to affix their electronic signature to this Joint Motion.

Dated: July 20, 2022                                    Respectfully submitted,

/s/Alice Sum                                            /s/Dayliset Rielo
Alice Sum, Esq.                                         Dayliset Rielo, Esq.
Trial Counsel                                           The Rielo Law Firm, LLC
Fla Bar No.: 354510                                     8180 N.W. 36th Street
801 Brickell Avenue, Suite 1950                         Suite 200
Miami, Florida 33131                                    Miami, FL 33166
Phone: (305) 416-6293                                   Phone: Office: (786) 454-9873
Email: sumal@sec.gov                                    (786) 454-9873
                                                        Email: dayliset@rielolaw.com

Alise Johnson, Esq.
Senior Trial Counsel                                    Adam C. Ford, Esq. (PHV granted)
Fla. Bar No. 0003270                                    Matthew A. Ford, Esq. (PHV granted)
Direct Dial: (305) 982-6385                             Stephen R. Halpin III, Esq. (PHV granted)
Email: johnsonali@sec.gov                               FORD O'BRIEN LANDY LLP
                                                        275 Madison Avenue, 24th Floor
*Attorneys for Plaintiff*                               New York, NY 10016
SECURITIES AND EXCHANGE COMMISSION                      Tel: (212) 858-0040
                                                        Email: aford@fordobrien.com
                                                        Email: mford@fordobrien.com
                                                        Email: shalpin@fordobrien.com

                                                        *Attorneys for Defendant Guy Gentile*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 19th day of July 2022 via CM-ECF on all counsel in this case.

                                                        /s/Alice Sum
                                                        Alice Sum