EXHIBIT A

**ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND**

I, _____ [print or type full name], of _____[print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Confidentiality and Protective Order Governing Disclosure of Personal, Sensitive, and Other Confidential Information that was issued by the United States District Court for the Southern District of Florida on _____ in the case of *Securities and Exchange Commission v. Mintbroker International, Ltd., f/k/a Swiss America Securities Ltd. and d/b/a SureTrader, and Guy Gentile, a/k/a Guy Gentile Nigro,* Case No.: 1:21-CV-21079-Bloom ("the Order").

I agree to comply with and to be bound by all the terms of the Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Order to any person or entity except in strict compliance with the provisions of this Order. I further agree to submit to the jurisdiction of the United States District Court for the Southern District of Florida solely for the purpose of enforcing the terms of this Order, even if such enforcement proceedings occur after the termination of this action.

I hereby appoint _____ [print or type full name] of _____ [print or type full address and telephone number] as my Florida agent for service of process in connection with this action or any proceedings related to enforcement of this Order.

Date: _____

Location where sworn and signed: _____

Printed name: _____

Signature: _____