# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)**

The United State District Court for the Southern District of Florida presents its compliments to the Appropriate Judicial Authority of The Commonwealth of The Bahamas and requests international judicial assistance to effectuate service (and, if necessary, enforcement) of a Subpoena for production of documents, requesting the documents identified in *Exhibit A-1* (attached hereto) upon MintBroker International, Ltd., f/k/a Swiss America Securities Ltd. and d/b/a SureTrader ("**SureTrader**" or the "**Company**"), via its registered agent, and its appointed Joint Provisional Liquidators, for use in a civil proceeding before this Court in the above-captioned matter.

**I.    REQUEST**

This Court respectfully requests the assistance described herein as necessary in the interests of justice. The assistance requested is for the Appropriate Judicial Authority of The Commonwealth of The Bahamas to effect service (and, if necessary, enforcement) of a Subpoena

for production of documents upon SureTrader, via its registered agent, and through its appointed Joint Provisional Liquidators as follows:

>Kensington Chambers
>#10 Lookout Hill, Winston Heights,
>Nassau, Bahamas

>MintBroker International, Ltd., f/k/a Swiss America Securities Ltd. and d/b/a SureTrader
>c/o Igal Wizman and Eleanor Fisher, Joint Provisional Liquidators
>Ernst & Young
>Caves Corporate Centre, West Bay Street & Blake Road,
>Nassau, Bahamas

The Appropriate Judicial Authority of The Commonwealth of The Bahamas is requested to serve the above-mentioned Subpoena, requesting the documents identified in *Exhibit A-1,* by personal service into the hands of a director, managing agent or other person authorized to accept service or in any manner of service consistent with the laws of The Commonwealth of The Bahamas (the "**Bahamas**").

## II.    FACTS OF THE CASE

On March 22, 2021, the U.S. Securities and Exchange Commission ("**SEC**") filed a lawsuit against SureTrader and Guy Gentile ("**Gentile**") in this Court.

The SEC asserted claims against SureTrader and Gentile for violations of the U.S. Securities and Exchange Act of 1934 ("Exchange Act"), [15 U.S.C. §78o(a)(1)]. The key premise underlying the SEC's Complaint is that SureTrader allegedly solicited customers in the United States in violation of the Exchange Act.

At all times relevant, SureTrader has had its principal place of business in the Bahamas and its documents and Company records, which are key to the issues presented in this litigation are located in the Bahamas. SureTrader's records are inaccessible to Gentile, and have been since

March 2020, as SureTrader is presently subject to a liquidation by which Company documents are under the supervision and control of a Joint Provisional Liquidator ("**JPL**") appointed by the Bahamas Securities Commission. The JPL has refused to appear or otherwise participate in this action.

**This Court expresses its willingness to provide similar assistance to the Appropriate Judicial Authority of The Commonwealth of The Bahamas under appropriate circumstances and in appropriate instances.**

**This Court is willing to assist the Appropriate Judicial Authority in The Commonwealth of The Bahamas for any reasonable and necessary costs incurred in executing this request of judicial assistance.**

[insert: judicial seal]

_____

Cc: Counsel of Record

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**