UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-21079-BLOOM/OTAZO-REYES

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant Guy Gentile's ("Defendant") Motion for Sanctions [D.E. 86]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 90]. The undersigned held a hearing on this matter on August 1, 2022 (hereafter "Hearing").

In accordance with the undersigned's rulings at the Hearing, it is

ORDERED AND ADJUDGED that Defendant's Motion for Sanctions, relating to documents provided or to be provided to Plaintiff Securities and Exchange Commission by non-parties who are former employees of Defendant MintBroker International, Ltd., is DENIED WITHOUT PREJUDICE. The parties shall meet and confer regarding the handling and potential production of those documents in this litigation and may present any unresolved disputes to the undersigned in accordance with the discovery procedures governing this case [D.E. 64].

DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of August, 2022.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Beth Bloom
 Counsel of Record