# EXHIBIT B





**From:** "Sum, Alice" <SumAl@SEC.GOV>
**Subject: RE: SEC v. MintBroker - Defendant Gentile's R&Os**
**Date:** June 14, 2022 at 5:31:00 PM CDT
**To:** Stephen Halpin <shalpin@fordobrien.com>
**Cc:** Matthew Aaron Ford <mford@fordobrien.com>, Adam Ford <aford@fordobrien.com>,
"dayliset@rielolaw.com" <dayliset@rielolaw.com>, "Johnson, Alise" <johnsonali@SEC.GOV>

Steve,

My responses interlineated in bold:

As Adam noted yesterday, we have no objection to an extension of time to June 27 for the
SEC to respond to Gentile's Motion for Sanctions. Does the SEC have any objection to a
corresponding extension of Gentile's deadline for his Reply to Wednesday, July 13? **We
have no objection to a corresponding extension of Gentile's Reply deadline to July
13.**

Assuming July 13 is acceptable, could we then plan to meet and confer the following
week, Wednesday, July 20, regarding Gentile's objections? **We are not able to agree to
a meet and confer on July 20. Pursuant to Local Rule 26.1(g), any motion directed
at a discovery dispute must be filed within 30 days of the date of the
response/objections, which here would be July 6. We propose scheduling the meet
and confer on June 28 or 29, which is after the SEC has filed its response to the**

**Motion for Sanctions.  Regardless of the date of the meet and confer, we again request that Gentile comply with Rule 34(b)(2)(C), which specifically requires an objection to state whether any responsive materials are being withheld, as stated below.**

We will provide any comments and/or edits on the draft confidentiality and protective order this week.

Does the SEC have any other responsive documents that predate the SEC's receipt and review of documents received from Dorsett or Frantz? If so, when can we expect to receive those documents?  **The last tranche contains documents the SEC received in 2016-2020.  We need the confidentiality and protective order entered so that we can produce the last tranche.**

Alice

---

**From:** Stephen Halpin <shalpin@fordobrien.com>
**Sent:** Tuesday, June 14, 2022 12:04 PM
**To:** Sum, Alice <SumAl@SEC.GOV>
**Cc:** Matthew Aaron Ford <mford@fordobrien.com>; Adam Ford <aford@fordobrien.com>; dayliset@rielolaw.com; Johnson, Alise <johnsonali@SEC.GOV>
**Subject:** Re: SEC v. MintBroker - Defendant Gentile's R&Os

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Alice,

As Adam noted yesterday, we have no objection to an extension of time to June 27 for the SEC to respond to Gentile's Motion for Sanctions. Does the SEC have any objection to a corresponding extension of Gentile's deadline for his Reply to Wednesday, July 13?

Assuming July 13 is acceptable, could we then plan to meet and confer the following week, Wednesday, July 20, regarding Gentile's objections?

We will provide any comments and/or edits on the draft confidentiality and protective order this week.

Does the SEC have any other responsive documents that predate the SEC's receipt and review of documents received from Dorsett or Frantz? If so, when can we expect to receive those documents?

Best,
Steve