# EXHIBIT C

**From:** Stephen Halpin shalpin@fordobrien.com
**Subject:** Re: SEC v. MintBroker - Defendant Gentile's R&Os
**Date:** June 17, 2022 at 8:07 AM
**To:** Sum, Alice SumAI@sec.gov
**Cc:** Matthew Aaron Ford mford@fordobrien.com, Adam Ford aford@fordobrien.com, dayliset@rielolaw.com, Johnson, Alise johnsonali@SEC.GOV

Alice,

Please see our responses bolded in red below:

Steve,

My responses interlineated in bold:

As Adam noted yesterday, we have no objection to an extension of time to June 27 for the SEC to respond to Gentile's Motion for Sanctions. Does the SEC have any objection to a corresponding extension of Gentile's deadline for his Reply to Wednesday, July 13? **We have no objection to a corresponding extension of Gentile's Reply deadline to July 13. Thank you.**

Assuming July 13 is acceptable, could we then plan to meet and confer the following week, Wednesday, July 20, regarding Gentile's objections? **We are not able to agree to a meet and confer on July 20. Pursuant to Local Rule 26.1(g), any motion directed at a discovery dispute must be filed within 30 days of the date of the response/objections, which here would be July 6. We propose scheduling the meet and confer on June 28 or 29, which is after the SEC has filed its response to the Motion for Sanctions. Regardless of the date of the meet and confer, we again request that Gentile comply with Rule 34(b)(2)(C), which specifically requires an objection to state whether any responsive materials are being withheld, as stated below.** We are able to meet and confer on June 28 or June 29. Local Rule 26.1(g) also allows a motion to be filed within 30 days after a "purported deficiency." Many of Gentiles Responses & Objections cannot already be considered deficient in light of the pending Motion for Sanctions and the relief sought therein, but we can discuss further at a meet and confer.

We will provide any comments and/or edits on the draft confidentiality and protective order this week.

Does the SEC have any other responsive documents that predate the SEC's receipt and review of documents received from Dorsett or Frantz? If so, when can we expect to receive those documents? **The last tranche contains documents the SEC received in 2016-2020. We need the confidentiality and protective order entered so that we can produce the last tranche.** Please see attached for our proposed edits to the draft Confidentiality and Protective Order.

Alice



Confidentiality and Pr...ts.docx

On Jun 14, 2022, at 6:31 PM, Sum, Alice <SumAI@sec.gov> wrote: