# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-cv-21079-BB**

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

      Defendants.

## DECLARATION OF GUY GENTILE

I, Guy Gentile, declare the following:

1. On July 22, 2022, I submitted my Amended Responses and Objections to the SEC's First Request for Production. Attached to the SEC's motion to compel as *Exhibit B*.

2. In my general objections, I represented that I had "a personal computer in the Bahamas that [I have] been unable to access during the litigation." I acknowledged that the computer may contain responsive documents.

3. To clarify, any reference to a "personal computer" was meant to refer to a SureTrader PC that I used for SureTrader business.

4. It was a desktop PC, which during SureTrader's operation, was located in SureTrader offices.

5. I have not seen that computer since late 2019 when SureTrader closed down.

6. It is my understanding, that since March 2020, and pursuant to SureTrader's liquidation, all company books and records have been under the possession and control of the joint liquidators.

7. I do not know where the actual desktop computer is located in the Bahamas, nor do I know what information or records, if any, may still be stored on it.

8. It is my understanding that, because it was a SureTrader computer and to the extent, it may have discoverable responsive documents (considering strict Bahamian customer privacy laws), such records are under the control and supervision of the joint liquidators.

9. Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this _10_ day of _August_, 2022 in _San Juan_, _P.R., USA._.

**GUY GENTILE**