# EXHIBIT A

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-CV-21079-Bloom**

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)**

    TO:    Ms. Constance Delancy, Registrar of the Supreme Court of the Commonwealth of The Bahamas and / or the Appropriate Judicial Authority in The Bahamas

The United States District Court for the Southern District of Florida presents its compliments to the Registrar of the Supreme Court of the Commonwealth of The Bahamas ("Registrar of the Supreme Court of The Bahamas") and requests international judicial assistance to effectuate service (and, if necessary, enforcement) of a Subpoena for production of documents, requesting the documents identified in Exhibit A-1 (attached hereto) upon MintBroker International, Ltd., f/k/a Swiss America Securities Ltd. and d/b/a SureTrader ("SureTrader"), via its appointed Joint Provisional Liquidators, for use in a civil proceeding before this Court in the above-captioned matter.

**I.    REQUEST**

This Court respectfully requests the assistance described herein as necessary in the interests of justice. The assistance requested is for the Registrar of the Supreme Court of The Bahamas to

effect service (and, if necessary, enforcement) of a Subpoena for production of documents upon SureTrader, via its appointed Joint Provisional Liquidators as follows:

> MintBroker International, Ltd., f/k/a Swiss America Securities Ltd. and d/b/a SureTrader
> c/o Igal Wizman and Eleanor Fisher, Joint Provisional Liquidators
> Ernst & Young
> Caves Corporate Centre
> West Bay Street & Blake Road
> Nassau, Bahamas

The Registrar of the Supreme Court of The Bahamas is requested to serve the above-mentioned Subpoena, requesting the documents identified in Exhibit A-1, by personal service into the hands of a director, managing agent or other person authorized to accept service or in any manner of service consistent with the laws of The Bahamas.

## II.   SUMMARY OF ACTION

On March 23, 2021, the Securities and Exchange Commission ("SEC") filed a Complaint against Defendants SureTrader and its founder, owner, and chief executive officer Guy Gentile ("Gentile"), alleging that they operated an offshore broker-dealer in The Bahamas designed to help day traders in the United States circumvent the U.S. rules that regulate pattern day trading.  The SEC alleges that, through these activities, SureTrader violated Section 15(a)(1) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78o(a)(1), by acting as an unregistered securities broker-dealer.  The SEC also alleges that Gentile is liable for SureTrader's violations as a control person under Section 20(a) of the Exchange Act, 15 U.S.C. § 78t(a), and for violating Section 15(a)(1) of the Exchange Act, 15 U.S.C. § 78o(a)(1), through or by means of SureTrader in violation of Section 20(b) of the Exchange Act, 15 U.S.C. § 78t(b).

SureTrader is a Bahamian entity, and the Supreme Court of The Bahamas has appointed Joint Official Liquidators ("JOLs") to, among other things, liquidate and wind up the company.

Additionally, the JOLs' duties include acquisition of SureTrader's books and records, which are key to the issues presented in this litigation and are located in The Bahamas. SureTrader's documents and records are under the supervision and control of the JOLs.

On May 6, 2022, the SEC propounded its First Request for Production on Gentile. In response, Gentile served his Responses on June 9, 2022, and Amended Responses on July 21, 2022. Gentile asserted multiple objections, including that the requests seek "documents containing information that is not available to him or requires him to produce third-party [SureTrader] documents over which he lacks control" or that "he has documents in his possession, but the documents belong to SureTrader and he lacks the authority to produce such documents." Although the SEC and Gentile do not agree concerning Gentile's objections to the First Request for Production, the SEC sought the issuance of a letter rogatory to assist it in obtaining documents responsive to its First Request for Production from the JOLs in an effort to attempt to acquire the information through all available channels. The SEC's requests are relevant to the allegations in the SEC's Complaint that SureTrader and Gentile operated an offshore broker-dealer in the Bahamas designed to help day traders in the United States circumvent the U.S. rules that regulate pattern day trading, illegally solicited U.S. customers, and acted as an unregistered securities broker-dealer.

**This Court expresses its willingness to provide similar assistance to the Registrar of the Supreme Court of The Bahamas under appropriate circumstances and in appropriate instances.**

**This Court is willing to assist the Registrar of the Supreme Court of The Bahamas for any reasonable and necessary costs incurred in executing this request of judicial assistance.**

[COURT SEAL]

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Cc:   Counsel of Record