# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

      Defendants.

_____/

FILED BY_____D.C.

AUG 25 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### CLERK'S NOTICE OF MAILING LETTERS ROGATORY

      Pursuant to the Court's Paperless Order Granting Motion for Issuance of Letters Rogatory (DE 115), the Clerk certifies that on this 25th day of August, 2022, the attached Request for International Judicial Assistance (Letter Rogatory) (DE 116) has been mailed via UPS to:

      Ms. Constance Delancy
      Registrar of the Supreme Court of the Commonwealth of the Bahamas
      Annex 1
      Ansbacher Building
      Bank Lane
      P.O. Box N-167
      Nassau, Bahamas

      UPS Tracking Number:  1Z A37 48W 04 89413 5068

      DONE at the Clerk's Office, Miami, Florida, this 25 day of August, 2022.

      ANGELA E. NOBLE
      Court Administrator – Clerk of Court

      By:_____
      Deputy Clerk

C:      U.S. District Judge
         U.S. Magistrate Judge
         All counsel of Record





**Scan QR code** ... **schedule a pic** ...

**Domestic Shipme**
- To qualify for the ... correspondence, u ... 8 oz. or less. UPS E ... or weighing more t ...

**International Ship** ...
- The UPS Express en ... value. Certain coun ... ups.com/importexp ...
- To qualify for the l ... UPS express envelo ...

**Note:** UPS Express e ... electronic media com ... Do not send cash or c ...



```
SEC-MIAMI OFFICE
305-982-6300
SEC-MIAMI
801 BRICKELL AVE., SUITE 1950
MIAMI FL 33131
UNITED STATES

SHIP TO:
CONSTANCE DELANCY, REGISTRAR
242.397.1800
SUPREME COURT OF THE BAHAMAS
P.O. BOX N-167
ANSBACHER BUILDING, BANK LANE
ANNEX 1
NASSAU
BAHAMAS

0.1 LBS LTR          1 OF 1
SHP#: A374.8WTN NDY
SHP WT: 0.1 LBS
DATE: 25 AUG 2022

UPS SAVER                    1P
TRACKING #: 1Z A37 48W 04 9413 5068

BILLING: P/P
DESC: Document              EDI-DOC
Reference #1: 66211
```

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported