UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Please take notice that Russell Koonin enters his appearance as counsel on behalf of Plaintiff Securities and Exchange Commission and requests that he be added to the Court's CM/ECF list and that a copy of all future pleadings, notices and correspondence be directed to his attention in this matter.

                                Respectfully submitted,

August 29, 2022            By:    s/Russell Koonin
                                        Russell Koonin
                                        Senior Trial Counsel
                                        Fla. Bar No. 474479
                                        Telephone: (305) 982-6390
                                        Facsimile: (305) 536-4154
                                        E-mail: kooninr@sec.gov

                                        Attorney for Plaintiff
                                        SECURITIES AND EXCHANGE COMMISSION
                                        801 Brickell Avenue, Suite 1950
                                        Miami, Florida 33131

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 29th day of August, 2022 via CM-ECF on all counsel.

s/Russell Koonin<br>
Russell Koonin, Esq.