UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-21079-BLOOM/OTAZO-REYES

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court upon Plaintiff Securities and Exchange Commission's ("Plaintiff") Motion to Compel Defendant Guy Gentile ("Defendant") to Produce Complete Responses to Plaintiff's Requests for Production and Documents in Response Thereto (hereafter, "Motion to Compel") [D.E. 103]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 64]. The undersigned held a hearing on this matter on August 30, 2022 (hereafter "Hearing").

In accordance with the undersigned's rulings at the Hearing, it is

ORDERED AND ADJUDGED that Plaintiff's Motion to Compel is GRANTED IN PART as follows:

1.    As to Requests Nos. 39–48 of Plaintiff's First Request for Production, Defendant shall amend his Responses and produce non-privileged documents responsive to these Requests to the extent that Defendant has them in his custody, possession, or control. As to any responsive

documents that Defendant claims are privileged, Defendant shall serve a privilege log on Plaintiff as required by the Federal Rules of Civil Procedure and the Local Rules for the Southern District of Florida.

2. As to Requests Nos. 14, 20, 21, 30, and 38 of Plaintiff's First Request for Production, Defendant shall amend his Responses and produce responsive documents in Defendant's possession, custody, or control, subject to a confidentiality designation, if appropriate.

3. As to Request No. 2 of Plaintiff's First Request for Production, Defendant shall amend his Response as agreed at the Hearing.

4. As to Requests Nos. 3–13 and 15–17 of Plaintiff's First Request for Production, the Defendant's counsel represented at the Hearing that the Responses accurately reflect whether responsive documents, if any, are in Defendant's possession, custody, or control and that Defendant has already produced all such documents.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of August, 2022.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Beth Bloom
    Counsel of Record