

**From:** "Shannon Mackey" <Shannon.Mackey@bs.ey.com>
**Cc:** "Zelma Wilson" <Zelma.Wilson@bs.ey.com>, "Steve Bull" <steve.bull@ky.ey.com>, "Eleanor Fisher" <Eleanor.Fisher@ky.ey.com>, "Igal Wizman" <igal.wizman@bs.ey.com>
**Sent:** Friday, February 11, 2022 6:29:06 PM
**Subject:** SASL - First meeting of creditors and potential creditors

To all known creditors and potential creditors,

**Mintbroker International Ltd. (formerly Swiss America Securities Ltd.) (In Official Liquidation) (the "Company") – First meeting of Creditors and Potential Creditors**

In accordance with Order 8, Rule 2 of the Companies Liquidation Rules, 2012 the Joint Official Liquidators ("JOLs") of the Company have convened the first meeting of creditors and potential creditors which will take place at 9:00 a.m. (Bahamas Islands time) on Tuesday, 15 March 2022. The meeting has been convened for the purpose of constituting a liquidation committee, providing an update on the status of the liquidation and to deal with such other matters or resolutions as the JOLs think fit or which the Supreme Court directs.

Due and valid notice has been provided for this meeting in accordance with the provisions of The Companies Act. Notice of the meeting will be published in the Nassau Guardian on the Tuesday, 15 February 2022. If you intend to participate in the upcoming meeting, please submit a completed proof of debt form (see attached) by return email no later than 5:00 p.m. (Bahamas Islands time) on 10 March 2022. Any creditor entitled to attend and vote at the meeting is entitled to do so either in person or by proxy (a proxy form is attached herewith). Dial in details will be provided following confirmation of attendance.

Should you have any queries, please contact me on +1 242 396 3010 or by e-mail at shannon.mackey@bs.ey.com.

Kind regards,
*For and on behalf of the Official Liquidators of Mintbroker International Ltd. (formerly Swiss America Securities Ltd.) (In Official Liquidation)*

**Shannon G. Mackey |** Senior | Strategy and Transactions

EY Bahamas Ltd.
Caves Corporate Centre, West Bay Street & Blake Road, PO Box N-3231, Nassau, Bahamas
Office:+1 242 502 6000 | Shannon.Mackey@bs.ey.com
Website: www.ey.com

**The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system. EY is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.**

Our privacy notice which explains how EY collects and uses personal data and which describes the rights you have with respect to your personal data is available here: Privacy statement.

---

**4 attachments**


**image001.gif**
5K


**image001.gif**
5K

 **220111 - SASL - CLR Form No 24 - Proof of Debt Form.pdf**
70K

 **220211 - SASL - Proxy form.pdf**
99K