UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

## [PROPOSED] ORDER GRANTING DEFENDANT GUY GENTILE'S MOTION FOR RECONSIDERATION

**THIS CAUSE** is before the Court upon Defendant Guy Gentile's Motion for Reconsideration [**ECF \_\_\_**] ("Motion"). Having considered same and all arguments of counsel, the Court is of the opinion that good cause exists to **GRANT** the Motion.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The instant Motion for Reconsideration **[ECF No. \_\_]** is **GRANTED**;

2. The Court's prior Order denying Gentile's Motion to Dismiss for Lack of Subject-Matter Jurisdiction **[ECF 122]** is **VACATED**;

3. The SEC is directed to respond to Gentile's Motion to Dismiss **[ECF 121]** within **14 days** from this Order; and

4. Defendant Gentile is directed to file any reply within **7 days** of the SEC's response.

**DONE AND ORDERED** in Chambers at Miami, Florida, on this September \_\_\_\_, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record