UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF COURT DEADLINES**

    Plaintiff Securities and Exchange Commission files its Unopposed Motion for Extension of Court Deadlines for the reasons that follow:

    1.    On December 15, 2021, the Court entered its Order Setting Trial and Pre-Trial Schedule, setting forth various pre-trial deadlines and setting trial for the two-week trial period beginning on October 24, 2022.  ECF No. [64].

    2.    Pursuant to that Order, the parties exchanged their initial disclosures, served requests for production, issued subpoenas, scheduled depositions, and the SEC produced thousands of non-privileged documents to Gentile.  The parties were in the process of trying to obtain documents and testimony from third-parties, and because the parties needed to obtain discovery and take witnesses' testimony that are located in the Bahamas, which occurs via the

letters rogatory process, the parties filed a Joint Motion for Extension of Court Deadlines. ECF No. 81.[1]

3. On May 12, 2022, the Court entered its Order Amending Scheduling Order and Certain PreTrial Deadlines ECF No. [83].

4. Since the Court amended the pretrial deadlines, the parties have diligently continued with written discovery. The SEC produced more than 1,700 additional documents related to Gentile's production requests (this is in addition to 11,000 documents from the SEC's initial disclosures), and Gentile responded to the SEC's request for production and produced documents. The parties have had discovery disputes, some of which have required Court consideration and delayed the production of documents. This includes Gentile's Motion for Sanctions seeking dismissal of the case related to the potential voluntary production of 44,000 emails/documents from two former SureTrader employees ECF No. [86][2] and the SEC's Motion to Compel Complete Answers to [First] Request for Production from Gentile ECF No. [103].

5. Both Gentile and the SEC requested issuance of letters rogatory for production of documents by co-Defendant SureTrader, a Bahamian entity currently in liquidation proceedings, which were granted by the Court. ECF Nos. [104, 108, 113, and 115]. The SEC hired local counsel in the Bahamas to assist with its request and was advised that the Registrar confirmed receipt of this Court's Request for International Judicial Assistance (Letter Rogatory) ECF No. [116] ("SEC Letter Rogatory") and forwarded same to the Office of the Attorney General ("OAG") on August 31, 2022. The SEC understands that the next step is for the OAG to file an application with the

---

[1] At the time the parties sought the extension, they noted that if the letters rogatory process is not completed within that time, the parties may need to request an additional extension of the discovery deadlines.

[2] The SEC and Gentile continue to disagree on whether the 44,000 emails/documents can be voluntarily produced by the two former SureTrader employees directly to the SEC.

Supreme Court of The Bahamas to effectuate the SEC Letter Rogatory. The SEC's local counsel has estimated that the process to effectuate the SEC Letter Rogatory could take several months. Gentile's counsel sent his Request for International Judicial Assistance ("Gentile Letter Rogatory") ECF No. [109] to the Department of State. Gentile's counsel has not received any updates on the progress of his Letter Rogatory. Both parties believe that obtaining these documents are essential to this litigation.

6. Gentile has also requested the deposition of an FBI agent, Gregory Yankow, and made a *Touhy* request to the FBI and DOJ, which is currently being processed.

7. Within the next week, the SEC will also be filing a motion for issuance of request for international judicial assistance (letter rogatory) related to taking the testimony of several former SureTrader employees located in the Bahamas. The SEC expects to conduct these depositions after it receives documents in response to the SEC Letter Rogatory from SureTrader.

8. The outstanding Letters Rogatory and continuing production of documents by both sides are essential to conducting the depositions of Gentile, former SureTrader employees, and third-parties. Although the parties are diligently working on garnering discovery, essential discovery will not be completed by the Court's current deadline of October 31, 2022. Without this discovery, the parties will be hindered in all other aspects of pre-trial preparation, thereby creating the need to also extend the remaining pre-trial dates. Thus, the SEC requests that all current pre-trial dates and trial be extended as set forth below:

| | |
|---|---|
| **February 3, 2022** | Parties disclose experts and exchange expert witness reports. |
| **February 17, 2022** | Parties exchange rebuttal expert witness reports. |
| **March 17, 2022** | All discovery, including expert discovery, is completed. |
| **March 31, 2022** | Parties must have completed mediation and filed a mediation report. |

**May 5, 2022**        Summary Judgment Motions due.

**July 25, 2023**       All pre-trial motions, motions in limine, and Daubert motions (which include motions to strike experts) are filed. This deadline includes all dispositive motions.

**August 24, 2023**     Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable.

**September 11, 2023 or as soon after as the Court's Calendar allows the matter be set for trial.**

9.   This request for extension is made in good faith and in anticipation that the unique issues presented by discovery in this matter will cause considerable delay. Thus, the extension is requested in order to allow the parties time to work on these issues and to save judicial economy and litigation expense.

## CERTIFICATE OF CONFERRAL

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), undersigned counsel conferred with counsel for Gentile and they do not oppose to the relief sought in this Motion.

September 28, 2022

Respectfully submitted,

/s/Alice Sum_____
Alice Sum
Trial Counsel
Fla Bar No.: 354510
Phone: (305) 416-6293
Email: sumal@sec.gov

Alise Johnson
Senior Trial Counsel
Fla. Bar No. 0003270
Direct Dial: (305) 982-6385
Email: johnsonali@sec.gov

Russell Koonin
Senior Trial Counsel

Fla. Bar. No. 474479
Direct Dial: (305) 982-6390
Email: kooninr@sec.gov

*Attorneys for Plaintiff*
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154