UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

    _____/

**PROPOSED ORDER GRANTING UNOPPOSED MOTION**
**FOR EXTENSION OF COURT DEADLINES**

**THIS CAUSE** is before the Court on the SEC's Unopposed Motion for Extension of Court Deadlines ECF No. [ ] ("Motion") filed on September 28, 2022. The Court has reviewed the Motion, the record, and it is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [ ]**, is **GRANTED**, and the Amended Scheduling Order, **ECF No. [83]**, is **AMENDED** as follows:

This case is set for trial during the Court's ‑week trial calendar beginning on ___, **2023, at 9:00 a.m.** Calendar call will be held at ___.m. on ___, 2023. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. The parties shall adhere to the following schedule:

| | |
|---|---|
| **February 3, 2022** | Parties disclose experts and exchange expert witness reports. |
| **February 17, 2022** | Parties exchange rebuttal expert witness reports. |
| **March 17, 2022** | All discovery, including expert discovery, is completed. |
| **March 31, 2022** | Parties must have completed mediation and filed a mediation report. |
| **May 5, 2022** | Summary Judgment Motions due. |
| **July 25, 2023** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all dispositive motions**, and is the deadline to consent to jurisdiction by the Magistrate Judge. |
| **August 24, 2023** | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

**All remaining provisions of the Scheduling Order remain strictly in place.**

**DONE AND ORDERED** in Chambers at Miami, Florida on this September __, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**