# EXHIBIT A

IN THE SUPREME COURT OF THE BAHAMAS

Commercial Division

**SUPREME COURT**

MAR 19 2020

Nassau, Bahamas

CAUSE NO. 00014 of 2020

IN THE MATTER of the Companies Act, Ch. 308

AND

IN THE MATTER of an Application under the Securities Industry Act, 2011

AND

IN THE MATTER of MINTBROKER INTERNATIONAL LTD. (FORMERLY SWISS AMERICA SECURITIES LTD.) T/A SURE TRADER Swiss America Securities, a Registered Securities Firm.

## ORDER FOR APPOINTMENT OF PROVISIONAL LIQUIDATOR

Before The Honorable Justice Ian Winder, a Judge of the Supreme Court of The Bahamas, in Chambers.

**UPON HEARING** Messrs. Gawaine Ward and Gladstone Brown of counsel for the Securities Commission of The Bahamas ("**the Commission**"), the Petitioner/ Applicant herein, upon its Ex Parte Summons dated and filed herein on the 5th day of March, 2020 for an order that Igal Wizman and Eleanor Fisher be appointed joint provisional liquidators of Mintbroker International Ltd. (Formerly Swiss America Securities Ltd.) T/A Sure Trader ("**the Company**").

**AND UPON READING** the Petition presented by the Commission, filed herein on the 5th March 2020.

AND UPON READING the Affidavits of Christina R. Rolle, all filed herein on 5th March 2020 concerning the Company's present status, namely that:

    a.    the Company is currently non-operational;

    b.    the Company sought to wind up voluntarily, but failed to meet the conditions necessary for this to occur;

    c.    As a consequence, the Company's registration is currently suspended; and

    d.    the Commission seeks to protect the welfare of investors and/or clients, and the Company and clients' assets, information and/or records.

AND UPON the Petitioner/Applicant undertaking by its counsel to pay any damage suffered by the Company as a result of this order and/or the appointment of provisional liquidators in the event that the winding up petition is ultimately withdrawn or dismissed.

IT IS HEREBY ORDERED THAT:

1. Mr. Igal Wizman, Licensed Insolvency Trustee ("LIT"), Chartered Insolvency and Restructuring Professional ("CIRP") and an Associate Partner with Ernst and Young (EY), having its place of business at One Montague Place, East Bay Street, Nassau, Bahamas; and Ms. Eleanor Fisher, of EY Cayman Ltd., 62 Forum Lane, Camana Bay, Grand Cayman, KY-1106, Cayman Islands, be appointed as joint provisional liquidators (JPLs) for the Company with authority to act jointly or severally.

2. **The JPLs is/are hereby authorized to:**

    1)    forthwith take possession of, collect, and protect the property and assets of the said Company and its clients, but not to distribute or part with the same until further order;

    2)    discharge rents, salaries and other current expenses;

3) require of any person who has in his possession documents or information in relation to the accounts, assets and securities or affairs of the Company and its clients, to produce the same;

4) require any person who has information in relation to the accounts, assets, securities or affairs of the Company as the JPLs may require in the exercise of their duties, to attend upon the JPLs at such time and place as they may appoint and give them all information they may require;

5) do all other things necessary to preserve the assets and estate of the Company and its clients.

3. The JPLs be at liberty to apply to this Honourable Court, as necessary, for further directions pursuant to O. 4, r. 5 of the CLR.

4. The winding up petition shall be advertised locally, in Canada, the USA and in the United Kingdom, no later than _19th April, 2020_.

5. The petition shall be heard on _19th May, 2020_ ~~2020~~ at ~~10:00 a.m.~~ 2pm.

DATED the 17th day of MARCH, A. D., 2020

FILED the 19th day of March 2020

_____
The Honourable Mr. Justice Ian Winder
**JUDGE OF THE SUPREME COURT**

*This Order was filed by The Securities Commission of the Bahamas, 2nd Floor Poinciana House, North Building, 31A East Bay Street, Nassau, The Bahamas.*

IN THE SUPREME COURT OF THE BAHAMAS

Commercial Division

IN THE MATTER of the Companies Act, 1992

AND

IN THE MATTER of an Application under the Securities Industry Act, 2011

AND

IN THE MATTER of MINTBROKER INTERNATIONAL LTD. (FORMERLY SWISS AMERICA SECURITIES LTD.) T/A SURE TRADER Swiss America Securities, a Registered Securities Firm.

ORDER FOR APPOINTMENT OF PROVISIONAL LIQUIDATOR

2020

COM/com/00014

Securities Commission of The Bahamas
Securities Commission of The Bahamas
2nd Floor Poinciana House,
North Building
31A East Bay Street
Nassau, Bahamas.

The Petitioner/Applicant