# EXHIBIT C



*EXTRAORDINARY*

# OFFICIAL GAZETTE
# THE BAHAMAS
PUBLISHED BY AUTHORITY

| NASSAU | 30th December, 2011 | (A) |

No. 53 of 2011

*General Provisions*

### 232. Other effects of winding up.

(1) Subject to sections 214, 220 and 238, with effect from the commencement of the liquidation of a company—

    (a) the liquidator has custody and control of the assets of the company;

    (b) the directors and other officers of the company remain in office, but they cease to have any duties, functions or powers other than those required or permitted under this Part;

    (c) unless the court otherwise orders, no share in the company may be transferred;

    (d) no alteration may be made in the status of or to the rights or liabilities of a member, whether by an amendment of the memorandum or articles or otherwise;

    (e) no member may exercise any power under the memorandum or articles, or otherwise, except for the purposes of this Act;

    (f) no amendment may be made to the memorandum or articles of the company;

    (g) any share capital (whether limited by guarantee or divided into shares) that may not have been called upon shall be deemed to be an asset of the company, and to be a speciality debt due from each member to the company to the extent of any sums that may be unpaid on any shares held by him, and payable at such time as may be appointed by the liquidator.

(2) Any thing or matter done or purported to be done in contravention of subsection (1) is void and of no effect.

### 233. Rescission of contracts by the court.

(1) On the application of a person who is, as against the liquidator of a company, entitled to the benefit or subject to the burden of a contract made with the company, the court may make an order rescinding the contract on such terms as to payment by or to either party of damages for the non-performance of the contract, or otherwise as the court considers just.

(2) Any damages payable to a person under an order made under subsection (1) may be claimed by him as a debt in the liquidation of the company.

### 234. Getting in the company's property and disclaimer.

(1) Where any person has in his possession any property or document to which the company appears to be entitled, the court may require that

(4) An application under this section shall not be made after the company is deemed to have been dissolved.

(5) An order of the court made under this section shall be registered with the Registrar within seven days of the date upon which it was made.

### 249. Dissolution following winding up by the court.

(1) When the affairs of the company have been completely wound up, the court shall make an order that the company be dissolved from the date of that order or such other date as the court thinks fit, and the company shall be dissolved accordingly.

(2) The effect of an order for dissolution in respect of a segregated portfolio is that its creditors' claims against the company shall be extinguished, notwithstanding that the company has not been liquidated and dissolved.

(3) The official liquidator shall file the order for dissolution with the Registrar.

(4) An official liquidator who fails to file the order for dissolution with the Registrar within fourteen days from the date upon which it was perfected, shall be liable to a civil penalty.

### 250. Unclaimed dividends and undistributed assets.

(1) Any unclaimed dividends or undistributed assets in the possession or control of the liquidator or former liquidator of a company shall be held by him as trustee upon trust for the benefit of the contributories or creditors to whom such funds are owed.

(2) At the end of one year after the dissolution of the company, the former liquidator shall transfer any funds or other assets held on trust by him to the Treasurer.

*Liquidation Rules and Regulations*

### 251. Liquidation Rules Committee.

(1) There shall be established a Liquidation Rules Committee comprising—
    (a) the Chief Justice or other judge nominated by the Chief Justice in his place who shall be chairman;
    (b) the Attorney–General or his nominee;
    (c) the legal practitioner members of the Supreme Court Rules Committee;