# EXHIBIT E

| | |
|---|---|
| **From:** | Sum, Alice |
| **Sent:** | Monday, November 15, 2021 9:51 AM |
| **To:** | Warren.Gluck@hklaw.com |
| **Cc:** | Jessica.Magee@hklaw.com; Sydney.Alexander@hklaw.com |
| **Subject:** | RE: SEC v. MintBroker, et al. (No. 1:21-cv-21079) |
| **BCC :** | Sum, Alice |

Warren,

Do you have time for a quick call? I would like to explain the SEC's position and what we intend to file today.

Alice

-----Original Message-----
From: Warren.Gluck@hklaw.com <Warren.Gluck@hklaw.com>
Sent: Monday, November 15, 2021 9:40 AM
To: Sum, Alice <SumAl@SEC.GOV>
Cc: Jessica.Magee@hklaw.com; Sydney.Alexander@hklaw.com
Subject: RE: SEC v. MintBroker, et al. (No. 1:21-cv-21079)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Hi Alice -

1. I have confirmed that the proposed order was (unsurprisingly given they were applicant), submitted by the Bahamas securities commission.

2. I am actually in Bahamas tonight and will be meeting Mr. Wizman for dinner this evening to discuss this and other matters. Please let me know anything else to raise/discuss. We are hopeful that this is good proposal for both sides.

-----Original Message-----
From: Sum, Alice <SumAl@SEC.GOV>
Sent: Tuesday, November 9, 2021 9:08 AM
To: Gluck, Warren E (NYC - X73396) <Warren.Gluck@hklaw.com>
Cc: Magee, Jessica B (DAL - X61375) <Jessica.Magee@hklaw.com>; Alexander, Sydney (MIA - X27581) <Sydney.Alexander@hklaw.com>
Subject: RE: SEC v. MintBroker, et al. (No. 1:21-cv-21079)


[External email]

Good morning. Yes, please send the draft proposed liquidation order submitted to the Bahamas court. Thank you.

Alice

1

-----Original Message-----
From: Warren.Gluck@hklaw.com <Warren.Gluck@hklaw.com>
Sent: Monday, November 8, 2021 4:03 PM
To: Sum, Alice <SumAl@SEC.GOV>
Cc: Jessica.Magee@hklaw.com; Sydney.Alexander@hklaw.com
Subject: Re: SEC v. MintBroker, et al. (No. 1:21-cv-21079)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Please see notes below.

On Nov 8, 2021, at 3:44 PM, Sum, Alice <SumAl@sec.gov> wrote:


[External email]
Thank you, Warren.  Some follow-up questions:


1.      Does the JPL also agree, upon conversion to an official liquidation, to appear and admit the allegations in the Florida action in addition to within the liquidation?

No the point is to end that action viz estate.

2.      Regarding the SEC submitting the proof of claim/debt, what is the timing for this—when the conversion occurs and the claims process begins?  Can you preview what paperwork/form/filing would be required?  (It would help to have this for internal discussions with the bankruptcy and OIA groups.)

Yes - when conversion occurs there will be a process and a form of submission. We can provide guidance on the content but it is effectively the underlying claim data sufficient for JOL to fulfill duty of quasi-judicial resolution.

3.      Please let us know if you will be sending the proposed liquidation order that you mentioned during our call.

Yes we will confirm this. The draft submitted to the Bahamas court - correct?


4.      If the SEC were to agree to the JPL's proposal and request a stay of the Florida action as to MintBroker, how long of a stay would you suggest given the uncertainty of the timing of the conversion?
Good question. I suppose we need only agreement not to seek default until there is official liquidation as opposed to a full stay.


