# EXHIBIT F

| | |
|---|---|
| **From:** | Sum, Alice |
| **Sent:** | Tuesday, January 11, 2022 2:59 PM |
| **To:** | Shannon Mackey |
| **Cc:** | Zelma Wilson; Steve Bull; Igal Wizman; Eleanor Fisher; Mcquel Basden |
| **Subject:** | RE: Mintbroker International Ltd. (formerly Swiss America Securities Ltd.) (In Official Liquidation) (the "Company") |
| | |
| **BCC :** | Sum, Alice |

Dear Mr. Mackey:

Thank you for the update and for providing a copy of the Winding Up Order.

Alice



**Alice K. Sum**
Trial Counsel
U.S. Securities and Exchange Commission
Division of Enforcement
Miami Regional Office
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Office: 305.416.6293
Mobile: 305.202.0885
Email: SumAl@sec.gov

---

**From:** Shannon Mackey <Shannon.Mackey@bs.ey.com>
**Sent:** Tuesday, January 11, 2022 2:48 PM
**To:** Sum, Alice <SumAl@SEC.GOV>
**Cc:** Zelma Wilson <Zelma.Wilson@bs.ey.com>; Steve Bull <steve.bull@ky.ey.com>; Igal Wizman <igal.wizman@bs.ey.com>; Eleanor Fisher <Eleanor.Fisher@ky.ey.com>; Mcquel Basden <Mcquel.Basden@bs.ey.com>
**Subject:** Mintbroker International Ltd. (formerly Swiss America Securities Ltd.) (In Official Liquidation) (the "Company")

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Ms. Sum,

Please be advised that on December 15, 2021, at a hearing in front of Justice Stewart, the Supreme Court has now appointed Mr. Igal Wizman of EY Bahamas Ltd., Caves Corporate Centre, West Bay Street & Blake Road, P.O. Box N-3231, New Providence, The Bahamas and Ms. Eleanor Fisher of EY Cayman Ltd., 62 Forum Lane, Camana Bay, P.O. Box 510, Grand Cayman KY1-1106, Cayman Islands, as Joint Official Liquidators of the Company ("the JOLs"). A copy of the Winding Up Order is attached for your reference.

If you have any queries, please contact Mr. Shannon Mackey on +1 242 396 3010 or by e-mail at shannon.mackey@bs.ey.com.

For and on behalf of the Joint Official Liquidators

The business, affairs and property of the Company are being managed by the Joint Official Liquidators, Igal Wizman and Eleanor Fisher, who act as agents of the Company only and without personal liability.

Best,

**Shannon G. Mackey |** Senior | Strategy and Transactions



EY Bahamas Ltd.
Caves Corporate Centre, West Bay Street & Blake Road, PO Box N-3231, Nassau, Bahamas
Office:+1 242 502 6000 | Shannon.Mackey@bs.ey.com
Website: www.ey.com

---

The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system. EY is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

Our privacy notice which explains how EY collects and uses personal data and which describes the rights you have with respect to your personal data is available here: Privacy statement.