UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

**DEFENDANT GUY GENTILE'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL**

Defendant Guy Gentile ("Gentile") hereby respectfully requests an extension of time until November 14, 2022, to file a motion to compel and states the following:

1. On August 4, 2022, Plaintiff, the Securities and Exchange Commission ("SEC") was served with Gentile's Second Request for Production of Documents, seeking three categories of documents.

2. On September 6, 2022, Gentile was served with the SEC's responses and objections to those requests.

3. At a meet and confer on September 23, 2022, the parties conferred regarding Gentile's questions related to the SEC's production. The SEC indicated that it would supplement its production.

4. On October 5, 2022, the SEC indicated that it is waiting on permission to produce documents concerning its communications with the Securities Commission of the Bahamas (SCB)

and that it expected to be able to produce those documents, along with other supplemental production and revised disclosures by October 10, 2022.

5. Gentile's previous deadline to file a motion to compel was October 6, 2022. On that date, the parties stipulated to extending the deadline under Local Rule 26.1(g)(1) to October 13, 2022.

6. On October 10, 2022, the SEC advised that it did not receive the anticipated permission to produce SCB documents on October 7, 2022 and that because of the federal holiday in the United States and national holiday in the Bahamas, it would follow up the next day.

7. Yesterday, on October 11, 2022, the SEC advised that it expects to produce SCB communications, certain parent/child attachment documents, a partial production of communications between the SEC and FINRA, and an updated privilege log today (October 12, 2022), and that it would not be able to produce all FINRA communications until *sometime after* October 13, 2022.

8. As such, the SEC indicated: "Because of the additional review for communications between the SEC and FINRA that will not be completed by Thursday, we can agree to additional time for you to move to compel, to the extent necessary."

9. For these reasons, Gentile moves for an extension of his deadline to file a motion to compel by 30 days so that the parties may attempt to resolve these issues without court intervention.

10. The SEC has indicated that it agrees to the requested relief.

11. The requested deadline for Gentile to file a motion to compel or other discovery motion concerning issues relating to the SEC's production of documents is **November 14, 2022**.

Dated: October 12, 2022

    */s/ Dayliset Rielo*
Dayliset Rielo, Esq.
The Rielo Law Firm, LLC
8180 N.W. 36th Street, Suite 220
Doral, FL 33166
Tel: (786) 454-9873
dayliset@rielolaw.com

Adam C. Ford, Esq. (PHV granted)
Matthew A. Ford, Esq. (PHV granted)
Stephen R. Halpin III, Esq. (PHV granted)
FORD O'BRIEN LANDY LLP
275 Madison Avenue, 24th Floor
New York, NY 10016
Tel: (212) 858-0040 (main)
aford@fordobrien.com
mford@fordobrien.com
shalpin@fordobrien.com

*Counsel for Defendant Guy Gentile*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 12th day of October 2022 via CM-ECF on all counsel.

*/s/ Dayliset Rielo*
Dayliset Rielo, Esq.