UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

**[PROPOSED] ORDER GRANTING DEFENDANT GENTILE'S
UNOPPOSED MOTION FOR EXTENSION OF TIME**

**THIS MATTER** is before the Court upon Defendant Guy Gentile's Unopposed Motion for Extension of Time to File his Motion to Compel. [Dkt. ___]. The Court has carefully reviewed said Motion, the entire court file, and is otherwise fully advised. Accordingly, after due consideration, it is:

**ORDERED AND ADJUDGED** that Defendant Gentile's Motion is **GRANTED**. Gentile, if necessary, shall file his Motion to Compel by no later than November 14, 2022.

**DONE AND ORDERD** in Chambers at Miami, Florida, on _____, ___, 20___.

                                                **BETH BLOOM**
                                                **UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record