**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-CV-21079-BLOOM/Otazo-Reyes**

**SECURITIES AND EXCHANGE COMMISSION,**

      **Plaintiff,**

**v.**

**MINTBROKER INTERNATIONAL, LTD.,**
**f/k/a SWISS AMERICA SECURITIES LTD.**
**and d/b/a SURETRADER, and**
**GUY GENTILE, a/k/a GUY GENTILE NIGRO,**

      **Defendants.**

_____/



FILED BY_____D.C.

OCT 17 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**CLERK'S NOTICE OF MAILING LETTERS ROGATORY**

Pursuant to the Court's Paperless Order Granting Motion for Issuance of Letters Rogatory

(DE 136), the Clerk certifies that on this ___th day of October, 2022, the attached Request for

International Judicial Assistance (Letter Rogatory) (DE) has been mailed via UPS to:

> Ms. Constance Delancy
> Registrar of the Supreme Court of the Commonwealth of the Bahamas
> Annex 1
> Ansbacher Building
> Bank Lane
> P.O. Box N-167
> Nassau, Bahamas

UPS Tracking Number: **1Z A37 48W 04 9138 1940**

DONE at the Clerk's Office, Miami, Florida, this *17th* day of October, 2022.

ANGELA E. NOBLE
Court Administrator – Clerk of Court

By:_____
      Deputy Clerk

C:    U.S. District Judge
      U.S. Magistrate Judge
      All counsel of Record