UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

_____/

## JOINT RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Securities and Exchange Commission and Defendant Guy Gentile jointly respond to the Court's Order to Show Cause (ECF No. 138) regarding the parties failure to file a mediation report by November 4, 2022. In response, the Parties state:

    1.    On July 6, 2022, the Court entered an Order Rescheduling Mediation before Kathy Adams on November 1, 2022 (ECF No. 97).

    2.    On September 30, 2022, the Court entered a Second Order Amending Scheduling Order and Certain Pretrial Deadlines. (ECF No. 129). In that Order, the Court extended the date for the parties to have "completed mediation and filed a mediation report" until March 31, 2023. (ECF No. 129).

    3.    Given the Court's extension, the Mediation that was previously scheduled to occur on November 1, 2022 was cancelled and will be rescheduled to occur in February 2023, so that it may be conducted after the parties have received additional discovery.

1

4.       The parties have acted in good faith in reliance upon the Court's September 30, 2022 Order.  Thus, the parties request that the Order to Show Cause be deemed satisfied and the parties be given until March 31, 2023 to complete mediation and file a mediation report consistent with the Court's most recent order.

Respectfully submitted,

/s/Alise Johnson
Alise Johnson, Esq.
Trial Counsel
Fla Bar No.: 0003270
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Phone: 786-626-7399
Email: johnsona@sec.gov

*Attorney for Plaintiff*
SECURITIES AND EXCHANGE COMMISSION

/s/Dayliset Rielo
Dayliset Rielo, Esq.
The Rielo Law Firm, LLC
8180 N.W. 36th Street
Suite 200
Miami, FL 33166
Phone: Office: (786) 454-9873
(786) 454-9873
Email:  dayliset@rielolaw.com

FORD O'BRIEN, LLP
Adam C. Ford, Esq. (PHV granted)
Matthew A. Ford, Esq. (PHV granted)
575 Fifth Ave, Floor 17
New York, NY 10017
Tel: (212) 858-0040
Email: aford@fordobrien.com
Email: mford@fordobrien.com
*Attorneys for Defendant Guy Gentile*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 9th day of November 2022 via CM-ECF on all parties in this case or other interested parties in the manner denoted below.

Via UPS
MintBrokers International, LTD.
c/o Michael C. Miller, Registered Agent
Winthrop Heights
10 Lookout Hill
Nassau, Bahamas

                /s/Alise Johnson_____
                Alise Johnson