UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21079-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.
and GUY GENTILE,

    Defendants.
_____/

### ORDER REQUIRING PROPOSED ORDER RE-SCHEDULING MEDIATION

**THIS CAUSE** is before the Court upon the parties' Joint Response to the Court's November 7, 2022 Order to Show Cause, ECF No. [139], and a *sua sponte* review of the record.

Accordingly, it is **ORDERED AND ADJUDGED** that **no later than November 18, 2022**, the parties shall **schedule a time, date, and place for mediation** to take place before the mediation deadline on March 31, 2023, and shall jointly **file a notice and proposed order re-scheduling mediation** via CM/ECF in the form specified on the Court's website, http://www.flsd.uscourts.gov. Pursuant to the procedures outlined in the CM/ECF Administrative Procedures, **the proposed order is also to be emailed to bloom@flsd.uscourts.gov in Word format.**

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 9, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:    Counsel of Record