UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**JOINT NOTICE REGARDING MEDIATION**

    The parties hereby notify the Court of the following:

    1.    Because the discovery deadline in this case has been extended until March 17, 2023, and the parties wish to take more time to conduct discovery before mediating, they have agreed to postpone the mediation that was scheduled for November 1, 2022.

    2.    The parties previously agreed to use mediator, Kathy Adams, www.kathyadamsdrs.com.

    3.    The mediation has been rescheduled to February 7, 2023 at 10:00 a.m. via Zoom (or similar) video conference with Kathy Adams.

Date:  November 17, 2022

Respectfully submitted,

| | |
|---|---|
| /s/Alice Sum | /s/Dayliset Rielo |
| Alice Sum, Esq. | Dayliset Rielo, Esq. |
| Trial Counsel | The Rielo Law Firm, LLC |
| Fla Bar No.: 354510 | 8180 N.W. 36th Street |
| Phone: (305) 416-6293 | Suite 200 |
| Email: sumal@sec.gov | Miami, FL 33166 |
| *Attorney for Plaintiff* | Phone: Office: (786) 454-9873 |
| SECURITIES AND EXCHANGE COMMISSION | (786) 454-9873 |
| 801 Brickell Avenue, Suite 1950 | Email:  dayliset@rielolaw.com |
| Miami, Florida 33131 | |

Adam C. Ford, Esq. (PHV granted)
Matthew A. Ford, Esq. (PHV granted)
Stephen R. Halpin III, Esq. (PHV granted)
FORD O'BRIEN LANDY LLP
275 Madison Avenue, 24th Floor
New York, NY 10016
Tel: (212) 858-0040 (main)
aford@fordobrien.com
mford@fordobrien.com
shalpin@fordobrien.com

*Attorneys for Defendant Guy Gentile*