UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**PROPOSED ORDER RE-SCHEDULING MEDIATTION**

Pursuant to the Court's Order Requiring Proposed Order Re-Scheduling Mediation (DE 140) and the Court's Secord Order Amending Scheduling Order and Certain Pretrial Deadlines (DE 129) and the parties Joint Notice Regarding Mediation it is:

**ORDERED AND ADJUDGEMENT** that mediation is to be held before mediator Kathy Adams on February 7, 2023 and a mediation report shall be filed within seven days of mediation.

**DONE AND ORDERED** in Chambers at Miami, Florida on November __, 2022.

 

                                                        **BETH BLOOM**
                                                        **UNITED STATES DISTRICT JUDGE**