UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21079-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.
and GUY GENTILE,

    Defendants.
_____/

## SECOND ORDER RE-SCHEDULING MEDIATION

**THIS CAUSE** is before the Court upon the Joint Notice Regarding Mediation, ECF No. [141] ("Joint Notice"), filed in response to the Court's Order Requiring Proposed Order Re-Scheduling Mediation, ECF No. [140].

The mediation conference in this case shall be held on **February 7, 2023**, at **10:00 am** with Kathy Adams via Zoom video conference. On or before **February 10, 2023**, the parties shall file a mediation report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), the mediation was continued with the consent of the parties, or whether the mediator declared an impasse. The parties are reminded that they may not reschedule the mediation without leave of court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 17, 2022.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record