UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21079-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF ENTRY OF PARTY**

Plaintiff Securities and Exchange Commission, pursuant to the Clerk's instructions, files this Notice of Entry of Party, Kathy Adams, Esq., the mediator selected by the parties in this action.

Date: November 18, 2022

                Respectfully submitted,

                **Alice Sum**
                Alice Sum
                Trial Counsel
                Fla Bar No.: 354510
                Email: sumal@sec.gov
                Phone: (305) 416-6293

                *Attorney for Plaintiff*
                SECURITIES AND EXCHANGE COMMISSION
                801 Brickell Avenue, Suite 1950
                Miami, Florida 33131