**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-cv-21079-BB**

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

**[PROPOSED] ORDER GRANTING DEFENDANT GUY GENTILE'S MOTION UNDER RULE 43(a) TO TAKE REMOTE TESTIMONY DURING JANUARY 9, 2023 DISCOVERY HEARING**

THIS CAUSE came before the Court upon Defendant Guy Gentile's ("Gentile") Motion under Rule 43(a) to Take Remote Testimony during the January 9, 2023 Discovery Hearing [D.E. ___] ("Motion for Remote Testimony").

It is ORDERED AND ADJUDGED that Gentile's Motion for Remote Testimony relating to documents provided or to be provided to Plaintiff Securities and Exchange Commission by nonparties who are former employees of Defendant MintBroker International, Ltd., is GRANTED. Gentile shall issue a subpoena or present a letter rogatory to the Court, as appropriate, to compel the remote testimony of the nonparties in question.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of _____, 202__.

                                                        _____
                                                        ALICIA M. OTAZO-REYES
                                                        UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Beth Bloom
      Counsel of Record