UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-21079-BLOOM/OTAZO-REYES

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant Guy Gentile's ("Defendant") Motion Under Rule 43(a) to Take Remote Testimony During January 9, 2023, Discovery Hearing (hereafter, "Defendant's Motion to Take Remote Testimony") [D.E. 148]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 64]. The undersigned held a hearing on this matter on January 5, 2023 (hereafter "Hearing").

In accordance with the undersigned's rulings at the Hearing, it is

ORDERED AND ADJUDGED that Defendant's Motion to Take Remote Testimony is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of January, 2023.

                                          _____
                                          ALICIA M. OTAZO-REYES
                                          UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Beth Bloom
        Counsel of Record