UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-21079-BLOOM/OTAZO-REYES

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant Guy Gentile's ("Defendant") Notice of Hearing [D.E. 145]; and Plaintiff Securities and Exchange Commission ("Plaintiff") Cross-Notice of Hearing [D.E. 146]. These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 64]. The undersigned held a hearing on these matters on January 9, 2023 (hereafter "Hearing").

In accordance with the undersigned's rulings at the Hearing, it is

ORDERED AND ADJUDGED that Plaintiff may obtain from counsel for Mr. Yaniv Frantz ("Mr. Frantz") the 33,000 emails provided to him by his client. Plaintiff shall provide copies of Mr. Frantz's emails and the 11,000 emails from Mr. Philip Dorsett ("Mr. Dorsett") already in Plaintiff's possession (together, "the 44,000 emails") to Defendant and to the Joint Official Liquidators for SureTrader ("JOLs"). Plaintiff may commence its review of the 44,000 emails and shall segregate and notify Defendant of any emails that are found not to have been copied to Mr. Frantz or Mr. Dorsett. Plaintiff shall notify the JOLs of this requirement at the time of transmission of the 44,000

emails. Plaintiff shall submit any such found emails as to which Defendant asserts privilege claims to the undersigned for *in camera* review.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of January, 2023.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Beth Bloom
Counsel of Record