UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21079-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO RESCHEDULE MEDIATION

**THIS CAUSE** is before the Court upon the Plaintiff's Motion to Reschedule Mediation ECF No. [  ], filed on February 1, 2023.  The Court has reviewed the Motion, the record, and is otherwise fully advised.  Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [  ]**, is **GRANTED**, as follows:

The mediation is rescheduled to March 27, 29, or 30, 2023. The SEC shall contact the mediator, set the date for mediation, and submit a proposed order rescheduling the mediation.

**DONE AND ORDERED** in Chambers at Miami, Florida on February __, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**