UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21079-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR PARTIAL RELIEF FROM LOCAL RULE REGARDING ATTENDANCE AT MEDIATION**

**THIS CAUSE** is before the Court upon the Plaintiff's Unopposed Motion for Partial Relief from Local Rule Regarding Attendance at Mediation, ECF No. [ ], filed on February 1, 2023. The Court has reviewed the Motion, the record, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [ ]**, is **GRANTED**, as follows:

Plaintiff Securities and Exchange Commission shall be permitted to attend mediation through counsel, Alice Sum, Russell Koonin and Alise Johnson, and Teresa Verges, Regional Trial Counsel of the Miami Regional Office, who shall attend mediation with the full authority to negotiate a settlement to recommend to the Commission for approval.

**DONE AND ORDERED** in Chambers at Miami, Florida on February __, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**