UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom/Otazo-Reyes

SECURITIES AND EXCHANGE COMMISSION,

 Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

 Defendants.
_____/

**JOINT NOTICE REGARDING MEDIATION**

 Pursuant to ECF No. [143], the parties hereby notify the Court of the following:

 1. Mediation in this case occurred on February 7, 2023, with Kathy Adams.

 2. Although the parties did not reach a settlement at mediation, they have agreed to continue the mediation and settlement discussions.

Date:  February 10, 2023

Respectfully submitted,

| | |
|---|---|
| /s/Alice Sum_____ | /s/Dayliset Rielo_____ |
| Alice Sum, Esq. | Dayliset Rielo, Esq. |
| Trial Counsel | The Rielo Law Firm, LLC |
| Fla Bar No.: 354510 | 8180 N.W. 36th Street |
| Phone: (305) 416-6293 | Suite 200 |
| Email: sumal@sec.gov | Miami, FL 33166 |
| *Attorney for Plaintiff* | Phone: Office: (786) 454-9873 |
| SECURITIES AND EXCHANGE COMMISSION | (786) 454-9873 |
| 801 Brickell Avenue, Suite 1950 | Email:  dayliset@rielolaw.com |
| Miami, Florida 33131 | |
| | Adam C. Ford, Esq. (PHV granted) |
| | Matthew A. Ford, Esq. (PHV granted) |
| | Stephen R. Halpin III, Esq. (PHV granted) |
| | FORD O'BRIEN LANDY LLP |
| | 275 Madison Avenue, 24th Floor |
| | New York, NY 10016 |

Tel: (212) 858-0040 (main)
aford@fordobrien.com
mford@fordobrien.com
shalpin@fordobrien.com

*Attorneys for Defendant Guy Gentile*