UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF HEARING**
**(MARCH 2, 2023 AT 11:30AM ET – 1 HOUR)**

    PLEASE TAKE NOTICE that a Zoom discovery hearing will be held before the Honorable Magistrate Judge Alicia M. Otazo-Reyes at C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, 10th Floor, Miami, Florida 33128 on March 2, 2023, at 11:30 a.m. ET.[1]  Pursuant to the Court's Order dated December 15, 2021 (DE 64) and the discovery procedures contained therein, Plaintiff Securities and Exchange Commission specifies the following discovery issues that it has not been able to resolve with Defendant Guy Gentile:

    1.    The first issue is that Gentile has not produced the tax returns and related documents requested in Plaintiff's Second Request for Production.  Although Gentile initially asserted objections to the requests for his tax documents, his counsel agreed during a meet and confer on January 24, 2023, that he would produce redacted versions of the requested tax documents (for the

---

[1] Instructions for logging onto the Zoom hearing will be provided by Judge Otazo-Reyes' Chambers in advance.

1

years 2016-2020) by February 1, 2023. On February 1, 2023, Gentile's counsel advised that they would not be producing the tax documents until Friday, February 3, 2023 or Monday, February 6, 2023, which was the day before the mediation scheduled for February 7, 2023. To date, despite Plaintiff's multiple follow-up requests for Gentile to comply with his agreement to produce the tax documents and his counsel's repeated promises that they would be produced very soon, Gentile has yet to produce them.[2]

2. The second issue is that Gentile's counsel seeks to depose Plaintiff's expert but refuses to pay for the time for the expert to sit for deposition as required under Fed. R. Civ. P. 26(b)(4)(E)(i).

March 1, 2022

Respectfully submitted,

Alice K. Sum
Alice K. Sum, Esq.
Trial Counsel
Fla. Bar No. 354510
Direct Dial: (305) 416-6293
Email: sumal@sec.gov

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone:   (305) 982-6300
Facsimile:   (305) 536-4154

---

[2] Gentile's counsel has recently indicated that the tax documents will be produced before the end of the day, but as of this filing, the documents have not been received. Should the documents be produced, and Plaintiff can confirm in advance of the hearing, issue number one will no longer need to be before the Court.