**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21079-BLOOM/OTAZO-REYES**

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

     Defendants.

_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff Securities and Exchange Commission's ("Plaintiff") Notice of Hearing (hereafter, "Notice") [D.E. 165].  This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 64].  The undersigned held a hearing on this matter on March 2, 2023 (hereafter "Hearing").

In accordance with the undersigned's rulings at the Hearing, it is

ORDERED AND ADJUDGED as follows:

1.     As to Item 1 on Plaintiff's Notice, Defendant Guy Gentile ("Defendant") represented that he has fully responded to Plaintiff's Second Request for Production of Documents, as modified by the parties in their meet and confer sessions.

2.     As to Item 2 on Plaintiff's Notice, the parties may bring to the undersigned's attention any unresolved disputes regarding Defendant's payment of Plaintiff's expert's deposition

fee after the expert's deposition takes place.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of March, 2023.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE


cc:    United States District Judge Beth Bloom
        Counsel of Record