UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## PLAINTIFF'S SUPPLEMENT TO MOTION FOR EXTENSION OF DISCOVERY DEADLINE

Plaintiff Securities and Exchange Commission supplements its Motion for Extension of the Discovery Deadline ("Motion"), ECF No. [169], as follows:

1. In the SEC's Motion, it advised that a hearing had been scheduled in the Bahamas for March 10, 2023, during which the Office of the Attorney General of the Bahamas would pursue entry of an order by the Bahamian court allowing the discovery sought (Defendant SureTrader's company records and testimony of former SureTrader employees) in the SEC's Requests for International Judicial Assistance (letters rogatory), ECF Nos. [116, 136].

2. A hearing before the Bahamas Supreme Court (Common Law and Equity Division) occurred on March 10, 2023, and the court orally granted the relief sought by the Attorney General as a result of the SEC's two Requests for International Judicial Assistance.

3.  An order is expected to be entered shortly and will be served on all interested parties, which will include the Joint Official Liquidators for SureTrader and the former employees from whom oral testimony is being sought.

4.  The SEC believes that a discovery extension through May 17, 2023, is needed to allow it to conduct the discovery just granted and allowed under the letters rogatory process.

March 13, 2023

Respectfully submitted,

/s/Alice Sum_____
Alice Sum
Trial Counsel
Fla Bar No.: 354510
Phone: (305) 416-6293
Email: sumal@sec.gov

Alise Johnson
Senior Trial Counsel
Fla. Bar No. 0003270
Direct Dial: (305) 982-6385
Email: johnsonali@sec.gov

Russell Koonin
Senior Trial Counsel
Fla. Bar. No. 474479
Direct Dial: (305) 982-6390
Email: kooninr@sec.gov

*Attorneys for Plaintiff*
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154