UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21079-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.
and GUY GENTILE,

    Defendants.

_____/

## THIRD ORDER AMENDING SCHEDULING ORDER
## AND CERTAIN PRETRIAL DEADLINES

**THIS CAUSE** is before the Court upon the Plaintiff's Motion for Extension of Discovery Deadline, ECF No. [169] ("Motion"), filed on March 10, 2023. The Court has reviewed the Motion, the record, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [169]**, is **GRANTED**, and the Scheduling Order, **ECF No. [129]**, is **AMENDED** as follows:

This case is set for trial during the Court's two-week trial calendar beginning on **November 6, 2023, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, October 31, 2023**. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. The parties shall adhere to the following schedule:

| | |
|---|---|
| **May 17, 2023** | All discovery, including expert discovery, is completed. |

Case No. 21-cv-21079-BLOOM/Otazo-Reyes

| | |
|---|---|
| **July 25, 2023** | Parties must have completed mediation and filed a mediation report. |
| **August 2, 2023** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all dispositive motions**, and is the deadline to consent to jurisdiction by the Magistrate Judge. |
| **October 23, 2023** | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 13, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record