<pre>
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2
                        CASE NO. 21-CV-21079-BB
 3
    SECURITIES AND EXCHANGE
 4  COMMISSION,

 5                                   Miami, Florida

                  Plaintiff(s),
 6                                   March 2, 2023

            vs.
 7
    MINTBROKER INTERNATIONAL,
 8  LTD., et al.,

 9
                  Defendant(s).       Pages 1 - 32
10  ------------------------------------------------------------

11                       DISCOVERY HEARING
               TRANSCRIBED FROM DIGITAL AUDIO RECORDING
12           BEFORE THE HONORABLE ALICIA M. OTAZO-REYES
                    UNITED STATES MAGISTRATE JUDGE
13

14
    APPEARANCES:
15
    FOR THE PLAINTIFF(S):  ALICE SUM, ESQ.
16                         ALISE M. JOHNSON, ESQ.
                           RUSSELL KOONIN, ESQ.
17                         SECURITIES AND EXCHANGE COMMISSION
                           801 Brickell Avenue
18                         Miami, FL 33131
                           305-982-6300
19                         sumal@sec.gov
                           johnsonali@sec.gov
20                         kooninr@sec.gov

21

22

23

24

25
</pre>

```
1    APPEARANCES (CONT'D)

2

3

     FOR THE DEFENDANT(S):   MATTHEW A. FORD, ESQ.
4    Guy Gentile               FORD O'BRIEN LANDY, LLP
                                275 Madison Avenue
5                               New York, NY 10016
                                212-858-0040
6                               mford@fordobrien.com

7

8

9    TRANSCRIBED BY:           Joanne Mancari, RPR, CRR, CSR
                               Court Reporter
10                             jemancari@gmail.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   Thereupon,

2   the following proceedings were held via Zoom videoconference:

3           THE DEPUTY CLERK:  Securities and Exchange Commission

4   v. MintBroker International, Ltd., *et al.*, case No. 21 21079,

5   civil, Bloom.

6           Counsel, please state your appearances for the record.

7           MS. SUM:  Good morning.  This is Alice Sum for the

8   U.S. Securities and Exchange Commission.  Present with me are

9   my co-trial counsel Alise Johnson and Russell Koonin.

10          MR. FORD:  Matthew Ford on behalf of defendant Guy

11  Gentile.

12          THE COURT:  Mr. Gentile also?

13          MR. FORD:  Mr. Gentile is observing the call, yes.

14          THE COURT:  All right.  And you were waiting for

15  someone, but we're not waiting any longer.

16          MR. FORD:  She is joining, but not appearing in the

17  case.  Just a colleague from my firm, Cara Filipelli.

18          THE COURT:  There she is.

19          MR. FORD:  She is just observing.

20          THE COURT:  Observing.  All right.

21          All right.  So I have plaintiff's notice of hearing,

22  docket entry 165.  There are two items.  One of them, it

23  appears, that the parties were trying to resolve, has to do

24  with Mr. Gentile's production of tax returns and related

25  documents.

1          Let me hear what the latest status is on that.

2          MR. FORD:  Your Honor --

3          MS. SUM:  Good morning, your Honor.  I'd like to have

4     the opportunity to present the SEC's request for a hearing.

5          THE COURT:  OK.  I will give you an opportunity to

6     respond, Mr. Ford.

7          Go ahead, Ms. Sum.

8          MS. SUM:  Thank you, your Honor.  We regret having to

9     come to the court today to even discuss this item, but we felt

10    we had no choice given how long and what transpired to get

11    here.

12         We had met and conferred on January 24th to obtain tax

13    documents from Mr. Gentile, and we actually reached an

14    agreement, which was memorialized, and they were due to be

15    produced by February 1st.  They weren't produced by that date.

16    They were promised by a later date, and they still were not

17    produced by that date.  So we continued to follow up, and that

18    continued for some time, as we are obviously now into the month

19    of March, your Honor.

20         We, on multiple occasions, attempted to schedule a

21    hearing.  First attempts counsel for Mr. Gentile was not

22    available, and then we tried again.  Finally, when we received

23    no response to three attempts to schedule, this hearing was

24    scheduled.

25         Yesterday, after again advising them that we have a

1   hearing, we finally received a transmission of Mr. Gentile's

2   tax returns at 4:06 p.m.

3          This morning we wrote to counsel for Mr. Gentile

4   asking them for confirmation that they had indeed done what

5   they promised to do, and there is an email, your Honor, if you

6   wish to see it, confirming exactly the process and what would

7   be produced.

8          Unfortunately, we have not been able to get

9   confirmation from counsel.  While we normally would, of course,

10  try to work things out before seeking court intervention, it's

11  the very delays, it's the refusal to even get on the phone to

12  schedule a hearing that we felt we had no choice but to stick

13  with our hearing today and, frankly, just wrap up this issue so

14  we know it's done.

15         Our ask will be that, based on what they produced

16  yesterday at 4:06, that they confirm that what we requested and

17  what they agreed to was that the Ford O'Brien law firm received

18  these unredacted versions and then they as the law firm

19  redacted them, not Mr. Gentile, not the accountant, etc.

20         We also wanted to confirm that information related to

21  five entities were in fact produced, that that information or

22  those line entries on the tax returns and the schedules, etc.,

23  were not redacted.  We also want to confirm that all schedules,

24  attachments, including, but not limited to, the K-1 filings

25  were produced.

1        Finally, they agreed to produce any of Mr. Gentile's

2  foreign tax returns, but those do not appear to be part of the

3  production.  So we merely want confirmation one way or the

4  other whether there were foreign tax returns.  Obviously if

5  there were, we want those because, A, we requested them and, B,

6  they agreed to produce them.

7        We worked very hard to meet and confer.  We actually

8  did reach an agreement, but that was on January 24th, and here

9  we are today on March 2nd with a discovery cutoff of March

10  17th.

11        Again, we regret that we have to come before you,

12  Judge, today, but we ask that counsel provide that

13  clarification on the record, and upon them doing so we believe

14  that that will resolve the issue.

15        When the time comes for the second issue relating to

16  the expert fees, my cocounsel, Russell Koonin, will address

17  that, your Honor.

18        Thank you.

19        THE COURT:  So you want confirmation that it was the

20  law firm that redacted the tax returns, that all five companies

21  and all schedules are comprised within the production, and that

22  there are no foreign tax returns because none were produced.

23        Is that basically what you want Mr. Ford to place on

24  the record?

25        MS. SUM:  That is exactly what we are asking for, your

1    Honor.  Thank you.

2              THE COURT:  All right.  Mr. Ford, your turn, sir.

3              MR. FORD:  Yes.  Your Honor, I will start by saying

4    this is quite possibly the first time, certainly the first time

5    in my legal career, that I have had multiple meet and confers

6    with a party, agreed to produce documents, and then they

7    scheduled a hearing prior to the production date.

8              I am just going to screen share so you can see exactly

9    what the SEC is up to.

10             On February 1st, it looks like they filed a motion

11   seeking these documents and asked that we provide them within

12   30 days.  It is their third request for documents.  I'm sorry.

13   February 10th they served this on us.  Here are the requests

14   for the documents.  By my calculations, it is not 30 days from

15   February 10th.  In fact, it is not even close.

16             During the substantially less than 30 days that I had,

17   we have had not only one but multiple meet and confers.  We

18   have emailed.  I repeatedly informed the SEC that in order to

19   obtain the documents I would need to first go to the accountant

20   to make sure that we had the proper records, that we could

21   verify that they were complete.  Then the law firm would have

22   to take those records, go through, and redact all the tax

23   records since the SEC was only seeking limited information from

24   them.

25             Now, this is against the background of our argument

1    that the SEC is not even entitled to these documents.  They

2    have nothing to do with this case whatsoever.  Out of the blue,

3    now ten, eleven years into their investigation and several

4    years into this lawsuit, for the first time they are asking for

5    these tax records that have nothing to do with the case.

6          Rather than fight with them, we agreed to produce them

7    and asked for a reasonable amount of time.

8          Now, I went back over my email records and, as it

9    turns out, Ms. Sum sent a request for a date that I had an

10   obligation for my son, which is today at 10:30, that I have now

11   had to cancel in order to appear for this hearing.  That is

12   premature, that is not ripe, and requests documents that have

13   been produced.

14         With regards to the representations that your Honor

15   would like me to make on the record, I would be happy to make

16   them.

17         THE COURT:  I'm sorry.  It was not my request.  It was

18   Ms. Sum's request that you make those representations on the

19   record.

20         MR. FORD:  OK.  Your Honor, we have already made those

21   representations repeatedly to the SEC.  By my calculations, we

22   still have what, about another ten days before our objections

23   are even due to these requests.

24         So I don't know if we are bending the Federal Rules of

25   Civil Procedure on behalf of the SEC in this case and changing

1     the deadlines.  If we are, then that's fine.  I will agree to

2     the ruling and provide them what they need prematurely.  But in

3     the interim I would request that we be given the full 30 days

4     from February 10th, so starting on February 11th --

5              THE COURT:  Right.

6              MR. FORD:  -- to file our responses and objections.

7              THE COURT:  All right.  Let's clarify.  The notice

8     references plaintiff's second request for production.  When was

9     that served?

10             MS. SUM:  That was served December 5, 2022, your

11    Honor.

12             THE COURT:  All right.  So that is what we are talking

13    about, December 5th.  That is the request for production that

14    you all seem to have talked about in January and February, and

15    that is the one that, as I understood Ms. Sum, the documents

16    were finally produced yesterday.  That's what I'm talking

17    about.  If there is another request for production floating

18    around there, that is not noticed for this hearing.

19             MS. SUM:  That is correct, your Honor.  So we are

20    happy to bring up the confirmation from January 24th of the

21    meet and confer with respect to the second request for

22    production.  As we have already explained, and I will not

23    belabor the point, it's obviously taken quite some time to get

24    what they promised on January 24th.

25             THE COURT:  So whatever this third request for

1    production is, that's not before me at this time, Mr. Ford.

2         MR. FORD:  I apologize, your Honor.  I think I was

3    confused because of the fact that we had already produced the

4    documents responsive to the second request.

5         THE COURT:  Well, the second request is the one, as I

6    understood Ms. Sum, to say that you all met and conferred and

7    again and again and then you finally got them yesterday.  So

8    let's make sure we are all talking about the same thing.

9         For that production, she is asking that you state that

10   the law firm redacted the documents, that all five companies

11   and all schedules are included, and that there are no foreign

12   tax returns.

13        If there is a third request floating around, that the

14   time for response has not expired, then obviously we are not

15   talking about that and that is not even mentioned in the

16   notice.

17        MR. FORD:  OK.  Understood.

18        Well, in response to that we have met and conferred,

19   as I said, on multiple occasions, including through email and

20   in discussions.  I can represent before the court that the

21   information sought by the SEC related to the three entities,

22   MintBroker International and the other two entities that we

23   discussed, they have been produced.  There are no foreign tax

24   returns, and all of the items in our possession that are

25   responsive to the SEC's narrowed requests have been provided to

1   them, my understanding is, as of yesterday.  We were scrambling

2   to get them out to avoid the hearing.

3          THE COURT:  All right.  The request was to represent

4   that all five companies and all related schedules have been

5   produced.

6          Do we know what companies we're talking about?

7          MS. SUM:  Yes, your Honor.  I'm happy to put the name

8   of the companies on the record, if you'll just allow me one

9   moment to bring up the email to provide you with the specific

10  names.

11         MR. FORD:  I --

12         MS. SUM:  Your Honor, we're asking for the defendant,

13  which is MintBroker International, Ltd., formerly known as

14  Swiss America Securities, Ltd., and dba SureTrader, Mint

15  Custody, Ltd., Mint Trade Technologies, LLC, MintBroker Group,

16  Ltd., formerly known as Swiss America Group, Ltd., and the

17  Swiss America Asset Trust.

18         What I will clarify is that the information -- these

19  are all related entities for which we are seeking the

20  information because it goes to the ultimate issue of the

21  disgorgement in this case and what Mr. Gentile and the company

22  may have benefited from what we have alleged to be wrongful

23  activity.  That is what we're seeking confirmation of, that

24  that information has not been redacted.

25         MR. FORD:  Your Honor, if I may just respond.  Again,

1  this is dated February 10, 2023 and seeking the documents they

2  are just discussing related to SAG and Swiss America Trust.

3  Again, I believe that this hearing and these requests that the

4  SEC is making at this hearing are premature.  We have not even

5  had the opportunity to file objections and responses or

6  complete our production.

7       Again, you can see the date is February 10, 2023.

8       THE COURT:  All right.

9       MR. FORD:  It says --

10      THE COURT:  Can you share screen on the second request

11  for production, which is the one we're talking about.  I hate

12  to be repetitious, but third request for production is not

13  before me.

14      MR. FORD:  But this is the production through which

15  they are seeking the documents of the last two entities.

16      THE COURT:  Well, the only one they noticed was the

17  second request.  So that is why I'm asking that that be screen

18  shared.

19      MS. SUM:  Your Honor, I will share the screen for the

20  second request for production.  Please bear with me.  Let me

21  make sure I'm sharing the correct screen.

22      THE COURT:  All right.  Where do you ask for the five

23  companies and all their schedules?

24      MS. SUM:  Your Honor, this is the second request for

25  production.

