# Exhibit H



**From:** Guy Gentile </o=M2WEX/ou=Exchange> on behalf of "<Guy Gentile>"
**Date:** Wednesday, January 8, 2014 at 11:47 PM
**To:** Philip Dorsett <philip@suretrader.com>
**Subject:** FW: Privileged and Confidential

Philip,

Please review attached.

I'll be in the office early tomorrow.

Thanks,

Guy Gentile, President

CONFIDENTIAL                                                                                                               GENTILE0004652



Elizabeth on Bay Plaza
Bay Street, Suite 17
Nassau, Bahamas
631-898-4447
guy@swissamericas.com

**From:** Adam Ford [mailto:aford@harrisobrien.com]
**Sent:** Wednesday, January 08, 2014 6:04 PM
**To:** Guy Gentile
**Subject:** Privileged and Confidential

Guy,

Attached is a copy of an affidavit that we would like Philip to sign and get notarized.  Can you give him this document, make sure that he 100% agrees with everything that is contained in it and get it back to us signed and notarized tomorrow.  Thanks.

**Harris, O'Brien, St. Laurent & Chaudhry LLP**

111 Broadway, Suite 1502

New York, NY 10006

direct: (917) 512-6937

aford@harrisobrien.com

 **Gentile - Dorsett Affidavit.docx**
32K

CONFIDENTIAL                                                                                                                                           GENTILE0004653