# Exhibit I

| | |
|---|---|
| **From:** | Sum, Alice |
| **Sent:** | Wednesday, April 20, 2022 5:10 PM |
| **To:** | P.A. Dorsett |
| **Subject:** | Email - instructions |
| | |
| **BCC :** | Sum, Alice |

Mr. Dorsett:

Please see the below links as we discussed. Thank you.

**Adding google to outlook.** https://support.microsoft.com/en-us/office/add-a-gmail-account-to-outlook-70191667-9c52-4581-990e-e30318c2c081

**Exporting a PST** https://support.microsoft.com/en-us/office/create-an-outlook-data-file-pst-to-save-your-information-17a13ca2-df52-48e8-b933-4c84c2aabe7c

Alice



**Alice K. Sum**
Trial Counsel
U.S. Securities and Exchange Commission
Division of Enforcement
Miami Regional Office
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Office: 305.416.6293
Mobile: 305.202.0885
Email: SumAl@sec.gov

1