# Exhibit L ("confidential")