# Exhibit M ("confidential")