# Exhibit N ("confidential")