# Exhibit Q ("confidential")