# Exhibit R
# ("confidential")