# Exhibit S

**From:** zak ahmad <zack.invest@gmail.com>
**Sent:** Tuesday, November 22, 2011 3:10 PM
**To:** philip@suretrader.com
**Subject:** compliance
**Attachments:** unsolicited acknwoledgement chaker.jpg

Hello,

attached is signed compliance

zakriah 703-303-1482

1



## UNSOLICITED ACKNOWLEDGEMENT AGREEMENT

## To: Swiss America Securities Ltd:

i.    I affirm that in no way did Swiss America Securities, Ltd solicit me to become a client. I initiated contact with Swiss America Securities, Ltd on an unsolicited basis.

ii.   I understand that Swiss America Securities, Ltd does not target or intend their services for United States Citizens or residents. I acted on my own behalf in my choice to open an account, transact business and use the services of Swiss America Securities, Ltd.

iii.  I acknowledge as a United States Citizen or resident that I have reporting obligations to the United States Government of income/loss, money transfers to an offshore brokerage firm, or ownership or control of a foreign entity.

iv.   I have read all the disclaimers on Swiss America Securities, Ltd.'s websites and account documentation and agree to the contents and terms of those disclaimers.

v.    I understand that Swiss America Securities, Ltd does not provide legal or tax advice and indemnify Swiss America Securities, Ltd for any issues that may arise in regards to reporting requirements.

vi.   I attest that I have independently sought professional legal and tax advice before opening an account with Swiss America Securities Ltd.

Printed Name: _Zakriah Ahmadzada_

Signature: _Zakriah Ahmadzada_