# Exhibit T ("confidential")