# Exhibit U

| | |
|---|---|
| **From:** | Guy Gentile <guy@stockusainc.com> |
| **Sent:** | Monday, June 8, 2015 1:51 PM |
| **To:** | Philip Dorsett; 'Antonio Collie' |
| **Cc:** | justin@suretrader.com; carla@carlamarin.com |
| **Subject:** | RE: Please read this. |

Ok thanks.

---

**From:** Philip Dorsett [mailto:philip@suretrader.com]
**Sent:** Monday, June 08, 2015 10:41 AM
**To:** Guy Gentile; 'Antonio Collie'
**Cc:** justin@suretrader.com; carla@carlamarin.com
**Subject:** RE: Please read this.

Hello Guy,

The names Brickmand and Baratto and BSI all seem familiar to me (will do more research), however in the interim I think we should be fine as long as we continue to act in line with Rule 15a-6.

Phil

---

**From:** Guy Gentile [mailto:guy@stockusainc.com]
**Sent:** Saturday, June 6, 2015 3:54 PM
**To:** philip@suretrader.com; Antonio Collie
**Cc:** justin@suretrader.com; Carla Marin <carla@carlamarin.com> (carla@carlamarin.com)
**Subject:** Please read this.


Philip/Antonio,

Please read the latest from the SEC and tell me how you think this could impact the way we do business.

http://www.sec.gov/litigation/admin/2015/34-75113.pdf

Thanks

Guy Gentile

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.5961 / Virus Database: 4355/9970 - Release Date: 06/07/15

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2014.0.4800 / Virus Database: 4311/9952 - Release Date: 06/05/15

1