# Exhibit W

| | |
|---|---|
| **From:** | Philip Dorsett <philip@suretrader.com> |
| **Sent:** | Tuesday, November 29, 2011 4:10 PM |
| **To:** | zak ahmad |
| **Subject:** | Welcome Letter |
| **Attachments:** | Welcome Letter.pdf |

Good Day Mr. Ahmadzada,

Congratulations on the establishment of your new account. Please find attached your welcome letter with log-on instructions and account information. You will be up and trading very shortly.

Once again, congratulations on the establishment of your account. If you have any questions or concerns, please do not hesitate to ask.

Best Regards,

**Philip Dorsett**
**Compliance Officer**



BAF Financial Center
Marlborough St & Navy Lion Rd
Second Floor, Suite 202A
Nassau, Bahamas
Tel: 242-328-7800/242-434-8938
Website: www.suretrader.com

---

This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do not forward it to or inform any other person of its contents. Progressive Consumer Services Ltd. (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses.

1



BAF Financial Center
1 Marlborough Street
Suite 202A
Nassau, Bahamas

242-328-7800/1
Fax: 242-328-7803
www.suretrader.com
info@suretrader.com

Dear Mr. Ahmadzada,

Congratulations on the opening of your new trading account.  Here at Swiss America Securities we pride ourselves on constantly delivering superior investment solutions to our growing client base.  We look forward to helping you grow your wealth through the use of our specialized securities and investment services.

Please find enclosed your account numbers and passwords for the Sure Trader platform as well as the Iboss client account platform.  To access the Sure Trader platform download, please visit the site and select the 'Platforms' drop-down menu.  To access the Iboss account login, please visit http://ibosstrading.com/  You can change your Sure Trader password once you enter the site, however if you would like to change your Iboss password you will have to contact our office to do so.

Please carefully read the disclosures found on page 1 of the Sure Trader website.  Once again, congratulations on the opening of your new account.

| Account Number: | PFS00008 |
|---|---|
| Password: | zakahm |

Best Regards,

Client Support Team