UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21079-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.
and GUY GENTILE,

    Defendants.

_____/

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE FOR DISPOSITION
OR A REPORT AND RECOMMENDATIONS**

    Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that Defendant Guy Gentile's Motion for Sanctions for Spoliation of Evidence Under Rule 37(e), ECF No. [173], is **REFERRED** to Magistrate Judge Alicia M. Otazo-Reyes for disposition or a Report and Recommendations.

    **DONE AND ORDERED** in Chambers at Miami, Florida, on March 21, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record