**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21079-BLOOM/Otazo-Reyes**

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.
and GUY GENTILE,

      Defendants.

_____/

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE FOR**
**DISPOSITION OR A REPORT AND RECOMMENDATIONS**

      Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that

Plaintiff's Motion to Strike Guy Gentile's Motion for Sanctions for Spoliation of Evidence Under

Rule 37(e) and for Sanctions for Failure to Meet and Confer as Required by S.D. Fla. L.R.

7.1(a)(3), **ECF No. [175]**, is **REFERRED** to Magistrate Judge Alicia M. Otazo-Reyes for

disposition or a Report and Recommendations.

      **DONE AND ORDERED** in Chambers at Miami, Florida, on March 29, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record