# Exhibit B

 Gmail

Steve Halpin <shalpin@fordobrien.com>

---

## SEC/Gentile - Gentile's motion for sanctions and request for meet and confer

1 message

---

**Sum, Alice** <SumAl@sec.gov>                                       Thu, Mar 23, 2023 at 1:28 PM
To: Adam Ford <aford@fordobrien.com>, Matthew Aaron Ford <mford@fordobrien.com>, Steve Halpin
<shalpin@fordobrien.com>, "dayliset@rielolaw.com" <dayliset@rielolaw.com>
Cc: "Johnson, Alise" <johnsonali@sec.gov>, "Koonin, Russell" <KooninR@sec.gov>, "Verges, Teresa"
<VergesT@sec.gov>

Counsel:

We write to address Gentile's Motion for Sanctions for Spoliation of Evidence ("Motion"), ECF No. [173], as well as to meet and confer regarding a motion to strike and for sanctions that the SEC intends to file if your client does not withdraw his Motion.

First, you failed to meet and confer about the relief sought in the Motion as required by Local Rule 7.1. Indeed, the purported certification contained in the Motion is deficient on its face. This is the second motion for sanctions you have filed that failed to comply with Local Rule 7.1. *See* ECF No. [86].

Second, had you complied with Local Rule 7.1, attempted to meet and confer, and acted in "good faith in attempting to resolve the dispute" with the SEC prior to filing the Motion, you would have learned that there is no "spoliation" issue and thus no basis for your Motion. After receiving your Motion, the SEC reached out to Mr. Dorsett and confirmed that the emails Mr. Dorsett searched for and found with certain attorney names still exist. Mr. Dorsett has transmitted these emails to the SEC.

Accordingly, the SEC demands that your client withdraw his Motion by the close of business Friday, March 24, 2023. If your client fails to withdraw his Motion, the SEC will file a motion to strike and to impose sanctions pursuant to S.D. Fla. L.R. 7.1(a)(3), Fed. R. Civ. P. 37, and the inherent authority of the Court.

We are available this afternoon or tomorrow to discuss these issues. Please advise your availability so that we can schedule a meet and confer.

Thank you.

**Alice Sum**

Trial Counsel

Division of Enforcement

Miami Regional Office

**OFFICE**      +1 305 416 6293

**MOBILE**      +1 305 202 0885

sumal@sec.gov

