# Exhibit C

 Gmail                                                                                          Steve Halpin <shalpin@fordobrien.com>

## Re: SEC/Gentile - Gentile's motion for sanctions and request for meet and confer
1 message

**Stephen Halpin** <shalpin@fordobrien.com>                                                  Fri, Mar 24, 2023 at 12:34 PM
To: "Sum, Alice" <SumAI@sec.gov>
Cc: Matthew Aaron Ford <mford@fordobrien.com>, Suzanne Pope <SPOPE@fordobrien.com>, Adam Ford <aford@fordobrien.com>, "dayliset@rielolaw.com" <dayliset@rielolaw.com>, "Johnson, Alise" <johnsonali@sec.gov>, "Koonin, Russell" <KooninR@sec.gov>, "Verges, Teresa" <VergesT@sec.gov>

Alice, Alise,

Thank you for speaking today with Matt, Suzanne, and me. This is not meant to be an exhaustive recitation of our discussion, but I did want to note two points: (1) Alise indicated that the SEC objects to the relief sought in our recently filed Motion for Sanctions; and (2) we proposed that you transmit the approximately 70 additional documents you received from Mr. Dorsett to us and allow us an opportunity to review, after which we would consider whether to withdraw the Motion for Sanctions.

Best regards,
Steve

> On Mar 24, 2023, at 12:00 PM, Sum, Alice <SumAI@SEC.GOV> wrote:
>
> Our apologies but could we please move the call to 12:15?  Thank you.
>
> **Alice Sum**
>
> **From:** Sum, Alice <SumAI@SEC.GOV>
> **Sent:** Friday, March 24, 2023 10:59 AM
> **To:** Matthew Aaron Ford <mford@fordobrien.com>; SPOPE@FORDOBRIEN.COM
> **Cc:** Adam Ford <aford@fordobrien.com>; Steve Halpin <shalpin@fordobrien.com>; dayliset@rielolaw.com; Johnson, Alise <johnsonali@SEC.GOV>; Koonin, Russell <KooninR@SEC.GOV>; Verges, Teresa <VergesT@SEC.GOV>
> **Subject:** RE: SEC/Gentile - Gentile's motion for sanctions and request for meet and confer
>
> Hello.  Please let us know if you will be rejoining the call.  Thanks.
>
> **Alice Sum**
>
> **From:** Matthew Aaron Ford <mford@fordobrien.com>
> **Sent:** Thursday, March 23, 2023 5:24 PM
> **To:** Sum, Alice <SumAI@SEC.GOV>
> **Cc:** Adam Ford <aford@fordobrien.com>; Steve Halpin <shalpin@fordobrien.com>; dayliset@rielolaw.com; Johnson, Alise <johnsonali@SEC.GOV>; Koonin, Russell <KooninR@SEC.GOV>; Verges, Teresa <VergesT@SEC.GOV>
> **Subject:** Re: SEC/Gentile - Gentile's motion for sanctions and request for meet and confer

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ok, thank you, see you in the a.m.

Matthew Aaron Ford
Partner
Ford O'Brien Landy LLP
3700 Ranch Road 620 South
Suite B
Austin, Texas 78738
512.503.6388 (direct)
              --
275 Madison Avenue
24th Floor
New York, New York 10016
212.858.0040
212.444.4886 (direct)
mford@fordobrien.com
fordobrien.com

> On Mar 23, 2023, at 4:23 PM, Sum, Alice <SumAl@SEC.GOV> wrote:
>
> 10:30am works.  I sent a WebEx invite by separate email.  Thank you.
>
> **Alice Sum**
>
> ---
>
> **From:** Matthew Aaron Ford <mford@fordobrien.com>
> **Sent:** Thursday, March 23, 2023 4:21 PM
> **To:** Sum, Alice <SumAl@SEC.GOV>
> **Cc:** Adam Ford <aford@fordobrien.com>; Steve Halpin <shalpin@fordobrien.com>; dayliset@rielolaw.com; Johnson, Alise <johnsonali@SEC.GOV>; Koonin, Russell <KooninR@SEC.GOV>; Verges, Teresa <VergesT@SEC.GOV>
> **Subject:** Re: SEC/Gentile - Gentile's motion for sanctions and request for meet and confer
>
> > **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Tomorrow at 10:30am?
>
> Matthew Aaron Ford
> Partner
> Ford O'Brien Landy LLP
> 3700 Ranch Road 620 South
> Suite B
> Austin, Texas 78738

512.503.6388 (direct)
--
275 Madison Avenue
24th Floor
New York, New York 10016
212.858.0040
212.444.4886 (direct)
mford@fordobrien.com
fordobrien.com

On Mar 23, 2023, at 12:28 PM, Sum, Alice <SumAl@SEC.GOV> wrote:

Counsel:

We write to address Gentile's Motion for Sanctions for Spoliation of Evidence ("Motion"), ECF No. [173], as well as to meet and confer regarding a motion to strike and for sanctions that the SEC intends to file if your client does not withdraw his Motion.

First, you failed to meet and confer about the relief sought in the Motion as required by Local Rule 7.1. Indeed, the purported certification contained in the Motion is deficient on its face. This is the second motion for sanctions you have filed that failed to comply with Local Rule 7.1. *See* ECF No. [86].

Second, had you complied with Local Rule 7.1, attempted to meet and confer, and acted in "good faith in attempting to resolve the dispute" with the SEC prior to filing the Motion, you would have learned that there is no "spoliation" issue and thus no basis for your Motion. After receiving your Motion, the SEC reached out to Mr. Dorsett and confirmed that the emails Mr. Dorsett searched for and found with certain attorney names still exist. Mr. Dorsett has transmitted these emails to the SEC.

Accordingly, the SEC demands that your client withdraw his Motion by the close of business Friday, March 24, 2023. If your client fails to withdraw his Motion, the SEC will file a motion to strike and to impose sanctions pursuant to S.D. Fla. L.R. 7.1(a)(3), Fed. R. Civ. P. 37, and the inherent authority of the Court.

We are available this afternoon or tomorrow to discuss these issues. Please advise your availability so that we can schedule a meet and confer.

Thank you.

**Alice Sum**
Trial Counsel

Division of Enforcement
Miami Regional Office

**OFFICE**  +1 305 416 6293
**MOBILE**  +1 305 202 0885
sumal@sec.gov
<image001.png>
<image002.png>

Stephen R. Halpin III
Associate
FORD O'BRIEN LANDY LLP
275 Madison Avenue, 24th Floor
New York, NY 10016
+1 (212) 858-0040 (main)
+1 (212) 444-4894 (direct)
shalpin@fordobrien.com
www.fordobrien.com

*********************************************************************************
This transmission may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy, or re-transmit this communication. If you have received this communication in error, please notify us by replying to the sender of this message, and delete this message (and your reply) and any attachments. Thank you in advance for your cooperation and assistance.
*********************************************************************************