UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND
TO GUY GENTILE'S MOTION FOR SANCTIONS FOR
<u>SPOLIATION OF EVIDENCE UNDER RULE 37(e)</u>**

Plaintiff Securities and Exchange Commission files its Motion for Extension of Time to Respond to Guy Gentile's Motion for Sanctions for Spoliation of Evidence Under Rule 37(e), ECF No. [173], as follows:

    1.    On March 21, 2023, Gentile filed a Motion for Sanctions for Spoliation of Evidence Under Rule 37(e). ECF No. [173].

    2.    On March 21, 2023, Gentile's Motion for Sanctions for Spoliation of Evidence was referred to the Magistrate Judge. ECF No. [174].

    3.    On March 29, 2023, the SEC filed a Motion to Strike Gentile's Motion for Sanctions for Spoliation of Evidence and for Sanctions for Failure to Meet and Confer as Required by S.D. Fla. L.R. 7.1(a)(3). ECF No. [175].

    4.    On March 29, 2023, The SEC's Motion to Strike was referred to the Magistrate Judge. ECF No. [176].

5. On March 30, 2023, Gentile filed an Opposition to the SEC's Motion to Strike. ECF No. [177].

6. On March 30, 2023, the Magistrate Judge scheduled a hearing on the SEC's Motion to Strike for April 10, 2023.

7. The SEC's response to Gentile's Motion for Sanctions for Spoliation of Evidence is due by April 4, 2023.

8. The SEC seeks an extension of time to respond to Gentile's Motion for Sanctions for Spoliation of Evidence through April 14, 2023, to conserve Court and SEC resources because if the Court grants the SEC's request to strike Gentile's Motion during the April 10, 2023 hearing because Gentile improperly filed it without complying with Local Rule 7.1(a)(3) conferral requirement, the issue will be mooted.

9. This request for extension is made in good faith and not for the purposes of delay.

## CERTIFICATE OF CONFERRAL

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), undersigned counsel conferred with counsel for Gentile and they oppose the relief sought in this Motion.

| | |
|---|---|
| March 31, 2023 | Respectfully submitted, |

/s/Alice Sum
Alice Sum
Trial Counsel
Fla Bar No.: 354510
Phone: (305) 416-6293
Email: sumal@sec.gov

*Attorneys for Plaintiff*
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154