# Exhibit A

```
 1                       UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA
 2
                            CASE NO. 21-CV-21079-BB
 3
     SECURITIES AND EXCHANGE
 4   COMMISSION,

 5                                           Miami, Florida
                 Plaintiff(s),
 6                                           August 1, 2022
            vs.
 7
     MINTBROKER INTERNATIONAL,
 8   LTD., et al.,

 9
                      Defendant(s).      Pages 1 - 54
10   -------------------------------------------------------------

11                              MOTION HEARING
                   TRANSCRIBED FROM DIGITAL AUDIO RECORDING
12              BEFORE THE HONORABLE ALICIA M. OTAZO-REYES
                       UNITED STATES MAGISTRATE JUDGE
13


14
     APPEARANCES:
15
     FOR THE PLAINTIFF(S):    ALICE SUM, ESQ.
16                            TERESA VERGES, ESQ.
                              SECURITIES AND EXCHANGE COMMISSION
17                            801 Brickell Avenue
                              Miami, FL 33131
18                            305-982-6300
                              sumal@sec.gov
19                            vergest@sec.gov

20

21

22

23

24

25
```

```
 1    APPEARANCES (CONT'D)

 2

 3
      FOR THE DEFENDANT(S):   ADAM C. FORD, ESQ.
 4    Guy Gentile             MATTHEW A. FORD, ESQ.
                              STEPHEN R. HALPIN, III, ESQ.
 5                            FORD O'BRIEN LANDY, LLP
                              275 Madison Avenue
 6                            New York, NY 10016
                              212-858-0040
 7                            aford@fordobrien.com
                              mford@fordobrien.com
 8                            shalpin@fordobrien.com

 9

10

11    TRANSCRIBED BY:         Joanne Mancari, RPR, CRR, CSR
                              Court Reporter
12                            jemancari@gmail.com

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1           THE COURT:  Well, it seems that Mr. Ford is saying
2   that there is an inconsistency between the email that he shared
3   the screen on and your statement that the SEC has not reviewed
4   the documents.
5           MS. SUM:  Your Honor, I'll provide this information.
6   What we call the TCRs that were submitted by the two former
7   employees, for the first one, Mr. Dorsett, was in August of
8   2017, and for the second, Mr. Frantz, was submitted in March of
9   2018.  These documents have been produced with the
10  confidentiality stamp to Mr. Gentile's counsel.
11          In answering Mr. Ford's question, we have not reviewed
12  the 11,000 and the 33,000, but in answering him truthfully, we
13  do have the TCRs.  So the answer addresses the fact that we
14  have information from these two former employees, but it
15  predates and has nothing to do with the overall 44,000 emails
16  that we are talking about.  So there is no inconsistency, there
17  was a truthful answer, because I was not going to split hairs
18  in answering the question.
19          We did not review the 44,000, but we did previously
20  review information provided by these two individuals through
21  the TCR program, and these TCRs have been produced under
22  confidentiality stamp.
23          THE COURT:  I'm sorry.  I'm sorry.  I mean, this is
24  getting in the weeds and I want to make sure on something as
25  serious as a disputation of the truthfulness of your statement

```
 1   to the court, I want to make sure that the record is clear,
 2   Ms. Sum.
 3            You're saying that that statement that Mr. Ford
 4   highlighted in your email, where you were talking about
 5   documents that were non-email that you had reviewed and were
 6   produced, that had nothing to do with these 44,000 documents,
 7   that that was something you received earlier and does not
 8   really play a role in this dispute?  Am I hearing that
 9   correctly?
10            MS. SUM:  Yes.  Yes, your Honor, that is absolutely
11   correct.
12            To be clear, what Rule 26 requires disclosure of and
13   production of are documents that we would use to support our
14   case.  The SEC doesn't use its TCRs or TCRs received, excuse
15   me, for these cases.  Now, at the same time, because the
16   request for production was propounded, we have produced the
17   TCRs for these individuals.
18            THE COURT:  Remind me again, TCR, what the acronym
19   stands for and what their purpose is.
20            MS. SUM:  Your Honor, it stands for tips, complaints,
21   and referrals.  These forms essentially provide blanks in terms
22   of providing the person who is filling in the TCR, their
23   contact information, etc., and then it contains blanks for who
24   they are complaining about or providing a tip about, and then
25   it contains another section for the filer to say, this is what
```

1    I think the problem is and provide the background information
2    for that.
3           So both of these individuals submitted TCRs.  As I
4    stated, the first one in August of 2017, Mr. Dorsett, and
5    Mr. Frantz in March of 2018.
6           So a lot of the colloquy regarding that these men are
7    not to be believed because it is years later that it happened,
8    that is simply not the case.  Although I don't think that is
9    the subject of this hearing, I just did not want that to go
10   unaddressed.
11          THE COURT:  So the statement in your email referred to
12   those TCRs and they have been produced.
13          MS. SUM:  Yes.
14          THE COURT:  So you're saying that to the side that has
15   nothing to do with what we're here for today.
16          MS. SUM:  Yes.
17          THE COURT:  Am I understanding your point of view
18   correctly?
19          MS. SUM:  Yes.  That is correct, your Honor.  What I
20   want to clarify is during the meet and confer, the question was
21   had we reviewed documents from Mr. Dorsett and Mr. Frantz.  So
22   I was answering that question that in fact we had, which
23   covered the documents that were previously provided, the TCRs,
24   by these two individuals.
25          THE COURT:  OK.