UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21079-BLOOM/OTAZO-REYES

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff Securities and Exchange Commission's ("Plaintiff") Motion to Strike Defendant Guy Gentile's ("Mr. Gentile") Motion for Sanctions for Spoliation of Evidence under Rule 37(e) (hereafter, "Motion for Sanctions") [D.E. 173] and for Sanctions for Failure to Meet and Confer as Required by S.D. Fla. L.R. 7.1(a)(3) (hereafter, "Motion to Strike") [D.E. 175].  This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 176].  The undersigned held a hearing on this matter on April 10, 2023 (hereafter "Hearing").

In accordance with the undersigned's rulings at the Hearing, it is

ORDERED AND ADJUDGED as follows:

1.    Due to Mr. Gentile's failure to confer with Plaintiff as to the grounds for his Motion for Sanctions [D.E. 173], which has rendered the Motion for Sanctions obsolete, at least in part, Plaintiff's Motion to Strike [D.E. 175] is GRANTED and Mr. Gentile's Motion for Sanctions is

STRICKEN WITHOUT PREJUDICE. Plaintiff's own request for sanctions in connection with its Motion to Strike is also DENIED WITHOUT PREJUDICE.

2. Mr. Gentile has leave to file, after conferral with Plaintiff, an updated Motion for Sanctions that complies with this Court's Local Rules and the Federal Rules of Civil Procedure. Should Mr. Gentile file such a motion, the matter will be set for in-person hearing after briefing is complete.

DONE AND ORDERED in Chambers at Miami, Florida, this <u>10th</u> day of April, 2023.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Beth Bloom
   Counsel of Record