<pre>
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2
                        CASE NO. 21-CV-21079-BB
 3
     SECURITIES AND EXCHANGE
 4   COMMISSION,

 5                                      Miami, Florida
                     Plaintiff(s),
 6                                      April 10, 2023
              vs.
 7
     MINTBROKER INTERNATIONAL,
 8   LTD., et al.,

 9
                     Defendant(s).      Pages 1 - 18
10   ------------------------------------------------------------

11                         MOTION HEARING
               TRANSCRIBED FROM DIGITAL AUDIO RECORDING
12           BEFORE THE HONORABLE ALICIA M. OTAZO-REYES
                   UNITED STATES MAGISTRATE JUDGE
13


14
     APPEARANCES:
15
     FOR THE PLAINTIFF(S):   ALICE SUM, ESQ.
16                           ALISE M. JOHNSON, ESQ.
                             SECURITIES AND EXCHANGE COMMISSION
17                           801 Brickell Avenue
                             Miami, FL 33131
18                           305-982-6300
                             sumal@sec.gov
19                           johnsonali@sec.gov

20

21

22

23

24

25
</pre>

1   APPEARANCES (CONT'D)

2

3

4   FOR THE DEFENDANT(S):   MATTHEW A. FORD, ESQ.
    Guy Gentile              STEPHEN R. HALPIN, III, ESQ.
5                            FORD O'BRIEN LANDY, LLP
                             275 Madison Avenue
6                            New York, NY 10016
                             212-858-0040
7                            mford@fordobrien.com
                             shalpin@fordobrien.com

8

9   TRANSCRIBED BY:          Joanne Mancari, RPR, CRR, CSR
                             Court Reporter
10                           jemancari@gmail.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  Thereupon,

2  the following proceedings were held via Zoom videoconference:

3        THE DEPUTY CLERK:  Securities and Exchange Commission

4  v. MintBroker International, Ltd., *et al.*, case No. 21 21079,

5  civil, Bloom.

6        Counsel, please state your appearances for the record.

7        MS. SUM:  Good morning, your Honor.  This is Alice Sum

8  for the U.S. Securities and Exchange Commission.  Present is

9  also Alise Johnson.

10        THE COURT:  Good morning.

11        MS. SUM:  Good morning.

12        MR. FORD:  Matthew Ford on behalf of Guy Gentile.

13  Here with me is my colleague Stephen Halpin.  Also in

14  attendance is Mr. Gentile.

15        THE COURT:  All right.  So I set this matter for a

16  Zoom hearing.  Unfortunately, we are having technical

17  difficulties with our Zoom.  We could not record.  So rather

18  than forego the hearing until that could be fixed, I wanted to

19  let you know, I have been holding in-person hearings, but out

20  of courtesy to Mr. Gentile's counsel I went ahead and kept this

21  as Zoom to save them from having to travel from New York.

22        In any event, I have reviewed the papers.  I have

23  received the response where counsel for Mr. Gentile, I think

24  they're saying if the motion to strike is granted they'd just

25  refile the motion for sanctions.

1          In the SEC's motion to strike, they say that on March

2     27th they did transmit the emails in question from Mr. Dorsett

3     to Gentile's counsel.  So I am not quite sure what the dispute

4     continues to be about.

5          Let me first hear from the SEC, even though I have

6     reviewed your motion, just to basically clarify exactly what

7     has happened in your view, and then I will hear Mr. Ford's

8     response.

9          MS. SUM:  Yes, your Honor.  We lay out the procedural

10    background, but here's the highlights I think relevant to your

11    comments.

12         So as your Honor knows, this whole dispute relates to

13    44,000 emails from two former employees, and specifically with

14    respect to Mr. Dorsett an 11,000.

15         We learned of these emails and tried to discuss it

16    last year, in approximately May of '22, and tried to deal with

17    a potential privilege review without waiver to any of the SEC's

18    arguments.

19         So at the time Mr. Dorsett had what we call the 11,000

20    emails ready and we asked him to search for certain attorney

21    names and have those segregated and not send them to us.  They

22    were transmitted to the SEC without those hits, if you will,

23    and then those emails basically sat in our repository but we

24    didn't have access.

25         Then, as your Honor knows, some time passed and

1    ultimately there was a hearing on January 9th where your Honor

2    ruled that the SEC could in fact go forward with reviewing the

3    11,000 emails as well as the other ones from the other former

4    employee.

5          The SEC did in fact turn over the emails that were

6    transmitted in May of '22, and that transmission did not

7    include any of those searches and hits for attorney names by

8    Mr. Dorsett.  Then the issue ultimately came up again during

9    Mr. Dorsett's deposition on February 27th and 28th.  After that

10   is when Mr. Gentile filed his motion for sanctions for

11   spoliation.

12         So our point has been, your Honor, that they should

13   have met and conferred with us because, one, the rule requires

14   it but, two, more importantly, that would have given us an

15   opportunity to speak to Mr. Dorsett to try to clarify the

16   situation to determine whether in fact there was this purported

17   destruction of evidence, as is alleged.

18         So what happened was after the motion for sanctions

19   was filed, we did in fact do exactly what we would have had

20   there been a meet and confer.  Mr. Dorsett confirmed that those

21   same emails that were searched for and segregated back in May

22   of '22, that he did still have them.  They were in his inbox.

23         So although he may have referred to deleting some

24   emails in his deposition, and that is what Mr. Gentile's

25   counsel refers to in his filings, that in fact did not occur.

1    They were not deleted.

2            Really, I think perhaps it was an inartful explanation

3    that they were segregated at the time but they did in fact

4    still exist, and that is the point at which we said, well, OK,

5    please send us those emails.  Then we had the meet and confer.

6    We advised that these emails still exist and, as soon as we

7    were able to process them internally, we transmitted them to

8    Mr. Gentile's counsel.

9            So from our perspective, absolutely the issue has been

10   mooted.  These are not emails that somehow the SEC had as of

11   the January 9th hearing and we chose to withhold them or any

12   situation like that, and certainly everyone was on notice

13   before the transmission that these emails were not in the SEC's

14   possession because, in an abundance of caution, we didn't want

15   to have them in our possession.

16           So we are sitting here today, and we really do regret

17   that we have to be here today, that had the meet and confer

18   occurred this issue clearly would have been resolved.  It would

19   have mooted that argument.

20           Now, there are other arguments that we don't believe

21   have any basis, that they have tried to piggyback off this

22   purported spoliation or deletion of emails, and those issues we

23   believe ultimately go to the credibility of the witness,

24   something that they can address on cross-examination.  But it

25   is not the basis for a spoliation motion because the very

1    emails that they're talking about do in fact still exist.  Then

2    the ones that they refer to with other lawyers -- the first

3    time we ever heard them mention those names, Gentile's counsel,

4    was in their motion for sanctions.

5          So, again, that is something if they really do take

6    issue with it, then meet and confer about it and let's talk

7    about it, but beyond that there is no evidence of any

8    spoliation of such emails.

9          This is a Bahamas witness.  He is a former employee.

10   Mr. Gentile never issued letters rogatory, and certainly he and

11   his counsel are familiar with the process.  So while we don't

12   want to delve too far into the substance of the motion for

13   sanctions by Mr. Gentile, we're here because at the very basic

14   level this court has rules, and we do our best, we're supposed

15   to do our best to follow the rules.

