**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-CV-21079-BLOOM/Otazo-Reyes**

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION**
**OF PRETRIAL DEADLINES AND TRIAL DATE**

    Plaintiff Securities and Exchange Commission files its Unopposed Motion for Extension of Pretrial Deadlines and Trial Date set forth in the Court's March 13, 2023 scheduling order, ECF No. [171], for the reasons that follow:

    1.    On March 9, 2023, the SEC filed a Motion for Extension of the Discovery Deadline. ECF No. [169]. The primary reason for needing an extension was because the SEC was still in the process of trying to obtain company records from co-Defendant SureTrader and testimony from non-party former SureTrader employees located in the Bahamas through the letters rogatory process, ECF Nos. [116 and 136]. The SEC advised the Court that the Office of the Attorney General of the Bahamas was still in the process of obtaining an order allowing the discovery sought by letters rogatory. The Bahamas Supreme Court conducted a hearing on same on March 10, 2023, and granted the relief sought by the SEC.

2. On March 13, 2023, the Court entered its Third Order Amending Scheduling Order and Certain Pretrial Deadlines setting forth new pretrial deadlines, including discovery cutoff of May 17, 2023, and a trial period in November 2023. ECF No. [171].

3. On March 20, 2023, the Bahamas Supreme Court issued an order directing the production of SureTrader's records by the Joint Official Liquidators ("JOLs") and oral testimony from the former SureTrader employees.

4. After the Bahamas Supreme Court issued its Order, the SEC reached out to the JOLs about obtaining copies of SureTrader's company records. Because the JOLs needed to address certain issues with the Office of the Attorney General ("OAG") and the Securities Commission of the Bahamas, they needed additional time to produce the records. On May 1, 2023, the JOLs sent the records on an external drive via FedEx to the SEC's Centralized Production Unit (CPU) in Washington, D.C., and the drive was received on Thursday, May 4, 2023.

5. The JOLs provided a general index of the contents of the drive, which reflects production of almost 485,000 documents totaling approximately 120 GB of data. A copy of the index is attached as **Exhibit A**.

6. The SEC's CPU immediately began processing the drive – downloading into an e-discovery platform – but learned that more than 40% of the drive was encrypted. The SEC advised the JOLs of the encryption issue on May 8, 2023, and received instructions for decryption on the evening of May 9, 2023. The SEC's CPU re-started processing the drive with the decryption instructions on May 10, 2023. As of the filing of this Motion, the SEC's CPU estimates that processing will be completed by Wednesday, May 17, 2023. Upon completion of the download, the data will be imaged and Bates-stamped, which is estimated to take approximately 2-4 weeks, and the SEC will then produce the imaged and Bates-stamped documents to Gentile's counsel.

The SEC advised Gentile's counsel on May 1, 2023, that the download, processing, imaging, and Bates-stamping would likely take at least 4 weeks, and suggested that counsel directly communicate with the JOLs to obtain a duplicate copy of the drive so that they could access the production immediately.

7. With respect to the oral testimony of the former employees, the SEC's local counsel in the Bahamas has advised that, as of Friday, May 12, 2023, the Bahamas OAG has yet to obtain "hearing dates" during which the witnesses will provide their oral testimony.[1] The SEC understands that this was delayed, in part, due to the JOLs requiring additional time to produce the requested company records. The SEC has also been advised that the Bahamas OAG has to obtain hearing dates before serving the witnesses with formal process for their testimony.

8. Based on the foregoing, the parties will not be able to complete discovery before the current discovery cut-off of May 17, 2023. The delays with the written discovery and oral testimony in the Bahamas occurred outside of the SEC's control and despite the SEC's best efforts to make progress consistent with the current scheduling order.

9. The SEC kept Gentile's counsel apprised of the progress (and delays) of the Bahamian proceeding and conferred by email to address extending the pretrial deadlines and trial period. The SEC advised Gentile's counsel that it intended to seek an extension of the discovery cut-off to August 31, 2023, and proposed that the trial period be moved to February or March 2024. Gentile's counsel advised that they do not oppose the request to extend the discovery cut-off to August 31, 2023, but stated that they have a conflict with the proposed trial period (due to

---

[1] In the Bahamas, oral testimony pursuant to a Request for International Judicial Assistance is conducted before a judge or a registrar, and the OAG must request such dates. As such, neither the OAG nor the SEC are allowed to schedule the testimony in the way that it is done in the U.S. e.g., sending a notice of taking deposition, hiring a court reporter, etc.

being scheduled for another trial from the end of February into March) and suggested April 2024 instead. The SEC agrees to April 2024 for the new trial period.

10. An extension of the discovery cut-off to August 31, 2023, along with the related pretrial deadlines and trial date, is needed because of the volume of the documents produced by the JOLs and to allow the Bahamas OAG sufficient time to secure hearing dates and serve the former employee witnesses. The volume of documents (almost 485,000) produced by the JOLs is both significant and unexpected, and it will take several more weeks for the documents to be fully processed, produced to Gentile's counsel, and for the parties to review them. Additionally, the Bahamas OAG needs to obtain hearing dates and serve the witnesses. For each witness, it is highly likely that two full hearing days will be necessary to allow for both the SEC and Gentile's counsel to conduct their questioning. As these are dates that must be obtained from a judge or a registrar and the number of hours available in one "day" is typically less than seven in the Bahamas, scheduling is potentially subject to more limited availability (as compared to U.S. deposition scheduling).

