**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21079-BLOOM/Otazo-Reyes**

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.
and GUY GENTILE,

     Defendants.

_____/

**FOURTH ORDER AMENDING SCHEDULING ORDER
AND CERTAIN PRETRIAL DEADLINES**

**THIS CAUSE** is before the Court upon the Plaintiff's Unopposed Motion for Extension of Pretrial Deadlines and Trial Date, ECF No. [191] ("Motion"), filed on May 15, 2023. The Scheduling Order in this action has been amended previously three times. *See* ECF No. [171].

Plaintiff has explained that it was in the process of obtaining "company records from co-Defendant SureTrader and testimony from non-party former SureTrader employees located in the Bahamas through the letters rogatory process," which requires the Office of the Attorney General of the Bahamas to obtain an order from the Bahamas Supreme Court allowing the discovery sought. ECF No. [191] ¶ 1. Plaintiff represents that the Bahamas Supreme Court issued an order on March 20, 2023 directing Joint Official Liquidators ("JOLs") of Defendant SureTrader to produce the requested documents and the former SureTrader employees to give oral testimony. *Id.* ¶ 3. Plaintiff describes that, following delays on the part of the JOLs, the JOLs produced almost 485,000 documents, which Plaintiff assesses will take at least four (4) weeks to process. *Id.* ¶ 4-6. Plaintiff represents that it is still working with the Bahamas Office of the Attorney General to

obtain "hearing dates" for the oral testimony, pursuant to the procedural rules of the Bahamas. *Id.* ¶ 7. As such, Plaintiff states it cannot complete discovery before the current discovery deadline. *Id.* ¶ 8. Plaintiff conferred with Defendant Guy Gentile regarding the instant request to extend the discovery period and proposed that the trial period in this action be moved to February of March 2024. *Id.* ¶ 9. Defendant Guy Gentile does not oppose the relief sought but suggests pushing back the trial period to April 2024 due to the fact that Gentile's counsel is scheduled for another trial that is scheduled from the end of February into March 2024. *Id.* ¶ 9.

The Court has reviewed the Motion, the record, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [191]**, is **GRANTED IN PART**, and the Scheduling Order, **ECF No. [171]**, is **AMENDED** as follows:

This case is set for trial during the Court's two-week trial calendar beginning on **January 29, 2024, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, January 23, 2024**. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. The parties shall adhere to the following schedule:

| | |
|---|---|
| **August 31, 2023** | All discovery, including expert discovery, is completed. |
| **September 7, 2023** | Parties must have completed mediation and filed a mediation report. |
| **September 15, 2023** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all dispositive motions**, and is the deadline to consent to jurisdiction by the Magistrate Judge. |
| **January 15, 2024** | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

Case No. 21-cv-21079-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 17, 2023.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record