UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21079-BLOOM/OTAZO-REYES

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant Guy Gentile's ("Defendant") Motion to Strike Letter Filed by Unrepresented, Nonparty Philip Dorsett ("Mr. Dorsett") [D.E. 183] (hereafter, "Motion to Strike") [D.E. 184]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 64]. Plaintiff Securities and Exchange Commission ("Plaintiff") has "indicated that it takes no position" as to the relief sought in the Motion to Strike [D.E. 184 at 6].

"The Federal Rules of Civil Procedure contemplate that only those designated as parties may file motions and pleadings." Commodity Futures Trading Comm. v. Oasis Int'l Grp., Ltd., No. 8:19-cv-886-VMC-SPF, 2022 WL 1136571, at *2 (M.D. Fla. Apr. 18, 2022). "Where non-parties file unauthorized documents, as here, courts have found that [the authority to control their dockets] extends to striking the offending documents." Id. at *3. Mr. Dorsett's Letter is an unauthorized document filed by a non-party. Therefore, in the exercise of the Court's authority to

control the docket in this case, the undersigned concludes that it is appropriate to strike the Letter. Accordingly, it is

ORDERED AND ADJUDGED that Defendant's Motion to Strike [D.E. 184] is GRANTED and Mr. Dorsett's Letter [D.E. 183] is hereby STRICKEN.

DONE AND ORDERED in Chambers at Miami, Florida, this <u>18th</u> day of May, 2023.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Beth Bloom
      Counsel of Record

      Mr. Philip Dorsett
      pa.dorsett@gmail.com