UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **1:21-CV-21079-BLOOM/Otazo-Reyes**

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff

vs.

MINTBROKER INTERNATIONAL, LTD., f/k/a SWISS AMERICA SECURITIES LTD. and d/b/a SURETRADER, and GUY GENTILE, a/k/a GUY GENTILE NIGRO

    Defendant.

_____/

## NOTICE OF CHANGE OF ADDRESS

Attorney **Adam C. Ford** files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Law Firm: **Ford O'Brien Landy LLP**

Address: **2 S Biscayne Blvd #3200**
**Miami, Florida 33131**

## Certificate of Service

**I hereby certify** that a true and correct copy of the Notice of Change of Address was furnished via electronic filing, U.S. Mail and/or facsimile to:

Alice Sum
Trial Counsel
Fla Car No.: 354510
Phone: (305) 416-6293
Email: sumal@sec.gov

Alise Johnson
Senior Trial Counsel
Fla. Bar No. 0003270
Phone: (305) 982-6385
Email: johnsonali@sec.gov

Attorneys for Plantiff
Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
PhoneL (305) 982-6300

Dated: **June 2 2023**

Respectfully submitted,

**Adam C. Ford**  **PHV**
*Attorney Name*  *Bar Number*

**aford@fordobrien.com**
*Attorney E-mail Address*

**Ford O'Brien Landy LLP**
*Firm Name*

**2 S Biscayne Blvd #3200**
*Street Address*

**Miami, Florida 33131**
*City, State, Zip Code*

**(786) 310-1135**
*Telephone: (xxx)xxx–xxxx*   *Facsimile: (xxx)xxx–xxxx*

**Attorney for Defendant Guy Gentile**
*Attorneys for Plaintiff/Defendant [Party Name(s)]*