UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION
OF PRETRIAL DEADLINES AND TRIAL DATE**

    Plaintiff Securities and Exchange Commission files its Unopposed Motion for Extension of Pretrial Deadlines and Trial Date set forth in the Court's May 18, 2023 Fourth Order Amending Scheduling Order and Certain Pretrial Deadlines, ECF No. [192], for the reasons that follow:

    1.    On May 15, 2023, the SEC filed a Motion for Extension of the Discovery Deadline and Trial Date. ECF No. [191]. The SEC requested the extension because more time was needed to process and review company records produced by the Joint Official Liquidators (JOLs) for co-Defendant SureTrader (485,000 documents) and for the Bahamas Office of the Attorney General (OAG) to obtain hearing dates for the oral testimony from five non-party former SureTrader employees, all pursuant to the letters rogatory process.

    2.    On May 18, 2023, the Court entered its Fourth Order Amending Scheduling Order and Certain Pretrial Deadlines setting forth new pretrial deadlines, including discovery cutoff of August 31, 2023, and a trial period in January 2024. ECF No. [192].

3.      Since the Court extended the discovery cutoff, the SEC encountered issues with the processing of the 485,000 documents because some of the files transmitted by the JOLs were inaccessible or corrupted, which required the JOLs to reprocess and reproduce portions of the production to the SEC. The production from the JOLs has been fully processed and completed, and the SEC has transmitted the production to Gentile's counsel.

4.      Additionally, the SEC continued to follow up (though its Bahamian foreign counsel) with the OAG on obtaining "hearing dates"[1] before the Registrar for the testimony of the five former SureTrader employees. The SEC met and conferred with Gentile's counsel regarding the amount of time needed for each witness, and the SEC requested through its Bahamian counsel a total of ten hearing days for the SureTrader employees before the August 31, 2023, discovery cutoff. The SEC's Bahamian counsel regularly followed up with the OAG and the Registrar to see if hearing dates had been scheduled. The SEC was advised that the Registrar had limited availability for hearing dates and that it might be difficult to schedule multiple back-to-back dates. The SEC was eventually advised by its Bahamian counsel that the Registrar has availability from October 23-27, 2023. Because these dates occur after the current discovery cutoff of August 31, 2023, the SEC through its Bahamian counsel inquired of the OAG whether earlier dates were available – including non-consecutive dates – and if the Registrar could provide an additional five days for the testimony. The Registrar did not provide earlier availability, and the OAG advised that the Registrar's next availability for the five additional days is November 6-10, 2023. The SEC

---

[1] In the Bahamas, oral testimony pursuant to a Request for International Judicial Assistance is conducted before a judge or a registrar, and the OAG must request such dates. As such, neither the OAG nor the SEC are allowed to schedule the testimony in the way that it is done in the U.S., e.g., issuing a notice of taking deposition, hiring a court reporter, etc.

understands that October 23-27 and November 6-10, 2023 have been set aside by the Registrar for the SureTrader employees' testimony.

5. Based on the foregoing, the SEC will not be able to complete discovery before the current discovery cutoff of August 31, 2023. The delays with the written discovery and oral testimony in the Bahamas occurred outside of the SEC's control and despite the SEC's best and repeated efforts to make progress consistent with the current scheduling order.

6. The SEC has kept Gentile's counsel apprised of the progress (and delays) of the Bahamian proceeding and conferred by email to address extending the pretrial deadlines and trial period. The SEC advised Gentile's counsel that it intended to seek an extension of the discovery cutoff to November 30, 2023, and related pretrial deadlines, and to move the trial period to April 2024. Gentile's counsel advised that they do not oppose the extension.

7. This request for extension is made in good faith and not for the purpose of delay.

**CERTIFICATE OF CONFERRAL**

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), undersigned counsel conferred with counsel for Gentile and they do not oppose the relief sought in this Motion.

August 8, 2023                                               Respectfully submitted,

/s/Alice Sum
Alice Sum
Trial Counsel
Fla Bar No.: 354510
Phone: (305) 416-6293
Email: sumal@sec.gov

Alise Johnson
Senior Trial Counsel
Fla. Bar No. 0003270
Direct Dial: (305) 982-6385
Email: johnsonali@sec.gov

*Attorneys for Plaintiff*
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154