UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21079-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.
and GUY GENTILE,

    Defendants.
_____/

**FIFTH ORDER AMENDING SCHEDULING ORDER
AND CERTAIN PRETRIAL DEADLINES**

**THIS CAUSE** is before the Court upon the Plaintiff's Unopposed Motion for Extension of Pretrial Deadlines and Trial Date, ECF No. [198] ("Motion"), filed on August 8, 2023. The Scheduling Order in this action has been amended previously four times. *See* ECF No. [192].[1]

The Court has reviewed the Motion, the record, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [198]**, is **GRANTED**, and the Scheduling Order, **ECF No. [192]**, is **AMENDED** as follows:

This case is set for trial during the Court's two-week trial calendar beginning on **April 8, 2024, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, April 2, 2024**. No pretrial conference will be held unless a party requests one at a later date and the Court determines

---

[1] The SEC states it has encountered delays in completing discovery because of technical difficulties with processing 485,000 documents. ECF No. [198] ¶ 3. The SEC further represents that oral testimony may only be conducted before a judge or Registrar and that the Registrar's availability has been an obstacle to completing discovery. *Id.* ¶ 4. The earliest dates for the Registrar to preside over the deposition testimony of five former SureTrader employees is October 23-27, 2023, after the current discovery completion date of August 31, 2023. ECF No. [198] ¶¶ 3, 4.

Case No. 21-cv-21079-BLOOM/Otazo-Reyes

that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. The parties shall adhere to the following schedule:

| | |
|---|---|
| **November 30, 2023** | All discovery, including expert discovery, is completed. |
| **January 3, 2024** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all dispositive motions**, and is the deadline to consent to jurisdiction by the Magistrate Judge. |
| **March 25, 2024** | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 9, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record