# Exhibit E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

## DECLARATION OF KAREN GENTILE

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

My name is Karen Gentile, I am over the age of 21 and I have personal knowledge of the matters set forth herein where a reference was made by Philip Dorsett of me having been present during a meeting.

1. I was never in The Bahamas at any time period of 2012, and I was never in a meeting with Guy Gentile and Philip Dorsett on or around February 2012 (or at any time). I was never in a meeting with Guy Gentile and Philip Dorsett on or around February 2012 (or at any time) regarding an Unsolicited Acknowledgment agreement or gave any advice or suggestion regarding an Unsolicited Acknowledgment agreement.

2. Furthermore, from November 2011 until June 2012, Mr. Gentile and I were legally separated and not on speaking terms and as I filed for both an Order of Protection and divorce proceeding within this time frame. And as such, any claim that I was in a meeting with him to discuss business during this time is demonstrably false.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of March 2023.

_(signature)_

Karen Gentile