# Exhibit F

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

V.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

     Defendants.

## AFFIDAVIT OF ARTHUR M. QUINTERO

I, **Arthur Quintero**, being duly sworn, hereby, under risk of penalty of perjury do solemnly, sincerely, and truly declare and affirm:

1. I am over the age of 21.

2. I have been a registered person since 1987, a compliance officer since 1993, and a compliance consultant since 1999.

3. I have been registered with FINRA for over 35 years.

4. I have passed the following FINRA Exams: Series 63, 7, 10, 9, 27, 4, 53, 24.

5. I have familiarity with SEC Rule 15a-6 under the SEC Act of 1934 which provides conditional exemptions from broker-dealer registration for foreign broker-dealers that engage in certain specified activities involving U.S. investors.

6. I have provided compliance consulting for SureTrader.com and its employees from inception.

7. I consulted Guy Gentile (Gentile), Founder, and Philip Dorsett (Dorsett), the Chief Compliance Officer on SEC 15a-6 in November 2011 via group call.

8.  I suggested editing to the Unsolicited Acknowledgement Agreement (UAA) to include the client's potential tax filing requirements.

9.  I consulted that a U.S resident should not be solicited and if a US resident decides to open an account because of your trading system, that they sign the UAA before their account is approved to be open.

10. I later consulted both Mr. Gentile and Mr. Dorsett that the company website use a popup disclaimer within a couple of months from firm opening which the company implemented shortly thereafter. I know this because I remember checking the website later on from my computer and the pop-up showed up.

11. I suggested a few edits to the suretrader.com website disclosure on every page saying this website is not a solicitation for a U.S. person and that it's not intended for US residents.

12. I have professionally known Guy Gentile for twenty four years. Throughout our business relationship he has consulted with me on a regular basis. I have consulted with all of Mr. Gentile's brokerage firms. I have never known him to argue a recommendation and believe, very strongly, that he has complied with every reasonable recommendation I have made. In our dealings Mr. Gentile has never suggested any activity or function that was not completely within rules or regulations.

SWORN TO this ____  }
Day of March A.D., 2023  }

_____
Arthur Quintero

Before Me,

_____
NOTARY PUBLIC

Please See The
Attached
California Jurat

2

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1-6 below)
☐ See Statement Below (Lines 1-6 to be completed only by document signer[s], not Notary)

1. ......................................................................................................................

2. ......................................................................................................................

3. ......................................................................................................................

4. ......................................................................................................................

5. ......................................................................................................................

6. ......................................................................................................................

_____        _____
Signature of Document Signer No. 1         Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of **Orange**

Subscribed and sworn to (or affirmed) before me

on this ___**7th**___ day of ___**Mar**___, 20__**23**__
        Date              Month           Year

by (1) **Arthur Quintero**
_____

(and (2)_____)
              Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
           Signature of Notary Public

**DAVID YUEN**
COMM. # 2330117
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
MY COMM. EXP. JULY 3, 2024

Seal
Place Notary Seal Above

———————————— OPTIONAL ————————————

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

Description of Attached Document

Title or Type of Document: _____ Document Date: _____

Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5910