# Exhibit I

**From:**                    Sum, Alice
**Sent:**                   Wednesday, April 20, 2022 5:10 PM
**To:**                       P.A. Dorsett
**Subject:**              Email - instructions

**BCC :**                  Sum, Alice

Mr. Dorsett:

Please see the below links as we discussed. Thank you.

**Adding google to outlook.**https://support.microsoft.com/en-us/office/add-a-gmail-account-to-outlook-70191667-9c52-4581-990e-e30318c2c081

**Exporting a PST** https://support.microsoft.com/en-us/office/create-an-outlook-data-file-pst-to-save-your-information-17a13ca2-df52-48e8-b933-4c84c2aabe7c

Alice



**Alice K. Sum**
Trial Counsel
U.S. Securities and Exchange Commission
Division of Enforcement
Miami Regional Office
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Office: 305.416.6293
Mobile: 305.202.0885
Email: SumAl@sec.gov

SEC-SECPST-E-0008095