# EXHIBIT L

| | |
|---|---|
| **From:** | P.A. Dorsett <pa.dorsett@gmail.com> |
| **Sent:** | Friday, April 1, 2016 7:10 PM |
| **To:** | Matin, Sajjad |
| **Subject:** | Re: SEC TCR1457665112251 |
| **Attachments:** | File - Arxcis Trading LLC.pdf; File - David Marquez.pdf; File - David Thomas.pdf; File - Robert Edelman.pdf; File - Wesley Dalton.pdf |

Good Day Matin,

Further to our conversation today, I found some US client files where there was no Unsolicited Acknowledgement Agreement. I have attached them here. I also included the first page of their P&L to show that they were active.

I also remember that there was a US firm that Guy had a stake in back in 2012 called Gbox Trading. They were a type of hyper trading/dark pool that opened an account and traded through us back in 2012. I think Guy was the owner but he always made it seem as if they were separate from him.. I will try to locate their file on Monday.

If you do decide to use any of these files, please remember to officially request them from us through the SCB.

Regards,
Philip

On Fri, Apr 1, 2016 at 12:25 PM, P.A. Dorsett <pa.dorsett@gmail.com> wrote:
> Ok that can work. At that time I will leave the building and expect your call.
>
> Regards,
> Philip
>
> On Fri, Apr 1, 2016 at 9:09 AM, Matin, Sajjad <matins@sec.gov> wrote:
>> Thanks for the response, Mr. Dorsett,
>>
>> Would it be possible to have a brief call this afternoon, around 3pm?
>>
>> **Sajjad Matin**
>> **U.S. Securities and Exchange Commission**
>> **Division of Enforcement**
>> matins@sec.gov
>> 305.982.6321

1

SEC-SECPST-E-0001624

CONFIDENTIAL

**From:** P.A. Dorsett [mailto:pa.dorsett@gmail.com]
**Sent:** Thursday, March 31, 2016 7:06 PM
**To:** Matin, Sajjad
**Subject:** Re: SEC TCR1457665112251

Good Day Mr. Matin,

You can contact me at 242-434-8938, I should be home tomorrow after 7pm (est).

Regards,

Philip

On Thu, Mar 31, 2016 at 5:47 PM, Matin, Sajjad <matins@sec.gov> wrote:

Mr. Dorsett,

I am writing in response to a recent submission made by you to the US Securities and Exchange Commission (TCR1457665112251). I would like to schedule a time for us to discuss your submission. Please let me know a phone number you would prefer to be contacted at and when would be a good time to contact you.

Sincerely,

**Sajjad Matin**
**U.S. Securities and Exchange Commission**
Division of Enforcement
matins@sec.gov
305.982.6321

--

2

SEC-SECPST-E-0001625

CONFIDENTIAL

*~Qui audet adipiscitur*

\--

*~Qui audet adipiscitur*

\--

*~Qui audet adipiscitur*

SEC-SECPST-E-0001626

CONFIDENTIAL