# EXHIBIT N

| | |
|---|---|
| From: | P.A. Dorsett <pa.dorsett@gmail.com> |
| Sent: | Wednesday, April 13, 2016 11:00 AM |
| To: | Matin, Sajjad |
| Subject: | Re: SEC Inv. FL-3848 |

I understand about the recordings, I will look into it. With regard to Australia, i haven't heard of anything. Right now Ive only heard of relationships (or setting up relationships) in Singapore, Canada and Mauritius.

Regards,
Philip

On Wed, Apr 13, 2016 at 10:38 AM, Matin, Sajjad <matins@sec.gov> wrote:

> Thank you again for the call on Monday. Are you aware of any accounts held by Swiss America with an Australian bank named Capital Security Bank Limited?
>
> As per your email below, I wanted to clarify that we are unable to provide any legal advice regarding the legality of making recordings under Bahamian law, and that we have not asked or required you to make any such recordings.
>
> Thanks,
> Sajjad
>
>
> **Sajjad Matin**
> **U.S. Securities and Exchange Commission**
> **Division of Enforcement**
> matins@sec.gov
> 305.982.6321
>
>
> **From:** P.A. Dorsett [mailto:pa.dorsett@gmail.com]
> **Sent:** Monday, April 11, 2016 3:10 PM
>
> **To:** Matin, Sajjad
> **Subject:** Re: SEC Inv. FL-3848
>
>
> Hello Matin,

1

SEC-SECPST-E-0001568

CONFIDENTIAL

The 3pm time is proving to be a little difficult for me to maintain. My regular lunch hour is at 2pm and Im usually home anytime after 6:30pm.

I started making recordings of the executive meetings (I made the first one today). We are currently attempting to move all relationships away from the US. We can discuss at length when we speak again.

Regards,

Philip

On Mon, Apr 11, 2016 at 2:14 PM, Matin, Sajjad <matins@sec.gov> wrote:

Thanks Philip,

Again, we truly appreciate your help in guiding us though the operational aspects of this matter.   We can be available this evening for further discussion, please let me know your schedule.

Thanks,
Sajjad

**Sajjad Matin**
**U.S. Securities and Exchange Commission**
**Division of Enforcement**
matins@sec.gov
305.982.6321

**From:** P.A. Dorsett [mailto:pa.dorsett@gmail.com]
**Sent:** Friday, April 08, 2016 2:57 PM
**To:** Matin, Sajjad
**Subject:** Re: SEC Inv. FL-3848

Good Day Matin,

I will provide the info as best I can, however I doubt I will be able to find any docs that shows Guy as the managing partner of pro Trade.  To my knowledge pro trade was never registered in the Bahamas (I doubt the regulators here knew anything about it). I think Justin has some written agreements, but many of those would have been changed after Guy started to clean up the firm.  I can recall conversations where Justin was trying to get new agreements out to the affiliates.

I began to look through the letter, the person to whom he refers to as Chief Compliance Officer is myself.  However what is stated is not entirely correct and in some cases outright wrong.  For example, Ive never redesigned any website or application (all of that was done by Guy).  I also don't personally approve US clients, that is done (and was done) by our New Accounts department, and they don't make special inquiries into US clients, the only thing they do is check to see that all the requisite documents have been received. If a Non-Solicitation Agreement was missing, then they would check to see if that client was from the US and if they were then one would be emailed to him.  The reality is that the vast majority of our clients have always been US clients and the idea of giving them special scrutiny before their approval is far from correct.  Infact the way how our operations are stated in the letter is not accurate at all.  Anything to do with US Regulators and their enforcement in regards to our firm was always handled by Guy who would then pass on very specific instructions to myself.  I will continue to go thru the letter this weekend and write you on all the discrepancies I see.

Also, is it possible we can change our phone times to 2pm or after work?

Please advise.

Philip

On Fri, Apr 8, 2016 at 11:56 AM, Matin, Sajjad <matins@sec.gov> wrote:

Philip,

Thank you again for the emails.  Were you able to find any documents that specifically listed Guy as a managing partner of ProTrade L.P. or any of ProTrade's official documents?  Do you know if ProTrade was officially registered or required to file with any Bahamian authority?  Additionally, did Guy or Justin keep any written agreements with Suretrader's affiliates (e.g., Timothy Sykes or DayTradingRadio.com)?

SEC-SECPST-E-0001570

CONFIDENTIAL

Lastly, I've attached a file that we received during the course of our investigation and would like to hear your thoughts on the arguments presented. We would appreciate if you could treat as confidential the attached document and the statements made within. Please let me know if you have some free time next week.

Thank you again,

Sajjad

**Sajjad Matin**
**U.S. Securities and Exchange Commission**
**Division of Enforcement**
matins@sec.gov
305.982.6321

*~Qui audet adipiscitur*

--

*~Qui audet adipiscitur*

--

*~Qui audet adipiscitur*

--

*~Qui audet adipiscitur*

SEC-SECPST-E-0001571

CONFIDENTIAL