# Exhibit O



Steve Halpin <shalpin@fordobrien.com>

---

### Re: SEC/Gentile - SureTrader former employee emails/documents
1 message

---

**Stephen Halpin** <shalpin@fordobrien.com>   Wed, Dec 7, 2022 at 3:09 PM
To: "Sum, Alice" <SumAl@sec.gov>
Cc: Adam Ford <aford@fordobrien.com>, Matthew Aaron Ford <mford@fordobrien.com>, "Johnson, Alise" <johnsonali@sec.gov>, "Koonin, Russell" <KooninR@sec.gov>, "Jacqmein, Victoria" <JacqmeinV@sec.gov>, Cara Filippelli <cfilippelli@fordobrien.com>

Alice,

We disagree with your position for reasons we've stated previously, among others. Pursuant to the order denying the Motion for Sanctions without prejudice, we intend to contact Judge Otazo-Reyes's Chambers to request a hearing. Please advise us of your availability for a hearing the weeks of January 23 and January 30, and in early February. The SEC should not begin reviewing any of the documents at issue before Judge Otazo-Reyes has ruled.

Best regards,
Steve

> On Dec 6, 2022, at 1:11 PM, Sum, Alice <SumAl@sec.gov> wrote:
>
> Counsel:
>
> I am writing to address the status of the emails from former SureTrader employees.  As you are aware, SureTrader's former Chief Compliance Officer, Philip Dorsett, and former Chief Operating Officer, Yaniv Frantz, both have SureTrader documents and emails in their possession and agreed to voluntarily produce them to the SEC.  Mr. Dorsett has transmitted approximately 11,000 emails and documents to the SEC, but these documents have been segregated and not accessed or reviewed by the SEC yet.  Mr. Frantz, through his counsel Sean McKessy, is prepared to transmit approximately 33,000 emails and documents to the SEC, but has held off on doing so.
>
> As we have previously stated in our meet and confers and in Court filings, the SEC has fully complied with the Federal Rules of Civil Procedure, and there is nothing improper about the SEC receiving voluntary production from a non-party.  Gentile lacks standing to object to the production from former SureTrader employees. Generally, a party does not have standing to challenge a subpoena served on another, unless that individual has a personal right or privilege with respect to the subject matter of the subpoena.  SureTrader is controlled by the JOLs appointed by the Supreme Court of The Bahamas pursuant to the Winding Up Order. Gentile does not control and cannot control what position SureTrader takes on this or any other issue. Counsel for the JOLs advised that they do not object to the production of documents and emails by the former employees, and the JOLs have requested that the SEC provide them copies of any production from the former employees.
>
> During our discussion on May 9, 2022, we proposed a filter team to conduct a review (based on certain search terms/criteria) or a third-party review of the emails/documents.  Instead of responding to our suggestions, Gentile filed a motion for sanctions against the SEC, which the Court denied.  Gentile has never identified any specific, personal right or privilege he asserts over the former employees' emails and documents, separate and apart from any privilege SureTrader may possess.

The SEC has also sought to obtain SureTrader documents through the Letter Rogatory process, but to date, the Bahamas Supreme Court has not issued a ruling on the Request for International Judicial Assistance dated August 25, 2022.

Accordingly, please be advised that the SEC intends to begin reviewing Mr. Dorsett's 11,000 emails and documents on December 15, 2022.  Further, we intend to request that Mr. McKessy transmit Mr. Frantz's emails and documents to the SEC and commence review by December 15, 2022.  Although the SEC does not believe that Gentile has standing to object to the voluntary production of these documents, the SEC will not, at this time, review documents containing  SureTrader's counsel's firms/names (e.g., Ford O'Brien and its lawyers, Michael Miller, and Philip Davis).  With respect to Mr. Dorsett's records, we previously requested that Mr. Dorsett search the emails for communications with counsel/lawyers and asked that he segregate them and not transmit them to the SEC.  We will request that Mr. McKessy conduct the same searches and not transmit any documents containing these attorney "hits" to the SEC.  The SEC reserves all rights concerning future review of the former employees' emails and documents containing SureTrader's counsel's firms/names.  If there are additional law firms or attorneys that represented SureTrader not identified above, please provide those names and email addresses by December 12, 2022, and the SEC will add them to the search terms for potential segregation from review.

Alice

**Alice K. Sum**

Trial Counsel

U.S. Securities and Exchange Commission

Division of Enforcement
Miami Regional Office
801 Brickell Avenue, Suite 1950

Miami, FL 33131
Office:   305.416.6293

Mobile:  305.202.0885

Email: SumAl@sec.gov


Stephen R. Halpin III
Associate
FORD O'BRIEN LANDY LLP
275 Madison Avenue, 24th Floor
New York, NY 10016
+1 (212) 858-0040 (main)
+1 (212) 444-4894 (direct)
shalpin@fordobrien.com
www.fordobrien.com

*******************************************************************************

This transmission may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy, or re-transmit this communication. If you have received this communication in error, please notify us by replying to the sender of this message, and delete this message (and your reply) and any attachments. Thank you in advance for your cooperation and assistance.