# Exhibit P

 Steve Halpin <shalpin@fordobrien.com>

## RE: Document Request

1 message

**Sum, Alice** <SumAl@sec.gov>                                    Wed, Mar 15, 2023 at 12:26 PM
To: Adam Ford <aford@fordobrien.com>
Cc: Matthew Aaron Ford <mford@fordobrien.com>, Steve Halpin <shalpin@fordobrien.com>, "Johnson, Alise"
<johnsonali@sec.gov>

Adam,

Our responses to your requests:

1.   We have conducted a full search, and we do not have any "first drafts" of Mr. Dorsett's affidavit
that he emailed to the SEC.

2.   Please provide a Bates stamp for the email from Jessica Weissman to Mr. Dorsett where you
believe the attachment is missing, and we will search for and send it if it was not previously produced.

3.   We are in the process of searching for communications between Mr. Frantz and Nancy Brown and
will produce once we have the results.

4.   We are in the process of searching for communications between Mr. Frantz and NYRO SEC
attorneys/staff and will produce once we have the results.

**Alice Sum**

Trial Counsel

Division of Enforcement

Miami Regional Office

**OFFICE**     +1 305 416 6293

**MOBILE**     +1 305 202 0885

sumal@sec.gov



**From:** Adam Ford <aford@fordobrien.com>
**Sent:** Saturday, March 11, 2023 5:05 PM
**To:** Sum, Alice <SumAl@SEC.GOV>; Johnson, Alise <johnsonali@SEC.GOV>
**Cc:** Matthew Aaron Ford <mford@fordobrien.com>; Steve Halpin <shalpin@fordobrien.com>
**Subject:** Document Request

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Alice and Alise,

During the last deposition, you had agreed on the record to go back and look for the first drafts of the Dorsett affidavits that he testified he emailed to the SEC.  Can you confirm you have conducted a full search and can you confirm in writing that such documents do not exist.

Second, we note that the draft affidavit sent from Jessica Weissman to Dorsett was not included in the production, please produce asap.

Third, today, Yaniv Frantz testified that he had email communications with Nancy Brown, but these have not been produced.  Please produce.

Finally, given that these documents have not been produced, please confirm that all communications with the whistleblowers and Nancy Brown/other staff attorneys/employees of the SEC NYRO have been produced.

Thank you.

Adam

--

Ford O'Brien Landy, LLP

275 Madison Avenue, 24th Floor

New York, NY 10016

aford@fordobrien.com

(212) 858-0040 (office)

(646) 479-3810 (mobile)