# EXHIBIT Q

**From:** Weissman, Jessica
**Sent:** Friday, July 24, 2020 2:27 PM
**To:** P.A. Dorsett
**Subject:** RE: Re:

Many thanks. I will make the revisions for your additional review. I expect to send it to you via secure email the week of 8/3.

Regards-
Jessica

**From:** P.A. Dorsett
**Sent:** Friday, July 24, 2020 2:24 PM
**To:** Weissman, Jessica
**Subject:** Re:

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Jessica,

Further to my email in reference to number 6, I have completed my review of the other points and would like to point out the following:

#16 It was not initially Guy's idea about the Non-Solicitation Agreement, it was Karen's. Guy agreed to the idea and instructed me to carry it out.
#20 The Non Solicitation Agreement Part of the application came in 2012 (not 2011)
#23 The only policy specific to US persons was to ensure that they signed the Non Solicitation Agreement.

Everything else, seems in order to the best of my memory.

Kind Regards,
Philip

On Mon, Jul 13, 2020 at 9:02 AM Weissman, Jessica <WeissmanJm@sec.gov> wrote:
> I sent you an email through using smail. Please let me know if you are able to access it.

--

*~Qui audet adipiscitur*

1

CONFIDENTIAL