# EXHIBIT R

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Philip Dorsett (confidential section)    2/27/2023

```
 1         UNITED STATES DISTRICT COURT
 2         SOUTHERN DISTRICT OF FLORIDA
 3                   --o0o--
 4   SECURITIES AND EXCHANGE      )
     COMMISSION,                  )
 5                                )
            Plaintiff,            )
 6                                ) Case No.
        vs.                       ) 1:21-cv-21079
 7                                )
     MINTBROKER INTERNATIONAL, LTD., )
 8   f/k/a SWISS AMERICA          )
     SECURITIES LTD. and d/b/a    )
 9   SURETRADER, and GUY GENTILE, )
     a/k/a GUY GENTILE NIGRO,     )
10                                )
            Defendants.           )
11   _____)
12
13              CONFIDENTIAL
14                SECTION
15     PAGES 77-107, 186-187 & 193-198
16       VIDEOTAPED DEPOSITION OF
17             PHILIP DORSETT
18     VOLUME 1 - CONFIDENTIAL PAGES
19       VIA REMOTE VIDEOCONFERENCE
20         MONDAY, FEBRUARY 27, 2023
21
22
23
     Stenographically Reported by:
24   Victoria L. Valine, CSR, RMR, CRR, RSA
     California CSR License No. 3036
25   Job No. 230227VV
```

```
 1              INDEX
 2        EXAMINATION BY COUNSEL
 3                            PAGE
 4   Examination By Ms. Sum       9
 5
```

```
 1        REMOTE APPEARANCES:
 2
 3   FOR PLAINTIFF:
 4     SECURITIES AND EXCHANGE COMMISSION
       BY:  Alice K. Sum, Esq.
 5          Alise Johnson, Esq.
            Russell Koonin, Esq.
 6     801 Brickell Avenue, Suite 1950
       Miami, Florida  33131
 7     305-982-6300
       sumal@sec.gov
 8     johnsonali@sec.gov
       kooninr@sec.gov
 9
10   FOR DEFENDANTS:
11     FORD O'BRIEN LANDY LLP
       BY:  Matthew A. Ford, Esq.
12          Cara Filippelli, Esq.
       3700 Ranch Road 620 South, Suite B
13     Austin, Texas 78738
       512-503-6388     Fax: 212-256-1047
14     mford@fordobrien.com
15     FORD O'BRIEN LANDY LLP
       BY:  Adam C. Ford, Esq.
16          Stephen R. Halpin, III, Esq.
       275 Madison Avenue, Floor 24
17     New York, New York  10016
       212-858-0040    Fax: 212-256-1047
18     aford@fordobrien.com
       shalpin@fordobrien.com
19
20
21   Also Present: Guy Gentile
22   Videographer: DeShawn White, Legal Videographer
23
24   (All parties appeared remotely via videoconference.)
25
```

```
 1              E X H I B I T S
 2
 3   EXHIBIT NO.   DESCRIPTION              PAGE
 4   Exhibit 1   Deposition Subpoena           9
 5   Exhibit 2   SureTrader.com Account Application   77
               Bates No. SEC-SCB-P-0009184 -
 6             SEC-SCB-P-0009221
               Confidential pursuant to
 7             Securities Exchange Act s.24(d)
 8   Exhibit 3   SureTrader Account Application   91
               Bates No. SEC-SCB-P-0010164 -
 9             SEC-SCB-P-0010198
               Confidential pursuant to
10             Securities Exchange Act s.24(d)
11   Exhibit 4   SureTrader Tell Us About You form   101
               Bates No. SEC-SCB-P-0010428 -
12             SEC-SCB-P-0010428
               Confidential pursuant to
13             Securities Exchange Act s.24(d)
14   Exhibit 5   Swiss America Securities, Ltd. Web   108
               Page
15             Bates No.
               SEC-SECWEBCAPTURE-E-0000340 -
16             SEC-SECWEBCAPTURE-E-0000345
17   Exhibit 6   Funding & Banking Web Page    111
               Bates No.
18             SEC-SECWEBCAPTURE-E-0000377 -
               SEC-SECWEBCAPTURE-E-0000382
19
     Exhibit 7   Email Thread                  113
20             Bates No. SEC-FL-03848-E-0012118 -
               SEC-FL-03848-E-0012120
21
     Exhibit 8   Email Thread                  139
22
     Exhibit 9   Email Thread                  154
23
     Exhibit 10  Email Thread                  167
24             Bates No. SEC-FL-03848-E-0000228 -
