# EXHIBIT T

| | |
|---|---|
| **From:** | P.A. Dorsett <pa.dorsett@gmail.com> |
| **Sent:** | Wednesday, April 20, 2016 7:48 PM |
| **Subject:** | work emails |

Guy is in town. And I overhead the IT person stating that they may be looking into ways to block or notify the system if someone forwards work emails from the company to their personal email.

I will try to stay up-to-date with the IT guy to know for sure.

Philip


--

*~Qui audet adipiscitur*

1

SEC-SECPST-E-0001802

CONFIDENTIAL