# Exhibit V

**Redacted for privilege**

-------- Original message --------
From: Guy Gentile <guy@stockusainc.com>
Date: 03/13/2015 2:18 PM (GMT-05:00)
To: Adam Ford <aford@harrisobrien.com>
Subject: RE: Subpoena for information in the matter of Nonko Trading NY-9203

**Redacted for privilege**

From: Philip Dorsett [mailto:philip@suretrader.com]
Sent: Thursday, March 12, 2015 3:35 PM
To: SuhS@SEC.GOV
Subject: Subpoena for information in the matter of Nonko Trading NY-9203

Good Day Simona Suh,

RE: Subpoena for information in the matter of Nonko Trading (NY-9203)

My name is Philip Dorsett and I am the Chief Compliance officer here at Swiss America Securities Ltd. In reference to the above referenced, please be advised that we are a Bahamian company located in the Bahamas and therefore must adhere to Bahamian Law. To that end we sought legal advice to ensure that our compliance to your request did not break any laws within this jurisdiction. I have attached the response to that request below. We will be happy to furnish the requested information once all matters of legality (Bahamian Law) are met.

Please do not hesitate to contact me if you have any questions or concerns.

Kind Regards;

WITHOUT PREJUDICE

Dear Philip,

Reference is made to your email dated March 9, 2015.

Please be advised that Swiss America Securities may be exposed to potential liability from its customer for breach of confidentiality if the U.S. regulator's demands are met. We are of the view that any requests from a foreign regulator should come through the Attorney General's Office and/or the Securities Commission of The Bahamas, or by Order of the Supreme Court (of The Bahamas).

Kindly note that our opinion is very general in nature, as we have not been privy to the correspondence, documents, etc. pertaining to this matter.

Should you have any questions, please feel free to contact our office.

Best regards,
Michael

"Business Focus, Legal Solutions"

Michael C. Miller
Counsel & Attorney-at-Law
Notary Public
#10 Lookout Hill, Winton Heights
P.O. Box EE-17971
Nassau, Bahamas
Phone: (242) 324-6963
Email: millerlaw95@gmail.com

Philip Dorsett
Chief Compliance Officer

Elizabeth on Bay Plaza
Suite 17, Bay Street,
Nassau, Bahamas
Tel: 242-328-7800/1
Website: www.suretrader.com

This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do not forward it to or inform any other person of its contents. Progressive Consumer Services Ltd. (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2014.0.4800 / Virus Database: 4257/9284 - Release Date: 03/12/15



Jeffrey Goldman.zip        Chris Arce.zip        SEC-NONKO.docx

CONFIDENTIAL     GENTILE0004385