UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-BLOOM

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY AND TRIAL DEADLINES**

    Plaintiff Securities and Exchange Commission herby files its Unopposed Motion for Extension of the Discovery and Trial Deadlines, for the reasons that follow:

    1.    On August 10, 2023, the Court entered its Fifth Order Amending Scheduling Order and Certain Pretrial Deadlines setting forth various pre-trial deadlines, including discovery being completed by November 30, 2023.  ECF No. [199].  The discovery deadline was extended to allow the SEC to take discovery testimony from third-party former SureTrader employees located in the Bahamas through the letters rogatory process and to allow the parties to review voluminous discovery. *Id.*

    2.    The extension to discovery has been productive and the parties have exchanged discovery, scheduled and taken multiple depositions, exchanged the SEC's expert report, and produced hundreds of thousands of documents.

3. The SEC also was also successful in its efforts to take testimony from some of the third-party former SureTrader employees located in the Bahamas through the letters rogatory process, which was started in August 2022, with this Court's approval. ECF Nos. [134, 136]. Because of their roles at SureTrader, these former employees have relevant information about SureTrader and Gentile operating an offshore broker-dealer in the Bahamas designed to help day traders in the United States circumvent the U.S. rules that regulate pattern day trading, illegally soliciting U.S. customers, and acting as an unregistered securities broker-dealer. Although the SEC successfully completed the testimony of three of the five former Bahamian employees subject to testify through the letters rogatory process, the testimony of former compliance officer Edward Cooper was started, but not completed, due to objections made by Mr. Cooper's counsel. These objections were raised in a specially set hearing in the local Bahamian court. On November 28, 2023, the Bahamian court overruled Mr. Cooper's objections and stated that his testimony may continue. Thus, the parties are now trying to reschedule a date before the Bahamian Registrar to conclude Mr. Cooper's testimony.

4. In addition, the SEC, with the assistance of the Bahamas Attorney General's office, is still attempting to take the testimony through letters rogatory of SureTrader's Chief Marketing Officer, Janay Pyfrom, who is believed to be avoiding service. Thus, additional time is required to perfect service and obtain her testimony. The SEC has conferred with Bahamian local counsel regarding scheduling of the remaining testimony and was advised that due to the upcoming holidays there is limited availability.

5. Although the parties are diligently working on finalizing discovery, essential discovery from the Bahamas will not be completed by the Court's current discovery deadline of November 30, 2023. Without this discovery, the SEC will be hindered in many aspects of pre-

trial preparation. Thus, the SEC requests that the current discovery deadline be extended until January 26, 2024.

6. Such extension, if granted, will necessitate the extension of the remaining Court deadlines. Thus, the SEC requests that the deadline for filing dispositive motions be extended until February 12, 2024, and the trial in this matter be moved to the two-week period starting May 13, 2024.

11. This request for extension is made in good faith and not for the purpose of delay.

## CERTIFICATE OF CONFERRAL

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), undersigned counsel conferred with counsel for Gentile who does oppose the extensions requested herein.

November 30, 2023                                Respectfully submitted,

/s/Alice Sum_____
Alice Sum
Trial Counsel
Fla Bar No.: 354510
Phone: (305) 416-6293
Email: sumal@sec.gov

Alise Johnson
Senior Trial Counsel
Fla. Bar No. 0003270
Direct Dial: (305) 982-6385
Email: johnsonali@sec.gov

*Attorneys for Plaintiff*
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154