UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21079-BLOOM/Torres

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.
and GUY GENTILE,

    Defendants.
_____/

## SIXTH ORDER AMENDING SCHEDULING ORDER AND CERTAIN PRETRIAL DEADLINES

**THIS CAUSE** is before the Court upon the Plaintiff's Unopposed Motion for Extension of Discovery and Trial Deadlines, ECF No. [202] ("Motion"), filed on November 30, 2023. The Court has reviewed the Motion, the record, and is otherwise fully advised. Plaintiff represents that the parties are "diligently working on finalizing discovery," and seek an extension of time of the remaining deadlines of the Court's Scheduling Order, ECF No. [199]. ECF No. [202] at 2. Plaintiff represents that discovery that is critical to its trial preparation is not yet in its possession. Specifically, the conclusion of the deposition testimony of a key witness in the Bahamas, a former compliance officer, was delayed based on objections by counsel for that witness during the deposition. Also, the taking of the deposition testimony of Suretrader's Chief Marketing Officer—who is also in the Bahamas—is delayed because that individual is apparently evading service. *Id.* Based on these representations, the Court finds Plaintiff has shown good cause for the requested relief.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [202]**, is

Case No. 21-cv-21079-BLOOM/Torres

**GRANTED**, and the Scheduling Order, **ECF No. [199]**, is **AMENDED** as follows:

This case is set for trial during the Court's two-week trial calendar beginning on **June 3, 2024, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, May 28, 2024**. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. The parties shall adhere to the following schedule:

| | |
|---|---|
| **January 26, 2024** | All discovery, including expert discovery, is completed. |
| **February 12, 2024** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all dispositive motions**, and is the deadline to consent to jurisdiction by the Magistrate Judge. |
| **May 20, 2024** | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 1, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

2