UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21079-BLOOM/Torres

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.
and GUY GENTILE,

    Defendants.
_____/

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE FOR
DISPOSITION OR A REPORT AND RECOMMENDATIONS**

    Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that Defendant Guy Gentile's Renewed Motion for Sanctions for Spoliation of Evidence Under Rule 37(e), ECF No. [201], is **REFERRED** to Chief Magistrate Judge Edwin G. Torres for disposition or a Report and Recommendations.

    **DONE AND ORDERED** in Chambers at Miami, Florida, on December 1, 2023.

                                                                             _____
                                                                             **BETH BLOOM**
                                                                             **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record