UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-BLOOM/Torres

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

_____/

**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY TO GENTILE'S RENEWED MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE UNDER RULE 37(e)**

    Plaintiff Securities and Exchange Commission and Defendant Guy Gentile hereby file their Joint Motion for Extension of Time to File Response and Reply to Gentile's Renewed Motion for Sanctions for Spoliation of Evidence Under Rule 37(e), ECF No. [201], as follows:

    1.    On November 30, 2023, Gentile filed his Renewed Motion for Sanctions for Spoliation of Evidence Under Rule 37(e) ("Renewed Motion").  ECF No. [201].

    2.    On December 4, 2023, Gentile's Renewed Motion was referred to the Magistrate Judge.  ECF No. [204].

    3.    Due to the upcoming holidays, the parties have agreed to and request to set the following briefing schedule:

    a. SEC to file its response in opposition by January 4, 2024; and

    b. Gentile to file his reply in further support by January 17, 2024.

4.   This request for extension is made in good faith and not for the purposes of delay.

## CERTIFICATE OF CONFERRAL

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), undersigned counsel have conferred and agreed to the relief sought in this Motion.

Respectfully submitted,

/s/Alice Sum
Alice Sum, Esq.
Senior Trial Counsel
Fla. Bar No.: 354510
Alise Johnson, Esq.
Senior Trial Counsel
Fla. Bar No.: 0003270
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Phone: (305) 982-6300
Email: sumal@sec.gov
Email: johnsona@sec.gov

*Attorney for Plaintiff*
SECURITIES AND EXCHANGE COMMISSION

/s/ Dayliset Rielo
Dayliset Rielo, Esq.
The Rielo Law Firm, LLC
8180 N.W. 36th Street
Suite 200
Miami, FL 33166
Phone: Office: (786) 454-9873
(786) 454-9873
Email: dayliset@rielolaw.com

FORD O'BRIEN, LLP
Adam C. Ford, Esq. (PHV granted)
Matthew A. Ford, Esq. (PHV granted)
Stephen Halpin (PHV granted)
575 Fifth Ave, Floor 17
New York, NY 10017
Tel: (212) 858-0040
Email: aford@fordobrien.com
Email: mford@fordobrien.com
Email: shalpin@fordobrien.com

*Attorneys for Defendant Guy Gentile*