UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-BLOOM/Torres

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**JOINT MOTION FOR SHORT EXTENSION OF TIME TO FILE RESPONSE AND REPLY TO GENTILE'S RENEWED MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE UNDER RULE 37(e)**

Plaintiff Securities and Exchange Commission and Defendant Guy Gentile hereby file their Joint Motion for Short Extension of Time to File Response and Reply to Gentile's Renewed Motion for Sanctions for Spoliation of Evidence Under Rule 37(e), ECF No. [201], as follows:

1. On November 30, 2023, Gentile filed his Renewed Motion for Sanctions for Spoliation of Evidence Under Rule 37(e) ("Renewed Motion"). ECF No. [201].

2. On December 14, 2023, the parties filed a Joint Motion for Extension of Time setting the briefing schedule on the Renewed Motion due to the holidays, ECF No. [206], which the Court granted, ECF No. [207].

3. The current deadline for the SEC's Response is January 4, 2024, and Gentile's Reply is January 17, 2024.

4. Due to technical issues with the draft document, the SEC needs one additional business day to file its Response, an extension until January 5, 2024.

5. The parties met and conferred and agreed to an extension until January 5, 2024 for the SEC's Response and January 19, 2024 for Gentile's Reply.

6. This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties jointly request that this Court set the new deadlines for the briefing on the Renewed Motion as follows: January 5, 2024 for SEC's Response and January 19, 2024 for Gentile's Reply.

## CERTIFICATE OF CONFERRAL

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), undersigned counsel have conferred and agreed to the relief sought in this Motion.

Respectfully submitted,

/s/Alice Sum
Alice Sum, Esq.
Senior Trial Counsel
Fla. Bar No.: 354510
Alise Johnson, Esq.
Senior Trial Counsel
Fla. Bar No.: 0003270
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Phone: (305) 982-6300
Email: sumal@sec.gov
Email: johnsona@sec.gov

*Attorneys for Plaintiff*
SECURITIES AND EXCHANGE COMMISSION

/s/ Dayliset Rielo
Dayliset Rielo, Esq.
The Rielo Law Firm, LLC
8180 N.W. 36th Street
Suite 200
Miami, FL 33166
Phone: Office: (786) 454-9873
(786) 454-9873
Email: dayliset@rielolaw.com

FORD O'BRIEN, LLP
Adam C. Ford, Esq. (PHV granted)
Matthew A. Ford, Esq. (PHV granted)
Stephen Halpin (PHV granted)
575 Fifth Ave, Floor 17
New York, NY 10017
Tel: (212) 858-0040
Email: aford@fordobrien.com
Email: mford@fordobrien.com
Email: shalpin@fordobrien.com

*Attorneys for Defendant Guy Gentile*