# Exhibit B

July 31, 2017

Mr. Philip Dorsett
Nassau, Bahamas

Re: Letter of Dismissal

Dear Mr. Dorsett,

This letter confirms our discussion today that your employment with Swiss America Securities Ltd. for cause, effective immediately.

Your employment, as discussed during the termination meeting with the Senior Compliance Officer, is terminated because you committed company personnel and resources to a third party after being told by The President and your department head, not to communicate unless and until the Firm would have had proper discussion so to do as it relates to a Client.

Your subsequent commitment of resources, after being told explicitly not to commit the resources, was a gross violation of company policy and our code of conduct.

In attempting to cover up your commitment, you tried to involve several other employees in your deception. This is behavior that cannot be countenanced and it also violates our code of conduct.

Payment for your accrued salary will be included in your final paycheck, and you can expect a separate benefit for your tenure here at the Firm, with an agreed continuation of group health coverage for three months.

We request from you: security swipe card, your office keys, and the company owned laptop.

We remind you of your non-compete clause that you have signed at the beginning of your employment and as a member of the Compliance Team you are reminded that you have a legal obligation to not divulge any information about the Firm's trading platforms or procedures to our competitors.

We apologize for any inconvenience caused, and wish you all the best in your future endeavors as we remain.

Respectfully yours,

CONFIDENTIAL

GENTILE0004527