UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:21-CV-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

-v-

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that the undersigned, Gabriela Ruiz, of the law firm Ford O'Brien Landy LLP, is hereby entering her appearance as counsel in the above-styled cause.

    Counsel hereby states that this appearance is in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys. Undersigned respectfully requests that service and copies of all papers in this action should be served upon the undersigned at the following email address: gruiz@fordobrien.com.

    Dated this 26th day of January, 2024

                                                         Respectfully submitted.

                                                         By: */s/ Gabriela Ruiz*
                                                            Gabriela Ruiz

                                                            FL Bar No. 46844
                                                           One Biscayne Tower
                                                           2 Biscayne Blvd. Suite 3200
                                                           Miami, FL 33131
                                                          Phone: (786) 310-1135
                                                          gruiz@fordobrien.com