UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21079-BLOOM/Torres

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.
and GUY GENTILE,

    Defendants.
_____/

**ORDER SCHEDULING SECOND MEDIATION, SPECIALLY SETTING TRIAL DATE AND ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon following a Status Conference held on January 31, 2024, *See* ECF No. [215]. The Court announced that this case is **SPECIALLY SET** for jury trial on June 10, 2024. In addition the Court requires the parties to continue settlement negotiations and toengage in a second mediation.

Accordingly, it is **ORDERED AND ADJUDGED** that the Amended Scheduling Order, **ECF No. [203]**, is **AMENDED** as follows:

1. This case is specially set for trial on **June 10, 2024, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, May 28, 2024**. All other deadlines **REMAIN IN EFFECT**.

2. The Parties must **COMPLETE** a Second Mediation with Mediator Kathy Adams on or before, but no later than **March 12, 2024. No later than February 7, 2024**, the parties shall **schedule a time, date, and place for the continued mediation** to take

Case No. 21-cv-21079-BLOOM/Torres

place, and shall jointly **file a notice, and proposed order scheduling a continued mediation** via CM/ECF in the form specified on the Court's website, http://www.flsd.uscourts.gov. Pursuant to the procedures outlined in the CM/ECF Administrative Procedures, **the proposed order is also to be emailed to bloom@flsd.uscourts.gov in Word format.**

3. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 31, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record