UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## JOINT NOTICE REGARDING MEDIATION

Pursuant to the Court's Order Scheduling a Second Mediation (D.E. 216), the parties hereby notify the Court of the following:

The parties have agreed to hold the second mediation on February 27, 2024, starting at 10:00 a.m. via Zoom before mediator, Kathy Adams, www.kathyadamsdrs.com.

Date: February 8, 2024

Respectfully submitted,

/s/Alice Sum
Alice Sum, Esq.
Trial Counsel
Fla Bar No.: 354510
Phone: (305) 416-6293
Email: sumal@sec.gov
*Attorney for Plaintiff*
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1950
Miami, Florida 33131

/s/Dayliset Rielo
Dayliset Rielo, Esq.
The Rielo Law Firm, LLC
8180 N.W. 36th Street
Suite 200
Miami, FL 33166
Phone: Office: (786) 454-9873
(786) 454-9873
Email: dayliset@rielolaw.com

Adam C. Ford, Esq. (PHV granted)

2

Matthew A. Ford, Esq. (PHV granted)
Stephen R. Halpin III, Esq. (PHV granted)
FORD O'BRIEN LANDY LLP
275 Madison Avenue, 24th Floor
New York, NY 10016
Tel: (212) 858-0040 (main)
aford@fordobrien.com
mford@fordobrien.com
shalpin@fordobrien.com

*Attorneys for Defendant Guy Gentile*