UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21079-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## ORDER SCHEDULING SECOND MEDIATION

The second mediation before mediator Kathy Adams is scheduled via Zoom for February 27, 2024, at 10:00 a.m.

**DONE AND ORDERED** in Chambers at Miami, Florida on February __, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**