UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-BLOOM/Torres

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## PLAINTIFF'S STATEMENT OF MATERIAL FACTS

### Guy Gentile's Background

1. At various times from about 2000 until 2012, Gentile was registered with at least three securities broker-dealers in the United States. Guy Gentile's Amended Answer and Affirmative Defenses ("Answer"), ECF No. [80] at ¶ 17.

2. In January 1999, Gentile started an online trading firm called Mint Global Markets, f/k/a Stock USA Execution Services, Inc. (www.speedtrader.com), which is registered with the U.S. Securities and Exchange Commission ("Commission" or "SEC"). Gentile is its founder and, through a trust, its controlling owner. *Id.* at ¶ 17.

3. In about 1999, Gentile obtained several securities broker licenses, including Series 4, 7, 24, 55, and 63 securities licenses, all of which have expired. *Id.*

4. In 2009, Gentile founded ProTrade Securities, LLC, which was also registered as a broker-dealer with the Commission, and he served as its managing member until at least 2011. *Id.* at ¶ 18.

5. By no later than 2017, Gentile was also the beneficial owner of a group of financial institutions located in the United States and other foreign countries, which included MintBroker International, Limited in the Bahamas and MintBroker International Limited in the

U.K., which among other things hold accounts of clearing firms and maintain custody of funds. *Id.*

6.  Gentile had a website www.guygentile.com, which previously provided trader education via video and a live chat room. *Id.* at ¶ 21.

**Founding of SureTrader and Gentile's Control and Ownership of SureTrader**

7.  In 2008, Gentile incorporated and founded Swiss America Securities Ltd. in the Bahamas. *Id.* at ¶¶ 1, 12.

8.  In 2017, Gentile changed the name of the Company from Swiss America Securities Ltd. to MintBroker International, Ltd. *Id.* at ¶ 12.

9.  Gentile marketed the company as SureTrader, and it was commonly known as SureTrader, including through its website www.suretrader.com. *Id.*

10. SureTrader's principal place of business was the Bahamas. *Id.* at ¶ 11.

11. In 2011, Gentile registered SureTrader with the Securities Commission of the Bahamas ("SCB") as a broker-dealer. *Id.* at ¶ 13, 25.

12. SureTrader has never been registered with the Commission in any capacity. *Id.* at ¶ 15, 26.

13. Gentile was an owner and chief executive officer of SureTrader from February 2017 until November 2019. *Id.* at ¶ 1.

14. At all times since Gentile founded SureTrader, Gentile was in charge and the "boss" of SureTrader. Ex. 1, Deposition Transcript of Philip Dorsett at 74:21-25; Ex. 2, Declaration of Philip Dorsett at ¶¶ 26-27; Ex. 3, Deposition Transcript of Yaniv Frantz at 41:23-42:4; Ex. 4, Email dated November 17, 2017 from Antonio Collie to "Executives"; Ex. 5, SureTrader Organizational Chart; Ex. 6[1], Transcript of Bahamian Proceedings on January 26, 2024, Testimony of Janay Pyfrom at __.

**FINRA Rules**

15. The FINRA Rules adopt the term "pattern day trader," which includes any margin customer that day trades (buys then sells or sells short then buys the same security on the same

---

[1] The SEC is expecting the Registrar of the Bahamas Supreme Court to transmit the Transcript of Bahamian Proceedings that occurred on January 26, 2024, and included testimony from Janay Pyfrom and Edward Cooper. As soon as the SEC receives the Transcript, it will supplement this filing.

day) four or more times in five business days, provided the number of day trades are more than six percent of the customer's total trading activity for that same five-day period. Answer at ¶ 36.

16. FINRA has identified in its Rules that "[d]ay trading can be extremely risky." FINRA Rule 2270. As set forth in the Rules, "[d]ay trading generally is not appropriate for someone of limited resources and limited investment or trading experience and low risk tolerance, and day traders "should be prepared to lose all of the funds that [they] use for day trading." FINRA Rule 2270. *Id.* at ¶ 37.

17. The FINRA Rules also provide that "certain evidence indicates that an investment of less than $50,000 will significantly impair the ability of a day trader to make a profit. Of course, an investment of $50,000 or more will in no way guarantee success." FINRA Rule 2270. *Id.* at ¶ 38.

18. FINRA has established Rules to require that certain levels of equity be deposited and maintained in day-trading accounts, and that these levels be sufficient to support the risk associated with day-trading activities. *Id.* at ¶ 39.

