✉ Reply   ✉ Reply All   ✉ Forward

Fri 11/17/2017 6:13 PM



Antonio Collie <antonio@suretrader.com>

FW: Bi-Weekly Executive Team Meeting

To    executives@suretrader.com

Good Day Janay,

Hope you're doing well today and look forward to seeing you back on Monday.  Below are my few agenda points for discussion:

1. Recent visit by the Labour Board Department, its consequences and management's plans to address this matter going forward.  I am very disappointed that we have not yet address this matter in a very direct way as our employees expect much more from the top on these issues.  The word is clearly out on the streets..
2. Banking issues from Canada.  We are still receiving due diligence requests from the Canadian banks and we need to at all cost to maintain these relationships.
3. Banking issues in the UK.  Guy has been working on a solution via an acquisition of an entity that can solve a lot of the banking problems an accordingly can provide some updates.
4. Insurance – Justin / Antonio to provide some updates…
5. Audits with EY and BDO – Antonio to provide some updates.
6. Executive / Management employee contracts.  This seems to have gone missing somehow and really needs to be addressed.
7. General communications from the top.  There still remains a huge lack of communication from the top and among ourselves so hopefully these meetings can serve as the means to improve this vital organizational / corporate culture mistaken.
8. Who is the BOSS? I would like to remind all that as far as I am aware there is one shareholder and one boss / CEO of the company that we report to and that is Mr. Guy Gentile.  The organizational structure is clearly defined.
9. Other company business…

Thanks.

Antonio S. Collie, CPA
*Chief Financial Officer*
*Tel: +1 (242)603-8600/Ext 8610*

✓ **SureTrader**



EXHIBIT
25    3/11/23
       KP

SEC-FL-03848-E-0075455