

SWISS AMERICA SECURITIES, LTD

- **Board of Directors** — GUY GENTILE & ANTONIO COLLIE
  - **Chief Executive Officer** — GUY GENTILE
    - **President & Chief Financial Officer** — ANTONIO COLLIE
      - Financial Accounting & Reporting — DANIELLE ROMER
      - Funding & Banking — OPEN
    - **Chief Compliance Officer / MLRO** — EDWARD COOPER
      - New Accounts — JASMINE SANDS
    - **Chief Technology Officer** — OPEN
      - Information Technology — STEPHEN DARVILLE
    - **Chief Operating Officer** — YANIV FRANTZ
      - Deputy Director — JUSTIN RITCHIE
      - Human Resources & Training
      - Trade Desk & Risk Management — OPEN
      - Sales — OPEN
    - **Chief Marketing Officer** — JANAY SYMONETTE
      - Marketing
      - Customer Support Centre — ALEXIS DELANCEY

EXHIBIT 24  3/11/23  KP

Last updated: August 2017

SEC-FL-03848-E-0001258