



# AML Program Review

of

# Swiss America Securities, Ltd.

**Prepared For:**

Miles & Stockbridge P.C.
&
Stock USA Execution Services, Inc.

**Report Issued:**

April 6, 2016



PLAINTIFF'S EXHIBIT 68

PRIVILEGED AND CONFIDENTIAL ATTORNEY – CLIENT COMMUNICATION

SEC-SUES-E-0000528

# TABLE OF CONTENTS

| | |
|---|---|
| Summary | 2 |
| Project Scope | 2 |
| About Swiss America Securities, Ltd. | 3 - 5 |
| Interviews | 5 |
| Observations | 6 - 9 |
| About ITA Compliance, LLC | |
|     Firm Information | 10 |
|     Examiner Information | 10 |

PRIVILEGED AND CONFIDENTIAL ATTORNEY – CLIENT COMMUNICATION

SEC-SUES-E-0000529

### Summary:

ITA Compliance, LLC ("ITA") was engaged by Stock USA Execution Services, Inc. ("SUSA") and Miles and Stockbridge P.C., ("M&S") to conduct a one day on-site review of Swiss America Securities, Ltd. ("SAS") anti-money laundering compliance program. SAS is a broker-dealer registered with the Securities Commission of the Bahamas ("Commission").

The project was conducted over the following phases:

I. **Pre-Visit Review and Planning**: ITA reviewed the firm's AML compliance manual dated 9/30/15 and developed interview questions for SAS management and staff.

II. **On-Site Visit**: ITA conducted an on-site visit March 3, 2016. ITA conducted interviews with management and staff and viewed system demonstrations relating to customer onboarding and transaction reviews.

III. **Exit Meeting**: Subsequent to the visit, ITA provided its observations to M&S and SUSA.

IV. **Reporting**: ITA memorialized its observations in this report.

### Project Scope:

ITA conducted a one day, on-site review of SAS's AML compliance program. ITA did not sample books and records or conduct an audit or examination. The purpose of this review was to determine, through interviews and demonstrations, whether SAS appeared to have adequate AML policies, procedures, and controls in place to deter, detect, and report potential money laundering activity. SAS is not registered with FINRA or the SEC, or subject to requirements of the USA PATRIOT Act. However, for the purposes of this review, ITA assessed risk based on regulatory standards for US-regulated broker-dealers.

ITA reviewed the following AML program elements:

1. Customer onboarding
2. Transaction Monitoring
3. Escalation and Reporting
4. Training of Personnel
5. Ongoing Testing and Reviews

PRIVILEGED AND CONFIDENTIAL ATTORNEY – CLIENT COMMUNICATION

SEC-SUES-E-0000530

## About Swiss America Securities, Ltd.:
(Information was gathered from public filings and during interviews on March 3, 2016.)

### Primary Location:
| | |
|---|---|
| Principal Office and Place of Business: | Suite # 17, Elizabeth on Bay Plaza<br>Nassau, Bahamas |

### Employees and Remote Locations:
| | |
|---|---|
| Total employees: | 29 |
| Location of employees: | Nassau, Bahamas (One consultant works from Hawaii. Firm advised this consultant reviews quality of customer services and provides guidance and support.) |

### Registration:
| | |
|---|---|
| Licensing/Registration: | Licensee under the Securities Industry Act, 2011 |
| Regulatory Body: | Securities Commission of the Bahamas |
| Business Registration Categories: | 1. Dealing in securities as principal and agent<br>2. Arranging deals<br>3. Managing securities<br>4. Advising on Securities |

### Customers:
| | |
|---|---|
| Total number of accounts: | 17,015 approved accounts (Not all approved accounts have been funded) |
| Number of new accounts: | 300-400 per month |
| Types of customers: (accounts) | Individuals (95%+)<br>LLCs/Corporate Entities (Approximately 25 funded accounts)<br>Trusts (Fewer than 10 funded accounts)<br>**Firm does not maintain any accounts for:**<br>Limited Partnerships/unincorporated entities (None)<br>Other financial institutions (None)<br>Politically exposed persons (None) |
| Locations of clients: | United States (Over 50%)<br>Canada (10-20%) |

3

**PRIVILEGED AND CONFIDENTIAL ATTORNEY – CLIENT COMMUNICATION**

Germany
Asia
Central/South America
Middle East

### Assets and Custody:

The average account value at SAS is under $10,000. In 2015, fewer than 20 individuals maintained accounts valued at over $50,000. SAS utilizes an affiliate, Swiss America Custody Ltd, as custodian for client funds and securities. Swiss America Custody Ltd. was formed and registered in the Bahamas. The custodian maintains bank accounts in Singapore and the Bahamas. SAS advised the majority of customer assets are held in Singapore.

### Monetary Transactions:

The firm does not accept cash, checks, or physical securities for deposit. In addition, SAS does not accept or facilitate any Depository Trust Company (DTC) or Automated Customer Account Transfer Service (ACATS) transfers.

