

# Trade Rates

Taking control over your day trading fees and commissions is a big advantage at SureTrader. Our traders enjoy attractive rates and commission structures. Pay only a penny per share with a $4.95 minimum. Also, commissions for options trades are only $4.95 + $0.50 per contract.



PLAINTIFF'S EXHIBIT 80

## Commission

**U.S. Stocks** | U.S. Options | Routing Fees

### Simple Pricing with No Hidden Fees

| Volume Per Month | Per Share Rate | Per Trade Minimum | Pro... |
|---|---|---|---|
| 0 - 250,000 | $0.01 | $4.95 | U.S.... |
| 250,001 - 500,000 | $0.008 | $3.95 | U.S.... |
| 500,001 - 750,000 | $0.006 | $2.95 | U.S.... |
| 750,001 - 1,000,000 | $0.004 | $1.95 | U.S. Stocks |

For volumes over 1,000,000 shares per month, please contact us activetrader@suretrader.com



SureTrader Santina
Customer Support

Hello! We're here to help. Ask our Customer Support Team any questions you might have.

Start a conversation

Help

**SureTrader**
A DIVISION OF SWISS AMERICA SECURITIES, LTD.

Top Stock Alerts | Open An Account | Account Login

**TAKE OUR PLATFORM FOR A TEST DRIVE WITH A FREE 100K DEMO**

Hey! We're offering $50 in free trades to new traders like you!
GET YOUR $50 PROMO CODE NOW

## Commission

...trading fees and commissions to give you an edge over our traders enjoy attractive rates and commission structures. Pay only a penny per share with a $4.95 minimum. Also, commissions for ...trades are only $4.95 + $0.50 per contract.

**U.S. Stocks** | U.S. Options | Routing Fees

### Simple Pricing with No Hidden Fees

| Volume Per Month | Per Share Rate | Per Trade Minimum | Product |
|---|---|---|---|
| 0 - 250,000 | $0.01 | $4.95 | U.S. Stocks |
| 250,001 - 500,000 | $0.008 | $3.95 | U.S. Stocks |
| 500,001 - 750,000 | $0.006 | $2.95 | U.S. Stocks |
| 750,001 - 1,000,000 | $0.004 | $1.95 | U.S. Stocks |

For volumes over 1,000,000 shares per month, please contact us activetrader@suretrader.com.

- Call-in trades are an additional $25 per trade.
- Option exercise or assignment will be charged $25 each.
- Trade fee 1 is $0.0000256 of the total dollar amount of securities sold. It is assessed for all SELL orders and is added to any total commissions charged.
- Trade fee 2 is FINRA TAF Fee. This fee is $0.000119 per share of securities sold ($0.002 per option contract) with a maximum of $5.95 pe fee is assessed on all SELL orders and is added to any total commission charged.
- See the full list of Account Fees.



SureTrader Santina
Customer Support

Hello! We're here to help. Ask our Customer Support Team any questions you might have.

Start a conversation

WHY SURETRADER | PRICING | TRADING PLATFORMS | RESOURCES


Help

# Commission

Hey! We're offering $50 in free trades to new traders like you!

GET YOUR $50 PROMO CODE NOW

**U.S. Stocks** | **U.S. Options** | **Routing Fees**

## Competitive Options Pricing for Traders

| Trade | Rate | Product |
|---|---|---|
| 0 – 100 | $4.95 + $0.50 per contract | U.S. Options |
| Over 100 | $2.95 + $0.40 per contract | U.S. Options |

- Call-in trades are an additional $25 per trade.
- Option exercise or assignment will be charged $25 each.
- Trade fee 1 is $0.0000256 of the total dollar amount of securities sold. It is assessed for all SELL orders and is added to any total commissions charged.
- Trade fee 2 is FINRA TAF Fee. This fee is $0.000119 per share of securities sold ($0.002 per option contract) with a maximum of $5.95 per trade. This fee is assessed on all SELL orders and is added to any total commission charged.
- See the full list of Account Fees.



**SureTrader Santina**
Customer Support

Hello! We're here to help. Ask our Customer Support Team any questions you might have.

Start a conversation

Help

### WHY SURETRADER
- About us
- Advantages
- Security and Protection

### PRICING
- Trade Rates
- Account Fees
- Margin Fees

### TRADING PLATFORMS
- Suretrader ActiveWeb
- Suretrader Desktop
- Suretrader Mobile

### RESOURCES
- FATCA Compliance
- U.S. Residents
- Privacy Policy




Trade Rates - SureTrader | Account Fees - SureTrader | Pricing Comparison - SureTrader

Secure | https://www.suretrader.com/trading-fees/trade-rates/

SureTrader
A DIVISION OF SWISS AMERICA SECURITIES, LTD.

attractive rates and commission structures. Pay only a penny per share with a $4.95 minimum. Also, commissions for ... trades are only $4.95 + $0.50 per contract.

