

# Contact us



**Corporate Address**
(for overnight mail)

Swiss America Securities, Ltd.

Elizabeth on Bay Plaza

Bay Street

Suite 17

Nassau, Bahamas

**Postal Address**

**Telephone / Fax**

Office Phone: +1 242-328-7800/7801

USA (Direct): +1 718-247-9939

Canada (Direct): +1 437-886-9118

Voice Mail: +1 204-480-4812

Fax: +1 204-480-4812

**VOIP Numbers**



PLAINTIFF'S EXHIBIT 85





Contact us - SureTrader ×

web.archive.org/web/20170511135255/www.suretrader.com/contact-us/

Apps IS-A-TASK - My Tea Deltek Time & Exper LEAP SEC SOP's - All Documen Recommind CORE Administratic

INTERNET ARCHIVE WaybackMachine www.suretrader.com/contact-us/ Go NOV MAY JUN 11 2016 2017 2018

87 captures 19 Nov 2014 - 21 May 2017

WITH A FREE 100K DEMO

## Postal Address

Swiss America Securities, Ltd.
P.O. Box N8340
Nassau, Bahamas

## VOIP Numbers

As a courtesy to our existing clients we have added numbers that forward to our Office Phone Line:

United States: 1-718-412-1256
United Kingdom: +44 (020) 3290-2477
Australia: +61 (02) 8091-2896

SWISSAMERICAS Click Here To Email Us

WHY SURETRADER
- About us
- Advantages
- Security and Protection
- Partnerships

PRICING
- Trade Rates
- Account Fees
- Margin Fees
- Software Fees
- Pricing Comparison

TRADING PLATFORMS
- Suretrader ActiveWeb
- Suretrader Desktop
- Suretrader Mobile

RESOURCES
- FATCA Compliance
- U.S. Residents
- Privacy Policy
- Cookie Policy
- Legal Disclosure
- 5OONUS Promotion Terms Conditions
- Withdrawal Policy
- Institutions
- Funding & Banking

SEC-SECWEBCAPTURE-E-0000340



# Contact us



**Corporate Address**
(for overnight mail)

Swiss America Securities, Ltd.
Elizabeth on Bay Plaza
Bay Street
Suite 17
Nassau, Bahamas

**Postal Address**

Swiss America Securities, Ltd.

**Telephone / Fax**

Office Phone: +1 242-328-7800/7801
USA (Direct): +1 718-247-9939
Canada (Direct): +1 437-886-9118
Voice Mail: +1 204-480-4812
Fax: +1 204-480-4812

**VOIP Numbers**

As a courtesy to our existing clients we

SEC-SECWEBCAPTURE-E-0000343



Contact us - SureTrader

web.archive.org/web/20170511135255/www.suretrader.com/contact-us/

Apps IS-A-TASK - My Tea Deltek Time & Exper LEAP SEC SOP's - All Documen Recommind CORE Administratio

SureTrader
A DIVISION OF SWISS AMERICA SECURITIES, LTD.

Top Stock Alerts | Open An Account | Account Login

TAKE OUR PLATFORM FOR A TEST DRIVE WITH A FREE 100K DEMO

## Postal Address

Swiss America Securities, Ltd.
P.O. Box N8340
Nassau, Bahamas

## VOIP Numbers

As a courtesy to our existing clients we have added numbers that forward to our Office Phone Line:

United States: 1-718-412-1256
United Kingdom: +44 (020) 3290-2477
Australia: +61 (02) 8091-2896

SWISSAMERICAS

Click Here To Email Us

WHY SURETRADER
- About us
- Advantages
- Security and Protection
- Partnerships

PRICING
- Trade Rates
- Account Fees
- Margin Fees
- Software Fees
- Pricing Comparison

TRADING PLATFORMS
- Suretrader ActiveWeb
- Suretrader Desktop
- Suretrader Mobile

RESOURCES
- FATCA Compliance
- U.S. Residents
- Privacy Policy
- Cookie Policy
- Legal Disclosure
- 50ONUS Promotion Terms Conditions
- Withdrawal Policy
- Institutions
- Funding & Banking
- Frequently Asked Questions
- Sitemap

