

# Pricing Comparison

With so much information and resources surrounding trading, it can be difficult to determine where to go and what to focus on in your journey to making money. You want to focus on the tech service and *pricing* of your online broker to execute your trades at the lowest cost, promptly and consistently – but not *all* online brokers are created equal.

## Broker Comparison

|  | SURETRADER | QUESTRADE | TD AMERITRADE | ETRADE | FIDELITY | SCOTTRADE | SCHWAB |
|---|---|---|---|---|---|---|---|
| Minimum Deposit | $500 | $500 | $2,000 | $500 | $2,500 | $2,500 | $1,000 |
| Online Stock Orders | $0.01/share | $4.95/trade | $9.99/trade | $9.99/trade | $7.95/trade | $7.00/trade | $8.95/trade |
| Options Contracts | $4.95/trade + $0.50 | $9.95/trade + $1.00 | $9.99/trade + $0.75 | $9.99/trade + $0.75 | $7.95/trade + $0.75 | $7.00/trade + $0.70 | $8.95/trade + $0.75 |
| Leverage | 6 to 1 | 3 to 1 | 4 to 1 | 4 to 1 | 4 to 1 | 3 to 1 | 4 to 1 |

This data was collected on August 30, 2016 and may change at any time.

Equities – Comparison based on 100 share standard rate order placed online or via a trading platform. Pricing does not apply to broker assisted orders.


PLAINTIFF'S EXHIBIT 81



[browser chrome: Pricing Comparison - Su... | https://www.suretrader.com/pricing-comparison/]

**SureTrader**
A DIVISION OF SWISS AMERICA SECURITIES, LTD.

Top Stock Alerts | Open An Account | Account Login

**TAKE OUR PLATFORM FOR A TEST DRIVE WITH A FREE 100K DEMO**

Hey! We're offering $50 in free trades to new traders like you!

GET YOUR $50 PROMO CODE NOW

...ta was collected on August 30, 2016 and may change at any time.

...ES., LTD. – Comparison based on 100 share standard rate order placed online or via a trading platform. Pricing does not a...

Does not include any equity routing charges/rebates. Pricing is believed to be accurate from the as-of date, but not guaranteed. P...

schedule for details.

### WHY SURETRADER
- About us
- Advantages
- Security and Protection
- Partnerships

### PRICING
- Trade Rates
- Account Fees
- Margin Fees
- Software Fees
- Pricing Comparison

### TRADING PLATFORMS
- Suretrader ActiveWeb
- Suretrader Desktop
- Suretrader Mobile

### RESOURCES
- FATCA Compliance
- U.S. Residents
- Privacy Policy
- Cookie Policy
- Legal Disclosure
- 50ONUS Promotion Terms Conditions
- Withdrawal Policy
- Institutions
- Funding & Banking
- Frequently Asked Questions
- Sitemap

**SWISS AMERICA SECURITIES, LTD**

© Copyright 2008-2017 Swiss America Securities, Ltd.

Licensed by the Securities Commission of The Bahamas to carry on the business of a Broker Dealer and Investment Advisor.

Disclaimer: This web site is for informational purposes only and does not constitute an offer or solicitation for brokerage services, investment advisory services, or other products or services in any jurisdiction where we are not authorized to conduct investment business or where such offer or solicitation would be contrary to the securities or local laws and regulations of that jurisdiction. System response, trade executions and account access may be affected by market conditions, system performance, quote delays and other factors. The risk of loss in electronic trading can be substantial. You should therefore consider whether such trading is suitable for you in light of your financial resources and circumstances. All trades are executed in a principal capacity, our clients do not have direct market access. All transactions are executed against Swiss America Securities, Ltd. in a principal capacity. Swiss America Securities, Ltd. may profit as your counter-party. You should consider this conflict of interest before placing any trades.

Swiss America Securities, Ltd (SureTrader) does not accept accounts for U.S. Persons that have been solicited directly or indirectly in compliance with SEC Rule 15a-6.

Help

SEC-SECWEBCAPTURE-E-0000352