| | |
|---|---|
| **From:** | Orestes Jimenez <orestesjimenez93@gmail.com> |
| **Sent:** | Wednesday, February 21, 2018 3:30 PM |
| **To:** | Matin, Sajjad |
| **Subject:** | Fwd: Please Confirm Your Account |

---------- Forwarded message ----------
From: **SureTrader** <accountsdepartment@suretrader.com>
Date: Wed, Mar 8, 2017 at 5:13 PM
Subject: Please Confirm Your Account
To: Orestes Jimenez <orestesjimenez93@gmail.com>



## Please Confirm Your Account

Yes, I Confirm My Account

Or copy and paste the following link:
https://accounts.suretrader.com/security/Index?custId=1&CommentBy=a&gverify=EmailConfirmed_0ac7f670-2841-4f95-b88f-e4765f11fe14

This email has been sent to you because you've started a new application in the SureTrader Account Center. If you've received this email in error, simply delete it. You won't be registered if you don't click the confirmation link above.

For questions about this, Please feel free to contact a **SureTrader** Representative (Live Chat) or email info@suretrader.com.

*Best regards,*

The SureTrader Team

1

Elizabeth on Bay Plaza; Bay Street; Suite 17, N8340, Nassau, Bahamas

You may unsubscribe or change your contact details at any time.

