**From:** Orestes Jimenez <orestesjimenez93@gmail.com>
**Sent:** Wednesday, February 21, 2018 3:32 PM
**To:** Matin, Sajjad
**Subject:** Fwd: Suretrader – Buying Power Update

---------- Forwarded message ----------
From: **SureTrader** <accountsdepartment@suretrader.com>
Date: Wed, Apr 12, 2017 at 2:28 PM
Subject: Suretrader - Buying Power Update
To: Orestes Jimenez <orestesjimenez93@gmail.com>



## Dear Orestes Jimenez,

This is just a courtesy email letting you know that your buying power has been updated.

Please feel free to contact a representative via (Live Chat) or email at support@suretrader.com with any questions..

Thank you for choosing SureTrader

Sincerely,
Trading Department

© Copyright 2008-2015 Swiss America Securities, Ltd.
Elizabeth on Bay Plaza, Bay Street, Suite 17, Nassau, Bahamas
Phone: +1 242-328-7800/1, Fax: +1 204-480-4812

Bay Street, 00000, Nassau, Bahamas
You may unsubscribe or change your contact details at any time.

1

**SEC-JIMENEZO-E-0000001**