**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-CV-21079-Bloom/Otazo-Reyes**

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

      Defendants.

_____/

## DECLARATION OF MAZEN HASAN AGHA

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1. My name is Mazen Hasan Agha and I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. From approximately October 2016 until November 2017, I was a customer of SureTrader and used the SureTrader platform to make day trades during this period.

3. In June 2016, I started reviewing the trading website Warrior Trading and watching its host's, Ross Cameron's, instructional videos about day trading. Cameron discussed SureTrader's brokerage services as a way to avoid certain pattern day-trading rules, including the requirement that a pattern day trader must maintain minimum equity of $25,000 in their trading account on any day that the customer day trades.

4. Warrior Trading informed its students that it has a deal with SureTrader. Warrior Trading students will get an incentive from SureTrader when they open a trading account with SureTrader. Warrior Trading Students who bought courses from Warrior Trading and opened a

trading account with SureTrader will get an incentive from SureTrader where SureTrader will rebate to Warrior Trading students the full price of the Warrior Trading courses in form of a discount on trade commissions (discounted from $4.95 to $3.95 per trade). I personally got that promotion from SureTrader and I got the discounted price on my trade commissions ($3.95 per trade instead of $4.95) after I contacted SureTrader support and provided them with my Warrior Trading course receipt.

5.      Prior to opening my account, I reviewed SureTrader's website where it stated that I could avoid pattern day trading rules by opening an account with SureTrader.  I was attracted to SureTrader because I could open an account and trade with less than $25,000 in my account, which I could not do in my U.S. day trading account at E*Trade.

6.      The SureTrader website also offered a "SureTrade 100k Demo Platform" where you could download a program that allowed participants to practice day trading for 7 days for free before opening an account.  I downloaded the SureTrader 100K Demo Platform program in August 2016.  On August 22, 2016, I received an email from SureTrader stating that my SureTrader demo had expired, and that "it's time to put all your practice into action!"  The email also offered $99 in free trades when you opened an account at SureTrader. There was nothing in the email stating the offer for free trades was not available for residents of the United States.  See Email of August 22, 2016, attached hereto as Exhibit ___.

7.       On or about October 4, 2016, I submitted an account application to SureTrader to open a SureTrader account listing my Chicago, Illinois address on my application and attaching my driver's license.

8.      On October 10, 2016, SureTrader approved my application for trading. I was also offered a $50 Promo credit.

9.      On October 12, 2016, SureTrader requested my bank statement to fund my account with $4,000. I sent SureTrader a bank statement, showing my Chicago address and indicated that I would be using U.S. dollars to fund my account.

10.     On October 18, 2016, my $4,000 deposit into my SureTrader account was approved by SureTrader and I started day trading in the SureTrader account shortly thereafter.

11.     On October 19, 2016, SureTrader confirmed by email that I would receive the $3.95 commission structure offered to Warrior Trading clients.  See Email of Oct. 19, 2016, attached hereto as Exhibit ___.

12.     Although SureTrader was aware I lived in the United States, they did not prevent me from opening an account or making trades.  I was never questioned by SureTrader about my U.S. residency.

13.     Once I opened my account, SureTrader sent me multiple emails promoting stocks, trading tips, free trades, credits and other offers and services.

14.     I stopped trading in my SureTrader account in November 2017 after I experienced trading issues with SureTrader that I believed to evidence front-running by them.

15.     I continued to receive solicitation emails from SureTrader in 2018.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of August 2023.

_____
MAZEN HASAN AGHA

Mar 1 at 3:58 PM

----- Forwarded Message -----

**From:** SureTrader <info@SureTrader.com>

**To:** "mazen_tpl@yahoo.com" <mazen_tpl@yahoo.com>

**Sent:** Monday, August 22, 2016, 7:33:11 AM EDT

**Subject:** Trading Tips You Can't Afford to Ignore



Dear LAUMA20,

Your SureTader demo has now expired, and it's time to put all your practice into action! But before you get started, here are some important trading tips, from our friends at Investor's Underground, giving you the foundation for a well-crafted trading strategy.



**EXHIBIT**

**1**

WATCH THE VIDEO

Or copy and paste the following link:
https://accounts.suretrader.com/index.php/account/suretrader_trading_tips

Are you ready to Open an Account with SureTrader and be on your way to a successful trading career? **Get Stated Now!**

To get you started, we'd like to offer you **$99 in Free Trades** when you open an account with SureTrader.

**Use Code:** SURE99, and fund your account with a minimum of $1,000.
This is an exclusive offer that expires in 14 days.

OPEN AN ACCOUNT

Or copy and paste the following link:
https://accounts.suretrader.com/

We're happy to answer any questions you may have about opening an account at SureTrader on live chat, e-mail at info@suretrader.com, or telephone at 242-328-7800.

Best regards,
The SureTrader Team

© Copyright 2008-2015 Swiss America Securities, Ltd.
Elizabeth on Bay Plaza, Bay Street, Suite 17, Nassau, Bahamas
Phone: +1 242-328-7800/1, Fax: +1 204-480-4812
Unsubscribe

...beth on Bay Plaza; Bay Street; Suite 17, N8340, Nassau, Bahamas

...may unsubscribe or change your contact details at any time.

o
o
o
o

**To:** Drameko Moore <drameko@suretrader.com>
**Subject:** RE: Warrior trading discount

Hi Drameko,

Thank you so much. I appreciate your fast response. Could you please clarify what do you mean by 0.00395 per share after 1000 shares? Give me an example per trade if the trade was 2000 or 3000 or 5000 for example.

Best Regards,

Mazen

---

From: drameko@suretrader.com
To: mazen_tpl@hotmail.com
CC: trading@suretrader.com
Subject: RE: Warrior trading discount
Date: Wed, 19 Oct 2016 12:36:30 -0400

Hello Mazen,

Thank you for the receipt. We have adjusted your commission structure to the discounted rate of $3.95 per trade up to 1,000 shares (0.00395 per share thereafter).

This discount is currently being offered indefinitely. Warrior Trading clients will be updated if any price changes are made in the future.

Please let me know if there is anything else I can assist you with.

Best Regards,

-Drameko
**SURETRADER SUPPORT**
Swiss America Securities, Ltd.
Nassau, Bahamas
Office: 242-328-7800  |  eFax: 204-480-4812
http://www.suretrader.com

We'd love to hear about your experience.   We invite you to go
to http://investwiki.com/product/suretrader to share your thoughts.

EXHIBIT
2