



Suretrader Broker Rebate ×

Not secure | https://www.warriortrading.com/suretrader-broker-rebate-program/

FREE eBook: "How to Day Trade" DOWNLOAD

WARRIOR TRADING MISSION CHAT ROOM COURSES SIMULATOR RESULTS TOP 10 SHOW INNER CIRCLE LOGIN REGISTER

# Suretrader Broker Rebate Program

Shares

## Warrior Trading 100% Tuition Rebate Program

WARRIOR TRADING × SureTrader A DIVISION OF SWISS AMERICA SECURITIES, LTD.

## Get Your Warrior Trading Course Paid For By Your Broker!

**Learn How to Day Trade & Get your Warrior Pro Trading Course Paid for by your Broker with SureTrader & Warrior Trading**

Not intended to US residents and only international traders are eligible.

You want the best education and you need the best trading tools. That's why SureTrader is giving Warrior Trading students a 100% Rebate towards the purchase of their trading course. Getting started is simple, and now getting trained to be a professional trader is affordable. We offer several different trading courses, prices ranging from $997 – $4999 – https://www.warriortrading.com/trading-courses/

MISSION

CREATING 50,000 FREEDOM TRADERS

Over the Next 3 Years

Our Mission is to help 50,000 traders on their journey to success over the next three years. Become our next student today!

LEARN MORE

ATTEND A FREE WEBINAR

Offline - Leave a message

DEPOSITION EXHIBIT 48

MISSION    CHAT ROOM    COURSES    SIMULATOR    RESULTS    TOP 10    SHOW    INNER CIRCLE            LOGIN    REGISTER

now getting trained to be a professional trader is affordable. We offer several different trading courses; prices ranging from $997 – $4899 – https://www.warriortrading.com/trading-courses/.

In this special Tuition Rebate program SureTrader gives our students a $1 per trade rebate until the savings equal the amount of the trading course purchase price. For example, if a student purchases a $997 trading course, they will receive a 100% rebate after they have placed 997 trades. The rebate expires after 3 months of purchasing the course. The special Tuition Rebate pricing will continue up to the total purchase price of your Warrior Trading course.





**TESTIMONIALS**

"$31,202.73 in profits since joining Warrior Trading. If you really want to learn from the pros, I can say from experience that Warrior Trading offers top notch training from very skilled, highly disciplined and successful instructors."

Offline - Leave a message

webinar.warriortrading.com/signup





WARRIOR TRADING | MISSION | CHAT ROOM | COURSES | SIMULATOR | RESULTS | TOP 10 | SHOW | INNER CIRCLE | LOGIN | REGISTER

# HOW IT WORKS...

WARRIOR TRADING × SureTrader
A DIVISION OF SWISS AMERICA SECURITIES, LTD.

**STEP 01 — PURCHASE**
Purchase any trading course from Warrior Trading

**STEP 02 — CONTACT**
Email our account representative Drameko Moore.
drameko@suretrader.com

**STEP 03 — ACCOUNT**
Fund an account with SureTrader ($2,500.00 Minimum)

**STEP 04 — GET REBATE**
Students receive $1 rebate per trade up to total purchase price of your Warrior Trading course

**STEP 05 — CONGRATS!**
Your education has been paid for & you are now using the best trading platform

## ABOUT SureTrader

SureTrader, a division of Swiss America Securities, Ltd., is Bahamas-based broker/dealer regulated by the Securities Commission of the Bahamas. SureTrader is an Online Broker that allows you to Day Trade freely with 6:1 Leverage and No Pattern Day Trading Rules for your account.

**Not Intended For US Persons.**

## TESTIMONIALS

**$31,202.73 in profits since joining Warrior Trading.** If you really want to learn from the pros, I can say from experience that Warrior Trading offers top notch training from very skilled, highly disciplined and successful instructors.

I promise you **there isn't a chat room out there that has this level of experienced traders interacting daily to help one another out**, you just can't beat it.

Jeff Nelson
DALLAS, UNITED STATES

## JOIN OUR FREE CHAT ROOM

Shares

Offline - Leave a message

## How It Works...

**Step 1.**

Purchase any Trading Course from Warrior Trading

**Step 2.**

Email our Account Rep at SureTrader and send them a copy of your receipt.

Email Address: **drameko@suretrader.com**

* Only valid on purchases made after 10/4/16

*Only valid on purchases $997 or greater.

**Step 3.**

Fund an account at SureTrader (existing customers can also take advantage of this offer). You must fund your SureTrader account with a minimum of at least $2,500.00.

**Step 4.**





MISSION   CHAT ROOM   COURSES   SIMULATOR   RESULTS   TOP 10   SHOW   INNER CIRCLE   LOGIN   REGISTER

Step 4.

Receive a $1.00 per trade rebate at the end of each month. At the rate of 100 trades per month, you'll save $100 in total rebates.

Step 5.

Your education has been paid for and you are now using one of the best trading platform. Congratulations!

* Terms: $1.00 per trade rebate up to the total purchase price of a Warrior Trading Course. This promotion is not valid for any purchase prior to 10/5/2016. Traders interested in joining the Tuition Rebate Program with SureTrader must notify SureTrader within 3 months after purchasing their Warrior Trading Course purchase.

* This does not constitute an offer or solicitation for brokerage services, investment advisory services, or other products or services in any jurisdiction where we are not authorized to conduct investment business or where such offer or solicitation would be contrary to the securities or local laws and regulations of that jurisdiction.

Swiss America Securities, LTD (SureTrader) does not service accounts for U.S. residents or U.S. Corporations.

---

Offline - Leave a message

* Terms: $1.00 per trade rebate up to the total purchase price of a Warrior Trading Course. This promotion is not valid for any purchase prior to 10/5/2016. Traders interested in joining the Tuition Rebate Program with SureTrader must notify SureTrader within 3 months after purchasing their Warrior Trading Course purchase.

* This does not constitute an offer or solicitation for brokerage services, investment advisory services, or other products or services in any jurisdiction where we are not authorized to conduct investment business or where such offer or solicitation would be contrary to the securities or local laws and regulations of that jurisdiction.

Swiss America Securities, LTD (SureTrader) does not service accounts for U.S. residents or U.S. Corporations.

Shares

IF YOU DO NOT AGREE WITH ANY TERM OR PROVISION OF OUR TERMS AND CONDITIONS, PLEASE EXIT THE SITE IMMEDIATELY. PLEASE BE ADVISED THAT YOUR CONTINUED USE OF THIS SITE OR THE PRODUCTS OR INFORMATION PROVIDED THEREBY SHALL INDICATE YOUR CONSENT AND AGREEMENT TO THESE TERMS AND CONDITIONS.

Warrior Trading may express or utilize testimonials or descriptions of past performance, but such items are not indicative of future results or performance, or any representation, warranty or guaranty that any result will be obtained by you. These results and performances are **NOT TYPICAL**, and you should not expect to achieve the same or similar results or performance. Your results may differ materially from those expressed or utilized by Warrior Trading due to a number of factors.

Copyright © 2017 Warrior Trading™ All rights reserved.

Offline - Leave a message 

