Day Trading Radio Stock M ×

daytradingradio.com

Welcome!  Log In | Register  Alternate Login



**Day Trading Radio**

SureTrader
FUND YOUR ACCOUNT
with Your Credit Card
Trade within the hour!  NOT INTENDED FOR US PERSONS
CLICK HERE to Get Started!
Day Trading Radio's Preferred Broker -- click to learn more!

| Home | Get Started | Sign Up | Listen Live | Chatroom | Videos | Contact |
|------|-------------|---------|-------------|----------|--------|---------|



DVR  131



**Day Trading Radio.com**

Trader Education • Live Alerts • Technical Analysis

**Become a member and receive:**

• Live Trade Alerts based on HPS
• Weekly Watchlist research Video
• High Probability Set ups and Alerts
• Trading Rooms,Stocks, Options and Futures
• Traders Dashboard
• Live Real Time News
• and much much more  ✓ CLICK HERE

**14 Day Trial Special $9.95**

Introduction to Stock Charts and Trading
**Kids,students and beginners**
**Beginner Series**  CLICK HERE



**Updates**

★ Video Only



### The Essential Charts to Know.

*posted by daytraderockstar*
*Jan 21, 2018 5:38 pm*

With the continues success of the HPS setups, I am not placing all archived charts from our trading into a free course on www.theschoolofstock.com. This will be a place to review recent HPS Playbook Charts and to use as a reference for students enrolled in the HPS Foundation Course. This will be a fantastic learning tool for beginner and experienced traders that would like to improve there charting knowledge. Hope you enjoy the added feature. Please remember these are all the setups that have been recently traded and sent out to members. Please use as an educational resource and to get updated live _____ aytradingradio.com



SureTrader
FUND YOUR ACCOUNT
with Your Credit Card
Trade within the hour!
Click Here to Get Started
NOT INTENDED FOR US PERSONS

**DEPOSITION EXHIBIT 54**

Waiting for forms.aweber.com...



## Free Newsletter!

Get Daily Updates, Recaps and Educational Videos by Signing Up for Our Free Newsletter

**Enter your Email**

[                    ] JOIN!

## $ Trade History

| STOCK | DATE | ENTRY | BUY | SELL | NET |
|---|---|---|---|---|---|
| MAT | 11/13 | 09/06 | 15.75 | 17.95 | 660.00 |
| K | 11/10 | 09/20 | 64.39 | 65.02 | 138.60 |
| KHC | 11/08 | 09/15 | 78.13 | 80.04 | 286.50 |
| DXCM | 10/30 | 06/22 | 69.82 | 44.07 | -2575.00 |
| BABA | 10/09 | 09/18 | 180.18 | 182.93 | 110.00 |
| CHRW | 09/29 | 03/30 | 77.49 | 75.93 | -156.00 |
| HOG | 09/26 | 09/06 | 46.54 | 49.36 | 112.80 |
| CMG | 09/26 | 09/13 | 320.01 | 324.64 | 231.50 |
| EAT | 09/20 | 09/01 | 31.68 | 32.58 | 180.00 |
| ZION | 09/19 | 09/01 | 44.58 | 44.30 | -56.00 |
| ALK | 09/14 | 09/06 | 73.72 | 77.70 | 159.20 |
| HP | 09/12 | 09/01 | 46.49 | 48.02 | 153.00 |
| OXY | 09/06 | 08/29 | 59.31 | 61.73 | 242.00 |
| V | 08/23 | 07/21 | 99.46 | 103.60 | 414.00 |
| SRCL | 08/03 | 07/18 | 75.92 | 78.92 | 300.00 |
| K | 08/03 | 07/06 | 67.06 | 68.68 | 243.00 |
| TSCO | 07/31 | 06/26 | 53.45 | 56.58 | 156.50 |
| NLSN | 07/31 | 07/20 | 38.96 | 41.94 | 149.00 |
| LABU | 07/20 | 07/20 | 69.30 | 70.74 | 144.00 |
| MAT | 07/20 | 06/23 | 20.54 | 21.39 | 170.00 |

November 2017 Total: **$1085.10** 🎧 What Is This?









