| | | | INVOICE | |
|---|---|---|---|---|
| DAY TRADING RADIO, INC. | | | | |
| 85 N BROADWAY | | | Date | Invoice # |
| NYACK, NY 10960 | | | 3/6/2016 | 70 |

**Bill To**
Swiss America Securities LTD
BAF Financial Center
Suite 202A
Nassau, Bahamas

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | $1,000.00 | $1,000.00 |
| | Total | | $1,000.00 |

**DEPOSITION EXHIBIT 50**

SEC-DTR-E-0000031

|  |  |  |
|---|---|---|
|  | INVOICE | |
| DAY TRADING RADIO, INC. | | |
| 85 N BROADWAY | Date | Invoice # |
| NYACK, NY 10960 | 4/1/2016 | 71 |

**Bill To**
Swiss America Securities LTD
BAF Financial Center
Suite 202A
Nassau, Bahamas

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | $1,000.00 | $1,000.00 |
|  | **Total** |  | $1,000.00 |

SEC-DTR-E-0000017

|  |  | INVOICE |  |
|---|---|---|---|
| DAY TRADING RADIO, INC. |  |  |  |
| 85 N BROADWAY |  | Date | Invoice # |
| NYACK, NY 10960 |  | 6/5/2016 | 73 |

**Bill To**
Swiss America Securities LTD
BAF Financial Center
Suite 202A
Nassau, Bahamas

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | $1,000.00 | $1,000.00 |
|  | **Total** |  | $1,000.00 |

SEC-DTR-E-0000029

|  |  |  | INVOICE |  |
|---|---|---|---|---|
| DAY TRADING RADIO, INC. | | | | |
| 85 N BROADWAY | | | Date | Invoice # |
| NYACK, NY 10960 | | | 7/5/2016 | 74 |

| Bill To |
|---|
| Swiss America Securities LTD |
| BAF Financial Center |
| Suite 202A |
| Nassau, Bahamas |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | $1,000.00 | $1,000.00 |
|  | **Total** |  | $1,000.00 |

SEC-DTR-E-0000027

|  |  |  | INVOICE |  |
|---|---|---|---|---|
| DAY TRADING RADIO, INC. <br> 85 N BROADWAY <br> NYACK, NY 10960 |  |  | Date <br> 8/5/2016 | Invoice # <br> 75 |

| Bill To |
|---|
| Swiss America Securities LTD |
| BAF Financial Center |
| Suite 202A |
| Nassau, Bahamas |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | $1,000.00 | $1,000.00 |
|  | **Total** |  | $1,000.00 |

SEC-DTR-E-0000019

|  |  |  | INVOICE |  |
|---|---|---|---|---|
| DAY TRADING RADIO, INC. 85 N BROADWAY NYACK, NY 10960 |  |  | Date 12/5/2016 | Invoice # 80 |

| Bill To |
|---|
| Swiss America Securities LTD |
| BAF Financial Center |
| Suite 202A |
| Nassau, Bahamas |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | $1,000.00 | $1,000.00 |
|  | **Total** |  | $1,000.00 |

SEC-DTR-E-0000022

|  |  | INVOICE |  |
|---|---|---|---|
| DAY TRADING RADIO, INC. | | | |
| 85 N BROADWAY | | Date | Invoice # |
| NYACK, NY 10960 | | 1/4/2017 | 81 |

**Bill To**
Swiss America Securities LTD
BAF Financial Center
Suite 202A
Nassau, Bahamas

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | $1,000.00 | $1,000.00 |
|  | **Total** |  | $1,000.00 |

SEC-DTR-E-0000026

|  |  |  | INVOICE |  |
|---|---|---|---|---|
| DAY TRADING RADIO, INC. <br> 85 N BROADWAY <br> NYACK, NY 10960 |  |  | Date <br> 2/16/2017 | Invoice # <br> 82 |

**Bill To**
Swiss America Securities LTD
BAF Financial Center
Suite 202A
Nassau, Bahamas

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | $1,000.00 | $1,000.00 |
|  | **Total** |  | $1,000.00 |

SEC-DTR-E-0000024

INVOICE

DAY TRADING RADIO, INC.
85 N BROADWAY
NYACK, NY 10960

| Date | Invoice # |
|---|---|
| 4/3/2017 | 84 |

**Bill To**

Swiss America Securities LTD
BAF Financial Center
Suite 202A
Nassau, Bahamas

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | $1,000.00 | $1,000.00 |
| | **Total** | | $1,000.00 |

