**From:** Yaniv Frantz <yaniv@suretrader.com>
**Sent:** Friday, March 24, 2017 3:20 PM
**To:** 'DTR'
**Subject:** RE: Sure Trader Policy

Hi Dac,

The email you received was sent as a reminder to the Sure Trader Policy and to act as a statement. However, the deal for a Non-U.S. Persons would still be active as was mentioned in my previous email.

Thanks!
Yaniv Frantz



A DIVISION OF SWISS AMERICA SECURITIES, LTD

SureTrader Website | Facebook | Twitter

This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do not forward it to or inform any other person of its contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses.

**From:** DTR [mailto:dac@daytradingradio.com]
**Sent:** Friday, March 24, 2017 3:17 PM
**To:** Yaniv Frantz <yaniv@suretrader.com>
**Subject:** Re: Sure Trader Policy

Hello,
I'm a bit confused are we canceling our marketing agreement? Your banner states not intended for US customers and our customer base is both US and non US? Best Dac

On Mar 24, 2017, at 1:57 PM, Yaniv Frantz <yaniv@suretrader.com> wrote:

> Good Day Good Trading Radio,
>
> Sure Trader senior management have decided to stop any prior deal moving forward, as we made it clear that we are not endorsing to solicit for U.S. customers on our behalf as mentioned on our website. We will continue to welcome a non-U.S. persons as we've done from day one, and for future deals you should simply refer your students directly to our U.S. sister company StockUSA.
>
> Sincerely,
>
> Yaniv Frantz
>
> <image001.png>
>
> SureTrader Website | Facebook | Twitter
> This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of

1



EXHIBIT
19   3/11/23
     KP

SEC-FL-03848-E-0052891

this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do not forward it to or inform any other person of its contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses.

SEC-FL-03848-E-0052892