



# Terms of use

## Swiss America Securities, Ltd (SAS) TERMS & CONDITIONS

Use of this website is subject to your acceptance of the following terms and conditions.

By entering this website and reading or using any of the information contained herein, you hereby acknowledge that You, of your volition, are requesting information and documentation pertaining to opening an account with SAS (SureTrader) under the auspices and using the execution, custodial and administrative services of SAS.

You understand and agree that all information obtained from/at this website is in no way to be interpreted as legal, taxation, or investment advice, and you understand that there has been given no expressed guarantee or warranty on any service or product by the SAS, its agents, representatives or any of its affiliate sites.

You further understand and agree that all transactions, communications and exchanges of information using this website are to be considered as having taken place in the jurisdiction in which the office is domiciled in The Bahamas.

You further understand that this website is operated in compliance with the laws of the jurisdiction in which the office is physically located is The Bahamas. Compliance with the laws of the jurisdiction in which you are a resident or citizen is your responsibility alone. SAS, its agents, representatives or any of its affiliate sites, only conduct business in the jurisdiction in The Bahamas. Neither SAS, its agents, representatives or any of its affiliate sites, by offering you the opportunity to do business through them are agreeing to subject themselves to the laws, customs and procedures of the jurisdiction of your residence.

None of the information contained herein constitutes an offer to buy or sell a financial instrument. SAS is liable neither for the completeness and accuracy of the information given, nor for any loss incurred as a result of action taken on the basis of information provided here or in any other SAS publication. SAS expressly reserves the right to alter prices or product composition at any time.

Swiss America Securities, Ltd (SureTrader) does not service accounts for U.S. citizens, U.S. residents or U.S. corporations that have been solicited directly or indirectly in compliance with SEC Rule 15a-6.

# Terms of use

## Swiss America Securities, Ltd (SAS) TERMS & CONDITIONS

Use of this website is subject to your acceptance of the following terms and conditions.

By entering this website and reading or using any of the information contained herein, you hereby acknowledge that You, of your volition, are requesting information and documentation pertaining to opening an account with SAS (SureTrader) under the auspices and using the execution, custodial and administrative services of SAS.

You understand and agree that all information obtained from/at this website is in no way to be interpreted as legal, taxation, or investment advice, and you understand that there has been given no expressed guarantee or warranty on any service or product by the SAS, its agents, representatives or any of its affiliate sites.

You further understand and agree that all transactions, communications and exchanges of information using this website are to be considered as having taken place in the jurisdiction in which the office is domiciled in The Bahamas.

You further understand that this website is operated in compliance with the laws of the jurisdiction in which the office is physically located is The Bahamas. Compliance with the laws of the jurisdiction in which you are a resident or citizen is your responsibility alone. SAS, its agents, representatives or any of its affiliate sites, only conduct business in the jurisdiction in The Bahamas. Neither SAS, its agents, representatives or any of its affiliate sites, by offering you the opportunity to do business through them are agreeing to subject themselves to the laws, customs and procedures of the jurisdiction of your residence.

None of the information contained herein constitutes an offer to buy or sell a financial instrument. SAS is liable neither for the completeness and accuracy of the information given, nor for any loss incurred as a result of action taken on the basis of information provided here or in any other SAS publication. SAS expressly reserves the right to alter prices or product composition at any time.

Swiss America Securities, Ltd (SureTrader) does not service accounts for U.S. citizens, U.S. residents or U.S. corporations that have been solicited directly or indirectly in compliance with SEC Rule 15a-6.