Case 1:21-cv-21079-BB   Document 223-31   Entered on FLSD Docket 02/13/2024   Page 1 of 2



