**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-CV-21079-BLOOM/Torres**

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR**
**SUMMARY JUDGMENT AND STATEMENT OF MATERIAL FACTS**

Plaintiff Securities and Exchange Commission requests a one day extension to file its Motion for Summary Judgment and Statement of Material Facts for the following reasons:

1. Last night, the SEC experienced technical problems during the filing of its Motion for Summary Judgment and Statement of Facts and Exhibits uploading into the CMECF system. As such, the Motion and Statement of Facts, ECF No. [222] and [223] were filed after midnight.

2. Additionally, because of the uploading problems, the exhibits attached to the Statement of Facts were not filed correctly with the names of each document. (The SEC tried multiple times to file the exhibits with the names of each document, but the CMECF system did not upload them; thus, the SEC filed them without naming them in CMECF system.)

3. For these reasons, the SEC requests a one day extension of time through today, February 13, 2024, to accept the Motion for Summary Judgment as filed and to refile the Statement

of Material Facts with the corrected exhibits and names, which will replace the filing from last night.

    4.      This request for extension is made in good faith and not for the purposes of delay.

### CERTIFICATE OF CONFERRAL

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), undersigned counsel conferred with counsel for Gentile and they do not oppose the relief sought in this Motion.

February 13, 2024.                                Respectfully submitted,

/s/Alice Sum  
Alice Sum  
Senior Trial Counsel  
Fla Bar No.: 354510  
Phone: (305) 416-6293  
Email: sumal@sec.gov

*Attorneys for Plaintiff*  
**SECURITIES AND EXCHANGE COMMISSION**  
801 Brickell Avenue, Suite 1950  
Miami, Florida 33131  
Telephone: (305) 982-6300  
Facsimile: (305) 536-4154