UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-BLOOM/Torres

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**INDEX OF EXHIBITS TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS**

| NUMBER | DESCRIPTION |
|---|---|
| Ex. 1 | Deposition Transcript Philip Dorsett 2.27.2023 |
| Ex. 2 | Declaration of Philip Dorsett 9.1.2020 |
| Ex. 3 | Deposition Transcript Yaniv Frantz 3.11.2023 |
| Ex. 4 | Email dated 11.17.17 Collie to Executives |
| Ex. 5 | SureTrader Organizational Chart |
| Ex. 6 | Transcript of Bahamian Proceedings 1.26.24 (to be filed when received) |
| Ex. 7 | AML Program Review of SureTrader |
| Ex. 8 | Active Traders List |
| Ex. 9 | Transcript of Bahamian Proceedings – Testimony of Drameko Moore 10.23.2023 |
| Ex. 10 | SureTrader Website Avoid Nasty PDT Rule |
| Ex. 11 | SureTrader Website Pricing Structure |
| Ex. 12 | SureTrader Website Webcapture - Trading and Account Fees |

| NUMBER | DESCRIPTION |
|---|---|
| Ex. 13 | SureTrader Website Webcapture - VoIP and Telephone Numbers |
| Ex. 14 | SureTrader Website Webcapture - Funding & Banking |
| Ex. 15 | SureTrader Website Webcapture - Pricing Comparisons |
| Ex. 16 | Warren Williams Profit and loss Summary |
| Ex. 17 | Hunter Huddleston Profit and Loss Summary |
| Ex. 18 | Email dated 3.8.17 SureTrader to Jimenez re Trading Tips You Can't Ignore |
| Ex. 19 | Email dated 3.8.17 SureTrader to Jimenez re Please confirm your account |
| Ex. 20 | Email dated 4.12.17 SureTrader to Jimenez re Buying Power Update |
| Ex. 21 | Declaration of Mazen Hasan Agha 8.23.23 |
| Ex. 22 | Warrior Trading Website Webcapture - Rebate Program |
| Ex. 23 | Day Trading Radio Website Webcapture |
| Ex. 24 | Marketing Services Agreement Warrior Trading |
| Ex. 25 | Deposition Transcript Ross Cameron Warrior Trading 3.16.23 |
| Ex. 26 | Marketing Services Agreement Day Trading Radio |
| Ex. 27 | Day Trading Radio Website Webcapture (1) |
| Ex. 28 | Day Trading Radio Website Webcapture (2) |
| Ex. 29 | Day Trading Radio Invoices Post March 2016 |
| Ex. 30 | Email chain dated 3.24.17 SureTrader to Day Trading Radio |
| Ex. 31 | SureTrader Website Webcapture pop up 2016 |
| Ex. 32 | SureTrader Website Webcapture pop up 5.17.18 |
| Ex. 33 | SureTrader Website Webcapture pop up 5.17.18 (video file of website) |
| Ex. 34 | Application Package Christopher Penalver Redacted |
| Ex. 35 | Application Package for Franklin Martin Redacted |
| Ex. 36 | Application Package Sheldon King ST Account |
| Ex. 37 | Application Package Marcello Martin Redacted |

| NUMBER | DESCRIPTION |
|:---:|---|
| Ex. 38 | Application Package Stephen Derong Redacted |
| Ex. 39 | Email chain date range 11.1.17 to 12.11.17 SureTrader and Agha |