**Page 1**

1      UNITED STATES DISTRICT COURT
2      SOUTHERN DISTRICT OF FLORIDA
3
4   SECURITIES AND EXCHANGE          )
    COMMISSION,                      )
5                                    )
           Plaintiff,                )
6                                    )
    vs.                    ) CASE NO.:
7                          ) 1:21-CV-21079-Bloom
    MINTBROKER INTERNATIONAL, LTD.,  )
8   f/k/a SWISS AMERICA SECURITIES   )
    LTD and d/b/a SURETRADER, and    )
9   GUY GENTILE, a/k/a GUY GENTILE   )
    NIGRO,                           )
10                                   )
           Defendants.               )
11  _____ )
12
13
14      VIDEOTAPED DEPOSITION OF YANIV FRANTZ taken on
15      behalf of the Plaintiff pursuant to Notice of
16      Taking Deposition, held at 801 Brickell Avenue,
17      Miami, Florida, on March 11, 2023, commencing at
18      10:16 a.m. and ending at 4:12 p.m., before
19      Kelly A. Price, Notary Public, State of Florida.
20
21
22
23
24
25  JOB No. 230311AO

**Page 2**

1   APPEARANCES:
2
    On behalf of Plaintiff:
3
    SECURITIES AND EXCHANGE COMMISSION
4   801 Brickell Avenue, Suite 1950
    Miami, FL 33131
5   (305)982-6300
    sumal@sec.gov
6   BY: ALICE K. SUM, ESQ.
        -and-
7       ALISE JOHNSON, ESQ.
8
    On behalf of Defendants:
9
    FORD O'BRIEN LANDY, LLP
10  275 Madison Avenue, Floor 24
    New York, NY 10016
11  (212)444-4894
    mford@fordobrien.com
12  BY: MATTHEW A. FORD, ESQ.
        -and-
13      ADAM C. FORD, ESQ.
        STEPHEN R. HALPIN, III, ESQ.
14
15  On behalf of Yaniv Frantz:
16  PHILLIPS & COHEN LLP
    1 World Trade Center, Suite 8500
17  New York, NY 10007
    smckessy@phillipsandcohen.com
18  BY: SEAN McKESSEY, ESQ.
19
20  ALSO PRESENT:
21  SIMON EHRLICH - VIDEOGRAPHER
22  GUY GENTILE - via phone
23
24
25

**Page 3**

1   REPORTED BY:
2   KELLY A. PRICE
3
4
5              * * * * *
6             STIPULATIONS
7      It is stipulated and agreed by and between
8   counsel for the respective parties that:
9      Reading and subscription of the deposition
10  by the witness are not waived.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 4**

1            I N D E X
2
    Examination                 Page
3
    Direct   By Ms. Sum:          6
4
5            PLAINTIFF EXHIBITS
6   No.                         Page
7   18    Plaintiff's Re-Notice of     6
          Taking Videotaped Deposition
8         of Yaniv Frantz
    19    Email Chain          36
9   20    Email dated 3.30.17    75
    21    Email dated 3.30.17    84
10  22    Email Chain          88
    23    Email dated 3.17.17    95
11  24    Organizational Chart   100
    25    Email dated 11.17.17   101
12  26    WhatsApp Messages dated  109
          3.23.17
13  27    Invoices from Day Trading  113
          Radio, Inc.
14  12    Application in re:     117
          Christopher Miguel Penalver
15  28    Application in re: Stephen  121
          Rigodon Derong
16  29    Applications         125
    30    Active Traders List    132
17  31    Affidavit of Zelma Wilson  156
18
19
20
21
22
23
24
25

**PLAINTIFF'S
EXHIBIT
MSJ-3**

1 Thereupon, the following proceedings were had.
2     THE VIDEOGRAPHER:  Okay.  This is the video
3 deposition of Yaniv Frantz, in the matter of SEC
4 versus MintBroker International, LTD, case number
5 1:21-CV-21079-Bloom.  This deposition is being held
6 at SEC Miami Regional Office at 801 Brickell
7 Avenue, Suite 1950, Miami, Florida 33131.
8     Today's March 11th, 2023.  The time on the
9 video monitor is 10:16 eastern time.  My name is
10 Simon Ehrlich, certified video specialist with
11 Gradillas Court Reporters, located 400 North Brand
12 Boulevard, Suite 950, Glendale, California 91203.
13 The court reporter is Kelly Price.
14     Will counsel introduce themselves.
15     MS. SUM:  Good morning.  Alice Sum for the
16 SEC.  And with me is my co-counsel, Alise Johnson.
17     MR. M. FORD:  Matthew Ford on behalf of
18 defendant Guy Gentile, along with co-counsel Adam
19 Ford and Stephen Halpin.
20     MR. McKESSEY:  Sean McKessey on behalf of
21 Yaniv Frantz, Phillips & Cohen, Washington, D.C.
22     THE VIDEOGRAPHER:  Court reporter, please
23 swear in the witness.
24 Thereupon,
25     YANIV FRANTZ

5

1 a witness named in the notice heretofore filed,
2 being of lawful age and having been first duly
3 sworn, testified on his oath as follows:
4     THE WITNESS:  I do.
5     DIRECT EXAMINATION
6 BY MS. SUM:
7     Q.  Good morning.  Could you please state your
8 full name and spell it for the record?
9     A.  Sure.  Good morning.  My name is Yaniv Frantz,
10 Y-A-N-I-V, F-R-A-N-T-Z.
11     Q.  Mr. Frantz, are you represented by counsel?
12     A.  Yes, I am.
13     Q.  Okay.  And what is counsel's name?
14     A.  Sean McKessey.
15     Q.  And is he present in the room?
16     A.  He is.
17     Q.  I'm going to show you what's been marked as
18 Exhibit 18.
19     (Thereupon, the referred-to document was
20     marked by the court reporter for
21     Identification as Plaintiff's Exhibit 18.)
22 BY MS. SUM:
23     Q.  Just take a moment to look at Exhibit 18.
24     A.  Okay.
25     Q.  Mr. Frantz, are you familiar with what I've

6

1 marked as Plaintiff's Exhibit 18?
2     A.  Yes.
3     Q.  Okay.  And this is a re-notice of taking your
4 deposition and a subpoena for your appearance?
5     A.  Yes.
6     Q.  Are you appearing voluntarily here today?
7     A.  I am.
8     Q.  All right.  I'm just going to start with a few
9 ground rules for the deposition.  First, I'll be asking
10 you a series of questions, and the court reporter will
11 be typing both my questions and your answers.  I ask
12 that you allow me to finish my questions before you
13 start your answer, so that she's able to type out what
14 both of us are saying.  She can't type when both of us
15 are talking.  Also, if there is at any point a question
16 that I ask that either you didn't hear me or you did not
17 hear it clearly, you can ask for me to repeat it, or, of
18 course, the court reporter can read it back.
19     Do you understand those general --
20     A.  I do.
21     Q.  -- rules?
22     Okay.  And if I ask a question, and you answer
23 it, I will assume that you understood my question.
24     First, are you under the influence of any
25 medication or substances that would affect your ability

7

1 to answer my questions, remember facts, or answer
2 truthfully today?
3     A.  I'm not.
4     MR. M. FORD:  Alice, I'm sorry to interrupt.
5 Is there a way -- Mr. Gentile would like to listen
6 in.  Is there a way we can Zoom him in, or audio
7 him in, or do you have any objection to it if --
8     MS. JOHNSON:  You can have him call on the
9 phone.
10     MS. SUM:  I think we'd have to use the phone,
11 which I've never used here before.
12     MR. M. FORD:  What if we -- what if we --
13     MR. A. FORD:  What if we just call him on the
14 phone here?  Any objection to that?
15     MS. SUM:  I mean, that should be fine, but I
16 think it's probably easier --
17     MS. JOHNSON:  Want to try that first?
18     MS. SUM:  I'm sorry.  Pardon us for a moment.
19 Do you want to go off the record, please?
20     MR. A. FORD:  Do we --
21     THE VIDEOGRAPHER:  10:20.  We're off the
22 record.
23     (Whereupon, a break was taken, at which time
24     Mr. Gentile entered the deposition via
25     telephone.)

8

1    THE VIDEOGRAPHER:  10:22.  We are on the
2 record.
3 BY MS. SUM:
4    Q.  All right.  I was asking you -- after we
5 talked about the ground rules for a deposition, I asked
6 if you're under the influence of any medication or any
7 substances that would affect your ability to answer my
8 questions, remember facts, or testify truthfully?
9    A.  I'm not.
10    Q.  And is there any reason why you may not be
11 able to answer my questions truthfully today?
12    A.  No.
13    Q.  Have you ever been deposed before?
14    A.  I was.
15    Q.  Okay.  And very briefly, what kind of matter
16 was that?
17    A.  COVID-related wrongful termination.
18    Q.  And have you given any other deposition
19 testimony --
20    A.  No.
21    Q.  -- other than what you just described?
22    A.  No.
23    Q.  All right.  You're aware that you're appearing
24 today to testify in a lawsuit that the SEC has filed in
25 the Southern District of Florida against Guy Gentile and

9

1 MintBroker International, Limited, formerly known as
2 Swiss America Securities, Limited, and doing business at
3 SureTrader, right?
4    A.  Yes.
5    Q.  Okay.  And if I refer to the term
6 "SureTrader," would you understand it to mean that I'm
7 referring to MintBroker and Swiss America Securities?
8    A.  Yes.
9    Q.  Prior to this morning, did you speak with
10 anyone regarding your deposition or your testimony
11 today?
12    A.  With my counsel.
13    Q.  Okay.  I'm not asking you to talk about what
14 you spoke with your counsel about.
15    Did you speak with anyone else about your
16 deposition?
17    A.  No.
18    Q.  Did you meet with me?
19    A.  No.
20    Q.  All right.  Did you --
21    A.  I mean, in the lobby --
22    Q.  Okay.
23    A.  -- before coming up.
24    Q.  Okay.  Did you have meetings with me earlier
25 this week?

10

1    A.  Yes.
2    Q.  Okay.  All right.  First of all, do you know
3 someone named Guy Gentile?
4    A.  Yes.
5    Q.  Okay.  And how did you come to learn of
6 Mr. Gentile's name?
7    A.  Through a mutual friend we have, Assaf Shalev.
8    Q.  And in what context did Mr. Gentile's name
9 come up with Mr. Shalev?
10    A.  That they met on flight to Japan or coming
11 back from Japan, and he runs a financial service company
12 in the Bahamas.  Multiple different things in that kind
13 of conversation.
14    Q.  And do you remember approximately when you
15 spoke to Mr. Shalev that you just described?
16    A.  I wanna say, sometimes [sic] third quarter of
17 2016.
18    Q.  And after you received that description of
19 Mr. Gentile from Mr. Shalev, what happened next?
20    A.  Assaf Shalev mentioned some things that he
21 wanted to do some business with Guy, or work for Guy.
22 Nothing in regards to including me or anything in that
23 kind of picture.  It was a build up time where it was
24 when Assaf told me that he recommended me to Guy Gentile
25 for a position in the company.

11

1    Q.  And did there actually come a time when you
2 either spoke to Mr. Gentile or met him in person?
3    A.  Yes.
4    Q.  And when was that?
5    A.  I wanna say, sometimes [sic] in quarter four
6 in 2016.
7    Q.  And what was the context for your meeting?
8    A.  I think at first was to just meet personally
9 with Assaf.  We had some chicken downstairs.  We went
10 upstairs to Assaf's apartment.  And then, Guy was
11 opening up about his life.  At the time, it wasn't
12 anything in particular.  It was just kind of the
13 meetings of the minds.
14    Q.  And where did this meeting take place?
15    A.  At Assaf's apartment in New York.
16    Q.  Did you know at that time where Mr. Gentile
17 lived?
18    A.  Not exactly.  I mean, I knew he had a business
19 in Bahamas, but I wasn't sure if he's there full-time or
20 not.
21    Q.  Did you discuss with Mr. Gentile any type of
22 job opportunity during this meeting in Mr. Shalev's
23 apartment?
24    A.  I don't recall exactly if we talked
25 specifically about it, but it was very -- in that kind

12

1  of period of time.
2      Q.  All right.  And did there come a time where
3  you specifically recall speaking with Mr. Gentile about
4  a job opportunity --
5      A.  Yes.
6      Q.  -- with him?
7      Okay.  And what did you discuss with
8  Mr. Gentile about this job opportunity?
9      A.  Well, at first, it was more the approach of
10 Guy about, you know, looking for someone to come and
11 help him push the company to the next level.  Anything
12 in the general concept of what it can be, from pushing
13 the employees to become working faster, to, you know,
14 negotiating deals, to, you know, be someone who is an
15 asset to the company.
16     Again, this was something that he approached
17 Assaf, and Assaf told me, and then, we had the
18 conversation.  So I didn't really, you know, try to gain
19 access to look for a job with him.  He was the one
20 looking for a job, and he was the one that came to me.
21     Q.  And were you working at the time that these
22 discussions were occurring?
23     A.  I don't think so.
24     Q.  So did that discussion with Mr. Gentile about
25 a potential job opportunity advance any further?

13

1      Q.  So as you were discussing this job opportunity
2  with Mr. Gentile, did he tell you if there was a title
3  for the position?
4      A.  Not really.  It was --
5      Q.  Okay.
6      A.  No.  Not really.
7      Q.  And did he explain to you what your specific
8  job duties would be?
9      A.  Not really.  I think his goal was to start a
10 sales department, which he didn't have.  He claimed that
11 there were a lot of leads that came from the past, since
12 inception, in fact, that they were not untouched.  All
13 the leads came to the compliance department.  Nobody
14 really cared if they're passing or not passing.  He
15 wanted someone also to work on all the leads that came
16 to the company.  So sales was one of the positions, but
17 I didn't touch sales for at least more than six months
18 in my position in the company at SureTrader.
19     Q.  Did he tell you who you would report to in
20 this position?
21     A.  To him.
22     Q.  Did he tell you if you would be supervising
23 any employees?
24     A.  Part of managing the sales team will be to
25 manage employees.  Coming to the company for the first

15

1      A.  Yes.
2      Q.  Okay.  And can you describe how it advanced
3  from that discussion onward?
4      A.  We had a few conversations.  I was invited to
5  fly to the Bahamas to meet with the company.  I saw the
6  entire operations of the company, all the departments,
7  got introduced to people, executives, employees, sat
8  with Janay Symonnett, with Guy in his office.  It was a
9  two-day window that I was able to meet with him and his
10 staff, and to ask questions, and for Guy to tell me a
11 lot about the company, for me to decide if I want to
12 make that relocation.
13     Q.  And when you refer to "company," what company
14 are you talking about?
15     A.  SureTrader.
16     Q.  And this two-day visit, when did it occur?
17     A.  Between October and November 2016.
18     Q.  And after you made the visit, what happened?
19     A.  Me and Guy exchanged a couple messages.  It
20 was just a matter of getting offer about salary and
21 compensation, which came back.  I accepted the offer.
22 And then, Justin Ritchie from the office, who handles
23 new hires, was in touch with Guy and myself.  And Guy
24 told me to speak with him to arrange me coming to the
25 island with all the paperwork needed.

14

1  time I did have more power over people even without a
2  title.  So I could say that I was managing pretty much
3  employees from day one, just not officially by title.
4      Q.  So did there come a time when you started
5  employment at SureTrader?
6      A.  Yes.  I started employment in January 2017 or
7  maybe a couple of days, actually, at the end of 2016,
8  where I flew to the island earlier.
9      Q.  Prior to you starting your job, did
10 Mr. Gentile explain what was the business of SureTrader?
11     A.  Yes.
12     MR. M. FORD:  Objection.  Leading.
13 BY MS. SUM:
14     Q.  And what did he describe?
15     A.  He told me that SureTrader is a brokerage,
16 that it is offering trading platforms to customers from
17 all around the world, including the United States of
18 America, and that customers are coming organically from
19 every place.  The company is licensed to do businesses
20 in every place.  The company is following the rules and
21 guidelines of all countries, especially the United
22 States.
23     Q.  Did you ask him any questions about how
24 SureTrader obtained its customers?
25     A.  I don't know if I asked it, you know,

16

1  specifically, but, again, Guy voluntarily shared a lot
2  of information that -- said that customers are coming
3  from every place.  He didn't really share too much about
4  how they come, but he did say that they're all coming
5  from everywhere, including the United States.
6      Q.  What you just explained, was that information
7  shared with you prior to you starting your job?
8      A.  Prior, and also, as I started.
9      Q.  Did he explain to you any future plans with
10 respect to SureTrader?
11     A.  I don't understand the question.
12     Q.  Did he describe any business plan for
13 SureTrader in the upcoming year to you?
14     MR. M. FORD:  Objection.
15     THE WITNESS:  Well, Guy was talking about many
16 different plans for the company to -- you know,
17 from starting a sales department, to boosting
18 marketing campaigns, to tripling the budget to
19 marketing campaigns.  It was constant plans that
20 Guy was talking about.
21 BY MS. SUM:
22     Q.  Did he tell you whether you would be
23 responsible for any of those ideas?
24     MR. M. FORD:  Objection.  Leading.
25     THE WITNESS:  I will be tasked to -- to run

17

1  those projects and to handle them, yes.
2  BY MS. SUM:
3      Q.  All right.  So after you started your job at
4  SureTrader, how did you learn what exactly you would be
5  doing?
6      A.  It was a very unique scenario, I would say,
7  because it wasn't really a position that could have
8  start from day one.  Even though I got hired with a
9  title of a senior sales manager, there were [sic] not
10 sales department in the company existing, and it wasn't
11 planned to open it within a month.
12     Everything that I've done in the company was a
13 lot of different tasks and projects that Guy put me on.
14 For example, as soon as I joined the company, I believe
15 in January or February, first thing that Guy asked me to
16 do was to give me a list of different banks, about 50 of
17 them, perhaps, and to reach out to those banks and try
18 to open banking for SureTrader.
19     Q.  Okay.  I'm going to pause you for a moment.
20 Earlier, when I asked you if there was a title for the
21 job that you would be taking on, you mentioned that
22 there wasn't something set, and you now just mentioned
23 senior sales manager.
24     Were you given the title of senior sales
25 manager when you started?

18

1      MR. M. FORD:  Objection.
2      THE WITNESS:  Yes.  My title, when I started
3  the company, with also the labor department, was
4  the senior sales manager.
5  BY MS. SUM:
6      Q.  With the what department?
7      A.  The labor department in the Bahamas.  My work
8  permit was with a title of a senior sales manager.
9      Q.  Who assigned you that title?
10     A.  The company.  SureTrader.
11     Q.  Who did you work with at SureTrader in the
12 first month to learn about the business?
13     A.  It was a lot with Guy Gentile.  In fact, in
14 my -- almost the vast majority of the time that I worked
15 at SureTrader I had my desk in Guy's office.  We were
16 facing each other.  So a lot of the time -- or most of
17 the time will be speaking with Guy, getting Guy's plans,
18 executing them, ideas, brainstorm.  But in the first
19 month, I also sat with every department in the company
20 to learn about the company.  So I sat with the customer
21 support department.  I sat with the banking and funding.
22 I sat with the trade desk, compliance, marketing, IT,
23 and even HR.
24     Q.  Why did you sit with all of those departments?
25     A.  Well, my job was to learn about the company,

19

1  to learn about all the in and outs; all the good things
2  that we're doing, that are working; about the bad things
3  that are happening, that we can improve; find some
4  holes; build some short-term plans; long-term plans.
5  But it's almost like as if you're executing as you go.
6  Like you learn something new, and you're kind of working
7  on that and trying to find solutions for it.
8      Q.  You mentioned earlier that you were sitting in
9  the same office as Mr. Gentile?
10     A.  Yes, I was.
11     Q.  Okay.  How long did you have that office
12 seating arrangement?
13     A.  I had it for the entire time that I worked at
14 SureTrader, but I also had another desk from -- we built
15 another office, which was a parallel to the office of
16 SureTrader, but it was still SureTrader office too,
17 where we had the sales department over there, as well as
18 the marketing department.  So I was hybrid between
19 having a desk, office, or chair with a computer, such as
20 this.  We had agents sitting like that, and I was like
21 this.  And I also had my office at Guy's office -- or my
22 desk at Guy's office.
23     Q.  How did you split your time between
24 Mr. Gentile's office and the second office that you
25 described?

20

**Page 21**

1    A.  Maybe 50/50.  Maybe a little less of 50/50.
2  But I always had presence at Guy's office to do some
3  meetings with staff that I needed privacy, to make calls
4  in privacy.  When Guy would be in town and would be in
5  the office, I'll spend some more time with him in the
6  office -- in his office.
7    Q.  Did Mr. Gentile instruct you to have a space
8  in his office?
9      MR. M. FORD:  Objection.
10     THE WITNESS:  Yes.  I wasn't instructed where
11     to sit anywhere else.  It was, this is where you're
12     gonna be working, right here, which is Guy's
13     office.
14  BY MS. SUM:
15    Q.  On the first day that you showed up, did
16  someone explain to you your seating arrangement?
17    A.  Yes.  Guy told me that this will be my desk.
18    Q.  And at what point did you come to have the
19  second office location that you described?
20    A.  Not until we opened the sales department,
21  which happened at least sometimes [sic] in either Q3 or
22  Q4 in 2017.
23    Q.  In terms of your first month at SureTrader,
24  who would you say you spent the most time with learning
25  about SureTrader's business?

**Page 22**

1    A.  I'm sorry.  In the first month?
2    Q.  First month.
3    A.  I would say, with Guy it was a lot of the
4  time, but I did spend some time also with the other
5  departments.  So I would say, even I spent on the first
6  month doing onboarding, or training, or learning about
7  the company, I would say, I spent at least half of the
8  time with Guy during the first month.
9    Q.  And then, after the first month, how was your
10  time spent with people at SureTrader?
11     Let's start with just the next -- let's talk
12  within the first three months.  So let's time limit.
13    A.  Yeah.  I think it was a very gradual time.  It
14  wasn't anything in particular they said I have to be the
15  first month with Guy or the first month with that.
16  There was a lot of organically improvising and -- time
17  between the departments and between Guy.  But as I
18  mentioned, I spent a lot of time with Guy.
19    Q.  On --
20    A.  Guy was a lot of -- pretty much not only my
21  boss, the one I had to report to, he was also my mentor.
22  He was also someone who would train me to learn the
23  business the way that he wanted me to understand the
24  business.  So the time that I spent with the other
25  departments was to me to see some things that he

**Page 23**

1  doesn't, because Guy didn't see to those departments.
2  I'm sure he had executives and other people that -- to
3  do those jobs for him.  He did sit with them or be
4  walking around the office.  It's not like he was not
5  existence [sic], but, you know, he trained executives to
6  train, you know, the other people in the company.
7    Q.  On a day-to-day basis, how did you know what
8  you were supposed to be doing with respect to your
9  position as a senior sales manager at SureTrader?
10    A.  It wasn't really any job description
11  specifically that was coming into action when I joined
12  the company.  As I said, it was a lot of improvising,
13  adding me tasks to do, projects to work on, you know,
14  meetings of the minds [sic] with Guy.
15     I was a part also in every executive meeting
16  the company had, which was on a bimonthly.  So pretty
17  much -- you know, I was pretty much an executive since
18  day one, if you wanna -- you know, after that, because
19  if it's called an executive meeting, and I was part of
20  any one of them, then I'm part of the executive board.
21    Q.  Did you during your first three months of
22  working at SureTrader speak with Mr. Gentile about how
23  SureTrader was regulated?
24    A.  I was told that SureTrader is following all
25  the rules and guidelines, and it's also registered with

**Page 24**

1  the U.S.  That's the only reason we are able to also
2  offer our services to the U.S., because we're complying
3  with the laws --
4    Q.  Was there --
5    A.  -- of the United States.
6    Q.  Was there discussion about regulators in the
7  Bahamas with Mr. Gentile?
8    A.  There's not a lot of regulations in the
9  Bahamas.  It's an offshore.  So there were not a lot of
10  discussions over there.  It was pretty much very minimal
11  discussions about, you know, what's allowed and not
12  allowed in the Bahamas, because it's very minimal to
13  begin with.  It was more about what's allowed and not
14  allowed in the U.S.  And as far as I also know is that
15  the company SureTrader was able to do business with
16  United States freely as long as you're not soliciting
17  U.S. customers.
18    Q.  And did you ask Mr. Gentile to explain how
19  SureTrader conducted its business that he believed it
20  complied with U.S. laws?
21     MR. M. FORD:  Objection.
22     THE WITNESS:  I didn't have to ask questions.
23  It was coming to me, I think, again, organically.
24  Guy wanted me to learn about the company and about
25  how it works.  And obviously -- you know, I can't

1    really remember if I asked the question or not
2    asked the question, but as part of learning the
3    position, I did ask many questions also to learn my
4    position. So, in general, I could say that, you
5    know, a question could have arised [sic] as to
6    this, but regardless, Guy was a very much of trying
7    to get me to learn. And one thing that I know is
8    that -- from Guy is that as long as you're not
9    reaching out to U.S. customers, you're not really
10   soliciting U.S. customers, but you can accept U.S.
11   customers.
12  BY MS. SUM:
13    **Q.** And during the first three months of you
14  working at SureTrader, did you gain an understanding of
15  how SureTrader obtained its customers?
16    **A.** Yes, I did.
17    **Q.** Okay.
18    **A.** I was working on looking about how the trading
19  commissions are working the company. I worked with that
20  with the trading department; with Michael, who was the
21  senior manager of the trade desk; and also, Drameko, who
22  was his assistant.
23    You know, again, I was put into task to work
24  on efficiencies, and productivity, and cutting costs,
25  and negotiating terms. And one of the things that I

25

1    worked on was trying to see about the commission
2    structure that the company had.
3    Working with Michael and Drameko, I tried to
4  understand why do we have 20, 30 approx different deals
5  or deal structures for commissions for different
6  customers. That didn't make sense. So I asked to get
7  those lists of who receiving what. And, you know, I
8  found that there were affiliates that were coming from
9  the United States that had deals made with SureTrader.
10    Now, I didn't know at the time what it means,
11  because as far as I know, we're not soliciting U.S.
12  customers, and I don't know about what it means
13  affiliates. Michael and Drameko -- Michael, actually,
14  sent me an email, and he cc'd also Justin, providing
15  information that we -- him and Drameko are aware on
16  affiliate program that we have with multiple people,
17  which he shared the names are, you know, Warrior
18  Trading, Timothy Sykes. There were quite a few of them.
19  I don't know if that was on the email.
20    But later on, there were more documents that
21  came from either him or Justin clearly that shows in a
22  beautiful blue and white kind of lines, that shows that
23  it was prepared, it wasn't just somebody just put it and
24  typed it, that the company had affiliate relationships
25  with Investor Underground, Day Trading Radio, Mojo

26

1    Trading, quite a few.
2    **Q.** Okay. I'll -- I'm going to stop you there and
3  breakdown what you just explained.
4    First you mentioned a Michael. What was
5  Michael's name? Full name?
6    **A.** I don't recall his last name, but Michael was
7  the trade desk manager.
8    **Q.** And then, you mentioned someone named Drameko.
9    Do you remember Drameko's name -- full name?
10    **A.** I don't recall his full name. Drameko was
11  Michael's assistant, and he was appointed as the trade
12  desk manager when Michael resigned.
13    **Q.** Okay. And then, you mentioned that part of
14  your job was to deal with efficiencies?
15    **A.** Correct.
16    **Q.** Who tasked you with looking at efficiencies
17  for SureTrader?
18    **A.** Guy. I mean, I got hired to do that. It
19  wasn't just, you know, sales manager. Again, that was
20  just to put a title with the labor department. I got
21  hired to push the company to the next level. Guy
22  believed that the company's worth a billion dollars, if
23  people in the company can work faster, better,
24  efficient, productive. Someone can oversee what's going
25  on there, because he is there a lot of times of the

27

1    year, but he believes also when he's not there maybe
2    they're not really pushing the envelope. Nobody cares
3    to push it as much as he does. So he needs someone that
4  cares as he does, and he trusted that I'm the right
5  person.
6    **Q.** All right. And then, you mentioned that you
7  looked at commission structures.
8    Why did you decide to look at commission
9  structures?
10    **A.** Again, I was put into different tasks, either
11  by Guy or me trying to do something. But everything
12  that I've done in the company was with the approval of
13  Guy Gentile.
14    **Q.** Did he know you were looking at commission
15  structures?
16    **A.** Yes.
17    **Q.** All right. Then you mentioned that there were
18  20 to 30 different deals for different customers.
19    How did you come to learn that?
20    **A.** I spoke with Michael from the trade desk. I
21  believe I also had access to the platform as well, and
22  also iBoss, which was the back-end of the company. So I
23  was given access almost to everything fairly early on.
24    **Q.** And then, you just described a term called
25  "affiliates."

28

Yaniv Frantz
3/11/2023

1    What do you mean by that?
2    A.  So, at the time, I didn't know what it means,
3  but later on, obviously, I realized that affiliates is a
4  term for trading schools or companies that have some
5  sort of rule relating that they speak to traders, such as
6  Squawk Box or anything that they kind of communicate
7  with traders.  And those trading schools were in the
8  United States.  They catered specifically for newbies,
9  new traders that were seeking to learn to trade, and
10  also, to find a house that can host such accounts that
11  has no PDT rules.
12    Q.  What do you mean by PDT?
13    A.  PDT is a term for pattern day traders.  In the
14  United States, any investor is -- must have $25,000 in
15  the account if they want to place more than four trades
16  per week.  Once you place more than four trade per
17  week -- three or four trades, I believe, you're
18  considered a pattern day trader.  Once you're considered
19  as a pattern day trader with your brokerage or with the
20  regulator, you must have $25,000 in the account to meet
21  the requirements.
22    SureTrader did not have that requirement.  Any
23  person that came into the company -- any customer from
24  the United States, from any other country could have
25  come in with $500, $2,000, any amount below $25,000, and

29

1  be able to trade with -- without the restrictions of the
2  PDT rule, on top of also receiving 61 leverage of buying
3  power capabilities, where in the United States it's only
4  4-to-1.
5    Q.  Did you discuss affiliates with Mr. Gentile?
6    A.  I did.  I actually spoke with Michael,
7  Drameko, and Justin after I learned that we have all of
8  that.  And I was confused, because I was told that we
9  are not doing any business with United States.
10    So I told to Guy that we have -- I found that
11  we have affiliate programs with United States trading
12  schools.  And he said, "What affiliate programs?
13  There's nothing."
14    I said, "Justin, you know, brought me some
15  documents that showing that there are some -- that there
16  is some relationships with affiliates from United
17  States."
18    He said, "I don't know anything about that.
19  Maybe Justin did it on his own."
20    Q.  And after Mr. Gentile provided you with that
21  explanation, what did you do?
22    A.  I went back to Justin, and ask him, "Guy said
23  that he doesn't know anything about it.  Did you do this
24  on your own?"
25    He said, "No.  Guy is just doing CYA.  You

30

1  know, I'll find something for you to see that I didn't
2  work on that."
3    And I believed him also, because Justin is not
4  capable in negotiating terms or things like that in such
5  capacity.  He doesn't have financial background.  He's
6  more -- he's a director of DPDO -- DPDO director.  He
7  deals with hiring paperwork, doing some personal stuff
8  with Guy in his house, nothing into boosting deals
9  with -- definitely no externals.
10    Q.  What gave you the impression -- strike that.
11    When Justin said that Mr. Gentile was doing a
12  CYA, did he further explain that statement?
13    A.  If Justin did?
14    Q.  Yes.
15    A.  I mean, he did say -- you know, he gave me the
16  face, almost as if, of course he did.  You know, it's
17  almost like Guy always put the blame on someone else
18  when it's convenient for him.
19    Q.  So after you spoke with Justin, and he told
20  you that Mr. Gentile was aware of affiliate programs,
21  what happened next?
22    A.  I -- well, I came back to Guy, and I said,
23  "Well, Justin said that" -- I think I was, again,
24  working with Guy and trying to please him also.  It was
25  in the first days in the company, and tried to be always

31

1  on his side, of course, and, you know, be on his team.
2  So I came back, and I said, you know, "Justin said, you
3  know, he never worked on it."  But I didn't put too much
4  emphasis on this.  I think I tried to do, you know, more
5  good with the company.  So I was trying to focus about
6  how can we move from here, what do we need to do from
7  here, what do you want me to do from here.  So --
8  because we do have evidence that we have the affiliate
9  program, and we do give kickbacks to traders that came
10  from United States.
11    We give them a dollar rebate.  We give them,
12  you know, commission discounts.  We give them, you know,
13  some sort of gift cards.  We give them bonuses.  We give
14  them -- and it's not up to like just $50 or $100.  They
15  would come to the company -- the U.S. customers that
16  opened accounts with SureTrader, that came from those
17  affiliates, you know, Timothy Sykes, Warrior Trading,
18  and all those names -- when they came to the company,
19  they came with a pitch knowing that they can ask for
20  deals from SureTrader in returns of some sort of like a
21  favor that they have a relationship with those
22  companies.
23    And they were instructed to give us an invoice
24  of how much they paid for their education, and we -- as
25  a company at SureTrader, we were giving them a discount

32

1  in rebates of their commissions up to that amount.  So
2  if somebody paid -- if a U.S. customer, who came to
3  SureTrader and opened an account, had $2,400 payment for
4  that education schools in the United States, we would
5  give them back those educational payments that they paid
6  for their school in rebates, in commissions.
7      So when I spoke with Guy after the fact with
8  Justin, Michael, and -- came back to Guy.  Again, I was
9  trying to work with Guy.  Guy said, "Okay.  We don't
10  have any deals.  So, you know, work on some sort of, you
11  know, an email to send out to, you know, those
12  affiliates," as if like we don't have deals with those
13  people.  We don't -- you know, we don't have deal with
14  you, just to make sure that we don't have that.
15      Q.  Why did Mr. Gentile give you the instruction
16  to send out emails to the affiliates saying that there
17  were no deals?
18      A.  At the time, I didn't know, again, you know,
19  the reason.  I thought it was just -- you know, just in
20  my head maybe -- again, maybe like a small CYA, and
21  then, later on, it was a big one.
22      But I think -- again, it was the effect of
23  almost a like he knew what's going on and he wanted
24  to put some, you know, plaster on the hole of the wall
25  or just put like a, you know, painting there almost like

33

1  it doesn't exist.
2      Q.  So approximately when did these conversations
3  occur with your colleagues and Mr. Gentile?
4      A.  About the affiliates?
5      Q.  Yes.
6      A.  I would say, March 2017.
7      Q.  All right.  Going back to the issue of the
8  email, what were the next steps that you took to draft
9  this email that was to be sent out to the affiliates?
10      A.  I drafted the so-called email that was about
11  to be sent out.  I sent that to Guy on WhatsApp
12  conversations that we had to get it approved.  Again,
13  everything that I've done, definitely on the external
14  matters of the company, was to get approvals with Guy,
15  and most of which also, if not all, that is the vast
16  majority of important ones also internally.
17      Guy read it.  I don't recall if he change it
18  or not.  I think it was probably good, or most of it was
19  good.  And then, I sent those emails copy/pasted to the
20  trading schools from United States.
21      Q.  How did you know who to send the emails to?
22      A.  I requested the information of the trading
23  schools from Justin Ritchie and, I believe, Michael.
24      Q.  And did they provide you with that
25  information?

34

1      A.  Yes, they did.  I think maybe some of them I
2  had to double ask, as if I received maybe just a --
3  either a phone number, and then, there was an email
4  missing, or an email with a phone missing.
5      Then I confronted Justin about it.  He said
6  that he's usually dialing in to a conference room or to
7  a conference call, meaning -- providing more information
8  that -- you know, that person was in constant -- in
9  touch with us also in the company.
10      And I think it was also one of them which was
11  saying that there's a -- Wade was the last person to
12  speak with that person, and he would be probably the
13  person that would have more information about that.
14      Q.  Who's Wade?
15      A.  So this was probably the last puzzle that I
16  never truly understood.  Wade used to be working for Guy
17  and SureTrader.  I don't know in what capacity.  He was
18  not presence -- present in the office physically when I
19  joined the company.  And it was when I was there too.  I
20  never really had a face about who he is.  He was like
21  the mystery man, the ghost.
22      But as far as I know, he was getting paid from
23  SureTrader, at least in the entirety of 2017, because
24  Antonio Collie told me about that.  So -- and I know he
25  was doing some things with the website, and maybe some

35

1  things that, again, relate to the core of the business.
2  He wasn't someone that we talked about, but I remember
3  hearing the name from Guy, and also, I remember getting
4  a text message on WhatsApp from Justin.  So I do recall
5  that name.  I just don't know exactly what he did for
6  the company.
7      Q.  All right.  And did you, in fact, send emails
8  to the affiliates?
9      A.  I did.
10      Q.  I'm going to show you what I've marked as
11  Exhibit 19.
12      (Thereupon, the referred-to document was
13      marked by the court reporter for
14      Identification as Plaintiff's Exhibit 19.)
15  BY MS. SUM:
16      Q.  Could you please take a moment to review the
17  document.
18      A.  Yes, I do remember it.
19      Q.  Okay.  Do you remember this series of emails?
20      A.  Yes.
21      Q.  Okay.  So we're going to start at the bottom
22  of Exhibit 19.  And just for identification purposes,
23  this is Bates stamped SEC-FL-03848-E-0052891 and 52892.
24      Mr. Frantz, do you see the email at the bottom
25  of page one?

