

PLAINTIFF'S
EXHIBIT
MSJ-5

SEC-FL-03848-E-0001258