## What Is Stocks Trading?

## You don't need much capital to begin:

## SureTrader Allows You to Avoid the Nasty PDT Rule:

## What is Pattern Day Trader Rule?

## SureTrader Gives You 6 Times Margin:

## You Can Trade on The DAS Platform:

## SureTrader Has a Great Short Borrow List:

## SureTrader Has Competitive Pricing:

## You Can Trade During Pre-Market and After-Hours:

## Conclusion

Share this post

Leave A Comment







WHY SURETRADER    PRICING    TRADING PLATFORMS    RESOURCES

SEC-SEOWEBCAPTURE-E-0006008

## U.S. SECURITIES AND EXCHANGE COMMISSION

SEC-SEOWEBCAPTURE-E-0006008



# 7 Great Reasons Why You Should Consider SureTrader



Posted August 3, 2017
by Ignite
No comments yet, 0 Views

Online brokerage firms have been christened all sorts of nasty tags today.

I'm sure your reaction, when you hear about a brokerage firm, is a facepalm moment and then, "oh no, not again, I'm about to get financially ruined for the millionth time!"

The truth is: yeah, you are right but then again; have you considered that maybe you've been looking for the right stuff in the wrong... how shall I say this... brokerage places.

You need to go to the right source to get the right results if you want to learn to day trade. It's that simple. That's how you tighten your online trading efforts effectively.

## What is Stocks Trading?

I'm sure you know what stock trading means. Well, I'll skip the fancy definitions and just aim for a bullseye – clean and effective.

Stock trading is simply buying and selling stocks and other securities through the stock market. And in case you didn't know stocks are shares in the ownership of a company. Easy right?

Well, SureTrader does just that but in a much more effective fashion for beginners and experts alike.

I know what you are thinking. There is a lot of competition out there but let me help narrow down why you should consider SureTrader as your online broker:

## You don't need much capital to begin:

### Social Share





Sign Up for Exclusive Price Predictions & Watchlists

Sign Me Up



Sign Up for Exclusive Price Predictions & Watchlists

Enter E-mail address

Send Me Exclusive Alerts

Skip Now

### Subscribe

Email here...

Submit

"Hello there. we are XYZ brokering firm. To start with us you need to give an arm and a leg and another to start trading with us"

Does that sound familiar? That is exactly how other brokerage firms sound because they require a lot of capital to get started. Not SureTrader.

No one should have to go broke trying to trade stocks... Especially in the beginning stages. Stocks are investments and investments are not meant to wreck you financially. They are meant to build your financial power instead.

For SureTrader, all you need to start trading actively is a paltry sum of $500 dollars and you get this with a 6:1 leverage!

Can you top that? Nope, I doubt you can.

SureTrader is very beginner-friendly and understands that money is a huge handicap for new traders. They are willing to let you pick up and trade one or more securities and still have enough to live within your means comfortably.

Tip – I always suggest new traders start with a minimum of $5000.00 which will give you a nice financial starting point.

## SureTrader Allows You to Avoid the Nasty PDT Rule:

How would you feel if you were told that you couldn't get into a club because it was meant for the elite?

It is sure to be heart-wrenching. Especially if you are really passionate about the club.

Well, if you are up for circumventing the rules and getting what you want then you are in for a treat.

Remember FINRA, the killjoy Financial Industry Regulatory Authority?

Well, they have this annoying rule about having $25,000 in equity before you are allowed to be a Pattern Day Trader. It's called the PDT (Pattern Day Trader) rule.

### What is Pattern Day Trader Rule?

In short, the PDT rule states you need $25,000 in your margin account at all times or you can't trade more than 3 times in 5 consecutive trading days.

There are many legitimate ways to avoid the PDT rule and SureTrader is one of the best for new traders.

Imagine how much money you would be leaving on the table if PDT rule couldn't be circumvented – especially as only very few people can afford to have $25,000 reserved in equity.

Luckily SureTrader means business and they are willing to level the playing field. And with their robust tools, they have been able to ensure that you can profit from Pattern Day Trading as long as you have the required minimum funds to trade.

