

# Account Fees

At SureTrader, we offer a straightforward pricing structure with NO HIDDEN FEES. Below you can find a full list of our account fees and charges. For all other account fees please visit: Funding & Withdrawals.

| $40 USD/BSD | $50 USD/BSD | $25 USD/BSD /Per Day |
|---|---|---|
| Outgoing Funds | Inactivity Fee - Quarterly (if under 15 trades) | Margin or Equity Call Fee |

- Any hard to borrow short locate fees will be passed onto the client, these fees will vary.
- Overnight Short Fee - 0.5% Fee charged on short positions held overnight (calculation is based on Market Closing Price).
- Trading non-DTC eligible securities will incur additional settlement fees.
- Overnight margin call fee is charged to any account with equity below 50%.
- Equity margin call fee is charged to any account that goes above 6:1 margin intra-day and is liquidated by the firm at $25 per symbol plus the trade desk fee of $25.
- Holding positions on margin overnight are subject to an interest rate of 7.5% APR (annualized).



- Overnight margin call fee is charged to any account with equity below 50%.
- Equity margin call fee is charged to any account that goes above 6:1 margin intra-day and is liquidated by the firm at $25 per symbol plus the trade desk fee of $25.
- Holding positions on margin overnight are subject to an interest rate of 7.5% APR (annualized).

Hey! We're offering $50 in free trades to new traders like you!

GET YOUR $50 PROMO CODE NOW

### WHY SURETRADER
- About us
- Advantages
- Security and Protection
- Partnerships

### PRICING
- Trade Rates
- Account Fees
- Margin Fees
- Software Fees
- Pricing Comparison

### TRADING PLATFORMS
- Suretrader ActiveWeb
- Suretrader Desktop
- Suretrader Mobile

### RESOURCES
- FATCA Compliance
- U.S. Residents
- Privacy Policy
- Cookie Policy
- Legal Disclosure
- 50ONUS Promotion Terms Conditions
- Withdrawal Policy
- Institutions
- Funding & Banking
- Frequently Asked Questions
- Sitemap

© Copyright 2008-2017 Swiss America Securities, Ltd.

**SWISS AMERICA SECURITIES, LTD**

Licensed by the Securities Commission of The Bahamas to carry on the business of a Broker Dealer and Investment Advisor.

Disclaimer: This web site is for informational purposes only and does not constitute an offer or solicitation for brokerage services, investment advisory services, or other products or services in any jurisdiction where we are not authorized to conduct investment business or where such offer or solicitation would be contrary to the securities or local laws and regulations of that jurisdiction. System response, trade executions and account access may be affected by market conditions, system performance, quote delays and other factors. The risk of loss in electronic trading can be substantial. You should therefore consider whether such trading is suitable for you in light of your financial resources and circumstances. All trades are executed in a principal capacity, our clients do not have direct market access. All transactions are executed against Swiss America Securities, Ltd. in a principal capacity. Swiss America Securities, Ltd. may profit as your counter-party. You should consider this conflict of interest before placing any trades.

Swiss America Securities, Ltd (SureTrader) does not accept accounts for U.S. Persons that have been solicited directly or indirectly in compliance with SEC Rule 15a-6.