

PLAINTIFF'S EXHIBIT MSJ-12

# Trade Rates

Taking control over your day trading fees and commissions is a big advantage at SureTrader. Our traders enjoy attractive rates and commission structures. Pay only a penny per share with a $4.95 minimum. Also, commissions for options trades are only $4.95 + $0.50 per contract.

## Commission

U.S. Stocks | U.S. Options | Routing Fees

### Simple Pricing with No Hidden Fees

| Volume Per Month | Per Share Rate | Per Trade Minimum | Pro |
|---|---|---|---|
| 0 - 250,000 | $0.01 | $4.95 | U.S |
| 250,001 - 500,000 | $0.008 | $3.95 | U.S |
| 500,001 - 750,000 | $0.006 | $2.95 | U.S |
| 750,001 - 1,000,000 | $0.004 | $1.95 | U.S. Stocks |

For volumes over 1,000,000 shares per month, please contact us activetrader@suretrader.com.

SureTrader Santina
Customer Support
Hello! We're here to help. Ask our Customer Support Team any questions you might have.
Start a conversation
Help

Trade Rates - SureTrader | Account Fees - SureTra | Pricing Comparison - Su
Secure | https://www.suretrader.com/trading-fees/trade-rates/

SureTrader
A DIVISION OF SWISS AMERICA SECURITIES, LTD.

attractive rates and commission structures. Pay only a penny per share with a $4.95 minimum. Also, commissions for ... trades are only $4.95 + $0.50 per contract.

Top Stock Alerts | Open An Account | Account Login

TAKE OUR PLATFORM FOR A TEST DRIVE WITH A FREE 100K DEMO

# Commission

Hey! We're offering $50 in free trades to new traders like you!
GET YOUR $50 PROMO CODE NOW

U.S. Stocks | U.S. Options | Routing Fees

## Simple Pricing with No Hidden Fees

| Volume Per Month | Per Share Rate | Per Trade Minimum | Product |
|---|---|---|---|
| 0 - 250,000 | $0.01 | $4.95 | U.S. Stocks |
| 250,001 - 500,000 | $0.008 | $3.95 | U.S. Stocks |
| 500,001 - 750,000 | $0.006 | $2.95 | U.S. Stocks |
| 750,001 - 1,000,000 | $0.004 | $1.95 | U.S. Stocks |

For volumes over 1,000,000 shares per month, please contact us activetrader@suretrader.com.

- Call-in trades are an additional $25 per trade.
- Option exercise or assignment will be charged $25 each.
- Trade fee 1 is $0.0000256 of the total dollar amount of securities sold. It is assessed for all SELL orders and is added to any total commissions charged.
- Trade fee 2 is FINRA TAF Fee. This fee is $0.000119 per share of securities sold ($0.002 per option contract) with a maximum of $5.95 pe fee is assessed on all SELL orders and is added to any total commission charged.
- See the full list of Account Fees.



SureTrader Santina
Customer Support

Hello! We're here to help. Ask our Customer Support Team any questions you might have.

Start a conversation

WHY SURETRADER | PRICING | TRADING PLATFORMS | RESOURCES

Trade Rates - SureTrader
Secure | https://www.suretrader.com/trading-fees/trade-rates/

SureTrader
A DIVISION OF SWISS AMERICA SECURITIES, LTD.
Top Stock Alerts | Open An Account | Account Login
TAKE OUR PLATFORM FOR A TEST DRIVE WITH A FREE 100K DEMO

attractive rates and commission structures. Pay only a penny per share with a $4.95 minimum. Also, commissions for ... trades are only $4.95 + $0.50 per contract.

Hey! We're offering $50 in free trades to new traders like you!
GET YOUR $50 PROMO CODE NOW

# Commission

U.S. Stocks | U.S. Options | Routing Fees

## Competitive Options Pricing for Traders

| Trade | Rate | Product |
|---|---|---|
| 0 – 100 | $4.95 + $0.50 per contract | U.S. Options |
| Over 100 | $2.95 + $0.40 per contract | U.S. Options |

- Call-in trades are an additional $25 per trade.
- Option exercise or assignment will be charged $25 each.
- Trade fee 1 is $0.0000256 of the total dollar amount of securities sold. It is assessed for all SELL orders and is added to any total commissions charged.
- Trade fee 2 is FINRA TAF Fee. This fee is $0.000119 per share of securities sold ($0.002 per option contract) with a maximum of $5.95 per trade. This fee is assessed on all SELL orders and is added to any total commission charged.
- See the full list of Account Fees.

