PLAINTIFF'S
EXHIBIT
MSJ-13



# Contact us



PLAINTIFF'S
EXHIBIT
85
PENGAD 800-631-6989



**Corporate Address**
(for overnight mail)

Swiss America Securities, Ltd.
Elizabeth on Bay Plaza
Bay Street
Suite 17
Nassau, Bahamas

**Postal Address**

**Telephone / Fax**

Office Phone: +1 242-328-7800/7801
USA (Direct): +1 718-247-9939
Canada (Direct): +1 437-886-9118
Voice Mail: +1 204-480-4812
Fax: +1 204-480-4812

**VOIP Numbers**

SEC-SECWEBCAPTURE-E-0000340



WITH A FREE 100K DEMO

**Postal Address**

Swiss America Securities, Ltd.
P.O. Box N8340
Nassau, Bahamas

**VOIP Numbers**

As a courtesy to our existing clients we
have added numbers that forward to
our Office Phone Line:

United States: 1-718-412-1256
United Kingdom: +44 (020) 3290-2477
Australia: +61 (02) 8091-2896

SWISSAMERICAS    Click Here To Email Us

| WHY SURETRADER | PRICING | TRADING PLATFORMS | RESOURCES |
|---|---|---|---|
| About us | Trade Rates | Suretrader ActiveWeb | FATCA Compliance |
| Advantages | Account Fees | Suretrader Desktop | U.S. Residents |
| Security and Protection | Margin Fees | Suretrader Mobile | Privacy Policy |
| Partnerships | Software Fees | | Cookie Policy |
| | Pricing Comparison | | Legal Disclosure |
| | | | 500NUS Promotion Terms Conditions |
| | | | Withdrawal Policy |
| | | | Institutions |
| | | | Funding & Banking |

SEC-SECWEBCAPTURE-E-0000341



WITH A FREE 100K DEMO

| WHY SURETRADER | PRICING | TRADING PLATFORMS | RESOURCES |
|---|---|---|---|
| About us | Trade Rates | Suretrader ActiveWeb | FATCA Compliance |
| Advantages | Account Fees | Suretrader Desktop | U.S. Residents |
| Security and Protection | Margin Fees | Suretrader Mobile | Privacy Policy |
| Partnerships | Software Fees | | Cookie Policy |
| | Pricing Comparison | | Legal Disclosure |
| | | | 500NUS Promotion Terms Conditions |
| | | | Withdrawal Policy |
| | | | Institutions |
| | | | Funding & Banking |
| | | | Frequently Asked Questions |
| | | | Sitemap |

SWISS AMERICA
SECURITIES, LTD

© Copyright 2008-2017 Swiss America Securities, Ltd.

Licensed by the Securities Commission of The Bahamas to carry on the business of a Broker Dealer and Investment Advisor.

Disclaimer: This web site is for informational purposes only and does not constitute an offer or solicitation for brokerage services, investment advisory services, or other products or services in any jurisdiction where we are not authorized to conduct investment business or where such offer or solicitation would be contrary to the securities or local laws and regulations of that jurisdiction. System response, trade executions and account access may be affected by market conditions, system performance, quote delays and other factors. The risk of loss in electronic trading can be substantial. You should therefore consider whether such trading is suitable for you in light of your financial resources and circumstances. All trades are executed in a principal capacity, our clients do not have direct market access. All transactions are executed against Swiss America Securities, Ltd. in a principal capacity. Swiss America Securities, Ltd. may profit as your counter-party. You should consider this conflict of interest before placing any trades.

Swiss America Securities, Ltd (SureTrader) does not accept accounts for U.S. Persons that have been solicited directly or indirectly in compliance with SEC Rule 15a-6.

SEC-SECWEBCAPTURE-E-0000340



# Contact us



**Corporate Address**
(for overnight mail)

Swiss America Securities, Ltd.
Elizabeth on Bay Plaza
Bay Street
Suite 17
Nassau, Bahamas

**Postal Address**

Swiss America Securities, Ltd.
P.O. Box N8249

**Telephone / Fax**

Office Phone: +1 242-328-7800/7801
USA (Direct): +1 718-247-9939
Canada (Direct): +1 437-886-9118
Voice Mail: +1 204-480-4812
Fax: +1 204-480-4812

**VOIP Numbers**

As a courtesy to our existing clients we

SEC-SECWEBCAPTURE-E-0000343

Contact us - SureTrader

web.archive.org/web/20170511135255/www.suretrader.com/contact-us/

Apps IS-A-TASK - My Tea Deltek Time & Exper LEAP SEC SOP's - All Documen Recommind CORE Administratio

SureTrader
A DIVISION OF SWISS AMERICA SECURITIES, LTD.

Top Stock Alerts | Open An Account | Account Login

TAKE OUR PLATFORM FOR A TEST DRIVE WITH A FREE 100K DEMO

## Postal Address

Swiss America Securities, Ltd.
P.O. Box N8340
Nassau, Bahamas

## VOIP Numbers

As a courtesy to our existing clients we have added numbers that forward to our Office Phone Line:

United States: 1-718-412-1256
United Kingdom: +44 (020) 3290-2477
Australia: +61 (02) 8091-2896

SWISSAMERICAS

Click Here To Email Us

WHY SURETRADER
- About us
- Advantages
- Security and Protection
- Partnerships

PRICING
- Trade Rates
- Account Fees
- Margin Fees
- Software Fees
- Pricing Comparison

TRADING PLATFORMS
- Suretrader ActiveWeb
- Suretrader Desktop
- Suretrader Mobile

RESOURCES
- FATCA Compliance
- U.S. Residents
- Privacy Policy
- Cookie Policy
- Legal Disclosure
- 5OONUS Promotion Terms Conditions
- Withdrawal Policy
- Institutions
- Funding & Banking
- Frequently Asked Questions
- Sitemap

SEC-SECWEBCAPTURE-E-0000340



SEC-SECWEBCAPTURE-E-0000345