

# Funding & Banking

Typically, the fastest method of funding your account is with a Credit Card. Bank Wires can take up to 5 business days.

**PLAINTIFF'S EXHIBIT MSJ-14**



Credit/Debit Card



Skrill

**PLAINTIFF'S EXHIBIT 84**




SEC-SECWEBCAPTURE-E-0000377

## Credit/Debit Card

| | |
|---|---|
| Available Currencies: | USD |
| Est. Transaction: | 1-24 Hours |
| Maximum Funding: | $1,000 |
| Processing Fee: | 3.5% |
| Availability: | World Wide |

## Skrill

| | |
|---|---|
| Available Currencies: | USD \| EUR \| GBP \| JPY \| CHF \| AUD \| NZD |
| Est. Transaction: | 1 - 24 Hours |
| Maximum Funding: | $5,000 |
| Availability: | Non-U.S. only. |

Hey! We're offering $50 in free trades to new traders like you!

GET YOUR $50 PROMO CODE NOW


More


More



## Neteller



## Bank Wire


Help

## Neteller

| | |
|---|---|
| Available Currencies: | USD \| EUR \| GBP \| JPY \| CHF \| CAD \| SGD \| AUD \| NZD |
| Est. Transaction: | 1-24 Hours |
| Maximum Funding: | $5,000 |
| Availability: | Neteller is available for Non-U.S. Clients only. |



More

## Bank Wire

| | |
|---|---|
| Available Currencies: | USD \| EUR \| GBP |
| Est. Transaction: | 2 – 5 Business Days |
| Maximum Funding: | Any amount |
| Availability: | World Wide |



More





## ACH

| | |
|---|---|
| Available Currencies: | USD |
| Est. Transaction: | 5 - 7 Business Days |
| Maximum Funding: | $10,000 |
| Availability: | US Bank Holders Only |

More ↑

# Withdraw funds from your SureTrader account

**Bank Wire Transfer – ACH**

How to Make a Withdrawal Request:



SEC-SECWEBCAPTURE-E-0000380

# SureTrader
A DIVISION OF SWISS AMERICA SECURITIES, LTD.

Top Stock Alerts | Open An Account | Account Login

## Withdraw funds from your SureTrader account

TAKE OUR PLATFORM FOR A TEST DRIVE WITH A FREE 100K DEMO

Hey! We're offering $50 in free trades to new traders like you!
GET YOUR $50 PROMO CODE NOW

**Bank Wire Transfer – ACH**

How to Make a Withdrawal Request:

1. Login into your SureTrader Account Center at https://accounts.suretrader.com/. Your username is your registered e-mail address. Use your IBOSS password, or the already created Account Center credentials.

2. Once logged in, click into the "Banking" tab at the top of the page.

3. Choose your preferred method of withdrawal: ACH, Bank Transfer (SWIFT), or Bank Transfer (EUR/SEPA) and fill in the information requested.

4. To initiate a withdrawal, you will be required to enter a "withdrawal pin". You can request your new pin from the withdrawal screen. A random pin will generated and sent to the registered email address on your account.

5. To complete the withdrawal, you will be required to enter your generated withdrawal pin and sign the withdrawal request at the bottom of the screen.

There is a $40 USD Fee for Wire Transfers, E-Wallet, and ACH withdrawals, and a 3.5% processing fee for Credit Cards. Withdrawal Policy.

---

## WHY SURETRADER
- About us
- Advantages
- Security and Protection
- Partnerships

## PRICING
- Trade Rates
- Account Fees
- Margin Fees
- Software Fees
- Pricing Comparison

## TRADING PLATFORMS
- Suretrader ActiveWeb
- Suretrader Desktop
- Suretrader Mobile

## RESOURCES
- FATCA Compliance
- U.S. Residents
- Privacy Policy
- Cookie Policy
- Legal Disclosure
- 500NUS Promotion Terms Conditions



**SureTrader**
A DIVISION OF SWISS AMERICA SECURITIES, LTD.

Top Stock Alerts | Open An Account | Account Login

TAKE OUR PLATFORM FOR A TEST DRIVE WITH A FREE 100K DEMO



Hey! We're offering $50 in free trades to new traders like you!
GET YOUR $50 PROMO CODE NOW

### WHY SURETRADER
- About us
- Advantages
- Security and Protection
- Partnerships

### PRICING
- Trade Rates
- Account Fees
- Margin Fees
- Software Fees
- Pricing Comparison

### TRADING PLATFORMS
- Suretrader ActiveWeb
- Suretrader Desktop
- Suretrader Mobile

### RESOURCES
- FATCA Compliance
- U.S. Residents
- Privacy Policy
- Cookie Policy
- Legal Disclosure
- 50ONUS Promotion Terms Conditions
- Withdrawal Policy
- Institutions
- Funding & Banking
- Frequently Asked Questions
- Sitemap

© Copyright 2008-2017 Swiss America Securities, Ltd.

Licensed by the Securities Commission of The Bahamas to carry on the business of a Broker Dealer and Investment Advisor.

Disclaimer: This web site is for informational purposes only and does not constitute an offer or solicitation for brokerage services, investment advisory services, or other products or services in any jurisdiction where we are not authorized to conduct investment business or where such offer or solicitation would be contrary to the securities or local laws and regulations of that jurisdiction. System response, trade executions and account access may be affected by market conditions, system performance, quote delays and other factors. The risk of loss in electronic trading can be substantial. You should therefore consider whether such trading is suitable for you in light of your financial resources and circumstances. All trades are executed in a principal capacity, our clients do not have direct market access. All transactions are executed against Swiss America Securities, Ltd. in a principal capacity. Swiss America Securities, Ltd. may profit as your counter-party. You should consider this conflict of interest before placing any trades.

Swiss America Securities, Ltd (SureTrader) does not accept accounts for U.S. Persons that have been solicited directly or indirectly in compliance with SEC Rule 15a-6.


SWISS AMERICA SECURITIES, LTD


Help

SEC-SECWEBCAPTURE-E-0000382