

**PLAINTIFF'S EXHIBIT MSJ-16**

**iBoss — International Back Office Support System**

Today is 01/31/2018

Customer Account
Logon User: **Edward56303**   Logoff
View Account: **MBS02591**   Account Name: **Warren Williams**

Daily Summary  |  Trading Blotter  |  Activity  ▶  |  Report ▶

## PROFIT AND LOSS SUMMARY

Enter Starting Date: 01/01/2016   Enter Ending Date: 01/30/2018   Go   (mm/dd/yyyy)

### Trading Summary — Download csv

| Symbol | Tickets | Open Qty | Long Qty | Short Qty | Long Amount | Short Amount | Gross P&L | Commission | Trade Fee 1 | Trade Fee 2 | Trade Fee 3 | True P&L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AEZS | 4 | 0 | 200 | 200 | 406.00 | 437.00 | 31.00 | 19.80 | 0.02 | 0.02 | 0.00 | 11.16 |
| BSPM | 12 | 0 | 2,600 | 2,600 | 12,298.00 | 12,129.00 | (169.00) | 59.60 | 0.32 | 0.31 | 0.00 | (229.23) |
| CAPR | 2 | 0 | 500 | 500 | 1,025.00 | 955.00 | (70.00) | 10.00 | 0.03 | 0.06 | 0.00 | (80.09) |
| CCIH | 4 | 0 | 1,500 | 1,500 | 1,895.00 | 2,020.00 | 125.00 | 30.00 | 0.05 | 0.18 | 0.00 | 94.77 |
| CLSN | 8 | 0 | 1,200 | 1,200 | 4,945.00 | 4,774.00 | (171.00) | 39.70 | 0.13 | 0.14 | 0.00 | (210.97) |
| CLWT | 2 | 0 | 500 | 500 | 2,150.00 | 2,187.50 | 37.50 | 10.00 | 0.05 | 0.06 | 0.00 | 27.39 |
| CYTR | 2 | 0 | 300 | 300 | 208.98 | 214.53 | 5.55 | 9.90 | 0.01 | 0.04 | 0.00 | (4.40) |
| DCTH | 5 | 0 | 2,000 | 2,000 | 361.70 | 382.00 | 20.30 | 40.00 | 0.03 | 0.24 | 0.00 | (19.97) |
| DGLY | 2 | 0 | 100 | 100 | 450.00 | 430.00 | (20.00) | 9.90 | 0.01 | 0.01 | 0.00 | (29.92) |
| DMPI | 2 | 0 | 100 | 100 | 243.00 | 218.00 | (25.00) | 9.90 | 0.01 | 0.01 | 0.00 | (34.92) |
| DRAM | 2 | 0 | 300 | 300 | 1,005.00 | 915.00 | (90.00) | 9.90 | 0.03 | 0.04 | 0.00 | (99.97) |
| DXTR | 7 | 0 | 2,400 | 2,400 | 714.20 | 696.00 | (18.20) | 49.90 | 0.04 | 0.29 | 0.00 | (68.43) |
| GSAT | 6 | 0 | 500 | 500 | 1,217.00 | 1,177.00 | (40.00) | 29.70 | 0.05 | 0.06 | 0.00 | (69.81) |
| HIMX | 4 | 0 | 400 | 400 | 2,806.00 | 2,848.00 | 42.00 | 19.80 | 0.09 | 0.05 | 0.00 | 22.07 |
| HMNY | 2 | 0 | 200 | 200 | 1,959.98 | 1,938.02 | (21.96) | 9.90 | 0.05 | 0.02 | 0.00 | (31.94) |
| HOG | 2 | 0 | 100 | 100 | 5,193.00 | 5,139.00 | (54.00) | 9.90 | 0.13 | 0.01 | 0.00 | (64.04) |
| HOS | 2 | 0 | 300 | 300 | 816.00 | 807.00 | (9.00) | 9.90 | 0.02 | 0.04 | 0.00 | (18.96) |
| HTGM | 2 | 0 | 400 | 400 | 1,640.00 | 1,560.00 | (80.00) | 9.90 | 0.04 | 0.05 | 0.00 | (89.99) |
| IDXG | 2 | 0 | 400 | 400 | 744.00 | 728.00 | (16.00) | 9.90 | 0.02 | 0.05 | 0.00 | (25.97) |
