

**PLAINTIFF'S EXHIBIT MSJ-17**

**iBOSS — International Back Office Support System**

Today is 01/31/2018

**Customer Account**
Logon User: **Edward56303**     Logoff
View Account: **MBS00903**     Account Name: **Hunter Huddleston**

Daily Summary | Trading Blotter | Activity ▶ | Report ▶

## Profit and Loss Summary

Enter Starting Date: 01/01/2016     Enter Ending Date: 01/30/2018     Go (mm/dd/yyyy)

### Trading Summary — Download csv

| Symbol | Tickets | Open Qty | Long Qty | Short Qty | Long Amount | Short Amount | Gross P&L | Commission | Trade Fee 1 | Trade Fee 2 | Trade Fee 3 | True P&L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AKTX | 11 | 0 | 2,968 | 2,968 | 30,178.53 | 29,593.71 | (584.82) | 54.45 | 0.74 | 0.35 | 0.00 | (640.36) |
| ATHX | 2 | 0 | 1,920 | 1,920 | 3,456.00 | 3,494.40 | 38.40 | 38.40 | 0.09 | 0.23 | 0.00 | (0.32) |
| AUPH | 4 | 0 | 300 | 300 | 2,646.50 | 2,631.00 | (15.50) | 19.80 | 0.07 | 0.04 | 0.00 | (35.40) |
| CALI | 4 | 0 | 600 | 600 | 1,751.85 | 1,564.00 | (187.85) | 19.80 | 0.04 | 0.07 | 0.00 | (207.76) |
| CBIO | 5 | 0 | 1,000 | 1,000 | 11,650.00 | 11,950.04 | 300.04 | 24.90 | 0.31 | 0.12 | 0.00 | 274.71 |
| CCCR | 11 | 0 | 1,341 | 1,341 | 3,412.58 | 3,477.12 | 64.54 | 54.45 | 0.14 | 0.16 | 0.00 | 9.80 |
| CERU | 2 | 0 | 1,000 | 1,000 | 1,420.00 | 1,194.00 | (226.00) | 20.00 | 0.03 | 0.12 | 0.00 | (246.15) |
| CLNT | 10 | 0 | 734 | 734 | 6,756.30 | 6,614.62 | (141.68) | 49.50 | 0.18 | 0.09 | 0.00 | (191.45) |
| CNAT | 2 | 0 | 3,199 | 3,199 | 19,865.79 | 20,041.23 | 175.44 | 9.90 | 0.49 | 0.38 | 0.00 | 164.67 |
| CYCC | 6 | 0 | 2,308 | 2,308 | 14,249.47 | 13,244.33 | (1,005.14) | 29.70 | 0.34 | 0.27 | 0.00 | (1,035.45) |
| DFFN | 3 | 0 | 859 | 859 | 4,252.05 | 4,252.73 | 0.68 | 21.79 | 0.12 | 0.10 | 0.00 | (21.33) |
| GALT | 2 | 0 | 355 | 355 | 1,238.95 | 1,249.60 | 10.65 | 9.90 | 0.03 | 0.04 | 0.00 | 0.68 |
| HTGM | 7 | 0 | 1,396 | 1,396 | 11,312.25 | 11,044.94 | (267.32) | 36.21 | 0.27 | 0.17 | 0.00 | (303.97) |
| IDXG | 8 | 0 | 3,428 | 3,428 | 11,384.24 | 10,193.87 | (1,190.37) | 69.76 | 0.27 | 0.41 | 0.00 | (1,260.81) |
| INPX | 3 | 0 | 451 | 451 | 1,941.42 | 2,052.05 | 110.63 | 14.85 | 0.05 | 0.05 | 0.00 | 95.67 |
| KNX | 2 | 0 | 235 | 235 | 8,413.00 | 8,283.75 | (129.25) | 9.90 | 0.21 | 0.03 | 0.00 | (139.38) |
| MVIS | 3 | 0 | 110 | 110 | 280.50 | 265.95 | (14.55) | 14.85 | 0.02 | 0.01 | 0.00 | (29.43) |
| NADL | 6 | 0 | 1,247 | 1,247 | 3,251.09 | 3,190.62 | (60.47) | 29.70 | 0.09 | 0.15 | 0.00 | (90.41) |
| NVCN | 3 | 0 | 600 | 600 | 1,260.00 | 1,183.01 | (76.99) | 15.95 | 0.04 | 0.07 | 0.00 | (93.05) |
| PLUG | 4 | 0 | 892 | 892 | 2,309.92 | 2,337.04 | 27.12 | 19.80 | 0.06 | 0.11 | 0.00 | 7.15 |
| PRAN | 4 | 0 | 1,406 | 1,406 | 5,611.72 | 5,294.30 | (317.42) | 19.80 | 0.14 | 0.17 | 0.00 | (337.53) |
| PULM | 4 | 0 | 500 | 500 | 1,687.50 | 1,713.75 | 26.25 | 19.80 | 0.05 | 0.06 | 0.00 | 6.34 |
| ROX | 2 | 0 | 2,157 | 2,157 | 3,451.20 | 3,451.20 | 0.00 | 43.14 | 0.09 | 0.26 | 0.00 | (43.48) |
| RXII | 2 | 0 | 1,000 | 1,000 | 1,095.00 | 1,030.00 | (65.00) | 20.00 | 0.03 | 0.12 | 0.00 | (85.15) |
| SFUN | 2 | 0 | 6,669 | 6,669 | 20,606.95 | 20,702.60 | 95.65 | 9.90 | 0.51 | 0.79 | 0.00 | 84.44 |
| SGMO | 3 | 0 | 462 | 462 | 3,812.50 | 3,696.00 | (116.50) | 14.85 | 0.10 | 0.05 | 0.00 | (131.50) |
| SPLS | 4 | 0 | 1,023 | 1,023 | 10,034.07 | 10,044.24 | 10.17 | 19.80 | 0.26 | 0.12 | 0.00 | (10.01) |
| THLD | 2 | 0 | 1,000 | 1,000 | 1,000.00 | 1,010.10 | 10.10 | 20.00 | 0.03 | 0.12 | 0.00 | (10.05) |
| TNXP | 2 | 0 | 430 | 430 | 3,728.10 | 3,891.50 | 163.40 | 9.90 | 0.10 | 0.05 | 0.00 | 153.35 |
| UNXL | 2 | 0 | 800 | 800 | 799.50 | 840.00 | 40.50 | 16.00 | 0.02 | 0.10 | 0.00 | 24.38 |
| **TOTAL** | 125 | | 40,390 | 40,390 | 192,856.98 | 189,531.69 | (3,325.29) | 756.80 | 4.93 | 4.81 | 0.00 | (4,091.83) |

