| | |
|---|---|
| **From:** | Orestes Jimenez <orestesjimenez93@gmail.com> |
| **Sent:** | Wednesday, February 21, 2018 3:29 PM |
| **To:** | Matin, Sajjad |
| **Subject:** | Fwd: Trading Tips You Can't Afford to Ignore |

---------- Forwarded message ----------
From: **SureTrader** <info@suretrader.com>
Date: Wed, Mar 8, 2017 at 4:57 PM
Subject: Trading Tips You Can't Afford to Ignore
To: OREOSBO <orestesjimenez93@gmail.com>

Dear OREOSBO,

Your SureTader demo has now expired, and it's time to put all your practice into action! But before you get started, here are some important trading tips, from our friends at Investor's Underground, giving you the foundation for a well-crafted trading strategy.

WATCH THE VIDEO

Or copy and paste the following link:
http://account.suretrader.com/index.php/account/suretrader_trading_tips

Are you ready to Open an Account with SureTrader and be on your way to a successful trading career? **Get Stated Now!**

To get you started, we'd like to offer you **$99 in Free Trades** when you open an account with SureTrader.

**Use Code:** SURE99, and fund your account with a minimum of $1,000.
This is an exclusive offer that expires in 14 days.

1

PLAINTIFF'S EXHIBIT MSJ-18

SEC-SECPST-E-0001219

**OPEN AN ACCOUNT**

Or copy and paste the following link:
https://accounts.suretrader.com/

We're happy to answer any questions you may have about opening an account at SureTrader on live chat, e-mail at info@suretrader.com, or telephone at 242-328-7800.

Best regards,
The SureTrader Team

© Copyright 2008-2015 Swiss America Securities, Ltd.
Elizabeth on Bay Plaza, Bay Street, Suite 17, Nassau, Bahamas
Phone: +1 242-328-7800/1, Fax: +1 204-480-4812
Unsubscribe

Elizabeth on Bay Plaza; Bay Street; Suite 17, N8340, Nassau, Bahamas

You may unsubscribe or change your contact details at any time.