| | |
|---|---|
| **From:** | Orestes Jimenez <orestesjimenez93@gmail.com> |
| **Sent:** | Wednesday, February 21, 2018 3:32 PM |
| **To:** | Matin, Sajjad |
| **Subject:** | Fwd: Suretrader - Buying Power Update |

---------- Forwarded message ----------
From: **SureTrader** <accountsdepartment@suretrader.com>
Date: Wed, Apr 12, 2017 at 2:28 PM
Subject: Suretrader - Buying Power Update
To: Orestes Jimenez <orestesjimenez93@gmail.com>



### Dear Orestes Jimenez,

This is just a courtesy email letting you know that your buying power has been updated.

Please feel free to contact a representative via (Live Chat) or email at support@suretrader.com with any questions..

Thank you for choosing SureTrader

Sincerely,
Trading Department

© Copyright 2008-2015 Swiss America Securities, Ltd.
Elizabeth on Bay Plaza, Bay Street, Suite 17, Nassau, Bahamas
Phone: +1 242-328-7800/1, Fax: +1 204-480-4812

Bay Street, 00000, Nassau, Bahamas

You may unsubscribe or change your contact details at any time.

PLAINTIFF'S
EXHIBIT
MSJ-20

1

SEC-JIMENEZO-E-0000001