**PLAINTIFF'S EXHIBIT MSJ-26**

## MARKETING SERVICES AGREEMENT

**THIS MARKETING SERVICES AGREEMENT** (this "Agreement") is made and entered into this 1st day of August, 2014, by and between Day Trading Radio, Inc, a limited liability company ("Marketing Agent"), and Swiss America Securities, Ltd, a Bahamas Limited Company ("Swiss America").

PURPOSE AND SCOPE

Swiss America desires to engage Marketing Agent and Marketing Agent is qualified to, and desires to, provide certain marketing services to Swiss America for non-United States investors. The parties agree that Marketing Agent will supply such services to Swiss America upon request pursuant to the terms and conditions contained in this Agreement.

The parties agree as follows:

1.  SERVICES. The services to be performed by Marketing Agent hereunder shall be as described on Exhibit A, attached hereto and incorporated herein by reference (the "Services"). Marketing Agent agrees to provide the Services on the terms and conditions as set forth in this Agreement and such additional terms as set forth on Exhibit A.

2.  ADMINISTRATIVE MATTERS.

    A.  Compliance. Marketing Agent shall at all times during the term of this Agreement, conform to and comply with all applicable laws, regulations, orders and other governmental requirements, now or hereafter in force, related to the performance of the Services.

    0.  Subcontractors. Marketing Agent may not subcontract any of the Services without Swiss America's prior written consent and approval, which Swiss America may withhold for any reason whatsoever. If Swiss America consents to a particular subcontractor, Marketing Agent will assume the same liability and responsibility for that subcontractor's conduct and performance as if Marketing Agent performed all of the subcontractor's services. Swiss America will not incur any additional fees, costs or charges with regard to any subcontractor unless agreed in writing. In addition to any other obligations relating to the management of subcontractors, Marketing Agent agrees to require subcontractors to: (1) comply with all applicable laws, executive orders and regulations issued; and (2) abide by all of the terms and conditions of this Agreement.

3.  TERM AND TERMINATION.

    A.  Commencement and Expiration. The term (the "Term") of this Agreement shall commence on the date of this Agreement and shall extend for a term of one (1) year; provided that, Swiss America or the marketing agent  may terminate this Agreement at any time effective immediately upon written notice to Marketing Agent or Swiss America. The parties may renew the term of this Agreement by mutual consent prior to or at the expiration of the Term.

    B.  Termination. Notwithstanding Section 3.A., this Agreement may be terminated by either party at any time and for any reason upon five (5) days prior written notice to the other party.

4.  COMPENSATION. Swiss America agrees to pay Marketing Agent for the Services, monthly, in accordance with the rates and on the terms set forth in Exhibit A.

5.  NON-DISCLOSURE OF INFORMATION.

    A.  Swiss America Confidential Information. Marketing Agent acknowledges that much, if not all, of the material and information that has or will come into Marketing Agent's possession or knowledge in connection with the performance of this Agreement consists of confidential and proprietary information or software of Swiss America and its affiliates, agents, customers or third parties ("Confidential Information"). Marketing Agent shall hold such Confidential Information in strictest confidence and agrees not to make use of or disclose such information to any individual whether employee, subcontractor, or subcontractor employee, unless such individual has a need for such knowledge to perform services on behalf of Swiss America. Marketing Agent agrees that any materials prepared by Marketing Agent which contain Confidential Information will be conspicuously marked with the caption, "Swiss America Confidential." Marketing Agent further agrees not to make any use of Confidential Information for its own benefit or for the benefit of any third parties, other than for the performance of this Agreement, and not to release or disclose any Confidential Information to any other party either during the term or after the termination of this Agreement. Marketing Agent will not copy or load any Confidential Information of Swiss America onto any computing device or store any such Confidential Information electronically, except in circumstances in which all commercially reasonable precautions have been taken to prevent unauthorized access to such Confidential Information. Marketing Agent agrees to notify

**DEPOSITION EXHIBIT 51**

SEC-DTR-E-0000008

Swiss America of any unauthorized use or disclosure of Confidential Information of Swiss America, including, without limitation, Swiss America customer data, consumer report information, account information and customer lists, which it becomes aware of and provide reasonable assistance in the investigation and prosecution of any such unauthorized use or disclosure. In the event of any breach of this confidentiality obligation,

B.         Exclusions. The above limits on disclosure by Marketing Agent of Confidential Information do not include information which (1) is or becomes known publicly through no fault of Marketing Agent; (2) is learned by Marketing Agent from a third party entitled to disclose it; (3) is independently developed by Marketing Agent, as shown by Marketing Agent's written records; or (4) must be disclosed by operation of law. Marketing Agent shall promptly notify Swiss America of any request for disclosure of Confidential Information from any court, regulatory agency or other legal authority, in order to allow Swiss America full opportunity to seek the appropriate protective orders.

C.         Third Party Confidential Information. Marketing Agent will not disclose or otherwise introduce confidential information of a third party into the performance of the Services.

