








## Free Newsletter!

Get Daily Updates, Recaps and Educational Videos by Signing Up for Our Free Newsletter

**Enter your Email**

JOIN!

## Trade History

| STOCK | DATE | ENTRY | BUY | SELL | NET |
|---|---|---|---|---|---|
| MAT | 11/13 | 09/06 | 15.75 | 17.95 | 660.00 |
| K | 11/10 | 09/20 | 64.39 | 65.02 | 138.60 |
| KHC | 11/08 | 09/15 | 78.13 | 80.04 | 286.50 |
| DXCM | 10/30 | 06/22 | 69.82 | 44.07 | -2575.00 |
| BABA | 10/09 | 09/18 | 180.18 | 182.93 | 110.00 |
| CHRW | 09/29 | 03/30 | 77.49 | 75.93 | -156.00 |
| HOG | 09/26 | 09/06 | 46.54 | 49.36 | 112.80 |
| CMG | 09/26 | 09/13 | 320.01 | 324.64 | 231.50 |
| EAT | 09/20 | 09/01 | 31.68 | 32.58 | 180.00 |
| ZION | 09/19 | 09/01 | 44.58 | 44.30 | -56.00 |
| ALK | 09/14 | 09/06 | 73.72 | 77.70 | 159.20 |
| HP | 09/12 | 09/01 | 46.49 | 48.02 | 153.00 |
| OXY | 09/06 | 08/29 | 59.31 | 61.73 | 242.00 |
| V | 08/23 | 07/21 | 99.46 | 103.60 | 414.00 |
| SRCL | 08/03 | 07/18 | 75.92 | 78.92 | 300.00 |
| K | 08/03 | 07/06 | 67.06 | 68.68 | 243.00 |
| TSCO | 07/31 | 06/26 | 53.45 | 56.58 | 156.50 |
| NLSN | 07/31 | 07/20 | 38.96 | 41.94 | 149.00 |
| LABU | 07/20 | 07/20 | 69.30 | 70.74 | 144.00 |
| MAT | 07/20 | 06/23 | 20.54 | 21.39 | 170.00 |

November 2017 Total: **$1085.10**   What Is This?













## Update on Bitcoin, Bitconnect (New Loan) and a review of best stock patterns.



posted by daytraderockstar
Jan 12, 2018 11:06 pm

DTR Bitconnect Team https://bitconnect.co/?ref=dtrbitcoin

I cover 3 topics in this video.

1. I discuss how BTC Bitcoin recently broke down and the negative news out of South Korea. This being called fake news and seeing a little bounce in BTC as I write this but I am not comfortable holding any coins at this time. I will be trading it on Monday live on www.daytradingradio.com Here are some great starter videos for Bitcoin and Bitconnect https://www.youtube.com/playlist?list...

2 I talk about the Bitconnect cease and desist order in Texas and NC. I also do another 1100 loan to take advantage of the bonus. Things continue to run smooth.

3. Last I discuss what has been making a lot of money lately and that is the HPS setups that are delivered to the Daytradingradio members every week. I break down a bunch of charts and hammer home why these setups work so well.

## Special 2018 Best Bets , Top 10 stocks to be in



posted by daytraderockstar
Dec 29, 2017 2:50 pm

I am using the last watch list of the year to put out my list of 10 stocks you could hold for the year and get a fantastic return on investment or just continue to trade them using the HPS method. These stocks will and should be a one of your core list of stocks that you continue to trade throughout the year whenever the setup triggers. ( you don't have to worry about all that, that's what I do for you).

I also use the video as our first market radar and look at how the markets are shaping up for next year.

As a special bonus, I give you 3 stocks I expect to either be taken over or have some big news in them that will give you a huge return. These are a slightly higher risk but worth looking into.

View members Video here www.hps.daytradingradio.com

For information on a Premium Membership $49.95/ Month click on the link below to see all the benefits.



Along with this "Members Video", I am releasing a special member interview with Maximillion

Started off with an update on Bitconnect and then Had a call in from one of our top traders Maximillion. We had a nice discussion on Bitcoin and the turned the discussion to his experience in trading and how he turned the corner from a trader who lost a lot of money to now having millions in the market at any one time. There are some great nuggets of wisdom in this interview and We are proud to have Maximillion as a member. Maximillion's portion of the interview starts at the 8:52 mark



Happy New Year

DayTraderRockStar

---

## Livestream Outage Today


posted by RPM
Dec 26, 2017 9:59 am

A livestream server / network outage has prevented DTR from a normal broadcast today. The video coverage will be here instead.



https://www.youtube.com/channel/UCTRIFOak6FixJMP-vqz3WGA/live

The rest of DTR, including the member's only chat room, HPS sections and full working.

## Black Friday 2017 2.0


posted by RPM
Dec 20, 2017 8:30 pm



Black Friday 2.0!

Get your lifetime on sale and the unheard of price.
Write the expense off on your 2017 taxes!

Details:

Lifetime full retail select the $1799 Lifetime option.
It's includes TradeOMeter Lifetime. a $1,599 Value Alone
use this coupon to make your final price $1299

coupon code: 82E977F1C8
To order use these links:
https://daytradingradio.com/amember/signup.php (new members)
https://daytradingradio.com/amember/member.php (existing members logged in)

Also arrangements can be made so we would invoice you and payment can be done in 2
stages, you pick when to send payments.
email rpm@daytradingradio.com for this option or questions.

Sincerely,
Paul Mathews (RPM)
Director of Operations

Day Trading Radio
85 North Broadway
Nyack, New York 10960
Phone: (845) 535-1495

---

## Tonights show "Crypto Currencies" now till--?


posted by daytraderockstar
Dec 12, 2017 8:39 pm

Tonights show "Crypto Currencies" will it continue and is it worth the risk, 3 Different
options a fun night if you like to join us live 8:30-10:30 pm est www.daytradingradio.com
#bitcoin, #bitconnect

---

## Another Bitcoin show tonight. This is going to get crazy. Tonight 9:30pm est


posted by daytraderockstar
Dec 06, 2017 9:01 pm

Tune in later tonight we will be discussion Bitcoin and a great strategy to secure great profits in 120 days. not to be missed.

Will walk you through how to set up an account and a special strategy to get in and out.

Tonight 9:30pm est

www.daytradingradio.com



## Special Bitcoin Show tonight lots of info. 9:00-1:00am


posted by daytraderockstar
Nov 29, 2017 7:43 pm

Don't want to miss this show tonight a special #Cryptocurrency #Bitcoin Workshop 9:00pm - 1:00am est

We will walk you through opening an account and all the aspects of trading #BITCOIN.

Live on daytradingradio.com

View Announcement Archive

© 2018 DAYTRADINGRADIO.COM ALL RIGHTS RESERVED. Disclaimer | Privacy Policy | Trademarks | Sitemap | Help | Advertising

Trading involves substantial risk of loss and is not suitable for all investors. Past performance is not indicative of future results. Opinions, market data, and recommendations are subject to change at any time. The views and opinions expressed on this web site and all live and recorded DayTradingRadio.com videos and audio recordings are soley those of the original authors and other contributors. These views and opinions do not necessarily represent those of DayTradingRadio.com or its staff, and or any or all contributors to this site.



