PLAINTIFF'S
EXHIBIT
MSJ-39

1/16/2018                              Mail - mazen_tpl@hotmail.com

# Re: New Commission Rate - More than 1 Million/month

### Mazen Hasan Agha

Mon 12/11/2017 11:56 AM

To: Resolution Team | SureTrader <resolution@suretrader.com>; Active Trader <activetrader@suretrader.com>; taj@suretrader.com
    <taj@suretrader.com>;

Hi there,

It seems you want to add negligence to fraud and price manipulation in the court case, FBI and SEC investigation. Sounds good to me! Every thing is documented. You promised to call after I provided you with the evidence of fraud and price manipulation and you didn't call. It has been more than two weeks since I asked for specific data which you are hiding and not providing even though I know for sure that you have it in your records. When I was on the phone last time with Yan he was able to locate similar data but you are not sending it to me.

Now I moved your case from day trade mentality to long term investment mentality. Believe me guys, I will fight you even if it's gonna take me 1-3 years. I know those cases take time in court and FBI/SEC investigation. Just wanna let you know that I have $2.5 Million dollar deal in 3 months and I will be able to file a law suit against you by my own. I will try to collect data from other traders too though to support my law suit and make it undisputable.

You chose to fight the wrong guy. Believe me it will be a rough round. I will be your nightmare. I love fighting evil people!

Mazen

---

**From:** Resolution Team | SureTrader <resolution@suretrader.com>
**Sent:** Friday, December 8, 2017 10:43 AM
**To:** 'Mazen Hasan Agha'
**Subject:** RE: New Commission Rate - More than 1 Million/month

Hello Mazen,

As you have requested, We have already forwarded to your attention a complete and thorough history of your trading activities with Swiss America Securities for November 1st thru 30th, 2017.

Best regards,
**Yaniv - Resolution Team**



SureTrader Website | Facebook | Twitter | Contact Us |

This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not

1/16/2018                                    Mail - mazen_tpl@hotmail.com

use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do not forward it to or inform any other person of its contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses.

**From:** Mazen Hasan Agha [mailto:mazen_tpl@hotmail.com]
**Sent:** Tuesday, December 5, 2017 11:12 PM
**To:** Resolution Team | SureTrader <resolution@suretrader.com>
**Subject:** Re: New Commission Rate - More than 1 Million/month

Hi there,

I already have this data from Iboss account. This is not the data I asked for. I was talking about my all order history from SureTrader pro. Please read my request again. You know, for example, you place an order to buy 1000 shares of XYZ at a limit price $6.00, this order might be rejected for not enough buying power or I could cancel it after I wait on the ask or you could accept it etc. Those what I was talking about. I need to see the reasons for rejections for all order and all related data and please include the seconds in the time and date fields.

Regards,

Mazen

---

**From:** Resolution Team | SureTrader <resolution@suretrader.com>
**Sent:** Tuesday, December 5, 2017 1:45 PM
**To:** 'Mazen Hasan Agha'
**Subject:** RE: New Commission Rate - More than 1 Million/month

Hi Mazen,

We have just received the documents you requested. (See attached files.)

Regards,
**Resolution Team**



A DIVISION OF **SWISS** AMERICA SECURITIES, LTD

SureTrader Website | Facebook | Twitter | Contact Us

This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do not forward it to or inform any other person of its contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses.

---

**From:** Mazen Hasan Agha [mailto:mazen_tpl@hotmail.com]
**Sent:** Friday, December 1, 2017 4:14 PM
**To:** Resolution Team | SureTrader <resolution@suretrader.com>
**Subject:** Re: New Commission Rate - More than 1 Million/month
Yaniv,

SEC-AghaM-E-0000334

1/16/2018                                    Mail - mazen_tpl@hotmail.com

You keep answering with general statements and you didn't address any points I sent in the last two emails. It seems there is no way but to fight you in court. I will be more than happy to do that. I went to the FBI center in Chicago and started a criminal investigation.

For now, as I said before, I got my full order history from the trade disk but you are hiding the seconds from the time fields (Von sent me those files). Please send me my full order history for the whole month of November with full details. Even cancelled orders or rejected orders and the reasons of rejection etc. Include the seconds please. When I was with you on the phone last time you were able to determine the seconds and the reason why some orders rejected like "not enough buying power" or "cancelled" etc. Please send me that full info. And expect to send similar info to other traders who will join me.

I will be waiting for those docs.

Regards,

Mazen



---

**From:** Resolution Team | SureTrader <resolution@suretrader.com>
**Sent:** Friday, December 1, 2017 3:00 PM
**To:** 'Mazen Hasan Agha'
**Subject:** RE: New Commission Rate - More than 1 Million/month

Mr. Agha,

After reviewing your claims, we stand very clear that your trades showed no error from SureTrader.
It is ridiculous to claim manipulation, and we would not tolerate further threats and extortions from your side.

