UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:21-CV-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  -v-

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

### DEFENDANT'S MOTION FOR DAYLISET RIELO TO WITHDRAW AS COUNSEL

Pursuant to Southern District of Florida Local Rule 11.1(d)(3), Dayliset Rielo moves to withdraw as counsel in this matter due to the addition of Gabriela Ruiz as counsel for Defendant Guy Gentile.

Dayliset Rielo's withdrawal will not have a material adverse effect on the defendants. Further, Gabriela Ruiz will remain as lead trial attorney on this case, and Adam C. Ford and Matthew Aaron Ford will remain as counsel admitted *pro hac vice*. Thus, Dayliset Rielo's withdrawal will not have a material adverse effect because Gabriela Ruiz, Adam C. Ford, and Matthew Aaron Ford, all of whom work for the law firm Ford O'Brien Landy LLP, continue to represent defendant Guy Gentile. Accordingly, Dayliset Rielo's withdrawal is permissible under Florida Rule of Professional Conduct 4-1.15b.

WHEREFORE, Dayliset Rielo respectfully requests that the Court permit her to withdraw.

February 13, 2024

Respectfully submitted.

By: */s/ Dayliset Rielo*
    Dayliset Rielo
    FL Bar No. 85321
    8180 N.W. 36th Street
    Suite 220
    Doral, FL 33166
    Phone: (786) 454-9873
    dayliset@rielolaw.com

    *Attorney for Defendant Guy Gentile*