**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 1:21-CV-21079-BB**

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

    -v-

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

      Defendants.

_____/

**ORDER GRANTING DEFENDANT'S MOTION**
**ALLOWING DAYLISET RIELO TO WITHDRAW AS COUNSEL**

     This matter is before the Court on Defendant Guy Gentile's Motion for Dayliset Rielo

to Withdraw as Counsel. Having considered the motion and the record, it is:

     **ORDERED AND ADJUDGED** that the motion is granted. Dayliset Rielo is removed

as counsel for Defendant Guy Gentile.

     **DONE AND ORDERED** on this _____ day of February, 2024 in Chambers at Miami,

Florida.

                              _____

                              BETH BLOOM
                              UNITED STATES DISTRICT JUDGE