**Jacqmein, Victoria**

| | |
|---|---|
| **From:** | Matt Ford <mford@fordobrien.com> |
| **Sent:** | Monday, February 12, 2024 6:35 PM |
| **To:** | Johnson, Alise |
| **Cc:** | Stephen Halpin; Adam C. Ford; Sum, Alice; Jacqmein, Victoria |
| **Subject:** | Re: Gentile Motion in Limine Conferral under Local Rule 7.1(a)(3) |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Alyse,
We oppose. Thanks.
Best,
Matt

Matthew Aaron Ford
Partner
Ford O'Brien Landy LLP
3700 Ranch Road 620 South
Suite B
Austin, Texas 78738
512.503.6388 (direct)

 --
275 Madison Avenue
24th Floor
New York, New York 10016
212.858.0040
212.444.4886 (direct)
mford@fordobrien.com
fordobrien.com

> On Feb 12, 2024, at 2:26 PM, Johnson, Alise <johnsonali@sec.gov> wrote:
>
> Ok, standing by (but not standing down) 😊.
>
> **From:** Stephen Halpin <shalpin@fordobrien.com>
> **Sent:** Monday, February 12, 2024 5:20 PM
> **To:** Johnson, Alise <johnsonali@SEC.GOV>
> **Cc:** Adam C. Ford <aford@fordobrien.com>; Matthew Aaron <mford@fordobrien.com>; Sum, Alice <SumAl@SEC.GOV>
> **Subject:** Re: Gentile Motion in Limine Conferral under Local Rule 7.1(a)(3)
>
> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Hi Alise,



EXHIBIT A

1

Matt has been traveling and in meetings all day but I just spoke with him and he is planning to review and respond within the next few hours.

Best,
Steve

> On Feb 12, 2024, at 1:19 PM, Johnson, Alise <johnsonali@SEC.GOV> wrote:
>
> Later today we will be filing a motion *in limine* in Gentile asking the Court to preclude the introduction of evidence before the jury regarding the following areas:
>
> 1. Defendant Should be Barred from Making Ad Hominem Attacks on Commission Counsel and Criticizing the Commission's Investigation
> 2. Gentile Should Be Barred from Referring to the Department of Justice, the SEC and FINRA's Prior Charging Decisions
> 3. Argument that the SEC Or DOJ Approved of SureTrader's Solicitation of US Investors
> 4. Evidence and Argument Regarding Advice, Involvement or Presence of Counsel
> 5. Evidence Regarding Personal Hardships Gentile May Suffer as A Result of This Action
>
> Please let us know by COB today if you oppose any of these or whether you agree that such evidence should be excluded. In the same motion we will request that the Court find that the SEC's Webcaptures are authenticated without the need for a live witness and that the documents produced by Defendants and the Securities Commission of the Bahamas are authentic without the need for a live witness. Please let us know if you agree to those requests.
>
> Thank you,
>
> <image001.jpg> **Alise Johnson**
> Senior Trial Counsel
> U.S. Securities and Exchange Commission
> Miami Regional Office
> 801 Brickell Ave, Suite 1950, Miami, FL 33131
> Work Cell:    786-626-7399
> Email:  johnsonali@sec.gov

Stephen R. Halpin III
Counsel
FORD O'BRIEN LANDY LLP
275 Madison Avenue, 24th Floor
New York, NY 10016
+1 (212) 858-0040 (main)
+1 (212) 444-4894 (direct)
shalpin@fordobrien.com
www.fordobrien.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This transmission may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy, or re-transmit this communication. If you have received this communication in error, please notify us by replying to the sender of this message, and delete this message (and your reply) and any attachments. Thank you in advance for your cooperation and assistance.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*