# EXHIBIT B

Philip Dorsett
February 28, 2023

| | Page 58 | | Page 60 |
|---|---|---|---|
| 1 | P. DORSETT | 1 | P. DORSETT |
| 2 | input into the unsolicited acknowledgment | 2 | pause in the proceeding.) |
| 3 | agreement? | 3 | Q. Mr. Dorsett, during that break, |
| 4 | A. I was the one who put it | 4 | did you have any conversations with anybody |
| 5 | together officially and put the name at the | 5 | about your testimony here today? |
| 6 | signature line there. | 6 | A. No. |
| 7 | Q. So, to be clear, you officially | 7 | Q. When we left off, we were |
| 8 | put the unsolicited acknowledgment | 8 | looking at Exhibit 20, which is in an |
| 9 | agreement together? | 9 | e-mail that you provided to us or an e-mail |
| 10 | A. The very first one. The | 10 | the SEC provided to us. |
| 11 | subsequent ones, I had no input on. | 11 | MR. FORD: Can we pull that |
| 12 | Q. This refreshes your | 12 | document back up? If we can scroll |
| 13 | recollection that your testimony throughout | 13 | down to the e-mail from Mr. Walker. |
| 14 | yesterday that the unsolicited | 14 | Q. Do you see in that first |
| 15 | acknowledgement agreement was created | 15 | sentence where it says, "Hi, I was at the |
| 16 | around February 2012 was not accurate? | 16 | Investors Underground seminar last |
| 17 | A. Well, it had to be in November, | 17 | evening," do you see that? |
| 18 | it was from the beginning. | 18 | A. Yes. |
| 19 | MR. FORD: We can take a break | 19 | Q. Do you know what Investors |
| 20 | now. | 20 | Underground is? |
| 21 | MR. KOONIN: We still don't | 21 | A. I remember that name. I think |
| 22 | have them. So, find the documents. | 22 | that's one of our affiliates. |
| 23 | MR. FORD: You have them | 23 | Q. You had testified yesterday |
| 24 | because they're documents that you | 24 | that it was Mr. Gentile's responsibility to |
| 25 | produced. | 25 | work with the members of the affiliate |

| | Page 59 | | Page 61 |
|---|---|---|---|
| 1 | P. DORSETT | 1 | P. DORSETT |
| 2 | MR. KOONIN: No, that's not it. | 2 | program, do you recall that? |
| 3 | You love to say 30,000 plus. So, | 3 | A. Yeah, he dealt directly with |
| 4 | give us the ones you're using today | 4 | the affiliates in the beginning. |
| 5 | in your deposition, which you | 5 | Q. Did you ever deal with any |
| 6 | acknowledged is the appropriate thing | 6 | members of the affiliate program? |
| 7 | to do. Send us the link and that's | 7 | A. There would have been times |
| 8 | the end of the conversation. | 8 | when I had direct conversations with Tim |
| 9 | MS. SUM: Either send a link or | 9 | Sykes and some of the other -- like the |
| 10 | send it literally by e-mails. This | 10 | persons who were in charge of the |
| 11 | isn't that difficult to do so. | 11 | affiliates, yes. |
| 12 | Ms. Filippelli has been bringing up | 12 | Q. What about Investors |
| 13 | these exhibits one by one pursuant to | 13 | Underground, did you have any |
| 14 | your direction. So, she has access | 14 | communications with anybody from Investors |
| 15 | to e-mails, she has our e-mail | 15 | Underground? |
| 16 | addresses. Please have | 16 | A. I probably did. I remember |
| 17 | Ms. Filippelli -- I'm not trying to | 17 | they were one of the bigger ones. |
| 18 | be disrespectful to you -- we request | 18 | Q. Do you recall signing any of |
| 19 | the use, as you are an attorney in | 19 | the agreements between SureTrader and any |
| 20 | this case to send us the documents | 20 | members of the affiliate program? |
| 21 | you've been pulling up as Mr. Ford | 21 | A. I do not recall. Now, in the |
| 22 | has been instructing you. | 22 | beginning, I don't know if Guy would have |
| 23 | MR. FORD: Okay, see you all in | 23 | had maybe signed those, but at some point, |
| 24 | ten minutes. Thank you. | 24 | Justin took over all of that. |
| 25 | (At this time, there was a | 25 | Q. When you say in the beginning, |

