# EXHIBIT K

| | |
|---|---|
| From: | Guy Gentile <guy@stockusainc.com> |
| Sent: | Friday, June 28, 2013 4:15 PM |
| To: | justin@suretrader.com; philip@suretrader.com |
| Subject: | RE: SEC Rule 15a-6 |

Justin,

This statement " Swiss America Securities, Ltd (SureTrader) does not service accounts for U.S. citizens, U.S. residents or U.S. corporations. Swiss America Securities, Ltd does not solicit U.S. resident clients. " is already on every website of suretrader.com and is meant to be a deterrent for America clients.

The reason I do not want to mention words "offshore brokerage" is because that indicates that we are an offshore broker to American. When in fact a Non-Bahamian citizen living in Bahamas can open an account and we wouldn't be offshore to him.

We cannot advertise in the U.S. as part of SEC Rule 15a-6.
We do not want to be seen as activity engaging with U.S. Clients. If they want to do business with us and the contact us and push to open an account, than its ok to take it, but we have to deter them as much as we can to be compliant with the SEC rules.

Hope this clears things us.

God Bless.

Guy


From: Justin Ritchie [mailto:justin@suretrader.com]
Sent: Thursday, June 20, 2013 7:57 PM
To: Guy Gentile; philip@suretrader.com
Subject: RE: SEC Rule 15a-6

I've highlighted my concerns about this in the attachment. When will the disclaimers be installed on the website? And how do we ensure that we're not advertising in the US via the internet?

Justin Ritchie

Elizabeth on Bay Plaza
Suite 17, Elizabeth Avenue
Nassau, Bahamas
Tel: 242-328-7800/1
Website: www.suretrader.com




From: Guy Gentile [mailto:guy@stockusainc.com]

1

Sent: Monday, June 17, 2013 3:45 PM
To: philip@suretrader.com
Cc: justin@suretrader.com
Subject: SEC Rule 15a-6

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2013.0.3345 / Virus Database: 3199/6436 - Release Date: 06/24/13

2

SEC-FL-03848-E-0010842