# EXHIBIT P





**From:** Guy Gentile </O=M2WEX/OU=EXCHANGE>
**Date:** Tuesday, August 18, 2015 at 6:16 PM
**To:** Janay Pyfrom <janay@suretrader.com>
**Subject:** RE: ppc campaign

Yes. I agree.

Thanks,
Guy

**From:** Janay Pyfrom [mailto:janay@suretrader.com]
**Sent:** Monday, August 17, 2015 8:57 PM
**To:** Guy Gentile <guy@stockusainc.com>
**Subject:** FW: ppc campaign

Hi Guy,

For your feedback:

- Would we need to find out more about their company and source of traffic?
- It's important that in any campaign it is clearly indicated that " services are not intended for U.S. persons" and that United States is not targeted in their PPC.
- He will need to send us the list of keywords he has for us to review and comment if needed.
- We will need to see the campaign before going live to ensure brand consistency, if applicable.

Do you agree with these point before replying?

Thanks.
Janay

**From:** Candice Sciarrillo [mailto:candice@stockusainc.com]
**Sent:** Monday, August 17, 2015 7:39 PM
**To:** Janay Pyfrom <janay@suretrader.com>
**Subject:** Fwd: ppc campaign


See below and handle.
Guy


Sent from my Samsung Galaxy smartphone.


-------- Original message --------
From: Jason Norton <jason@allpricetags.com>
Date: 8/13/2015 7:22 PM (GMT-05:00)
To: Candice Sciarrillo <candice@stockusainc.com>
Subject: ppc campaign

Hi Candice,

I am an affiliate of your program in Commission Junction and I would like to create a ppc campaign for SureTrader but before I did I just wanted to make sure there are no restricted keywords.

Thanks,
Jason Norton

---

This email has been checked for viruses by Avast antivirus software.
www.avast.com