# EXHIBIT Q

 Gmail

**From:** Guy <guy@suretrader.com>
**Date:** Wednesday, September 2, 2015 at 4:48 PM
**To:** Janay Pyfrom <janay@suretrader.com>
**Subject:** Re: Affiliate Advertising

Yes. Please make sure they are not showing ads in the United States.

Thanks,
Guy

**From:** Janay Pyfrom <janay@suretrader.com>
**To:** 'Guy Gentile' <guy@suretrader.com>
**Sent:** 9/2/2015 10:13 AM
**Subject:** RE: Affiliate Advertising

Guy, please see below. Is this OK to send back to Abhishek?

---------------------------------------

Thanks for getting back to me Abhishek.

It would be best for CJ affiliates to limit their PPC ads to the top 3 countries:



CONFIDENTIAL                                                                                       GENTILE0004881

**Countries:**

UK

Canada

Australia

*****Strictly no advertising to the United States**

We can make keyword recommendations, however we are not as strict as it relates to this.

**The reason we will not tolerate PPC ads to U.S. persons:**

The SEC's interpretation of U.S. federal securities laws limits Non-U.S. Broker-Dealers such as Swiss America Securities, Ltd. (SureTrader.com) to working with those permanently resident outside the USA.

Non-U.S. Broker-Dealers such as Swiss America Securities, Ltd. (SureTrader.com) maintaining an Internet Website can thus only accept a U.S. person if he or she has not been solicited either directly or indirectly through accessing their websites under the 'unsolicited' exemption Rule 15a-6.

I hope this is clear.

Thanks.

Janay

CONFIDENTIAL

GENTILE0004882