# EXHIBIT S

**GUY GENTILE**
Paradise Island
The Bahamas

December 29, 2015

**SWISS AMERICA SECURITIES, LTD.**
Registered Office
#10 Lookout Hill, Winton Heights
Nassau, Bahamas

Dear Sir,

    I hereby tender my resignation as the President and Director of **SWISS AMERICA SECURITIES, LTD.**, which resignation is to take effect immediately.

    Yours faithfully,

*[signature]*

Guy Gentile

SEC-GentileG-E-0000053