# EXHIBIT T

[1/6/17, 11:41:01 AM] Janay Pyfrom: Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them.
[1/6/17, 11:41:08 AM] YANN: Hi Janay how are you?
[1/6/17, 11:41:12 AM] YANN: It's Yan Frantz
[1/6/17, 11:42:13 AM] YANN: I'm flying to the island on Monday morning and need to chat about the housing with you. Can you chat?
[1/6/17, 11:47:48 AM] Janay Pyfrom: Hi Yan
[1/6/17, 11:47:56 AM] Janay Pyfrom: Yes, I can chat now.
[1/6/17, 11:49:00 AM] YANN: Ok calling
[1/6/17, 11:50:18 AM] Janay Pyfrom: Ok
[1/9/17, 7:38:20 PM] Janay Pyfrom: Hey Yan!
[1/9/17, 7:38:27 PM] Janay Pyfrom: I hope you are feeling better
[1/9/17, 7:38:36 PM] Janay Pyfrom: You will be all set for tomorrow
[1/9/17, 7:43:53 PM] YANN: Hey Janay..I'm still figuring this virus! Thanks for asking and taking care of the housing.  Pls let me know when can we meet in the house tomorrow for the keys and showing where to find everything.
[1/9/17, 7:44:56 PM] Janay Pyfrom: Yes of course. Just so you know there is keypad entry. You will tell me what 4-digit code you want for the door and I'll give you the key for the gate.
[1/9/17, 7:45:08 PM] Janay Pyfrom: Also, we will change the alarm code.
[1/9/17, 7:45:43 PM] Janay Pyfrom: On Wednesday at 3pm the landscaper, alarm company and one more company will come in for some final checks.
[1/9/17, 7:46:04 PM] YANN: Okay great!
[1/9/17, 7:46:29 PM] Janay Pyfrom: We will talk more in the morning!
[1/9/17, 7:46:40 PM] Janay Pyfrom: Get well soon. Have a good evening.
[1/9/17, 7:46:56 PM] YANN: Thanks again..you too Janay
[1/9/17, 7:47:04 PM] Janay Pyfrom: Thanks!
[1/10/17, 9:45:56 AM] YANN: Good morning Janay
[1/10/17, 9:46:10 AM] YANN: I should be ready to move in 45min
[1/10/17, 9:46:30 AM] YANN: Let me know we should coordinate
[1/10/17, 9:46:34 AM] YANN: How*
[1/10/17, 9:46:37 AM] Janay Pyfrom: Good Morning Yan
[1/10/17, 9:47:26 AM] Janay Pyfrom: I'm at the office now - whenever you are ready to head over, I will leave the same time.
[1/10/17, 9:48:27 AM] YANN: Should I call a taxi or you picking me?
[1/10/17, 9:48:41 AM] Janay Pyfrom: I'll come for you.
[1/10/17, 9:48:58 AM] Janay Pyfrom: Are you at the same place as before?
[1/10/17, 9:49:10 AM] YANN: Ok.  No I'm at comfort suits
[1/10/17, 9:49:28 AM] Janay Pyfrom: Ok, perfect.
[1/10/17, 9:49:57 AM] YANN: Can you check with justin if he got me the local sim?
[1/10/17, 9:50:15 AM] Janay Pyfrom: Ok.
[1/10/17, 9:50:38 AM] YANN: Thanks.
[1/10/17, 10:20:17 AM] YANN: I'm ready
[1/10/17, 10:20:53 AM] Janay Pyfrom: Ok, I'll head out now.
[1/10/17, 10:21:01 AM] YANN: Great
[1/10/17, 10:45:16 AM] Janay Pyfrom: I'm here
[1/10/17, 2:01:19 PM] Janay Pyfrom: Hi Yan
[1/10/17, 2:01:36 PM] Janay Pyfrom: Kim, the owner is stopping by to drop off more towels.
[1/10/17, 2:12:57 PM] YANN: Now? I just got to Anthony's

DEFENDANT'S
EXHIBIT
49 dy
3-12-23
PENGAD 800-631-6989

CONFIDENTIAL

agree for terms and conditions with their IP address from the US.  (That way we can keep a log for their IP address of the agreement.)

As for Non soliciting agreement
[5/1/17, 9:49:14 AM] Janay Pyfrom: Hi Yan
[5/1/17, 9:49:53 AM] Janay Pyfrom: This is for everyone in the US accessing the website?
[5/1/17, 9:50:00 AM] Janay Pyfrom: Or those who sign up for an account?
[5/1/17, 9:50:18 AM] YANN: Good question
[5/1/17, 9:50:29 AM] YANN: Let me give a thought on this
[5/1/17, 9:51:23 AM] YANN: I say start the application
[5/1/17, 9:51:25 AM] Janay Pyfrom: Ok -
remember that with IP addresses, it can change based on the connection someone is on, whether they are using a proxy, if it's not static etc.
[5/1/17, 9:51:39 AM] YANN: True
[5/1/17, 9:51:46 AM] Janay Pyfrom: If someone travels their IP address changes frequently.
[5/1/17, 9:51:50 AM] YANN: We doing it so we can be protect at the time they sign up
[5/1/17, 9:52:16 AM] YANN: True. But there's also Americans living oversees
[5/1/17, 9:52:43 AM] YANN: As long as their IP is not from a US land that's the most important
[5/1/17, 9:52:51 AM] YANN: We're not a cyber company :)
[5/1/17, 9:52:52 AM] Janay Pyfrom: Let me share with you the protections we already have in place as you may find it covers most issues that can be encountered
[5/1/17, 9:53:06 AM] Janay Pyfrom: We put in a lot of measures with the hackings we had last year May
[5/1/17, 9:53:08 AM] YANN: We here to comply with not soliciting
[5/1/17, 9:53:38 AM] Janay Pyfrom: Ok.
[5/1/17, 9:56:35 AM] Janay Pyfrom: Untitled <attached: 00000832-Untitled.docx>
[5/1/17, 9:58:32 AM] Janay Pyfrom: Untitled <attached: 00000833-Untitled.docx>
[5/1/17, 10:25:05 AM] YANN: ok great!
[5/2/17, 9:12:02 AM] YANN: GM Janay
[5/2/17, 9:23:25 AM] Janay Pyfrom: Morning Yan
[5/2/17, 9:25:23 AM] YANN: Hey
[5/2/17, 9:25:46 AM] YANN: I saw the the disclaimer is up... its only for U.S. IP address correct?
[5/2/17, 9:26:47 AM] Janay Pyfrom: At the moment it is up for all visitors until we finish coding to all for this.
[5/2/17, 9:27:37 AM] YANN: how long will it take you think? i rather have it down until the coding is done
[5/2/17, 9:29:05 AM] Janay Pyfrom: It could take one or 2 days. I wouldn't risk having it down until then
[5/2/17, 9:29:35 AM] Janay Pyfrom: The regulators are looking closely at the company so it's safer to have it there. Its been there for all visitors
[5/2/17, 9:30:04 AM] YANN: ok np
[5/2/17, 5:11:05 PM] Janay Pyfrom: They are only giving Juliana's mother a few hours to live FYI
[5/2/17, 6:46:31 PM] YANN: Oh man!
[5/2/17, 6:46:36 PM] YANN: I saw this emails

CONFIDENTIAL