# EXHIBIT U





MintBroker-E-0609471