# EXHIBIT V

# EXHIBIT V



# Advertising Review

# of

# Swiss America Securities, Ltd.

**Prepared For:**

Miles & Stockbridge P.C.

**Report Issued:**

February 21, 2018

**PRIVILEGED AND CONFIDENTIAL ATTORNEY – CLIENT COMMUNICATION**

CONFIDENTIAL                                                                                                       GENTILE0004499

## **TABLE OF CONTENTS**

| | |
|---|---|
| Summary | 2 |
| Project Scope | 2 |
| About Swiss America Securities, Ltd. | 3 |
| Interviews | 4 |
| Review Summary | 4 - 6 |
| Observations | 6 |
| About ITA Compliance, LLC | |
|     Firm Information | 7 |
|     Examiner Information | 7 |

## Summary:

ITA Compliance, LLC ("ITA") was engaged by Miles and Stockbridge P.C. ("M&S") to conduct a review of the advertising practices of Swiss America Securities, Ltd. ("SAS" or "the firm"), to assist M&S in providing legal advice to its client Mint Global Markets, Inc. ("Mint"). SAS is a broker-dealer registered with the Securities Commission of the Bahamas ("Commission").

ITA conducted on-site and off-site testing to determine whether SAS advertises its firm or trading services to U.S. customers. ITA did not conduct an audit or examination. The purpose of this review was to determine, through interviews and demonstrations, the types of advertising engaged in by the firm. In addition, ITA reviewed whether there were internal controls in place to block advertising content from being viewed by U.S. customers, or whether content included appropriate disclaimers to explain trading services are not intended for U.S. persons.

For the purposes of this review, "advertising" shall mean any online or written material sent to more than one person or made publicly available for the purpose of promoting the opening of an account with SAS to utilize one of SAS's trading platforms.

The project was conducted over the following phases:

I. <u>Pre-Visit Review and Planning</u>: ITA reviewed the firm's policies and procedures ("Swiss America Securities Ltd Compliance Manual" dated January 2017), conducted internet searches of the firm and key personnel, and then developed interview questions for SAS management and staff.

II. <u>On-Site Visit</u>: ITA conducted an on-site visit January 11, 2018. ITA conducted interviews with firm personnel and viewed system demonstrations relating to the management of online marketing campaigns.

III. <u>Off-Site Review:</u> ITA reviewed the information gathered during the on-site review, requested additional information from SAS, and conducted further off-site reviews of documentation and online content.

IV. <u>Exit Meeting</u>: Subsequent to the on-site visit and off-site review, ITA presented its observations to M&S and Mint during a phone conference on 2/8/18.

V. <u>Reporting</u>: ITA memorialized its testing and observations in this report.

**PRIVILEGED AND CONFIDENTIAL ATTORNEY – CLIENT COMMUNICATION**

## About Swiss America Securities, Ltd.:

(Information was gathered from public filings and during interviews on January 11, 2018.)

**Primary Location:**

| | |
|---|---|
| Principal Office and Place of Business: | Suite # 17, Elizabeth on Bay Plaza |
| | Nassau, Bahamas |

**Employees and Remote Locations:**

| | |
|---|---|
| Total employees: | 62 |
| Location of employees: | Nassau, Bahamas |

**Executive Management:**

| | |
|---|---|
| Guy Gentile | Director, Shareholder |
| Antonio Collie | President, CFO, Director |
| Edward Cooper | Chief Compliance Officer, Money Laundering Reporting Officer |
| Janay Pyfrom-Symonette | Chief Marketing Officer |
| Yaniv Frantz | Chief Sales Manager |

Mr. Collie, Mr. Cooper, Ms. Pyfrom-Symonette, and Mr. Frantz make up the Executive Committee and report to Guy Gentile.

**Registration:**

| | |
|---|---|
| Licensing/Registration: | Licensee under the Securities Industry Act, 2011 |
| Regulatory Body: | Securities Commission of the Bahamas |
| Business Registration Categories: | 1. Dealing in securities as principal and agent |
| | 2. Arranging deals |
| | 3. Managing securities |
| | 4. Advising on securities |

**PRIVILEGED AND CONFIDENTIAL ATTORNEY – CLIENT COMMUNICATION**

CONFIDENTIAL                                                                                                       GENTILE0004502

## Interviews:

On-site interviews commenced at 9am on January 11, 2018. ITA interviewed the following personnel:

- Edward Cooper, Chief Compliance Officer
- Janay Pyfrom-Symonette, Chief Marketing Officer

During these interviews, ITA discussed and observed the firm's processes to create and monitor online advertising campaigns. ITA also discussed and viewed controls and disclosures in place relating to the display of advertising content to U.S. individuals. The following pages memorialize the results of these interviews and demonstrations.

## Review Summary:

1. **Social Media**

    SAS and its employees utilize social media for business purposes. This includes Twitter, LinkedIn, Instagram, and Facebook.

    ITA reviewed content on the following firm social media pages during this review:

    - Twitter (https://twitter.com/SureTraders)
    - FaceBook (https://www.facebook.com/SureTrader/)
    - Instagram (https://www.instagram.com/suretraders/)
    - LinkedIn (https://www.linkedin.com/company/suretrader/ and https://www.linkedin.com/company/swiss-america-securities-ltd/)

    ITA also reviewed individual social media profiles of executive management and a sampling of employees.

