# EXHIBIT Y



SEC-SECWEBCAPTURE-E-0000006

