# EXHIBIT Z

# SureTrader.com Affiliate New Banners for December!

email: "owner-membermessaging@mx6.cj.com SureTrader"          Friday, December 2, 2016 at 5:40:22 AM Central Standard Time
To: email: "couponssales@groupon.com"



Home          Link          Banner          About Us          Contact Us

Hello Affiliates,

My name is Abhishek and I am the Affiliate Manager for the SureTrader.com Program.

Thank you for joining our affiliate program. It's our pleasure to have an affiliate like you.

Our all-new mobile trading platform is a responsive web application that will conform to any device size and is intended for all traders on the go. It provides real-time Level-1 market data (See iSureTrader for Level-2), News, Charting, and the same routing ability as our ActiveWeb platform.

Affiliate Campaign Program Stats

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GROUPON, INC.                    GRPN-SURETRADER00000012

| Day | EPC | CR | CTR |
|---|---|---|---|
| 7 Day | $67.15 | 0.70% | 5.70% |
| 30 Days | $137.32 | 1.30% | 5.40% |

New Banner








You can find many more banners and text links by login in your CJ publisher login. Take the advantage of this opportunity and log in to your network account for links to start promoting today! Also, we hope these banners will help you grab the attention of your website visitors.

## Publisher Commission Rule

We will only pay lead commission for **non-US referrals**, regardless of who sent them.

## Keep In Touch

Feel free to contact us anytime. We are here to help you succeed. Let us know how we can help you, and don't hesitate to tell me what kinds of promotions work best for your site.

Simply reach out to us at affiliates@suretrader.com and let me know what you need customize new banner, content link, text link or for any other assistance.

Thanks for being our affiliate.

Regards,
Abhishek,
Affiliate Manager
SureTrader

**STAY CONNECTED**