UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-BLOOM/Torres

SECURITIES AND EXCHANGE COMMISSION,

 Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

 Defendants.
_____/

## JOINT NOTICE REGARDING MEDIATION

 Pursuant to ECF No. [218], the parties hereby notify the Court of the following:

 On February 27, 2024, the required parties attended a second mediation via Zoom with Kathy Adams. The parties did not reach a settlement, and the mediator has declared an impasse.

Date: February 29, 2024

Respectfully submitted,

| | |
|---|---|
| /s/Alice Sum | /s/Gabriela Ruiz |
| Alice Sum, Esq. | Gabriela Ruiz, Esq. |
| Trial Counsel | FORD O'BRIEN LANDY LLP |
| Fla Bar No.: 354510 | One Biscayne Tower |
| Phone: (305) 416-6293 | 2 Biscayne Blvd., Suite 3200 |
| Email: sumal@sec.gov | Miami, FL 33131 |
| *Attorney for Plaintiff* | Phone: Office: (786) 310-1135 |
| SECURITIES AND EXCHANGE COMMISSION | Email: gruiz@fordobrien.com.com |
| 801 Brickell Avenue, Suite 1950 | |
| Miami, Florida 33131 | Adam C. Ford, Esq. (PHV granted) |
| | Matthew A. Ford, Esq. (PHV granted) |
| | Stephen R. Halpin III, Esq. (PHV granted) |
| | FORD O'BRIEN LANDY LLP |
| | 275 Madison Avenue, 24th Floor |
| | New York, NY 10016 |

Tel: (212) 858-0040 (main)
aford@fordobrien.com
mford@fordobrien.com
shalpin@fordobrien.com

*Attorneys for Defendant Guy Gentile*