**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-cv-21079-BB**

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

**DEFENDANT GUY GENTILE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REFILE STATEMENT OF MATERIAL FACTS AND EXHIBITS**

Defendant Guy Gentile, by and through his undersigned counsel, respectfully requests an extension of time to refile his Statement of Material Facts and supporting exhibits and states as follows:

1. Late Tuesday evening, February 27, 2024, a member of Gentile's team mistakenly approved for filing a version of Gentile's Statement of Material Facts and Exhibits [ECF No. 232] that omitted one substantive revision and a handful of additional record citations.

2. Yesterday, Thursday, February 29, 2024, counsel for Gentile advised the SEC of the issue and the desire to file an Amended Statement of Material Facts and Exhibits to supersede the prior submission. At the same time, counsel for Gentile provided the SEC with a redline of the proposed Amended Statement of Material Facts, attached hereto as Exhibit A, and confirmed that Gentile did not seek to refile his legal brief in Opposition to the SEC's Motion for Summary Judgment [ECF No. 231].

1

3.  Today, March 1, 2024, the SEC informed counsel for Gentile that it did not oppose the relief sought in this Motion.

4.  This request for extension is made in good faith and not for the purposes of delay.

5.  Accordingly, Gentile respectfully requests that the Court permit him to refile his Statement of Material Facts and supporting exhibits, which he is prepared to do forthwith, and which would supersede his prior submission at [ECF No. 232].

## CERTIFICATE OF CONFERRAL

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), counsel for Gentile conferred with counsel for the SEC, and counsel for the SEC do not oppose the relief sought in this Motion.

Dated: March 1, 2024

Respectfully submitted,

FORD O'BRIEN LANDY LLP

By: /s/ Gabriela M. Ruiz
Gabriela M. Ruiz
Fla. Bar. 46844
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3200
Miami, Florida 33131
Tel.: (786) 310-1135 (main)
gruiz@fordobrien.com

Adam C. Ford (admitted *pro hac vice*)
Matthew A. Ford (admitted *pro hac vice*)
Stephen R. Halpin III (admitted *pro hac vice*)
275 Madison Avenue, 24th Floor
New York, New York 10016
Tel.: (212) 858-0040 (main)
aford@fordobrien.com
mford@fordobrien.com
shalpin@fordobrien.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be served via CM/ECF on the following counsel for Plaintiff:

Alice Sum
U.S. Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131
(305) 982-6300
sumal@sec.gov

Alise Meredith Johnson
U.S. Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131
(305) 982-6385
johnsonali@sec.gov

Russell Koonin
U.S. Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131
305-982-6390
kooninr@sec.gov

                                        */s/ Gabriela M. Ruiz*
                                        Gabriela M. Ruiz