# EXHIBIT C

                                                                        23

   Attorney General v. The Securities Exchange Commission - 125/2023

 1   Ross Cameron.
 2            MS. CAREY: I'm obliged.
 3            MR. MCKENZIE, KC:  You did provide an answer.
 4   BY MS. CAREY:
 5            Q.   With reference to the company Warrior
 6   Trading - what was the price structure for customers who
 7   traded with SureTrader.
 8            A.   I don't recall - I don't remember what
 9   the price structure was for that. I know it was some
10   sore of discount that clients received if they came into
11   the company using the Warrior Trading - what's it called
12   - like a special code.
13            So, they would receive some of sort of
14   discount, but I don't remember exactly what that amount
15   was. A promo code, that's what it was.
16            Q.   Okay, thank you! Were Warrior Trading's
17   customer treated any differently than other SureTrader
18   customers?
19            A.   No.
20            Q.   In what country were Warrior Trading's
21   customers that came to SureTrader primarily located?
22            A.   I'm not sure. Different countries.
23            Q.   Did SureTrader enter into any contract with
24   any of the listed website - mentioned websites?
25            A.   A contract? I assume that if those companies
26   were apart of some affiliate program there would've been
27   some sort of agreement or contract that was made, but
28   I'm not one-hundred - I can't confirm that.
29            Q.   Did you discuss SureTrader's advertising with
30   these websites with Mr. Gentile?
31            A.   No.
32            Q.   Did you discuss advertising with any other

     ROUGH - 23 October 2023