# EXHIBIT E

# Gmail

Ross Cameron <ross.p.cameron@gmail.com>

## Touching base on new promotion for Suretrader
17 messages

**Ross Cameron** <ross.p.cameron@gmail.com>   Tue, Aug 23, 2016 at 8:17 PM
To: Justin Ritchie <justin@suretrader.com>, Alex <alex@warriortrading.com>, Jeff <jeff@warriortrading.com>

Hi Justin,

I wanted to reach out to see if you'd be interested in working together to promote Suretrader among the Warrior Trading community. As you may know, we have over 2000 active members in our community.

We have just launched a rebate program with Speedtrader and we'd love to have a similar arrangement with Suretrader. Check out the Broker Rebate Program here: http://warriortrading.com/speedtrader-broker-rebate-program/

Speedtrader appeals to US Residents with over 25k, but we'd like an arrangement that appeals to international traders as well.

Since you're base rate is $4.95 per trade, I would propose a discounted rate of $3.95 per trade only for students in our Trading Courses. Speedtrader is doing the same arrangement except that they will be $2.95 per trade (lower commission but require 25k min and are US residents only)

We feel this type of arrangement is a win win because it encourage students to trade with Suretrader for a min of 6-12months while they slowly benefit from the rebate program. It's also good for you because you will have well trained students as clients. This can be a great opportunity to provide cross promotion.

What do you think?

Let me know your thoughts,

Talk soon,

Ross

---

**Ross Cameron** <ross.p.cameron@gmail.com>   Mon, Aug 29, 2016 at 9:09 PM
To: Justin Ritchie <justin@suretrader.com>, Alex <alex@warriortrading.com>, Jeff <jeff@warriortrading.com>

Hi Justin,

Just wanted to follow up.

Did you have a chance to see my email below?

Ross
[Quoted text hidden]

---

**Justin Ritchie** <justin@suretrader.com>   Wed, Sep 14, 2016 at 11:22 AM
To: Ross Cameron <ross.p.cameron@gmail.com>, Alex <alex@warriortrading.com>, Jeff <jeff@warriortrading.com>

Hi Ross,

Looks good. However, how do you ensure that U.S. clients don't come to us or is it up to us not to accept U.S. persons using your code or name?

Thanks,

Justin

**From:** Ross Cameron [mailto:ross.p.cameron@gmail.com]
**Sent:** Monday, August 29, 2016 9:09 PM
**To:** Justin Ritchie <justin@suretrader.com>; Alex <alex@warriortrading.com>; Jeff <jeff@warriortrading.com>
**Subject:** Re: Touching base on new promotion for Suretrader

[Quoted text hidden]

---

**Ross Cameron** <ross.p.cameron@gmail.com>   Wed, Sep 14, 2016 at 11:55 AM
To: Justin Ritchie <justin@suretrader.com>
Cc: Alex <alex@warriortrading.com>, Jeff <jeff@warriortrading.com>

Hi Justin,

Thanks for getting back to me!

There are a couple things we can do.

We can state that this is only for international traders.

As a requirement students will send you a copy of their invoice so they can get the discounted commission. That will show their billing address. If it's a domestic address you'll say sorry, can't help you.

With this promo we don't want to receive any compensation. We want to be able to say we aren't getting paid to send traders to Suretrader, this is purely for our students benefit. It helps us with marketing. We would like if we can co-market this, so if you were able to also have a blog post on it, or send to your email list that you are sponsoring a 100% rebate with Warrior, etc.

Using this rebate program we can market our courses and we can help promote you, which is a win win.

How do you typically handle US customers? Since we wouldn't be receiving compensation for promoting Suretrader to US residents does that change things? You are simply offering students a discounted commission.

We'll work with whatever is best for you. Just let us know.

Let me know,

Ross
[Quoted text hidden]

---

**Ross Cameron** <ross.p.cameron@gmail.com>   Sun, Sep 25, 2016 at 11:45 AM
To: Justin Ritchie <justin@suretrader.com>
Cc: Alex <alex@warriortrading.com>, Jeff <jeff@warriortrading.com>

**DEFENDANT'S EXHIBIT 1**
SEC v Mintbroker

FOIA CONFIDENTIAL TREATMENT REQUESTED                                     WARRIORSEC_00000046

Hey Justin,

Just wanted to follow up with you again.

