# EXHIBIT G

Page 138
1  A. No, not really.
2  Q. Do you understand that where an account starts
3  with MBS, it is an abbreviation of MintBroker Services?
4  A. I remember that.
5  Q. Are you aware that MintBroker ceased labeling
6  client numbers PFS beginning on February 6th of 2018 --
7  I'm sorry of 2017?
8  A. Repeat that question again.
9  Q. Are you aware that MintBroker stopped labeling
10 client accounts with the letters PFS on February 6th of
11 2017?
12 A. You mean if they changed the accounts from the
13 way it was in the past to a new one? It was a time where
14 it was changed, I can't recall the time it was done. I
15 remember, yeah, I remember there were PFS and --
16 Q. And then you remember --
17 A. I remember, also, MB. I don't remember the time
18 it was changed.
19 Q. You remember they changed it at some point from
20 PFS to MBS, correct?
21 A. I remember MB came into place. I don't remember
22 if it was replaced or it was an add-on. I just know it
23 existed.
24 Q. So as you sit here today, you don't remember on
25 February 6, 2017, MintBroker ceased using PFS as the

Page 139
1  first three letters of an account number and on
2  February 7, 2017, began using MBS as account numbers?
3  A. As I said, I remember the company adding the MBS.
4  I don't recall right now fully if it was to stop the PFS,
5  but I do recall that we had two of these account numbers
6  or account reference numbers.
7  Q. Let's look at line 3. It says Lashonda
8  Hernandez.
9  A. Yes.
10 Q. And her account number is MBS -- sorry. MBS
11 019668. Do you see that?
12 A. I do.
13 Q. It says US?
14 A. Yes.
15 Q. And then it says MIN commission $1.95?
16 A. Yes.
17 Q. Can you, looking at this first page, and it says
18 Lashonda Hernandez, country, US. Looking at this page,
19 can you find the next entry that starts with MBS?
20 A. Seventeen.
21 Q. Okay. That's Philip Weinstein and he is MBS
22 02924 and it says he is country US, and it says his
23 commission rate is 3.95. Do you see that?
24 A. I do.
25 Q. Do you see any other MBSs on that page?

Page 140
1  A. No.
2  Q. Upper left, we have 82 pages to go. Go to
3  Page 2. Do you see --
4  A. Just one second.
5  Q. By the way, so after Mr. Weinstein there, what is
6  the commission rate of every other person after No. 17?
7  A. 0.000495.
8  Q. Or MSC commission?
9  A. That's for a per share.
10    THE COURT REPORTER: I'm sorry, what share?
11    THE WITNESS: Per share.
12    THE COURT REPORTER: Per share.
13    THE WITNESS: Yes. And 4.95 MIN commission which
14 is per trade.
15 BY MR. MATTHEW FORD:
16 Q. Now, do we see anybody else -- well, do you see
17 anybody else on this page with an MBS?
18 A. I do not.
19 Q. What about Page 2, is there any client accounts
20 with MBS?
21 A. No.
22 Q. And under the column MIN commission, do you see
23 it says 4.95?
24 A. Yes. It's still the same 0.000495 per share and
25 495, 4.95 minimum commission or MIN commission.

Page 141
1  Q. And then Page 3, do you see any accounts with MBS
2  on it?
3  A. I do not.
4  Q. But the MIN commission column is 4.95?
5  A. Yes, but the per share is also the same as
6  0.000495.
7  Q. How about Page 4? Do you see any MBS accounts?
8  A. I do not.
9  Q. Okay. And all of the MIN commission column is
10 4.95?
11 A. Yes, same answer for the MIN commission and the
12 per share.
13 Q. Page 5, all PFS accounts, correct?
14 A. Yes.
15 Q. Do you see line 142, Jamie Lynn Malek?
16 A. I do. It's actually Maccio or something.
17    Did you say 143 or 142?
18 Q. 142.
19 A. I'm sorry.
20    THE COURT REPORTER: The spelling on that?
21    MR. MATTHEW FORD: Jamie Lynn, L-Y-N-N, Malek,
22 M-A-L-E-K.
23 BY MR. MATTHEW FORD:
24 Q. And it looks like her MIN commission is one. Do
25 you see that, but she does not have an MBS account,

