# EXHIBIT I



On 12/11/12, 11:00 PM, "Guy Gentile" </O=M2WEX/OU=EXCHANGE> wrote:

I can meet next week mon-Wed.

Sent from my iPhone

On Dec 10, 2012, at 7:21 PM, "Rafael Chemtob" <rchemtob@bluecherrygroup.com> wrote:

> Guy,
> I hope you're doing well. Thanks for taking the time to speak on Friday.
> As we discussed, Blue Cherry is one of the top 3 paid search agencies in the northeast. We manage a large amount of paid search spend (ie. Greater than $1MM/month) and we utilize tools such as Kenshoo and Marin software to get the best ROI.  We also manage many brands with campaigns in other languages (French, German, Italian, etc.).  After reviewing your business and some of the limitations that you have with advertising in the US, there is much we can offer you with advertising in Canada, Mexico and the entire Latin American region.  It would be great if we meet in person when you come to NY later this week. We are based in Dumbo in Brooklyn (by the Brooklyn bridge) though I would come and see you at your location.
>
> Please let me know if you have any questions about what we discussed. I will follow up with you before you leave for NY.
>
> Thanks,
>
> Rafael Chemtob
> 646-290-8127 x201
> rchemtob@BlueCherryGroup.com
> Blue Cherry is a CJ Ace certified agency!
>
>
>
> -----Original Message-----
> From: Guy Gentile [mailto:guy@stockusainc.com]
> Sent: Friday, December 07, 2012 11:02 AM
> To: Rafael Chemtob
> Subject: Re: Introduction - SureTrader.com
>
> 12:20
>
> Sent from my iPhone
>

CONFIDENTIAL                                                                                                GENTILE0004380