# EXHIBIT L



Financial Industry Regulatory Authority

Mark J. Fernandez
Senior Regional Counsel

<u>Via electronic mail</u>
<u>and first class mail</u>

November 12, 2013

Mr. Adam Ford, Esq.
Harris, O'Brien, St. Laurent
& Chaudhry LLP
Trinity Building
111 Broadway, Suite 1502
New York, NY 10006

Re:  **Guy Gentile (CRD No. 3173560)**
     **FINRA Examination Number 20080137492**

Dear Mr. Ford:

On November 12, 2013, FINRA Enforcement staff advised you that it has made a preliminary determination to recommend that disciplinary action be brought against your client, Mr. Guy Gentile. During that conversation, the staff also advised you of the nature of the potential violation, specifically, that Mr. Gentile, in violation of NASD Conduct Rule 2110 and FINRA Rule 2010, aided and abetted Swiss America Securities, Ltd (d/b/a Suretrader), a foreign broker-dealer, in its violation of Section 15 of the Securities Exchange Act of 1934. Please treat this letter as written notification that your client is the subject of an investigation for purposes of triggering an obligation to update his Form U4 (Uniform Application for Securities Industry Registration or Transfer) if he is currently registered or seeks to become registered while this matter is pending.

The staff also advised you on November 12, 2013 that, in the event that your client wishes to file a "Wells" submission indicating why an action should not be brought against him, it is due three weeks from November 12, 2013 (*i.e.*, by **December 3, 2013**) and must not exceed 35 pages. Wells submissions are *not* treated as settlement documents and any statements contained therein may be used against your client at, among other things, a FINRA disciplinary proceeding.

If you have any questions, please call me at 504-412-2407.

Very truly yours,

Mark J. Fernandez
Senior Regional Counsel

MJF/LM

Investor protection. Market integrity.

1100 Poydras Street
Energy Centre, Suite 850
New Orleans, LA
70163-1108

t  504 522 6527
f  504 581 3699
www.finra.org