# EXHIBIT N

FINANCIAL INDUSTRY REGULATORY AUTHORITY

| | |
|---|---|
| In the matter of<br><br>GUY GENTILE | AFFIDAVIT |

Philip Dorsett, being duly sworn, deposes and says:

1. I make the following statements in connection with a FINRA investigation involving Guy Gentile.

2. I have worked in the securities industry for the past nine years. I hold a Bachelor's degree from the University of South Florida, and a Masters in Business Administration in Finance from Nova Southeastern University.

3. Since 2012, I have been employed as the Chief Compliance Officer and Anti-Money Laundering Officer of Swiss America Securities, Ltd. ("Swiss America"). Swiss America operates as a broker-dealer under the trade name "SureTrader."

4. As part of my duties and responsibilities at Swiss America, I regularly attend compliance workshops and securities training institutes covering topics in international securities regulation.

5. In early 2012, Swiss America adopted a policy of accepting certain unsolicited US-based persons as customers in compliance with US law.

6. In connection with this policy, I reviewed all relevant Rules and Guidance of the U.S. Securities and Exchange Commission regarding solicitation of US persons by unregistered non-US broker-dealers.

7. Based on SEC Rules and Guidance, Swiss America developed policies and procedures designed to ensure that SureTrader complied with US laws regarding solicitation.

### The SureTrader Website

8. SureTrader maintains a website at the URL "www.suretrader.com."

9. The website is designed to prevent access by US-based persons.

10. All visitors to the SureTrader website are first shown a "pop-up" window. This pop-up blocks access to the website unless the visitor acknowledges and agrees to the site's terms and conditions.

11. One of the terms and conditions visitors are required to acknowledge and agree to before they are granted access the website are that they are not a US resident.

12. Every page of the SureTrader website contains the disclaimer that Swiss America, "does not service accounts for U.S. citizens, U.S. residents or U.S. corporations. Swiss America Securities, Ltd does not solicit U.S. resident clients."

13. Based on my training and experience, Securities and Exchange Commission Guidance recommends such a disclaimer as a best practice for foreign broker dealers.

14. In order to open a SureTrader account, Swiss America requires visitors to fill out an online application. The application requires applicants to disclose personal information including, among other things, a mailing address.

15. Where an applicant provides an address within the United States, Swiss America policy requires that an inquiry be made into whether that individual was solicited by SureTrader. This inquiry consists of, among other things, inquiring of the applicant whether SureTrader solicited them or whether the individual initiated contact with the company on their own accord.

16. Swiss America policy requires that US-based applicants execute an Unsolicited Acknowledgement Agreement ("UAA") available on the SureTrader website.

17. By signing the UAA, applicants acknowledge that, "in no way did Swiss America Securities, Ltd solicit me to become a client. I initiated contact with Swiss America Securities, Ltd, on an unsolicited basis."

CONFIDENTIAL                                                                                                                  GENTILE0004496

**The Timothy Sykes Video**

18. In 2012, I became aware that a SureTrader client, Timothy Sykes, had requested an interview with Mr. Gentile. It was explained to me that Mr. Sykes was a well-known trader with an international reputation.

19. Upon consideration, I advised Mr. Gentile that I believed there was no legal impediment to him participating in an interview.

20. Some time later, I became aware that Mr. Sykes had made a video of the interview available on his website.

21. After reviewing the video, I recommended that Mr. Sykes be asked to include on his website a disclaimer alongside the video stating that Swiss America and SureTrader do not solicit United States persons.

22. Based on my training and experience, I believed that such a disclaimer, in combination with the non-solicitation safeguards on SureTrader's website discussed above, satisfied US law regarding solicitation of US-based persons.

Dated: ~~New York, New York~~
9th January __, 2014
at Nassau, Bahamas

Philip Dorsett

Before Me,

NOTARY PUBLIC # 713
My Commission Expires
31st December 2014

3

CONFIDENTIAL                                                                                                          GENTILE0004497