# EXHIBIT R

 Gmail

**From:** CEO <ceo@mintglobal.co>
**Date:** February 21, 2023 at 9:21:53 PM CST
**To:** Matthew Aaron Ford <mford@fordobrien.com>, Steve Halpin <shalpin@fordobrien.com>
**Subject:** FW: Invoice from Yieldmo, Inc.

**From:** Janay Pyfrom <janay@suretrader.com>
**Date:** Monday, December 7, 2015 at 6:08 PM
**To:** *ggentile@swissamericas.com* <ggentile@swissamericas.com>
**Subject:** RE: Invoice from Yieldmo, Inc.

Hi Guy,

Please see the counties targeted below:

| Name | Ad Impressions | Clicks | CTR | Avg CPC | CPM | Spend |
|------|---------------|--------|------|---------|------|-------|
| Canada | 136,776 | 86 | 0.06% | $0.53 | $0.33 | $45.46 |
| Australia | 48,342 | 26 | 0.05% | $0.52 | $0.28 | $13.59 |
| United Kingdom | 20,952 | 13 | 0.06% | $0.71 | $0.44 | $9.25 |
| Italy | 3,718 | 6 | 0.16% | $0.58 | $0.93 | $3.45 |
| Israel | 3,842 | 6 | 0.16% | $0.33 | $0.51 | $1.95 |
| Brazil | 3,121 | 3 | 0.10% | $0.48 | $0.46 | $1.45 |
| Total | 216,751 | 140 | 0.07% | $0.54 | $0.35 | $75.15 |

Thanks.

janay

**From:** Guy Gentile [mailto:ggentile@swissamericas.com]
**Sent:** Monday, December 7, 2015 4:45 PM
**To:** 'Janay Pyfrom' <janay@suretrader.com>
**Subject:** FW: Invoice from Yieldmo, Inc.

Can you ensure this has no U.S. impressions.

Thanks

Guy

**From:** Yieldmo, Inc. [mailto:quickbooks-email@intuit.com]
**Sent:** Monday, December 07, 2015 4:35 PM
**To:** candice@stockusainc.com; guy@stockusainc.com
**Cc:** accountsreceivable@yieldmo.com
**Subject:** Invoice from Yieldmo, Inc.



**Yieldmo, Inc.**

| INVOICE | DUE DATE | BALANCE DUE | |
|---------|----------|-------------|---|
| 5756 | 11/30/2015 | $14,101.69 | View invoice |

Swiss America Securities,

Your invoice is attached. Thank you for your business. We appreciate it very much.

Sincerely,
Yieldmo, Inc.

© Intuit, Inc. All rights reserved.   Privacy | Terms of Service

This email has been checked for viruses by Avast antivirus software.
www.avast.com

GENTILE0004046