# EXHIBIT Y



SEC-SECWEBCAPTURE-E-0000006



SEC-SECWEBCAPTURE-E-0000007