UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF SECURITIES AND EXCHANGE COMMISSION MOTION IN LIMINE

Defendant Guy Gentile hereby requests an extension of time until three business days following the submission of the parties forthcoming joint notice regarding motions *in limine*, to file his opposition to Plaintiff Securities and Exchange Commission's Motion *in Limine* and states:

    1.    On December 1, 2023, the Court entered its Sixth Order Amending Scheduling Order and Certain Pretrial Deadlines, requiring all motions *in Limine* to be filed by February 12, 2024. ECF No. [203].

    2.    On February 12, 2024, Plaintiff filed its *Omnibus Motion in Limine*. ECF No. [220].

    3.    On February 12, 2024, Defendant filed his Motion *in Limine* and to Strike Expert. ECF No. [221].

4. On February 26, 2024, Plaintiff filed its Response in Opposition to Guy Gentile's Motion *in Limine* and to Strike Expert and objected, in part, based on a failure to meet and confer. ECF No. [229].

5. Whereas Gentile disputes that there was any failure with respect to the meet and confer but wanting to avoid wasting any judicial resources proposed a meet and confer for February 27, 2024 for the purpose of addressing the SEC's arguments regarding a failure to meet and confer and attempting to narrow the scope of both outstanding Motions *in Limine*.

6. On February 27, 2024, Plaintiff and Defendant conferred and narrowed the scope of remaining disputes on both Motions *in Limine* and came to an agreement on several points.

7. Whereas the parties have continued to meet and confer to narrow the scope of remaining disagreements during this week and agreed to draft a joint notice with a detailed description of the agreements and advising the court of the agreements on both Motions *in Limine* and any remaining disputes.

8. Whereas as of today the parties appear to have reached agreement but the SEC requires additional approvals prior to filing which cannot be obtained before next week.

9. Defendant seeks a three (3) day extension of time from the date the parties file their joint notice to file his Opposition to Plaintiff's Motion *in Limine*, and the SEC does not oppose.

10. The request for extension of time is made in good faith and not for purposes of delaying the case. No party will be prejudiced by the proposed extension.

**WHEREFORE**, the Defendant requests an extension of time until three business days after parties file their joint notice, to file his Opposition to Plaintiff's Motion *in Limine*.

## CERTIFICATE OF CONFERRAL

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), undersigned counsel conferred with counsel for the Plaintiff and they do not object to the relief sought in this Motion.

March 1, 2024

Respectfully submitted,

/s/ Gabriela M. Ruiz
Gabriela M. Ruiz
Fla. Bar. 46844
One Biscayne Tower
2 South Biscayne Boulevard Suite 3200
Miami, Florida 33131
Tel.: (786) 310-1135 (main)
gruiz@fordobrien.com

Adam C. Ford (admitted *pro hac vice*)
Matthew A. Ford (admitted *pro hac vice*)
Stephen R. Halpin III (admitted *pro hac vice*)
275 Madison Avenue, 24th Floor
New York, New York 10016
Tel.: (212) 858-0040(main)
aford@fordobrien.com
mford@fordobrien.com
shalpin@fordobrien.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 1st day of March 2024 via CM-ECF on all counsel.

/s/ Gabriela M. Ruiz
Gabriela M. Ruiz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

**PROPOSED ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF SECURITIES AND EXCHANGE COMMISSION MOTION IN LIMINE**

This matter is before the Court on the Defendants' Unopposed Motion for Extension of Time to File Response to Plaintiff Securities and Exchange Commission Motion in Limine. Having considered the motion and the record, it is:

**ORDERED AND ADJUDGED** that the motion is GRANTED. The Defendant shall file his three business days after the parties file their joint notice.

**DONE AND ORDERED** on this _____ day of March, 2024 in Chambers at Miami, Florida.

                                                  _____
                                                  BETH BLOOM
                                                  UNITED STATES DISTRICT JUDGE