UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-BLOOM/Torres

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

    Plaintiff Securities and Exchange Commission hereby requests an extension of time until March 11, 2024, to file its reply in further support of its Motion for Summary Judgment, ECF No. [222]:

    1.    On February 13, 2024, Plaintiff filed its Motion for Summary Judgment and Statement of Material Facts. ECF Nos. [222 and 226].

    2.    On February 27, 2024, Gentile filed his Opposition to Plaintiff's Motion for Summary Judgment and Statement of Material Facts. ECF Nos. [231 and 232].

    3.    On March 1, 2024, Gentile sought leave to file an Amended Statement of Material Facts, which the Court granted, and filed same. ECF Nos. [235, 236, and 237].

    4.    Plaintiff's reply is currently due on March 5, 2024.

5. When counsel met and conferred on Gentile's request to file his Amended Statement of Material Facts, Gentile's counsel stated they would not oppose Plaintiff seeking additional time to file its reply because Gentile was filing an amended document.

6. Plaintiff thus seeks an extension of time until March 11, 2024, to file its Reply.

7. The request for extension of time is made in good faith and not for purposes of delaying the case. No party will be prejudiced by the proposed extension.

**WHEREFORE**, Plaintiff respectfully requests an extension of time until March 11, 2024, to file its reply in further support of its Motion for Summary Judgment.

### CERTIFICATE OF CONFERRAL

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), undersigned counsel conferred with counsel for Gentile, and they do not object to the relief sought in this Motion.

March 5, 2024                                       Respectfully submitted,

Alice K. Sum
Alice K. Sum, Esq.
Senior Trial Counsel
Fla. Bar No. 354510
Direct Dial: (305) 416-6293
Email: sumal@sec.gov

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone:   (305) 982-6300
Facsimile:    (305) 536-4154