**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-CV-21079-Bloom**

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**PROPOSED ORDER GRANTING**
**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY**
**IN FURTHER SUPPORT OF TO ITS MOTION FOR SUMMARY JUDGMENT**

    This matter is before the Court on the Plaintiff's Unopposed Motion for Extension of Time to Reply in Further Support of Its Motion for Summary Judgment. Having considered the motion and the record, it is:

    **ORDERED AND ADJUDGED** that the motion is GRANTED. The Plaintiff shall file its reply by March 11, 2024.

    **DONE AND ORDERED** on this ____ day of March, 2024 in Chambers at Miami, Florida.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE