**MONEY LAUNDERING RISK ASSESSMENT**

DATE:      4/20/2017

| Account Number | 1 Title of Account | 2 Type of Relationship | 2a Total AUMs | 2b Risk Rate | 3 Country of Residence | 3a Risk Rate | 4 Product Type | 4a Risk Rate | 5 Status of Product | 5a Risk Rate | 6 Monthly Transaction | 6a Risk Rate | 7 Professional Sector | 7a Business Activity | 7b Risk Rate | 7 Total Risk Rating | 8 Overall Risk Ranking |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Account | Christopher Penalver | Individual/PIC | Between $10 K & $20 K | 4 | USA | 1 | Investments Only | 1 | NL | 2 | Low | 1 | Other | Medium | 3 | 12 | Med |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |
| | | | | o | | | | o | | o | | o | | | o | o | Low |

PLAINTIFF'S EXHIBIT

MSJ-40

**MONEY LAUNDERING RISK ASSESSMENT**

DATE:

| Account Number | 1 Title of Account | 2 Type of Relationship | Type of Account 2a Total AUMs | 2b Risk Rate | 3 Country of Residence | 3a Risk Rate | 4 Product Type | 4a Risk Rate | 5 Status of Product | 5a Risk Rate | 6 Monthly Transaction | 6a Risk Rate | 7 Professional Sector | 7a Business Activity | 7b Risk Rate | 7 Total Risk Rating | 8 Overall Risk Ranking |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Account | Franklin Martin | Individual/PIC | Over $20 K | 5 | United States | 1 | Investments Only | 1 | NH | 2 | High | 5 | Other | Medium | 3 | 17 | High |
| New Account | | | Under $1 K | 1 | | 1 | Investments Only | 1 | NL | 2 | Low | 1 | Other | Medium | 3 | 9 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | 0 | 0 | Low |
| | | | | 0 | | | | 0 | | 0 | | 0 | | | | | | Low |

**MONEY LAUNDERING RISK ASSESSMENT**

DATE: **7th, March 2017**

| Account Number | 1 Title of Account | 2 Type of Relationship | 2a Total AUMs | 2b Risk Rate | 3 Country of Residence | 3a Risk Rate | 4 Product Type | 4a Risk Rate | 5 Status of Product | 5a Risk Rate | 6 Monthly Transaction | 6a Risk Rate | 7 Professional Sector | 7a Business Activity | 7b Risk Rate | 7 Total Risk Rating | 8 Overall Risk Ranking |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Account | Sheldon King | Individual/PIC | Between $1 K & $5 K | 2 | USA | 1 | Investments Only | 1 | NL | 2 | Low | 1 | State Employees | Medium | 3 | IO | Med |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | Risk Rate | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |

**MONEY LAUNDERING RISK ASSESSMENT**

DATE:

| Account Number | 1 Title of Account | 2 Type of Relationship | 2a Total AUMs | 2b Risk Rate | 3 Country of Residence | 3a Risk Rate | 4 Product Type | 4a Risk Rate | 5 Status of Product | 5a Risk Rate | 6 Monthly Transaction | 6a Risk Rate | 7 Professional Sector | 7a Business Activity | 7b Risk Rate | 7 Total Risk Rating | 8 Overall Risk Ranking |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Account | Marcello Martin | Individual/PIC | Under $1 K | 1 | United States | 1 | Investments Only | 1 | NM | 2 | Medium | 3 | Other | Medium | 3 | 11 | Med |
| New Account | | | Under $1 K | 1 | | 1 | Investments Only | 1 | NL | 2 | Low | 1 | Other | Medium | 3 | 9 | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |

**MONEY LAUNDERING RISK ASSESSMENT**

DATE:

| Account Number | 1 Title of Account | 2 Type of Relationship | 2a Total AUMs | 2b Risk Rate | 3 Country of Residence | 3a Risk Rate | 4 Product Type | 4a Risk Rate | 5 Status of Product | 5a Risk Rate | 6 Monthly Transaction | 6a Risk Rate | 7 Professional Sector | 7a Business Activity | 7b Risk Rate | 7 Total Risk Rating | 8 Overall Risk Ranking |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Type of Account | | | | | | | | | | | | | | |
| New Account | Stephen Derong | Individual/PIC | Under $1 K | 1 | United States | 1 | Investments Only | 1 | NM | 2 | Medium | 3 | Other | Medium | 3 | 11 | Med |
| | | | | | | | | | | | | | | | | O | |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |