**MONEY LAUNDERING RISK ASSESSMENT**

DATE:

| Account Number | 1 Title of Account | 2 Type of Relationship | Type of Account 2a Total AUMs | 2b Risk Rate | 3 Country of Residence | 3a Risk Rate | 4 Product Type | 4a Risk Rate | 5 Status of Product | 5a Risk Rate | 6 Monthly Transaction | 6a Risk Rate | 7 Professional Sector | 7a Business Activity | 7b Risk Rate | 7 Total Risk Rating | 8 Overall Risk Ranking |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Account | Orestes Jimenez | Individual/PIC | Between $1 K & $5 K | 2 | United States | 1 | Investments Only | 1 | NL | 2 | Low | 1 | Other | Medium | 3 | 10 | Med |
| New Account | | | Between $1 K & $5 K | 2 | | 1 | Investments Only | 1 | NL | 2 | Low | 5 | Other | Medium | 3 | 14 | Med |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | O | O | Low |
| | | | | O | | | | O | | O | | O | | | | | | Low |

PLAINTIFF'S EXHIBIT
MSJ-42