UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

**DEFENDANT GUY GENTILE'S MOTION FOR LEAVE TO FILE
SURREPLY IN FURTHER OPPOSITION TO PLAINTIFF SEC'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendant Guy Gentile, by and through his undersigned counsel, respectfully moves the Court for leave to file a Surreply in further Opposition to Plaintiff SEC's Motion for Summary Judgment and Reply Statement of Material Facts, and states as follows:

1. On February 13, 2024, the SEC filed its Motion for Summary Judgment [ECF No. 222], along with its Statement of Material Facts [ECF No. 226] (collectively, "MSJ Filing").

2. On February 27, 2024, Gentile filed his Opposition to the SEC's Motion for Summary Judgment [ECF No. 231], and on March 1, 2024, he filed his operative Statement of Material Facts and Additional Facts [ECF No. 237] (collectively, "Gentile's MSJ Opposition").

3. On March 11, 2024, the SEC filed its Reply in support of its Motion for Summary Judgment [ECF No. 242] ("Reply Brief"), along with its Reply Statement of Material Facts [ECF No. 243] ("Reply SMF") (collectively, "SEC's Reply Filing"). The SEC's Reply Filing introduces new legal arguments and factual material outside of Gentile's MSJ Opposition.

1

4.     More specifically, the SEC attaches six exhibits to its Reply SMF that were not attached to its original Motion for Summary Judgment or Statement of Material Facts. [*See* ECF Nos. 243-1–6]. Although two of these exhibits comprise SEC "releases" cited by the SEC in its MSJ Filing and by Gentile in his MSJ Opposition, the other four exhibits are new additions (*see* Exs. 40, 41, 42, and 45). Relying on Exhibits 40–42 and 45—to which Gentile has not had an opportunity to respond—the SEC makes new arguments about whether certain former SureTrader customers could be considered "U.S. persons" and what information SureTrader was permitted to provide to any such persons. [*See* ECF No. 242 at 5–7].

5.     The SEC's new exhibits are cited in its Reply SMF under "SEC's Additional Facts." This inclusion of additional facts in the Reply SMF appears to violate Local Rule 56.1(a), which provides: a movant shall file a Statement of Material Facts, L.R. 56.1(a)(1), an opponent shall respond to the movant's Statement of Material Facts and may file additional material facts, *id.* at 56.1(a)(2), and the movant shall respond to any additional facts asserted by the opponent, *id.* at 56.1(a)(3). Local Rule 56.1(b)(3) ("Reply Statement of Material Facts") likewise does not contemplate that a movant may assert additional facts on reply. By its terms, Local Rule 56.1 does not permit a movant to assert additional facts in its Reply Filing to which the opponent does not have an opportunity to respond.

6.     The Eleventh Circuit has made clear that "courts should not grant summary judgment based on arguments or evidence to which the nonmoving party has not had a reasonable and meaningful opportunity to respond with contrary argument or evidence." *Atl. Specialty Ins. Co. v. Digit Dirt Worx, Inc.*, 793 F. App'x 896, 901 (11th Cir. 2019) (per curiam) (unpublished) (citing *Burns v. Gadsden State Cmty. Coll.*, 908 F.2d 1512, 1516–17 (11th Cir. 1990)). "[W]here new evidence is presented in a reply to a motion for summary judgment, the

district court should not consider the new evidence without giving the movant an opportunity to respond." *Id.* (collecting cases). The district court should either: "(1) permit the nonmoving party to file a surreply or (2) refrain from relying on any new material contained in the reply brief." *Id.* at 901–02 (citation omitted).

7. Accordingly, Gentile respectfully requests leave to file a Surreply to the SEC's Reply Brief not to exceed five (5) pages, along with a Surreply Statement of Material Facts to respond to the additional facts alleged by the SEC in its Reply SMF.

8. In the alternative, Gentile respectfully requests that the Court disregard the new arguments and facts raised in the SEC's Reply Filing for purposes of ruling on the SEC's Motion for Summary Judgment. *See* L.R. 56.1(d).

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), counsel for Gentile emailed counsel for the SEC on March 13, 2024, informing the SEC that Gentile intended to seek leave to file a surreply and asking whether the SEC would oppose such a motion and/or would like to set up a call discuss. On March 15, 2024, having received no response, counsel for Gentile followed up by email seeking the SEC's position. Gentile followed up by email again yesterday afternoon, March 18, 2024, and the SEC responded that it would oppose this motion.

Dated: March 19, 2024                    Respectfully submitted,

                                                                             FORD O'BRIEN LANDY LLP

                                                                             By:  */s/ Gabriela M. Ruiz*
                                                                                   Gabriela M. Ruiz
                                                                                   Fla. Bar. 46844
                                                                                  One Biscayne Tower
                                                                                  2 South Biscayne Boulevard Suite 3200
                                                                                  Miami, Florida 33131
                                                                                  Tel.: (786) 310-1135 (main)
                                                                                  gruiz@fordobrien.com

                                                                                  Adam C. Ford (admitted *pro hac vice*)
                                                                                  Matthew A. Ford (admitted *pro hac vice*)
                                                                                  Stephen R. Halpin III (admitted *pro hac vice*)
                                                                                  275 Madison Avenue, 24th Floor
                                                                                  New York, New York 10016
                                                                                  Tel.: (212) 858-0040 (main)
                                                                                  aford@fordobrien.com
                                                                                  mford@fordobrien.com
                                                                                  shalpin@fordobrien.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Defendant Guy Gentile's Motion for Leave to File Surreply, dated March 19, 2024, to be served via CM/ECF on the following counsel for Plaintiff:

Alice Sum
U.S. Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131
(305) 982-6300
sumal@sec.gov

Alise Meredith Johnson
U.S. Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131
(305) 982-6385
johnsonali@sec.gov

Russell Koonin
U.S. Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131
305-982-6390
kooninr@sec.gov

                                                 */s/ Gabriela M. Ruiz*
                                                 Gabriela M. Ruiz