UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-BLOOM/Torres

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN FURTHER SUPPORT OF ITS OMNIBUS MOTION IN LIMINE**

    Plaintiff Securities and Exchange Commission hereby requests an extension of time until April 5, 2024, to file its reply in further support of its Omnibus Motion *in Limine*, ECF No. [220]:

    1.    On February 12, 2024, Plaintiff filed its Omnibus Motion *in Limine*. ECF No. [220].

    2.    On March 20, 2024, Defendant Guy Gentile filed its Response to the Motion *in Limine*. ECF No. [247].

    3.    Plaintiff's Reply is currently due on March 27, 2024.

    4.    Plaintiff requests an extension of time until April 5, 2024, to file its Reply.

    5.    The request for extension of time is made in good faith and not for purposes of delaying the case. No party will be prejudiced by the proposed extension.

    **WHEREFORE**, Plaintiff respectfully requests an extension of time until April 5, 2024, to file its reply in further support of its Omnibus Motion *in Limine*.

## CERTIFICATE OF CONFERRAL

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), undersigned counsel conferred with counsel for Gentile, and they do not object to the relief sought in this Motion.

March 22, 2024                                              Respectfully submitted,

**Alise Johnson**
Alise Johnson Esq.
Senior Trial Counsel
Fla. Bar No. 0003270
Direct Dial: (786) 626-7399
Email: johnsonali@sec.gov

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone:   (305) 982-6300
Facsimile:    (305) 536-4154