**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-CV-21079-Bloom**

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**PROPOSED ORDER GRANTING**
**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN FURTHER SUPPORT OF ITS OMNIBUS MOTION IN LIMINE**

This matter is before the Court on the Plaintiff's Unopposed Motion for Extension of Time to file its Reply in Further Support of Its Omnibus Motion in Limine. Having considered the motion and the record, it is:

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. The Plaintiff shall have until April 5, 2024, to file its Reply.

**DONE AND ORDERED** on this ____ day of March 2024 in Chambers at Miami, Florida.

                                                                             _____
                                                                             BETH BLOOM
                                                                             UNITED STATES DISTRICT JUDGE