# Exhibit BB

(and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses.

**From:** Mazen Hasan Agha [mailto:mazen_tpl@hotmail.com]
**Sent:** Thursday, November 2, 2017 2:45 PM
**To:** Active Trader Department | SureTrader <activetrader@suretrader.com>
**Subject:** Re: New Commission Rate - More than 1 Million/month

Alright, I approve the new rates for now. However, I would expect to have better ones next month.

$0.004 per share with $1.95 per trade minimum and NO ECN fees. As well as $50 max per trade.

Let me know when you have it set up in my account so I send the wire.

Another thing please, for faster communication in the future especially to locate shares for shorts. What do you suggest? Do you have a direct number for active traders like me or Skype account or anything fast and convenient (give me your Florida number with no international fees)?

Thank you,

Mazen

**From:** Active Trader Department | SureTrader <activetrader@suretrader.com>
**Sent:** Thursday, November 2, 2017 1:33 PM
**To:** 'Mazen Hasan Agha'

17

**Subject:** RE: New Commission Rate - More than 1 Million/month

Hi Mazen,

Unfrotnently we don't have a way to reduce it to this rate at this time. Once we see your monthly volume of 1-month trading, perhaps we could chat again over this.
Let us know how you would like to proceed.

Best,
**Active Trader**

<image001.png>

SureTrader Website | Facebook | Twitter | Contact Us
This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do not forward it to or inform any other person of its contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses.

**From:** Mazen Hasan Agha [mailto:mazen_tpl@hotmail.com]
**Sent:** Thursday, November 2, 2017 2:19 PM
**To:** Active Trader Department | SureTrader <activetrader@suretrader.com>
**Subject:** Re: New Commission Rate - More than 1 Million/month

Hi there,

Thank you for your reply. I really appreciate your offer. However, you can see from my trading history that I do a lot of 10K blocks and I average a lot so I place a lot of trades. Could you please offer me better rates? Now I would suggest the following:

$0.003 per share with $1.49 per trade minimum and $30 per trade maximum.

18

Please confirm.

Thank you!

Mazen

---

**From:** Active Trader Department | SureTrader <activetrader@suretrader.com>
**Sent:** Thursday, November 2, 2017 1:13 PM
**To:** 'Mazen Hasan Agha'
**Subject:** RE: New Commission Rate - More than 1 Million/month

Hi Mazen,

Thanks for clarifying. At this moment, I can only suggest a $0.004 per share with $1.95 per trade minimum and NO ECN fees. As well as $50 max per trade.
To be qualified you will need to trade 1M shares minimum each month. Once you trade less, the system will move you to the next best tier.

Please confirm this email.

Regards,
**Active Trader**

<image001.png>

SureTrader Website | Facebook | Twitter | Contact Us |
This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do not forward it to or inform any other person of its contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses.

---

**From:** Mazen Hasan Agha [mailto:mazen_tpl@hotmail.com]
**Sent:** Thursday, November 2, 2017 1:15 PM

19

**To:** Active Trader Department | SureTrader <activetrader@suretrader.com>
**Subject:** Re: New Commission Rate - More than 1 Million/month

Thank you for you reply. Yes, I am planning to fund my account with 17K.

If you don't offer per trade commission, then I am looking for $0.001 per share rate, $0.95 per trade minimum, $10 per trade maximum.

I look forward to funding my account.

Thank you,

Mazen

---

**From:** Active Trader Department | SureTrader <activetrader@suretrader.com>
**Sent:** Thursday, November 2, 2017 12:08 PM
**To:** 'Mazen Hasan Agha'
**Subject:** RE: New Commission Rate - More than 1 Million/month

Hi Mazen,

Unfortunately, we don't call other brokers to verify volume or other information. Your information is also private!
How may I assist you today? As I mentioned in my email earlier, we don't offer per trade commissions.

Please let me know what type of rate you are looking for?

20

And are you planning on funding your account with $17k?

Thanks again, and I look forward to assisting you.

**Active Trader**

<image001.png>

SureTrader Website | Facebook | Twitter | Contact Us |
This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do not forward it to or inform any other person of its contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses.

**From:** Mazen Hasan Agha [mailto:mazen_tpl@hotmail.com]
**Sent:** Thursday, November 2, 2017 12:02 PM
**To:** Active Trader Department | SureTrader <activetrader@suretrader.com>
**Subject:** Re: New Commission Rate - More than 1 Million/month

Hi there,

Who am I talking to? You can call call Etrade and make sure of my numbers. If you are familiar with Etrade they don't show total shares amount on their website, you just can see that in their excel form. Call them to make sure and then get back to me.

Thank you,

Mazen

**From:** Active Trader Department | SureTrader <activetrader@suretrader.com>

21

**Sent:** Thursday, November 2, 2017 10:53 AM
**To:** 'Mazen Hasan Agha'
**Subject:** RE: New Commission Rate - More than 1 Million/month

Hello Mazen,

Thank you for sending this screenshot. I would ask that you send again the actual subtotal shares/volume for that month or past 3 months? Also, we don't offer a per trade only. We only have a per share along with a per trade minimum.

Regards,
**Active Trader**

<image001.png>

SureTrader Website | Facebook | Twitter | Contact Us |
This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do not forward it to or inform any other person of its contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses.

---

**From:** Mazen Hasan Agha [mailto:mazen_tpl@hotmail.com]
**Sent:** Thursday, November 2, 2017 10:35 AM
**To:** Active Trader Department | SureTrader <activetrader@suretrader.com>
**Subject:** Re: New Commission Rate - More than 1 Million/month

Hi there,

You know you can't fit a lot in one screen shot. Please find the attached screen shot sample. I have a lot of entries and exits and I average a lot. I would prefer a kind of per trade commission based and not per shares because as I you see in the example I do a lot of 10K blocks for a scalp.

Thank you,

22

Mazen

---

**From:** Active Trader Department | SureTrader <activetrader@suretrader.com>
**Sent:** Thursday, November 2, 2017 8:18 AM
**To:** 'Mazen Hasan Agha'; trading@suretrader.com
**Subject:** RE: New Commission Rate - More than 1 Million/month

Good Day Mazen,

Thank you for your email, and for providing your trade report. Would you be able to send us a screenshot of the actual report showing on your e-trade account?
I would like to check which structure would be more suitable for you.

Best regards,
**Active Trader**

<image001.png>

SureTrader Website | Facebook | Twitter | Contact Us |
This e-mail (and any files transmitted with it) is intended solely for the use of the individual(s) or organization(s) to whom it is addressed. It may contain information that is privileged, confidential and/or exempt from disclosure by law. If you are not the intended recipient of this communication, you should not use, copy, alter, print, disclose or take any action relying on the contents of this message. If you received this communication in error, please notify the sender then immediately delete this e-mail and all of its attachments from your system and do not forward it to or inform any other person of its contents. Sure Trader (and its affiliates) does not accept liability for any loss or damage whatsoever caused, which may result either directly or indirectly from this communication, including viruses.

---

**From:** Mazen Hasan Agha [mailto:mazen_tpl@hotmail.com]
**Sent:** Wednesday, November 1, 2017 5:10 PM
**To:** trading@suretrader.com; activetrader@suretrader.com
**Subject:** New Commission Rate - More than 1 Million/month

Hi guys,

23

This is Mazen. My account number is 

I traded more than 1 million shares a month in my Etrade account. I would like to keep trading with 17K for now. I think I may qualify for better commission rate than advertised on your website. Please review the attached trading history from my Etrade account.

Talk to you soon,

Mazen

SEC-FL-03848-E-0044008