# Exhibit CC

| | |
|---|---|
| From: | Orestes Jimenez <orestesjimenez93@gmail.com> |
| Sent: | Wednesday, February 21, 2018 3:28 PM |
| To: | Matin, Sajjad |
| Subject: | Re: SEC Inv. FL-03848 - Follow-up on phone call |

Hello Mr. Sajjad,

I'd be more than glad to assist you by providing the emails Suretrader sent me as well as the chat emails. After going back through and reading them I do remember some details more clearly. I heard of Suretrader from Ross Cameron, a Youtuber claiming his day trading success, he mentioned Suretrader a number of times along with its benefits. It was mentioned that Suretrader allowed 6x margin and had no restrictions on the amount of trades one could make. I made the account, again it asked for standard personal info, one of the emails I will be forwarding is Suretrader asking me for additional personal statements. Ross Cameron recommended using their Pro platform because it allowed access to level 2 trading data and a desktop application. The Pro platform was over $100 a month... I don't recall the exact breakdown for commission charges, only that they were based on the share amount traded. Hope this helps.

Best,
Orestes Jimenez

P.S. I will be forwarding the emails shortly, there are 25 in total.

On Tue, Feb 20, 2018 at 10:48 AM, Matin, Sajjad <matins@sec.gov> wrote:

> Mr. Jimenez,
>
> Thank you again for taking the time to speak with us.  I wanted to follow-up on our call to see if you were able to remember any additional facts that may be of interest to our investigation.  Our records show that SureTrader sent advertising emails to you several times throughout the past year.  Additionally, you mentioned that you may have communicated with SureTrader agents through chat rooms and that SureTrader representatives may have contacted you regarding your account's negative balance.  If transcripts of those chats or any other communications from SureTrader were emailed to you, please let me know if you are able to find any of these emails from SureTrader and are willing to forward them to me.
>
> Thank you again for your assistance in our investigation and willingness to speak with us.  Attached please find a copy of the SEC's Form 1662, which discusses many of the issues we discussed during our call.  If you have any questions regarding this attachment or any additional information regarding our investigation, please feel free to contact me by email or at the phone number listed below.
>
> Thanks,
> Sajjad