# Exhibit DD

AGvSecuritiesExchange 2023CLEgen00125

1  CROSS-EXAMINATION BY MR. MCKENZIE, KC:
2       Q.   Thank you, Ms. Pyfrom.  Will it be fair to say
3  that the firm had a clear policy against solicitation of
4  US-based customers?
5       A.   I was not allowed to advertise in any way to
6  US customers or to US residents or to exclude US.
7       Q.   The policy was to exclude US?
8       A.   Yes.  At all times.
9       Q.   Was there a IP blocker pop-up is?  I hope
10 that's the right phrase.
11      A.   There was, yes.
12      Q.   That was designed to alert the firm where a
13 customer who was a person you sought not to do business
14 with?  Like, for example, a US-based customer?
15      A.   Yes. Totally.  So the implementation for me
16 was on the website.  So anybody that came in from a US
17 IP address would have to clearly state that they were
18 US, and then they had to meet conditions I guess, to
19 interact with the firm.  But from an implementation
20 point of view, the IP address which Sure would block the
21 website, and then they would have to state that they are
22 from the US.
23           MR. MCKENZIE, KC:  Okay.  No further
24 questions.  Thank you.
25           THE COURT:  Thank you.  It's been a long day
26 working together.  Witness excused.
27           THE WITNESS:  Okay, thank you.
28           THE COURT:  These are the last two witnesses?
29           MS. MAYCOCK:  Mr. Registrar, that was our last
30 witness in this matter.  Thank the Lord.  We could go on
31 record saying that.  And we thank you, very much.  We
32 thank you, very much for accommodating us.

ROUGH - 26 JANUARY 2024