

# EXHIBIT X



Financial Industry Regulatory Authority

April 14, 2015

Adam Ford, Esq.
Harris, O'Brien, St. Laurent
& Chaudhry LLP
Trinity Building
111 Broadway, Suite 1502
New York, New York 10006

Re: Guy Gentile (CRD No.3173560) and FINRA Examination Number 20080137492

Dear Mr. Ford:

Please accept this letter as notification that FINRA Enforcement staff has determined not to recommend the commencement of a disciplinary action against Mr. Gentile in connection with the above-captioned matter.

This notification does not represent a decision by any other FINRA department and relates solely to matters that were the subject of Enforcement's investigation in the above-captioned matter and the Wells notice of November 12, 2013 issued to Mr. Gentile in the above-captioned matter. Additionally, this notification should not be construed as an indication that Enforcement staff has determined that no wrongdoing occurred.

In addition, please note that it is the view of FINRA Department of Enforcement that a determination by FINRA not to take action against a FINRA member or associated person has no evidentiary weight in any mediation, arbitration or judicial proceeding, and that it is inconsistent with just and equitable principles of trade for a FINRA member or associated person to attempt to introduce, in any such forum, evidence of such a determination by FINRA, except in the event that a party in such a proceeding (other than the member or associated person) should make any representation that is inconsistent with the notification provided in this letter. In that event, the member or associated person may introduce this letter of notification, in unedited form, for the purpose of creating a complete factual record.

Finally, with regard to the disclosure requirements in the Central Registration Depository (CRD), Mr. Gentile should modify his response to question 14G(2) on Form U4 (Uniform Application for Securities Industry Registration or Transfer) in accordance with this notification.

If you have any questions, please call me at 504-412-2407.

Very truly yours,

Mark J. Fernandez
Senior Regional Counsel

Investor protection. Market integrity.

1100 Poydras Street      t 504 522 6527
Energy Centre           f 504 522 4077
Suite 850               www.finra.org
New Orleans, LA
70163-1108

FINRA CONFIDENTIAL

FINRA-00003522