UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

_____/

### PLAINTIFF'S UNOPPOSED MOTION FOR RUSSELL KOONIN TO WITHDRAW AS COUNSEL

Pursuant to Southern District of Florida Local Rule 11.1(d)(3), Russell Koonin hereby moves to withdraw as counsel in this matter due to the reassignment of his work duties for Plaintiff Securities and Exchange Commission. Mr. Koonin is no longer assigned to work on this litigation matter due to the assignment of other litigation matters. Accordingly Mr. Koonin's withdrawal should be deemed mandatory pursuant to Florida Rule of Professional Conduct 4-1.16a(3) (providing withdrawal is mandatory when "the lawyer is discharged").

Further, Mr. Koonin's withdrawal will not have a material adverse effect on the Commission. Alice Sum and Alice Johnson remain the trial attorneys for the Commission. Thus Mr. Koonin's withdrawal will not have a material adverse effect because Ms. Sum and Ms. Johnson, counsel with detailed knowledge of this case, continue to zealously represent the Commission in this matter. Accordingly Mr. Koonin's withdrawal is permissible under Florida Rule of Professional Conduct 4-1.16(b)(1).

1

WHEREFORE, Mr. Koonin respectfully requests that the Court permit him to withdraw.

### CERTIFICATE OF CONFERRAL

Pursuant to Local Rules 7.1(a)(3) and 11.1(d)(3)(A), the undersigned has conferred with counsel for the Defendants who indicate they are not opposed to the relief sought herein.

Respectfully submitted,

April 8, 2024   By:   s/Russell Koonin
Russell Koonin
Senior Trial Counsel
Fla. Bar No. 474479
Telephone: (305) 982-6390
Facsimile: (305) 536-4154
E-mail: kooninr@sec.gov

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1950
Miami, Florida 33131