UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

ORDER GRANTING PLAINTIFF'S MOTION
TO WITHDRAW AS COUNSEL

This matter is before the Court on the Commission's Motion for Russell Koonin to Withdraw as Counsel, ECF No. [254] ("Motion"). Having considered the motion and the record, it is:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.** Russell Koonin is removed as counsel for the Commission.

**DONE AND ORDERED** in Chambers at Miami, Florida on April _____, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

1