UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING DEPOSITION DESIGNATIONS

Pursuant to the Court's Order Providing Instructions for Jury Trial, [ECF No. 253], Plaintiff Securities and Exchange Commission hereby gives notice of serving its designation of deposition transcripts intended to be used at trial of the following witnesses:

1. **Deposition of Guy Gentile taken on November 2, 2023:**

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| 11:16-12:13 | | | | | |
| 13:9-23 | | | | | |
| 22:7-27:10 | | | | | |
| 28:11-29:1 | | | | | |
| 29:12-30:16 | | | | | |
| 36:11-47:17 | | | | | |
| 48:7-51:19 | | | | | |

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| 52:13-55:1 | | | | | |
| 47:9-65:13 | | | | | |
| 72:1-20 | | | | | |
| 75:14-78:4 | | | | | |
| 78:16-79:1 | | | | | |
| 80:10-21 | | | | | |
| 81:20-86:24 | | | | | |
| 87:9-89:11 | | | | | |
| 89:25-90:3 | | | | | |
| 91:3-104:13 | | | | | |
| 105:4-110:2 | | | | | |
| 112:17-118:10 | | | | | |
| 120:25-128:20 | | | | | |
| 139:18-141:6 | | | | | |
| 143:2-146:25 | | | | | |
| 143:2-146:25 | | | | | |
| 149:3-14 | | | | | |
| 150:6-156:1 | | | | | |
| 156:12-157:15 | | | | | |
| 158:21-173:21 | | | | | |
| 175:3-177:10 | | | | | |
| 180:18-181:2 | | | | | |

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| 181:25-185:25 | | | | | |
| 186:15-16 | | | | | |
| 186:20-192:9 | | | | | |
| 193:2-17 | | | | | |
| 195:23-198:22 | | | | | |
| 200:19-210:25 | | | | | |

2. **Deposition of Yaniv Frantz taken March 11 and 12, 2023:**

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| **Mar. 11, 2023** 6:7-10 | | | | | |
| 9:23- 10:8 | | | | | |
| 11:5-7 | | | | | |
| 12:1-6 | | | | | |
| 13:2 -14:25 | | | | | |
| 15:7-19:4 | | | | | |
| 19:9-21:6 | | | | | |
| 21:23-36:11 | | | | | |
| 37:2-44:4 | | | | | |
| 45:1-59:22 | | | | | |
| 60:20-61:16 | | | | | |
| 61:25-70:4 | | | | | |

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| 70:22-77:23 | | | | | |
| 78:11-84:15 | | | | | |
| 85:3-87::1 | | | | | |
| 87:24-25 | | | | | |
| 88:16-93:21 | | | | | |
| 94:3-95:11 | | | | | |
| 96:2-101:14 | | | | | |
| 101:23-103:18 | | | | | |
| 107:2-108:23 | | | | | |
| 109:25-113:17 | | | | | |
| 114:1-116:22 | | | | | |
| 117:4-121:1 | | | | | |
| 121:17-124:25 | | | | | |
| 125:23-131:3 | | | | | |
| 131:18-132:13 | | | | | |
| 132:17-18 | | | | | |
| 133:12-137:19 | | | | | |
| 146:18-24 | | | | | |
| 147:13-149:25 | | | | | |
| 151:12-152:13 | | | | | |
| **Mar. 12, 2023**<br><br>12:9-13 | | | | | |

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| 42:20-44:9 | | | | | |
| 88:5–89:3 | | | | | |
| 89:12–90:9 | | | | | |
| 90:18-91:9 | | | | | |
| 92:2-95:3 | | | | | |
| 118:22–123:12 | | | | | |
| 123:19-125:16 | | | | | |
| 126:12-128:8 | | | | | |
| 128:14-131:11 | | | | | |
| 131:21-132:25 | | | | | |
| 133:4-134:21 | | | | | |
| 137:2-12 | | | | | |
| 142:3-143:14 | | | | | |
| 144:1-148:20 | | | | | |
| 159:13-15 | | | | | |
| 208:21-210:11 | | | | | |
| 225:22-233:23 | | | | | |
| 234:1-25 | | | | | |

