UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

**NOTICE OF DEFENDANT GUY GENTILE'S
DEPOSITION FILINGS AND DESIGNATIONS**

Pursuant to the Court's April 8, 2024 Order Scheduling Trial and Order of Instructions before Calendar Call, Defendant Guy Gentile hereby submits his deposition filings and designations:[1]

Designations of the Deposition of **Ross Cameron**[2]:

1. Page 6, Line 19 – Page 6, Line 22
2. Page 10, Line 19 – Page 10, Line 20
3. Page 11, Line 12 – Page 15, Line 21
4. Page 21, Line 2 – Page 21, Line 24
5. Page 94, Line 6 – Page 107, Line 16

---

[1] Gentile reserves the right to introduce into evidence any portion of any deposition transcript or video recording not otherwise identified for purposes of rebuttal or impeachment.

[2] Counsel for Gentile have contacted counsel for Mr. Cameron and are informed that it is Mr. Cameron's strong preference not to testify at trial. Mr. Cameron works and resides outside the Court's subpoena power, and his prior deposition in this case was recorded by video. Gentile intends to introduce the video excerpts corresponding to the designations listed above.

    6. Page 108, Line 14 – Page 115, Line 21

    7. Page 125, Line 20 – Page 126, Line 12

Designations of the Deposition of **John Kurisko**[3]:

    1. Page 6, Line 15 – Page 6, Line 21

    2. Page 8, Line 6 – Page 13, Line 1

    3. Page 65, Line 24 – Page 68, Line 5

    4. Page 69, Line 20 – 71, Line 9

    5. Page 75, Line 4 – Page 79, Line 9

    6. Page 88, Line 20 – Page 89, Line 11

Designations of the Deposition of **Janay Pyfrom (Symonette)**[4]:

    1. Page 37, Lines 10 – 21

    2. Page 38, Line 13 – Page 39, Line 2

    3. Page 40, Lines 13 – 21

    4. Page 41, Line 8 – Page 42, Line 14

    5. Page 43, Line 4 – Page 44, line 27

    6. Page 45, Lines 2 – 31

    7. Page 46, Lines 14 – 20

    8. Page 48, Lines 2 – 4

    9. Page 49, Line 16 – Page 51, Line 32

    10. Page 52, Lines 30 – 31

    11. Page 53, Lines 17 – 32

---

[3] As far as Gentile and his counsel are aware, Mr. Kurisko is not represented by counsel in this matter. Mr. Kurisko works and resides outside the Court's subpoena power, and his prior deposition in this case was recorded by video. Gentile intends to introduce the video excerpts corresponding to the designations listed above.

[4] Gentile and his counsel have been making reasonable efforts to secure Ms. Pyfrom's attendance at trial. Gentile submits these designations in the event she is unwilling to testify.

12. Page 54, Lines 4 – 13

13. Page 54, Line 19 – Page 55, Line 12

14. Page 65, Line 27 – Page 67, Line 18

15. Page 68, Line 23 – Page 69, Line 5

16. Page 70, Lines 2 – 19

17. Page 72, Line 26 – Page 73, Line 10

18. Page 83, Line 18 – Page 84, Line 10

19. Page 84, Line 31 – Page 85, Line 2

20. Page 87, Lines 2 – 22

Dated: May 13, 2024

Respectfully submitted,

FORD O'BRIEN LANDY LLP

By:  /s/ Gabriela M. Ruiz
   Gabriela M. Ruiz
   Fla. Bar. 46844
   One Biscayne Tower
   2 South Biscayne Boulevard Suite 3200
   Miami, Florida 33131
   Tel.: (786) 310-1135 (main)
   gruiz@fordobrien.com

   Adam C. Ford (admitted *pro hac vice*)
   Matthew A. Ford (admitted *pro hac vice*)
   Stephen R. Halpin III (admitted *pro hac vice*)
   275 Madison Avenue, 24th Floor
   New York, New York 10016
   Tel.: (212) 858-0040 (main)
   aford@fordobrien.com
   mford@fordobrien.com
   shalpin@fordobrien.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Defendant Guy Gentile's Deposition Filings and Designations, dated May 13, 2024, to be served via CM/ECF on the following counsel for Plaintiff:

Alice Sum
U.S. Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131
(305) 982-6300
sumal@sec.gov

Alise Meredith Johnson
U.S. Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131
(305) 982-6385
johnsonali@sec.gov

                                                                                 */s/ Gabriela M. Ruiz*
                                                                                  Gabriela M. Ruiz