UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

   Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

   Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING DEPOSITIONS

Pursuant to the Court's Order Providing Instructions for Jury Trial, [ECF No. 253], Plaintiff Securities and Exchange Commission hereby files the deposition transcripts intended to be used at trial of the following witnesses:

Exhibit A – Deposition of Guy Gentile taken on November 2, 2023.

Exhibit B - Deposition of Yaniv Frantz taken March 11 and 12, 2023.

Exhibit C - Deposition of Philip Dorsett taken February 27 and 28, 2023.

Exhibit D – Deposition of Ross Cameron taken March 14, 2023.

Exhibit E - Deposition of John Kurisko taken March 15, 2023.

Exhibit F - Testimony of Janay Symonette Pyfrom taken January 24, 2024.

Exhibit G - Testimony of Drameko Moore taken October 23, 2023.

Exhibit H – Testimony of Stephen Darville taken November 6, 2023.

Exhibit I - Testimony of Edward Cooper taken October 25, 2023[1] and January 24, 2024.

Plaintiff also files objections and counter designations to defendants following deposition designations:

1. **Designations of Ross Cameron**

| Defendant's Designation | Plaintiff Objection | Counter Designation |
|---|---|---|
| P. 96, Line 10 to P. 97, Line 21 | Relevance | |
| P. 98, Lines 16-24 | Relevance, Confuse the Jury | |
| P. 125, Lines 20 to P. 126, Line 12 | Misleading, Improper opinion, conclusion | |

2. **Designation of John Kurisko**

| Designation | Plaintiff Objection | Counter Designation |
|---|---|---|
| P. 88, Line 20-P. 89, Line 11 | Improper Opinion, conclusion, misleading | |

3. **Designation of Janay Pyfrom (Symonete)**

| Designation | Plaintiff Objection | Counter Designation |
|---|---|---|
| P. 87, Line 2-8 | Leading, misleading, conclusion | |

---

[1] The Bahamas Court has not transmitted the transcript for Mr. Cooper's October 25, 2023, testimony. As soon as it is received, the SEC intends to supplement its designations.

| | |
|---|---|
| May 17, 2024 | Respectfully submitted,<br><br>/s/Alise Johnson<br>Alise Johnson<br>Senior Trial Counsel<br>Fla. Bar No. 0003270<br>Direct Dial: (305) 982-6385<br>Email: johnsonali@sec.gov<br><br>Alice Sum<br>Senior Trial Counsel<br>Fla Bar No.: 354510<br>Phone: (305) 416-6293<br>Email: sumal@sec.gov<br><br>*Attorneys for Plaintiff*<br>**SECURITIES AND EXCHANGE COMMISSION**<br>801 Brickell Avenue, Suite 1950<br>Miami, Florida 33131<br>Telephone: (305) 982-6300<br>Facsimile: (305) 536-4154 |