Guy Gentile
11/29/2023

```
 1          UNITED STATES DISTRICT COURT
 2          SOUTHERN DISTRICT OF FLORIDA
 3
 4   SECURITIES AND EXCHANGE     )
     COMMISSION,                 )
 5                               )
           Plaintiff,   )
 6                      )
     vs.                ) Case No.
 7                      ) 1:21-CV-21079-Bloom
     MINTBROKER INTERNATIONAL,   )
 8   LTD., f/k/a SWISS AMERICA   )
     SECURITIES LTD. and d/b/a   )
 9   SURETRADER, and GUY GENTILE, )
     a/k/a GUY GENTILE NIGRO,    )
10                      )
           Defendants.  )
11   _____)
12
13
14      VIDEOTAPED DEPOSITION OF GUY GENTILE
15            Miami, Florida
16        Wednesday, November 29, 2023
17
18
19
20
21
22
23   Reported by:
24   Rebecca Callow, RMR, CRR, RPR
25   Job No. 231129RJC
```

1

```
 1       VIDEOTAPED DEPOSITION OF GUY GENTILE, produced
 2   as a witness at the instance of the Plaintiff and
 3   duly sworn, was taken in the above-styled and
 4   numbered cause on the 29th day of November 2023,
 5   from 11:08 a.m. to 6:15 p.m., before
 6   Rebecca J. Callow, Registered Merit Reporter,
 7   Certified Realtime Reporter, Registered
 8   Professional Reporter and Notary Public for the
 9   State of Florida, reported by computerized
10   stenotype machine at the offices of the Securities
11   and Exchange Commission, 801 Brickell Avenue,
12   Suite 1950, Miami, Florida, pursuant to the
13   Federal Rules of Civil Procedure.
14
15
16
17
18
19
20
21
22
23
24
25
```

2

```
 1              APPEARANCES
 2
 3   FOR PLAINTIFF:
 4       Securities and Exchange Commission
 5       801 Brickell Avenue
 6       Suite 1950
 7       Miami, Florida 33131
 8       (305) 982-6300
 9         By: Alise Johnson
10            johnsonali@sec.gov
11         Alice K. Sum
12            sumal@sec.gov
13
14   FOR GUY GENTILE:
15       Ford O'Brien Landy LLP
16       3700 Ranch Road 620 South
17       Suite B
18       Austin, Texas 78738
19       (512) 503-06388
20         By: Matthew A. Ford
21            mford@fordobrien.com
22
23   ALSO PRESENT:
24       Edwin Aragon, videographer
25
```

3

```
 1               INDEX
 2                           PAGE
 3   GUY GENTILE
 4   Examination by Ms. Johnson .........................9
 5   Court Reporter's Certificate ...................252
 6
 7
 8
 9            EXHIBITS
10       (Exhibits Bound Separately)
11   NO.        DESCRIPTION              PAGE
12   Exhibit 59    SureTrader Website Screenshot   128
13            (Bates SEC-WEBCAPTURE-E0000392
14            - SEC-WEBCAPTURE-E0000396)
15   Exhibit 59A    SureTrader website screenshot   179
16            larger font (Bates
17            SEC-SECWEBCAPTURE-E-0000392
18            through
19            SEC-SECWEBCAPTURE-E-0000396)
20   Exhibit 60     6/17/2013 email: Gentile to     186
21            Dorsett, et al., Re: SEC Rule
22            15a-6 (Bates
23            SEC-FL-03848-E-0010576 through
24            SEC-FL-03848-E-0010602)
25
```

4

**GRADILLAS COURT REPORTERS**
(424) 239-2800

EXHIBIT

A

Guy Gentile
11/29/2023

EXHIBITS (cont.)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 Exhibit 61 | 1/15/2012 Email: Gentile to | 180 |
| 4 | Dorsett, Re: Non-U.S. | |
| 5 | Broker-Dealers (Bates | |
| 6 | SEC-FL-03848-E-0002861) | |
| 7 Exhibit 62 | Twitter (X) feed - Guy Gentile | 244 |
| 8 Exhibit 65 | Defendant Guy Gentile's Amended | 214 |
| 9 | Answer | |
| 10 Exhibit 66 | Swiss America Securities, Ltd., | 202 |
| 11 | 12/31/2016 Consolidated | |
| 12 | Financial Statements (Bates | |
| 13 | SEC-SCB-P-0010799 through | |
| 14 | SEC-SCB-P-0010830) | |
| 15 Exhibit 67 | 12/31/2017 Financial and | 206 |
| 16 | Operational Report-form 13 | |
| 17 | (Bates EC-SCB-P-0009991 through | |
| 18 | EC-SCB-P-0009994) | |
| 19 Exhibit 68 | 4/6/2016 AML Program Review of | 47 |
| 20 | Swiss America Securities, Ltd. | |
| 21 | (Bates SEC-SUES-E-0000528 | |
| 22 | through SEC-SUES-E-0000538) | |
| 23 Exhibit 76 | 9/18/2015 letter: Marin to | 193 |
| 24 | Gentile (Bates GENTILE0004614) | |
| 25 | | |

5

EXHIBITS (cont.)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 Exhibit 85 | SureTrader website screenshot | 95 |
| 4 | (Bates | |
| 5 | SEC-SECWEBCAPTURE-E-0000340 | |
| 6 | through | |
| 7 | SEC-SECWEBCAPTURE-E-0000341; | |
| 8 | SEC-SECWEBCAPTURE-E-0000343 | |
| 9 | through | |
| 10 | SEC-SECWEBCAPTURE-E-0000344) | |

7

EXHIBITS (cont.)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 Exhibit 79 | 12/31/2015 Service Agreement | 199 |
| 4 | (Bates GENTILE0005082) | |
| 5 Exhibit 80 | SureTrader website screenshot | 98 |
| 6 | (Bates | |
| 7 | SEC-SECWEBCAPTURE-E-0000371 | |
| 8 | through | |
| 9 | SEC-SECWEBCAPTURE-E-0000375) | |
| 10 Exhibit 81 | SureTrader website screenshot | 106 |
| 11 | (Bates | |
| 12 | SEC-SECWEBCAPTURE-E-0000350 | |
| 13 | through | |
| 14 | SEC-SECWEBCAPTURE-E-0000352) | |
| 15 Exhibit 83 | SureTrader website screenshot | 97 |
| 16 | (Bates | |
| 17 | SEC-SECWEBCAPTURE-E-0000348 | |
| 18 | through | |
| 19 | SEC-SECWEBCAPTURE-E-0000349) | |
| 20 Exhibit 84 | SureTrader website screenshot | 105 |
| 21 | (Bates | |
| 22 | SEC-SECWEBCAPTURE-E-0000377 | |
| 23 | through | |
| 24 | SEC-SECWEBCAPTURE-E-0000382) | |
| 25 | | |

6

P R O C E E D I N G S
- - - - -

1
2
3      THE VIDEOGRAPHER:  We are now on
4  the record.  This is the video deposition
5  of Guy Gentile in the matter of Securities
6  and Exchange Commission versus MintBroker
7  International, LTD.  The Case Number
8  1:21-cv-21079 Bloom.
9      This video deposition is being
10  taken at 801 Brickell Avenue, Suite 1950,
11  Miami, Florida 33131.  Today's date is
12  November 29th, 2023.  The time is
13  11:08 a.m.
14      My name is Edwin Aragon,
15  certified legal video specialist with
16  Gradillas Court Reporters, located at
17  400 North Brand Boulevard, Suite 950,
18  Glendale, California 91203.
19      Now, Counsel, please identify
20  yourself and state whom you represent.
21      MS. JOHNSON:  Alise Johnson for
22  the Securities and Exchange Commission.
23      MS. SUM:  Alice Sum for the
24  Securities and Exchange Commission.
25      MR. FORD:  Matthew Ford on behalf

8

1    of Guy Gentile.
2         THE VIDEOGRAPHER:  Will the court
3    reporter please swear in the witness.
4              GUY GENTILE,
5         called as a witness herein, having
6         been first duly sworn by a Notary Public,
7         was examined and testified as follows:
8              EXAMINATION
9    BY MS. JOHNSON:
10   **Q.**  Hi, Mr. Gentile.  I'm going to go over just
11   a few ground rules.  I'm going to ask you a series
12   of questions.  You need to answer audibly, yes or
13   no, because the court reporter is taking it down
14   stenographically.  So she can't record a head shake
15   or an uh-huh.
16        If you don't understand my question,
17   please ask me to clarify it.  And if you need to take
18   a break, as we've discussed, you can just say, Hey,
19   let's take a break, and I'll be happy to do that.
20        Before we get into your background, I
21   just want to make sure, is there any reason today why
22   you might not be able to answer any questions
23   truthfully?
24   **A.**  No.
25   **Q.**  Are you under the influence of any

                          9

1    medications or substances that will affect your
2    ability to answer my questions or remember facts?
3    **A.**  No.
4    **Q.**  Terrific.  Let's start with your
5    background.
6         Can you tell me about your education
7    starting with high school?
8         Did you finish high school?
9    **A.**  I went to Blessed Sacrament High School in
10   New Rochelle, New York, for one year, and then I
11   switched to Mount Vernon High School in
12   Mount Vernon, New York.  I was there for maybe
13   three -- three months.
14        And then I opted to take my GED
15   instead, so I then switched over to a class to
16   accelerate the graduation, and that lasted for maybe
17   five or six months.  And then afterwards, I took my
18   GED.
19        And after that, I went to an auto
20   trade school to learn how to be a mechanic.  I had
21   registered also around that time to go to
22   Westchester Community College, but I never
23   actually -- I never went to it.  I went right into
24   working, pretty much, at 18.
25        And then later on, in 2009, I had

                          10

1    wanted to go into law enforcement, so I went and
2    enrolled myself in University of -- online, of
3    Phoenix, and I got a degree, which I finished in
4    2013, in criminal justice.
5    **Q.**  Is that an AA degree, or what?
6    **A.**  It's an associate's degree.
7    **Q.**  Okay.  And did you -- did you get any
8    certificates or finish auto mechanic school?  I
9    don't know what they give you.
10   **A.**  I don't remember --
11   **Q.**  Okay --
12   **A.**  -- what they gave us.
13   **Q.**  -- any certifications?
14        And you did receive your GED?
15   **A.**  I did.
16   **Q.**  Okay.  Do you hold or have you held any
17   professional licenses?
18   **A.**  Yes.
19        I had a license of, I guess, a
20   Series 7 license, a Series 24 license, a Series 55
21   license, a Series 3 license.  There could have been
22   some more, I just don't remember what they were.
23        And --
24        (Interruption.)
25        (Discussion off the record.)

                          11

1         MR. FORD:  You can go ahead.
2    **A.**  I can continue?
3    BY MS. JOHNSON:
4    **Q.**  Did you ever have a Series 63?
5    **A.**  Yeah.  I didn't finish --
6    **Q.**  Okay.
7    **A.**  -- so I did say a Series 63.
8    **Q.**  Okay.
9    **A.**  I don't remember which other licenses I
10   could have had at this time.  It was like five or
11   six of them.  Those were licenses with FINRA.  I
12   don't know if they refer them as "licenses," but
13   they're exams that I passed.
14        In addition to that, I also had a
15   license to be a bail enforcement agent from -- I
16   believe it was 2009 to maybe 2014.
17        And there's other certifications that
18   I had, because I was a volunteer firefighter from
19   around 2011 or 2012 to, maybe, 2014.  So I had to go
20   through a training in New York State to become a
21   certified firefighter.
22        I was also a fire police as well,
23   which was registered with New York State as a law
24   enforcement officer from around that time as well.
25   **Q.**  2011 to 2014?

                          12

1    A.  I -- that was -- I became a fire police
2  afterwards, so maybe that was --
3    Q.  Okay.
4    A.  -- maybe 2013 and 2014.
5      That's all I can think of, off the top
6  of my head, as far as education and licenses that I
7  did right now.  That's -- there could have been
8  more, but I just don't remember.
9    Q.  Okay.  That's pretty good.
10      What years did you hold the FINRA
11  series licenses?
12    A.  I believe I started and I got my first
13  license sometime in 1999, and I believe I held them
14  until probably 2012, is when I was no longer
15  registered as an associated person.
16    Q.  Okay.  Were you ever disciplined while
17  licensed -- while Series 7 licensed?
18    A.  I don't believe so.
19    Q.  And what were the circumstances that you
20  stopped being licensed?
21    A.  I just didn't need to be licensed anymore.
22    Q.  Okay.  And are you currently employed?
23    A.  No.
24    Q.  And then let's go -- I was going to go from
25  where you worked now backwards, but why don't we go

13

1  forward.
2      So why don't you tell me.  You said you
3  began working at 18.  Tell me your job history,
4  please.
5    A.  Sure.  At 18 years old, you know, my
6  parents were not happy that I dropped out of school,
7  so they forced me to go to work for my dad, which
8  was in the landscaping business.
9      And so I was with him during the day,
10  cutting grass, pulling weeds, planting flowers, you
11  know, things of that nature.  I did that for
12  probably a year.  But at night, I was also working
13  at a pizzeria, where I was delivering pizza from the
14  time I was 18 to -- maybe 19 -- or 17 to, maybe, 19
15  I did that.
16      And so I was working two jobs doing
17  that at night, shifting between two different
18  pizzerias, and during the day, I'd work for my dad.
19  And at around 19, I applied to work at Coca-Cola.
20      But before I worked for Coca-Cola, I
21  worked for a company that did, like, the graphics
22  for Coca-Cola.  They were the ones who made -- like,
23  the labels for them.  I did that for a few months,
24  and then I had applied to work for Coca-Cola
25  directly.

14

1      I basically just drove to them, handed
2  my risumi, said, I really want to work here.  And I,
3  luckily, met the plant manager, who just happened to
4  be walking out.  I handed him my risumi, he was --
5  you know, he's like, People don't usually walk up
6  and hand me a risumi.
7      But, you know, he set me up for an
8  interview.  I did the interview, I got hired to be
9  what they call a merchandiser.  And a merchandiser,
10  my job there was to, basically, go to the
11  supermarkets and, you know, meet the drivers in the
12  back room and get the sodas, build the displays, put
13  the pricing on them.  I did that for about nine
14  months.
15      I worked really hard, I did a lot of
16  overtime, and then I applied to also become a driver
17  because it paid more.  I was only getting paid $7.50
18  an hour back then, and the driver made almost
19  double.
20      So Coca-Cola allowed me to learn how
21  to drive the big trucks on their trucks.  So at 19,
22  I went and I got my CDL license.  That's another
23  license I had.
24    Q.  Is that a license to drive a rig?
25    A.  Yeah.  Exactly.

15

1    Q.  Okay.
2    A.  So I got that.  Although, once I got the
3  license, I had applied to become a driver and to
4  work in the production plant.  And the production
5  plant interviewed me and they hired me.
6      And at that job, I was basically -- my
7  main job there was basically putting -- you know,
8  running the label machine, which put the labels on
9  the sodas and stuff like that.  I did that for six
10  months.
11      Again, I worked really hard, lots of
12  overtime, working the night shift.  And they saw
13  that I was a really hard worker, so when there was
14  an opportunity to work in quality control, which was
15  the highest-paying union job that you could have in
16  Coca-Cola.
17      In quality control, they trained me
18  for about a year.  So like from '19 to '20, I was in
19  training, and they taught me how to make all of the
20  sodas, basically.  So I was working in the lab,
21  essentially, and mixing Coca-Cola, mixing Sprite,
22  and mixing everything that they made, Minute-Maid,
23  everything.
24      And then I had a back injury at some
25  point at that time, because it was just a lot of

16

Guy Gentile
11/29/2023

1 heavy lifting, and so I was, basically -- took a
2 break from -- from that.
3             And during the day, you know, while I
4 was on that break, I started to trade stocks for the
5 first time.  At that time, my first trade I ever did
6 was in Coca-Cola.  And from there, I started a
7 website called DayTrader Pro.  This was in 1998.
8             I incorporated that business sometime
9 in 1998, as well as DayTrader Pro, Inc.  It was a
10 New York State corporation.  And DayTrader Pro was
11 basically a website where I would talk about the
12 trades that I was doing, what I was buying, what I
13 was selling, and the reasons why I was doing it.
14             And I had started a -- basically, a
15 subscription service to where you can sign up for --
16 I think it was $29 a month.  This is, like, before
17 the internet was very big.  It was still dial-up
18 back then.
19             So I would literally fax my trades to
20 people.  It wasn't very big.  Maybe I had, you know,
21 50 to 100 clients at the time that were getting my
22 ideas.  And from there, you know, I came up with the
23 idea of SpeedTrader.
24             And I remember registering
25 SpeedTrader.com in 1998.  October of 1998.  And

17

1 idea was.  I wanted to start an online trading firm
2 to do what CyberTrader was basically doing.  And he
3 gave me an opportunity to get registered with him.
4             So I think the first license I passed
5 was my Series 63.  And then I tried to take my
6 Series 62 license, and I failed that license, which
7 is a lower license than a Series 7, because you
8 can't do options with it.
9             And then I took the Series 7, and I
10 passed that one, which didn't make any sense because
11 the 7 should have been harder.  So I passed it.
12             And then I basically started the
13 SpeedTrader website.  I built it myself back then
14 and just started putting -- putting it out there in
15 web forms, and so on.  And I got registered in some
16 states, and so on.  And it started to -- started to
17 get some customers coming in.
18             I didn't know what I was really doing
19 at the time because I had no experience.
20 Q.  What time period is this?
21 A.  1999.
22 Q.  Okay.
23 A.  So I hired some people to help with running
24 of the firm.  And that lasted for -- I started that,
25 literally, in my parents' basement.  I was running

19

1 then I just got on the phone, and I started calling
2 every broker-dealer that I could find that would let
3 me -- that would sponsor me so I could get licensed
4 with them.
5             And there was a lot of noes because,
6 you know, I didn't have a college degree.  I wasn't
7 the pedigree that -- that normally would start a
8 firm.  Granted, I'm probably 21 years old at this
9 time.
10             And there was this one firm called
11 CyberTrader.  They were one of the first day trading
12 firms, really, back then compared to the other type
13 of firms, like E*TRADE and Ameritrade, that were,
14 like, web-based trading platforms.
15             CyberTrader was one of the first
16 downloadable platforms that you can download and
17 trade from your desktop.  And it was just faster,
18 and it had, you know, faster routing, and you were
19 kind of skipping the market-makers and going to kind
20 of a direct access-type situation.
21             But we had gotten really close to
22 getting a deal done, and it fell apart.  And they
23 referred me to someone by the name of Ralph Mann,
24 rest his soul.
25             I talked with him; I told him what my

18

1 that for, like, the first six months.  And then
2 eventually -- I had gotten an office in probably the
3 year 2000.
4             Early 2000, I got an office and we --
5 the firm had probably reached, I don't know,
6 maybe -- maybe like 10 or 12 staff by then.  And at
7 that point, I had enough staff and other people with
8 experience working at the firm, so we applied to
9 become a FINRA member directly.
10             And we filed an application in Boston
11 of FINRA.  It was actually not FINRA at the time, it
12 was called NASD, and --
13             You know, I need some water in my
14 mouth.  I'm getting --
15 Q.  Of course.
16 A.  -- super dry.
17             (Pause in proceedings.)
18 A.  So I didn't have all the licenses at that
19 time.  I didn't have the Series 4.  So someone else
20 came in with me that was working at the firm.  Her
21 name was Maria Berry.
22 Q.  And she had the 4?
23 A.  She had the Series 4.
24             So we applied to become -- they call
25 it a Nickel BD, which was -- basically, the net

20

1  capital requirement was only $5,000 to get it going.
2  We filed the application.  It probably took six to
3  nine months to get -- to get it approved.
4         And then I let Ralph Mann know.  I
5  said, Hey, we have our own firm now.  It's been
6  great.  I appreciate all the help you've given me,
7  but we're going to basically move our clients into
8  our own broker-dealer.
9         And so it was a little process getting
10 that set up, getting the clearing firm set up, and
11 so on.  And so I think it was the year 2000 or 2001
12 that we ended up getting the license.  Probably 2001
13 is when I got the license.
14        And at that point, all the -- all the
15 staff moved to -- well, I guess were already
16 employees of the new firm and they got registered
17 with the new -- with the broker-dealer itself.  We
18 moved the clients over, which was maybe 100 clients,
19 maybe 150.
20        And that's the -- I can't remember if
21 I had any other -- I eventually shut down
22 DayTrader Pro at that point, once I started my own
23 firm, and I just -- I wasn't running it anyway; I
24 had someone else running it for -- from the time I
25 became a broker, and it just wasn't profitable, so I

21

1  ended up closing that company down.
2    Q.  When was that?
3    A.  Probably in the year 2000.
4    Q.  Okay.
5    A.  So just like a year.  It probably lasted
6  like a couple of years.  And --
7    Q.  And what is -- SpeedTrader, what was their
8  business in 2000-2001?
9    A.  It's -- so SpeedTrader -- the firm that we
10 became initially, SpeedTrader was a website of
11 Stock USA, Inc.  It was a -- it was a California
12 broker-dealer out of San Diego owned by Ralph Mann.
13 And he might have had other owners.  That's how it
14 originally started out.
15        And then once -- later on, when I
16 incorporated -- not incorporated.  I had already
17 incorporated SpeedTrader.Com, Inc., what it was
18 called, I then became a FINRA member.
19        That firm was an online trading firm
20 that mainly catered to -- not investors, but catered
21 to active traders and, you know, equity -- U.S.
22 equities and options.
23        I don't recall having any other
24 businesses until probably 2008.  I could have had
25 other businesses, I just don't remember them now if

22

1  I did.
2    Q.  Before we get there, let's finish up with
3  SpeedTrader.
4        Is SpeedTrader still in business?
5    A.  I believe it is.  Yeah.  It is.
6    Q.  And what is your relationship to
7  SpeedTrader?
8    A.  I don't have any relationship with it right
9  now.
10   Q.  And did you end up selling it?  How did
11 you --
12   A.  In 2010, it was put into a trust.
13   Q.  Okay.
14   A.  The holding company was put into a trust.
15 And it's for the benefit of my children.
16   Q.  Okay.  Do you or your children get any
17 income from the trust --
18   A.  I mean --
19   Q.  -- currently?
20   A.  -- they could ask for a distribution
21 once -- I mean, now that they're -- two of them are
22 over 18, so they could ask for a distribution if
23 they wanted to.
24   Q.  What is the name of the trust holding
25 company or the -- what's the name of the holding

23

1  company, and then what's the name of the trust?
2    A.  The holding company is call Mint Global
3  Holdings, Inc.
4    Q.  And are you the owner of Mint Global
5  Holdings?
6    A.  No.
7    Q.  Who are the shareholders of that?
8    A.  The trust is the shareholder, as far as I
9  know.
10   Q.  Okay.  And you said your children are the
11 beneficiaries?  Who is the trustee?
12   A.  Nicholas Abadiotakis.
13   Q.  And who is he?
14   A.  He is someone that I've known since
15 probably 2007.
16   Q.  He's a friend?  Or banker?  Both?
17        What's his relationship to you, I
18 guess?
19   A.  I would say that he's a friend.  Yeah.
20   Q.  Okay.  And the name of the trust?
21   A.  I believe it's called the Stock USA Trust.
22   Q.  And Mint Global Holdings, what other
23 companies are they the holder of?
24   A.  I don't know off the top of my head what
25 other companies they hold.  It could hold other

24

1 companies.
2    **Q.** Okay. And who is the -- who is the CEO of
3 SpeedTrader?
4    **A.** Joe Ely, I believe, is the CEO.
5    **Q.** Okay. Now, do you know how much the
6 holding company receives from SpeedTrader each year?
7    **A.** No.
8    **Q.** Okay. So we were -- you said -- we're up
9 to 2008. And you said you can't remember if you had
10 any other businesses.
11     I take it that means, in 2008, you
12 formed another business?
13    **A.** Correct.
14     In 2008, my wife at the time and I
15 incorporated Swiss America Securities in the
16 Bahamas.
17    **Q.** Okay. What was -- I take it that's not
18 your current wife. You said your wife at the time?
19    **A.** Correct. I was divorced in 2017.
20    **Q.** What's her -- the name who formed
21 Swiss America Securities?
22    **A.** What's her name?
23    **Q.** Yeah.
24    **A.** Karen Gentile.
25    **Q.** And tell me about Swiss America Securities.

25

1    **A.** Well, from 2008 until the middle of 2011,
2 it was not doing anything. It was just an
3 incorporation just sitting out there. Didn't have
4 any assets.
5     And then middle of 2011, I hired a law
6 firm to file a registration with the Securities
7 Commission of the Bahamas to apply for a
8 broker-dealer license.
9    **Q.** And was that received?
10    **A.** Yes.
11    **Q.** Okay.
12    **A.** It was received sometime in, I believe,
13 October. Late 2011, I think around October.
14    **Q.** Okay. And then did Swiss America
15 Securities start doing business?
16    **A.** It did.
17     It hired Philip Dorsett and, I
18 believe, one other person. Dia was her name, I
19 think.
20    **Q.** Okay. We'll come back to Swiss America. I
21 just want to get the rest of the background done
22 before we go off on down that road.
23    **A.** Sure.
24    **Q.** Do you currently own a controlling interest
25 in any companies, whether directly or through a

26

1 holding company?
2    **A.** I have some companies that I had that are
3 currently in the process of winding down. They're
4 not currently operating.
5    **Q.** Okay. What are those?
6     So I asked if you formally had any, so
7 we might as well.
8    **A.** Yeah. One of them is Kick Ride USA.
9    **Q.** Cake?
10    **A.** K-i-c-k, USA. Kick Ride USA, LLC.
11    **Q.** And what were they in the business of?
12    **A.** So that company is a software company
13 that -- it built software for micromobility for
14 like -- similar to, like, these scooters you'll see
15 on the road, like Lime and Bird and so on, like
16 that.
17    **Q.** So it built the software where you can rent
18 them?
19    **A.** Exactly.
20    **Q.** Okay. Any others?
21    **A.** That -- I had a company called Supreme,
22 LLC, as well. It was basically doing the same --
23 the same thing. I had just switched it from one to
24 another.
25    **Q.** Okay.

27

1    **A.** But it was basically the same -- the same
2 business.
3    **Q.** Okay. So nothing else that you
4 currently ...
5    **A.** I'm trying to think, but I just -- I can't
6 think of any right now that are currently operating
7 or controlling.
8     I mean -- that I own, basically?
9    **Q.** Yeah.
10    **A.** I can't think of any other ones right now.
11    **Q.** Okay. What about in the past? We've
12 talked about two of them.
13     Any other companies, than the three
14 that we've talked about, that you formally had a
15 controlling interest in?
16    **A.** I mean, there was many companies that
17 Swiss America owned.
18    **Q.** Okay.
19    **A.** Subsidiaries, I guess, you'd call them. So
20 I had, I guess, indirect ownership of them through
21 the holding company.
22    **Q.** Okay. Can you name them?
23    **A.** I don't remember all the names of them, but
24 they either started with Swiss America or Mint.
25     There was one called also A Link

28

Trading.
Q. What was A Link Trading?
A. It was just another subsidiary of Swiss America. It was just a holding company. It wasn't -- it wasn't operating a separate business.
Q. Okay. So your interest in A Link was through the holding company?
A. I think it was. I believe that it was.
I don't remember how the share structure was right now, but I remember the company existed.
Q. What about ProTrade Securities, LLC? Did you have a relationship to that?
A. Oh. Correct.
ProTrade Securities, now, that may have been in a trust, but I was a member of that. I forgot about that company. That company, I started in 2009, and that was a broker-dealer -- a U.S. SEC-registered broker-dealer.
The regulator was a CBSX Exchange, and that was a proprietary trading company. It had probably 100 members of that LLC, approximately. And I think it closed in late 2011 or early 2012.
But you also reminded me of other companies. I've had two during that time. One of

29

them was called Gbox Trading, LLC. I don't remember exactly where that was incorporated. It could have been Florida.
And that company was, like, a high-frequency algorithmic trading company where we had -- I had strategy that was developed with a programmer, and it was basically a high-frequency trading algorithm that traded as much as 100,000 transactions a day. I don't remember how many shares.
But I'm also remembering another company that I also owned.
Q. What period of time was Gbox, LLC, in business?
A. 2010 to 2013, maybe, in that range. Could have been less of a period.
Q. Is it still operational?
A. No.
But I also remember I also had another company, as well, now that you reminded me about that.
Q. Okay.
A. I had a company called Direct Access Software, LLC, and that -- I started in partnership with someone by the name of Jun Liu back in 2003.

30

And that was a trading software company. It built trading technology for day trading.
It wasn't a broker-dealer or anything like that. It just provided software market data, and it's a software that broker-dealers can license so their clients could get access to see real-time market data and charts and time and sales and options data.
Q. For any of these companies, were you involved in the programming or was it --
A. I was never a programmer of that level, because that's way too complicated for me. I could have -- at that time, I could build a simple HTML website, but -- I did learn a little bit about PHP programming back then, but I'm not a programmer.
I couldn't program anything, but -- at that time, maybe, a website, so -- but I knew how it should work. And I was the one that was doing most of the testing and talking with the developer of what -- what the type of features that I'd like to see it have, in combination with, you know, clients telling me, Hey, can you put this; can you put that in. And little by little it became a software.
Q. Okay. So we are Gbox, then Direct Access Software. Anything else?

31

I can go through --
A. I mean, as you talk to me, obviously, you're jogging my memory. This was, like, over 20, 25 years.
Q. That's the idea.
All right. Let's -- Mint Custody Limited. Tell me when you formed that company and why.
A. I don't think I formed that company.
Q. Okay. What's the relationship?
A. I believe that -- I think there could have been more than one Mint -- what did you call it again?
Q. I have Mint Custody Limited.
A. Mint Custody Limited. I kind of remember there being more than one Mint Custody Limited.
Q. Okay.
A. I just don't remember specifically where.
I think there could have been one maybe in Europe and one maybe in Delaware that was owned by Swiss America.
Q. And what was their purpose?
A. To just hold assets of the broker-dealer.
Q. Of Swiss America?
A. Swiss America. Correct.
Q. And what about MinTrade, M-i-n-T-r-a-d-e?

32

Guy Gentile
11/29/2023

1    A.  I don't remember that one specifically.  I
2  do remember that at a certain time after my divorce
3  that I wanted to build our own software that --
4  because as -- in my divorce, my ex-wife took the
5  software company, which was called Gas, Inc., and
6  now I have to license software from my ex-wife.
7    Q.  What year was the divorce?
8    A.  I believe 2017.
9    Q.  Okay.
10    A.  So around that time, I started to hire
11  developers to start trying to rebuild our own
12  software, and I think we had three developers
13  working.
14        And maybe that's the reason why
15  MinTrade existed, technologies.  That's my
16  recollection of it.  But I don't remember the exact
17  name of what the company was or how it got formed
18  specifically.
19        I just -- I do remember that -- if I'm
20  putting two and two together, that was -- if it --
21  that would be the purpose of it, was because we were
22  building our own software and we would probably put
23  it inside of that company.
24    Q.  And if it was formed around January of
25  2017, does that help?

33

1    A.  Okay.  Yes.  So, probably.
2    Q.  Okay.
3    A.  Although, it -- the software, I don't know,
4  we probably spent maybe a year developing it.  And I
5  don't remember the lead programmer's name, but he
6  disappeared.
7        So that was really bad for a software
8  business when your head developer disappears.  And
9  then I just didn't have anyone to take it over, so
10  it just ended up getting shelfed indefinitely.
11    Q.  Okay.  What about Mint Global Markets?
12        What is your relationship to Mint
13  Global Markets?
14    A.  Well, Mint Global Markets is
15  SpeedTrader.Com, Inc.  It's the same -- it's the
16  same entity.  It's the same entity that is owned by
17  Mint Global Holdings, which is owned by a trust for
18  the benefit of my kids.
19        I don't have any relationship with
20  them.  I don't have an account there.  I don't have
21  anything there.
22    Q.  Okay.  So Mint Global Markets --
23  SpeedTrader is the business name -- was the business
24  name for Mint Global Markets?
25    A.  Yeah.  SpeedTrader.Com, Inc., changed its

34

1  name several times.  It was SpeedTrader.Com, Inc.,
2  then it changed its name to, I think, First Putnam
3  Investments.
4        And then I remember, the Putnam
5  fund -- we were trying to set up a brand called
6  Putnam Direct, because the company was based in
7  Putnam County.  And then we got a cease and desist
8  letter from --
9    Q.  Putnam County, Florida, or Putnam --
10    A.  New York.
11    Q.  Okay.
12    A.  And we got a cease and desist letter from a
13  fund that was using the name Putnam.  And they were
14  going to sue us for using the name Putnam, and so,
15  instead of going through a litigation with them, we
16  agreed to change the name.
17        And it was changed, I think, to
18  Stock USA Investments, Inc.  And then, again, it was
19  changed, because I remember every time it would get
20  an audit, they were -- like, wanted to talk about
21  investing and thinking that it was like a -- like an
22  investment advisor.
23        So then we decided again to change the
24  name to Stock USA Execution Services.  And then --
25  and then it changed again.  I don't remember,

35

1  Mint Global Markets, I think you said?
2    Q.  Um-hmm.
3    A.  And then now I believe that they've changed
4  their name again to SpeedTrader, Inc., I think their
5  name is now.  So they've changed their name several
6  times.
7    Q.  What about Mint Bank International?
8    A.  That company never existed.
9    Q.  Okay.
10    A.  It was never incorporated.
11    Q.  And then Swiss America Group.  Okay.  Let's
12  say -- you were talking about -- you started it with
13  Karen Gentile?
14    A.  Karen Gentile.
15    Q.  That brings us back to where we started in
16  2008.  And then 2011 you registered.
17        What kind of company was it in 2012?
18    A.  In 2012?
19    Q.  Yeah.
20    A.  Swiss America, you're talking about?
21    Q.  Yeah.
22    A.  It was -- when you say what kind of company
23  it was --
24    Q.  What was its business?
25    A.  Okay.  So it was a company incorporated in

36

1  the Bahamas.  I don't believe it was an IBC, which
2  stands for International Business Company.  I think
3  it was a domestic Bahamas company, and it was
4  licensed as a broker-dealer.  It was licensed as
5  a --
6      Q.  When you say "licensed as a broker-dealer,"
7  by the ...
8      A.  Securities Commission of the Bahamas.
9      Q.  Okay.
10     A.  And it had several licenses within that
11  license that it can do:  Arranging deals, advising,
12  principal trading, and one other thing, maybe.
13         And it also had a separate license,
14  which was called a corporate and financial service
15  provider license.  It was a separate license within
16  the same firm.  And the firm focused on active
17  trading.
18     Q.  When you say "focused on active trading,"
19  for customers or who?
20         What was the customer base?
21     A.  For customers.
22     Q.  Retail?
23     A.  It had retail and it also had some
24  institutional customers -- or corporate customers.
25  I don't know the definition of --

                        37

1      Q.  I'll call it institutional.  But retail
2  would be -- anyway.
3         And did it change -- the business model
4  change any time from 2012 to 2019?
5      A.  No.
6      Q.  And was it started -- how did it -- how did
7  you get the funding to start company?
8      A.  I believe that my wife paid for it at the
9  time.  Ex-wife.
10     Q.  And in, let's say, 2016 to 2019, who was
11  the owner of the company?
12     A.  The ownership -- well, from what year?
13  From 2016?
14     Q.  Why don't we start in 2012, who owned it.
15         And then if there was changes in
16  ownership, you can let me know.
17         So 2011-2012, who were the owners?
18     A.  Well, it was a marital asset at the time.
19     Q.  Okay.
20     A.  So, technically, my wife and I at the time
21  both owned it until the divorce.  Until it was
22  stipulated that that asset was mine, and then her
23  assets was the software company.
24     Q.  Okay.  So after -- I guess the question
25  should be, after 2017, who was the owner?

                        38

1      A.  I was.  And Michael Miller owned 1 share --
2  or 1 percent.
3      Q.  Okay.  So he had 1, and you had 99?
4      A.  Correct.
5      Q.  Any changes between 2017 and 2019 of the
6  ownership?
7      A.  I don't believe so.
8      Q.  And did Swiss America Securities go by any
9  other names?
10     A.  It went by the name Mint Broker
11  International as well.
12     Q.  What about SureTrader?  Did it use that
13  name?
14     A.  SureTrader was a website that it owned,
15  yeah.  Yes.  It used that name.
16     Q.  Why -- I guess, when did it become
17  Mint Broker and why?
18     A.  I don't remember exactly when that
19  happened.  It could have been sometime in 2017 as
20  well.
21         The reason why was because it --
22  Swiss America just didn't fit the company, because
23  it had -- it just didn't fit what it was doing.  And
24  it was trying to change its name to a brand that
25  would make sense.

                        39

1         I was trying to build a brand called
2  Mint Broker, so I just changed its name to
3  Mint Broker.  And Swiss America was just too
4  confusing to build a brand off of, so -- so it
5  changed.
6      Q.  Did you think of the name?
7      A.  I don't remember if it was me.  It could
8  have been someone else that came up with that name.
9  I know we were brainstorming -- the company was
10  brainstorming a bunch of different names.
11         And, you know, when you're
12  brainstorming, you have to also be able to get the
13  domain names.  So it was a process of elimination of
14  what names do you -- do we like, and what name's
15  actually available.  So that was a process of
16  elimination how we came to that name.
17     Q.  Was -- if I call it SureTrader -- can I
18  interchange it with SureTrader and Swiss America, or
19  would you rather I --
20     A.  That's fine.  You can call it -- I mean, it
21  might get confusing --
22     Q.  Okay.
23     A.  -- when we're talking SureTrader and maybe
24  SpeedTrader.  So if -- maybe we'll put something
25  else at the end of it so that we know the

                        40

1  difference.  I don't want to get confused.
2     Q.   All right.  Was Swiss America ever
3  registered in the United States?
4     A.   What do you mean by "registered in the
5  United States"?
6     Q.   Was it ever registered as a broker-dealer?
7     A.   No.
8     Q.   And its primary business was trading for
9  active -- providing a platform for active traders?
10    A.   Correct.
11    Q.   Can you tell me what a day trade is?
12    A.   What a day trade is?
13    Q.   Yeah.  What's your definition?
14    A.   So a buy and a sell of a stock in a single
15  day.
16    Q.   Did your customers engage in day trading at
17  Swiss America?
18    A.   I believe so.
19    Q.   Did you cater to day traders?
20    A.   Yes.
21    Q.   During the time period of 2016 to 2019,
22  SureTrader only permitted its customers to trade in
23  U.S. equities and options.  Is that correct?
24    A.   I believe that we had the ability to trade
25  in other markets as well.

41

1     Q.   Your customers had the ability?
2     A.   Yeah.
3          I believe Canadian markets was a
4  possibility to trade in electronically during that
5  time.  I don't remember how many transactions would
6  have happened in there, but I believe it was capable
7  of doing it, of getting the data and doing a trade
8  in it.
9     Q.   Okay.  Did Swiss America -- what were its
10  revenue streams?  How did it make money?
11    A.   Oh.  How did it make money?
12          Commissions, margin interest.  Those
13  are the main -- the main ones that I can think of.
14    Q.   Any other fees?  Did it charge other fees?
15    A.   Pass-through fees?  Yeah.
16          Like, for example, if the software
17  company charged a fee, it would get charged to the
18  customer.  I consider it like a pass-through fee.
19    Q.   Was there a fee to open an account?
20    A.   No.
21    Q.   What about to maintain an account?
22    A.   I don't think there was a fee to maintain
23  an account.  There might have been an inactivity
24  fee.
25    Q.   Any other revenue streams that you recall?

42

1     A.   I mean, those are the main -- the main ones
2  that I recall.
3     Q.   Okay.  Can you rank those?  What was your
4  most probability to your least?
5     A.   No.  I don't know which one it was.
6     Q.   What was -- I'm going to say SureTrader --
7  Swiss America SureTrader, what was their profit in
8  2016?
9     A.   I don't know.
10    Q.   More than $1 million?
11    A.   I don't remember.  I don't remember.
12    Q.   More than $5 million?
13          MR. FORD:  Objection.
14    A.   I don't remember.
15  BY MS. JOHNSON:
16    Q.   Okay.  What about 2017?  What was their
17  profit?
18    A.   I don't remember.
19    Q.   Less than $10 million?
20          MR. FORD:  Objection.
21    A.   I don't remember.
22  BY MS. JOHNSON:
23    Q.   Would you remember if it was more than
24  $10 million.
25          MR. FORD:  Objection.

43

1     A.   I mean, it's possible, but I just don't
2  remember right now.
3  BY MS. JOHNSON:
4     Q.   What about 2018?  What was SureTrader's
5  profit in 2018?
6     A.   I don't remember what the profit was.
7     Q.   2019, do you recall?
8     A.   No.
9     Q.   How many assets under management did
10  SureTrader have in 2016?
11    A.   I don't remember how many assets it had
12  under management.  As far as client assets, I can
13  speculate of what it was.
14          MR. FORD:  You don't need to
15  speculate.
16          THE WITNESS:  Yeah.
17  BY MS. JOHNSON:
18    Q.   You can do approximately.  An educated
19  guess.
20          MR. FORD:  Well, not an educated
21  guess.
22  BY MS. JOHNSON:
23    Q.   Approximately.  You can give me a range.
24  It doesn't have to be --
25    A.   I don't remember exactly how much it had --

44

1   **Q.** Okay.
2   **A.** -- under management.
3   **Q.** I'm not asking exactly.
4       Was it more than $10 million?
5       MR. FORD:  Objection.
6   **A.** It could have been more; it could have been
7   less. I just don't remember.
8   BY MS. JOHNSON:
9   **Q.** Okay. How many customers did Swiss America
10  have in 2016?
11  **A.** I don't remember.
12  **Q.** Was that more than $10,000?
13      MR. FORD:  Objection.
14  **A.** I don't remember.
15  BY MS. JOHNSON:
16  **Q.** How many customers did they have in 2017?
17  **A.** I don't remember.
18  **Q.** 2018, do you remember?
19  **A.** I don't remember.
20  **Q.** How many customers in 2019?
21  **A.** I don't remember how many customers the
22  firm had in each specific year.
23  **Q.** Okay. How about at its peak? How many
24  customers did they have?
25  **A.** It would be a guess, but --

45

1       MR. FORD:  You don't need to
2   guess.
3   **A.** -- there's a difference between how many
4   customers it had and how many accounts it opened.
5       I'm not really sure which question
6   you're asking me.
7   BY MS. JOHNSON:
8   **Q.** Okay. Let's ask both. How many
9   accounts -- customer accounts did it have?
10  **A.** Maybe between 40,000 and 50,000.
11  **Q.** Okay. That's at the peak?
12  **A.** Yeah. Accounts.
13  **Q.** Okay.
14  **A.** But most accounts are never either
15  completed or funded. Probably -- my guess is
16  80 percent of them are never completed.
17  **Q.** Okay. How many customers, then, did you
18  have at the peak -- did SureTrader have?
19  **A.** 3,500 maybe. 4,000, in that range. I just
20  don't remember exactly the number.
21  **Q.** Okay.
22  **A.** But I'm just going off of the approximation
23  of -- you know, if we had 50,000 people open
24  accounts -- that number rings a bell to me -- and
25  10 percent funded, it doesn't mean that we had 5,000

46

1   accounts, though, because, over the years, people
2   close their accounts. So maybe 3,500.
3   **Q.** People come; people go; people trade.
4       The general trend from 2016 to 2019,
5   did you increase your customer base or decrease?
6   **A.** I don't remember if it increased. I
7   remember it just being consistent.
8   **Q.** Okay. In 2016, what percentage of
9   Swiss America/SureTrade's customers resided in the
10  United States?
11  **A.** I don't know.
12  **Q.** Was it more than 50 percent?
13      MR. FORD:  Objection.
14  **A.** I don't know.
15  BY MS. JOHNSON:
16  **Q.** We'll go to our first exhibit. I'm going
17  to show you what I have previously marked as 68.
18      (Plaintiff's Exhibit 68
19      marked for identification.)
20  BY MS. JOHNSON:
21  **Q.** Do you recognize this document?
22  **A.** It's very blurry.
23      MR. FORD:  Can we actually go off
24  the record for a second?
25      MS. JOHNSON:  Yes.

47

1       THE VIDEOGRAPHER:  Going off the
2   record at 12:01.
3       (Discussion off the record.)
4       THE VIDEOGRAPHER:  We're back on
5   the record at 12:02.
6   BY MS. JOHNSON:
7   **Q.** Do you recognize what this is?
8   **A.** I've seen it -- I've seen this document,
9   but I don't remember what's in it.
10  **Q.** Okay. I would not expect that.
11      It says, "AML Program Review of
12  Swiss America Securities." There's a signature up on
13  the right-hand page. Is that your signature?
14  **A.** No.
15  **Q.** Do you know whose that is?
16  **A.** No.
17  **Q.** And it says, "Prepared for Miles &
18  Stockbridge, P.C., and Stock USA Execution
19  Services."
20      Do you know why this was produced? Why
21  Miles & Stockbridge was asking for this document?
22  **A.** Well, it says it was prepared for Miles &
23  Stockbridge.
24  **Q.** Right. Do you know the circumstances that
25  this document was prepared?

48

Guy Gentile
11/29/2023

1    **A.**  I mean, from my recollection, it was
2  something that Stock USA Execution -- and their
3  lawyer, I believe, is Miles & Stockbridge, you know,
4  did an independent review of their client, which was
5  Swiss America.
6    **Q.**  Do you know why?
7    **A.**  Because Swiss America is a foreign
8  broker-dealer.  U.S. broker-dealers do enhanced due
9  diligence on foreign broker-dealers, from my
10  understanding.  So this was just part of their
11  enhanced due diligence of their client.
12    **Q.**  And if you look at page 3, it's got numbers
13  at the bottom.  The physical fourth page in, but
14  page 3 at the bottom, we go down the titles.  If we
15  look under "Employees and Remote Locations" --
16    **A.**  Where is that?
17    **Q.**  Like, three down.
18    **A.**  Page 3?
19    **Q.**  Yeah.  Page 3.  It says "3."  Number 3.
20    **A.**  Yeah.  I see that.
21    **Q.**  It says you had 29 total employees.  Is
22  that correct?
23    **A.**  That Swiss America had 29 employees?
24    **Q.**  Yeah.
25    **A.**  I don't know --

49

1    **Q.**  If you look at the top, it says
2  "Swiss America Securities"?
3    **A.**  Yeah.  I don't --
4       MR. FORD:  Objection.
5    **A.**  -- know actually exactly how many employees
6  we had at that time, but it does say 29 employees on
7  this report.
8    BY MS. JOHNSON:
9    **Q.**  Okay.  And if you look at the bottom of the
10  page, location of clients, United States, over
11  50 percent; Canada, 10 to 20 percent.  And if you
12  flip the page, it says Germany, Asia,
13  Central/South America, Middle East.
14       Do you see that?
15    **A.**  Correct.
16    **Q.**  Does that help you remember how many
17  clients you had located in the United States in
18  2016?
19    **A.**  No.  It just has a percentage here.  It
20  doesn't say how many clients.
21    **Q.**  Okay.  Will you agree it was over
22  50 percent?
23    **A.**  I -- I didn't see the report that this
24  person used to generate this.  I see it says
25  50 percent here, though.

50

1    **Q.**  Do you have any reason to believe that
2  that's not accurate?
3       MR. FORD:  Objection.
4    **A.**  I don't have any reason to believe it's not
5  accurate.
6    BY MS. JOHNSON:
7    **Q.**  Okay.  And then if you look on page 4,
8  numbered 4?
9    **A.**  Number 4?  Okay.
10    **Q.**  Yeah.  If you look at "Investment
11  Products," SAS, is that Swiss America Securities?
12    **A.**  It is.
13    **Q.**  "SAS clients conduct online trading.
14  Investment products are U.S.-traded equities,
15  99 percent plus, and U.S.-traded options, 1 percent
16  or less."
17       Does it say that?
18    **A.**  Yes.
19    **Q.**  Okay.  I think we're done with that one.
20       MR. FORD:  Just for the record,
21  there's no Bates number on this, and it
22  also is tagged as "Privileged, Confidential
23  Attorney-client Information."
24       Do we know where this came from
25  and if --

51

1       MS. SUM:  This should have a
2  Bates, and this is a printed copy.  I'm not
3  sure why it was produced.
4       MR. FORD:  Okay.  Can we flag
5  that just so we can verify it?
6       MS. JOHNSON:  Yeah.  We'll get
7  you get the Bates.
8       MS. SUM:  Yes.
9       MR. FORD:  But I'll put the
10  objection on to the use and the questions
11  about it until we sort that out.
12    BY MS. JOHNSON:
13    **Q.**  All right.  I have one more question about
14  this.  I'm sorry.
15       Back to page 3.  It says, "Total" --
16  under "Customers," sort of mid-page.
17       "Total number of accounts:  17,015
18  approved accounts.  Not all approved accounts have
19  been funded.
20       "Number of new accounts:  300 to 400
21  per month.
22       "Types of customers:  Individuals,
23  95 percent plus; LLCs/corporate entities,
24  approximately 25 funded.
25       "Trusts:  Fewer than 10 funded

52

Guy Gentile
11/29/2023

1 accounts."
2           Is that consistent with what we've
3 discussed previously?
4    A.  I think so.
5    Q.  What percentage of SureTrader customers
6 resided in the United States in 2017?
7    A.  I don't know.
8    Q.  More than 50 percent?
9           MR. FORD:  Objection.
10   A.  I do not know.
11 BY MS. JOHNSON:
12   Q.  Approximately how many of your clients were
13 located in the United States in 2018?
14   A.  I don't know what percentage it was.
15   Q.  What about 2019?
16   A.  I don't know what percentage it was.
17   Q.  More than 50 percent?
18          MR. FORD:  Objection.
19   A.  I'd be guessing if I gave an answer to
20 that.  I'm not -- I'm not sure --
21 BY MS. JOHNSON:
22   Q.  Okay.  What about revenue-wise, not
23 number-wise?
24          Revenue-wise, what percentage of SAS's
25 clients did business -- did the U.S. customers make

53

1 up of the business?
2    A.  I don't have the financials in front of me
3 to be able to answer that.
4    Q.  Of your top 100 customers, how many of them
5 resided in the United States?
6    A.  I've never seen a report that would tell me
7 that information, that I can remember.
8    Q.  Did you do -- run top 100 reports, top 50
9 customer reports?
10   A.  I don't remember, myself, running any
11 reports like that.  I don't know if anyone in the
12 firm may have, but I don't remember doing it.
13   Q.  What clearing firms did SureTrader use?
14   A.  Well, it was clearing through the
15 introducing broker-dealer, SpeedTrader.  And they
16 were clearing it through Electronic Communications
17 Services -- no -- Electronic Transactions Services,
18 Interactive brokers, and there could have been one
19 other.
20          I just don't remember off the top of
21 my head.  There was -- maybe Alpine Securities, I
22 think it was called, had an agreement.  But I don't
23 remember if it did any transactions through it.  But
24 I think had -- it also had Oppenheimer.
25   Q.  What period of time did it use Oppenheimer?

54

1    A.  Probably from 2012.
2    Q.  Okay.  Let's go to Exhibit 24.
3           We've used this in another deposition,
4 so it was marked as 24.
5    A.  All right.  There was actually some other
6 companies that I did set up that I remember as well.
7    Q.  Okay.
8    A.  That, you know, having some time to think.
9    Q.  Okay.
10   A.  I just want to put them on the record as
11 well.
12          There was a company called Sur Club
13 Sushi Bar, LTD, that I believe I owned directly as
14 well.
15   Q.  What kind of company was that?
16   A.  That company took a really long time to get
17 opened, but I started setting that up in 2011.  I
18 started with that.  And it started operation in
19 2013, and then I think it closed in 2015.
20          Then, in addition to that --
21   Q.  What was it in the business of?
22   A.  It was a restaurant and -- and bar or club.
23 And that was based in the Bahamas.
24          And I also set up a company with
25 exactly the same name in Florida, but that was at

55

1 the request of the FBI to do, to run -- to use it to
2 run sting operations as one of my many covers while
3 I was working for them.
4           And it was -- basically, once the
5 government didn't need it anymore, that ceased to
6 operate, so that was --
7    Q.  Okay.  Was that company -- we'll get into
8 the FBI later.
9           But was that company a running company,
10 or was it just a cover?
11   A.  The one in Florida that was set up was just
12 a cover to get a target to send money to it.  And
13 the one in Bahamas was a real business, but we also
14 used it in undercover operations when it was
15 operational, the actual business.
16   Q.  It had an actual restaurant and bar?
17   A.  Yeah.
18   Q.  Why did it -- it's not in operation
19 anymore?
20   A.  No.
21          What happened is -- it's really sad.
22 But the property that was next door to it is where
23 we were using parking for people, and the owner of
24 it was some billionaire.
25          And one day, we showed up to the

56

1 restaurant, and he just locked off the parking lot
2 with no explanation, no nothing, so customers had
3 nowhere to park.  The revenue plummeted, and it was
4 sayonara to the business.
5     Q.  Okay.  Any other businesses that you
6 thought of?
7     A.  If I remember them while we're talking,
8 I'll just bring up.
9     Q.  Just bring it up.
10         All right.  Back to
11 Swiss America/SureTrader.  I'll show you what's been
12 previously marked as Exhibit 24.
13         And do you recognize this?
14     A.  Yes.  I mean, I believe I've seen this
15 before, but I don't remember when I saw it.  I don't
16 know if I saw it as a discovery thing that you have
17 provided me or it was through some other means.  But
18 I have seen it.
19     Q.  Okay.  What is it?
20     A.  It looks like a flowchart to me.
21     Q.  An organizational chart of Swiss America
22 Securities?
23     A.  Yes.
24     Q.  And just take a minute and look through it,
25 and let me know if it correctly represents the

57

1 employees and the officers of Swiss America
2 Securities.
3         Start with you.  Were you and
4 Mr. Collie on the board of directors?
5         MR. FORD:  And just -- there's a
6     notation on the bottom right.  Can you read
7     that?
8         MS. JOHNSON:  The last update,
9     the 27th.
10         MR. FORD:  Yeah.
11     A.  On that date, I believe Antonio and I were
12 both directors at that time.
13 BY MS. JOHNSON:
14     Q.  Okay.  Was there a date after that where
15 you were not?
16     A.  Yes.
17     Q.  When was that?
18     A.  When it was put into receivership.
19     Q.  Okay.
20     A.  But I also don't agree with the flow -- the
21 way this is written out.
22     Q.  Okay.  What do you disagree with?
23     A.  Well, Antonio and I are both directors.  I
24 was the chief compliance officer, but he was also
25 the president, so he should be up here with me as

58

1 well.
2     Q.  Under "CEO" or under "President" -- where
3 it says "President" --
4     A.  Under "Board of Directors" --
5     Q.  Okay.
6     A.  -- there should just -- basically, the CEO
7 should just basically be right here in the next
8 line.  And I'm just part of the executive team; I'm
9 not an executive by myself here.
10     Q.  Okay.  And then was Mr. Collie the
11 president and chief financial officer at the time?
12     A.  Yes.
13     Q.  Did he tree up to you?  Who was his -- who
14 was his superior?
15     A.  He was a board of director -- right? -- so
16 he was able to be autonomous in his decision-making.
17     Q.  Could you have fired him?
18     A.  I never fired him.
19     Q.  But could you have?  Did you have the
20 authority to do that?
21     A.  The shareholder could have got a resolution
22 to bring in another director, but in the Bahamas,
23 you're required to have two directors for a
24 broker-dealer so that not one person can be
25 autonomous by themselves.  So you're required to

59

1 have two directors at all times.  And --
2     Q.  And who was the shareholder in August of
3 2017?
4     A.  Myself and -- and Michael Miller.
5     Q.  Okay.
6     A.  So I could have done a resolution to
7 replace someone with someone else, but there would
8 have still been always someone there.  It wouldn't
9 have just been me on my own.
10     Q.  Okay.  And then this says the chief
11 compliance officer is Edward Cooper.  Is that
12 correct?
13     A.  Where does it say that?
14     Q.  The next line over.  I'm just going left to
15 right.
16     A.  Yes.  It does say that.
17     Q.  And when did he become chief -- is that
18 correct?
19         Was he the chief compliance officer?
20     A.  I don't remember when he became the chief
21 compliance officer.  I know that there's probably a
22 document out there from the Securities Commission
23 saying when he became the chief compliance officer.
24 But at some point, he was the chief compliance
25 officer, to my recollection.

60

1    Q.  Okay.  Who was the chief compliance officer
2  prior to Mr. Cooper?
3    A.  Dorsett.
4    Q.  And when did Mr. Dorsett become the chief
5  compliance officer?
6    A.  When the firm started, he became the chief
7  compliance officer.
8    Q.  Okay.  So sometime around 2011-2012?
9    A.  2011.
10   Q.  And then we have Mr. Darville was the
11  information technology person.  Is that correct?
12   A.  I don't not know if he was -- I don't think
13  he was an officer like this says.  That's why I
14  don't think this document is correct.  I don't --
15   Q.  It doesn't have him as the chief technology
16  officer, it just says --
17   A.  Oh.  It just says "Open."  Okay.
18   Q.  Yeah.
19   A.  He was one of the information technology
20  people.
21        There was more than one, but I just
22  don't remember at what time it just became him.  It
23  could have been at this time that it was just him,
24  but there was, usually, I think, two people in that
25  role.

61

1    Q.  Okay.  And for chief operating officer, it
2  has Yaniv Frantz?
3    A.  Yes.
4    Q.  What period of time did he serve in that
5  role?
6    A.  I don't remember the years exactly, but I
7  think 2017 and '18.  I think those -- I think those
8  are the years.
9    Q.  Did anyone succeed him?
10   A.  No.
11   Q.  Okay.  And then Justin Ritchie was the
12  deputy director?
13   A.  Yes.  I mean, he was, like, an office
14  manager, I would say.  And that's -- and human
15  resources.
16   Q.  Okay.  And then Janay Symonette, she was
17  your chief marketing officer?
18   A.  Correct.
19   Q.  And was she that until 2019?
20   A.  Yes.
21   Q.  And did you have the -- could you have
22  fired or hired Janay?
23        First of all, did you hire Janay?
24   A.  I recommended her to be hired.
25   Q.  To who?

62

1    A.  To human resources.  Justin.  And then
2  he -- he hired her.
3        But most of the hiring was not done by
4  me at all, or most of the interviews were not done
5  by me.
6    Q.  Who did the hiring?
7    A.  Justin.
8    Q.  Did you have the authority to fire any of
9  the executives on this list?
10   A.  I'm trying to think if I actually ever even
11  fired a single person.
12   Q.  My question was, did you have the
13  authority?  And then we can move on to the did you.
14   A.  I had -- I had authority.  I believe I had
15  authority to -- I mean, it would have been a
16  discussion with Antonio, because if it's an officer,
17  I couldn't fire them on my own.  I would have to
18  have a board resolution.
19        So it would have been something I
20  wouldn't have done on my own.  It would have been
21  something I would have discussed with Antonio.
22   Q.  Okay.  What about non-officers?
23        What about, like, Mr. Ritchie or
24  Mr. Darville?  Did you have the authority to fire
25  them?

63

1    A.  Again, that would have -- that's not
2  something I've ever -- I never did.  That's
3  something that human resources would have -- would
4  have done.  I didn't get involved into that other.
5    Q.  If you wanted to be involved, did you have
6  the authority to fire them?
7        MR. FORD:  Objection.
8    A.  It would have been something I would have
9  talked to Antonio first, and then a decision would
10  have been made either between the two of us, if it's
11  an executive.  If it's not an executive, I did not
12  get involved in any hiring and firing of
13  nonexecutives.
14   BY MS. JOHNSON:
15   Q.  Did you have the authority?
16        MR. FORD:  Objection.  Asked and
17  answered.
18        MS. JOHNSON:  He hasn't answered.
19   BY MS. JOHNSON:
20   Q.  Did you have the authority to fire
21  Jasmine Sands?
22   A.  I didn't fire her --
23        MR. FORD:  Objection.
24   BY MS. JOHNSON:
25   Q.  If you had wanted to fire her, could you

64

1   have done it without talking to anybody?
2            Did you have the authority?
3     **A.**  I would have never done that.
4     **Q.**  That's not my question.
5            Do you have the authority, if you
6   wanted to, to fire employees?
7     **A.**  I believe that --
8            MR. FORD:  Objection.
9     **A.**  -- it would have still have to have gone
10  through the board of directors, and the other
11  executives would have had to get together to make a
12  decision on that.  It's not something I would have
13  done autonomously.
14  BY MS. JOHNSON:
15    **Q.**  Okay.  Did you have the authority, prior to
16  August of 2017, to fire an employee?
17    **A.**  So let's just say from when?  Like, 2012 to
18  2016?
19    **Q.**  Yeah.
20    **A.**  Well, I mean, during -- during that time,
21  from 2012 to, let's just say, 2016, the people that
22  were actually running my firm was the FBI, the DOJ,
23  and the SEC.  They were completely controlling me,
24  so I had to do whatever they said.  So that's who
25  was really running my firm during those periods.

65

1     **Q.**  Could you have fired an employee, even
2   though they were involved?
3            MR. FORD:  Objection.  He just
4   answered your question.
5   BY MS. JOHNSON:
6     **Q.**  All right.  Okay.  Who at the SEC was
7   running your firm in 2012?
8     **A.**  What's the question?
9     **Q.**  Who at the SEC was running your firm in
10  2016?  Give me a name.
11    **A.**  Well, in 2012, I had a meeting with the
12  SEC --
13    **Q.**  I'm asking 2016.  Please stick to my
14  question.
15            2016:  Who from the SEC was running
16  your firm?
17    **A.**  Well, I said "between;" I didn't say 2016.
18  I said in between that range.
19    **Q.**  Okay.
20    **A.**  So from 2012 to when I stopped cooperating
21  with the FBI and the SEC, which was the sum- --late
22  2015.
23    **Q.**  Okay.
24    **A.**  From that time, I had to do whatever the
25  government told me to do.

66

1            And I -- I had a meeting with -- in
2   2012 -- I don't remember which month it was, maybe
3   November 2012 -- with six SEC attorneys --
4     **Q.**  Well, let's not go there yet.  I'll give
5   you the opportunity --
6            MR. FORD:  Well, wait.  Allow him
7   to answer the question.
8            MS. JOHNSON:  I didn't ask him
9   the question.
10            MR. FORD:  You asked him --
11            MS. JOHNSON:  I asked him in
12  2016.
13            MR. FORD:  You asked him who
14  was --
15            MS. JOHNSON:  I asked him in
16  2016 --
17            MR. FORD:  You asked him who
18  was --
19            MS. JOHNSON:  -- I did not ask
20  him about 2012.
21            (Simultaneous discussion.)
22            MR. FORD:  Alise, let's just --
23  let's just let him finish the --
24    **A.**  I remember that Simona Sun [sic] was there
25  from the SEC.  And --

67

1   BY MS. JOHNSON:
2     **Q.**  What year was this?
3     **A.**  From 2012, I had over a dozen meetings with
4   -- between the SEC, the FBI, and the DOJ --
5     **Q.**  Okay.  Let's just put a pin on that.  We
6   will get to it --
7            MR. FORD:  But you asked --
8   BY MS. JOHNSON:
9     **Q.**  -- and you'll have an opportunity --
10            MR. FORD:  But you asked him a
11  question who during this -- no.  You
12  asked --
13            MS. JOHNSON:  He's not answering
14  my question.
15            MR. FORD:  You asked who, and he
16  just said Simona Suh.  So he's naming the
17  people.
18            MS. JOHNSON:  We'll get -- that's
19  not the question I asked.
20            MR. FORD:  The question was who
21  from the SEC --
22            MS. JOHNSON:  Who in 2016 --
23            MR. FORD:  -- was assisting with
24  running the firm, and he's telling you.
25            MS. JOHNSON:  I said, Who in 2016

68

1    was assisting in running your firm.
2    BY MS. JOHNSON:
3    **Q.**  Was there anybody in 2016?  We can go
4    back --
5          MR. FORD:  Ms. Johnson, we
6    know the --
7          MS. JOHNSON:  Let him answer the
8    question.
9          MR. FORD:  We know the timing --
10         MS. JOHNSON:  Are you instructing
11   him not to answer?
12         (Simultaneous discussion
13         interrupted by the reporter.)
14         MS. SUM:  Go ahead.  Go ahead.
15   Give him a monologue.
16         THE STENOGRAPHER:  I'm not
17   getting it.  I'm not getting it.  Sorry.
18    **A.**  Okay.
19    BY MS. JOHNSON:
20    **Q.**  My question is --
21    **A.**  Well --
22    **Q.**  -- and you can answer it however you want:
23   Who in 2016 -- you can repeat my question if you
24   want.
25         But who, in 2016 from the SEC, was

69

1   running your firm?
2         MR. FORD:  Objection.
3   Foundation.  He never testified that
4   somebody was running his firm in 2016.
5    BY MS. JOHNSON:
6    **Q.**  Okay.  Go ahead.  Answer the question if
7   you can.
8    **A.**  So from 2012 to the middle of 2015, I had
9   over a dozen meetings with, like I said, the SEC,
10   the DOJ, and the FBI, with my attorneys there,
11   Adam Ford.
12         And in 2012 -- this is, like, probably
13   October-November range of 2012 -- the FBI -- or the
14   SEC asked me to explain to them, you know, how
15   SureTrader was running.
16         And I told them everything about the
17   firm.  I told them, you know, how it got clients,
18   what the firm did, and, you know, who the employees
19   were, who the customers were, how it got customers.
20         Never once did they ever tell me that
21   there was anything wrong with the way it was
22   operating.  They told me it was the opposite.  The
23   FBI told me, in front of the SEC there, that I was
24   not to change any way, in any form, how the firm was
25   operating; that I had to do whatever they said.

70

1         The DOJ told me I had to do whatever
2   the SEC said to do, and whatever the FBI told me to
3   do, and I couldn't change anything.  That was the
4   main thing.  Don't change anything.  And, I believe
5   it's because they wanted to use the firm, which they
6   eventually did.
7         And to answer your question, in 2016,
8   you know, when the prior -- at the end of 2015 -- I
9   remember this.  December 31 of 2015, I resigned from
10   the firm completely as the director and CEO, and I
11   didn't come back to the firm until after the
12   indictment was dismissed, which was in probably late
13   January or February of 2017.
14         So during that time, I was not -- from
15   my recollection, I wasn't involved in the firm
16   during that time.  I had stepped away.  And the main
17   reason why I had did it at the time was because I
18   was negotiating a settlement with the SEC, which
19   would have required me to have stepped down,
20   which -- so I had prepared myself to step down.
21         And I had, you know, put -- you know,
22   just basically resigned, submitted my paperwork to
23   resign.  And then I didn't come back until after --
24   those -- that deal broke apart anyway with the SEC,
25   and I just stayed away.

71

1    **Q.**  What was the time period you stepped away?
2    **A.**  I believe it was pretty much all of 2016.
3         And I didn't come back until probably
4   January of late -- late January of 2017, or
5   February.
6    **Q.**  Okay.  When you say "stepped away," did
7   you -- were you on the board of directors during
8   that time period?
9    **A.**  I resigned my -- I resigned as a board of
10   director.  I resigned as a CEO.  I was still, I
11   believe, a shareholder, but I had stepped away
12   completely from the firm.
13    **Q.**  Okay.  So you stepped away from the
14   operations of the company fully.
15         Were you involved at all in the
16   operations during that time.
17    **A.**  I mean, there might have been questions
18   that they had of just things that I may have had
19   information for.  Like, Hey, this happened, what do
20   we do.
21         There might have been some questions
22   that they may have called me about here and there,
23   but I wasn't -- I remember -- like, I was under
24   indictment at the time, so I was under -- what's it
25   called?  Supervised release of some sort.

72

1     So I was restricted in my travel to
2  some degree and -- and I had stepped away.  So I
3  wasn't involved.
4     **Q.**  Okay.  So back to my original question:
5  Who, in 2016 from the SEC, was running your company?
6          MR. FORD:  Objection.
7  BY MS. JOHNSON:
8     **Q.**  You can answer.
9     **A.**  I believe I answered that already.  I said
10 from 2012 -- from the middle of 2012 to the middle
11 of 2015 is when I was told from the DOJ --
12    **Q.**  I'm not asking about that time period.
13    2016.  If you don't know, if you don't
14 have a name -- I'm asking specifically in 2016.
15    **A.**  Oh.  In 2016.  In 2016, the person that was
16 controlling my firm was Sajjad from the SEC.  He
17 was -- he had an undercover operative working in my
18 office, stealing documents on behalf of the SEC and
19 providing them to the government while I was in
20 active litigation with them and then forwarding
21 those documents again to the DOJ, which was in
22 active litigation also.
23          That's who was controlling my firm.
24 Manipulating --
25    **Q.**  How was Sajjad controlling your firm?

73

1     **A.**  He was telling a director to steal
2  documents from the firm.
3     **Q.**  Mr. -- who are you saying he told to steal
4  from the firm?
5     **A.**  He was telling lying Philip Dorsett to
6  steal documents from my firm.  And he was doing it
7  at his request.
8     **Q.**  All right.  How is that controlling your
9  firm?
10         Did -- Mr. Sajjad Matin, did he tell
11 you what customers to accept?
12         MR. FORD:  Objection.
13 Foundation.
14    **A.**  He -- he -- controlling the firm --
15 BY MS. JOHNSON:
16    **Q.**  All right.  Define "control" for me.
17         What are you talking about when you say
18 "control of the firm"?
19    **A.**  Well, he threatened Philip Dorsett with
20 criminal charges.  There's a letter from Sajjad to
21 Philip saying, Do this, or I'm going to potentially
22 bring criminal charges against you, from my
23 recollection of that.
24         And based on discovery, we found out
25 that lying Philip Dorsett was working with Sajjad

74

1  while I'm in active litigation with the SEC, and
2  Sajjad was asking him to go into the firm and, say,
3  Hey, look for these documents and get these
4  documents and send them to me, you know?
5          And this guy's the chief compliance
6  officer of the firm -- or the compliance officer at
7  the firm being directed by the SEC on what to do
8  under threat of being charged criminally.  So, to
9  me, that's a form of control.
10    **Q.**  Okay.
11    **A.**  Just the same way I was controlled by the
12 DOJ, the FBI, and the SEC, Philip Dorsett was also
13 controlled.
14    **Q.**  All right.  In 2016 --
15    **A.**  The SEC has been really controlling this
16 whole thing.
17    **Q.**  -- who decided which customers to accept?
18    **A.**  Philip Dorsett.
19    **Q.**  Who decided what trades could be made in
20 2016?
21    **A.**  Customers.  Customers.
22    **Q.**  Who decided what your marketing campaign
23 would be in 2016?
24    **A.**  Well, that would have been Janay.
25    **Q.**  All right.  What about in 2017?  Who

75

1  decided which customers to accept at the firm?
2     **A.**  Is this after Philip Dorsett was fired?
3     **Q.**  Yeah.  After he left.
4     **A.**  I mean, accepting clients is something that
5  the -- that compliance would do.  And Philip Dorsett
6  is who laid out the compliance guidelines on how a
7  customer should be accepted.
8          So I believe that the compliance
9  department, even after his termination for stealing
10 documents on behalf of the government, that those
11 policies were probably very similar.
12    **Q.**  Okay.  Who was enforcing the policies in
13 2017?
14    **A.**  That would have been -- the chief
15 compliance officer should have been enforcing the
16 policies of the company.
17    **Q.**  Okay.  Who was on --
18    **A.**  And just to --
19    **Q.**  -- the board of directors of 2016?
20    **A.**  And just to -- just to add to that -- just
21 to add to that, you know, all chief compliance
22 officers would have known that if at any time that
23 they needed any help, that they had legal -- legal
24 staff.  Not staff in house, but legal counsel that
25 were retained by the firm; you know, Adam Ford,

76

1 Carla Marin, Michael Miller.
2        And I've always made it known to
3 them -- and also compliance consultants as well --
4 that if they ever needed help or they needed -- had
5 questions, that those resources were always
6 available to them to make sure that they're in
7 compliance with U.S., Bahamas, and other
8 international regulations.
9        So I always made sure that during the
10 time that I was a director or CEO, that the staff,
11 the executives, always knew that they had access to
12 resources.
13    **Q.**  Okay.  Did you fire Mr. Dorsett?
14    **A.**  I don't remember if I fired him
15 specifically.  It was -- it was a decision -- I
16 think it was Antonio and I, together, that made that
17 decision.
18        It came to our attention through -- IT
19 found that he was, basically, forwarding company
20 emails to his personal email.  And he was also
21 acting very, very suspicious.
22        Now we know why.  Because he was
23 recording the staff illegally in the Bahamas on
24 behalf of the SEC.  We didn't know that at the time.
25        But we -- I wasn't there on a daily

77

1 basis, so I didn't observe these things on my own.
2 But I remember Mr. Collie telling that
3 Philip Dorsett was acting very strange over the last
4 six months, or whatever it was.
5        And then they found out that he was
6 stealing records from the company.  We just didn't
7 know why.  And he was let go.  And then when he was
8 let go, he tried to bribe the company at the same
9 time, saying that if the company didn't pay him
10 $100,000, that he was going to go to the SEC and
11 other regulators and report some misconduct.
12        I don't believe he specified what that
13 misconduct was, but, you know, he's lying
14 Philip Dorsett.  So that was a lie anyway because he
15 was already talking with you guys.
16    **Q.**  My question was simply, did you -- were you
17 involved in his firing?
18    **A.**  I don't remember if I was, specifically.  I
19 knew about it.  I believe there was some email
20 exchange, but I don't remember if I'm the one who
21 told him he was fired.  I don't remember doing that.
22    **Q.**  Did you approve of his firing?
23    **A.**  I didn't disapprove of it.
24    **Q.**  What about Mr. Frantz?  Did you authorize
25 his firing?

78

1    **A.**  Mr. Frantz was never fired.
2        What happened with him is that he was
3 very disliked by the staff in the Bahamas and that
4 they filed a complaint against him with the board
5 of -- Department of Labor.
6        And an investigation in the Department
7 of Labor happened.  They came to the office; they
8 interviewed a lot of the staff.  I don't believe I
9 was in the Bahamas at the time.  I don't think I was
10 interviewed.  I don't remember being interviewed.
11        And when his work permit was due to be
12 renewed, he -- it was -- he was denied.  And then
13 what happened is, after that, he told me that he was
14 going to work with a fixer to try and get his work
15 permit.
16        And I said, I don't want to know
17 nothing about that.  I don't want nothing to do with
18 that.  You know, if you can get it, do what you've
19 got to do, but I'm not getting involved in that.
20        And it turned out that he had a
21 meeting or a call with the minister of labor, and
22 then he called me, and he was like, Hey, I had a
23 meeting with them, they're going to approve my
24 permit.  And I said, Okay, that's great.
25        That's all he had said to me.  And

79

1 then probably three or four days later, I got a call
2 from someone at the time in the Bahamas that was a
3 fugitive of the United States, saying that he just
4 did a favor for Yan and that I needed to pay him
5 $10,000 so that he can pay it to the minister for
6 his bribe money.
7        And I said, You're talking to the
8 wrong person.  I don't want nothing to do with this.
9 Don't ever call me about this again.
10        And -- and then after that, Yan's
11 permit was denied, and he had to leave the Bahamas
12 because he had no right to be in the Bahamas anymore
13 because his -- his work permit and his immigration
14 status was revoked.
15        So that's -- that's what happened with
16 Yan.  That's how he became no longer working at the
17 firm.  He basically tried to -- he was not liked in
18 the office.  He was -- from what people told me, he
19 was very rude, and they rebelled against him.  And
20 then -- you know, like I said.  But he was never
21 fired.
22        MS. JOHNSON:  All right.  Why
23    don't we leave it there for now.  Come back
24    at -- it's 12:40 right now.
25        THE VIDEOGRAPHER:  Going off the

80

1    record at 12:39.
2         (Recess taken.)
3         THE VIDEOGRAPHER:  We're back on
4    the record at 1:46.
5    BY MS. JOHNSON:
6    Q.  We were talking about, before the break,
7    the different employees and their responsibilities.
8         What was the -- Janay Symonette's
9    responsibilities as the chief marketing officer?
10   A.  I believe her responsibilities was, in
11   general, all things related to marketing.
12   Q.  Did she need approval from anyone before
13   starting on a marketing campaign?
14   A.  I believe that she would have marketing
15   stuff approved by the chief compliance officer.
16   Q.  Did she have the authority to sign
17   contracts on behalf of SureTrader?
18   A.  I don't think so, but I'm not -- I'm not
19   sure, but I don't think she did.
20   Q.  Let's talk about your role at SureTrader
21   from 2017 to 2019.  What were your responsibilities
22   there?
23   A.  Well, between 2017 and 2019, I wasn't there
24   all the time.  I was there, maybe, a few months a
25   year between those -- between those two years.

81

1    Q.  Okay.
2    A.  Or is that three years, approximately?
3         So, generally, you know, it's whenever
4    Mr. Collie or any of the other executive staff had
5    any questions of something, they would come to me
6    with those questions.
7    Q.  Okay.
8    A.  And that was the main thing is just --
9    mostly just answering any questions that they might
10   have come to me with or ask my expertise in.
11   Q.  Okay.  Were you on the board during that
12   time?
13   A.  Yes.
14   Q.  Did you sign contracts on behalf of the
15   firm at that time?
16   A.  I don't remember specifically any contracts
17   that I've signed, but I'm sure that I must have
18   signed some contracts during that time.
19   Q.  Okay.
20   A.  But I just can't remember any specific
21   contract that I've --
22   Q.  Who saw over the day-to-day operations of
23   the firm at that time?
24   A.  The day-to-day operations was the people
25   that were on the ground, which would have been

82

1    Antonio, the compliance officer, and the other
2    executives.
3    Q.  Who controlled SureTrader's banking
4    relationships?
5    A.  They were controlled by the executives of
6    the company, for the most part.
7         I believe I was a signor for at least
8    one or two of the accounts, and then maybe Janay and
9    Antonio could have been signors for some of the
10   accounts as well.
11   Q.  Who chose where to bank?
12   A.  It was just a combination of whatever banks
13   would do business with the company.  It's very
14   difficult to get banking for a brokerage firm.
15   Q.  So who negotiated with the banks or talked
16   to the banks?
17   A.  It could have been Antonio.  I could have
18   talked to some banks as well.  Potentially, Yan may
19   have talked to some banks for a period of time as
20   well.  I don't remember if Janay did, but she could
21   have.  But I think it was mostly Antonio, Yan, and
22   myself.
23   Q.  Who was in charge of corporate strategy at
24   that time?
25   A.  "Corporate strategy."  What does that mean?

83

1    What do you mean by that?
2    Q.  Who decided the direction that the company
3    would take from 2017 to 2019?
4    A.  The company never changed its business
5    model.  From the time that it started, it was the
6    same.
7    Q.  How did SureTrader attract customers?
8         MR. FORD:  Objection.
9    A.  That also didn't change from the inception
10   of the firm, mainly.
11        And it did -- it did advertising to
12   non-U.S. people through Google, Facebook, and other
13   types of platforms similar to that.
14        But those were the main --
15   BY MS. JOHNSON:
16   Q.  Okay.  When you say "to non-U.S." persons,
17   how -- what do you mean by that?
18   A.  So Google had the ability to basically
19   target very specific countries.  So, for example,
20   you can go on there and click a button or type in
21   "don't show this ad to U.S. persons" and "show this
22   ad to people in U.K., Australia, Mexico," places
23   like that.
24        So whatever platform had those
25   technologies in place, that's how it would advertise

84

Guy Gentile
11/29/2023

1  in those type of platforms.
2    **Q.**  Did SureTrader have a website?
3    **A.**  Yes.
4    **Q.**  And what was that website?
5    **A.**  SureTrader.
6    **Q.**  SureTrader.com?
7    **A.**  Yes.
8    **Q.**  And who was responsible for posting content
9  on the SureTrader website?
10    **A.**  Well, when Janay started working at the
11  firm, she basically took over from the prior person.
12  I don't remember what that prior person's name was
13  right now, but I think his name was Dennis, maybe.
14  I don't remember a last name.  But she took over
15  management of the website and its content.
16    **Q.**  Okay.  So did she need to get approvals
17  from anyone at SureTrader before posting?
18    **A.**  I believe from compliance.
19    **Q.**  Did you review the content of the website
20  before it could be posted?
21    **A.**  No.  Not that I recall.
22    **Q.**  Did you have any role in the --
23        MR. FORD:  During what time
24  period?
25        Are you talking about 2017?

85

1  BY MS. JOHNSON:
2    **Q.**  2016 to 2019.
3    **A.**  2017?
4        MR. FORD:  2017.
5  BY MS. JOHNSON:
6    **Q.**  2016 through 2019.
7    **A.**  I wasn't in the firm in 2016.
8    **Q.**  Okay.  So 2017 to 2019.
9    **A.**  What was the question again?
10    **Q.**  Did you have any role in reviewing or
11  approving the content of SureTrader's website?
12    **A.**  No.
13    **Q.**  Prior to 2016, did you have any role in
14  approving the content of the website?
15    **A.**  Well, from 2011, when the website had
16  initially started, before it launched, compliance
17  did a review of the website that was built, and it
18  was submitted to the Securities Commission of the
19  Bahamas to make sure it was compliant with their
20  regulations.
21        Also, it was reviewed by a compliance
22  consultant by the name of Arthur Quintero, who
23  reviewed the website and made recommendations of
24  changes.
25    **Q.**  Could you spell Arthur's last name?

86

1    **A.**  I can't spell it.  I don't remember how to
2  spell it.
3    **Q.**  Okay.  "C" or a "K"?
4    **A.**  I don't remember.
5        MR. FORD:  With a "Q."
6  Q-u-i-n-t-e-r-o.
7    **A.**  Okay.
8        MS. JOHNSON:  Thank you.
9    **A.**  He reviewed the website; he made
10  recommendations to Philip Dorsett and myself.
11        I remember we had a conference call,
12  and he walked us through, because he read through
13  all the SEC regulations, and he recommended certain
14  changes to the website before it goes public.
15        And those things that he recommended
16  never changed.  Some of those things were that every
17  page of the website would specifically say that it
18  was not intended for U.S. people.
19        And he explained that that is part of
20  what the SEC's guidance is.  It's not in their
21  regulation, but it's in their guidance that it
22  should have that.
23        He also recommended a pop-up that
24  would say something similar, or in that regard,
25  which the company implemented.  He may have

87

1  recommended that maybe a few months after it
2  started.
3        I don't remember if it had the pop-up
4  on day one.  It could have been maybe a month or two
5  later.  And a few other things that I just don't
6  remember off the top of my head.
7        I think the unsolicitation
8  acknowledgment agreement, as well.  He either
9  recommended it or recommended changes to it.  I just
10  don't remember specifically.  It could have been a
11  combination of that.
12    **Q.**  Okay.  I'm sorry if you said this, but who
13  was Mr. Quintero?  Was he a consultant? a lawyer?
14    **A.**  He was a compliance consultant.
15    **Q.**  Was he with a company?
16        Do you remember his company?
17    **A.**  I don't remember the name of the company.
18    **Q.**  And where was he located?
19        Where was he out of?
20    **A.**  He was out of California.
21        I believe I also had asked at that
22  time the chief compliance officer of SpeedTrader to
23  take a look at it as well, but I just don't remember
24  if he had any recommendations at this time.  I kind
25  of vaguely remember asking him to take a look at it

88

```
 1   as well before it launched.
 2      Q.   What's his name?
 3      A.   I don't remember who it was at that time.
 4      Q.   Okay.  So this is back in 2012 or 2011?
 5      A.   '11.
 6      Q.   I'm going to show you what has previously
 7   been marked as Plaintiff's Exhibit 63.
 8          I'm going to show it to you in two
 9   forms.  This is from SureTrader's website, but this
10   is so small, we blew it up.  And this is it blown up
11   in, hopefully, readable form.
12          THE STENOGRAPHER:  And those are
13      both 63?
14          MS. JOHNSON:  Yeah.  We'll call
15      it Composite 63.
16   BY MS. JOHNSON:
17      Q.   I'll give you a minute to look at it.
18          Do you recognize this?
19      A.   No.
20          I mean, I recognize it.  It says
21   "SureTrader" on it.
22          MR. FORD:  Do we know when this
23      is from?
24   BY MS. JOHNSON:
25      Q.   If you look at the last page, it was pulled
```

89

```
 1   on 2018.  June 1st, 2018, this was pulled from
 2   SureTrader's website, and it will say
 3   SureTrader.com.
 4          MR. FORD:  And do we have --
 5      okay.  I see.  Because I have the -- I have
 6      a Bates stamp for the declaration of
 7      Russell Castillo, but I don't see this as
 8      being -- do we have Bates stamp for the
 9      screenshots?
10          MS. JOHNSON:  The screenshot was
11      just one.
12          MR. FORD:  Well, there's --
13          MS. JOHNSON:  This is the blowup.
14      This is just the blowup of this.
15          MR. FORD:  Oh, okay.  Yeah.
16          MS. JOHNSON:  So this is what he
17      pulled on June 1st.
18          MR. FORD:  But we have -- what
19      I'm saying is, we have the declaration but
20      not the --
21          MS. SUM:  Oh.  Here it is.
22          Oh.  I think this is because it
23      was a native file and a native only has, I
24      think, a stamp on those.
25          MS. JOHNSON:  Okay.  So it's 339.
```

90

```
 1          MR. FORD:  Okay.  I see.
 2   BY MS. JOHNSON:
 3      Q.   Okay.  So, do you recognize this as a
 4   screenshot of SureTrader's website in June of 2018?
 5      A.   I don't remember reading this, but if
 6   that's what you tell me, that it was on the website,
 7   I don't disbelieve it.
 8      Q.   Okay.  The title is "7 Reasons Why You
 9   Should Consider SureTrader."
10      A.   Okay.
11      Q.   And if we look at what's the second page of
12   the blowup --
13      A.   Okay.
14      Q.   -- it says -- this first big title bold,
15   "SureTrader Allows You to Avoid the Nasty PDT Rule."
16          And then if you go down three
17   sentences, the fourth sentence starts:  "Remember
18   FINRA, the killjoy financial industry regulatory
19   authority?
20          "Well, they have this annoying rule
21   about having $25,000 in equity before you're allowed
22   to be a pattern day trader.  It's called the PDT,
23   pattern day trader rule."
24          And it continues:  "What is the pattern
25   day trader rule?  In short, the PDT rule states you
```

91

```
 1   need $25,000 in your margin account at all times, or
 2   you can't trade more than three times in five
 3   consecutive trading days."
 4          Then:  "There are many legitimate ways
 5   to avoid the PDT rule, and SureTrader is one of the
 6   best for new traders."
 7          And then if you skip over to the next
 8   sentence, it says:  "Luckily, SureTrader means
 9   business, and they are willing to level the playing
10   field.  And with their robust tools, they have been
11   able to ensure that you can profit from pattern day
12   trading as long as you have the required minimum
13   funds to trade."
14          Did you draft this content?
15      A.   No.  I did not.
16      Q.   Do you know who did?
17      A.   I don't know who drafted it.  Janay could
18   have hired a third party to do it.  I don't know.
19          But I will say that in 2012, when I
20   was in one of those meetings with the SEC, I told
21   them that SureTrader was created to avoid the
22   pattern day trading rule.
23          And at no time did they tell me that
24   that was ever an issue.  And they used the firm for
25   three whole years and never said one time that I was
```

92

1  doing anything wrong.  In fact, they told me on many
2  occasions they didn't have a problem with the
3  business.
4      **Q.**  Okay.  Is FINRA a U.S. regulator?
5      **A.**  I believe so.
6      **Q.**  And what is the pattern day trader rule?
7      **A.**  I don't have the rule right in front of me,
8  but I believe that it limits U.S. broker-dealers
9  from allowing their clients to day trade more than
10  three or four times within a five-day period.
11          And unless you have $25,000 in your
12  account, then you can day trade as much as you want.
13  And if you have less than that, then you have to
14  trade -- if you get stricken as a pattern day trader
15  after the fourth or fifth time that you day trade,
16  then you would be restricted to trading in cash for
17  a period of time.  I don't remember how long.
18      **Q.**  Okay.  And the rule applies to persons who
19  want to trade at a U.S. broker-dealer?
20      **A.**  It applies to U.S. broker-dealers.
21      **Q.**  Okay.  What could a trader do at SureTrader
22  that they couldn't do at a U.S. day trading firm?
23      **A.**  I'm sorry?  Say that one more time.
24      **Q.**  What were you offering traders to do at
25  SureTrader that they could not do with a U.S.

1  trading firm?
2          MR. FORD:  Objection.
3      **A.**  Well, they can do -- they can day trade at
4  a U.S. firm, they would just need to have $25,000 in
5  their account.
6      BY MS. JOHNSON:
7      **Q.**  Okay.  So what was SureTrader doing that
8  was different than that?
9      **A.**  It was not a member of FINRA, so it did not
10  require a $25,000 minimum deposit in order to day
11  trade.
12      **Q.**  What was your minimum deposit?
13      **A.**  I believe it was $500.
14      **Q.**  Did you have any minimums on how many
15  times -- what was your margin requirements?
16      **A.**  It was similar to the U.S. in the sense of
17  overnight margin was 2 to 1, and intraday margin in
18  the U.S. -- some firms in the U.S. will give you
19  6 to 1 if you have what's called a portfolio margin
20  E account.
21          And we were also offering 6-to-1
22  leverage, and that was approved by the regulator in
23  the Bahamas.  I remember having a meeting with them
24  specifically about offering 6-to-1 leverage, and
25  then they authorized us to offer that leverage.

1          (Plaintiff's Exhibit 85
2          marked for identification.)
3      BY MS. JOHNSON:
4      **Q.**  Let's go on to --
5      **A.**  Are we done with this exhibit?
6      **Q.**  Yeah.  I think so.
7          -- what's been premarked as 85.
8          Oh.  I meant to give you this one.  I'm
9  sorry.  I don't want to give you the marked one.
10          This is another web capture from the
11  SureTrader website.  Do you recognize it?
12      **A.**  What is the date of this screenshot?
13      **Q.**  It is May 11th, 2017.
14      **A.**  Okay.
15      **Q.**  And it says, "Contact us," and it has some
16  phone numbers.
17          Were these the ways that your clients
18  could contact Swiss America Securities?
19      **A.**  Okay.
20      **Q.**  And if you look under "Telephone," it has a
21  U.S. direct number.  Is that correct?
22      **A.**  I do see that.
23      **Q.**  And under "VoIP Numbers" -- and you have to
24  flip to the next page -- it says, "As a courtesy to
25  our existing clients, we've added numbers that

1  forward to our office phone line."
2          And there's a United States number
3  there.
4      **A.**  I see it.
5      **Q.**  Why did you offer that courtesy?
6      **A.**  I think that when this was implemented
7  was -- when I wasn't working at the firm is when
8  they implemented this system.  And it was something
9  that the Bahamas phone company was -- my
10  understanding is that it was something that the
11  Bahamas was offering as part of the phone package
12  that they had at the office.
13          I do remember asking -- I don't
14  remember who I asked, but I remember asking about it
15  because, from the time that I was there up until the
16  end of 2015, I think we only had a Bahamanian phone
17  number.
18          And what I was explained is that --
19  that it's very expensive for customers to call a
20  Bahamanian phone number, sometimes costing them at
21  that time $1 to $2 a minute, and they were just
22  trying to figure out a way to make it less expensive
23  for existing customers to call them.
24      **Q.**  Okay.  Let's go to exhibit -- I'll have to
25  mark this, I think.

Guy Gentile
11/29/2023

1          (Plaintiff's Exhibit 83
2          marked for identification.)
3    BY MS. JOHNSON:
4      **Q.**  Do you recognize this?
5      **A.**  I haven't seen it yet.
6      **Q.**  Okay.  I'm sorry.
7      **A.**  Yes.  I see it.
8      **Q.**  And do you recognize this as a screenshot
9    of SureTrader.com's -- from SureTrader.com's
10   website?
11     **A.**  It looks like it came from that website.
12   Yeah.
13     **Q.**  And it says "Account Fees" and --
14     **A.**  Hang on one second.
15     **Q.**  -- it lists $40 USD/BSD outgoing funds, $50
16   USD/BSD inactivity fee quarterly, $25 USD/BSD per
17   day margin.
18          What are those?
19     **A.**  Well, outgoing wire fee would have been a
20   pass-through fee of what the bank was charging
21   someone to send a wire out.
22          And it says USD for U.S. dollar, BSD
23   for Bahamian dollar.  The U.S. dollar and the
24   Bahamanian dollar is pegged one-for-one, so Bahamas
25   does business in both U.S. dollars and Bahamanian

97

1    dollars, because it's pegged one-to-one.  So that's
2    the reason why it has that.
3           And a $50 inactivity quarterly fee was
4    mainly to cover the cost of like web-based software
5    that the firm didn't charge people for.  So it would
6    get charged maybe $12 a month, approximately, for
7    that.
8           So if you take $12 and you times that
9    by 3, you get close to $50, which is basically just
10   to cover that pass-through fee of software fee for
11   web-based users.
12          And the $25 margin call fee would have
13   been in the event that someone went on a -- I
14   believe, an overnight basis of over 50 percent, or
15   over 2-to-1 leverage.
16     **Q.**  Okay.
17     **A.**  Are we done with this one?
18     **Q.**  We're done with that one.
19          (Plaintiff's Exhibit 80
20          marked for identification.)
21   BY MS. JOHNSON:
22     **Q.**  Do you recognize this as a screenshot of
23   SureTrader's website?
24     **A.**  I mean, I don't remember this specific
25   layout, but -- it may have changed over time, but I

98

1    just don't remember it.  But yeah.  It looks like
2    SureTrader's website.
3      **Q.**  Okay.  It says "Trade Rates" --
4      **A.**  Is this the same page over and over?  Or
5    no.  It's not.
6           Okay.  I see that.
7      **Q.**  "Trade rates."
8           And it says, "Commissions, U.S. stocks,
9    U.S. options, routing fees."
10          And it says -- listing their
11   commissions for the trading in U.S. stocks and U.S.
12   options.  Is that correct?
13     **A.**  That's what it says.  Yes.
14     **Q.**  And it has the fees listed there per trade?
15     **A.**  Yes.
16     **Q.**  I don't see anything for Canadian equities.
17          Were you selling them in 2017, or
18   allowing customers to trade in them in 2017?
19          MR. FORD:  Objection.
20     **A.**  This is the same page over and over, unless
21   it's different in some way.
22   BY MS. JOHNSON:
23     **Q.**  I have trade rates on the first page,
24   commissions on the back.
25     **A.**  I remember there being a rate for

99

1    international transactions, but I don't -- maybe it
2    got cut off on this?  I just don't see it.
3           But I do remember it having a rate for
4    international -- it could be covered under the
5    call-in trades are an additional $25.  Maybe it
6    would have been covered under that.
7      **Q.**  Okay.  And there's -- on the front page,
8    there's a little pop-up box, "SureTrader Santina
9    Customer Support."
10          "We're here to help.  Ask our customer
11   support people any questions you may have."
12     **A.**  Okay.
13     **Q.**  When would that box appear?
14     **A.**  That box would -- I don't know if there was
15   a timer for it popping up after 30 seconds or so.  I
16   just don't -- I don't remember how that was set up.
17          But in order to get to the website,
18   you would have to have gone through a pop-up first,
19   and I don't remember exactly what that pop-up said.
20   When the -- the pop-up transformed over the years.
21          When it first started in 2011 -- or
22   late 2011, early 2012, the pop-up blocker would pop
23   up for every single person with some type of
24   disclaimer that it's not intended for U.S. persons,
25   and maybe something else.

100

1    **Q.**  When you say "every single person," it
2   doesn't matter where they resided?
3    **A.**  Correct.  It was just a pop-up for no
4   matter where they came from.
5          At the time, we didn't know about how
6   to use the technology, or if it even existed at the
7   time, to capture -- to try and capture some IP
8   address of some sort to see if it was coming from
9   the U.S. or not.
10         I remember later on that Janay worked
11  on making it specific to U.S. customers to the
12  pop-up.  So, like, for example, someone in Canada
13  wouldn't have to go through a pop-up.
14         And a pop-up blocker, from my
15  recollection, would have stopped them from being
16  able to enter the website unless they're already an
17  existing customer and they put in their username and
18  password, then they can get in.  Or they would have
19  to contact the firm by either phone or message or
20  email to ask for an access code to then enter the
21  website.
22   **Q.**  Would that be every time or just the first
23  time the web blocker came up?
24   **A.**  I don't remember if it was every time, but
25  maybe was set to do it once a day.  But it -- I just

                          101

1   don't remember how it was set up, if it was every
2   time or once a day.
3          But I remember, from myself going to
4   the website, that I'd constantly have to do it,
5   so -- when I was in the U.S. going to the website.
6   So it wasn't just one time, it was multiple times?
7          So it could have been -- it could have
8   been every single time that you went to the website,
9   or it could have been once a day, and then maybe it
10  cookied that you already did it.  I just don't
11  remember.
12   **Q.**  Do you know who -- well, who drafted the
13  website blocker?
14   **A.**  I don't remember specifically who drafted
15  it.  It could have been Janay, but I just -- I just
16  don't remember.
17         MR. FORD:  Which one are we
18  talking about?  He had testified that there
19  were different pop-up blockers over the
20  years.  Which one are we talking about?
21  BY MS. JOHNSON:
22   **Q.**  Okay.  Who drafted the first one?
23   **A.**  The first one -- like I said, the website
24  was built by someone named Dennis, and we worked
25  with the chief compliance officer, Philip Dorsett,

                          102

1   Arthur Quintero.  And I had another U.S. attorney as
2   well.  I think his name was -- Franklin O'Gele was
3   his name.  And I think the combination of everything
4   that they said is what was used to draft that pop-up
5   blocker.
6          In 20 --
7    **Q.**  When did you first start using the pop-up
8   blocker?  What year?
9    **A.**  The first one?
10   **Q.**  Yeah.
11   **A.**  Well, the firm started in, like, October or
12  November of 2011.  It would have been within 30 or
13  60 days from that point.  It was relatively soon.
14         I'm sure you can go back to the
15  Wayback Machine and see exactly when.  If it shows
16  there, a pop-up blocker will show up.  It was very,
17  very early on.
18         And then the second one, at that time,
19  the firm's lawyers were Adam Ford, Carla Marin,
20  Michael Miller, so they would have been involved in
21  some way, I believe, you know, to guide us on how
22  the pop-up blocker should work or what it should
23  say.
24         But I don't remember for sure, because
25  I don't remember exactly the date that it switched

                          103

1   from being a general pop-up to an IP pop-up, but I
2   know it was sometime in -- I believe it was sometime
3   in late 2017 or sometime in 2018.
4          But I know that it happened, I just
5   don't remember how it came-- came about into being
6   utilized exactly.
7    **Q.**  Okay.  So it was two different ones?
8          Was it the same language, or was it
9   just used differently?
10   **A.**  I don't remember.  It was definitely used
11  differently.
12   **Q.**  Okay.
13   **A.**  And the language probably was similar.
14         MS. JOHNSON:  Okay.  Why don't we
15  take a five-minute break, then.
16         THE VIDEOGRAPHER:  Going off the
17  record at 2:19.
18         (Recess taken.)
19         THE VIDEOGRAPHER:  We are back on
20  the record at 2:27.
21         MS. JOHNSON:  Let's mark this one
22  as 84.
23  \\\
24  \\\
25  \\\

                          104

1          (Plaintiff's Exhibit 84
2          marked for identification.)
3     BY MS. JOHNSON:
4     Q.   Okay.  We are showing you what has been
5   marked as Plaintiff's Exhibit 84, which is another
6   screenshot from the SureTrader.com website.  This
7   one is the section on funding and banking.
8          And it says -- it lists different ways
9   in which you can fund a SureTrader account.  And if
10  you look on what's marked at the bottom 380 --
11    A.   380?
12    Q.   It's about the fourth page in.
13    A.   Okay.
14    Q.   The page that says "ACH."
15    A.   Okay.
16    Q.   It says "Available currencies, ACH" -- I'm
17  sorry.  "ACH; Available currencies, U.S. dollars;
18  estimated transaction, five to seven business days;
19  maximum funding, $10,000; available to U.S. bank
20  holders only."
21         Why did SureTrader provide U.S. bank
22  holders with ACH services?
23    A.   Well, it provided many different funding
24  options.  It provided credit cards, debit cards,
25  Skrill.  It provided Neteller, bank wire, and ACH.

                        105

1          And, by the way, non-U.S. persons can
2   have a U.S. account.  So it's not just for a U.S.
3   person.  Anyone in the world can open an account at
4   a U.S. bank, as far as I know.
5     Q.   Okay.  So this was provided for persons --
6   for U.S. -- who have a bank account but they might
7   not have been a U.S. citizen.  Is that -- or reside
8   in the U.S.?  Is that what you said?
9     A.   It provided -- it's for anyone that has a
10  U.S. bank account.  It didn't matter whether they
11  resided in the U.S. or not.
12    Q.   Okay.  But they could have resided in the
13  U.S. and used this funding source.  Correct?
14    A.   They could have resided in China, too.
15    Q.   Okay.  One more of the SureTrader website.
16         MS. JOHNSON:  You can mark this
17  as 81.
18    A.   In fact, there are many Canadians who have
19  U.S. bank accounts.
20         (Plaintiff's exhibit 81
21         marked for identification.)
22    BY MS. JOHNSON:
23    Q.   I'm showing you a screenshot from the
24  SureTrader.com website concerning pricing
25  comparison.  And it says, "Broker Comparison," and

                        106

1   it compares SureTrader to several other brokers.
2     Q.   Where is Questrade located?
3     A.   Well, before you start, I want to just make
4   a point that all of these screenshots are misleading
5   because none of them show the pop-up blocker that
6   would have appeared, and I don't believe that that
7   is being shown.
8          Additionally, this document says it
9   was created on August 30 of 2016, when I was not
10  working at the firm.
11    Q.   That's the date it was collected.
12    A.   Correct.
13    Q.   And you were working at the firm in 2017?
14    A.   Yes.
15    Q.   Okay.  So back to the original question.
16         Where is Questrade?
17    A.   Questrade is a Canadian-based
18  broker-dealer.
19    Q.   And what about TD Ameritrade?
20    A.   I believe TD Ameritrade is an international
21  broker-dealer with offices in the U.S., Canada, and
22  Europe as well.
23    Q.   Okay.
24    A.   As well as E*TRADE.
25         I'm not sure about Fidelity.  I think

                        107

1   Fidelity is also -- has broker-dealers
2   internationally.
3          Scottrade.  I don't even think
4   Scottrade existed anymore.  This thing is outdated
5   at that time.
6     Q.   Okay.  All of these comparisons are made in
7   U.S. dollars?
8          MR. FORD:  Objection.
9     A.   Well, as I said earlier, the Bahamas and
10  the U.S., the currency is pegged.  So when you have
11  a dollar sign, it's both USD and Bahamas.
12    BY MS. JOHNSON:
13    Q.   Does TD Ameritrade take -- charge in
14  Bahamanian dollars?
15    A.   I don't think so.
16         MR. FORD:  Objection.
17    A.   But, again, they also have international
18  offices that charge in different currencies as well.
19         I didn't draft this, so I don't --
20    BY MS. JOHNSON:
21    Q.   Aren't these comparisons all online stock
22  orders?  Are these -- all of these made in U.S.
23  dollars?
24         MR. FORD:  Objection.
25    A.   It has a dollar sign.  It doesn't say "USD"

                        108

1  next to it.  It could be Bahamanian dollars as well,
2  equivalent.
3      BY MS. JOHNSON:
4      Q.  Does Schwab trade in the Bahamas?  Does it
5  have an operation there?
6      A.  I don't think they do.  Fidelity might, but
7  I don't know.
8      Q.  Do you have any reason to think that the
9  $8.95 that's listed here is not representative of
10  U.S. dollars?
11         MR. FORD:  Objection.
12     A.  If you're -- if the firm, SureTrader, which
13  is based in the Bahamas, who is pegged to the U.S.
14  dollar, is comparing itself in the same dollar
15  equivalent, then I just don't see how that would
16  make any difference.
17     BY MS. JOHNSON:
18     Q.  Okay.  I'm not trying to be cute.
19         Are these represented as comparing
20  what -- the U.S. dollar to what the other firms
21  charge in U.S. dollars?
22     A.  They're all compared in the U.S. dollar
23  in -- and the Bahamanian dollar.  Equivalent.  It's
24  equivalent.
25         MS. JOHNSON:  Okay.  That's all

109

1  for that one.
2         This is premarked already as 64.
3      BY MS. JOHNSON:
4      Q.  I'm showing you a screenshot, a Groupon
5  coupon.  If you'll turn to the -- it's the second
6  physical page, but it says 1 of 3 at the bottom.
7         MR. FORD:  I just have a question
8  on the last page.  I don't think there's --
9  I don't know if I see any Bates stamping at
10  all on this one.  And then it looks like
11  the last page is -- this is a declaration
12  of Russell Castillo.  It says he got these
13  and gave them to Sajjad Matin.
14         This document, do we have a Bates
15  stamp for that?
16         MS. JOHNSON:  We'll have to see.
17  These were pulled in May of 2018.
18         MR. FORD:  Okay.  We'll just --
19  I'm going to object to the use of it, but
20  you can go ahead with the question.
21         I'm going to object to the use
22  and any questions on it just because it's
23  not Bates-stamped, but we can go ahead.  I
24  don't need to jam it up.
25         MS. JOHNSON:  Okay.  It's

110

1  Bates-stamped as 339.  And we'll replace it
2  after.
3         MR. FORD:  And that is -- is
4  that -- when you say "339," is that the
5  document that says it was stored on a
6  network share in which the location was
7  provided by Sajjad Matin?
8         Is it the same document, or is it
9  two separate documents?
10        MS. JOHNSON:  What's your
11  question again?
12        MR. FORD:  On this declaration,
13  the one that says it was stored on a
14  network share in which the location was
15  provided by Sajjad Matin, I'm just
16  wondering, is it two separate documents or
17  is this one?
18        This seems like this would be
19  different, separate things; the declaration
20  from the screenshots.
21        MS. JOHNSON:  The declaration
22  goes with the screenshot.
23        MS. SUM:  It's a composite
24  exhibit.
25        So, to clarify --

111

1         MR. FORD:  But there's no Bates
2  stamp on any of this.
3         MS. SUM:  Well, we'll provide the
4  Bates stamp.  She just said --
5         MR. FORD:  Oh.  I got it.
6         MS. SUM:  -- that it's 339.
7         But we'll locate it, and we can
8  certainly replace it.
9         MR. FORD:  Okay.
10        MS. SUM:  But it's a composite in
11  that there's what we call the actual web
12  capture and the declaration, so that it
13  goes hand in hand.
14        MR. FORD:  Okay.
15        MS. JOHNSON:  All right.
16     BY MS. JOHNSON:
17     Q.  You'll see -- if you'd turn to the next
18  page, it has "SureTrader Coupons & Promo Codes.
19  $50 off promo code to use today, $50 in free trades.
20  SureTrader is offering new customers $50 in free
21  trades."
22        How long -- what period of time did
23  SureTrader offer discounts through Groupon?
24     A.  Never.
25        MR. FORD:  Objection.

112

Guy Gentile
11/29/2023

1    BY MS. JOHNSON:
2    **Q.**  Never?
3    **A.**  Never.
4          We never had any deal with Groupon.
5    If you go to Groupon website right now and type in
6    SureTrader, this still comes up.  It's not real.
7          You should have done some more
8    investigative work and maybe asked Groupon for a
9    contract, which none exists.  So it's just a way for
10   Groupon to get traffic to their website.
11   **Q.**  Did anyone from SureTrader ask them to take
12   it down?
13   **A.**  I don't know.
14         I didn't even know it existed.  I only
15   found about it from your Complaint, and then looked
16   and Googled it and see that it still shows up to
17   this day.  These coupons, they're obviously fake.
18   **Q.**  And over here on the left, it says "Shop
19   SureTrader.com."
20         Did you ever have anyone call
21   SureTrader and ask about the Groupon coupon?
22   **A.**  No.
23         And I can see "About SureTrader" has
24   zero stars here.  There's not a single person that
25   rated this or reviewed it.  It's a fake ad to get

113

1    traffic.  That's my view on it, because I don't
2    believe that SureTrader ever had any dealings with
3    Groupon, as far as I know.
4    **Q.**  Okay.  Did SureTrader have procedures to
5    make sure that U.S. residents were not signing up to
6    trade at SureTrader after viewing the website?
7    **A.**  Ask me that one more time.
8    **Q.**  Sure.
9          Did SureTrader have procedures to
10   ensure that U.S. persons, residents, were not signing
11   up to trade at SureTrader after reviewing the
12   website?
13         MR. FORD:  Objection.
14   **A.**  SureTrader had procedures to make sure
15   that, in order to view the website, they would have
16   to go through a disclosure or pop-up of some sort so
17   they could not see the website until after they've
18   gone through that process.
19   BY MS. JOHNSON:
20   **Q.**  Okay.  So they cannot view the website.
21         Was there an additional procedure to
22   keep them from signing up to trade as a customer at
23   SureTrader after they viewed the website?
24   **A.**  If -- you're talking specifically a U.S.
25   person?

114

1    **Q.**  Okay.  A U.S. person goes to the website.
2    **A.**  Uh-huh.  They see a pop-up blocker.
3    **Q.**  They see a pop-up blocker.
4    **A.**  Okay.
5    **Q.**  And then what happens after that?
6    **A.**  Well, it depends on the timing.  If this
7    was, let's just say, 2013 --
8    **Q.**  Let's keep it to 2016 to 2019.
9          MR. FORD:  If you want to discuss
10   2013, you can discuss the time period.
11   **A.**  Okay.  Well, as I said earlier, it was --
12         MS. JOHNSON:  You can ask him
13   later.  I asked a question.
14         MR. FORD:  You asked the
15   question, you didn't --
16         MS. JOHNSON:  He asked me to
17   clarify and I did.
18         MR. FORD:  But you did not
19   specify a time period.  So if he wishes to
20   answer by comparing the two time periods --
21         MS. JOHNSON:  Okay.  We'll be
22   here till midnight.
23   BY MS. JOHNSON:
24   **Q.**  Go ahead.
25   **A.**  When it had the IP-specific pop-up blocker

115

1    that only shows U.S. persons -- or U.S. IP
2    addresses, they would have to contact the firm via
3    phone message or email, I believe, in order to get
4    an access code to get into the website.
5          So they would have to initiate contact
6    with the firm in order to get into the website.
7          At that point --
8    BY MS. JOHNSON:
9    **Q.**  Can I just stop you just for clarification?
10         Okay.  When they called the firm to get
11   the code, was there any procedure for who they would
12   give the code to?
13   **A.**  I don't know.  Sajjad should know.  He
14   obviously did it.
15   **Q.**  So you don't know.
16   **A.**  I mean, if someone messaged and said, "I
17   want to access the website," they would be given a
18   code.  I don't remember what the code was or how
19   they generated it specifically.
20         But, obviously, someone who went to
21   this website -- all these websites, went -- and went
22   through that process, or maybe their insider filter
23   said just give them a code.  I don't know.
24   **Q.**  Your average client -- I'm a U.S. client,
25   and I go to the website, and it pops up, and it says

116

1  I need a code, and I call to get the code --
2  **A.**  Someone would give them a code.
3         MR. FORD:  Objection.
4  BY MS. JOHNSON:
5  **Q.**  Okay.  Was there any basis on -- would they
6  give some people a code and -- any procedures as to
7  who they would give the code to versus not give the
8  code to?
9  **A.**  I don't believe there was a process to see
10 why they needed a code.  If they asked for a code,
11 they're initiating contact to get access into the
12 website.
13 **Q.**  Okay.  And then what happens after that?
14 **A.**  At that point, they could proceed to try
15 and open an account.
16        And, you know, in addition to that,
17 each page -- as you can see on your screenshots,
18 each page would inform people that the website was
19 not intended for U.S. persons, you know?
20        And that was something that was
21 advised to me by the attorneys and consultants to
22 make sure that that was on every single page, as
23 well as at one time there was another firm in the
24 Bahamas called Gibraltar Securities that the SEC had
25 sued for soliciting U.S. customers.

117

1         And in their complaint, you know, they
2  basically listed what that firm did, and I and my
3  attorneys, we reviewed the court filings and one of
4  the opposition --
5         MR. FORD:  Court filings by the
6  SEC.
7  **A.**  Court filings by the SEC.  Their opposition
8  brief, it listed all the things that Gibraltar
9  Security should have done to be in compliance with
10 15a-6.
11        And myself and the compliance officer
12 and my attorneys made sure that we were following
13 what the SEC said it should have done, which was,
14 you know, it should try and, you know, have -- I
15 don't remember off the top of my head right now, but
16 it should basically have something on the website
17 saying that it's not intended for U.S. people.
18        I believe that we did a lot of extra
19 things that were not required by regulation because
20 there's nothing in the regulation that says you need
21 to have a pop-up blocker.
22        But we had a pop-up blocker to just
23 have an additional remedy to discourage U.S. people
24 from trying to open an account.  We weren't making
25 phone calls to people to tell them to open an

118

1  account.
2         We weren't doing any of the things
3  that the SEC said in their opposition brief, which
4  would have made Gibraltar in compliance.
5         But, now, all of a sudden, since I'm
6  not cooperating with you guys since 2015, it's all a
7  problem, so I really don't understand that.
8         But, in addition to those things, it
9  also said that clients should attest in writing that
10 they weren't solicited to the website, which we --
11 we were doing before the SEC even said that in their
12 opposition brief.  So it just reinforced that we
13 were doing everything right.
14        In addition to that, FINRA
15 investigated the firm and myself in 2012, 2013,
16 accusing me of exactly what you guys are accusing
17 the firm and myself of doing now.
18        And we wrote to them, through the
19 Wells notice, everything that we were doing.  We
20 told the SEC everything that we were doing; we told
21 the DOJ everything we were doing, told the FBI
22 everything we were doing.
23        And they told me specifically to my
24 face that they do not have a problem with the way
25 the firm is operating, and it never changed the way

119

1  it operated from that time.
2         And FINRA eventually dropped their
3  allegation.  You know, which, to me, is the same
4  thing as a no-action letter --
5  BY MS. JOHNSON:
6  **Q.**  We'll get there.  And at the end, you can
7  have Mr. Ford --
8  **A.**  Well, I'm just --
9  **Q.**  -- ask you whatever.  But let's keep to the
10 questions and --
11 **A.**  I'm answering your question of what the
12 firm did.  Those are the things that the firm did --
13 **Q.**  Okay.
14        MR. FORD:  Yeah.  I think that
15 was the question --
16 **A.**  -- and these are the reasons --
17 BY MS. JOHNSON:
18 **Q.**  Okay.
19 **A.**  -- why the firm did it.
20 **Q.**  Okay.
21 **A.**  It was following all of the available
22 resources that the SEC has with its regulations, its
23 guidance, and whatever cases are out there, and the
24 advice of counsel.
25 **Q.**  What was the screening procedure for U.S.

120

1  clients that said that they had heard about -- U.S.
2  residents -- that they had heard about SureTrader
3  because of the website?
4      **A.**  I don't understand.
5          MR. FORD:  Objection.
6      **A.**  Do you mean they heard about the domain
7  name?
8  BY MS. JOHNSON:
9      **Q.**  I'm coming to -- I read about you on the
10  website; I'd like to open an account with you; I
11  live in California.
12      **A.**  So if you read about the website, you
13  already --
14      **Q.**  I read your website.
15      **A.**  Correct.  So that means you went to a
16  pop-up blocker; you initiated contact with the firm,
17  which is what the SEC guidance says a person has to
18  do to initiate contact.
19          At that point, I believe the SEC
20  allows for foreign broker-dealers to have an
21  exemption to accept a U.S. person.  As far as I
22  know, they're not prohibited from opening an account
23  as long as they weren't -- weren't solicited.
24          And every single person that was
25  from -- that was a U.S. person acknowledged that

121

1  they weren't solicited.
2          The website did everything that it
3  could do to deter them from opening an account,
4  which are the things that I mentioned:  Pop-up
5  blocker, every single page saying it's not intended
6  for U.S. people, and, you know, the other few things
7  that it did, which was requiring a non-solicitation
8  agreement.  Otherwise, the account was not eligible
9  to be opened.
10      **Q.**  Did SureTrader have any policies or
11  procedures in writing concerning how it solicited
12  customers?
13          MR. FORD:  Objection.
14      **A.**  It had procedures regarding the SEC's 15a-6
15  rule.
16  BY MS. JOHNSON:
17      **Q.**  Did SureTrader have any policies or
18  procedures concerning U.S. residents using
19  SureTrader's services?
20          MR. FORD:  Objection.
21      **A.**  That was in the -- I believe, in the
22  policies manual that it had for compliance with
23  15a-6.
24          I don't remember what was exactly
25  inside of that manual, but it was -- there was,

122

1  obviously, a manual for it.
2      BY MS. JOHNSON:
3      **Q.**  Did SureTrader have any particular policies
4  or procedures concerning opening accounts for U.S.
5  residents?
6      **A.**  Yes.
7      **Q.**  And what were those?
8      **A.**  They had to be unsolicited; they had to go
9  through a pop-up blocker to get to the website, and
10  they had to sign a non-solicitation agreement.
11      **Q.**  Let's look at -- this has been used in
12  another exhibit as -- another deposition -- excuse
13  me -- as Exhibit 12.  So we'll keep it 12 for this
14  one.
15          Do you recognize generally what this
16  is?
17      **A.**  It's an application.
18      **Q.**  Okay.  And this is from a Mr. Penalver, who
19  listed his residence as Plano in the United States.
20  Is that correct?
21      **A.**  That's what I see.
22      **Q.**  Mailing address.  And then if you look at
23  the second page, which is 10392 --
24      **A.**  The second page?
25      **Q.**  Yeah.  In the middle, it says, "How did you

123

1  hear about us?"
2      **A.**  Where does it say that?
3      **Q.**  Second page, right in the middle.
4          "How did you hear about us?"
5          "Website"?
6      **A.**  Which website?
7      **Q.**  It just says "website."  Do you know which
8  website he's referring to?
9      **A.**  I don't know.
10          It could have been the SEC's website.
11  It could have been any website.  I don't know.  It
12  just says website.
13      **Q.**  Was the SEC advertising?
14          MR. FORD:  Objection.
15  BY MS. JOHNSON:
16      **Q.**  Why do you think it could have be the SEC's
17  website?
18          MR. FORD:  Objection.
19      **A.**  I don't know.
20          You guys have put stories out there on
21  me.  Maybe he Googled me, see that I'm on SureTrader
22  from your website and then came here.
23      BY MS. JOHNSON:
24      **Q.**  Oh, okay.  That makes sense.
25          When the -- when a client -- a customer

124

1  put "website," would anyone at SureTrader ask what
2  website or give this more scrutiny in their
3  procedures?
4      **A.**  It's very vague.  It's very vague.
5      **Q.**  Did SureTrader have a duty to find out what
6  that meant?
7      **A.**  I don't believe so.
8      **Q.**  Under your policies and procedures, would
9  you have wanted to know what website they were
10  talking about?
11      **A.**  I don't think it's relevant in the sense of
12  how they found us.  Obviously, they didn't find the
13  company from going to SureTrader.  They found it
14  through some other way: through a referral, through
15  a friend, through some other -- some other means.
16          Obviously, they didn't find the
17  website from the website, because if you're -- that
18  doesn't make any sense to me.
19      **Q.**  It doesn't make any to me either.
20          If you look at page 10399.
21      **A.**  I'm sorry.  Which page?
22      **Q.**  It's 10399 at the bottom.  It's the page
23  that has the unsolicited acknowledgment agreement.
24          MR. FORD:  And just for the
25  record --

125

1      **A.**  This is getting really tiny.
2          MR. FORD:  Yeah.  This is
3  difficult to read.
4          But if you look at 10400, it has
5  the -- where this individual signed the
6  unsolicited agreement.  The SEC set it up
7  to be on two pages.  I think we should
8  think about that as one page.
9  BY MS. JOHNSON:
10      **Q.**  Is this the unsolicited acknowledgment
11  agreement you were speaking of earlier?
12      **A.**  Yes.
13      **Q.**  And when a new client signs up, how is that
14  new -- new on-boarding process done?
15      **A.**  Online.
16      **Q.**  Okay.
17      **A.**  I believe there was an option to download
18  the paperwork as well, so they could have done it
19  through a PDF as well.
20          When the firm first started,
21  everything was through PDF, and eventually it also
22  built an online system.
23      **Q.**  And if you flip to page 10403, there's a
24  copy of the passport card -- the client's passport
25  card.

126

1          And then the next page is his Texas
2  driver's license.
3      **A.**  Okay.
4      **Q.**  Did the firm normally collect driver's
5  licenses for its clients?
6      **A.**  They collected -- at one time, there was
7  two forms of photo ID.  And then I think maybe it
8  switched to one form of photo ID at some point.  But
9  I think for a while it had two -- a requirement of
10  two photo IDs.
11      **Q.**  And then if you look towards the back, page
12  10406, 10407, the iBOSS pages.  It says "Profit and
13  Loss Summary."
14          What does that represent?
15          What am I looking at here?
16      **A.**  That is their trades with their profit and
17  loss.  This person lost $99.
18          MR. FORD:  And 91 cents.
19      **A.**  And 91 cents.
20  BY MS. JOHNSON:
21      **Q.**  Let's move on to affiliates.
22          Did SureTrader partner with other
23  companies that ran websites about trading or
24  investing to refer traders to SureTrader?
25      **A.**  It partnered with a few companies like that

127

1  to refer non-U.S. traders.
2          MR. FORD:  During what time
3  period?
4          THE WITNESS:  From 2012 to maybe
5  2017.  I don't remember having those type
6  of relationships after that, but I can't be
7  for certain.  I know most of them ended
8  much earlier.
9  BY MS. JOHNSON:
10      **Q.**  Was that referred to as an affiliate
11  program?
12      **A.**  I believe it was referred to as a marketing
13  agreement, or something along those lines.
14          (Plaintiff's Exhibit 59
15          marked for identification.)
16  BY MS. JOHNSON:
17      **Q.**  I'm showing you another web capture from
18  SureTrader's website.
19      **A.**  What date is this done on?  I can't read
20  anything that this says.
21          MR. FORD:  Yeah.  This is really
22  tough.  One of the things that I will just
23  mark note for the record is that the part
24  of the website where -- Mr. Gentile
25  testified earlier where it says it's not

128

```
 1      intended for U.S. customers, it's like --
 2      however this document was copied, it's
 3      completely blacked it out.
 4             It says, if you -- that this is
 5      something that he specifically testified
 6      to, and it appears to be blacked out on
 7      this document.
 8             MS. JOHNSON:  Thank you.
 9             (Pause in proceedings.)
10             MS. JOHNSON:  It doesn't normally
11      appear that way.
12             THE WITNESS:  Yeah.  Exactly.
13             MS. JOHNSON:  They blacked that
14      out.
15      BY MS. JOHNSON:
16      Q.   Okay.  So it says "Partnerships:  If you
17      are in a position" --
18             MR. FORD:  I'm objecting to the
19      use of this document.
20             MS. JOHNSON:  Okay.  Objection
21      noted.
22             MR. FORD:  You blacked out --
23      earlier he testified --
24             MS. JOHNSON:  Okay.  Please stop
25      testifying.  You can object --
```

                         129

```
 1             MR. FORD:  I'm not testifying.
 2             But earlier he testified that at
 3      this place --
 4             MS. JOHNSON:  All right --
 5             MR. FORD:  -- there would be
 6      something that said not for U.S --
 7             MS. JOHNSON:  Okay.
 8             MR. FORD:  -- customers --
 9             MS. JOHNSON:  You've marked your
10      objection.  Thank you.
11             MR. FORD:  -- it's been blacked
12      out on the document.
13             Can we get a copy of it that's
14      representative of what the website said,
15      not the blacking out of something that's
16      key to this case?
17             MS. JOHNSON:  Take off the last
18      two pages.  I don't need them.  I'm not --
19             (Simultaneous discussion.)
20             MR. FORD:  No.  It's not --
21      they're not pages.  This is -- these are
22      screenshots of the website --
23             MS. JOHNSON:  I'll ask my
24      questions, and you can preserve your
25      objection and take it to the court.
```

                         130

```
 1      BY MS. JOHNSON:
 2      Q.   All right.  "Partnerships:  If you are in a
 3      position to refer traders to SureTrader, you have
 4      the potential to earn money by partnering with one
 5      of the fastest growing firms in the industry.
 6             "Whether you are a large institutional
 7      firm or simply an individual who interacts with
 8      traders, SureTrader has developed five programs
 9      designed to build a business with you."
10             Is that the partnerships -- the master
11      service agreement?
12      A.   Yes.  You left out the part where it says,
13      "Only for non-U.S. persons permitted."
14             You left that part out.  I just want
15      to add that part into the record.
16      Q.   Okay.
17      A.   And it says that on there --
18      Q.   Mr. Ford has said it five times.
19      A.   No, no, no.
20             I'm talking about specifically a
21      program affiliate, through CJ, says "not" -- "only
22      non-U.S. referrals permitted.  Direct" --
23             MR. FORD:  It's barely legible.
24      You stopped reading.
25      A.   Direct --
```

                         131

```
 1             MS. JOHNSON:  We'll get there --
 2      A.   -- direct affiliates --
 3             (Simultaneous discussion.)
 4      BY MS. JOHNSON:
 5      Q.   All right --
 6      A.   -- it says --
 7      Q.   -- please stop --
 8      A.   -- only non-U.S. --
 9      Q.   -- there's not a question pending.  Your
10      attorney can ask you as many questions as he wants.
11      I'm asking the questions right now.
12             MR. FORD:  Well, you were asking
13      him if that's what it says, and he was
14      saying, well, you left off the part where
15      it says "only non-U.S. referrals."
16             MS. JOHNSON:  Matt, please stop
17      making ...
18             If you have a question or an
19      objection, ask it; but don't give
20      testimony.
21             MR. FORD:  I'm not giving
22      testimony.  He testified to it --
23             MS. JOHNSON:  Okay.  Thank you.
24             MR. FORD:  -- I just want to make
25      sure we have a clear record as to what his
```

                         132

Guy Gentile
11/29/2023

1  testimony is.
2       MS. JOHNSON:  I'll get there.  I
3  haven't gotten there yet.
4  BY MS. JOHNSON:
5  **Q.**  "Program affiliates through CJ."
6       What is CJ?
7  **A.**  Commission Junction.
8  **Q.**  Okay.  "If you own a website about trading,
9  investing, penny stocks, et cetera, or interact with
10  groups of traders, you can refer accounts to
11  SureTrader."
12       And then it says you could earn $100 on
13  every account opened and funded by your website
14  visitor, you get 60 days of cookie tracking, and it
15  has different dates.
16       "No minimum requirements, dedicated
17  affiliate manager to assist you every step of the
18  way.  Sign-up is easy through our affiliate network,
19  Commission Junction.  If you have questions ..."
20       And then on the next page --
21       MR. FORD:  Is there a question?
22       MS. JOHNSON:  I'm getting there.
23       MR. FORD:  Well -- but you just
24  read the entire thing up until where it
25  says "only non-U.S. referrals permitted."

133

1       MS. JOHNSON:  I haven't finished.
2  I'm trying to get to your non-U.S.
3  residents.
4       MR. FORD:  -- finish your
5  question is --
6       MS. JOHNSON:  Please don't
7  interrupt me, Matt.
8       MR. FORD:  -- it's the next --
9       MS. JOHNSON:  Please don't
10  interrupt me.
11       MR. FORD:  Is there a question?
12  BY MS. JOHNSON:
13  **Q.**  "No minimum requirements or commissions;
14  dedicated affiliate manager to assist you every step
15  of the way; sign-up is easy through our affiliate
16  network."
17       And then on the next page, it says
18  "only non-U.S. referrals permitted."
19       Is that what it says?
20  **A.**  Yes.
21  **Q.**  And then under "Direct" --
22       MR. FORD:  Objection to the
23  notion that these are separate pages.  It's
24  a website.  It's only separate pages
25  because it was printed this way.

134

1       MS. JOHNSON:  I know about this,
2  Matt.
3  BY MS. JOHNSON:
4  **Q.**  Direct --
5       MR. FORD:  It's all on one
6  page --
7       MS. JOHNSON:  Okay.
8       MR. FORD:  -- right?
9       MS. JOHNSON:  Thank you.
10  BY MS. JOHNSON:
11  **Q.**  "Direct Affiliate:  Our direct affiliate
12  program is targeted to large businesses or
13  organizations that can drive a sizeable amount of
14  traffic or members to our website.
15       "Designed for organizations to
16  generating traffic specific for day trading.
17       "Specialized referral rates.
18       "Must qualify to become -- must qualify
19  to become a direct affiliate.
20       "Should be able to generate at least 15
21  new accounts per month.
22       "Certain minimal requirements must be
23  met in order to qualify for a direct affiliate
24  program.
25       Please send an email to

135

1  info@suretrader.com.  Only non-U.S. referrals
2  permitted."
3       Does that describe what is on here as a
4  direct affiliate?
5  **A.**  What was the last part of it?
6  **Q.**  Only non-U.S. referrals --
7  **A.**  Okay.
8  **Q.**  -- permitted.
9  **A.**  Okay.  Yes.
10  **Q.**  Now, what qualifications did you need to
11  become a direct affiliate?
12  **A.**  I think it listed it right here.  It just
13  says it.
14  **Q.**  Where?  You have to be able to --
15  **A.**  It said designed for an organization that
16  have traffic in -- for day traders.  Basically, what
17  it says here is the requirements.
18  **Q.**  Okay.  Who approved who SureTrader would
19  affiliate through with this program?
20  **A.**  That was done by Justin Ritchie.
21  **Q.**  Okay.  Who developed these programs?
22  **A.**  All of these programs?
23  **Q.**  Just the program affiliate through CJ and
24  the direct affiliate.
25  **A.**  CJ is its own company.  That's what they

136

1  do.  They're an affiliate company.  So I didn't
2  develop CJ; we just -- the firm utilized their
3  services to connect with -- with other affiliates to
4  get non-U.S. referrals.
5     **Q.**  Okay.
6     **A.**  The direct affiliates -- I don't remember
7  who wrote this.  I don't remember writing any of
8  this.  I didn't write any of this myself.  I vaguely
9  remember seeing it.
10           But the direct affiliates, the way
11  that came about is really from -- initially from
12  SpeedTrader, the U.S. firm, had a relationship with
13  Timothy Sykes and Investors Underground,
14  Nathan Michaud.
15           And they would refer U.S. customers to
16  those entities as well as, I think, later -- much
17  later on, Warrior Trading -- the guy named
18  Ross Cameron, I think his name was.  He had a
19  relationship directly with SpeedTrader to refer them
20  U.S. customers.
21           And then each of these entities also
22  had, at some time in the past, obviously, a
23  relationship with SureTrader to refer
24  non-U.S. persons.
25     **Q.**  Okay.  Who came up with the idea to partner

137

1  with Commission Junction?
2     **A.**  So Commission Junction was a partner of --
3  similar to what I just talked about with Tim Sykes
4  and Nathan.  It was set up with SpeedTrader U.S. to
5  send -- to refer U.S. clients to it.
6           And then once I set up SureTrader, we
7  utilized that same platform to -- for it to refer
8  non-U.S. clients.
9     **Q.**  Okay.  So Commission Junction was working
10  with SpeedTrader, with U.S. clients, and then once
11  you opened up --
12     **A.**  Right.
13     **Q.**  Okay.  It transferred.
14           And who negotiated the contracts
15  with --
16     **A.**  I don't believe it's a negotiated contract.
17  I think they just have a fee that they charge,
18  whatever it might be.  And I think it's a
19  one-size-fits-all type of place.
20           It's not a place you just sign up on
21  their website.  I don't believe that there was any
22  back-and-forth negotiations.  And I don't remember
23  exactly when SpeedTrader set up this agreement.
24           If I had to take a guess, I mean, it
25  was probably around 2009-ish, maybe.  I don't

138

1  remember exactly, but around that time.  It was a
2  long time ago that it had set up a relationship with
3  them.
4     **Q.**  And who was in charge of that relationship?
5     **A.**  SpeedTrader had its own marketing people at
6  that time.  I don't remember exactly who it was at
7  that time, but ...
8     **Q.**  Who at SureTrader was in charge of that
9  relationship?
10     **A.**  Oh.  Eventually, once it moved over to
11  SureTrader, I believe Justin was managing the CJ
12  relationship.
13           But when it initially started at
14  SpeedTrader, probably I would have signed the
15  agreement with them -- the initial agreement from --
16  with them back then.  I was the CEO at the time, so
17  it would have been me at that time.
18     **Q.**  Okay.  So the direct affiliate
19  relationships, who was in charge at SureTrader of
20  those relationships?
21     **A.**  Well, which ones specifically?  Because
22  there's many of them.
23     **Q.**  Okay.  Let's start with Investors
24  Underground.
25     **A.**  So Investors Underground initially had a

139

1  relationship with SpeedTrader.  So I knew
2  Nate Michaud, who, I believe,is the owner, or one of
3  the owners.  I don't remember exactly when that
4  started, but I'm going to guess, again, maybe 2009
5  area, where he had a relationship with SpeedTrader.
6           I believe -- I don't remember the
7  exact number, but maybe he was paid $1,000 a month
8  to refer U.S. customers to it.
9           And when SureTrader started, I believe
10  he became a customer first.  He became a customer
11  first with the firm.  And so it was some dialogue of
12  some sort, and at some point we entered into a
13  marketing agreement.
14           I don't remember if I negotiated with
15  him or if it was someone else.  I don't even
16  remember if I signed the agreement or not.  I just
17  don't remember.
18           What I do remember is that the
19  marketing agreement was reviewed by -- and drafted
20  by the firm's attorney at the time, Adam Ford.  And
21  it was very specific to prohibit the marketing to
22  any U.S. person and prohibited many different type
23  of -- the type of advertising or -- that he can do
24  in the sense that he had to be very clear in his
25  advertisement that it was not -- that he would not

140

1 solicit U.S. people, and that any ad that he ran, or
2 banner, would make clear that it was not intended
3 for any U.S. persons.
4        So that was done with counsel.  I
5 don't remember if he had counsel as well to review
6 it, but, for sure, the firm had counsel.
7        Q.  And "he," you mean Nate?
8        A.  Correct.
9        I don't remember if he had an
10 attorney.
11        Q.  What was Nate's last name?
12        A.  Michaud, I believe it is.
13        And, in addition, I want to add for
14 Nate that -- in 2012, that the -- that -- well,
15 actually, in 2011, when I spoke to the regulators --
16 SEC, DOJ, FBI -- with my lawyer present, and I'm
17 explaining to them the entire operation of the firm,
18 they specifically told me to maintain a relationship
19 with Nathan Michaud.
20        Several months later, they asked me to
21 go to Timothy Sykes' penny stock conference in
22 Las Vegas.  They wired me up and they asked me to do
23 recordings against Nathan Michaud and several other
24 targets that the government had.
25        And they sent me there as a

141

1 representative of SureTrader, specifically.  That
2 was my cover, that I was SureTrader, and that I
3 could help them come to SureTrader to open an
4 account and, you know, potentially help them evade
5 U.S. scrutiny because I could hide who they are.
6        That was the cover story that the SEC
7 and FBI came up with for me to go out there and do
8 these meetings at the Timothy Sykes penny stock
9 conference in 2012.
10        Later on, the FBI told me that they no
11 longer needed me to have a relationship with
12 Nathan Michaud, so they asked me to find some way
13 to, you know, end it, which I don't remember exactly
14 what I did, but I probably blew him off in some way
15 or upset him in some way, and he got upset and
16 canceled the agreement, which is what -- what the
17 desired result was.
18        Q.  Okay.  And when did the FBI tell you this?
19 What year.
20        A.  2012.
21        Q.  Okay.  In 2012, you no longer --
22        A.  Oh, no.  No, no.  In probably in 2014.
23        Q.  All right.
24        A.  '13 or '14.  Late 2013 or early 2014,
25 something like that.  I don't remember exactly the

142

1 dates, but they had no interest in him anymore.
2        Q.  Okay.  Who decided which affiliates that
3 SureTrader would work with?
4        A.  That was something that Justin had autonomy
5 to decide who to work with.
6        Q.  And who decided the terms under which the
7 affiliates would work with SureTrader?
8        A.  Those terms were defined by an agreement
9 that was drafted by the firm's attorney.
10        Q.  So the firm's attorney decided what the
11 terms were?
12        MR. FORD:  Objection.
13        A.  It was in the contract.  They helped
14 structure the contract.
15 BY MS. JOHNSON:
16        Q.  Okay.  And --
17        A.  Oh.  As far as what they would be paid --
18 I'm sorry.  I misunderstood.
19        Justin was handling -- handling that.
20 He was handling that.
21        Q.  Okay.  Was Warrior Trading acting as a
22 direct affiliate?
23        A.  So Warrior Trading became an affiliate
24 while I was not at the firm, so I was not involved.
25 I didn't know anything about them until after I came

143

1 back to the firm in January of 2017.
2        I didn't -- I mean, I knew who they --
3 about them in the sense of who they were, but I
4 didn't know about the agreement, or I wasn't
5 involved in any of the dialogue or communication
6 that Justin had with Ross Cameron.
7        I did speak to him one time, but it
8 was unrelated to his relationship with SureTrader.
9        (Pause in proceedings.)
10 BY MS. JOHNSON:
11        Q.  All right.  Let's go to Exhibit 20.  This
12 was premarked in another exhibit -- in another
13 deposition, so we'll keep the number at 20.
14        This is dated 3/30/2017 from
15 Michael Bain at SureTrader.
16        What was Michael Bain's position at
17 SureTrader?
18        A.  I believe he was on the trading desk.
19        I want to make a note for the record
20 that I'm not in this email communication.
21        Q.  Okay.  It says to Janiv Frantz.  Have you
22 ever seen this?
23        I know you're not cc'd on here, but --
24        A.  I -- I have not seen that in the course of
25 working at the firm.  I may have seen this come up

144

1  in -- maybe in one of the other depositions that
2  were done in this case.
3      **Q.**  Okay.
4      **A.**  But I don't -- I don't -- I didn't -- I
5  wasn't cc'd on this.
6      **Q.**  Okay.  It says "Michael Bain, trade desk
7  manager."
8          Do you see the trade desk manager?
9      **A.**  Where does it say that?
10     **Q.**  Under his signature here.
11     **A.**  Oh, okay.  Yes.  Trade desk manager.
12     **Q.**  And then in the actual document, it says,
13  "Please take note of the promotions moving forward
14  for clients opening up new accounts."
15         We have the "Sykes challenge students,
16  $100 in funding for $2,000 or more.
17         "Nate's Investors Underground
18  students," and it has their deal.
19         "StockTradeIdeas, Bob Garrett."  And it
20  has their promotion.
21         "And MOJO Day Trading, Michael Rich.
22  These referrals receive a special top secret
23  commission rate, which we do not disclose to querying
24  clients."
25         Were you aware of these promotions when

145

1      **A.**  Like I said, go back on your Wayback
2  Machine and take a look at when StockTradeIdeas was
3  shut down.  It was shut down in 2015.  And I don't
4  believe it -- that he ever referred any customers.
5          MR. FORD:  I want to put an
6  objection on this.  This is really, really
7  misleading in a lot of ways that you're
8  asking these questions.  But it appears,
9  where it says "Click here to download
10  picture."  If we saw this, isn't this a
11  screenshot, but not something that was
12  typed by Bain?
13         Isn't this a -- right here, isn't
14  this a screenshot?
15         You can't tell on the way you
16  produced it, but isn't that what that is?
17  That's why that line is here.
18         MS. JOHNSON:  I've noted your
19  objection.
20         MR. FORD:  I just -- I want to --
21  I mean --
22         MS. JOHNSON:  This has been
23  produced.  Please take note.  It has the
24  email to and from, the date.  Please take
25  note.

147

1  they were occurring in 2017?
2          MR. FORD:  Objection.
3      **A.**  Well, what I'll say to this is that this
4  might have just been like a list of prior promotions
5  that had existed from a really long time ago, and
6  that when the relationships ended with Sykes and
7  Nate, that maybe Michael Bain just didn't know that
8  it ended.  Because it's not like there was a
9  bulletin put up anywhere saying, hey, these
10  relationships are over.
11         This is just what Michael Bain, I
12  believe, understood the prior deals to have been,
13  but it doesn't mean that that was actually
14  happening.
15         And, by the way, I want to make a note
16  that StockTradeIdeas, that website was shut down in
17  2015, and this email is in 2017, which kind of
18  proves what I'm saying, that this is garbage.  It's
19  old.  It's just his old understanding of what it
20  was.
21  BY MS. JOHNSON:
22     **Q.**  Okay.  Even though he wrote "moving forward
23  for clients"?
24     **A.**  Who wrote that?  Yaniv or Michael Bain?
25     **Q.**  It's signed Michael Bain.

146

1          MR. FORD:  No, no.  But the way
2  this document --
3          MS. JOHNSON:  Okay, Matt.  I got
4  it.
5          MR. FORD:  -- is printed or
6  copied --
7          MS. JOHNSON:  You've preserved
8  your objection.  Let's go.
9          MR. FORD:  It's more than an
10  objection, Ms. Johnson.  I'm concerned
11  that --
12         MS. SUM:  He's testifying.
13         MS. JOHNSON:  Yeah.  You're
14  testifying.
15         MR. FORD:  I'm not testifying
16  about anything, I'm --
17         MS. JOHNSON:  Okay.  You've noted
18  your objection.
19         What else would you like to do?
20         MR. FORD:  I just want to get my
21  objection on the record as to the nature of
22  this document.
23         MS. JOHNSON:  Okay.  You did.
24  BY MS. JOHNSON:
25     **Q.**  But my question was --

148

1    **A.**  Right.  This document could be fake.  It
2  was produced by Yan, so it has zero credibility.
3    **Q.**  Were you aware of any promotions going on
4  in March of 2017 with any of these affiliates?
5    **A.**  These affiliates?  I don't remember any
6  promotions going on with these affiliates, because,
7  as far as I knew, the relationships were over with
8  Sykes and Nate.
9          StockTradeIdeas never existed.  It
10  never got off the ground.  In 2015, the website was
11  down, so it didn't exist.
12          I don't remember MOJO.  It's not -- I
13  wasn't involved in any of that -- in that
14  relationship.  I don't remember any of that.
15          MS. JOHNSON:  The court reporter
16  [sic] needs to take a break to change his
17  tape, so we'll just be a minute so we don't
18  have to leave the room.
19          THE WITNESS:  Do you want to take
20  a break?
21          MR. FORD:  Let's -- yeah.  Can
22  we --
23          MS. JOHNSON:  Okay.  Five
24  minutes?
25          THE VIDEOGRAPHER:  Going off the

149

1  record at 3:19.
2          (Recess taken.)
3          THE VIDEOGRAPHER:  We are back on
4  the record at 3:45.
5  BY MS. JOHNSON:
6    **Q.**  Okay.  I'll show you what's been previously
7  marked as Exhibit 51, and I'll ask you if you
8  recognize it.
9    **A.**  Yes.
10    **Q.**  And did you sign this document?
11    **A.**  That appears to be my signature.
12    **Q.**  And this is the marketing services
13  agreement between Day Trading Radio and
14  Swiss America Securities.  Is that correct?
15    **A.**  Yes.
16    **Q.**  And it outlines what services -- what
17  marketing services Day Trading Radio would be
18  providing to Swiss America.  Is that correct?
19    **A.**  Yes.
20    **Q.**  And they're delineated in Exhibit A, which
21  is the last page of this agreement.
22    **A.**  I mean, there's some other -- there's some
23  other things in there, too, but yes.  There's some
24  exhibits --
25    **Q.**  Those other services are spelled out in

150

1  this agreement.  Is that correct?
2    **A.**  Yes.
3    **Q.**  Okay.  And then if you look on page 10,
4  your signature page, under F, non-solicitation of
5  U.S. investors.
6    **A.**  Where is that?
7    **Q.**  It's on your signature page.
8    **A.**  Okay.  On the signature page.
9    **Q.**  Number 10, on the bottom.
10          Do you see paragraph F?
11    **A.**  Paragraph S?  F?
12    **Q.**  "F" as in Frank.
13    **A.**  Yeah.  I see that.
14    **Q.**  And then it says "Non-solicitation of U.S.
15  investors."
16          And it says "Marketing agent agrees not
17  to directly or indirectly engaged" -- it's spelled
18  correctly, but I think it's supposed to be "engaged
19  in the solicitation of U.S. investors."  Correct?
20    **A.**  Yes.
21    **Q.**  And then the last line -- I guess I'll read
22  the whole thing.
23          "Any mention of Swiss America or its
24  affiliates or marketing agents' websites or other
25  promotional materials must have the following

151

1  disclaimer attached in prominent font."
2          And then it has four lines with the
3  disclaimer.  Correct?
4    **A.**  That is under letter F, the last sentence
5  you're talking about?  Or is there somewhere else
6  that says that?
7    **Q.**  Under F, it says any --
8    **A.**  It's just hard to read because my eyes just
9  are really terrible.
10          MR. FORD:  I've got the best
11  vision, and I can't -- I can barely read
12  it.
13  BY MS. JOHNSON:
14    **Q.**  I'll read it out loud, then.  Okay.
15          "Any mention of Swiss investors or its
16  affiliates or marketing agents' website or other
17  promotional materials must have the following
18  disclaimer attached in prominent font.
19          "This does not constitute an offer or
20  solicitation for brokerage services, investment
21  advisory services, or other products or services in
22  any jurisdiction where we are not authorized to
23  conduct investment business or where such offer or
24  solicitation would be contrary to the securities or
25  local laws and regulations of that jurisdiction."

152

1    And then it goes in bold:
2  "Swiss America Securities, LTD., SureTrader, does not
3  service accounts for U.S. citizens, U.S. residents,
4  or U.S. corporations."
5    Does that outline the disclaimer that
6  Day Trading Radio was supposed to have on its
7  marketing materials?
8    **A.**  It's what they -- it's what they agreed to
9  have on their websites.
10    **Q.**  Do you know whether they did put that on
11  there?
12    **A.**  I'm pretty sure they had some variation of
13  this on their website at some point.
14    **Q.**  Okay.
15    **A.**  Well, throughout the entire time that they
16  had anything to do with Swiss America, they should
17  have had some type of variation on this.  It might
18  not have been exactly like this but some variation
19  of it that -- that compliance would have been okay
20  with.
21    **Q.**  Did, in 2014, SureTrader service accounts
22  for U.S. citizens?
23    **A.**  It had U.S. citizens as clients.
24    **Q.**  Who drafted this marketing services
25  agreement?

153

1    **A.**  This was drafted by the firm's attorney,
2  Adam Ford.  And it would have been also reviewed by
3  the chief compliance officer as well.
4    **Q.**  And in 2014, that was Mr. Dorsett?
5    **A.**  Yes.
6    **Q.**  Okay.  And I show you what's been
7  previously referred as Exhibit 50.
8    Do you recognize these?
9    **A.**  I don't remember seeing them specifically.
10    I think they came up in the person,
11  John -- I don't remember his last name.  I think it
12  came up in his deposition.
13    But I don't remember seeing these
14  working at the firm, because this would have been --
15  this would have gone to the accounting department,
16  not to me.  From whatever memory, I don't think they
17  were sent to me.
18    **Q.**  Okay.
19    **A.**  Are they all the same, all of these?
20    **Q.**  I believe they're all for $1,000 for
21  different periods of time.
22    **A.**  Okay.
23    **Q.**  Although, I'll note 33 is for $2,000.
24    **A.**  Which one?  Maybe it was for two months.
25    **Q.**  I think they didn't bill you for the

154

1  previous month for those.
2    The March --
3    **A.**  Swiss America.
4    **Q.**  The March 2018 invoice, that's for $2,000
5  because it also includes February.  So this is --
6  they were billing you for the agreed amount in the
7  master services agreement for the affiliate
8  relationship.
9    MR. FORD:  Objection.
10    **A.**  They were billing Swiss America for the
11  agreed amount.  Yes.
12  BY MS. JOHNSON:
13    **Q.**  And then the description, it says,
14  "Advertising banner on DayTradingRadio.com, top of
15  the web page, access to chat room, on-air time, and
16  monthly promotional email."
17    **A.**  That's what it says.
18    But there was no access to chat room,
19  on-air time, or monthly email promotion.  This is
20  probably just an error, or they just put something
21  there.
22    But I don't believe that was in the
23  agreement for them to do that, to do emails.  And I
24  don't believe they ever did an email.  I don't
25  remember hearing anything about an email or a chat

155

1  room access or airtime, or any of that stuff.
2    **Q.**  Did SureTrader have access to Day Trading
3  Radio's chat room?
4    **A.**  I don't believe so.
5    **Q.**  Did SureTrader have access to any of the
6  affiliates' chat rooms?
7    MR. FORD:  Objection.
8    **A.**  I don't believe so.  I don't recall any of
9  that.
10    Are we done with this one?
11  BY MS. JOHNSON:
12    **Q.**  Yes, we are.  You can put that one away,
13  and we're going to move on to Exhibit 4 that's been
14  previously marked.
15    Do you recognize what this document is
16  a copy of?
17    **A.**  It's an application.
18    **Q.**  A customer application --
19    **A.**  Yes.
20    **Q.**  -- an account application?
21    **A.**  Yes.
22    **Q.**  And where does this customer reside?
23    **A.**  United States.
24    **Q.**  And then if you turn to the second page,
25  which is Bates Number 10429, under that, "How did

156

1 you hear about us?" he puts "InvestorsHub."  Is that
2 correct?
3          MR. FORD:  Objection.
4      A.  I see that it says "InvestorsHub."
5          But InvestorsHub at that time was kind
6 of like a Twitter.  It was a massive community of
7 people that would write information about stocks or
8 their trade ideas or whatever, just kind of like a
9 Twitter of today.
10          So it's possible that an existing
11 customer, or someone else that's not even a
12 customer, could have talked about SureTrader on
13 their website, and someone could have went and
14 researched on their own and put in that's how they
15 found it.
16 BY MS. JOHNSON:
17      Q.  Did SureTrader have any affiliate
18 relationship with InvestorsHub?
19      A.  I believe that it -- that Janay had set up
20 some deal with them.  They're a U.K.-based company.
21          What year was this account
22 application, by the way?  Does it say anywhere?
23      Q.  I believe, if you look at this --
24          MR. FORD:  The second page, 429.
25      A.  Okay.  It says it was done in 2027, so this

157

1 account hasn't been opened yet.  They've got to wait
2 another four years.
3 BY MS. JOHNSON:
4      Q.  I was going to refer you to --
5      A.  In the account disclaimers.  2027.
6          MR. FORD:  If you look at the
7 unsolicitation acknowledgment agreement, it
8 says, yeah, it was open March of 2027, but
9 then in other --
10 BY MS. JOHNSON:
11      Q.  I was going to say, under the risk
12 disclosures, 10438 --
13      A.  Yeah.  Well, it says 2027 over here too.
14          MR. FORD:  But then it says 2017.
15      A.  Okay.  Obviously, I would believe that was
16 2017.
17          What was the pending question?
18 BY MS. JOHNSON:
19      Q.  Was it -- did you have -- SureTrader.  Not
20 you.
21          Did SureTrader have an affiliate
22 relationship with InvestorsHub in 2017?
23      A.  I believe that Janay set something up with
24 them.  They were a U.K.-based -- I don't know if
25 they're around anymore, but they were a U.K.-based

158

1 entity.
2          And they might have had a banner on
3 their website, but -- I just can't remember for
4 sure, but if it had a banner, it would have been --
5 it would have said on there "not intended for U.S.
6 people."
7          I'm pretty sure if you have anything
8 else other than -- any communication with them, with
9 Janay, I'm pretty sure it would have all said that
10 it was for non-U.S. people.
11          But just because this person put
12 InvestorsHub does not mean that they came from a
13 banner that was on their website that says not
14 intended for U.S. people.
15          They were a chat forum with thousands
16 or hundreds of thousands of traders talking about
17 stocks.  And any one of them that are not affiliated
18 with InvestorsHub in any way, other than just being
19 a user of their website, you know, could have easily
20 something about SureTrader.
21          And this client could have easily
22 opened an account because of that person mentioning
23 it.  It would be no different if someone went to
24 SureTrader from Twitter, essentially.
25      Q.  Okay.  If an investor had put there

159

1 "Warrior Trading," would there be a different
2 screening process to open their account?
3      A.  What's the question?
4      Q.  If a U.S. investor had put that their --
5 "How did you hear about us?" they had put
6 Warrior Trading, would there be a different
7 screening process to open that person's account?
8          MR. FORD:  Objection.
9      A.  Well, for any U.S. person, there would have
10 been a different screening process.  And the process
11 would have been that they have to sign an
12 attestation saying they were not solicited directly
13 or indirectly.
14          So that's the different screening
15 process, in addition to the fact they would have to
16 go through a pop-up blocker where they're initiating
17 contact with the firm.
18          And I believe that the pop-up blocker
19 may have said something along that this pop-up
20 blocker -- you're a U.S. -- your IP is identified as
21 being in the U.S., and something along the lines of
22 being in compliance with SEC Rule 15-A, that you --
23 I don't remember exactly.
24          Maybe it said you had to initiate
25 contact or something, I don't remember.  But they

160

Guy Gentile
11/29/2023

1  had to ask for a code to get into the website.  So
2  there's that process.
3           The second process is that they need
4  to sign an attestation that they weren't solicited
5  directly or indirectly.
6           And if a U.S. person from
7  Warrior Trading chat room came to our website, it
8  would have also been something along the lines of
9  Warrior Trading had 2,000 to 3,000 members in their
10  chat room that are chatting about what broker to use
11  and what stocks are trading.
12           It doesn't mean that Warrior Trading
13  as a company is referring that U.S. person to us
14  because their agreement with the firm explicitly did
15  not allow them to do that.
16           And if they wanted to refer a U.S.
17  customer, they had an agreement with SpeedTrader
18  U.S.A., and they could have referred the U.S.
19  customer there.  They wouldn't have referred a U.S.
20  customer to SureTrader because it would have been in
21  violation of the agreement.
22  **Q.**  Okay.
23  **A.**  And all of the customers agreed --
24  **Q.**  Let me ask the question more artfully.
25           MR. FORD:  You -- if you want,

161

1  finish that last ...
2  **A.**  No.  All the customers agreed that they
3  weren't solicited.
4  BY MS. JOHNSON:
5  **Q.**  Okay.  So you get an application.  The
6  customer has already gone through the web blocker.
7  They've gotten -- they sent the application.  They
8  filled it out.  And it comes back and it says
9  Warrior Trading was "how did you hear about us."
10  And they've signed the non-solicitation agreement.
11           Is there any further scrutiny for U.S.
12  residents once they have indicated that they were
13  referred by an affiliate?
14           MR. FORD:  Objection.
15  **A.**  I mean, I have no reason to believe that
16  they lied on a application to open a brokerage
17  account, which would be a fraud, and it would be a
18  felony for them to have lied to us on their
19  application in order to open their account.  So I
20  don't think that SureTrader customers would have
21  lied.
22  BY MS. JOHNSON:
23  **Q.**  Okay.  So there -- you're assuming they're
24  not lying, and so there wasn't any further scrutiny
25  on your end -- on SureTrader's end.

162

1           MR. FORD:  Objection.
2  **A.**  They had to sign an agreement that they
3  weren't solicited directly or indirectly.  That's
4  what the SEC's opposition brief to
5  Gibraltar Securities said that they should have done
6  to be in compliance.
7           It didn't say it had to do anything
8  else.  So I was following the advice of the firm's
9  counsel, the SEC's own words on court documents, the
10  SEC's own words on their website, and their
11  regulation.
12  BY MS. JOHNSON:
13  **Q.**  Okay.  So after they sign the
14  non-solicitation, SureTrader's scrutiny ends there?
15  **A.**  At that point, no.  It doesn't end there.
16  **Q.**  Okay.
17  **A.**  At that point, the chief compliance
18  officer -- or the compliance officer, which at
19  various times was Philip Dorsett and
20  Edward Cooper -- they worked together for a few
21  years as well -- they had the ultimate
22  decision-making on whose account gets opened and who
23  doesn't get opened.
24           There were plenty of U.S. customer
25  accounts that did not get opened for various

163

1  reasons.  I don't know what they are, because I
2  don't have the file to go back and see why an
3  account was turned away.  But I know for sure that
4  many accounts were also denied for various reasons.
5  **Q.**  Okay.  Let's talk about Warrior Trading.
6           Who from Warrior Trading was the
7  contact person for the affiliate program?
8  **A.**  Justin set that deal up while I was not
9  working with the firm.
10  **Q.**  Who at Warrior Trading was at the other end
11  of that arrangement?
12           MR. FORD:  Objection.
13  **A.**  Well, I don't know who Justin spoke to
14  specifically, but I believe that it would have been
15  Ross Cameron or one of his employees or attorney.  I
16  just don't -- I just don't remember off the top of
17  my head because I wasn't in those conversations.
18           I was not in the email communication.
19  I was not in the chain of that.  I only found out
20  about the agreement once I came back to the firm,
21  from my recollection.
22  BY MS. JOHNSON:
23  **Q.**  And Warrior Trading is located in
24  Massachusetts?
25  **A.**  I don't know where they're located.

164

1    Q.  Okay.  Warrior Trading offers and sells
2  online day trading courses to customers throughout
3  the United States.
4    A.  Throughout the world.
5    Q.  Okay.  How did you first learn about the
6  Warrior Trading arrangement?
7    A.  I believe that Justin maybe told me about
8  it.  I don't remember how I heard about it, but I
9  heard about it once I came back.
10       I did ask Justin -- I said to make
11  sure that it's very clear that that's not intended
12  for U.S. people, to do what he needs to do to make
13  sure that that is clear, that there's no U.S. people
14  being told to go to the firm from Warrior Trading as
15  a company.
16       I also remember telling this to Yan as
17  well, to reiterate that to him, once I came back to
18  the firm, to make sure that there was a review of
19  all the affiliate agreements once I came back to
20  make sure that they where all in compliance.
21    Q.  I show you what's been previously marked as
22  Depo Exhibit 42.
23       And this is an email from ross@ -- Ross
24  Cameron, ross@warriortrading.com, sent on 3/21/2017
25  to guy@suretrader.com.

165

1       Is that -- guy@suretrade.com, is that
2  your email address --
3    A.  It was.
4    Q.  -- company email address?
5       Do you recall receiving this?
6    A.  I vaguely remember something about this.
7    Q.  And Ross says, "Hey, Guy, hope you are
8  doing well.  I wanted to touch base with you on an
9  issue we are having.
10       "I'm not sure if you are aware, but
11  Drameko has been working as the Warrior Trading
12  representative for our students who join SureTrader
13  as part of a broker rebate program we built
14  together."
15       Do you know who Drameko is?
16    A.  Drameko worked at SureTrader on the trading
17  desk.
18    Q.  Do you know what Mr. Cameron is referring
19  to when he says he's the Warrior Trading
20  representative for students who join SureTrader?
21    A.  I'm sorry?  Say that again.
22    Q.  What is -- what is Mr. Cameron referring to
23  when he says Drameko was working as the Warrior
24  Trading Representative for our students who join
25  SureTrader as part of a broker rebate program?

166

1       MR. FORD:  Objection.
2       You can testify as to your
3  understanding, but not to what Mr. Cameron
4  meant.
5       MS. JOHNSON:  Okay.  Just object;
6  please don't coach.
7    A.  So, as I said earlier, that Justin put this
8  agreement together.  I'm just coming back to the
9  firm maybe a month or two when this email was
10  drafted, so I don't -- I'm just getting my handle on
11  the firm --
12    Q.  Okay.
13    A.  -- back from being gone for about a year.
14  So I don't know what Drameko was specifically doing
15  for Warrior Trading.
16    Q.  Okay.
17    A.  It would be just an assumption of whatever
18  Justin told him to do.
19    Q.  Okay.  And then if you skip down to the
20  paragraph that says "Previously."
21       "Previously, we had agreed that
22  students who joined SureTrader through
23  Warrior Trading would be given a dollar-per-trade
24  discount, $3.95 versus $4.95, and that rate would
25  stay in place until they had recouped a savings equal

167

1  to the cost of their course.  $2,497.
2       "Drameko has now informed us that the
3  agreement will no longer be honored, and the new
4  agreement will be one of the following."
5       Do you see that?
6    A.  I do.
7       But I want to, again, say that this is
8  something that Justin put in place.
9       And when he says we previously agreed,
10  I didn't agree to anything because I didn't know
11  about this agreement until after the fact.
12    Q.  Okay.  And then if you go down to -- I
13  guess it's the big -- third paragraph from the
14  bottom that starts "Since."
15       "Since we've sent hundreds of students
16  to SureTrader and actively promote --
17    A.  Where is this at?  Since?
18    Q.  I'm sorry.  The big paragraph here.
19    A.  Okay.  Okay.
20    Q.  "Since we've sent hundreds of students to
21  SureTrader and actively promote your firm to all of
22  our students, we asked Drameko if our students could
23  be priced at 9 cents and save $1 per 1,000 shares up
24  to the purchase price of the course.
25       "We asked if this offer could be valid

168

Guy Gentile
11/29/2023

1  for six months from the date they join our classes.
2  This incentivizes our students to join SureTrader
3  once they complete our three-month training course.
4           "In terms of your cost, this is the
5  same as the original offer, so I'm not really sure
6  why we even need to review it again, but, in any
7  case, this may not have been something you're aware
8  of."
9           Do you remember getting -- reading that
10  in 2017?
11      A.  I mean, I might remember if you can show me
12  a reply.  If I replied to it, I might remember
13  better.
14           But he's clearly saying in this
15  message that I wasn't part of this deal.  He's
16  making that clear that I was not part of the
17  communications.
18      Q.  Okay.  Do you recall what you did once you
19  got this email?
20           Did you speak with anyone about it at
21  SureTrader?
22      A.  I don't remember.
23           I may have spoke to Yan about it to
24  ask what it was about or -- I don't remember exactly
25  what happened?

                        169

1           What I do remember is, when I came
2  back to the firm in February 2012, I had asked Yan
3  to -- because he was the head of -- he was the
4  operating -- chief operating officer, I think, at
5  the time --
6           MR. FORD:  2017.
7      A.  -- in 2017, to make sure that all of the
8  affiliates are in compliance with the agreement.
9           So I don't know if Yan sent out -- a
10  bunch of emails out to -- he may have sent a bunch
11  of emails out, which could have caused his message
12  to have been sent to me.
13           And I don't remember what -- the
14  result of it is that the deal wasn't changed, and
15  the Warrior Trading agreement ended completely.
16  BY MS. JOHNSON:
17      Q.  When did the Warrior Trading agreement end?
18      A.  During this time.  I believe it was around
19  this time, because I don't -- I don't think that the
20  firm agreed to provide a discount to his members
21  anymore, but that's my recollection right now.
22           But I know that it ended sometime in
23  2017, not too long after I came back to the firm.
24      Q.  Okay.  Why was Mr. Cameron reaching out to
25  you?  Did you have any prior relationship with him?

                        170

1      A.  No.  I never spoke to him prior.  I don't
2  believe I had spoken to them prior to this.
3           I had spoken to him one time, but -- I
4  just don't remember exactly when it was, but I
5  didn't know or -- I wasn't the one emailing with him
6  back and forth.
7           Although he did also have a deal with
8  SpeedTrader USA to refer U.S. customers to that
9  firm, but I also was not part of that arrangement as
10  well.  I just -- I know about it, but I wasn't part
11  of -- I never saw the contract.
12           I don't know if he was being paid, if
13  he wasn't being paid.  I don't know what the deal
14  was.  I just know that some deal existed there for
15  him to refer U.S. customers to the U.S.
16  broker-dealer.
17      Q.  Okay.  The one time you remember speaking
18  with him, what was the subject -- or what was the
19  occasion?
20      A.  I think it was -- I wanted to -- I was just
21  asking him some advice on how to build a course on
22  trading or something like that.  It had nothing to
23  do with SureTrader.
24      Q.  Did you ever watch any of his courses
25  online?

                        171

1      A.  I never watched his course.
2           Although, I did see one of his
3  prerecorded webinars.  But probably I saw that -- it
4  was probably in 2020, something like that, way after
5  the firm was closed.
6      Q.  I show you what's been marked as
7  Exhibit 28.
8           Do you recognize this as a client
9  application?
10      A.  Yes.
11      Q.  And where does this client reside?
12      A.  This client resides in the United States.
13      Q.  And if you look at the second page,
14  Bates-marked 10774, "How did you hear about us?" it
15  says Warrior Trading.
16      A.  I do see that.
17           But I also reference that this is in
18  2019, when there's no arrangement at all with
19  Warrior Trading.
20           In fact, Warrior Trading, Ross and I,
21  kind of had a little beef maybe because of these
22  emails that went back and forth.  And he wrote some
23  negative information about SureTrader, and he was
24  telling people to go to TradeZero.
25           But he had still negative information

                        172

1  written about SureTrader.  So maybe people looked at
2  that negative review of SureTrader, maybe they went
3  to the website from there, or maybe it was in his
4  chat room, where he had 3,000 members, and someone
5  could have talked about SureTrader inside of his
6  chat room.  Not Ross, because Ross would not have
7  referred anyone.
8      Q.  I'm saying that's a misleading date.  This
9  was entered into --
10     A.  I'm looking at the date of the application.
11  It says 2019.
12     Q.  I see that there, but I --
13         MR. FORD:  Ms. Johnson, if you
14     could not characterize his testimony.  It's
15     misleading.  You put a document in front of
16     him that says --
17         MS. JOHNSON:  I believe the date
18     is misleading.  I was trying to point him
19     out to --
20         MR. FORD:  But it says -- the
21     signature of the date of March 21st, 2019.
22         MS. JOHNSON:  And we saw a
23     previous one that says '27.  I'm going
24     to -- I'll just ask it.
25         MR. FORD:  Well, they're your

173

1      documents.
2          MS. JOHNSON:  Okay.
3          MR. FORD:  But let's go
4      through --
5          MS. JOHNSON:  Let's look at --
6          MR. FORD:  It's Bates-stamped by
7      the SEC --
8          MS. JOHNSON:  Okay.
9          MR. FORD:  -- produced by you.
10     I'm looking at these.  It says March 21st,
11     2019 --
12         MS. JOHNSON:  Okay.
13         MR. FORD:  -- you put it before
14     him, and he testified that --
15         MS. JOHNSON:  I'm going to ask
16     him about some other pages.
17     BY MS. JOHNSON:
18     Q.  The client agreement.  If you'll look on
19  page 10780, it has a date.
20     A.  Wait, wait, wait.  107 --
21     Q.  Well, know we don't have to do that.
22     A.  10780.  Okay --
23     Q.  10780, the client agreement.
24     A.  -- but this isn't -- this could be a
25  different client.  It doesn't have his name on it.

174

1  How do I know who it belongs to?  It doesn't have a
2  signature on the page.
3      Q.  All right.  Let's look at his trading
4  history.  Let's look at page 10787.
5          It says "Profit and Loss Summary" at
6  the top.  Account name, Steven Derong.  It's
7  D-e-r-o-n-g.
8          And when does it show that he first
9  funded the account?
10     A.  Well, how do I know these trade records
11  belong to him?
12     Q.  It says Steven Derong at the top and has
13  his account number.
14         Do you see where it says that?
15     A.  I see that.  Yeah.
16     Q.  Do you see where it says an entry date of
17  4/4/2017?
18     A.  I do see that.
19     Q.  Does this indicate that Mr. Derong opened
20  his account -- or started funding his account on
21  4/4/2017?
22     A.  I mean, according to this blotter, it shows
23  that, but his account application does not show
24  that.
25         Maybe he opened a second account?

175

1  Maybe he opened an account at the firm and then came
2  back later on and opened another account.
3      Q.  Warrior Trading.  Did you have an affiliate
4  relationship with Warrior Trading in 4 -- April
5  2017?
6      A.  Did I have an affiliate relationship?
7      Q.  Did SureTrader.
8      A.  SureTrader -- I don't know the dates that
9  it started or ended exactly, but I believe that it
10  was sometime in late 2016.  And it ended in -- like,
11  probably around this time.  Maybe March or April of
12  2017, is when it ended.
13     Q.  Okay.  Would this application have received
14  any further scrutiny because he put that he had
15  heard about you from Warrior Trading?
16         MR. FORD:  Objection.
17     A.  Yes.
18  BY MS. JOHNSON:
19     Q.  And what would that have been?
20     A.  That he would have to have signed an
21  unsolicitation acknowledgment agreement.
22     Q.  Okay.  Would it have stopped there,
23  SureTrader's scrutiny of him, after he signed that
24  document?
25     A.  Unless we have a reason to believe the

176

1  client is lying to us.
2       But I don't believe our clients lie to
3  us.  I think our clients were truthful when they
4  filled out their application.
5       Q.  They could have just signed without
6  reading.  He wouldn't have to lie, would he?
7       MR. FORD:  Objection.
8       A.  You're asking me to answer a legal question
9  on whether someone signing a contract without
10  reading it?
11      MR. FORD:  Objection.
12  BY MS. JOHNSON:
13      Q.  Okay.  Let's see.
14      A.  I could put a contract in front of you to
15  dismiss this case.  Will you sign it without reading
16  it?
17      Q.  Let's see.  You've mentioned Rule 15a-6 a
18  few times, of the Exchange Act.  What is your
19  familiarity with that rule?
20      A.  So you're asking -- I mean, it is a -- an
21  exemption for broker-dealer registration, is the
22  general consensus of that.
23           What else?  Do you want to know more?
24      Q.  Just what your understanding of the rule
25  is.

177

1       A.  My understanding of the rule is that, as
2  long as we did the things that SureTrader did, that
3  it would not be a solicitation.
4           And if we -- if I did other things,
5  like, for example, things that the SEC and the FBI
6  have instructed me to do several times -- for
7  example, fly to New York, go meet with
8  Adam Gottbetter and other individuals and
9  specifically ask them to come and open an account at
10  Sure- -- to fly to the Bahamas and open an account
11  with the firm, which I was directed to do by the FBI
12  and the SEC, that that would be a solicitation.
13           So my understanding is the difference
14  is make an initial contact and soliciting that
15  person specifically to come and open an account with
16  the firm, that that would be a solicitation.
17           But if I was following the guidelines
18  of what the SEC told me to do in the sense of -- in
19  my many meetings with them, in the sense of they
20  told me many times that the firm was fine, that
21  there was no issues, that I followed what my
22  attorneys told me to do, and the firm did follow
23  what the attorneys asked them to do, that that would
24  not be a solicitation.
25           MS. JOHNSON:  Okay.  I just need

178

1  a one-minute break.
2       THE VIDEOGRAPHER:  Can I go off
3  the record?
4       MS. JOHNSON:  Yeah.  Let's go off
5  the record just for one minute.
6       THE VIDEOGRAPHER:  Going off the
7  record at 4:21.
8       (Recess taken.)
9       THE VIDEOGRAPHER:  We're back on
10  the record at 4:26.
11      (Plaintiff's Exhibit 59A
12       marked for identification.)
13  BY MS. JOHNSON:
14      Q.  Okay.  Before I ask you some questions, I
15  just want to put what I'm going to -- what we'll
16  mark as 59A into the record, which I will represent
17  is a clearer copy of Exhibit 59, which is a more
18  legible copy of 59.
19           And it should address you and your
20  attorney's concerns about the legibility, and you can
21  clearly see page 396 now.  So I'll supplement the
22  record with that.
23           Do you see that?
24      A.  Yes.  396, where it says "Swiss America
25  Securities, SureTrader, does not accept accounts for

179

1  U.S. persons that have been solicited directly or
2  indirectly in compliance with rule -- with SEC
3  Rule 15a-6."
4       I see that.
5       Q.  All right.  And the first page talks about
6  the program affiliate through Commission Junction.
7  Is that correct?
8       A.  Correct.
9           But it's not for -- that it's only for
10  non-U.S. referrals and --
11      Q.  And the second page --
12      A.  Correct.  It also says the same thing.
13      Q.  -- talks about direct affiliate --
14      A.  Correct.
15      Q.  -- and those are the pages we discussed in
16  relation to 59 -- Exhibit 59.  Correct?
17      A.  Yes.
18      Q.  Okay.  And we were discussing Rule 15a-6
19  and your understanding of what the rule provided.
20           I'd like to mark this as 61.
21      (Plaintiff's Exhibit 61
22       marked for identification.)
23  BY MS. JOHNSON:
24      Q.  This is an email from Guy Gentile dated
25  Sunday, January 15th, 2012, to

180

1  philip@suretrader.com.
2       Is that Mr. Dorsett?
3    **A.**  Yes.
4    **Q.**  Non-U.S. broker-dealers?  Do you recognize
5  this email?
6    **A.**  I mean, it's from 11 years ago.  It has my
7  name on it, and it went to Philip Dorsett.  So I
8  believe that I would have probably sent this to him.
9    **Q.**  Do you have any reason to doubt that this
10  is an email you sent to Mr. Dorsett on January 15th,
11  2012?
12    **A.**  Let me finish reading it, actually.
13    **Q.**  Okay.
14       (Document review.)
15       MR. FORD:  I'm going to object to
16  the use of this.  Do we have the attached
17  PDF that Cadwalader wrote what's copied
18  and pasted?
19       MS. JOHNSON:  It wasn't an
20  attachment; it was just a link.
21       MR. FORD:  Oh.  It was a link.
22  Do we have the link?
23       MS. JOHNSON:  No.
24       MR. FORD:  Okay.
25    **A.**  So what I believe this is, is probably a

181

1  cut-and-paste of what was in that link that I was
2  just forwarding to Philip Dorsett so that he can
3  just have it.
4       I would -- it would not have been
5  uncommon for me to just send him stuff for him to
6  review, information I find on the internet.
7    BY MS. JOHNSON:
8    **Q.**  Okay.  Under "Unsolicited Contacts," it
9  says "Rule 15a-6(a)(4)(i) permits a non-U.S.
10  broker-dealer to effect 'unsolicited' transactions
11  with U.S. customers.
12       "Although Rule 15a-6 does not itself
13  define the term 'solicited,' the SEC has made clear
14  that it interprets the term broadly and, thus, the
15  corresponding term 'unsolicited' narrowly.
16       "Because of the narrow interpretation
17  of this exemption, major firms, and certainly those
18  with a significant U.S. presence, do not heavily rely
19  on it."
20       And it goes on.  "Somewhat ironically,
21  however, the exception may be relied upon by smaller
22  foreign firms without a U.S. presence.  These firms
23  may take the view that they can easily fly under the
24  radar, or they are outside the SEC's reach.
25       "The absence of regulatory action in

182

1  this regard indicates either that this does not
2  happen or that they do, in fact, go under the radar
3  or perhaps that their U.S. relationships are
4  'unsolicited.'"
5       Did you read that when you sent this
6  email?
7    **A.**  I cut and pasted what I read from this
8  article, and I forwarded it to Philip.  I didn't
9  write this.  This is not my writing.
10       The only thing I wrote to him is --
11  and I don't know if it was a reply to him or if I
12  just sent it to him -- we cannot send mail to
13  clients in the U.S., so no overnight checks.
14       So I -- my only conclusion is that he
15  asked me if we can mail a check to a client, and I
16  replied with him with this and an article that I
17  found and sent it to him.
18       He's the compliance officer.  It's his
19  job to interpret what this means.
20    **Q.**  Did you discuss this further with him?
21    **A.**  I don't remember discussing it further with
22  him.  It's possible.
23    **Q.**  Did you think you were outside of the SEC's
24  reach?
25       MR. FORD:  Objection.

183

1    **A.**  I -- at that time -- I never believed I've
2  been outside the SEC's reach.
3    BY MS. JOHNSON:
4    **Q.**  Okay.  I show you -- did you seek legal
5  advice regarding how SureTrader could comply with
6  15a-6?
7    **A.**  I already testified to that.
8       MR. FORD:  Just to --
9  BY MS. JOHNSON:
10    **Q.**  So that's a "yes"?
11       MR. FORD:  Well, just to be
12  clear, you said "you," I want -- are you
13  asking him in his personal capacity, which
14  those would be privileged communications,
15  or are you asking with regards to
16  SureTrader/Swiss America?
17  BY MS. JOHNSON:
18    **Q.**  Did you, on behalf of SureTrader, seek
19  legal advice on how it could comply with Rule 15a-6?
20    **A.**  When?  At any time?
21       Absolutely.
22    **Q.**  Okay.  When?
23    **A.**  When -- well, at first, we started with a
24  compliance consultant, Arthur Quintero, and
25  Franklin O'Gele, who's an attorney who used to work,

184

1  I believe, for FINRA.  So with him as well around
2  the time the firm -- well, before the firm started,
3  but right close to it.
4         And then, again, with Adam Ford, this
5  would have been in mid-2012.  Again, with
6  Carla Marlin, probably in 2013, maybe.  But it could
7  have been '12.  I met her in 2012, so it could have
8  been as early as 2012.
9         As well as Dana Gore, who was
10 SpeedTrader's counsel, I had -- I had talked with
11 her several times about -- about how to make sure
12 the firm was in compliance with the rule.
13        So I don't know.  Sev- -- and also,
14 the Bahamanian counsel.  I would talk to him about
15 it as well.  But, obviously, he could only advise me
16 on Bahamanian law, so I was using U.S. counsel
17 mainly.
18        And these -- the staff at the firm had
19 access to speak to any of these attorneys, with the
20 exception of probably Dana, since she only
21 represented SpeedTrader.
22        But they has access to speak to Adam,
23 and I'm sure they have spoken to Adam before.
24 Adam's been to the office in the Bahamas at least a
25 couple of times.

185

1         As well, by the way, when I was
2  cooperating with the SEC and the DOJ, they are
3  attorneys.  I would always ask them questions as
4  well.  Not that they're my attorneys, but they are
5  the ones telling me what to do.  So I was relying on
6  them as well.
7         When they told me that they had no
8  issues with the way the firm was operating, I relied
9  on that.
10 Q.  And what years was that?
11 A.  What years were that?
12 Q.  Yeah.  What year.
13 A.  From the middle of 2012 until I stopped
14 cooperating with them, probably sometime in 2015.
15 Q.  Let's see.  Let me show you what I'm going
16 to mark as 60.
17        (Plaintiff's Exhibit 60
18        marked for identification.)
19 BY MS. JOHNSON:
20 Q.  This purports to be an email -- it is an
21 email from Guy Gentile dated June 17th, 2013, to
22 philip@suretrader, and it cc's Justin.
23        The subject is Rule -- SEC Rule 15a-6,
24 and it attaches SEC Rule 15a-6 PDF with the
25 attachment.

186

1         And then if you look at the first
2  one -- it's going to be on the back of the page,
3  Bates-marked 10577 -- it says "Swiss America
4  Securities, Ltd, policy and procedures for compliance
5  with the U.S. Securities and Exchange Commission
6  Rule 15a-6 exemption."
7         What is this document?
8  A.  I mean, it's -- it's -- it says it's a
9  policies and procedures for compliance with
10 Rule 15a-6 exemptions.
11 Q.  Is this the company SureTrader's written
12 policy?  Was this in effect?
13 A.  I mean, it was more than one page, so
14 you're missing quite a bit of it.
15 Q.  Okay.  Was this the first page of it?
16 A.  I don't know if it was the first page.
17 This is -- this is ten years ago.  More than ten
18 years ago.
19 Q.  Okay.
20 A.  So I remember it being several pages.
21 Q.  Who drafted this?
22 A.  I believe Philip Dorsett and I put this
23 together after talking with some of the attorneys
24 and compliance consultants who put something
25 together just to have an in-house written policy.

187

1  Q.  Okay.  In the middle of the page, it says,
2  "Below are all the things Swiss America will not do
3  to ensure compliance with SEC Rule 15a-6."
4         Do you see that list?
5  A.  Yes.
6  Q.  Did you charge fees in U.S. dollars?
7         Did SureTrader charge fees in U.S.
8  dollars?
9  A.  Well, as I explained, we charged fees in
10 Bahamas dollars, and USD is the equivalent.
11        If you Google the BSD symbol, it is a
12 dollar sign just like the U.S. dollar sign.  So it
13 is exactly the same.
14 Q.  So did you charge in U.S. dollars?
15 A.  We charged in Bahamanian dollars.  It's the
16 same fee.  It's the same thing.
17 Q.  Did you give out U.S. phone numbers to U.S.
18 investors?
19 A.  As I stated before, when -- the website you
20 showed me, when that was put on the website, that's
21 while I was not there.
22 Q.  So that's a "yes"?
23        MR. FORD:  Objection.
24 BY MS. JOHNSON:
25 Q.  You did, but you weren't there during that

188

1  time period.
2           MR. FORD:  Objection.
3      A.  I wasn't there during the time period that
4  they put that on the website.
5      BY MS. JOHNSON:
6      Q.  Okay.  Did you call U.S. investors to open
7  an account even if they contacted you first?
8      A.  Never.
9      Q.  Did you email U.S. investors?
10     A.  I didn't email any U.S. investors.
11     Q.  Did the company email U.S. investors?
12     A.  Clients?  It emailed its own clients.
13  Yeah.
14           It emailed its own clients, but not a
15  solicitation.
16     Q.  Okay.  The next attachment is the
17  frequently asked questions regarding 15a-6 and
18  foreign broker-dealers.
19     A.  Okay.
20     Q.  Do you recall receiving this?
21           Where did this come from, I guess?
22     A.  From the SEC's website.
23     Q.  Did you pull it, or did someone provide
24  this to you?
25     A.  I don't remember.  I don't remember if I

189

1  pulled it -- if I downloaded it or printed it.  It's
2  possible.  I just don't know what is in the PDF
3  because I don't think this is a complete PDF.
4      Q.  Okay.
5      A.  Do you have the PDF?
6      Q.  This is what we have as the PDF.
7           If you look at page 10592 at the
8  bottom?
9      A.  10592.
10     Q.  A legal complaint?  This is the Complaint
11  in SEC versus Gibralter.  Is that the case you were
12  talking about earlier?
13     A.  This is the Complaint of that case, yes.
14     Q.  And where did you receive this?
15     A.  I mean, it would have been off the SEC's
16  website.  It has a link to it right here.  There's a
17  link to it in page 10591, and the page before that
18  has the SEC's press release on it.
19     Q.  Okay.  The press release.  Did you find
20  that or did someone send you?  What was the origin?
21     A.  I believe someone sent it to me, but I
22  don't remember who.
23     Q.  Okay.
24     A.  Someone mentioned it to me.
25     Q.  And I believe you already discussed that

190

1  you reviewed the Complaint.
2      Q.  Did you review the Complaint or just --
3  what did you review relating to the Gibraltar case?
4      A.  I remember -- I think I reviewed the
5  Complaint, because it's here, and I also reviewed
6  the opposition brief from the SEC.
7           And I think at that -- and I also
8  reviewed transcripts between the SEC and Gibralter's
9  attorneys and the -- one of the transcripts, I
10  think.  One of them is missing.  It wasn't -- I
11  don't think it was online.
12     Q.  When you say "transcripts," of somebody's
13  testimony?
14     A.  Yeah.  Of the attorney's testimony with the
15  SEC.
16           No.  It was a transcript of a hearing.
17  It was not -- it was just the attorneys dialoguing
18  in there.  It was not a testimony of a person,
19  specifically of a defendant or anything like that.
20     Q.  Did you discuss these materials or this
21  email with anyone else at SureTrader?
22     A.  I mean, this is in 2013, so, for sure,
23  Philip and I would have been talking about what's
24  happening.  And I don't know when this procedure was
25  put together, because it doesn't have a date on

191

1  here.  But maybe Philip read this information and
2  probably added to it and -- and then it was
3  circulated out.
4           I just don't -- I don't remember the
5  exact chain reaction of how -- of how it came about,
6  but we definitely saw it; we reviewed it.  We made
7  sure that we weren't doing the things that were
8  alleged in the Complaint.  And that's -- and that's
9  what I remember.
10           I believe I also spoke to my attorneys
11  about it, and I was also in constant communication
12  with the SEC and the FBI, so I had mentioned it to
13  them as well.
14     Q.  What attorneys did you confer with about
15  it?
16     A.  At that time, it would have been probably
17  been Adam Ford.
18           MR. FORD:  Are you asking about
19      SEC attorneys as well?
20           MS. JOHNSON:  No.  Not yet.  I'll
21      address that at the end because I feel like
22      he probably has a lot to say about that.
23     A.  We're done with this?
24     BY MS. JOHNSON:
25     Q.  Yeah.  In the home stretch.

192

1          (Pause in proceedings.)
2     **A.**   I also want to mention that, you know, this
3   is from 2013, this policies and procedures.  I
4   remember that probably sometime in 2015, when
5   Mr. Cooper came on as compliance officer, a lot of
6   the procedures -- policies and procedures,
7   compliance manuals were overhauled and updated and
8   things of that nature.
9          But -- I wasn't involved at that point
10  because it was towards the tail end of me leaving
11  the firm, but I do remember that a lot of that
12  happened.
13         So you're relying this on something
14  from 2013, which would have been probably slightly
15  different, the version that was updated in 2015 era.
16    **Q.**   Okay.  So the policy was updated in 2015?
17    **A.**   I believe it was.
18         (Plaintiff's Exhibit 76
19         marked for identification.)
20  BY MS. JOHNSON:
21    **Q.**   I'm showing you what's been marked as 76.
22         Do you recognize this letter from
23  Carla Marin?
24    **A.**   Yes.
25    **Q.**   And what is this?

193

1     **A.**   It's a legal opinion.
2     **Q.**   And what is it opining about?
3     **A.**   It's regarding Rule 15a-6.
4     **Q.**   And it says, "Dear, Mr. Gentile.  You've
5   asked for a formal written opinion on the SEC
6   foreign broker-dealer rule."
7          Are you referring to Rule 15a-6 there?
8     **A.**   I believe so.
9     **Q.**   And do you recall requesting a formal
10  written opinion from Ms. Marin in 2015?
11    **A.**   I received this letter.  Yes.
12    **Q.**   At your request.  Correct?
13    **A.**   I don't remember if I requested it.  It
14  could have come from -- from someone else in the
15  firm, but it could have been me.  It could have been
16  me.  I think it probably was me.
17    **Q.**   Okay.  And she writes that "Rule 15a-6
18  provides an exemption from registration to the
19  extent that a foreign broker or dealer effects
20  transactions in securities with or for persons that
21  have not been solicited by the foreign broker or
22  dealer.
23         "Please, bear in mind that this rule is
24  subject to interpretation as to what constitutes a
25  solicitation concerning securities.  If you require a

194

1   more depth analysis, please advise."
2          Did you ask her for a more depth
3   analysis?
4     **A.**   Yes.  I spoke to her for hours on end about
5   this.  Hours on end.  There's hundreds of hours I
6   spoke to her about this.
7     **Q.**   Okay.  Subsequent to 2015 or around this
8   time?
9     **A.**   Around this time and after this time.
10    **Q.**   And how did you come to use Ms. Marin as
11  your counsel?
12    **A.**   She was a campaign attorney for the sheriff
13  in Putnam County, which I was the chief of staff for
14  in 2012-2013 range.  Maybe -- in that range.  I
15  don't know.
16         How long are they elected for?  Is it
17  three years?  Four years?  I can't remember.
18         But I was his chief of staff in his
19  campaign, and she was the attorney.  And I started
20  to talk to her about -- about this rule, and I asked
21  her to research it if she can and to provide me as
22  much advice as she can, which she did.
23    **Q.**   Okay.  Did you receive a salary from
24  SureTrader?
25    **A.**   No.

195

1     **Q.**   Were you paid any distributions or other
2   forms of compensation from SureTrader?
3     **A.**   The one time I remember taking a
4   distribution was during the -- when President Trump
5   passed a law for re- -- a repatriation law where he
6   wanted any foreign-earned money to be taxed instead
7   of -- you know, because before that rule you could
8   basically almost treat it like a 401(k), where you
9   only paid if you distributed it.
10         So when he passed that rule, there
11  were some earnings from 2012 to maybe 2016 that a
12  tax payment had to be paid.  I don't remember if
13  there was a special formula on how to make that
14  payment.
15         So there was a distribution to me.  I
16  don't remember the amount.  And I took that
17  distribution, and I used it to pay federal taxes
18  with that money.
19    **Q.**   Okay.  What year 2018?  2019?
20    **A.**   Maybe '17 is probably when I actually paid
21  it.
22    **Q.**   Okay.
23    **A.**   But it was for, I believe, funds -- or
24  profits or along -- actually, I don't even know if I
25  had to do -- I don't remember what the calculation

196

Guy Gentile
11/29/2023

1  was at this time.  But it was a one-time -- a
2  one-time fee that I had to pay.
3     **Q.**  Was it six figures?  Seven figures?
4     **A.**  I don't remember how much it was.  It could
5  have been -- could have been $1 million, or
6  something like that.
7     **Q.**  And that would be reflected in your
8  taxes -- or SureTrader's taxes?
9     **A.**  No.  It would have been in -- I don't
10  remember if it's in my personal.  It was a separate
11  form that needed to be filled out.  It was a
12  repatriation tax, so it was separate from my
13  personal taxes.
14     **Q.**  Okay.  And how were you paid for your
15  services to SureTrader?
16     **A.**  Well, I didn't -- I didn't take a salary.
17  My goal with SureTrader was -- not to take a salary,
18  was eventually to either sell it or to take it
19  public and then be able to cash out.  So I wasn't
20  interested in taking any salary.
21     **Q.**  Okay.  Did any companies that you
22  controlled receive consulting or other fees from
23  SureTrader?
24     **A.**  There was a trust, but it has an
25  independent trustee, and it had some -- this is at

197

1  the time -- the reason that that was set up is while
2  I was in the process of negotiating a settlement
3  with the SEC to basically get out of the business.
4        My attorney advised on how to
5  restructure it so I can come out of the business and
6  not be licensed anymore.  And a -- I don't remember
7  what the terms of the agreement was, but there was
8  some type of agreement where this other entity would
9  be paid a consulting fee, or some type of service
10  arrangement fee; although, I don't remember if
11  anything was paid to it until once the firm had
12  actually closed or something along those lines.
13        I don't remember if there was any
14  payments made to it because the deal with the SEC
15  fell apart, and so I just don't remember.  Maybe
16  there was a couple of bills paid and then it just --
17  it just stopped.  I just -- I don't remember the
18  details.
19     **Q.**  Okay.  Let's see if we can flesh it out a
20  little.
21        MS. JOHNSON:  Let's mark this as
22     79.
23  \\\
24  \\\
25  \\\

198

1        (Plaintiff's Exhibit 79
2        marked for identification.)
3  BY MS. JOHNSON:
4     **Q.**  This is a little backwards here.  Page 2 is
5  first, and then page 1, in the document.
6     **A.**  Is it -- do I have two of them?
7     **Q.**  Page 1 and 2.
8     **A.**  Which one do you want?
9     **Q.**  Yeah.  That's it.  Sorry.
10        Is this the agreement you were just
11  talking about, or is this a separate agreement?
12     **A.**  I mean, I don't remember exactly what the
13  agreement said in it, but this says on it "Service
14  Agreement," so ...
15     **Q.**  Let's talk about this one.  It says "This
16  service agreement is made the 31st day of
17  December 2015 by and between Service America
18  Securities, Ltd., a company established in the
19  Bahamas, and Swiss America Group, Limited, a company
20  organized and existing under the Commonwealth of the
21  Bahamas."
22        And it says, "The client has instructed
23  the service provider, and the service provider has
24  agreed to provide consultancy services to the
25  client."

199

1        And it lists several things that they
2  were going to do.
3        MR. FORD:  I have a question
4     about this.
5        MS. JOHNSON:  Okay.
6        MR. FORD:  There's no Bates stamp
7     on this first page, and they're also out of
8     order.  Do we know what the deal is with
9     that?
10        MS. JOHNSON:  It's just the way
11     they were stapled.
12        MR. FORD:  I know, but there
13     should be a Bates stamp on this first page
14     -- this second page.
15        I'm objecting to the use of this
16     document until we figure it out.
17        MS. JOHNSON:  Okay.
18  BY MS. JOHNSON:
19     **Q.**  Is this the client -- the agreement you
20  were referring to earlier, or is this a separate
21  one?
22        MR. FORD:  Objection.
23     **A.**  I believe that this is it.
24  BY MS. JOHNSON:
25     **Q.**  Okay.  Under this agreement, it says,

200

Guy Gentile
11/29/2023

1  "Provision for payment of professional fees shall be
2  made by the client in the amount of $400,000 per
3  month and one year paid in advance in the amount of
4  $4.8 million, which includes office space provided
5  by the client."
6       And it says, "The aforementioned fees
7  are payable monthly by the 10th day following the end
8  of that month, and 4.8 million U.S. dollars paid
9  immediately upon execution of the agreement."
10      Did you receive 4.8 million upon the
11  execution of the agreement?
12   A.  I don't remember receiving that.
13   Q.  Okay.  Did you receive $400,000 per month
14  after -- I guess starting in 2016?
15   A.  Well, you're saying "you," and "you" is not
16  Swiss America Group; "you" is Swiss America Group.
17   Q.  Okay.  Did Swiss America group receive ...
18   A.  I don't remember -- I don't think it was
19  receiving -- I think it got some kind of money in
20  the very beginning, I don't remember how much, but I
21  know that it had stopped, and it never continued
22  after it stopped.
23      But when the firm closed, there was
24  some argument with the receivers and stuff like that
25  about it, and I don't remember what the exact

201

1  conclusion was of it.
2       But it didn't receive, from my
3  recollection, the money that was -- all of the money
4  that it was supposed to receive based on the
5  agreement --
6   Q.  Okay.  But --
7   A.  -- it got some of it.
8   Q.  -- when it liquidated Swiss America Group,
9  you did not believe that Swiss America Group had
10  received everything it was entitled to under this
11  contract?
12   A.  I don't believe that it did.
13   Q.  Okay.  And Swiss America Group is, again,
14  owned by the trust?
15   A.  It's owned by a trust.
16   Q.  That's for the benefit of you and your
17  children?
18   A.  Correct.
19      MR. FORD:  Objection.
20      MS. JOHNSON:  This is 66.
21      (Plaintiff's Exhibit 66
22      marked for identification.)
23  BY MS. JOHNSON:
24   Q.  I'm showing you -- on the first page, it
25  says, "Swiss America Securities Consolidated

202

1  Financial Statements" dated December 16th -- I'm
2  sorry -- December 31st, 2016.
3   A.  Yes.
4   Q.  Do you recognize this document?
5   A.  Yes.
6   Q.  Who prepared this document?
7   A.  BDO.
8   Q.  Did you hire them to prepare this document?
9   A.  The firm, Swiss America, hired them.
10   Q.  Sorry.  Okay.  Thank you.
11      And who at the firm chose BDO?
12   A.  I don't remember.  Probably myself.
13  Probably myself.
14      This was something that, when the firm
15  was started, the firm had to have an auditor in
16  place, so I probably would have reached out to them.
17   Q.  And if you turn to -- page 27 at the top,
18  but it's Bates-marked 10827 at the bottom.
19   A.  108 --
20   Q.  It's probably easier to look at the top
21  where it has the page numbering, 27.
22   A.  27.  Okay.
23   Q.  And it says number 14, consultancy fee,
24  near the bottom.
25   A.  Okay.

203

1   Q.  And it says "On December 31, 2015, the
2  parent company entered into a service agreement with
3  Swiss America Group, Limited, SAG, where SAG will
4  provide consultancy to the group in the areas of
5  technology, marketing support, and will provide
6  advice on business strategy for a fee of $400,000 a
7  month.
8      "At year-end the group has a payable of
9  $3,499,500, relating to outstanding consultancy fees.
10  SAG is considered a related party by virtue of common
11  beneficial ownership.
12   A.  Okay.  So my memory was right that it
13  didn't receive that money.
14   Q.  Right.  How much had you received at that
15  point?
16   A.  Well, you just have to minus it based on
17  the payable, so it would have been around $1 million
18  and change.  $1.3 million.
19   Q.  How long was the consultancy fee agreement
20  in effect?
21   A.  I don't think it was ever canceled.  I
22  don't think it says.
23      Does it say that on here?
24   Q.  No.  I'm asking.  I don't know the answer.
25      Till liquidation?

204

1    **A.** I mean, I would assume until liquidation,
2  but it didn't receive that money -- all that money,
3  because that would have been a lot of money.
4    **Q.** Who from SAG was providing these services?
5  Who was providing the advice on business strategy?
6    **A.** Well, it never really came to fruition
7  because the SEC case was dismissed, so it was
8  really -- it had no employees; it had no operation.
9  It had -- it was just a way that my attorneys came
10 up with to be able to still receive a benefit from
11 the broker-dealer without being associated to it.
12       So it was a way to just get -- to get
13 a compensation from it; although, like I said, it
14 never -- it never came to fruition because the
15 firm -- the firm didn't need it anymore, really.
16       So there was no marketing support or
17 technology support or -- that just never -- just
18 never happened.
19   **Q.** Okay. So SAG never became an operating
20 company?
21   **A.** Yeah. It was never -- it was never a
22 business that did anything. It was just like a --
23 call it, I guess, a holding company.
24   **Q.** Okay. But it continued to receive some
25 payments up until --

205

1    **A.** It got some payments.
2    **Q.** -- SureTrader was liquidated?
3    **A.** It got some payments. Yeah.
4       MS. JOHNSON: Can you mark this
5  as 67?
6       (Plaintiff's Exhibit 67
7       marked for identification.)
8  BY MS. JOHNSON:
9    **Q.** I'm showing you a document entitled
10 "Security Commission of Bahamas Financial and
11 Operational Report Form 13 as of the Quarter Ended
12 December 1, 2017."
13       Do you recognize this document?
14   **A.** No.
15   **Q.** Do you know why it was prepared?
16   **A.** I believe Antonio prepared it for the
17 securities commission.
18   **Q.** If you look under number 2, the income
19 statement.
20   **A.** I see it.
21   **Q.** It says the total income was $6 million --
22 a little over $6 million for the quarter.
23   **A.** Is that a quarter?
24   **Q.** It says "As of the quarter ended, amounts
25 should represent" -- at the top. I'm sorry.

206

1       -- "amounts should represent values
2  only for the month period reported."
3    **A.** That doesn't sound right to me.
4    **Q.** Okay. That's why I asked.
5       And then under that, it says
6  "Advisory" --
7    **A.** That could have -- that could have probably
8  been like an annual. Maybe you made a mistake.
9    **Q.** Okay. "Advisory fees and commissions," it
10 has 1.1 -- a little over 1.1 million?
11   **A.** Right. But that could be other -- I don't
12 know what he meant by that.
13   **Q.** Okay.
14   **A.** That could have been clearing charges, it
15 could have been attorney's fees, it could have been
16 all kinds of different stuff that gets lumped into
17 that. I don't know. It's not broken down.
18   **Q.** Okay. Did that include amounts paid to
19 Swiss America Group?
20   **A.** It could be something that he was accruing
21 that he didn't pay, but maybe he was accruing it as
22 an expense.
23   **Q.** Okay. But you don't believe you received
24 1.1 -- Swiss America Group did not receive
25 $1.1 million in December of 2017?

207

1    **A.** By that time?
2       MR. FORD: Objection.
3  BY MS. JOHNSON:
4    **Q.** By that time.
5    **A.** I don't -- I don't know.
6    **Q.** Okay.
7    **A.** I don't know what he is referring to by
8  "advisory fees and commissions," because, like I
9  said, that could include --
10   **Q.** What document -- I'm sorry.
11       I didn't mean to interrupt you.
12   **A.** That's okay.
13       It could include other fees. I just
14 don't know what he's -- it's not broken down here.
15   **Q.** What document could we look at to reflect
16 how far Swiss America Group got from SureTrader?
17   **A.** I don't know.
18   **Q.** Would it be reflected in either entities'
19 tax returns?
20   **A.** No. It wasn't a U.S. company. There's
21 no -- there's no --
22   **Q.** Would it be referred in the trust account
23 documents?
24   **A.** There's no tax returns for that -- for that
25 entity.

208

1    **Q.** Swiss America Group didn't pay taxes?
2        MR. FORD:  Objection.
3    **A.** I don't think it pays any -- it didn't have
4    to pay taxes.  It was a Bahamanian company.
5    BY MS. JOHNSON:
6    **Q.** What about the trust?  Does it pay taxes?
7    **A.** No.
8    **Q.** Under "Expenses," a few lines down, it says
9    "professional fees 1.2" -- a little bit more than
10   $1.2 million?
11   **A.** Oh, I'm sorry.  I thought we were done with
12   that page.
13   **Q.** I thought so too, but I had a last-minute
14   question.
15       Where it says "Professional fees,
16   $1.2 million," 1.229,925, [sic] who was receiving
17   professional -- that professional fee?
18   **A.** I don't --
19       MR. FORD:  Objection.
20   **A.** I don't know.
21   BY MS. JOHNSON:
22   **Q.** Okay.  How did SureTrader preserve its
23   records?
24   **A.** Which records?
25   **Q.** Trading records.

                    209

1        BY MS. JOHNSON:
2    **Q.** When the liquidators came in, what, if
3    anything, did you do to preserve SureTrader's
4    records?
5    **A.** Well, at that time, I was already -- I had
6    already resigned from the firm.  I had left the
7    Bahamas, maybe September of 2019, and I had not gone
8    back from then.
9        And then I resigned probably a month
10   later, and who was left in the firm was Antonio and
11   the rest of the people.  And I know that a copy of
12   trade records was sent to the Securities Commission
13   of the Bahamas.
14       I know this, because of other
15   testimony and just from my recollection of how it
16   went down.  And then a copy was also given to the
17   firm's law firm in the Bahamas.  I wasn't involved
18   in what records were given to them and what wasn't
19   given to them.
20   **Q.** Was that Davis & Co.?
21   **A.** Yes.
22   **Q.** When you say "a copy," a copy of the
23   trading records or ...
24   **A.** Yeah.
25       I don't remember how many months of

                    211

1    **A.** It had a back office system called iBOS,
2    and the records were on that system.  That system
3    was on a cloud server as well.  I believe there was
4    a -- an additional backup server within
5    Swiss America's office; although, I didn't set any
6    of that up.  That's not what I did.
7        That was something that
8    Stephen Darville would have set up as far as, you
9    know, the cloud and all those things.  That's not
10   something I would have done.
11   **Q.** Do you know who -- the name of the cloud
12   server was?
13   **A.** I believe it was Cloud Carib.
14   **Q.** And you said there was a backup that was
15   backed up.  Where is that server backup now?
16   **A.** I have no idea.
17   **Q.** What about emails?  How were they
18   preserved?
19   **A.** They were --
20       MR. FORD:  Objection.
21   **A.** They were also on Cloud Carib's server.
22       But I will say, the Bahamas doesn't
23   have an email retention policy, for example, like
24   U.S. firms have, so there wasn't a third-party
25   company that did it.

                    210

1    trading records the Securities Commission had asked
2    for.  They may have only asked for, like, six months
3    of data, but I just -- I'm remembering six months
4    for some reason.
5        But they had provided a list of what
6    records they wanted, and the firm compiled it and,
7    as far as I know, it was given to them, Davis & Co.
8    And then eventually Davis & Co. gave it to the
9    liquidators.
10   **Q.** Does Davis & Co. still have a copy of those
11   records?
12   **A.** I don't know.  They're not representing
13   Mint Broker.
14   **Q.** Okay.  You haven't asked?
15       Have you ever asked Davis & Co.?
16   **A.** I did ask, but they told me that they
17   couldn't give it to me because I was no longer in
18   the firm, and I had no authority to ask them.
19   **Q.** Does Davis & Co. currently represent you in
20   this case in the Bahamas?
21   **A.** They're representing me personally, but
22   just for these depositions that you guys were doing
23   there.
24   **Q.** Do you know where any other trading records
25   were preserved?

                    212

1    A.  I mean, I just know of that.  And, also,
2  that Stephen Darville had also kept a copy, although
3  I didn't ask him to keep a copy.  I think it was
4  Edward Cooper that asked him to keep a copy.
5    Q.  Does he still have a copy?
6    A.  I don't know.
7    Q.  Do you have a laptop or other computer with
8  company records of SureTrader on it?
9    A.  No.
10    Q.  Have you ever reached out to Mr. Darville
11  to retrieve any of SureTrader's records?
12    A.  Yes.  I asked him if he had a copy of the
13  trade records.
14    Q.  And did he provide them to you?
15    A.  No.  He provided them to third-party CPA
16  firms.
17    Q.  Okay.  Have you or anyone from SureTrader
18  reached out to Cloud Carib to ask about what records
19  they have?
20    A.  Well, they wouldn't have records.  They
21  would have had maybe a hard drive, but I never
22  reached out to them.
23    MR. FORD:  How are we time-wise?
24    MS. JOHNSON:  I am almost done.
25    MR. FORD:  Can we do a quick

213

1    Q.  Did you review this document before your
2  attorneys' filed it?
3    A.  They asked me questions, and they prepared
4  it, and then they filed it.  But I don't remember --
5  I don't remember now if I reviewed it before they
6  filed it.  But they definitely talked to me about it
7  first and prepared it and filed it.
8    Q.  Okay.  If you don't mind turning to page 11
9  of the document, where, in the middle of the page,
10  it starts your affirmative defenses.
11    A.  Okay.
12    Q.  And the first affirmative defense is that
13  the SEC is barred from recovery under the doctrine
14  of unclean hands.
15    A.  Hold on.  Hold on.
16    What page are we on?
17    Q.  11.
18    A.  I'm sorry.  This number 2 to me looked like
19  an 11 for a second.
20    Q.  Okay.
21    A.  My eyes are getting tired now.
22    Okay.  There we go.
23    Q.  So if you read through it, it says we're
24  barred -- "The SEC is barred under the doctrine of
25  unclean hands.  Among other reasons, during

215

1  break?  Five minutes?
2    MS. JOHNSON:  Yeah.  Because I'm
3  going to move into the affirmative
4  defenses, so I imagine you have a lot to
5  say about that.
6    MR. FORD:  Take a quick break?
7  Five minutes?
8    MS. JOHNSON:  Yeah.
9    THE VIDEOGRAPHER:  Going off the
10  record at 5:15.
11    (Recess taken.)
12    (Plaintiff's Exhibit 65
13    marked for identification.)
14    THE VIDEOGRAPHER:  We're back on
15  the record at 5:20.
16  BY MS. JOHNSON:
17    Q.  Okay.  Mr. Gentile, I've handed you what we
18  have marked as Exhibit 65 -- Plaintiff's 65, which
19  is a copy of the amended answers by Guy Gentile.
20    Do you recognize this document?
21    A.  Well, it's filed by my attorneys on behalf
22  of Guy Gentile, but ...
23    Q.  Okay.
24    A.  What was the question?  If I've seen it
25  before?

214

1  Gentile's active cooperation with the DOJ, FBI, SEC,
2  the FBI instructed Gentile to solicit certain
3  individuals who were targets of investigations
4  related to potential securities fraud violations and
5  manipulation schemes.
6    "In addition to instructing Gentile to
7  solicit U.S. individuals, the DOJ, FBI, and SEC used
8  SureTrader to ensnare securities violators, had
9  unfettered access to SureTrader's records, and were
10  aware of SureTrader's policies for accepting
11  non-solicited U.S. clients.  These policies included
12  the use of a pop-up blocker and attestation of
13  non-solicitation.
14    "When FINRA began an investigation into
15  SureTrader, the SEC, FBI, and then the acting U.S.
16  attorney, Gurbir Grewal, assured FINRA and Gentile
17  that SureTrader's acceptance of non-solicited U.S.
18  clients and the use of the pop-up blocker and
19  attestation of non-solicitation conformed with U.S.
20  securities laws."
21    I'll stop there and talk about it a
22  little bit.
23    It says -- where you state that -- that
24  it had unfettered access to SureTrader's records,
25  what do you mean by that?

216

1    **A.**   What I mean by that is that -- at any time
2   the SEC asked for records of the firm, that I would
3   provide it to them.  In some way, some means, I
4   would provide it to them.
5            It also means that the FBI had my
6   office wired.  They had cameras in my office; they
7   had audios in my office; they had an FBI laptop that
8   would record keypunching, and so on.
9            And they basically had complete
10  control over me under threat of indictment if I
11  didn't do what they said.
12   **Q.**   This is the FBI?
13   **A.**   And the DOJ.
14   **Q.**   And what period of time was this that they
15  had your office wired?
16   **A.**   They came to my office several times to
17  conduct undercover operations.  I believe the
18  last time it was wired up was sometime in 2015 --
19  early 2015, or it could have been late 2014.  I
20  don't remember exactly when.
21            I'm sure it's in the FBI's complaints
22  against the target that was who the target was at
23  the time of when that happened.
24   **Q.**   Okay.  When did Gurbir Grewal assure you
25  that SureTrader's acceptance of non-solicited U.S.

1   clients conformed with U.S. law?
2    **A.**   So when FINRA started their investigation
3   and sent the Wells notice to me under the
4   cooperation that we agreed to with the SEC and the
5   FBI, we had to disclose that event to them.
6            So my lawyer, Adam Ford, set up a
7   meeting with Gurbir and the SEC to discuss this
8   FINRA investigation.  They asked me many of the
9   questions about how the firm's operating, how it
10  would get customers, how it was complying with the
11  non-solicitation agreement, non-solicitation of
12  Rule 15a-6, and just basically spent a few hours
13  walking through the entire firm.
14            And at the end of that, at that
15  meeting, they told me and my lawyer that they don't
16  see any problem with SureTrader's business.  And
17  they obviously knew about Tim Sykes, they knew about
18  Nathan Michaud, because they asked me to keep those
19  relationships.
20   **Q.**   When you say "they," who is they?
21   **A.**   The SEC and the DOJ and the FBI.  They were
22  there at this meeting as well.
23   **Q.**   When did this meeting happen?
24   **A.**   I would say sometime -- well, there was --
25  there was dozens of meetings with these agencies.

1   But as early as, like, October or November of 2012,
2   it was, like, six SEC attorneys there, some -- a
3   couple DOJ attorneys, a couple of FBI agents, myself
4   and my attorney, and they asked me a bunch of
5   questions regarding how SureTrader operated.
6    **Q.**   Okay.  Was Gurbir in that meeting?
7    **A.**   In that specific meeting was Matt Beck, who
8   was AUSA at the time.  I don't think Gurbir was at
9   that specific meeting.
10   **Q.**   Who from the SEC was there?
11   **A.**   Simona Sun was there and five other SEC
12  attorneys were there; high-ups, regional directors,
13  things of that nature.  Very high-up SEC attorneys
14  were at this meeting.  I don't remember their names,
15  off the top of my head, but Simona was definitely
16  there.
17   **Q.**   And Mr. Ford was there?
18   **A.**   He was there.
19            I walked them through the entire
20  business, and they explained to me that the reason
21  why they needed to know everything about the
22  business was because, in order for them to use it
23  for sting operations, they have to make sure the
24  firm is complying with all U.S. regulations, that
25  they have to make sure that I'm complying with all

1   U.S. regulations and I'm not breaking any laws;
2   otherwise, I could not continue cooperating.
3            They could not use the firm or me as a
4   cooperator if I was doing anything wrong, so that's
5   the reason why they were asking me all these
6   questions about this firm.
7    **Q.**   Okay.  And --
8    **A.**   That's the first time.
9            And the second time is when the FINRA
10  thing came up.
11   **Q.**   Let me stop you there.
12   **A.**   Sure.
13   **Q.**   The first time you met, were there any
14  conclusions?  What did they say to you?  Or did --
15  they just took the information, and we'll get back
16  to you?
17            What -- how did they --
18   **A.**   No.  They told me they don't see a problem
19  with how the firm is operating.
20   **Q.**   Okay.
21   **A.**   And that they'd be able to use it because I
22  was not doing anything wrong.
23   **Q.**   Okay.  Did they give you anything in
24  writing to that effect?
25   **A.**   Does the government ever give anyone

Guy Gentile
11/29/2023

1  anything in writing?
2      Q.  Have you ever asked for a no-action letter
3  from the SEC?
4      A.  I did ask for a no-action letter many,
5  many, many years ago, in 2001.
6      Q.  Did you ever receive one?
7      A.  I got a phone call.  They said I did it
8  wrong, so -- but that was 25 years ago.
9      Q.  Has SureTrader ever asked for a no-action
10  letter?
11      A.  Well, it never formally asked for a
12  no-action letter, but I believed in my mind that the
13  fact that the government told me that they don't
14  have a problem with it, verbally, and the fact that
15  FINRA eventually drops their allegation, that that
16  is equivalent to a no-action letter.
17      Q.  Okay.  If you believed you were in
18  compliance with the law, why did you ask Ms. Marin
19  in 2015 for a memo on Rule 15a?
20      A.  The reason for that was that -- I believe
21  it was one of the credit card merchants that we were
22  using at the time asked for a legal opinion, so
23  that's why we had asked her to draft that legal
24  opinion in writing.
25          But she was giving me legal advice,

221

1  from the time I basically met her, we should put
2  that in writing.  And that was for the purposes of
3  giving it to one of the merchants that we were
4  working with at the time.
5      Q.  But you continued to discuss Rule 15 --
6  wasn't your testimony earlier that you had had
7  several conversations with her about --
8      A.  I've had several -- I've had many, many
9  conversations, hundreds of conversations, with her
10  about the SEC and the Rule 15a-6.
11      Q.  Okay.  Did she bill you for that advice?
12      A.  She did not bill me for that advice.
13  She's -- like I said, she's a friend of mine, and
14  someone I knew from the campaign, and she wasn't
15  interested in money.  I would have been happy to
16  have paid her for it.  She said that she wanted to
17  do that for me.
18      Q.  Okay.  So you got some oral assurances
19  after the first meeting.
20          What was the next meeting I think you
21  were going to talk about?
22      A.  So, like I said, there was many meetings.
23  I don't remember all of them.  I remember the first
24  one because it was the first time and it was -- the
25  reason I remember is because they needed to make

222

1  sure that the firm was operating in a compliant
2  manner in order for them to use it in sting
3  operations.  That's what they explained to me.
4          And then the second time -- I remember
5  three times maybe.  The second time was during the
6  FINRA investigation.  I remember Adam, you know,
7  called a meeting right away with the DOJ and the SEC
8  saying, hey, this has come up, we want to talk to
9  you guys about it.
10          We walked them through -- or he
11  basically walked them through how the firm operates,
12  and their conclusion -- or what they told me in
13  front of Adam is that they don't have a problem with
14  the way the business is operating, they didn't
15  understand what FINRA's issue was.
16          We wrote --
17      Q.  Who was this meeting with?
18      A.  That meeting, I believe Gurbir Grewal was
19  in that meeting, and representatives of the SEC.  I
20  don't remember which ones.  It could have been Simona and
21  Nancy Brown and some other people.  I don't remember
22  which ones were there.  They were definitely there,
23  though.
24          It's an SEC issue -- right? -- so we
25  definitely would have had them there.  And it's a

223

1  DOJ issue because I have to be operating in a -- in
2  a legal way; otherwise, I wouldn't be able to
3  cooperate.
4      Q.  Anyone from FINRA at that meeting?
5      A.  No.
6      Q.  And who asked to have that meeting?
7      A.  Adam Ford asked for that meeting.
8      Q.  Okay.  And where did it take place?
9      A.  It took place in Newark, New Jersey, at the
10  DOJ's office.
11      Q.  I've been to that office.
12          Where did the first meeting take place?
13      A.  Same place.
14      Q.  Okay.  When was the second meeting?  What
15  time frame?
16      A.  Maybe 2013.
17          So yeah.  The other one was 2012, the
18  first one.  The second one was maybe in '13, but it
19  could have been '14.  I think it was -- I think it
20  was sometime in 2013.
21      Q.  Anyone else from SureTrader there?
22      A.  No.  I'm working undercover for the
23  government.  There's no one there but my attorney
24  and the government.  They're not going to let FINRA
25  into those meetings.

224

Guy Gentile
11/29/2023

1    Q.   And is that the meeting where Gerber
2  assured you -- what did Gerber --
3    A.   Gurbir Grewal, at that --
4    Q.   What did Mr. Grewal say to you in that
5  meeting?
6    A.   Well, from what I remember, he said that --
7  like, he just shook his head.  He was like, "I don't
8  see any issues with how this firm's operating."
9  Simona Sun said the exact -- she said it out loud.
10 "I agree, there's nothing -- I don't see any issues
11 with this."
12   Q.   Okay.  So she was one of the
13 representatives from the SEC at that --
14   A.   Yeah.  She was -- she was there.
15   Q.   -- second meeting as well?
16   A.   She was there.  I remember that now.
17   Q.   I'm sorry.  I interrupted you.
18        What did they say?
19   A.   That they didn't have a problem with the
20 way the firm was operating.
21        And Gurbir said he didn't understand
22 why the -- that FINRA was even bothering with us, or
23 he didn't understand what they were doing.
24   Q.   Did you receive anything in writing
25 memorializing that meeting?

225

1    A.   The government never gave me anything in
2  writing.
3    Q.   Did you take notes?
4    A.   I'm sure my attorney took notes.
5    Q.   Did he take notes at the first meeting?
6    A.   There are notes.  We have notes.  There are
7  notes that exist for that.
8    Q.   All right.  Were there any subsequent
9  meetings after that?
10   A.   Like I said, there was dozens of meetings.
11        SureTrader always came up in these
12 meetings because we were constantly using it to bait
13 people.  It was the honeypot of the FBI and the DOJ
14 and the SEC.
15        So it was constantly being used in
16 every single undercover operation, which I did with
17 them, which was close to -- I did hundreds of
18 meetings with government undercover.  Hundreds.
19 Well, maybe not hundreds, but at least a hundred
20 meetings.  Many, many meetings.
21        And after these meetings, there would
22 be a debriefing with the FBI agents that were
23 downstairs, basically waiting for me.
24        And then, like, once every few weeks,
25 or once a month, there'd be a strategy debriefing at

226

1  a big conference table just like this with a bunch
2  of SEC, FBI, and DOJ and my attorney.  And we would
3  talk about the strategy of how we're going to, you
4  know, get this target to either to incriminate
5  himself in some way by maybe making a trade that
6  would show intent to do some criminality.  Sometimes
7  those trades were at SureTrader.
8        In fact, I remember one instance where
9  there was a guy by the name of Danny Wainstein.  He
10 was an attorney; he was a target of the FBI, the
11 SEC, and the DOJ.
12        They had -- they had me do some
13 meetings with him.  They had him come to -- he came
14 to the Bahamas, he opened an account.  They told me
15 to solicit him to open an account as a U.S. person.
16        Solicit him to come to the Bahamas,
17 open an account, and get him to do a trade in a
18 specific stock.  And then after he did the trade, we
19 had a meeting with the FBI, the SEC, and we had to
20 figure out how to get me out of this conspiracy with
21 him.
22        So we concocted a strategy of having
23 the SEC send a letter to SpeedTrader, which would
24 then, you know, give me a copy and then I'd -- and
25 then I had a meeting with Danny Wainstein and showed

227

1  him this letter saying, Hey, look at this letter.
2  The SEC's investigating this stock that you just
3  traded.  I don't want to be involved in this no
4  more; I've got to back out of this.
5    Q.   You said that was through SpeedTrader,
6  though?
7    A.   They sent the letter to SpeedTrader because
8  they couldn't send it to SureTrader, because
9  SureTrader was clearing with SpeedTrader.  That's
10 kind of how I got it.  So that's how that happened.
11        And then after that, all of a sudden
12 I'm not talking to Danny Wainstein anymore.  And a
13 few weeks later, maybe a month later, I'm in another
14 undercover meeting with Adam Gottbetter, who was an
15 attorney as well, and another guy named Allen Gadar
16 (phonetic) -- he liked to wear socks with circles on
17 it all the time.  He's very weird.
18   Q.   These attorneys are your attorneys or DOJ
19 attorneys?
20   A.   They weren't my attorneys; they were
21 targets of the FBI and the DOJ.
22   Q.   Okay.
23   A.   So I'm sitting in a meeting.  I'm wearing a
24 wire, and I'm trying to get them to do what the
25 government wants me to do; get them to come to the

228

Guy Gentile
11/29/2023

1  Bahamas, open an account and do some trades just
2  like Danny Wainstein did.
3          So while I'm in that meeting,
4  Allen Gadar says, "Hey, by the way, if you know
5  Danny Wainstein, stay away from him, he's an
6  informant for the FBI."
7          And when he said that to me, my heart
8  dropped.  Right?  Because I didn't know that he was.
9  Right?  And I said to him, "How do you know that?"
10          He said, "Well, my attorney has a
11  friend at the SEC, and the SEC told him."
12          I said, "Oh, really.  That's
13  interesting."
14          I ended the meeting pretty quickly
15  because I was nervous because they had brought me
16  into a secret room that Adam Gottbetter had in his
17  office.
18          And I thought -- after he said that
19  he's an informant, I thought he was going to say,
20  "We know you are too."  Luckily, that didn't happen
21  because I was kind of -- I was scared for my life at
22  that moment.
23          Two guys against me and they're
24  telling me about an informant, and I am an
25  informant.  So I was pretty nervous about that, and

229

1  upset.  So I made up some excuse and I left.
2          I called -- the FBI's waiting for me
3  downstairs.  I turned off the tapes and all the
4  wires that they had on me.  I go and meet them,
5  like, Why didn't you guys tell me that
6  Danny Wainstein is working with you guys?
7          "Oh, we're not allowed to tell you,
8  but, yeah, he is."
9          I'm like, "Well, that would have been
10  helpful because I potentially walked into a trap."
11          And I said, "And, by the way, there's
12  a leaker in the SEC."
13          And they said, "Okay.  We'll look into
14  it."
15          A few weeks later, I'm in a meeting
16  again with Matt Beck, the AUSA, some SEC people --
17      Q.  When was this meeting with Mr. Gottbetter?
18      A.  2013.
19      Q.  Okay.
20      A.  I'm in a meeting now with the AUSA.  I
21  believe maybe Nick Grippo was there too.  He was an
22  AUSA too.  He now works for the SEC as well.  And
23  some SEC attorneys were there as well, and my
24  lawyer.
25          And they start me asking me about this

230

1  meeting.  The SEC's asking me, and I'm just talking
2  normally like I'm talking to you and telling you
3  everything that happened.
4          I start talking about what -- what he
5  said -- what he said, about what he said that the
6  SE -- and as soon as I started mentioning what Gadar
7  said, Matt Beck ended the meeting immediately.
8          And he pulled Adam, my attorney, and I
9  out to the hallway, and he told me, "Guy, you can't
10  tell them about the leaker in the SEC.  We opened a
11  criminal investigation into this, so you can't talk
12  about it."
13          I said, "Okay.  I won't mention it
14  again."
15          Months later, I asked the FBI agent,
16  Greg Yanko, "Whatever happened with that?"
17          He's like, "I can't tell you what
18  happened, but there was a resolution to it."
19          That's all I know about that.
20      Q.  Okay.  Was Adam Ford in each of these
21  meetings?
22      A.  Yes.  He was there.
23      Q.  Any other attorneys from his office?
24      A.  No.  At that time, Adam, I believe, was
25  just an associate at Kramer Levin, I think.  I don't

231

1  remember.
2      Q.  Okay.  Any other meeting with Mr. Grewal?
3      A.  Many meetings with Mr. Grewal.
4          The last one that I could remember
5  that I was in with him was late 2014, and we were
6  talking about using my office in the Bahamas to get
7  an individual -- a Canadian individual.  He was a
8  Canadian guy.
9          I can't remember his name right now,
10  but he was initially not a target of the government,
11  and I had told him what this guy was up to, that he
12  was looking to -- find a foreign broker-dealer to
13  do a bunch of layering and spoofing business.
14          And, initially, the government wasn't
15  interested, but after, like, my first meeting with
16  him and they realized that he was a real dirtbag,
17  they were like, okay.
18          They were salivating over getting this
19  guy because he was -- he was ready to make fake
20  passports, print fake cash.  He was telling me that
21  his strategy can make $50 million a year.
22          And as soon as the government heard
23  all that, they're like, We need to get this guy.  So
24  we came up with a plan at this meeting with Gurbir
25  to bring him to my office.

232

1    But also at this time, it was like,
2  I'm working undercover now for, like, two and a half
3  years and I'm just, like, listen, I don't want to
4  keep doing this forever.  It's taking a toll on me.
5         Give me a second.
6         (Pause in proceedings.)
7    A.  Sorry.  I get emotional about ...
8  BY MS. JOHNSON:
9    Q.  Sure.  I'm sorry.
10   A.  I get emotional about that time in my life.
11        But he was upset with me, Gurbir,
12  because I wouldn't sign another tolling agreement to
13  extend, you know, his power over me, basically, for
14  another year.
15        I'm, like, Listen, I've given you two
16  and a half years.  I give you guys another year, and
17  I want to be done.  He was -- he was very upset.  He
18  was visibly upset about the fact that I wouldn't
19  keep cooperating.
20        But I basically said, Well, I'm not
21  signing it, so if you want to arrest me, arrest me.
22  I'm not going to keep signing tolling agreements.
23  Either do what you've got to do or let me do this
24  work.
25        So he calmed down.  And I just

233

1  remember, like, while he was talking about being
2  upset, he, you know, mentioned SureTrader and -- I
3  don't remember exactly what he was saying at the
4  time, but we were definitely talking about
5  SureTrader and using the firm to bring this guy in.
6         So we, basically, had met with him.  I
7  flew down there with the FBI to the Bahamas.  They
8  wired up my office, cameras, the whole shebang.
9    Q.  Is this still in 2014?
10   A.  I think that that meeting was in 2014, but
11  I think the undercover operation happened in early
12  '15, but -- it could have been late 2014, I just
13  don't remember.
14        His name was Alex Milrud.  That was
15  the guy's name.  There was a press release with the
16  SEC and the DOJ put out saying it was the
17  first-of-its-time spoofing criminal case that they
18  had ever brought.  They were very -- they were very
19  excited about it.
20        And Gurbir had told me in that meeting
21  that if I -- if I got that done, that -- that they
22  wouldn't bother me no more.  That's what I remember
23  at the end of that meeting.
24   Q.  Okay.
25   A.  But, obviously, that was a lie because here

234

1  I am still being bothered.
2    Q.  When was the last -- that was the last time
3  you met with Mr. Grewal?
4    A.  I think that's probably around the last
5  time.
6    Q.  When was the last time you met with anyone
7  from DOJ?
8    A.  Does the DOJ include the FBI?
9    Q.  All right.  We'll put them both in the same
10  basket, DOJ or FBI.
11   A.  Regarding that case?  Regarding that?
12   Q.  Regarding any -- anything having to do with
13  you other than subsequent lawsuits for working with
14  them.
15   A.  Oh.  For working with them.  I probably --
16  I met -- I mean -- well, the last time I met
17  Kevin Bradley and Clark -- what's his name?
18  Jeff Clark?  Those are two FBI agents I was working
19  with.
20        I met with them once the criminal case
21  was dismissed.  They met with me to -- because they
22  had some of my firearms.  So they returned my
23  firearms to me.  And we chitchatted for a little
24  while.
25   Q.  When was that?

235

1    A.  Sometime in 2017.  I don't remember when.
2         And then with Agent Yanko, he wasn't
3  at that meeting, but I did meet with him probably
4  late 2017.  It was like -- I remember I drove, like,
5  two or three hours to get to him.
6         It was somewhere up north of Florida,
7  and I was down here.  And I met with him and, you
8  know, he apologized to me for what the government
9  did to me.  He told me that that should have never
10  had happened.
11        He told me that it was the SEC who was
12  pushing for me to be arrested in 2012.  They're the
13  ones who said I was going to be an uncooperative
14  witness and that they needed to arrest me in order
15  to get me to cooperate.  And he apologized for it.
16        And, you know, he also told me that if
17  I wanted to sue the government, that he would
18  testify in my benefit.  He told me many, many
19  things.
20        I'm trying to remember.
21   Q.  Other than the FBI, when did you meet with
22  any attorneys from DOJ?  When was the last time?
23   A.  In court.  In 2016 in court.
24   Q.  Other than a court case.
25   A.  I had stopped cooperating probably in the

236

Guy Gentile
11/29/2023

1 middle of -- like, by June of 2015, is when -- or
2 July. July is the last affirmative thing that I did
3 for them, of 2015.
4         I don't remember exactly when I met
5 with them last. It was sometime towards -- towards
6 maybe April or May. I remember in April or May I
7 flew down to Miami to do an undercover meeting with
8 Greg Yanko against -- not Gurbir -- against
9 Allen Gadar.
10         And that's when he told me about this
11 app called Uber and that I should use -- that was my
12 first time I used Uber. To get back to the FBI, I
13 used Uber. So that was fun. And the agent waited
14 for me at the airport, basically. So I did my
15 meeting, I went back, and then -- and then we flew
16 back home.
17         I don't remember the last time I was in
18 a DOJ's office, though. Like, it probably was in
19 2015 -- early 2015, but I was still doing work for
20 them up until July of 2015.
21    Q.   When was the last time you had a meeting
22 with someone from the SEC outside of bringing a case
23 against you?
24    A.   They were always at these meetings. We
25 always had SEC -- I actually remember when -- when

237

1 we had to do the layering and spoofing case, no one
2 at the SEC understood what it was.
3         So they had me come in -- there was at
4 least 20 SEC agents there. It was a desk like this,
5 twice the size, with a huge projector. And I was
6 giving the SEC training on what this guy was doing,
7 the layering and the spoofing, with some FBI agents
8 there as well, and some DOJ people.
9         That was probably after I did my
10 undercover meeting with Alex Milrud. And then it's
11 like, we have all this evidence, and they didn't
12 know what was. So I had to walk them through what
13 it was.
14    Q.   And that was sometime in 2015?
15    A.   I think so. I think it was sometime in
16 2015.
17    Q.   And do you remember any of the names of the
18 people there?
19    A.   There was so many of them.
20    Q.   Was Mr. Ford -- Adam Ford there?
21    A.   You know, I don't remember if he was there.
22 He probably was there, but I don't remember for sure
23 if he was there. I don't remember if he was at that
24 meeting.
25    Q.   Any other meetings or assurances that you

238

1 were referring to in this first affirmative defense
2 that we haven't spoken of?
3    A.   Not that I can remember right now.
4    Q.   Where it says, "The SEC was aware of and
5 actively involved in these instructions and even
6 assisted Gentile in drafting letters containing
7 false information intending to assist Gentile in
8 exiting 'conspiracies' without arising -- arousing
9 suspicion.' Is that what you discussed?
10    A.   That's the letter I was talking about.
11 Yeah.
12         Which -- is that in the same -- the
13 first one?
14    Q.   That's in the first one.
15    A.   Okay. Yes. That's it.
16    Q.   And where it says, "Any SureTrader policies
17 related to solicitation or non-solicitation of U.S.
18 clients was done at the express instruction and
19 knowledge of the DOJ, FBI, SEC, USAO."
20         What are you're referring to when you
21 said "express instruction"?
22    A.   So I was directed to do whatever they told
23 me to do. And I also talked to the FBI every single
24 day for three years, with the exception of weekends
25 and holidays. So they knew every aspect of my life

239

1 and my businesses.
2         So whenever I was doing anything, I
3 didn't want to get in any trouble, so I would always
4 ask, if I'm doing this or I'm doing that, can I do
5 this; can I do that? And they never told me it was
6 a problem.
7    Q.   Okay. That's a little different than
8 policies related to solicitation.
9         What are you trying to say there?
10    A.   A government agency instructed you what
11 policies to have?
12    A.   Well, they're -- they know what the
13 policies were of the firm -- right? -- because I
14 told them everything about how the firm was
15 operating and what policies it had.
16         And I don't know what time frame this
17 is referring to, because it doesn't say. But during
18 those meetings that I had with Gurbir and -- well,
19 not Gurbir.
20         Generally, the DOJ and the SEC,
21 especially when FINRA came in and we went through
22 the policies; we went through all those things. And
23 I had asked, Is there anything I need to change in
24 my policies? Anything I need to do?
25         And, like I said, they said, We don't

240

 1  see a problem with the way your business is
 2  operating.
 3      Q.   Okay.  Turn the page to the fourth
 4  affirmative defense.  It says "the claims against
 5  Gentile are barred by the doctrine of fraud."
 6           What fraud are you referring to?
 7           MR. FORD:  Objection.  That's a
 8  legal conclusion.
 9  BY MS. JOHNSON:
10      Q.   You can answer.
11      A.   Well, I don't really know what that means,
12  "doctrine of fraud," because I'm not an attorney.
13  This is -- and my attorneys wrote this on my behalf.
14      Q.   Okay.  Let's look at the sixth affirmative
15  defense.
16           "The claims are barred by the
17  U.S. Constitution, including the due process clause
18  because the SEC and FINRA consented to SureTrader's
19  conduct and non-solicitation policies as lawful
20  beginning no later than May 2012."
21           Is that based on what we've already
22  discussed?
23      A.   Yes.
24      Q.   Anything else you want to add there?
25      A.   Not that I can think of right now.

                           241

 1      Q.   Okay.
 2      A.   I mean, those are just legal words to me,
 3  so -- but ...
 4      Q.   Your next affirmative defense -- seventh
 5  affirmative defense, it says, "The claims are barred
 6  by the SEC's own conduct as well as the conduct of
 7  its staff because the SEC and FINRA consented to
 8  SureTrader's conduct and non-solicitation policies
 9  as lawful beginning no later than May 2012."
10           So is the basis for that statement what
11  we've already discussed?
12      A.   Yes.  Although, it's probably not May 2012,
13  it should have been July 2012.  I don't know if that
14  makes a difference.  But probably --
15      Q.   Did you ever give the SEC your written
16  non-solicitation policy?
17      A.   So Adam Ford was dealing with the response
18  to FINRA.
19      Q.   Okay.
20      A.   And he was liaising with -- I believe it
21  was Simona, but it could have been Nancy Brown at
22  the SEC, because he showed her what our responses
23  were going to be.
24           And I don't know off the top of my
25  head if the actual policy was in there, but it was

                           242

 1  written in the Wells notice of what the firm did,
 2  which is equivalent to, like, a policy.  So yes.
 3      Q.   Okay.  On the ninth affirmative defense, it
 4  says, "The claims are barred by the doctrine of
 5  illegality because the SEC and FINRA consented to
 6  SureTrader's conduct and non-solicitation policies
 7  as lawful beginning no later than May 2012, and the
 8  only U.S. individual solicited by SureTrader was
 9  solicited only after the FBI, DOJ, and SEC
10  instructed Gentile to do so pursuant to his
11  cooperation agreement."
12      A.   The only thing I would change there is from
13  May to July.
14      Q.   Okay.  And here you're referring to, if you
15  solicited anyone from the U.S., it was done as part
16  of your undercover operation?
17      A.   Correct.  The FBI's undercover operation.
18      Q.   Okay.  And the last one, it says "the
19  claims are barred by the doctrines of duress and
20  unconscionability."
21           What does that mean?
22           MR. FORD:  Objection.
23      A.   I mean, that's a legal -- you need a legal
24  definition of that.  I don't know what those things
25  mean.  I don't know what a doctrine of duress or

                           243

 1  unconscionability -- is that what it says?
 2  BY MS. JOHNSON:
 3      Q.   Yeah.  I don't know what it means either.
 4      A.   That's my attorneys.
 5      Q.   I'll take your answer as it is.
 6           One more and we're done, and it
 7  will go quick.  I'm showing you what I'll
 8  mark as 62.
 9           (Plaintiff's Exhibit 62
10           marked for identification.)
11  BY MS. JOHNSON:
12      Q.   Do you have a Twitter, what's now known as
13  X, account?
14      A.   Yes.
15      Q.   And what is your --
16           MR. FORD:  Objection as to
17  relevance.  We'll see where it goes.
18  BY MS. JOHNSON:
19      Q.   Is this -- is your -- I don't know what you
20  even call it -- your handle?  @GuyGentile?
21      A.   Yes.
22      Q.   And looking at the document, is this
23  screenshots of your X account?
24      A.   What is the date of this screenshot?
25      Q.   It is March 2nd, 2023.

                           244

```
 1    A.  Okay.  I can't see anything here.
 2         MR. FORD:  Yeah.  This is really
 3    tiny.  I mean, I will say that I can read
 4    it, but you would need a magnifying glass.
 5         MS. JOHNSON:  I'm not asking him
 6    to read anything off of it.
 7         MR. FORD:  Well, you're asking
 8    him if there's tweets.  He has to be able
 9    to read it to answer.  But I know what
10    you're saying.
11         This one's slightly better,
12    although I don't know if you can read it,
13    Guy.  Also, there's no Bates stamps on
14    this.
15         MS. JOHNSON:  I haven't produced
16    it.
17         MR. FORD:  Okay.
18    BY MS. JOHNSON:
19    Q.  The first tweet, it says it's a SpeedTrader
20    stocks of the day post.  Is that correct?
21    A.  It's a retweet.  It's not my tweet.
22    Q.  Okay.  And what was your relationship to
23    SpeedTrader at this time in March of 2023?
24    A.  I mean, it's a company that I had founded.
25    And I am the settlor of a trust that owns this
```

                              245

```
 1    entity through a holding company.
 2    Q.  Okay.  If you look down the page --
 3    unfortunately, it was cut at a bad place.
 4         At the bottom of the page, it says
 5    "Guy Gentile:  SEC's case, this is fine" ...
 6    A.  I don't ...
 7    Q.  Here.  Yeah.  This is better.
 8         ... that you tweeted?
 9    A.  Okay.
10    Q.  Are you referring to this case that we're
11    presently talking about?
12    A.  I don't remember.
13    Q.  Okay.  And if you turn the page, there's a
14    picture of you.
15    A.  I can't see what it says, though, because
16    in here it doesn't -- it doesn't say it.  It's cut
17    off.
18    Q.  It says, "Amazing day watching the SEC
19    squirm.  Can't wait for my depo."  And there's a
20    picture of you in an "I love stress" T-shirt.
21    A.  I don't remember what happened that day,
22    but it must have been amazing.
23         MR. FORD:  I remember.
24    BY MS. JOHNSON:
25    Q.  It ended at, "They said they will be
```

                              246

```
 1    released soon via court filings.  The case
 2    backfiring like crazy by SEC trying to hide the
 3    truth, and it's coming to bite them in the ass."
 4         Do you remember posting that on that
 5    same day?
 6    A.  I mean, I don't remember posting this, but
 7    I believe I did post it.
 8    Q.  Well, what is the truth that the SEC is
 9    trying to hide?
10    A.  That this case is a vendetta against me
11    because they lost three cases in a row -- four cases
12    in a row against me; that there's no proof of any
13    solicitation; that they know that their star witness
14    is a liar and that he perjured himself over and over
15    again, including their second star witness, Yan.
16         And -- and that they had an SEC
17    attorney illegally stealing records from my company
18    in violation of Bahamanian law, as another criminal.
19    And, and, and, and.  Many other things.
20         I can't think of them all.  There's
21    too many to list.
22    Q.  Turn to the next page.
23         You see the SpeedTrader logo again.
24    And just under that, "Guy Gentile:  Every time I deal
25    with the witches at the SEC, they bring up shit from
```

                              247

```
 1    the past ten years."
 2    A.  Where does it say that?
 3    Q.  Right under the SpeedTrader.
 4         MR. FORD:  "They bring up shit
 5    from ten years ago."
 6         MS. JOHNSON:  Yeah.
 7         MR. FORD:  Hashtag harassment.
 8    A.  Where is -- which page is that?  I don't
 9    see it.
10    BY MS. JOHNSON:
11    Q.  It's on the third page.
12    A.  I don't see it.  Am I not on the right
13    page?
14    Q.  The big one.  It would be --
15    A.  Oh.  Because you guys are on the little
16    one.  I can't -- I can't see that.
17         What page is it on this one?
18    Q.  Maybe -- it looks like it got cut off, but
19    on this page, it's on the fourth page.
20    A.  Where?  On the big one, it's on the fourth
21    page?
22    Q.  On the big one, it got cut off, though, so
23    I'll have to use this one.
24    A.  Oh.  I can't see it on the small one.
25    Q.  Okay.  Well, that's what it says.
```

                              248

Guy Gentile
11/29/2023

**Page 249**

1    Every time -- February 8th.  I don't
2  know what we were doing.
3    "Every time I deal with the witches at
4  the SEC, they bring up shit from ten years ago.
5  Hashtag harassment.
6    **A.**  What year was that?
7    **Q.**  2023.
8    **A.**  That's in this one?
9    2023?
10    MR. FORD:  It also says "hashtag
11  witch hunt."
12    **A.**  Yeah.  I think I was just referring that I
13  believe that this is a witch hunt against me.
14  BY MS. JOHNSON:
15    **Q.**  Okay.
16    **A.**  I don't think I meant any specific person
17  being a witch.
18    **Q.**  And if you look up on the next page,
19  there's a Staton Oak post", and then there's a
20  Guy Gentile --
21    **A.**  You're using the small one again?
22    **Q.**  I'm sorry.
23    And then there's a Men Money Mindset.
24  "A boy becomes a man when he stops being a slave to
25  his sexual urges."

**Page 250**

1    And then Guy Gentile replies, "I just
2  think about the nasty women that for work at the SEC,
3  and those sexual urges go away."
4    Do you see that?
5    **A.**  Yeah.
6    **Q.**  Who were you referring to there?
7    **A.**  Probably Nancy Brown.
8    **Q.**  There's a post here where you're
9  promoting -- let me find it.
10    **A.**  What does this have to do with anything, by
11  the way.  This is -- I have freedom of speech, and I
12  believe, in America, that I can post what I like.
13  I'm not threatening anyone.
14    **Q.**  Absolutely.
15    **A.**  Why is this being brought up into this
16  deposition?
17    MR. FORD:  It doesn't apply to
18  the SEC, remember?
19    THE WITNESS:  That's right.
20  There's no rules for them.
21    MS. JOHNSON:  All right.  I think
22  we'll leave it there.
23    **A.**  We're done?
24  BY MS. JOHNSON:
25    **Q.**  Unless there's anything else you want to

**Page 251**

1  say.
2    **A.**  No.  I'm good.
3    MR. FORD:  Oh.  Let us take a
4  quick break --
5    MS. JOHNSON:  Okay.
6    MR. FORD:  -- to see if I have
7  any questions.  But it is very late.
8    THE VIDEOGRAPHER:  Going off the
9  record at 6:07.
10    (Recess taken.)
11    THE VIDEOGRAPHER:  We're back on
12  the record at 6:15.
13    MR. FORD:  No further questions
14  for the witness.
15    MS. JOHNSON:  Thank you,
16  Mr. Gentile.
17    THE WITNESS:  You're welcome.
18    THE VIDEOGRAPHER:  This concludes
19  the deposition.  Going off the record.  The
20  time is 6:15.
21    (Proceedings concluded at 6:15 p.m.)
22
23
24
25

**Page 252**

1    UNITED STATES DISTRICT COURT
2    SOUTHERN DISTRICT OF FLORIDA
3
4  SECURITIES AND EXCHANGE    )
   COMMISSION,        )
5            )
     Plaintiff,    )
6            )
   vs.        )  Case No.
7          )  1:21-CV-21079-Bloom
   MINTBROKER INTERNATIONAL,   )
8  LTD., f/k/a SWISS AMERICA    )
   SECURITIES LTD. and d/b/a    )
9  SURETRADER, and GUY GENTILE, )
   a/k/a GUY GENTILE NIGRO,    )
10            )
     Defendants.   )
11  _____)
12
13
14    REPORTER'S CERTIFICATE
15  VIDEOTAPED DEPOSITION OF GUY GENTILE
16    November 29, 2023
17
18    I, Rebecca J. Callow, Registered Merit
19  Reporter, Certified Realtime Reporter, Registered
20  Professional Reporter and Notary Public in and for
21  the State of Florida, hereby certify to the
22  following.
23    That the witness, GUY GENTILE, was duly
24  sworn by the officer and that the transcript of the
25  oral deposition is a true record of the testimony

**Guy Gentile**
**11/29/2023**

```
 1  given by the witness;
 2          That the original deposition was delivered
 3  to Ms. Alise Johnson, Securities and Exchange Commission.
 4          That a copy of this certificate was served
 5  on all parties and/or the witness shown herein on
 6  December 1, 2023.
 7
 8          I further certify that pursuant to FRCP
 9  Rule 30(f)(1) that the signature of the deponent:
10          [  ] was requested by the deponent or a
11  party before the completion of the deposition and is
12  to be returned within 30 days from date of receipt
13  of the transcript.  If returned, the attached
14  Changes and Signature Page contains any changes and
15  the reasons therefor;
16          [ X ] was not requested by the deponent or
17  a party before the completion of the deposition.
18          I further certify that I am neither
19  counsel for, related to, nor employed by any of the
20  parties or attorneys to the action in which this
21  proceeding was taken.  Further, I am not a relative
22  or employee of any attorney of record in this cause,
23  nor am I financially or otherwise interested in the
24  outcome of the action.
25
```

253

```
 1
 2          SUBSCRIBED AND SWORN TO under my hand and
 3  seal of office on this the 1st day of
 4  December, 2023.
 5
 6
 7          _____
 8          Rebecca J. Callow, RMR, CRR, RPR
 9          Notary Public, Miami-Dade County
10          My Commission No. HH 409626
11          Expires:  6/12/2027
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

254

```
1                 UNITED STATES DISTRICT COURT

2                 SOUTHERN DISTRICT OF FLORIDA

3

4    SECURITIES AND EXCHANGE        )
     COMMISSION,                    )
5                                   )
                    Plaintiff,      )
6                                   )
     vs.                            ) Case No.
7                                   ) 1:21-CV-21079-Bloom
     MINTBROKER INTERNATIONAL,      )
8    LTD., f/k/a SWISS AMERICA      )
     SECURITIES LTD. and d/b/a      )
9    SURETRADER, and GUY GENTILE,   )
     a/k/a GUY GENTILE NIGRO,       )
10                                  )
                    Defendants.     )
11   _____)

12

13

14               REPORTER'S CERTIFICATE

15        VIDEOTAPED DEPOSITION OF GUY GENTILE

16                November 29, 2023

17

18        I, Rebecca J. Callow, Registered Merit

19   Reporter, Certified Realtime Reporter, Registered

20   Professional Reporter and Notary Public in and for

21   the State of Florida, hereby certify to the

22   following.

23        That the witness, GUY GENTILE, was duly

24   sworn by the officer and that the transcript of the

25   oral deposition is a true record of the testimony
```

252

1  given by the witness;

2          That the original deposition was delivered

3  to Ms. Alise Johnson, Securities and Exchange Commission.

4          That a copy of this certificate was served

5  on all parties and/or the witness shown herein on

6  December 1, 2023.

7

8          I further certify that pursuant to FRCP

9  Rule 30(f)(1) that the signature of the deponent:

10          [   ] was requested by the deponent or a

11  party before the completion of the deposition and is

12  to be returned within 30 days from date of receipt

13  of the transcript.  If returned, the attached

14  Changes and Signature Page contains any changes and

15  the reasons therefor;

16          [ X ] was not requested by the deponent or

17  a party before the completion of the deposition.

18          I further certify that I am neither

19  counsel for, related to, nor employed by any of the

20  parties or attorneys to the action in which this

21  proceeding was taken.  Further, I am not a relative

22  or employee of any attorney of record in this cause,

23  nor am I financially or otherwise interested in the

24  outcome of the action.

25

253

```
 1
 2          SUBSCRIBED AND SWORN TO under my hand and
 3   seal of office on this the 1st day of
 4   December, 2023.
 5
 6
 7          _____
 8          Rebecca J. Callow, RMR, CRR, RPR
 9          Notary Public, Miami-Dade County
10          My Commission No. HH 409626
11          Expires:  6/12/2027
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                              254
```

Guy Gentile
11/29/2023

1

## A

**a.m** 2:6 8:13
**a/k/a** 1:9 252:9
**AA** 11:5
**Abadiotakis** 24:12
**ability** 10:2 41:24 42:1 84:18
**able** 9:22 40:12 54:3 59:16
   92:11 101:16 135:20
   136:14 197:19 205:10
   220:21 224:2 245:8
**above-styled** 2:4
**absence** 182:25
**Absolutely** 184:21 250:14
**accelerate** 10:16
**accept** 74:11 75:17 76:1
   121:21 179:25
**acceptance** 216:17 217:25
**accepted** 76:7
**accepting** 76:4 216:10
**access** 30:23 31:6,24 77:11
   101:20 116:4,17 117:11
   155:15,18 156:1,2,5
   185:19,22 216:9,24
**access-type** 18:20
**account** 34:20 42:19,21,23
   92:1 93:12 94:5,20 97:13
   105:9 106:2,3,6,10 117:15
   118:24 119:1 121:10,22
   122:3,8 133:13 142:4
   156:20 157:21 158:1,5
   159:22 160:2,7 162:17,19
   163:22 164:3 175:6,9,13
   175:20,20,23,25 176:1,2
   178:9,10,15 189:7 208:22
   227:14,15,17 229:1 244:13
   244:23
**accounting** 154:15
**accounts** 46:4,9,9,12,14,24
   47:1,2 52:17,18,18,20 53:1
   83:8,10 106:19 123:4
   133:10 135:21 145:14
   153:3,21 163:25 164:4
   179:25
**accruing** 207:20,21
**accurate** 51:2,5
**accusing** 119:16,16
**ACH** 105:14,16,17,22,25
**acknowledged** 121:25
**acknowledgment** 88:8
   125:23 126:10 158:7
   176:21
**Act** 177:18
**acting** 77:21 78:3 143:21
   216:15
**action** 182:25 253:20,24

**active** 22:21 37:16,18 41:9,9
   73:20,22 75:1 216:1
**actively** 168:16,21 239:5
**actual** 56:15,16 112:11
   145:12 242:25
**ad** 84:21,22 113:25 141:1
**Adam** 70:11 76:25 103:19
   140:20 154:2 178:8 185:4
   185:22,23 192:17 218:6
   223:6,13 224:7 228:14
   229:16 231:8,20,24 238:20
   242:17
**Adam's** 185:24
**add** 76:20,21 131:15 141:13
   241:24
**added** 95:25 192:2
**addition** 12:14 55:20 117:16
   119:8,14 141:13 160:15
   216:6
**additional** 100:5 114:21
   118:23 210:4
**Additionally** 107:8
**address** 101:8 123:22 166:2
   166:4 179:19 192:21
**addresses** 116:2
**advance** 201:3
**advertise** 84:25
**advertisement** 140:25
**advertising** 84:11 124:13
   140:23 155:14
**advice** 120:24 163:8 171:21
   184:5,19 195:22 204:6
   205:5 221:25 222:11,12
**advise** 185:15 195:1
**advised** 117:21 198:4
**advising** 37:11
**advisor** 35:22
**advisory** 152:21 207:6,9
   208:8
**affect** 10:1
**affiliate** 128:10 131:21
   133:17,18 134:14,15
   135:11,11,19,23 136:4,11
   136:19,23,24 137:1 139:18
   143:22,23 155:7 157:17
   158:21 162:13 164:7
   165:19 176:3,6 180:6,13
**affiliated** 159:17
**affiliates** 127:21 132:2 133:5
   137:3,6,10 143:2,7 149:4,5
   149:6 151:24 152:16 170:8
**affiliates'** 156:6
**affirmative** 214:3 215:10,12
   237:2 239:1 241:4,14
   242:4,5 243:3

**aforementioned** 201:6
**agencies** 218:25
**agency** 240:10
**agent** 12:15 151:16 231:15
   236:2 237:13
**agents** 219:3 226:22 235:18
   238:4,7
**agents'** 151:24 152:16
**ago** 139:2 146:5 181:6
   187:17,18 221:5,8 248:5
   249:4
**agree** 50:21 58:20 168:10
   225:10
**agreed** 35:16 153:8 155:6
   155:11 161:23 162:2
   167:21 168:9 170:20
   199:24 218:4
**agreement** 6:3 54:22 88:8
   122:8 123:10 125:23 126:6
   126:11 128:13 131:11
   138:23 139:15,15 140:13
   140:16,19 142:16 143:8
   144:4 150:13,21 151:1
   153:25 155:7,23 158:7
   161:14,17,21 162:10 163:2
   164:20 167:8 168:3,4,11
   170:8,15,17 174:18,23
   176:21 198:7,8 199:10,11
   199:13,14,16 200:19,25
   201:9,11 202:5 204:2,19
   218:11 233:12 243:11
**agreements** 165:19 233:22
**agrees** 151:16
**ahead** 12:1 69:14,14 70:6
   110:20,23 115:24
**airport** 237:14
**airtime** 156:1
**al** 4:21
**Alex** 234:14 238:10
**algorithm** 30:8
**algorithmic** 30:5
**Alice** 3:11 8:23
**Alise** 3:9 8:21 67:22 253:3
**allegation** 120:3 221:15
**alleged** 192:8
**Allen** 228:15 229:4 237:9
**allow** 67:6 161:15
**allowed** 15:20 91:21 230:7
**allowing** 93:9 99:18
**allows** 91:15 121:20
**Alpine** 54:21
**amazing** 246:18,22
**amended** 5:8 214:19
**America** 1:8 5:10,20 25:15
   25:21,25 26:14,20 28:17

   28:24 29:4 32:20,23,24
   36:11,20 39:8,22 40:3,18
   41:2,17 42:9 43:7 45:9
   48:12 49:5,7,23 50:2,13
   51:11 57:21 58:1 95:18
   150:14,18 151:23 153:2,16
   155:3,10 179:24 184:16
   187:3 188:2 199:17,19
   201:16,16,17 202:8,9,13
   202:25 203:9 204:3 207:19
   207:24 208:16 209:1
   250:12 252:8
**America's** 210:5
**America/SureTrade's** 47:9
**America/SureTrader** 57:11
**Ameritrade** 18:13 107:19,20
   108:13
**AML** 5:19 48:11
**amount** 135:13 155:6,11
   196:16 201:2,3
**amounts** 206:24 207:1,18
**analysis** 195:1,3
**and/or** 253:5
**annoying** 91:20
**annual** 207:8
**answer** 5:9 9:12,22 10:2
   53:19 54:3 67:7 69:7,11,22
   70:6 71:7 73:8 115:20
   177:8 204:24 241:10 244:5
   245:9
**answered** 64:17,18 66:4
   73:9
**answering** 68:13 82:9
   120:11
**answers** 214:19
**Antonio** 58:11,23 63:16,21
   64:9 77:16 83:1,9,17,21
   206:16 211:10
**anybody** 65:1 69:3
**anymore** 13:21 56:5,19
   80:12 108:4 143:1 158:25
   170:21 198:6 205:15
   228:12
**anyway** 21:23 38:2 71:24
   78:14
**apart** 18:22 71:24 198:15
**apologized** 236:8,15
**app** 237:11
**appear** 100:13 129:11
**APPEARANCES** 3:1
**appeared** 107:6
**appears** 129:6 147:8 150:11
**application** 20:10 21:2
   123:17 156:17,18,20
   157:22 162:5,7,16,19

Guy Gentile
11/29/2023

2

172:9 173:10 175:23
176:13 177:4
**applied** 14:19,24 15:16 16:3
20:8,24
**applies** 93:18,20
**apply** 26:7 250:17
**appreciate** 21:6
**approval** 81:12
**approvals** 85:16
**approve** 78:22 79:23
**approved** 21:3 52:18,18
81:15 94:22 136:18
**approving** 86:11,14
**approximately** 29:22 44:18
44:23 52:24 53:12 82:2
98:6
**approximation** 46:22
**April** 176:4,11 237:6,6
**Aragon** 3:24 8:14
**area** 140:5
**areas** 204:4
**argument** 201:24
**arising** 239:8
**arousing** 239:8
**arrangement** 164:11 165:6
171:9 172:18 198:10
**Arranging** 37:11
**arrest** 233:21,21 236:14
**arrested** 236:12
**artfully** 161:24
**Arthur** 86:22 103:1 184:24
**Arthur's** 86:25
**article** 183:8,16
**Asia** 50:12
**asked** 27:6 64:16 67:10,11
67:13,15,17 68:7,10,12,15
68:19 70:14 88:21 96:14
113:8 115:13,14,16 117:10
141:20,22 142:12 168:22
168:25 170:2 178:23
183:15 189:17 194:5
195:20 207:4 212:1,2,14
212:15 213:4,12 215:3
217:2 218:8,18 219:4
221:2,9,11,22,23 224:6,7
231:15 240:23
**asking** 45:3 46:6 48:21
66:13 73:12,14 75:2 88:25
96:13,14 132:11,12 147:8
171:21 177:8,20 184:13,15
192:18 204:24 220:5
230:25 231:1 245:5,7
**aspect** 239:25
**ass** 247:3
**asset** 38:18,22

**assets** 26:4 32:22 38:23
44:9,11,12
**assist** 133:17 134:14 239:7
**assisted** 239:6
**assisting** 68:23 69:1
**associate** 231:25
**associate's** 11:6
**associated** 13:15 205:11
**assume** 205:1
**assuming** 162:23
**assumption** 167:17
**assurances** 222:18 238:25
**assure** 217:24
**assured** 216:16 225:2
**attached** 152:1,18 181:16
253:13
**attaches** 186:24
**attachment** 181:20 186:25
189:16
**attention** 77:18
**attest** 119:9
**attestation** 160:12 161:4
216:12,19
**attorney** 103:1 132:10
140:20 141:10 143:9,10
154:1 164:15 184:25
195:12,19 198:4 216:16
219:4 224:23 226:4 227:2
227:10 228:15 229:10
231:8 241:12 247:17
253:22
**attorney's** 179:20 191:14
207:15
**Attorney-client** 51:23
**attorneys** 67:3 70:10 117:21
118:3,12 178:22,23 185:19
186:3,4 187:23 191:9,17
192:10,14,19 205:9 214:21
219:2,3,12,13 228:18,18
228:19,20 230:23 231:23
236:22 241:13 244:4
253:20
**attorneys'** 215:2
**attract** 84:7
**audibly** 9:12
**audios** 217:7
**audit** 35:20
**auditor** 203:15
**August** 60:2 65:16 107:9
**AUSA** 219:8 230:16,20,22
**Austin** 3:18
**Australia** 84:22
**authority** 59:20 63:8,13,14
63:15,24 64:6,15,20 65:2,5
65:15 81:16 91:19 212:18

**authorize** 78:24
**authorized** 94:25 152:22
**auto** 10:19 11:8
**autonomous** 59:16,25
**autonomously** 65:13
**autonomy** 143:4
**available** 40:15 77:6 105:16
105:17,19 120:21
**Avenue** 2:12 3:5 8:10
**average** 116:24
**avoid** 91:15 92:5,21
**aware** 145:25 149:3 166:10
169:7 216:10 239:4

—————————
**B**
—————————
**B** 3:17
**back** 15:12,18 16:24 17:18
18:12 19:13 26:20 30:25
31:15 36:15 48:4 52:15
57:10 69:4 71:11,23 72:3
73:4 80:23 81:3 89:4 99:24
103:14 104:19 107:15
127:11 139:16 144:1 147:1
150:3 162:8 164:2,20
165:9,17,19 167:8,13
170:2,23 171:6 172:22
176:2 179:9 187:2 210:1
211:8 214:14 220:15 228:4
237:12,15,16 251:11
**back-and-forth** 138:22
**backed** 210:15
**backfiring** 247:2
**background** 9:20 10:5 26:21
**backup** 210:4,14,15
**backwards** 13:25 199:4
**bad** 34:7 246:3
**Bahamanian** 96:16,20 97:24
97:25 108:14 109:1,23
185:14,16 188:15 209:4
247:18
**Bahamas** 25:16 26:7 37:1,3
37:8 55:23 56:13 59:22
77:7,23 79:3,9 80:2,11,12
86:19 94:23 96:9,11 97:24
108:9,11 109:4,13 117:24
178:10 185:24 188:10
199:19,21 206:10 210:22
211:7,13,17 212:20 227:14
227:16 229:1 232:6 234:7
**Bahamian** 97:23
**bail** 12:15
**Bain** 144:15 145:6 146:7,11
146:24,25 147:12
**Bain's** 144:16
**bait** 226:12

**bank** 36:7 83:11 97:20
105:19,21,25 106:4,6,10
106:19
**banker** 24:16
**banking** 83:3,14 105:7
**banks** 83:12,15,16,18,19
**banner** 141:2 155:14 159:2
159:4,13
**bar** 55:13,22 56:16
**barely** 131:23 152:11
**barred** 215:13,24,24 241:5
241:16 242:5 243:4,19
**base** 37:20 47:5 166:8
**based** 35:6 55:23 74:24
109:13 202:4 204:16
241:21
**basement** 19:25
**basically** 15:1,10 16:6,7,20
17:1,11,14 19:2,12 20:25
21:7 27:22 28:1,8 30:7
56:4 59:6,7 71:22 77:19
80:17 84:18 85:11 98:9
118:2,16 136:16 196:8
198:3 217:9 218:12 222:1
223:11 226:23 233:13,20
234:6 237:14
**basis** 78:1 98:14 117:5
242:10
**basket** 235:10
**Bates** 4:13,16,22 5:5,12,17
5:21,24 6:4,6,11,16,21 7:4
51:21 52:2,7 90:6,8 110:9
110:14 112:1,4 156:25
200:6,13 245:13
**Bates-marked** 172:14 187:3
203:18
**Bates-stamped** 110:23
111:1 174:6
**BD** 20:25
**BDO** 203:7,11
**bear** 194:23
**Beck** 219:7 230:16 231:7
**beef** 172:21
**began** 14:3 216:14
**beginning** 201:20 241:20
242:9 243:7
**behalf** 8:25 73:18 76:10
77:24 81:17 82:14 184:18
214:21 241:13
**believe** 12:16 13:12,13,18
23:5 24:21 25:4 26:12,18
29:8 32:10 33:8 36:3 37:1
38:8 39:7 41:18,24 42:3,6
49:3 51:1,4 55:13 57:14
58:11 63:14 65:7 71:4 72:2

72:11 73:9 76:8 78:12,19
79:8 81:10,14 83:7 85:18
88:21 93:5,8 94:13 98:14
103:21 104:2 107:6,20
114:2 116:3 117:9 118:18
121:19 122:21 125:7
126:17 128:12 138:16,21
139:11 140:6,9 141:12
144:18 146:12 147:4
154:20 155:22,24 156:4,8
157:19,23 158:15,23
160:18 162:15 164:14
165:7 170:18 171:2 173:17
176:9,25 177:2 181:8,25
185:1 187:22 190:21,25
192:10 193:17 194:8
196:23 200:23 202:9,12
206:16 207:23 210:3,13
217:17 221:20 223:18
230:21 231:24 242:20
247:7 249:13 250:12
**believe,is** 140:2
**believed** 184:1 221:12,17
**bell** 46:24
**belong** 175:11
**belongs** 175:1
**beneficial** 204:11
**beneficiaries** 24:11
**benefit** 23:15 34:18 202:16
205:10 236:18
**Berry** 20:21
**best** 92:6 152:10
**better** 169:13 245:11 246:7
**big** 15:21 17:17,20 91:14
168:13,18 227:1 248:14,20
248:22
**bill** 154:25 222:11,12
**billing** 155:6,10
**billionaire** 56:24
**bills** 198:16
**Bird** 27:15
**bit** 31:14 187:14 209:9
216:22
**bite** 247:3
**blacked** 129:3,6,13,22
130:11
**blacking** 130:15
**Blessed** 10:9
**blew** 89:10 142:14
**blocker** 100:22 101:14,23
102:13 103:5,8,16,22
107:5 115:2,3,25 118:21
118:22 121:16 122:5 123:9
160:16,18,20 162:6 216:12
216:18

**blockers** 102:19
**Bloom** 8:8
**blotter** 175:22
**blown** 89:10
**blowup** 90:13,14 91:12
**blurry** 47:22
**board** 58:4 59:4,15 63:18
65:10 72:7,9 76:19 79:4
82:11
**Bob** 16:19
**bold** 91:14 153:1
**Boston** 20:10
**bother** 234:22
**bothered** 235:1
**bothering** 225:22
**bottom** 49:13,14 50:9 58:6
105:10 110:6 125:22 151:9
168:14 190:8 203:18,24
246:4
**Boulevard** 8:17
**Bound** 4:10
**box** 100:8,13,14
**boy** 249:24
**Bradley** 235:17
**brainstorming** 40:9,10,12
**brand** 8:17 35:5 39:24 40:1
40:4
**break** 9:18,19 17:2,4 81:6
104:15 149:16,20 179:1
214:1,6 251:4
**breaking** 220:1
**bribe** 78:8 80:6
**Brickell** 2:12 3:5 8:10
**brief** 118:8 119:3,12 163:4
191:6
**bring** 57:8,9 59:22 74:22
232:25 234:5 247:25 248:4
249:4
**bringing** 237:22
**brings** 36:15
**broadly** 182:14
**broke** 71:24
**broken** 207:17 208:14
**broker** 21:25 39:10,17 40:2
40:3 106:25 161:10 166:13
166:25 194:19,21 212:13
**broker-dealer** 18:2 21:8,17
22:12 26:8 29:18,19 31:3
32:22 37:4,6 41:6 49:8
54:15 59:24 93:19 107:18
107:21 171:16 177:21
182:10 194:6 205:11
232:12
**broker-dealers** 5:5 31:5
49:8,9 93:8,20 108:1

121:20 181:4 189:18
**brokerage** 83:14 152:20
162:16
**brokers** 54:18 107:1
**brought** 229:15 234:18
250:15
**Brown** 223:21 242:21 250:7
**BSD** 97:22 188:11
**build** 15:12 31:13 33:3 40:1
40:4 131:9 171:21
**building** 33:22
**built** 19:13 27:13,17 31:1
86:17 102:24 126:22
166:13
**bulletin** 146:9
**bunch** 40:10 170:10,10
219:4 227:1 232:13
**business** 14:8 17:8 22:8
23:4 25:12 26:15 27:11
28:2 29:5 30:14 34:8,23,23
36:24 37:2 38:3 41:8 53:25
54:1 55:21 56:13,15 57:4
83:13 84:4 92:9 93:3 97:25
105:18 131:9 152:23 198:3
198:5 204:6 205:5,22
218:16 219:20,22 223:14
232:13 241:1
**businesses** 22:24,25 25:10
57:5 135:12 240:1
**button** 84:20
**buy** 41:14
**buying** 17:12

---

**C**

**C** 8:1 87:3
**Cadwalader** 181:17
**Cake** 27:9
**calculation** 196:25
**California** 8:18 22:11 88:20
121:11
**call** 15:9 20:24 24:2 28:19
32:11 38:1 40:17,20 79:21
80:1,9 87:11 89:14 96:19
96:23 98:12 112:11 113:20
117:1 189:6 205:23 221:7
244:20
**call-in** 100:5
**called** 9:5 17:7 18:10 20:12
22:18 24:21 27:21 28:25
30:1,23 33:5 35:5 37:14
40:1 54:22 55:12 72:22,25
79:22 91:22 94:19 116:10
117:24 210:1 223:7 230:2
237:11
**calling** 18:1

**Callow** 1:24 2:7 252:18
254:8
**calls** 118:25
**calmed** 233:25
**came--** 104:5
**cameras** 217:6 234:8
**Cameron** 137:18 144:6
164:15 165:24 166:18,22
167:3 170:24
**campaign** 75:22 81:13
195:12,19 222:14
**Canada** 50:11 101:12
107:21
**Canadian** 42:3 99:16 232:7
232:8
**Canadian-based** 107:17
**Canadians** 106:18
**canceled** 142:16 204:21
**capable** 42:6
**capacity** 184:13
**capital** 21:1
**capture** 95:10 101:7,7
112:12 128:17
**card** 126:24,25 221:21
**cards** 105:24,24
**Carib** 210:13 213:18
**Carib's** 210:21
**Carla** 77:1 103:19 185:6
193:23
**case** 1:6 8:7 130:16 145:2
169:7 177:15 190:11,13
191:3 205:7 212:20 234:17
235:11,20 236:24 237:22
238:1 246:5,10 247:1,10
252:6
**cases** 120:23 247:11,11
**cash** 93:16 197:19 232:20
**Castillo** 90:7 110:12
**cater** 41:19
**catered** 22:20,20
**cause** 2:5 253:22
**caused** 170:11
**CBSX** 29:20
**cc'd** 144:23 145:5
**cc's** 186:22
**CDL** 15:22
**cease** 35:7,12
**ceased** 56:5
**Central/South** 50:13
**cents** 127:18,19 168:23
**CEO** 25:2,4 59:2,6 71:10
72:10 77:10 139:16
**certain** 33:2 87:13 128:7
135:22 216:2
**certainly** 112:8 182:17

certificate 4:5 252:14 253:4
certificates 11:8
certifications 11:13 12:17
certified 2:8 8:15 12:21
  252:19
certify 252:21 253:8,18
cetera 133:9
chain 164:19 192:5
challenge 145:15
change 35:16,23 38:3,4
  39:24 70:24 71:3,4 84:9
  149:16 204:18 240:23
  243:12
changed 34:25 35:2,17,19
  35:25 36:3,5 40:2,5 84:4
  87:16 98:25 119:25 170:14
changes 38:15 39:5 86:24
  87:14 88:9 253:14,14
characterize 173:14
charge 42:14 83:23 98:5
  108:13,18 109:21 138:17
  139:4,8,19 188:6,7,14
charged 42:17,17 75:8 98:6
  188:9,15
charges 74:20,22 207:14
charging 97:20
chart 57:21
charts 31:7
chat 155:15,18,25 156:3,6
  159:15 161:7,10 173:4,6
chatting 161:10
check 183:15
checks 183:13
chief 58:24 59:11 60:10,17
  60:19,20,23,24 61:1,4,6,15
  62:1,17 75:5 76:14,21 81:9
  81:15 88:22 102:25 154:3
  163:17 170:4 195:13,18
children 23:15,16 24:10
  202:17
China 106:14
chitchatted 235:23
chose 83:11 203:11
circles 228:16
circulated 192:3
circumstances 13:19 48:24
citizen 106:7
citizens 153:3,22,23
Civil 2:14
CJ 131:21 133:5,6 136:23,25
  137:2 139:11
claims 241:4,16 242:5 243:4
  243:19
clarification 116:9
clarify 9:17 111:25 115:17

Clark 235:17,18
class 10:15
classes 169:1
clause 241:17
clear 132:25 140:24 141:2
  165:11,13 169:16 182:13
  184:12
clearer 179:17
clearing 21:10 54:13,14,16
  207:14 228:9
clearly 169:14 179:21
click 84:20 147:9
client 44:12 49:4,11 116:24
  116:24 124:25 126:13
  159:21 172:8,11,12 174:18
  174:23,25 177:1 183:15
  199:22,25 200:19 201:2,5
client's 126:24
clients 17:21 21:7,18,18
  31:6,21 50:10,17,20 51:13
  53:12,25 70:17 76:4 93:9
  95:17,25 119:9 121:1
  127:5 138:5,8,10 145:14
  145:24 146:23 153:23
  177:2,3 183:13 189:12,12
  189:14 216:11,18 218:1
  239:18
close 18:21 47:2 98:9 185:3
  226:17
closed 29:23 55:19 172:5
  198:12 201:23
closing 22:1
cloud 210:3,9,11,13,21
  213:18
club 55:12,22
coach 167:6
Coca-Cola 14:19,20,22,24
  15:20 16:16,21 17:6
code 101:20 112:19 116:4
  116:11,12,18,18,23 117:1
  117:1,2,6,7,8,10,10 161:1
Codes 112:18
collect 127:4
collected 107:11 127:6
college 10:22 18:6
Collie 58:4 59:10 78:2 82:4
combination 31:21 83:12
  88:11 103:3
come 26:20 47:3 71:11,23
  72:3 80:23 82:5,10 142:3
  144:25 178:9,15 189:21
  194:14 195:10 198:5 223:8
  227:13,16 228:25 238:3
comes 113:6 162:8
coming 19:17 101:8 121:9

167:8 247:3
commission 1:4 2:12 3:4
  8:6,22,24 26:7 37:8 60:22
  86:18 133:7,19 138:1,2,9
  145:23 180:6 187:5 206:10
  206:17 211:12 212:1 252:4
  253:3 254:10
commissions 42:12 99:8,11
  99:24 134:13 207:9 208:8
common 204:10
Commonwealth 199:20
communication 144:5,20
  159:8 164:18 192:11
communications 54:16
  169:17 184:14
community 10:22 157:6
companies 24:23,25 25:1
  26:25 27:2 28:13,16 29:25
  31:9 55:6 127:23,25
  197:21
company 14:21 22:1 23:14
  23:25 24:1,2 25:6 27:1,12
  27:12,21 28:21 29:4,7,10
  29:17,17,21 30:4,5,12,20
  30:23 31:1 32:8 33:5,17,23
  35:6 36:8,17,22,25 37:2,3
  38:7,11,23 39:22 40:9
  42:17 55:12,15,16,24 56:7
  56:9,9 72:14 73:5 76:16
  77:19 78:6,8,9 83:6,13
  84:2,4 87:25 88:15,16,17
  96:9 125:13 136:25 137:1
  157:20 161:13 165:15
  166:4 187:11 189:11
  199:18,19 204:2 205:20,23
  208:20 209:4 210:25 213:8
  245:24 246:1 247:17
compared 18:12 109:22
compares 107:1
comparing 109:14,19
  115:20
comparison 106:25,25
comparisons 108:6,21
compensation 196:2 205:13
compiled 212:6
complaint 79:4 113:15
  118:1 190:10,10,13 191:1
  191:2,5 192:8
complaints 217:21
complete 169:3 190:3 217:9
completed 46:15,16
completely 65:23 71:10
  72:12 129:3 170:15
completion 253:11,17
compliance 58:24 60:11,19

60:21,23,24 61:1,5,7 75:5
  75:6 76:5,6,8,15,21 77:3,7
  81:15 83:1 85:18 86:16,21
  88:14,22 102:25 118:9,11
  119:4 122:22 153:19 154:3
  160:22 163:6,17,18 165:20
  170:8 180:2 183:18 184:24
  185:12 187:4,9,24 188:3
  193:5,7 221:18
compliant 86:19 223:1
complicated 31:12
comply 184:5,19
complying 218:10 219:24
  219:25
composite 89:15 111:23
  112:10
computer 213:7
computerized 2:10
concerned 148:10
concerning 106:24 122:11
  122:18 123:4 194:25
concerns 179:20
concluded 251:21
concludes 251:18
conclusion 183:14 202:1
  223:12 241:8
conclusions 220:14
concocted 227:22
conduct 51:13 152:23
  217:17 241:19 242:6,6,8
  243:6
confer 192:14
conference 87:11 141:21
  142:9 227:1
Confidential 51:22
conformed 216:19 218:1
confused 41:1
confusing 40:4,21
connect 137:3
consecutive 92:3
consensus 177:22
consented 241:18 242:7
  243:5
consider 42:18 91:9
considered 204:10
consistent 47:7 53:2
Consolidated 5:11 202:25
conspiracies' 239:8
conspiracy 227:20
constant 192:11
constantly 102:4 226:12,15
constitute 152:19
constitutes 194:24
Constitution 241:17
consultancy 199:24 203:23

204:4,9,19
**consultant** 86:22 88:13,14
184:24
**consultants** 77:3 117:21
187:24
**consulting** 197:22 198:9
**cont** 5:1 6:1 7:1
**contact** 95:15,18 101:19
116:2,5 117:11 121:16,18
160:17,25 164:7 178:14
**contacted** 189:7
**Contacts** 182:8
**containing** 239:6
**contains** 253:14
**content** 85:8,15,19 86:11,14
92:14
**continue** 12:2 220:2
**continued** 201:21 205:24
222:5
**continues** 91:24
**contract** 82:21 113:9 138:16
143:13,14 171:11 177:9,14
202:11
**contracts** 81:17 82:14,16,18
138:14
**contrary** 152:24
**control** 16:14,17 74:16,18
75:9 217:10
**controlled** 75:11,13 83:3,5
197:22
**controlling** 26:24 28:7,15
65:23 73:16,23,25 74:8,14
75:15
**conversations** 164:17 222:7
222:9,9
**cookie** 133:14
**cookied** 102:10
**Cooper** 60:11 61:2 163:20
193:5 213:4
**cooperate** 224:3 236:15
**cooperating** 66:20 119:6
186:2,14 220:2 233:19
236:25
**cooperation** 216:1 218:4
243:11
**cooperator** 220:4
**copied** 129:2 148:6 181:17
**copy** 52:2 126:24 130:13
156:16 179:17,18 211:11
211:16,22,22 212:10 213:2
213:3,4,5,12 214:19
227:24 253:4
**corporate** 37:14,24 83:23,25
**corporation** 17:10
**corporations** 153:4

**correct** 25:13,19 29:14
32:24 39:4 41:10,23 49:22
50:15 60:12,18 61:11,14
62:18 95:21 99:12 101:3
106:13 107:12 121:15
123:20 141:8 150:14,18
151:1,19 152:3 157:2
180:7,8,12,14,16 194:12
202:18 243:17 245:20
**correctly** 57:25 151:18
**corresponding** 182:15
**cost** 98:4 168:1 169:4
**costing** 96:20
**counsel** 8:19 76:24 120:24
141:4,5,6 163:9 185:10,14
185:16 195:11 253:19
**countries** 84:19
**County** 35:7,9 195:13 254:9
**couple** 22:6 185:25 198:16
219:3,3
**coupon** 110:5 113:21
**coupons** 112:18 113:17
**course** 20:15 144:24 168:1
168:24 169:3 171:21 172:1
**courses** 165:2 171:24
**court** 1:1 4:5 8:16 9:2,13
118:3,5,7 130:25 149:15
163:9 236:23,23,24 247:1
252:1
**courtesy** 95:24 96:5
**cover** 56:10,12 98:4,10
142:2,6
**covered** 100:4,6
**covers** 56:2
**CPA** 213:15
**crazy** 247:2
**created** 92:21 107:9
**credibility** 149:2
**credit** 105:24 221:21
**criminal** 11:4 74:20,22
231:11 234:17 235:20
247:18
**criminality** 227:6
**criminally** 75:8
**CRR** 1:24 254:8
**currencies** 105:16,17
108:18
**currency** 108:10
**current** 25:18
**currently** 13:22 23:19 26:24
27:3,4 28:4,6 212:19
**Custody** 32:6,13,14,15
**customer** 37:20 42:18 46:9
47:5 54:9 76:7 100:9,10
101:17 114:22 124:25

140:10,10 156:18,22
157:11,12 161:17,19,20
162:6 163:24
**customers** 19:17 37:19,21
37:24,24 41:16,22 42:1
45:9,16,20,21,24 46:4,17
47:9 52:16,22 53:5,25 54:4
57:2 70:19,19 74:11 75:17
75:21,21 76:1 84:7 96:19
96:23 99:18 101:11 112:20
117:25 122:12 129:1 130:8
137:15,20 140:8 147:4
161:23 162:2,20 165:2
171:8,15 182:11 218:10
**cut** 100:2 183:7 246:3,16
248:18,22
**cut-and-paste** 182:1
**cute** 109:18
**cutting** 14:10
**CyberTrader** 18:11,15 19:2

_____

**D**

**D** 8:1
**D-e-r-o-n-g** 175:7
**d/b/a** 1:8 252:8
**dad** 14:7,18
**daily** 77:25
**Dana** 185:9,20
**Danny** 227:9,25 228:12
229:2,5 230:6
**Darville** 61:10 63:24 210:8
213:2,10
**data** 31:4,7,8 42:7 212:3
**date** 8:11 58:11,14 95:12
103:25 107:11 128:19
147:24 169:1 173:8,10,17
173:21 174:19 175:16
191:25 244:24 253:12
**dated** 144:14 180:24 186:21
203:1
**dates** 133:15 143:1 176:8
**Davis** 211:20 212:7,8,10,15
212:19
**day** 2:5 14:9,18 17:3 18:11
30:9 31:2 41:11,12,15,16
41:19 56:25 88:4 91:22,23
91:25 92:11,22 93:6,9,12
93:14,15,22 94:3,10 97:17
101:25 102:2,9 113:17
135:16 136:16 145:21
150:13,17 153:6 156:2
165:2 199:16 201:7 239:24
245:20 246:18,21 247:5
254:3
**day-to-day** 82:22,24

**days** 80:1 92:3 103:13
105:18 133:14 253:12
**DayTrader** 17:7,9,10 21:22
**DayTradingRadio.com**
155:14
**deal** 18:22 71:24 113:4
145:18 157:20 164:8
169:15 170:14 171:7,13,14
198:14 200:8 247:24 249:3
**dealer** 194:19,22
**dealing** 242:17
**dealings** 114:2
**deals** 37:11 146:12
**Dear** 194:4
**debit** 105:24
**debriefing** 226:22,25
**December** 71:9 199:17
203:1,2 204:1 206:12
207:25 253:6 254:4
**decide** 143:5
**decided** 35:23 75:17,19,22
76:1 84:2 143:2,6,10
**decision** 64:9 65:12 77:15
77:17
**decision-making** 59:16
163:22
**declaration** 90:6,19 110:11
111:12,19,21 112:12
**decrease** 47:5
**dedicated** 133:16 134:14
**defendant** 5:8 191:19
**Defendants** 1:10 252:10
**defense** 215:12 239:1 241:4
241:15 242:4,5 243:3
**defenses** 214:4 215:10
**define** 74:16 182:13
**defined** 143:8
**definitely** 104:10 192:6
215:6 219:15 223:22,25
234:4
**definition** 37:25 41:13
243:24
**degree** 11:3,5,6 18:6 73:2
**Delaware** 32:19
**delineated** 150:20
**delivered** 253:2
**delivering** 14:13
**denied** 79:12 80:11 164:4
**Dennis** 85:13 102:24
**department** 76:9 79:5,6
154:15
**depends** 115:6
**depo** 165:22 246:19
**deponent** 253:9,10,16
**deposit** 94:10,12

deposition 1:14 2:2 8:4,9
55:3 123:12 144:13 154:12
250:16 251:19 252:15,25
253:2,11,17
depositions 145:1 212:22
depth 195:1,2
deputy 62:12
Derong 175:6,12,19
describe 136:3
description 4:11 5:2 6:2 7:2
155:13
designed 131:9 135:15
136:15
desired 142:17
desist 35:7,12
desk 144:18 145:6,8,11
166:17 238:4
desktop 18:17
details 198:18
deter 122:3
develop 137:2
developed 30:6 131:8
136:21
developer 31:19 34:8
developers 33:11,12
developing 34:4
Dia 26:18
dial-up 17:17
dialogue 140:11 144:5
dialoguing 191:17
Diego 22:12
difference 41:1 46:3 109:16
178:13 242:14
different 14:17 40:10 81:7
94:8 99:21 102:19 104:7
105:8,23 108:18 111:19
133:15 140:22 154:21
159:23 160:1,6,10,14
174:25 193:15 207:16
240:7
differently 104:9,11
difficult 83:14 126:3
diligence 49:9,11
direct 18:20 30:23 31:24
35:6 95:21 131:22,25
132:2 134:21 135:4,11,11
135:19,23 136:4,11,24
137:6,10 139:18 143:22
180:13
directed 75:7 178:11 239:22
direction 84:2
directly 14:25 20:9 26:25
55:13 137:19 151:17
160:12 161:5 163:3 180:1
director 59:15,22 62:12

71:10 72:10 74:1 77:10
directors 58:4,12,23 59:4,23
60:1 65:10 72:7 76:19
219:12
dirtbag 232:16
disagree 58:22
disappeared 34:6
disappears 34:8
disapprove 78:23
disbelieve 91:7
disciplined 13:16
disclaimer 100:24 152:1,3
152:18 153:5
disclaimers 158:5
disclose 145:23 218:5
disclosure 114:16
disclosures 158:12
discount 167:24 170:20
discounts 112:23
discourage 118:23
discovery 57:16 74:24
discuss 115:9,10 183:20
191:20 218:7 222:5
discussed 9:18 53:3 63:21
180:15 190:25 239:9
241:22 242:11
discussing 180:18 183:21
discussion 11:25 48:3
63:16 67:21 69:12 130:19
132:3
disliked 79:3
dismiss 177:15
dismissed 71:12 205:7
235:21
displays 15:12
distributed 196:9
distribution 23:20,22 196:4
196:15,17
distributions 196:1
DISTRICT 1:1,2 252:1,2
divorce 33:2,4,7 38:21
divorced 25:19
doctrine 215:13,24 241:5,12
243:4,25
doctrines 243:19
document 47:21 48:8,21,25
60:22 61:14 107:8 110:14
111:5,8 129:2,7,19 130:12
145:12 148:2,22 149:1
150:10 156:15 173:15
176:24 181:14 187:7 199:5
200:16 203:4,6,8 206:9,13
208:10,15 214:20 215:1,9
244:22
documents 73:18,21 74:2,6

75:3,4 76:10 111:9,16
163:9 174:1 208:23
doing 14:16 17:12,13 19:2
19:18 26:2,15 27:22 31:18
39:23 42:7,7 54:12 74:6
78:21 93:1 94:7 119:2,11
119:13,17,19,20,21,22
166:8 167:14 192:7 212:22
220:4,22 225:23 233:4
237:19 238:6 240:2,4,4
249:2
DOJ 65:22 68:4 70:10 71:1
73:11,21 75:12 119:21
141:16 186:2 216:1,7
217:13 218:21 219:3 223:7
224:1 226:13 227:2,11
228:18,21 234:16 235:7,8
235:10 236:22 238:8
239:19 240:20 243:9
DOJ's 224:10 237:18
dollar 97:22,23,23,24
108:11,25 109:14,14,20,22
109:23 188:12,12
dollar-per-trade 167:23
dollars 97:25 98:1 105:17
108:7,14,23 109:1,10,21
188:6,8,10,14,15 201:8
domain 40:13 121:6
domestic 37:3
door 56:22
Dorsett 4:21 5:4 26:17 61:3
61:4 74:5,19,25 75:12,18
76:2,5 77:13 78:3,14 87:10
102:25 154:4 163:19 181:2
181:7,10 182:2 187:22
double 15:19
doubt 181:9
download 18:16 126:17
147:9
downloadable 18:16
downloaded 190:1
downstairs 226:23 230:3
dozen 68:3 70:9
dozens 218:25 226:10
draft 92:14 103:4 108:19
221:23
drafted 92:17 102:12,14,22
140:19 143:9 153:24 154:1
167:10 187:21
drafting 239:6
Drameko 166:11,15,16,23
167:14 168:2,22
drive 15:21,24 135:13
213:21
driver 15:16,18 16:3

driver's 127:2,4
drivers 15:11
dropped 14:6 120:2 229:8
drops 221:15
drove 15:1 236:4
dry 20:16
due 49:8,11 79:11 241:17
duly 2:4 9:6 252:23
duress 243:19,25
duty 125:5

**E**

E 8:1,1 94:20
E*TRADE 18:13 107:24
earlier 108:9 115:11 126:11
128:8,25 129:23 130:2
167:7 190:12 200:20 222:6
early 20:4 29:23 100:22
103:17 142:24 185:8
217:19 219:1 234:11
237:19
earn 131:4 133:12
earnings 196:11
easier 203:20
easily 159:19,21 182:23
East 50:13
easy 133:18 134:15
EC-SCB-P-0009991 5:17
EC-SCB-P-0009994 5:18
educated 44:18,20
education 10:6 13:6
Edward 60:11 163:20 213:4
Edwin 3:24 8:14
effect 182:10 187:12 204:20
220:24
effects 194:19
either 28:24 46:14 64:10
88:8 101:19 125:19 183:1
197:18 208:18 227:4
233:23 244:3
elected 195:16
Electronic 54:16,17
electronically 42:4
eligible 122:8
elimination 40:13,16
Ely 25:4
email 4:20 5:3 77:20 78:19
101:20 116:3 135:25
144:20 146:17 147:24
155:16,19,24,25 164:18
165:23 166:2,4 167:9
169:19 180:24 181:5,10
183:6 186:20,21 189:9,10
189:11 191:21 210:23
emailed 189:12,14

Guy Gentile
11/29/2023

7

emailing 171:5
emails 77:20 155:23 170:10
170:11 172:22 210:17
emotional 233:7,10
employed 13:22 253:19
employee 65:16 66:1 253:22
employees 21:16 49:15,21
49:23 50:5,6 58:1 65:6
70:18 81:7 164:15 205:8
ended 21:12 22:1 34:10
128:7 146:6,8 170:15,22
176:9,10,12 206:11,24
229:14 231:7 246:25
ends 163:14
enforcement 11:1 12:15,24
enforcing 76:12,15
engage 41:16
engaged 151:17,18
enhanced 49:8,11
enrolled 11:2
ensnare 216:8
ensure 92:11 114:10 188:3
enter 101:16,20
entered 140:12 173:9 204:2
entire 133:24 141:17 153:15
218:13 219:19
entities 52:23 137:16,21
entities' 208:18
entitled 202:10 206:9
entity 34:16,16 159:1 198:8
208:25 246:1
entry 175:16
equal 167:25
equities 22:22 41:23 51:14
99:16
equity 22:21 91:21
equivalent 109:2,15,23,24
188:10 221:16 243:2
era 193:15
error 155:20
especially 240:21
essentially 16:21 159:24
established 199:18
estimated 105:18
et 4:21 133:9
Europe 32:19 107:22
evade 142:4
event 98:13 218:5
eventually 20:2 21:21 71:6
120:2 126:21 139:10
197:18 212:8 221:15
evidence 238:11
ex-wife 33:4,6 38:9
exact 33:16 140:7 192:5
201:25 225:9

exactly 15:25 27:19 30:2
39:18 44:25 45:3 46:20
50:5 55:25 62:6 100:19
103:15,25 104:6 119:16
122:24 129:12 138:23
139:1,6 140:3 142:13,25
153:18 160:23 169:24
171:4 176:9 188:13 199:12
217:20 234:3 237:4
Examination 4:4 9:8
examined 9:7
example 42:16 84:19 101:12
178:5,7 210:23
exams 12:13
exception 182:21 185:20
239:24
exchange 1:4 2:12 3:4 8:6
8:22,24 29:20 78:20
177:18 187:5 252:4 253:3
excited 234:19
excuse 123:12 230:1
execution 35:24 48:18 49:2
201:9,11
executive 59:8,9 64:11,11
82:4
executives 63:9 65:11 77:11
83:2,5
exemption 121:21 177:21
182:17 187:6 194:18
exemptions 187:10
exhibit 4:12,15,20 5:3,7,8,10
5:15,19,23 6:3,5,10,15,20
7:3 47:16,18 55:2 57:12
89:7 95:1,5 96:24 97:1
98:19 105:1,5 106:20
111:24 123:12,13 128:14
144:11,12 150:7,20 154:7
156:13 165:22 172:7
179:11,17 180:16,21
186:17 193:18 199:1
202:21 206:6 214:12,18
244:9
exhibits 4:9,10 5:1 6:1 7:1
150:24
exist 149:11 226:7
existed 29:11 33:15 36:8
101:6 108:4 113:14 146:5
149:9 171:14
existing 95:25 96:23 101:17
157:10 199:20
exists 113:9
exiting 239:8
expect 48:10
expense 207:22
Expenses 209:8

expensive 96:19,22
experience 19:19 20:8
expertise 82:10
Expires 254:11
explain 70:14
explained 87:19 96:18 188:9
219:20 223:3
explaining 141:17
explanation 57:2
explicitly 161:14
express 239:18,21
extend 233:13
extent 194:19
extra 118:18
eyes 152:8 215:21

F

F 151:4,10,11,12 152:4,7
f/k/a 1:8 252:8
face 119:24
Facebook 84:12
fact 93:1 106:18 160:15
168:11 172:20 183:2
221:13,14 227:8 233:18
facts 10:2
failed 19:6
fake 113:17,25 149:1 232:19
232:20
false 239:7
familiarity 177:19
far 13:6 24:8 44:12 106:4
114:3 121:21 143:17 149:7
208:16 210:8 212:7
faster 18:17,18
fastest 131:5
favor 80:4
fax 17:19
FBI 56:1,8 65:22 66:21 68:4
70:10,13,23 71:2 75:12
119:21 141:16 142:7,10,18
178:5,11 192:12 216:1,2,7
216:15 217:5,7,12 218:5
218:21 219:3 226:13,22
227:2,10,19 228:21 229:6
231:15 234:7 235:8,10,18
236:21 237:12 238:7
239:19,23 243:9
FBI's 217:21 230:2 243:17
features 31:20
February 71:13 72:5 155:5
170:2 249:1
federal 2:14 196:17
fee 42:17,18,19,22,24 97:16
97:19,20 98:3,10,10,12
138:17 188:16 197:2 198:9

198:10 203:23 204:6,19
209:17
feed 5:7
feel 192:21
fees 42:14,14,15 97:13 99:9
99:14 188:6,7,9 197:22
201:1,6 204:9 207:9,15
208:8,13 209:9,15
fell 18:22 198:15
felony 162:18
Fewer 52:25
Fidelity 107:25 108:1 109:6
field 92:10
fifth 93:15
figure 96:22 200:16 227:20
figures 197:3,3
file 26:6 90:23 164:2
filed 20:10 21:2 79:4 214:21
215:2,4,6,7
filings 118:3,5,7 247:1
filled 162:8 177:4 197:11
filter 116:22
financial 5:12,15 37:14
59:11 91:18 203:1 206:10
financially 253:23
financials 54:2
find 18:2 125:5,12,16 142:12
182:6 190:19 232:12 250:9
fine 40:20 178:20 246:5
finish 10:8 11:8 12:5 23:2
67:23 134:4 162:1 181:12
finished 11:3 134:1
FINRA 12:11 13:10 20:9,11
20:11 22:18 91:18 93:4
94:9 119:14 120:2 185:1
216:14,16 218:2,8 220:9
221:15 223:6 224:4,24
225:22 240:21 241:18
242:7,18 243:5
FINRA's 223:15
fire 12:22 13:1 63:8,17,24
64:6,20,22,25 65:6,16
77:13
firearms 235:22,23
fired 59:17,18 62:22 63:11
66:1 76:2 77:14 78:21 79:1
80:21
firefighter 12:18,21
firing 64:12 78:17,22,25
firm 18:8,10 19:1,24 20:5,8
20:20 21:5,10,16,23 22:9
22:19,19 26:6 37:16,16
45:22 54:12 61:6 65:22,25
66:7,9,16 68:24 69:1 70:1
70:4,17,18,24 71:5,10,11

71:15 72:12 73:16,23,25
74:2,4,6,9,14,18 75:2,6,7
76:1,25 80:17 82:15,23
83:14 84:10 85:11 86:7
92:24 93:22 94:1,4 96:7
98:5 101:19 103:11 107:10
107:13 109:12 116:2,6,10
117:23 118:2 119:15,17,25
120:12,12,19 121:16
126:20 127:4 131:7 137:2
137:12 140:11 141:6,17
143:24 144:1,25 154:14
160:17 161:14 164:9,20
165:14,18 167:9,11 168:21
170:2,20,23 171:9 172:5
176:1 178:11,16,20,22
185:2,2,12,18 186:8
193:11 194:15 198:11
201:23 203:9,11,14,15
205:15,15 211:6,10,17
212:6,18 217:2 218:13
219:24 220:3,6,19 223:1
223:11 225:20 234:5
240:13,14 243:1
**firm's** 103:19 140:20 143:9
143:10 154:1 163:8 211:17
218:9 225:8
**firms** 18:12,13 54:13 94:18
109:20 131:5 182:17,22,22
210:24 213:16
**first** 9:6 13:12 17:5,5 18:11
18:15 19:4 20:1 35:2 47:16
62:23 64:9 91:14 99:23
100:18,21 101:22 102:22
102:23 103:7,9 126:20
140:10,11 165:5 175:8
180:5 184:23 187:1,15,16
189:7 199:5 200:7,13
202:24 215:7,12 220:8,13
222:19,23,24 224:12,18
226:5 232:15 237:12 239:1
239:13,14 245:19
**first-of-its-time** 234:17
**fit** 39:22,23
**five** 10:17 12:10 92:2 105:18
131:8,18 149:23 214:1,7
219:11
**five-day** 93:10
**five-minute** 104:15
**fixer** 79:14
**flag** 52:4
**flesh** 198:19
**flew** 234:7 237:7,15
**flip** 50:12 95:24 126:23
**Florida** 1:2,15 2:10,13 3:7

8:11 30:3 35:9 55:25 56:11
236:6 252:2,21
**flow** 58:20
**flowchart** 57:20
**flowers** 14:10
**fly** 178:7,10 182:23
**focused** 37:16,18
**follow** 178:22
**followed** 178:21
**following** 118:12 120:21
151:25 152:17 163:8 168:4
178:17 201:7 252:22
**follows** 9:7
**font** 4:16 152:1,18
**forced** 14:7
**Ford** 3:15,20 8:25,25 12:1
43:13,20,25 44:14,20 45:5
45:13 46:1 47:13,23 50:4
51:3,20 52:4,9 53:9,18
58:5,10 64:7,16,23 65:8
66:3 67:6,10,13,17,22 68:7
68:10,15,20,23 69:5,9 70:2
70:11 73:6 74:12 76:25
84:8 85:23 86:4 87:5 89:22
90:4,12,15,18 91:1 94:2
99:19 102:17 103:19 108:8
108:16,24 109:11 110:7,18
111:3,12 112:1,5,9,14,25
114:13 115:9,14,18 117:3
118:5 120:7,14 121:5
122:13,20 124:14,18
125:24 126:2 127:18 128:2
128:21 129:18,22 130:1,5
130:8,11,20 131:18,23
132:12,21,24 133:21,23
134:4,8,11,22 135:5,8
140:20 143:12 146:2 147:5
147:20 148:1,5,9,15,20
149:21 152:10 154:2 155:9
156:7 157:3,24 158:6,14
160:8 161:25 162:14 163:1
164:12 167:1 170:6 173:13
173:20,25 174:3,6,9,13
176:16 177:7,11 181:15,21
181:24 183:25 184:8,11
185:4 188:23 189:2 192:17
192:18 200:3,6,12,22
202:19 208:2 209:2,19
210:20 213:23,25 214:6
218:6 219:17 224:7 231:20
238:20,20 241:7 242:17
243:22 244:16 245:2,7,17
246:23 248:4,7 249:10
250:17 251:3,6,13
**foreign** 49:7,9 121:20

182:22 189:18 194:6,19,21
232:12
**foreign-earned** 196:6
**forever** 233:4
**forgot** 29:17
**form** 70:24 75:9 89:11 127:8
197:11 206:11
**formal** 194:5,9
**formally** 27:6 28:14 221:11
**formed** 25:12,20 32:7,8
33:17,24
**forms** 19:15 89:9 127:7
196:2
**formula** 196:13
**forth** 171:6 172:22
**forum** 159:15
**forward** 14:1 96:1 145:13
146:22
**forwarded** 183:8
**forwarding** 73:20 77:19
182:2
**found** 74:24 77:19 78:5
113:15 125:12,13 157:15
164:19 183:17
**Foundation** 70:3 74:13
**founded** 245:24
**four** 80:1 93:10 152:2 158:2
195:17 247:11
**fourth** 49:13 91:17 93:15
105:12 241:3 248:19,20
**frame** 214:15 240:16
**Frank** 151:12
**Franklin** 103:2 184:25
**Frantz** 62:2 78:24 79:1
144:21
**fraud** 162:17 216:4 241:5,6
241:12
**FRCP** 253:8
**free** 112:19,20
**freedom** 250:11
**frequently** 189:17
**friend** 24:16,19 125:15
222:13 229:11
**front** 54:2 70:23 93:7 100:7
173:15 177:14 223:13
**fruition** 205:6,14
**fugitive** 80:3
**fully** 72:14
**fun** 237:13
**fund** 35:5,13 105:9
**funded** 46:15,25 52:19,24
52:25 133:13 175:9
**funding** 38:7 105:7,19,23
106:13 145:16 175:20
**funds** 92:13 97:15 196:23

**further** 162:11,24 176:14
183:20,21 251:13 253:8,18
253:21

---
**G**

**G** 8:1
**Gadar** 228:15 229:4 231:6
237:9
**garbage** 146:18
**Garrett** 145:19
**Gas** 33:5
**Gbox** 30:1,13 31:24
**GED** 10:14,18 11:14
**general** 47:4 81:11 104:1
177:22
**generally** 82:3 123:15
240:20
**generate** 50:24 135:20
**generated** 116:19
**generating** 135:16
**Gentile** 1:9,9,14 2:2 3:14 4:3
4:20 5:3,7,24 8:5 9:1,4,10
25:24 36:13,14 128:24
180:24 186:21 194:4
214:17,19,22 216:2,6,16
239:6,7 241:5 243:10
246:5 247:24 249:20 250:1
251:16 252:9,9,15,23
**Gentile's** 5:8 216:1
**GENTILE0004614** 5:24
**GENTILE0005082** 6:4
**Gerber** 225:1,2
**Germany** 50:12
**getting** 15:17 17:21 18:22
20:14 21:9,10,12 34:10
42:7 69:17,17 79:19 126:1
133:22 167:10 169:9
215:21 232:18
**Gibraltar** 117:24 118:8
119:4 163:5 190:11 191:3
**Gibralter's** 191:8
**give** 11:9 44:23 66:10 67:4
69:15 89:17 94:18 95:8,9
116:12,23 117:2,6,7,7
125:2 132:19 188:17
212:17 220:23,25 227:24
233:5,16 242:15
**given** 21:6 116:17 167:23
211:16,18,19 212:7 233:15
253:1
**giving** 132:21 221:25 222:3
238:6
**glass** 245:4
**Glendale** 8:18
**Global** 24:2,4,22 34:11,13

34:14,17,22,24 36:1
**go** 9:10 10:21 11:1 12:1,19
    13:24,24,25 14:7 15:10
    26:22 32:1 39:8 47:3,16,23
    49:14 55:2 67:4 69:3,14,14
    70:6 75:2 78:7,8,10 84:20
    91:16 95:4 96:24 101:13
    103:14 110:20,23 113:5
    114:16 115:24 116:25
    123:8 141:21 142:7 144:11
    147:1 148:8 160:16 164:2
    165:14 168:12 172:24
    174:3 178:7 179:2,4 183:2
    215:22 230:4 244:7 250:3
**goal** 197:17
**goes** 87:14 111:22 112:13
    115:1 153:1 182:20 244:17
**going** 9:10,11 13:24 18:19
    21:1,7 35:14,15 43:6 46:22
    47:16 48:1 60:14 74:21
    78:10 79:14,23 80:25 89:6
    89:8 102:3,5 104:16
    110:19,21 125:13 140:4
    149:3,6,25 156:13 158:4
    158:11 173:23 174:15
    179:6,15 181:15 186:15
    187:2 200:2 214:3,9
    222:21 224:24 227:3
    229:19 233:22 236:13
    242:23 251:8,19
**good** 13:9 251:2
**Google** 84:12,18 188:11
**Googled** 113:16 124:21
**Gore** 185:9
**Gottbetter** 178:8 228:14
    229:16 230:17
**gotten** 18:21 20:2 133:3
    162:7
**government** 56:5 66:25
    73:19 76:10 141:24 220:25
    221:13 224:23,24 226:1,18
    228:25 232:10,14,22 236:8
    236:17 240:10
**gown** 168:12
**Gradillas** 8:16
**graduation** 10:16
**Granted** 18:8
**graphics** 14:21
**grass** 14:10
**great** 21:6 79:24
**Greg** 231:16 237:8
**Grewal** 216:16 217:24
    223:18 225:3,4 232:2,3
    235:3
**Grippo** 230:21

**ground** 9:11 82:25 149:10
**group** 36:11 199:19 201:16
    201:16,17 202:8,9,13
    204:3,4,8 207:19,24
    208:16 209:1
**Groupon** 110:4 112:23
    113:4,5,8,10,21 114:3
**groups** 133:10
**growing** 131:5
**guess** 11:19 21:15 24:18
    28:19,20 38:24 39:16
    44:19,21 45:25 46:2,15
    138:24 140:4 151:21
    168:13 189:21 201:14
    205:23
**guessing** 53:19
**guidance** 87:20,21 120:23
    121:17
**guide** 103:21
**guidelines** 76:6 178:17
**Gurbir** 216:16 217:24 218:7
    219:6,8 223:18 225:3,21
    232:24 233:11 234:20
    237:8 240:18,19
**guy** 1:9,9,14 2:2 3:14 4:3 5:7
    5:8 8:5 9:1,4 137:17 166:7
    180:24 186:21 214:19,22
    227:9 228:15 231:9 232:8
    232:11,19,23 234:5 238:6
    245:13 246:5 247:24
    249:20 250:1 252:9,9,15
    252:23
**guy's** 75:5 234:15
**guy@suretrade.com** 166:1
**guy@suretrader.com**
    165:25
**GuyGentile** 244:20
**guys** 78:15 119:6,16 124:20
    212:22 223:9 229:23 230:5
    230:6 233:16 248:15

_____

**H**

**half** 233:2,16
**hallway** 231:9
**hand** 15:6 112:13,13 254:2
**handed** 15:1,4 214:17
**handle** 167:10 244:20
**handling** 143:19,19,20
**hands** 215:14,25
**Hang** 97:14
**happen** 183:2 218:23
    229:20
**happened** 15:3 39:19 42:6
    56:21 72:19 79:2,7,13
    80:15 104:4 169:25 193:12

205:18 217:23 228:10
    231:3,16,18 234:11 236:10
    246:21
**happening** 146:14 191:24
**happens** 115:5 117:13
**happy** 9:19 14:6 222:15
**harassment** 248:7 249:5
**hard** 15:15 16:11,13 152:8
    213:21
**harder** 19:11
**hashtag** 248:7 249:5,10
**head** 9:14 13:6 24:24 34:8
    54:21 88:6 118:15 164:17
    170:3 219:15 225:7 242:25
**hear** 124:1,4 157:1 160:5
    162:9 172:14
**heard** 121:1,2,6 165:8,9
    176:15 232:22
**hearing** 155:25 191:16
**heart** 229:7
**heavily** 182:18
**heavy** 17:1
**held** 11:16 13:13
**help** 19:23 21:6 33:25 50:16
    76:23 77:4 100:10 142:3,4
**helped** 143:13
**helpful** 230:10
**hey** 9:18 21:5 31:22 72:19
    75:3 79:22 146:9 166:7
    223:8 228:1 229:4
**HH** 254:10
**Hi** 9:10
**hide** 142:5 247:2,9
**high** 10:7,8,9,11
**high-frequency** 30:5,7
**high-up** 219:13
**high-ups** 219:12
**highest-paying** 16:15
**hire** 33:10 62:23 203:8
**hired** 15:8 16:5 19:23 26:5
    26:17 62:22,24 63:2 92:18
    203:9
**hiring** 63:3,6 64:12
**history** 14:3 175:4
**hold** 11:16 13:10 24:25,25
    32:22 215:15,15
**holder** 24:23
**holders** 105:20,22
**holding** 23:14,24,25 24:2
    25:6 27:1 28:21 29:4,7
    205:23 246:1
**Holdings** 24:3,5,22 34:17
**holidays** 239:25
**home** 192:25 237:16
**honeypot** 226:13

**honored** 168:3
**hope** 166:7
**hopefully** 89:11
**hour** 15:18
**hours** 195:4,5,5 218:12
    236:5
**house** 76:24
**HTML** 31:13
**huge** 238:5
**human** 62:14 63:1 64:3
**hundred** 226:19
**hundreds** 159:16 168:15,20
    195:5 222:9 226:17,18,19
**hunt** 249:11,13

_____

**I**

**IBC** 37:1
**iBOS** 210:1
**iBOSS** 127:12
**ID** 127:7,8
**idea** 17:23 19:1 32:5 137:25
    210:16
**ideas** 17:22 157:8
**identification** 47:19 95:2
    97:2 98:20 105:2 106:21
    128:15 179:12 180:22
    186:18 193:19 199:2
    202:22 206:7 214:13
    244:10
**identified** 160:20
**identify** 8:19
**IDs** 127:10
**illegality** 243:5
**illegally** 77:23 247:17
**imagine** 214:4
**immediately** 201:9 231:7
**immigration** 80:13
**implemented** 87:25 96:6,8
**in-house** 187:25
**inactivity** 42:23 97:16 98:3
**incentivizes** 169:2
**inception** 84:9
**include** 207:18 208:9,13
    235:8
**included** 216:11
**includes** 155:5 201:4
**including** 241:17 247:15
**income** 23:17 206:18,21
**incorporated** 17:8 22:16,16
    22:17 25:15 30:2 36:10,25
**incorporation** 26:3
**increase** 47:5
**increased** 47:6
**incriminate** 227:4
**indefinitely** 34:10

**independent** 49:4 197:25
**INDEX** 4:1
**indicate** 175:19
**indicated** 162:12
**indicates** 183:1
**indictment** 71:12 72:24
217:10
**indirect** 28:20
**indirectly** 151:17 160:13
161:5 163:3 180:2
**individual** 126:5 131:7
232:7,7 243:8
**individuals** 52:22 178:8
216:3,7
**industry** 91:18 131:5
**influence** 9:25
**info@suretrader.com** 136:1
**inform** 117:18
**informant** 229:6,19,24,25
**information** 51:23 54:7
61:11,19 72:19 157:7
172:23,25 182:6 192:1
220:15 239:7
**informed** 168:2
**initial** 139:15 178:14
**initially** 22:10 86:16 137:11
139:13,25 232:10,14
**initiate** 116:5 121:18 160:24
**initiated** 121:16
**initiating** 117:11 160:16
**injury** 16:24
**inside** 33:23 122:25 173:5
**insider** 116:22
**instance** 2:3 227:8
**institutional** 37:24 38:1
131:6
**instructed** 178:6 199:22
216:2 240:10 243:10
**instructing** 69:10 216:6
**instruction** 239:18,21
**instructions** 239:5
**intended** 87:18 100:24
117:19 118:17 122:5 129:1
141:2 159:5,14 165:11
**intending** 239:7
**intent** 227:6
**interact** 133:9
**Interactive** 54:18
**interacts** 131:7
**interchange** 40:18
**interest** 26:24 28:15 29:6
42:12 143:1
**interested** 197:20 222:15
232:15 253:23
**interesting** 229:13

**international** 1:7 8:7 36:7
37:2 39:11 77:8 100:1,4
107:20 108:17 252:7
**internationally** 108:2
**internet** 17:17 182:6
**interpret** 183:19
**interpretation** 182:16
194:24
**interprets** 182:14
**interrupt** 134:7,10 208:11
**interrupted** 69:13 225:17
**Interruption** 11:24
**interview** 15:8,8
**interviewed** 16:5 79:8,10,10
**interviews** 63:4
**intraday** 94:17
**introducing** 54:15
**investigated** 119:15
**investigating** 228:2
**investigation** 79:6 216:14
218:2,8 223:6 231:11
**investigations** 216:3
**investigative** 113:8
**investing** 35:21 127:24
133:9
**investment** 35:22 51:10,14
152:20,23
**Investments** 35:3,18
**investor** 159:25 160:4
**investors** 22:20 137:13
139:23,25 145:17 151:5,15
151:19 152:15 188:18
189:6,9,10,11
**InvestorsHub** 157:1,4,5,18
158:22 159:12,18
**invoice** 155:4
**involved** 31:10 64:4,5,12
66:2 71:15 72:15 73:3
78:17 79:19 103:20 143:24
144:5 149:13 193:9 211:17
228:3 239:5
**IP** 101:7 104:1 116:1 160:20
**IP-specific** 115:25
**ironically** 182:20
**issue** 92:24 166:9 223:15,24
224:1
**issues** 178:21 186:8 225:8
225:10

**J**

**J** 2:7 252:18 254:8
**jam** 110:24
**Janay** 62:16,22,23 75:24
81:8 83:8,20 85:10 92:17
101:10 102:15 157:19

158:23 159:9
**Janiv** 144:21
**January** 33:24 71:13 72:4,4
144:1 180:25 181:10
**Jasmine** 64:21
**Jeff** 235:18
**Jersey** 224:9
**job** 1:25 14:3 15:10 16:6,7
16:15 183:19
**jobs** 14:16
**Joe** 25:4
**jogging** 32:3
**John** 154:11
**Johnson** 3:9 4:4 8:21,21 9:9
12:3 43:15,22 44:3,17,22
45:8,15 46:7 47:15,20,25
48:6 50:8 51:6 52:6,12
53:11,21 58:8,13 64:14,18
64:19,24 65:14 66:5 67:8
67:11,15,19 68:1,8,13,18
68:22,25 69:2,5,7,10,19
70:5 73:7 74:15 80:22 81:5
84:15 86:1,5 87:8 89:14,16
89:24 90:10,13,16,25 91:2
94:6 95:3 97:3 98:21 99:22
102:21 104:14,21 105:3
106:16,22 108:12,20 109:3
109:17,25 110:3,16,25
111:10,21 112:15,16 113:1
114:19 115:12,16,21,23
116:8 117:4 120:5,17
121:8 122:16 123:2 124:15
124:23 126:9 127:20 128:9
128:16 129:8,10,13,15,20
129:24 130:4,7,9,17,23
131:1 132:1,4,16,23 133:2
133:4,22 134:1,6,9,12
135:1,3,7,9,10 143:15
144:10 146:21 147:18,22
148:3,7,10,13,17,23,24
149:15,23 150:5 152:13
155:12 156:11 157:16
158:3,10,18 162:4,22
163:12 164:22 167:5
170:16 173:13,17,22 174:2
174:5,8,12,15,17 176:18
177:12 178:25 179:4,13
180:23 181:19,23 182:7
184:3,9,17 186:19 188:24
189:5 192:20,24 193:20
198:21 199:3 200:5,10,17
200:18,24 202:20,23 206:4
206:8 208:3 209:5,21
211:1 213:24 214:2,8,16
233:8 241:9 244:2,11,18

245:5,15,18 246:24 248:6
248:10 249:14 250:21,24
251:5,15 253:3
**johnsonali@sec.gov** 3:10
**join** 166:12,20,24 169:1,2
**joined** 167:22
**July** 237:2,2,20 242:13
243:13
**Jun** 30:25
**Junction** 133:7,19 138:1,2,9
180:6
**June** 90:1,17 91:4 186:21
237:1
**jurisdiction** 152:22,25
**justice** 11:4
**Justin** 62:11 63:1,7 136:20
139:11 143:4,19 144:6
164:8,13 165:7,10 167:7
167:18 168:8 186:22

**K**

**K** 3:11 87:3
**K-i-c-k** 27:10
**Karen** 25:24 36:13,14
**keep** 114:22 115:8 120:9
123:13 144:13 213:3,4
218:18 233:4,19,22
**kept** 213:2
**Kevin** 235:17
**key** 130:16
**keypunching** 217:8
**Kick** 27:8,10
**kids** 34:18
**killjoy** 91:18
**kind** 18:19,19 32:14 36:17
36:22 55:15 88:24 146:17
157:5,8 172:21 201:19
228:10 229:21
**kinds** 207:16
**knew** 31:17 77:11 78:19
140:1 144:2 149:7 218:17
218:17 222:14 239:25
**know** 11:9 12:12 14:5,11
15:5,7,11 16:7 17:3,20,22
18:6,18 19:18 20:5,13 21:4
22:21 24:9,24 25:5 31:21
34:3 37:25 38:16 40:9,11
40:25 43:5,9 46:23 47:11
47:14 48:15,20,24 49:3,6
49:25 50:5 51:24 53:7,10
53:14,16 54:11 55:8 57:16
57:25 60:21 61:12 69:6,9
70:14,17,18 71:8,21,21
73:13 75:4 76:21,25 77:22
77:24 78:7,13 79:16,18

80:20 82:3 89:22 92:16,17
92:18 100:14 101:5 102:12
103:21 104:2,4 106:4
109:7 110:9 113:13,14
114:3 116:13,13,15,23
117:16,19 118:1,14,14
120:3 121:22 122:6 124:7
124:9,11,19 125:9 128:7
135:1 142:4,13 143:25
144:4,23 146:7 153:10
158:24 159:19 164:1,3,13
164:25 166:15,18 167:14
168:10 170:9,22 171:5,10
171:12,13,14 174:21 175:1
175:10 176:8 177:23
183:11 185:13 187:16
190:2 191:24 193:2 195:15
196:7,24 200:8,12 201:21
204:24 206:15 207:12,17
208:5,7,14,17 209:20
210:9,11 211:11,14 212:7
212:12,24 213:1,6 219:21
223:6 227:4,24 229:4,8,9
229:20 231:19 233:13
234:2 236:8,16 238:12,21
240:12,16 241:11 242:13
242:24 243:24,25 244:3,19
245:9,12 247:13 249:2
**knowledge** 239:19
**known** 24:14 76:22 77:2
244:12
**Kramer** 231:25

---

**L**

**lab** 16:20
**label** 16:8
**labels** 14:23 16:8
**labor** 79:5,7,21
**laid** 76:6
**landscaping** 14:8
**Landy** 3:15
**language** 104:8,13
**laptop** 213:7 217:7
**large** 131:6 135:12
**larger** 4:16
**Las** 141:22
**last-minute** 209:13
**lasted** 10:16 19:24 22:5
**late** 26:13 29:23 66:21 71:12
72:4,4 100:22 104:3
142:24 176:10 217:19
232:5 234:12 236:4 251:7
**launched** 86:16 89:1
**law** 11:1 12:23 26:5 185:16
196:5,5 211:17 218:1

221:18 247:18
**lawful** 241:19 242:9 243:7
**laws** 152:25 216:20 220:1
**lawsuits** 235:13
**lawyer** 49:3 88:13 141:16
218:6,15 230:24
**lawyers** 103:19
**layering** 232:13 238:1,7
**layout** 98:25
**lead** 34:5
**leaker** 230:12 231:10
**learn** 10:20 15:20 31:14
165:5
**leave** 80:11,23 149:18
250:22
**leaving** 193:10
**left** 60:14 76:3 113:18
131:12,14 132:14 211:6,10
230:1
**legal** 8:15 76:23,23,24 177:8
184:4,19 190:10 194:1
221:22,23,25 224:2 241:8
242:2 243:23,23
**legibility** 179:20
**legible** 131:23 179:18
**legitimate** 92:4
**let's** 9:19 10:4 13:24 23:2
32:6 36:11 38:10 46:8 55:2
65:17,21 67:4,22,23 68:5
81:20 95:4 96:24 104:21
115:7,8 120:9 123:11
127:21 139:23 144:11
148:8 149:21 164:5 174:3
174:5 175:3,4 177:13,17
179:4 186:15 198:19,21
199:15 241:14
**letter** 5:23 35:8,12 74:20
120:4 152:4 193:22 194:11
221:2,4,10,12,16 227:23
228:1,1,7 239:10
**letters** 239:6
**level** 31:11 92:9
**leverage** 94:22,24,25 98:15
**Levin** 231:25
**liaising** 242:20
**liar** 247:14
**license** 11:19,20,20,21,21
12:15 13:13 15:22,23,24
16:3 19:4,6,6,7 21:12,13
26:8 31:5 33:6 37:11,13,15
37:15 127:2
**licensed** 13:17,17,20,21
18:3 37:4,4,6 198:6
**licenses** 11:17 12:9,11,12
13:6,11 20:18 37:10 127:5

**lie** 78:14 177:2,6 234:25
**lied** 162:16,18,21
**life** 229:21 233:10 239:25
**lifting** 17:1
**liked** 80:17 228:16
**Lime** 27:15
**Limited** 32:7,13,14,15
199:19 204:3
**limits** 93:8
**line** 59:8 60:14 96:1 147:17
151:21
**lines** 128:13 152:2 160:21
161:8 198:12 209:8
**link** 28:25 29:2,6 181:20,21
181:22 182:1 190:16,17
**liquidated** 202:8 206:2
**liquidation** 204:25 205:1
**liquidators** 211:2 212:9
**list** 63:9 146:4 188:4 212:5
247:21
**listed** 99:14 109:9 118:2,8
123:19 136:12
**listen** 233:3,15
**listing** 99:10
**lists** 97:15 105:8 200:1
**literally** 17:19 19:25
**litigation** 35:15 73:20,22
75:1
**little** 21:9 31:14,23,23 100:8
172:21 198:20 199:4
206:22 207:10 209:9
216:22 235:23 240:7
248:15
**Liu** 30:25
**live** 121:11
**LLC** 27:10,22 29:12,22 30:1
30:13,24
**LLCs/corporate** 52:23
**LLP** 3:15
**local** 152:25
**locate** 112:7
**located** 8:16 50:17 53:13
88:18 107:2 164:23,25
**location** 50:10 111:6,14
**Locations** 49:15
**locked** 57:1
**logo** 247:23
**long** 55:16 92:12 93:17
112:22 121:23 139:2 146:5
170:23 178:2 195:16
204:19
**longer** 13:14 80:16 142:11
142:21 168:3 212:17
**look** 49:12,15 50:1,9 51:7,10
57:24 75:3 88:23,25 89:17

89:25 91:11 95:20 105:10
123:11,22 125:20 126:4
127:11 147:2 151:3 157:23
158:6 172:13 174:5,18
175:3,4 187:1 190:7
203:20 206:18 208:15
228:1 230:13 241:14 246:2
249:18
**looked** 113:15 173:1 215:18
**looking** 127:15 173:10
174:10 232:12 244:22
**looks** 57:20 97:11 99:1
110:10 248:18
**loss** 127:13,17 175:5
**lost** 127:17 247:11
**lot** 15:15 16:25 18:5 57:1
79:8 118:18 147:7 192:22
193:5,11 205:3 214:4
**lots** 16:11
**loud** 152:14 225:9
**love** 246:20
**lower** 19:7
**luckily** 15:3 92:8 229:20
**lumped** 207:16
**lying** 74:5,25 78:13 162:24
177:1

---

**M**

**M-i-n-T-r-a-d-e** 32:25
**machine** 2:11 16:8 103:15
147:2
**magnifying** 245:4
**mail** 183:12,15
**Mailing** 123:22
**main** 16:7 42:13,13 43:1,1
71:4,16 82:8 84:14
**maintain** 42:21,22 141:18
**major** 182:17
**making** 101:11 118:24
132:17 169:16 227:5
**man** 249:24
**management** 44:9,12 45:2
85:15
**manager** 15:3 62:14 133:17
134:14 145:7,8,11
**managing** 139:11
**Manipulating** 73:24
**manipulation** 216:5
**Mann** 18:23 21:4 22:12
**manner** 223:2
**manual** 122:22,25 123:1
**manuals** 193:7
**March** 149:4 155:2,4 158:8
173:21 174:10 176:11
244:25 245:23

**margin** 42:12 92:1 94:15,17
  94:17,19 97:17 98:12
**Maria** 20:21
**Marin** 5:23 77:1 103:19
  193:23 194:10 195:10
  221:18
**marital** 38:18
**mark** 96:25 104:21 106:16
  128:23 179:16 180:20
  186:16 198:21 206:4 244:8
**marked** 47:17,19 55:4 57:12
  89:7 95:2,9 97:2 98:20
  105:2,5,10 106:21 128:15
  130:9 150:7 156:14 165:21
  172:6 179:12 180:22
  186:18 193:19,21 199:2
  202:22 206:7 214:13,18
  244:10
**market** 31:4,7
**market-makers** 18:19
**marketing** 62:17 75:22 81:9
  81:11,13,14 128:12 139:5
  140:13,19,21 150:12,17
  151:16,24 152:16 153:7,24
  204:5 205:16
**markets** 34:11,13,14,22,24
  36:1 41:25 42:3
**Marlin** 185:6
**Massachusetts** 164:24
**massive** 157:6
**master** 131:10 155:7
**materials** 151:25 152:17
  153:7 191:20
**Matin** 74:10 110:13 111:7,15
**Matt** 132:16 134:7 135:2
  148:3 219:7 230:16 231:7
**matter** 8:5 101:2,4 106:10
**Matthew** 3:20 8:25
**maximum** 105:19
**mean** 23:18,21 28:8,16 32:2
  40:20 41:4 43:1 44:1 46:25
  49:1 57:14 62:13 63:15
  65:20 72:17 76:4 83:25
  84:1,17 89:20 98:24
  116:16 121:6 138:24 141:7
  144:2 146:13 147:21
  150:22 159:12 161:12
  162:15 169:11 175:22
  177:20 181:6 187:8,13
  190:15 191:22 199:12
  205:1 208:11 213:1 216:25
  217:1 235:16 242:2 243:21
  243:23,25 245:3,24 247:6
**means** 25:11 57:17 92:8
  121:15 125:15 183:19

**margin** 217:3,5 241:11 244:3
**meant** 95:8 125:6 167:4
  207:12 249:16
**mechanic** 10:20 11:8
**medications** 10:1
**meet** 15:11 178:7 230:4
  236:3,21
**meeting** 66:11 67:1 79:21
  79:23 94:23 218:7,15,22
  218:23 219:6,7,9,14
  222:19,20 223:7,17,18,19
  224:4,6,7,12,14 225:1,5,15
  225:25 226:5 227:19,25
  228:14,23 229:3,14 230:15
  230:17,20 231:1,7 232:2
  232:15,24 234:10,20,23
  236:3 237:7,15,21 238:10
  238:24
**meetings** 68:3 70:9 92:20
  142:8 178:19 218:25
  222:22 224:25 226:9,10,12
  226:18,20,20,21 227:13
  231:21 232:3 237:24
  238:25 240:18
**member** 20:9 22:18 29:16
  94:9
**members** 29:22 135:14
  161:9 170:20 173:4
**memo** 221:19
**memorializing** 225:25
**memory** 32:3 154:16 204:12
**Men** 249:23
**mention** 151:23 152:15
  193:2 231:13
**mentioned** 122:4 177:17
  190:24 192:12 234:2
**mentioning** 159:22 231:6
**merchandiser** 15:9,9
**merchants** 221:21 222:3
**Merit** 2:7 252:18
**message** 101:19 116:3
  169:15 170:11
**messaged** 116:16
**met** 15:3 135:23 185:7
  220:13 222:1 234:6 235:3
  235:6,16,16,20,21 236:7
  237:4
**Mexico** 84:22
**mford@fordobrien.com**
  3:21
**Miami** 1:15 2:13 3:7 8:11
  237:7
**Miami-Dade** 254:9
**Michael** 39:1 60:4 77:1
  103:20 144:15,16 145:6,21

  146:7,11,24,25
**Michaud** 137:14 140:2
  141:12,19,23 142:12
  218:18
**micromobility** 27:13
**mid-2012** 185:5
**mid-page** 52:16
**middle** 26:1,5 50:13 70:8
  73:10,10 123:25 124:3
  186:13 188:1 215:9 237:1
**midnight** 115:22
**Miles** 48:17,21,22 49:3
**Miller** 39:1 60:4 77:1 103:20
  197:5 201:4,8,10 204:17
  204:18 206:21,22 207:10
  207:25 209:10,16 232:21
**Milrud** 234:14 238:10
**mind** 194:23 215:8 221:12
**Mindset** 249:23
**mine** 38:22 222:13
**minimal** 135:22
**minimum** 92:12 94:10,12
  133:16 134:13
**minimums** 94:14
**minister** 79:21 80:5
**Mint** 24:2,4,22 28:24 32:6,11
  32:13,14,15 34:11,12,14
  34:17,22,24 36:1,7 39:10
  39:17 40:2,3 212:13
**MintBroker** 1:7 8:6 252:7
**MinTrade** 32:25 33:15
**minus** 204:16
**minute** 57:24 89:17 96:21
  149:17 179:5
**Minute-Maid** 16:22
**minutes** 149:24 214:1,7
**misconduct** 78:11,13
**misleading** 107:4 147:7
  173:8,15,18
**missing** 187:14 191:10
**mistake** 207:8
**misunderstood** 143:18
**mixing** 16:21,21,22
**model** 38:3 84:5
**MOJO** 145:21 149:12
**moment** 229:22
**money** 42:10,11 56:12 80:6
  131:4 196:6,18 201:19
  202:3,3 204:13 205:2,2,3
  222:15 249:23
**monologue** 69:15
**month** 17:16 52:21 67:2
  88:4 98:6 135:21 140:7
  155:1 167:9 201:3,8,13

  204:7 207:2 211:9 226:25
  228:13
**monthly** 155:16,19 201:7
**months** 10:13,17 14:23
  15:14 16:10 20:1 21:3 78:4
  81:24 88:1 141:20 154:24
  169:1 211:25 212:2,3
  231:15
**Mount** 10:11,12
**mouth** 20:14
**move** 21:7 63:13 127:21
  156:13 214:3
**moved** 21:15,18 139:10
**moving** 145:13 146:22
**multiple** 102:6

---
**N**
---

**N** 8:1
**name** 8:14 18:23 20:21
  23:24,25 24:1,20 25:20,22
  26:18 28:22 30:25 33:17
  34:5,23,24 35:1,2,13,14,16
  35:24 36:4,5,5 39:10,13,15
  39:24 40:2,6,8,16 55:25
  66:10 73:14 85:12,13,14
  86:22,25 88:17 89:2 103:2
  103:3 121:7 137:18 141:11
  154:11 174:25 175:6 181:7
  210:11 227:9 232:9 234:14
  234:15 235:17
**name's** 40:14
**named** 102:24 137:17
  228:15
**names** 28:23 39:9 40:10,13
  40:14 219:14 238:17
**naming** 68:16
**Nancy** 223:21 242:21 250:7
**narrow** 182:16
**narrowly** 182:15
**NASD** 20:12
**nasty** 91:15 250:2
**Nate** 140:2 141:7,14 146:7
  149:8
**Nate's** 141:11 145:17
**Nathan** 137:14 138:4 141:19
  141:23 142:12 218:18
**native** 90:23,23
**nature** 14:11 148:21 193:8
  219:13
**near** 203:24
**need** 9:12,17 13:21 20:13
  44:14 46:1 56:5 81:12
  85:16 92:1 94:4 110:24
  117:1 118:20 130:18
  136:10 161:3 169:6 178:25

205:15 232:23 240:23,24
243:23 245:4
**needed** 76:23 77:4,4 80:4
117:10 142:11 197:11
219:21 222:25 236:14
**needs** 149:16 165:12
**negative** 172:23,25 173:2
**negotiated** 83:15 138:14,16
140:14
**negotiating** 71:18 198:2
**negotiations** 138:22
**neither** 253:18
**nervous** 229:15,25
**net** 20:25
**Neteller** 105:25
**network** 111:6,14 133:18
134:16
**never** 10:22,23 31:11 36:8
36:10 46:14,16 54:6 59:18
64:2 65:3 70:3,20 79:1
80:20 84:4 87:16 92:25
112:24 113:2,3,4 119:25
149:9,10 171:1,11 172:1
184:1 189:8 201:21 205:6
205:14,14,17,18,19,21,21
213:21 221:11 226:1 236:9
240:5
**new** 10:10,10,12 12:20,23
17:10 21:16,17 35:10
52:20 92:6 112:20 126:13
126:14,14 135:21 145:14
168:3 178:7 224:9
**Newark** 224:9
**Nicholas** 24:12
**Nick** 230:21
**Nickel** 20:25
**night** 14:12,17 16:12
**NIGRO** 1:9 252:9
**nine** 15:13 21:3
**ninth** 243:3
**no-action** 120:4 221:2,4,9
221:12,16
**noes** 18:5
**non-officers** 63:22
**non-solicitation** 122:7
123:10 151:4,14 162:10
163:14 216:13,19 218:11
218:11 239:17 241:19
242:8,16 243:6
**non-solicited** 216:11,17
217:25
**Non-U.S** 5:4 84:12,16 106:1
128:1 131:13,22 132:8,15
133:25 134:2,18 136:1,6
137:4,24 138:8 159:10

180:10 181:4 182:9
**nonexecutives** 64:13
**normally** 18:7 127:4 129:10
231:2
**north** 8:17 236:6
**Notary** 2:9 9:6 252:20 254:9
notation 58:6
**note** 128:23 144:19 145:13
146:15 147:23,25 154:23
**noted** 129:21 147:18 148:17
**notes** 226:3,4,5,6,6,7
**notice** 119:19 218:3 243:1
**notion** 134:23
**November** 1:16 2:5 8:12
67:3 103:12 219:1 252:16
**number** 8:7 46:20,24 49:19
51:9,21 52:17,20 95:21
96:2,17,20 140:7 144:13
151:9 156:25 175:13
203:23 206:18 215:18
**number-wise** 53:23
**numbered** 2:5 51:8
**numbering** 203:21
**numbers** 49:12 95:16,23,25
188:17

---

**O**

**O** 8:1
**O'Brien** 3:15
**O'Gele** 103:2 184:25
**Oak** 249:19
**object** 110:19,21 129:25
167:5 181:15
**objecting** 129:18 200:15
**objection** 43:13,20,25 45:5
45:13 47:13 50:4 51:3
52:10 53:9,18 64:7,16,23
65:8 66:3 70:2 73:6 74:12
84:8 94:2 99:19 108:8,16
108:24 109:11 112:25
114:13 117:3 121:5 122:13
122:20 124:14,18 129:20
130:10,25 132:19 134:22
143:12 146:2 147:6,19
148:8,10,18,21 155:9
156:7 157:3 160:8 162:14
163:1 164:12 167:1 176:16
177:7,11 183:25 188:23
189:2 200:22 202:19 208:2
209:2,19 210:20 241:7
243:22 244:16
**observe** 78:1
**obviously** 32:2 113:17
116:14,20 123:1 125:12,16
137:22 158:15 185:15

218:17 234:25
**occasion** 171:19
**occasions** 93:2
**occurring** 146:1
**October** 17:25 26:13,13
103:11 219:1
**October-November** 70:13
**offer** 94:25 96:5 112:23
152:19,23 168:25 169:5
**offering** 93:24 94:21,24
96:11 112:20
**offers** 165:1
**office** 20:2,4 62:13 73:18
79:7 80:18 96:1,12 185:24
201:4 210:1,5 217:6,6,7,15
217:16 224:10,11 229:17
231:23 232:6,25 234:8
237:18 254:3
**officer** 12:24 58:24 59:11
60:11,19,21,23,25 61:1,5,7
61:13,16 62:1,17 63:16
75:6,6 76:15 81:9,15 83:1
88:22 102:25 118:11 154:3
163:18,18 170:4 183:18
193:5 252:24
**officers** 58:1 76:22
**offices** 2:11 107:21 108:18
**Oh** 29:14 42:11 61:17 73:15
90:15,21,22 95:8 112:5
124:24 139:10 142:22
143:17 145:11 181:21
209:11 229:12 230:7
235:15 248:15,24 251:3
**okay** 11:7,11,16 12:6,8 13:3
13:9,16,22 16:1 19:22 22:4
23:13,16 24:10,20 25:2,5,8
25:17 26:11,14,20 27:5,20
27:25 28:3,11,18,22 29:6
30:22 31:24 32:9,16 33:9
34:1,2,11,22 35:11 36:9,11
36:25 37:9 38:19,24 39:3
40:22 42:9 43:3,16 45:1,9
45:23 46:8,11,13,17,21
47:8 48:10 50:9,21 51:7,9
51:19 52:4 53:22 55:2,7,9
56:7 57:5,19 58:14,19,22
59:5,10 60:5,10 61:1,5,17
62:1,11,16 63:22 65:15
66:6,19,23 68:5 69:18 70:6
72:6,13 73:4 75:10 76:12
76:17 77:13 79:24 82:1,7
82:11,19 84:16 85:16 86:8
87:3,7 88:12 89:4 90:5,15
90:25 91:1,3,8,10,13 93:4
93:18,21 94:7 95:14,19

96:24 97:6 98:16 99:3,6
100:7,12 102:22 104:7,12
104:14 105:4,13,15 106:5
106:12,15 107:15,23 108:6
109:18,25 110:18,25 112:9
112:14 114:4,20 115:1,4
115:11,21 116:10 117:5,13
120:13,18,20 123:18
124:24 126:16 127:3
129:16,20,24 130:7 131:16
132:23 133:8 135:7 136:7
136:9,18,21 137:5,25
138:9,13 139:18,23 142:18
142:21 143:2,16,21 144:21
145:3,6,11 146:22 148:3
148:17,23 149:23 150:6
151:3,8 152:14 153:14,19
154:6,18,22 157:25 158:15
159:25 161:22 162:5,23
163:13,16 164:5 165:1,5
167:5,12,16,19 168:12,19
168:19 169:18 170:24
171:17 174:2,8,12,22
176:13,22 177:13 178:25
179:14 180:18 181:13,24
182:8 184:4,22 187:15,19
188:1 189:6,16,19 190:4
190:19,23 193:16 194:17
195:7,23 196:19,22 197:14
197:21 198:19 200:5,17,25
201:13,17 202:6,13 203:10
203:22,25 204:12 205:19
205:24 207:4,9,13,18,23
208:6,12 209:22 212:14
213:17 214:17,23 215:8,11
215:20,22 217:24 219:6
220:7,20,23 221:17 222:11
222:18 224:8,14 225:12
228:22 230:13,19 231:13
231:20 232:2,17 234:24
239:15 240:7 241:3,14
242:1,19 243:3,14,18
245:1,17,22 246:2,9,13
248:25 249:15 251:5
**old** 14:5 18:8 146:19,19
**on-air** 155:15,19
**on-boarding** 126:14
**once** 16:2 21:22 22:15 23:21
56:4 70:20 101:25 102:2,9
138:6,10 139:10 162:12
164:20 165:9,17,19 169:3
169:18 198:11 226:24,25
235:20
**one's** 245:11
**one-for-one** 97:24

Guy Gentile
11/29/2023

14

**one-minute** 179:1
**one-size-fits-all** 138:19
**one-time** 197:1,2
**one-to-one** 98:1
**ones** 14:22 28:10 42:13 43:1
104:7 139:21 186:5 223:20
223:22 236:13
**online** 11:2 19:1 22:19 51:13
108:21 126:15,22 165:2
171:25 191:11
**open** 42:19 46:23 61:17
106:3 117:15 118:24,25
121:10 142:3 158:8 160:2
160:7 162:16,19 178:9,10
178:15 189:6 227:15,17
229:1
**opened** 46:4 55:17 122:9
133:13 138:11 158:1
159:22 163:22,23,25
175:19,25 176:1,2 227:14
231:10
**opening** 121:22 122:3 123:4
145:14
**operate** 56:6
**operated** 120:1 219:5
**operates** 223:11
**operating** 27:4 28:6 29:5
62:1 70:22,25 119:25
170:4,4 186:8 205:19
218:9 220:19 223:1,14
224:1 225:8,20 240:15
241:2
**operation** 55:18 56:18 109:5
141:17 205:8 226:16
234:11 243:16,17
**operational** 5:16 30:17
56:15 206:11
**operations** 56:2,14 72:14,16
82:22,24 217:17 219:23
223:3
**operative** 73:17
**opining** 194:2
**opinion** 194:1,5,10 221:22
221:24
**Oppenheimer** 54:24,25
**opportunity** 16:14 19:3 67:5
68:9
**opposite** 70:22
**opposition** 118:4,7 119:3,12
163:4 191:6
**opted** 10:14
**option** 126:17
**options** 19:8 22:22 31:8
41:23 51:15 99:9,12
105:24

**oral** 222:18 252:25
**order** 94:10 100:17 114:15
116:3,6 135:23 162:19
200:8 219:22 223:2 236:14
**orders** 108:22
**organization** 136:15
**organizational** 57:21
**organizations** 135:13,15
**organized** 199:20
**origin** 190:20
**original** 73:4 107:15 169:5
253:2
**originally** 22:14
**outcome** 253:24
**outdated** 108:4
**outgoing** 97:15,19
**outline** 153:5
**outlines** 150:16
**outside** 182:24 183:23
184:2 237:22
**outstanding** 204:9
**overhauled** 193:7
**overnight** 94:17 98:14
183:13
**overtime** 15:16 16:12
**owned** 22:12 28:17 30:12
32:20 34:16,17 38:14,21
39:1,14 55:13 202:14,15
**owner** 24:4 38:11,25 56:23
140:2
**owners** 22:13 38:17 140:3
**ownership** 28:20 38:12,16
39:6 204:11
**owns** 245:25

---

**P**

**P** 8:1
**P.C** 48:18
**p.m** 2:6 251:21
**package** 96:11
**page** 4:2,11 5:2 6:2 7:2
48:13 49:12,13,14,18,19
50:10,12 51:7 52:15 87:17
89:25 91:11 95:24 99:4,20
99:23 100:7 105:12,14
110:6,8,11 112:18 117:17
117:18,22 122:5 123:23,24
124:3 125:20,21,22 126:8
126:23 127:1,11 133:20
134:17 135:6 150:21 151:3
151:4,7,8 155:15 156:24
157:24 172:13 174:19
175:2,4 179:21 180:5,11
187:2,13,15,16 188:1
190:7,17,17 199:4,5,7

200:7,13,14 202:24 203:17
203:21 209:12 215:8,9,16
241:3 246:2,4,13 247:22
248:8,11,13,17,19,19,21
249:18 253:14
**pages** 126:7 127:12 130:18
130:21 134:23,24 174:16
180:15 187:20
**paid** 15:17,17 38:8 140:7
143:17 171:12,13 196:1,9
196:12,20 197:14 198:9,11
198:16 201:3,8 207:18
222:16
**paperwork** 71:22 126:18
**paragraph** 151:10,11 167:20
168:13,18
**parent** 204:2
**parents** 14:6
**parents'** 19:25
**park** 57:3
**parking** 56:23 57:1
**part** 49:10 59:8 83:6 87:19
96:11 128:23 131:12,14,15
132:14 136:5 166:13,25
169:15,16 171:9,10 243:15
**particular** 123:3
**parties** 253:5,20
**partner** 127:22 137:25 138:2
**partnered** 127:25
**partnering** 131:4
**partnership** 30:24
**partnerships** 129:16 131:2
131:10
**party** 92:18 204:10 253:11
253:17
**pass-through** 42:15,18
97:20 98:10
**passed** 12:13 19:4,10,11
196:5,10
**passport** 126:24,24
**passports** 232:20
**password** 101:18
**pasted** 181:18 183:7
**pattern** 91:22,23,24 92:11
92:22 93:6,14
**Pause** 20:17 129:9 144:9
193:1 233:6
**pay** 78:9 80:4,5 196:17
197:2 207:21 209:1,4,6
**payable** 201:7 204:8,17
**payment** 196:12,14 201:1
**payments** 198:14 205:25
206:1,3
**pays** 209:3
**PDF** 126:19,21 181:17

186:24 190:2,3,5,6
**PDT** 91:15,22,25 92:5
**peak** 45:23 46:11,18
**pedigree** 18:7
**pegged** 97:24 98:1 108:10
109:13
**Penalver** 123:18
**pending** 132:9 158:17
**penny** 133:9 141:21 142:8
**people** 15:5 17:20 19:23
20:7 46:23 47:1,3,3,3
56:23 61:20,24 65:21
68:17 80:18 82:24 84:12
84:22 87:18 98:5 100:11
117:6,18 118:17,23,25
122:6 139:5 141:1 157:7
159:6,10,14 165:12,13
172:24 173:1 211:11
223:21 226:13 230:16
238:8,18
**percent** 39:2 46:16,25 47:12
50:11,11,22,25 51:15,15
52:23 53:8,17 98:14
**percentage** 47:8 50:19 53:5
53:14,16,24
**period** 19:20 30:13,16 41:21
54:25 62:4 72:1,8 73:12
83:19 85:24 93:10,17
112:22 115:10,19 128:3
189:1,3 207:2 217:14
**periods** 65:25 115:20
154:21
**perjured** 247:14
**permit** 79:11,15,24 80:11,13
**permits** 182:9
**permitted** 41:22 131:13,22
133:25 134:18 136:2,8
**person** 13:15 26:18 50:24
59:24 61:11 63:11 73:15
80:8 85:11 100:23 101:1
106:3 113:24 114:25 115:1
121:17,21,24,25 127:17
140:22 154:10 159:11,22
160:9 161:6,13 164:7
178:15 191:18 227:15
249:16
**person's** 85:12 160:7
**personal** 77:20 184:13
197:10,13
**personally** 212:21
**persons** 84:16,21 93:18
100:24 106:1,5 114:10
116:1 117:19 131:13
137:24 141:3 180:1 194:20
**Philip** 26:17 74:5,19,21,25

75:12,18 76:2,5 78:3,14
87:10 102:25 163:19 181:7
182:2 183:8 187:22 191:23
192:1
**philip@suretrader** 186:22
**philip@suretrader.com**
181:1
**Phoenix** 11:3
**phone** 18:1 95:16 96:1,9,11
96:16,20 101:19 116:3
118:25 188:17 221:7
**phonetic** 228:16
**photo** 127:7,8,10
**PHP** 31:14
**physical** 49:13 110:6
**picture** 147:10 246:14,20
**pin** 68:5
**pizza** 14:13
**pizzeria** 14:13
**pizzerias** 14:18
**place** 84:25 130:3 138:19,20
167:25 168:8 203:16 224:8
224:9,12,13 246:3
**places** 84:22
**Plaintiff** 1:5 2:3 3:3 252:5
**Plaintiff's** 47:18 89:7 95:1
97:1 98:19 105:1,5 106:20
128:14 179:11 180:21
186:17 193:18 199:1
202:21 206:6 214:12,18
244:9
**plan** 232:24
**Plano** 123:19
**plant** 15:3 16:4,5
**planting** 14:10
**platform** 41:9 84:24 138:7
**platforms** 18:14,16 84:13
85:1
**playing** 92:9
**please** 8:19 9:3,17 14:4
66:13 129:24 132:7,16
134:6,9 135:25 145:13
147:23,24 167:6 194:23
195:1
**plenty** 163:24
**plummeted** 57:3
**plus** 51:15 52:23
**point** 16:25 20:7 21:14,22
60:24 103:13 107:4 116:7
117:14 121:19 127:8
140:12 153:13 163:15,17
173:18 193:9 204:15
**police** 12:22 13:1
**policies** 76:11,12,16 122:10
122:17,22 123:3 125:8

187:9 193:3,6 216:10,11
239:16 240:8,11,13,15,22
240:24 241:19 242:8 243:6
**policy** 187:4,12,25 193:16
210:23 242:16,25 243:2
**pop** 100:22
**pop-up** 87:23 88:3 100:8,18
100:19,20,22 101:3,12,13
101:14 102:19 103:4,7,16
103:22 104:1,1 107:5
114:16 115:2,3,25 118:21
118:22 121:16 122:4 123:9
160:16,18,19 216:12,18
**popping** 100:15
**pops** 116:25
**portfolio** 94:19
**position** 129:17 131:3
144:16
**possibility** 42:4
**possible** 44:1 157:10 183:22
190:2
**post** 245:20 247:7 249:19
250:8,12
**posted** 85:20
**posting** 85:8,17 247:4,6
**potential** 131:4 216:4
**potentially** 74:21 83:18
142:4 230:10
**power** 233:13
**premarked** 95:7 110:2
144:12
**prepare** 203:8
**prepared** 48:17,22,25 71:20
203:6 206:15,16 215:3,7
**prerecorded** 172:3
**presence** 182:18,22
**present** 3:23 141:16
**presently** 246:11
**preserve** 130:24 209:22
211:3
**preserved** 148:7 210:18
212:25
**president** 58:25 59:2,3,11
196:4
**press** 190:18,19 234:15
**pretty** 10:24 13:9 72:2
153:12 159:7,9 229:14,25
**previous** 155:1 173:23
**previously** 47:17 53:3 57:12
89:6 150:6 154:7 156:14
165:21 167:20,21 168:9
**price** 168:24
**priced** 168:23
**pricing** 15:13 106:24
**primary** 41:8

**principal** 37:12
**print** 232:20
**printed** 52:2 134:25 148:5
190:1
**prior** 61:2 65:15 71:8 85:11
85:12 86:13 146:4,12
170:25 171:1,2
**privileged** 51:22 184:14
**Pro** 17:7,9,10 21:22
**probability** 43:4
**probably** 13:14 14:12 18:8
20:2,5 21:2,12 22:3,5,24
24:15 29:22 33:22 34:1,4
46:15 55:1 60:21 70:12
71:12 72:3 76:11 80:1
104:13 138:25 139:14
142:14,22 155:20 172:3,4
176:11 181:8,25 185:6,20
186:14 192:2,16,22 193:4
193:14 194:16 196:20
203:12,13,16,20 207:7
211:9 235:4,15 236:3,25
237:18 238:9,22 242:12,14
250:7
**problem** 93:2 119:7,24
218:16 220:18 221:14
223:13 225:19 240:6 241:1
**procedure** 2:14 114:21
116:11 120:25 191:24
**procedures** 114:4,9,14
117:6 122:11,14,18 123:4
125:3,8 187:4,9 193:3,6,6
**proceed** 117:14
**proceeding** 253:21
**proceedings** 20:17 129:9
144:9 193:1 233:6 251:21
**process** 21:9 27:3 40:13,15
114:18 116:22 117:9
126:14 160:2,7,10,10,15
161:2,3 198:2 241:17
**produced** 2:2 48:20 52:3
147:16,23 149:2 174:9
245:15
**production** 16:4,4
**products** 51:11,14 152:21
**professional** 2:9 11:17
201:1 209:9,15,17,17
252:20
**profit** 43:7,17 44:5,6 92:11
127:12,16 175:5
**profitable** 21:25
**profits** 196:24
**program** 5:19 31:16 48:11
128:11 131:21 133:5
135:12,24 136:19,23 164:7

166:13,25 180:6
**programmer** 30:7 31:11,15
**programmer's** 34:5
**programming** 31:10,15
**programs** 131:8 136:21,22
**prohibit** 140:21
**prohibited** 121:22 140:22
**projector** 238:5
**prominent** 152:1,18
**promo** 112:18,19
**promote** 168:16,21
**promoting** 250:9
**promotion** 145:20 155:19
**promotional** 151:25 152:17
155:16
**promotions** 145:13,25
146:4 149:3,6
**proof** 247:12
**property** 56:22
**proprietary** 29:21
**ProTrade** 29:12,15
**proves** 146:18
**provide** 105:21 112:3
170:20 189:23 195:21
199:24 204:4,5 213:14
217:3,4
**provided** 31:4 57:17 105:23
105:24,25 106:5,9 111:7
111:15 180:19 201:4 212:5
213:15
**provider** 37:15 199:23,23
**provides** 194:18
**providing** 41:9 73:19 150:18
205:4,5
**Provision** 201:1
**public** 2:9 9:6 87:14 197:19
252:20 254:9
**pull** 189:23
**pulled** 89:25 90:1,17 110:17
190:1 231:8
**pulling** 14:10
**purchase** 168:24
**purports** 186:20
**purpose** 32:21 33:21
**purposes** 222:2
**pursuant** 2:13 243:10 253:8
**pushing** 236:12
**put** 15:12 16:8 23:12,14
31:22,22 33:22 40:24 52:9
55:10 58:18 68:5 71:21
101:17 124:20 125:1 146:9
147:5 153:10 155:20
156:12 157:14 159:11,25
160:4,5 167:7 168:8
173:15 174:13 176:14

177:14 179:15 187:22,24
188:20 189:4 191:25 222:1
234:16 235:9
**Putnam** 35:2,4,6,7,9,9,13,14
195:13
**puts** 157:1
**putting** 16:7 19:14,14 33:20

**Q**

**Q-u-i-n-t-e-r-o** 87:6
**qualifications** 136:10
**qualify** 135:18,18,23
**quality** 16:14,17
**quarter** 206:11,22,23,24
**quarterly** 97:16 98:3
**querying** 145:23
**question** 9:16 38:24 46:5
52:13 63:12 65:4 66:4,8,14
67:7,9 68:11,14,19,20 69:8
69:20,23 70:6 71:7 73:4
78:16 86:9 107:15 110:7
110:20 111:11 115:13,15
120:11,15 132:9,18 133:21
134:5,11 148:25 158:17
160:3 161:24 177:8 200:3
209:14 214:24
**questions** 9:12,22 10:2
52:10 72:17,21 77:5 82:5,6
82:9 100:11 110:22 120:10
130:24 132:10,11 133:19
147:8 179:14 186:3 189:17
215:3 218:9 219:5 220:6
251:7,13
**Questrade** 107:2,16,17
**quick** 213:25 214:6 244:7
251:4
**quickly** 229:14
**Quintero** 86:22 88:13 103:1
184:24
**quite** 187:14

**R**

**R** 8:1
**radar** 182:24 183:2
**Radio** 150:13,17 153:6
**Radio's** 156:3
**Ralph** 18:23 21:4 22:12
**ran** 127:23 141:1
**Ranch** 3:16
**range** 30:15 44:23 46:19
66:18 70:13 195:14,14
**rank** 43:3
**rate** 99:25 100:3 145:23
167:24
**rated** 113:25

**rates** 99:3,7,23 135:17
**re-** 196:5
**reach** 182:24 183:24 184:2
**reached** 20:5 203:16 213:10
213:18,22
**reaching** 170:24
**reaction** 192:5
**read** 58:6 87:12 121:9,12,14
126:3 128:19 133:24
151:21 152:8,11,14 183:5
183:7 192:1 215:23 245:3
245:6,9,12
**readable** 89:11
**reading** 91:5 131:24 169:9
177:6,10,15 181:12
**ready** 232:19
**real** 56:13 113:6 232:16
**real-time** 31:6
**realized** 232:16
**really** 15:2,15 16:11,13
18:12,21 19:18 34:7 46:5
55:16 56:21 65:25 75:15
119:7 126:1 128:21 137:11
146:5 147:6,6 152:9 169:5
205:6,8,15 229:12 241:11
245:2
**Realtime** 2:8 252:19
**reason** 9:21 33:14 39:21
51:1,4 71:17 98:2 109:8
162:15 176:25 181:9 198:1
212:4 219:20 220:5 221:20
222:25
**reasons** 17:13 91:8 120:16
164:1,4 215:25 253:15
**rebate** 166:13,25
**Rebecca** 1:24 2:7 252:18
254:8
**rebelled** 80:19
**rebuild** 33:11
**recall** 22:23 42:25 43:2 44:7
85:21 156:8 166:5 169:18
189:20 194:9
**receipt** 253:12
**receive** 11:14 145:22 190:14
195:23 197:22 201:10,13
201:17 202:2,4 204:13
205:2,10,24 207:24 221:6
225:24
**received** 26:9,12 176:13
194:11 202:10 204:14
207:23
**receivers** 201:24
**receivership** 58:18
**receives** 25:6
**receiving** 166:5 189:20

201:12,19 209:16
**Recess** 81:2 104:18 150:2
179:8 214:11 251:10
**recognize** 47:21 48:7 57:13
89:18,20 91:3 95:11 97:4,8
98:22 123:15 150:8 154:8
156:15 172:8 181:4 193:22
203:4 206:13 214:20
**recollection** 33:16 49:1
60:25 71:15 74:23 101:15
164:21 170:21 202:3
211:15
**recommendations** 86:23
87:10 88:24
**recommended** 62:24 87:13
87:15,23 88:1,9,9
**record** 8:4 9:14 11:25 47:24
48:2,3,5 51:20 55:10 81:1
81:4 104:17,20 125:25
128:23 131:15 132:25
144:19 148:21 150:1,4
179:3,5,7,10,16,22 214:10
214:15 217:8 251:9,12,19
252:25 253:22
**recording** 77:23
**recordings** 141:23
**records** 78:6 175:10 209:23
209:24,25 210:2 211:4,12
211:18,23 212:1,6,11,24
213:8,11,13,18,20 216:9
216:24 217:2 247:17
**recouped** 167:25
**recovery** 215:13
**refer** 12:12 127:24 128:1
131:3 133:10 137:15,19,23
138:5,7 140:8 158:4
161:16 171:8,15
**reference** 172:17
**referral** 125:14 135:17
**referrals** 131:22 132:15
133:25 134:18 136:1,6
137:4 145:22 180:10
**referred** 18:23 128:10,12
147:4 154:7 161:18,19
162:13 173:7 208:22
**referring** 124:8 161:13
166:18,22 194:7 200:20
208:7 239:1,20 240:17
241:6 243:14 246:10
249:12 250:6
**reflect** 208:15
**reflected** 197:7 208:18
**regard** 87:24 183:1
**regarding** 122:14 184:5
189:17 194:3 219:5 235:11

235:11,12
**regards** 184:15
**regional** 219:12
**registered** 2:7,8 10:21 12:23
13:15 19:3,15 21:16 36:16
41:3,4,6 252:18,19
**registering** 17:24
**registration** 26:6 177:21
194:18
**regulation** 87:21 118:19,20
163:11
**regulations** 77:8 86:20
87:13 120:22 152:25
219:24 220:1
**regulator** 29:20 93:4 94:22
**regulators** 78:11 141:15
**regulatory** 91:18 182:25
**reinforced** 119:12
**reiterate** 165:17
**related** 81:11 204:10 216:4
239:17 240:8 253:19
**relating** 191:3 204:9
**relation** 180:16
**relationship** 23:6,8 24:17
29:13 32:9 34:12,19
137:12,19,23 139:2,4,9,12
140:1,5 141:18 142:11
144:8 149:14 155:8 157:18
158:22 170:25 176:4,6
245:22
**relationships** 83:4 128:6
139:19,20 146:6,10 149:7
183:3 218:19
**relative** 253:21
**relatively** 103:13
**release** 72:25 190:18,19
234:15
**released** 247:1
**relevance** 244:17
**relevant** 125:11
**relied** 182:21 186:8
**rely** 182:18
**relying** 186:5 193:13
**remedy** 118:23
**remember** 10:2 11:10,22
12:9 13:8 17:24 21:20
22:25 25:9 28:23 29:9,10
30:1,9,19 32:14,17 33:1,2
33:16,19 34:5 35:4,19,25
39:18 40:7 42:5 43:11,11
43:14,18,21,23 44:2,6,11
44:25 45:7,11,14,17,18,19
45:21 46:20 47:6,7 48:9
50:16 54:7,10,12,20,23
55:6 57:7,15 60:20 61:22

62:6 67:2,24 71:9 72:23
77:14 78:2,18,20,21 79:10
82:16,20 83:20 85:12,14
87:1,4,11 88:3,6,10,16,17
88:23,25 89:3 91:5,17
93:17 94:23 96:13,14,14
98:24 99:1,25 100:3,16,19
101:10,24 102:1,3,11,14
102:16 103:24,25 104:5,10
116:18 118:15 122:24
128:5 137:6,7,9 138:22
139:1,6 140:3,6,14,16,17
140:18 141:5,9 142:13,25
149:5,12,14 154:9,11,13
155:25 159:3 160:23,25
164:16 165:8,16 166:6
169:9,11,12,22,24 170:1
170:13 171:4,17 183:21
187:20 189:25,25 190:22
191:4 192:4,9 193:4,11
194:13 195:17 196:3,12,16
196:25 197:4,10 198:6,10
198:13,15,17 199:12
201:12,18,20,25 203:12
211:25 215:4,5 217:20
219:14 222:23,23,25 223:4
223:6,20,21 225:6,16
227:8 232:1,4,9 234:1,3,13
234:22 236:1,4,20 237:4,6
237:17,25 238:17,21,22,23
239:3 246:12,21,23 247:4
247:6 250:18
**remembering** 30:11 212:3
**reminded** 29:24 30:20
**Remote** 49:15
**renewed** 79:12
**rent** 27:17
**repatriation** 196:5 197:12
**repeat** 69:23
**replace** 60:7 111:1 112:8
**replied** 169:12 183:16
**replies** 250:1
**reply** 169:12 183:11
**report** 50:7,23 54:6 78:11
206:11
**Report-form** 5:16
**reported** 1:23 2:10 207:2
**reporter** 2:7,8,9 9:3,13
69:13 149:15 252:19,19,20
**Reporter's** 4:5 252:14
**Reporters** 8:16
**reports** 54:8,9,11
**represent** 8:20 127:14
179:16 206:25 207:1
212:19

**representative** 109:9 130:14
142:1 166:12,20,24
**representatives** 223:19
225:13
**represented** 109:19 185:21
**representing** 212:12,21
**represents** 57:25
**request** 56:1 74:7 194:12
**requested** 194:13 253:10,16
**requesting** 194:9
**require** 94:10 194:25
**required** 59:23,25 71:19
92:12 118:19
**requirement** 21:1 127:9
**requirements** 94:15 133:16
134:13 135:22 136:17
**requiring** 122:7
**research** 195:21
**researched** 157:14
**reside** 106:7 156:22 172:11
**resided** 47:9 53:6 54:5
101:2 106:11,12,14
**residence** 123:19
**residents** 114:5,10 121:2
122:18 123:5 134:3 153:3
162:12
**resides** 172:12
**resign** 71:23
**resigned** 71:9,22 72:9,9,10
211:6,9
**resolution** 59:21 60:6 63:18
231:18
**resources** 62:15 63:1 64:3
77:5,12 120:22
**response** 242:17
**responses** 242:22
**responsibilities** 81:7,9,10
81:21
**responsible** 85:8
**rest** 18:24 26:21 211:11
**restaurant** 55:22 56:16 57:1
**restricted** 73:1 93:16
**restructure** 198:5
**result** 142:17 170:14
**retail** 37:22,23 38:1
**retained** 76:25
**retention** 210:23
**retrieve** 213:11
**returned** 235:22 253:12,13
**returns** 208:19,24
**retweet** 245:21
**revenue** 42:10,25 57:3
**revenue-wise** 53:22,24
**review** 5:19 48:11 49:4
85:19 86:17 141:5 165:18

169:6 173:2 181:14 182:6
191:2,3 215:1
**reviewed** 86:21,23 87:9
113:25 118:3 140:19 154:2
191:1,4,5,8 192:6 215:5
**reviewing** 86:10 114:11
**revoked** 80:14
**Rich** 145:21
**Ride** 27:8,10
**rig** 15:24
**right** 10:23 13:7 23:8 28:6
28:10 29:10 32:6 41:2 44:2
48:24 52:13 55:5 57:10
58:6 59:7,15 60:15 66:6
74:8,16 75:14,25 80:12,22
80:24 85:13 93:7 112:15
113:5 118:15 119:13 124:3
130:4 131:2 132:5,11
135:8 136:12 138:12
142:23 144:11 147:13
149:1 170:21 175:3 180:5
185:3 190:16 204:12,14
207:3,11 223:7,24 226:8
229:8,9 232:9 235:9 239:3
240:13 241:25 248:3,12
250:19,21
**right-hand** 48:13
**rings** 46:24
**risk** 158:11
**risumi** 15:2,4,6
**Ritchie** 62:1 63:23 136:20
**RMR** 1:24 254:8
**road** 3:16 26:22 27:15
**robust** 92:10
**Rochelle** 10:10
**role** 61:25 62:5 81:20 85:22
86:10,13
**room** 15:12 149:18 155:15
155:18 156:1,3 161:7,10
173:4,6 229:16
**rooms** 156:6
**ross** 137:18 144:6 164:15
165:23,23 166:7 172:20
173:6,6
**ross@warriortrading.com**
165:24
**routing** 18:18 99:9
**row** 247:11,12
**RPR** 1:24 254:8
**rude** 80:19
**rule** 4:21 91:15,20,23,25,25
92:5,22 93:6,15,18 122:15
160:22 177:17,19,24 178:1
180:2,3,18,19 182:9,12
184:19 185:12 186:23,23

186:24 187:6,10 188:3
194:3,6,7,17,23 195:20
196:7,10 218:12 221:19
222:5,10 253:9
**rules** 2:14 9:11 250:20
**run** 54:8 56:1,2
**running** 16:8 19:23,25 21:23
21:24 54:10 56:9 65:22,25
66:7,9,15 68:24 69:1 70:1
70:4,15 73:5
**Russell** 90:7 110:12

---

**S**

**S** 8:1 151:11
**Sacrament** 10:9
**sad** 56:21
**SAG** 204:3,3,10 205:4,19
**Sajjad** 73:16,25 74:10,20,25
75:2 110:13 111:7,15
116:13
**salary** 195:23 197:16,17,20
**sales** 31:7
**salivating** 232:18
**San** 22:12
**Sands** 64:21
**Santina** 100:8
**SAS** 51:11,13
**SAS's** 53:24
**save** 168:23
**savings** 167:25
**saw** 16:12 57:15,16 82:22
147:10 171:11 172:3
173:22 192:6
**saying** 60:23 74:3,21 78:9
80:3 90:19 118:17 122:5
132:14 146:9,18 160:12
169:14 173:8 201:15 223:8
228:1 234:3,16 245:10
**sayonara** 57:4
**says** 48:11,17,22 49:19,21
50:1,12,24 52:15 59:3
60:10 61:13,16,17 89:20
91:14 92:8 95:15,24 97:13
97:22 99:3,8,10,13 105:8
105:14,16 106:25 107:8
110:6,12 111:5,13 113:18
116:25 118:20 121:17
123:25 124:7,12 127:12
128:20,25 129:4,16 131:12
131:17,21 132:6,13,15
133:12,25 134:17,19
136:13,17 144:21 145:6,12
147:9 151:14,16 152:6,7
155:13,17 157:4,25 158:8
158:13,14 159:13 162:8

166:7,19,23 167:20 168:9
172:15 173:11,16,20,23
174:10 175:5,12,14,16
179:24 180:12 182:9 187:3
187:8 188:1 194:4 199:13
199:15,22 200:25 201:6
202:25 203:23 204:1,22
206:21,24 207:5 209:8,15
215:23 216:23 229:4 239:4
239:16 241:4 242:5 243:4
243:18 244:1 245:19 246:4
246:15,18 248:25 249:10
**scared** 229:21
**schemes** 216:5
**school** 10:7,8,9,11,20 11:8
14:6
**Schwab** 109:4
**scooters** 27:14
**Scottrade** 108:3,4
**screening** 120:25 160:2,7
160:10,14
**screenshot** 4:12,15 6:5,10
6:15,20 7:3 90:10 91:4
95:12 97:8 98:22 105:6
106:23 110:4 111:22
147:11,14 244:24
**screenshots** 90:9 107:4
111:20 117:17 130:22
244:23
**scrutiny** 125:2 142:5 162:11
162:24 163:14 176:14,23
**SE** 231:6
**seal** 254:3
**SEC** 4:21 65:23 66:6,9,12,15
66:21 67:3,25 68:4,21
69:25 70:9,14,23 71:2,18
71:24 73:5,16,18 75:1,7,12
75:15 77:24 78:10 87:13
92:20 117:24 118:6,7,13
119:3,11,20 120:22 121:17
121:19 124:13 126:6
141:16 142:6 160:22 174:7
178:5,12,18 180:2 182:13
186:2,23,24 188:3 190:11
191:6,8,15 192:12,19
194:5 198:3,14 205:7
215:13,24 216:1,7,15
217:2 218:4,7,21 219:2,10
219:11,13 221:3 222:10
223:7,19,24 225:13 226:14
227:2,11,19,23 229:11,11
230:12,16,22,23 231:10
234:16 236:11 237:22,25
238:2,4,6 239:4,19 240:20
241:18 242:7,15,22 243:5

243:9 246:18 247:2,8,16
247:25 249:4 250:2,18
**SEC's** 87:20 122:14 124:10
124:16 163:4,9,10 182:24
183:23 184:2 189:22
190:15,18 228:2 231:1
242:6 246:5
**SEC-FL-03848-E-0002861**
5:6
**SEC-FL-03848-E-0010576**
4:23
**SEC-FL-03848-E-0010602**
4:24
**SEC-registered** 29:19
**SEC-SCB-P-0010799** 5:13
**SEC-SCB-P-0010830** 5:14
**SEC-SECWEBCAPTURE-...**
7:5
**SEC-SECWEBCAPTURE-...**
7:7
**SEC-SECWEBCAPTURE-...**
7:8
**SEC-SECWEBCAPTURE-...**
7:10
**SEC-SECWEBCAPTURE-...**
6:17
**SEC-SECWEBCAPTURE-...**
6:19
**SEC-SECWEBCAPTURE-...**
6:12
**SEC-SECWEBCAPTURE-...**
6:14
**SEC-SECWEBCAPTURE-...**
6:7
**SEC-SECWEBCAPTURE-...**
6:9
**SEC-SECWEBCAPTURE-...**
6:22
**SEC-SECWEBCAPTURE-...**
6:24
**SEC-SECWEBCAPTURE-...**
4:17
**SEC-SECWEBCAPTURE-...**
4:19
**SEC-SUES-E-0000528** 5:21
**SEC-SUES-E-0000538** 5:22
**SEC-WEBCAPTURE-E00...**
4:13
**SEC-WEBCAPTURE-E00...**
4:14
**second** 47:24 91:11 97:14
103:18 110:5 123:23,24
124:3 156:24 157:24 161:3
172:13 175:25 180:11
200:14 215:19 220:9 223:4

223:5 224:14,18 225:15
233:5 247:15
**seconds** 100:15
**secret** 145:22 229:16
**section** 105:7
**securities** 1:4,8 2:11 3:4
5:10,20 8:5,22,24 25:15,21
25:25 26:6,15 29:12,15
37:8 39:8 48:12 50:2 51:11
54:21 57:22 58:2 60:22
86:18 95:18 117:24 150:14
152:24 153:2 163:5 179:25
187:4,5 194:20,25 199:18
202:25 206:17 211:12
212:1 216:4,8,20 252:4,8
253:3
**Security** 118:9 206:10
**see** 27:14 31:6,21 49:20
50:14,23,24 90:5,7 91:1
95:22 96:4 97:7 99:6,16
100:2 101:8 103:15 109:15
110:9,16 112:17 113:16,23
114:17 115:2,3 117:9,17
123:21 124:21 145:8
151:10,13 157:4 164:2
168:5 172:2,16 173:12
175:14,15,16,18 177:13,17
179:21,23 180:4 186:15
188:4 198:19 206:20
218:16 220:18 225:8,10
241:1 244:17 245:1 246:15
247:23 248:9,12,16,24
250:4 251:6
**seeing** 137:9 154:9,13
**seek** 184:4,18
**seen** 48:8,8 54:6 57:14,18
97:5 144:22,24,25 214:24
**sell** 41:14 197:18
**selling** 17:3 23:10 99:17
**sells** 165:1
**send** 56:12 75:4 97:21
135:25 138:5 182:5 183:12
190:20 227:23 228:8
**sense** 19:10 39:25 94:16
124:24 125:11,18 140:24
144:3 178:18,19
**sent** 141:25 154:17 162:7
165:24 168:15,20 170:9,10
170:12 181:8,10 183:5,12
183:17 190:21 211:12
218:3 228:7
**sentence** 91:17 92:8 152:4
**sentences** 91:17
**separate** 29:5 37:13,15
111:9,16,19 134:23,24

197:10,12 199:11 200:20
**Separately** 4:10
**September** 211:7
**series** 9:11 11:20,20,20,21
12:4,7 13:11,17 19:5,6,7,9
20:19,23
**serve** 62:4
**served** 253:4
**server** 210:3,4,12,15,21
**service** 6:3 17:15 37:14
131:11 153:3,21 198:9
199:13,16,17,23,23 204:2
**services** 35:24 48:19 54:17
54:17 105:22 122:19 137:3
150:12,16,17,25 152:20,21
152:21 153:24 155:7
197:15 199:24 205:4
**set** 15:7 21:10,10 35:5 55:6
55:24 56:11 100:16 101:25
102:1 126:6 138:4,6,23
139:2 157:19 158:23 164:8
198:1 210:5,8 218:6
**setting** 55:17
**settlement** 71:18 198:2
**settlor** 245:25
**Sev-** 185:13
**seven** 105:18 197:3
**seventh** 242:4
**sexual** 249:25 250:3
**shake** 9:14
**share** 29:9 39:1 111:6,14
**shareholder** 24:8 59:21 60:2
72:11
**shareholders** 24:7
**shares** 30:10 168:23
**shebang** 234:8
**shelfed** 34:10
**sheriff** 195:12
**shift** 16:12
**shifting** 14:17
**shit** 247:25 248:4 249:4
**shook** 225:7
**Shop** 113:18
**short** 91:25
**show** 47:17 57:11 84:21,21
89:6,8 103:16 107:5 150:6
154:6 165:21 169:11 172:6
175:8,23 184:4 186:15
227:6
**showed** 56:25 188:20
227:25 242:22
**showing** 105:4 106:23 110:4
128:17 193:21 202:24
206:9 244:7
**shown** 107:7 253:5

**shows** 103:15 113:16 116:1 175:22
**shut** 21:21 146:16 147:3,3
**sic** 67:24 149:16 209:16
**sign** 17:15 81:16 82:14 108:11,25 123:10 138:20 150:10 160:11 161:4 163:2 163:13 177:15 188:12,12 233:12
**sign-up** 133:18 134:15
**signature** 48:12,13 145:10 150:11 151:4,7,8 173:21 175:2 253:9,14
**signed** 82:17,18 126:5 139:14 140:16 146:25 162:10 176:20,23 177:5
**significant** 182:18
**signing** 114:5,10,22 177:9 233:21,22
**signor** 83:7
**signors** 83:9
**signs** 126:13
**similar** 27:14 76:11 84:13 87:24 94:16 104:13 138:3
**Simona** 67:24 68:16 219:11 219:15 223:20 225:9 242:21
**simple** 31:13
**simply** 78:16 131:7
**Simultaneous** 67:21 69:12 130:19 132:3
**single** 41:14 63:11 100:23 101:1 102:8 113:24 117:22 121:24 122:5 226:16 239:23
**sitting** 26:3 228:23
**situation** 18:20
**six** 10:17 12:11 16:9 20:1 21:2 67:3 78:4 169:1 197:3 212:2,3 219:2
**sixth** 241:14
**size** 238:5
**sizeable** 135:13
**skip** 92:7 167:19
**skipping** 18:19
**Skrill** 105:25
**slave** 249:24
**slightly** 193:14 245:11
**small** 89:10 248:24 249:21
**smaller** 182:21
**socks** 228:16
**sodas** 15:12 16:9,20
**software** 27:12,13,17 30:24 31:1,4,5,23,25 33:3,5,6,12 33:22 34:3,7 38:23 42:16

98:4,10
**solicit** 141:1 216:2,7 227:15 227:16
**solicitation** 151:19 152:20 152:24 178:3,12,16,24 189:15 194:25 239:17 240:8 247:13
**solicited** 119:10 121:23 122:1,11 160:12 161:4 162:3 163:3 180:1 194:21 243:8,9,15
**solicited,'** 182:13
**soliciting** 117:25 178:14
**somebody** 70:4
**somebody's** 191:12
**Somewhat** 182:20
**soon** 103:13 231:6 232:22 247:1
**sorry** 52:14 69:17 88:12 93:23 95:9 97:6 105:17 125:21 143:18 166:21 168:18 199:9 203:2,10 206:25 208:10 209:11 215:18 225:17 233:7,9 249:22
**sort** 52:11,16 72:25 101:8 114:16 140:12
**soul** 18:24
**sound** 207:3
**source** 106:13
**South** 3:16
**SOUTHERN** 1:2 252:2
**space** 201:4
**speak** 144:7 169:20 185:19 185:22
**speaking** 126:11 171:17
**special** 145:22 196:13
**specialist** 8:15
**Specialized** 135:17
**specific** 45:22 82:20 84:19 98:24 101:11 135:16 140:21 219:7,9 227:18 249:16
**specifically** 32:17 33:1,18 73:14 77:15 78:18 82:16 87:17 88:10 94:24 102:14 114:24 116:19 119:23 129:5 131:20 139:21 141:18 142:1 154:9 164:14 167:14 178:9,15 191:19
**specified** 78:12
**specify** 115:19
**speculate** 44:13,15
**speech** 250:11
**SpeedTrader** 17:23 19:13

22:7,9,10 23:3,4,7 25:3,6 34:23 36:4 40:24 54:15 88:22 137:12,19 138:4,10 138:23 139:5,14 140:1,5 161:17 171:8 185:21 227:23 228:5,7,9 245:19 245:23 247:23 248:3
**SpeedTrader's** 185:10
**SpeedTrader.com** 17:25 22:17 34:15,25 35:1
**spell** 86:25 87:1,2
**spelled** 150:25 151:17
**spent** 34:4 218:12
**spoke** 141:15 164:13 169:23 171:1 192:10 195:4,6
**spoken** 171:2,3 185:23 239:2
**sponsor** 18:3
**spoofing** 232:13 234:17 238:1,7
**Sprite** 16:21
**squirm** 246:19
**staff** 20:6,7 21:15 76:24,24 77:10,23 79:3,8 82:4 185:18 195:13,18 242:7
**stamp** 90:6,8,24 110:15 112:2,4 200:6,13
**stamping** 110:9
**stamps** 245:13
**stands** 37:2
**stapled** 200:11
**star** 247:13,15
**stars** 113:24
**start** 10:4 18:7 19:1 26:15 33:11 38:7,14 58:3 103:7 107:3 139:23 230:25 231:4
**started** 13:12 17:4,6,14 18:1 19:12,14,16,16,24 21:22 22:14 28:24 29:17 30:24 33:10 36:12,15 38:6 55:17 55:18,18 61:6 84:5 85:10 86:16 88:2 100:21 103:11 126:20 139:13 140:4,9 175:20 176:9 184:23 185:2 195:19 203:15 218:2 231:6
**starting** 10:7 81:13 201:14
**starts** 91:17 168:14 215:10
**state** 2:10 8:20 12:20,23 17:10 216:23 252:21
**stated** 188:19
**statement** 206:19 242:10
**Statements** 5:12 203:1
**states** 1:1 19:16 41:3,5 47:10 50:10,17 53:6,13 54:5 80:3 91:25 96:2

123:19 156:23 165:3 172:12 252:1
**Staton** 249:19
**status** 80:14
**stay** 167:25 229:5
**stayed** 71:25
**steal** 74:1,3,6
**stealing** 73:18 76:9 78:6 247:17
**STENOGRAPHER** 69:16 89:12
**stenographically** 9:14
**stenotype** 2:11
**step** 71:20 133:17 134:14
**Stephen** 210:8 213:2
**stepped** 71:16,19 72:1,6,11 72:13 73:2
**Steven** 175:6,12
**stick** 66:13
**sting** 56:2 219:23 223:2
**stipulated** 38:17
**stock** 22:11 24:21 35:18,24 41:14 48:18 49:2 108:21 141:21 142:8 227:18 228:2
**Stockbridge** 48:18,21,23 49:3
**stocks** 17:4 99:8,11 133:9 157:7 159:17 161:11 245:20
**StockTradeIdeas** 145:19 146:16 147:2 149:9
**stop** 116:9 129:24 132:7,16 216:21 220:11
**stopped** 13:20 66:20 101:15 131:24 176:22 186:13 198:17 201:21,22 236:25
**stops** 249:24
**stored** 111:5,13
**stories** 124:20
**story** 142:6
**strange** 78:3
**strategy** 30:6 83:23,25 204:6 205:5 226:25 227:3 227:22 232:21
**streams** 42:10,25
**stress** 246:20
**stretch** 192:25
**stricken** 93:14
**structure** 29:10 143:14
**students** 145:15,18 166:12 166:20,24 167:22 168:15 168:20,22,22 169:2
**stuff** 16:9 81:15 156:1 182:5 201:24 207:16
**subject** 171:18 186:23

194:24
submitted 71:22 86:18
SUBSCRIBED 254:2
subscription 17:15
subsequent 195:7 226:8
235:13
Subsidiaries 28:19
subsidiary 29:3
substances 10:1
succeed 62:9
sudden 119:5 228:11
sue 35:14 236:17
sued 117:25
Suh 68:16
Suite 2:13 3:6,17 8:10,17
Sum 3:11 8:23,23 52:1,8
69:14 90:21 111:23 112:3
112:6,10 148:12
sum- 66:21
sumal@sec.gov 3:12
Summary 127:13 175:5
Sun 67:24 219:11 225:9
Sunday 180:25
super 20:16
superior 59:14
supermarkets 15:11
Supervised 72:25
supplement 179:21
support 100:9,11 204:5
205:16,17
supposed 151:18 153:6
202:4
Supreme 27:21
Sur 55:12
sure 9:21 14:5 26:23 46:5
52:3 53:20 77:6,9 81:19
82:17 86:19 103:14,24
107:25 114:5,8,14 117:22
118:12 132:25 141:6
153:12 159:4,7,9 164:3
165:11,13,18,20 166:10
169:5 170:7 185:11,23
191:22 192:7 217:21
219:23,25 220:12 223:1
226:4 233:9 238:22
Sure- 178:10
SureTrader 1:9 4:12,15 6:5
6:10,15,20 7:3 39:12,14
40:17,18,23 41:22 43:6,7
44:10 46:18 53:5 54:13
70:15 81:17,20 84:7 85:2,5
85:9,17 89:21 91:9,15 92:5
92:8,21 93:21,25 94:7
95:11 100:8 105:9,21
106:15 107:1 109:12

112:18,20,23 113:6,11,21
113:23 114:2,4,6,9,11,14
114:23 121:2 122:10,17
123:3 124:21 125:1,5,13
127:22,24 131:3,8 133:11
136:18 137:23 138:6 139:8
139:11,19 140:9 142:1,2,3
143:3,7 144:8,15,17 153:2
153:21 156:2,5 157:12,17
158:19,21 159:20,24
161:20 162:20 166:12,16
166:20,25 167:22 168:16
168:21 169:2,21 171:23
172:23 173:1,2,5 176:7,8
178:2 179:25 184:5,18
188:7 191:21 195:24 196:2
197:15,17,23 206:2 208:16
209:22 213:8,17 216:8,15
219:5 221:9 224:21 226:11
227:7 228:8,9 234:2,5
239:16 243:8 252:9
SureTrader's 44:4 83:3
86:11 89:9 90:2 91:4 98:23
99:2 122:19 128:18 162:25
163:14 176:23 187:11
197:8 211:3 213:11 216:9
216:10,17,24 217:25
218:16 241:18 242:8 243:6
SureTrader.com 85:6 90:3
105:6 106:24 113:19
SureTrader.com's 97:9,9
SureTrader/Swiss 184:16
Sushi 55:13
suspicion 239:9
suspicious 77:21
swear 9:3
Swiss 1:8 5:10,20 25:15,21
25:25 26:14,20 28:17,24
29:4 32:20,23,24 36:11,20
39:8,22 40:3,18 41:2,17
42:9 43:7 45:9 47:9 48:12
49:5,7,23 50:2 51:11 57:11
57:21 58:1 95:18 150:14
150:18 151:23 152:15
153:2,16 155:3,10 179:24
187:3 188:2 199:19 201:16
201:16,17 202:8,9,13,25
203:9 204:3 207:19,24
208:16 209:1 210:5 252:8
switched 10:11,15 27:23
103:25 127:8
sworn 2:4 9:6 252:24 254:2
Sykes 137:13 138:3 142:8
145:15 146:6 149:8 218:17
Sykes' 141:21

symbol 188:11
Symonette 62:16
Symonette's 81:8
system 96:8 126:22 210:1,2
210:2

_____

**T**

T-shirt 246:20
table 227:1
tagged 51:22
tail 193:10
take 9:17,19 10:14 19:5
25:11,17 34:9 57:24 84:3
88:23,25 98:8 104:15
108:13 113:11 130:17,25
138:24 145:13 147:2,23,24
149:16,19 182:23 197:16
197:17,18 214:6 224:8,12
226:3,5 244:5 251:3
taken 2:4 8:10 81:2 104:18
150:2 179:8 214:11 251:10
253:21
talk 17:11 32:2 35:20 81:20
164:5 185:14 195:20
199:15 216:21 222:21
223:8 227:3 231:11
talked 18:25 28:12,14 64:9
83:15,18,19 138:3 157:12
173:5 185:10 215:6 239:23
talking 31:19 36:12,20 40:23
57:7 65:1 74:17 78:15 80:7
81:6 85:25 102:18,20
114:24 125:10 131:20
152:5 159:16 187:23
190:12 191:23 199:11
228:12 231:1,2,4 232:6
234:1,4 239:10 246:11
talks 180:5,13
tape 149:17
tapes 230:3
target 56:12 84:19 217:22
217:22 227:4,10 232:10
targeted 135:12
targets 141:24 216:3 228:21
taught 16:19
tax 196:12 197:12 208:19,24
taxed 196:6
taxes 196:17 197:8,8,13
209:1,4,6
TD 107:19,20 108:13
team 59:8
technically 38:20
technologies 33:15 84:25
technology 31:2 61:11,15
61:19 101:6 204:5 205:17

Telephone 95:20
tell 10:6 14:2,3 25:25 32:7
41:11 54:6 70:20 74:10
91:6 92:23 118:25 142:18
147:15 230:5,7 231:10,17
telling 31:22 68:24 74:1,5
78:2 165:16 172:24 186:5
229:24 231:2 232:20
ten 187:17,17 248:1,5 249:4
term 182:13,14,15
termination 76:9
terms 143:6,8,11 169:4
198:7
terrible 152:9
Terrific 10:4
testified 9:7 70:3 102:18
128:25 129:5,23 130:2
132:22 174:14 184:7
testify 167:2 236:18
testifying 129:25 130:1
148:12,14,15
testimony 132:20,22 133:1
173:14 191:13,14,18
211:15 222:6 252:25
testing 31:19
Texas 3:18 127:1
Thank 87:8 129:8 130:10
132:23 135:9 203:10
251:15
therefor 253:15
they'd 220:21
thing 27:23 37:12 57:16
71:4 75:16 82:8 108:4
120:4 133:24 151:22
180:12 183:10 188:16
220:10 237:2 243:12
things 14:11 72:18 78:1
81:11 87:15,16 88:5
111:19 118:8,19 119:2,8
120:12 122:4,6 128:22
150:23 178:2,4,5 188:2
192:7 193:8 200:1 210:9
219:13 236:19 240:22
243:24 247:19
think 13:5 17:16 19:4 21:11
26:13,19 28:5,6,10 29:8,23
32:8,10,18 33:12 35:2,17
36:1,4 37:2 40:6 42:13,22
51:19 53:4 54:22,24 55:8
55:19 61:12,14,24 62:7,7,7
63:10 77:16 79:9 81:18,19
83:21 85:13 88:7 90:22,24
95:6 96:6,16,25 103:2,3
107:25 108:3,15 109:6,8
110:8 120:14 124:16

125:11 126:7,8 127:7,9
136:12 137:16,18 138:17
138:18 151:18 154:10,11
154:16,25 162:20 170:4,19
171:20 177:3 183:23 190:3
191:4,7,10,11 194:16
201:18,19 204:21,22 209:3
213:3 219:8 222:20 224:19
224:19 231:25 234:10,11
235:4 238:15,15 241:25
247:20 249:12,16 250:2,21
**thinking** 35:21
**third** 92:18 168:13 248:11
**third-party** 210:24 213:15
**thought** 57:6 209:11,13
229:18,19
**thousands** 159:15,16
**threat** 75:8 217:10
**threatened** 74:19
**threatening** 250:13
**three** 10:13,13 28:13 33:12
49:17 80:1 82:2 91:16 92:2
92:25 93:10 195:17 223:5
236:5 239:24 247:11
**three-month** 169:3
**till** 115:22 204:25
**Tim** 138:3 218:17
**time** 8:12 10:21 12:10,24
14:14 16:25 17:5,5,21 18:9
19:19,20 20:11,19 21:24
25:14,18 29:25 30:13 31:7
31:13,17 33:2,10 35:19
38:4,9,18,20 41:21 42:5
50:6 54:25 55:8,16 58:12
59:11 61:22,23 62:4 65:20
66:24 71:14,16,17 72:1,8
72:16,24 73:12 76:22
77:10,24 78:9 79:9 80:2
81:24 82:12,15,18,23
83:19,24 84:5 85:23 88:22
88:24 89:3 92:23,25 93:15
93:17,23 96:15,21 98:25
101:5,7,22,23,24 102:2,6,8
103:18 108:5 112:22 114:7
115:10,19,20 117:23 120:1
127:6 128:2 137:22 139:1
139:2,6,7,16,17 140:20
144:7 146:5 153:15 154:21
155:15,19 157:5 170:5,18
170:19 171:3,17 176:11
184:1,20 185:2 189:1,3
192:16 195:8,9,9 196:3
197:1 198:1 208:1,4 211:5
217:1,14,18,23 219:8
220:8,9,13 221:22 222:1,4

222:24 223:4,5 224:15
228:17 231:24 233:1,10
234:4 235:2,5,6,16 236:22
237:12,17,21 240:16
245:23 247:24 249:1,3
251:20
**time-wise** 213:23
**timer** 100:15
**times** 35:1 36:6 60:1 92:1,2
93:10 94:15 98:8 102:6
131:18 163:19 177:18
178:6,20 185:11,25 217:16
223:5
**timing** 69:9 115:6
**Timothy** 137:13 141:21
142:8
**tiny** 126:1 245:3
**tired** 215:21
**title** 91:8,14
**titles** 49:14
**today** 9:21 112:19 157:9
**Today's** 8:11
**told** 18:25 66:25 70:16,17,22
70:23 71:1,2 73:11 74:3
78:21 79:13 80:18 92:20
93:1 119:20,20,21,23
141:18 142:10 165:7,14
167:18 178:18,20,22 186:7
212:16 218:15 220:18
221:13 223:12 227:14
229:11 231:9 232:11
234:20 236:9,11,16,18
237:10 239:22 240:5,14
**toll** 233:4
**tolling** 233:12,22
**tools** 92:10
**top** 13:5 24:24 50:1 54:4,8,8
54:20 88:6 118:15 145:22
155:14 164:16 175:6,12
203:17,20 206:25 219:15
242:24
**total** 49:21 52:15,17 206:21
**touch** 166:8
**tough** 128:22
**tracking** 133:14
**trade** 10:20 17:4,5 18:17
41:11,12,22,24 42:4,7 47:3
92:2,13 93:9,12,14,15,19
94:3,11 99:3,7,14,18,23
109:4 114:6,11,22 145:6,8
145:11 157:8 175:10
211:12 213:13 227:5,17,18
**traded** 30:8 228:3
**trader** 91:22,23,25 93:6,14
93:21

**traders** 22:21 41:9,19 92:6
93:24 127:24 128:1 131:3
131:8 133:10 136:16
159:16
**trades** 17:12,19 75:19 100:5
112:19,21 127:16 227:7
229:1
**TradeZero** 172:24
**trading** 18:11,14 19:1 22:19
29:1,2,21 30:1,5,8 31:1,2,2
37:12,17,18 41:8,16 51:13
92:3,12,22 93:16,22 94:1
99:11 127:23 133:8 135:16
137:17 143:21,23 144:18
145:21 150:13,17 153:6
156:2 160:1,6 161:7,9,11
161:12 162:9 164:5,6,10
164:23 165:1,2,6,14
166:11,16,19,24 167:15,23
170:15,17 171:22 172:15
172:19,20 175:3 176:3,4
176:15 209:25 211:23
212:1,24
**traffic** 113:10 114:1 135:14
135:16 136:16
**trained** 16:17
**training** 12:20 16:19 169:3
238:6
**transaction** 105:18
**transactions** 30:9 42:5
54:17,23 100:1 182:10
194:20
**transcript** 191:16 252:24
253:13
**transcripts** 191:8,9,12
**transferred** 138:13
**transformed** 100:20
**trap** 230:10
**travel** 73:1
**treat** 196:8
**tree** 59:13
**trend** 47:4
**tried** 19:5 78:8 80:17
**trouble** 240:3
**trucks** 15:21,21
**true** 252:25
**Trump** 196:4
**trust** 23:12,14,17,24 24:1,8
24:20,21 29:16 34:17
197:24 202:14,15 208:22
209:6 245:25
**trustee** 24:11 197:25
**Trusts** 52:25
**truth** 247:3,8
**truthful** 177:3

**truthfully** 9:23
**try** 79:14 101:7 117:14
118:14
**trying** 28:5 33:11 35:5 39:24
40:1 63:10 96:22 109:18
118:24 134:2 173:18
228:24 236:20 240:9 247:2
247:9
**turn** 110:5 112:17 156:24
203:17 241:3 246:13
247:22
**turned** 79:20 164:3 230:3
**turning** 215:8
**tweet** 245:19,21
**tweeted** 246:8
**tweets** 245:8
**twice** 238:5
**Twitter** 5:7 157:6,9 159:24
244:12
**two** 14:16,17 23:21 28:12
29:25 33:20,20 59:23 60:1
61:24 64:10 81:25 83:8
88:4 89:8 104:7 111:9,16
115:20 126:7 127:7,9,10
130:18 154:24 167:9 199:6
229:23 233:2,15 235:18
236:5
**type** 18:12 31:20 84:20 85:1
100:23 113:5 128:5 138:19
140:22,23 153:17 198:8,9
**typed** 147:12
**types** 52:22 84:13

---

**U**

**U.K** 84:22
**U.K.-based** 157:20 158:24
158:25
**U.S** 22:21 29:18 41:23 49:8
53:25 77:7 84:21 87:18
93:4,8,19,20,22,25 94:4,16
94:18,18 95:21 97:22,23
97:25 99:8,9,11,11 100:24
101:9,11 102:5 103:1
105:17,19,21 106:2,2,4,6,7
106:8,10,11,13,19 107:21
108:7,10,22 109:10,13,20
109:21,22 114:5,10,24
115:1 116:1,1,24 117:19
117:25 118:17,23 120:25
121:1,21,25 122:6,18
123:4 129:1 130:6 137:12
137:15,20 138:4,5,10
140:8,22 141:1,3 142:5
151:5,14,19 153:3,3,4,22
153:23 159:5,14 160:4,9

160:20,21 161:6,13,16,18
161:19 162:11 163:24
165:12,13 171:8,15,15
180:1 182:11,18,22 183:3
183:13 185:16 187:5 188:6
188:7,12,14,17,17 189:6,9
189:10,11 201:8 208:20
210:24 216:7,11,15,17,19
217:25 218:1 219:24 220:1
227:15 239:17 241:17
243:8,15
**U.S.-traded** 51:14,15
**U.S.A** 161:18
**Uber** 237:11,12,13
**uh-huh** 9:15 115:2
**ultimate** 163:21
**Um-hmm** 36:2
**unclean** 215:14,25
**uncommon** 182:5
**unconscionability** 243:20
244:1
**uncooperative** 236:13
**undercover** 56:14 73:17
217:17 224:22 226:16,18
228:14 233:2 234:11 237:7
238:10 243:16,17
**Underground** 137:13
139:24,25 145:17
**understand** 9:16 119:7
121:4 223:15 225:21,23
**understanding** 49:10 96:10
146:19 167:3 177:24 178:1
178:13 180:19
**understood** 146:12 238:2
**unfettered** 216:9,24
**unfortunately** 246:3
**union** 16:15
**United** 1:1 41:3,5 47:10
50:10,17 53:6,13 54:5 80:3
96:2 123:19 156:23 165:3
172:12 252:1
**University** 11:2
**unrelated** 144:8
**unsolicitation** 88:7 158:7
176:21
**unsolicited** 123:8 125:23
126:6,10 182:8
**unsolicited'** 182:10,15
**unsolicited.'** 183:4
**update** 58:8
**updated** 193:7,15,16
**upset** 142:15,15 230:1
233:11,17,18 234:2
**urges** 249:25 250:3
**USA** 22:11 24:21 27:8,10,10

35:18,24 48:18 49:2 171:8
**USAO** 239:19
**USD** 97:22 108:11,25 188:10
**USD/BSD** 97:15,16,16
**use** 39:12 52:10 54:13,25
56:1 71:5 101:6 110:19,21
112:19 129:19 161:10
181:16 195:10 200:15
216:12,18 219:22 220:3,21
223:2 237:11 248:23
**user** 159:19
**username** 101:17
**users** 98:11
**usually** 15:5 61:24
**utilized** 104:6 137:2 138:7

_____

**V**

**vague** 125:4,4
**vaguely** 88:25 137:8 166:6
**valid** 168:25
**values** 207:1
**variation** 153:12,17,18
**various** 163:19,25 164:4
**Vegas** 141:22
**vendetta** 247:10
**verbally** 221:14
**verify** 52:5
**Vernon** 10:11,12
**version** 193:15
**versus** 8:6 117:7 167:24
190:11
**video** 8:4,9,15
**videographer** 3:24 8:3 9:2
48:1,4 80:25 81:3 104:16
104:19 149:25 150:3 179:2
179:6,9 214:9,14 251:8,11
251:18
**VIDEOTAPED** 1:14 2:2
252:15
**view** 114:1,15,20 182:23
**viewed** 114:23
**viewing** 114:6
**violation** 161:21 247:18
**violations** 216:4
**violators** 216:8
**virtue** 204:10
**visibly** 233:18
**vision** 152:11
**visitor** 133:14
**VoIP** 95:23
**volunteer** 12:18
**vs** 1:6 252:6

_____

**W**

**Wainstein** 227:9,25 228:12

229:2,5 230:6
**wait** 67:6 158:1 174:20,20
174:20 246:19
**waited** 237:13
**waiting** 226:23 230:2
**walk** 15:5 238:12
**walked** 87:12 219:19 223:10
223:11 230:10
**walking** 15:4 218:13
**want** 9:21 15:2 26:21 41:1
55:10 69:22,24 79:16,17
80:8 93:12,19 95:9 107:3
115:9 116:17 131:14
132:24 141:13 144:19
146:15 147:5,20 148:20
149:19 161:25 168:7
177:23 179:15 184:12
193:2 199:8 223:8 228:3
233:3,17,21 240:3 241:24
250:25
**wanted** 11:1 19:1 23:23 33:3
35:20 64:5,25 65:6 71:5
125:9 161:16 166:8 171:20
196:6 212:6 222:16 236:17
**wants** 132:10 228:25
**Warrior** 137:17 143:21,23
160:1,6 161:7,9,12 162:9
164:5,6,10,23 165:1,6,14
166:11,19,23 167:15,23
170:15,17 172:15,19,20
176:3,4,15
**wasn't** 17:20 18:6 21:23,25
29:5,5 31:3 71:15 72:23
73:3 77:25 81:23 86:7 96:7
102:6 144:4 145:5 149:13
162:24 164:17 169:15
170:14 171:5,10,13 181:19
189:3 191:10 193:9 197:19
208:20 210:24 211:17,18
222:6,14 232:14 236:2
**watch** 171:24
**watched** 172:1
**watching** 246:18
**water** 20:13
**way** 31:12 58:21 70:21,24
75:11 96:22 99:21 103:21
106:1 113:9 119:24,25
125:14 129:11 133:18
134:15,25 137:10 142:12
142:14,15 146:15 147:15
148:1 157:22 159:18 172:4
186:1,8 200:10 205:9,12
217:3 223:14 224:2 225:20
227:5 229:4 230:11 241:1
250:11

**Wayback** 103:15 147:1
**ways** 92:4 95:17 105:8
147:7
**we'll** 26:20 40:24 47:16 52:6
56:7 68:18 89:14 110:16
110:18 111:1 112:3,7
115:21 120:6 123:13 132:1
144:13 149:17 179:15
220:15 230:13 235:9
244:17 250:22
**we're** 21:7 25:8 40:23 48:4
51:19 57:7 81:3 98:18
100:10 156:13 179:9
192:23 214:14 215:23
227:3 230:7 244:6 246:10
250:23 251:11
**we've** 9:18 28:11,14 53:2
55:3 95:25 168:15,20
241:21 242:11
**wear** 228:16
**wearing** 228:23
**web** 19:15 95:10 101:23
112:11 128:17 155:15
162:6
**web-based** 18:14 98:4,11
**webinars** 172:3
**website** 4:12,15 6:5,10,15
6:20 7:3 17:7,11 19:13
22:10 31:14,17 39:14 85:2
85:4,9,15,19 86:11,14,15
86:17,23 87:9,14,17 89:9
90:2 91:4,6 95:11 97:10,11
98:23 99:2 100:17 101:16
101:21 102:4,5,8,13,23
105:6 106:15,24 113:5,10
114:6,12,15,17,20,23
115:1 116:4,6,17,21,25
117:12,18 118:16 119:10
121:3,10,12,14 122:2
123:9 124:5,6,7,8,10,11,12
124:17,22 125:1,2,9,17,17
128:18,24 130:14,22 133:8
133:13 134:24 135:14
138:21 146:16 149:10
152:16 153:13 157:13
159:3,13,19 161:1,7
163:10 173:3 188:19,20
189:4,22 190:16
**websites** 116:21 127:23
151:24 153:9
**Wednesday** 1:16
**weeds** 14:10
**weekends** 239:24
**weeks** 226:24 228:13
230:15

**weird** 228:17
**welcome** 251:17
**Wells** 119:19 218:3 243:1
**went** 10:9,19,23,23 11:1
15:22 39:10 98:13 102:8
116:20,21,21 121:15
157:13 159:23 172:22
173:2 181:7 211:16 237:15
240:21,22
**weren't** 118:24 119:2,10
121:23,23 122:1 161:4
162:3 163:3 188:25 192:7
228:20
**Westchester** 10:22
**wife** 25:14,18,18 38:8,20
**willing** 92:9
**winding** 27:3
**wire** 97:19,21 105:25 228:24
**wired** 141:22 217:6,15,18
234:8
**wires** 230:4
**wishes** 115:19
**witch** 249:11,13,17
**witches** 247:25 249:3
**witness** 2:3 9:3,5 44:16
128:4 129:12 149:19
236:14 247:13,15 250:19
251:14,17 252:23 253:1,5
**women** 250:2
**wondering** 111:16
**words** 163:9,10 242:2
**work** 14:7,18,19,24 15:2
16:4,14 31:18 79:11,14,14
80:13 103:22 113:8 143:3
143:5,7 184:25 233:24
237:19 250:2
**worked** 13:25 14:20,21
15:15 16:11 101:10 102:24
163:20 166:16
**worker** 16:13
**working** 10:24 14:3,12,16
16:12,20 20:8,20 33:13
56:3 73:17 74:25 80:16
85:10 96:7 107:10,13
138:9 144:25 154:14 164:9
166:11,23 222:4 224:22
230:6 233:2 235:13,15,18
**works** 230:22
**world** 106:3 165:4
**wouldn't** 60:8 63:20 101:13
161:19 177:6 213:20 224:2
233:12,18 234:22
**write** 137:8 157:7 183:9
**writes** 194:17
**writing** 119:9 122:11 137:7

183:9 220:24 221:1,24
222:2 225:24 226:2
**written** 58:21 173:1 187:11
187:25 194:5,10 242:15
243:1
**wrong** 70:21 80:8 93:1
220:4,22 221:8
**wrote** 119:18 137:7 146:22
146:24 172:22 181:17
183:10 223:16 241:13

X
**X** 5:7 244:13,23 253:16

Y
**Yan** 80:4,16 83:18,21 149:2
165:16 169:23 170:2,9
172:22
**Yan's** 80:10
**Yaniv** 62:2 146:24
**Yanko** 231:16 236:2 237:8
**yeah** 12:5 15:25 23:5 24:19
25:23 27:8 28:9 34:25
36:19,21 39:15 41:13 42:2
42:15 44:16 46:12 49:19
49:20,24 50:3 51:10 52:6
56:17 58:10 61:18 65:19
76:3 89:14 90:15 95:6
97:12 99:1 103:10 120:14
123:25 126:2 128:21
129:12 148:13 149:21
151:13 158:8,13 175:15
179:4 186:12 189:13
191:14 192:25 199:9
205:21 206:3 211:24 214:2
214:8 224:17 225:14 230:8
239:11 244:3 245:2 246:7
248:6 249:12 250:5
**year** 10:10 14:12 16:18 20:3
21:11 22:3,5 25:6 33:7
34:4 38:12 45:22 68:2
81:25 103:8 142:19 157:21
167:13 186:12 196:19
201:3 232:21 233:14,16
249:6
**year-end** 204:8
**years** 13:10 14:5 18:8 22:6
32:4 47:1 62:6,8 81:25
82:2 92:25 100:20 102:20
158:2 163:21 181:6 186:10
186:11 187:17,18 195:17
195:17 221:5,8 233:3,16
239:24 248:1,5 249:4
**York** 10:10,12 12:20,23
17:10 35:10 178:7

Z
**zero** 113:24 149:2

0

1
**1** 39:1,2,3 43:10 51:15 94:17
94:19 96:21 110:6 168:23
197:5 199:5,7 204:17
206:12 253:6
**1,000** 140:7 154:20 168:23
**1.1** 207:10,10,24,25
**1.2** 209:9,10,16
**1.229,925** 209:16
**1.3** 204:18
**1/15/2012** 5:3
**1:21-cv-21079** 8:8
**1:21-CV-21079-Bloom** 1:7
252:7
**1:46** 81:4
**10** 20:6 43:19,24 45:4 46:25
50:11 52:25 151:3,9
**10,000** 45:12 80:5 105:19
**100** 17:21 21:18 29:22 54:4
54:8 133:12 145:16
**100,000** 30:8 78:10
**10392** 123:23
**10399** 125:20,22
**10400** 126:4
**10403** 126:23
**10406** 127:12
**10407** 127:12
**10429** 156:25
**10438** 158:12
**105** 6:20
**10577** 187:3
**10591** 190:17
**10592** 190:7,9
**106** 6:10
**107** 174:20
**10774** 172:14
**10780** 174:19,22,23
**10787** 175:4
**108** 203:19
**10827** 203:18
**10th** 201:7
**11** 89:5 181:6 215:8,17,19
**11:08** 2:6 8:13
**11th** 95:13
**12** 20:6 98:6,8 123:13,13
185:7
**12/31/2015** 6:3
**12/31/2016** 5:11
**12/31/2017** 5:15
**12:01** 48:2

**12:02** 48:5
**12:39** 81:1
**12:40** 80:24
**128** 4:12
**13** 5:16 142:24 206:11
224:18
**14** 142:24 203:23 224:19
**15** 135:20 222:5 234:12
**15-A** 160:22
**150** 21:19
**15a** 221:19
**15a-6** 4:22 118:10 122:14,23
177:17 180:3,18 182:12
184:6,19 186:23,24 187:6
187:10 188:3 189:17 194:3
194:7,17 218:12 222:10
**15a-6(a)(4)(i)** 182:9
**15th** 180:25 181:10
**16th** 203:1
**17** 14:14 196:20
**17,015** 52:17
**179** 4:15
**17th** 186:21
**18** 10:24 14:3,5,14 23:22
62:7
**180** 5:3
**186** 4:20
**19** 14:14,14,19 15:21 16:18
**193** 5:23
**1950** 2:13 3:6 8:10
**196** 6:3
**1998** 17:7,9,25,25
**1999** 13:13 19:21
**1st** 90:1,17 254:3

2
**2** 94:17 96:21 199:4,7
206:18 215:18
**2-to-1** 98:15
**2,000** 145:16 154:23 155:4
161:9
**2,497** 168:1
**2:19** 104:17
**2:27** 104:20
**20** 16:18 32:3 50:11 103:6
144:11,13 238:4
**2000** 20:3,4 21:11 22:3
**2000-2001** 22:8
**2001** 21:11,12 221:5
**2003** 30:25
**2007** 24:15
**2008** 22:24 25:9,11,14 26:1
36:16
**2009** 10:25 12:16 29:18
140:4

**2009-ish** 138:25
**2010** 23:12 30:15
**2011** 12:19,25 26:1,5,13
  29:23 36:16 55:17 61:9
  86:15 89:4 100:21,22
  103:12 141:15
**2011-2012** 38:17 61:8
**2012** 12:19 13:14 29:23
  36:17,18 38:4,14 55:1
  65:17,21 66:7,11,20 67:2,3
  67:20 68:3 70:8,12,13
  73:10,10 89:4 92:19
  100:22 119:15 128:4
  141:14 142:9,20,21 170:2
  180:25 181:11 185:7,8
  186:13 196:11 219:1
  224:17 236:12 241:20
  242:9,12,13 243:7
**2012-2013** 195:14
**2013** 11:4 13:4 30:15 55:19
  115:7,10 119:15 142:24
  185:6 186:21 191:22 193:3
  193:14 224:16,20 230:18
**2014** 12:16,19,25 13:4
  142:22,24 153:21 154:4
  217:19 232:5 234:9,10,12
**2015** 55:19 66:22 70:8 71:8
  71:9 73:11 96:16 119:6
  146:17 147:3 149:10
  186:14 193:4,15,16 194:10
  195:7 199:17 204:1 217:18
  217:19 221:19 237:1,3,19
  237:19,20 238:14,16
**2016** 38:10,13 41:21 43:8
  44:10 45:10 47:4,8 50:18
  65:18,21 66:10,13,15,17
  67:12,16 68:22,25 69:3,23
  69:25 70:4 71:7 72:2 73:5
  73:13,14,15,15 75:14,20
  75:23 76:19 86:2,6,7,13
  107:9 115:8 176:10 196:11
  201:14 203:2 236:23
**2017** 25:19 33:8,25 38:25
  39:5,19 43:16 45:16 53:6
  60:3 62:7 65:16 71:13 72:4
  75:25 76:13 81:21,23 84:3
  85:25 86:3,4,8 95:13 99:17
  99:18 104:3 107:13 128:5
  144:1 146:1,17 149:4
  158:14,16,22 169:10 170:6
  170:7,23 176:5,12 206:12
  207:25 236:1,4
**2018** 44:4,5 45:18 53:13
  90:1,1 91:4 104:3 110:17
  155:4 196:19

**2019** 38:4,10 39:5 41:21
  44:7 45:20 47:4 53:15
  62:19 81:21,23 84:3 86:2,6
  86:8 115:8 172:18 173:11
  173:21 174:11 196:19
  211:7
**202** 5:10
**2020** 172:4
**2023** 1:16 2:5 8:12 244:25
  245:23 249:7,9 252:16
  253:6 254:4
**2027** 157:25 158:5,8,13
**206** 5:15
**21** 18:8
**214** 5:8
**21st** 173:21 174:10
**231129RJC** 1:25
**24** 11:20 55:2,4 57:12
**244** 5:7
**25** 32:4 52:24 97:16 98:12
  100:5 221:8
**25,000** 91:21 92:1 93:11
  94:4,10
**252** 4:5
**27** 173:23 203:17,21,22
**27th** 58:9
**28** 172:7
**29** 1:16 17:16 49:21,23 50:6
  252:16
**29th** 2:5 8:12
**2nd** 244:25

---
**3**
---

**3** 11:21 49:12,14,18,19,19
  49:19 52:15 98:9 110:6
**3,000** 161:9 173:4
**3,499,500** 204:9
**3,500** 46:19 47:2
**3.95** 167:24
**3/21/2017** 165:24
**3/30/2017** 144:14
**3:19** 150:1
**3:45** 150:4
**30** 100:15 103:12 107:9
  253:12
**30(f)(1)** 253:9
**300** 52:20
**305** 3:8
**31** 71:9 204:1
**31st** 199:16 203:2
**33** 154:23
**33131** 3:7 8:11
**339** 90:25 111:1,4 112:6
**3700** 3:16
**380** 105:10,11

**396** 179:21,24

---
**4**
---

**4** 20:19,22,23 51:7,8,9
  156:13 176:4
**4,000** 46:19
**4.8** 201:4,8,10
**4.95** 167:24
**4/4/2017** 175:17,21
**4/6/2016** 5:19
**4:21** 179:7
**4:26** 179:10
**40** 97:15
**40,000** 46:10
**400** 8:17 52:20
**400,000** 201:2,13 204:6
**401(k)** 196:8
**409626** 254:10
**42** 165:22
**429** 157:24
**47** 5:19

---
**5**
---

**5** 43:12
**5,000** 21:1 46:25
**5:15** 214:10
**5:20** 214:15
**50** 17:21 47:12 50:11,22,25
  53:8,17 54:8 97:15 98:3,9
  98:14 112:19,19,20 154:7
  232:21
**50,000** 46:10,23
**500** 94:13
**503-06388** 3:19
**51** 150:7
**512** 3:19
**55** 11:20
**59** 4:12 128:14 179:17,18
  180:16,16
**59A** 4:15 179:11,16

---
**6**
---

**6** 94:19 206:21,22
**6-to-1** 94:21,24
**6/12/2027** 254:11
**6/17/2013** 4:20
**6:07** 251:9
**6:15** 2:6 251:12,20,21
**60** 4:20 103:13 133:14
  186:16,17
**61** 5:3 180:20,21
**62** 5:7 19:6 244:8,9
**620** 3:16
**63** 12:4,7 19:5 89:7,13,15
**64** 110:2

**65** 5:8 214:12,18,18
**66** 5:10 202:20,21
**67** 5:15 206:5,6
**68** 5:19 47:17,18

---
**7**
---

**7** 11:20 13:17 19:7,9,11 91:8
**7.50** 15:17
**76** 5:23 193:18,21
**78738** 3:18
**79** 6:3 198:22 199:1

---
**8**
---

**8.95** 109:9
**80** 6:5 46:16 98:19
**801** 2:12 3:5 8:10
**81** 6:10 106:17,20
**83** 6:15 97:1
**84** 6:20 104:22 105:1,5
**85** 7:3 95:1,7
**8th** 249:1

---
**9**
---

**9** 4:4 168:23
**9/18/2015** 5:23
**91** 127:18,19
**91203** 8:18
**95** 7:3 52:23
**950** 8:17
**97** 6:15
**98** 6:5
**982-6300** 3:8
**99** 39:3 51:15 127:17