Alice

From: Warren.Gluck@hklaw.com <Warren.Gluck@hklaw.com>
Sent: Monday, November 8, 2021 2:45 PM
To: Sum, Alice <SumAl@SEC.GOV>; Jessica.Magee@hklaw.com
Cc: Sydney.Alexander@hklaw.com
Subject: RE: SEC v. MintBroker, et al. (No. 1:21-cv-21079)

2

SEC-SECPST-E-0008102

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Greetings Alice –

Yes.  The JPL's proposal is that upon the conversion of this case from a provisional liquidation to an official liquidation by the Bahamas Court (there is no objection to the same), then the JPL's will admit the SEC's claim in principle within the liquidation, entitling the SEC to both participate in the proceedings and to a pay-out.  In terms of the number, it would be helpful to see the SEC's calculations.  We believe this option is preferable to litigating in the United States and will result in the added advantage of an admitted claim instead of a default judgment.

From: Sum, Alice <SumAl@SEC.GOV<mailto:SumAl@SEC.GOV>>
Sent: Monday, November 8, 2021 2:34 PM
To: Magee, Jessica B (DAL - X61375) <Jessica.Magee@hklaw.com<mailto:Jessica.Magee@hklaw.com>>; Gluck, Warren E (NYC - X73396) <Warren.Gluck@hklaw.com<mailto:Warren.Gluck@hklaw.com>>
Cc: Alexander, Sydney (MIA - X27581) <Sydney.Alexander@hklaw.com<mailto:Sydney.Alexander@hklaw.com>>
Subject: RE: SEC v. MintBroker, et al. (No. 1:21-cv-21079)

[External email]
Jessica and Warren:

Good afternoon.  I wanted to follow up on our call from last Thursday and see if you still intend to send me written confirmation of the JPL's position and proposal.  I am unable to advance the discussion internally without this and remain cognizant of the November 15 deadline to file a motion for clerk's default.  Please advise.  Thank you.

Alice


<image001.jpg>




Alice K. Sum
Trial Counsel
U.S. Securities and Exchange Commission
Division of Enforcement
Miami Regional Office
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Office:   305.416.6293
Mobile:  305.202.0885
Email: SumAl@sec.gov<mailto:SumAl@sec.gov>


From: Magee, Jessica B (DAL - X61375) <Jessica.Magee@hklaw.com<mailto:Jessica.Magee@hklaw.com>>
Sent: Wednesday, November 3, 2021 12:16 PM
To: Sum, Alice <SumAl@SEC.GOV<mailto:SumAl@SEC.GOV>>
Cc: Gluck, Warren E (NYC - X73396) <Warren.Gluck@hklaw.com<mailto:Warren.Gluck@hklaw.com>>; Alexander, Sydney (MIA - X27581) <Sydney.Alexander@hklaw.com<mailto:Sydney.Alexander@hklaw.com>>

SEC-SECPST-E-0008103

Subject: SEC v. MintBroker, et al. (No. 1:21-cv-21079)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Ms. Sum,

I hope this email finds you well.  My firm represents Igal Wizman of Ernst & Young, a Joint Provisional Liquidator appointed for Mintbroker International Ltd (f/k/a Swiss America Securities).  My colleagues (copied) and I would like to speak with you about your pending matter against the company, and Mr. Gentile, if you have availability today or tomorrow.

Thanks in advance for your professional courtesies.