```
 1              THE COURT:  Yes.

 2              MS. SUM:  Let me scroll.  The actual document

 3    request -- the request is for the U.S. and the foreign tax

 4    returns.  OK.  That is what we met and conferred about.

 5              THE COURT:  Right.

 6              MS. SUM:  We separately asked for communications

 7    related to certain other companies.  So our request is for the

 8    tax returns, period.

 9              THE COURT:  OK.  All right.

10              MS. SUM:  OK.  So the five entities are all that are

11    in one way or another associated with Mr. Gentile.  We don't

12    need to delve into it.  I will make the representation to the

13    court that all five of these entities are related to him.

14              They have produced the tax returns.  So if their

15    position is, Judge, we redacted information related to any of

16    those entities, we want to understand that.  I think that,

17    frankly, getting the clarity from them, which is what we tried

18    to seek this morning so that we could avoid this hearing, that

19    is what we need in order to not waste this court's time.

20              So we asked that they confirm to the court that all

21    five of those entities' information has not been redacted from

22    the tax returns.

23              MR. FORD:  Your Honor, if I may respond.

24              THE COURT:  Yes.

25              MR. FORD:  If we could scroll down, those five
```

1    entities simply do not appear in the second request for

2    documents.  So again I will reiterate --

3              THE COURT:  OK.  Hold on just a second.  Wait.  Wait.

4              Ms. Sum, where are the five entities?  You articulated

5    their names on the record.  Where is that request?

6              MS. SUM:  Your Honor, OK.  So the second request for

7    production, I'm just going to point to your personal and the

8    foreign tax returns, 1 and 2.  This is Mr. Gentile's personal

9    returns that we are asking for.

10             THE COURT:  Yes.  Yes.

11             MS. SUM:  So that is the umbrella.

12             There is reference to SureTrader, which is the

13   codefendant entity.  We also refer to two related entities,

14   Mint Custody, Ltd. and Mint Trade Technologies.  But the other

15   two entities, the Swiss America Group, Ltd. and Swiss America

16   Asset Trust, those would be included on the tax returns.  So we

17   want confirmation whether those have been redacted.

18             THE COURT:  So we're talking about the production in

19   response to the second request for production.

20             Mr. Ford, has there been full compliance with the

21   second request for production?

22             MR. FORD:  Yes, your Honor.

23             THE COURT:  Has the law firm conducted the redactions

24   for the second request for production as opposed to

25   Mr. Gentile?

1           MR. FORD:  We did them ourselves.  The law firm did

2     the redactions.  Mr. Gentile was not involved in the redaction

3     process.

4           THE COURT:  OK.  Ms. Sum seems to be implying that the

5     five companies that she referenced on the record are

6     encompassed by the second request for production.  You seem to

7     disagree as to that.  So let me hear your view that the five

8     companies are not in any of those requests.

9           MR. FORD:  Well, if you look back at the second

10    request for production, it requests personal tax returns and

11    then it references -- they were seeking three entities.

12    MintBroker International, Ltd., which is the named defendant in

13    this action.  Then they were also seeking Mint Custody and Mint

14    Technologies, both of which were named.

15          These are the discussions that we had during the

16    negotiations.  This is how we approached the process of

17    obtaining documents and so forth.

18          We received on February 10th, for the first time, a

19    new document request referencing an entity called Swiss America

20    Group, Ltd. or MintBroker Group and then also Swiss America

21    Asset Trust.

22          Now, this is seeking the tax returns not of

23    Mr. Gentile, of an individual, but of a trust.

24          What has happened in the process of the SEC scheduling

25    this hearing without giving me the opportunity to speak to them

1   about it is we're now arguing about documents that appear in

2   requests that we just received, that is not even close to being

3   due, which we have not --

4          THE COURT:  All right.  So let me put it this other

5   way.  Do you concede that the second request for production

6   asked for the tax returns of all of the named defendants in the

7   case, and if you agree with that proposition, is it your

8   statement that you have fully complied with that request?

9          MR. FORD:  Yes.  Let me clarify.  The named

10  defendants, there's only two -- MintBroker International, Ltd.

11  and individual Guy Gentile.

12         What the SEC was seeking were tax documents, personal

13  tax documents of Mr. Gentile.  As the SEC is aware, the company

14  itself is a Bahamian company; it is not a U.S. company.  We do

15  not have access to its records.  So I wouldn't know where to

16  begin with requests related to the company of any documents,

17  let alone tax records, and I am not a Bahamian tax lawyer so I

18  don't know how that works.  I can represent that as a Bahamian

19  company they did not file tax returns in the United States.

20         MS. SUM:  Judge --

21         THE COURT:  Let me just hear from Mr. Ford one more

22  time.

23         Is it your position that the second request for

24  production only asks for the tax returns of Mr. Gentile?

25         MR. FORD:  I would have to pull it back up, but my

1   understanding is that --

2           THE COURT:  Pull it back up.  We seem to be talking

3   around it.

4           MR. FORD:  Yes.

5           THE COURT:  Honestly, it seems like it is a total

6   waste of my time, but I will play the game and go back and look

7   at the second request to determine if there's been full

8   compliance or not with the second request, which is the only

9   one that is before me right now.

10          MS. SUM:  Your Honor, I was the one who just pulled up

11  the second request.

12          THE COURT:  That's fine.

13          So, Mr. Ford, is it your position that the second

14  request is only asking for Mr. Gentile's personal tax returns?

15  Yes or no.

16          MR. FORD:  Yes, that is what it says specifically in

17  requests 1 and 2, personal tax returns.

18          For the record, your Honor, it was agreed among the

19  parties to narrow the time frame from 2016 to 2020.  All of

20  those have been produced to the SEC prior to the commencement

21  of this hearing.

22          THE COURT:  So then presumably Mr. Gentile's personal

23  tax return would include K-1s for any companies that he has

24  received money from.

25          Were those included in Mr. Gentile's production?

1        MR. FORD:  They were seeking those documents with

2   regard to certain entities, and they do not exist, your Honor.

3        THE COURT:  Did you affirmatively state that no such

4   documents are in Mr. Gentile's possession, custody, or control?

5        MR. FORD:  That is accurate, your Honor, and I have

6   articulated that position to the SEC.  We can memorialize that

7   in writing.

8        THE COURT:  So it's your position that Mr. Gentile,

9   who is the only one with tax returns requested in the second

10  request for production, has fully complied with that second

11  request for production?  Is that your position, or your

12  client's position?

13       MR. FORD:  Yes, your Honor, with the caveat that

14  during the numerous meet and confers there were some agreements

15  made, including that the years would be 2016 to 2020 rather

16  than 2015 to 2020, and that we were permitted to redact

17  information that did not relate to the three entities we had

18  discussed -- MintBroker, Ltd., Mint Custody, and Mint Trade

19  Technologies.

20       As I have been saying, the third request, which deals

21  with the two entities that they're seeking documents related

22  to --

23       THE COURT:  I'm sorry.  You keep throwing in the third

24  request and I'm not able to get to the goal where I'm going.

25       MR. FORD:  OK.

1           THE COURT:  I want you to talk only about the second

2    request.

3           Let me repeat myself.  Your position is that the

4    second request was only asking for Mr. Gentile's personal

5    return, that you have fully complied, including providing K-1s

6    for any companies that provided such documents to Mr. Gentile

7    for whatever the years that were agreed upon.

8           So as a consequence, is it your position that

9    Mr. Gentile has fully complied with the second request for

10   production?

11          MR. FORD:  Your Honor, can we just, if we may, can we

12   just scroll down on this document?

13          MS. SUM:  What page?  Mr. Ford, what page and what

14   number are you looking for?

15          MR. FORD:  Yes, your Honor.  I just wanted to see the

16   others, because obviously we have received a lot from the SEC.

17          So the answer to your question is yes.  The K-1s that

18   are sought are limited to specific entities related to this

19   case.  They do not exist.  So we have complied with requests 1

20   and 2.

21          THE COURT:  OK.  And the rest of the requests are not

22   at issue?

23          MR. FORD:  They are not.

24          THE COURT:  OK.  Ms. Sum, do you agree with that

25   proposition?

1          MS. SUM:  We cannot say we can agree with it because

2     they have not made the representation about what was or was not

3     redacted.

4          I am not trying to belabor the point, but the second

5     request relates to his tax returns.  We agree that we received

6     tax returns for years 2016 to 2020.  That is what we met and

7     conferred and stipulated to.

8          The issue is that there are many redactions in the tax

9     returns.  We are not here to complain that there are

10    redactions.  That is something that we said that we would be

11    agreeable to.  The issue here is we need to know what was

12    redacted.

13         So I sent them an email this morning after receiving

14    the tax returns last night:  Please confirm that information

15    related to five entities was not redacted.  So we're trying to

16    just get to the very fine point of the pencil here, did they

17    redact or did they not redact as to those five entities.

18         THE COURT:  Now why would the five entities show up in

19    Mr. Gentile's personal tax returns?

20         MS. SUM:  Our position is that he, as the owner of the

21    company, would have received potentially distributions, salary,

22    other kinds of information that reflects benefits, so to speak,

23    whether it is actual dollars or something else, that

24    individuals are required to report on their tax returns.

25         THE COURT:  That is what I have been calling K-1s.

1        MS. SUM:  Yes, your Honor.

2        THE COURT:  Is there something beyond K-1s?

3        MS. SUM:  Your Honor, there may be.  Well, K-1s may

4   deal with, limited to distributions, it may be salary.

5        THE COURT:  Right.

6        MS. SUM:  It could be 1099s.  I don't mean to say that

7   in a way that speculates.  I don't know because I've never seen

8   the tax returns until now.

9        The question is, we want, and we specifically did meet

10  and confer to explain to them, that we want the information

11  that reflects any payments, any benefits, etc.

12       We do specifically say we want confirmation of the

13  K-1s, but it is any schedules, any attachments, they should be

14  attached and produced to us.  If they are to be redacted, for

15  whatever the reason is, then they can redact the information,

16  but that doesn't mean they don't provide the document itself.

17       Again, that is why I asked for the confirmation.  Once

18  we have these confirmations, we can proceed accordingly, and

19  hopefully we will be able to meet and confer and we don't have

20  to come back to the court.

21       So I'm just circling back to the confirmation that we

22  requested related to have all the domestic tax returns,

23  attachments, schedules, etc., been produced and are there any

24  foreign tax returns and please confirm that they have not

25  redacted as to those five entities that I've put on the record.

1          THE COURT:  And you're saying those five entities

2   somehow would filter through to Mr. Gentile's personal tax

3   return, which is the only thing that is being requested in the

4   second request for production by way of K-1s, 1099s.  Anything

5   else?

6          MS. SUM:  That's exactly it, your Honor.

7          THE COURT:  OK.

8          MS. SUM:  We want confirmation of the attachments,

9   that everything was produced.

10         MR. FORD:  Your Honor --

11         THE COURT:  Mr. Ford, did you understand what Ms. Sum

12   is saying or do you need further clarity?

13         MR. FORD:  I understand very well.  I do want to

14   correct for the record, and I think Ms. Sum just misspoke, but

15   those two entities, Mint Custody and Mint Trade Technologies,

16   Mr. Gentile is not personally the owner of those companies.

17         With regards to the redactions, there's an email on

18   January 24th of this year, 2023, memorializing the agreement

19   during the multiple meet and confers and setting forth exactly

20   what was redacted and agreed to be redacted in those documents.

21   So there is no issue with the redactions.

22         With regards to the K-1, it appears to be a red

23   herring that we are going around in circles on.  We have

24   already indicated to the SEC that there are no K-1s.  We

25   reiterate it to the court at this time as well.

1          THE COURT:  All right.  No K-1s, no 1099s for

2     Mr. Gentile.  His tax return is only W-2s?

3          MR. FORD:  Based on our meet and confers, this is the

4     first time I'm hearing about any 1099 form.  Bear in mind that

5     what was described to me is that they were seeking information

6     related to money that was paid, very broadly.  We took it very

7     broadly.  They wanted to see reflections of money that was paid

8     by MintBroker International, Ltd., the named defendant in this

9     case, to Mr. Gentile.  So our assignment was to go back to

10    Mr. Gentile's accountants and him to obtain all the records

11    that would reflect those payments and then provide those with

12    redactions, and I am representing to the court that that is

13    what we did.

14         I think what might be happening is the SEC has a

15    certain perception of how the company operated and imagined

16    payments that Mr. Gentile received that simply do not exist.

17    So they are not reflected in the tax documents.  We have told

18    them this in the past.  I presume that over the course of their

19    now 12-year investigation they would be aware of this, but I

20    cannot disprove that a thing doesn't exist, but it does not.

21         THE COURT:  But you can affirmatively state that the

22    production of Mr. Gentile's tax returns for the years agreed to

23    is complete and whatever is missing is not in Mr. Gentile's

24    possession, custody, or control.

25         Are you prepared to make that statement on the record?

1           MR. FORD:  Yes, your Honor.

2           THE COURT:  All right.  Do you want anything else,

3    Ms. Sum?

4           MS. SUM:  Yes, your Honor.  We want confirmation that

5    they did not redact any information related to the five

6    entities that I previously put on the record.

7           THE COURT:  OK.  Is there any documents from the five

8    entities previously put on the record that pertain to

9    Mr. Gentile's personal tax return, Mr. Ford?

10          MR. FORD:  We have not met and conferred.  I think,

11   again, we are entering into the territory of the third request

12   for production.

13          THE COURT:  No, we're still in the second request.

14   You just told me the tax returns were complete.  So the

15   question is, in those complete tax returns is there information

16   pertaining to those companies that was redacted.

17          You keep telling me that he has no 1099s and no K-1s.

18   I don't know where his money is coming from, but basically it

19   sounds to me like we're playing a shell game here.

20          MR. FORD:  I'm not sure, your Honor, what you mean by

21   playing a shell game.

22          THE COURT:  In terms of what we're articulating.  I

23   keep asking for something and I keep getting different answers.

24   It seems to me that whatever it is that I am trying to get

25   clarity so we don't have to revisit this issue again, I am not

1    getting.  I get one answer that you tell me, yes, it's

2    complete.  Then I tell you, well, if it's complete, if any of

3    those company names appear, have they been redacted, and then

4    you give me a different answer.

5         MR. FORD:  I actually have not provided an answer.

6    All I've said is that the first that I received document

7    requests related to the two additional entities were on

8    February 10th.

9         THE COURT:  I'm sorry, sir.  I'm not talking about

10   document requests for those entities.  That is what I keep

11   telling you.  I'm still with second request for production.

12   Mr. Gentile's personal tax records.

13        MR. FORD:  Yes.

14        THE COURT:  You've told me several times that

15   production is complete.  I asked Ms. Sum was she happy with

16   that.  She said she wants guarantees that if there's any

17   allusion in that complete production to any of those companies

18   that it has not been redacted.  I haven't gotten the answer to

19   that.

20        MR. FORD:  Your answer, your Honor, to whether or not

21   we did not provide -- whether we provided information requested

22   in the third request for production --

23        THE COURT:  No.  In the second one.

24        MR. FORD:  There was no redactions.  There was no

25   redactions.