16         It is very clear that Mr. Gentile did not follow the

17   rules, didn't even attempt to, and, worse than that, they did a

18   certificate of compliance that is evident on its face that

19   there was never an attempt to talk to the SEC about a purported

20   spoliation, about these specific emails, that they were going

21   to seek sanctions and specifically a dismissal.  These are the

22   rock-bottom basics that we operate by when we have the

23   privilege of practicing in this district.

24         So that is where we stand today, your Honor.  I'm

25   happy to answer any more detailed questions about any

1   background history.

2          THE COURT:  All right.  Let me hear from Mr. Ford.

3          MR. FORD:  Good morning, your Honor.  Let me just

4   start quickly by saying there is something interesting going on

5   here.  I noticed just the other day that -- I have another SEC

6   case, unrelated case, totally different party in a totally

7   different jurisdiction, but I noticed that it was filed within

8   ten days of the action that was filed against MintBroker and

9   Mr. Gentile.  Here's the reason why I raise it.

10         There are currently 49 docket entries on that case.

11  Pretty much all of those have to do with scheduling, attorney

12  appearances, and logistical things.  In Mr. Gentile's case

13  there are currently 331 docket entries.  In the other case,

14  this is the way it happened.  The way it happens in almost

15  every SEC case.  I picked up the phone.  I talked to the SEC

16  attorney in charge.  I asked for their case file.  Within a

17  couple of weeks, the entire case file was sent to me.

18         Now, more than two years later, I have not had any

19  issues with that counsel, with their production, nor did I have

20  any reason to suspect that there was anything being held back.

21         Now let's look at this case, which is also now more

22  than two years old.  We have received 20 productions so far

23  from the SEC.  Their most recent production of purported

24  Dorsett emails is the 21st production in this case.  Now, a

25  good chunk of those 21 productions have only come after we have

1   threatened to move to compel or threatened for sanctions.

2   It is inconceivable to my mind how it is possible that

3   the SEC has needed to make 21 separate productions over the

4   course of two years, and, more importantly, the further along

5   we get, the more the emails they produce are more relevant and

6   more detrimental to their case.

7   So now let's talk about the issue at hand.

8   THE COURT:  Right.  Mr. Ford, I think I want to

9   interrupt you out of courtesy.  We are talking spoliation.  My

10  preliminary comments were that it appears that the documents

11  that you're saying were destroyed or deleted have not.  So that

12  is the point I want you to address, if you would, please.

13  MR. FORD:  So that is what I'm getting to, but I did

14  want to provide some color as to how discovery has been going

15  in this matter.

16  Now on February 28th, I conducted an examination of

17  Mr. Dorsett.

18  THE COURT:  Right.  I'm sorry, sir.  Sir, get to the

19  point of your motion, which the SEC is seeking to strike for

20  failure to confer.  They are even going further and saying if

21  you had conferred, there wouldn't be any need for the motion.

22  That is what I am trying to get at.

23  Do you have the email that the SEC says they sent to

24  you?  Because if you do, there is no spoliation.

25  MR. FORD:  No, your Honor.  Well, first of all, I

1    don't.  Second of all, on February --

2           THE COURT:  I'm sorry.  I'm sorry.  You say you don't

3    even though the SEC says that they sent them to you?

4           MR. FORD:  They did not send all of the messages that

5    were deleted.

6           On February 28th, I conducted an examination --

7           THE COURT:  Wait.  Let's just set the points.

8           You're saying that what Ms. Sum has stated, that they

9    received the emails from Mr. Dorsett and sent them to you, that

10   that is a misstatement?

11          MR. FORD:  That is exactly what I'm saying.

12          THE COURT:  OK.  Let me give Ms. Sum an opportunity to

13   respond to that.

14          MS. SUM:  Your Honor, as we have explained in our

15   papers and just a few minutes ago, we went to Mr. Dorsett.  We

16   asked for the emails that were segregated back in April or May

17   of 2022 that were the hits for the attorney names that were

18   searched for.  This is a witness that, by the way, we don't

19   control.  He is a nonparty witness.

20          Those were segregated.  They were not transmitted to

21   us.  It was not within my ability or the SEC's ability to

22   withhold them.  Only when the issue was raised via the

23   improperly filed motion for sanctions, that's when we went to

24   Mr. Dorsett and said, Mr. Dorsett, do you still have these

25   emails with the attorneys that were the hits, and he said yes,

1  in fact, I do; they were in my inbox.  He transmitted those

2  emails to the SEC and then the SEC transmitted them to Mr. Ford

3  and his colleague.

4       We have confirmed that that transmission has occurred.

5  I don't believe there is a dispute that they received that

6  transmission.  If that is the case, then this is the first time

7  I've heard of it.  But I believe they referred to receiving it

8  in their papers.  So we absolutely stand by our representations

9  to the court.  We have not said anything that is untrue.

10      THE COURT:  So let's see.  If I understand the time

11 line correctly, this whole thing starts because at his

12 deposition Mr. Dorsett said, apparently inartfully, that he had

13 deleted emails.  The motion for sanctions was filed.  The SEC

14 contacted Mr. Dorsett.  Mr. Dorsett said no, I didn't delete

15 them, they were somewhere.  The SEC asked Mr. Dorsett to find

16 them, send them.  Mr. Dorsett did.  SEC sent them to Mr. Ford.

17 That's as far as I understand the time line.

18      Now, Mr. Ford, what is missing or what did I

19 misunderstand about this time line?

20      MR. FORD:  OK.  So here's what you missed.

21      On February 28th, I conducted an examination under

22 oath of this individual.  I asked him about these documents

23 specifically, and he testified, in quotation marks, I just

24 deleted them.  I then asked:  So they would be available in

25 your gmail trash, is that correct, to which he responded that

1    his gmails were hacked and the emails were deleted.

2         That is testimony that was given under oath by this

3    individual.  Either he was lying then or he is lying now if he

4    found them, but either way I think we are entitled to

5    investigation of this incident to determine it.

6         Now, we have several emails in our possession which

7    suggest that the latest production of 70 emails is incomplete,

8    which means either he did in fact delete additional emails or

9    Mr. Dorsett or the SEC is continuing to withhold emails.  These

10   are not just any emails but the most relevant emails to the

11   case.  Specifically, emails in which attorneys or advisors are

12   advising Mr. Dorsett, who is the chief compliance officer, of

13   how to abide by 15a-6, the rule regarding nonsolicitation of

14   U.S. customers by foreign broker-dealers.

15        One extreme example we have is that in 2014 my law

16   firm sent a draft affidavit to Mr. Dorsett with the annotation

17   that he should read it and verify that everything in it was

18   accurate.  It related specifically to solicitation.  It was

19   used for the purpose of a FINRA investigation that was

20   conducted in 2014 and that resulted in no action in 2015 and

21   which Mr. Dorsett then initialed on every page and signed in

22   front of a notary.  That email has been scrubbed or deleted.

23        It is a severe disadvantage at trial that I cannot

24   present it to him and ask him the question that this is an

25   email you produced to us and that you attest that you were in

1   charge of the solicitation policies and that you abided by them

2   based on advice.