11. This request for extension is made in good faith and not for the purpose of delay.

## CERTIFICATE OF CONFERRAL

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), undersigned counsel conferred with counsel for Gentile and they do not oppose the relief sought in this Motion, which is explained in paragraph 9.

May 15, 2023                                         Respectfully submitted,

/s/Alice Sum_____
Alice Sum
Trial Counsel
Fla Bar No.: 354510
Phone: (305) 416-6293
Email: sumal@sec.gov

Alise Johnson
Senior Trial Counsel
Fla. Bar No. 0003270
Direct Dial: (305) 982-6385
Email: johnsonali@sec.gov

*Attorneys for Plaintiff*
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

| MintBroker International, Ltd (formerly Swiss America Securities, Ltd.) ("MBI") |
|---|---|
| Information request following Bahamas Supreme Court Order issued on 10 March 2023 |
| Date of Index 4/28/2023 |
| Electronic Books & Records - Hard Drive |
| **Folder** | **Content** |
| **1. Company data received from Davis & Co on 3 September 2020** | *File location: 1. Company data received from Davis & Co on 3 September 2020* |
|  | contains 484,331 files and 41,632 folders of client information including (generally): |
|  | KYC documents |
|  | Account information |
|  | Cash movements |
|  | Trade records covering several periods for some folders |
|  |  |
| **2. Financial information collected by the Joint Provisional Liquidators ("JPLs")** | *File location: 2. Financial information collected by the JPLs and JOLs* |
|  | contains 23 files and 1 sub folder |
|  | GL Details and Transaction Reports 2019 |
|  | Lot 104 Ocean Club Estates Balance Sheet December 31 2019 |
|  | Lot 104 Ocean Club Estates Profit and Loss December 31 2019 |
|  | MBI unaudited Balance Sheet as at December 31 2019 |
|  | MBI unaudited Profit and Loss for the period ending December 31 2019 |
|  | Mintbroker International Ltd_unaudited Balance Sheet_30 June 2019 (also includes 30 June 2018) |
|  | Mintbroker International Ltd_unaudited Balance Sheet_31 March 2019 |
|  | SASL_2016 Audited Financials |
|  |  |
| **3. Beneficial Ownership Filings** | *File location: 3. Beneficial Ownership Filings* |
|  | contains 1 file |
|  | MintBroker International Ltd - 25 January 2023 Update to Beneficial Ownership Secure Search System filing |
|  |  |
| **4. Company statutory and corporate information** | *File location: 4. Company statutory and corporate information* |
|  | contains 17 files |
|  | 2017 - MBI - Register of Members - October 28, 2011 |
|  | 2018 - MBI - Amended & Restated M&As |
|  | 2019 - MBI - Register of Directors & Officers - December 6, 2019 |
|  | Business License Certificate 2019 |
|  | Directors Resolution October 30, 2019 signed and sealed |
|  | Executed Deed of Surrender 27.11.2019 |
|  | Email from Department of Inland Revenue Re TIN Number and Business |
|  | Email from Kensington Chamber (registered agent) on filings and annual payments |
|  | Email from Kensington Chambers re Payable to the Registrar General |
|  | Letter to Gentile - Swiss re: Voluntary Surrender of Registration 4 Feb 2020 |
|  | MBI - Annual Statement 2019 |
|  | Mintbroker - Certificate of Change of Name and Incorporation |
|  | MintBroker - 2021 2022 2023 Annual fee receipts _ 28 Dec 2022 |
|  | MintBroker Group - Change of Name Cert. |
|  | Organizational Chart |
|  | SAS - SCB  Certificates of Registration |
|  | Swiss America Surrender of License (3Dec2019) |
|  |  |
| **5. Economic Substance Filings** | *File location: 5. Economic Substance Filings* |
|  | contains 6 files |
|  | EIN Registration Certificate |
|  | MintBroker - Substance Reporting 2019 filing_6Feb2023 |
|  | MintBroker - Substance Reporting 2020 filing_6Feb2023 |
|  | MintBroker - Substance Reporting 2021 filing_6Feb2023 |
|  | MintBroker - Substance Reporting 2022 filing_6Feb2023 |
|  | MintBroker - Letter to VAT Comptroller_dd6Feb2023 |
|  |  |
|  | *File location: 6. Correspondence* |

**EXHIBIT A**

| | |
|---|---|
| **6. Correspondence** | contains 34 files, 7 folders |
| | Antonio Collie |
| | BDO |
| | Davis & Co. |
| | Janay Pyfrom-Symonette |
| | Mr. Gentile |
| | Mr. Miller |
| | SCB |
| **7. Complaint for Injunctive and Other Relief** | *File location: 7. Complaint for Injunctive and Other Relief* |
| | contains 1 file |
| | Complaint for injunctive and other relief document |
| **8. Provisional Liquidators and Official Liquidators documents** | *File location: 8. Provisional Liquidators and Official Liquidators documents* |
| | contains 75 files, 41 folders |
| | Court Orders |
| | Declaration of Currency |
| | Declaration of Solvency |
| | First Court Report |
| | Newspaper notices |
| | Notice to Competent Authority |
| | Notice to the Department of Inland Revenue ("DIR") |
| | Notice to NIB |
| | Notice to Registrar |
| | Notices to banks |

| |
|---|
| **MintBroker International, Ltd (formerly Swiss America Securities, Ltd.) ("MBI")** |
| **Information request following Bahamas Supreme Court Order issued on 10 March 2023** |
| **Date of Index 4/28/2023** |
| **Electronic Books & Records - Hard Drive** |
|  |