               SEC-FL-03848-E-0000229
25
```

```
 1   Exhibit 11    Swiss America Securities Order    168
                   Flow
 2                 Bates No. SEC-FL-03848-E-0000230 -
                   SEC-FL-03848-E-0000231
 3
     Exhibit 12    SureTrader Application -          184
 4                 Christopher Miguel Penalver
                   Bates No. SEC-SCB-P-0010391 -
 5                 SEC-SCB-P-0010409
                   Confidential pursuant to
 6                 Securities Exchange Act s.24(d)
 7   Exhibit 13    Email Thread                      175
                   Bates No.
 8                 SEC-FL-03848-E-0001195-SEC-FL-
                   03848-E-0001203
 9
     Exhibit 15    Declaration                       188
10                 Bates No. SEC-FL-03848-E-0001431
11   Exhibit 16    Declaration of Philip A. Dorsett  191
                   Dated June 27, 2022
12
     Exhibit 17    Affidavit of Philip Dorsett Dated 192
13                 January 9, 2014
                   Bates No. GENTILE0004495 -
14                 GENTILE0004497
                   CONFIDENTIAL
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    UNITED STATES DISTRICT COURT
 2                    SOUTHERN DISTRICT OF FLORIDA
 3                              --oOo--
 4   SECURITIES AND EXCHANGE          )
     COMMISSION,                      )
 5                                    )
              Plaintiff,              )
 6                                    ) Case No.
         vs.                          ) 1:21-cv-21079
 7                                    )
     MINTBROKER INTERNATIONAL, LTD.,  )
 8   f/k/a SWISS AMERICA              )
     SECURITIES LTD. and d/b/a        )
 9   SURETRADER, and GUY GENTILE,     )
     a/k/a GUY GENTILE NIGRO,         )
10                                    )
              Defendants.             )
11   _____)
12                              --oOo--
13         BE IT REMEMBERED, that on Monday, February 27,
14   2023, commencing at the hour of 9:49 a.m. Eastern
15   Standard Time, all parties appearing via WebEx
16   videoconference, before me, Victoria L. Valine,
17   Certified Shorthand Reporter of the State of California,
18   appeared:
19                         PHILIP DORSETT
20   called as a witness by the Plaintiff, who, being by me
21   remotely sworn, was thereupon examined and interrogated
22   as hereinafter set forth.
23                              --oOo--
24
25
```

```
 1         CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2                 BOUND SEPARATELY
 3                       - - -
 4                 Pages 77 - 107
 5                 Pages 186 - 187
 6                 Pages 193 - 198
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1       (The following testimony is designated as
 2   confidential.)
 3       MS. SUM:  I'm going to ask the videographer to
 4   please bring up Exhibit 2 which is marked confidential.
 5       So, Madam Court Reporter, please note that for
 6   the record.
 7       (Deposition Exhibit 2 marked.)
 8   BY MS. SUM:
 9       Q.  And, Mr. Dorsett, let us know if this is at a
10   level that you can read it or if it needs to be further
11   magnified.
12       A.  I'm good.  I can read it.
13       MS. SUM:  Okay.  Just for the record,
14   Exhibit 2 is Bates stamped SEC-SCB-P-0009184 through
15   9221.
16   BY MS. SUM:
17       Q.  Mr. Dorsett, I would like for you to review
18   the first --
19       MS. SUM:  I'll ask the videographer to
20   please scroll through the first 12 -- 12 pages just to
21   allow you a moment to familiarize yourself with the
22   exhibit.
23       Thank you.
24       We'll pop back up to page 1, and I'll proceed
25   with asking Mr. Dorsett questions.
                                                    77
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Philip Dorsett (confidential section)    2/27/2023