19. Under the Rules, a pattern day trader must maintain minimum equity of $25,000 on any day that the customer day trades. The required minimum equity must be in the account prior to any day-trading activities. If the account falls below the $25,000 requirement, the pattern day trader will not be permitted to day trade until the account is restored to the $25,000 minimum equity level. FINRA Rule 2520(f)(8)(B)(iv)(a). *Id.* at ¶ 40.

### SureTrader's Operations

20. SureTrader was in the business of being a broker-dealer from no later than December 2011 until at least November 2019, when its clearing firm changed the services it provided to SureTrader. *Id.* at ¶¶ 11, 27.

21. SureTrader offered broker-dealer services through which day traders could have their trades executed. *Id.* at ¶ 44.

22. SureTrader did not require customers to meet any of the requirements set forth in the U.S. Pattern Day Trader Rules. For example, SureTrader offered customers the ability to open an account and trade with as little as $500 and did not require any margin account balances or place any other restriction required under the Rules. *Id.* at ¶ 45.

23. During the Relevant Period in the Complaint, SureTrader only permitted its customers to trade in U.S. equities (99%) and options (1%). *Id.* at ¶ 31.

24. SureTrader ballooned from a three-man shop to become a broker-dealer employing about 75 employees, with more than 40,000 customer accounts and assets of more than $10 million. *Id.* at ¶ 5, 93.

25. SureTrader has effected transactions "in excess of $1 billion on behalf of its customers." *Id.* at ¶ 94.

26. During the Relevant Period in the Complaint, U.S. customers comprised at least 50% and, at times 80%-85%, of SureTrader's customer base. Ex. 7, AML Report at p.3; Ex. 2, Dorsett Declaration at ¶ 15; Ex. 3, Frantz Transcript at 133:12-134:21; Ex. 8, Active Traders List.

27. The Active Traders List shows customers located in the U.S. who received a trade commission structure that had a special deal with an affiliate program from the U.S. Ex. 3, Frantz Transcript at 135:1-136:5.

28. The potential customers targeted by SureTrader advertising on Affiliate websites ("Affiliates") were U.S. customers. Ex. 9, Transcript of Bahamian Proceedings on October 26, 2023, Testimony of Drameko Moore at 24:28-30.

29. SureTrader's Affiliate programs "were a way to get access to more U.S. clients without there being any direct solicitation. Ex. 9, Moore Transcript at 26:6-9.

30. SureTrader did not treat the applications from U.S. customers any differently than customers from other locations. Ex. 6, Cooper Transcript at __.

31. In 2020, the Supreme Court of the Bahamas ordered that SureTrader be placed in liquidation and appointed Joint Provisional Liquidators to wind down the company.

32. In or around December 2021, the Supreme Court of the Bahamas issued a Winding Up Order formally requiring that SureTrader be wound up and appointed the Joint Provisional Liquidators as the Joint Official Liquidators for SureTrader. Notice of Filing Declaration of Igal Wizman ECF No. [105] at ¶ 3.

33. As a result of the appointment of the Liquidators, SureTrader's directors and officers, including Gentile, ceased to have any duties, functions, or powers with respect to the company. Notice of Filing Declaration of Igal Wizman ECF No. [105] at pp. 4-7.

**SureTrader's Solicitation of U.S. Customers**

<u>Solicitation Via SureTrader's Website</u>

34. During the Relevant Period, SureTrader solicited customers through its website, <u>www.suretrader.com</u>.

35. For example, in at least October 2017, the SureTrader website stated it would "Allow You to Avoid the Nasty PDT [Pattern Day Trader] Rule." Ex. 10, Webcapture of SureTrader Website.

36. In at least October 2017, the SureTrader website asked potential customers if they "are up for circumventing the rules and getting what you want." Ex. 10.

37. The website targeted U.S. customers in several ways, including:

   a. listing all trading and account fees in U.S. Dollars; Ex. 11, Webcapture of SureTrader Website.

   b. only permitting trading in U.S. equities and options; Ex. 12, Webcapture of SureTrader Website.

   c. listing a "USA (Direct)" phone number among its contact information along with a New York City-based VoIP phone number "as a courtesy to . . . existing customers;" Ex. 13, Webcapture of SureTrader Website.

   d. providing ways to fund a trading account specifically for U.S. customers, including an ACH payment method available to "US Bank Holders Only;" Ex. 14, Webcapture of SureTrader Website.

   e. offering a pricing comparison between its services and other prominent, online brokerages, with five of the six compared brokers being U.S.-based, registered broker dealers; Ex. 15, Webcapture of SureTrader Website.