SAS permits clients to fund accounts using the following methods:
- Credit cards
- Electronic payments from checking accounts (ACH, wires)
- Money service brokers (Primarily "Skrill" and "Neteller")

Deposits are only accepted if the source of funds accountholder name matches the brokerage accountholder name. SAS will only disburse funds in the same name as the accountholder.

### Investment Products:

SAS clients conduct online trading. Investment products are U.S. traded equities (99%+) and U.S. traded options (1% or less).

### Brokerage Arrangements and Trading:

SAS maintains two brokerage arrangements. Equity trading is conducted through Stock USA Execution Services, LLC. Options trading is conducted through Interactive Brokers LLC.

SAS reported the following information on order/trading activity and volume:
- Daily shares traded: Between 1 million and 8 million shares
- 7,000 – 8,000 executions per day
- 500 – 1,000 cancels per day
- 40% of volume is short selling
- Average share price traded is $4-$5

4

PRIVILEGED AND CONFIDENTIAL ATTORNEY – CLIENT COMMUNICATION

SEC-SUES-E-0000532

**Prior AML Audit:**
In 2015, SAS engaged BDO to conduct an AML audit.

**Books and Records Retention:**
All books and records are maintained in the firm's home office. An electronic backup of records is located in an off-site facility located in Nassau, Bahamas.

**Regulatory Examinations:**
The Securities Commission of the Bahamas examines SAS at least once every three years. The most recent examination was conducted in 2015.

## Interviews:

On-site interviews commenced at 9am on March, 3 2016. ITA spent approximately 3.5 hours interviewing the following compliance and management personnel:

- Philip Dorsett, Money Laundering Reporting Officer
- Edward Cooper, Compliance Officer
- Antonio Collie, Chief Financial Officer

Upon completion of the above interviews, ITA met with other individuals to discuss and observe the firm's account onboarding, trading, and monitoring processes. The following pages memorialize the results of these interviews and demonstrations.

5

PRIVILEGED AND CONFIDENTIAL ATTORNEY – CLIENT COMMUNICATION

### Review Summary:

1. **Customer Onboarding**

   Review Notes:

   Most of the firm's customers, as identified above, are US and Canadian individuals. Prior to opening an account, the firm:

   - Screens the potential customer against the OFAC list and maintains supporting documentation. The firm prohibits the opening of any account for an individual or entity listed on OFAC's SDN list.
   - Requires customers to complete a new account application. The application requests a variety of information including home and work address, financial information, employment, education, trading experience, bank and professional references, financial industry affiliations, and other information.
   - The firm requires two forms of photo identification for individuals (e.g. driver's license and passport) and two other documents (e.g. utility bills, bank statements) to verify the customer's physical address.
   - US individuals and entities are required to provide a W-9 certifying their tax identification number.
   - For entity accounts, the firm requires corporate formation documents, evidence of good standing, and documentation disclosing who the owners, officers, and authorized traders are.

   The new accounts group reviews all documentation and information for completeness, red flags, and evaluates documents provided for authenticity. In addition, the customer is contacted by phone for additional verification. If the customer is not reachable by phone, or the firm determines extra steps are appropriate, one or more of the references listed may be contacted. Once the new accounts group completes its review, Compliance performs a secondary review. After Compliance approves the account it is assigned an account number and can be funded.

   Conclusion:

   The firm appeared to have strong controls in place for customer onboarding. ITA did not identify any concerns during this review.

2. **Transaction Monitoring**

PRIVILEGED AND CONFIDENTIAL ATTORNEY – CLIENT COMMUNICATION

SEC-SUES-E-0000534

Review Notes:

The firm has procedures for ongoing monitoring of customers and monetary transactions. These include:
- Review size and source of deposits for consistency with client profile
- Enhanced review when client requests withdrawals exceeding $5,000 (Often a call is made to client)
- Reviews of withdrawals requested shortly after deposits
- Reviews of accounts holding cash instead of trading (no interest is paid)
- Attempt to disburse funds to a third party
- Attempt to utilize a financial institution for disbursements not previously disclosed

Trade surveillance is conducted intraday, daily and on an ongoing basis, and includes a review of:
- Large gains, and follow-up research to identify potential insider trading
- Large losses
- Enhanced reviews for newly-funded accounts
- Cancelled orders
- Potential wash trades
- Percentage of volume
- Changes in customer trading patterns

The trading system has built in restrictions which limit some potential trading concerns relating to credit and compliance. For example,
- The maximum block size permitted is 50,000 shares
- "Sub-penny" shares are blocked and may not be traded
- OTC trading requires account equity of $2.50 for each share purchased

Only a small percentage of the firm's trading is conducted in thinly traded securities or securities priced under $1. This is partly because of the system restrictions in place. In addition, the credit requirements of $2.50 per share discourage those types of traders.

Weekly and monthly reports are provided to Compliance and Management which disclose trading information including active symbols, balances, and other information.

Conclusion:
ITA is not familiar with money service brokers utilized by SAS's customers ("Skrill" and "Neteller") and did not evaluate AML risk relating to these third party services. With respect to the areas it was able to evaluate, ITA did not identify any concerns relating to transaction monitoring.