Top Stock Alerts | Open An Account | Account Login

TAKE OUR PLATFORM FOR A TEST DRIVE WITH A FREE 100K DEMO

# Commission

Hey! We're offering $50 in free trades to new traders like you!
GET YOUR $50 PROMO CODE NOW

U.S. Stocks | U.S. Options | **Routing Fees**

**$0.00**

SureTrader **NEW** Commission Rates **NOW** Offers **ZERO** Routing Fees

- Call-in trades are an additional $25 per trade.
- Option exercise or assignment will be charged $25 each.
- Trade fee 1 is $0.0000256 of the total dollar amount of securities sold. It is assessed for all SELL orders and is added to any total commissions charged.
- Trade fee 2 is FINRA TAF Fee. This fee is $0.000119 per share of securities sold ($0.002 per option contract) with a maximum of $5.95 per trade. This fee is assessed on all SELL orders and is added to any total commission charged.
- See the full list of Account Fees.

## WHY SURETRADER
- About us
- Advantages
- Security and Protection
- Partnerships

## PRICING
- Trade Rates
- Account Fees
- Margin Fees
- Software Fees
- Pricing Comparison

## TRADING PLATFORMS
- Suretrader ActiveWeb
- Suretrader Desktop
- Suretrader Mobile

## RESOURCES
- FATCA Complianc
- U.S. Residents
- Privacy Policy
- Cookie Policy
- Legal Disclosure
- 500NUS Promotion Terms

SureTrader Santina
Customer Support
Hello! We're here to help. Ask our Customer Support Team any questions you might have.
Start a conversation

Help

https://www.suretrader.com/trading-fees/trade-rates/#messages

![SureTrader - A Division of Swiss America Securities, Ltd.]

Top Stock Alerts | Open An Account | Account Login

- Option exercise or assignment will be charged $25 each.
- Trade fee 1 is $0.0000256 of the total dollar amount of securities sold. It is assessed for all SELL orders and is added to any total commission charged.
- Trade fee 2 is FINRA TAF Fee. This fee is $0.000119 per share of securities sold ($0.002 per option contract) with a maximum fee is assessed on all SELL orders and is added to any total commission charged.
- See the full list of Account Fees.

TAKE OUR PLATFORM FOR A TEST DRIVE WITH A FREE 100K DEMO

Hey! We're offering $50 in free trades to new traders like you!
GET YOUR $50 PROMO CODE NOW



## WHY SURETRADER
- About us
- Advantages
- Security and Protection
- Partnerships

## PRICING
- Trade Rates
- Account Fees
- Margin Fees
- Software Fees
- Pricing Comparison

## TRADING PLATFORMS
- Suretrader ActiveWeb
- Suretrader Desktop
- Suretrader Mobile

## RESOURCES
- FATCA Compliance
- U.S. Residents
- Privacy Policy
- Cookie Policy
- Legal Disclosure
- 500NUS Promotion Terms Conditions
- Withdrawal Policy
- Institutions
- Funding & Banking
- Frequently Asked Questions
- Sitemap

SWISS AMERICA SECURITIES, LTD

© Copyright 2008-2017 Swiss America Securities, Ltd.

Licensed by the Securities Commission of The Bahamas to carry on the business of a Broker Dealer and Investment Advisor.

Disclaimer: This web site is for informational purposes only and does not constitute an offer or solicitation for brokerage services, investment advisory services, or other products or services in any jurisdiction where we are not authorized to conduct investment business or where such offer or solicitation would be contrary to the securities or local laws and regulations of that jurisdiction. System response, trade executions and account access may be affected by market conditions, system performance, quote delays and other factors. The risk of loss in electronic trading can be substantial. You should therefore consider whether such trading is suitable for you in light of your financial resources and circumstances. All trades are executed in a principal capacity, our clients do not have direct market access. All transactions are executed against Swiss America Securities, Ltd. in a principal capacity. Swiss America Securities, Ltd. may profit as your counter-party. You should consider this conflict of interest before placing any trades.

Swiss America Securities, Ltd (SureTrader) does not accept accounts for U.S. Persons that have been solicited directly or indirectly in compliance with SEC Rule 15a-6.