---

## TradersExpo NYC Feb 2018

 posted by RPM
*Jan 16, 2018 9:52 am*

Hi Traders,

DTR is headed to NYC in February for three of the most important days of the year...and you should join us.

TradersEXPO, the largest and only conference designed specifically for active traders, is headed back to New York for the 19th year featuring new in-depth events on global macro, cryptocurrencies, and futures trading, more hands-on training, and even better networking opportunities.

And Johnny will be one of 65+ experts teaching our top strategies and ideas for making money in the markets.

Join us as DayTraderRockStar  presents, "Learn to Trade One Specific Setup for Big Profits Daily," and "The Live Trading Challenge."

Then head to the interactive Exhibit Hall to test-drive and comparison-shop the latest trading tools and services, ask your specific questions, and find exclusive discounts. Plus, as a bonus for registering free, you'll instantly receive a new special report on options.

**Links**

DTR Education

DTRS Interview

DTRS's Historical Portfolio

DayTraderTaxes

Educational Videos on Youtube

Trader Spotlight Playlist on Youtube

Resources

Economic Calendar

Eye In the Sky Trade Planning

Sector Heat Map

Start Day Trading Now

StockRants.com

Todays Earnings

DTR Extras

Cash Close Contest Winners

DTR Gear

DTR Support Site

Interview: Guy on a Buffalo

SEC-SECWEBCAPTURE-E-0000098

options.

Register now to secure your free spot, and attend February 25-27 to improve your
ability to trade any market with more confidence and more profits.

See you there,

DayTraderRockStar and The DTR Team

P.S. Visit NewYorkTradersEXPO.com for complete details.



Music on DayTradingRadio

Song: You Belong to the Station

Song: JD - DayTradingRadio

Song: JD - Greed is Good

Bonus Show Material / Sponsor links

RPMTech.TV : Archives

Tyke Supply LCD Arms and Mounts

Trader Spotlight: Show Archive

## Starting live show now, covering $BTC, $ETH and #Currencies. Live all day. $Es_F , Learn how to Trade.



posted by daytraderockstar
Jan 15, 2016 9:00 am



Starting live show now, covering $BTC, $ETH and #Currencies. Live all day. $Es_F ,
Learn how to Trade everything and get started. Special Live Holiday Show.

https://www.youtube.com/c/DayTraderRockStar/live



https://www.youtube.com/c/DayTraderRockSt

SEC-SECWEBCAPTURE-E-0000099

## Update on Bitcoin, Bitconnect (New Loan) and a review of best stock patterns.



*posted by daytraderockstar*
*Jan 12, 2018 11:06 pm*

DTR Bitconnect Team https://bitconnect.co/?ref=dtrbitcoin

I cover 3 topics in this video.

1. I discuss how BTC Bitcoin recently broke down and the negative news out of South Korea. This being called fake news and seeing a little bounce in BTC as I write this but I am not comfortable holding any coins at this time. I will be trading it on Monday live on www.daytradingradio.com Here are some great starter videos for Bitcoin and Bitconnect https://www.youtube.com/playlist?list...

2 I talk about the Bitconnect cease and desist order in Texas and NC. I also do another 1100 loan to take advantage of the bonus. Things continue to run smooth.

3. Last I discuss what has been making a lot of money lately and that is the HPS setups that are delivered to the Daytradingradio members every week. I break down a bunch of charts and hammer home why these setups work so well.

SEC-SECWEBCAPTURE-E-0000100

## Special 2018 Best Bets , Top 10 stocks to be in



posted by daytraderockstar
Dec 29, 2017 2:50 pm

I am using the last watch list of the year to put out my list of 10 stocks you could hold for the year and get a fantastic return on investment or just continue to trade them using the HPS method. These stocks will and should be a one of your core list of stocks that you continue to trade throughout the year whenever the setup triggers. ( you don't have to worry about all that, that's what I do for you).