SEC-DTR-E-0000018

|  |  |  | INVOICE |
|---|---|---|---|
| DAY TRADING RADIO, INC. 85 N BROADWAY NYACK, NY 10960 | | Date | Invoice # |
| | | 6/5/2017 | 86 |

| Bill To |
|---|
| Swiss America Securities LTD |
| BAF Financial Center |
| Suite 202A |
| Nassau, Bahamas |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | $1,000.00 | $1,000.00 |
|  | **Total** |  | $1,000.00 |

SEC-DTR-E-0000030

|  |  |  | INVOICE |  |
|---|---|---|---|---|
| DAY TRADING RADIO, INC. 85 N BROADWAY NYACK, NY 10960 |  |  | Date 7/5/2017 | Invoice # 87 |

| Bill To |
|---|
| Swiss America Securities LTD |
| BAF Financial Center |
| Suite 202A |
| Nassau, Bahamas |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | $1,000.00 | $1,000.00 |
|  | **Total** |  | $1,000.00 |

SEC-DTR-E-0000028

|  |  |  | INVOICE |  |
|---|---|---|---|---|
| DAY TRADING RADIO, INC. 85 N BROADWAY NYACK, NY 10960 | | | Date 8/4/2017 | Invoice # 88 |

| Bill To |
|---|
| Swiss America Securities LTD |
| BAF Financial Center |
| Suite 202A |
| Nassau, Bahamas |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | $1,000.00 | $1,000.00 |
|  | **Total** |  | $1,000.00 |

SEC-DTR-E-0000020

| | | | INVOICE | |
|---|---|---|---|---|
| DAY TRADING RADIO, INC. | | | | |
| 85 N BROADWAY | | | Date | Invoice # |
| NYACK, NY 10960 | | | 11/3/2017 | 91 |

**Bill To**
Swiss America Securities LTD
BAF Financial Center
Suite 202A
Nassau, Bahamas

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | $1,000.00 | $1,000.00 |
| | **Total** | | $1,000.00 |

SEC-DTR-E-0000038

|  |  |  | INVOICE |
|---|---|---|---|
| DAY TRADING RADIO, INC. | | | |
| 85 N BROADWAY | | Date | Invoice # |
| NYACK, NY 10960 | | 3/2/2018 | 95 |

**Bill To**
Swiss America Securities LTD
BAF Financial Center
Suite 202A
Nassau, Bahamas

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | $1,000.00 | $1,000.00 |
|  | Feb 2018 Invoice |  | $1,000.00 |
|  | **Total** |  | $2,000.00 |

SEC-DTR-E-0000033

| | | INVOICE | |
|---|---|---|---|
| DAY TRADING RADIO, INC. | | | |
| 85 N BROADWAY | | Date | Invoice # |
| NYACK, NY 10960 | | 9/7/2018 | 101 |

| Bill To |
|---|
| Swiss America Securities LTD |
| BAF Financial Center |
| Suite 202A |
| Nassau, Bahamas |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | $1,000.00 | $1,000.00 |
| | **Total** | | $1,000.00 |

SEC-DTR-E-0000045

|  |  |  | INVOICE |
|---|---|---|---|
| DAY TRADING RADIO, INC. | | | |
| 85 N BROADWAY | | Date | Invoice # |
| NYACK, NY 10960 | | 10/1/2018 | 102 |

| Bill To |
|---|
| Swiss America Securities LTD |
| BAF Financial Center |
| Suite 202A |
| Nassau, Bahamas |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | $1,000.00 | $1,000.00 |
|  | **Total** |  | $1,000.00 |

SEC-DTR-E-0000042

|  |  |
|---|---|
|  | **INVOICE** |

DAY TRADING RADIO, INC.
85 N BROADWAY
NYACK, NY 10960

| Date | Invoice # |
|---|---|
| 11/6/2018 | 103 |

**Bill To**

Swiss America Securities LTD
BAF Financial Center
Suite 202A
Nassau, Bahamas

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | $1,000.00 | $1,000.00 |
|  | **Total** |  | $1,000.00 |

SEC-DTR-E-0000039