36

Yaniv Frantz
3/11/2023

1    **A.**  I do.
2    **Q.**  Okay.  And do you recall sending this email?
3    **A.**  I do.
4    **Q.**  Okay.  And to whom was this email addressed?
5    **A.**  To DTR, which is Day Trading Radio, one of the
6  SureTrader affiliates.
7    **Q.**  Okay.  And how did you know to send an email
8  to DTR or Day Trading Radio?
9    **A.**  How did I come across his email information?
10    **Q.**  Yes.  How did you know that you should send
11  and email to DTR, Day Trading Radio?
12    **A.**  I was given -- again, I asked -- during the
13  process of finding the trading commissions, I was in
14  touch with Michael from trade desk and Justin to
15  investigate who did we pay these commissions to, and I
16  was given a list of every person, company in United
17  States and outside of it that we do business with as
18  affiliates programs.
19    **Q.**  Okay.
20    **A.**  So Day Trading Radio would be one of them.
21    **Q.**  All right.  And when did you send this email
22  to Day Trading Radio?
23    **A.**  That was on March 24th, 2017.
24    **Q.**  Did you send other emails on or about
25  March 24th to other affiliates?

37

1    **A.**  I did.  There were numerous of them.
2    **Q.**  Okay.  And above the email that we just
3  reviewed, do you see where it says, "From:  DTR" and
4  Dac -- or "dac@daytradingradio.com?"
5    **A.**  I do.
6    **Q.**  Okay.  And what is this email?
7    **A.**  That was his reply.  He was pretty confused
8  over there, as probably suspected.  He's saying, "I'm a
9  bit confused.  We are canceling our marketing agreement?
10  Your banner states not intended for U.S. customers and
11  our customer base is both U.S. and non-U.S."
12         So he was very confused why are we saying
13  that, you know, we don't have deals with U.S.
14    **Q.**  Who is Dac or D-A-C?
15    **A.**  I never met him.  I don't recall speaking with
16  him on the phone, but we exchanged emails.
17    **Q.**  Okay.  What was your understanding of who Dac
18  is?
19    **A.**  Probably the founder or decision-maker of Day
20  Trading Radio who made the deal with SureTrader, the
21  affiliate program.
22    **Q.**  Okay.  You see where he references a marketing
23  agreement?
24    **A.**  Yes.
25    **Q.**  Okay.  Did you know that there was a marketing

38

1  agreement between SureTrader and Day Trading Radio?
2    **A.**  I've learned during that time that we do have
3  an agreement.
4    **Q.**  Okay.  Did you actually lay eyeballs on that
5  agreement?
6    **A.**  Yeah.  It was Justin who shared information
7  that we paid them, I believe, $3,500 a month to mention
8  us in their radio and other publications.
9    **Q.**  And then, do you see where there's a reference
10  to "your banner?"
11         Did you understand what he was referring to
12  when he said, "your banner?"
13    **A.**  I didn't understand at the time, but I could
14  imagine that we probably have, you know, some sort of
15  commercial on their website.
16         MR. A. FORD:  I'm sorry.  Some what?
17         THE WITNESS:  Commercial.  Like some sort of
18  ad on their website or banner.
19  BY MS. SUM:
20    **Q.**  Did you ask anyone at SureTrader about the
21  banner that Dac mentions in his email to you?
22    **A.**  If I ask who again?
23    **Q.**  If you asked anyone at SureTrader.  Any other
24  employees.
25    **A.**  Not really.  I just know that we had a deal

39

1  with them again.  And my time was not to spend too much
2  time on all of, you know, the entirely [sic].  I think I
3  already saw enough.  It was a lot.
4    **Q.**  And there's -- further in his sentence, "Your
5  banner states not intended for U.S. customers and our
6  customer base is both U.S. and non-U.S."
7         Did you talk to any employees at SureTrader
8  about Dac's statement that I just read?
9    **A.**  Again, I confronted Guy about the general and
10  entirely [sic] thing that happened with the affiliates
11  program, and as a whole we are doing that.  This was one
12  of them.
13         And I did speak again with Justin to confront,
14  you know, if, you know, we have deals, and if we allowed
15  to do deals, and he couldn't answer about that part, but
16  he mentioned that Guy is aware of it.  In fact, just --
17  either 10 days after or approximately within two weeks,
18  he send me -- forward me a communication between him and
19  Guy.
20    **Q.**  Could you say who's "he?"
21    **A.**  I'm sorry.  Justin Ritchie forward me an email
22  communication between himself and Guy that shows that
23  Guy is aware of this marketing agreement that SureTrader
24  has with Day Trading Radio.  And Justin actually
25  mentioned in that email something as if, you know,

40

1 they're not bringing in a lot of business to us, maybe
2 we should ask to reduce what we're paying them. And Guy
3 replied, "Yes."
4         And I think that was a way for Justin also --
5 when he said, let me look for something to show you that
6 it's not me doing that, I think that was an email that
7 he send me randomly to show that, I don't do this on my
8 own. Here's an email showing that Guy is orchestrating
9 this. I don't have the capacity to do that. So when
10 Guy told you that he's not aware of anything of that,
11 that is a lie, because I'm just a small screw in this
12 system. So why would I know on the affiliate program.
13     Q.  All right. And then, above the email that we
14 just reviewed, did you respond to Dac?
15     A.  I did.
16     Q.  Okay. And in your response, you say, "Hi,
17 Dac. The email you received was sent as a reminder to
18 the SureTrader policy and to act as a statement.
19 However, the deal for non-U.S. persons would still be
20 active as was mentioned in my previous email."
21         Did you draft that language that I just read?
22     A.  I don't -- I don't recall if I was the person
23 to draft it, but I think -- again, I got a lot of
24 approvals from Guy about the things that I had to do,
25 because I was only, you know, three months in the

41

1 company. I don't want to make big statements on my own,
2 you know, especially with people who are doing business
3 with the company for quite some time and something that
4 could be backfiring or anything else. So I don't recall
5 if I was the person who designed that reply, but it
6 could be, generally speaking.
7     Q.  Do you remember talking to Mr. Gentile before
8 sending this response to Dac?
9     A.  I believe, again, I -- I got the back and
10 forth with Guy about what to do, because I remember also
11 there were an additional communication that I had with
12 Guy with Cam, where Guy -- Cam responded to me. And I
13 showed that response to Guy, for him to say, you know,
14 "Don't worry about it. You know, no more deals moving
15 forward. You know, Cam is just covering his ass."
16 So...
17     Q.  Who's Cam?
18     A.  Cam is from Investor Underground. He's the
19 founder.
20     Q.  Okay. And did you send an email to Cam
21 similar to the one that you sent to Day Trading Radio?
22     A.  Yes. I sent, I believe, an email to all the
23 affiliates that we had -- SureTrader had.
24     Q.  Okay. What did you mean in the top email
25 where you responded to Dac that it was "to act as a

42

1 statement?"
2     A.  As I said, I think that, you know, he was very
3 confused by it. He didn't know why we're doing it. You
4 know, it felt like we're trying to put some sort of like
5 a plaster on a hole in the wall or to put some sort
6 of -- like a painting over something to, you know, show
7 that nothing is there; yet, there was something there.
8 And he was just not sure what to do with it.
9         And I was just trying to follow-up and say,
10 look, it's just a reminder, almost as if I was trying to
11 protect Guy here or the company SureTrader in that kind
12 of case formally to state that it's just a reminder as
13 if there was something in the past, which was none, and
14 to act as a statement, as if like we're not doing any
15 business with, you know, affiliate programs, or we're
16 not soliciting U.S. customers; yet, the company was
17 doing that U.S. -- SureTrader.
18     Q.  So after you have this email exchange with
19 Dac, what happened?
20     A.  Well, I don't know if there were more replies
21 to that. I think some people just took the silence from
22 there to just -- didn't know what to do. There were
23 multiple different emails such as this, you know, that
24 were copy/paste to different affiliates that SureTrader
25 had, such as I said before, Timothy Sykes, Warrior

43

1 Trading, Investor Underground, Warrior -- Day Trading
2 Radio, and Mojo Trading. I think there were also
3 Commission Junction that were also doing some sort of
4 business, but I didn't learn about it until later on.
5         MR. A. FORD:  I was just going to say, when --
6     it's been about an hour. Whenever you're ready.
7         MS. SUM:  Sure.
8 BY MS. SUM:
9     Q.  So I did mention at the beginning of your
10 deposition that, you know, we will take breaks during
11 this deposition. It's certainly not a marathon. If you
12 need to get up, get some more water, use the restroom,
13 or anything like that. So we can take a break at this
14 point for --
15     A.  Sure.
16         MS. SUM:  Is 10 minutes acceptable, Madam
17     Court Reporter, to you, to the witness?
18         THE WITNESS:  Yes.
19         MS. SUM:  Okay.
20         THE VIDEOGRAPHER:  11:12. We're off the
21     record.
22         (Whereupon, a break was taken.)
23         THE VIDEOGRAPHER:  11:22. We are on the
24     record.
25 BY MS. SUM:

44

1    **Q.**  Okay.  I wanna go back to your conversation
2 with Justin, when you told him that Mr. Gentile said
3 that there were no deals with affiliates.
4    MR. M. FORD:  Objection.
5 BY MS. SUM:
6    **Q.**  And you used the term "CYA."
7    What did you mean specifically by the word
8 "CYA?"
9    MR. M. FORD:  Objection.
10    THE WITNESS:  Covering your behind.
11 BY MS. SUM:
12    **Q.**  Okay.  And why was that term or phrase used to
13 describe Mr. Gentile?
14    **A.**  Because that's what it was.  It was not just,
15 you know, appearing to be.  That was pretty much what
16 I've also learned after working the company for almost a
17 year-and-a-half, that every time there was some sort of
18 a problem, issue, concern, there's the rule of the
19 action and the reaction.  There is the problem, and
20 wanted to put some sort of a Band-Aid on it or wanted to
21 put plaster on it.  There was no productivity, why don't
22 we as a company try to like do everything by the books.
23 More like, why don't we try to bend some rules.  And if
24 we get caught, we can also, you know, fix it.
25    You know, one of the things, for example, is

45

1 that, you know, the company was still engaged in the
2 whole, you know, solicitations of U.S. customers.  And
3 around October, November 2017, all you know is that Guy
4 is now trying to add IP block for the website for U.S.
5 customers.
6    Why only in October or November 2017?
7    Why not 2015?
8    **Q.**  Okay.  So let's go to your description
9 "solicitations of U.S. customers."
10    How do you know that SureTrader was soliciting
11 U.S. customers?
12    **A.**  Well, as I said before, I had access to a lot
13 of things in the company from early on, because I wasn't
14 really hired only to be the sales manager of the
15 company.  So I was given access to the back office, to
16 everything, that I can pull reports.  And in reports
17 that I had, and which I provided, showing that
18 85 percent at least of the customers of SureTrader were,
19 in fact, from United States.
20    **Q.**  But based on that information, how did you
21 know that SureTrader was soliciting the U.S. customers?
22    **A.**  Because there's no other way to get U.S.
23 customers.  One of the things I know is that we paid
24 rebates to those customers who came from the U.S. to
25 SureTrader.  We also received numerous emails.  The

46

1 company had different ways to communicate with the U.S.
2 customers, such as U.S. phone numbers that were free to
3 call to the Bahamas.  We had chat services to offer.  We
4 had tickets, where they can open ticket requests.  There
5 were emails.  So as you can imagine, it was like all
6 options you can think of.  And we had many times
7 throughout the year U.S. customers who came from those
8 trading schools still requesting rebates and commission
9 discounts from SureTrader.
10    **Q.**  How do you know whether these U.S. customers
11 were being solicited by SureTrader?
12    **A.**  How do I know?  Well, one, with the affiliate
13 programs that we found, I mean, many accounts were
14 linked to the actual commission structure.  So when I
15 received the data where -- which trading commissions
16 number, let's say, 7 or 20 is assigned to which
17 accounts, and those accounts were assigned to specific
18 people, and you can see where they're coming from, most
19 of which came from the U.S., the vast majority of them.
20 And --
21    **Q.**  All right.  So we were talking about these
22 emails that you sent to the affiliates in March of 2017.
23    In the aftermath of sending those emails, did
24 you see U.S. based customers being approved as customers
25 for SureTrader?

47

1    **A.**  Throughout the entire time that I worked in
2 the company?
3    **Q.**  No.  I'm asking, after March of 2017, did you
4 see U.S. based customers being approved as customers for
5 SureTrader?
6    MR. M. FORD:  Objection.
7    THE WITNESS:  Yes.  Of course.
8 BY MS. SUM:
9    **Q.**  Okay.  And how did you see that occurring?
10    **A.**  I've seen it through the application process.
11 I would see it -- well, I would see it a lot through the
12 application process, because I was, you know, managing
13 the sales team.  So whenever I was starting -- even
14 before starting, because we had to prepare for when we
15 have the actual sales team, which they were called SDR,
16 sales representatives.  So before having them, we have
17 to learn about the data that we have, so we can actually
18 implement that to the sales team.
19    So I would say, you know, that -- from that
20 time on to later on, every day I would see leads that
21 coming in to the company.  But also, I was -- as I said,
22 I sat with every department in the company, and I was
23 engaged with communication flow and being able to see
24 leads that coming in.  They call it leads, applications,
25 approval, not approval.

48

1    IBoss, for example, is the back office.  You
2    know, I could get reports from time-to-time, and you can
3    see that.  You know, it wasn't something that was hidden
4    internally.  You could see that.  It wasn't a secret,
5    for example, right?  It wasn't a secret they kept only
6    in the compliance department or in any department.
7    Everybody knew that -- you know, that the vast majority
8    of the customers are from the U.S.  That was the core
9    business of the company.
10       Q.  All right.  Let me go back to -- you mentioned
11   the application process.
12       Who was responsible for reviewing and
13   approving applications of new customers, regardless of
14   where they were located?
15       A.  The compliance department.
16       Q.  Okay.  Why were you involved in the
17   application process?
18       A.  It was one of the things to try to make the
19   company more efficient and productive.  And I sat with
20   [sic] every executive meeting in the company that
21   happened approximately every two weeks.  One of the
22   things that we discussed on the agenda was to improve
23   the application process, because it was much longer.  It
24   was almost as if creating something for the other side
25   not to go to the finish line, one of which was providing

49

1    two forms of identification.
2        And in that meeting, I confronted or requested
3    from the compliance officer to show me the law that says
4    that we have to provide or request two forms of
5    identifications.  He insisted that there is one.  I
6    requested to see the law.  And within a day or two, he
7    came back to me to show me that there were no, in fact,
8    law, or maybe there was one in the past.  So we made it
9    shorter.
10       So I was, in fact, with Janay, the marketing
11   team, which [sic] person that would be, you know,
12   helping and designing to create those changes.  But we
13   discussed internally all the time how to improve almost
14   anything that can bring more customers to the company,
15   because that's how the company revenue can go up.
16       Q.  All right.  Did you actually look at
17   applications?
18       A.  It was -- I mean, it was a digital
19   application.  So I've seen applications before.  Yes,
20   I've seen applications coming in.  I've seen
21   applications throughout the time that I worked as a
22   sales manager.  I've seen it before when I was learning
23   about the business.
24       Q.  Did you see applications from the time that
25   you started working with SureTrader to the end of your

50

1    time at SureTrader?
2        A.  Yes.  I wouldn't call on a daily basis, but
3    whenever I needed to, whenever it was relevant.  But
4    I've seen.
5        Q.  And what kind of information does a potential
6    customer have to provide on the application?
7        A.  I mean, probably more than what U.S. request
8    you from [sic], but, you know, the KYC process was, you
9    know, trying to gain a lot of information from the
10   customer, so we can learn about how to become, you know,
11   better, and to make more money for the firm, for the
12   company SureTrader.
13       So one of the things, for example, would be,
14   you know, how much are you looking to deposit?  You
15   know, what's the amount?  And there was, I think, a
16   drop-down, like between ranges, you know, 10,000 to
17   15,000, or 500 to 2,000.  There was ranges.
18       One of the questions that will be there too
19   is, how did you hear about us, or what brought -- what
20   brought you to us, or how did you make SureTrader been
21   aware to you?  How did you learn about SureTrader?
22       Q.  And was that -- first of all, with this form,
23   was this a handwritten form?
24       A.  No.  It was a digital form.
25       Q.  How would a potential customer get to this

51

1    form?
2        A.  Online through SureTrader website.
3        Q.  And once an applicant filled it out, how was
4    it transmitted to SureTrader?
5        A.  SureTrader will get it on the back-end as an
6    application that's started.  And each page that the
7    process goes, it shows completed or not.  If someone
8    completed the entire application process, that
9    application will then go to the compliance analysts, and
10   then, there will be -- you know, at the end, go to the
11   actual compliance officer for an approval.
12       Q.  All right.  And earlier you mentioned there
13   was a "how did you get to us" or language in the
14   application?
15       A.  Yeah.  I don't recall the exact wording there,
16   but, you know, the purpose of that was, again, to learn
17   how did you hear about SureTrader?  How did you get to
18   us?
19       Q.  And was that something that a customer would
20   type in?
21       A.  I don't recall if it's -- I think it was a
22   type in, because I don't think you could -- you can
23   imagine, there's just so many things.  So either there
24   was a drop-down with an option to do "other," or it was
25   just an option to just freely hear where they're coming

52

1  from.
2     **Q.**  Okay.  And do you recall what customers would
3  list as how they got to SureTrader?
4     MR. M. FORD:  Objection.
5     THE WITNESS:  I mean, there would be, you
6     know, either saying a friend, or website, or, you
7     know, Warrior Trading, or Investor Underground.
8     They'll tell where they came from.
9  BY MS. SUM:
10    **Q.**  And when you say, "website," what website are
11 you referring to?
12    **A.**  SureTrader.
13    **Q.**  When you saw these applications coming in, did
14 you see any of them for customers based in the U.S.?
15    **A.**  Yes.
16    **Q.**  Did you speak to anyone about the fact that
17 SureTrader was still receiving applications from U.S.
18 customers?
19    **A.**  No.  I think -- as I said before, my
20 impression was that as soon as we so-called caught the
21 affiliates, and we now no more doing deals with U.S.,
22 even though I ask Guy if we -- what should we do with
23 the existing people that received those rebates, right?
24 Okay.  So now no more deals moving forward to U.S.
25 customers.  Okay.  But what do we do with the ones that

53

1  we get from today going backwards?
2     And Guy said, them -- "Keep them.  Because I
3  don't want to create too much of a noise, or a problem,
4  or make them very upset."  So those people continue
5  receiving those rebates and everything else.
6     **Q.**  And where were these customers based that
7  continued receiving what you just described as rebates?
8     **A.**  From everywhere.  But as I said before, most
9  of the customers come from the United States.  From the
10 day that I worked in the company to the end of it, the
11 vast majority of the customers came from the U.S.
12    **Q.**  How do you know that it's the vast majority of
13 SureTrader's customers that were coming from the U.S.?
14    **A.**  So I've had also multiple emails in the
15 company.  I had yaniv@suretrader, yaniv@mintbroker,
16 yaniv@activetrader -- @suretrader.  I had
17 resolution@suretrader, sales@suretrader.  I've had a lot
18 of information coming to me from the customer support
19 department, from the banking and funding department,
20 from -- and all those people were trying for me to help
21 them out also to solve problems, because my job is to be
22 the operation officer, which, you know, later I
23 became -- within six months in my position I become the
24 COO of the company officially, even though it felt I was
25 doing that before.  But officially Guy invited me one

54

1  night for dinner and had me for that.  And I was
2  appointed also with the actual regulator in the Bahamas.
3  So it was official title, not just, you know, I want you
4  to be doing operations now.
5     And I -- I saw in emails.  I saw applications.
6  I had to look in accounts to verify who is that customer
7  so I can help him out.  Most, if not all the time, they
8  were U.S. customers.  I don't remember a time almost
9  that I had to deal with a customer from UK, or from
10 Australia, or from, you know, Canada.  There were only
11 quite a few customers that were like literally from
12 outside the U.S.
13    **Q.**  After approximately March of 2017, what was
14 your understanding of how U.S. customers got to
15 SureTrader?
16    **A.**  After March 2017?
17    **Q.**  After March of 2017, what was your
18 understanding of how U.S. based customers got to
19 SureTrader?
20    **A.**  Well, I was, you know, hoping that once we --
21 I came to the company, and I show -- I saw something
22 that's not working out, and I'm finding a way to
23 eliminate that, or improving the company, this will not
24 be existed.
25    **Q.**  What is this would not be existing?

55

1     **A.**  Well, the affiliate -- the affiliate programs,
2  the rebates, the solicitations.  Anything to do with
3  illegal kind of things to do with the law.
4     **Q.**  Did it continue?
5     **A.**  It did continue.
6     **Q.**  How --
7     **A.**  In fact --
8     **Q.**  -- do you know it continued?
9     **A.**  You know, for a fact there was a report that I
10 saw in February 2018, that pulled [sic] out, showing
11 from that day backwards existing accounts, or that were
12 approved, or not approved, that were, in fact, still
13 receiving the 50 onus deal, which was --
14    MR. A. FORD:  I'm sorry?  The --
15    THE WITNESS:  The fifty onus.  It was kind of
16    like a --
17 BY MS. SUM:
18    **Q.**  Can you spell it, please?
19    **A.**  I think it was 50, the number 50, and then,
20 onus, O-N-O -- I'm sorry -- O-N-U-S, which was kind of
21 like a play with words, like bonus 50 it looked like
22 when you type it.  So bonus, 50 onus.
23    **Q.**  Are you saying that's a code that was typed?
24    **A.**  It was a code.  Yes.  It was a code
25 internally.

56

1    Q.   What did the code mean?
2    A.   A 50-dollar rebate.
3    Q.   Okay.  Did it indicate why a customer was
4  receiving a rebate?
5    A.   The only reason someone would get a rebate is
6  there was an affiliate program in place.  Nobody is
7  receiving rebates in the company just because they nice
8  or just because they ask for it.
9    Q.   All right.  So you're mentioning this
10  February 2018 --
11    A.   About.
12    Q.   -- report.
13         Prior to this report, were you seeing signs
14  that SureTrader was still soliciting U.S. customers?
15    A.   Well, I think I mentioned before also that
16  Guy -- Guy was working under the impression of -- or not
17  impression.  Guy was working with the idea that his
18  whole work of process -- or thought of process was
19  action and reaction, problem, and fix the problem.
20  Until then, we would continue forward with everything
21  that is in mind to try to push the level, to make more
22  revenue, and more accounts opening.  He didn't care too
23  much about how it's going to happen.  Just try to be
24  careful.  Not be super careful.  Try to be careful.
25         And I remember receiving a call from Guy that

57

1  I couldn't take in mid-year 2017.  I couldn't answer.
2  And Guy send me a message, something in the words of
3  "Major problem.  Call me."  Guy never used, you know,
4  that kind of a severity, unless it's severe, because Guy
5  is a very calm person.  He knows how to control very
6  tough situations, or very nerve-racking situations,
7  perhaps.  So I found it to be very extreme.  So as soon
8  as I saw that, I called him.  And I think during that
9  call he mentioned some, you know, problems that we have
10  with the SEC investigation, you know, solicitation,
11  something to do with, you know, that kind of core of a
12  problem.
13         The second thing that I also know and
14  remember, that Guy all of a sudden in about October or
15  November 2017, again, trying to put player on a hole in
16  a wall or a picture on the wall trying to hide
17  something, he was in communications with Russian
18  programmers who essentially were supposed to work on
19  different things, such as the creation of another
20  trading platform that Guy wanted to do.  But one of the
21  things that he requested from them on communication, on
22  Slack platform, which I had the full access to -- he
23  requested from them to create an IP block that shows
24  that U.S. customers are not being solicited.  And, you
25  know, if we show that there is an IP block, we're kind

58

1  of protecting ourselves, because, look, we're putting
2  something out there to show that we're not doing
3  anything.  They're, you know, coming to us.  They seen
4  there's a pop-up block.  You know, they need to agree to
5  the terms that they have not been solicited.  And only
6  then they'll get some sort of access to the -- you know,
7  to the website or the application process.
8         What's interesting is that no one really was
9  overseeing that kind of project from the back-end.  I
10  think it was pretty much automated.  They just had to
11  click "yes" or check a "V," and at the end of it they'll
12  probably get an automated system that will generate an
13  email with the password, which might be even generic.  I
14  don't think it was like a very unique -- to get access
15  to the website and to start a process of applications.
16    Q.   When Mr. Gentile sent you the message about
17  major problem, and there was discussion about an issue
18  with the SEC, did he specifically describe to you what
19  the problem was?
20    A.   He did mention SEC.  He did mention
21  solicitation.  He did mention Miami office.  It's a new
22  problem.  Not to say that the old problem has gone.  You
23  know, it's like --
24    Q.   Okay.  So when you're referring to an "old
25  problem," what old problem are you talking about?

59

1    A.   The pump and dump scheme involvement that he
2  had, that he was charge -- or allegedly charged, and had
3  to deal with that.
4    Q.   How did you learn of this pump and dump scheme
5  that you just described?
6    A.   Guy was very transparent about those things
7  when we met, almost as if maybe his tactic was to be not
8  hiding that, because it was all around, you know,
9  Google.  So if I would try to Google his name
10  afterwards, I would see it.  So I think he was trying
11  to -- you know, try to bring it when we met for the
12  first time to say that he's a victim, you know, that
13  his -- you know, he was talking about his divorce.  He
14  was very open, you know, to -- to talk about those
15  things from day one.  He was very open with me.  I think
16  we really -- it's one of those relationships that
17  clicked from day one, that trust, that loyalty, that
18  chemistry.  He felt it.  I felt that.  We got along very
19  well.  We had a great relationship.
20    Q.   Did you think you were friends with
21  Mr. Gentile?
22    A.   I didn't think.  We were very good friends.
23  In fact, you know, he didn't have much friends in his
24  life; almost not at all.  And the ones from the island,
25  from the Bahamas is not much of someone he would trust.

60

1  And when I came on board, after work, we met many times
2  after; many, many times.  In fact, it was a work and
3  personal life relationship that I had with Guy.  I don't
4  know which one became even more.  I think it was equally
5  growing as we were with each other.  But we spend many
6  times going out for dinners and to the beach.  He even
7  invited me to his birthday in Mexico.  We were very
8  close; very, very close, both from the business side --
9  he trusted me.  He, you know, shared with me things, but
10  yet, I know he was very careful also not to share all --
11  I mean, not to share all of the messages, for example.
12  Because he could send me a message, we have a major
13  issue with the SEC, but he would be very careful,
14  because Guy -- he can trust you, and he did, he did
15  trust me very much, but he also had that percentage of
16  no trust with anyone.
17     **Q.**  All right.  At what point after approximately
18  March of 2017 did you realize that SureTrader was still
19  soliciting U.S. customers?
20     MR. M. FORD:  Objection.
21     THE WITNESS:  I'm sorry.  Can you repeat that
22  question?
23     MR. M. FORD:  Objection.  Leading.
24  BY MS. SUM:
25     **Q.**  At what point after March of 2017 did you

61

1  realize that SureTrader was still soliciting U.S.
2  customers?
3     MR. M. FORD:  Objection.  Leading.
4     THE WITNESS:  Through different application
5  process that I've seen, through different email
6  requests.
7     MR. A. FORD:  I'm sorry.  What was the first
8  words you're saying?
9     THE WITNESS:  Application process.
10     MS. SUM:  I think "through."
11     MR. A. FORD:  Oh.  Through.
12     THE WITNESS:  Through application process.
13     MR. A. FORD:  I apologize.  I didn't mean to
14  interrupt.
15     THE WITNESS:  Sure.
16  BY MS. SUM:
17     **Q.**  Okay.  So after March of 2017, when the emails
18  were sent to the affiliates, what was the immediate
19  aftermath in how applications from U.S. customers were
20  being processed?
21     **A.**  Which date again?
22     **Q.**  After March of 2017, when the emails that --
23  strike that.
24     After approximately March of 2017, when you
25  sent the emails, that you've testified to, to the

62

1  affiliates, okay, what was the immediate aftermath with
2  respect to potential U.S. customers?
3     **A.**  How U.S. customers came in, is that -- like
4  how --
5     **Q.**  Did you U.S. customers come in?
6     **A.**  Yes.  As I said before --
7     MR. M. FORD:  Objection.
8     THE WITNESS:  -- the U.S. customers problem
9  never stopped.  U.S. customers was the business of
10  SureTrader.  Without U.S. customers, the business
11  for SureTrader would never existed, okay?  I want
12  to freely say that.  SureTrader business would
13  never exist without U.S. customers, because the
14  vast majority of the applicants and existing
15  customers, which I pulled reports even in end of my
16  tenure of working in the company, continually
17  showing that the vast majority of existing accounts
18  who were active were still the vast majority from
19  the U.S.
20     So it wasn't just a small period of time where
21  there was just like a wave of U.S. customers.  That
22  was the bread and butter of SureTrader, okay?  This
23  was not just something that was a period of time
24  that, you know, U.S. customers were just part of
25  the business of SureTrader.

63

1  BY MS. SUM:
2     **Q.**  All right.  When you started in January of
3  2017, what percentage, approximately, of U.S. -- excuse
4  me -- of SureTrader's customers were U.S. based?
5     **A.**  Still vast majority, 85 -- 80, 85 percent.
6     **Q.**  In March of 2017, when you sent the emails to
7  the affiliates, what percentage of SureTrader's
8  customers were U.S. based?
9     MR. A. FORD:  Objection.  Foundation.
10     THE WITNESS:  Still the same.  The same
11  amount.
12  BY MS. SUM:
13     **Q.**  In May of 2017, what was the percentage of
14  U.S. -- of SureTrader's customers that were based in the
15  U.S.?
16     **A.**  As I mentioned before, from the time that I
17  worked in the company, from January 2017 to April or
18  March 2018, the vast majority of the customers of
19  SureTrader they were U.S. customers.  In January, March,
20  May, July, the vast majority.  I can -- I can --
21  definitely 80 percent and north of that.
22     **Q.**  Did the emails that you sent to the affiliates
23  in approximately March of 2017 have any impact on the --
24     **A.**  The business?
25     **Q.**  -- amount of customers that were coming from

64

1   the U.S.?
2       MR. M. FORD:  Objection.
3       THE WITNESS:  No.  In fact, we received a lot
4   more.  There's multiple chats between myself and
5   Guy on a daily basis where I report to him what is
6   the commission -- the commissions that we actually
7   made that day, which is the revenue of the company.
8   And the numbers were just growing, and growing, and
9   growing.  I think when I started the company --
10  started working at SureTrader, we were about at
11  maybe 40,000 a day.  In the range of 40,000.  So
12  maybe like high 30s.  And as we moved, you know,
13  forward, we reached peaks of $150,000 a day in
14  commissions.
15  BY MS. SUM:
16      Q.  To what do you attribute that growth?
17      A.  More traders.  More applicants, more trading.
18  We definitely had more -- more applicants coming in.
19  You can also see reports.  And I saw reports at
20  SureTrader that shows that -- and I give reports to Guy,
21  too, that we have an X amount of applicants came in, and
22  we have an X amount of applicants to get approved.  And
23  the numbers were growing.  The numbers grow.  Yeah.
24          There was a small time where there was like
25  maybe -- you know, where we reached the peak, or the

65

1   ceiling, it was a little curve, and then, there was
2   always, you know, maintaining that, or just a drop a
3   little bit and going up.  It's how, you know, you can
4   see stocks move up, and then, go down, and go up.
5   That's how the growth of the company was pretty much
6   continuously.
7       Q.  Did you express any concern to anybody at
8   SureTrader about the fact that SureTrader continued to
9   have U.S. based customers coming in?
10      MR. M. FORD:  Objection.  Leading.
11      THE WITNESS:  I don't -- I don't think I did
12      that.  I think -- there was a point in my
13      employment also where I saw how Guy behaved with
14      other people.  In fact, I was not -- just seeing
15      that Guy instruct me to do things in the company.
16      He asked me to terminate people very quickly.  He
17      wanted to terminate Justin multiple times just
18      because he was either upset with him for not doing
19      something, or for working slow, or for things.  He
20      asked me to terminate Edward Cooper for some
21      things; nothing major, just being not cooperative,
22      not caring about the company, maybe the one who,
23      you know, slowing down processes.  And I said, "See
24      it done," but then, I didn't do it.  I always tried
25      to keep the peace within the company.

66

1       I was trying to work the way in maybe asking
2   to speak with those people and try to improve them.
3   But, yeah, I think I was afraid that if I'll
4   confront him maybe I'll lose my job, and I have
5   bills to pay, and I have to, you know -- you know,
6   have a job, and, obviously, looking forward to try
7   to improve it, and to build things with Guy in the
8   way that I can communicate with him.
9       I didn't want to upset my boss.  I'm not hired
10  to confront my boss.  I'm not getting paid to, you
11  know, challenge him, especially when he's been
12  challenged already by different factors of
13  governments or others.  My job is to make his life
14  easier.  And if it's hurting him to -- or for me to
15  say something to him, maybe I should not say it.
16  Maybe I should just try to, you know, minimize the
17  impact of how much do I want to put myself in
18  different, you know, territories that would put my
19  employment at risk, or might put myself in risky
20  places where Guy would not be pleased by me.  Maybe
21  I'm not enough on his team.
22  BY MS. SUM:
23      Q.  With respect to the affiliates that you've
24  identified, did you ever visit any of their websites?
25      MR. M. FORD:  Objection.  Leading.

67

1       THE WITNESS:  The affiliates?
2   BY MS. SUM:
3       Q.  Yes.
4       A.  Yes, I did.  In fact --
5       Q.  When -- when did you do that?
6       A.  When I joined the company, there were many
7   reviews -- or quite a few important ones also on
8   different websites.  Guy was really upset over it,
9   because he -- and I understood later on probably --
10      Q.  Well, let me stop you.  Why did you decide to
11  visit --
12      MR. M. FORD:  Ms. Sum, can we just allow him
13      to finish the answer?
14  BY MS. SUM:
15      Q.  Why did you decide to visit any of these
16  affiliate websites?
17      A.  I had to go and put into task to convince the
18  people on different websites to change their reviews
19  of -- the bad reviews that they put on their website
20  about SureTrader.
21      Q.  Did you ever see, with respect to Day Trading
22  Radio, the banner that was referred to in Exhibit 19
23  that we reviewed earlier?
24      MR. M. FORD:  Objection.
25      THE WITNESS:  I don't recall that, but I do

68

1     recall -- and much more time spending on Warrior
2     Trading websites, and other, you know, affiliates
3     that we had that were more important to -- to that
4     task, because they're the ones who sending also
5     U.S. customers, you know, traders, or -- you know,
6     people get educated to come to SureTrader.  And so,
7     we want to make sure that the information that they
8     put on their website -- or Guy wanted to make sure
9     that the information that they put on their website
10    is mostly like really good.  And if there's a way
11    to remove things from their website, try to
12    convince them to remove it.
13       So there was some random people from the U.S.
14    that had some companies, for reviews, that put
15    different information about SureTrader that I
16    requested to remove or to change.  Guy also put me
17    in words to say that, "If they refuse to do that,
18    tell them that you're gonna -- you know, you're
19    gonna wait for my lawyer," meaning like everything
20    that Guy was trying to do was like threats, you
21    know, put some pressure on.  Like, if it's not
22    working like that, we're going to sue them.  We're
23    gonna -- I'm going to tell my lawyer, you know.
24       He felt like he was in control about many
25    things.  He felt like he was able to manipulate.

69

1     You know, he had powers over things.  He was able
2     to feel like if somebody is in my way, I'm going to
3     sue them.  If somebody is in my way, I'm going to
4     terminate them.
5    BY MS. SUM:
6     **Q.**  Earlier you were talking about U.S. customers
7    and you used this hand gesture.
8     **A.**  Uh-huh.
9     **Q.**  Do you recall doing that?
10      MR. A. FORD:  Can you describe the hand
11    gesture for the record?
12      THE WITNESS:  I think I was actually --
13    BY MS. SUM:
14     **Q.**  Yes.  I'm using a hand gesture of air quotes
15    when you used the phrase "U.S. customers."
16      Do you recall using air quotes when you were
17    referring to U.S. customers just a few minutes ago?
18     **A.**  I was referring, I believe, to the -- during
19    the application process, the so-called compliance
20    analyst, right?  I mean, they called them a compliance
21    analyst, but --
22     **Q.**  I'm asking you, do you remember just a few
23    minutes ago when you used air quotes around U.S.
24    customers?
25     **A.**  I did it for the term "compliance analyst."  I

70

1     don't think I did it on the SureTrader -- I'm sorry --
2     on U.S. customers.
3     **Q.**  Okay.
4     **A.**  Sorry.
5     **Q.**  So with -- what were you using the air quotes
6    relating to the compliance analysts for?
7     **A.**  Well, they called them compliance analysts,
8    but, you know, it's not like a compliance analyst from
9    some, you know, interactive brokers that have super
10    training, onboarding, know how to do things.  They were
11    just, you know, very young after college employees that
12    were -- got some training how to filter leads or not.
13    They were not told how to know to differentiate if they
14    were solicited or not solicited.  They just know if this
15    guy that come into the company is a customer from the
16    U.S. or non-U.S., and they brought the ID, and they
17    brought the amount, the banking, everything is fine, you
18    can open an account.
19      Their job also apparently as compliance is to
20    make sure we're not doing something -- not obeying the
21    rules, or the laws, or maybe not soliciting U.S.
22    customers.  That was never in the protocol.  That was
23    never even discussed for them to know what is the right
24    or the wrong.
25     **Q.**  Who's "they" you're referring to?