Tip – Avoiding the PDT rule doesn't mean over trade. Be mindful of your trading no matter which brokerage firm you trade at.

### SureTrader Gives You 6 Times Margin:

Before you ask let me just tell you. Margin is borrowed money from a broker to purchase stock.

The good news is: SureTrader is willing to lend you 6 times your equity to purchase stocks and securities you ordinarily couldn't afford. That's a 6:1 margin. In other words, if you have a $3,000 in capital you can leverage up to $18,000 to trade.

That's enormous!

So you see, you don't need to let all those sweet trade opportunities pass you by. SureTrader's got your back.

Tip – Never hold borrowed money overnight. It's not worth the risk.

### You Can Trade on The DAS Platform:

DAS is an acronym for Direct Access Software. It is one of the leading solutions for online brokers and traders and also reputably very efficient in execution too.

I'm sure that you are wondering, "what do I stand to gain by getting access to trade on the DAS platform?"

It is huge.

DAS offers the option of Direct Access Trading which allows traders and brokers alike to directly channel their orders to specific electronic networks, exchanges, and markets. In other words, they help you focus your aim – no more 'wild shots in the dark' trading.

You are able to make informed decisions about your choice of routes, markets, exchanges, and so on. You have much more control.

That's not all.

You also get a very optimized and lightning-fast speed of execution for your trades and the absence of the middleman removes all the annoying bottlenecks in trading that can delay fills or limit liquidity.

SureTrader has this function available for its users to leverage for their trading.

Tip – if you want to even do a pre-selected trade by passing a buy/trade check at DAS betting a at SureTrader

---

**Special Offers:**
Try SureTrader Pro Free for 14-Days



InvestWIKI SureTrader
on InvestWIKI

★★★★★ Average 5.00 out of 1 review

SureTrader is a leading international online stocks & options trading firm offering 6-1 leverage. Experience the difference with our high speed stock, options, direct access and day trading platform.

✎ WRITE A REVIEW

## Related News



**Day Trading Trend Analysis**
December 19, 2017

As day traders say, "The trend is your friend." Of course, finding that trendy friend requires familiarity with day trading[...]

**Day Trading with the Gann Square**
December 1, 2017

As your day trading skills improve, you'll want to familiarize yourself with and use more sophisticated trading tools. That's where[...]

**The Ultimate Guide to Analysis: Technical vs. Fundamental**
November 6, 2017

Day traders use technical and fundamental analysis when trading securities. While technical analysis is used much more than fundamental analysis,[...]

## SureTrader Has a Great Short Borrow List:

A short borrow list is a list where traders can 'borrow' stocks to sell them short. If you aren't familiar with shorting stocks there are some simple examples here to help you in your understanding.

Basically shorting is the practice of selling stocks that you do not own (but borrow) and subsequently buy them at a later time to replace the borrowed shares

It works this way.

Say there is a stock 'XYZ' that you are confident will drop in price. You can simply go to SureTrader's short borrow list and borrow that stock if it's on the list, if it is you can sell it short.

Then when the price goes down you can proceed to buy back the stock you initially sold short and return those shares to SureTrader.

Not every online broker has a robust short borrowing list. SureTrader does.

Tip – Don't get upset if a stock is hard to borrow. It could mean it is over borrowed which could potentially cause a short squeeze.

## SureTrader Has Competitive Pricing:

You must be wondering, "For all these goodies I'm getting there must be a steep price to pay."

Fortunately, this is one of those moments I'm actually happy to disappoint you. You don't have to pay through your nose to trade at SureTrader.

Their pricing is one of the most competitive for all the features it offers.

They charge a penny per share with a minimum of $4.95! No hidden or unexpected charges.

If you trade huge volumes (in the region of 250,000 shares and above) every month then you get to pay even lower fees.

Tip – Make sure you read through their commission and pricing list carefully and ask any questions before you start trading.

## You Can Trade During Pre-Market and After-Hours:

It is widely known that some of the most important moves in the market take place outside of the regular trading hours – the Pre-market and After-hours. And a lot of investors are very keen to make profits during these volatile periods.