SureTrader Santina
Customer Support
Hello! We're here to help. Ask our Customer Support Team any questions you might have.
Start a conversation
Help

WHY SURETRADER
- About us
- Advantages
- Security and Protection

PRICING
- Trade Rates
- Account Fees
- Margin Fees

TRADING PLATFORMS
- Suretrader ActiveWeb
- Suretrader Desktop
- Suretrader Mobile

RESOURCES
- FATCA Complianc
- U.S. Residents
- Privacy Policy

SEC-SECWEBCAPTURE-E-0000373



Trade Rates - SureTrader
Account Fees - SureTrad
Pricing Comparison - S
Secure https://www.suretrader.com/trading-fees/trade-rates/
attractive rates and commission structures. Pay only a penny per share with a $4.95 minimum. Also, commissions for trades are only $4.95 + $0.50 per contract.
SureTrader
A DIVISION OF SWISS AMERICA SECURITIES, LTD.
Top Stock Alerts
Open An Account
Account Login
TAKE OUR PLATFORM FOR A TEST DRIVE WITH A FREE 100K DEMO
Hey! We're offering $50 in free trades to new traders like you!
GET YOUR $50 PROMO CODE NOW
Commission
U.S. Stocks
U.S. Options
Routing Fees
$0.00
SureTrader NEW Commission Rates NOW Offers ZERO Routing Fees

- Call-in trades are an additional $25 per trade.
- Option exercise or assignment will be charged $25 each.
- Trade fee 1 is $0.0000256 of the total dollar amount of securities sold. It is assessed for all SELL orders and is added to any total commissions charged.
- Trade fee 2 is FINRA TAF Fee. This fee is $0.000119 per share of securities sold ($0.002 per option contract) with a maximum of $5.95 per trade. This fee is assessed on all SELL orders and is added to any total commission charged.
- See the full list of Account Fees.

WHY SURETRADER
About us
Advantages
Security and Protection
Partnerships
PRICING
Trade Rates
Account Fees
Margin Fees
Software Fees
Pricing Comparison
TRADING PLATFORMS
Suretrader ActiveWeb
Suretrader Desktop
Suretrader Mobile
RESOURCES
FATCA Complianc
U.S. Residents
Privacy Policy
Cookie Policy
Legal Disclosure
500NUS Promotion Terms
SureTrader Santina
Customer Support
Hello! We're here to help. Ask our Customer Support Team any questions you might have.
Start a conversation
Help
https://www.suretrader.com/trading-fees/trade-rates/#messages

SEC-SECWEBCAPTURE-E-0000374

Trade Rates - SureTrader ×

Secure | https://www.suretrader.com/trading-fees/trade-rates/

SureTrader
A DIVISION OF SWISS AMERICA SECURITIES, LTD.

Top Stock Alerts | Open An Account | Account Login

TAKE OUR PLATFORM FOR A TEST DRIVE WITH A FREE 100K DEMO

- Option exercise or assignment will be charged $25 each.
- Trade fee 1 is $0.0000256 of the total dollar amount of securities sold. It is assessed for all SELL orders and is added ... charged
- Trade fee 2 is FINRA TAF Fee. This fee is $0.000119 per share of securities sold ($0.002 per option contract) with a maximum ... fee is assessed on all SELL orders and is added to any total commission charged.
- See the full list of Account Fees.

Hey! We're offering $50 in free trades to new traders like you!

GET YOUR $50 PROMO CODE NOW

WHY SURETRADER
- About us
- Advantages
- Security and Protection
- Partnerships

PRICING
- Trade Rates
- Account Fees
- Margin Fees
- Software Fees
- Pricing Comparison

TRADING PLATFORMS
- Suretrader ActiveWeb
- Suretrader Desktop
- Suretrader Mobile

RESOURCES
- FATCA Compliance
- U.S. Residents
- Privacy Policy
- Cookie Policy
- Legal Disclosure
- 50ONUS Promotion Terms Conditions
- Withdrawal Policy
- Institutions
- Funding & Banking
- Frequently Asked Questions
- Sitemap

SWISS AMERICA
SECURITIES, LTD

© Copyright 2008-2017 Swiss America Securities, Ltd.

Licensed by the Securities Commission of The Bahamas to carry on the business of a Broker Dealer and Investment Advisor.

Disclaimer: This web site is for informational purposes only and does not constitute an offer or solicitation for brokerage services, investment advisory services, or other products or services in any jurisdiction where we are not authorized to conduct investment business or where such offer or solicitation would be contrary to the securities or local laws and regulations of that jurisdiction. System response, trade executions and account access may be affected by market conditions, system performance, quote delays and other factors. The risk of loss in electronic trading can be substantial. You should therefore consider whether such trading is suitable for you in light of your financial resources and circumstances. All trades are executed in a principal capacity, our clients do not have direct market access. All transactions are executed against Swiss America Securities, Ltd. in a principal capacity. Swiss America Securities, Ltd. may profit as your counter-party. You should consider this conflict of interest before placing any trades.

Swiss America Securities, Ltd (SureTrader) does not accept accounts for U.S. Persons that have been solicited directly or indirectly in compliance with SEC Rule 15a-6.

Help

https://www.suretrader.com/institutions/

SEC-SECWEBCAPTURE-E-0000375