| IFON | 2 | 0 | 250 | 250 | 192.50 | 148.00 | (44.50) | 9.90 | 0.01 | 0.03 | 0.00 | (54.44) |
| IMMR | 4 | 0 | 200 | 200 | 2,061.00 | 2,041.00 | (20.00) | 19.80 | 0.06 | 0.02 | 0.00 | (39.89) |
| IMMU | 2 | 0 | 300 | 300 | 2,535.00 | 2,511.00 | (24.00) | 9.90 | 0.07 | 0.04 | 0.00 | (34.00) |
| IMMY | 2 | 0 | 700 | 700 | 1,638.00 | 1,505.00 | (133.00) | 14.00 | 0.04 | 0.08 | 0.00 | (147.13) |
| IRWD | 2 | 0 | 200 | 200 | 3,264.00 | 3,254.00 | (10.00) | 9.90 | 0.09 | 0.02 | 0.00 | (20.01) |
| JAGX | 2 | 0 | 150 | 150 | 132.00 | 107.25 | (24.75) | 9.90 | 0.01 | 0.02 | 0.00 | (34.68) |
| LINU | 2 | 0 | 1,000 | 1,000 | 682.60 | 750.00 | 67.40 | 20.00 | 0.02 | 0.12 | 0.00 | 47.26 |
| LITE | 2 | 0 | 50 | 50 | 2,235.00 | 2,252.50 | 17.50 | 9.90 | 0.06 | 0.01 | 0.00 | 7.53 |
| LMFA | 4 | 0 | 1,000 | 1,000 | 2,465.00 | 2,395.00 | (70.00) | 20.00 | 0.06 | 0.12 | 0.00 | (90.18) |
| LTBR | 2 | 0 | 300 | 300 | 1,386.00 | 1,254.00 | (132.00) | 9.90 | 0.03 | 0.04 | 0.00 | (141.97) |
| MARA | 2 | 0 | 1,000 | 1,000 | 310.00 | 290.00 | (20.00) | 20.00 | 0.01 | 0.12 | 0.00 | (40.13) |
| MOMO | 8 | 0 | 700 | 700 | 22,107.00 | 22,154.00 | 47.00 | 39.60 | 0.56 | 0.08 | 0.00 | 6.75 |
| MOSY | 2 | 0 | 300 | 300 | 750.00 | 771.00 | 21.00 | 9.90 | 0.02 | 0.04 | 0.00 | 11.04 |
| OPGN | 2 | 0 | 200 | 200 | 1,087.98 | 1,042.06 | (45.92) | 9.90 | 0.03 | 0.02 | 0.00 | (55.88) |
| OSTK | 6 | 0 | 300 | 300 | 23,065.00 | 22,970.00 | (95.00) | 29.70 | 0.59 | 0.04 | 0.00 | (125.32) |
| PME | 2 | 0 | 100 | 100 | 330.00 | 340.00 | 10.00 | 9.90 | 0.01 | 0.01 | 0.00 | 0.08 |
| RCON | 9 | 0 | 2,900 | 2,900 | 11,417.00 | 10,794.00 | (623.00) | 62.90 | 0.29 | 0.35 | 0.00 | (686.54) |
| SGYP | 3 | 0 | 800 | 800 | 3,368.00 | 3,320.00 | (48.00) | 17.90 | 0.09 | 0.10 | 0.00 | (66.08) |
| SKLN | 2 | 0 | 300 | 300 | 642.00 | 636.00 | (6.00) | 9.90 | 0.02 | 0.04 | 0.00 | (15.96) |
| SPI | 3 | 0 | 800 | 800 | 1,558.00 | 1,456.00 | (102.00) | 17.95 | 0.04 | 0.10 | 0.00 | (120.09) |
| TOPS | 2 | 0 | 100 | 100 | 107.00 | 98.00 | (9.00) | 9.90 | 0.01 | 0.01 | 0.00 | (18.92) |
| TWTR | 2 | 0 | 200 | 200 | 5,220.00 | 5,182.00 | (38.00) | 9.90 | 0.13 | 0.02 | 0.00 | (48.05) |
| VRX | 3 | 0 | 100 | 100 | 1,569.00 | 1,555.28 | (13.72) | 14.85 | 0.04 | 0.01 | 0.00 | (28.63) |
| WYNN | 8 | 0 | 150 | 150 | 26,668.00 | 26,695.40 | 27.40 | 39.60 | 0.68 | 0.02 | 0.00 | (12.90) |
| TOTAL | 150 |  | 26,100 | 26,100 | 154,867.94 | 153,076.54 | (1,791.40) | 832.70 | 4.16 | 3.11 | 0.00 | (2,631.36) |