### Cash Move Summary — Download csv

| Account | Name | DAS User | Entry Date | Currency | Deposit | Withdraw | Note |
|---|---|---|---|---|---|---|---|
| MBS00903 | Hunter Huddleston | MBS00903 | 03/10/2017 | USD | 1,000.00 | 0.00 | ACH DASHBOARD DEPOSIT - 03/6/2017 |
| MBS00903 | Hunter Huddleston | MBS00903 | 03/22/2017 | USD | 50.00 | 0.00 | 50ONUS |
| MBS00903 | Hunter Huddleston | MBS00903 | 03/24/2017 | USD | 2,000.00 | 0.00 | ACH DASHBOARD DEPOSIT - 03/18/2017 |
| MBS00903 | Hunter Huddleston | MBS00903 | 03/24/2017 | USD | 2,000.00 | 0.00 | ACH DASHBOARD DEPOSIT - 03/18/2017 |
| MBS00903 | Hunter Huddleston | MBS00903 | 03/31/2017 | USD | 35.56 | 0.00 | Commission rebate error 03/28-03/30 |
| MBS00903 | Hunter Huddleston | MBS00903 | 04/03/2017 | USD | 0.00 | (64.00) | Monthly Platform fee - March |
| MBS00903 | Hunter Huddleston | MBS00903 | 04/19/2017 | USD | 0.00 | (25.00) | Fee |
| MBS00903 | Hunter Huddleston | MBS00903 | 04/19/2017 | USD | 0.00 | (100.00) | Withdrawal : Hunter Huddleston |
| MBS00903 | Hunter Huddleston | MBS00903 | 05/01/2017 | USD | 0.00 | (64.00) | Monthly Platform fee - April |
| MBS00903 | Hunter Huddleston | MBS00903 | 06/01/2017 | USD | 0.00 | (64.00) | Monthly Platform fee - May |
| MBS00903 | Hunter Huddleston | MBS00903 | 06/14/2017 | USD | 0.00 | (32.00) | Monthly Platform fee - June |
| MBS00903 | Hunter Huddleston | MBS00903 | 06/14/2017 | USD | 0.00 | (40.00) | Fee |
| MBS00903 | Hunter Huddleston | MBS00903 | 06/14/2017 | USD | 0.00 | (604.73) | Withdrawal : Hunter Huddleston |
| MBS00903 | Hunter Huddleston | MBS00903 | 10/02/2017 | USD | 0.00 | (0.00) | Inactivity Fee from 20170701 to 20170930 |
| **TOTAL** | | | | USD | 5,085.56 | (993.73) | |