6.   REPRESENTATIONS AND WARRANTIES. Marketing Agent represents and warrants that it is not a party to any agreement, contract or understanding which will in any way restrict or prohibit it from entering into this Agreement and performing its obligations hereunder in accordance with the terms and conditions of this Agreement. Marketing Agent further represents and warrants that it is currently in compliance and covenants that it will remain in compliance with all applicable federal, state and local laws, rules and regulations, that the marketing services it has agreed to provide to Swiss America and shall comply and shall continue to comply with all applicable federal, state and local, laws, rules and regulations and that there are no actions, suits, demands, notices, inquiries, penalties, charges, warnings, or other proceedings, threatened, pending or filed within the last five years against Marketing Agent, its officers, directors, partners, members, managers, owners or employees that would adversely affect Marketing Agent's ability to perform its obligations under this Agreement.

8.   REGULATORY ISSUES. Marketing Agent will abide by all reasonable policies and instructions which are or may be from time to time established by Swiss America or deemed necessary by Swiss America to comply with all applicable laws, rules and regulations ("Laws"), including, but not limited to, any regulations promulgated by the United States Securities and Exchange Commission. Specifically, Marketing Agent warrants and represents that it has reviewed, understands, and agrees to comply with Exchange Act §15a-6, 17 C.F.R. § 240.15a-6(a)(1), and relevant SEC guidance regarding the non-solicitation of United States investors. Swiss America shall have the right to terminate this Agreement if any change in the Laws significantly impedes Swiss America's ability, in Swiss America's sole discretion, to perform its obligations in connection with this Agreement.

9.   RESTRICTIONS. Unless licensed as a registered broker-dealer, Marketing Agent agrees not to: (A) describe the brokerage services of Swiss America or its affiliates (other than disseminating promotional or advertising materials that are approved in each case by Swiss America); or (C) become involved in the financial services offered by Swiss America or its affiliates, including, without limitation, by: (1) opening, approving, maintaining, administering, or closing third party customer brokerage accounts with Swiss America's affiliates; (2) soliciting, processing, or facilitating securities transactions relating to customer brokerage accounts with Swiss America's affiliates; (3) extending credit to any customer for the purpose of purchasing securities through, or carrying securities with, Swiss America affiliates; (4) answering customer inquiries or engaging in negotiations of brokerage accounts or securities transactions with Swiss America affiliates (Swiss America acknowledges that the foregoing does not apply to Marketing Agent's own accounts); (5) accepting customer securities orders, selecting among broker dealers or routing orders to markets for execution by Swiss America affiliates; (6) handling funds or securities of customers of Swiss America or its affiliates, or effecting clearance or settlement of customer securities trades; or (7) resolving or attempting to resolve any problems, discrepancies, or disputes involving customer accounts of Swiss America affiliates or related transactions. All decisions concerning broker dealer or market selection will be made by the customer.

10.   GENERAL.

A.         Independent Marketing Agent. Marketing Agent represents and warrants that it is an independent Marketing Agent with no authority to contract for Swiss America or in any way to bind or to commit Swiss America to any agreement of any kind or to assume any liabilities of any nature in the name of or on behalf of Swiss America. Under no circumstances will Marketing Agent, or any of its employees or subcontractors, hold itself out as or be considered an agent or an employee of Swiss America or any of its affiliates.

B.         No Joint Employer. Except when Services are provided by its authorized agents or subcontractors, Marketing Agent shall be the sole employer of all individuals performing Services hereunder and agrees to comply with all applicable laws and regulations pertaining to the employment of employees. Only Marketing Agent shall have the right to hire and fire its employees, provide specific instructions as to the manner in which an employee performs his or her job and to set the hours of work of its employees. In addition, Marketing Agent shall manage all employment aspects of any assigned employees including,



without limitation, employment based counseling, terminations, salary reviews, performance evaluations, work schedules, orientation, placement and rotation of assignments. The parties further acknowledge and agree that any employees of Marketing Agent assigned to Swiss America's account shall have no rights or entitlements to any of Swiss America's employee benefit plans. Marketing Agent shall assume sole and exclusive responsibility for the payment of wages to its personnel for services performed for Swiss America. Marketing Agent shall, with respect to its assigned employees, be responsible for withholding income taxes, or other taxes, unemployment insurance and maintaining workers' compensation insurance coverage in an amount and under such terms as required by law.

C.      Advertising. Except as specifically provided in Exhibit A, Marketing Agent shall not use Swiss America's name or refer to Swiss America or any of its affiliates, directly or indirectly, in any of Marketing Agent's advertising or public marketing materials without receiving prior written approval from the appropriate Swiss America Officer. Any such mention of Swiss Americas on public marketing materials will have the disclaimer included in subsection H below.

D.      Notices. Any notice given pursuant to this Agreement must be in writing and will be given by overnight courier service, personal delivery, or by Certified mail, return receipt requested, postage prepaid, to the addresses appearing at the end of this Agreement, or as changed through written notice to the other party. Notice will be deemed effective on the date it is delivered to the addressee. Either party may change its address for notice purposes by giving the other party notice of such change in accordance with this Section. Email notices may serve as an official notice pursuant to this Agreement if receipt of the notice has been confirmed by the receiving party.