Your account will remain open, should we receive an additional threat we will close your account for indefinite.

Trading involves risk, and unfortenly you've lost money on one trade that you could have saved, but you ignored the sign and left more risk to take place.
I'm truly sorry to see this, but it is part of trading.

Sincerely,
**Yaniv - Resolution Team**

**Sure Trader**
A DIVISION OF **SWISS AMERICA SECURITIES, LTD**

SureTrader Website  |  Facebook  |  Twitter  |  Contact Us  |

This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do not forward it to or inform any other person of its contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses.

SEC-AghaM-E-0000335

**From:** Mazen Hasan Agha [mailto:mazen_tpl@hotmail.com]
**Sent:** Friday, December 1, 2017 12:15 PM
**To:** Active Trader <activetrader@suretrader.com>; taj@suretrader.com; yan@suretrader.com; Resolution Team | SureTrader <resolution@suretrader.com>
**Subject:** Re: New Commission Rate - More than 1 Million/month

---

**From:** Mazen Hasan Agha <mazen_tpl@hotmail.com>
**Sent:** Friday, December 1, 2017 11:14 AM
**To:** Active Trader
**Subject:** Re: New Commission Rate - More than 1 Million/month

Hi Yan,

We passed 12 PM Eastern! This is the last chance. By Monday 12/4/2017, if you don't send $50K in settlement I will start my legal campaign and FBI investigation.

I attached the last two emails again. Read them carefully. How you answer my FACTS on those two emails? Go point by point and give an explanation. Don't answer with general statements! By the way, I found another example like MARK which is ROKU. I am still collecting data from market makers quotes (level 3). This is 100% price manipulation and trying to make the trader lose which both are criminal activities and illegal. You think you will get away with that in a court AND FBI investigation? I found at least 3 examples from 5 days of trading. You know that you have that automatic and you know you were doing that to other traders which I see every day in chat rooms. It's so easy to gather hundreds of burned traders to fight with me in the court. And don't forget that I will seek FBI investigation, too.

If you don't send $50K wire transfer by Monday as a settlement, you can consider that I am declaring the war against you and your firm with all legal means. I will start my legal campaign next week and I will start an FBI investigation. If you think you got away last time, you will see how I fight. Believe me, your firm will go out of business and you and whoever participated in that will be charged with criminal activities. I have 100% hard core evidences which you can't change. It's history, it's times and sales and order history.

I am not gonna wait more than Monday 12/4/2017. Now it's your call.

Undeniable facts from last two emails about IPDN and MARK:

1

Hi Yan,

I went through order history on Swiss America Securities account but I didn't find the data I needed. I talked on the phone with your trade desk reps and requested specific data from them (by the way, you are still hiding the seconds in the time fields in this data which is crucial and must be displayed, we can talk about that later). I was not surprised about the results: The data you provide on your Swiss America Securities DOESN'T match with the real market data!!! And here is the explanation:

Let's focus here on MARK trade on 11-16-2017:

SEC-AghaM-E-0000333

1/16/2018                                              Mail - mazen_tpl@hotmail.com

*From Swiss America Securities account:
- Buy 1000 shares priced $6 at 12:50:44 Market Maker Order.
- Buy 1000 shares priced $5.88 at 12:54:35 Limit Order.
- Sell 2000 shares priced $6.03 at 12:59:08.

*The facts based on times and sales from the real world and data from the specific data I requested:
- You made be believe I got filled with market order at $6 at 12:50:44 even though you got that from the real market at the price of $5.95. Here is $0.05/share profit you tried to make out of the gate (but I won at the end!).
- There is no 2000 shares sold on the ask at the price $6.03 in the whole minute of 12:59 based on real times and sales. However, there were 2000 shares sold on the ask at $6 price at 12:57:57.
- I placed a limit order to sell the whole amount of 2000 shares on the ask at 12:55 (I don't know the seconds because you are hiding that data). The stock price crossed $6 and reached $6.01 at 12:57 and reached $6.02 at 12:58. You were still holding my order and I didn't get filled (it seems you already sold those shares at 12:57:57 in the real market but didn't fill my position and didn't give me my profit, you wanted me to lose).
- At 12:59 you have no choice but to fill my order because the low of that candle was $6.01 which is above my limit ask price $6 which I placed at 12:55. Here the stock price went far up to the high of 6.14. However, you filled my order at $6:03 at 12:59 because you had no other choice but to fill my order, the stock price is flying to $6.14. Keep in mind, you made me believe that my limit order was filled at $6.03 at 12:59 even though there is no such order in times and sales in the real world at all!
- To conclude here, you didn't fill my order for at least 2 minutes even though in times and sales there were orders going through above my ask limit order at $6 at 12:55. The stock price went to the high of $6.01 at 12:57 and $6.02 at 12:58 and I didn't get filled. You filled the 2000 shares at $6 at 12:57:57 from the real world but didn't fill my position and didn't give me my profit, you wanted me to lose and did price manipulation. That's in a nutshell illegal whatever disclaimer you have.