### Page 242

    1                P. DORSETT
    2    that you believe could reasonably be
    3    expected to reveal your identity and
    4    explain the basis of your belief that your
    5    identity would be revealed if the documents
    6    were disclosed to a third party," do you
    7    see that?
    8        A.    Yes.
    9        Q.    This says, "All of these
   10    documents were procured from my personal
   11    e-mail account," do you see that?
   12        A.    Yes.
   13        Q.    And then it says, "Hence,
   14    Mr. Gentile will know that it was me who
   15    gave them to you.  I have also noticed that
   16    they cannot all fit here.  In the past when
   17    the SEC wanted info from us, they would do
   18    so by the requesting the Securities
   19    Commission of the Bahamas and request the
   20    information from us and we would be
   21    compelled to give it," do you see that?
   22        A.    Yes.
   23        Q.    When you say the information
   24    would not fit here, how much information
   25    did you have at that time?

### Page 243

    1                P. DORSETT
    2        A.    I can't say.  I don't know.
    3        Q.    Was it thousands of documents?
    4        A.    Certainly not.  In addition,
    5    because I see you said something here --
    6        Q.    Mr. Dorsett, there is no
    7    pending question.
    8              "However, Mr. Gentile would
    9    have been aware and would have to have
   10    approved anything I sent to local
   11    regulators," do you see that?
   12        A.    Yes.
   13        Q.    And it says, "However, now that
   14    he has officially resigned from our firm,
   15    if the SEC were specifically asking the SCB
   16    to demand of us all documents that show any
   17    relationship between Traders Cafe, Guy
   18    Gentile, Momu Mia, then I can send over all
   19    I can get my hands on, more than I can
   20    attach here," do you see that?
   21        A.    Correct.
   22        Q.    At the time you wrote that,
   23    this was approximately -- strike that.
   24              This was several months after
   25    the communications with Ms. Suh from the

### Page 244

    1                P. DORSETT
    2    SEC that we looked at earlier.  In which,
    3    attorney Michael Miller advised that it
    4    could not produce documents directly to the
    5    SEC; isn't that correct?
    6        A.    You could not produce client
    7    documents.
    8        Q.    Okay.
    9        A.    Guy however, was not a client.
   10        Q.    So, is it your testimony that
   11    -- strike that.
   12              You said that you were going to
   13    provide all you could get your hands on, do
   14    you see that?
   15        A.    Yes, if they sent that request
   16    through the the SCB, because I think it was
   17    in reference to a client as I noted, Guy is
   18    not a client.
   19        Q.    That included documents with
   20    passwords belonging to U.S. persons; isn't
   21    that true?
   22        A.    No.
   23              MR. FORD:  We're going to come
   24         back to this, but we'll pull up
   25         another exhibit.  This is Exhibit 19.

### Page 245

    1                P. DORSETT
    2        Q.    As we pull this up,
    3    Mr. Dorsett, are you familiar with a
    4    legislation called the Computer Fraud and
    5    Abuse Act, or CFAA, it's a United States
    6    Criminal Legislation?
    7        A.    I can't say that I am, no.
    8        Q.    It also provides civil
    9    remedies, are you familiar with it?
   10        A.    No.
   11        Q.    This is an e-mail from Karen
   12    Gentile, Karen@dastrader.com, do you know
   13    who Karen Gentile is?
   14        A.    Yes.
   15        Q.    Do you know where she lived at
   16    the time she sent this e-mail on
   17    November 7, 2011?
   18        A.    I think she lived in New York.
   19        Q.    And it's sent to
   20    info@SureTrader.com?
   21        A.    Yes.
   22        Q.    If we scroll down, this has a
   23    bates stamp of SEC-FL-03848-E-001704, that
   24    is indicating you provided this document to
   25    the SEC and Miami and they produced it to