2. **Websites and blogs**

    SAS maintains a website (https://www.suretrader.com/) and blog which is located on its website. (https://www.suretrader.com/blog/)

    ITA attempted to logon to the website from multiple IP addresses in different states (Massachusetts, New York, Florida). In all instances the homepage displayed the following message:

4

**PRIVILEGED AND CONFIDENTIAL ATTORNEY – CLIENT COMMUNICATION**

> *In compliance with SEC Rule 15a-6 this website is not intended to solicit U.S. Residents. You will need an access code or be an existing client to view our website. By continuing, you certify that you have not been solicited to this website.*

The Chief Marketing Officer explained that the firm utilized an outside vendor to implement this control and the message is displayed for all U.S. IP addresses.

After logging into the system, ITA reviewed website content in order to determine if any content appeared to target U.S. persons.

3. **Pay-Per-Click Advertising**

ITA interviewed the Chief Marketing Officer regarding the use of pay-per-click ("PPC") advertising campaigns, which disclosed:
- Google PPC is approximately 60% of their marketing budget. Geographic areas of focus include Canada, Europe, UK, and Israel.
- Third party companies "WordStream" and "AdRoll" are utilized to manage online PPC campaigns.
- The firm utilizes Facebook Ads Manager to place ads on Facebook and Instagram.
- A very small percentage of advertising is conducted through Bing.
- The firm does not yet utilize Twitter for PPC advertising.
- All of the campaigns exclude U.S. locations for placement of the ads.

ITA viewed a demonstration of the following systems and reports with the Chief Marketing Officer:
- Google AdWords reports for period 7/1/17 – 1/10/18 which disclosed geographic information for marketing campaigns.
- Wordstream reports and dashboard which disclosed geographic information for marketing campaigns.
- Adroll management reporting for period 7/1/17 – 1/10/18 which disclosed geographic information for marketing campaigns.
- Facebook Ads Manager for Facebook and Instagram campaigns. Reviewed the three most popular ads and list of targeted geographic areas.
- Bing reports for period 7/1/17 – 1/10/18 which disclosed geographic information for marketing campaigns.

4. **Physical Signage / Visual Inspection**

ITA performed a visual inspection of SAS's office and surrounding outside area to determine whether advertising was present. ITA also performed a visual inspection of the airport terminal and Bay Street in downtown Nassau to identify whether advertising content was

**PRIVILEGED AND CONFIDENTIAL ATTORNEY – CLIENT COMMUNICATION**

CONFIDENTIAL                                                                                                               GENTILE0004504

displayed. ITA's review disclosed firm signage was displayed outside of SAS's office. There was no advertising identified.

5. **Public Speaking Engagements including Seminars and Webinars**

   Interviews disclosed SAS may conduct webinars with existing customers in order to train them on the trading platform. These webinars are educational only. SAS does not engage in seminars or other speaking engagements for advertising purposes.

6. **Mass Mail / Email Campaigns**

   Interviews disclosed SAS does not conduct mass email or mailing campaigns. Emails may be sent to customers after they initiate or complete the account opening process.

7. **Cold Calling**

   Interviews and the onsite review disclosed the presence of a sales department. SAS advised they do not engage in cold calling. However, individuals in this department may call an prospective customer who initiated but not complete the account opening process, or an existing customer who completed the account opening process but did not fund their account.

## Observations:

ITA did not discover any evidence of the firm targeting U.S. individuals through advertising to promote its online trading services. In addition, online content included disclosures to explain SAS's trading services are not intended for U.S. persons. ITA did not identify any material findings during this review.

*End of Review Notes and Observations*

**PRIVILEGED AND CONFIDENTIAL ATTORNEY – CLIENT COMMUNICATION**

CONFIDENTIAL                                                                                                  GENTILE0004505

## About ITA Compliance, LLC

ITA Compliance, based in Boston, Massachusetts, specializes in providing examination services to broker-dealers, investment advisers, and transfer agents. These services include FINRA, SEC, and state-required testing and audits, as well as consultative mock regulatory-type reviews.

Our examiners average more than 15 years of compliance experience, and have conducted hundreds of examinations for small, medium, and large institutions. In addition, firm personnel have satisfied the requirements for various securities licenses and are affiliated with industry groups including the Association of Certified Fraud Examiners (ACFE).

**Compliance Consultant Information**

Nathan Jodat has over 18 years' experience in the financial services industry and has performed hundreds of examinations.  Since January 2009, Nathan has been a compliance consultant performing and overseeing examinations for broker-dealers and investment advisers located throughout the United States.

The primary examinations conducted by Mr. Jodat include supervisory controls and anti-money laundering testing as required by FINRA rules. Nathan has examined the compliance programs of over 50 broker-dealers, and supervised testing for over 100 firms. These firms varied in multiple ways, including size, number of registered representatives, supervisory structure, types of clients, number of clients, locations of clients, investment products, clearing arrangements, affiliations with other businesses, and regulatory history.

Prior to working as a compliance consultant, Nathan was a Vice President and Regional Supervisor at Wachovia Securities, LLC. His responsibilities included supervising producing branch managers, compliance/regulatory policy training, preparing branch offices for compliance inspections, and following up on internal audit and regulatory deficiencies.  Prior to being promoted to Regional Supervisor, Mr. Jodat was a Compliance Examiner in New York, NY.  He was responsible for traveling to branches and OSJs throughout the country to conduct compliance inspections as required by FINRA rules. Being one of the nation's largest full service broker-dealer, Nathan was responsible for maintaining a high level of regulatory and product knowledge on mutual funds, variable annuities, equities, UITs, REITs, options, commodities, and other alternative investments. During his nearly 10 years at Wachovia (formerly Prudential Securities), Nathan held other positions including Operations Manager and Financial Advisor.