Our web developer & designers are ready to create an infograph and landing page similar to what we have for speedtrader: http://www.warriortrading.com/speedtrader-broker-rebate-program/

We will make the note that this offer is only valid for international traders (non US residents).

Let me know your thoughts on the last email.

Talk soon!

Ross

[Quoted text hidden]

---

**Justin Ritchie** <justin@suretrader.com>                                                         Thu, Sep 29, 2016 at 11:12 AM
To: Ross Cameron <ross.p.cameron@gmail.com>
Cc: Alex <alex@warriortrading.com>, Jeff <jeff@warriortrading.com>

Hello Ross,

Sorry for the tardy response. We have been preoccupied with launching our new backoffice system for the past few weeks.

It was launched last night and barring any glitches, we should be able to move forward with this.

Shall I prepare an agreement or do you have one handy?

Justin

**From:** Ross Cameron [mailto:ross.p.cameron@gmail.com]
**Sent:** Sunday, September 25, 2016 11:45 AM
**To:** Justin Ritchie <justin@suretrader.com>
**Cc:** Alex <alex@warriortrading.com>; Jeff <jeff@warriortrading.com>

[Quoted text hidden]

[Quoted text hidden]

---

**Ross Cameron** <ross.p.cameron@gmail.com>                                                        Thu, Sep 29, 2016 at 11:24 AM
To: Justin Ritchie <justin@suretrader.com>
Cc: Alex <alex@warriortrading.com>, Jeff <jeff@warriortrading.com>

Hi Justin,

We don't have a formal agreement with Speedtrader but if you'd like an agreement you can prepare one.

As we said before we don't want to be compensated. We want to simply have a co-marketing relationship where you promote the rebate to your audience and we send traffic and referrals to Suretrader. We also want to allow our international students to participate in a rebate program that would give then a $1.00 per trade discount ($3.95 vs $4.95) up to the price of the trading course they purchased. This would be valid for purchases $997 and great after xx date. Our classes are priced between $997 - $4899 but we mostly sell at $2497.

I will have our team work on a landing page like the Speedtrader page here: http://www.warriortrading.com/speedtrader-broker-rebate-program/

Let us know if there is anything in particular you want to see on that page.

We're excited to get started!

Talk soon,

Ross
[Quoted text hidden]

---

**Justin Ritchie** <justin@suretrader.com>                                                         Thu, Sep 29, 2016 at 11:28 AM
To: Ross Cameron <ross.p.cameron@gmail.com>
Cc: Alex <alex@warriortrading.com>, Jeff <jeff@warriortrading.com>

Hi Ross,

That is understandable. The agreement's use would be more for use to outline the parameters of marketing i.e. not intended for U.S. persons.

I will forward one shortly.

Kind regards,

Justin

**From:** Ross Cameron [mailto:ross.p.cameron@gmail.com]
**Sent:** Thursday, September 29, 2016 11:25 AM

[Quoted text hidden]

[Quoted text hidden]

---

**Justin Ritchie** <justin@suretrader.com>                                                         Thu, Sep 29, 2016 at 11:57 AM
To: Ross Cameron <ross.p.cameron@gmail.com>
Cc: Alex <alex@warriortrading.com>, Jeff <jeff@warriortrading.com>

Please see attached agreement outlining the co-marketing nature of our relationship. I assumed the legal name to be Warrior Trading LLC?

FOIA CONFIDENTIAL TREATMENT REQUESTED                                                       WARRIORSEC_00000047

**From:** Ross Cameron [mailto:ross.p.cameron@gmail.com]
**Sent:** Thursday, September 29, 2016 11:25 AM

[Quoted text hidden]

[Quoted text hidden]

---

📎 DOC092916-09292016115137.pdf
220K

---

**Ross Cameron** <ross.p.cameron@gmail.com>     Thu, Sep 29, 2016 at 12:14 PM
To: Justin Ritchie <justin@suretrader.com>

Hey, our business is actually "Newfane Design, Inc DBA Warrior Trading".