Page 142

1  correct?
2      A.   That's right.
3      Q.   By the way, on these sheets that we're looking
4  at, are you seeing individuals from other countries other
5  than the United States?
6      A.   Very few.
7      Q.   Gary Molly from NE.
8      A.   I would say that is the Netherlands.  The vast
9  majority on each page I would say is from the US,
10 probably north of 80 percent.
11     Q.   Do you know how many customers SureTrader had
12 while you were working there?
13     A.   You mean active investors or --
14     Q.   No.  How many clients.
15     A.   It was hard to tell because I think we were
16 focusing more about the active ones in the company.  Many
17 of the ones that had funded accounts, placed trades in
18 that accounts.  You can have accounts that can be dormant
19 so I don't really know exactly, but I can tell you that
20 it will be 10,000 ballpark.  Maybe more, maybe less.
21     Q.   So if 80 percent were US customers, that means
22 there would have been 2,000 non-US customers at the time,
23 approximately?
24     A.   I was referring --
25     Q.   Does that sound right?

Page 143

1      A.   -- to the active traders, this list, which were
2  the active ones on the accounts and people were trading.
3  In this list, 85 percent of those are from the US and I
4  can pretty much feeling comfortable to say that the
5  majority, also the applicants, those who got approved or
6  who didn't get approved, those who traded with us or were
7  SureTrader and didn't trade, those who would close the
8  accounts, in the entire time I would say the vast
9  majority of the traders or investors were from the US.
10     Q.   So were you saying there were 10,000 active
11 traders or 10,000 clients in total?
12     A.   This list indicated there was a time that I
13 exported that information, there were about 3,000 active
14 traders in the company.
15     Q.   So I'm just going to skip through on Page 6, it's
16 all PFS clients and everybody has MIN commission of 4.95.
17          Do you see that?
18     A.   What am I seeing?
19     Q.   Page 6, that every client account starts with PFS
20 and every MIN commission is 4.95?
21     A.   Yes, and the per share remained 000495, three
22 zeros.
23     Q.   And then if you look at Page 7, it looks like
24 entry 215, Kristoff Spillers, it says country, BA.
25     A.   215?

Page 144

1      Q.   Yes.
2      A.   I see it.
3      Q.   Do you know what country BA is?
4      A.   I don't.
5      Q.   It looks like he got an MIN, his MIN commission
6  is one instead of 4.95.
7           Do you see that?
8      A.   I do.
9      Q.   But everybody else on here is a customer with PFS
10 and their commission rate is 4.95, correct?
11     A.   Correct.  And the per share remains the same as I
12 stated before.
13     Q.   Going to Page 8, all customers have a PFS account
14 and the MIN commission is $4.95, correct?
15     A.   Correct, and the same question about the per
16 share.
17     Q.   Page 9, all customers have a PFS number and the
18 MIN commission is 4.95, correct?
19     A.   Yes.  The same answer for the per share.
20     Q.   Page 10, all customers have a PFS account number
21 and the MIN commission is 4.95, correct?
22     A.   Correct.  The same answer about the per share.
23     Q.   Page 11, all customers have a PFS account,
24 correct?
25     A.   Page 11?

Page 145

1      Q.   Yes.
2      A.   No.  They don't.
3      Q.   They don't?  Okay.  So starting with 355
4  through 373, it looks like there's MBS accounts, correct?
5      A.   Correct.
6      Q.   Each of those, all those individuals have a --
7  the MIN commission column is $4.95, correct?
8      A.   Right.  The per share is still .000495.
9      Q.   And then you'll see at the bottom, there's PFS
10 account under 375, Matthew Peter McKenzie Smith.  It says
11 country AU.
12     A.   Yes.
13     Q.   Do you know what country that represents?
14     A.   I would say Australia.
15     Q.   And it looks like he has a MIN commission rate of
16 one dollar?
17     A.   Yes, correct.
18     Q.   And then Austin Stewart Everett has a commission
19 rate of one dollar and it lists his country as US.  Do
20 you see that?
21     A.   Correct.
22     Q.   Going to Page 12, the first MBS account is 402?
23     A.   I'm sorry, what page are we on, 12?
24     Q.   Yes.
25     A.   What number am I looking at?