### 3. Deposition of Philip Dorsett taken February 27 and 28, 2023:

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| **Feb. 27, 2023 Confidential Section** <br><br> 78:2-79:24 | | | | | |
| **Feb. 27, 2023 Non-Confid. Section** <br><br> 9:8-14 | | | | | |
| 14:6-21 | | | | | |
| 15:1-31:4 | | | | | |
| 33:25-53:1 | | | | | |
| 53:17-59:9 | | | | | |
| 60:12-65:17 | | | | | |
| 66:14-67:1 | | | | | |
| 68:19-69:5 | | | | | |
| 71:6-72:10 | | | | | |
| 73:1-76:17 | | | | | |
| 108:22-110-18 | | | | | |
| 111:11-113:9 | | | | | |
| 118:19-119:24 | | | | | |
| 120:3-123:15 | | | | | |
| 124:25-129:1 | | | | | |
| 129:20-134:5 | | | | | |
| 137:1-139:3 | | | | | |

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| 145:21-25 | | | | | |
| 146:17-147:25 | | | | | |
| 148:10-152:9 | | | | | |
| 155:2-159:4 | | | | | |
| 159:20-167:18 | | | | | |
| 172:19-176:14 | | | | | |
| 178:17-179:13 | | | | | |
| 181:10-184:13 | | | | | |
| 188:6-189:10 | | | | | |
| 191:3-6 | | | | | |
| 191:13-192:13 | | | | | |
| 205:21-207:16 | | | | | |
| 208:1-209:22 | | | | | |
| 210:4-216:1 | | | | | |
| 217:1-8 | | | | | |
| 218:12-17 | | | | | |
| **Feb. 28, 2023** 6:7-12 | | | | | |
| 8:10-9:4 | | | | | |
| 10:15-11:16 | | | | | |
| 14:4-11 | | | | | |
| 14:18-21 | | | | | |

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| 16:5-17:6 | | | | | |
| 18:5-19:13 | | | | | |
| 49:2-51:8 | | | | | |
| 134:5-135:7 | | | | | |
| 139:5-140:17 | | | | | |
| 194:7-198:5 | | | | | |
| 199:4-201:19 | | | | | |
| 291:2-8 | | | | | |

4. **Deposition of Ross Cameron taken March 14, 2023:**

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| 5:4-12 | | | | | |
| 6:19-22 | | | | | |
| 7:16-20 | | | | | |
| 10:19-22:25 | | | | | |
| 23:7-13 | | | | | |
| 24:6-28:3 | | | | | |
| 28:12-34:23 | | | | | |
| 37:13-40:16 | | | | | |
| 41:6-20 | | | | | |
| 42:1551:9 | | | | | |
| 51:14-55:10 | | | | | |

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| 55:17-57:13 | | | | | |
| 57:25-63:17 | | | | | |
| 63:24-67:4 | | | | | |
| 67:8-70:19 | | | | | |
| 76:10-79:12 | | | | | |
| 79:20-24 | | | | | |
| 80:18-84:1 | | | | | |
| 97:22-98:15 | | | | | |

5. **Deposition of John Kurisko taken March 15, 2023:**

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| 6:17-18 | | | | | |
| 8:17-21 | | | | | |
| 9:2-11 | | | | | |
| 9:19-14:14 | | | | | |
| 15:15-20:1 | | | | | |
| 20:22-22:7 | | | | | |
| 22:14-24:25 | | | | | |
| 27:1-32:21 | | | | | |
| 34:20-35:6 | | | | | |
| 37:18-41:4 | | | | | |
| 41:18-43:19 | | | | | |

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| 44:12-25 | | | | | |
| 45:3-22 | | | | | |
| 46:3-25 | | | | | |
| 48:6-49:12 | | | | | |
| 53:3-55:20 | | | | | |
| 56:2-60:5 | | | | | |
| 61:3-64:8 | | | | | |
| 68:6-14 | | | | | |
| 93:25-96:14 | | | | | |
| 97:9-15 | | | | | |