Respectfully,

Jessica Magee


Jessica Magee | Holland & Knight
Partner
Holland & Knight LLP
One Arts Plaza, 1722 Routh Street, Suite 1500 | Dallas, Texas 75201 Phone 214.969.1375 | Mobile 214.458.4761
jessica.magee@hklaw.com<mailto:jessica.magee@hklaw.com> |
http://www.hklaw.com<https://protect2.fireeye.com/v1/url?k=6825781c-37be4103-68259caa-8630ffab37ab-d4d5758a59a3b0e8&q=1&e=56af23f3-8953-4d63-8bac-d4d25442748f&u=https%3A%2F%2Furldefense.com%2Fv3%2F__https%3A%2F%2Fprotect2.fireeye.com%2Fv1%2Furl%3Fk%3D1e2342a7-41b87b81-1e23a611-867666c9b37a-58f773f8ea47e131%26q%3D1%26e%3D82422f7f-e798-4bc2-a70d-3dc8e67d5de0%26u%3Dhttps%2A3A%2A2F%2A2Furldefense.com%2A2Fv3%2A2F__https%2A3A%2A2F%2A2Fprotect2.fireeye.com%2A2Fv1%2A2Furl%2A3Fk%2A3D5d8a6376-02115b80-5d8a87c0-8681010e5614-9c591ef690d3cb17%2A26q%2A3D1%2A26e%2A3D8cfea82e-7f16-46d5-a19b-cc39a60c481e%2A26u%2A3Dhttps%2A2A3A%2A2A2F%2A2A2Furldefense.com%2A2A2Fv3%2A2A2F__https%2A2A3A%2A2A2Fprotect2.fireeye.com%2A2A2Fv1%2A2A2Furl%2A2A3Fk%2A2A3D08608e95-57fbb787-08606a23-86b2e136ff17-7fea760f32a5d85f%2A2A26q%2A2A3D1%2A2A26e%2A2A3Deae91dde-e63b-4857-9a77-f998bdf387e2%2A2A26u%2A2A3Dhttp%2A2A2A3A%2A2A2A2F%2A2A2A2Fwww.hklaw.com%2A2A2A2F__%2A2A3BJSUIJSUIJQ%2A2A21%2A2A21IxpiwRwUhHKm2S8%2A2A21Wm0zsuhks9tnxz6rcabeZ6BWIJWO9946MG_twIQbJUVokT-Z2zqNeONqzD9z8aXTlw%2A2A24__%2A2A3BJSUIJSUIJSUIJSUIJSUIJSUIJSUIJSU%2A2A21%2A2A21IxpiwRwUhHKm2S8%2A2A21TqRyDYtXJtm69daK6TQoQI3OPWNY-sszdpVc7q24NJgeGN5-sTa_bBBAzoAMmoCbrQ%2A2A24__%3BJSUIJSUIJSUIJSUIJSUIJSUIJSUIJSUIJSUIJSUIJSUIJSUIJSUIJQ%21%21IxpiwRwUhHKm2S8%21WLk2U2mwK70qLTyAqH4ubFVg9TX0kEzOMBOOItS6ZbqXmttkZOAALqE2uuGyGXmnHw%24>

_____
Add to address book<https://protect2.fireeye.com/v1/url?k=30b4cffe-6f2ff6e1-30b42b48-8630ffab37ab-d5886101a79e03d7&q=1&e=56af23f3-8953-4d63-8bac-d4d25442748f&u=https%3A%2F%2Furldefense.com%2Fv3%2F__https%3A%2F%2Fprotect2.fireeye.com%2Fv1%2Furl%3Fk%3Db938e4e4-e6a3ddc2-b9380052-867666c9b37a-d150e2062b22a47b%26q%3D1%26e%3D82422f7f-e798-4bc2-a70d-3dc8e67d5de0%26u%3Dhttps%2A3A%2A2F%2A2Furldefense.com%2A2Fv3%2A2F__https%2A3A%2A2F%2A2Fprotect2.fireeye.com%2A2Fv1%2A2Furl%2A3Fk%2A3D354fe4c0-6ad4dc36-354f0076-8681010e5614-87e03835368fdcc7%2A26q%2A3D1%2A26e%2A3D8cfea82e-7f16-46d5-a19b-