```
 1              THE COURT:  I'm in the second one.  I'm still in the

 2    second.  Second.  Two.  Not three, two.

 3              MR. FORD:  And in No. 2, your Honor, there is no

 4    reference to those two entities.

 5              That said, I will make the representation to you that

 6    nothing related to the trust, to those entities listed in the

 7    third has been redacted.  Nothing has been redacted of that

 8    sort.  I thought I had -- I'm not sure where the confusion came

 9    in.  I thought I had already articulated that.

10              The reason I am required to discuss the third request

11    is because that is the first and only time they appear in any

12    request.

13              THE COURT:  Right.

14              MR. FORD:  So those two companies --

15              THE COURT:  Listen to me.

16              MR. FORD:  -- there is no redactions.

17              THE COURT:  Mr. Ford.

18              MR. FORD:  No redactions.

19              THE COURT:  Mr. Ford, listen to me.

20              MR. FORD:  I'm listening.

21              THE COURT:  I'm talking about the second one.

22              MR. FORD:  Uh-huh.

23              THE COURT:  We're on the second one.

24              MR. FORD:  Got it.

25              THE COURT:  Got it?
```

```
1              On the second one you say it's complete.  Have there
2    been any redactions on the documents that you produced on the
3    second one?
4              MR. FORD:  Yes.
5              THE COURT:  There have been.
6              MR. FORD:  Yes.
7              THE COURT:  Do any of those redactions pertain to any
8    of these five companies that we've all been talking about?
9              MR. FORD:  No.
10             THE COURT:  OK.  Does that answer your question,
11   Ms. Sum?
12             MS. SUM:  Yes, your Honor, it does answer my question.
13             THE COURT:  Thank you.
14             Do we need anything else on the second request for
15   production?
16             MS. SUM:  I apologize, your Honor, if I missed it.  So
17   please bear with me.
18             We want confirmation there are no foreign tax returns.
19             THE COURT:  Yes.  I think we've heard that several
20   times.
21             Mr. Gentile has no foreign tax returns, is that
22   correct, Mr. Ford?
23             MR. FORD:  He does not.
24             THE COURT:  OK.  Are we done with item 1?
25             MS. SUM:  Yes, your Honor.
```

1           THE COURT:  OK.  Item 2.  You want Mr. Gentile to pay

2    for the experts to be deposed.  That's pretty customary.

3           Let me hear from Mr. Ford what the issue is.

4           MR. FORD:  The issue is the amount of money related.

5    I understand the federal rules.  I understand that there is a

6    carve out for manifest injustice.

7           As it stands, the expert witness is located only 40 to

8    45 minutes from our office in New York City.  We have offered

9    our office for location of deposition.  The insistence was made

10   by the SEC that we pay for either his travel expenses or to go

11   out and then rent like a hotel conference room or something.

12   We think that expense is unnecessary.  So that is point one.

13          Point two is, with regards to paying for it, your

14   Honor, this investigation has been going on now for, as I've

15   said, 12 years.  This case has been going on for multiple

16   years.  The SEC nonetheless continues to request extensions of

17   discovery.  They continue to serve requests on my client.  It

18   is causing him a tremendous amount of resources and money.

19          At this point we feel he has been denied his

20   opportunity to present himself before a jury for a very long

21   time.  While I understand there is no criminal rights from the

22   perspective of my client, he did nothing wrong here.  He is

23   very excited and enthusiastic about getting before a jury.  He

24   is incurring continually more and more expenses.  My

25   understanding is the SEC after this hearing plans to move for

1    another 60-day extension to extend discovery.

2              THE COURT:  Right.

3              MR. FORD:  What we would like is for --

4              THE COURT:  Mr. Ford, you have gone into a lot of

5    stuff which has nothing to do with paying the fees for the

6    expert, which under the rule is required.  So are you saying

7    that it is too much for the fees?  Are you saying you don't

8    want to pay travel expenses?  Just tell me, are you willing to

9    comply with the rule or are you saying your client cannot even

10   afford that?

11             MR. FORD:  Well, I will respond.  First, with regards

12   to the travel fees on the Long Island Railroad of $15 or so, we

13   are not going to argue with you or anybody about that.

14             What I'm suggesting is under this statute it would be

15   a manifest injustice to require my client to spend 4 or 5,000

16   dollars to depose him.

17             If your Honor's ruling is you don't believe it is a

18   manifest injustice, my client will pay the fees.  I, again, did

19   not schedule this hearing.  I did not plan on raising it with

20   your Honor.  It is my belief that this is something that could

21   have been worked out amongst the parties.  Now that we're here,

22   that is my position based on the history of this case, that it

23   would be an injustice to ask my client to spend 4 or 5,000

24   dollars just to depose their expert witness.

25             THE COURT:  But you want to depose the witness.  It is

1   your choice whether to depose him or not.

2           MR. FORD:  That is correct, and that is why I --

3           THE COURT:  And you want to depose him.

4           MR. FORD:  We intend to depose him at this point.

5           THE COURT:  So you're choosing to depose him.  The

6   rule says you pay for his fees for being deposed.  I just am

7   working on another case, or recently worked on another case,

8   where we came across that whole business of manifest injustice

9   and then we also looked at the fees that were requested.  That

10  was all after the fact.

11          So however you want to work it out, if the government

12  wants to address this issue of how much the expert should be

13  paid afterwards, if you are willing to pay something, then we

14  can go forward in that fashion.  If you are saying you won't

15  pay anything but you still want to depose him, then I don't

16  know if the government wants to advance his fees and then we

17  will sort that out at the end.

18          Let me hear Ms. Sum's position on that.

19          MR. KOONIN:  Your Honor --

20          MS. SUM:  My colleague, Mr. Koonin--

21          THE COURT:  I'm sorry.  I'm sorry.  Mr. Koonin, you're

22  right.

23          MR. KOONIN:  Your Honor, the one thing Mr. Ford got

24  right is that it is unfortunate that we're here.  We have

25  attempted to meet and confer on this as well several times.