3          THE COURT:  Mr. Ford, listen to me.  You are saying

4   that the SEC has spoliated things.  The SEC is saying whatever

5   Mr. Dorsett initially said was deleted, but then realized that

6   he still had it, sent it to them and the SEC turns around and

7   sends it to you.

8          What is the basis of your claim that the SEC has

9   spoliated evidence?  I don't understand that.

10          MR. FORD:  OK.  So the basis of that claim is in

11   November 2015 the SEC sent a letter to Mr. Dorsett and,

12   actually, in that letter threatened him with criminal

13   prosecution if he did not preserve certain documents.  I

14   understand criminal prosecution is outside of the SEC's

15   jurisdiction, but they in fact said that in the letter.

16          After that, Mr. Dorsett began communication with an

17   SEC staff attorney.  Over the next year and a half they engaged

18   in repeated telephone conferences and email conferences where

19   the SEC staff attorney verified that Mr. Dorsett was sending

20   emails to them.  In fact, the SEC staff attorney was

21   instructing Mr. Dorsett to obtain specific documents.

22          Since that time Mr. Dorsett has continued to act under

23   the control of the SEC.  While claiming that he is outside of

24   the jurisdiction of the court and therefore subject to the

25   letters rogatory, he has been available at the SEC's beck and

1    call.  They have scheduled his depositions, and, in fact, at

2    his deposition they acted as though they were his counsel, on

3    two separate occasions threatening to terminate the deposition.

4    So we think this individual is in the control of the SEC.

5            Now, your Honor, there has been 62,000 documents

6    produced in this case.  Of them, more than 47,000 have come

7    from these two individuals.  More than 75 percent of the

8    documents in this case the SEC has obtained after the complaint

9    was filed and outside of the regular process that would allow

10   us to challenge it.  Nearly the entirety of the case and all of

11   the discovery is outside of the standard process of the federal

12   rules.

13           THE COURT:  I'm sorry, sir.  Again, you keep veering

14   off to non-issues.  I already ruled on those issues.

15           What you are saying now, it sounds to me like you're

16   saying that you're imputing what you claim is spoliation by

17   Mr. Dorsett on the SEC.  That your argument?  Because stick to

18   spoliation, if you would.

19           MR. FORD:  That is exactly my argument.

20           MR. HALPIN:  Your Honor, it is Mr. Halpin.

21           Mr. Ford, do you want me to just respond briefly on

22   this point?

23           THE COURT:  I'm sorry.

24           MR. HALPIN:  I'm happy --

25           THE COURT:  Sir, I have been addressing Mr. Ford.

1          MR. HALPIN:  I'm sorry, your Honor.  I'm sorry, your
2     Honor.  My apologies.
3          THE COURT:  Mr. Ford, is that what you are arguing?
4     Are you imputing what you claim is spoliation by Mr. Dorsett to
5     the SEC?  Is that the theory that you're traveling under?
6          MR. FORD:  Your Honor, two things.  First of all, we
7     are requesting a hearing on spoliation, and some of the relief
8     we requested, including prohibiting Mr. Dorsett in testifying
9     at trial --
10         THE COURT:  I'm sorry.  Sir, sir, sir, listen to me.
11    I am trying to figure out if this business of the emails of
12    Mr. Dorsett, that you did not apparently confer on, which has
13    given rise to this motion to strike, whether that has become
14    moot, as the SEC is arguing, because in that case then the
15    motion for spoliation no longer needs the court's attention.
16    That is what I am trying to determine.
17         Now you're saying that you have some other issues.
18    You can bring those other issues separately, refile your motion
19    with the other issues, but the motion to strike was geared to
20    the failure to confer, because if you had conferred, then you
21    would have found out that Mr. Dorsett had in fact sent the
22    emails.  That is the very narrow issue that I'm trying to
23    address today.  You keep bringing up other stuff that has
24    nothing directly to do with it.
25         So I will give you one more opportunity to explain to

1    me how you claim that these emails that we have been talking

2    about, that Mr. Dorsett apparently didn't even spoliate, he

3    found them and sent them, how does that relate to the SEC.

4    Because if it doesn't, then we can basically move on to what

5    other spoliation issues you have when we have a proper hearing

6    on a properly-filed motion for spoliation.

7         I have tried to be as clear as I can, but please do

8    not go on tangents.  Just address what I'm saying.

9         MR. FORD:  OK.  In the first instance, we believe that

10   we did meet and confer.  We discussed this at length at the end

11   of the deposition.  We then met again and conferred on February

12   24th about these issues.

13        We are seeking relief against the SEC in our

14   spoliation motion in the following forms.  We are seeking to

15   prohibit Dorsett from testifying at trial or the SEC from using

16   his testimony on summary judgment.  So in that regard it

17   directly relates to the SEC.

18        With regards to imputing the conduct, we are imputing

19   the conduct to the SEC.  We believe we have presented not only

20   a *prima facie* case, but an actual case of spoliation because

21   the witness testified under oath that he deleted documents,

22   regardless of whether he now claims to have found some of them.

23        There are individuals beyond -- for example, Carla

24   Marin -- who the SEC, actually astonishingly, claims they don't

25   know who they are.  Your Honor, there was only three

1    investigative interviews in this case and one of them was of

2    Carla Marin, and, in fact, there was an enforcement action to

3    depose her.

4             THE COURT:  I'm sorry, Mr. Ford.  There you go veering

5    off to other things.

6             Let me hear --

7             MR. FORD:  Your Honor --

8             THE COURT:  -- from the SEC -- hold on.  Hold on -- as

9    a final question to the SEC.

10            Is the SEC's position that whatever Mr. Dorsett says

11   had been deleted has now been produced to Mr. Gentile?

12            MS. SUM:  Yes.

13            THE COURT:  All right.  So based on that I find that

14   failure to confer has rendered the original motion for

15   spoliation no longer up to date and incomplete, and, therefore,

16   I will grant the motion to strike without prejudice to

17   Mr. Gentile, if it is appropriate, to file a new motion for

18   spoliation that is well-grounded, and I will address that.

19   When that becomes ripe, I will hold an in-person hearing on

20   that matter.

21            So at this point in time the motion to strike is

22   granted.  The motion for spoliation is stricken without

23   prejudice to the filing of a proper motion, if appropriate,

24   that comports with all of this court's rules and the Rules of

25   Civil Procedure.

1          As I said, once that, if it is filed, becomes ripe, I

2     will -- I'm sorry, Mr. Ford, to ask you to travel, but it is of

3     the serious nature that in my opinion will require an in-person

4     hearing.

5          You will receive a written order.

6          Anything else for today?

7          MS. SUM:  Nothing from the SEC, your Honor.

8          MR. FORD:  Your Honor, I just want to raise one thing,

9     which is that we are always open to travel.  I find that the

10    hearings, these sort of hearings are much better in person.

11    Call me old-fashioned.  I know the technology is useful, and we

12    appreciate your consideration, but we are certainly open to

13    appear before your Honor in person.  We think it would be

14    helpful.