```
 1       (The following testimony is designated as
 2   confidential pursuant to protective order.)
 3   BY MS. SUM:
 4       Q.  Mr. Dorsett, do you recognize Exhibit 17?
 5       A.  I actually do not recall this document.
 6       Can you go to the last page for me?  Sorry --
 7   that shows the signature.
 8       Q.  Okay.
 9       A.  I do not recall this document, but that is my
10   signature on it.
11       Q.  Do you recall speaking with Mr. Gentile
12   regarding any kind of proceeding before the Financial
13   Industry Regulatory Authority or what's known as FINRA?
14           MR. MATTHEW FORD:  Objection.  Leading.
15           THE WITNESS:  Well, I remember because I think
16   FINRA was actually the first regulator to go after Guy
17   after we opened the firm.  You know, since then you
18   could almost say we sort of got immune to it.  We just
19   got used to regulators going after Guy.  It wasn't as
20   eventful.  But this -- back when this happened -- I see
21   the date on this is 9th of January, so that's what like
22   2013.  Back when FINRA was going after Guy, that was
23   like a big deal for us.  It was very scary.  It was
24   pretty scary for me, too.  It was a big-time U.S.
25   regulator, in essence, coming after our boss.
```

193

```
 1       And, you know, Guy made it very clear to us
 2   that, you know, there was a very serious chance that the
 3   firm was going to shut down.
 4       So, yeah, he spoke about it, and we knew about
 5   it, and we did know -- we did know about that FINRA was
 6   going after Guy.
 7   BY MS. SUM:
 8       Q.  Do you remember executing this affidavit?
 9       A.  I do not.  And I certainly don't remember --
10   is this -- when it says "Before me," does that mean that
11   I signed this in front of a notary?
12       Q.  Well, I'm not -- I'm not able to answer your
13   questions.  I'll -- let's just proceed with me asking
14   questions and you answering to the best of your
15   knowledge.
16           MR. MATTHEW FORD:  Well, one way to assist
17   would be to scroll down so he could see the document.  I
18   raise it only because it's a technological issue.  If we
19   were in person, he would be able to look at the page.
20           So if we just -- why don't we just scroll down
21   and allow him to look at the document.
22           We could stop right there.
23           THE WITNESS:  Right.  So I think I would
24   remember signing a document in front of a lawyer,
25   because we had to do that one or two times, Guy and
```

194

```
 1   myself, in the course of us being in the firm.  But I
 2   don't recall this.  I don't recall this.
 3   BY MS. SUM:
 4       Q.  As you read through this affidavit, is any of
 5   it familiar to you?
 6       A.  Could you go back up to the top of page 3?
 7   All right.  So Tim -- I remember that there -- I
 8   remember when Tim Sykes came to the office.  I think I
 9   mentioned that earlier.  And I think this is referencing
10   a video that Tim Sykes made.  I remember Guy talking
11   about this on the phone to some persons and there being
12   some issue with it.
13       Q.  Did you draft this language that appears on
14   page 3?
15       A.  No.  I did not.  And -- could you go back to
16   page 1, please?
17       I did not draft this language.
18       Could I look at number 2?  No.  Sorry.  Could
19   I look at number 2?
20       Q.  Do you mean on page 1?
21       A.  Yeah.
22       Q.  Okay.
23       A.  I remember that Guy did ask me for an updated
24   resume.  And the reason why I remember that because it
25   was around that time I had just literally completed that
```

195

```
 1   MBA.  The Nova Southeastern University has like an
 2   off-campus -- here in the Bahamas, that used to meet
 3   every two weeks.  And I had literally had just completed
 4   that MBA, and I remember Guy had asked me for my updated
 5   resume, and I was really happy to put that in there.
 6       Q.  Did you provide that information for it to be
 7   included in this affidavit?
 8       A.  No.  No.  I did not.
 9       Q.  With respect to paragraph 6 on page 1 of this
10   affidavit, could you -- actually, first, let's -- can
11   you read paragraph -- paragraph 6, and then we'll ask
12   for it to be scrolled so you can read paragraph 7.
13       A.  "In connection with this policy, I --"
14       Q.  Correct.  No.  No.  You don't need to read it
15   out loud.  I'm just asking you to read it so you're
16   familiar with it.
17       A.  Oh, sorry.  I've read it.
18       Q.  Okay.  With respect to paragraph 6 which says,
19           "In connection with this policy, I
20        reviewed all relevant rules and
21        guidance of the U.S. Securities and
22        Exchange Commission regarding
23        solicitation of U.S. persons by
24        unregistered non-U.S. broker-dealers."
25        As you sit here today, is that a correct
```

196

GRADILLAS COURT REPORTERS
(424) 239-2800