   f. A promotional offer for new accounts prominently located at the top of the webpage: "Hey! We're offering $50 in free trades to new traders like you! GET YOUR $50 PROMO CODE NOW." Ex. 11. The ad shows up prominently at the top of the website; however, the only disclaimer (SureTrader "does not accept accounts for U.S. Persons that have been solicited") is only located in the smallest print at the very bottom of the page, nowhere near the ad. This offer was accepted by at least two U.S. customers: Warren Williams and Hunter Huddleston; their accounts show $50 credit for "50ONUS" on May 18, 2017 and March 22, 2017,

respectively. Ex. 16 and 17, Profit and Loss Summary for Williams and Huddleston.

### Solicitation Via E-Mail Messages

38. SureTrader also solicited existing U.S. Customers and prospective U.S. Customers by e-mail messages. These emails, once opened, directed U.S. customers to SureTrader's website. Orestes Jimenez, who was located in Miami, Florida, received multiple e-mail messages from SureTrader. On March 8, 2017 (time stamped 4:57pm), SureTrader sent an email to Jimenez with the subject "Trading Tips You Can't Afford to Ignore." Ex. 18, Email dated March 8, 2017. The email included a link to a video, stated that it is providing "some important trading tips," and concluded by asking, "Are you ready to Open an Account with SureTrader and be on your way to a successful trading career? Get Started Now! To get you started, we'd like to offer you $99 in Free Trades when you open an account with SureTrader. Use Code: SURE99, and fund your account with a minimum of $1,000. This is an exclusive offer that expires in 14 days." Minutes later, SureTrader sent an email to Jimenez (time stamped 5:13 pm) with the subject "Please Confirm Your Account" dated March 8, 2017. Ex. 19, Email dated March 8, 2017. Approximately one month later, after Jimenez had already opened a SureTrader account, SureTrader sent a reminder email on April 12, 2017, to entice him to trade through SureTrader, informing that his margin "buying power has been updated." Ex. 20, Email dated April 12, 2017.

39. SureTrader sent this same email "Trading Tips You Can't Afford to Ignore" on August 22, 2016, to another U.S. resident, Mazen Agha. Agha opened an account with ST after receiving this email. Ex. 20, Email dated August 22, 2016.; Declaration of Mazen Agha at ¶ 6 and Ex. 1 thereto.

40. These e-mail messages did not include any disclaimers regarding restrictions on opening accounts for U.S. persons. Exs. 18, 19, 20, 21.

### Solicitation Through Online Day Trading School Websites

41. During the Relevant Period, SureTrader solicited U.S. customers through advertisements on U.S.-based day trading school websites such as DayTradingRadio.com and WarriorTrading.com, which SureTrader referred to internally as Affiliates. Ex. 2, Dorsett Declaration at ¶ 14; Ex. 9, Moore Transcript at 20:21-24.

42. The Affiliates prominently advertised SureTrader's brokerage services on their websites and also offered their "students" incentives to open an account with SureTrader. Ex. 22, Warrior Trading Website Webcapture; Ex. 23, Day Trading Radio Website Webcapture.

43. Gentile, who controlled SureTrader, knew about SureTrader's arrangements with the Affiliates and directed SureTrader's communications with them. Ex. 3, Frantz Transcript at 28:8-16; 34:7-20; 41:21-42:15.

44. In October 2016, SureTrader entered into a Marketing Services Agreement with Warrior Trading (www.warriortrading.com), a Vermont-based website for day trading. Ex. 24.

45. Pursuant to this agreement, Warrior Trading advertised SureTrader on its website as a preferred broker and SureTrader offered a trading commission rebate. *Id.*

46. While the Marketing Services Agreement stated the rebate would only apply to non-U.S. customers, SureTrader gave the rebate to U.S. customers. For example, in October 2016, Mazen Agha, who was residing in the U.S., learned about SureTrader through Warrior Trading. Ex. 21, Agha Declaration at ¶ 3. Warrior Trading informed its students that it has a deal with SureTrader: Warrior Trading students will get an incentive from SureTrader when they open a trading account with SureTrader. Warrior Trading Students who bought courses from Warrior Trading and opened a trading account with SureTrader will get an incentive from SureTrader where SureTrader will rebate to Warrior Trading students the full price of the Warrior Trading courses in form of a discount on trade commissions (discounted from $4.95 to $3.95 per trade). Agha personally received that promotion from SureTrader and the discounted price on his trade commissions ($3.95 per trade instead of $4.95) after he contacted SureTrader support and provided them with his Warrior Trading course receipt. *Id.* at ¶ 4.