7

**PRIVILEGED AND CONFIDENTIAL ATTORNEY – CLIENT COMMUNICATION**

SEC-SUES-E-0000535

3. **Escalation and Reporting**

   <u>Review Notes:</u>
   Reviews are conducted daily and results are monitored by supervisors. Supervisors report potential suspicious activity to Compliance for investigation. Compliance maintains records to evidence investigations conducted and the results of these investigations. If SAS determines that activity is unusual/suspicious, the firm will file a suspicious transaction report ("STR") with the Bahamas Financial Intelligence Unit. In the past 12 months, the firm has filed 5-6 of these reports.

   <u>Conclusion:</u>
   The firm demonstrated an adequate process to escalate and report suspicious activity. ITA did not identify any concerns relating to this review.

4. **Training of Personnel**

   <u>Review Notes:</u>
   The firm conducts annual AML training. Training is delivered in two parts:
   (a) Firm-wide training is conducted annually for all employees. This training lasts 45 minutes to one hour, with a focus placed on identifying and escalating red flags.
   (b) Department specific training is required for new employees, and conducted periodically for existing employees. Training content is internally developed and customized to the roles and responsibilities of the employee and department.

   SAS provided ITA with a sample employee training completion certificate, signed by the ML Reporting Officer 2/26/16.

   <u>Conclusion:</u>
   The firm appeared to implement an adequate training program for employees. ITA did not identify any concerns relating to this review.

5. **Ongoing Testing and Reviews**

   <u>Review Notes:</u>
   In June 2015, a third party auditing firm, BDO, conducted the firm's AML audit. Relating to this engagement and AML audits, the firm advised:

   - The Bahamas Securities Commission dictates the required frequency of AML audits for a particular firm.
   - The firm must hire an approved auditor to conduct the audit. The approved auditor must undergo training and be approved by the Bahamas government.

8

**PRIVILEGED AND CONFIDENTIAL ATTORNEY – CLIENT COMMUNICATION**

- After completion of the audit, the firm does not receive a report. A report is sent directly to the Bahamas Securities Commission.
- If any deficiencies were identified, the Commission sends a report to the firm and asks for a response.

ITA reviewed a report from the Commission, dated 1/2/15. The report did not disclose the examination scope, but did disclose one deficiency relating to required signage. There were no AML deficiencies identified.

Conclusion:

Since the firm did not receive a written report after its AML audit, ITA was unable to assess whether the AML testing conducted in 2015 would have been adequate under U.S. standards. However, based on interviews and a review of the Commission's report, it appears SAS adhered to regulatory requirements pertaining to conducting AML audits and there was no evidence of AML audit deficiencies.

*End of Review Notes and Observations*

9

**PRIVILEGED AND CONFIDENTIAL ATTORNEY – CLIENT COMMUNICATION**

SEC-SUES-E-0000537

## About ITA Compliance, LLC

ITA Compliance, based in Boston, Massachusetts, specializes in providing examination services to broker-dealers, investment advisers, and transfer agents. These services include FINRA, SEC, and state-required testing and audits, as well as consultative mock regulatory-type reviews.

Our examiners average more than 15 years of compliance experience, and have conducted hundreds of examinations for small, medium, and large institutions. In addition, firm personnel have satisfied the requirements for various securities licenses and are affiliated with industry groups including the Association of Certified Fraud Examiners (ACFE).

## Compliance Consultant Information

Nathan Jodat has over 17 years' experience in the financial services industry and has performed hundreds of examinations. Since January 2009, Nathan has been a compliance consultant performing and overseeing examination for broker-dealers and investment advisers located throughout the United States.

The primary examinations conducted by Mr. Jodat include supervisory controls and anti-money laundering testing as required by FINRA rules. Nathan has examined the compliance programs of over 50 broker-dealers, and supervised testing for over 100 firms. These firms varied in multiple ways, including size, number of registered representatives, supervisory structure, types of clients, number of clients, locations of clients, investment products, clearing arrangements, affiliations with other businesses, and regulatory history.

Prior to working as a compliance consultant, Nathan was a Vice President and Regional Supervisor at Wachovia Securities, LLC. His responsibilities included supervising producing branch managers, compliance/regulatory policy training, preparing branch offices for compliance inspections, and following up on internal audit and regulatory deficiencies. Prior to being promoted to Regional Supervisor, Mr. Jodat was a Compliance Examiner in New York, NY. He was responsible for traveling to branches and OSJs throughout the country to conduct compliance inspections as required by FINRA rules. Being one of the nation's largest full service broker-dealer, Nathan was responsible for maintaining a high level of regulatory and product knowledge on mutual funds, variable annuities, equities, UITs, REITs, options, commodities, and other alternative investments. During his nearly 10 years at Wachovia (formerly Prudential Securities), Nathan held other positions including Operations Manager and Financial Advisor.

PRIVILEGED AND CONFIDENTIAL ATTORNEY – CLIENT COMMUNICATION

SEC-SUES-E-0000538