I also use the video as our first market radar and look at how the markets are shaping up for next year.

As a special bonus, I give you 3 stocks I expect to either be taken over or have some big news in them that will give you a huge return. These are a slightly higher risk but worth looking into.

View members Video here www.hps.daytradingradio.com

For information on a Premium Membership $49.95/ Month click on the link below to see all the benefits.



Along with this "Members Video", I am releasing a special member interview with Maximillion

Started off with an update on Bitconnect and then had a call in from one of our top trader's Maximillion. We had a nice discussion on Bitcoin and the turned the discussion to his experience in trading and how he turned the corner from a trader who lost a lot of money to now having millions in the market at any one time. There are some great nuggets of wisdom in this interview and We are proud to have Maximillion as a member. Maximillion's portion of the interview starts at the 8:52 mark



Happy New Year

DayTraderRockStar

---

## Livestream Outage Today

 posted by RPM
*Dec 26, 2017 9:59 am*

A livestream server / network outage has prevented DTR from a normal broadcast today. The video coverage will be here instead.



https://www.youtube.com/channel/UCTRiFOak6FixJMP-vqz3WGA/live

The rest of DTR, including the member's only chat room, HPS sections and full working.

## Black Friday 2017 2.0

 *posted by RPM*
*Dec 20, 2017 8:30 pm*



Black Friday 2.0!

Get your lifetime on sale and the unheard of price.
Write the expense off on your 2017 taxes!

Details:

Lifetime full retail select the $1799 Lifetime option.
It's includes TradeOMeter Lifetime. a $1,599 Value Alone
use this coupon to make your final price $1299

coupon code: 82E977F1C8
To order use these links:
https://daytradingradio.com/amember/signup.php (new members)
https://daytradingradio.com/amember/member.php (existing members logged in)

Also arrangements can be made so we would invoice you and payment can be done in 2
stages, you pick when to send payments.
email rpm@daytradingradio.com for this option or questions.

Sincerely,
Paul Mathews (RPM)
Director of Operations

Day Trading Radio
85 North Broadway
Nyack, New York 10960
Phone: (845) 535-1495

## Tonights show "Crypto Currencies" now till--?

 *posted by daytraderockstar*
*Dec 12, 2017 6:39 pm*

Tonights show "Crypto Currencies" will it continue and is it worth the risk, 3 Different
options a fun night if you like to join us live 8:30-10:30 pm est www.daytradingradio.com
#bitcoin, #bitconnect

## Another Bitcoin show tonight. This is going to get crazy. Tonight 9:30pm est



*posted by daytraderockstar*
*Dec 06, 2017 9:01 pm*

Tune in later tonight we will be discussion Bitcoin and a great strategy to secure great profits in 120 days. not to be missed.

Will walk you through how to set up an account and a special strategy to get in and out.

Tonight 9:30pm est

www.daytradingradio.com



## Special Bitcoin Show tonight lots of info. 9:00-1:00am



*posted by daytraderockstar*
*Nov 29, 2017 7:43 pm*

Don't want to miss this show tonight a special #Cryptocurrency #Bitcoin Workshop 9:00pm - 1:00am est

We will walk you through opening an account and all the aspects of trading #BITCOIN.

SEC-SECWEBCAPTURE-E-0000104

Live on daytradingradio.com



 View Announcement Archive

© 2018 DAYTRADINGRADIO.COM ALL RIGHTS RESERVED. Disclaimer | Privacy Policy | Trademarks | Sitemap | Help | Advertising

Trading involves substantial risk of loss and is not suitable for all investors. Past performance is not indicative of future results. Opinions, market data, and recommendations are subject to change at any time. The views and opinions expressed on this web site and all live and recorded DayTradingRadio.com videos and audio recordings are soley those of the original authors and other contributors. These views and opinions do not necessarily represent those of DayTradingRadio.com or its staff, and or any or all contributors to this site.

SEC-SECWEBCAPTURE-E-0000105