71

1     **A.**  The compliance analysts.
2     **Q.**  Where?
3     **A.**  In SureTrader.  They were not trained to
4    differentiate between customers who were -- or potential
5    customers who were solicited or not solicited.
6     **Q.**  What internal processes existed for these
7    compliance analysts to use when reviewing applications
8    from customers located in the U.S.?
9     **A.**  Same as other people from all other countries,
10    just to make sure that their ID is not fake, their
11    address is original, their banking is matching their
12    name.  Pretty much a very, you know, important part of a
13    KYC process, but nothing into were you solicited or not
14    solicited.  None of that.
15     **Q.**  Are you aware of any additional process if an
16    application came in with a U.S. address?
17     **A.**  There were no additional process to U.S.
18    customers, as far as I remember.
19     **Q.**  Earlier you were talking about going on the
20    Warrior Trading website.  I just want to make sure I
21    understood that was related to Warrior Trading.
22     **A.**  Yes.  That was one of many.
23     **Q.**  Okay.  What did you see on the Warrior Trading
24    website relating to SureTrader?
25     **A.**  Wow.  That was a lot of information.  In fact,

72

1  a whole trail of when SureTrader started, where is it
2  located, what kind of a business they are, what is the
3  cons and pros, what is the nature of the business, is it
4  safe to do business with them.  There were almost
5  like -- I mean, a full review of the company, some of
6  which was excellent, and some were, you know, not great.
7  I mean, because I don't think Warrior Trader wanted to
8  be running away from probably the truth.  He did mention
9  also on the website about Guy's SEC pump and dump
10  pending case.
11      Q.  Why was this information on the Warrior
12  Trading website?
13      A.  Transparency.  Importance for maybe educating
14  also people just so you're aware.
15      Q.  Did you discuss the contents of the Warrior
16  Trading website that related to SureTrader with
17  Mr. Gentile?
18      MR. M. FORD:  Objection.  Leading.
19      THE WITNESS:  Yes.
20  BY MS. SUM:
21      Q.  And what did you --
22      A.  In fact --
23      Q.  What did you discuss?
24      A.  Well, the nature of what is the wrong -- or
25  the negative review that was on the website, and how I'm

73

1  trying to remove it, or improve it.  But it was also the
2  one that -- Warrior Trading had this SEC kind of link to
3  the actual case that Guy was involved with the pump and
4  dump, and Guy was very upset with that.  He requested to
5  remove it.
6      I think at some point threats Warrior Trading
7  to remove it.  It was something to do with really
8  hostility from Guy's side to try to use, you know, power
9  or aggressiveness to remove it, either by an email that
10  was sent or conversation.  I remember this, because
11  Warrior Trading sent an email to SureTrader of cease and
12  desist.  I don't think someone would use an attorney for
13  a cease and desist unless the issue that you're having
14  with another party is severe.  So I think he had enough
15  of it, and he didn't want --
16      I remember also Guy instruct me to go and look
17  on the trading platform and the back-end, pretty much,
18  what kind of -- when did Warrior Trading owner open the
19  account?  What day he opened it?  What day he closed it,
20  if he did?  How much revenue did he have during this
21  time?  Was he very profitable?  Was he not?
22      He was trying to find all those tools to
23  discredit Warrior Trading and his business, or his
24  capabilities as a -- you know, someone who can train
25  traders -- newbies to become traders.  So he was trying

74

1  to find if he's really like a profitable trader or not,
2  or if he's --
3      THE COURT REPORTER:  I'm sorry?  If he's what?
4      THE WITNESS:  If he's a profitable trader or
5  not.  I'm sorry.
6  BY MS. SUM:
7      Q.  One moment.  Mr. Frantz, I'm going to show you
8  what's been marked as Exhibit 20.
9      (Thereupon, the referred-to document was
10      marked by the court reporter for
11      Identification as Plaintiff's Exhibit 20.)
12  BY MS. SUM:
13      Q.  Could you please take a moment to review the
14  document?
15      A.  Yes.
16      Q.  Do you recall this document?
17      A.  I do.
18      Q.  Okay.  What is it?
19      A.  This is an email that came from Michael Bain,
20  who was the SureTrader trade desk manager, to myself on
21  March 30th, 2017.
22      Q.  Is this the same Michael that you were
23  referring to earlier?
24      A.  Yes.  Michael Bain.
25      Q.  Okay.  Now you remember --

75

1      A.  Yes.
2      Q.  -- that's his name?
3      A.  Yes.
4      Q.  And what was the purpose of this email?
5      A.  To share the promotional deals that we have
6  for new clients that opening accounts that came from
7  different affiliates from United States, such as Sykes
8  Challenge, which is Timothy Sykes, Nate's from Investor
9  Underground, Stock Trade Ideas, and Mojo Trading.
10      Q.  Why did Mr. Bain send you this email?
11      A.  This was still in the time that we try to
12  learn about the affiliate deals.  It even said in the
13  subject.  He mentioned that, "Affiliate Deals," in the
14  subject line.  That was a time that we discussed before
15  that I was trying to learn about the commission
16  structures that we have, and to whom, and what kind of
17  deals that we have, and to whom.  And he was mentioning
18  the promotional deals that we're offering to
19  customers -- any customers from U.S. and non-U.S. that
20  came from those schools -- trading schools.
21      Q.  Did you ask Mr. Bain to send you this email?
22      A.  We were in communications during that time to
23  find -- you know, I was new in the company.  So I needed
24  more information to learn more.  So I don't recall if I
25  requested from him or he voluntarily shared that

76

1  information with me.  I don't see myself, you know, in
2  the email chain here, but I think he knew to share more
3  information with me.
4      **Q.**  Did you discuss the contents of this email
5  with Mr. Gentile?
6      MR. M. FORD:  Objection.
7      THE WITNESS:  I believe we -- the conversation
8      that I had with Guy was the entirely [sic] of
9      everything, which means that we have affiliate
10     deals that came from commission structures that I
11     received, that Michael sent me, and Justin sent me.
12     So this was also part of that, I believe,
13     communications, because it came in the same time.
14 BY MS. SUM:
15     **Q.**  What time period are these promotions supposed
16 to cover?
17     **A.**  From that time to inception [sic].
18     **Q.**  To inception?
19     **A.**  From the start of the company --
20     **Q.**  What do you mean "inception?"
21     **A.**  -- I would say.
22     **Q.**  Do you see where it says, "Please take note of
23 the promotions moving forward for clients?"
24     MR. M. FORD:  Objection.
25     THE WITNESS:  Yes, I do see it now.

77

1 BY MS. SUM:
2      **Q.**  Okay.
3      MR. M. FORD:  Are we declaring this witness
4      adverse, since we're leading almost the entire
5      time?  Are you -- are you viewing this as an
6      adverse witness?
7      MS. SUM:  That's not the case.
8      MR. M. FORD:  Okay.  My objections are for
9      leading.
10 BY MS. SUM:
11     **Q.**  What does this email say about promotions?
12     **A.**  The email says, "Please take note of the
13 promotion moving forward for clients opening up new
14 accounts."
15     **Q.**  What time period would these promotions apply
16 to?
17     MR. M. FORD:  Objection.  Asked and answered.
18     THE WITNESS:  March 30th, 2017 onwards.
19 BY MS. SUM:
20     **Q.**  And do you know whether these promotions did
21 get applied after March 30th, 2017?
22     **A.**  I believe Michael is -- was very diligent with
23 his work.  So if he said that, I believe that's what
24 happened in reality.
25     **Q.**  How would the contents of this email from

78

1  Mr. Bain about the promotions moving forward have been
2  effectuated in the company?
3      **A.**  I'm sorry.  Can you repeat that question?
4      **Q.**  There are -- okay.  Let's take, for example,
5  "Sykes Challenge students:  $100 when funding with 2,000
6  or more."
7      **A.**  Uh-huh.
8      **Q.**  How was that effectuated within the company
9  when customers came in?
10     **A.**  So when customers came in, they'll show --
11 they'll show where they're coming from.  As I said
12 before, they will show it either on a chat that they'll
13 have with us in customer support at SureTrader.  They'll
14 send a ticket -- excuse me.  They'll send a ticket to
15 SureTrader customer support.  They'll call customer
16 support SureTrader.  And email, if I didn't mention
17 that.
18     And their request -- and they're to notify
19 that I came from, you know, Timothy Sykes, and I'm
20 supposed to get X; and I came from Investor Underground,
21 and I'm supposed to get X or Y.  And so, the hundred
22 dollars when funding with 2,000 or more will relate to
23 receiving a hundred dollars in rebates of trades.
24     So if the trades are, to say, 4.95 per trade,
25 then you'll do a hundred dollars divided by 4.95.

79

1  That's how many trades -- free trades you'll receive.
2      Nate from Investor Underground students will
3  be 20 free trades when funding with $2,000 or more, and
4  4.95 up to 10,000 shares.  The commission structure at
5  the time was that the 4.95 was up to a thousand shares.
6  So the kickback here is that you're allowing other
7  traders from different trading schools to trade with
8  10,000 shares for the same amount of 4.95.  So that is
9  also a kickback.
10     **Q.**  What do you mean by "kickback?"
11     **A.**  So a discount, a rebate, anything that helps
12 someone to feel like they're receiving something extra.
13     **Q.**  Who gets the kickback?
14     **A.**  The customer.
15     **Q.**  Can you describe the process internally if
16 there's a reference to "Sykes Challenge students?"  How
17 would that be processed internally?
18     **A.**  They will be put in a specific trading
19 commission structure, so that way --
20     **Q.**  Where would that be put in?
21     **A.**  Into SureTrader trading software, which at the
22 time was DAS.  I think it was -- almost entirely it was
23 DAS, D-A-S.  That, and will be probably -- maybe some
24 information on the back office; maybe iBoss too.  I'm
25 pretty sure it was there too, because it's almost like

80

1 the investor card for us to know what kind of a deal
2 they have. So we know also in iBoss what kind of deal
3 that person has, how much commissions they're paying,
4 like what is the -- not dollar value, but how much --
5 what is -- how much per trade are they paying. So I can
6 see it on iBoss what kind of a deal we gave them.
7     **Q.** With the Sykes Challenge students and the $100
8 when funding with $2,000 or more, how did the system
9 provide this $100?
10     **A.** Once you put someone in a trading commission
11 specifically designed to provide that, they
12 automatically pay the discount.
13     **Q.** Who is "they automatically pay the discount?"
14     **A.** The customer itself.
15     **Q.** The customer pays the discount?
16     **A.** The customer receive the discount.
17     **Q.** All right. And then, with respect to "Nate's
18 Investors Underground Students: 20 free trades," how
19 does that get processed internally?
20     **A.** I would say, probably the same thing. There
21 will be a commission tier structure that is meant for
22 that to take place. So either they'll pay for it at
23 first, and then, we'll give them a rebate on end of the
24 month by the 20 trades that they had -- it was a very
25 unique situation. It wasn't just like one thing. It

81

1 was -- okay. So this structure, for example, the 20
2 free trades, will be that the customer -- the customer
3 will trade. And at the end of month, if it's supposed
4 to receive 20 free trades, then the first 20 trades will
5 rebate back to the account, meaning, you know, you won't
6 have to be billed for it, or we'll give you a rebate
7 back to your account in a dollar value that is
8 equivalent to 20 free trades.
9     **Q.** How does SureTrader know when the free -- 20
10 free trades have been used?
11     **A.** They know when the account is open. They know
12 when -- how many trades that customer placed. And on a
13 monthly basis there are a couple people that have the
14 ability to make that [sic] calculations.
15     **Q.** These promotions identified in Plaintiff's
16 Exhibit 20, do you know if they were applied to U.S.
17 customers?
18     MR. M. FORD: Objection.
19     THE WITNESS: Yes.
20     MR. M. FORD: Leading.
21     THE WITNESS: They were applied to everyone,
22 including U.S. customers.
23 BY MS. SUM:
24     **Q.** How do you know that?
25     **A.** That bring me back, again, to data that I saw

82

1 when I looked on different accounts of customers.
2 That's also knowing that I looked at reports that entire
3 year that still prove that we still accept many U.S.
4 customers, and the vast majority of the customers is
5 still from the United States. I've seen applications.
6 I've seen, and I've spoken, and I emailed customers
7 myself from, you know, the active trader team, or from
8 the active trader email that I was managing.
9     Customer support will come to me and tell me
10 things verbally. Alexis, who was the supervisor at
11 SureTrader customer service, will share a lot of
12 information with me, because we -- at times I requested
13 to have some meetings with her. And she will share
14 overall what's happening, what kind of volume of request
15 we receive.
16     **Q.** Do you know if SureTrader ever rejected any
17 applications?
18     MR. M. FORD: Objection. Leading.
19     THE WITNESS: I think there were a few that
20 were rejected, but maybe because they're more of
21 a -- either a fraud, meaning the ID that they
22 provided doesn't match, and maybe the compliance
23 officer has something in the system able to see;
24 maybe something that is related -- that the banking
25 that the -- the potential customer is providing

83

1 with his application is not matching the name of
2 the driver's license or the name of the applicant.
3 So that kind of nature, maybe the compliance
4 department will not approve applications, but
5 nothing related to -- to solicitations.
6 BY MS. SUM:
7     **Q.** What do you mean "nothing related to
8 solicitations?"
9     **A.** There were no talk, agreement, discussions,
10 conversations, meetings about compliance, or compliance
11 officer, or analyst of SureTrader not approving U.S.
12 customers because they were a threat or possibility of a
13 threat that they were solicited.
14     **Q.** I'm going to show you what I've marked as
15 Plaintiff's Exhibit 21.
16     (Thereupon, the referred-to document was
17     marked by the court reporter for
18     Identification as Plaintiff's Exhibit 21.)
19 BY MS. SUM:
20     **Q.** Could you please take a moment to review it?
21     MS. SUM: As an aside, I'd like to go to 12:30
22 approximately, and then, take a break.
23     MR. M. FORD: That's perfect for us.
24 BY MS. SUM:
25     **Q.** Okay. Have you had a chance to look at

84

1  Exhibit 21?
2      **A.** I do.
3      **Q.** Okay. Do you remember this document?
4      **A.** I do.
5      **Q.** Okay. What is it?
6      **A.** This is an email that came on March 30th, 2017
7  from Justin Ritchie to myself. When I discussed earlier
8  in my deposition about Justin Ritchie trying to prove me
9  that Guy Gentile is trying to cover his behind and not
10  knowing that there's any affiliate programs, that let me
11  find something to show you that, this is the email that
12  he was referring to, because only Guy and Justin were in
13  this conversation, which happened on March 7th on 2014,
14  where Justin emailed Guy saying, "We already pay DTR a
15  flat fee per month of $3,500 plus commissions based on
16  $20 per active account. The average commission earned
17  for the past three months is $253. Therefore, let's
18  propose a flat marketing fee of $3,750 per month." He
19  said, "What say you?" but I think he say [sic], what do
20  you say?
21      And Guy replied about, you know, less than an
22  hour later, "Yes."
23      **Q.** Okay. Did you talk to Mr. Ritchie after
24  receiving this email from him?
25      **A.** I don't -- I don't think I did. I just took

85

1  it as if that he was able to prove me that Guy did,
2  and --
3      **Q.** That Guy did what?
4      **A.** That Guy was aware of an affiliate program,
5  marketing program with affiliates, and he lied to me.
6      **Q.** Which affiliate is referenced in Plaintiff's
7  Exhibit 21?
8      **A.** Day Trading Radio, which is DTR.
9      **Q.** Did you discuss this email that Mr. Ritchie
10  sent to you with Mr. Gentile?
11      **A.** No, I don't think I did.
12      **Q.** Why not?
13      **A.** As I said before, I just joined the company in
14  January. It was March. It was early on. I didn't want
15  to upset my boss. You don't really confront your boss
16  when he's lying. Something you learn in life, you don't
17  really outshine the master. I let my, you know, boss to
18  be the boss. I get paid from my boss to be doing tasks.
19  I'm not here to confront him if he's a liar or not.
20      **Q.** Did you talk to any other SureTrader employees
21  about this email that Mr. Ritchie sent to you?
22      **A.** I don't -- I don't -- I don't remember. I
23  mean, I spoke with -- I spoke with many people in the
24  executive team throughout the year. I -- I don't recall
25  right now at this moment. Maybe later on if something

86

1  comes up.
2      MR. M. FORD: Did we get exhibit numbers on
3  the last two exhibits?
4      MS. SUM: Exhibit numbers? Yes.
5      MS. JOHNSON: That was 21.
6      MR. M. FORD: Okay. We're not going in order?
7      MS. SUM: No. We are.
8      MR. HALPIN: They're just continuing from
9  their last depo, I think, right?
10      MR. M. FORD: I understand.
11      MS. SUM: Oh, yeah. We ended at 17.
12      MR. M. FORD: Got it.
13      MS. SUM: So we started with -- 18 was the
14  notice and subpoena.
15      MR. M. FORD: Okay.
16      MS. SUM: Okay?
17      MR. M. FORD: Did we get that on the record?
18      MS. SUM: Which one?
19      MR. M. FORD: Any of them?
20      MS. SUM: Yes.
21      MR. M. FORD: Okay. I didn't recall. Okay.
22  I was just making sure.
23  BY MS. SUM:
24      **Q.** All right. This is -- okay. I'm going to
25  show you what I've marked as Exhibit 22.

87

1      (Thereupon, the referred-to document was
2      marked by the court reporter for
3      Identification as Plaintiff's Exhibit 22.)
4  BY MS. SUM:
5      **Q.** Could you please take a moment to review it?
6      **A.** Okay. I mean, I'm not going to read the
7  entirely [sic], but I just wanted to understand what is
8  it related to.
9      **Q.** No. I'm not asking you to read it out loud.
10  Just review it, so --
11      Okay. Do you recognize --
12      **A.** I do.
13      **Q.** -- the document that's been marked as
14  Plaintiff's Exhibit 22?
15      **A.** I do.
16      **Q.** Okay. Very briefly, what is this document?
17      **A.** So this is a -- an email exchange between a
18  couple of people that work for SureTrader, myself,
19  Drameko Moore, Michael Bain. Yep. That's the three of
20  us. And we're discussing in this email exchange what
21  should we do with commission structures that we had in
22  place for U.S. customers that came from Warrior Trading.
23  We're trying to brainstorm ideas here about some things
24  that happened here between rebates, and deals, and
25  discounts are we giving to U.S. customers, Warrior

88

1 Trading, in particular, using words such as, "Warrior
2 Trading Rebate Program" and -- yeah. Different things.
3     **Q.** Okay. I'm going to turn your attention to the
4 bottom of page 2 leading into page 3 of Exhibit 22.
5         Do you see at the bottom of page 2 --
6     **A.** Page 2 or 3?
7     **Q.** Bottom of page 2 leading into beginning of
8 page 3.
9     **A.** Sure.
10     **Q.** Okay. At the bottom of page 2, do you see
11 that there is an email from Drameko Moore?
12     **A.** Yes. There's an email from Drameko Moore on
13 Friday, March 24th, to customerservicecenter@suretrader.
14 There's one for account department, funding department,
15 trading, and cc to myself, Justin, Stephen, and Janay.
16     **Q.** Okay. Before we get into the substance of it,
17 who is csc@suretrader.com?
18     **A.** CSC is the customer support department.
19     **Q.** Is that to one individual?
20     **A.** To all.
21     **Q.** To all.
22         How many individuals are there in that
23 department?
24     **A.** Approximately 15.
25     **Q.** Okay. And then,

1 accountsdepartment@suretrader.com.
2         Who is that?
3     **A.** I wanna say, at the time, it could be the
4 people responsible in opening accounts. So it could be
5 compliance analysts.
6     **Q.** And who was in funding department?
7     **A.** The -- the -- the department where Mr. Antonio
8 Collie was managing, which was the -- anything to do
9 with the banking and funding. So for deposit,
10 withdrawal -- withdrawals, anything of that nature that
11 has to do with monies.
12     **Q.** Okay. And who was in the
13 trading@suretrader.com?
14     **A.** All the individuals who are in the trading
15 department.
16     **Q.** Okay. Now, turning to page 3 -- I'm not
17 asking you to read aloud, but -- so what was the reason,
18 if you know, for Mr. Moore sending the email to the
19 individuals or emails that we just identified?
20     **A.** Okay. I'm going to read it.
21     **Q.** Okay.
22     **A.** Okay.
23     **Q.** If you know, why did Mr. Drameko Moore --
24     **A.** This --
25     **Q.** -- send this email to the addresses that we

1 discussed?
2     **A.** This email was sent almost as an announcement
3 from Drameko to all the parties that were in the email
4 to make them aware that SureTrader will not be offering
5 any rebates, deals, discounts for any U.S. clients until
6 further notice. This includes multiple trading schools
7 or affiliates, such as Warrior Trading, Investor
8 Underground, Profit Trade Room, and Mojo, which is Mojo
9 Trading. And then, he's mentioning also that there's a
10 new deal for Warrior Trading to reflect as of right now,
11 which is just a new deal for non-U.S. registered clients
12 for receiving some rebates up until $2,500, et cetera,
13 et cetera.
14     **Q.** Okay. I'm going to now draw your attention
15 back to page 2.
16     **A.** Uh-huh.
17     **Q.** Did anyone respond to Mr. Moore's email?
18     **A.** If anyone responded?
19         Let me see. Yes. Michael Bain responded to
20 Drameko and myself. It says, "Hi, Drameko and Yaniv.
21 Given that we have now finalized our policy on
22 referrals, I would imagine the next step is to figure
23 out how to treat existing clients who were promised
24 deals. Steps," and a few bullet points, "Go through the
25 referral spreadsheet and find out which existing clients

1 are from the U.S. Mark them as removed from the
2 discount program. Inform them that they no longer
3 qualify for the discount program as they are a U.S.
4 client and U.S. clients are not and were never intended
5 to be eligible. We can send a blast email for this."
6 And then, "For those non-existing -- for those non-U.S.
7 existing clients who were referred, they can keep the
8 deal they were promised and we will check monthly to see
9 when they need to be rebated or downgraded to the
10 standard plan. How does that sound? If there is any
11 other points you want to add let me know. Thanks."
12     **Q.** Okay. And after the email was sent by
13 Mr. Bain, was there a response to that?
14         You don't have to read it out loud, but I'm
15 asking you, was there a response?
16     **A.** Yes, there was a response from myself to
17 Michael, cc'd Drameko.
18     **Q.** And generally what did you say in your
19 response?
20     **A.** That -- and this was bringing me to say what
21 Guy was instructing me, meaning what do you want to do
22 with the existing customers, both U.S. and non-U.S. that
23 receiving the rebates? Do you want to remove them from
24 that deal? Do you want to keep them in the deal?
25         And Guy said, "Keep them in the deal."

1   So...
2   **Q.**  Give them what deal?
3   **A.**  The rebates that were given from the
4   affiliates, the dollar back, the 20 free trades, the
5   hundred dollar rebates.  All those different rebates,
6   and discounts, and deals that were part of the agreement
7   between SureTrader and the affiliates.
8   **Q.**  Who would receive the benefit of those deals?
9   **A.**  The customer, of course.
10   **Q.**  Which customers?
11   **A.**  U.S. customers and any other customer.
12   **Q.**  All right.  After you responded, do you see
13   the top email on page 1?
14   **A.**  Yes.
15   **Q.**  Okay.  And is that Mr. Moore responding to
16   you?
17   **A.**  Uh-huh.  Yes.  He's responding to me, cc
18   Michael.  He's requesting to know about an update as
19   it's been already a month and we want to be checking and
20   removing both U.S. and fully rebated accounts from --
21   for existing Warrior Trading clients.
22   **Q.**  All right.  After Mr. Moore sent you this
23   email copying Mr. Bain --
24   **A.**  Uh-huh.
25   **Q.**  -- what happened?

93

1   I'll strike that question.
2   **A.**  Sure.
3   **Q.**  Did Mr. Bain's suggestions on page 2, from his
4   March 24th, 2017 email, at 5:20, get implemented?
5   MR. M. FORD:  Objection.  Leading.
6   THE WITNESS:  No, we did not follow on that.
7   We only took measures from -- moving forward,
8   meaning -- as far as I remember, that was the
9   intent, of course, to not do deals moving forward
10   with U.S. customers.  But every customer that was
11   to that decision backwards was still receiving
12   rebates, discounts, deals, and that is U.S.
13   customers, any other customer from deals that we
14   had with the affiliates.
15   BY MS. SUM:
16   **Q.**  The intent that you just described, was that
17   implemented with respect to U.S. customers?
18   **A.**  It had the intent to, but I don't think it
19   happened, because we still received many U.S. customers.
20   We accepted U.S. customers.  And to my knowledge also,
21   there were applications that came later on that did
22   mention names of different trading schools.
23   And also, in February 2018, there were a
24   whole -- documents that I have downloaded from iBoss or
25   other software that SureTrader had that shows that, in

94

1   fact, many other customers -- U.S. customers did receive
2   other benefits.
3   **Q.**  Who -- who is the subject of this particular
4   email?
5   **A.**  It's subject to "Re: New Warrior Trading
6   Rebate Program Update."
7   **Q.**  Okay.  The intent that you described, was it
8   implemented as to Warrior Trading?
9   **A.**  If it was or wasn't?
10   **Q.**  Was it implemented?
11   **A.**  I don't -- I don't think so.
12   MS. SUM:  All right.  Why don't we go ahead
13   and take the break now, because it's already 12:36.
14   THE VIDEOGRAPHER:  12:36.  We're off the
15   record.
16   (Whereupon, a break was taken, at which time
17   Mr. Halpin exited the deposition.)
18   THE VIDEOGRAPHER:  1:49.  We're on the record.
19   BY MS. SUM:
20   **Q.**  All right.  We're coming back from a break.
21   Mr. Frantz, I'm going to hand you what I've
22   marked as Exhibit 23.
23   (Thereupon, the referred-to document was
24   marked by the court reporter for
25   Identification as Plaintiff's Exhibit 23.)

95

1   BY MS. SUM:
2   **Q.**  Okay.  Could you take a moment, please, to
3   look at Exhibit 23, Mr. Frantz?
4   **A.**  Yes.  Okay.
5   **Q.**  Do you recognize what's been marked as
6   Plaintiff's Exhibit 23?
7   **A.**  Yes.
8   **Q.**  Okay.  And what is it?
9   **A.**  This is an email that was sent on March 17th
10   from Michael Bain.
11   **Q.**  What year?
12   **A.**  March 17, 2017.  From Michael Bain to Justin
13   Ritchie, cc to myself.
14   **Q.**  What's the subject?
15   **A.**  "Affiliate Spreadsheet PDF."
16   **Q.**  I asked the subject.
17   **A.**  Sorry.  "Affiliates."
18   I'm reading the actual attachment.  The
19   subject is "Affiliates."
20   **Q.**  All right.  And what is this email concerning?
21   **A.**  Michael is sending an email to Justin and
22   cc'ing me about an update for the affiliate program that
23   we have on the PDF, that they have on their computer,
24   outlining the deal in details for the different
25   affiliates that SureTrader had.  And if you have any

96

1  additional documents or information, please pass it out
2  to -- to me, asking Justin to pass the information to
3  me.
4      **Q.**  What is the time frame of this email relative
5  to the emails that you testified earlier going out to
6  the affiliates?
7      **A.**  They were shortly before the emails.
8      **Q.**  Okay.  And what did you do with this email
9  from Mr. Bain?
10     **A.**  Waited for -- well, I received the attachment
11 from it --
12     **Q.**  Okay.  What is --
13     **A.**  -- on page --
14     **Q.**  -- the attachment?
15     **A.**  The attachment?  It's called, "Affiliate
16 Spreadsheet."  It's a PDF file.  And it outlined all the
17 actual deals that we have -- not all, but most of the
18 deals that we have with different trading schools in
19 United States.  There's a few names here of the
20 affiliate names, such as Timothy Sykes, username known
21 as Sykes; Investor Underground, username -- user ID
22 known as Nate; Day Trading Radio, user ID known as DTR;
23 Mojo, user ID known as Richlender; and Stock Trading
24 Ideas, user ID known as stocktradingideas.
25     **Q.**  Okay.

97

1      **A.**  There's a few other person here, and more to
2  follow, what kind of deals we had with each one, the
3  reps that kind of assigned to them, what kind of
4  payments they made, contact informations.
5      **Q.**  Okay.  And in the "Payment Notes" column, what
6  does it reflect?
7      **A.**  So one of them there is Day Trading Radio
8  showing "$1,000 per month paid via wire transfer."
9  Mojo, "$1,700 per month deposited to account number PF,"
10 which is a SureTrader account.  So I think it was
11 referring to a deposit that was made to a trading
12 account or an account that was open under their name or
13 someone else's name.  And then, there is Jan -- or Jan
14 Dujmovic, "$125 per non-U.S. referral."
15     **Q.**  All right.  When you received this chart that
16 is the attachment to Plaintiff's Exhibit 23, did you
17 discuss it with Mr. Gentile?
18     **A.**  This brought me back to the same conversation
19 that we had.  Yes.  Everything that I addressed with
20 Guy, in regards to the affiliates, was addressed in the
21 capacity that all information perhaps was presented,
22 such as this.
23     **Q.**  What do you mean that it was perhaps
24 presented?
25     **A.**  To him.  Meaning, he was made aware that I

98

1  wasn't just verbally noting that.  I was told, there's
2  affiliates in SureTrader that's doing deals with U.S.
3  More of, I received documents from, you know, Michael
4  and Justin, we paying this amount, that amount.  I
5  brought him into attention with details about all the
6  information that I received from the other parties, such
7  as Michael, Drameko, Justin.
8      **Q.**  What did Mr. Gentile say when you provided him
9  with information related to what's contained in
10 Plaintiff's Exhibit 23?
11         MR. M. FORD:  Objection.
12         THE WITNESS:  He's not -- he's not aware of
13     it.  We don't do any deals.  If there's any deals,
14     other people did it without his knowledge.  But
15     that was not true.
16 BY MS. SUM:
17     **Q.**  Was there any kind of chain of command within
18 the company?
19     **A.**  Yes.  Of course.
20     **Q.**  Could you describe what that chain of command
21 was?
22     **A.**  Well, couple of things.  One, we created an
23 company org chart, organization chart, where it outlined
24 who are the executives in the company, who is the boss,
25 who's, you know, sending or creating the orders, and

99

1  also, sending what tasks and projects need to be made.
2         But also, there was one event throughout the
3  year, I would say towards the end of the year, where in
4  one of the executive meetings -- agendas there was one
5  section in there that was very unusual to bring into --
6  one, to an agenda, to a meeting, and to address.  And
7  that caught all of us, the executives in SureTrader,
8  offguard as to why Antonio Collie is bringing such
9  agenda into the executive meeting.
10        And one of the items was that -- want to
11 refer, "Who is the boss," you know, for SureTrader, and,
12 you know, highlighting "boss" in capital, in caps,
13 question mark.  There is only one boss in this company
14 that we report to, and that is Guy Gentile.
15     **Q.**  When was that agenda that you're referring to?
16     **A.**  It was close to towards the end of the year,
17 September, October, November.
18     **Q.**  All right.  I'm just going to take your
19 attention away briefly and show you what I've marked as
20 Exhibit 24.
21         (Thereupon, the referred-to document was
22         marked by the court reporter for
23         Identification as Plaintiff's Exhibit 24.)
24 BY MS. SUM:
25     **Q.**  You just referred to an org chart.

100

1    A.   Yes.
2    Q.   Is this what you were referring to?
3    A.   Yes.
4    Q.   Okay.  And when I asked you about the chain of
5  command earlier, what do you believe this Exhibit 24
6  reflects?
7    A.   That Guy Gentile is the CEO of the company.
8  Board of directors is Guy Gentile and Antonio Collie.
9  And there's underneath Guy Gentile, all the executives,
10  such as Antonio Collie, who is the president and chief
11  financial officer; Edward Cooper, who is the chief
12  compliance officer and MLRO; myself, chief operating
13  officer; and Janay Simonnett, the chief marketing
14  officer.
15    Q.   Okay.  I'm going to ask you -- you can put
16  that down, and then, we're going to go to the next
17  exhibit.  I'm going to show you what's been marked as
18  Exhibit 25.
19      (Thereupon, the referred-to document was
20      marked by the court reporter for
21      Identification as Plaintiff's Exhibit 25.)
22  BY MS. SUM:
23    Q.   Would you take a moment, please, to review
24  Exhibit 25?
25    A.   Yes.

101

1    A.   Yes.
2    Q.   Is this agenda on Plaintiff's Exhibit 25
3  unusual?
4    A.   Item 8 is unusual.
5    Q.   Okay.  And what does item 8 provide?
6    A.   Item 8 is stating, "Who is the BOSS?"  Boss is
7  in caps, question mark.  "I would like to remind all
8  that as far as I am aware there's one shareholder and
9  one boss/CEO of the company that we report to and that
10  is Mr. Guy Gentile.  The organizational structure is
11  clearly defined."
12    Q.   Okay.  And who was the author of this email?
13    A.   Mr. Antonio Collie.
14    Q.   And to whom was this email addressed?
15    A.   To the executives of SureTrader.
16    Q.   In prior executive team meetings, had the
17  topic of "who is the boss" ever come up?
18    A.   Never.
19    Q.   And -- well, did the meeting to which
20  Mr. Collie refers take place?
21    A.   Yes.
22    Q.   And what do you recall occurring during this
23  meeting?
24    A.   Well, we didn't go right away to talk about
25  item 8.  So we did go through, you know, one-by-one.

103

1    Q.   Excuse me.  Plaintiff's Exhibit 25.
2      Do you recognize Plaintiff's Exhibit 25?
3    A.   Yes, I do.
4    Q.   Okay.  Earlier, when you referred to an
5  executive meeting, is this what you were referring to?
6    A.   Yes.
7    Q.   Okay.  What is the subject of this document?
8    A.   "Biweekly Executive Team Meeting."
9    Q.   Did SureTrader have biweekly executive team
10  meetings?
11    A.   I would say so, yeah.  Sometimes it was pushed
12  back a little bit, but yeah.
13    Q.   And is that true for the entire time that you
14  worked at SureTrader?
15    A.   Yes.
16    Q.   And in connection with these executive team
17  meetings, were there any materials or information
18  distributed beforehand?
19    A.   Yeah.  The agenda.
20    Q.   And is Plaintiff's Exhibit 25 an agenda for an
21  executive team meeting?
22    A.   Yes.
23    Q.   Can you generally say, more or less, whether
24  agendas had multiple items up for discussion at these
25  executive team meetings?