Not only that, the behavior of the market during these period supplies valuable information to traders that they can leverage for optimal trading during the official trading hours (9:30 am – 4 pm EST). Also, some important economic updates are released one hour or so before trading officially starts.

Remember the early bird and the worm?

It's the same in trading. The juiciest stocks are gobbled up during these periods leaving remnants for the late-comers.

SureTrader offers the opportunity for traders to trade stocks during pre-market and after-hours as part of its features which can benefit you greatly as your trading experience grows.

Tip – Before trading pre market or after hours, make sure you are well versed at trading regular hours first.

## Conclusion

There you have it..., seven reasons why I recommend the SureTrader. Hopefully, you understand that all traders are out to maximize profits and cut losses quickly. Trading doesn't have to be a pain.

It isn't if you have the right tools.

In my opinion, SureTrader is that silver bullet you've been seeking.

Now the question is... Are you willing to take the shot?

*Your move.*

## Share this post

   

← Older Post                                                           Newer Post →

## Leave A Comment

Your email address will not be published. Required fields are marked *

Message: *

Comment *

Name: *

Your name *

Email: *

Your email address *

Website

Website if any

REPLY

## WHY SURETRADER

▸ About us
▸ Advantages
▸ Security and Protection
▸ Partnerships

## PRICING

▸ Trade Rates
▸ Account Fees
▸ Margin Fees
▸ Software Fees
▸ Pricing Comparison

## TRADING PLATFORMS

▸ Suretrader ActiveWeb
▸ Suretrader Desktop
▸ Suretrader Mobile

## RESOURCES

▸ FATCA Compliance
▸ U.S. Residents
▸ Privacy Policy
▸ Cookie Policy
▸ Legal Disclosure
▸ SIGN-US Promotion Terms Conditions
▸ Withdrawal Policy
▸ Institutions
▸ Funding & Banking
▸ Frequently Asked Questions
▸ Sitemap
▸ Careers

VISA

© Copyright 2008 - 2018 MintBroker International, Ltd.

Disclaimer: This web site is for informational purposes only and does not constitute an offer or solicitation for brokerage services, investment advisory services, or other products or services in any jurisdiction where we are not authorized to conduct investment business or where such offer or solicitation would be contrary to the securities or local laws and regulations of that jurisdiction. System response, trade executions and account access may be affected by market conditions, system performance, quote delays and other factors. The risk of loss in electronic trading can be substantial. You should therefore consider whether such trading is suitable for you in light of your financial resources and circumstances. All trades are executed in a principal capacity, our clients do not have direct market access. All transactions are executed against MintBroker International, Ltd. in a principal capacity. MintBroker International, Ltd. may profit as your counter-party. You should consider this conflict of interest before placing any trades.

MintBroker International, Ltd. (SureTrader) does not accept accounts for U.S. Persons that have been solicited directly or indirectly in compliance with SEC Rule 15a-6.

SEC-SECWEBCAPTURE-E-0000339

SEC-SECWEBCAPTURE-E-0000338

**U. S. SECURITIES AND EXCHANGE COMMISSION**

Investigation # FL-

03848

DECLARATION OF Russell Castillo

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Russell Castillo I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am assigned as an I1 Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C. As part of my duties I am tasked to conduct a Website Capture.

3. In support of investigation number FL-03848, and at the direction of my supervisor, I was tasked to conduct Website/video capture of the following URL's:

   https://www.suretrader.com/?-great-reasons-consider-suretrader/

4. To complete the above mentioned website/video capture on June 1, 2018, the following tools were used.

   Fireshot

5. After each website/video was captured, an email containing the identified web capture was produced to
   or
   After each website/video was captured for the above criteria, It was stored on a network share in which the location was provided by Sajjad Matin. The location that was provided is as follows:

   \\ad\enfdata\exchange\IRJtoMRJO_dropoff\Webcapture

6. Any additional comments related to this Website/video capture are provided below:

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

Russell Castillo
[Analyst Name]                                                      Executed on this 1st day of June 2018

SEC-SECWEBCAPTURE-E-0000338