### Cash Move Summary — Download csv

| Account | Name | DAS User | Entry Date | Currency | Deposit | Withdraw | Note |
|---|---|---|---|---|---|---|---|
| MBS02591 | Warren Williams | MBS02591 | 05/10/2017 | USD | 1,000.00 | 0.00 | ACH DASHBOARD DEPOSIT - 05/4/2017 |
| MBS02591 | Warren Williams | MBS02591 | 05/18/2017 | USD | 50.00 | 0.00 | 50ONUS |
| MBS02591 | Warren Williams | MBS02591 | 06/22/2017 | USD | 0.00 | (50.00) | Intra day liquidation fee (VRX) |
| MBS02591 | Warren Williams | MBS02591 | 10/02/2017 | USD | 0.00 | (50.00) | Inactivity Fee from 20170701 to 20170930 |
| MBS02591 | Warren Williams | MBS02591 | 01/02/2018 | USD | 0.00 | (50.00) | Inactivity Fee from 20171001 to 20171231 |
| MBS02591 | Warren Williams | MBS02591 | 01/05/2018 | USD | 2,587.50 | 0.00 | ACA000H9MG |
| MBS02591 | Warren Williams | MBS02591 | 01/05/2018 | USD | 0.00 | (87.50) | CC Fees |
| TOTAL |  |  |  | USD | 3,637.50 | (237.50) |  |

### Equity Change

| Date | Currency | Value | Change |
|---|---|---|---|
| 05/02/2017 | USD | 0.00 | 0.00 |
| 05/03/2017 | USD | 0.00 | 0.00 |
| 05/04/2017 | USD | 0.00 | 0.00 |
| 05/05/2017 | USD | 0.00 | 0.00 |
| 05/08/2017 | USD | 0.00 | 0.00 |
| 05/09/2017 | USD | 0.00 | 0.00 |
| 05/10/2017 | USD | 1,000.00 | 1,000.00 |
| 05/11/2017 | USD | 1,000.00 | 0.00 |
| 05/12/2017 | USD | 968.13 | (31.87) |
| 05/15/2017 | USD | 952.21 | (15.92) |
| 05/16/2017 | USD | 903.49 | (48.72) |
| 05/17/2017 | USD | 903.49 | 0.00 |
| 05/18/2017 | USD | 953.49 | 50.00 |
| 05/19/2017 | USD | 953.49 | 0.00 |
| 05/22/2017 | USD | 953.49 | 0.00 |
| 05/23/2017 | USD | 953.49 | 0.00 |
| 05/24/2017 | USD | 953.49 | 0.00 |
| 05/25/2017 | USD | 953.49 | 0.00 |
| 05/26/2017 | USD | 953.49 | 0.00 |