### Equity Change

| Date | Currency | | |
|---|---|---|---|
| 03/03/2017 | USD | 0.00 | 0.00 |
| 03/06/2017 | USD | 0.00 | 0.00 |
| 03/07/2017 | USD | 0.00 | 0.00 |
| 03/08/2017 | USD | 0.00 | 0.00 |
| 03/09/2017 | USD | 0.00 | 0.00 |
| 03/10/2017 | USD | 1,000.00 | 1,000.00 |
| 03/13/2017 | USD | 1,000.00 | 0.00 |
| 03/14/2017 | USD | 1,000.00 | 0.00 |
| 03/15/2017 | USD | 1,000.00 | 0.00 |
| 03/16/2017 | USD | 1,000.00 | 0.00 |
| 03/17/2017 | USD | 996.29 | (3.71) |
| 03/20/2017 | USD | 621.68 | (374.61) |
| 03/21/2017 | USD | 621.68 | 0.00 |
| 03/22/2017 | USD | 247.53 | (374.15) |
| 03/23/2017 | USD | 247.53 | 0.00 |
| 03/24/2017 | USD | 4,235.41 | 3,987.89 |
| 03/27/2017 | USD | 4,232.56 | (2.85) |
| 03/28/2017 | USD | 4,405.54 | 172.98 |
| 03/29/2017 | USD | 4,539.67 | 134.13 |
| 03/30/2017 | USD | 3,462.48 | (1,077.19) |
| 03/31/2017 | USD | 4,244.18 | 781.70 |
| 04/03/2017 | USD | 1,521.44 | (2,722.74) |
| 04/04/2017 | USD | 1,506.96 | (14.48) |
| 04/05/2017 | USD | 1,506.96 | 0.00 |
| 04/06/2017 | USD | 1,506.96 | 0.00 |