E.      Survival. The provisions of this Agreement regarding Representations and Warranties, Non-Disclosure of Information, Liability and Indemnification and Survival will survive the expiration or termination of this Agreement.

F.      Non-Solicitation of U.S. Investors. Marketing Agent agrees not to directly or indirectly in gauge in the solicitation U.S. Investors. Any mention of Swiss America or its affiliates on Marketing Agent's website or other promotional materials must have the following disclaimer attached in prominent font: "This does not constitute an offer or solicitation for brokerage services, investment advisory services, or other products or services in any jurisdiction where we are not authorized to conduct investment business or where such offer or solicitation would be contrary to the securities or local laws and regulations of that jurisdiction. **Swiss America Securities, Ltd (SureTrader) does not service accounts for U.S. citizens, U.S. residents or U.S. Corporations.**
"

11.     ENTIRE AGREEMENT. This Agreement and its Exhibits, constitute the entire agreement between the parties and supersedes any and all previous representations, understandings, discussions or agreements between Swiss America and Marketing Agent as to the subject matter hereof. The parties further agree that they are not relying upon any representations, statements, or agreements from the oiler as a basis for entering into this Agreement except for those expressly set forth in this Agreement. This Agreement may only be amended by an instrument in writing signed by Swiss America and Marketing Agent.

12.     MISCELLANEOUS. This Agreement and any matters relating hereto shall be governed by, and construed in accordance with the laws of The Commonwealth of the Bahamas, without regard to the principles of conflict of laws and shall be subject to the exclusive jurisdiction of the courts of the The Commonwealth of the Bahamas. You may not assign this Agreement, by operation of law or otherwise, without our prior written consent, and any unauthorized assignment shall be deemed null and void. Subject to that restriction, this Agreement will be binding on, inure to the benefit of and foreseeable against the parties and their respective successors and assigns. Our failure to enforce your strict performance of any provision of this Agreement will not constitute a waiver of our rights to subsequently and for such provision or any other provision of this Agreement.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement on the dates set forth below.

Swiss America:

Signature

Marketing Agent:

Joh Kuroder

Signature

| | |
|---|---|
| Guy Gentile | John Kurisko |
| Name | Name |
| | |
| President | President |
| Title | Title |
| | |
| August 1, 2014 | August 1, 2016 |
| Date | Date |

Address for notice:

## EXHIBIT A

1. **Services and Duties of Marketing Agent.** Subject to the terms and conditions of this Agreement, Swiss America retains Marketing Agent as a marketing agent for Swiss America to market Swiss America's brokerage services to International NON-U.S. Investors and Marketing Agent accepts such engagement. Marketing Agent shall use its best efforts to market the brokerage services of Swiss America to potential new brokerage customers to its international NON-U.S. website visitors. Marketing Agent is generally in the business of providing a website community and information on trading securities, including, but not limited to, educational products and fee and subscription-based content. Marketing Agent shall prominently feature Swiss America's name, logo and services in such marketing materials, if any, only as Swiss America and Marketing Agent agree. Marketing Agent's recommendation of Swiss America shall prominently appear on such marketing materials of Marketing Agent. Marketing Agent agrees to include the disclosure set forth in Section 3 of this Exhibit regarding the existence of this Agreement on any such marketing materials. If Marketing Agent operates under additional names or changes the name under which it provides any of its services, the terms of this Agreement shall apply to those programs under the new names. In addition, if Marketing Agent adds additional websites or programs, such websites and programs shall be subject to this Agreement to the same extent as Marketing Agent's current programs.

Marketing Agent acknowledges and agrees that Swiss America may refuse to open an account for any persons referred by Marketing Agent to Swiss America in its sole discretion for any reason or no reason.

Both parties understand that under no circumstances will Swiss America supply Marketing Agent with any information regarding Swiss America's clients or their trading activities, other than to inform Marketing Agent of a successful referral.

2. **Compensation.** In consideration of Marketing Agent's services hereunder, Swiss America shall pay Marketing Agent the following fees:

During the Term of this Agreement, Swiss America agrees to pay a fixed monthly fee of $1,000.00 to Marketing Agent (pro rated for any partial months).

Upon thirty (30) days prior written notice, Swiss America reserves the right once every three (3) months during the Term of this Agreement to change the fee due and payable to Marketing Agent in its sole discretion.

3. **Disclosure.** Swiss America has the right to disclose its relationship with Marketing Agent to its clients. Such disclosure will contain the following language:

Swiss America has entered into a Marketing Agreement with Marketing Agent whereby Swiss America pays compensation to Marketing Agent to recommend Swiss America as its executing broker. The existence of this Marketing Agreement should not be deemed as an endorsement or recommendation of Marketing Agent by Swiss America and/or any of its affiliated companies. Neither Swiss America nor any of its affiliated companies is responsible for the privacy practices of Marketing Agent or its website. Swiss America does not warrant the accuracy or content of the products or services offered by Marketing Agent or its website. Use of Marketing Agent's website and services and/or products is the decision of and at the discretion of the individual or entity choosing the service and/or product. Swiss America makes no guarantees or warranties of any kind as it concerns the products or services offered by Marketing Agent or by or through Marketing Agent's website and shall have no liability therefore.