I tried to be very professional in my email. I hope that made the image clear.

Talk to you soon,

Mazen

_____
_____-

2

Hi Yan,

Thank you for your reply. Just a quick note for undeniable fact from IPDN. I did some more research for the market data for level 3 info on that trade. I found an interesting data which I expected to find. When I placed my order on the ask to sell my position at $5.58 there was no one in the whole world before me who placed an order at that price on the ask (you can know from quotes or level 3 info which market makers usually have). The last transaction happened at that price was on 12:55 1 minute candle when the stock price dropped to $5.42. After than the only order or quote in the whole world which was placed to sell on the ask at $5.58 was me. Even though I was the only one, I didn't get the 100 shares which went through at $5.58 on 1:08 one minute candle.

Talk to you soon,

Mazen

SEC-AghaM-E-0000337

SEC-AghaM-E-0000333

1/16/2018                                    Mail - mazen_tpl@hotmail.com

_____
_____--


---

**From:** Active Trader <activetrader@suretrader.com>
**Sent:** Thursday, November 30, 2017 4:23 PM
**To:** Mazen Hasan Agha
**Subject:** Re: New Commission Rate - More than 1 Million/month

Great. I'll call you tomorrow, Mazen.

**Yan | Active Trader**
*SURE TRADER*
SureTrader Website | Facebook | Twitter | Contact Us |
This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do not forward it to or inform any other person of its contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses

On Nov 30, 2017, at 4:48 PM, Mazen Hasan Agha <mazen_tpl@hotmail.com> wrote:

> Alright, that works for me. Call me at 216 319 9174 between 11-12 PM EST. I will be waiting for your call.

---

> **From:** Active Trader Department | SureTrader <activetrader@suretrader.com>
> **Sent:** Thursday, November 30, 2017 3:47 PM
> **To:** 'Mazen Hasan Agha'
> **Subject:** RE: New Commission Rate - More than 1 Million/month
>
> Hi Mazen,
>
> Sure. We can schedule a call for tomorrow between 11-12pm EST.
> Let me know if that works for yo, and ill give you a call.
>
> Best,
> **Yan | Active Trader**
> <image001.png>
> SureTrader Website | Facebook | Twitter | Contact Us |
> This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do

SEC-AghaM-E-0000338

not forward it to or inform any other person of its contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses.

**From:** Mazen Hasan Agha [mailto:mazen_tpl@hotmail.com]
**Sent:** Thursday, November 30, 2017 4:40 PM
**To:** Active Trader Department | SureTrader <activetrader@suretrader.com>
**Subject:** Re: New Commission Rate - More than 1 Million/month

Can you talk on the phone?

---

**From:** Active Trader Department | SureTrader <activetrader@suretrader.com>
**Sent:** Thursday, November 30, 2017 3:38 PM
**To:** 'Mazen Hasan Agha'
**Subject:** RE: New Commission Rate - More than 1 Million/month

Hi Mazen,

Yes.  We have looked at your account, and there is no evidence of market manipulation, Nor by our company.
We're sorry to hear that you are feeling this way, and we hope to see you succeed with your next trades!

Kind regars,
**Yan | Active Trader**
<image001.png>
SureTrader Website | Facebook | Twitter | Contact Us |

This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do not forward it to or inform any other person of its contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses.

**From:** Mazen Hasan Agha [mailto:mazen_tpl@hotmail.com]
**Sent:** Thursday, November 30, 2017 3:23 PM
**To:** Active Trader Department | SureTrader <activetrader@suretrader.com>
**Subject:** RE: New Commission Rate - More than 1 Million/month

Is this Yan? Have you reviewed MARK email and last email about IPDN? It seems the one who is writing last email has not reviewed my last two emails about IPDN and MARK.

---

**From:** Active Trader Department | SureTrader <activetrader@suretrader.com>
**Sent:** Thursday, November 30, 2017 1:40:13 PM
**To:** 'Mazen Hasan Agha'
**Subject:** RE: New Commission Rate - More than 1 Million/month

Good Day Mazen,

SEC-AghaM-E-0000339

1/16/2018                                    Mail - mazen_tpl@hotmail.com

Hope you are having a great day and week so far!
In regards to your trade's claims, these trades were discussed with you by the Trade Desk and myself.
Your order to trade approximately 17,600 shares went through SureTrader's principal account and
into a direct route (EDGE). This order remained open. Then the market executed a single order of 500
shares at your limit price of $5.58, and the price started to decline.  You had an option to exit your
trade before, but you've decided to stick to your trade believing it will hit your exit price which it
didn't.