In the disclosure exhibit you mention that you could disclose the Marketing Agent is being paid compensation, but we wouldn't, so can you update that to Marketing Agents Students will be compensated in the form of discounted commissions.

We will add Non Solicitation to US residents clause to rebate page.

Ross
[Quoted text hidden]

---

**Justin Ritchie** <justin@suretrader.com>     Thu, Sep 29, 2016 at 2:40 PM
To: Ross Cameron <ross.p.cameron@gmail.com>

Noted. Will amend and revert.

**From:** Ross Cameron [mailto:ross.p.cameron@gmail.com]
**Sent:** Thursday, September 29, 2016 12:15 PM
**To:** Justin Ritchie <justin@suretrader.com>

[Quoted text hidden]

[Quoted text hidden]

---

**Justin Ritchie** <justin@suretrader.com>     Thu, Sep 29, 2016 at 4:49 PM
To: Ross Cameron <ross.p.cameron@gmail.com>

Let me know if this is okay.

Thanks.

**From:** Ross Cameron [mailto:ross.p.cameron@gmail.com]
**Sent:** Thursday, September 29, 2016 12:15 PM
**To:** Justin Ritchie <justin@suretrader.com>

[Quoted text hidden]

[Quoted text hidden]

---

📎 Warrior Trading Marketing Agreement.pdf
250K

---

**Ross Cameron** <ross.p.cameron@gmail.com>     Thu, Sep 29, 2016 at 5:07 PM
To: jeff@warriortrading.com, Alex@warriortrading.com

Can you review?

Begin forwarded message:

> **From:** "Justin Ritchie" <justin@suretrader.com>
> **Date:** September 29, 2016 at 4:49:24 PM EDT
> **To:** "'Ross Cameron'" <ross.p.cameron@gmail.com>
> **Subject: RE: Touching base on new promotion for Suretrader**
>
> [Quoted text hidden]

📎 Warrior Trading Marketing Agreement.pdf
250K

---

**Jeff** <jeff@warriortrading.com>     Thu, Sep 29, 2016 at 5:35 PM
Reply-To: jeff@warriortrading.com
To: Ross Cameron <ross.p.cameron@gmail.com>, Alex@warriortrading.com

Paragraph 1 – We are not an LLC (limited liability company)

Just as an FYI, the agreement as is, expires in one year.

Need to address this for both BOTH speedtrader and suretradre:

FOIA CONFIDENTIAL TREATMENT REQUESTED    WARRIORSEC_00000048

"F.   Non-Solicitation of U.S. Investors:  Marketing Agent agrees not to directly or indirectly engage in the solicitation U.S. investors.  Any mention of Swiss America or its affiliates on Marketing Agent's website or other promotional materials must have the following disclaimer attached in prominent font:   *"This does not constitute an offer or solicitation for brokerage services, investment advisory services, or other products or services in any jurisdiction where we are not authorized to conduct investment business or where such offer or solicitation would be contrary to the securities or local laws and regulations of that jurisdiction."* Swiss America Securities, Ltd (SureTrader) does not service accounts for U.S. citizens, U.S. residents or U.S. Corporations.   "

Those are the big ones. We need to have it pretty clear this is for NON US folks only. Other than that, good to go once we add in disclaimer, per the terms of the agreement.

    Jeff

--

Facebook |Twitter |StockTwits | TickerTV

Popular Links

Getting Started Guide | Trading Courses | Join Chat Room | Paper Trading | Special Discounts

**From:** Ross Cameron [mailto:ross.p.cameron@gmail.com]
**Sent:** Thursday, September 29, 2016 2:07 PM
**To:** jeff@warriortrading.com; Alex@warriortrading.com
**Subject:** Fwd: Touching base on new promotion for Suretrader

[Quoted text hidden]

Ross Cameron <ross.p.cameron@gmail.com>                                                                                               Thu, Sep 29, 2016 at 11:28 PM
To: Justin Ritchie <justin@suretrader.com>

Hey Justin,

In paragraph 1 it says Newfane Design, a Limited Liability Corporation.  Can you change to simple a Vermont Based Corporation?  Or just Corporation?  We aren't LLC.