|  | Page 146 |
|---|---|
| 1 | Q. No. 402. |
| 2 | A. 402, yes, it's MBS. |
| 3 | Q. And it's Granbrim Hall and it says US and he has |
| 4 | a commission rate of 3.95? |
| 5 | A. Yes. |
| 6 | Q. And looks like there's another MBS customer Glenn |
| 7 | McSpaden from the United States and a commission rate of |
| 8 | 1.95. Is that correct? |
| 9 | A. Correct. |
| 10 | Q. There are no other MBS customers on Page 12 with |
| 11 | a rate less than 4.95, correct? |
| 12 | A. No. |
| 13 | Q. How about Page 13? These are all PFS accounts |
| 14 | and all have a MIN commission of 4.95? |
| 15 | A. Correct. |
| 16 | Q. How about Page 14? These are all PFS accounts |
| 17 | and all with a MIN commission of 4.95? |
| 18 | A. Yes. |
| 19 | Q. Page 15, looks like 482, Maryann Buenes, has a |
| 20 | PFS account, meaning it was created prior to February 6, |
| 21 | 2017, and it lists a MIN commission rate of 3.95. |
| 22 | Do you see that? |
| 23 | A. Yes. |
| 24 | Q. And all other individuals on this have both a PFS |
| 25 | account and a MIN commission rate of 4.95? |

|  | Page 147 |
|---|---|
| 1 | A. Yes. |
| 2 | Q. Page 16, these are all PFS accounts. We'll look |
| 3 | at line 533. It says David Jayber with a PFS account, so |
| 4 | an account created before February 16, 2017, has a MIN |
| 5 | commission rate of 3.95? |
| 6 | A. You said it was above dates you mentioned? |
| 7 | Q. It's 533. The PFS account created prior to |
| 8 | February 6, 2017? |
| 9 | A. But did you send me dates in there? Sorry, I |
| 10 | thought I heard the dates, something about 2017. |
| 11 | Q. Yes, the PFS account created prior. |
| 12 | A. I'm not aware of the dates you're saying right |
| 13 | now. I'm going to answer about, you know, if I see |
| 14 | something less than 4.95. |
| 15 | Q. Got it, but this is a PFS account and he's got a |
| 16 | MIN commission rate of 3.95? |
| 17 | A. Yes. |
| 18 | Q. Looking at the next, approximately next 34 |
| 19 | entries, all PFS accounts with a MIN commission rate of |
| 20 | 4.95? |
| 21 | A. At Page 17? |
| 22 | Q. Yes. |
| 23 | A. Yes. |
| 24 | Q. Page 18, all PFS accounts with a MIN commission |
| 25 | rate of 4.95? |

|  | Page 148 |
|---|---|
| 1 | A. Yes. |
| 2 | Q. Page 19, the next 34, all PFS accounts with a |
| 3 | commission rate of -- MIN commission rate of $4.95, |
| 4 | correct? |
| 5 | A. Yes. |
| 6 | Q. Page 20, next 34, all PFS accounts with a MIN |
| 7 | commission rate with $4.95, correct? |
| 8 | A. Yes. |
| 9 | Q. Page 21, PFS accounts, all PFS accounts all with |
| 10 | a MIN commission rate of 4.95, correct? |
| 11 | A. Yes. |
| 12 | Q. Page 22, the first few accounts, first seven |
| 13 | accounts are PFS accounts with a MIN commission rate of |
| 14 | 4.95? |
| 15 | A. Yes. |
| 16 | Q. Okay. Now, starting at line 729, do you see |
| 17 | these pages have been highlighted? |
| 18 | A. Yes. |
| 19 | Q. And these highlighted pages go uninterrupted from |
| 20 | line 729 to line 1175, correct? |
| 21 | MS. SUM: What's the ending? Eleven what? |
| 22 | MR. MATTHEW FORD: Eleven -- |
| 23 | THE WITNESS: Page 34? |
| 24 | BY MR. MATTHEW FORD: |
| 25 | Q. Yes. It goes to Page -- |

|  | Page 149 |
|---|---|
| 1 | A. -- 35, half page. |
| 2 | Q. Yes. It's 1175. |
| 3 | A. Yes. |
| 4 | Q. Now, if we look at these, and take your time and |
| 5 | look through all those pages because we have a few |
| 6 | hundred customers here, I just want you to verify that |
| 7 | each one of these customers is receiving a MIN commission |
| 8 | rate of $1.95 unabated up until the end of page, |
| 9 | basically, 34, so line 1170. |
| 10 | A. I'm sorry, I didn't understand the question. |
| 11 | Q. Yes. Just, I want you to verify for me on your |
| 12 | Excel spreadsheet if you start at 729 and then you go all |
| 13 | the way to 1170, the entry, all of those individuals are |
| 14 | receiving a MIN commission rate of 195, correct? |
| 15 | A. It's up until 1170, correct. |
| 16 | Q. Now, from line 729 to line 748, on Page 22, those |
| 17 | are all PFS accounts, correct? |
| 18 | A. On which accounts? |
| 19 | Q. So Page 22 and it's line 729. |
| 20 | A. Okay, I have to go back to 22. |
| 21 | Q. Line 729 to line 748. |
| 22 | A. 729 to seven -- |
| 23 | Q. 48. |
| 24 | A. 48. And what is the question? |
| 25 | Q. They are all PFS accounts, correct? |