**6. Deposition of Janay Symonette Pyfrom taken January 24, 2024:**

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| 37:10-38:5 | | | | | |
| 38:13-39:2 | | | | | |
| 41:8-15 | | | | | |
| 41:26-43:22 | | | | | |
| 44:18-27 | | | | | |
| 45:2-46:11 | | | | | |
| 50:7-53:6 | | | | | |
| 53:17-32 | | | | | |
| 55:15-56:7 | | | | | |

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| 56:11-12 | | | | | |
| 56:19-22 | | | | | |
| 59:15-18 | | | | | |
| 60:11-16 | | | | | |
| 62:15-29 | | | | | |
| 63:21-64:13 | | | | | |
| 64:23-30 | | | | | |
| 65:1-67:20 | | | | | |
| 67:26-68:10 | | | | | |
| 69:6-70:32 | | | | | |
| 71:4-13 | | | | | |
| 72:26-73:32 | | | | | |
| 75:29-76:27 | | | | | |
| 78:1-79:10 | | | | | |
| 79:22-80:17 | | | | | |
| 80:22-81:1 | | | | | |
| 81:27-82:6 | | | | | |
| 83:18-25 | | | | | |
| 83:29-30 | | | | | |
| 84:2-10 | | | | | |
| 84:31-85:2 | | | | | |

7. **Deposition of Drameko Moore taken October 23, 2023:**

11

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| 6:17-8:2 | | | | | |
| 9:23-12:32 | | | | | |
| 13:17-19 | | | | | |
| 13:31-14:17 | | | | | |
| 16:1-17:32 | | | | | |
| 20:21-24 | | | | | |
| 20:28-21:9 | | | | | |
| 21:14-22:25 | | | | | |
| 23:5-28 | | | | | |
| 24:28-30 | | | | | |
| 25:23-26:15 | | | | | |
| 26:21-27:28 | | | | | |

8. **Deposition of Stephen Darville taken November 6, 2023:**

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| 1:24-31 | | | | | |
| 2:12-3:3 | | | | | |
| 4:8-6:31 | | | | | |
| 18:1-19:22 | | | | | |
| 20:4-31 | | | | | |
| 21:1-19 | | | | | |
| 22:13-19 | | | | | |

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| 23:15-25 | | | | | |
| 25:12-15 | | | | | |
| 26:6-27 | | | | | |
| 27:2-9 | | | | | |

9. **Deposition of Edward Cooper taken October 25, 2023[1] and January 24, 2024:**

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| 18:3-4 | | | | | |
| 18:28-19:3 | | | | | |
| 19:9-16 | | | | | |
| 19:20-30 | | | | | |
| 20:4 | | | | | |
| 20:30-21:1 | | | | | |
| 28:4-18 | | | | | |
| 28:23-30:4 | | | | | |
| 30:13-20 | | | | | |
| 30:25-31:32 | | | | | |
| 32:4-19 | | | | | |
| 32:28-33:14 | | | | | |
| 33:20-34:28 | | | | | |

---

[1] The Bahamas Court has not transmitted the transcript for Mr. Cooper's October 25, 2023, testimony. As soon as it is received, the SEC intends to supplement its deposition designations.

**10. Deposition of Antonio Collie taken on November 10, 2023[2]:**

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

---

[2] The Bahamas Court has not transmitted the transcript for Mr. Collie's November 10, 2023, testimony. As soon as it is received, the SEC intends to supplement its deposition designations.

May 13, 2024                                  Respectfully submitted,

/s/Alise Johnson
Alise Johnson
Senior Trial Counsel
Fla. Bar No. 0003270
Direct Dial: (305) 982-6385
Email: johnsonali@sec.gov

Alice Sum
Senior Trial Counsel
Fla Bar No.: 354510
Phone: (305) 416-6293
Email: sumal@sec.gov

*Attorneys for Plaintiff*
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154