4

cc39a60c481e%2A26u%2A3Dhttps%2A2A3A%2A2A2F%2A2A2Furldefense.com%2A2A2Fv3%2A2A2F__https%2A2A3A%2A2A2Fprotect2.fireeye.com%2A2A2Fv1%2A2A2Furl%2A2A3Fk%2A2A3D39bd6287-66265b95-39bd8631-86b2e136ff17-447afb4011977701%2A2A26q%2A2A3D1%2A2A26e%2A2A3Deae91dde-e63b-4857-9a77-f998bdf387e2%2A2A26u%2A2A3Dhttps%2A2A2A3A%2A2A2A2F%2A2A2A2Fwww.hklaw.com%2A2A2A2FJessica-Magee%2A2A2A3Fformat%2A2A2A3Dvcard__%2A2A3BJSUIJSUl%2A2A21%2A2A21IxpiwRwUhHKm2S8%2A2A21Wm0zsuhks9tnxz6rcabeZ6BWIJWO9946MG_twIQbJUVokT-Z2zqNeONqzD-3oy4Erw%2A2A24__%2A2A3BJSUIJSUIJSUIJSUIJSUIJSUIJSUIJSUIJQ%2A2A21%2A2A21IxpiwRwUhHKm2S8%2A2A21TqRyDYtXJtm69daK6TQoQI30PWNY-sszdpVc7q24NJgeGN5-sTa_bBBAzoAtBnHJUQ%2A2A24__%2A3BJSUIJSUIJSUIJSUIJSUIJSUIJSUIJSUIJSUIJSUIJSUIJSUIJSUIJSUl%2A21%2A21IxpiwRwUhHKm2S8%2A21WLk2U2mwK70qLTyAqH4ubFVg9TX0kEzOMBOOItS6ZbqXmttkZOAALqE2uuEC9p7wyQ%2A24> | View professional biography<https://protect2.fireeye.com/v1/url?k=a370dfc8-fcebe6d7-a3703b7e-8630ffab37ab-076f0642f2ccc198&q=1&e=56af23f3-8953-4d63-8bac-d4d25442748f&u=https%3A%2F%2Furldefense.com%2Fv3%2F__https%3A%2F%2Fprotect2.fireeye.com%2Fv1%2Furl%3Fk%3D1ae19f9a-457aa6bc-1ae17b2c-867666c9b37a-dce15963c70ed5ab%26q%3D1%26e%3D82422f7f-e798-4bc2-a70d-3dc8e67d5de0%26u%3Dhttps%2A3A%2A2F%2A2Furldefense.com%2A2Fv3%2A2F__https%2A3A%2A2F%2A2Fprotect2.fireeye.com%2A2Fv1%2A2Furl%2A3Fk%2A3De1423582-bed90d74-e142d134-8681010e5614-f1d20a2665cb9a36%2A26q%2A3D1%2A26e%2A3D8cfea82e-7f16-46d5-a19b-cc39a60c481e%2A26u%2A3Dhttps%2A2A3A%2A2A2F%2A2A2Furldefense.com%2A2A2Fv3%2A2A2F__https%2A2A3A%2A2A2Fprotect2.fireeye.com%2A2A2Fv1%2A2A2Furl%2A2A3Fk%2A2A3D5c4931ba-03d208a8-5c49d50c-86b2e136ff17-a596a35b47ef874c%2A2A26q%2A2A3D1%2A2A26e%2A2A3Deae91dde-e63b-4857-9a77-f998bdf387e2%2A2A26u%2A2A3Dhttps%2A2A2A3A%2A2A2A2F%2A2A2A2Fwww.hklaw.com%2A2A2A2FJessica-Magee__%2A2A3BJSUIJQ%2A2A21%2A2A21IxpiwRwUhHKm2S8%2A2A21Wm0zsuhks9tnxz6rcabeZ6BWIJWO9946MG_twIQbJUVokT-Z2zqNeONqzD-cl8wp0w%2A2A24__%2A2A3BJSUIJSUIJSUIJSUIJSUIJSUIJSU%2A2A21%2A2A21IxpiwRwUhHKm2S8%2A2A21TqRyDYtXJtm69daK6TQoQI30PWNY-sszdpVc7q24NJgeGN5-sTa_bBBAzoDvS2V4-Q%2A24__%2A3BJSUIJSUIJSUIJSUIJSUIJSUIJSUIJSUIJSUIJSUIJSUIJSUIJSUIJSUIJQ%2A21%2A21IxpiwRwUhHKm2S8%2A21WLk2U2mwK70qLTyAqH4ubFVg9TX0kEzOMBOOItS6ZbqXmttkZOAALqE2uuHkKFSckg%2A24>

_____

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

SEC-SECPST-E-0008105