1  There was initial discussions with respect to the logistics.

2  We have since reiterated on multiple occasions that we are

3  amenable to the deposition occurring in Mr. Ford's office in

4  New York City, that we will not be asking for the travel time

5  for our expert from Long Island to New York City.

6        The only thing that we are asking for is from the time

7  the deposition starts to the time the deposition ends, which of

8  course includes breaks, and as your Honor has indicated, you're

9  very familiar with the case law with respect to (inaudible)

10  typically relies on the fees that the expert is charging.  Our

11  expert has been in his field for decades, and yet his rate is

12  only $350 an hour.

13        I am not going to address the red herrings as your

14  Honor pointed out.  Briefly, this case was filed in 2021.  We

15  are under a discovery schedule.  We properly noticed our

16  expert.  We have properly and finally turned over his report.

17  Rightfully so, he has made an attempt to take his deposition.

18  We merely pointed out with what your Honor is very familiar

19  with, which is the law that requires that he be paid for his

20  time.

21        There was originally some discussion about him to get

22  to Florida, and there was a dispute about that, about the fee

23  and the travel time.  That all fell by the wayside.

24        It is simply the request that we ask for confirmation.

25  Again, we are here because we failed to receive that

1   confirmation that they pay for our expert's time in New York

2   City during the time of the deposition.

3          THE COURT:  All right.  So it is down to how much the

4   expert will be paid on a per hour basis.  I don't think that I

5   need to decide that before the deposition takes place.  If

6   whatever the expert's bill turns out, in your opinion,

7   Mr. Ford, that it is too high a rate, you can all bring that to

8   my attention.  As I said, I will be happy to resolve it for

9   you.

10          Anything else I can do for you today?

11          MR. FORD:  Nothing from our side.  Thank you, your

12   Honor.

13          MS. SUM:  No, your Honor.  Thank you for your time.

14          THE COURT:  All right.  You will get a written order.

15          I suspect I will hear from you about the third request

16   for production.  Try to resolve it.  If you can't, you bring it

17   to my attention using the usual procedure.

18          Thank you very much.

19          MS. SUM:  Thank you.

20          MR. FORD:  Thank you, your Honor.

21          THE DEPUTY CLERK:  Court's adjourned.

22          (Adjourned)

23

24

25

C E R T I F I C A T E


    I hereby certify that the foregoing is an accurate

transcription to the best of my ability of the digital audio

recording in the above-entitled matter.


March 4, 2023              s/ Joanne Mancari
                           Joanne Mancari, RPR, CRR, CSR
                           Court Reporter
                           jemancari@gmail.com

MR. FORD: [58]
MR. KOONIN: [2] 30/19 30/23
MS. SUM: [32] 3/7 4/3 4/8 6/25 9/10
9/19 11/7 11/12 12/19 12/24 13/2 13/6
13/10 14/6 14/11 16/20 17/10 19/13 20/1
20/20 21/1 21/3 21/6 22/6 22/8 24/4
27/12 27/16 27/25 30/20 32/13 32/19
THE COURT: [78]
THE DEPUTY CLERK: [2] 3/3 32/21

## $

$15 [1] 29/12
$350 [1] 31/12

## 0

0040 [1] 2/5

## 1

10 [2] 12/1 12/7
10016 [1] 2/5
1099 [1] 23/4
1099s [4] 21/6 22/4 23/1 24/17
10:30 [1] 8/10
10th [5] 7/13 7/15 9/4 15/18 25/8
11th [1] 9/4
12 [1] 28/15
12-year [1] 23/19
165 [1] 3/22
17th [1] 6/10
1s [11] 17/23 19/5 19/17 20/25 21/2 21/3
21/13 22/4 22/24 23/1 24/17
1st [2] 4/15 7/10

## 2

2015 [1] 18/16
2016 [3] 17/19 18/15 20/6
2020 [4] 17/19 18/15 18/16 20/6
2021 [1] 31/14
2022 [1] 9/10
2023 [5] 1/6 12/1 12/7 22/18 33/8
21 [1] 3/4
21-CV-21079-BB [1] 1/2
21079 [1] 3/4
212-858-0040 [1] 2/5
24th [5] 4/12 6/8 9/20 9/24 22/18
275 [1] 2/4
2nd [1] 6/9
2s [1] 23/2

## 3

30 [4] 7/12 7/14 7/16 9/3
305-982-6300 [1] 1/18
32 [1] 1/9
33131 [1] 1/18

## 4

40 [1] 28/7
45 [1] 28/8
4:06 [2] 5/2 5/16

## 5

5,000 [2] 29/15 29/23
5th [1] 9/13

## 6

60-day [1] 29/1
6300 [1] 1/18

## 8

801 [1] 1/17

## A

ability [1] 33/5
able [3] 5/8 18/24 21/19
about [24] 8/22 9/13 9/14 9/17 10/8
10/15 11/6 12/11 13/4 14/18 16/1 16/1
19/1 20/2 23/4 25/9 26/21 27/8 28/23
29/13 31/21 31/22 31/22 32/15
above [1] 33/6
above-entitled [1] 33/6
access [1] 16/15
accordingly [1] 21/18
accountant [2] 5/19 7/19
accountants [1] 23/10
accurate [2] 18/5 33/4
across [1] 30/8
action [1] 15/13
activity [1] 11/23
actual [2] 13/2 20/23
actually [4] 4/13 6/7 25/5
additional [1] 25/7
address [2] 6/16 30/12 31/13
adjourned [1] 32/21 32/22
advance [1] 30/16
advising [1] 4/25
affirmatively [1] 18/3 23/21
afford [1] 29/10
after [4] 4/25 20/13 28/25 30/10
afterwards [1] 30/13
again [14] 4/22 4/25 6/11 10/7 10/7
11/25 12/3 12/7 14/2 21/17 24/11 24/25
29/18 31/25
against [1] 7/25
agree [5] 9/1 16/7 19/24 20/1 20/5
agreeable [1] 20/11
agreed [9] 5/17 6/1 6/6 7/6 8/6 17/18
19/7 22/20 23/22
agreement [3] 4/14 6/8 22/18
agreements [1] 18/14
ahead [1] 4/7
al [2] 1/8 3/4
ALICE [2] 1/15 3/7
ALICIA [1] 1/12
ALISE [2] 1/16 3/9
all [41]
alleged [1] 11/22
allow [1] 11/8
allusion [1] 25/17
alone [1] 16/17
already [5] 8/20 9/22 10/3 22/24 26/9
also [7] 3/12 5/20 5/23 14/13 15/13
15/20 30/9
am [9] 7/8 16/17 20/4 23/12 24/24 24/25
26/10 30/6 31/13
amenable [1] 31/3
America [8] 11/14 11/16 11/17 12/2
14/15 14/15 15/19 15/20
among [1] 17/18
amongst [1] 29/21
amount [3] 8/7 28/4 28/18
another [6] 8/22 9/17 13/11 29/1 30/7
30/7
answer [8] 19/7 25/1 25/4 25/5 25/18
25/20 27/10 27/12
answers [1] 24/23
any [22] 3/15 6/1 13/15 15/8 16/16 17/23
19/6 21/11 21/11 21/13 21/13 21/23 23/4
24/5 24/7 25/2 25/16 25/17 26/11 27/2

## 27 27/7

anybody [1] 29/13
anything [5] 22/4 24/2 27/14 30/15 32/10
apologize [2] 10/2 27/16
appear [6] 4/2 8/11 14/1 16/1 25/3 26/11
appearances [3] 1/14 1/21 3/6
appearing [1] 3/16
appears [2] 3/23 22/22
approached [1] 15/16
are [63]
argue [1] 29/13
arguing [1] 16/1
argument [1] 7/25
around [4] 9/18 10/13 17/3 22/23
articulated [3] 14/4 18/6 26/9
articulating [1] 24/22
as [26] 4/18 5/18 8/8 9/15 9/22 10/5
10/19 11/1 11/13 11/16 14/24 15/7 16/13
16/18 18/20 19/8 20/17 20/20 21/25
22/25 28/7 28/14 30/25 31/8 31/13 32/8
ask [5] 5/15 6/12 12/22 29/23 31/24
asked [7] 7/11 8/7 13/6 13/20 16/6 21/17
25/15
asking [12] 5/4 6/25 8/4 10/9 11/12
12/17 14/9 17/14 19/4 24/23 31/4 31/6
asks [1] 16/24
Asset [3] 11/17 14/16 15/21
assignment [1] 23/9
associated [1] 13/11
at [13] 5/2 5/16 8/10 10/1 12/4 15/9 17/7
19/22 22/25 28/19 30/4 30/9 30/17
attached [1] 21/14
attachments [4] 5/24 21/13 21/23 22/8
attempt [1] 31/17
attempted [2] 4/20 30/25
attempts [2] 4/21 4/23
attention [2] 32/8 32/17
audio [2] 1/11 33/5
available [1] 4/22
Avenue [2] 1/17 2/4
avoid [1] 11/2 13/18
aware [2] 16/13 23/19

## B

back [8] 8/8 15/9 16/25 17/2 17/6 21/20
21/21 23/9
background [1] 7/25
Bahamian [3] 16/14 16/17 16/18
based [3] 5/15 23/3 29/22