15         Thank you very much for your ruling today.

16         THE COURT:  I agree with you, Mr. Ford, but because of

17    the preliminary nature of this motion to strike and given that

18    I thought it wouldn't take very long, that is why I kind of

19    hesitated to make you travel from New York for a short hearing.

20    However, if we do end up having the motion for spoliation, I

21    will certainly set it in person.

22         All right.  Thank you very much.

23         THE DEPUTY CLERK:  Court adjourned.

24         (Adjourned)

25

C E R T I F I C A T E


    I hereby certify that the foregoing is an accurate

transcription to the best of my ability of the digital audio

recording in the above-entitled matter.


April 17, 2023          s/ Joanne Mancari
                        Joanne Mancari, RPR, CRR, CSR
                        Court Reporter
                        jemancari@gmail.com

MR. FORD: [13]  3/12 8/3 9/13 9/25 10/4
10/11 11/20 13/10 14/19 15/6 16/9 17/7
18/8
MR. HALPIN: [3]  14/20 14/24 15/1
MS. SUM: [6]  3/7 3/11 4/9 10/14 17/12
18/7
THE COURT: [19]  3/10 3/15 8/2 9/8
9/18 10/2 10/7 10/12 11/10 13/3 14/13
14/23 14/25 15/3 15/10 17/4 17/8 17/13
18/16
THE DEPUTY CLERK: [2]  3/3 18/23

'
'22 [3]  4/16 5/6 5/22

0
0040 [1]  2/6

1
10 [1]  1/6
10016 [1]  2/5
11,000 [3]  4/14 4/19 5/3
15a-6 [1]  12/13
17 [1]  19/8
18 [1]  1/9

2
20 [1]  8/22
2014 [2]  12/15 12/20
2015 [2]  12/20 13/11
2022 [1]  10/17
2023 [2]  1/6 19/8
21 [3]  3/4 8/25 9/3
21-CV-21079-BB [1]  1/2
21079 [1]  3/4
212-858-0040 [1]  2/6
21st [1]  8/24
24th [1]  16/12
275 [1]  2/5
27th [2]  4/2 5/9
28th [4]  5/9 9/16 10/6 11/21

3
305-982-6300 [1]  1/18
331 [1]  8/13
33131 [1]  1/17

4
44,000 [1]  4/13
47,000 [1]  14/6
49 [1]  8/10

6
62,000 [1]  14/5
6300 [1]  1/18

7
70 [1]  12/7
75 [1]  14/7

8
801 [1]  1/17

9
9th [2]  5/1 6/11

A
abide [1]  12/13
abided [1]  13/1
ability [3]  10/21 10/21 19/5
able [1]  6/7
about [12]  4/4 7/1 7/6 7/7 7/19 7/20 7/25
9/7 11/19 11/22 16/2 16/12
above [1]  19/6
above-entitled [1]  19/6
absolutely [2]  6/9 11/8
abundance [1]  6/14
access [1]  4/24
accurate [2]  12/18 19/4
act [1]  13/22
acted [1]  14/2
action [3]  8/8 12/20 17/2
actual [1]  16/20
actually [2]  13/12 16/24
additional [1]  12/8
address [5]  6/24 9/12 15/23 16/8 17/18
addressing [1]  14/25
adjourned [1]  18/23 18/24
advice [1]  13/2
advised [1]  6/6
advising [1]  12/12
advisors [1]  12/11
affidavit [1]  12/16
after [5]  5/9 5/18 8/25 13/16 14/8
again [4]  5/8 7/5 14/3 16/11
against [2]  8/8 16/13
ago [1]  10/15
agree [1]  18/16
ahead [1]  3/20
al [2]  1/8 3/4
ALICE [2]  1/15 3/7
ALICIA [1]  1/12
ALISE [2]  1/16 3/9
all [11]  3/15 8/2 8/11 9/25 10/1 10/4
14/10 15/6 17/13 17/24 18/22
alleged [1]  5/17
allow [1]  14/9
almost [1]  8/14
along [1]  9/4
already [1]  14/14
also [3]  3/9 3/13 8/21
although [1]  5/23
always [1]  18/9
am [4]  4/3 9/22 15/11 15/16
annotation [1]  12/16
another [1]  8/5
answer [1]  7/25
any [12]  3/22 4/17 5/7 6/11 6/21 7/7 7/25
7/25 8/18 8/20 9/21 12/10
anything [3]  8/20 11/9 18/6
apologies [1]  15/2
apparently [3]  11/12 15/12 16/2
appear [1]  18/13
appearances [4]  1/14 1/20 3/6 8/12
appears [1]  9/10
appreciate [1]  18/12
appropriate [2]  17/17 17/23
approximately [1]  4/16
April [3]  1/6 10/16 19/8
are [27]
arguing [2]  15/3 15/14
argument [3]  6/19 14/17 14/19
arguments [2]  4/18 6/20
around [1]  13/6
as [19]  3/21 4/12 4/25 5/3 5/3 5/17 6/6
6/6 6/10 9/14 10/14 11/17 11/17 14/2
15/14 16/7 16/7 17/8 18/1
ask [2]  12/24 18/2
asked [6]  4/20 8/16 10/16 11/15 11/22

1/24,
astonishingly [1]  16/24
at [16]  4/19 6/3 6/4 7/13 8/21 9/7 9/22
11/11 12/23 13/25 14/1 15/9 16/10 16/10
16/15 17/21
attempt [2]  7/17 7/19
attendance [1]  3/14
attention [1]  15/15
attest [1]  12/25
attorney [8]  4/20 5/7 8/11 8/16 10/17
13/17 13/19 13/20
attorneys [2]  10/25 12/11
audio [1]  1/11 19/5
available [1]  11/24 13/25
Avenue [2]  1/17 2/5

B
back [3]  5/21 8/20 10/16
background [2]  4/10 8/1
Bahamas [1]  7/9
based [2]  13/2 17/13
basic [1]  7/13
basically [3]  4/6 4/23 16/4
basics [1]  7/22
basis [4]  6/21 6/25 13/8 13/10
BB [1]  1/2
be [7]  3/18 4/4 6/17 9/21 11/24 16/7
18/13
because [12]  5/13 6/14 6/25 7/13 9/24
11/11 14/17 15/14 15/20 16/4 16/20
18/16
beck [1]  13/25
become [2]  15/13
becomes [2]  17/19 18/1
been [13]  3/19 5/12 5/20 6/9 6/18 9/14
12/22 13/25 14/5 14/25 16/1 17/11 17/11
before [3]  1/12 6/13 18/13
began [1]  13/16
behalf [1]  3/12
being [1]  8/20
believe [6]  6/20 6/23 11/5 11/7 16/9
16/19
best [3]  7/14 7/15 19/5
better [1]  18/10
beyond [2]  7/7 16/23
Bloom [1]  3/5
bottom [1]  7/22
Brickell [1]  1/17
briefly [1]  14/21
bring [1]  15/18
bringing [1]  15/23
broker [1]  12/14
broker-dealers [1]  12/14
business [1]  15/11
but [20]