```
 1  statement in your affidavit?
 2      A.  That is not a correct statement.
 3      Q.  Okay.  And paragraph 7,
 4          "Based on SEC rules and guidance,
 5      Swiss America developed policies and
 6      procedures designed to ensure that
 7      SureTrader complied with U.S. laws
 8      regarding solicitation."
 9          Do you remember creating or drafting that
10  language?
11      A.  I did not.  I certainly didn't draft number 6,
12  either because, I mean, that's -- that sounds like
13  that's written by a lawyer.  But no.  I didn't -- I
14  didn't write any of this.
15      Q.  Did -- do you recall Mr. Gentile asking you to
16  sign this affidavit in connection with proceedings
17  pending before FINRA?
18      A.  There were times back in that first year, I
19  confess, that Guy did come to me on more than one
20  occasion and wanted me to sign things -- things that I
21  didn't fully understand, but, at that time, I really
22  wasn't -- I really wasn't in a position to really sort
23  of stand up to him.  I don't know if this is one of
24  those documents.
25          I really don't remember it though, and
                              197
```

```
 1  certainly I would have remembered it if it was in front
 2  of an actual lawyer because I think I certainly would
 3  have been more hesitant.  But there were at least two or
 4  three documents -- and yes, I do remember it was around
 5  the time of the investigations because he was very --
 6  like very apprehensive.  He was very upset and -- you
 7  know, and it was like hey, we need to do this.  We need
 8  to do this.
 9          So if I did sign this, I can only say that it
10  was maybe under duress.  But, again, I don't -- if you
11  scroll back up to the top, please?
12          I don't -- I don't think -- like I wouldn't
13  have seen -- like how it says affidavit and stuff like
14  that, I would have -- that would have jumped out at me.
15  I wouldn't have just -- I wouldn't have just done that.
16      MS. SUM:  All right.  Okay.  We can take down
17  Exhibit 17.
18          (Here ends the confidential portion of the
19  transcript.)
20              --o0o--
21
22
23
24
25
                              198
```

```
 1          CERTIFICATE OF WITNESS
 2
 3
 4      I, PHILIP DORSETT, do hereby declare under
 5  penalty of perjury that I have read the entire
 6  foregoing transcript of my deposition testimony,
 7  or the same has been read to me, and certify that
 8  it is a true, correct and complete transcript of
 9  my testimony given on February 27, 2023, save and
10  except for changes and/or corrections, if any, as
11  indicated by me on the attached Errata Sheet, with
12  the understanding that I offer these changes and/or
13  corrections as if still under oath.
14      _____ I have made corrections to my deposition.
15      _____ I have NOT made any changes to my deposition.
16
17  Signed: _____
            PHILIP DORSETT
18          (CONFIDENTIAL SECTION)
19
20  Dated this _____ day of _____ of 20____.
21
22
23
24
25
```

```
 1              ERRATA SHEET
 2  Deposition of: PHILIP DORSETT (CONFIDENTIAL SECTION)
    Date taken: FEBRUARY 27, 2023
 3  Case: SEC v. MINTBROKER INTERNATIONAL, LTD., et al.
 4  PAGE  LINE
    _____ _____ CHANGE: _____
 5          REASON: _____
 6  _____ _____ CHANGE: _____
            REASON: _____
 7
    _____ _____ CHANGE: _____
 8          REASON: _____
 9  _____ _____ CHANGE: _____
            REASON: _____
10
    _____ _____ CHANGE: _____
11          REASON: _____
12  _____ _____ CHANGE: _____
            REASON: _____
13
    _____ _____ CHANGE: _____
14          REASON: _____
15  _____ _____ CHANGE: _____
            REASON: _____
16
    _____ _____ CHANGE: _____
17          REASON: _____
18  _____ _____ CHANGE: _____
            REASON: _____
19
    _____ _____ CHANGE: _____
20          REASON: _____
21  _____ _____ CHANGE: _____
            REASON: _____
22
    _____ _____ CHANGE: _____
23          REASON: _____
24  Signed_____
25  Dated_____
```