47. Prior to opening his SureTrader account, Agha reviewed SureTrader's website where it stated that he could avoid pattern day trading rules by opening an account with SureTrader. *Id.* at ¶ 5. He was attracted to SureTrader because he could open an account and trade with less than $25,000 in his account, which he could not do in his U.S. day trading account at E*Trade. *Id.* On August 22, 2016, Agha received an email from SureTrader stating that his SureTrader demo had expired, and that "it's time to put all your practice into action!" The email also offered $99 in free trades when you opened an account at SureTrader. There was nothing in the email stating the offer for free trades was not available for residents of the U.S. *Id.* at ¶ 6. Agha submitted an account application to SureTrader on about October 4, 2016, listing

7

his Chicago, Illinois address on his application, and attached his driver license. *Id.* at ¶ 7. On October 10, 2016, SureTrader approved Agha for trading and Agha subsequently opened a trading account at SureTrader. *Id.* at ¶ 8. Although SureTrader was aware Agha lived in the U.S., it did not prevent Agha from opening an account or making trades. Agha was never questioned by SureTrader about his U.S. residency. *Id.* at ¶ 12.

48. Individuals residing in the U.S. opened accounts at SureTrader after learning about it from Warrior Trading. Ex. 25, Deposition Transcript of Ross Cameron 82:20-83:4; Ex. 21, Agha Declaration at ¶¶ 3-8.

49. SureTrader nonetheless opened accounts for U.S. customers referred by Warrior Trading while SureTrader had an active marketing agreement with Warrior Trading. Notably, these U.S. customers specifically acknowledged in their applications that they were referred to SureTrader by Warrior Trading. Ex. 35, 36, 37, and 38 Applications for Franklin Martin, Sheldon King, Marcello Martin, and Stephen Derong).

50. SureTrader entered into a Marketing Services Agreement signed in August 2016 with New York-based Day Trading Radio, Inc. (www.DayTradingRadio.com), pursuant to which SureTrader paid Day Trading Radio $1,000 a month in exchange for running SureTrader's banner advertisements on the Day Trading Radio website. Ex. 26, Marketing Services Agreement with Day Trading Radio.

51. The Day Trading Radio website prominently displayed two SureTrader ads at the top of its home page, one of which was a banner ad running along the top of the page with the text "Day Trading Radio's Preferred Broker – click to learn more!" Clicking on either ad redirected the visitor to SureTrader's website. Although the advertisements included a small-font disclaimer, "Not Intended for US Persons," Day Trading Radio's website included an article entitled "DayTraderRockStar's Preferred Broker: SureTrader" which explained that SureTrader was "required to post" a disclaimer on its website that meant "they are not allowed to solicit business from the U.S." though "they can accept and open U.S. accounts no problem." The article concluded with step-by-step instructions for U.S. customers to follow to open an account with SureTrader. Ex. 27 and 28, Day Trading Radio Website Webcaptures.

52. Day Trading Radio invoiced SureTrader for its advertisements during the Relevant Period. Ex. 29, Day Trading Radio Invoices from March 2016 to November 2018.

53. U.S. customer Mazen Agha negotiated with a SureTrader representative to receive a highly discounted trade commission fee in return for a large initial account deposit and the promise of high-volume trading as reflected in the email exchange between Agha and SureTrader on November 2, 2017:

> **Agha**: "Yes, I am planning to fund my account with 17K. If you don't offer per trade commission, then I am looking for $0.001 per share rate, $0.95 per trade minimum, $10 per trade maximum."
>
> **SureTrader**: "At this moment, I can only suggest a $0.004 per share with $1.95 per trade minimum and NO ECN fees. As well as $50 max per trade. To be qualified you will need to trade 1M shares minimum each month. Once you trade less, the system will move you to the next best tier.
>
> "Once we see your monthly volume of 1-month trading, perhaps we could chat again over this."
>
> **Agha**: "Alright, I approve the new rates for now. However, I would expect to have better ones next month."

Ex. 39, Agha email chain at pp. 15-21.

### Defendants' Solicitation Efforts Were Successful

54. SureTrader ballooned from a three-man shop to become a broker-dealer employing about 75 employees, with more than 40,000 customer accounts and assets of more than $10 million. Answer at ¶ 93.

55. According to SureTrader, it has effected transactions "in excess of $1 billion on behalf of its customers." *Id.* at ¶ 94.