102

1  There were multiple things that we talked about that
2  day.  And this in particular was definitely something
3  that we all read it, I'm sure, before -- before coming
4  to the meeting.  And also, during the meeting, we were
5  all having Antonio Collie discussing this matter.
6      And we all kind of looked at each other and
7  said, "Yeah.  Of course.  I mean, what is new here?  I
8  mean, what's" --
9      And you know, I tried to speak with
10  Mr. Antonio also afterwards about that.  Obviously, you
11  know, I was appointed as COO of the company around June,
12  and, you know, I was really caring about the company,
13  and people worked -- I built rapport with them.  And we
14  were feeling more comfortable talking about some
15  concerns.
16      And I remember that time of the year was a
17  very stressful time for Mr. Antonio Collie, where there
18  were a lot of different issues that were raised, such as
19  banking, and insurance, and audits.  And you can feel
20  also that on top of that there was -- Guy was heavily
21  trading stocks in one of the accounts of the SureTrader.
22  And he was swinging trades in the hundreds of thousands
23  of dollars.  Some days he would be up 900,000, down
24  500,000, down 300,000.  Big numbers.
25      And that would affect the job that Mr. Antonio

104

1 Collie would have, because he's the one who moved monies
2 between accounts, such as wires, and making sure that
3 the buying power of the firm is staying healthy. And
4 there were times that he was -- constantly needed to
5 bring wires into those accounts.
6      So, you know, I -- I remember speaking with
7 Antonio Collie, and he brought to my attention concerns
8 that he had with Guy, you know, continuing this kind of
9 a rodeo.
10     Q.  Continue what?
11     A.  Rodeo of trading again. This is not the first
12 time that he's been not focused about the business, and
13 destructed, and going into trading, and, you know, it's
14 causing a lot of issues for the firm SureTrader and for
15 the work of Antonio Collie.
16     Q.  I want to make sure I understood you. When
17 you say "rodeo," are you -- what do you mean by that
18 term?
19     A.  It's a term used for something that is very
20 wild.
21     MR. A. FORD:  Rodeo?
22     THE WITNESS:  Rodeo?  Sure.  Rodeo.  Maybe
23 it's the way I --
24 BY MS. SUM:
25     Q.  Are you talking about like cowboys --

105

1     A.  Yeah.
2     Q.  -- and --
3     A.  Yeah.  Rodeo.  Rodeo.
4     Q.  Okay.  I just wanted to make sure I
5 understood.
6     MR. A. FORD:  Rodeo is fine.
7     MS. SUM:  Well, different -- yeah.
8     THE WITNESS:  It sounds more elegant to me.
9     MS. SUM:  Perhaps they're shopping there.
10 BY MS. SUM:
11     Q.  Okay.  So just -- I want to make sure I
12 understand.  Okay.  What do you mean when you use the
13 term "rodeo" or "rodeo" with -- when referencing
14 Mr. Gentile's trading activity?
15     A.  Meaning, putting things at risk, going into
16 the unknown, instead of focusing on plans, on
17 strategies.  You know, becoming wild.  You know, putting
18 too much risk in places that shouldn't be.  Just losing,
19 in a way, focus.
20     And from what I understood from him, by saying
21 that, is that it's not the first time that he's been
22 through that phases in his -- of trading heavily in
23 SureTrader accounts.  And when this happened again,
24 Antonio was bringing his concern to me that maybe I
25 should speak with Guy to, you know, stop it or reduce

106

1 the level of extreme.
2     Q.  All right.  I'm going back to point number 8
3 on Plaintiff's Exhibit 25 about the executive team
4 meeting.
5     Can you describe for me what Mr. Collie said
6 regarding point number 8 during this meeting?
7     A.  Well, essentially, what he was trying to say
8 is very interesting.  I think, what I understood, and I
9 think we all can agree, is that he was very concerned
10 about the potential and the stake where Guy has been
11 putting him as both an executive and a director of the
12 company, and he didn't want to be part of it.  He didn't
13 want to be responsible for Guy's actions.
14     Q.  Who --
15     A.  He wanted to make sure that he is himself, you
16 know, doing the CYA.
17     Q.  Who was present at this executive team meeting
18 where the agenda on Plaintiff's Exhibit 25 was
19 discussed?
20     A.  I believe all the executives but Guy Gentile.
21 Guy was -- during that time also, and I believe it's
22 definitely somewhere in communications, there were very
23 lack communications from the top.
24     Q.  There were very what communications?
25     A.  Lack of communications from the top.  And that

107

1 was addressed by Mr. Collie.  And we all felt that.  I
2 felt that myself as being the COO, and also, as a friend
3 of Guy.  He just was in a different time.  He was just
4 not -- not really communicating.  And I think Antonio
5 was concerned.  He was worried.  And I think by bringing
6 that to the meeting was to -- making sure everybody
7 knows, which everybody already knew, that there's only
8 one boss in this company that we all report to, and we
9 all do what he says, and that is Guy Gentile.
10     Q.  Did anyone during this executive team meeting
11 say, no, Mr. Collie, I disagree with point number 8 on
12 this agenda?
13     MR. M. FORD:  Objection.
14     THE WITNESS:  No.  Not at all.  Not at all.
15 As I said before, it was more of everyone looked at
16 it very weirdly, why is there a need to actually
17 even bring this?  We all know who is the CEO.  We
18 know who runs this company.  We all know that we
19 all have to report to Guy.  We all get, you know,
20 orders from Guy.  We all get to brainstorm ideas,
21 but before we actually execute on the important
22 stuff, everything has to be cleared and get a green
23 light from Guy.
24 BY MS. SUM:
25     Q.  Thank you.  I'm going to move on to the next

108

1  exhibit.
2      Mr. Frantz, I'm going to show you what we've
3  marked as Exhibit 26.
4      (Thereupon, the referred-to document was
5      marked by the court reporter for
6      Identification as Plaintiff's Exhibit 26.)
7  BY MS. SUM:
8      Q.  Could you please take a moment to review it?
9      A.  Yes.  Okay.
10     Q.  Do you recognize Exhibit 26?
11     A.  I do.
12     Q.  Okay.  What is it?
13     A.  It's communications on WhatsApp between myself
14  and Guy Gentile on March 23rd, 2017.
15     Q.  How do you know these are WhatsApp messages
16  between you and Mr. Gentile?
17     A.  I know how my WhatsApp messages look like.
18     Q.  Do you see a phone number at the top --
19     A.  Yes.
20     Q.  -- of the exhibit?
21     A.  I do.
22     Q.  Is that Mr. Gentile's phone number?
23     A.  Yes.  He, in fact, had two numbers.  Well, he
24  had one number, and then, he decided to leave that
25  number and move to another number.  So this is one of

109

1  them.
2      Q.  All right.  What -- what is discussed between
3  you and Mr. Gentile in these WhatsApp messages?
4      A.  Well, as I said before, before I do anything,
5  I ask Guy.  And I ask him here, "We told Russ that it
6  will be implemented tomorrow.  Anything new?  Call me
7  when you can."
8      Q.  Sorry to interrupt you.  Who is Russ?
9      A.  Russ is from one of the affiliate schools.
10     Q.  Okay.  Please continue.  What else does this
11  WhatsApp message cover?
12     A.  And then, Guy replied shortly -- very quick.
13  He said, "We can do deals with him."
14         And I thought I understood it wrong.  And I
15  corrected it to make sure that I know what he says.  And
16  I said, "Can't?"  Because I don't think, you know, I
17  understood when he said, "We can do deals with him."
18         And then, I worked on a template kind of email
19  to be sent later on to all the affiliates, which is the
20  CYA that, you know, we, as a company at SureTrader and
21  Guy, were trying to say that we never had deals, so we
22  just want to make sure that you know that, soliciting
23  U.S. customers.  So this was a template that was sent to
24  Guy.
25     Q.  What was Mr. Gentile's response to your

110

1  messages?
2      A.  He said, "It's fine," meaning you got an
3  agreement -- an approval to send it.
4      Q.  Did you have a phone call with Mr. Gentile
5  about the contents of these WhatsApp messages?
6      A.  I'm sorry?
7      Q.  Did you have a phone call?  Like did you talk
8  to him by telephone?
9      A.  We spoke on the phone.  We exchanged
10  WhatsApps.
11     Q.  No.  Regarding the substance of these WhatsApp
12  messages.
13     A.  Yeah.
14     Q.  Okay.  After you had this exchange --
15     A.  Uh-huh.
16     Q.  -- did you speak by telephone or in person
17  with Mr. Gentile about the substance of this exchange?
18     A.  Yeah, I believe we did.  It wasn't just one
19  shot that it was laid off.  There were multiple events
20  that we spoke about this and -- yeah.
21     Q.  At the bottom of the first page of Exhibit 26,
22  do you see where it says, "We're at 43K right now," and
23  then, below it, it has, "$48.5K+?"
24     A.  Yes.
25     Q.  What is that referring to?

111

1      A.  The 43K and the 48.5K is the commissions
2  collected up to that hour.  It says, "10:00 p.m."  So I
3  presume it was at nighttime.  Actually, this was
4  (inaudible) --
5          THE COURT REPORTER:  I'm sorry.  "This was"
6      what?
7          THE WITNESS:  The screenshots that were
8      provided happened while I was in Israel, I believe.
9      So the timestamp on the chats, 8:00 p.m., might
10     show in different -- but it's the same day.  It's
11     March 23rd, 2017.  The "43K" and the "48.5K" refers
12     to the commissions that were collected.
13  BY MS. SUM:
14     Q.  For what time period?
15     A.  For the day.  And the plus sign refers to
16  the -- the sums of the cross-trading that Nicholas, one
17  of the employees of SureTrader that was reside in
18  Florida, in West Palm Beach, was trading against
19  principal.  He was added to the plus.  So the first
20  number will be the number of the commissions the company
21  generated that day as revenue, and the plus would be how
22  much Nicholas was making on behalf of trading against
23  principal.
24     Q.  When you refer to "commissions," what is that
25  comprised of?

112

1    A.  Commissions are the fees collected from
2  investors for each trade that they are placing.
3    Q.  And when you refer to "investors," do you know
4  whether they're from the U.S. or elsewhere?
5    A.  They were from --
6       MR. M. FORD:  Objection.
7       THE WITNESS:  -- the U.S. and they were from
8    everywhere.  All investors.  Any investors that
9    SureTrader had will be inside this number.
10 BY MS. SUM:
11   Q.  Did you regularly provide Mr. Gentile with
12 reports about the numbers for a particular day?
13   A.  Yes, I did.  I almost did it on a daily basis.
14 And we also created, I believe, also a document showing
15 how much we made either per day or per month from the
16 day I -- I think from the year before I came onboard to
17 2018, perhaps.  So we have that in specifics.
18   Q.  Okay.  Thank you.
19   A.  Sure.
20   Q.  I'm going to show you what's been marked as
21 Exhibit 27.
22       (Thereupon, the referred-to document was
23       marked by the court reporter for
24       Identification as Plaintiff's Exhibit 27.)
25 BY MS. SUM:

113

1    Q.  Do you recognize what's in Plaintiff's Exhibit
2  27?
3    A.  I -- I see it.  I don't -- I don't remember a
4  time I had -- right now that I was part of that, but I
5  recognize the names, and the content, and descriptions
6  inside.
7    Q.  What is the content of --
8    A.  So this is an invoice --
9    Q.  -- the document?
10      MR. M. FORD:  Objection.
11      THE WITNESS:  This is an invoice, Day Trading
12   Radio, Inc., from 85 North Broadway, Nyack, New
13   York, billed to Swiss America Securities, LTD, in
14   Nassau, Bahamas.  In the description it says,
15   "Advertising banner on Daytradingradio.com (top of
16   Web page), access to chat room, on air time, and
17   monthly promotional email," and the rate is $1,000.
18 BY MS. SUM:
19   Q.  And what is the date of this document?
20   A.  This was on February 16th, 2017.
21   Q.  And what is that timing relative to when you
22 sent emails to affiliates?
23   A.  About a month before.
24   Q.  I'm going to turn your attention to page 2 of
25 Exhibit 27.

114

1    A.  Yes.
2    Q.  Okay.  What's the difference between page 1
3  and page 2?
4    A.  The only difference that I see is the date is
5  different and the invoice number is different.
6    Q.  And what is the date of page 2?
7    A.  The date is June 5th, 2017.
8    Q.  And what is that relative to when you sent out
9  emails to the affiliates?
10   A.  About three months later.
11   Q.  I'm going to turn your attention to page 3.
12      Is there any difference between this document
13 and the two preceding pages?
14   A.  Same.  Just the date and the invoice number is
15 different.
16   Q.  And what is the date?
17   A.  The date is November 3rd, 2017.
18   Q.  And then, I'll turn your attention to page 4
19 and ask you the same question.
20      How is this different than the three pages
21 preceding that we just discussed?
22   A.  Same.  Just the date and invoice number is
23 different.
24   Q.  And what is the date?
25   A.  The date is March 2nd, 2018.

115

1    Q.  Okay.
2    A.  I'm sorry.  Actually, on the last one there is
3  an additional $1,000 for February 2018 invoice.  So the
4  total amount would be $2,000, instead of $1,000.
5    Q.  Is the description the same on all four pages?
6    A.  Yes.
7    Q.  Do you know why Day Trading Radio was sending
8  these invoices to SureTrader?  Excuse me.  Strike that.
9       Do you know why Day Trading Radio addressed
10 these invoices to Swiss America Securities Limited?
11      MR. M. FORD:  Objection.
12      THE WITNESS:  Looks like they were still
13   providing services to SureTrader that they did
14   before.
15 BY MS. SUM:
16   Q.  I'm sorry.  Before what?
17   A.  The same services before we said that we no
18 longer do businesses with affiliates.
19   Q.  You said they continued to provide?
20   A.  Yes.  From February -- it shows that it
21 started -- well, not started.  But there's an invoice
22 here from February of 2017 to March of 2018.
23   Q.  I'm going to show you what was previously
24 marked as Exhibit 12.
25   A.  Okay.

116

Yaniv Frantz
3/11/2023

1        (Thereupon, the referred-to document was
2        marked by the court reporter for
3        Identification as Plaintiff's Exhibit 12.)
4  BY MS. SUM:
5        Q.  Mr. Frantz, do you recognize what's been
6  marked as Exhibit 12?
7        A.  Yes.
8        Q.  What is it?
9        A.  This is the application process for new
10  investors to come into SureTrader.
11        Q.  And I'm going to turn your attention to the
12  first page.
13        What is the name listed?
14        A.  Christopher Miguel Penalver.
15        Q.  And what information does Mr. Penalver provide
16  regarding his address?
17        A.  Mailing address is, 7301 Alma Drive, Apartment
18  2311, Plano, Texas, United States.
19        Q.  I'm going to turn your attention now to page
20  2.  Excuse me.  When I say, "page 2," page 2 of the
21  document.  But if you would flip, please.  Yep.  And
22  specifically point your attention to approximately the
23  middle of the page.
24        Do you see in bold where it says, "How did you
25  hear about us?"

117

1        A.  Yes.
2        Q.  Do you remember testifying earlier about
3  SureTrader's applications?
4        A.  Yes.
5        Q.  Okay.  Is this what you were referring to?
6        A.  Yes.
7        Q.  And what is your understanding of how the
8  information is provided into this document regarding
9  "How did you hear about us?"
10        A.  Well, it could be -- a person would write down
11  what -- where they came from.
12        Q.  And what does this application reflect?
13        A.  The type source is "website."
14        Q.  And internally what was understood by a
15  reference to "website" on the application?
16        A.  He came directly through SureTrader website.
17        Q.  I'm going to -- so there are Bates numbers.
18  There's numbers at the very bottom right-hand corner.
19        A.  Uh-huh.
20        Q.  I'm going to turn your attention to the page
21  that ends in 10406.  It's just maybe three -- four pages
22  from the back of the document.
23        A.  Yes.
24        Q.  Do you recognize the document that appears on
25  pages 10406 through 10408?

118

1        A.  Yes.
2        Q.  Okay.  And what is it?
3        A.  This is from iBoss.  It's the back office
4  system that SureTrader had, where the investors -- all
5  investors have access to see their trades, what symbols
6  they traded, how many times, how many shares, if they
7  were long or short, if they grossed positive or negative
8  on that trade, how much are their commissions, and if
9  there is any additional fees that they had to pay, and
10  the true P&L for that [sic] trades, as well as different
11  monthly fees for softwares, either it's a pro version or
12  a non-pro version, any withdrawal, any deposits that
13  were made, any credits that are being done, and then, a
14  breakdown of all the trades executed.
15        Q.  Does this document that you referred to as the
16  iBoss --
17        A.  Yes.
18        Q.  -- printout reflect when this customer's
19  account was opened?
20        MR. M. FORD:  Objection.
21        THE WITNESS:  The dates entered showing
22        January 1st, 2016 to January 30th, 2018.
23  BY MS. SUM:
24        Q.  What does that reflect?
25        A.  The time period of, I believe, the account

119

1  opening to closing.
2        Q.  Does it show the date of opening?
3        A.  Let me look at this a little bit more.
4        MR. A. FORD:  Objection to foundation.
5        THE WITNESS:  I believe that the opening of
6        the account could have been a little bit ahead, as
7        I'm seeing a date here on April 26th, 2017 for a
8        deposit of $17,000.
9  BY MS. SUM:
10        Q.  I'm going to turn your attention to page
11  10399.  That's earlier than where you were just looking.
12        A.  I'm sorry.  10?
13        Q.  10399.
14        Do you see any dates on page 10399?
15        A.  Yes.  That will be April 19th, 2017.
16        Q.  What does that reflect?
17        A.  The date of doing the application.
18        Q.  "Doing the application?"
19        A.  Filling out the information and signing on the
20  application process to become an account at SureTrader.
21        Q.  And --
22        MR. M. FORD:  Objection.
23  BY MS. SUM:
24        Q.  -- that April 19, 2017 date, what is that
25  relative to when you sent out emails to the affiliates?

120

1   **A.**  About a month later.
2   **Q.**  Okay.  I'm going to show you what I've marked
3  as Exhibit 28.
4       (Thereupon, the referred-to document was
5       marked by the court reporter for
6       Identification as Plaintiff's Exhibit 28.)
7       THE WITNESS:  This does not have the same
8   exhibits.
9       MS. SUM:  No.  It was previously marked.  So
10  that's okay.
11      MS. JOHNSON:  What is this one?
12      MS. SUM:  Twenty-eight.
13  BY MS. SUM:
14  **Q.**  And if you could please take a moment to
15  review it.
16  **A.**  Okay.
17  **Q.**  Do you recognize what's been marked as
18  Plaintiff's Exhibit 28?
19  **A.**  Yes.
20  **Q.**  What is it?
21  **A.**  This is another application that came to
22  SureTrader.
23  **Q.**  And what is the name on the application?
24  **A.**  Stephen Rigodon Derong.
25  **Q.**  And is there any address provided by

121

1  Mr. Derong?
2  **A.**  Yes.  2950 West 91st Street, Evergreen Park,
3  Illinois, United States.
4  **Q.**  I'm going to turn your attention to page 2 of
5  the document, which is marked 10774, and specifically to
6  approximately the middle of the page.
7  **A.**  Uh-huh.
8  **Q.**  Do you see where it says in bold, "How did you
9  hear about us?"
10  **A.**  Yes.
11  **Q.**  And what does that reflect?
12  **A.**  Type source is "Warrior Trader."  And I think
13  he meant Warrior Trading.
14  **Q.**  What does that mean "type source?"
15  **A.**  Type source is where they came from, how did
16  he hear about us.
17  **Q.**  I'm going to now take your attention to --
18  **A.**  And the date on this is March 21st, 2019.
19  **Q.**  Do you see on the bottom of page 10780 a date
20  on that page?
21  **A.**  The date on the page is April 4th, 2017.
22  **Q.**  Okay.  I'm going to turn your attention to --
23  again, you can look at the bottom right corner of page
24  number 10787.
25  **A.**  787?

122

1  **Q.**  Yes.
2  **A.**  Yes.
3  **Q.**  And what is that?
4  **A.**  This is the iBoss system, the back office we
5  talked about earlier.
6  **Q.**  And what does this document reflect as far as
7  activity for Mr. Derong?
8  **A.**  We have trades here that are done, symbols,
9  quantities.
10  **Q.**  What are the dates present on this document?
11  **A.**  The dates are starting from January 1st, 2016
12  to January 30th, 2018.
13  **Q.**  Okay.  What does that reflect?
14  **A.**  That this person was -- got solicited from,
15  you know, Warrior Trading to come to SureTrader and
16  become a customer of SureTrader.
17  **Q.**  As far as the entry dates that are present on
18  this page, does it show information related to
19  Mr. Derong's activity?
20      MR. M. FORD:  Objection.
21      THE WITNESS:  I'm sorry.  I didn't hear that.
22  BY MS. SUM:
23  **Q.**  Do you see closer to the middle of the page
24  where it has "Cash Move Summary?"
25  **A.**  Yes.

123

1  **Q.**  Okay.  And if you look at the first entry,
2  what is the date?
3  **A.**  April 4th, 2017.
4  **Q.**  Okay.  And what is the activity?
5  **A.**  Deposit $517.
6  **Q.**  What does that mean?
7  **A.**  That he deposited $517 to his SureTrader
8  account.
9  **Q.**  And relative to when you sent the emails that
10  you testified about to affiliates, how does this
11  document compare?
12  **A.**  This was about a month after that event.
13  **Q.**  So you have an application here from a U.S.
14  resident dated after you sent the emails to --
15  **A.**  The affiliates.
16  **Q.**  -- to the affiliates?
17  **A.**  Yes.
18      MR. M. FORD:  Objection.  Foundation.
19  BY MS. SUM:
20  **Q.**  And how did this customer Mr. Derong come to
21  SureTrader?
22      MR. M. FORD:  Objection.
23      THE WITNESS:  Through Warrior Trading.
24  BY MS. SUM:
25  **Q.**  Okay.  Thank you.

124

Yaniv Frantz
3/11/2023

1    MR. A. FORD:  Alice, we've been going for a
2  little over an hour.  Whenever is a good time.
3    MS. SUM:  Yeah, this is a good time.
4    MR. A. FORD:  I don't mean to stop you now.
5    MS. SUM:  That's fine.  This is a good time.
6    THE VIDEOGRAPHER:  2:36.  We're off the
7  record.
8    (Whereupon, a break was taken.)
9    THE VIDEOGRAPHER:  3:14.  We are on the
10  record.
11    MS. SUM:  Counsel, I'm just going to go ahead
12  and just address this now so we can get it out of
13  the way.  So I'm going to mark them.
14  BY MS. SUM:
15    Q.   Okay.  Mr. Frantz, I'm going to show you what
16  we've marked as Exhibit 29.
17    (Thereupon, the referred-to document was
18    marked by the court reporter for
19    Identification as Plaintiff's Exhibit 29.)
20    MR. M. FORD:  For the record, we're objecting
21  to the use of this document at this time.
22  BY MS. SUM:
23    Q.   All right.  Mr. Frantz, I realize it's a
24  hefty -- oh, I apologize.  I have my handwritten note on
25  there.

125

1  I'm not asking you to read the entire
2  document.  Just, in general, do you recognize what's
3  been marked as Exhibit 29?
4    A.   This should be the -- all the applications
5  that came to SureTrader with the status of each one of
6  them, and many different details, such as their account
7  number -- or application number, first and last name,
8  email address, if the account is individual or different
9  type of an account, the account number that is being
10  assigned to it, phone numbers, dates and times, promo
11  codes, status of the application, and created account
12  with some sort of audit trail that the compliance
13  department or anyone who has access to that can open and
14  see.
15    Q.   Okay.  And for the record the Bates number is
16  SEC-SECPST-E-0010703.XLSX.
17    A.   Yes.
18    Q.   All right.  And what is the -- well, do you
19  recall what the creation date was for this document?
20    A.   I wanna say, sometimes [sic] in Q1 2018,
21  February or March 2018.
22    Q.   All right.  Did you create --
23    A.   Yes.
24    Q.   -- this document?
25    And how did you do that?

126

1    A.   I pulled the information from either iBoss or
2  another software that we had.
3    Q.   And what do you mean you pulled the
4  information?
5    A.   I downloaded that pool of information.
6    Q.   Did you run a particular set of search
7  parameters to create this printout?
8    A.   I'll have to look to see if there's anything
9  that's catching my eyes.  I don't -- based on what I
10  see, I think it's the entire thing that came in.
11    Q.   If you want to scroll to the very last page.
12    A.   Yeah.  From what -- from what I see here, I
13  mean, it looks like this is all going all the way back
14  to August 25th, 2015, and the last date is February 6th,
15  2018.
16    Q.   And in this document that's marked Plaintiff's
17  Exhibit 29, do you see customer names?
18    A.   Yes.
19    Q.   You don't have to read them off.  I'm just
20  asking if you --
21    A.   Yeah.  I just want to see the actual -- what
22  it says on the top here.  I'm just going to move it a
23  tiny bit.  Yes.  As I said, there's different tabs here
24  with the number of the actual -- each -- each name or
25  application that came in, there is a reference to it

127

1  with a number, first name, last names, email address,
2  account type, account number, phone number, submission
3  date and time, promo codes, status, and its created
4  account with an audit trail that you can probably open
5  and see the application.
6    Q.   Can you tell anything about where customers on
7  this spreadsheet are located?
8    A.   You can tell by phone numbers.  That's one.
9    Q.   And why is that?
10    A.   Because there's some phone numbers that you
11  can tell, you know, that the ZIP Code -- area code, I'm
12  sorry, is a U.S.  954, for example, is a Florida area
13  code.  So it's easy to know this is a U.S. number.
14    Q.   And do you happen to know the area codes for
15  Miami?
16    A.   305, 954.  I believe there's maybe one more.
17    Q.   And just, for example, looking on the first
18  page, do you see any of the area codes for any Florida
19  locations?
20    A.   I believe 786 is also a Florida number, right?
21    Q.   It's Miami.
22    A.   Miami.  Okay.  So I see one here that is --
23    Q.   Is there a line number?
24    A.   It's for Mendez, Yoel.
25    Q.   What's the line number?

128

1    A.   Ten.
2    Q.   Let me ask you about --
3    A.   There's another one here on line 18, 305 area
4  code.
5    Q.   Okay.  As far as the contents of this report,
6  have you reviewed it and reached any conclusions about
7  the percentage of these customers that are based in the
8  United States?
9    A.   I didn't really have to do it by phone number.
10  We could have -- see it on the softwares that we had.
11  You can just put different criteria, put U.S., and we
12  can see how many really of the customers are from the
13  U.S.  And, I think, when we -- we did those numbers, or
14  we just put how many active traders do we have, and we
15  then -- from the active trader numbers, we saw how many
16  U.S. are from them.  And you can just do the math from
17  there to see that the vast majority of the traders,
18  active, or inactive, applications, they all were U.S.
19  based.
20    Q.   I'm going to turn your attention to the
21  column -- we're at the top.  It says, "Promo code."
22    A.   Yes.
23    Q.   Do you see that for certain lines on this
24  spreadsheet that there are entries for promo code?
25    A.   Yes.

                              129

1    Q.   Okay.  I'm going to take line 2.  I'll just
2  use the reference number for the customer, 181211.
3        Do you see line number 2?
4    A.   Yes.
5    Q.   Okay.  So for customer number 181211, is there
6  an entry under -- or in the promo code column?
7    A.   Yes.
8    Q.   Okay.  And what is that entry?
9    A.   "Fifty onus," that I mentioned earlier in my
10  deposition.
11    Q.   So as you sit here and look at this
12  spreadsheet, what does the use of 50 onus in the promo
13  code column mean to you?
14    A.   A $50 bonus, which means like some sort of a
15  credit, rebate, bonus that pays back to a customer.
16    Q.   And which of SureTrader's customers would
17  receive this particular promo code?
18    A.   All customers.
19    Q.   And does that include U.S. customers?
20    A.   Correct.
21    Q.   Would there be any limitation where it
22  wouldn't be applied to U.S. customers?
23    A.   It should be.  But if we see here phone
24  numbers that are from the U.S., then the answer is, it's
25  sent to a U.S. person.

                              130

1    Q.   I want to scroll -- let me just find the page
2  number.  So I'm going to turn -- turn your attention to
3  line 238, and --
4        MR. M. FORD:  For the record, defense counsel
5  does not have access to the document.
6        MS. SUM:  I emailed the document as a courtesy
7  based on your representation earlier that you did
8  not have it.
9        MR. M. FORD:  Alice, I'm just putting an
10  objection on the record.
11        MS. SUM:  Okay.
12        MR. M. FORD:  We already discussed it off the
13  record.
14        MS. SUM:  Okay.
15  BY MS. SUM:
16    Q.   Do you see line 238?
17    A.   I do.
18    Q.   Okay.  And do you see -- I'm just identifying
19  this customer under the ID number 180266?
20    A.   Yes.
21    Q.   Okay.  Do you see the -- in the column for the
22  phone number?
23    A.   Yes.
24    Q.   What is the area code?
25    A.   202.

                              131

1    Q.   Do you know what area code that is?
2    A.   Washington?  I don't know.
3    Q.   And then, in the promo code column, do you see
4  an entry?
5    A.   Yes.  It says, "Save $50."
6    Q.   And what does that mean to you?
7    A.   Same thing.  It's probably 50 onus.  Same --
8  same -- same idea, same connotation, same -- same
9  target.
10    Q.   What do you mean "same target?"
11    A.   To give credits, discounts, promotional --
12  promotional gift to an investor who just opened an
13  account.
14    Q.   Okay.  All right.  I'm going to move on to a
15  different spreadsheet, different document.
16    A.   Sure.
17    Q.   You can set that aside.  All right I'm going
18  to show you what we've marked as Exhibit 30.
19        (Thereupon, the referred-to document was
20        marked by the court reporter for
21        Identification as Plaintiff's Exhibit 30.)
22  BY MS. SUM:
23    Q.   Here's a physical copy of it.
24    A.   Do you want to take that sticky?
25    Q.   Oh.  Sorry.

                              132

1    MR. A. FORD:  Twenty-nine was what we just
2  looked at, the large one?
3    MS. SUM:  The thick -- yeah.  The large one.
4  Uh-huh.
5  BY MS. SUM:
6    Q.  Could you just take a brief moment to look at
7  it?
8    A.  Sure.
9    Q.  I'm not asking you to review the whole thing.
10  Just to review it to see if you recognize it.
11    A.  Uh-huh.  Yeah.
12    Q.  Okay.  Do you recognize this document?
13    A.  I do.
14    Q.  Okay.  What is it?
15    A.  This is a list of all the active traders that
16  SureTrader had, with their account number, account name,
17  country, email, and the commission tier structure that
18  they had at SureTrader, such as per share, minimum
19  commission per trade, and the amount of trades they
20  placed since inception.
21    Q.  And did you create this document?
22    A.  I did.
23    Q.  Do you -- when did you create this document?
24    A.  I want to say sometimes [sic] in -- between
25  February and March 2018.

133

1    Q.  And with respect to the column where it says,
2  "Country" --
3    A.  Yes.
4    Q.  -- is this information automatically generated
5  when you run a report like this?
6    A.  I think I just set it up as active traders,
7  meaning traders who are with funded accounts, and also,
8  trades.
9    Q.  And do you see here where the U.S. appears in
10  the country column?
11    A.  I do.
12    Q.  From reviewing it -- well, strike that.
13    Do you remember reading -- reviewing this
14  document regarding what percentage of U.S. customers
15  were identified in the list?
16    A.  Yes.
17    Q.  Okay.  And what do you recall about that
18  review?
19    A.  That the vast majority of SureTrader's active
20  traders were, in fact, from the U.S. at around 80 to
21  85 percent rate.
22    Q.  In the "Per share" column, do you see where
23  there are numbers in the "Per Share" column?
24    A.  Yes.
25    Q.  Okay.  So I'm just going to turn your

134

1  attention to line 18.
2    Do you see that?
3    And it's for -- the customer number is
4  PFS21461.
5    A.  I do.
6    Q.  Okay.  And do you see in the "Per Share"
7  column it says, "0.000495?"
8    A.  I do.
9    Q.  Okay.  What does that mean to you?
10    A.  So this tier, for example, would pay $4.95 for
11  every 10,000 shares that he purchased or sold.
12    Q.  And is there a reason why this particular
13  customer received that structure?
14    A.  Yes.  They were commission structure deals
15  that were given to specific affiliates of SureTrader.
16    Q.  So -- and this particular customer we're
17  referring to, PFS21461, where are they from?
18    A.  From United States.
19    Q.  From your review of line 18 of this
20  spreadsheet, what are you able to conclude regarding
21  this customer?
22    A.  That this customer is from United States, and
23  it seems like he was receiving commission structure that
24  had special deal with an affiliate program from United
25  States.

135

1    Q.  And if there are other lines on this
2  spreadsheet with similar data, and listing the
3  customer's location as U.S., would you draw the same
4  conclusion?
5    A.  Yes.
6    Q.  With -- the column with "Per share," you see
7  where there's different numbers depending on which line?
8    A.  Yes.
9    Q.  Okay.  Can you explain why the numbers differ?
10    I mean, very generally.  So we looked at line
11  18 before, and it ended in -- so it's .000495.  But the
12  line above it, it's .000395.
13    What is -- what's the reason for the
14  difference?
15    A.  Could be someone who had a previous deal, or
16  maybe he was -- maybe he received that from the active
17  trading -- active trading program, where if you trade a
18  lot of volume or a lot of shares you might even get
19  additional discounts, but I -- they're not quite a lot
20  of those numbers, but --
21    Q.  To your knowledge, who of SureTrader's
22  customers received the .000495 rate?
23    A.  I'm sorry.  What's the first of the question?
24    Q.  Which customers of SureTrader's received the
25  .000495 rate?

136

1  **A.**  Customers who reached out to us and told us
2  that they came from affiliates, which is the trading
3  schools, and they would like to receive a discount,
4  because they were told that if they mention the name of
5  the affiliate they will receive a discount, which is
6  rebates, discounts, et cetera.
7  **Q.**  And which affiliates are you referring to?
8  **A.**  Timothy Sykes, Investor Underground, Warrior
9  Trading.  All the affiliates that I mentioned earlier in
10  my deposition.
11  **Q.**  And did that include U.S. based customers for
12  these affiliates?
13  **A.**  In fact, the vast majority of those who
14  received that were from the U.S.
15  **Q.**  Okay.  I'm going to move on to the next
16  exhibit.
17     So when did you stop working for SureTrader?
18  **A.**  I officially received a termination letter
19  sometimes [sic] in -- in mid-April 2018.
20  **Q.**  What happened that led up to the termination
21  letter?
22  **A.**  The truth, I don't know.  I was still employed
23  in the company.  My work permit was about to end at the
24  end of March of -- sometimes at the end of March 2018.
25  We were trying to work it with the labor department and

137

1  **Q.**  For the year 2017, did you receive any
2  compensation other than -- strike that.
3     I'm not asking for the number, but did you
4  receive any compensation beyond what was agreed upon for
5  you annually?
6  **A.**  Yes.
7     MR. M. FORD:  Objection.
8     THE WITNESS:  I received a bonus.
9  BY MS. SUM:
10  **Q.**  Okay.  And when did you receive that bonus?
11  **A.**  I want to say, sometimes [sic] either in
12  December or January 2017 or '18.
13  **Q.**  And when you received that bonus, did anyone
14  discuss your job performance with you?
15  **A.**  No.
16  **Q.**  Did you talk to Mr. Gentile about the bonus?
17  **A.**  No.  I -- Guy, in fact, was -- I think he met
18  with almost every employee of the company.  Not every
19  employee.  With every executive of the company prior to
20  telling them about their bonus.
21     With me, it was -- he had to rush to the
22  airport, because he was supposed to be in New York in a
23  short period of time.  I was looking forward to meet
24  with him and to discuss with him, you know, how was my
25  year, are you happy about my performance, to hear from

139

1  immigration, which was coming to be delayed.  All I
2  know, I had to leave the island, because I didn't want
3  to stay, you know, without permission.
4     I left to Israel to see my family.  I think it
5  was during the holiday season as well.  During that
6  time, the next probably two weeks, plus, minus, I was
7  still an employee of SureTrader.  I was speaking with
8  Guy.  I had full access to the emails, to iBoss.  In
9  fact, I traveled with a computer.  No one told me leave
10  it here.  I traveled with a computer.  I was still known
11  to be a SureTrader employee.
12  **Q.**  What computer are you referring to?
13  **A.**  The laptop from SureTrader, from Swiss America
14  Securities that I personally worked with.
15  **Q.**  Was that laptop issued to you when you started
16  your employment?
17  **A.**  Yes.
18  **Q.**  Did you receive any written or oral
19  notifications about job performance issues prior to your
20  termination?
21  **A.**  No.
22  **Q.**  Did Mr. Gentile express concerns about your
23  job performance that might lead to termination prior to
24  you receiving notice of termination?
25  **A.**  No.

138

1  him about what my bonus going to look like, or, you
2  know, tap on the shoulder, you done good job this year.
3  And that didn't come.  So I heard about my bonus from
4  Antonio Collie.
5  **Q.**  Did Mr. Collie indicate to you that you would
6  have a later conversation regarding your performance for
7  the year 2017?
8  **A.**  Yes.
9  **Q.**  And what did he say?
10  **A.**  He said, "Your bonus is just start.  Guy will
11  have a conversation with you."
12  **Q.**  Did he indicate in that conversation that
13  there were any reasons that Mr. Gentile was dissatisfied
14  with your performance?
15  **A.**  No.
16  **Q.**  All right.  Going back to the time --
17  approximately, when did you receive a termination
18  notice?
19  **A.**  April 2018.
20  **Q.**  And where were you located when you received
21  the notice?
22  **A.**  In Israel.
23  **Q.**  When you received it, did you attempt to reach
24  anyone at SureTrader?
25     MR. M. FORD:  Objection.

140

1    THE WITNESS:  Yes.  I reached out to Guy a
2    couple of times.  He didn't answer.  I left him a
3    WhatsApp message to call me back and let me know
4    what's going on, because this was a -- a shock.
5    BY MS. SUM:
6    **Q.**  Why was it a shock to you?
7    **A.**  I didn't see that I've done anything wrong in
8    the company.  Nobody told me that I've done anything
9    wrong.  Guy was talking to me the entire time as if like
10   we might even do stuff outside the Bahamas, maybe in the
11   UK office, or anything like that.  So I thought, you
12   know, our separation [sic] would not come to an end, or
13   I thought -- I don't know.  I think it was just -- just
14   a -- a time where the termination came out of nowhere.
15   And every employee almost ghosted me.  It wasn't done
16   properly or professionally.  It was, you know, just out
17   of nowhere.  After two weeks of trying to work my
18   employment -- or my extension of my work visa, I woke up
19   one morning, and I saw a termination letter.  Not a
20   phone call.  Not a -- you know, trying to bring you the
21   news in such a way that would not be insulting, or
22   disappointing, or, you know -- yeah.
23   **Q.**  Did you receive any kind of severance payment?
24   **A.**  I did.  But it took some time for me to
25   actually achieve that level to receive it.

141

1    **Q.**  And why did it take some time for you to
2    receive that payment?
3    **A.**  As I said before, the whole process that the
4    company chose to go with, it wasn't like, you know,
5    something new to me.  I mean, that's the process of what
6    Guy usually like to do.  I mean, I've seen it with
7    dealing with prior terminations or resignations of
8    people that wanted to give two weeks.  And Guy wanted
9    them to give two weeks, for example, and they didn't
10   want to.  There's nowhere that says that you have to,
11   but Guy insisted.  He would treat people, you know, in a
12   way that it would be very -- almost as if, now that I
13   don't need you any more, I'm going to throw you under
14   the bus.
15       But I never thought it's going to be with me,
16   because I had such a unique relationship with Guy.  Not
17   like he had with Mike -- Michael Bain or with Dorsett --
18   Phillip Dorsett.  My relationship with him was built on
19   really loyalty, and appreciation, and good times, and
20   diehard, and, you know, kind of working in sync, and
21   having a good time together in sync.  It was really --
22   it was beautiful.  So I didn't think I'm gonna be -- I'm
23   gonna be that -- I'm gonna be just a number at the end.
24   **Q.**  Did you have a disagreement over the specific
25   amount of your severance?