Confidential pursuant to Securities Exchange Act s.24(d).    SEC-SCB-P-0010461

| Date | Currency | Value | P/L |
|---|---|---|---|
| 05/30/2017 | USD | 953.49 | 0.00 |
| 05/31/2017 | USD | 1,000.75 | 47.26 |
| 06/01/2017 | USD | 870.52 | (130.23) |
| 06/02/2017 | USD | 819.35 | (51.16) |
| 06/05/2017 | USD | 508.33 | (311.03) |
| 06/06/2017 | USD | 508.33 | 0.00 |
| 06/07/2017 | USD | 508.33 | 0.00 |
| 06/08/2017 | USD | 508.33 | 0.00 |
| 06/09/2017 | USD | 508.33 | 0.00 |
| 06/12/2017 | USD | 508.33 | 0.00 |
| 06/13/2017 | USD | 519.37 | 11.04 |
| 06/14/2017 | USD | 519.37 | 0.00 |
| 06/15/2017 | USD | 477.44 | (41.93) |
| 06/16/2017 | USD | 558.54 | 81.10 |
| 06/19/2017 | USD | 558.54 | 0.00 |
| 06/20/2017 | USD | 468.44 | (90.10) |
| 06/21/2017 | USD | 336.18 | (132.26) |
| 06/22/2017 | USD | 178.10 | (158.07) |
| 06/23/2017 | USD | 178.10 | 0.00 |
| 06/26/2017 | USD | 178.10 | 0.00 |
| 06/27/2017 | USD | 178.10 | 0.00 |
| 06/28/2017 | USD | 178.10 | 0.00 |
| 06/29/2017 | USD | 178.10 | 0.00 |
| 06/30/2017 | USD | 178.10 | 0.00 |
| 07/03/2017 | USD | 178.10 | 0.00 |
| 07/05/2017 | USD | 178.10 | 0.00 |
| 07/06/2017 | USD | 178.10 | 0.00 |
| 07/07/2017 | USD | 178.10 | 0.00 |
| 07/10/2017 | USD | 178.10 | 0.00 |
| 07/11/2017 | USD | 178.10 | 0.00 |
| 07/12/2017 | USD | 178.10 | 0.00 |
| 07/13/2017 | USD | 178.10 | 0.00 |
| 07/14/2017 | USD | 178.10 | 0.00 |
| 07/17/2017 | USD | 178.10 | 0.00 |
| 07/18/2017 | USD | 178.10 | 0.00 |
| 07/19/2017 | USD | 189.26 | 11.16 |
| 07/20/2017 | USD | 189.26 | 0.00 |
| 07/21/2017 | USD | 189.26 | 0.00 |
| 07/24/2017 | USD | 189.26 | 0.00 |
| 07/25/2017 | USD | 189.26 | 0.00 |
| 07/26/2017 | USD | 134.82 | (54.44) |
| 07/27/2017 | USD | 134.82 | 0.00 |
| 07/28/2017 | USD | 100.14 | (34.68) |
| 07/31/2017 | USD | 100.14 | 0.00 |