Confidential pursuant to Securities Exchange Act s.24(d).     SEC-SCB-P-0010073

| Date | Currency | Amount | P/L |
|---|---|---|---|
| 04/07/2017 | USD | 1,458.70 | (48.27) |
| 04/10/2017 | USD | 1,328.32 | (130.38) |
| 04/11/2017 | USD | 1,245.06 | (83.26) |
| 04/12/2017 | USD | 1,245.06 | 0.00 |
| 04/13/2017 | USD | 1,245.14 | 0.08 |
| 04/17/2017 | USD | 1,050.10 | (195.04) |
| 04/18/2017 | USD | 1,050.10 | 0.00 |
| 04/19/2017 | USD | 925.10 | (125.00) |
| 04/20/2017 | USD | 925.10 | 0.00 |
| 04/21/2017 | USD | 958.87 | 33.76 |
| 04/24/2017 | USD | 958.87 | 0.00 |
| 04/25/2017 | USD | 958.87 | 0.00 |
| 04/26/2017 | USD | 958.87 | 0.00 |
| 04/27/2017 | USD | 958.87 | 0.00 |
| 04/28/2017 | USD | 958.87 | 0.00 |
| 05/01/2017 | USD | 894.87 | (64.00) |
| 05/02/2017 | USD | 894.87 | 0.00 |
| 05/03/2017 | USD | 894.87 | 0.00 |
| 05/04/2017 | USD | 894.87 | 0.00 |
| 05/05/2017 | USD | 894.87 | 0.00 |
| 05/08/2017 | USD | 990.54 | 95.67 |
| 05/09/2017 | USD | 990.54 | 0.00 |
| 05/10/2017 | USD | 990.54 | 0.00 |
| 05/11/2017 | USD | 990.54 | 0.00 |
| 05/12/2017 | USD | 859.03 | (131.50) |
| 05/15/2017 | USD | 859.03 | 0.00 |
| 05/16/2017 | USD | 859.03 | 0.00 |
| 05/17/2017 | USD | 859.03 | 0.00 |
| 05/18/2017 | USD | 859.03 | 0.00 |
| 05/19/2017 | USD | 781.68 | (77.36) |
| 05/22/2017 | USD | 740.73 | (40.94) |
| 05/23/2017 | USD | 740.73 | 0.00 |
| 05/24/2017 | USD | 740.73 | 0.00 |
| 05/25/2017 | USD | 740.73 | 0.00 |
| 05/26/2017 | USD | 740.73 | 0.00 |
| 05/30/2017 | USD | 740.73 | 0.00 |
| 05/31/2017 | USD | 740.73 | 0.00 |
| 06/01/2017 | USD | 676.73 | (64.00) |
| 06/02/2017 | USD | 676.73 | 0.00 |
| 06/05/2017 | USD | 676.73 | 0.00 |
| 06/06/2017 | USD | 676.73 | 0.00 |
| 06/07/2017 | USD | 676.73 | 0.00 |
| 06/08/2017 | USD | 676.73 | 0.00 |
| 06/09/2017 | USD | 676.73 | 0.00 |
| 06/12/2017 | USD | 676.73 | 0.00 |
| 06/13/2017 | USD | 676.73 | 0.00 |
| 06/14/2017 | USD | 0.00 | (676.73) |
| 06/15/2017 | USD | 0.00 | 0.00 |
| 06/16/2017 | USD | 0.00 | 0.00 |
| 06/19/2017 | USD | 0.00 | 0.00 |
| 06/20/2017 | USD | 0.00 | 0.00 |
| 06/21/2017 | USD | 0.00 | 0.00 |
| 06/22/2017 | USD | 0.00 | 0.00 |
| 06/23/2017 | USD | 0.00 | 0.00 |
| 06/26/2017 | USD | 0.00 | 0.00 |
| 06/27/2017 | USD | 0.00 | 0.00 |
| 06/28/2017 | USD | 0.00 | 0.00 |
| 06/29/2017 | USD | 0.00 | 0.00 |
| 06/30/2017 | USD | 0.00 | 0.00 |
| 07/03/2017 | USD | 0.00 | 0.00 |
| 07/05/2017 | USD | 0.00 | 0.00 |
| 07/06/2017 | USD | 0.00 | 0.00 |
| 07/07/2017 | USD | 0.00 | 0.00 |
| 07/10/2017 | USD | 0.00 | 0.00 |
| 07/11/2017 | USD | 0.00 | 0.00 |
| 07/12/2017 | USD | 0.00 | 0.00 |
| 07/13/2017 | USD | 0.00 | 0.00 |
| 07/14/2017 | USD | 0.00 | 0.00 |
| 07/17/2017 | USD | 0.00 | 0.00 |
| 07/18/2017 | USD | 0.00 | 0.00 |
| 07/19/2017 | USD | 0.00 | 0.00 |
| 07/20/2017 | USD | 0.00 | 0.00 |
| 07/21/2017 | USD | 0.00 | 0.00 |
| 07/24/2017 | USD | 0.00 | 0.00 |
| 07/25/2017 | USD | 0.00 | 0.00 |
| 07/26/2017 | USD | 0.00 | 0.00 |
| 07/27/2017 | USD | 0.00 | 0.00 |
| 07/28/2017 | USD | 0.00 | 0.00 |
| 07/31/2017 | USD | 0.00 | 0.00 |
| 08/01/2017 | USD | 0.00 | 0.00 |
| 08/02/2017 | USD | 0.00 | 0.00 |
| 08/03/2017 | USD | 0.00 | 0.00 |
| 08/04/2017 | USD | 0.00 | 0.00 |
| 08/07/2017 | USD | 0.00 | 0.00 |
| 08/08/2017 | USD | 0.00 | 0.00 |
| 08/09/2017 | USD | 0.00 | 0.00 |
| 08/10/2017 | USD | 0.00 | 0.00 |
| 08/11/2017 | USD | 0.00 | 0.00 |
| 08/14/2017 | USD | 0.00 | 0.00 |
| 08/15/2017 | USD | 0.00 | 0.00 |
| 08/16/2017 | USD | 0.00 | 0.00 |
| 08/17/2017 | USD | 0.00 | 0.00 |