After reviewing both by our Trade Desk and Compliance teams, There was no market manipulation
nor errors in this trade.

Kind regards,
**Active Trader**
<image001.png>

<u>SureTrader Website</u> | <u>Facebook</u> | <u>Twitter</u> | <u>Contact Us</u> |

This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It
may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this
communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received
this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do
not forward it to or inform any other person of its contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage
whatsoever caused, which may result either directly or indirectly from this communication, including viruses.

**From:** Mazen Hasan Agha [<u>mailto:mazen_tpl@hotmail.com</u>]
**Sent:** Thursday, November 30, 2017 10:13 AM
**To:** Active Trader <<u>activetrader@suretrader.com</u>>
**Subject:** Re: New Commission Rate - More than 1 Million/month

Hi Yan,

It has been a few days. I hope we finish the matter today or by tomorrow maximum.

Thank you,

Mazen

---

**From:** Active Trader <<u>activetrader@suretrader.com</u>>
**Sent:** Monday, November 27, 2017 12:50 PM
**To:** Mazen Hasan Agha
**Subject:** Re: New Commission Rate - More than 1 Million/month

Hi Mazen,

Yes we received your email and my team is working on this matter.  We will reply back as soon as we
investigate this further.

It shouldn't take more then a few days.

**Yan | Active Trader**

SEC-AghaM-E-0000340

1/16/2018                                      Mail - mazen_tpl@hotmail.com

**SURE TRADER**
SureTrader Website  |  Facebook  |  Twitter|  Contact Us  |

This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do not forward it to or inform any other person of its contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses

On Nov 27, 2017, at 10:34 AM, Mazen Hasan Agha <mazen_tpl@hotmail.com> wrote:

> Hi Yan,
>
> I sent an email to the resolution center. Have you received it?
>
> Thank you,
>
> Mazen

---

**From:** Mazen Hasan Agha <mazen_tpl@hotmail.com>
**Sent:** Monday, November 20, 2017 11:44 AM
**To:** Active Trader Department | SureTrader
**Subject:** Re: New Commission Rate - More than 1 Million/month

Hi Yan,

This is a very professional email. Please consult with your legal team before replying to it.

I have the proof of stock price manipulation from a lot of trades. The last two examples MARK and IPDN. Look at my orders history and times and sales and there is 100% evidence of price manipulation. I have been with a lot of chat rooms, Ross Cameron, Jason Bond, Kyle Dennis, Timothy Sykes....etc. I see this pattern every day. I can collect thousands of examples from thousands of traders for price manipulation. You know that price manipulation is illegal even with your disclaimer. Here is my deal.

If you offer me a settlement I will remove you from my head and not invest more time in this issue. I am a business man and time is money for me. If you want to fight a collection of thousands of traders who are going to unite to file a law suit against your firm so you need to bare the consequences. I will lead that campaign and invest my time and fight tooth and nail. Consider all the legal fees you will be paying before answering this email. Now you have the option to avoid this with the least expenses.

I will give you 5 business days from now 11-20-2017 to reply. If you don't reply in 5 business days, I can assume that you chose to fight and I will start with the law suit campaign. Believe me, it's so easy to collect thousands of burned traders who lost money because of your price manipulation. So here you have it!

SEC-AghaM-E-0000341
SEC-AghaM-E-0000333

SEC-AghaM-E-0000333

1/16/2018                                Mail - mazen_tpl@hotmail.com

Regards,

Mazen

---

**From:** Active Trader Department | SureTrader <activetrader@suretrader.com>
**Sent:** Friday, November 17, 2017 12:20 PM
**To:** 'Mazen Hasan Agha'
**Subject:** RE: New Commission Rate - More than 1 Million/month

Hi Mazen,

Thaks again for your email today.  In regards to your concern, I have attached our disclaimer that appears on our website landing page:
Disclaimer: This website is for informational purposes only and does not constitute an offer or solicitation for brokerage services, investment advisory services, or other products or services in any jurisdiction where we are not authorized to conduct investment business or where such offer or solicitation would be contrary to the securities or local laws and regulations of that jurisdiction. System response, trade executions and account access may be affected by market conditions, system performance, quote delays and other factors. The risk of loss in electronic trading can be substantial. You should therefore consider whether such trading is suitable for you in light of your financial resources and circumstances. All trades are executed in a principal capacity, our clients do not have direct market access. All transactions are executed against Swiss America Securities, Ltd. in a principal capacity. Swiss America Securities, Ltd. may profit as your counter-party. You should consider this conflict of interest before placing any trades.