Otherwise looks great!

Thanks!
Ross
[Quoted text hidden]

Justin Ritchie <justin@suretrader.com>                                                                                                     Fri, Sep 30, 2016 at 9:31 PM
To: Ross Cameron <ross.p.cameron@gmail.com>

Hi Ross,

Thanks for clarifying that. Attached is the revised version. Please review and ensure it's accurate.

Thanks,

Justin

**From:** Ross Cameron [mailto:ross.p.cameron@gmail.com]
**Sent:** Thursday, September 29, 2016 12:15 PM
**To:** Justin Ritchie <justin@suretrader.com>

[Quoted text hidden]

[Quoted text hidden]

📎 MARKETING SERVICES AGREEMENT.docx
   21K

Ross Cameron <ross.p.cameron@gmail.com>                                                                                               Tue, Oct 4, 2016 at 10:03 AM
To: Justin Ritchie <justin@suretrader.com>

Excellent.  See signed page attached, agreed to in full.

I will send you draft of marketing page this week.

FOIA CONFIDENTIAL TREATMENT REQUESTED                                                                                                                    WARRIORSEC_00000049

America and Marketing Agent agree. Marketing Agent's recommendation of Swiss America shall prominently appear on such marketing materials of Marketing Agent. Marketing Agent agrees to include the disclosure set forth in Section 3 of this Exhibit regarding the existence of this Agreement on any such marketing materials. If Marketing Agent operates under additional names or changes the name under which it provides any of its services, the terms of this Agreement shall apply to those programs under the new names. In addition, if Marketing Agent adds additional websites or programs, such websites and programs shall be subject to this Agreement to the same extent as Marketing Agent's current programs.

Marketing Agent acknowledges and agrees that Swiss America may refuse to open an account for any persons referred by Marketing Agent to Swiss America in its sole discretion for any reason or no reason.

Both parties understand that under no circumstances will Swiss America supply Marketing Agent with any information regarding Swiss America's clients or their trading activities, other than to inform Marketing Agent of a successful referral.

2.  **Compensation.** Compensation will not be paid on the basis that this is purely a co-marketing relationship. Swiss America shall agree to offer non-U.S. students of Marketing Agent a discounted commission rate of $3.95 per trade. This is not intended for U.S. persons, U.S. residents or U.S. companies.

   3. **Disclosure.** Swiss America has the right to disclose its relationship with Marketing Agent to its clients. Such disclosure will contain the following language:

   Swiss America has entered into a Marketing Agreement with Marketing Agent whereby Swiss America offers a discounted commission rate to non-U.S. students of the Marketing Agent. The existence of this Marketing Agreement should not be deemed as an endorsement or recommendation of Marketing Agent by Swiss America and/or any of its affiliated companies. Neither Swiss America nor any of its affiliated companies is responsible for the privacy practices of Marketing Agent or its website. Swiss America does not warrant the accuracy or content of the products or services offered by Marketing Agent or its website. Use of Marketing Agent's website and services and/or products is the decision of and at the discretion of the individual or entity choosing the service and/or product. Swiss America makes no guarantees or warranties of any kind as it concerns the products or services offered by Marketing Agent or by or through Marketing Agent's website and shall have no liability therefore.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement on the dates set forth below.

| Swiss America: | Marketing Agent: *Agreed to pages 1-4 in Full.* |
|---|---|
| _____ | _____ |
| Signature | Signature |
|  | Ross Cameron |
| _____ | _____ |
| Name | Name |
|  | President |
| _____ | _____ |
| Title | Title |
|  | 10/4/2016 |
| _____ | _____ |
| Date | Date |

[Quoted text hidden]

FOIA CONFIDENTIAL TREATMENT REQUESTED
WARRIORSEC_00000050

<MARKETING SERVICES AGREEMENT.docx>

FOIA CONFIDENTIAL TREATMENT REQUESTED

WARRIORSEC_00000051