Page 150

1  A. Yes.
2  Q. And then starting at line 749, they're all MBS
3  accounts from 749 until 1170, correct?
4  A. To which one? Eleven what?
5  Q. 1170.
6  A. Yes.
7  Q. Okay. Now, I want you to go through starting at
8  729 to -- line 729 on Page 22 to line 1170 on Page 34
9  and --
10 A. 729 to --
11 Q. To Page 34, line 1170. I want you to go through,
12 take your time, and just identify, start at line 749 to
13 1170, identify every instance in which you see one of
14 those MBS customers who is from the United States.
15 A. Okay. There is one customer, 928, Marciel
16 Gonzalez.
17 Q. Got it.
18 A. There's another 1940, Devon Long.
19 Q. Okay.
20 A. 1066.
21 Q. Okay.
22 A. 1135 doesn't have -- there are a few that doesn't
23 have countries in there. Doesn't show.
24 Q. That's line 1081 doesn't have a country, and
25 35 --

Page 151

1  A. 1113 is also the same, and 1081.
2  Q. Got it.
3  A. What was the last person that we were --
4  Q. Line 1170.
5  A. So 1171, 1172.
6  Q. Well, stop at 1170.
7  A. I'm sorry. What was the last number I gave you?
8  Q. It looks like we missed 1148, Jean Martinetti, it
9  looks like. His MIN commission rate is 1.95?
10 A. 1148, okay.
11 Q. And he's from the US, correct? And then it looks
12 like --
13 A. 1148?
14 Q. Yes.
15 A. Sorry. Just one second.
16 Q. Page 34. And then 1144, which is Ognjen Popovic,
17 O-G-N-J-E-N, P-O-P-O-V-I-C, it looks like there is no
18 country listed.
19 A. Um-hm.
20 Q. 1154, Daniel Odongo, no country listed?
21 A. Correct.
22 Q. And 1157, Shinwin Numfor, no country listed.
23 A. Yes.
24 Q. So now, let's look at lines 1171 to lines 1178,
25 so that's 17 people.

Page 152

1  A. Okay.
2  Q. And let's go through and identify which of those
3  are US customers receiving a MIN commission rate of 2.95
4  or 3.95.
5  A. 1171.
6  Q. Yes.
7  A. 1172.
8  Q. Yes.
9  A. From US, right?
10 Q. Yes.
11 A. 1173, 1174.
12 Q. Yes.
13 A. That's it. I don't know what MT stands for.
14 Q. That's 2.95. And then what about people listed
15 as US with 3.95 rate?
16 A. 1176, 1177, 1178.
17 Q. Yes.
18 A. 1180.
19 Q. Yep.
20 A. 1181.
21 Q. That's Pyunggun Han, P-Y-U-N-G-G-U-N, Han, that's
22 1181?
23 A. Yes. And then 1183.
24 Q. Okay.
25 A. 1184.

Page 153

1  Q. Okay.
2  A. 1185.
3  Q. Yep.
4  A. 1186, 1187.
5  Q. Great. Okay. So I just have one final question
6  and then we're going to move on.
7      I'm just asking about MIN commission column. I
8  want you to go through the remainder of these pages,
9  which starting at line 1188 on Page 35, I want you to
10 just go through, you don't have to answer page-by-page,
11 and let me know, first, if you see any individuals who
12 are not from the US and then, second, if they have a MIN
13 commission in that column less than 4.95.
14 A. Okay.
15 Q. They are all from the US and they all have a MIN
16 commission of 4.95, correct?
17 A. That's correct.
18 Q. And if we go back to Page 35 quickly and we look
19 at line 1188 to 1194, those are PFS numbers, right?
20 A. 1180 what?
21 Q. 1188 to 1194, that's all PFS?
22 A. That's right.
23 Q. And then starting at 1195, they are all MBS
24 accounts, right?
25 A. All the way to the end?