basically [2] 6/23 24/18
basis [1] 32/4
BB [1] 1/2
be [32] 4/14 5/7 5/15 6/2 8/15 9/3 11/22
12/12 12/17 14/16 15/4 17/2 18/15 20/10
21/3 21/4 21/6 21/13 21/14 21/19 22/20
22/22 23/14 23/19 28/2 29/14 29/23
30/12 31/4 31/19 32/4 32/8
bear [3] 12/20 23/4 27/17
because [9] 6/5 6/22 10/3 11/20 19/16
20/1 21/7 26/11 31/25
been [26] 5/8 8/13 10/23 10/25 11/4
11/24 13/21 14/17 14/20 17/7 17/20
18/20 20/25 21/23 25/3 25/18 26/7 26/7
27/2 27/5 27/8 28/14 28/15 28/19 29/21
31/11
before [11] 1/12 5/10 6/11 8/22 10/1
10/20 12/13 17/9 28/20 28/23 32/5
begin [1] 16/16
behalf [2] 3/10 8/25
being [3] 16/2 22/3 30/6

**B**

belabor [2]  9/23 20/4
belief [1]  29/20
believe [6]  6/13 12/3 29/17
bending [1]  8/24
benefited [1]  11/22
benefits [2]  20/22 21/11
best [1]  33/5
beyond [1]  21/2
bill [1]  32/6
Bloom [1]  3/5
blue [1]  8/2
both [1]  15/14
breaks [1]  31/8
Brickell [1]  1/17
Briefly [1]  31/14
bring [4]  9/20 11/9 32/7 32/16
broadly [2]  23/6 23/7
business [1]  30/8
but [26]  3/15 3/16 4/9 5/12 5/24 6/2 6/8
6/12 7/17 9/2 12/12 12/14 14/14 15/23
16/25 17/6 20/4 21/13 21/16 22/14 23/19
23/20 23/21 24/18 29/25 30/15

**C**

calculations [2]  7/14 8/21
call [1]  3/13
called [1]  15/19
calling [1]  20/25
came [2]  26/8 30/8
can [15]  7/8 10/20 12/7 12/10 16/18 18/6
19/11 19/11 20/1 21/15 21/18 23/21
30/14 32/7 32/10
can't [1]  32/16
cancel [1]  8/11
cannot [3]  20/1 23/20 29/9
Cara [1]  3/17
career [1]  7/5
carve [1]  28/6
case [16]  1/2 3/4 3/17 8/2 8/5 8/25 11/21
16/7 19/19 23/9 28/15 29/22 30/7 30/7
31/9 31/14
causing [1]  28/18
caveat [1]  18/13
certain [3]  13/7 18/2 23/15
certainly [1]  7/4
certify [1]  33/4
changing [1]  8/25
charging [1]  31/10
choice [3]  4/10 5/12 30/1
choosing [1]  30/5
circles [1]  22/23
circling [1]  21/21
City [4]  28/8 31/4 31/5 32/2
civil [2]  3/5 8/25
clarification [1]  6/13
clarify [3]  9/7 11/18 16/9
clarity [3]  13/17 22/12 24/25
client [6]  28/17 28/22 29/9 29/15 29/18
29/23
client's [1]  18/12
close [2]  7/15 16/2
co [1]  3/9
co-trial [1]  3/9
cocounsel [1]  6/16
codefendant [1]  14/13
colleague [2]  3/17 30/20
come [3]  4/9 6/11 21/20
comes [1]  6/15
coming [1]  24/18

commencement [1]  17/20
COMMISSION [4]  1/4 1/17 3/3 3/8
communications [1]  13/6
companies [16]  6/20 10/10 11/4 11/6
11/8 12/23 13/7 15/5 15/8 17/23 19/6
22/16 24/16 25/17 26/14 27/8
company [9]  11/21 16/13 16/14 16/14
16/16 16/19 20/21 23/15 25/3
complain [1]  20/9
complete [10]  7/21 12/6 23/23 24/14
24/15 25/2 25/2 25/15 25/17 27/1
compliance [2]  14/20 17/8
complied [5]  16/8 18/10 19/5 19/9 19/19
comply [1]  29/9
comprised [1]  6/21
concede [1]  16/5
conducted [1]  14/23
confer [5]  6/7 9/21 21/10 21/19 30/25
conference [1]  28/11
conferred [6]  4/12 10/6 10/18 13/4 20/7
24/10
confers [5]  7/5 7/17 18/14 22/19 23/3
confirm [6]  5/16 5/20 5/23 13/20 20/14
21/24
confirmation [15]  5/4 5/9 6/3 6/19 9/20
11/23 14/17 21/12 21/17 21/21 22/8 24/4
27/18 31/24 32/1
confirmations [1]  21/18
confirming [1]  5/6
confused [1]  10/3
confusion [1]  26/8
consequence [1]  19/8
CONT'D [1]  2/1
continually [1]  28/24
continue [1]  28/17
continued [2]  4/17 4/18
continues [1]  28/16
control [2]  18/4 23/24
correct [5]  9/19 12/21 22/14 27/22 30/2
could [5]  7/20 13/18 13/25 21/6 29/20
counsel [6]  3/6 3/9 4/21 5/3 5/9 6/12
course [3]  5/9 23/18 31/8
court [11]  1/1 2/9 4/9 5/10 10/20 13/13
13/20 21/20 22/25 23/12 33/9
court's [2]  13/19 32/21
criminal [1]  28/21
CRR [2]  2/9 33/8
CSR [2]  2/9 33/8
custody [7]  11/15 14/14 15/13 18/4
18/18 22/15 23/24
customary [1]  28/2
cutoff [1]  6/9
CV [1]  1/2

**D**

date [6]  4/15 4/16 4/17 7/7 8/9 12/7
dated [1]  12/1
day [1]  29/1
days [5]  7/12 7/14 7/16 8/22 9/3
dba [1]  11/14
deadlines [1]  9/1
deal [1]  21/4
deals [1]  18/20
decades [1]  31/11
December [2]  9/10 9/13
decide [1]  32/5
defendant [6]  1/9 2/3 3/10 11/12 15/12
23/8
defendants [2]  16/6 16/10
delays [1]  5/11

delve [1]  13/12
denied [1]  28/19
depose [8]  29/16 29/24 29/25 30/1 30/3
30/4 30/5 30/15
deposed [2]  28/2 30/6
deposition [7]  28/9 31/3 31/7 31/7 31/17
32/2 32/5
described [1]  23/5
determine [1]  17/7
did [16]  6/8 15/1 15/1 16/19 18/3 18/17
20/16 20/17 21/9 22/11 23/13 24/5 25/21
28/22 29/18 29/19
different [2]  24/23 25/4
digital [2]  1/11 33/5
disagree [1]  15/7
discovery [5]  1/11 6/9 28/17 29/1 31/15
discuss [2]  4/9 26/10
discussed [2]  10/23 18/18
discussing [1]  12/2
discussion [1]  31/21
discussions [3]  10/20 15/15 31/1
disgorgement [1]  11/21
disprove [1]  23/20
dispute [1]  31/22
distributions [2]  20/21 21/4
DISTRICT [2]  1/1 1/1
do [22]  3/23 5/5 6/2 8/2 8/5 11/6 12/22
14/1 16/5 16/14 18/2 19/19 19/24 21/12
22/12 22/13 23/16 24/2 27/7 27/14 29/5
32/10
docket [1]  3/22
document [6]  13/2 15/19 19/12 21/16
25/6 25/10
documents [28]  3/25 4/13 7/6 7/11 7/12
7/14 7/19 8/1 8/12 9/15 10/4 10/10 12/1
12/15 14/2 15/17 16/1 16/12 16/13 16/16
18/1 18/4 18/21 19/6 22/20 23/17 24/7
27/2
does [4]  23/20 27/10 27/12 27/23
doesn't [2]  21/16 23/20
doing [1]  6/13
dollars [3]  20/23 29/16 29/24
domestic [1]  21/22
don't [13]  8/24 13/11 16/18 21/6 21/7
21/16 21/19 24/18 24/25 29/7 29/17
30/15 32/4
done [3]  5/4 5/14 27/24
down [3]  13/25 19/12 32/3
due [3]  4/14 8/23 16/3
during [5]  7/16 15/15 18/14 22/19 32/2

**E**

either [1]  28/10
eleven [1]  8/3
else [5]  20/23 22/5 24/2 27/14 32/10
email [6]  5/5 8/8 10/19 11/9 20/13 22/17
emailed [1]  7/18
encompassed [1]  15/6
end [1]  30/17
ends [1]  31/7
entering [1]  24/11
enthusiastic [1]  28/23
entities [29]  5/21 10/21 10/22 11/19
12/15 13/10 13/13 13/16 14/1 14/4 14/13
14/15 15/11 18/2 18/17 18/21 19/18
20/15 20/17 20/18 21/25 22/1 22/15 24/6
24/8 25/7 25/10 26/4 26/6
entities' [1]  13/21
entitled [2]  8/1 33/6
entity [2]  14/13 15/19

## E

entries [1]  5/22
entry [1]  3/22
ESQ [4]  1/15 1/16 1/16 2/3
et [2]  1/8 3/4
etc [4]  5/19 5/22 21/11 21/23
even [9]  4/9 5/11 7/15 8/1 8/23 10/15
12/4 16/2 29/9
everything [1]  22/9
exactly [5]  5/6 6/25 7/8 22/6 22/19
EXCHANGE [4]  1/3 1/17 3/3 3/8
excited [1]  28/23
exist [4]  18/2 19/19 23/16 23/20
expense [1]  28/12
expenses [3]  28/10 28/24 29/8
expert [10]  6/16 28/7 29/6 29/24 30/12
31/5 31/10 31/11 31/16 32/4
expert's [2]  32/1 32/6
experts [1]  28/2
expired [1]  10/14
explain [1]  21/10
explained [1]  9/22
extend [1]  29/1
extension [1]  29/1
extensions [1]  28/16

## F

fact [4]  5/21 7/15 10/3 30/10
failed [1]  31/25
familiar [2]  31/9 31/18
fashion [1]  30/14
February [11]  4/15 7/10 7/13 7/15 9/4
9/4 9/14 12/1 12/7 15/18 25/8
federal [2]  8/24 28/5
fee [1]  31/22
feel [1]  28/19
fees [9]  6/16 29/5 29/7 29/12 29/18 30/6
30/9 30/16 31/10
fell [1]  31/23
felt [2]  4/9 5/12
field [1]  31/11
fight [1]  8/6
file [3]  9/6 12/5 16/19
filed [2]  7/10 31/14
filings [1]  5/24
Filipelli [1]  3/17
filter [1]  22/2
finally [6]  4/22 5/1 6/1 9/16 10/7 31/16
fine [3]  9/1 17/12 20/16
firm [8]  3/17 5/17 5/18 6/20 7/21 10/10
14/23 15/1
first [10]  4/21 7/4 7/4 7/19 8/4 15/18 23/4
25/6 26/11 29/11
five [20]  5/21 6/20 10/10 11/4 12/22
13/10 13/13 13/21 13/25 14/4 15/5 15/7
20/15 20/17 20/18 21/25 22/1 24/5 24/7
27/8
FL [1]  1/18