C
call [3]  4/19 14/1 18/11
came [1]  5/8
can [4]  6/24 15/18 16/4 16/7
cannot [1]  12/23
Carla [2]  16/23 17/2
case [22]
caution [1]  6/14
certain [2]  4/20 13/13
certainly [4]  6/12 7/10 18/12 18/21
certificate [1]  7/18
certify [1]  19/4
challenge [1]  14/10
charge [2]  8/16 13/1

## C

chief [1]  12/12
chose [1]  6/11
chunk [1]  8/25
civil [2]  3/5 17/25
claim [5]  13/8 13/10 14/16 15/4 16/1
claiming [1]  13/23
claims [2]  16/22 16/24
clarify [2]  4/6 5/15
clear [2]  7/16 16/7
clearly [1]  6/18
colleague [2]  3/13 11/3
color [1]  9/14
come [2]  8/25 14/6
comments [2]  4/11 9/10
COMMISSION [4]  1/4 1/16 3/3 3/8
communication [1]  13/16
compel [1]  9/1
complaint [1]  14/8
compliance [2]  7/18 12/12
comports [1]  17/24
conduct [2]  16/18 16/19
conducted [4]  9/16 10/6 11/21 12/20
confer [9]  5/20 6/5 6/17 7/6 9/20 15/12
15/20 16/10 17/14
conferences [2]  13/18 13/18
conferred [4]  5/13 9/21 15/20 16/11
confirmed [2]  5/20 11/4
consideration [1]  18/12
CONT'D [1]  2/1
contacted [1]  11/14
continued [1]  13/22
continues [1]  4/4
continuing [1]  12/9
control [3]  10/19 13/23 14/4
correct [1]  11/25
correctly [1]  11/11
could [3]  3/17 3/18 5/2
counsel [10]  3/6 3/20 3/23 4/3 5/25 6/8
7/3 7/11 8/19 14/2
couple [1]  8/17
course [1]  9/4
court [7]  1/1 2/9 7/14 11/9 13/24 18/23
19/9
court's [2]  15/15 17/24
courtesy [2]  3/20 9/9
credibility [1]  6/23
criminal [2]  13/12 13/14
cross [1]  6/24
cross-examination [1]  6/24
CRR [2]  2/9 19/8
CSR [2]  2/9 19/8
currently [2]  8/10 8/13
customers [1]  12/14
CV [1]  1/2

## D

date [1]  17/15
day [1]  8/5
days [1]  8/8
deal [1]  4/16
dealers [1]  12/14
Defendant [2]  1/9 2/3
delete [2]  11/14 12/8
deleted [10]  6/1 9/11 10/5 11/13 11/24
12/1 12/22 13/5 16/21 17/11
deleting [1]  5/23
deletion [1]  6/22
delve [1]  7/12
depose [1]  17/3

deposition [6]  5/9 5/24 11/12 14/2 14/3
18/11
depositions [1]  14/1
destroyed [1]  9/11
destruction [1]  5/17
detailed [1]  7/25
determine [3]  5/16 12/5 15/16
detrimental [1]  9/6
did [18]  4/2 5/5 5/6 5/19 5/22 5/25 6/3
7/16 7/17 8/19 9/13 10/4 11/16 11/18
12/8 13/13 15/12 16/10
didn't [5]  4/24 6/14 7/17 11/14 16/2
different [2]  8/6 8/7
difficulties [1]  3/17
digital [2]  1/11 19/5
directly [1]  14/16
disadvantage [1]  12/23
discovery [2]  9/14 14/11
discuss [1]  4/15
discussed [1]  16/10
dismissal [1]  7/21
dispute [3]  4/3 4/12 11/5
district [3]  1/1 1/1 7/23
do [15]  5/19 6/16 7/1 7/5 7/14 7/15 8/11
9/23 9/24 10/24 11/1 14/21 15/24 16/7
18/20
docket [2]  8/10 8/13
documents [7]  9/10 11/22 13/13 13/21
14/5 14/8 16/21
does [1]  16/3
doesn't [1]  16/4
don't [8]  6/20 7/11 10/1 10/2 10/18 11/5
13/9 16/24
Dorsett [35]
Dorsett's [1]  5/9
draft [1]  12/6
during [1]  5/8

## E

either [3]  12/3 12/4 12/8
else [1]  18/6
email [4]  9/23 12/22 12/25 13/18
emails [36]
employee [2]  5/4 7/9
employees [1]  4/13
end [2]  16/10 18/20
enforcement [1]  17/2
engaged [1]  13/17
entire [1]  8/17
entirety [1]  14/10
entitled [2]  12/4 19/6
entries [2]  8/10 8/13
ESQ [4]  1/15 1/16 2/3 2/4
et [2]  1/8 3/4
even [4]  4/5 7/17 9/20 10/3 16/2
event [1]  3/22
ever [1]  7/3
every [2]  8/15 12/21
everyone [1]  6/12
everything [1]  12/17
evidence [3]  5/17 7/7 13/9
evident [1]  7/3
exactly [4]  4/6 5/19 10/11 14/19
examination [4]  6/24 9/16 10/6 11/21
example [2]  12/15 16/23
EXCHANGE [4]  1/3 1/16 3/3 3/8
exist [3]  6/4 6/6 7/1
explain [1]  15/25
explained [1]  10/14
explanation [1]  6/2

extreme [1]  12/15

## F

face [1]  7/18
facie [1]  16/20
fact [14]  5/2 5/5 5/16 5/19 5/25 6/3 7/1
11/1 12/8 13/15 13/20 14/1 15/21 17/2
failure [3]  9/20 15/20 17/14
familiar [1]  7/11
far [3]  7/12 8/22 11/17
fashioned [1]  18/11
February [6]  5/9 9/16 10/1 10/6 11/21
16/11
federal [1]  14/11
few [1]  10/15
figure [1]  15/11
file [3]  8/16 8/17 17/17
filed [9]  5/10 5/19 8/7 8/8 10/23 11/13
14/9 16/6 18/1
filing [1]  17/23
filings [1]  5/25
final [1]  17/9
find [3]  11/15 17/13 18/9
FINRA [1]  12/19
firm [1]  12/16
first [6]  4/5 7/2 9/25 11/6 15/6 16/9
fixed [1]  3/18
FL [1]  1/17
FLORIDA [2]  1/1 1/5
follow [2]  7/15 7/16
following [2]  3/2 16/14
FORD [15]  2/3 2/4 3/12 8/2 9/8 11/2
11/6 11/18 13/3 14/21 14/25 15/3 17/4
18/2 18/16
Ford's [1]  4/7
fordobrien.com [2]  2/6 2/7
forego [1]  3/18
foregoing [1]  19/4
foreign [1]  12/14
former [3]  4/13 5/3 7/9
forms [1]  16/14
forward [1]  5/2
found [4]  12/4 15/21 16/3 16/22
front [1]  12/22
further [2]  9/4 9/20

## G

geared [1]  15/19
Gentile [11]  2/4 3/12 3/14 3/23 5/10 7/10
7/13 7/16 8/19 17/11 17/17
Gentile's [6]  3/20 4/3 5/24 6/8 7/3 8/12
get [3]  9/5 9/18 9/22
getting [1]  9/13
give [2]  10/12 15/25
given [4]  5/14 12/2 15/13 18/17
gmail [1]  11/25
gmail.com [2]  2/10 19/9
gmails [1]  12/1
go [4]  5/2 6/23 16/8 17/4
going [4]  7/20 8/4 9/14 9/20
good [5]  3/7 3/10 3/11 8/3 8/25
grant [1]  17/16
granted [2]  3/24 17/22
grounded [1]  17/18
Guy [2]  2/4 3/12