### SureTrader's Sham Attempts to Conceal Its Solicitation of U.S. Customers

56. On or around March 24, 2017, Yaniv Frantz at SureTrader sent an email to Day Trading Radio advising that "SureTrader senior management have decided to stop any prior deal moving forward, as we made it clear that we are not endorsing to solicit for U.S. customers on our behalf as mentioned on our website." Ex. 30, Email chain dated March 24, 2017, between Yaniv Frantz and Dac at Day Trading Radio. Day Trading Radio responded: "I'm a bit confused are we canceling our marketing agreement? Your banner states not intended for US customers and our customer base is both US and non US? Best Dac" *Id.* Frantz answered Day Trading Radio: "The email you received was sent as a reminder to the SureTrader Policy and to act as a

statement. However, the deal for a Non-U.S. persons would still be active as mentioned in my previous email." *Id.*

57.     Frantz discussed the email with Gentile and obtained his approval as this was during Frantz's first three months with SureTrader and Frantz did not make "big statements on [his] own." Frantz Transcript at 41:23-42:4.

58.     Frantz also confronted Gentile about the emails with the Affiliates and the program. Frantz Transcript at 30:5-19; 40:7-12.

59.     Frantz explained that SureTrader's email to the Affiliates was a ruse—"maybe a like a small CYA, and then, later on, it was a big one" and "plaster on the hole of the wall...painting there almost like it doesn't exist." Frantz Transcript at 33:15-34:20.

60.     After the March 24, 2017 email exchange with Day Trading Radio, SureTrader approved U.S. based customers. Frantz Transcript at 48:3-7.

61.     On SureTrader's website, it told potential customers that "U.S. customers wanting to work with . . . Swiss America Securities, Ltd. (SureTrader.com) can thus only approach Non-U.S. Broker-Dealers under Rule 15a-6 if they have not been to their website and should be prepared to certify this fact in writing to ensure compliance with applicable law." Answer at ¶ 78.

62.     During 2016, SureTrader's website incorporated a single pop-up warning the visitor that by clicking "Accept" you agree to SureTrader's "Terms & Conditions." Ex. 31, Webcapture of SureTrader's website. The pop-up could also be closed by clicking on an "X" on the upper right-hand corner of the pop-up window.

63.     No later than October 2017, SureTrader added a web-based Internet Protocol ("pop-up") blocker to the SureTrader website to give the appearance that SureTrader was not soliciting U.S.-based customers. *Id.* at ¶ 83.

64.     SureTrader's pop-up blocker was created at the direction of Gentile. Frantz Transcript at 58:13-89:15.

65.     The SureTrader pop-up window stated: "In compliance with SEC Rule 15a-6 this website is not intended to solicit U.S. Residents. . . By continuing, you certify that you have not been solicited to this website." The pop-up window further stated: "You will need an access code or be an existing client to view our website," and included spaces for a new visitor to enter an email address or phone number to receive an access code. The pop-up window also included an

area for SureTrader's existing U.S.-based customers to login and gain website access. *Id.* at ¶ 84; Ex. 32 and 33, SureTrader Website pop-up Webcapture and video.

66. The pop-up blocker and disclaimers were sham attempts to conceal SureTrader's solicitation of U.S. based customers. Frantz Transcript 57:13-59:15.

67. Despite the existence of the pop-up blocker, applications from customers located in the U.S. that listed "website" as the source of referral to SureTrader were approved by SureTrader. Ex. 34, Application for Christopher Penalver.

68. Other than the Unsolicited Acknowledgement Agreement, which Gentile drafted, there were no other policies or procedures implemented by SureTrader to prevent solicitation of U.S. residents. Dorsett Declaration at ¶ 17, 23.

69. There were no policies or procedures implemented by SureTrader to deny account applications because the applicant was a U.S. resident. *Id.* at ¶ 24.

70. Gentile instructed SureTrader's Chief Compliance Officer, who instructed staff at SureTrader, to accept any account application from a U.S. resident as long as their application was complete, including submission of the signed Unsolicited Acknowledgment Agreement. No further inquiry whether the applicant had been solicited by SureTrader was conducted. *Id.*

February 12, 2024.                                     Respectfully submitted,

                                                /s/Alice Sum_____
Alice Sum
Senior Trial Counsel
Fla Bar No.: 354510
Phone: (305) 416-6293
Email: sumal@sec.gov

Alise Johnson
Senior Trial Counsel
Fla. Bar No. 0003270
Direct Dial: (305) 982-6385
Email: johnsonali@sec.gov

*Attorneys for Plaintiff*
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154