142

1    **A.**  I did.
2    **Q.**  And what was the nature of the disagreement?
3    **A.**  Well, after, I don't know, maybe a couple of
4    weeks of trying to get the company to acknowledge that,
5    first of all, you haven't paid me for two weeks.
6    Regardless of the severance package, I have worked for
7    the company for two weeks.  You're missing the payments
8    for my work, and that wasn't paid.  And I had to
9    continue sending emails, and emails over emails over
10   emails, and very low communications.
11   **Q.**  Very what communications?
12   **A.**  Low -- low amount of communication.  The speed
13   or the amount of how much the company communicated.
14   Delaying the process almost as if it was -- you can say
15   it's done purposely.  You know, it's not like -- you
16   know, you're going to run after us now.
17       Now, I didn't live in the Bahamas.  So it
18   wasn't my home.  So I can't really travel there and try
19   to sue.  I felt cornered.  I felt very, you know, in the
20   dark.  I felt ghosted.  I felt treated really -- not how
21   I would imagine that, you know, I should be, or anyone.
22       But at the end of it -- or coming to the, you
23   know, the rich time of this process, Antonio has send me
24   at the end an amount that missed, based on my
25   calculation, a couple thousand more dollars.  And for

143

1    me, it's a lot of money.  And I reach back, and I said,
2    "The calculation is wrong."
3    **Q.**  Did you explain to him why you thought the
4    calculation was wrong?
5    **A.**  Yes.  I'm pretty sure I was very, you know,
6    transparent in my emails about what's -- what you owe
7    me, and what's done.  And all I know -- I think Justin
8    Ritchie emailed me back with an explanation about some
9    sort of missing days, or vacation days, or -- but what
10   was interesting is that they actually explained that the
11   missing dollar amount that I'm thinking of is because
12   they took off the laptop value in the dollar amount, even
13   though I think that computer -- because I was
14   responsible for the purchase of it.
15   **Q.**  What laptop are you referring to?
16   **A.**  The HP that Swiss America has bought for me
17   for -- to work with SureTrader from the first days that
18   I worked in the company.  And I know how much this
19   computer cost.  I think it was like around maybe --
20   maybe $950.  And they charged me for about 1,100 or
21   $1,200 for it.  They basically told me, well, keep the
22   computer, but we're gonna take that money away from you,
23   plus some cables, and, you know, mouse, or couple things
24   related to the actual computer, because it's wireless.
25   I found it to be at that time ridiculous.  I was -- you

144

1  know, I said, "One, the computer didn't cost that much.
2  Two, it's an old computer now.  So why would you charge
3  me full as brand-new?  At least take $500, call it a
4  day."
5         That -- that wasn't really --
6     Q.  Did they ask you to send back the computer?
7     A.  No.
8     Q.  Did they give you any instructions about the
9  contents of the computer?
10    A.  No.
11    Q.  Did they tell you that if you had any
12  SureTrader information -- excuse me.
13        Did they tell you if you had any SureTrader
14  company records on the computer that you should delete
15  them?
16        MR. M. FORD:  Objection.  Leading.
17        THE WITNESS:  No.  I did not receive any
18     communications about the laptop, regarding the
19     laptop, about the laptop.  Only that they're going
20     to take the money out of my severance package of
21     what they believe the cost of the computer.
22     Nothing else was discussed about what to do with
23     it, how to handle, what's in it.  Nothing.  The
24     only talk about the computer was about the fees
25     that they're going to collect.

145

1  BY MS. SUM:
2     Q.  Did they say to you, if you send us back the
3  computer, we'll add that money back to your severance
4  payment?
5     A.  No.
6        MR. M. FORD:  Objection.  Leading.
7  BY MS. SUM:
8     Q.  I'm sorry?
9     A.  No.
10    Q.  So after you were in communications with the
11  company about your severance, did you take any
12  additional steps with respect to ultimately separating
13  from the company?
14        MR. M. FORD:  Objection.
15        THE WITNESS:  Sorry.  Can you repeat that
16     question?
17  BY MS. SUM:
18    Q.  After you received your termination notice,
19  and you had the back and forth regarding the severance,
20  did you do anything else with respect to you leaving the
21  company?
22        MR. M. FORD:  Objection.
23        THE WITNESS:  Yes.  I contacted the SEC the
24     next day.
25  BY MS. SUM:

146

1     Q.  When you say, "the next day," the next day
2  from what?
3     A.  I believe it was January 25th of -- sorry.
4  April 25th, I wanna say, of 2018.  I think the last
5  communications that I had with SureTrader was on
6  April 24th of 2018.  And then, I contacted the SEC New
7  York office and the Miami office.
8     Q.  And when you say you contacted the SEC New
9  York and Miami office, how did you do that?
10    A.  I think I just Googled how to, you know, reach
11  out to them, found a way to do it, and I pretty much
12  just send them a message or an email.
13    Q.  Why did you reach out to the SEC?
14    A.  This was a process that built up not in one
15  day, or two weeks, or even a quarter.  This was a
16  something that escalated since probably March of 2017,
17  almost like a year before, when they -- the thing with
18  the affiliates of the U.S. and solicitations, where Guy
19  told me, "I don't know anything about the actual
20  affiliates," and then, Justin showed me the proof.  That
21  was the first time that I felt Guy is not telling me the
22  truth.  I felt that Guy is hiding the truth, in fact.
23  He's lying.
24        And then, over the course of my employment
25  there, the more time came, the more -- more information

147

1  came, which I started to, you know, see things
2  differently about Guy reality, or truth, or about
3  SureTrader, or about the existence of it, or the
4  operations of it, how it runs, how the -- you know, if
5  it's legal or not legal.  There were -- there was a very
6  like gradual information based [sic] that I started to
7  see things more clearly.
8        Now, part of me also didn't want to see it.  I
9  was employed by a company.  I was getting paid.  I was
10  afraid to lose the job.  I had a job.  I was paying my
11  bills.  Also, I build this beautiful relationship with
12  Guy, which was a -- built on trust, and loyalty, and,
13  you know, it felt almost truly in a way to protect him,
14  as long as I know I'm not doing something, or I'm
15  actually helping the company with improving it, like
16  I've done March of 2017 with the whole affiliates.  I
17  felt like I was really adding value to the company by
18  trying to improve processes and everything else.
19        But the buildup was going on, and on, and on,
20  and on, to the point where, when the termination
21  happened, that took me by shock.  I usually can see
22  things ahead.  You know, I can anticipate what's gonna
23  happen.  I can put risk-reward on situations.  Not in
24  all, but I know how to.  I didn't see this coming.  This
25  was a total shock.

148

1    **Q.** Did you reach out to the SEC because you
2  wanted to get revenge against Mr. Gentile?
3    **A.** No.
4      MR. A. FORD: Objection.
5      THE WITNESS: No. Not at all. This was
6  purely done because during that time, between the
7  termination and the time of the last communications
8  that I received from SureTrader, I saw no way for
9  me to try to get back into the company. There's no
10 way for me to try to improve any more. There's no
11 way for me to be -- I been pushed out, instead of
12 trying to be part of. I felt that I have nothing
13 more on my shoulders that I need to protect.
14 There's nothing more on my shoulders that I need to
15 be loyal to. There's no -- nothing any more that I
16 need to be appreciative on a personal level or a
17 professional level in regards to Guy.
18     Because if he was able to actually, you know,
19 just ghost, termination is termination, I could
20 feel that I need to reach out to the SEC and -- to
21 stop everything that I saw that happened in the
22 company, that's going on in the company, and my
23 continue help in the company that can hurt and
24 continue to hurt investors, especially U.S.
25 investors.

149

1  BY MS. SUM:
2    **Q.** After you reached out to the SEC, what
3  happened?
4    **A.** I -- you know, I didn't expect someone to get
5  back to me that fast. I received an email from the New
6  York office at first. They replied back with some
7  communications about trying to schedule a meeting. We
8  tried to schedule a meeting. I think I was either
9  traveling or I was busy with family.
10     And at some point they send me a document from
11 the SEC. I just probably was busy, but I did open it to
12 see what it is. And I think at some point I just was, I
13 don't know what's going on here. I think I might -- you
14 know, I know I want to do something good here, but I'm
15 like, I should probably get a lawyer, because I don't
16 know what is going on with how the processes work here.
17 They send me documents that been written in law
18 language, that I don't understand fully, and I don't
19 want to get involved with something that I'm not
20 familiar with or feel comfortable.
21     And so, during that time, I also received, I
22 think, another communication email from Jessica Weissman
23 from the Miami office, and I think from the New York
24 office was Nancy Brown, if I'm not mistaken, and another
25 person that was cc'd on the email. And Jessica Weissman

150

1  from the SEC office in Miami emailed me with no subject
2  line, and she also mentioned she tried to call me. And
3  that really freaked me out. And I said, "I didn't
4  provide any phone number. How did she call me?"
5      And so, that really took me to say, "Okay. I
6  need to find an attorney. I need to find a counsel."
7  The same way that I just went online to find the SEC, I
8  just went online to find an SEC lawyer. I saw my
9  counsel Sean McKessey's firm that came first in the
10 search. I just called the first person and was able to
11 tell, you know --
12    **Q.** When you reached out to the SEC, you said it
13 was to the New York office and the Miami office?
14    **A.** Correct.
15    **Q.** Did you reach out to them because you wanted
16 to get some money out of this?
17    **A.** No. In fact, I had -- the only intention to
18 speaking with them was about the violations of this
19 company and to stop a fraudster to continue perhaps
20 hurting U.S. investors. This was, as I said before, an
21 ongoing decision. It wasn't done during that time. The
22 decision to go forward finally came into place, but it
23 was definitely in my mind that -- or in me to know that
24 I know things are not great. I know things are not
25 good. I know things are actually bad. I -- I wasn't

151

1  from day one. I'm sorry. It was from day one.
2      And so, when I didn't have to protect the
3  company anymore, I didn't have to be feeling loyal to
4  Guy, I wasn't afraid of losing my job, or, you know, I
5  don't have a source of income, what am I going to do,
6  pay my bills, I felt comfortable reaching out to the SEC
7  and report these violations, report wrongdoing.
8    **Q.** Has the SEC offered you any kind of money or
9  benefit for you to appear today?
10    **A.** No.
11    **Q.** Has the SEC promised you anything in exchange
12 for you providing testimony?
13    **A.** No.
14    **Q.** I'm going to ask you -- I believe you earlier
15 testified, when you were hired, you were to look at
16 efficiencies. I believe that was the term you used?
17    **A.** Lots of efficiencies, productivity,
18 negotiations of terms, old ones, new ones, be part of
19 the, you know, cutting costs, and boosting revenues.
20 That was my -- pretty much my assignment to the company
21 or the hiring to the company.
22    **Q.** Have you ever heard of an entity called Swiss
23 America Group?
24    **A.** Yes.
25    **Q.** Okay. And in what context did you hear that

152

1  name?
2      A.  Just from old documents that I received from
3  Guy.
4      Q.  Why would Mr. Gentile send you documents about
5  Swiss America Group?
6      A.  So in my -- beginning of my deposition, I
7  mentioned that Guy assigned me to -- with a list of
8  approximately 50 banks to try to open banking for the
9  company.  The company was facing during that time and
10 almost through that entire time, that year, banking
11 issues, merchant services issues.
12     You know, they were looking to get, you know,
13 more banking accounts, where they can hold funds,
14 looking for merchant services that they can work on, you
15 know, ACH services, wires, credit card transactions.
16 Any possibilities to bring more funds to the firm, to
17 SureTrader, but also to know that there's always a
18 backup or better pricing, because we have to pay back
19 fees to those vendors.
20     And I suggested that -- I believe that during
21 that time there was a company called Tipalti, where --
22 they're from Israel.  I'm from Israel.  I felt maybe
23 they can work something.  And they requested documents.
24 And so, I -- I believe I reached out first to Antonio
25 Collie, I don't think Guy was in the office at that time

153

1  or in the island itself in the Bahamas, that I need some
2  documentation to send to Tipalti.
3      Now, I know Antonio is, you know, from the
4  banking department, or he might know how to respond to
5  those people.  And he said, "I don't have it.  Maybe Guy
6  has it."
7      So I messaged Guy on WhatsApp, and I ask him
8  for those documents, because I want to -- you know,
9  Tipalti is asking for ownership documents.  And they
10 want to know how it's structured so they can help us.
11 And he said -- I think at first he said, "You know what?
12 Let's do it when I'm back."
13     And I said, "Sure.  No problem.  I just want
14 to do it -- I just want to do it right, because we have
15 only one shot with them."
16     And all I know, within minutes he send me a
17 bunch of documents of the company, the structure,
18 trusts, groups, things that I haven't seen before, I
19 wasn't aware of before.
20     Q.  Were you aware if SureTrader had any
21 agreements with Swiss America Group?
22     A.  No.
23     Q.  Did Mr. Gentile ever talk to you about the
24 relationship between SureTrader and Swiss America Group?
25     MR. M. FORD:  Objection.

154

1      THE WITNESS:  No.  The only thing that's --
2  that was there from my kind of understanding or --
3  is that there were layers of how the company was
4  structured.  The more difficult it is to
5  understand, the better probably in Guy's mind,
6  perhaps.  It's all shell companies or some sort of
7  protection.  I didn't know the company had -- or
8  the company was owned by a trust, for example,
9  until I saw it by documents.  Guy never shared that
10 with me.  And something about, you know, Guy give
11 the trust the powers, all these kids.  There were a
12 lot of different ways to restructure the company in
13 a way that's evading laws, protecting, or trying
14 to -- or creating some sort of very difficult path
15 to understand in how, you know, moving funds are
16 going.
17     And it's quite probably easy to do when you're
18 living in the Bahamas, which is still an island
19 that didn't have and still don't have reputations
20 when it comes to, you know, keeping monies in safe
21 places or more transparent.
22 BY MS. SUM:
23     Q.  I'm going to show you what I've marked as
24 Exhibit 31.
25

155

1      (Thereupon, the referred-to document was
2      marked by the court reporter for
3      Identification as Plaintiff's Exhibit 31.)
4  BY MS. SUM:
5      Q.  And at the top you'll see there are page
6  numbers.  I'll direct you to -- oh, sorry -- a specific
7  page number.  I'm going to direct your attention to page
8  14.
9      Do you see at the upper --
10     A.  Yes.
11     Q.  -- right?
12     Okay.  So we're going to go to page 14.
13     Do you see where it says, "Points of interest
14 in the last audited accounts include," and then, there's
15 two bullet points?
16     A.  I do.
17     MR. M. FORD:  Objection to -- Objection.
18 Foundation.
19 BY MS. SUM:
20     Q.  Do you see the second bullet point, where it
21 says, "SASL entered into a service agreement on 31
22 December 2015 with Swiss America Group?"
23     A.  I do.
24     Q.  Okay.  Does that refresh your recollection
25 about whether there was any kind of agreement between

156

1 SureTrader and Swiss America Group?
2     MR. M. FORD:  Objection.
3     MR. A. FORD:  Objection.
4     THE WITNESS:  Not really.
5 BY MS. SUM:
6     **Q.**  Do you see where it says -- with respect to
7 the service agreement, it says, "Wherein, SAG," that's
8 referring to Swiss America Group, "provided consultancy
9 services in the areas of technology, marketing support,
10 and advice on business strategy for $400,000 a month?"
11     MR. M. FORD:  Objection.
12     THE WITNESS:  I see it.  But this was never
13 brought up in any meeting, not with myself and Guy,
14 not myself and Antonio Collie, not with Janay
15 Symonnett, not with anyone in the company that was
16 important enough to know such a massive huge number
17 that we -- or not "we" -- that SureTrader had to
18 pay on a monthly basis.
19     In fact, as someone who came to the company
20 from day one to work on efficiencies, and
21 productivities, and cutting costs, including
22 boosting revenues, especially as the COO of the
23 company, I would have known if we had such a deal
24 with another vendor in such amount, because the
25 highest expense the company had would be around,

157

1     **A.**  No.  That would be the budget for the
2 marketing for a month.  It could be multiple different
3 vendors, or companies, or -- that would be the budget at
4 that time.
5     The company did want to, you know, boost that
6 two, three-fold to, you know, double, triple that.  They
7 had plans.  I don't think that's -- in my time it came
8 into place.  But it could be again, but I don't think
9 so.
10     The second part is, DAS, the trading software
11 that we had for service, I think it was about maybe a
12 hundred to 150,000 a month.  But as I said, I would have
13 known if there is something in that kind of number that
14 came to the company, or the company had to pay off,
15 because it's a very -- it's a big number.  I mean, this
16 is like more -- more --
17     I mean, I can give you an example.  As far as
18 I know, in 2016, the company made about $7 million -- or
19 6 or $7 million, per Antonio Collie, who is the CFO, who
20 shared with me this information.  It would be hard to
21 understand how the company can pay out $5 million for
22 service and only take home 2 million.  It doesn't do
23 justice to know that you'll pay that much.  So it
24 doesn't make sense.
25     **Q.**  Do you know if -- forgetting the name Swiss

159

1 you know, ballpark of $150,000 a month, and that
2 would be for marketing campaigns, and DAS, D-A-S,
3 the technology company.
4     If -- and Guy was putting me to work on those
5 things.  I worked with DAS to lower their fees, and
6 Guy was very happy about it.  I worked with
7 different things in the company, and Guy was very
8 happy about it.  I think I approximately saved
9 hundreds of thousands of dollars to the company,
10 you know, just by negotiation, contracts, and
11 deals, new ones that I worked on, and old ones.
12     So there's no way in the world that I can see
13 that something like that, on that amount that a
14 company would pay as a consultancy, that Guy would
15 not put me to work on and try to negotiate terms,
16 because it's on a monthly basis.
17     Like, we want to see results.  Reach out to
18 them.  Tell them.  That would be told to me.  But
19 I'm not even aware of such a massive payment on a
20 monthly basis.
21 BY MS. SUM:
22     **Q.**  You referred to $150,000 that was spent
23 monthly on which vendors?
24     **A.**  Marketing campaigns, Google ads, et cetera.
25     **Q.**  Is that $150,000 going to a single vendor?

158

1 America Group, do you know of any vendor that provided
2 consultancy services in the area of technology,
3 marketing support, and advice on business strategy to
4 SureTrader?
5     **A.**  No.
6     MS. SUM:  All right.  I'm going to take a
7 short break now and just kind of finish up, okay?
8     MR. A. FORD:  Sounds good.
9     THE VIDEOGRAPHER:  4:06.  We're off the
10 record.
11     (Whereupon, a break was taken.)
12     THE VIDEOGRAPHER:  4:13.  We are on the
13 record.
14     THE WITNESS:  Thank you, Mr. Frantz.  I have
15 no additional questions.  Thank you for your time.
16     THE WITNESS:  Thank you.
17     MR. M. FORD:  Okay.  Did you get that?
18     THE VIDEOGRAPHER:  4:13.  We are off the
19 record.
20     THE COURT REPORTER:  And, Ms. Sum, you want
21 this by Tuesday?
22     MS. SUM:  Yes.
23     THE COURT REPORTER:  And, Mr. Ford, do you
24 want a copy?
25     MR. M. FORD:  Yes.  And can we get a rough by

160

**Yaniv Frantz**
**3/11/2023**

```
1    tonight?
2         THE COURT REPORTER:  Yes.
3    Ms. Sum, would you also like a rough?
4    MS. SUM:  No, that's okay.
5    (Deposition concluded at 4:12 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

                            161

```
1              CERTIFICATE OF REPORTER
2
3
     STATE OF FLORIDA  )
4
     COUNTY OF BROWARD )
5
6        I, KELLY A. PRICE, do hereby certify that
7    I was authorized to and did stenographically report
8    the foregoing deposition of YANIV FRANTZ; that a
9    review of the transcript was requested; and that the
10   transcript is a true record of my stenographic
11   notes.
12       I FURTHER CERTIFY that I am not a
13   relative, employee, attorney, or counsel of any of
14   the parties, nor am I a relative or employee of any
15   of the parties' attorney or counsel connected with
16   the action, nor am I financially interested in the
17   action.
18       Dated this 13th day of March, 2023.
19
                    _____
20                  KELLY A. PRICE
21
22
23
24
25
```

                            163

```
1              CERTIFICATE OF OATH
2
     STATE OF FLORIDA   )
3
     COUNTY OF BROWARD  )
4
5        I, the undersigned authority, certify that
6    YANIV FRANTZ personally appeared before me and was
7    duly sworn.
8        WITNESS my hand and official seal this
9    13th day of March, 2023.
10
11
         _____
         KELLY A. PRICE
12       Notary Public, State of Florida
         My Commission No. HH275601
13       Expires: 9/3/2026
14
15
16
17
18
19
20
21
22
23
24
25
```

                            162

```
1              CERTIFICATE OF WITNESS
2
3
4    I, YANIV FRANTZ, do hereby declare under
5    penalty of perjury that I have read the entire
6    foregoing transcript of my deposition testimony,
7    or the same has been read to me, and certify that
8    it is a true, correct and complete transcript of
9    my testimony given on March 11, 2023, save and
10   except for changes and/or corrections, if any, as
11   indicated by me on the attached Errata Sheet, with
12   the understanding that I offer these changes and/or
13   corrections as if still under oath.
14       _____ I have made corrections to my deposition.
15       _____ I have NOT made any changes to my deposition.
16
17   Signed: _____
             YANIV FRANTZ
18
19   Dated this _____ day of _____ of 20____.
20
21
22
23
24
25
```

                            164

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
 1                   CERTIFICATE OF REPORTER

 2


 3

     STATE OF FLORIDA  )
 4
     COUNTY OF BROWARD )
 5

 6           I, KELLY A. PRICE, do hereby certify that

 7   I was authorized to and did stenographically report

 8   the foregoing deposition of YANIV FRANTZ; that a

 9   review of the transcript was requested; and that the

10   transcript is a true record of my stenographic

11   notes.

12           I FURTHER CERTIFY that I am not a

13   relative, employee, attorney, or counsel of any of

14   the parties, nor am I a relative or employee of any

15   of the parties' attorney or counsel connected with

16   the action, nor am I financially interested in the

17   action.

18           Dated this 13th day of March, 2023.

19

20   _____
     KELLY A. PRICE
21

22

23

24

25
                                                      163
```

```
 1            ERRATA SHEET
 2   Deposition of: YANIV FRANTZ
     Date taken: MARCH 11, 2023
 3   Case:  SEC v. MINTBROKER INTERNATIONAL, LTD., et al.
 4   PAGE  LINE
           _____        CHANGE: _____
 5   _____ _____ REASON: _____
 6   _____ _____        CHANGE: _____
           _____ REASON: _____
 7
           _____        CHANGE: _____
 8   _____ _____ REASON: _____
 9   _____ _____        CHANGE: _____
           _____ REASON: _____
10
           _____        CHANGE: _____
11   _____ _____ REASON: _____
12   _____ _____        CHANGE: _____
           _____ REASON: _____
13
           _____        CHANGE: _____
14   _____ _____ REASON: _____
15   _____ _____        CHANGE: _____
           _____ REASON: _____
16
           _____        CHANGE: _____
17   _____ _____ REASON: _____
18   _____ _____        CHANGE: _____
           _____ REASON: _____
19
           _____        CHANGE: _____
20   _____ _____ REASON: _____
21   _____ _____        CHANGE: _____
           _____ REASON: _____
22
           _____        CHANGE: _____
23   _____ _____ REASON: _____
24   Signed_____
25   Dated_____
```

165

**A**

**a.m** 1:18
**a/k/a** 1:9
**ability** 7:25 9:7 82:14
**able** 7:13 9:11 14:9 24:1,15
30:1 48:23 69:25 70:1
83:23 86:1 135:20 149:18
151:10
**accept** 25:10 83:3
**acceptable** 44:16
**accepted** 14:21 94:20
**access** 13:19 28:21,23
46:12,15 58:22 59:6,14
114:16 119:5 126:13 131:5
138:8
**account** 29:15,20 33:3
71:18 74:19 82:5,7,11
85:16 89:14 98:9,10,12,12
119:19,25 120:6,20 124:8
126:6,8,9,9,11 128:2,2,4
132:13 133:16,16
**accounts** 29:10 32:16 47:13
47:17,17 55:6 56:11 57:22
63:17 76:6 78:14 83:1 90:4
93:20 104:21 105:2,5
106:23 134:7 153:13
156:14
**accountsdepartment@su...**
90:1
**ACH** 153:15
**achieve** 141:25
**acknowledge** 143:4
**act** 41:18 42:25 43:14
**action** 23:11 45:19 57:19
163:16,17
**actions** 107:13
**active** 4:16 41:20 63:18 83:7
83:8 85:16 129:14,15,18
133:15 134:6,19 136:16,17
**activity** 106:14 123:7,19
124:4
**actual** 47:14 48:15 52:11
55:2 74:3 96:18 97:17
127:21,24 144:24 147:19
**ad** 39:18
**Adam** 2:13 5:18
**add** 46:4 92:11 146:3
**added** 112:19
**adding** 23:13 148:17
**additional** 42:11 72:15,17
97:1 116:3 119:9 136:19
146:12 160:15
**address** 72:11,16 100:6
117:16,17 121:25 125:12
126:8 128:1

**addressed** 37:4 98:19,20
103:14 108:1 116:9
**addresses** 90:25
**ads** 158:24
**advance** 13:25
**advanced** 14:2
**adverse** 78:4,6
**Advertising** 114:15
**advice** 157:10 160:3
**affect** 7:25 9:7 104:25
**Affidavit** 4:17
**affiliate** 26:16,24 30:11,12
31:20 32:8 38:21 41:12
43:15 47:12 56:1,1 57:6
68:16 76:12,13 77:9 85:10
86:4,6 96:15,22 97:15,20
110:9 135:24 137:5
**affiliates** 26:8,13 28:25 29:3
30:5,16 32:17 33:12,16
34:4,9 36:8 37:6,18,25
40:10 42:23 43:24 45:3
47:22 53:21 62:18 63:1
64:7,22 67:23 68:1 69:2
76:7 86:5 91:7 93:4,7
94:14 96:17,19,25 97:6
98:20 99:2 110:19 114:22
115:9 116:18 120:25
124:10,15,16 135:15 137:2
137:7,9,12 147:18,20
148:16
**afraid** 67:3 148:10 152:4
**aftermath** 47:23 62:19 63:1
**age** 6:2
**agenda** 49:22 100:6,9,15
102:19,20 103:2 107:18
108:12
**agendas** 100:4 102:24
**agents** 20:20
**aggressiveness** 74:9
**ago** 70:17,23
**agree** 59:4 107:9
**agreed** 3:7 139:4
**agreement** 38:9,23 39:1,3,5
40:23 84:9 93:6 111:3
156:21,25 157:7
**agreements** 154:21
**ahead** 95:12 120:6 125:11
148:22
**air** 70:14,16,23 71:5 114:16
**airport** 139:22
**al** 165:3
**Alexis** 83:10
**Alice** 2:6 5:15 8:4 125:1
131:9
**Alise** 2:7 5:16

**allegedly** 60:2
**allow** 7:12 68:12
**allowed** 24:11,12,13,14
40:14
**allowing** 80:6
**Alma** 117:17
**aloud** 90:17
**America** 1:8 10:2,7 16:18
114:13 116:10 138:13
144:16 152:23 153:5
154:21,24 156:22 157:1,8
160:1
**amount** 29:25 33:1 51:15
64:11,25 65:21,22 71:17
80:8 99:4,4 116:4 133:19
142:25 143:12,13,24
144:11,12 157:24 158:13
**analyst** 70:20,21,25 71:8
84:11
**analysts** 52:9 71:6,7 72:1,7
90:5
**and-** 2:6,12
**and/or** 164:10,12
**announcement** 91:2
**annually** 139:5
**answer** 7:13,22 8:1,1 9:7,11
40:15 58:1 68:13 130:24
141:2
**answered** 78:17
**answers** 7:11
**anticipate** 148:22
**Antonio** 35:24 90:7 100:8
101:8,10 103:13 104:5,10
104:17,25 105:7,15 106:24
108:4 140:4 143:23 153:24
154:3 157:14 159:19
**anybody** 66:7
**anymore** 152:3
**apartment** 12:10,15,23
117:17
**apologize** 62:13 125:24
**apparently** 71:19
**appear** 152:9
**appearance** 7:4
**APPEARANCES** 2:1
**appeared** 162:6
**appearing** 7:6 9:23 45:15
**appears** 118:24 134:9
**applicant** 52:3 84:2
**applicants** 63:14 65:17,18
65:21,22
**application** 4:14,15 48:10
48:12 49:11,17,23 50:19
51:6 52:6,8,9,14 59:7 62:4
62:9,12 70:19 72:16 84:1

**allegedly** 60:2 (right column start)
117:9 118:12,15 120:17,18
120:20 121:21,23 124:13
126:7,11 127:25 128:5
**applications** 4:16 48:24
49:13 50:17,19,20,21,24
53:13,17 55:5 59:15 62:19
72:7 83:5,17 84:4 94:21
118:3 126:4 129:18
**applied** 78:21 82:16,21
130:22
**apply** 78:15
**appointed** 27:11 55:2
104:11
**appreciation** 142:19
**appreciative** 149:16
**approach** 13:9
**approached** 13:16
**approval** 28:12 48:25,25
52:11 111:3
**approvals** 34:14 41:24
**approve** 84:4
**approved** 34:12 47:24 48:4
56:12,12 65:22
**approving** 49:13 84:11
**approx** 26:4
**approximately** 11:14 34:2
40:17 49:21 55:13 61:17
62:24 64:3,23 84:22 89:24
117:22 122:6 140:17 153:8
158:8
**April** 64:17 120:7,15,24
122:21 124:3 140:19 147:4
147:6
**area** 128:11,12,14,18 129:3
131:24 132:1 160:2
**areas** 157:9
**arised** 25:5
**arrange** 14:24
**arrangement** 20:12 21:16
**aside** 84:21 132:17
**asked** 9:5 16:25 18:15,20
25:1,2 26:6 37:12 39:23
66:16,20 78:17 96:16
101:4
**asking** 7:9 9:4 10:13 48:3
67:1 70:22 88:9 90:17
92:15 97:2 126:1 127:20
133:9 139:3 154:9
**ass** 42:15
**Assaf** 11:7,20,24 12:9 13:17
13:17
**Assaf's** 12:10,15
**asset** 13:15
**assigned** 19:9 47:16,17 98:3
126:10 153:7

**assignment** 152:20
**assistant** 25:22 27:11
**assume** 7:23
**attached** 164:11
**attachment** 96:18 97:10,14
    97:15 98:16
**attempt** 140:23
**attention** 89:3 91:14 99:5
    100:19 105:7 114:24
    115:11,18 117:11,19,22
    118:20 120:10 122:4,17,22
    129:20 131:2 135:1 156:7
**attorney** 74:12 151:6 163:13
    163:15
**attribute** 65:16
**audio** 8:6
**audit** 126:12 128:4
**audited** 156:14
**audits** 104:19
**August** 127:14
**Australia** 55:10
**author** 103:12
**authority** 162:5
**authorized** 163:7
**automated** 59:10,12
**automatically** 81:12,13
    134:4
**Avenue** 1:16 2:4,10 5:7
**average** 85:16
**aware** 9:23 26:15 31:20
    40:16,23 41:10 51:21
    72:15 73:14 86:4 91:4
    98:25 99:12 103:8 154:19
    154:20 158:19

**B**

**back** 7:18 11:11 14:21 30:22
    31:22 32:2 33:5,8 34:7
    42:9 45:1 46:15 49:1,10
    50:7 80:24 82:5,7,25 91:15
    93:4 95:20 98:18 102:12
    107:2 118:22 119:3 123:4
    127:13 130:15 140:16
    141:3 144:1,8 145:6 146:2
    146:3,19 149:9 150:5,6
    153:18 154:12
**back-end** 28:22 52:5 59:9
    74:17
**backfiring** 42:4
**background** 31:5
**backup** 153:18
**backwards** 54:1 56:11 94:11
**bad** 20:2 68:19 151:25
**Bahamas** 11:12 12:19 14:5
    19:7 24:7,9,12 47:3 55:2

60:25 114:14 141:10
    143:17 154:1 155:18
**Bain** 75:19,24 76:10,21 79:1
    88:19 91:19 92:13 93:23
    96:10,12 97:9 142:17
**Bain's** 94:3
**ballpark** 158:1
**Band-Aid** 45:20
**banking** 18:18 19:21 54:19
    71:17 72:11 83:24 90:9
    104:19 153:8,10,13 154:4
**banks** 18:16,17 153:8
**banner** 38:10 39:10,12,18
    39:21 40:5 68:22 114:15
**base** 38:11 40:6
**based** 46:20 47:24 48:4
    53:14 54:6 55:18 64:4,8,14
    66:9 85:15 127:9 129:7,19
    131:7 137:11 143:24 148:6
**basically** 144:21
**basis** 23:7 51:2 65:5 82:13
    113:13 157:18 158:16,20
**Bates** 36:23 118:17 126:15
**beach** 61:6 112:18
**beautiful** 26:22 142:22
    148:11
**becoming** 106:17
**beginning** 44:9 89:7 153:6
**behalf** 1:15 2:2,8,15 5:17,20
    112:22
**behaved** 66:13
**believe** 18:14 28:21 29:17
    34:23 39:7 42:9,22 70:18
    77:7,12 78:22,23 101:5
    107:20,21 111:18 112:8
    113:14 119:25 120:5
    128:16,20 145:21 147:3
    152:14,16 153:20,24
**believed** 24:19 27:22 31:3
**believes** 28:1
**bend** 45:23
**benefit** 93:8 152:9
**benefits** 95:2
**better** 27:23 51:11 153:18
    155:5
**beyond** 139:4
**big** 33:21 42:1 104:24
    159:15
**billed** 82:6 114:13
**billion** 27:22
**bills** 67:5 148:11 152:6
**bimonthly** 23:16
**birthday** 61:7
**bit** 38:9 66:3 102:12 120:3,6
    127:23

**biweekly** 102:8,9
**blame** 31:17
**blast** 92:5
**block** 46:4 58:23,25 59:4
**blue** 26:22
**board** 23:20 61:1 101:8
**bold** 117:24 122:8
**bonus** 56:21,22 130:14,15
    139:8,10,13,16,20 140:1,3
    140:10
**bonuses** 32:13
**books** 45:22
**boost** 159:5
**boosting** 17:17 31:8 152:19
    157:22
**boss** 22:21 67:9,10 86:15,15
    86:17,18,18 99:24 100:11
    100:12,13 103:6,6,17
    108:8
**boss/CEO** 103:9
**bottom** 36:21,24 89:4,5,7,10
    111:21 118:18 122:19,23
**bought** 144:16
**Boulevard** 5:12
**Box** 29:6
**brainstorm** 19:18 88:23
    108:20
**Brand** 5:11
**brand-new** 145:3
**bread** 63:22
**break** 8:23 44:13,22 84:22
    95:13,16,20 125:8 160:7
    160:11
**breakdown** 27:3 119:14
**breaks** 44:10
**Brickell** 1:16 2:4 5:6
**brief** 133:6
**briefly** 9:15 88:16 100:19
**bring** 50:14 60:11 82:25
    100:5 105:5 108:17 141:20
    153:16
**bringing** 41:1 92:20 100:8
    106:24 108:5
**Broadway** 114:12
**brokerage** 16:15 29:19
**brokers** 71:9
**brought** 30:14 51:19,20
    71:16,17 98:18 99:5 105:7
    157:13
**BROWARD** 162:3 163:4
**Brown** 150:24
**budget** 17:18 159:1,3
**build** 11:23 20:4 67:7 148:11
**buildup** 148:19
**built** 20:14 104:13 142:18

147:14 148:12
**bullet** 91:24 156:15,20
**bunch** 154:17
**bus** 142:14
**business** 10:2 11:21 12:18
    16:10 17:12 19:12 21:25
    22:23,24 24:15,19 30:9
    36:1 37:17 41:1 42:2 43:15
    44:4 49:9 50:23 61:8 63:9
    63:10,12,25 64:24 73:2,3,4
    74:23 105:12 157:10 160:3
**businesses** 16:19 116:18
**busy** 150:9,11
**butter** 63:22
**buying** 30:2 105:3

**C**

**C** 2:13
**cables** 144:23
**calculation** 143:25 144:2,4
**calculations** 82:14
**California** 5:12
**call** 8:8,13 35:7 47:3 48:24
    51:2 57:25 58:3,9 79:15
    110:6 111:4,7 141:3,20
    145:3 151:2,4
**called** 23:19 28:24 48:15
    58:8 70:20 71:7 97:15
    151:10 152:22 153:21
**calls** 21:3
**calm** 58:5
**Cam** 42:12,12,15,17,18,20
**campaigns** 17:18,19 158:2
    158:24
**Canada** 55:10
**canceling** 38:9
**capabilities** 30:3 74:24
**capable** 31:4
**capacity** 31:5 35:17 41:9
    98:21
**capital** 100:12
**caps** 100:12 103:7
**card** 81:1 153:15
**cards** 32:13
**care** 57:22
**cared** 15:14
**careful** 57:24,24,24 61:10
    61:13
**cares** 28:2,4
**caring** 66:22 104:12
**case** 1:6 5:4 43:12 73:10
    74:3 78:7 165:3
**Cash** 123:24
**catching** 127:9
**catered** 29:8

**caught** 45:24 53:20 100:7
**causing** 105:14
**cc** 89:15 93:17 96:13
**cc'd** 26:14 92:17 150:25
**cc'ing** 96:22
**cease** 74:11,13
**ceiling** 66:1
**Center** 2:16
**CEO** 101:7 108:17
**certain** 129:23
**certainly** 44:11
**CERTIFICATE** 162:1 163:1 164:1
**certified** 5:10
**certify** 162:5 163:6,12 164:7
**cetera** 91:12,13 137:6 158:24
**CFO** 159:19
**chain** 4:8,10 77:2 99:17,20 101:4
**chair** 20:19
**challenge** 67:11 76:8 79:5 80:16 81:7
**challenged** 67:12
**chance** 84:25
**change** 34:17 68:18 69:16 165:4,6,7,9,10,12,13,15,16 165:18,19,21,22
**changes** 50:12 164:10,12,15
**charge** 60:2 145:2
**charged** 60:2 144:20
**chart** 4:11 98:15 99:23,23 100:25
**chat** 47:3 79:12 114:16
**chats** 65:4 112:9
**check** 59:11 92:8
**checking** 93:19
**chemistry** 60:18
**chicken** 12:9
**chief** 101:10,11,12,13
**chose** 142:4
**Christopher** 4:14 117:14
**claimed** 15:10
**cleared** 108:22
**clearly** 7:17 26:21 103:11 148:7
**click** 59:11
**clicked** 60:17
**client** 92:4
**clients** 76:6 77:23 78:13 91:5,11,23,25 92:4,7 93:21
**close** 61:8,8 100:16
**closed** 74:19
**closer** 123:23
**closing** 120:1