| 08/01/2017 | USD | 100.14 | 0.00 |
| 08/02/2017 | USD | 100.14 | 0.00 |
| 08/03/2017 | USD | 100.14 | 0.00 |
| 08/04/2017 | USD | 100.14 | 0.00 |
| 08/07/2017 | USD | 100.14 | 0.00 |
| 08/08/2017 | USD | 100.14 | 0.00 |
| 08/09/2017 | USD | 100.14 | 0.00 |
| 08/10/2017 | USD | 100.14 | 0.00 |
| 08/11/2017 | USD | 100.14 | 0.00 |
| 08/14/2017 | USD | 100.14 | 0.00 |
| 08/15/2017 | USD | 100.14 | 0.00 |
| 08/16/2017 | USD | 100.14 | 0.00 |
| 08/17/2017 | USD | 100.14 | 0.00 |
| 08/18/2017 | USD | 100.14 | 0.00 |
| 08/21/2017 | USD | 100.14 | 0.00 |
| 08/22/2017 | USD | 100.14 | 0.00 |
| 08/23/2017 | USD | 100.14 | 0.00 |
| 08/24/2017 | USD | 100.14 | 0.00 |
| 08/25/2017 | USD | 100.14 | 0.00 |
| 08/28/2017 | USD | 100.14 | 0.00 |
| 08/29/2017 | USD | 100.14 | 0.00 |
| 08/30/2017 | USD | 100.14 | 0.00 |
| 08/31/2017 | USD | 100.14 | 0.00 |
| 09/01/2017 | USD | 100.14 | 0.00 |
| 09/05/2017 | USD | 100.14 | 0.00 |
| 09/06/2017 | USD | 100.14 | 0.00 |
| 09/07/2017 | USD | 100.14 | 0.00 |
| 09/08/2017 | USD | 100.14 | 0.00 |
| 09/11/2017 | USD | 100.14 | 0.00 |
| 09/12/2017 | USD | 100.14 | 0.00 |
| 09/13/2017 | USD | 100.14 | 0.00 |
| 09/14/2017 | USD | 100.14 | 0.00 |
| 09/15/2017 | USD | 100.14 | 0.00 |
| 09/18/2017 | USD | 100.14 | 0.00 |
| 09/19/2017 | USD | 100.14 | 0.00 |
| 09/20/2017 | USD | 100.14 | 0.00 |
| 09/21/2017 | USD | 100.14 | 0.00 |
| 09/22/2017 | USD | 100.14 | 0.00 |
| 09/25/2017 | USD | 100.14 | 0.00 |
| 09/26/2017 | USD | 100.14 | 0.00 |
| 09/27/2017 | USD | 100.14 | 0.00 |
| 09/28/2017 | USD | 100.14 | 0.00 |
| 09/29/2017 | USD | 100.14 | 0.00 |
| 10/02/2017 | USD | 50.14 | (50.00) |
| 10/03/2017 | USD | 50.14 | 0.00 |
| 10/04/2017 | USD | 50.14 | 0.00 |
| 10/05/2017 | USD | 50.14 | 0.00 |
| 10/06/2017 | USD | 50.14 | 0.00 |