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-SCB-P-0010074

| Date | Currency | Value | Value |
|---|---|---|---|
| 08/18/2017 | USD | 0.00 | 0.00 |
| 08/21/2017 | USD | 0.00 | 0.00 |
| 08/22/2017 | USD | 0.00 | 0.00 |
| 08/23/2017 | USD | 0.00 | 0.00 |
| 08/24/2017 | USD | 0.00 | 0.00 |
| 08/25/2017 | USD | 0.00 | 0.00 |
| 08/28/2017 | USD | 0.00 | 0.00 |
| 08/29/2017 | USD | 0.00 | 0.00 |
| 08/30/2017 | USD | 0.00 | 0.00 |
| 08/31/2017 | USD | 0.00 | 0.00 |
| 09/01/2017 | USD | 0.00 | 0.00 |
| 09/05/2017 | USD | 0.00 | 0.00 |
| 09/06/2017 | USD | 0.00 | 0.00 |
| 09/07/2017 | USD | 0.00 | 0.00 |
| 09/08/2017 | USD | 0.00 | 0.00 |
| 09/11/2017 | USD | 0.00 | 0.00 |
| 09/12/2017 | USD | 0.00 | 0.00 |
| 09/13/2017 | USD | 0.00 | 0.00 |
| 09/14/2017 | USD | 0.00 | 0.00 |
| 09/15/2017 | USD | 0.00 | 0.00 |
| 09/18/2017 | USD | 0.00 | 0.00 |
| 09/19/2017 | USD | 0.00 | 0.00 |
| 09/20/2017 | USD | 0.00 | 0.00 |
| 09/21/2017 | USD | 0.00 | 0.00 |
| 09/22/2017 | USD | 0.00 | 0.00 |
| 09/25/2017 | USD | 0.00 | 0.00 |
| 09/26/2017 | USD | 0.00 | 0.00 |
| 09/27/2017 | USD | 0.00 | 0.00 |
| 09/28/2017 | USD | 0.00 | 0.00 |
| 09/29/2017 | USD | 0.00 | 0.00 |
| 10/02/2017 | USD | 0.00 | (0.00) |
| 10/03/2017 | USD | 0.00 | 0.00 |
| 10/04/2017 | USD | 0.00 | 0.00 |
| 10/05/2017 | USD | 0.00 | 0.00 |
| 10/06/2017 | USD | 0.00 | 0.00 |
| 10/09/2017 | USD | 0.00 | 0.00 |
| 10/10/2017 | USD | 0.00 | 0.00 |
| 10/11/2017 | USD | 0.00 | 0.00 |
| 10/12/2017 | USD | 0.00 | 0.00 |
| 10/13/2017 | USD | 0.00 | 0.00 |
| 10/16/2017 | USD | 0.00 | 0.00 |
| 10/17/2017 | USD | 0.00 | 0.00 |
| 10/18/2017 | USD | 0.00 | 0.00 |
| 10/19/2017 | USD | 0.00 | 0.00 |
| 10/20/2017 | USD | 0.00 | 0.00 |
| 10/23/2017 | USD | 0.00 | 0.00 |
| 10/24/2017 | USD | 0.00 | 0.00 |
| 10/25/2017 | USD | 0.00 | 0.00 |
| 10/26/2017 | USD | 0.00 | 0.00 |
| 10/27/2017 | USD | 0.00 | 0.00 |
| 10/30/2017 | USD | 0.00 | 0.00 |
| 10/31/2017 | USD | 0.00 | 0.00 |
| 11/01/2017 | USD | 0.00 | 0.00 |
| 11/02/2017 | USD | 0.00 | 0.00 |
| 11/03/2017 | USD | 0.00 | 0.00 |
| 11/06/2017 | USD | 0.00 | 0.00 |
| 11/07/2017 | USD | 0.00 | 0.00 |
| 11/08/2017 | USD | 0.00 | 0.00 |
| 11/09/2017 | USD | 0.00 | 0.00 |
| 11/10/2017 | USD | 0.00 | 0.00 |
| 11/13/2017 | USD | 0.00 | 0.00 |
| 11/14/2017 | USD | 0.00 | 0.00 |
| 11/15/2017 | USD | 0.00 | 0.00 |
| 11/16/2017 | USD | 0.00 | 0.00 |
| 11/17/2017 | USD | 0.00 | 0.00 |
| 11/20/2017 | USD | 0.00 | 0.00 |
| 11/21/2017 | USD | 0.00 | 0.00 |
| 11/22/2017 | USD | 0.00 | 0.00 |
| 11/24/2017 | USD | 0.00 | 0.00 |
| 11/27/2017 | USD | 0.00 | 0.00 |
| 11/28/2017 | USD | 0.00 | 0.00 |
| 11/29/2017 | USD | 0.00 | 0.00 |
| 11/30/2017 | USD | 0.00 | 0.00 |
| 12/01/2017 | USD | 0.00 | 0.00 |
| 12/04/2017 | USD | 0.00 | 0.00 |
| 12/05/2017 | USD | 0.00 | 0.00 |
| 12/06/2017 | USD | 0.00 | 0.00 |
| 12/07/2017 | USD | 0.00 | 0.00 |
| 12/08/2017 | USD | 0.00 | 0.00 |
| 12/11/2017 | USD | 0.00 | 0.00 |
| 12/12/2017 | USD | 0.00 | 0.00 |
| 12/13/2017 | USD | 0.00 | 0.00 |
| 12/14/2017 | USD | 0.00 | 0.00 |
| 12/15/2017 | USD | 0.00 | 0.00 |
| 12/18/2017 | USD | 0.00 | 0.00 |
| 12/19/2017 | USD | 0.00 | 0.00 |
| 12/20/2017 | USD | 0.00 | 0.00 |
| 12/21/2017 | USD | 0.00 | 0.00 |
| 12/22/2017 | USD | 0.00 | 0.00 |
| 12/26/2017 | USD | 0.00 | 0.00 |
| 12/27/2017 | USD | 0.00 | 0.00 |