We offer no direct access to the market. Rather, the orders transact with our principal trading. In case we have no way to cross this order, then the order would be sent to the market for execution.

Let me know if you have other question.

Regards,
**Yan | Active Trader**
<image001.png>
SureTrader Website | Facebook | Twitter | Contact Us |

This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do not forward it to or inform any other person of its contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses.

**From:** Mazen Hasan Agha [mailto:mazen_tpl@hotmail.com]
**Sent:** Friday, November 17, 2017 12:45 PM
**To:** Active Trader Department | SureTrader <activetrader@suretrader.com>
**Subject:** Re: New Commission Rate - More than 1 Million/month

SEC-AghaM-E-0000342

SEC-AghaM-E-0000333

1/16/2018                                         Mail - mazen_tpl@hotmail.com

Hi Yan,

We can talk about that later if we need to. However, I spoke with your trading desk and they admitted that they were delaying my orders and not filling them even though there was filled orders on times and sales above the price of my active order. I didn't trade today but that happened a lot to me and yesterday I confronted your trading desk with MARK trade example. After there was no way to justify that unjustified action they said read the disclaimer at the end of the SureTrader website where it stated that we as customers don't have direct access to the market and you are trading against us. For that reason, I need to have routing please.

Thank you,

Mazen

---

**From:** Active Trader Department | SureTrader <activetrader@suretrader.com>
**Sent:** Thursday, November 16, 2017 3:54 PM
**To:** 'Mazen Hasan Agha'
**Subject:** RE: New Commission Rate - More than 1 Million/month

Hello Mazen,

Thank you for your email today.  Please be advised that you are currently at the lowest rate available of $0.004 per share with $1.95 per trade minimum with NO ECN fees. Since you started trading with us again, your account is showing 230k shares, and I cant discuss lower rate especially when it is not near the 1M benchmark.

Regards,
**Yan | Active Trader**
<image001.png>
SureTrader Website | Facebook | Twitter | Contact Us |

This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do not forward it to or inform any other person of its contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses.

---

**From:** Mazen Hasan Agha [mailto:mazen_tpl@hotmail.com]
**Sent:** Thursday, November 16, 2017 12:59 AM
**To:** Active Trader Department | SureTrader <activetrader@suretrader.com>
**Subject:** Re: New Commission Rate - More than 1 Million/month

Hi Yan,

What do you mean there is no better rate? We discussed in previous emails that we can have a better rate if I trade more than 1 million and month. And you have on your

SEC-AghaM-E-0000343

website that if traded more than 1 million/month, then we can contact you for a better rate. I spoke with Taj Thompson from your senior account dep and I think we can reach an agreement together.

Thank you,

Mazen

---

**From:** Active Trader Department | SureTrader <activetrader@suretrader.com>
**Sent:** Wednesday, November 15, 2017 8:37 AM
**To:** 'Mazen Hasan Agha'
**Subject:** RE: New Commission Rate - More than 1 Million/month

Good Morning Mazen,

Thank you for your email today.  I understand your concern that you brought to me. However, there is not better rate that we can provide.
You are in the lowest tier, and you also just started trading with us.  I would suggest trading less if you feel the fees are too much for you.

I apologize that I can't assist you further, but we already discussed this, and it was very clear.

Regards,
**Yan | Active Trader**
<image001.png>
SureTrader Website | Facebook | Twitter | Contact Us |

This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do not forward it to or inform any other person of its contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses.

---

**From:** Mazen Hasan Agha [mailto:mazen_tpl@hotmail.com]
**Sent:** Tuesday, November 14, 2017 7:16 PM
**To:** Active Trader <activetrader@suretrader.com>
**Subject:** Re: New Commission Rate - More than 1 Million/month

Hi Yan,

How is it going? You can see from my trading history that I traded 201882 shares in the last 3 days. It's obviously that those would be way more than 1 million shares/month. To be honest with you  looked to my P/L panel today and I looked at the commissions. They were $575.50 just for today. That is not acceptable at all. With other broker I would have paid  $92.69 in commissions for the same trades. You can see that I am an active trader and I do a lot of 10K blocks. I am a scalper too. Your current commission rate is not gonna work out. I would like to have the following rate:

SEC-AghaM-E-0000333

SEC-AghaM-E-0000344

$0.001 per share rate, $0.95 per trade minimum, $10 per trade maximum

Please note that with the previous rate I would have paid around $144 in commission today which is still more than $92.69 which I used to pay in Etrade. I am not asking for too much and you will definitely make a lot of profit out of my trades.