Page 154

1  Q. All the way to the end.
2  A. I wish you asked me when I reviewed that already,
3  the entire thing.
4  Q. You can go through now and confirm that they're
5  all MBS accounts and that they all have the per share
6  listed at .01.
7  A. That's right.
8  Q. Let's go back to the beginning. I highlighted so
9  we'll just go through, I'm going to tally up. We're
10 going to go through all of the US customers of SureTrader
11 with MBS accounts who are receiving a MIN commission less
12 than 4.95. Okay. Line 3. Line 17 --
13 A. What are we counting again? I'm sorry.
14 Q. All of the MBS -- you know what, why don't we
15 even up the ante? Why don't we do all US customers
16 receiving a MIN commission of less than 4.95?
17     MS. SUM: Objection.
18 BY MR. MATTHEW FORD:
19 Q. So we have line 3 -- except he has two, line 142,
20 that's three.
21 A. So all US receives less than 4.95 that is PFS or
22 MB?
23 Q. We will do them all.
24 A. All? I'm going to need either you doing the list
25 or I'm doing the list because it's confusing me that you

Page 155

1  are doing --
2      MS. JOHNSON: I object to the math test. Why
3      don't we give him a number?
4      MR. MATTHEW FORD: I'm going to go through and
5      confirm that this is accurate.
6      MS. JOHNSON: The document says what it says.
7      MR. MATTHEW FORD: Sure does.
8  BY MR. MATTHEW FORD:
9  Q. Let's look at, oh, 3.75, that was somebody
10 getting less than 4.95. It's an AU, we think it's
11 Australia so we won't count him, but 3.76, PFS account,
12 that was a one dollar MIN commission US, so that gets us
13 to four.
14     And then 402, MBS account, US, commission of
15 3.95.
16     404, MBS account, US, commission of 1.95. That's
17 six.
18     Line 482, US, PFS account getting commission rate
19 of 3.95. Line 533, US, PFS account receiving commission
20 rate of 3.95; eight.
21     Line 928, MBS account, receiving a commission
22 rate of 1.95. That's nine?
23     MS. SUM: Counsel, are you asking a question or
24     testifying?
25     MR. MATTHEW FORD: I'm going to ask a question.

Page 156

1      MS. SUM: I object to this continuing recitation
2      of lines from an exhibit that speaks for itself.
3      MR. MATTHEW FORD: Okay.
4  BY MR. MATTHEW FORD:
5  Q. Line 940, US customer, receiving MIN commission
6  1.95. That's ten.
7      MS. SUM: Continued objection.
8  BY MR. MATTHEW FORD:
9  Q. Line 1066 -- I'm going to ask a question at the
10 end. 1066, I need to form a predicate.
11     1066, MBS account receiving a commission of 1.95;
12 11.
13     Now, line 1081, it doesn't list a country. We'll
14 just include it.
15     Line 1113 doesn't list a country. We'll include
16 it.
17     Line 1135 doesn't list a country. We'll include
18 it.
19     Line 1144 doesn't list a country, we'll include
20 it.
21     Line 1148 is MSB, US account receiving commission
22 1.95. That gets us up to 16.
23     1154 doesn't include a country. We'll include
24 it.
25     1157 doesn't have a country. We'll include it.

Page 157

1      And then 1171 through 1187, I'm just going to
2  count. These are from the US that are receiving
3  commission rates between 2.95 and 3.95.
4      One, two, three, four, five, six, seven, eight,
5  nine, ten, 11, 12, 13, 14, add 14 to that.
6      Including individuals without countries listed,
7  we have identified a total of 32 SureTrader accounts on
8  your report, including PFS and MBS numbers that were
9  receiving a MIN commission rate less than 4.95.
10     Is that a fair description of what we just looked
11 at?
12     MS. SUM: Objection.
13     THE WITNESS: I haven't looked at it. You
14     counted. I haven't looked.
15 BY MR. MATTHEW FORD:
16 Q. Okay.
17 A. Because I can't make the count while you're
18 counting also out loud.
19 Q. Can we go back to Exhibit 1?
20 A. Sure. Where am I going?
21 Q. We're going to go to page -- start with Page 4.
22 A. Page 4?
23 Q. Yes.
24 A. Okay.
25 Q. It says, the bottom paragraph, top line:

Page 254

1  letters it says:
2      "Swiss America Securities, Ltd. SureTrader does
3  not accept accounts for US persons that have been
4  solicited, directly or indirectly in compliance with
5  SEC Rule 15A-6. For more information, click blue
6  hyperlink US residents."
7      MS. SUM: Same objection.
8      THE WITNESS: I do.
9  BY MR. MATTHEW FORD:
10     Q.  And then it says:
11         "By clicking continue on our website pop-up, you
12 are confirming you are a non-US person, have read and
13 understood SAS's policy with regard to US customers."
14         Do you see that?
15     MS. SUM: Same objection.
16     THE WITNESS: I see it.
17 BY MR. MATTHEW FORD:
18     Q.  And you had conversations with other MintBroker
19 employees during your time at MintBroker about the
20 contents of these terms and conditions, correct?
21     A.  Which terms and conditions?
22     Q.  The ones we just looked at.
23     A.  No, the only time I came to an understanding
24 about the IP block was when Guy started to check about it
25 back in October, I believe 2017, with the Russian

Page 255

1  programmers that he hired on Slack communications, which
2  I had full access to, and, you know, to my understanding,
3  from Guy is that we had issues from FINRA or the SEC or
4  combined in regards to soliciting US customers;
5  therefore, we needing to put an IP block to show that
6  we're complying with the law.
7      Q.  Just to be clear, your testimony is you never had
8  conversations with other MintBroker employees about these
9  terms and conditions that we just looked at?
10     A.  I don't recall. As far as I know that me and Guy
11 only spoke it when the time came.
12     Q.  These are text messages between you and Janay
13 Pyfrom, who produced these to us.
14     MR. HALPIN: This is going to be Exhibit 49.
15     (Exhibit No. 49, Packet of Email Exchanges
16 Between Janay Pyfrom and Yaniv Frantz, was marked for
17 identification.)
18 BY MR. MATTHEW FORD:
19     Q.  If I could turn your attention to the text
20 messaging on May 1, 2017.
21     A.  May 1st?
22     Q.  May 1, 2017.
23         You'll see on May 1, 2017, at 9:46 a.m., you
24 said:
25         "GM, Janay. Can we add the popup disclosure that

Page 256

1  customers have to agree for terms and conditions with
2  their IP address from the US? That way we can keep a
3  log-in for their IP address of the agreement."
4      Do you see that?
5      A.  I do.
6      Q.  And do you remember, was it Mr. Gentile's idea to
7  add a pop-up disclosure that customers have to agree for
8  terms and conditions with their IP address from the US at
9  that time?
10     A.  Yes. I'm not tech-savvy to know that we can
11 block IP addresses.
12     Q.  With one exception being China. Are you aware
13 of, in the United States of America, the ability to
14 prohibit a citizen from accessing a website? Is there
15 such a thing that exists?
16     MS. SUM: Objection.
17 BY MR. MATTHEW FORD:
18     Q.  Do you know?
19     A.  I'm not understanding the question. Can you --
20     Q.  Are you aware that in China you sometimes hear
21 about it in the news, that the Chinese government will
22 actually just block so that their citizens cannot access
23 a website? Are you familiar with that concept?
24     A.  Not really. I don't read much about China.
25     Q.  Do you know if we can do that here in the US,

Page 257

1  just prevent somebody from getting access to a foreign
2  website?
3      A.  Again, I'm not a tech-savvy to know what can be
4  done on the internet.
5      Q.  Okay. Do you know whether that would violate the
6  first amendment of the constitution?
7      A.  Again, I'm not a lawmaker to know the full rules
8  of the constitution.
9      Q.  Okay. Are you familiar with the first amendment
10 of the constitution?
11     A.  I don't remember right now.
12     Q.  It states that congress cannot pass any law
13 abridging the right to free speech.
14         Are you familiar with that?
15     MS. SUM: Objection.
16     THE WITNESS: What is the question?
17 BY MR. MATTHEW FORD:
18     Q.  Are you familiar with that?
19     A.  Again, I've never really put a lot of heavy
20 emphasis on that part.
21     Q.  Okay. You go on to say, "As for non-soliciting
22 agreement," and then on that same day, on May 1, 2017, it
23 looks like two minutes later --
24     A.  I'm sorry, where we are exactly?
25     Q.  Yeah, we're on the next one, so Janay --