floating [2]  9/17 10/13
FLORIDA [3]  1/1 1/5 31/22
follow [1]  4/17
following [1]  3/2
FORD [21]  2/3 2/4 3/10 4/6 5/17 6/23
7/2 10/1 14/20 16/21 17/13 19/13 22/11
24/9 26/17 26/19 27/22 28/3 29/4 30/23
32/7
Ford's [1]  31/3
fordobrien.com [1]  2/6
foregoing [1]  33/4
foreign [10]  6/2 6/4 6/22 10/11 10/23
13/3 14/8 21/24 27/18 27/21
form [1]  23/4
formerly [2]  11/13 11/16
forth [2]  15/17 22/19
forward [1]  30/14
frame [1]  17/19
frankly [2]  5/13 13/17
full [3]  9/3 14/20 17/7
fully [4]  16/8 18/10 19/5 19/9
further [1]  22/12

## G

game [3]  17/6 24/19 24/21
Gentile [25]  2/4 3/11 3/12 3/13 4/13 4/21
5/3 5/19 11/21 13/11 14/25 15/2 15/23
16/11 16/13 16/24 18/8 19/6 19/9 22/16
23/2 23/9 23/16 27/21 28/1
Gentile's [16]  3/24 5/1 6/1 14/8 17/14
17/22 17/25 18/4 19/4 20/19 22/2 23/10
23/22 23/23 24/9 25/12
get [11]  4/10 5/8 5/11 9/23 11/2 18/24
20/16 24/24 25/1 31/21 32/14
getting [4]  13/17 24/23 25/1 28/23
give [2]  4/5 25/4
given [2]  4/10 9/3
giving [1]  15/25
gmail.com [2]  2/10 33/9
go [4]  4/7 7/19 7/22 17/6 23/9 28/10
30/14
goal [1]  18/24
goes [1]  11/20
going [8]  7/8 14/7 18/24 22/23 28/14
28/15 29/13 31/13
gone [1]  29/4
Good [2]  3/7 4/3
got [4]  10/7 26/24 26/25 30/23
gotten [1]  25/18
government [2]  30/11 30/16
Group [5]  11/15 11/16 14/15 15/20
15/20
guarantees [1]  25/16
Guy [3]  2/4 3/10 16/11

## H

had [16]  4/10 4/12 5/4 5/12 7/5 7/16
7/17 7/20 8/9 8/11 10/3 12/5 15/15
18/17 26/8 26/9
happened [1]  15/24
happening [1]  23/14
happy [5]  8/15 9/20 11/7 25/15 32/8
hard [1]  6/7
has [23]  3/23 10/14 11/24 13/21 14/20
14/23 15/24 17/23 18/10 19/9 23/14
24/17 25/18 26/7 26/7 27/21 28/14 28/15
28/19 29/5 31/8 31/11 31/17
hate [1]  12/11
have [57]
haven't [1]  25/18
having [1]  4/8
he [10]  17/23 20/20 24/17 27/23 28/19
28/22 28/22 28/23 31/17 31/19
hear [6]  4/1 15/7 16/21 28/3 30/18 32/15
heard [1]  27/19
hearing [20]  1/11 3/21 4/4 4/21 4/23 5/1
5/12 5/13 7/7 8/11 9/18 11/2 12/3 12/4
13/18 15/25 17/21 23/4 28/25 29/19
held [1]  3/2
here [11]  4/11 6/8 7/13 20/9 20/11 20/16
24/19 28/22 29/21 30/24 31/25
hereby [1]  33/4
hereign [1]  22/23
herings [1]  31/13
high [1]  32/7
him [10]  13/13 23/10 28/18 29/16 30/1
30/3 30/4 30/5 30/15 31/21
himself [1]  28/20
his [12]  20/5 23/2 24/18 28/10 28/19
30/6 30/16 31/11 31/11 31/16 31/17
31/19
history [1]  29/22
Hold [1]  14/3
Honestly [1]  17/5
Honor [50]
Honor's [1]  29/17
HONORABLE [1]  1/12
hopefully [1]  21/19
hotel [1]  28/11
hour [2]  31/12 32/4
how [6]  4/10 15/16 16/18 23/15 30/12
32/3
however [1]  30/11
huh [1]  26/22

## I

I'd [1]  4/3
I'm [24]  7/12 8/17 9/16 11/7 12/17 12/21
14/7 18/23 18/24 18/24 21/21 23/4 24/20
25/9 25/9 25/11 26/1 26/1 26/8 26/20
26/21 29/14 30/21 30/21
I've [4]  21/7 21/25 25/6 28/14
if [27]  5/5 6/4 8/24 9/1 9/17 10/13 11/8
11/25 13/14 13/23 13/25 15/9 16/7 17/7
19/11 21/14 25/2 25/2 25/16 27/16 29/17
30/11 30/13 30/14 30/16 32/5 32/16
imagined [1]  23/15
implying [1]  15/4
in [63]
inaudible [1]  31/9
include [1]  17/23
included [3]  10/11 14/16 17/25
includes [1]  31/8
including [4]  5/24 10/19 18/15 19/5
incurring [1]  28/24
indeed [1]  5/4
indicated [2]  22/24 31/8
individual [2]  15/23 16/11
individuals [1]  20/24
information [18]  5/20 5/21 7/23 10/21
11/18 11/20 11/24 13/15 13/21 18/17
20/14 20/22 21/10 21/15 23/5 24/5 24/15
25/21
informed [1]  7/18
initial [1]  31/1
injustice [5]  28/6 29/15 29/18 29/23 30/8
insistence [1]  28/9
intend [1]  30/4
interim [1]  9/3
INTERNATIONAL [7]  1/7 3/4 10/22
11/13 15/12 16/10 23/8
intervention [1]  5/10
into [6]  4/18 8/3 8/4 13/12 24/11 29/4
investigation [3]  8/3 23/19 28/14
involved [1]  15/2
is [149]
Island [2]  29/12 31/5
issue [12]  5/13 6/14 6/15 11/20 19/22
20/8 20/11 22/21 24/25 28/3 28/4 30/12
it [65]
it's [8]  5/10 5/11 5/14 9/23 18/8 25/1
25/2 27/1

item [3]   4/9 27/24 28/1
items [2]   3/22 10/24
its [1]   16/15
itself [2]   16/14 21/16

## J

January [6]   4/12 6/8 9/14 9/20 9/24
22/18
jemancari [2]   2/10 33/9
Joanne [3]   2/9 33/8 33/8
JOHNSON [2]   1/16 3/9
johnsonali [1]   1/19
joining [1]   3/16
JUDGE [4]   1/12 6/12 13/15 16/20
jury [2]   28/20 28/23
just [22]   3/17 3/19 5/13 7/8 11/8 11/25
12/2 14/3 14/7 16/2 16/21 17/10 19/11
19/12 19/15 20/16 21/21 22/14 24/14
29/8 29/24 30/6

## K

K-1 [2]   5/24 22/22
K-1s [11]   17/23 19/5 19/17 20/25 21/2
21/3 21/13 22/4 22/24 23/1 24/17
keep [5]   18/23 24/17 24/23 24/23 25/10
kinds [1]   20/22
know [9]   5/14 8/24 11/6 16/15 16/18
20/11 21/7 24/18 30/16
known [2]   11/13 11/16
KOONIN [5]   1/16 3/9 6/16 30/20 30/21
kooninr [1]   1/20

## L

LANDY [1]   2/4
last [2]   12/15 20/14
later [1]   4/16
latest [1]   4/1
law [9]   5/17 5/18 6/20 7/21 10/10 14/23
15/1 31/9 31/19
lawsuit [1]   8/4
lawyer [1]   16/17
legal [1]   7/5
less [1]   7/16
let [11]   4/1 12/20 13/2 15/7 16/4 16/9
16/17 16/21 19/3 28/3 30/18
let's [2]   9/7 10/8
like [7]   4/3 7/10 8/15 17/5 24/19 28/11
29/3
limited [4]   5/24 7/23 19/18 21/4
line [1]   5/22
listed [1]   26/6
listen [2]   15/25 26/19
listening [1]   26/20
LLC [1]   11/15
LLP [1]   2/4
located [1]   28/7
location [1]   28/9
logistics [1]   31/1
long [4]   4/10 28/20 29/12 31/5
longer [1]   3/15
look [2]   15/9 17/6
looked [1]   30/9
looking [1]   19/14
looks [1]   17/12
lot [2]   19/16 29/4
LTD [14]   1/8 3/4 11/13 11/14 11/15
11/16 11/16 14/14 14/15 15/12 15/20
16/10 18/18 23/8

## M

made [5]   8/20 18/15 20/2 28/9 31/17
Madison [1]   2/4
MAGISTRATE [1]   1/12
make [9]   7/20 8/15 8/15 8/18 10/8 12/21
13/12 23/25 26/5
making [1]   12/4
Mancari [2]   2/9 33/8 33/8
manifest [4]   28/6 29/15 29/18 30/8
many [1]   20/8
March [5]   1/6 4/19 6/9 6/9 33/8
matter [1]   33/6
MATTHEW [2]   2/3 3/10
may [7]   11/22 11/25 13/23 19/11 21/3
21/3 21/4
me [30]   3/8 4/1 8/15 10/1 11/8 12/13
12/20 12/20 13/2 15/7 15/25 16/4 16/9
16/21 17/9 19/3 23/5 24/14 24/17 24/19
24/24 25/1 25/4 25/14 26/15 26/19 27/17
28/3 29/8 30/18
mean [3]   21/6 21/16 24/20
meet [10]   6/7 7/5 7/17 9/21 18/14 21/9
21/19 22/19 23/3 30/25
memorialize [1]   18/6
memorialized [1]   4/14
memorializing [1]   22/18
mentioned [1]   10/15
merely [2]   6/3 31/18
met [6]   4/12 10/6 10/18 13/4 20/6 24/10
mford [1]   2/6
Miami [2]   1/5 1/18
might [1]   23/14
mind [1]   23/4
Mint [10]   11/14 11/15 14/14 14/14 15/13
15/13 18/18 18/18 22/15 22/15
MINTBROKER [10]   1/7 3/4 10/22 11/13
11/15 15/12 15/20 16/10 18/18 23/8
minutes [1]   28/8
missed [1]   27/16
missing [1]   23/23
misspoke [1]   22/14
moment [1]   11/9
money [6]   17/24 23/6 23/7 24/18 28/4
28/18
month [1]   4/18
more [3]   16/21 28/24 28/24
morning [5]   3/7 4/3 5/3 13/18 20/13
motion [1]   7/10
move [1]   28/25
Mr. [58]
Mr. Ford [17]   4/6 6/23 7/2 10/1 14/20
16/21 17/13 19/13 22/11 24/9 26/17
26/19 27/22 28/3 29/4 30/23 32/7
Mr. Ford's [1]   31/3
Mr. Gentile [22]   3/12 3/13 4/13 4/21 5/3
5/19 11/21 13/11 14/25 15/2 15/23 16/13
16/24 18/8 19/6 19/9 22/16 23/2 23/9
23/16 27/21 28/1
Mr. Gentile's [16]   3/24 5/1 6/1 14/8
17/14 17/22 17/25 18/4 19/4 20/19 22/2
23/10 23/22 23/23 24/9 25/12
Mr. Koonin [2]   30/20 30/21
Ms. [14]   4/7 8/9 8/18 9/15 10/6 14/4 15/4