## H

hacked [1]  12/1
had [12]  4/19 5/19 6/5 6/10 6/17 8/18
9/21 11/12 13/6 15/20 15/21 17/11

**H**

half [1]  13/17
HALPIN [3]  2/4 3/13 14/20
hand [1]  9/7
happened [3]  4/7 5/18 8/14
happens [1]  8/14
happy [2]  7/25 14/24
has [20]
have [44]
having [3]  3/16 3/21 18/20
he [22]
hear [4]  4/5 4/7 8/2 17/6
heard [2]  7/3 11/7
hearing [10]  1/11 3/16 3/18 5/1 6/11
 15/7 16/5 17/19 18/4 18/19
hearings [3]  3/19 18/10 18/10
held [2]  3/2 8/20
helpful [1]  18/14
her [1]  17/3
here [5]  3/13 6/16 6/17 7/13 8/5
here's [3]  4/10 8/9 11/20
hereby [1]  19/4
hesitated [1]  18/19
highlights [1]  4/10
him [5]  4/20 11/22 12/24 12/24 13/12
his [12]  5/10 5/22 5/24 5/25 7/11 11/3
 11/11 12/1 14/1 14/2 14/2 16/16
history [1]  8/1
hits [4]  4/22 5/7 10/17 10/25
hold [3]  17/8 17/8 17/19
holding [1]  3/19
Honor [20]
HONORABLE [1]  1/12
how [5]  9/2 9/14 12/13 16/1 16/3
However [1]  18/20

**I**

I'm [16]  7/24 9/13 9/18 10/2 10/2 10/11
 14/13 14/23 14/24 15/1 15/1 15/10 15/22
 16/8 17/4 18/2
I've [1]  11/7
if [18]  3/24 4/22 7/5 9/12 9/20 9/24 11/6
 11/10 12/3 13/11 13/18 15/11 15/20 16/4
 17/17 17/23 18/1 18/20
III [1]  2/4
importantly [2]  5/14 9/4
improperly [1]  10/23
imputing [4]  14/16 15/4 16/18 16/18
in [76]
in-person [3]  3/19 17/19 18/3
inartful [1]  6/2
inartfully [1]  11/12
inbox [2]  5/22 11/1
incident [1]  12/5
include [1]  5/7
including [1]  15/8
incomplete [2]  12/7 17/15
inconceivable [1]  9/2
individual [3]  11/22 12/3 14/4
individuals [2]  14/7 16/23
initialed [1]  12/21
initially [1]  13/5
instance [1]  16/9
instructing [1]  13/21
interesting [1]  8/14
internally [1]  6/7
INTERNATIONAL [2]  1/7 3/4
interrupt [1]  9/9
interviews [1]  17/1
into [1]  7/12

investigation [2]  12/5 12/19
investigative [1]  17/1
is [73]
issue [7]  5/8 6/9 6/18 7/6 9/7 10/22
 15/22
issued [1]  7/10
issues [9]  6/22 8/19 14/14 14/14 15/17
 15/18 15/19 16/5 16/12
it [41]
its [1]  7/18

**J**

January [2]  5/1 6/11
jemancari [2]  2/10 19/9
Joanne [3]  2/9 19/8 19/8
JOHNSON [2]  1/16 3/9
johnsonali [1]  1/19
JUDGE [1]  1/12
judgment [1]  16/16
jurisdiction [3]  8/7 13/15 13/24
just [11]  3/24 4/6 8/3 8/5 10/7 10/15
 11/23 12/10 14/21 16/8 18/8

**K**

keep [2]  14/13 15/23
kept [1]  3/20
kind [1]  18/18
know [3]  3/19 16/25 18/11
knows [2]  4/12 4/25

**L**

LANDY [1]  2/4
last [1]  4/16
later [1]  8/18
latest [1]  12/7
law [1]  12/15
lawyers [1]  7/2
lay [1]  4/9
learned [1]  4/15
length [1]  16/10
let [6]  3/19 4/5 8/2 8/3 10/12 17/6
let's [5]  7/6 8/21 9/7 10/7 11/10
letter [3]  13/11 13/12 13/15
letters [2]  7/10 13/25
level [1]  7/14
like [2]  6/12 14/15
line [3]  11/11 11/17 11/19
listen [2]  13/3 15/10
LLP [1]  2/4
logistical [1]  8/12
long [1]  18/18
longer [2]  15/15 17/15
look [1]  8/21
LTD [2]  1/8 3/4
lying [2]  12/3 12/3

**M**

Madison [1]  2/5
MAGISTRATE [1]  1/12
make [2]  9/3 18/19
Mancari [3]  2/9 19/8 19/8
March [1]  4/1
Marin [2]  16/24 17/2
marks [1]  11/23
matter [4]  3/15 9/15 17/20 19/6
MATTHEW [2]  2/3 3/12
may [5]  4/16 5/6 5/21 5/23 10/16
me [13]  3/13 4/5 8/2 8/3 8/17 10/12 13/3
 14/15 14/21 15/10 16/1 17/6 18/11
means [1]  12/8

meet [5]  5/20 6/5 6/17 7/6 16/10
mention [1]  7/3
messages [1]  10/4
met [2]  5/13 16/11
mford [1]  2/6
Miami [2]  1/5 1/17
mind [1]  9/2
MINTBROKER [3]  1/7 3/4 8/8
minutes [1]  10/15
missed [1]  11/20
missing [1]  11/18
misstatement [1]  10/10
misunderstand [1]  11/19
moot [1]  15/14
mooted [2]  6/10 6/19
more [15]  5/14 7/25 8/18 8/21 9/4 9/5
 9/5 9/6 14/6 14/7 15/25
morning [4]  3/7 3/10 3/11 8/3
most [2]  8/23 12/10
motion [28]
move [2]  9/1 16/4
Mr. [61]
Mr. Dorsett [33]
Mr. Dorsett's [1]  5/9
Mr. Ford [12]  8/2 9/8 11/2 11/16 11/18
 13/3 14/21 14/25 15/3 17/4 18/2 18/16
Mr. Ford's [1]  4/7
Mr. Gentile [9]  3/14 3/23 5/10 7/10 7/13
 7/16 8/9 17/11 17/17
Mr. Gentile's [4]  3/20 5/24 6/8 8/12
Mr. Halpin [1]  14/20
Ms. [2]  10/8 10/12
Ms. Sum [2]  10/8 10/12
much [4]  8/11 18/10 18/15 18/22
my [10]  3/13 9/2 9/9 10/21 11/1 12/15
 14/19 15/2 18/3 19/5