**co-counsel** 5:16,18
**code** 56:23,24,24 57:1 128:11,11,13 129:4,21,24 130:6,13,17 131:24 132:1 132:3
**codes** 126:11 128:3,14,18
**Cohen** 2:16 5:21
**colleagues** 34:3
**collect** 145:25
**collected** 112:2,12 113:1
**college** 71:11
**Collie** 35:24 90:8 100:8 101:8,10 103:13,20 104:5 104:17 105:1,7,15 107:5 108:1,11 140:4,5 153:25 157:14 159:19
**column** 98:5 129:21 130:6 130:13 131:21 132:3 134:1 134:10,22,23 135:7 136:6
**come** 11:5,9 12:1 13:2,10 16:4 17:4 21:18 28:19 29:25 32:15 37:9 54:9 63:5 69:6 71:15 83:9 103:17 117:10 123:15 124:20 140:3 141:12
**comes** 87:1 155:20
**comfortable** 104:14 150:20 152:6
**coming** 10:23 11:10 14:24 15:25 16:18 17:2,4 23:11 24:23 26:8 47:18 48:21,24 50:20 52:25 53:13 54:13 54:18 59:3 64:25 65:18 66:9 79:11 95:20 104:3 138:1 143:22 148:24
**command** 99:17,20 101:5
**commencing** 1:17
**commercial** 39:15,17
**commission** 1:4 2:3 26:1 28:7,8,14 32:12 44:3 47:8 47:14 65:6 76:15 77:10 80:4,19 81:10,21 85:16 88:21 133:17,19 135:14,23 162:12
**commissions** 25:19 26:5 33:1,6 37:13,15 47:15 65:6 65:14 81:3 85:15 112:1,12 112:20,24 113:1 119:8
**communicate** 29:6 47:1 67:8
**communicated** 143:13
**communicating** 108:4
**communication** 40:18,22 42:11 48:23 58:21 143:12 150:22

**communications** 58:17 76:22 77:13 107:22,23,24 107:25 109:13 143:10,11 145:18 146:10 147:5 149:7 150:7
**companies** 29:4 32:22 69:14 155:6 159:3
**company** 11:11,25 13:11,15 14:5,6,11,13,13 15:16,18 15:25 16:19,20 17:16 18:10,12,14 19:3,10,19,20 19:25 22:7 23:6,12,16 24:15,24 25:19 26:2,24 27:21,23 28:12,22 29:23 31:25 32:5,15,18,25 34:14 35:9,19 36:6 37:16 42:1,3 43:11,16 45:16,22 46:1,13 46:15 47:1 48:2,21,22 49:9 49:19,20 50:14,15 51:12 54:10,15,24 55:21,23 57:7 63:16 64:17 65:7,9 66:5,15 66:22,25 68:6 71:15 73:5 76:23 77:19 79:2,8 86:13 99:18,23,24 100:13 101:7 103:9 104:11,12 107:12 108:8,18 110:20 112:20 137:23 139:18,19 141:8 142:4 143:4,7,13 144:18 145:14 146:11,13,21 148:9 148:15,17 149:9,22,22,23 151:19 152:3,20,21 153:9 153:9,21 154:17 155:3,7,8 155:12 157:15,19,23,25 158:3,7,9,14 159:5,14,14 159:18,21
**company's** 27:22
**compare** 124:11
**compensation** 14:21 139:2 139:4
**complete** 164:8
**completed** 52:7,8
**compliance** 15:13 19:22 49:6,15 50:3 52:9,11 70:19 70:20,25 71:6,7,8,19 72:1 72:7 83:22 84:3,10,10 90:5 101:12 126:12
**complied** 24:20
**complying** 24:2
**comprised** 112:25
**computer** 20:19 96:23 138:9 138:10,12 144:13,19,22,24 145:1,2,6,9,14,21,24 146:3
**concept** 13:12
**concern** 45:18 66:7 106:24
**concerned** 107:9 108:5

**concerning** 96:20
**concerns** 104:15 105:7 138:22
**conclude** 135:20
**concluded** 161:5
**conclusion** 136:4
**conclusions** 129:6
**conducted** 24:19
**conference** 35:6,7
**confront** 40:13 67:4,10 86:15,19
**confronted** 35:5 40:9 50:2
**confused** 30:8 38:7,9,12 43:3
**connected** 163:15
**connection** 102:16
**connotation** 132:8
**cons** 73:3
**considered** 29:18,18
**constant** 17:19 35:8
**constantly** 105:4
**consultancy** 157:8 158:14 160:2
**contact** 98:4
**contacted** 146:23 147:6,8
**contained** 99:9
**content** 114:5,7
**contents** 73:15 77:4 78:25 111:5 129:5 145:9
**context** 11:8 12:7 152:25
**continually** 63:16
**continue** 54:4 56:4,5 57:20 105:10 110:10 143:9 149:23,24 151:19
**continued** 54:7 56:8 66:8 116:19
**continuing** 87:8 105:8
**continuously** 66:6
**contracts** 158:10
**control** 58:5 69:24
**convenient** 31:18
**conversation** 11:13 13:18 45:1 74:10 77:7 85:13 98:18 140:6,11,12
**conversations** 14:4 34:2,12 84:10
**convince** 68:17 69:12
**COO** 54:24 104:11 108:2 157:22
**Cooper** 66:20 101:11
**cooperative** 66:21
**copy** 132:23 160:24
**copy/paste** 43:24
**copy/pasted** 34:19
**copying** 93:23

core 36:1 49:8 58:11
corner 118:18 122:23
cornered 143:19
correct 27:15 130:20 151:14
164:8
corrected 110:15
corrections 164:10,13,14
cost 144:19 145:1,21
costs 25:24 152:19 157:21
counsel 3:8 5:14 6:11 10:12
10:14 125:11 131:4 151:6
151:9 163:13,15
counsel's 6:13
countries 16:21 72:9
country 29:24 133:17 134:2
134:10
COUNTY 162:3 163:4
couple 14:19 16:7 82:13
88:18 99:22 141:2 143:3
143:25 144:23
course 7:18 31:16 32:1 48:7
93:9 94:9 99:19 104:7
147:24
court 1:1 5:11,13,22 6:20
7:10,18 36:13 44:17 75:3
75:10 84:17 88:2 95:24
100:22 101:20 109:5 112:5
113:23 117:2 121:5 125:18
132:20 156:2 160:20,23
161:2
courtesy 131:6
cover 77:16 85:9 110:11
covering 42:15 45:10
COVID-related 9:17
cowboys 105:25
create 50:12 54:3 58:23
126:22 127:7 133:21,23
created 99:22 113:14
126:11 128:3
creating 49:24 99:25 155:14
creation 58:19 126:19
credit 130:15 153:15
credits 119:13 132:11
criteria 129:11
cross-trading 112:16
CSC 89:18
csc@suretrader.com 89:17
curve 66:1
customer 19:20 29:23 33:2
38:11 40:6 51:6,10,25
52:19 54:18 55:6,9 57:3
71:15 79:13,15,15 80:14
81:14,15,16 82:2,2,12 83:9
83:11,25 89:18 93:9,11
94:10,13 123:16 124:20

127:17 130:2,5,15 131:19
135:3,13,16,21,22
customer's 119:18 136:3
customers 16:16,18,24 17:2
24:17 25:9,10,11,15 26:6
26:12 28:18 32:15 38:10
40:5 43:16 46:2,5,9,11,18
46:21,23,24 47:2,7,10,24
47:24 48:4,4 49:8,13 50:14
53:2,14,18,25 54:6,9,11,13
55:8,11,14,18 57:14 58:24
61:19 62:2,19 63:2,3,5,8,9
63:10,13,15,21,24 64:4,8
64:14,18,19,25 66:9 69:5
70:6,15,17,24 71:2,22 72:4
72:5,8,18 76:19,19 79:9,10
82:17,22 83:1,4,4,6 84:12
88:22,25 92:22 93:10,11
94:10,13,17,19,20 95:1,1
110:23 128:6 129:7,12
130:16,18,19,22 134:14
136:22,24 137:1,11
customerservicecenter@...
89:13
cutting 25:24 152:19 157:21
CYA 30:25 31:12 33:20 45:6
45:8 107:16 110:20

---

**D**

D 4:1
D-A-C 38:14
D-A-S 80:23 158:2
D.C 5:21
d/b/a 1:8
Dac 38:4,14,17 39:21 41:14
41:17 42:8,25 43:19
Dac's 40:8
dac@daytradingradio.com
38:4
daily 51:2 65:5 113:13
dark 143:20
DAS 80:22,23 158:2,5
159:10
data 47:15 48:17 82:25
136:2
date 62:21 114:19 115:4,6,7
115:14,16,17,22,24,25
120:2,7,17,24 122:18,19
122:21 124:2 126:19
127:14 128:3 165:2
dated 4:9,9,10,11,12 124:14
163:18 164:19 165:25
dates 119:21 120:14 123:10
123:11,17 126:10
day 4:13 16:3 18:8 21:15

23:18 26:25 29:13,18,19
37:5,8,11,20,22 38:19 39:1
40:24 42:21 44:1 48:20
50:6 54:10 56:11 60:15,17
65:7,11,13 68:21 74:19,19
86:8 97:22 98:7 104:2
112:10,15,21 113:12,15,16
114:11 116:7,9 145:4
146:24 147:1,1,15 152:1,1
157:20 162:9 163:18
164:19
day-to-day 23:7
days 16:7 31:25 40:17
104:23 144:9,9,17
Daytradingradio.com
114:15
deal 26:5 27:14 33:13 38:20
39:25 41:19 55:9 56:13
60:3 81:1,2,6 91:10,11
92:8,24,24,25 93:2 96:24
135:24 136:15 157:23
dealing 142:7
deals 13:14 26:4,9 28:18
31:7,8 32:20 33:10,12,17
38:13 40:14,15 42:14 45:3
53:21,24 76:5,12,13,17,18
77:10 88:24 91:5,24 93:6,8
94:9,12,13 97:17,18 98:2
99:2,13,13 110:13,17,21
135:14 158:11
December 139:12 156:22
decide 14:11 28:8 68:10,15
decided 109:24
decision 94:11 151:21,22
decision-maker 38:19
declare 164:4
declaring 78:3
defendant 5:18
Defendants 1:10 2:8
defense 131:4
defined 103:11
definitely 31:9 34:13 64:21
65:18 104:2 107:22 151:23
delayed 138:1
Delaying 143:14
delete 145:14
department 15:10,13 17:17
18:10 19:3,6,7,19,21 20:17
20:18 21:20 25:20 27:20
48:22 49:6,6,15 54:19,19
84:4 89:14,14,18,23 90:6,7
90:15 126:13 137:25 154:4
departments 14:6 19:24
22:5,17,25 23:1
depending 136:7

depo 87:9
deposed 9:13
deposit 51:14 90:9 98:11
120:8 124:5
deposited 98:9 124:7
deposition 1:14,16 3:9 4:7
5:3,5 7:4,9 8:24 9:5,18
10:10,16 44:10,11 85:8
95:17 130:10 137:10 153:6
161:5 163:8 164:6,14,15
165:2
deposits 119:12
Derong 4:15 121:24 122:1
123:7 124:20
Derong's 123:19
describe 14:2 16:14 17:12
45:13 59:18 70:10 80:15
99:20 107:5
described 9:21 11:15 20:25
21:19 28:24 54:7 60:5
94:16 95:7
description 11:18 23:10
46:8 114:14 116:5
descriptions 114:5
designed 42:5 81:11
designing 50:12
desist 74:12,13
desk 19:15,22 20:14,19,22
21:17 25:21 27:7,12 28:20
37:14 75:20
destructed 105:13
details 96:24 99:5 126:6
dialing 35:6
diehard 142:20
differ 136:9
difference 115:2,4,12
136:14
different 11:12 17:16 18:13
18:16 26:4,5 28:10,18,18
43:23,24 47:1 58:19 62:4,5
67:12,18 68:8,18 69:15
76:7 80:7 83:1 89:2 93:5
94:22 96:24 97:18 104:18
106:7 108:3 112:10 115:5
115:5,15,20,23 119:10
126:6,8 127:23 129:11
132:15,15 136:7 155:12
158:7 159:2
differentiate 71:13 72:4
differently 148:2
difficult 155:4,14
digital 50:18 51:24
diligent 78:22
dinner 55:1
dinners 61:6

direct 4:4 6:5 156:6,7
directly 118:16
director 31:6,6 107:11
directors 101:8
disagree 108:11
disagreement 142:24 143:2
disappointing 141:22
discount 32:25 80:11 81:12
  81:13,15,16 92:2,3 137:3,5
discounts 32:12 47:9 88:25
  91:5 93:6 94:12 132:11
  136:19 137:6
discredit 74:23
discuss 12:21 13:7 30:5
  73:15,23 77:4 86:9 98:17
  139:14,24
discussed 49:22 50:13
  71:23 76:14 85:7 91:1
  107:19 110:2 115:21
  131:12 145:22
discussing 15:1 88:20
  104:5
discussion 13:24 14:3 24:6
  59:17 102:24
discussions 13:22 24:10,11
  84:9
dissatisfied 140:13
distributed 102:18
District 1:1,2 9:25
divided 79:25
divorce 60:13
document 6:19 36:12,17
  75:9,14,16 84:16 85:3 88:1
  88:13,16 95:23 100:21
  101:19 102:7 109:4 113:14
  113:22 114:9,19 115:12
  117:1,21 118:8,22,24
  119:15 121:4 122:5 123:6
  123:10 124:11 125:17,21
  126:2,19,24 127:16 131:5
  131:6 132:15,19 133:12,21
  133:23 134:14 150:10
  156:1
documentation 154:2
documents 26:20 30:15
  94:24 97:1 99:3 150:17
  153:2,4,23 154:8,9,17
  155:9
doing 10:2 18:5 20:2 22:6
  23:8 30:9,25 31:7,11 35:25
  40:11 41:6 42:2 43:3,14,17
  44:3 53:21 54:25 55:4 59:2
  66:18 70:9 71:20 86:18
  99:2 107:16 120:17,18
  148:14

dollar 32:11 81:4 82:7 93:4
  93:5 144:11,12
dollars 27:22 79:22,23,25
  104:23 143:25 158:9
Dorsett 142:17,18
double 35:2 159:6
downgraded 92:9
downloaded 94:24 127:5
downstairs 12:9
DPDO 31:6,6
draft 34:8 41:21,23
drafted 34:10
Drameko 25:21 26:3,13,15
  27:8,10 30:7 88:19 89:11
  89:12 90:23 91:3,20,20
  92:17 99:7
Drameko's 27:9
draw 74:14 136:3
Drive 117:17
driver's 84:2
drop 66:2
drop-down 51:16 52:24
DTR 37:5,8,11 38:3 85:14
  86:8 97:22
Dujmovic 98:14
duly 6:2 162:7
dump 60:1,4 73:9 74:4
duties 15:8

_____

E

E 4:1
earlier 10:24 16:8 18:20
  20:8 52:12 68:23 70:6
  72:19 75:23 85:7 97:5
  101:5 102:4 118:2 120:11
  123:5 130:9 131:7 137:9
  152:14
early 28:23 46:13 86:14
earned 85:16
easier 8:16 67:14
eastern 5:9
easy 128:13 155:17
educated 69:6
educating 73:13
education 32:24 33:4
educational 33:5
Edward 66:20 101:11
effect 33:22
effectuated 79:2,8
efficiencies 25:24 27:14,16
  152:16,17 157:20
efficient 27:24 49:19
Ehrlich 2:21 5:10
either 7:16 12:2 21:21 26:21
  28:10 35:3 40:17 52:23

53:6 66:18 74:9 79:12
  81:22 83:21 113:15 119:11
  127:1 139:11 150:8
elegant 106:8
eligible 92:5
eliminate 55:23
else's 98:13
email 4:8,9,9,10,10,11 26:14
  26:19 33:11 34:8,9,10 35:3
  35:4 36:24 37:2,4,7,9,11
  37:21 38:2,6 39:21 40:21
  40:25 41:6,8,13,17,20
  42:20,22,24 43:18 59:13
  62:5 74:9,11 75:19 76:4,10
  76:21 77:2,4 78:11,12,25
  79:16 83:8 85:6,11,24 86:9
  86:21 88:17,20 89:11,12
  90:18,25 91:2,3,17 92:5,12
  93:13,23 94:4 95:4 96:9,20
  96:21 97:4,8 103:12,14
  110:18 114:17 126:8 128:1
  133:17 147:12 150:5,22,25
emailed 83:6 85:14 131:6
  144:8 151:1
emails 33:16 34:19,21 36:7
  36:19 37:24 38:16 43:23
  46:25 47:5,22,23 54:14
  55:5 62:17,22,25 64:6,22
  90:19 97:5,7 114:22 115:9
  120:25 124:9,14 138:8
  143:9,9,9,10 144:6
emphasis 32:4
employed 137:22 148:9
employee 138:7,11 139:18
  139:19 141:15 163:13,14
employees 13:13 14:7 15:23
  15:25 16:3 39:24 40:7
  71:11 86:20 112:17
employment 16:5,6 66:13
  67:19 138:16 141:18
  147:24
ended 87:11 136:11
ends 118:21
engaged 46:1 48:23
entered 8:24 119:21 156:21
entire 14:6 20:13 48:1 52:8
  78:4 83:2 102:13 126:1
  127:10 141:9 153:10 164:5
entirely 40:2,10 77:8 80:22
  88:7
entirety 35:23
entity 152:22
entries 129:24
entry 123:17 124:1 130:6,8
  132:4

envelope 28:2
equally 61:4
equivalent 82:8
Errata 164:11 165:1
escalated 147:16
especially 16:21 42:2 67:11
  149:24 157:22
ESQ 2:6,7,12,13,13,18
essentially 58:18 107:7
et 91:12,13 137:6 158:24
  165:3
evading 155:13
event 100:2 124:12
events 111:19
Evergreen 122:2
everybody 49:7 108:6,7
evidence 32:8
exact 52:15
exactly 12:18,24 18:4 36:5
Examination 4:2 6:5
example 18:14 45:25 49:1,5
  51:13 61:11 79:4 82:1
  128:12,17 135:10 142:9
  155:8 159:17
excellent 73:6
exchange 1:4 2:3 43:18
  88:17,20 111:14,17 152:11
exchanged 14:19 38:16
  111:9
excuse 64:3 79:14 102:1
  116:8 117:20 145:12
execute 108:21
executed 119:14
executing 19:18 20:5
executive 23:15,17,19,20
  49:20 86:24 100:4,9 102:5
  102:8,9,16,21,25 103:16
  107:3,11,17 108:10 139:19
executives 14:7 23:2,5
  99:24 100:7 101:9 103:15
  107:20
exhibit 6:18,21,23 7:1 36:11
  36:14,22 68:22 75:8,11
  82:16 84:15,18 85:1 86:7
  87:2,4,25 88:3,14 89:4
  95:22,25 96:3,6 98:16
  99:10 100:20,23 101:5,17
  101:18,21,24 102:1,2,20
  103:2 107:3,18 109:1,3,6
  109:10,20 111:21 113:21
  113:24 114:1,25 116:24
  117:3,6 121:3,6,18 125:16
  125:19 126:3 127:17
  132:18,21 137:16 155:24
  156:3

**exhibits** 4:5 87:3 121:8
**exist** 34:1 63:13
**existed** 55:24 63:11 72:6
**existence** 23:5 148:3
**existing** 18:10 53:23 55:25
    56:11 63:14,17 91:23,25
    92:7,22 93:21
**exited** 95:17
**expect** 150:4
**expense** 157:25
**Expires** 162:13
**explain** 15:7 16:10 17:9
    21:16 24:18 31:12 136:9
    144:3
**explained** 17:6 27:3 144:10
**explanation** 30:21 144:8
**express** 66:7 138:22
**extension** 141:18
**external** 34:13
**externals** 31:9
**extra** 80:12
**extreme** 58:7 107:1
**eyeballs** 39:4
**eyes** 127:9

**F**

**F-R-A-N-T-Z** 6:10
**f/k/a** 1:8
**face** 31:16 35:20
**facing** 19:16 153:9
**fact** 15:12 19:13 33:7 36:7
    40:16 46:19 50:7,10 53:16
    56:7,9,12 60:23 61:2 65:3
    66:8,14 68:4 72:25 73:22
    95:1 109:23 134:20 137:13
    138:9 139:17 147:22
    151:17 157:19
**factors** 67:12
**facts** 8:1 9:8
**fairly** 28:23
**fake** 72:10
**familiar** 6:25 150:20
**family** 138:4 150:9
**far** 24:14 26:11 35:22 72:18
    94:8 103:8 123:6,17 129:5
    159:17
**fast** 150:5
**faster** 13:13 27:23
**favor** 32:21
**February** 18:15 56:10 57:10
    94:23 114:20 116:3,20,22
    126:21 127:14 133:25
**fee** 85:15,18
**feel** 70:2 80:12 104:19
    149:20 150:20

**feeling** 104:14 152:3
**fees** 113:1 119:9,11 145:24
    153:19 158:5
**felt** 43:4 54:24 60:18,18
    69:24,25 108:1,2 143:19
    143:19,20,20 147:21,22
    148:13,17 149:12 152:6
    153:22
**fifty** 56:15 130:9
**figure** 91:22
**file** 97:16
**filed** 6:1 9:24
**filled** 52:3
**Filling** 120:19
**filter** 71:12
**finalized** 91:21
**finally** 151:22
**financial** 11:11 31:5 101:11
**financially** 163:16
**find** 20:3,7 29:10 31:1 74:22
    75:1 76:23 85:11 91:25
    131:1 151:6,6,7,8
**finding** 37:13 55:22
**fine** 8:15 71:17 106:6 111:2
    125:5
**finish** 7:12 49:25 68:13
    160:7
**firm** 51:11 105:3,14 151:9
    153:16
**first** 6:2 7:9,24 8:17 11:2
    12:8 13:9 15:25 18:15
    19:12,18 21:15,23 22:1,2,5
    22:8,9,12,15,15 23:21
    25:13 27:4 31:25 51:22
    60:12 62:7 81:23 82:4
    105:11 106:21 111:21
    112:19 117:12 124:1 126:7
    128:1,17 136:23 143:5
    144:17 147:21 150:6 151:9
    151:10 153:24 154:11
**fix** 45:24 57:19
**FL** 2:4
**flat** 85:15,18
**flew** 16:8
**flight** 11:10
**flip** 117:21
**Floor** 2:10
**Florida** 1:2,17,19 5:7 9:25
    112:18 128:12,18,20 162:2
    162:12 163:3
**flow** 48:23
**fly** 14:5
**focus** 32:5 106:19
**focused** 105:12
**focusing** 106:16

**follow** 94:6 98:2
**follow-up** 43:9
**following** 5:1 16:20 23:24
**follows** 6:3
**Ford** 2:9,12,13 5:17,17,19
    8:4,12,13,20 16:12 17:14
    17:24 19:1 21:9 24:21
    39:16 44:5 45:4,9 48:6
    53:4 56:14 61:20,23 62:3,7
    62:11,13 63:7 64:9 65:2
    66:10 67:25 68:12,24
    70:10 73:18 77:6,24 78:3,8
    78:17 82:18,20 83:18
    84:23 87:2,6,10,12,15,17
    87:19,21 94:5 99:11
    105:21 106:6 108:13 113:6
    114:10 116:11 119:20
    120:4,22 123:20 124:18,22
    125:1,4,20 131:4,9,12
    133:1 139:7 140:25 145:16
    146:6,14,22 149:4 154:25
    156:17 157:2,3,11 160:8
    160:17,23,25
**foregoing** 163:8 164:6
**forgetting** 159:25
**form** 51:22,23,24 52:1
**formally** 43:12
**formerly** 10:1
**forms** 50:1,4
**forth** 42:10 146:19
**forward** 40:18,21 42:15
    53:24 57:20 65:13 67:6
    77:23 78:13 79:1 94:7,9
    139:23 151:22
**found** 26:8 30:10 47:13 58:7
    144:25 147:11
**foundation** 64:9 120:4
    124:18 156:18
**founder** 38:19 42:19
**four** 12:5 29:15,16,17 116:5
    118:21
**frame** 97:4
**Frantz** 1:14 2:15 4:8 5:3,21
    5:25 6:9,11,25 36:24 75:7
    95:21 96:3 109:2 117:5
    125:15,23 160:14 162:6
    163:8 164:4,17 165:2
**fraud** 83:21
**fraudster** 151:19
**freaked** 151:3
**free** 47:2 80:1,3 81:18 82:2,4
    82:8,9,10 93:4
**freely** 24:16 52:25 63:12
**Friday** 89:13
**friend** 11:7 53:6 108:2

**friends** 60:20,22,23
**full** 6:8 27:5,9,10 58:22 73:5
    138:8 145:3
**full-time** 12:19
**fully** 93:20 150:18
**funded** 134:7
**funding** 9:21 54:19 79:5,22
    80:3 81:8 89:14 90:6,9
**funds** 153:13,16 155:15
**further** 13:25 31:12 40:4
    91:6 163:12
**future** 17:9

**G**

**gain** 13:18 25:14 51:9
**general** 7:19 13:12 25:4
    40:9 126:2
**generally** 42:6 92:18 102:23
    136:10
**generate** 59:12
**generated** 112:1 134:4
**generic** 59:13
**Gentile** 1:9,9 2:22 5:18 8:5
    8:24 9:25 11:3,19,24 12:2
    12:16,21 13:3,8,24 15:2
    16:10 19:13 20:9 21:7
    23:22 24:7,18 28:13 30:5
    30:20 31:11,20 33:15 34:3
    42:7 45:2,13 59:16 60:21
    73:17 77:5 85:9 86:10
    98:17 99:8 100:14 101:7,8
    101:9 103:10 107:20 108:9
    109:14,16 110:3 111:4,17
    113:11 138:22 139:16
    140:13 149:2 153:4 154:23
**Gentile's** 11:6,8 20:24
    106:14 109:22 110:25
**gesture** 70:7,11,14
**getting** 14:20 19:17 35:22
    36:3 67:10 148:9
**ghost** 35:21 149:19
**ghosted** 141:15 143:20
**gift** 32:13 132:12
**give** 18:16 32:9,11,11,12,13
    32:13,23 33:5,15 65:20
    81:23 82:6 93:2 132:11
    142:8,9 145:8 155:10
    159:17
**given** 9:18 18:24 28:23
    37:12,16 46:15 91:21 93:3
    135:15 164:9
**giving** 32:25 88:25
**Glendale** 5:12
**go** 8:19 20:5 45:1 46:8 49:10
    49:25 50:15 52:9,10 66:4,4

68:17 74:16 84:21 91:24
95:12 101:16 103:24,25
125:11 142:4 151:22
156:12
**goal** 15:9
**goes** 52:7
**going** 6:17 7:8 18:19 27:2
27:24 33:23 34:7 36:10,21
44:5 54:1 57:23 61:6 66:3
69:22,23 70:2,3 72:19 75:7
84:14 87:6,24 88:6 89:3
90:20 91:14 95:21 97:5
100:18 101:15,16,17
105:13 106:15 107:2
108:25 109:2 113:20
114:24 115:11 116:23
117:11,19 118:17,20
120:10 121:2 122:4,17,22
125:1,11,13,15 127:13,22
129:20 130:1 131:2 132:14
132:17 134:25 137:15
140:1,16 141:4 142:13,15
143:16 145:19,25 148:19
149:22 150:13,16 152:5,14
155:16,23 156:7,12 158:25
160:6
**gonna** 21:12 69:18,19,23
142:22,23,23 144:22
148:22
**good** 5:15 6:7,9 20:1 32:5
34:18,19 60:22 69:10
125:2,3,5 140:2 142:19,21
150:14 151:25 160:8
**Google** 60:9,9 158:24
**Googled** 147:10
**governments** 67:13
**Gradillas** 5:11
**gradual** 22:13 148:6
**great** 60:19 73:6 151:24
**green** 108:22
**grossed** 119:7
**ground** 7:9 9:5
**Group** 152:23 153:5 154:21
154:24 156:22 157:1,8
160:1
**groups** 154:18
**grow** 65:23
**growing** 61:5 65:8,8,9,23
**growth** 65:16 66:5
**guidelines** 16:21 23:25
**guy** 1:9,9 2:22 5:18 9:25
11:3,21,21,24 12:10 13:10
14:8,10,19,23,23 17:1,15
17:20 18:13,15 19:13,17
21:4,17 22:3,8,15,17,18,20

23:1,14 24:24 25:6,8 27:18
27:21 28:11,13 30:10,22
30:25 31:8,17,22,24 33:7,8
33:9,9 34:11,14,17 35:16
36:3 40:9,16,19,22,23 41:2
41:8,10,24 42:10,12,12,13
43:11 46:3 53:22 54:2,25
57:16,16,17,25 58:2,3,4,14
58:20 60:6 61:3,14 65:5,20
66:13,15 67:7,20 68:8 69:8
69:16,20 71:15 74:3,4,16
77:8 85:9,12,14,21 86:1,3
86:4 92:21,25 98:20
100:14 101:7,8,9 103:10
104:20 105:8 106:25
107:10,20,21 108:3,9,19
108:20,23 109:14 110:5,12
110:21,24 138:8 139:17
140:10 141:1,9 142:6,8,11
142:16 147:18,21,22 148:2
148:12 149:17 152:4 153:3
153:7,25 154:5,7 155:9,10
157:13 158:4,6,7,14
**Guy's** 19:15,17 20:21,22
21:2,12 73:9 74:8 107:13
155:5

_____

**H**

**half** 22:7
**Halpin** 2:13 5:19 87:8 95:17
**hand** 70:7,10,14 95:21 162:8
**handle** 18:1 145:23
**handles** 14:22
**handwritten** 51:23 125:24
**happen** 57:23 128:14
148:23
**happened** 11:19 14:18
21:21 31:21 40:10 43:19
49:21 78:24 85:13 88:24
93:25 94:19 106:23 112:8
137:20 148:21 149:21
150:3
**happening** 20:3 83:14
**happy** 139:25 158:6,8
**hard** 159:20
**head** 33:20
**healthy** 105:3
**hear** 7:16,17 51:19 52:17,25
117:25 118:9 122:9,16
123:21 139:25 152:25
**heard** 140:3 152:22
**hearing** 36:3
**heavily** 104:20 106:22
**hefty** 125:24
**held** 1:16 5:5

**help** 13:11 54:20 55:7
149:23 154:10
**helping** 50:12 148:15
**helps** 80:11
**heretofore** 6:1
**HH275601** 162:12
**Hi** 41:16 91:20
**hidden** 49:3
**hide** 58:16
**hiding** 60:8 147:22
**high** 65:12
**highest** 157:25
**highlighting** 100:12
**hired** 18:8 27:18,21 46:14
67:9 152:15
**hires** 14:23
**hiring** 31:7 152:21
**hold** 153:13
**hole** 33:24 43:5 58:15
**holes** 20:4
**holiday** 138:5
**home** 143:18 159:22
**hoping** 55:20
**host** 29:10
**hostility** 74:8
**hour** 44:6 85:22 112:2 125:2
**house** 29:10 31:8
**HP** 144:16
**HR** 19:23
**huge** 157:16
**hundred** 79:21,23,25 93:5
159:12
**hundreds** 104:22 158:9
**hurt** 149:23,24
**hurting** 67:14 151:20
**hybrid** 20:18

_____

**I**

**iBoss** 28:22 49:1 80:24 81:2
81:6 94:24 119:3,16 123:4
127:1 138:8
**ID** 71:16 72:10 83:21 97:21
97:22,23,24 131:19
**idea** 57:17 132:8
**ideas** 17:23 19:18 76:9
88:23 97:24 108:20
**identification** 6:21 36:14,22
50:1 75:11 84:18 88:3
95:25 100:23 101:21 109:6
113:24 117:3 121:6 125:19
132:21 156:3
**identifications** 50:5
**identified** 67:24 82:15 90:19
134:15
**identifying** 131:18

**Ill** 2:13
**illegal** 56:3
**Illinois** 122:3
**imagine** 39:14 47:5 52:23
91:22 143:21
**immediate** 62:18 63:1
**immigration** 138:1
**impact** 64:23 67:17
**implement** 48:18
**implemented** 94:4,17 95:8
95:10 110:6
**Importance** 73:13
**important** 34:16 68:7 69:3
72:12 108:21 157:16
**impression** 31:10 53:20
57:16,17
**improve** 20:3 49:22 50:13
67:2,7 74:1 148:18 149:10
**improving** 55:23 148:15
**improvising** 22:16 23:12
**inactive** 129:18
**inaudible** 112:4
**inception** 15:12 77:17,18,20
133:20
**include** 130:19 137:11
156:14
**includes** 91:6
**including** 11:22 16:17 17:5
82:22 157:21
**income** 152:5
**indicate** 57:3 140:5,12
**indicated** 164:11
**individual** 89:19 126:8
**individuals** 89:22 90:14,19
**influence** 7:24 9:6
**Inform** 92:2
**information** 17:2,6 26:15
34:22,25 35:7,13 37:9 39:6
46:20 51:5,9 54:18 69:7,9
69:15 72:25 73:11 76:24
77:1,3 80:24 83:12 97:1,2
98:21 99:6,9 102:17
117:15 118:8 120:19
123:18 127:1,4,5 134:4
145:12 147:25 148:6
159:20
**informations** 98:4
**inside** 113:9 114:6
**insisted** 50:5 142:11
**instruct** 21:7 66:15 74:16
**instructed** 21:10 32:23
**instructing** 92:21
**instruction** 33:15
**instructions** 145:8
**insulting** 141:21

**insurance** 104:19
**intended** 38:10 40:5 92:4
**intent** 94:9,16,18 95:7
**intention** 151:17
**interactive** 71:9
**interest** 156:13
**interested** 163:16
**interesting** 59:8 107:8
  144:10
**internal** 72:6
**internally** 34:16 49:4 50:13
  56:25 80:15,17 81:19
  118:14
**International** 1:7 5:4 10:1
  165:3
**interrupt** 8:4 62:14 110:8
**introduce** 5:14
**introduced** 14:7
**investigate** 37:15
**investigation** 58:10
**investor** 26:25 29:14 42:18
  44:1 53:7 76:8 79:20 80:2
  81:1 91:7 97:21 132:12
  137:8
**investors** 81:18 113:2,3,8,8
  117:10 119:4,5 149:24,25
  151:20
**invited** 14:4 54:25 61:7
**invoice** 32:23 114:8,11
  115:5,14,22 116:3,21
**invoices** 4:13 116:8,10
**involved** 49:16 74:3 150:19
**involvement** 60:1
**IP** 46:4 58:23,25
**island** 14:25 16:8 60:24
  138:2 154:1 155:18
**Israel** 112:8 138:4 140:22
  153:22,22
**issue** 34:7 45:18 59:17
  61:13 74:13
**issued** 138:15
**issues** 104:18 105:14
  138:19 153:11,11
**item** 103:4,5,6,25
**items** 100:10 102:24

**J**

**Jan** 98:13,13
**Janay** 14:8 50:10 89:15
  101:13 157:14
**January** 16:6 18:15 64:2,17
  64:19 86:14 119:22,22
  123:11,12 139:12 147:3
**Japan** 11:10,11
**Jessica** 150:22,25

**job** 1:25 12:22 13:4,8,19,20
  13:25 15:1,8 16:9 17:7
  18:3,21 19:25 23:10 27:14
  54:21 67:4,6,13 71:19
  104:25 138:19,23 139:14
  140:2 148:10,10 152:4
**jobs** 23:3
**Johnson** 2:7 5:16 8:8,17
  87:5 121:11
**joined** 18:14 23:11 35:19
  68:6 86:13
**July** 64:20
**Junction** 44:3
**June** 104:11 115:7
**justice** 159:23
**Justin** 14:22 26:14,21 30:7
  30:14,19,22 31:3,11,13,19
  31:23 32:2 33:8 34:23 35:5
  36:4 37:14 39:6 40:13,21
  40:24 41:4 45:2 66:17
  77:11 85:7,8,12,14 89:15
  96:12,21 97:2 99:4,7 144:7
  147:20

**K**

**K** 2:6
**keep** 54:2 66:25 92:7,24,25
  144:21
**keeping** 155:20
**Kelly** 1:19 3:2 5:13 162:11
  163:6,20
**kept** 49:5
**kickback** 80:6,9,10,13
**kickbacks** 32:9
**kids** 155:11
**kind** 9:15 11:12,23 12:12,25
  20:6 26:22 29:6 43:11 51:5
  56:3,15,20 58:4,11,25 59:9
  73:2 74:2,18 76:16 81:1,2
  81:6 83:14 84:3 98:2,3,3
  99:17 104:6 105:8 110:18
  141:23 142:20 152:8 155:2
  156:25 159:13 160:7
**knew** 12:18 33:23 49:7 77:2
  108:7
**know** 11:2 12:16 13:10,13
  13:14,18 16:25,25 17:16
  23:5,6,7,13,17,18 24:11,14
  24:25 25:5,7,23 26:7,10,11
  26:12,17,19 27:19 28:14
  29:2 30:14,18,23 31:1,15
  31:16 32:1,2,3,4,12,12,17
  33:10,11,11,13,18,18,19
  33:24,25 34:21 35:8,17,22
  35:24 36:5 37:7,10 38:13