Confidential pursuant to Securities Exchange Act s.24(d). SEC-SCB-P-0010462

| Date | Currency | Amount | P/L |
|---|---|---:|---:|
| 10/09/2017 | USD | 50.14 | 0.00 |
| 10/10/2017 | USD | 50.14 | 0.00 |
| 10/11/2017 | USD | 50.14 | 0.00 |
| 10/12/2017 | USD | 50.14 | 0.00 |
| 10/13/2017 | USD | 50.14 | 0.00 |
| 10/16/2017 | USD | 50.14 | 0.00 |
| 10/17/2017 | USD | 50.14 | 0.00 |
| 10/18/2017 | USD | 50.14 | 0.00 |
| 10/19/2017 | USD | 50.14 | 0.00 |
| 10/20/2017 | USD | 50.14 | 0.00 |
| 10/23/2017 | USD | 50.14 | 0.00 |
| 10/24/2017 | USD | 50.14 | 0.00 |
| 10/25/2017 | USD | 50.14 | 0.00 |
| 10/26/2017 | USD | 50.14 | 0.00 |
| 10/27/2017 | USD | 50.14 | 0.00 |
| 10/30/2017 | USD | 50.14 | 0.00 |
| 10/31/2017 | USD | 50.14 | 0.00 |
| 11/01/2017 | USD | 50.14 | 0.00 |
| 11/02/2017 | USD | 50.14 | 0.00 |
| 11/03/2017 | USD | 50.14 | 0.00 |
| 11/06/2017 | USD | 50.14 | 0.00 |
| 11/07/2017 | USD | 50.14 | 0.00 |
| 11/08/2017 | USD | 50.14 | 0.00 |
| 11/09/2017 | USD | 50.14 | 0.00 |
| 11/10/2017 | USD | 50.14 | 0.00 |
| 11/13/2017 | USD | 50.14 | 0.00 |
| 11/14/2017 | USD | 50.14 | 0.00 |
| 11/15/2017 | USD | 50.14 | 0.00 |
| 11/16/2017 | USD | 50.14 | 0.00 |
| 11/17/2017 | USD | 50.14 | 0.00 |
| 11/20/2017 | USD | 50.14 | 0.00 |
| 11/21/2017 | USD | 50.14 | 0.00 |
| 11/22/2017 | USD | 50.14 | 0.00 |
| 11/24/2017 | USD | 50.14 | 0.00 |
| 11/27/2017 | USD | 50.14 | 0.00 |
| 11/28/2017 | USD | 50.14 | 0.00 |
| 11/29/2017 | USD | 50.14 | 0.00 |
| 11/30/2017 | USD | 50.14 | 0.00 |
| 12/01/2017 | USD | 50.14 | 0.00 |
| 12/04/2017 | USD | 50.14 | 0.00 |
| 12/05/2017 | USD | 50.14 | 0.00 |
| 12/06/2017 | USD | 50.14 | 0.00 |
| 12/07/2017 | USD | 50.14 | 0.00 |
| 12/08/2017 | USD | 50.14 | 0.00 |
| 12/11/2017 | USD | 50.14 | 0.00 |
| 12/12/2017 | USD | 50.14 | 0.00 |
| 12/13/2017 | USD | 50.14 | 0.00 |
| 12/14/2017 | USD | 50.14 | 0.00 |
| 12/15/2017 | USD | 50.14 | 0.00 |
| 12/18/2017 | USD | 50.14 | 0.00 |
| 12/19/2017 | USD | 50.14 | 0.00 |
| 12/20/2017 | USD | 50.14 | 0.00 |
| 12/21/2017 | USD | 50.14 | 0.00 |
| 12/22/2017 | USD | 50.14 | 0.00 |
| 12/26/2017 | USD | 50.14 | 0.00 |
| 12/27/2017 | USD | 50.14 | 0.00 |
| 12/28/2017 | USD | 50.14 | 0.00 |
| 12/29/2017 | USD | 50.14 | 0.00 |
| 01/02/2018 | USD | 0.14 | (50.00) |
| 01/03/2018 | USD | 0.14 | 0.00 |
| 01/04/2018 | USD | 0.14 | 0.00 |
| 01/05/2018 | USD | 2,500.14 | 2,500.00 |
| 01/08/2018 | USD | 2,500.14 | 0.00 |
| 01/09/2018 | USD | 2,500.14 | 0.00 |
| 01/10/2018 | USD | 2,500.14 | 0.00 |
| 01/11/2018 | USD | 2,500.14 | 0.00 |
| 01/12/2018 | USD | 2,500.14 | 0.00 |
| 01/16/2018 | USD | 1,813.60 | (686.54) |
| 01/17/2018 | USD | 1,813.60 | 0.00 |
| 01/18/2018 | USD | 1,813.60 | 0.00 |
| 01/19/2018 | USD | 1,813.60 | 0.00 |
| 01/22/2018 | USD | 1,813.60 | 0.00 |
| 01/23/2018 | USD | 1,813.60 | 0.00 |
| 01/24/2018 | USD | 1,813.60 | 0.00 |
| 01/25/2018 | USD | 1,671.64 | (141.97) |
| 01/26/2018 | USD | 1,303.64 | (368.00) |
| 01/29/2018 | USD | 1,278.03 | (25.61) |
| 01/30/2018 | USD | 768.64 | (509.39) |
| **TOTAL** | | | **768.64** |

Confidential pursuant to Securities Exchange Act s.24(d).   SEC-SCB-P-0010463



Confidential pursuant to Securities Exchange Act s.24(d).

SEC-SCB-P-0010464