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-SCB-P-0010075

| Date | Currency | | |
|---|---|---:|---:|
| 12/28/2017 | USD | 0.00 | 0.00 |
| 12/29/2017 | USD | 0.00 | 0.00 |
| 01/02/2018 | USD | 0.00 | 0.00 |
| 01/03/2018 | USD | 0.00 | 0.00 |
| 01/04/2018 | USD | 0.00 | 0.00 |
| 01/05/2018 | USD | 0.00 | 0.00 |
| 01/08/2018 | USD | 0.00 | 0.00 |
| 01/09/2018 | USD | 0.00 | 0.00 |
| 01/10/2018 | USD | 0.00 | 0.00 |
| 01/11/2018 | USD | 0.00 | 0.00 |
| 01/12/2018 | USD | 0.00 | 0.00 |
| 01/16/2018 | USD | 0.00 | 0.00 |
| 01/17/2018 | USD | 0.00 | 0.00 |
| 01/18/2018 | USD | 0.00 | 0.00 |
| 01/19/2018 | USD | 0.00 | 0.00 |
| 01/22/2018 | USD | 0.00 | 0.00 |
| 01/23/2018 | USD | 0.00 | 0.00 |
| 01/24/2018 | USD | 0.00 | 0.00 |
| 01/25/2018 | USD | 0.00 | 0.00 |
| 01/26/2018 | USD | 0.00 | 0.00 |
| 01/29/2018 | USD | 0.00 | 0.00 |
| 01/30/2018 | USD | 0.00 | 0.00 |
| **TOTAL** | | | **0.00** |

Confidential pursuant to Securities Exchange Act s.24(d).                                                                                          SEC-SCB-P-0010076