I look forward to your reply.

Thank you,

Mazen

---

**From:** Active Trader <activetrader@suretrader.com>
**Sent:** Friday, November 3, 2017 5:00 PM
**To:** Mazen Hasan Agha
**Subject:** Re: New Commission Rate - More than 1 Million/month

Hi Mazen,

The active trader deportment is only dealing with high volume traders in regard to their commissions.  If you have a question that is not related to technical trading, our customer support will be able to answer it for you.
If you have a question in regard to a technical trade supprt, we have a toll free number with a department directory.

Please note that we have thousands of customers(traders) and we provide an extension number. However, I didn't hear any complaint in regard to someone unable to speak with us so this option should be great.  We also have customer with accounts of $200k and not only $17k, however we give the best resolution to each one of them in the time they were received.

Your wire will arrive in a few days, and I suggest you should check your account beginning of next week.

Feel free to message again, should you encounter an issue with a service or have a question related to your commissions.

Best,
**Yan | Active Trader**
*SURE TRADER*
SureTrader Website |  Facebook | Twitter| Contact Us |
This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its

1/16/2018                                          Mail - mazen_tpl@hotmail.com

attachments from your system and do not forward it to or inform any other person of its contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses

On Nov 3, 2017, at 5:46 PM, Mazen Hasan Agha <mazen_tpl@hotmail.com> wrote:

> Hi Yan,
>
> First I would like to thank you for adding your name at the end. I really appreciate that.
>
> Secondly, I will be honest with you, I tried your customer service before and I gave it a try last week. It's still so slow in the trading world. You know what do I mean. Seconds mean thousands of dollars in the trading world. In the same time I see what you are saying. As mentioned before, I am putting 17K in my account and I am an active trader. One phone call could save me thousands of dollars. You have a special email for active traders, why you don't have a special number for active traders who can make or lose thousands of dollar in seconds if time?
>
> For the time being, is there an extension for the trading team?
>
> By the way, I sent the wire today, have you received it?
>
> Thank you,
>
> Mazen

---

**From:** Active Trader <activetrader@suretrader.com>
**Sent:** Friday, November 3, 2017 4:37 PM
**To:** Mazen Hasan Agha
**Subject:** Re: New Commission Rate - More than 1 Million/month

Hi Mazen,

I didn't forget about your email, as I was searching for another solution for you, with an extension number but I need to address something with you. With the toll free number I provided, you can direct your call to 6 agents at the trade desk department that can help you, as well as the Customer Supprt chat, we have 15 agents that answer 100 chats at the time combined, with this option, you can get an answer a lot faster.

Let me know if this make sense better now.

**Yan | Active Trader**
*SURE TRADER*
SureTrader Website | Facebook | Twitter | Contact Us |
This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain

SEC-AghaM-E-0000346

1/16/2018                                    Mail - mazen_tpl@hotmail.com

information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do not forward it to or inform any other person of its contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses

On Nov 3, 2017, at 5:10 PM, Mazen Hasan Agha <mazen_tpl@hotmail.com> wrote:

> Hi there,
>
> Have you received my last email? I was asking about faster way of contacting you?
>
> Thank you,
>
> Mazen
>
> ---
>
> **From:** Mazen Hasan Agha <mazen_tpl@hotmail.com>
> **Sent:** Thursday, November 2, 2017 2:03 PM
> **To:** Active Trader Department | SureTrader
> **Subject:** Re: New Commission Rate - More than 1 Million/month
>
> Hi there,
>
> Thank you for your reply. You don't have faster option for active traders? I am depositing 17K in my account and I expect some special treatment.  Your online chat is so slow and if you are giving me a phone number I would like to have an ext directed to you or someone who deal with active traders especially to locates shares for shorts.
>
> Thanks,
>
> Mazen
>
> ---
>
> **From:** Active Trader Department | SureTrader <activetrader@suretrader.com>
> **Sent:** Thursday, November 2, 2017 1:52 PM
> **To:** 'Mazen Hasan Agha'
> **Subject:** RE: New Commission Rate - More than 1 Million/month
>
> Hi Mazen,

SEC-AghaM-E-0000347

1/16/2018                               Mail - mazen_tpl@hotmail.com

Your structure will be set now and be ready for tomorrow trading!
Here is also our toll-free number: USA (Direct): +1 718-247-9939 once you call, you can direct your call to our Trade Desk.
Another thing you can do is to visit our website: www.suretrader.com and live chat representatives will assist you.

Let us know if you need more assistance.

Kind regards,
**Active Trader**
<image001.png>
SureTrader Website | Facebook | Twitter | Contact Us |

This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do not forward it to or inform any other person of its contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses.