19/24 22/11 22/14 24/3 25/15 27/11
30/18
Ms. Sum [12]   4/7 8/9 9/15 10/6 14/4
15/4 19/24 22/11 22/14 24/3 25/15 27/11
Ms. Sum's [2]   8/18 30/18
much [4]   29/7 30/12 32/3 32/18
multiple [7]   4/20 7/5 7/17 10/19 22/19

28/15 31/2
my [25]   3/9 3/17 6/16 7/5 7/14 8/8 8/10
8/17 8/21 11/1 16/25 17/6 27/12 28/17
28/22 28/24 29/15 29/18 29/20 29/22
29/23 30/20 32/8 32/17 33/5
myself [1]   19/3

## N

name [1]   11/7
named [5]   15/12 15/14 16/6 16/9 23/8
names [3]   11/10 14/5 25/3
narrow [1]   17/19
narrowed [1]   10/25
need [8]   7/19 9/2 13/12 13/19 20/11
22/12 27/14 32/5
negotiations [1]   15/16
never [1]   21/7
new [6]   2/5 15/19 28/8 31/4 31/5 32/1
night [1]   20/14
no [29]   1/2 3/4 4/10 4/23 5/12 6/22
10/11 10/23 17/15 18/3 22/21 22/24 23/1
23/1 24/13 24/17 24/17 25/23 25/24
25/24 26/3 26/3 26/16 26/18 27/9 27/18
27/21 28/21 32/13
none [1]   6/22
nonetheless [1]   28/16
normally [1]   5/9
not [74]
nothing [7]   8/2 8/5 26/6 26/7 28/22 29/5
32/11
notice [3]   3/21 9/7 10/16
noticed [3]   9/18 12/16 31/15
now [13]   4/18 7/25 8/3 8/8 8/10 15/22
16/1 17/9 20/18 21/8 23/19 28/14 29/21
number [1]   19/14
numerous [1]   18/14
NY [1]   2/5

## O

O'BRIEN [2]   2/4 5/17
objections [3]   8/22 9/6 12/5
obligation [1]   8/10
observing [3]   3/13 3/19 3/20
obtain [3]   4/12 7/19 23/10
obtaining [1]   15/17
obviously [5]   4/18 6/4 9/23 10/14 19/16
occasions [3]   4/20 10/19 31/2
occurring [1]   31/3
offered [1]   28/8
office [3]   28/8 28/9 31/3
OK [17]   4/5 8/20 10/17 13/4 13/9 13/10
14/3 14/6 15/4 18/25 19/21 19/24 22/7
24/7 27/10 27/24 28/1
on [54]
Once [1]   21/17
one [22]   3/22 6/3 7/17 9/15 10/5 11/8
12/1 12/16 13/11 16/21 17/9 17/10 18/9
25/1 25/23 26/1 26/21 26/23 27/1 27/3
28/12 30/23
only [16]   7/17 7/23 12/16 16/10 16/24
17/8 17/14 18/9 19/1 19/4 22/3 23/2
26/11 28/7 31/6 31/12
operated [1]   23/15
opinion [1]   32/6
opportunity [5]   4/4 4/5 12/5 15/25 28/20
opposed [1]   14/24
or [24]   5/21 6/3 12/5 13/11 15/20 17/8
17/15 18/4 18/11 20/2 20/17 20/23 22/12
23/24 25/20 28/10 28/11 29/9 29/12
29/15 29/23 29/23 30/1 30/7

## O

order [4]  7/18 8/11 13/19 32/14
originally [1]  31/21
OTAZO [1]  1/12
OTAZO-REYES [1]  1/12
other [6]  6/4 10/22 13/7 14/14 16/4
20/22
others [1]  19/16
our [18]  5/13 5/15 7/25 8/22 9/6 10/24
12/6 13/7 20/20 23/3 23/9 28/8 28/9
31/5 31/10 31/15 32/1 32/11
ourselves [1]  15/1
out [12]  5/10 8/2 8/9 11/2 28/6 28/11
29/21 30/11 30/17 31/14 31/18 32/6
over [3]  8/8 23/18 31/16
owner [2]  20/20 22/16

## P

p.m [1]  5/2
page [2]  19/13 19/13
Pages [1]  1/9
paid [5]  23/6 23/7 30/13 31/19 32/4
part [1]  6/2
parties [3]  3/23 17/19 29/21
party [1]  7/6
past [1]  23/18
pay [8]  28/1 28/10 29/8 29/18 30/6 30/13
30/15 32/1
paying [2]  28/13 29/5
payments [3]  21/11 23/11 23/16
pencil [1]  20/16
per [1]  32/4
perception [1]  23/15
period [1]  31/3
permitted [1]  18/16
personal [12]  14/7 14/8 15/10 16/12
17/14 17/17 17/22 19/4 20/19 22/2 24/9
25/12
personally [1]  22/16
perspective [1]  28/22
pertain [2]  24/8 27/7
pertaining [1]  24/16
phone [1]  5/11
place [2]  6/23 32/5
Plaintiff [2]  1/5 1/15
plaintiff's [2]  3/21 9/8
plan [1]  29/19
plans [1]  28/25
play [1]  17/6
playing [2]  24/19 24/21
please [5]  3/6 12/20 20/14 21/24 27/17
point [8]  9/23 14/7 20/4 20/16 28/12
28/13 28/19 30/4
pointed [2]  31/14 31/18
position [12]  13/15 16/23 17/13 18/6
18/8 18/11 18/12 19/3 19/8 20/20 29/22
30/18
possession [3]  10/24 18/4 23/24
possibly [1]  7/4
potentially [1]  20/21
premature [2]  8/12 12/4
prematurely [1]  9/2
prepared [1]  23/25
present [3]  3/8 4/4 28/20
presumably [1]  17/22
presume [1]  23/18
pretty [1]  28/2
previously [2]  24/6 24/8
prior [2]  7/7 17/20
procedure [2]  8/25 32/17

proceed [1]  21/18
proceedings [1]  33/2
process [4]  5/6 15/3 15/16 15/24
produce [4]  6/1 6/6 7/6 8/6
produced [19]  4/15 4/15 4/17 5/7 5/15
5/21 5/25 6/22 8/13 9/16 10/3 10/23
11/5 13/14 17/20 21/14 21/23 22/9 27/2
production [38]
promised [2]  4/16 5/5 9/24
proper [1]  7/20
properly [2]  31/15 31/16
proposition [2]  16/7 19/25
provide [7]  6/12 7/11 9/2 11/9 21/16
23/11 25/21
provided [4]  10/25 19/6 25/5 25/21
providing [1]  19/5
pull [2]  16/25 17/2
pulled [1]  17/10
put [5]  11/7 16/4 21/25 24/6 24/8

## Q

question [5]  19/17 21/9 24/15 27/10
27/12
quite [2]  7/4 9/23

## R

Railroad [1]  29/12
raising [1]  29/19
rate [2]  31/11 32/7
rather [2]  8/6 18/15
reach [1]  6/13
reached [1]  4/13
reason [2]  21/15 26/10
reasonable [1]  8/7
receive [1]  31/25
received [11]  4/22 5/1 5/17 15/18 16/2
17/24 19/16 20/5 20/21 23/16 25/6
receiving [1]  20/13
recently [1]  30/7
record [14]  3/6 6/13 6/24 8/15 8/19 11/8
14/5 15/5 17/18 21/25 22/14 23/25 24/6
24/8
recording [2]  1/11 33/6
records [9]  7/20 7/22 7/23 8/5 8/8 16/15
16/17 23/10 25/12
red [2]  22/22 31/13
redact [6]  7/22 18/16 20/17 20/17 21/15
24/5
redacted [20]  5/19 5/23 6/20 10/10
11/24 13/15 13/21 14/17 20/3 20/12
20/15 21/14 21/25 22/20 22/20 24/16
25/3 25/18 26/7 26/7
redaction [1]  15/2
redactions [13]  14/23 15/2 20/8 20/10
22/17 22/21 23/12 25/24 25/25 26/16
26/18 27/2 27/7
refer [1]  14/13
reference [1]  14/12 26/4
referenced [1]  15/5
references [2]  9/8 15/11
referencing [1]  15/19
reflect [1]  23/11
reflected [1]  23/17
reflections [1]  23/7
reflects [2]  20/22 21/11
refusal [1]  5/11
regard [1]  18/2
regards [5]  8/14 22/17 22/22 28/13
29/11
regret [2]  4/8 6/11

reiterate [2]  14/3 22/25
reiterated [1]  31/2
relate [1]  18/17
related [20]  3/24 5/20 10/21 11/4 11/19
12/2 13/7 13/13 13/15 14/13 16/6 18/21
19/18 20/15 21/22 23/6 24/5 25/7 26/6
28/4
relates [1]  20/5
relating [1]  6/15
relies [1]  31/10
rent [1]  28/11
repeat [1]  19/3
repeatedly [2]  7/18 8/21
repetitious [1]  12/12
report [2]  20/24 31/16
Reporter [2]  2/9 33/9
represent [3]  10/20 11/3 16/18
representation [3]  13/12 20/2 26/5
representations [3]  4/14 8/18 8/21
representing [1]  23/12
request [58]
requested [7]  5/16 6/5 18/9 21/22 22/3
25/21 30/9
requests [15]  7/13 8/12 8/23 10/25 12/3
15/8 15/10 16/2 16/16 17/17 19/19 19/21
25/7 25/10 28/17
require [1]  29/15
required [3]  20/24 26/10 29/6
requires [1]  31/19
resolve [4]  3/23 6/14 32/8 32/16
resources [1]  28/18
respect [3]  9/21 31/1 31/9
respond [4]  4/6 11/25 13/23 29/11
response [4]  4/23 10/14 10/18 14/19
responses [2]  9/6 12/5
responsive [2]  10/4 10/25
rest [1]  19/21
return [5]  17/23 19/5 22/3 23/2 24/9
returns [38]
revisit [1]  24/25
REYES [1]  1/12
right [23]  3/14 3/20 3/21 7/2 9/5 9/7 9/12
11/3 12/8 12/22 13/5 13/9 19/6 19/9
21/5 23/1 24/2 26/13 29/2 30/22 30/24
32/3 32/14
Rightfully [1]  31/17
rights [2]  28/21
ripe [1]  8/12
room [1]  28/11
RPR [2]  2/9 33/8
rule [3]  29/6 29/9 30/6
rules [2]  8/24 28/5
ruling [2]  9/2 29/17
RUSSELL [3]  1/16 3/9 6/16

## S

SAG [1]  12/2
said [7]  10/19 20/10 25/6 25/16 26/5
28/15 32/8
salary [2]  20/21 21/4
same [1]  10/8
say [5]  10/6 20/1 21/6 21/12 27/1
saying [8]  7/3 18/20 22/1 22/12 29/6
29/7 29/9 30/14
says [3]  12/9 17/16 30/6
schedule [5]  4/20 4/23 5/12 29/19 31/15
scheduled [2]  4/24 7/7
schedules [8]  5/22 5/23 6/21 10/11 11/4
12/23 21/13 21/23