**N**

names [4]  4/21 5/7 7/3 10/17
narrow [1]  15/22
nature [2]  18/3 18/17
Nearly [1]  14/10
need [1]  9/21
needed [1]  9/3
needs [1]  15/15
never [2]  7/10 7/19
new [4]  2/5 3/21 17/17 18/19
next [1]  13/17
no [9]  1/2 3/4 7/7 9/24 9/25 11/14 12/20
 15/15 17/15
non [1]  14/14
non-issues [1]  14/14
nonparty [1]  10/19
nonsolicitation [1]  12/13
nor [1]  8/19
not [21]
notary [1]  12/22
nothing [2]  15/24 18/7
notice [1]  6/12
noticed [2]  8/5 8/7
November [1]  13/11
now [15]  6/20 8/18 8/21 8/21 8/24 9/7
 9/16 11/18 12/3 12/6 14/5 14/15 15/17
 16/22 17/11
NY [1]  2/5

**O**

O'BRIEN [1]  2/4
oath [3]  11/22 12/2 16/21
obtain [1]  13/21

**O**

obtained [1]  14/8
occasions [1]  14/3
occur [1]  5/25
occurred [2]  6/18 11/4
off [3]  6/21 14/14 17/5
officer [1]  12/12
OK [5]  6/4 10/12 11/20 13/10 16/9
old [2]  8/22 18/11
old-fashioned [1]  18/11
on [30]
once [1]  18/1
one [5]  5/13 12/15 15/25 17/1 18/8
ones [2]  5/3 7/2
only [4]  8/25 10/22 16/19 16/25
open [2]  18/9 18/12
operate [1]  7/22
opinion [1]  18/3
opportunity [3]  5/12 10/12 15/25
or [13]  6/11 6/22 9/1 9/11 10/16 10/21
 11/18 12/3 12/8 12/9 12/11 12/22 16/15
order [1]  18/5
original [1]  17/14
OTAZO [1]  1/12
OTAZO-REYES [1]  1/12
other [12]  5/3 5/3 6/20 7/2 8/5 8/13
 15/17 15/18 15/19 15/23 16/5 17/5
our [11]  3/17 4/23 5/12 6/9 6/15 7/14
 7/15 10/14 11/8 12/6 16/13
out [5]  3/19 4/9 9/9 15/11 15/21
outside [4]  13/14 13/23 14/9 14/11
over [3]  5/5 9/3 13/17

**P**

page [1]  12/21
Pages [1]  1/9
papers [3]  3/22 10/15 11/8
party [1]  8/6
passed [1]  4/25
percent [1]  14/7
perhaps [1]  6/2
person [6]  3/19 17/19 18/3 18/10 18/13
 18/21
perspective [1]  6/9
phone [1]  8/15
picked [1]  8/15
piggyback [1]  6/21
Plaintiff [2]  1/5 1/15
please [4]  3/6 6/5 9/12 16/7
point [6]  5/12 6/4 9/12 9/19 14/22 17/21
points [1]  10/7
policies [1]  13/1
position [1]  17/10
possession [3]  6/14 6/15 12/6
possible [1]  9/2
potential [1]  4/17
practicing [1]  7/23
prejudice [2]  17/16 17/23
preliminary [2]  9/10 18/17
present [2]  3/8 12/24
presented [1]  16/19
preserve [1]  13/13
Pretty [1]  8/11
prima [1]  16/20
privilege [2]  4/17 7/23
procedural [1]  4/9
Procedure [1]  17/25
proceedings [1]  3/2
produce [1]  9/5

produced [3]  12/25 14/6 17/11
production [4]  6/18 8/23 8/24 12/7
productions [3]  8/22 8/25 9/3
prohibit [1]  16/15
prohibiting [1]  15/8
proper [2]  16/5 17/23
properly [1]  16/6
properly-filed [1]  16/6
prosecution [2]  13/13 13/14
provide [1]  9/14
purported [4]  5/16 6/22 7/19 8/23
purpose [1]  12/19

**Q**

question [3]  4/2 12/24 17/9
questions [1]  7/25
quickly [1]  8/4
quite [1]  4/3
quotation [1]  11/23

**R**

raise [2]  8/9 18/8
raised [1]  10/22
rather [1]  3/17
read [1]  12/17
ready [1]  4/20
realized [1]  13/5
really [3]  6/2 6/16 7/5
reason [2]  8/9 8/20
receive [1]  18/5
received [4]  3/23 8/22 10/9 11/5
receiving [1]  11/7
recent [1]  8/23
record [2]  3/6 3/17
recording [2]  1/11 19/6
refer [1]  7/2
referred [2]  5/23 11/7
refers [1]  5/25
refile [2]  3/25 15/18
regard [1]  16/16
regarding [1]  12/13
regardless [1]  16/22
regards [1]  16/18
regret [1]  6/16
regular [1]  14/9
relate [1]  16/3
related [1]  12/18
relates [2]  4/12 16/17
relevant [3]  4/10 9/5 12/10
relief [2]  15/7 16/13
rendered [1]  17/14
repeated [1]  13/18
Reporter [2]  2/9 19/9
repository [1]  4/23
representations [1]  11/8
requested [1]  15/8
requesting [1]  15/7
require [1]  18/3
requires [1]  5/13
resolved [1]  6/18
respect [1]  4/14
respond [2]  10/13 14/21
responded [1]  11/25
response [2]  3/23 4/8
resulted [1]  12/20
review [1]  4/17
reviewed [2]  3/22 4/6
reviewing [1]  5/2
REYES [1]  1/12
right [6]  3/15 8/2 9/8 9/18 17/13 18/22

ripe [2]  17/19 18/1
rise [1]  13/13
rock [1]  7/22
rock-bottom [1]  7/22
rogatory [2]  7/10 13/25
RPR [2]  2/9 19/8
rule [2]  5/13 12/13
ruled [2]  5/2 14/14
rules [6]  7/14 7/15 7/17 14/12 17/24
 17/24
ruling [1]  18/15

**S**

said [9]  6/4 10/24 10/25 11/9 11/12
 11/14 13/5 13/15 18/1
same [1]  5/21
sanctions [9]  3/25 5/10 5/18 7/4 7/13
 7/21 9/1 10/23 11/13
sat [1]  4/23
save [1]  3/21
say [2]  4/1 10/2
saying [12]  3/24 8/4 9/11 9/20 10/8
 10/11 13/3 13/4 14/15 14/16 15/17 16/8
says [3]  9/23 10/3 17/10
scheduled [1]  14/1
scheduling [1]  8/11
scrubbed [1]  12/22
search [1]  4/20
searched [1]  5/21 10/18
searches [1]  5/7
SEC [43]
SEC's [7]  4/1 4/17 6/13 10/21 13/14
 13/25 17/10
sec.gov [2]  1/18 1/19
Second [1]  10/1
SECURITIES [4]  1/3 1/16 3/3 3/8
see [1]  11/10
seek [1]  7/21
seeking [3]  9/19 16/13 16/14
segregated [5]  4/21 5/21 6/3 10/16
 10/20
send [4]  4/21 6/5 10/4 11/16
sending [1]  13/19
sends [1]  13/7
sent [10]  8/17 9/23 10/3 10/9 11/16
 12/16 13/6 13/11 15/21 16/3
separate [2]  9/3 14/3
separately [1]  15/18
serious [1]  18/3
set [3]  3/15 10/7 18/21
several [1]  12/6
severe [1]  12/23
shalpin [1]  2/7
short [1]  18/19
should [2]  5/12 12/17
signed [1]  12/21
Since [1]  13/22
sir [7]  9/18 9/18 14/13 14/25 15/10 15/10
 15/10
sitting [1]  6/16
situation [2]  5/16 6/12
so [27]
solicitation [2]  12/18 13/1
some [6]  4/25 5/23 9/14 15/7 15/17
 16/22
somehow [1]  6/10
something [6]  6/24 7/5 8/4
somewhere [1]  11/15
soon [1]  6/6
sorry [10]  9/18 10/2 10/2 14/13 14/23