  38:25 39:14,25 40:2,14,14
  40:25 41:12,25 42:2,13,14
  42:15 43:2,3,4,6,15,20,22
  43:23 44:10 45:15,24,25
  46:1,2,3,10,21,23 47:10,12
  48:12,19 49:2,3,7 50:11
  51:8,9,10,14,15,16 52:10
  52:16 53:6,7 54:12,22 55:3
  55:10,20 56:8,9 58:3,9,10
  58:11,13,25 59:3,4,6,23
  60:8,11,12,13,14,23 61:4,9
  61:10 63:24 65:12,25 66:2
  66:3,23 67:5,5,11,16,18
  69:2,5,5,18,21,23 70:1
  71:8,9,10,11,13,14,23
  72:12 73:6 74:8,24 76:23
  77:1 78:20 79:19 81:1,2
  82:5,9,11,11,16,24 83:7,16
  85:21 86:17 90:18,23
  92:11 93:18 99:3,25
  100:11,12 103:25 104:9,11
  104:12 105:6,8,13 106:17
  106:17,25 107:16 108:17
  108:18,18,19 109:15,17
  110:15,16,20,22 113:3
  116:7,9 123:15 128:11,13
  128:14 132:1,2 137:22
  138:2,3 139:24 140:2
  141:3,12,13,16,20,22
  142:4,11,20 143:3,15,16
  143:19,21,23 144:5,7,18
  144:23 145:1 147:10,19
  148:1,4,13,14,22,24
  149:18 150:4,13,14,14,16
  151:11,23,24,24,25 152:4
  152:19 153:12,12,15,17
  154:3,3,4,8,10,11,16 155:7
  155:10,15,20 157:16 158:1
  158:10 159:5,6,18,23,25
  160:1
**knowing** 32:19 83:2 85:10
**knowledge** 94:20 99:14
  136:21
**known** 10:1 97:20,22,22,23
  97:24 138:10 157:23
  159:13
**knows** 58:5 108:7
**KYC** 51:8 72:13

**L**

**labor** 19:3,7 27:20 137:25
**lack** 107:23,25
**laid** 111:19
**LANDY** 2:9
**language** 41:21 52:13

  150:18
**laptop** 138:13,15 144:12,15
  145:18,19,19
**large** 133:2,3
**law** 50:3,6,8 56:3 150:17
**lawful** 6:2
**laws** 24:3,20 71:21 155:13
**lawsuit** 9:24
**lawyer** 69:19,23 150:15
  151:8
**lay** 39:4
**layers** 155:3
**lead** 138:23
**leading** 16:12 17:24 61:23
  62:3 66:10 67:25 73:18
  78:4,9 82:20 83:18 89:4,7
  94:5 145:16 146:6
**leads** 15:11,13,15 48:20,24
  48:24 71:12
**learn** 11:5 18:4 19:12,20,25
  20:1,6 22:22 24:24 25:3,7
  28:19 29:9 44:4 48:17
  51:10,21 52:16 60:4 76:12
  76:15,24 86:16
**learned** 30:7 39:2 45:16
**learning** 21:24 22:6 25:2
  50:22
**leave** 109:24 138:2,9
**leaving** 146:20
**led** 137:20
**left** 138:4 141:2
**legal** 148:5,5
**let's** 22:11,11,12 46:8 47:16
  79:4 85:17 154:12
**letter** 137:18,21 141:19
**level** 13:11 27:21 57:21
  107:1 141:25 149:16,17
**leverage** 30:2
**liar** 86:19
**license** 84:2
**licensed** 16:19
**lie** 41:11
**lied** 86:5
**life** 12:11 60:24 61:3 67:13
  86:16
**light** 108:23
**limit** 22:12
**limitation** 130:21
**Limited** 10:1,2 116:10
**line** 49:25 76:14 128:23,25
  129:3 130:1,3 131:3,16
  135:1,19 136:7,10,12
  151:2 165:4
**lines** 26:22 129:23 136:1
**link** 74:2

**linked** 47:14
**list** 4:16 18:16 37:16 53:3
  133:15 134:15 153:7
**listed** 117:13
**listen** 8:5
**listing** 136:2
**lists** 26:7
**literally** 55:11
**little** 21:1 66:1,3 102:12
  120:3,6 125:2
**live** 143:17
**lived** 12:17
**living** 155:18
**LLP** 2:9,16
**lobby** 10:21
**located** 5:11 49:14 72:8 73:2
  128:7 140:20
**location** 21:19 136:3
**locations** 128:19
**long** 20:11 24:16 25:8 119:7
  148:14
**long-term** 20:4
**longer** 49:23 92:2 116:18
**look** 6:23 13:19 28:8 41:5
  43:10 50:16 55:6 59:1
  74:16 84:25 96:3 109:17
  120:3 122:23 124:1 127:8
  130:11 133:6 140:1 152:15
**looked** 28:7 56:21 83:1,2
  104:6 108:15 133:2 136:10
**looking** 13:10,20 25:18
  27:16 28:14 51:14 67:6
  120:11 128:17 139:23
  153:12,14
**looks** 116:12 127:13
**lose** 67:4 148:10
**losing** 106:18 152:4
**lot** 14:11 15:11 17:1 18:13
  19:13,16 22:3,16,18,20
  23:12 24:8,9 27:25 40:3
  41:1,23 46:12 48:11 51:9
  54:17 65:3 72:25 83:11
  104:18 105:14 136:18,18
  136:19 144:1 155:12
**Lots** 152:17
**loud** 88:9 92:14
**low** 143:10,12,12
**lower** 158:5
**loyal** 149:15 152:3
**loyalty** 60:17 142:19 148:12
**lying** 86:16 147:23

**— M —**

**M** 5:17 8:4,12 16:12 17:14
  17:24 19:1 21:9 24:21 45:4

45:9 48:6 53:4 61:20,23
  62:3 63:7 65:2 66:10 67:25
  68:12,24 73:18 77:6,24
  78:3,8,17 82:18,20 83:18
  84:23 87:2,6,10,12,15,17
  87:19,21 94:5 99:11
  108:13 113:6 114:10
  116:11 119:20 120:22
  123:20 124:18,22 125:20
  131:4,9,12 139:7 140:25
  145:16 146:6,14,22 154:25
  156:17 157:2,11 160:17,25
**Madam** 44:16
**Madison** 2:10
**Mailing** 117:17
**maintaining** 66:2
**major** 58:3 59:17 61:12
  66:21
**majority** 19:14 34:16 47:19
  49:7 54:11,12 63:14,17,18
  64:5,18,20 83:4 129:17
  134:19 137:13
**making** 87:22 105:2 108:6
  112:22
**man** 35:21
**manage** 15:25
**manager** 18:9,23,25 19:4,8
  23:9 25:21 27:7,12,19
  46:14 50:22 75:20
**managing** 15:24 16:2 48:12
  83:8 90:8
**manipulate** 69:25
**marathon** 44:11
**March** 1:17 5:8 34:6 37:23
  37:25 47:22 48:3 55:13,16
  55:17 61:18,25 62:17,22
  62:24 64:6,18,19,23 75:21
  78:18,21 85:6,13 86:14
  89:13 94:4 96:9,12 109:14
  112:11 115:25 116:22
  122:18 126:21 133:25
  137:24,24 147:16 148:16
  162:9 163:18 164:9 165:2
**mark** 92:1 100:13 103:7
  125:13
**marked** 6:17,20 7:1 36:10
  36:13 75:8,10 84:14,17
  87:25 88:2,13 95:22,24
  96:5 100:19,22 101:17,20
  109:3,5 113:20,23 116:24
  117:2,6 121:2,5,9,17 122:5
  125:16,18 126:3 137:16
  132:18,20 155:23 156:2
**marketing** 17:18,19 19:22
  20:18 38:9,22,25 40:23

50:10 85:18 86:5 101:13
  157:9 158:2,24 159:2
  160:3
**massive** 157:16 158:19
**master** 86:17
**match** 83:22
**matching** 72:11 84:1
**materials** 102:17
**math** 129:16
**matter** 5:3 9:15 14:20 104:5
**matters** 34:14
**Matthew** 2:12 5:17
**McKESSEY** 2:18 5:20,20
  6:14
**McKessey's** 151:9
**mean** 8:15 10:6,21 12:18
  27:18 29:1,12 31:15 42:24
  45:7 47:13 50:18 51:7 53:5
  57:1 61:11 62:13 70:20
  73:5,7 77:20 80:10 84:7
  86:23 88:6 98:23 104:7,8
  105:17 106:12 122:14
  124:6 125:4 127:3,13
  130:13 132:6,10 135:9
  136:10 142:5,6 159:15,17
**meaning** 35:7 69:19 82:5
  83:21 92:21 94:8 98:25
  106:15 111:2 134:7
**means** 26:10,12 29:2 77:9
  130:14
**meant** 81:21 122:13
**measures** 94:7
**medication** 7:25 9:6
**meet** 10:18 12:8 14:5,9
  29:20 139:23
**meeting** 12:7,14,22 23:15
  23:19 49:20 50:2 100:6,9
  102:5,8,21 103:19,23
  104:4,4 107:4,6,17 108:6
  108:10 150:7,8 157:13
**meetings** 10:24 12:13 21:3
  23:14 83:13 84:10 100:4
  102:10,17,25 103:16
**Mendez** 128:24
**mention** 39:7 44:9 59:20,20
  59:21 73:8 79:16 94:22
  137:4
**mentioned** 11:20 18:21,22
  20:8 22:18 27:4,8,13 28:6
  28:17 40:16,25 41:20
  49:10 52:12 57:15 58:9
  64:16 76:13 130:9 137:9
  151:2 153:7
**mentioning** 57:9 76:17 91:9
**mentions** 39:21

**mentor** 22:21
**merchant** 153:11,14
**message** 36:4 58:2 59:16
  61:12 110:11 141:3 147:12
**messaged** 154:7
**messages** 4:12 14:19 61:11
  109:15,17 110:3 111:1,5
  111:12
**met** 11:10 12:2 38:15 60:7
  60:11 61:1 139:17
**Mexico** 61:7
**mford@fordobrien.com**
  2:11
**Miami** 1:17 2:4 5:6,7 59:21
  128:15,21,22 147:7,9
  150:23 151:1,13
**Michael** 25:20 26:3,13,13
  27:4,6,12 28:20 30:6 33:8
  34:23 37:14 75:19,22,24
  77:11 78:22 88:19 91:19
  92:17 93:18 96:10,12,21
  99:3,7 142:17
**Michael's** 27:5,11
**mid-April** 137:19
**mid-year** 58:1
**middle** 117:23 122:6 123:23
**Miguel** 4:14 117:14
**Mike** 142:17
**million** 159:18,19,21,22
**mind** 57:21 151:23 155:5
**minds** 12:13 23:14
**minimal** 24:10,12
**minimize** 67:16
**minimum** 133:18
**MintBroker** 1:7 5:4 10:1,7
  165:3
**minus** 138:6
**minutes** 44:16 70:17,23
  154:16
**missed** 143:24
**missing** 35:4,4 143:7 144:9
  144:11
**mistaken** 150:24
**MLRO** 101:12
**Mojo** 26:25 44:2 76:9 91:8,8
  97:23 98:9
**moment** 6:23 8:18 18:19
  36:16 75:7,13 84:20 86:25
  88:5 96:2 101:23 109:8
  121:14 133:6
**money** 51:11 144:1,22
  145:20 146:3 151:16 152:8
**monies** 90:11 105:1 155:20
**monitor** 5:9
**month** 18:11 19:12,19 21:23

22:1,2,6,8,9,15,15 39:7
81:24 82:3 85:15,18 93:19
98:8,9 113:15 114:23
121:1 124:12 157:10 158:1
159:2,12
**monthly** 82:13 92:8 114:17
119:11 157:18 158:16,20
158:23
**months** 15:17 22:12 23:21
25:13 41:25 54:23 85:17
115:10
**Moore** 88:19 89:11,12 90:18
90:23 93:15,22
**Moore's** 91:17
**morning** 5:15 6:7,9 10:9
141:19
**mouse** 144:23
**move** 32:6 66:4 108:25
109:25 123:24 127:22
132:14 137:15
**moved** 65:12 105:1
**moving** 42:14 53:24 77:23
78:13 79:1 94:7,9 155:15
**multiple** 11:12 26:16 43:23
54:14 65:4 66:17 91:6
102:24 104:1 111:19 159:2
**mutual** 11:7
**mystery** 35:21

**N**

**N** 4:1
**name** 5:9 6:8,9,13 11:6,8
27:5,5,6,9,9,10 36:3,5 60:9
72:12 76:2 84:1,2 98:12,13
117:13 121:23 126:7
127:24 128:1 133:16 137:4
153:1 159:25
**named** 6:1 11:3 27:8
**names** 26:17 32:18 94:22
97:19,20 114:5 127:17
128:1
**Nancy** 150:24
**Nassau** 114:14
**Nate** 80:2 97:22
**Nate's** 76:8 81:17
**nature** 73:3,24 84:3 90:10
143:2
**need** 32:6 44:12 59:4 92:9
100:1 108:16 142:13
149:13,14,16,20 151:6,6
154:1
**needed** 14:25 21:3 51:3
76:23 105:4
**needs** 28:3
**negative** 73:25 119:7

**negotiate** 158:15
**negotiating** 13:14 25:25
31:4
**negotiation** 158:10
**negotiations** 152:18
**nerve-racking** 58:6
**never** 8:11 32:3 35:16,20
38:15 58:3 63:9,11,13
71:22,23 92:4 103:18
110:21 142:15 155:9
157:12
**new** 2:10,17 12:15 14:23
20:6 29:9 49:13 59:21 76:6
76:23 78:13 91:10,11 95:5
104:7 110:6 114:12 117:9
139:22 142:5 147:6,8
150:5,23 151:13 152:18
158:11
**newbies** 29:8 74:25
**news** 141:21
**nice** 57:7
**Nicholas** 112:16,22
**night** 55:1
**nighttime** 112:3
**NIGRO** 1:9
**noise** 54:3
**non-existing** 92:6
**non-pro** 119:12
**non-U.S** 38:11 40:6 41:19
71:16 76:19 91:11 92:6,22
98:14
**north** 5:11 64:21 114:12
**Notary** 1:19 162:12
**note** 77:22 78:12 125:24
**notes** 98:5 163:11
**notice** 1:15 6:1 87:14 91:6
138:24 140:18,21 146:18
**notifications** 138:19
**notify** 79:18
**noting** 99:1
**November** 14:17 46:3,6
58:15 100:17 115:17
**number** 5:4 35:3 47:16
56:19 98:9 107:2,6 108:11
109:18,22,24,25,25 112:20
112:20 113:9 115:5,14,22
122:24 126:7,7,9,15
127:24 128:1,2,2,13,20,23
128:25 129:9 130:2,3,5
131:2,19,22 133:16 135:3
139:3 142:23 151:4 156:7
157:16 159:13,15
**numbers** 47:2 65:8,23,23
87:2,4 104:24 109:23
113:12 118:17,18 126:10

128:8,10 129:13,15 130:24
134:23 136:7,9,20 156:6
**numerous** 38:1 46:25
**NY** 2:10,17
**Nyack** 114:12

**O**

**O'BRIEN** 2:9
**O-N-O** 56:20
**O-N-U-S** 56:20
**oath** 6:3 162:1 164:13
**obeying** 71:20
**objecting** 125:20
**objection** 8:7,14 16:12
17:14,24 19:1 21:9 24:21
45:4,9 48:6 53:4 61:20,23
62:3 63:7 64:9 65:2 66:10
67:25 68:24 73:18 77:6,24
78:17 82:18 83:18 94:5
99:11 108:13 113:6 114:10
116:11 119:20 120:4,22
123:20 124:18,22 131:10
139:7 140:25 145:16 146:6
146:14,22 149:4 154:25
156:17,17 157:2,3,11
**objections** 78:8
**obtained** 16:24 25:15
**obviously** 24:25 29:3 67:6
104:10
**occur** 14:16 34:3
**occurring** 13:22 48:9 103:22
**October** 14:17 46:3,6 58:14
100:17
**offer** 14:20,21 24:2 47:3
164:12
**offered** 152:8
**offering** 16:16 76:18 91:4
**offguard** 100:8
**office** 5:6 14:8,22 19:15 20:9
20:11,15,15,16,19,21,21
20:22,24,24 21:2,5,6,6,8
21:13,19 23:4 35:18 46:15
49:1 59:21 80:24 119:3
123:4 141:11 147:7,7,9
150:6,23,24 151:1,13,13
153:25
**officer** 50:3 52:11 54:22
83:23 84:11 101:11,12,13
101:14
**official** 55:3 162:8
**officially** 16:3 54:24,25
137:18
**offshore** 24:9
**oh** 62:11 87:11 125:24
132:25 156:6

**okay** 5:2 6:13,24 7:3,22 9:15
10:5,13,22,24 11:2,5 13:7
14:2 15:5 18:19 20:11
25:17 27:2,13 33:9 36:19
36:21 37:2,4,7,19 38:2,6
38:17,22,25 39:4 41:16
42:20,24 44:19 45:1,12
46:8 48:9 49:16 53:2,24,25
57:3 59:24 62:17 63:1,11
63:22 71:3 72:23 75:18,25
78:2,8 79:4 82:1 84:25
85:3,5,23 87:6,15,16,21,21
87:24 88:6,11,16 89:3,10
89:16,25 90:12,16,20,21
90:22 91:14 92:12 93:15
95:7 96:2,4,8 97:8,12,25
98:5 101:4,15 102:4,7
103:5,12 106:4,11,12
109:9,12 110:10 111:14
113:18 115:2 116:1,25
118:5 119:2 121:2,10,16
122:22 123:13 124:1,4,25
125:15 126:15 128:22
129:5 130:1,5,8 131:11,14
131:18,21 132:14 133:12
133:14 134:17,25 135:6,9
136:9 137:15 139:10 151:5
152:25 156:12,24 160:7,17
161:4
**old** 59:22,24,25 145:2
152:18 153:2 158:11
**onboard** 113:16
**onboarding** 22:6 71:10
**once** 29:16,18 52:3 55:20
81:10
**one-by-one** 103:25
**ones** 34:16 53:25 60:24 68:7
69:4 152:18,18 158:11,11
**ongoing** 151:21
**online** 52:2 151:7,8
**onus** 56:13,15,20,22 130:9
130:12 132:7
**onward** 14:3
**onwards** 78:18
**open** 18:11,18 47:4 60:14,15
71:18 74:18 82:11 98:12
126:13 128:4 150:11 153:8
**opened** 21:20 32:16 33:3
74:19 119:19 132:12
**opening** 12:11 57:22 76:6
78:13 90:4 120:1,2,5
**operating** 101:12
**operation** 54:22
**operations** 14:6 55:4 148:4
**opportunity** 12:22 13:4,8,25

15:1
**option** 52:24,25
**options** 47:6
**oral** 138:18
**orchestrating** 41:8
**order** 87:6
**orders** 99:25 108:20
**org** 99:23 100:25
**organically** 16:18 22:16 24:23
**organization** 99:23
**organizational** 4:11 103:10
**original** 72:11
**outlined** 97:16 99:23
**outlining** 96:24
**outs** 20:1
**outshine** 86:17
**outside** 37:17 55:12 141:10
**overall** 83:14
**oversee** 27:24
**overseeing** 59:9
**owe** 144:6
**owned** 155:8
**owner** 74:18
**ownership** 154:9

**P**

**P&L** 119:10
**p.m** 1:18 112:2,9 161:5
**package** 143:6 145:20
**page** 4:2,6 36:25 52:6 89:4,4 89:5,6,7,8,10 90:16 91:15 93:13 94:3 97:13 111:21 114:16,24 115:2,3,6,11,18 117:12,19,20,20,23 118:20 120:10,14 122:4,6,19,20 122:21,23 123:18,23 127:11 128:18 131:1 156:5 156:7,7,12 165:4
**pages** 115:13,20 116:5 118:21,25
**paid** 32:24 33:2,5 35:22 39:7 46:23 67:10 86:18 98:8 143:5,8 148:9
**painting** 33:25 43:6
**Palm** 112:18
**paperwork** 14:25 31:7
**parallel** 20:15
**parameters** 127:7
**Pardon** 8:18
**Park** 122:2
**part** 15:24 23:15,19,20 25:2 27:13 40:15 63:24 72:12 77:12 93:6 107:12 114:4 148:8 149:12 152:18

159:10
**particular** 12:12 22:14 89:1 95:3 104:2 113:12 127:6 130:17 135:12,16
**parties** 3:8 91:3 99:6 163:14
**parties'** 163:15
**party** 74:14
**pass** 97:1,2
**passing** 15:14,14
**password** 59:13
**path** 155:14
**pattern** 29:13,18,19
**pause** 18:19
**pay** 37:15 67:5 81:12,13,22 85:14 119:9 130:15 135:10 152:6 153:18 157:18 158:14 159:14,21,23
**paying** 41:2 81:3,5 99:4 148:10
**payment** 33:3 98:5 141:23 142:2 146:4 158:19
**payments** 33:5 98:4 143:7
**pays** 81:15
**PDF** 96:15,23 97:16
**PDT** 29:11,12,13 30:2
**peace** 66:25
**peak** 65:25
**peaks** 65:13
**penalty** 164:5
**Penalver** 4:14 117:14,15
**pending** 73:10
**people** 14:7 16:1 22:10 23:2 23:6 26:16 27:23 33:13 42:2 43:21 47:18 53:23 54:4,20 66:14,16 67:2 68:18 69:6,13 72:9 73:14 82:13 86:23 88:18 90:4 99:14 104:13 142:8,11 154:5
**percent** 46:18 64:5,21 134:21
**percentage** 61:15 64:3,7,13 129:7 134:14
**perfect** 84:23
**performance** 138:19,23 139:14,25 140:6,14
**period** 13:1 63:20,23 77:15 78:15 112:14 119:25 139:23
**perjury** 164:5
**permission** 138:3
**permit** 19:8 137:23
**person** 12:2 28:5 29:23 35:8 35:11,12,13 37:16 41:22 42:5 50:11 58:5 81:3 98:1

111:16 118:10 123:14 130:25 150:25 151:10
**personal** 31:7 61:3 149:16
**personally** 12:8 138:14 162:6
**persons** 41:19
**PF** 98:9
**PFS21461** 135:4,17
**phases** 106:22
**Phillip** 142:18
**Phillips** 2:16 5:21
**phone** 2:22 8:9,10,14 35:3,4 38:16 47:2 109:18,22 111:4,7,9 126:10 128:2,8 128:10 129:9 130:23 131:22 141:20 151:4
**phrase** 45:12 70:15
**physical** 132:23
**physically** 35:18
**picture** 11:23 58:16
**pitch** 32:19
**place** 12:14 16:19,20 17:3 29:15,16 57:6 81:22 88:22 103:20 151:22 159:8
**placed** 82:12 133:20
**places** 67:20 106:18 155:21
**placing** 113:2
**Plaintiff** 1:15 2:2 4:5
**Plaintiff's** 4:7 6:21 7:1 36:14 75:11 82:15 84:15,18 86:6 88:3,14 95:25 96:6 98:16 99:10 100:23 101:21 102:1 102:2,20 103:2 107:3,18 109:6 113:24 114:1 117:3 121:6,18 125:19 127:16 132:21 156:3
**plan** 17:12 92:10
**planned** 18:11
**Plano** 117:18
**plans** 17:9,16,19 19:17 20:4 20:4 106:16 159:7
**plaster** 33:24 43:5 45:21 58:15
**platform** 28:21 58:20,22 74:17
**platforms** 16:16
**play** 56:21
**please** 5:22 6:7 8:19 31:24 36:16 56:18 75:13 77:22 78:12 84:20 88:5 96:2 97:1 101:23 109:8 110:10 117:21 121:14
**pleased** 67:20
**plus** 85:15 112:15,19,21 138:6 144:23

**point** 7:15 21:18 44:14 61:17,25 66:12 74:6 107:2 107:6 108:11 117:22 148:20 150:10,12 156:20
**points** 91:24 92:11 156:13 156:15
**policy** 41:18 91:21
**pool** 127:5
**pop-up** 59:4
**position** 11:25 15:3,18,20 18:7 23:9 25:3,4 54:23
**positions** 15:16
**positive** 119:7
**possibilities** 153:16
**possibility** 84:12
**potential** 13:25 51:5,25 63:2 72:4 83:25 107:10
**power** 16:1 30:3 74:8 105:3
**powers** 70:1 155:11
**preceding** 115:13,21
**prepare** 48:14
**prepared** 26:23
**presence** 21:2 35:18
**present** 2:20 6:15 35:18 107:17 123:10,17
**presented** 98:21,24
**president** 101:10
**pressure** 69:21
**presume** 112:3
**pretty** 16:2 22:20 23:16,17 24:10 38:7 45:15 59:10 66:5 72:12 74:17 80:25 144:5 147:11 152:20
**previous** 41:20 136:15
**previously** 116:23 121:9
**Price** 1:19 3:2 5:13 162:11 163:6,20
**pricing** 153:18
**principal** 112:19,23
**printout** 119:18 127:7
**prior** 10:9 16:9 17:7,8 57:13 103:16 138:19,23 139:19 142:7
**privacy** 21:3,4
**pro** 119:11
**probably** 8:16 34:18 35:12 35:15 38:8,19 39:14 51:7 59:12 68:9 73:8 80:23 81:20 128:4 132:7 138:6 147:16 150:11,15 155:5,17
**problem** 45:18,19 54:3 57:19,19 58:3,12 59:17,19 59:22,22,25,25 63:8 154:13
**problems** 54:21 58:9

proceedings 5:1
process 37:13 48:10,12
 49:11,17,23 51:8 52:7,8
 57:18,18 59:7,15 62:5,9,12
 70:19 72:13,15,17 80:15
 117:9 120:20 142:3,5
 143:14,23 147:14
processed 62:20 80:17
 81:19
processes 66:23 72:6
 148:18 150:16
productive 27:24 49:19
productivities 157:21
productivity 25:24 45:21
 152:17
professional 149:17
professionally 141:16
Profit 91:8
profitable 74:21 75:1,4
program 26:16 32:9 38:21
 40:11 41:12 57:6 86:4,5
 89:2 92:2,3 95:6 96:22
 135:24 136:17
programmers 58:18
programs 30:11,12 31:20
 37:18 43:15 47:13 56:1
 85:10
project 59:9
projects 18:1,13 23:13
 100:1
promised 91:23 92:8 152:11
promo 126:10 128:3 129:21
 129:24 130:6,12,17 132:3
promotion 78:13
promotional 76:5,18 114:17
 132:11,12
promotions 77:15,23 78:11
 78:15,20 79:1 82:15
proof 147:20
properly 141:16
propose 85:18
pros 73:3
protect 43:11 148:13 149:13
 152:2
protecting 59:1 155:13
protection 155:7
protocol 71:22
prove 83:3 85:8 86:1
provide 34:24 50:4 51:6
 81:9,11 103:5 113:11
 116:19 117:15 151:4
provided 30:20 46:17 83:22
 99:8 112:8 118:8 121:25
 157:8 160:1
providing 26:14 35:7 49:25

83:25 116:13 152:12
Public 1:19 162:12
publications 39:8
pull 46:16
pulled 56:10 63:15 127:1,3
pump 60:1,4 73:9 74:3
purchase 144:14
purchased 135:11
purely 149:6
purpose 52:16 76:4
purposely 143:15
purposes 36:22
pursuant 1:15
push 13:11 27:21 28:3 57:21
pushed 102:11 149:11
pushing 13:12 28:2
put 18:13 25:23 26:23 27:20
 28:10 31:17 32:3 33:24,25
 43:4,5 45:20,21 58:15
 67:17,18,19 68:17,19 69:8
 69:9,14,16,21 80:18,20
 81:10 101:15 129:11,11,14
 148:23 158:15
putting 59:1 106:15,17
 107:11 131:9 158:4
puzzle 35:15

## Q

Q1 126:20
Q3 21:21
Q4 21:22
qualify 92:3
quantities 123:9
quarter 11:16 12:5 147:15
question 7:15,22,23 17:11
 25:1,2,5 61:22 79:3 94:1
 100:13 103:7 115:19
 136:23 146:16
questions 7:10,11,12 8:1
 9:8,11 14:10 16:23 24:22
 25:3 51:18 160:15
quick 110:12
quickly 66:16
quite 26:18 27:1 42:3 55:11
 68:7 136:19 155:17
quotes 70:14,16,23 71:5

## R

R 2:13
radio 4:13 26:25 29:5 37:5,8
 37:11,20,22 38:20 39:1,8
 40:24 42:21 44:2 68:22
 86:8 97:22 98:7 114:12
 116:7,9
raised 104:18

random 69:13
randomly 41:7
range 65:11
ranges 51:16,17
rapport 104:13
rate 114:17 134:21 136:22
 136:25
re-notice 4:7 7:3
reach 18:17 140:23 144:1
 147:10,13 149:1,20 151:15
 158:17
reached 65:13,25 129:6
 137:1 141:1 150:2 151:12
 153:24
reaching 25:9 152:6
reaction 45:19 57:19
read 7:18 34:17 40:8 41:21
 88:6,9 90:17,20 92:14
 104:3 126:1 127:19 164:5
 164:7
reading 3:9 96:18 134:13
ready 44:6
reality 78:24 148:2
realize 61:18 62:1 125:23
realized 29:3
really 13:18 15:4,6,9,14 17:3
 18:7 23:10 25:1,9 28:2
 35:20 39:25 46:14 59:8
 60:16 68:8 69:10 74:7 75:1
 86:15,17 104:12 108:4
 129:9,12 142:19,21 143:18
 143:20 145:5 148:17 151:3
 151:5 157:4
reason 9:10 24:1 33:19 57:5
 90:17 135:12 136:13 165:5
 165:6,8,9,11,12,14,15,17
 165:18,20,21,23
reasons 140:13
rebate 32:11 57:2,4,5 80:11
 81:23 82:5,6 89:2 95:6
 130:15
rebated 92:9 93:20
rebates 33:1,6 46:24 47:8
 53:23 54:5,7 56:2 57:7
 79:23 88:24 91:5,12 92:23
 93:3,5,5 94:12 137:6
recall 12:24 13:3 27:6,10
 34:17 36:4 37:2 38:15
 41:22 42:4 52:15,21 53:2
 68:25 69:1 70:9,16 75:16
 76:24 86:24 87:21 103:22
 126:19 134:17
receive 80:1 81:16 82:4
 83:15 93:8 95:1 130:17
 137:3,5 138:18 139:1,4,10

140:17 141:23,25 142:2
 145:17
received 11:18 35:2 41:17
 46:25 47:15 53:23 65:3
 77:11 94:19 97:10 98:15
 99:3,6 135:13 136:16,22
 136:24 137:14,18 139:8,13
 140:20,23 146:18 149:8
 150:5,21 153:2
receiving 26:7 30:2 53:17
 54:5,7 56:13 57:4,7,25
 79:23 80:12 85:24 91:12
 92:23 94:11 135:23 138:24
recognize 88:11 96:5 102:2
 109:10 114:1,5 117:5
 118:24 121:17 126:2
 133:10,12
recollection 156:24
recommended 11:24
record 6:8 8:19,22 9:2 44:21
 44:24 70:11 87:17 95:15
 95:18 125:7,10,20 126:15
 131:4,10,13 160:10,13,19
 163:10
records 145:14
reduce 41:2 106:25
refer 10:5 14:13 100:11
 112:24 113:3
reference 39:9 80:16 118:15
 127:25 130:2
referenced 86:6
references 38:22
referencing 106:13
referral 91:25 98:14
referrals 91:22
referred 68:22 92:7 100:25
 102:4 119:15 158:22
referred-to 6:19 36:12 75:9
 84:16 88:1 95:23 100:21
 101:19 109:4 113:22 117:1
 121:4 125:17 132:19 156:1
referring 10:7 39:11 53:11
 59:24 70:17,18 71:25
 75:23 85:12 98:11 100:15
 101:2 102:5 111:25 118:5
 135:17 137:7 138:12
 144:15 157:8
refers 103:20 112:11,15
reflect 91:10 98:6 118:12
 119:18,24 120:16 122:11
 123:6,13
reflects 101:6
refresh 156:24
refuse 69:17
regarding 10:10 107:6

111:11 117:16 118:8
134:14 135:20 140:6
145:18 146:19
**regardless** 25:6 49:13 143:6
**regards** 11:22 98:20 149:17
**Regional** 5:6
**registered** 23:25 91:11
**regularly** 113:11
**regulated** 23:23
**regulations** 24:8
**regulator** 29:20 55:2
**regulators** 24:6
**rejected** 83:16,20
**relate** 36:1 79:22
**related** 72:21 73:16 83:24
84:5,7 88:8 99:9 123:18
144:24
**relating** 71:6 72:24
**relationship** 32:21 60:19
61:3 142:16,18 148:11
154:24
**relationships** 26:24 30:16
60:16
**relative** 97:4 114:21 115:8
120:25 124:9 163:13,14
**relevant** 51:3
**relocation** 14:12
**remember** 8:1 9:8 11:14
25:1 27:9 36:2,3,18,19
42:7,10 55:8 57:25 58:14
70:22 72:18 74:10,16
75:25 85:3 86:22 94:8
104:16 105:6 114:3 118:2
134:13
**remind** 103:7
**reminder** 41:17 43:10,12
**remove** 69:11,12,16 74:1,5
74:7,9 92:23
**removed** 92:1
**removing** 93:20
**repeat** 7:17 61:21 79:3
146:15
**replied** 41:3 85:21 110:12
150:6
**replies** 43:20
**reply** 38:7 42:5
**report** 15:19 22:21 56:9
57:12,13 65:5 100:14
103:9 108:8,19 129:5
134:5 152:7,7 163:7
**REPORTED** 3:1
**reporter** 5:13,22 6:20 7:10
7:18 36:13 44:17 75:3,10
84:17 88:2 95:24 100:22
101:20 109:5 112:5 113:23

117:2 121:5 125:18 132:20
156:2 160:20,23 161:2
163:1
**Reporters** 5:11
**reports** 46:16,16 49:2 63:15
65:19,19,20 83:2 113:12
**representation** 131:7
**representatives** 48:16
**represented** 6:11
**reps** 98:3
**reputations** 155:19
**request** 50:4 51:7 79:18
83:14
**requested** 34:22 50:2,6
58:21,23 69:16 74:4 76:25
83:12 153:23 163:9
**requesting** 47:8 93:18
**requests** 47:4 62:6
**requirement** 29:22
**requirements** 29:21
**reside** 112:17
**resident** 124:14
**resignations** 142:7
**resigned** 27:12
**resolution@suretrader**
54:17
**respect** 17:10 23:8 63:2
67:23 68:21 81:17 94:17
134:1 146:12,20 157:6
**respective** 3:8
**respond** 44:14 91:17 154:4
**responded** 42:12,25 91:18
91:19 93:12
**responding** 93:15,17
**response** 41:16 42:8,13
92:13,15,16,19 110:25
**responsible** 17:23 49:12
90:4 107:13 144:14
**restrictions** 30:1
**restroom** 44:12
**restructure** 155:12
**results** 158:17
**returns** 32:20
**revenge** 149:2
**revenue** 50:15 57:22 65:7
74:20 112:21
**revenues** 152:19 157:22
**review** 36:16 73:5,25 75:13
84:20 88:5,10 101:23
109:8 121:15 133:9,10
134:18 135:19 163:9
**reviewed** 38:3 41:14 68:23
129:6
**reviewing** 49:12 72:7 134:12
134:13

**reviews** 68:7,18,19 69:14
**rich** 143:23
**Richlender** 97:23
**ridiculous** 144:25
**right** 7:8 9:4,23 10:3,20 11:2
13:2 18:3 21:12 28:4,6,17
34:7 36:7 37:21 41:13
47:21 49:5,10 50:16 52:12
53:23 57:9 61:17 64:2
70:20 71:23 81:17 86:25
87:9,24 91:10 93:12,22
95:12,20 96:20 98:15
100:18 103:24 107:2 110:2
111:22 114:4 122:23
125:23 126:18,22 128:20
132:14,17 140:16 154:14
156:11 160:6
**right-hand** 118:18
**Rigodon** 4:15 121:24
**risk** 67:19 106:15,18
**risk-reward** 148:23
**risky** 67:19
**Ritchie** 14:22 34:23 40:21
85:7,8,23 86:9,21 96:13
144:8
**rodeo** 105:9,11,17,21,22,22
106:3,3,6,13,13
**room** 6:15 35:6 91:8 114:16
**rough** 160:25 161:3
**rule** 30:2 45:18
**rules** 7:9,21 9:5 16:20 23:25
29:11 45:23 71:21
**run** 17:25 127:6 134:5
143:16
**running** 73:8
**runs** 11:11 108:18 148:4
**rush** 139:21
**Russ** 110:5,8,9
**Russian** 58:17

**S**

**safe** 73:4 155:20
**SAG** 157:7
**salary** 14:20
**sales** 15:10,16,17,24 17:17
18:9,10,23,24 19:4,8 20:17
21:20 23:9 27:19 46:14
48:13,15,16,18 50:22
**sales@suretrader** 54:17
**SASL** 156:21
**sat** 14:7 19:19,20,21,22
48:22 49:19
**save** 132:5 164:9
**saved** 158:8
**saw** 14:5 40:3 53:13 55:5,5