**From:** Mazen Hasan Agha [mailto:mazen_tpl@hotmail.com]
**Sent:** Thursday, November 2, 2017 2:45 PM
**To:** Active Trader Department | SureTrader <activetrader@suretrader.com>
**Subject:** Re: New Commission Rate - More than 1 Million/month

Alright, I approve the new rates for now. However, I would expect to have better ones next month.

$0.004 per share with $1.95 per trade minimum and NO ECN fees. As well as $50 max per trade.

Let me know when you have it set up in my account so I send the wire.

Another thing please, for faster communication in the future especially to locate shares for shorts. What do you suggest? Do you have a direct number for active traders like me or Skype account or anything fast and convenient (give me your Florida number with no international fees)?

Thank you,

Mazen

SEC-AghaM-E-0000348

Case 1:21-cv-21079-BB   Document 226-38   Entered on FLSD Docket 02/13/2024   Page 17 of 21

**From:** Active Trader Department | SureTrader <<u>activetrader@suretrader.com</u>>
**Sent:** Thursday, November 2, 2017 1:33 PM
**To:** 'Mazen Hasan Agha'
**Subject:** RE: New Commission Rate - More than 1 Million/month

Hi Mazen,

Unfrotnently we don't have a way to reduce it to this rate at this time.  Once we see your monthly volume of 1-month trading, perhaps we could chat again over this.
Let us know how you would like to proceed.

Best,
**Active Trader**
<image001.png>
<u>SureTrader Website</u> |   <u>Facebook</u> |   <u>Twitter</u> |   <u>Contact Us</u> |

This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do not forward it to or inform any other person of its contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses.

**From:** Mazen Hasan Agha [<u>mailto:mazen_tpl@hotmail.com</u>]
**Sent:** Thursday, November 2, 2017 2:19 PM
**To:** Active Trader Department | SureTrader <<u>activetrader@suretrader.com</u>>
**Subject:** Re: New Commission Rate - More than 1 Million/month

Hi there,

Thank you for your reply. I really appreciate your offer. However, you can see from my trading history that I do a lot of 10K blocks and I average a lot so I place a lot of trades. Could you please offer me better rates? Now I would suggest the following:

$0.003 per share with $1.49 per trade minimum and $30 per trade maximum.

Please confirm.

Thank you!

Mazen

SEC-AghaM-E-0000349

SEC-AghaM-E-0000333

1/16/2018                                        Mail - mazen_tpl@hotmail.com

**From:** Active Trader Department | SureTrader
<activetrader@suretrader.com>
**Sent:** Thursday, November 2, 2017 1:13 PM
**To:** 'Mazen Hasan Agha'
**Subject:** RE: New Commission Rate - More than 1 Million/month

Hi Mazen,

Thanks for clarifying.  At this moment, I can only suggest a
$0.004 per share with $1.95 per trade minimum and NO ECN
fees. As well as $50 max per trade.
To be qualified you will need to trade 1M shares minimum each
month.  Once you trade less, the system will move you to the
next best tier.

Please confirm this email.

Regards,
**Active Trader**
<image001.png>
SureTrader Website | Facebook | Twitter | Contact Us |

This e-mail (and any files transmitted with it) is intended solely for the use of the
individual(s) or organization(s) to whom it is addressed. It may contain information that is
privileged, confidential and/or exempt from disclosure by law. If you are not the intended
recipient of this communication, you should not use, copy, alter, print, disclose or take
any action relying on the contents of this message. If you received this communication in
error, please notify the sender then immediately delete this e-mail and all of its
attachments from your system and do not forward it to or inform any other person of its
contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage
whatsoever caused, which may result either directly or indirectly from this
communication, including viruses.

**From:** Mazen Hasan Agha [mailto:mazen_tpl@hotmail.com]
**Sent:** Thursday, November 2, 2017 1:15 PM
**To:** Active Trader Department | SureTrader
<activetrader@suretrader.com>
**Subject:** Re: New Commission Rate - More than 1 Million/month

Thank you for you reply. Yes, I am planning to fund my account
with 17K.

If you don't offer per trade commission, then I am looking for
$0.001 per share rate, $0.95 per trade minimum, $10 per trade
maximum.

I look forward to funding my account.

Thank you,

Mazen

SEC-AghaM-E-0000350

1/16/2018                                        Mail - mazen_tpl@hotmail.com

---

**From:** Active Trader Department | SureTrader
<activetrader@suretrader.com>
**Sent:** Thursday, November 2, 2017 12:08 PM
**To:** 'Mazen Hasan Agha'
**Subject:** RE: New Commission Rate - More than 1 Million/month

Hi Mazen,

Unfortunately, we don't call other brokers to verify volume or
other information. Your information is also private!
How may I assist you today? As I mentioned in my email earlier,
we don't offer per trade commissions.