scheduling [1]  15/24

**S**

scrambling [1]  11/1
screen [5]  7/8 12/10 12/17 12/19 12/21
scroll [1]  13/2 13/25 19/12
SEC [19]  7/9 7/18 7/23 8/1 8/21 8/25
  10/21 12/4 15/24 16/12 16/13 17/20 18/6
  19/16 22/24 23/14 28/10 28/16 28/25
SEC's [2]  4/4 10/25
sec.gov [3]  1/19 1/19 1/20
second [41]
SECURITIES [5]  1/3 1/17 3/3 3/8 11/14
see [5]  5/6 7/8 12/7 19/15 23/7
seek [1]  13/18
seeking [14]  5/10 7/11 7/23 11/19 11/23
  12/1 12/15 15/11 15/13 15/22 16/12 18/1
  18/21 23/5
seem [3]  9/14 15/6 17/2
seems [3]  15/4 17/5 24/24
seen [1]  21/7
sent [2]  8/9 20/13
separately [1]  13/6
serve [1]  28/17
served [2]  7/13 9/9 9/10
setting [1]  22/19
several [4]  8/3 25/14 27/19 30/25
share [3]  7/8 12/10 12/19
shared [1]  12/21
sharing [1]  12/21
she [8]  3/16 3/18 3/19 10/9 15/5 25/15
  25/16 25/16
shell [2]  24/19 24/21
should [2]  21/13 30/12
show [1]  20/18
side [1]  32/11
simply [3]  14/1 23/16 31/24
since [2]  7/23 31/2
sir [2]  7/2 25/9
so [53]
some [4]  4/18 9/23 18/14 31/21
somehow [1]  22/2
someone [1]  3/15
something [7]  20/10 20/23 21/2 24/23
  28/11 29/20 30/13
son [1]  8/10
sorry [6]  7/12 8/17 18/23 25/9 30/21
  30/21
sort [2]  26/8 30/17
sought [2]  10/21 19/18
sounds [1]  24/19
SOUTHERN [1]  1/1
speak [2]  15/25 20/22
specific [2]  11/9 19/18
specifically [3]  17/16 21/9 21/12
speculates [1]  21/7
spend [2]  29/15 29/23
stands [1]  28/7
start [1]  7/3
starting [1]  9/4
starts [1]  31/7
state [4]  3/6 10/9 18/3 23/21
statement [2]  16/8 23/25
STATES [3]  1/1 1/12 16/19
status [1]  4/1
statute [1]  29/14
stick [1]  5/12
still [6]  4/16 8/22 24/13 25/11 26/1 30/15
stipulated [1]  20/7
stuff [1]  29/5
substantially [1]  7/16
such [2]  18/3 19/6

suggesting [1]  29/14
SUM [14]  1/13 6/7 6/7 8/9 9/13 10/8
  14/4 15/4 19/24 22/11 22/14 24/3 25/15
  27/11
Sum's [2]  8/18 30/18
sumal [1]  1/19
sure [5]  7/20 10/8 12/21 24/20 26/8
SureTrader [2]  11/14 14/12
suspect [1]  32/15
Swiss [8]  11/14 11/16 11/17 12/2 14/15
  14/15 15/19 15/20

**T**

take [2]  7/22 31/17
taken [1]  9/23
takes [1]  32/5
talk [1]  19/1
talked [1]  9/14
talking [11]  9/12 9/16 10/8 10/15 11/6
  12/11 14/18 17/2 25/9 26/21 27/8
tax [50]
Technologies [5]  11/15 14/14 15/14
  18/19 22/15
tell [5]  25/1 25/2 29/8
telling [2]  24/17 25/11
ten [2]  8/3 8/22
terms [1]  24/22
territory [1]  24/11
than [3]  7/16 8/6 18/16
Thank [9]  4/8 6/18 7/1 27/13 32/11
  32/13 32/18 32/19 32/20
that [233]
that's [6]  9/1 9/16 10/1 17/12 22/6 28/2
their [8]  7/12 8/3 12/23 13/14 14/5 20/24
  23/18 29/24
them [22]  3/22 4/25 5/4 5/19 6/5 6/6
  6/13 7/11 7/24 8/6 8/6 8/16 9/2 10/7
  11/1 11/2 13/17 15/1 15/25 20/13 21/10
  23/18
then [20]  4/22 5/18 7/6 7/21 9/1 10/7
  10/14 15/11 15/13 15/20 17/22 21/15
  23/11 25/2 25/3 28/11 30/9 30/13 30/15
  30/16
there [35]
there's [4]  16/10 17/7 22/17 25/16
Thereupon [1]  2/11
these [11]  5/18 7/11 8/1 8/5 8/23 11/18
  12/3 13/13 15/15 21/18 27/8
they [50]
they're [1]  18/21
thing [5]  10/8 22/3 23/20 30/23 31/6
things [1]  5/10
think [8]  10/2 13/16 22/14 23/14 24/10
  27/19 28/12 32/4
third [11]  7/12 9/25 10/13 12/12 18/20
  18/23 24/11 25/22 26/7 26/10 32/15
this [53]
those [32]  5/22 6/2 6/5 7/22 8/18 8/20
  13/16 13/21 13/25 14/16 14/17 15/8
  17/20 17/25 18/1 20/17 21/25 22/1 22/15
  22/16 22/20 23/11 23/11 24/15 24/16
  25/3 25/10 25/17 26/4 26/6 26/14 27/7
thought [2]  26/8 26/9
three [5]  4/23 10/21 15/11 18/17 26/2
through [4]  7/22 10/19 12/14 22/2
throwing [1]  18/23
time [26]  4/18 6/15 7/4 7/4 8/4 8/7 9/23
  10/1 10/14 13/19 15/18 16/22 17/6 17/19
  22/25 23/4 26/11 28/21 31/4 31/6 31/7
  31/15 32/1 32/2 32/13

times [3]  25/14 27/20 30/25
today [6]  4/5 5/13 6/9 8/12 8/10 32/10
told [3]  23/17 24/14 25/14
too [2]  29/7 32/7
took [1]  23/6
total [1]  17/5
Trade [3]  11/15 14/14 18/18 22/15
TRANSCRIBED [2]  1/11 2/9
transcription [1]  33/5
transmission [1]  5/1
transpired [1]  4/10
travel [5]  28/10 29/8 29/12 31/4 31/23
tremendous [1]  28/18
trial [1]  3/9
tried [2]  4/22 13/17
trust [6]  11/17 12/2 14/16 15/21 15/23
  26/6
try [2]  5/10 32/16
trying [4]  3/23 20/4 20/15 24/24
turn [1]  7/2
turned [1]  31/16
turns [2]  8/9 32/6
two [14]  3/22 10/22 12/15 14/13 14/15
  16/10 18/21 22/15 25/7 26/2 26/2 26/4
  26/14 28/13
typically [1]  31/10

**U**

U.S [3]  3/8 13/3 16/14
Uh [1]  26/22
Uh-huh [1]  26/22
ultimate [1]  11/20
umbrella [1]  14/11
under [3]  29/6 29/14 31/15
understand [6]  13/16 22/11 22/13 28/5
  28/5 28/21
understanding [3]  11/1 17/1 28/25
understood [3]  9/15 10/6 10/17
unfortunate [1]  30/24
Unfortunately [1]  5/8
UNITED [3]  1/1 1/12 16/19
unnecessary [1]  28/12
unredacted [1]  5/18
until [1]  21/8
up [9]  4/17 5/13 7/9 9/20 11/9 16/25
  17/2 17/10 20/18
upon [2]  6/13 19/7
us [2]  7/13 21/14
using [1]  32/17
usual [1]  32/17

**V**

verify [1]  7/21
versions [1]  5/18
very [11]  5/16 6/7 20/16 22/13 23/6 23/6
  28/20 28/23 31/9 31/18 32/18
via [1]  3/2
videoconference [1]  3/2
view [1]  15/7

**W**

W-2s [1]  23/2
Wait [2]  14/3 14/3
waiting [2]  3/14 3/15
want [22]  5/23 6/3 6/5 6/19 6/23 13/16
  14/17 19/1 21/9 21/10 21/12 22/8 22/13
  24/2 24/4 27/18 28/1 29/8 29/25 30/3
  30/11 30/15
wanted [3]  5/20 19/15 23/7
wants [5]  26/15 30/12 30/16

## W

was [39]
waste [2]  13/19 17/6
way [5]  6/3 13/11 16/5 21/7 22/4
wayside [1]  31/23
we [143]
we're [14]  3/15 11/6 11/12 11/23 12/11
14/18 16/1 20/15 24/13 24/19 24/22
26/23 29/21 30/24
we've [2]  27/8 27/19
well [10]  10/5 10/18 12/16 15/9 21/3
22/13 22/25 25/2 29/11 30/25
went [1]  8/8
were [28]  3/2 3/14 3/23 4/14 4/16 4/16
5/21 5/23 5/25 6/4 6/5 6/22 7/21 9/16
11/1 15/11 15/13 15/14 16/12 17/25 18/1
18/14 18/16 19/7 23/5 24/14 25/7 30/9
weren't [1]  4/15
what [45]
whatever [6]  9/25 19/7 21/15 23/23
24/24 32/6
whatsoever [1]  8/2
when [3]  4/22 6/15 9/8
where [8]  12/22 14/4 14/5 16/15 18/24
24/18 26/8 30/8
whether [6]  6/4 14/17 20/23 25/20 25/21
30/1
which [18]  4/14 8/10 11/13 11/19 12/11
12/14 13/17 14/12 15/12 15/14 16/3 17/8
18/20 22/3 29/5 29/6 31/7 31/19
While [2]  5/9 28/21
who [2]  17/10 18/9
whole [1]  30/8
why [4]  12/17 20/18 21/17 30/2
will [22]  4/5 5/15 6/14 6/16 7/3 9/1 9/22
11/18 12/19 13/12 14/2 17/6 21/19 26/5
29/11 29/18 30/17 31/4 32/4 32/8 32/14
32/15
willing [2]  29/8 30/13
wish [1]  5/6
within [2]  6/21 7/11
without [1]  15/25
witness [3]  28/7 29/24 29/25
won't [1]  30/14
work [2]  5/10 30/11
worked [3]  6/7 29/21 30/7
working [1]  30/7
works [1]  16/18
would [20]  5/6 5/9 7/19 7/21 8/15 8/15
9/3 14/16 16/25 17/23 18/15 20/10 20/18
20/21 22/2 23/11 23/19 29/3 29/14 29/23
wouldn't [1]  16/15
wrap [1]  5/13
writing [1]  18/7
written [1]  32/14
wrong [1]  28/22
wrongful [1]  11/22
wrote [1]  5/3

## Y

year [2]  22/18 23/19
years [8]  8/3 8/4 18/15 19/7 20/6 23/22
28/15 28/16
yes [25]  3/13 7/3 11/7 13/1 13/24 14/10
14/10 14/22 16/9 17/4 17/15 17/16 18/13
19/15 19/17 21/1 24/1 24/4 25/1 25/13
27/4 27/6 27/12 27/19 27/25
yesterday [5]  4/25 5/16 9/16 10/7 11/1
yet [1]  31/11
York [5]  2/5 28/8 31/4 31/5 32/1

you [76]
you'll [1]  11/8
you're [4]  22/1 30/5 30/21 31/8
You've [1]  25/14
your [70]

## Z

Zoom [1]  3/2