**S**

sorry... [5]  15/1 15/1 15/10 17/4 18/2
sort [1]  18/10
sounds [1]  14/15
SOUTHERN [1]  1/1
speak [1]  5/15
specific [2]  7/20 13/21
specifically [5]  4/13 7/21 11/23 12/11
 12/18
spoliate [1]  16/2
spoliated [2]  13/4 13/9
spoliation [20]
staff [3]  13/17 13/19 13/20
stand [2]  7/24 11/8
standard [1]  14/11
start [1]  8/4
starts [1]  11/11
state [1]  3/6
stated [1]  10/8
STATES [2]  1/1 1/12
STEPHEN [2]  2/4 3/13
stick [1]  14/17
still [6]  5/22 6/4 6/6 7/1 10/24 13/6
stricken [1]  17/22
strike [8]  3/24 4/1 9/19 15/13 15/19
 17/16 17/21 18/17
stuff [1]  15/23
subject [1]  13/24
substance [1]  7/12
such [1]  7/8
suggest [1]  8/20
SUM [4]  1/15 3/7 10/8 10/12
sumal [1]  1/18
summary [1]  16/16
supposed [1]  7/14
sure [1]  4/3
suspect [1]  8/20

**T**

take [2]  7/5 18/18
talk [3]  7/6 7/19 9/7
talked [1]  8/15
talking [3]  7/1 9/9 16/1
tangents [1]  16/8
technical [1]  3/16
technology [1]  18/11
telephone [1]  13/18
ten [1]  8/8
terminate [1]  14/3
testified [2]  11/23 16/21
testifying [2]  15/8 16/15
testimony [2]  12/2 16/16
than [6]  3/18 7/17 8/18 8/22 14/6 14/7
Thank [2]  18/15 18/22
that [135]
that's [2]  10/23 11/17
their [6]  7/4 8/16 8/19 8/23 9/6 11/8
them [26]
then [17]  4/7 4/23 4/25 5/8 6/5 7/1 7/6
 11/2 11/6 11/24 12/3 12/21 13/5 15/14
 15/20 16/4 16/11
theory [1]  15/5
there [18]  5/1 5/16 5/20 6/20 7/7 7/19
 8/4 8/10 8/13 8/20 9/21 9/24 11/5 14/5
 16/23 16/25 17/2 17/4
therefore [2]  13/24 17/15
Thereupon [1]  2/11
these [13]  4/15 6/6 6/10 6/13 7/20 7/21
 10/24 11/22 12/9 14/7 16/1 16/12 18/10
they [33]

they'd [1]  3/24
they're [2]  3/24 7/6
thing [2]  11/11 18/8
things [4]  8/12 13/4 15/6 17/5
think [7]  3/23 4/10 6/2 9/8 12/4 14/4
 18/13
this [33]
those [14]  4/21 4/22 4/23 5/7 5/20 6/5
 6/22 7/3 8/11 8/25 10/20 11/1 14/14
 15/18
though [3]  4/5 10/3 14/2
thought [1]  18/18
threatened [3]  9/1 9/1 13/12
threatening [1]  14/3
three [1]  16/25
time [10]  4/19 4/25 6/3 7/3 11/6 11/10
 11/17 11/19 13/22 17/21
today [6]  6/16 6/17 7/24 15/23 18/6
 18/15
too [1]  7/12
totally [2]  8/6 8/6
TRANSCRIBED [2]  1/11 2/9
transcription [1]  19/5
transmission [4]  5/6 6/13 11/4 11/6
transmit [1]  4/2
transmitted [6]  4/22 5/6 6/7 10/20 11/1
 11/2
trash [1]  11/25
travel [4]  3/21 18/2 18/9 18/19
traveling [1]  15/5
trial [3]  12/23 15/9 16/15
tried [4]  4/15 4/16 6/21 16/7
try [1]  5/15
trying [4]  9/22 15/11 15/16 15/22
turn [1]  5/5
turns [1]  13/6
two [8]  4/13 5/14 8/18 8/22 9/4 14/3 14/7
 15/6

**U**

U.S [2]  3/8 12/14
ultimately [3]  5/1 5/8 6/23
under [5]  11/21 12/2 13/22 15/5 16/21
understand [4]  11/10 11/17 13/9 13/14
Unfortunately [1]  3/16
UNITED [2]  1/1 1/12
unrelated [1]  8/6
until [1]  3/18
untrue [1]  11/9
up [5]  5/8 8/15 15/23 17/15 18/20
us [5]  4/21 5/13 5/14 6/5 10/21 12/25
 14/10
used [1]  12/19
useful [1]  18/11
using [1]  16/15

**V**

veering [2]  14/13 17/4
verified [1]  13/19
verify [1]  12/17
very [7]  6/25 7/13 7/16 15/22 18/15
 18/18 18/22
via [2]  3/2 10/22
videoconference [1]  3/2
view [1]  4/7

**W**

Wait [1]  10/7
waiver [1]  4/17
want [7]  6/14 7/12 9/8 9/12 9/14 14/21

18/8
wanted [1]  3/18
was [28]
way [4]  8/14 8/14 10/18 12/4
we [62]
we're [2]  7/13 7/14
weeks [1]  8/17
well [4]  5/3 6/4 9/25 17/18
well-grounded [1]  17/18
went [3]  3/20 10/15 10/23
were [25]
what [21]
whatever [2]  13/4 17/10
when [6]  5/10 7/22 10/22 10/23 16/5
 17/19
where [4]  3/23 5/1 7/24 13/18
whether [3]  5/16 15/13 16/22
which [10]  6/4 8/21 9/19 11/25 12/6 12/8
 12/11 12/21 15/12 18/9
while [2]  7/11 13/23
who [3]  12/12 16/24 16/25
whole [2]  4/12 11/11
why [2]  8/9 18/18
will [10]  4/7 4/22 15/25 17/16 17/18
 17/19 18/2 18/3 18/5 18/21
withhold [1]  6/11 10/22 12/9
within [3]  8/7 8/16 10/21
without [4]  4/17 4/22 17/16 17/22
witness [5]  6/23 7/9 10/18 10/19 16/21
worse [1]  7/17
would [10]  5/14 5/19 6/18 6/18 9/12
 11/24 14/9 14/18 15/21 18/13
wouldn't [2]  9/21 18/18
written [1]  18/5

**Y**

year [2]  4/16 13/17
years [3]  8/18 8/22 9/4
yes [3]  4/9 10/25 17/12
York [3]  2/5 3/21 18/19
you [45]
you're [6]  9/11 10/8 14/15 14/16 15/5
 15/17
your [31]

**Z**

Zoom [4]  3/2 3/16 3/17 3/21