55:21 56:10 58:8 65:19
66:13 82:25 129:15 141:19
149:8,21 151:8 155:9
**saying** 7:14 33:16 35:11
38:8,12 53:6 56:23 62:8
85:14 106:20
**says** 38:3 50:3 77:22 78:12
91:20 108:9 110:15 111:22
112:2 114:14 117:24 122:8
127:22 129:21 132:5 134:1
135:7 142:10 156:13,21
157:6,7
**scenario** 18:6
**schedule** 150:7,8
**scheme** 60:1,4
**school** 33:6
**schools** 29:4,7 30:12 33:4
34:20,23 47:8 76:20,20
80:7 91:6 94:22 97:18
110:9 137:3
**screenshots** 112:7
**screw** 41:11
**scroll** 127:11 131:1
**SDR** 48:15
**seal** 162:8
**Sean** 2:18 5:20 6:14 151:9
**search** 127:6 151:10
**season** 138:5
**seating** 20:12 21:16
**SEC** 5:3,6,16 9:24 58:10
59:18,20 61:13 73:9 74:2
146:23 147:6,8,13 149:1
149:20 150:2,11 151:1,7,8
151:12 152:6,8,11 165:3
**SEC-FL-03848-E-0052891**
36:23
**SEC-SECPST-E-0010703....**
126:16
**second** 20:24 21:19 58:13
156:20 159:10
**secret** 49:4,5
**section** 100:5
**Securities** 1:4,8 2:3 10:2,7
114:13 116:10 138:14
**see** 22:25 23:1 26:1 31:1
36:24 38:3,22 39:9 47:18
47:24 48:4,9,11,11,20,23
49:3,4 50:6,24 53:14 60:10
65:19 66:4,23 68:21 72:23
77:1,22,25 81:6 83:23 89:5
89:10 91:19 92:8 93:12
109:18 111:22 114:3 115:4
117:24 119:5 120:14 122:8
122:19 123:23 126:14
127:8,10,12,17,21 128:5

128:18,22 129:10,12,17,23
130:3,23 131:16,18,21
132:3 133:10 134:9,22
135:2,6 136:6 138:4 141:7
148:1,7,8,21,24 150:12
156:5,9,13,20 157:6,12
158:12,17
**seeing** 57:13 66:14 120:7
**seeking** 29:9
**seen** 48:10 50:19,20,20,22
51:4 59:3 62:5 83:5,6
142:6 154:18
**send** 33:11,16 34:21 36:7
37:7,10,21,24 40:18 41:7
42:20 58:2 61:12 76:10,21
79:14,14 90:25 92:5 111:3
143:23 145:6 146:2 147:12
150:10,17 153:4 154:2,16
**sending** 37:2 42:8 47:23
69:4 90:18 96:21 99:25
100:1 116:7 143:9
**senior** 18:9,23,24 19:4,8
23:9 25:21
**sense** 26:6 159:24
**sent** 26:14 34:9,11,11,19
41:17 42:21,22 47:22
59:16 62:18,25 64:6,22
74:10,11 77:11,11 86:10
86:21 91:2 92:12 93:22
96:9 110:19,23 114:22
115:8 120:25 124:9,14
130:25
**sentence** 40:4
**separating** 146:12
**separation** 141:12
**September** 100:17
**series** 7:10 36:19
**service** 11:11 83:11 156:21
157:7 159:11,22
**services** 24:2 47:3 116:13
116:17 153:11,14,15 157:9
160:2
**set** 18:22 127:6 132:17
134:6
**severance** 141:23 142:25
143:6 145:20 146:3,11,19
**severe** 54:8 74:14
**severity** 58:4
**Shalev** 11:7,9,15,19,20
**Shalev's** 12:22
**share** 17:3 61:10,11 76:5
77:2 83:11,13 133:18
134:22,23 135:6 136:6
**shared** 17:1,7 26:17 39:6
61:9 76:25 155:9 159:20

**shareholder** 103:8
**shares** 80:4,5,8 119:6
135:11 136:18
**Sheet** 164:11 165:1
**shell** 155:6
**shock** 141:4,6 148:21,25
**shopping** 106:9
**short** 119:7 139:23 160:7
**short-term** 20:4
**shorter** 50:9
**shortly** 97:7 110:12
**shot** 111:19 154:15
**shoulder** 140:2
**shoulders** 149:13,14
**show** 6:17 36:10 41:5,7 43:6
50:3,7 55:21 58:25 59:2
75:7 79:10,11,12 84:14
85:11 87:25 100:19 101:17
109:2 112:10 113:20
116:23 120:2 121:2 123:18
125:15 132:18 155:23
**showed** 21:15 42:13 147:20
**showing** 30:15 41:8 46:17
56:10 63:17 98:8 113:14
119:21
**shows** 26:21,22 40:22 52:7
58:23 65:20 94:25 116:20
**sic** 11:16 12:5 18:9 21:21
23:5,14 25:5 40:2,10 49:20
50:11 51:8 56:10 77:8,17
82:14 85:19 88:7 119:10
126:20 133:24 137:19
139:11 141:12 148:6
**side** 32:1 49:24 61:8 74:8
**sign** 112:15
**Signed** 164:17 165:24
**signing** 120:19
**signs** 57:13
**silence** 43:21
**similar** 42:21 136:2
**Simon** 2:21 5:10
**Simonnett** 101:13
**single** 158:25
**sit** 19:24 21:11 23:3 130:11
**sitting** 20:8,20
**situation** 81:25
**situations** 58:6,6 148:23
**six** 15:17 54:23
**Slack** 58:22
**slow** 66:19
**slowing** 66:23
**small** 33:20 41:11 63:20
65:24
**smckessy@phillipsandc...**
2:17

**so-called** 34:10 53:20 70:19
**software** 80:21 94:25 127:2
159:10
**softwares** 119:11 129:10
**sold** 135:11
**solicitation** 58:10 59:21
**solicitations** 46:2,9 56:2
84:5,8 147:18
**solicited** 47:11 58:24 59:5
71:14,14 72:5,5,13,14
84:13 123:14
**soliciting** 24:16 25:10 26:11
43:16 46:10,21 57:14
61:19 62:1 71:21 110:22
**solutions** 20:7
**solve** 54:21
**somebody** 26:23 33:2 70:2
70:3
**soon** 18:14 53:20 58:7
**sorry** 8:4,18 22:1 39:16
40:21 56:14,20 61:21 62:7
71:1,4 75:3,5 79:3 96:17
110:8 111:6 112:5 116:2
116:16 120:12 123:21
128:12 132:25 136:23
146:8,15 147:3 152:1
156:6
**sort** 29:5 32:13,20 33:10
39:14,17 43:4,5 44:3 45:17
45:20 59:6 126:12 130:14
144:9 155:6,14
**sound** 92:10
**sounds** 106:8 160:8
**source** 118:13 122:12,14,15
152:5
**Southern** 1:2 9:25
**space** 21:7
**speak** 10:9,15 14:24 23:22
29:5 35:12 40:13 53:16
67:2 104:9 106:25 111:16
**speaking** 13:3 19:17 38:15
42:6 105:6 138:7 151:18
**special** 135:24
**specialist** 5:10
**specific** 15:7 47:17 80:18
135:15 142:24 156:6
**specifically** 12:25 13:3 17:1
23:11 29:8 45:7 59:18
81:11 117:22 122:5
**specifics** 113:17
**speed** 143:12
**spell** 6:8 56:18
**spend** 21:5 22:4 40:1 61:5
**spending** 69:1
**spent** 21:24 22:5,7,10,18,24

158:22
**split** 20:23
**spoke** 10:14 11:15 12:2
28:20 30:6 31:19 33:7
86:23,23 111:9,20
**spoken** 83:6
**spreadsheet** 91:25 96:15
97:16 128:7 129:24 130:12
132:15 135:20 136:2
**Squawk** 29:6
**staff** 14:10 21:3
**stake** 107:10
**stamped** 36:23
**standard** 92:10
**start** 7:8,13 15:9 18:8 22:11
36:21 59:15 77:19 140:10
**started** 16:4,6 17:8 18:3,25
19:2 50:25 52:6 64:2 65:9
65:10 73:1 87:13 116:21
116:21 138:15 148:1,6
**starting** 16:9 17:7,17 48:13
48:14 123:11
**state** 1:19 6:7 43:12 162:2
162:12 163:3
**statement** 31:12 40:8 41:18
43:1,14
**statements** 42:1
**states** 1:1 16:17,22 17:5
24:5,16 26:9 29:8,14,24
30:3,9,11,17 32:10 33:4
34:20 37:17 38:10 40:5
46:19 54:9 76:7 83:5 97:19
117:18 122:3 129:8 135:18
135:22,25
**stating** 103:6
**status** 126:5,11 128:3
**stay** 138:3
**staying** 105:3
**stenographic** 163:10
**stenographically** 163:7
**step** 91:22
**Stephen** 2:13 4:15 5:19
89:15 121:24
**steps** 34:8 91:24 146:12
**sticky** 132:24
**stipulated** 3:7
**STIPULATIONS** 3:6
**Stock** 76:9 97:23
**stocks** 66:4 104:21
**stocktradingideas** 97:24
**stop** 27:2 68:10 106:25
125:4 137:17 149:21
151:19
**stopped** 63:9
**strategies** 106:17

**strategy** 157:10 160:3
**Street** 122:2
**stressful** 104:17
**strike** 31:10 62:23 94:1
  116:8 134:12 139:2
**structure** 26:2 47:14 80:4,19
  81:21 82:1 103:10 133:17
  135:13,14,23 154:17
**structured** 154:10 155:4
**structures** 26:5 28:7,9,15
  76:16 77:10 88:21
**students** 79:5 80:2,16 81:7
  81:18
**stuff** 31:7 108:22 141:10
**subject** 76:13,14 95:3,5
  96:14,16,19 102:7 151:1
**submission** 128:2
**subpoena** 7:4 87:14
**subscription** 3:9
**substance** 89:16 111:11,17
**substances** 7:25 9:7
**sudden** 58:14
**sue** 69:22 70:3 143:19
**suggested** 153:20
**suggestions** 94:3
**Suite** 2:4,16 5:7,12
**Sum** 2:6 4:4 5:15,15 6:6,22
  8:10,15,18 9:3 16:13 17:21
  18:2 19:5 21:14 25:12
  36:15 39:19 44:7,8,16,19
  44:25 45:5,11 48:8 53:9
  56:17 61:24 62:10,16 64:1
  64:12 65:15 67:22 68:2,12
  68:14 70:5,13 73:20 75:6
  75:12 77:14 78:1,7,10,19
  82:23 84:6,19,21,24 87:4,7
  87:11,13,16,18,20,23 88:4
  94:15 95:12,19 96:1 99:16
  100:24 101:22 105:24
  106:7,9,10 108:24 109:7
  112:13 113:10,25 114:18
  116:15 117:4 119:23 120:9
  120:23 121:9,12,13 123:22
  124:19,24 125:3,5,11,14
  125:22 131:6,11,14,15
  132:22 133:3,5 139:9
  141:5 146:1,7,17,25 150:1
  155:22 156:4,19 157:5
  158:21 160:6,20,22 161:3
  161:4
**sumal@sec.gov** 2:5
**Summary** 123:24
**sums** 112:16
**super** 57:24 71:9
**supervising** 15:22

**supervisor** 83:10
**support** 19:21 54:18 79:13
  79:15,16 83:9 89:18 157:9
  160:3
**supposed** 23:8 58:18 77:15
  79:20,21 82:3 139:22
**sure** 6:9 12:19 23:2 33:14
  43:8 44:7,15 62:15 69:7,8
  71:20 72:10,20 80:25
  87:22 89:9 94:2 104:3
  105:2,16,22 106:4,11
  107:15 108:6 110:15,22
  113:19 132:16 133:8 144:5
  154:13
**suretrader** 1:8 10:3,6 14:15
  15:18 16:5,10,15,24 17:10
  17:13 18:4,18 19:10,11,15
  20:14,16,16 21:23 22:10
  23:9,22,23,24 24:15,19
  25:14,15 26:9 27:17 29:22
  32:16,20,25 33:3 35:17,23
  37:6 38:20 39:1,20,23 40:7
  40:23 41:18 42:23 43:11
  43:17,24 46:10,18,21,25
  47:9,11,25 48:5 50:25 51:1
  51:12,20,21 52:2,4,5,17
  53:3,12,17 54:16 55:15,19
  57:14 61:18 62:1 63:10,11
  63:12,22,25 64:19 65:10
  65:20 66:8,8 68:20 69:6,15
  71:1 72:3,24 73:1,16 74:11
  75:20 79:13,15,16 80:21
  82:9 83:11,16 84:11 86:20
  88:18 91:4 93:7 94:25
  96:25 98:10 99:2 100:7,11
  102:9,14 103:15 104:21
  105:14 106:23 110:20
  112:17 113:9 116:8,13
  117:10 118:16 119:4
  120:20 121:22 123:15,16
  124:7,21 126:5 133:16,18
  135:15 137:17 138:7,11,13
  140:24 144:17 145:12,13
  147:5 148:3 149:8 153:17
  154:20,24 157:1,17 160:4
**SureTrader's** 21:25 54:13
  64:4,7,14 118:3 130:16
  134:19 136:21,24
**suspected** 38:8
**swear** 5:23
**swinging** 104:22
**Swiss** 1:8 10:2,7 114:13
  116:10 138:13 144:16
  152:22 153:5 154:21,24
  156:22 157:1,8 159:25

**sworn** 6:3 162:7
**Sykes** 26:18 32:17 43:25
  76:7,8 79:5,19 80:16 81:7
  97:20,21 137:8
**symbols** 119:5 123:8
**Symonnett** 14:8 157:15
**sync** 142:21
**system** 41:12 59:12 81:8
  83:23 119:4 123:4

―――――――――

**T**

**tabs** 127:23
**tactic** 60:7
**take** 6:23 12:14 36:16 44:10
  44:13 58:1 75:13 77:22
  78:12 79:4 81:22 84:20,22
  88:5 95:13 96:2 100:18
  101:23 103:20 109:8
  121:14 122:17 130:1
  132:24 133:6 142:1 144:22
  145:3,20 146:11 159:22
  160:6
**taken** 1:14 8:23 44:22 95:16
  125:8 160:11 165:2
**talk** 10:13 22:11 40:7 60:14
  84:9 85:23 86:20 103:24
  111:7 139:16 145:24
  154:23
**talked** 9:5 12:24 36:2 104:1
  123:5
**talking** 7:15 14:14 17:15,20
  42:7 47:21 59:25 60:13
  70:6 72:19 104:14 105:25
  141:9
**tap** 140:2
**target** 132:9,10
**task** 25:23 68:17 69:4
**tasked** 17:25 27:16
**tasks** 18:13 23:13 28:10
  86:18 100:1
**team** 15:24 32:1 48:13,15,18
  50:11 67:21 83:7 86:24
  102:8,9,16,21,25 103:16
  107:3,17 108:10
**technology** 157:9 158:3
  160:2
**telephone** 8:25 111:8,16
**tell** 14:10 15:2,19,22 17:22
  53:8 69:18,23 83:9 128:6,8
  128:11 145:11,13 151:11
  158:18
**telling** 139:20 147:21
**template** 110:18,23
**Ten** 129:1
**tenure** 63:16

**term** 10:5 28:24 29:4,13
  45:6,12 70:25 105:18,19
  106:13 152:16
**terminate** 66:16,17,20 70:4
**termination** 9:17 137:18,20
  138:20,23,24 140:17
  141:14,19 146:18 148:20
  149:7,19,19
**terminations** 142:7
**terms** 21:23 25:25 31:4 59:5
  152:18 158:15
**territories** 67:18
**testified** 6:3 62:25 97:5
  124:10 152:15
**testify** 9:8,24
**testifying** 118:2
**testimony** 9:19 10:10
  152:12 164:6,9
**Texas** 117:18
**text** 36:4
**Thank** 108:25 113:18 124:25
  160:14,15,16
**Thanks** 92:11
**thick** 133:3
**thing** 18:15 25:7 40:10
  58:13 81:20,25 127:10
  132:7 133:9 147:17 155:1
**things** 11:12,20 20:1,2
  22:25 25:25 31:4 35:25
  36:1 41:24 45:25 46:13,23
  49:18,22 51:13 52:23 56:3
  58:19,21 60:6,15 61:9
  66:15,19,21 67:7 69:11,25
  70:1 71:10 83:10 88:23
  89:2 99:22 104:1 106:15
  144:23 148:1,7,22 151:24
  151:24,25 154:18 158:5,7
**think** 8:10,16 12:8 13:23
  15:9 22:13 24:23 31:23
  32:4 33:22 34:18 35:1,10
  40:2 41:4,6,23 43:2,21
  44:2 47:6 51:15 52:21,22
  53:19 56:19 57:15 58:8
  59:10,14 60:10,15,20,22
  61:4 62:10 65:9 66:11,12
  67:3 70:12 71:1 73:7 74:6
  74:12,14 77:2 80:22 83:19
  85:19,25 86:11 87:9 94:18
  95:11 98:10 107:8,9 108:4
  108:5 110:16 113:16
  122:12 127:10 129:13
  134:6 138:4 139:17 141:13
  142:22 144:7,13,19 147:4
  147:10 150:8,12,13,22,23
  153:25 154:11 158:8 159:7

159:8,11
**thinking** 144:11
**third** 11:16
**thought** 33:19 57:18 110:14
141:11,13 142:15 144:3
**thousand** 80:5 143:25
**thousands** 104:22 158:9
**threat** 84:12,13
**threats** 69:20 74:6
**three** 22:12 23:21 25:13
29:17 41:25 85:17 88:19
115:10,20 118:21
**three-fold** 159:6
**throw** 142:13
**ticket** 47:4 79:14,14
**tickets** 47:4
**tier** 81:21 133:17 135:10
**time** 5:8,9 8:23 11:23 12:1
12:11,16 13:1,2,21 16:1,4
19:14,16,17 20:13,23 21:5
21:24 22:4,4,8,10,12,13,16
22:18,24 26:10 29:2 33:18
39:2,13 40:1,2 42:3 45:17
48:1,20 50:13,21,24 51:1
55:7,8 60:12 63:20,23
64:16 65:24 69:1 74:21
76:11,14,22 77:13,15,17
78:5,15 80:5,22 90:3 95:16
97:4 102:13 104:16,17
105:12 106:21 107:21
108:3 112:14 114:4,16
119:25 125:2,3,5,21 128:3
138:6 139:23 140:16 141:9
141:14,24 142:1,21 143:23
144:25 147:21,25 149:6,7
150:21 151:21 153:9,10,21
153:25 159:4,7 160:15
**time-to-time** 49:2
**times** 27:25 47:6 61:1,2,6
66:17 83:12 105:4 119:6
126:10 141:2 142:19
**timestamp** 112:9
**timing** 114:21
**Timothy** 26:18 32:17 43:25
76:8 79:19 97:20 137:8
**tiny** 127:23
**Tipalti** 153:21 154:2,9
**title** 15:2 16:2,3 18:9,20,24
19:2,8,9 27:20 55:3
**today** 7:6 8:2 9:11,24 10:11
54:1 152:9
**Today's** 5:8
**told** 11:24 13:17 14:24 16:15
21:17 23:24 30:8,10 31:19
35:24 41:10 45:2 71:13

99:1 110:5 137:1,4 138:9
141:8 144:21 147:19
158:18
**tomorrow** 110:6
**tonight** 161:1
**tools** 74:22
**top** 30:2 42:24 93:13 104:20
107:23,25 109:18 114:15
127:22 129:21 156:5
**topic** 103:17
**total** 116:4 148:25
**touch** 14:23 15:17 35:9
37:14
**tough** 58:6
**town** 21:4
**trade** 2:16 19:22 25:21 27:7
27:11 28:20 29:9,16 30:1
37:14 75:20 76:9 79:24
80:7 81:5 82:3 91:8 113:2
119:8 133:19 136:17
**traded** 119:6
**trader** 29:18,19 73:7 75:1,4
83:7,8 122:12 129:15
**traders** 4:16 29:5,7,9,13
32:9 65:17 69:5 74:25,25
80:7 129:14,17 133:15
134:6,7,20
**trades** 29:15,17 79:23,24
80:1,1,3 81:18,24 82:2,4,4
82:8,10,12 93:4 104:22
119:5,10,14 123:8 133:19
134:8
**trading** 4:13 16:16 25:18,20
26:18,25 27:1 29:4,7 30:11
32:17 34:20,22 37:5,8,11
37:13,20,22 38:20 39:1
40:24 42:21 44:1,1,2 47:8
47:15 53:7 58:20 65:17
68:21 69:2 72:20,21,23
73:12,16 74:2,6,11,17,18
74:23 76:9,20 80:7,18,21
81:10 86:8 88:22 89:1,2,15
90:14 91:6,7,9,10 93:21
94:22 95:5,8 97:18,22,23
98:7,11 104:21 105:11,13
106:14,22 112:18,22
114:11 116:7,9 122:13
123:15 124:23 136:17,17
137:2,9 159:10
**trading@suretrader.com**
90:13
**trail** 73:1 126:12 128:4
**train** 22:22 23:6 74:24
**trained** 23:5 72:3
**training** 22:6 71:10,12

**transactions** 153:15
**transcript** 163:9,10 164:6,8
**transfer** 98:8
**transmitted** 52:4
**Transparency** 73:13
**transparent** 60:6 144:6
155:21
**travel** 143:18
**traveled** 138:9,10
**traveling** 150:9
**treat** 91:23 142:11
**treated** 143:20
**tried** 26:3 31:25 32:4 66:24
104:9 150:8 151:2
**triple** 159:6
**tripling** 17:18
**true** 99:15 102:13 119:10
163:10 164:8
**truly** 35:16 148:13
**trust** 60:17,25 61:14,15,16
148:12 155:8,11
**trusted** 28:4 61:9
**trusts** 154:18
**truth** 73:8 137:22 147:22,22
148:2
**truthfully** 8:2 9:8,11
**try** 8:17 13:18 18:17 45:22
45:23 49:18 57:21,23,24
60:9,11 67:2,6,16 69:11
74:8 76:11 143:18 149:9
149:10 153:8 158:15
**trying** 20:7 25:6 26:1 28:11
31:24 32:5 33:9 43:4,9,10
46:4 51:9 54:20 58:15,16
60:10 67:1 69:20 74:1,22
74:25 76:15 85:8,9 88:23
107:7 110:21 137:25
141:17,20 143:4 148:18
149:12 150:7 155:13
**Tuesday** 160:21
**turn** 89:3 114:24 115:11,18
117:11,19 118:20 120:10
122:4,22 129:20 131:2,2
134:25
**turning** 90:16
**Twenty-eight** 121:12
**Twenty-nine** 133:1
**two** 40:17 49:21 50:1,4,6
87:3 109:23 115:13 138:6
141:17 142:8,9 143:5,7
145:2 147:15 156:15 159:6
**two-day** 14:9,16
**type** 7:13,14 12:21 52:20,22
56:22 118:13 122:12,14,15
126:9 128:2

**typed** 26:24 56:23
**typing** 7:11

**U**

**U.S** 24:1,2,14,17,20 25:9,10
25:10 26:11 32:15 33:2
38:10,11,13 40:5,6 43:16
43:17 46:2,4,9,11,21,22,24
47:1,2,7,10,19,24 48:4
49:8 51:7 53:14,17,21,24
54:11,13 55:8,12,14,18
57:14 58:24 61:19 62:1,19
63:2,3,5,8,9,10,19,21 63:24
63:24 64:3,4,8,14,15,19
65:1 66:9 69:5,13 70:6,15
70:17,23 71:2,16,21 72:8
72:16,17 76:19 82:16,22
83:3 84:11 88:22,25 91:5
92:1,3,4,22 93:11,20 94:10
94:12,17,19,20 95:1 99:2
110:23 113:4,7 124:13
128:12,13 129:11,13,16,18
130:19,22,24,25 134:9,14
134:20 136:3 137:11,14
147:18 149:24 151:20
**Uh-huh** 70:8 79:7 91:16
93:17,24 111:15 118:19
122:7 133:4,11
**UK** 55:9 141:11
**ultimately** 146:12
**Underground** 26:25 42:18
44:1 53:7 76:9 79:20 80:2
81:18 91:8 97:21 137:8
**underneath** 101:9
**undersigned** 162:5
**understand** 7:19 10:6 17:11
22:23 26:4 39:11,13 87:10
88:7 106:12 150:18 155:5
155:15 159:21
**understanding** 25:14 38:17
55:14,18 118:7 155:2
164:12
**understood** 7:23 35:16 68:9
72:21 105:16 106:5,20
107:8 110:14,17 118:14
**unique** 18:6 59:14 81:25
142:16
**United** 1:1 16:17,21 17:5
24:5,16 26:9 29:8,14,24
30:3,9,11,16 32:10 33:4
34:20 37:16 46:19 54:9
76:7 83:5 97:19 117:18
122:3 129:8 135:18,22,24
**unknown** 106:16
**untouched** 15:12

unusual 100:5 103:3,4
upcoming 17:13
update 93:18 95:6 96:22
upper 156:9
upset 54:4 66:18 67:9 68:8
74:4 86:15
upstairs 12:10
use 8:10 44:12 72:7 74:8,12
106:12 125:21 130:2,12
user 97:21,22,23,24
username 97:20,21
usually 35:6 142:6 148:21

**V**

v 59:11 165:3
vacation 144:9
value 81:4 82:7 144:12
148:17
vast 19:14 34:15 47:19 49:7
54:11,12 63:14,17,18 64:5
64:18,20 83:4 129:17
134:19 137:13
vendor 157:24 158:25 160:1
vendors 153:19 158:23
159:3
verbally 83:10 99:1
verify 55:6
version 119:11,12
versus 5:4
victim 60:12
video 5:2,9,10
VIDEOGRAPHER 2:21 5:2
5:22 8:21 9:1 44:20,23
95:14,18 125:6,9 160:9,12
160:18
Videotaped 1:14 4:7
viewing 78:5
violations 151:18 152:7
visa 147:8
visit 14:16,18 67:24 68:11
68:15
volume 83:14 136:18
voluntarily 7:6 17:1 76:25
vs 1:6

**W**

Wade 35:11,14,16
wait 69:19
Waited 97:10
waived 3:10
walking 23:4
wall 33:24 43:5 58:16,16
wanna 11:16 12:5 23:18
45:1 90:3 126:20 147:4
want 8:17,19 14:11 29:15

32:7 42:1 54:3 55:3 63:11
67:9,17 69:7 72:20 74:15
86:14 92:11,21,23,24
93:19 100:10 105:16
106:11 107:12,13 110:22
127:11,21 131:1 132:24
133:24 138:2 139:11
142:10 148:8 150:14,19
154:8,10,13,14 158:17
159:5 160:20,24
wanted 11:21 15:15 22:23
24:24 33:23 45:20,20
58:20 66:17 69:8 73:7 88:7
106:4 107:15 142:8,8
149:2 151:15
Warrior 26:17 32:17 43:25
44:1 53:7 69:1 72:20,21,23
73:7,11,15 74:2,6,11,18,23
88:22,25 89:1 91:7,10
93:21 95:5,8 122:12,13
123:15 124:23 137:8
Washington 5:21 132:2
wasn't 12:11,19 18:7,10,22
21:10 22:14 23:10 26:23
27:19 36:2 46:13 49:3,4,5
63:20 81:25 95:9 99:1
111:18 141:15 142:4 143:8
143:18 145:5 151:21,25
152:4 154:19
water 44:12
wave 63:21
way 8:5,6 22:23 41:4 46:22
55:22 67:1,8 69:10 70:2,3
80:19 105:23 106:19
125:13 127:13 141:21
142:12 147:11 148:13
149:8,10,11 151:7 155:13
158:12
ways 47:1 155:12
we'll 81:23 82:6 146:3
we're 8:21 20:2 24:2 26:11
36:21 41:2 43:3,4,14,15
44:20 58:25 59:1,2 69:22
69:22 71:20 76:18 78:4
87:6 88:20,23 95:14,18,20
101:16 111:22 125:6,20
129:21 135:16 144:22
156:12 160:9
we've 109:2 125:1,16 132:18
Web 114:16
website 35:25 39:15,18 46:4
52:2 53:6,10,10 59:7,15
68:19 69:8,9,11 72:20,24
73:9,12,16,25 118:13,15
118:16

websites 67:24 68:8,16,18
69:2
week 10:25 29:16,17
weeks 40:17 49:21 138:6
141:17 142:8,9 143:4,5,7
147:15
weirdly 108:16
Weissman 150:22,25
went 12:9 30:22 151:7,8
West 112:18 122:2
WhatsApp 4:12 34:11 36:4
109:13,15,17 110:3,11
111:5,11 141:3 154:7
WhatsApps 111:10
white 26:22
wild 105:20 106:17
Wilson 4:17
window 14:9
wire 98:8
wireless 144:24
wires 105:2,5 153:15
withdrawal 90:10 119:12
withdrawals 90:10
witness 3:10 5:23 6:1,4
17:15,25 19:2 21:10 24:22
39:17 44:17,18 45:10 48:7
53:5 56:15 61:21 62:4,9,12
62:15 63:8 64:10 65:3
66:11 68:1,25 70:12 73:19
75:4 77:7,25 78:3,6,18
82:19,21 83:19 94:6 99:12
105:22 106:8 108:14 112:7
113:7 114:11 116:12
119:21 120:5 121:7 123:21
124:23 139:8 141:1 145:17
146:15,23 149:5 155:1
157:4,12 160:14,16 162:8
164:1
woke 141:18
word 45:7
wording 52:15
words 56:21 58:2 62:8 69:17
89:1
work 11:21 15:15 19:7,11
23:13 25:23 27:23 31:2
33:9,10 57:18 58:18 61:1,2
67:1 78:23 88:18 105:15
137:23,25 141:17,18 143:8
144:17 150:16 153:14,23
157:20 158:4,15
worked 19:14 20:13 25:19
26:1 32:3 48:1 50:21 54:10
64:17 102:14 104:13
110:18 138:14 143:6
144:18 158:5,6,11

working 13:13,21 20:2,6
21:12 23:22 25:14,18,19
26:3 31:24 35:16 45:16
50:25 55:22 57:16,17
63:16 65:10 66:19 69:22
137:17 142:20
works 24:25
world 2:16 16:17 158:12
worried 108:5
worry 42:14
worth 27:22
wouldn't 51:2 130:22
Wow 72:25
write 118:10
written 138:18 150:17
wrong 71:24 73:24 110:14
141:7,9 144:2,4
wrongdoing 152:7
wrongful 9:17

**X**

X 4:1 65:21,22 79:20,21

**Y**

Y 79:21
Y-A-N-I-V 6:10
Yaniv 1:14 2:15 4:8 5:3,21
5:25 6:9 91:20 162:6 163:8
164:4,17 165:2
yaniv@activetrader 54:16
yaniv@mintbroker 54:15
yaniv@suretrader 54:15
yeah 22:13 39:6 52:15 65:23
67:3 87:11 89:2 102:11,12
102:19 104:7 106:1,3,7
111:13,18,20 125:3 127:12
127:21 133:3,11 141:22
year 17:13 28:1 47:7 83:3
86:24 96:11 100:3,3,16
104:16 113:16 139:1,25
140:2,7 147:17 153:10
year-and-a-half 45:17
Yep 88:19 117:21
Yoel 128:24
York 2:10,17 12:15 114:13
139:22 147:7,9 150:6,23
151:13
young 71:11

**Z**

Zelma 4:17
ZIP 128:11
Zoom 8:6

**0**

**0.000495** 135:7
**000395** 136:12
**000495** 136:11,22,25

---

**1**

**1** 2:16 93:13 115:2
**1,000** 98:8 114:17 116:3,4
**1,100** 144:20
**1,200** 144:21
**1,700** 98:9
**1:21-CV-21079-Bloom** 1:7
  5:5
**1:49** 95:18
**10** 40:17 44:16 120:12
**10,000** 51:16 80:4,8 135:11
**10:00** 112:2
**10:16** 1:18 5:9
**10:20** 8:21
**10:22** 9:1
**100** 4:11 32:14 79:5 81:7,9
**10007** 2:17
**10016** 2:10
**101** 4:11
**10399** 120:11,13,14
**10406** 118:21,25
**10408** 118:25
**10774** 122:5
**10780** 122:19
**10787** 122:24
**109** 4:12
**11** 1:17 164:9 165:2
**11.17.17** 4:11
**11:12** 44:20
**11:22** 44:23
**113** 4:13
**117** 4:14
**11th** 5:8
**12** 4:14 116:24 117:3,6
**12:30** 84:21
**12:36** 95:13,14
**121** 4:15
**125** 4:16 98:14
**132** 4:16
**13th** 162:9 163:18
**14** 156:8,12
**15** 89:24
**15,000** 51:17
**150,000** 65:13 158:1,22,25
  159:12
**156** 4:17
**16th** 114:20
**17** 87:11 96:12
**17,000** 120:8
**17th** 96:9
**18** 4:7 6:18,21,23 7:1 87:13

---

**129:3** 135:1,19 136:11
  139:12
**180266** 131:19
**181211** 130:2,5
**19** 4:8 36:11,14,22 68:22
  120:24
**1950** 2:4 5:7
**19th** 120:15
**1st** 119:22 123:11

---

**2**

**2** 89:4,5,6,7,10 91:15 94:3
  114:24 115:3,6 117:20,20
  117:20 122:4 130:1,3
  159:22
**2,000** 29:25 51:17 79:5,22
  80:3 81:8 116:4
**2,400** 33:3
**2,500** 91:12
**2:36** 125:6
**20** 4:9 26:4 28:18 47:16 75:8
  75:11 80:3 81:18,24 82:1,4
  82:4,8,9,16 85:16 93:4
  164:19
**2014** 85:13
**2015** 46:7 127:14 156:22
**2016** 11:17 12:6 14:17 16:7
  119:22 123:11 159:18
**2017** 16:6 21:22 34:6 35:23
  37:23 46:3,6 47:22 48:3
  55:13,16,17 58:1,15 61:18
  61:25 62:17,22,24 64:3,6
  64:13,17,23 75:21 78:18
  78:21 85:6 94:4 96:12
  109:14 112:11 114:20
  115:7,17 116:22 120:7,15
  120:24 122:21 124:3 139:1
  139:12 140:7 147:16
  148:16
**2018** 56:10 57:10 64:18
  94:23 113:17 115:25 116:3
  116:22 119:22 123:12
  126:20,21 127:15 133:25
  137:19,24 140:19 147:4,6
**2019** 122:18
**202** 131:25
**2023** 1:17 5:8 162:9 163:18
  164:9 165:2
**21** 4:9 84:15,18 85:1 86:7
  87:5
**212)444-4894** 2:11
**21st** 122:18
**22** 4:10 87:25 88:3,14 89:4
**23** 4:10 95:22,25 96:3,6
  98:16 99:10

---

**230311AO** 1:25
**2311** 117:18
**238** 131:3,16
**23rd** 109:14 112:11
**24** 2:10 4:11 100:20,23
  101:5
**24th** 37:23,25 89:13 94:4
  147:6
**25** 4:11 101:18,21,24 102:1
  102:2,20 103:2 107:3,18
**25,000** 29:14,20,25
**253** 85:17
**25th** 127:14 147:3,4
**26** 4:12 109:3,6,10 111:21
**26th** 120:7
**27** 4:13 113:21,24 114:2,25
**275** 2:10
**28** 4:15 121:3,6,18
**29** 4:16 125:16,19 126:3
  127:17
**2950** 122:2
**2nd** 115:25

---

**3**

**3** 89:4,6,8 90:16 115:11
**3,500** 39:7 85:15
**3,750** 85:18
**3.17.17** 4:10
**3.23.17** 4:12
**3.30.17** 4:9,9
**3:14** 125:9
**30** 4:16 26:4 28:18 132:18
  132:21
**300,000** 104:24
**305** 128:16 129:3
**305)982-6300** 2:5
**30s** 65:12
**30th** 75:21 78:18,21 85:6
  119:22 123:12
**31** 4:17 155:24 156:3,21
**33131** 2:4 5:7
**36** 4:8
**3rd** 115:17

---

**4**

**4** 115:18
**4-to-1** 30:4
**4.95** 79:24,25 80:4,5,8
  135:10
**4:06** 160:9
**4:12** 1:18 161:5
**4:13** 160:12,18
**40,000** 65:11,11
**400** 5:11
**400,000** 157:10

---

**43K** 111:22 112:1,11
**48.5K** 111:23 112:1,11
**4th** 122:21 124:3

---

**5**

**5** 159:21
**5:20** 94:4
**50** 18:16 32:14 56:13,19,19
  56:21,22 130:12,14 132:5
  132:7 153:8
**50-dollar** 57:2
**50/50** 21:1,1
**500** 29:25 51:17 145:3
**500,000** 104:24
**517** 124:5,7
**52892** 36:23
**5th** 115:7

---

**6**

**6** 4:4,7 159:19
**61** 30:2
**6th** 127:14

---

**7**

**7** 47:16 159:18,19
**7301** 117:17
**75** 4:9
**786** 128:20
**787** 122:25
**7th** 85:13

---

**8**

**8** 103:4,5,6,25 107:2,6
  108:11
**8:00** 112:9
**80** 64:5,21 134:20
**801** 1:16 2:4 5:6
**84** 4:9
**85** 46:18 64:5,5 114:12
  134:21
**8500** 2:16
**88** 4:10

---

**9**

**9/3/2026** 162:13
**900,000** 104:23
**91203** 5:12
**91st** 122:2
**95** 4:10
**950** 5:12 144:20
**954** 128:12,16