Please let me know what type of rate you are looking for?
And are you planning on funding your account with $17k?

Thanks again, and I look forward to assisting you.

**Active Trader**
<image001.png>
SureTrader Website | Facebook | Twitter | Contact Us |

This e-mail (and any files transmitted with it) is intended solely for the use of the
individual(s) or organization(s) to whom it is addressed. It may contain information that is
privileged, confidential and/or exempt from disclosure by law. If you are not the intended
recipient of this communication, you should not use, copy, alter, print, disclose or take
any action relying on the contents of this message. If you received this communication in
error, please notify the sender then immediately delete this e-mail and all of its
attachments from your system and do not forward it to or inform any other person of its
contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage
whatsoever caused, which may result either directly or indirectly from this
communication, including viruses.

---

**From:** Mazen Hasan Agha [mailto:mazen_tpl@hotmail.com]
**Sent:** Thursday, November 2, 2017 12:02 PM
**To:** Active Trader Department | SureTrader
<activetrader@suretrader.com>
**Subject:** Re: New Commission Rate - More than 1 Million/month

Hi there,

Who am I talking to? You can call call Etrade and make sure of
my numbers. If you are familiar with Etrade they don't show
total shares amount on their website, you just can see that in
their excel form. Call them to make sure and then get back to
me.

Thank you,

SEC-AghaM-E-0000351

SEC-AghaM-E-0000333

1/16/2018                              Mail - mazen_tpl@hotmail.com

Mazen

---

**From:** Active Trader Department | SureTrader <activetrader@suretrader.com>
**Sent:** Thursday, November 2, 2017 10:53 AM
**To:** 'Mazen Hasan Agha'
**Subject:** RE: New Commission Rate - More than 1 Million/month

Hello Mazen,

Thank you for sending this screenshot.  I would ask that you send again the actual subtotal shares/volume for that month or past 3 months?
Also, we don't offer a per trade only.  We only have a per share along with a per trade minimum.

Regards,
**Active Trader**
<image001.png>

SureTrader Website |  Facebook |  Twitter |  Contact Us |

This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do not forward it to or inform any other person of its contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses.

---

**From:** Mazen Hasan Agha [mailto:mazen_tpl@hotmail.com]
**Sent:** Thursday, November 2, 2017 10:35 AM
**To:** Active Trader Department | SureTrader <activetrader@suretrader.com>
**Subject:** Re: New Commission Rate - More than 1 Million/month

Hi there,

You know you can't fit a lot in one screen shot.  Please find the attached screen shot sample. I have a lot of entries and exits and I average a lot. I would prefer a kind of per trade commission based and not per shares because as I you see in the example I do a lot of 10K blocks for a scalp.

Thank you,

Mazen

SEC-AghaM-E-0000352

1/16/2018                                      Mail - mazen_tpl@hotmail.com

**From:** Active Trader Department | SureTrader
<activetrader@suretrader.com>
**Sent:** Thursday, November 2, 2017 8:18 AM
**To:** 'Mazen Hasan Agha'; trading@suretrader.com
**Subject:** RE: New Commission Rate - More than 1 Million/month

Good Day Mazen,

Thank you for your email, and for providing your trade report.
Would you be able to send us a screenshot of the actual report
showing on your e-trade account?
I would like to check which structure would be more suitable for
you.

Best regards,
**Active Trader**
<image001.png>
SureTrader Website | Facebook | Twitter | Contact Us |

This e-mail (and any files transmitted with it) is intended solely for the use of the
individual(s) or organization(s) to whom it is addressed. It may contain information that is
privileged, confidential and/or exempt from disclosure by law. If you are not the intended
recipient of this communication, you should not use, copy, alter, print, disclose or take
any action relying on the contents of this message. If you received this communication in
error, please notify the sender then immediately delete this e-mail and all of its
attachments from your system and do not forward it to or inform any other person of its
contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage
whatsoever caused, which may result either directly or indirectly from this
communication, including viruses.

**From:** Mazen Hasan Agha [mailto:mazen_tpl@hotmail.com]
**Sent:** Wednesday, November 1, 2017 5:10 PM
**To:** trading@suretrader.com; activetrader@suretrader.com
**Subject:** New Commission Rate - More than 1 Million/month

Hi guys,

This is Mazen. My account number is PFS19612.

I traded more than 1 million shares a month in my Etrade
account. I would like to keep trading with 17K for now. I think I
may qualify for better commission rate than advertised on your
website. Please review the attached trading history from my
Etrade account.

Talk to you soon,

Mazen

SEC-AghaM-E-0000353