**Yaniv Frantz**
**3/11/2023**

---

**Page 1**

```
 1         UNITED STATES DISTRICT COURT
 2         SOUTHERN DISTRICT OF FLORIDA
 3
 4  SECURITIES AND EXCHANGE        )
    COMMISSION,                    )
 5                                 )
          Plaintiff,               )
 6                                 )
    vs.                            ) CASE NO.:
 7                                 ) 1:21-CV-21079-Bloom
    MINTBROKER INTERNATIONAL, LTD., )
 8  f/k/a SWISS AMERICA SECURITIES  )
    LTD and d/b/a SURETRADER, and   )
 9  GUY GENTILE, a/k/a GUY GENTILE  )
    NIGRO,                         )
10                                 )
          Defendants.             )
11  _____)
12
13
14      VIDEOTAPED DEPOSITION OF YANIV FRANTZ taken on
15      behalf of the Plaintiff pursuant to Notice of
16      Taking Deposition, held at 801 Brickell Avenue,
17      Miami, Florida, on March 11, 2023, commencing at
18      10:16 a.m. and ending at 4:12 p.m., before
19      Kelly A. Price, Notary Public, State of Florida.
20
21
22
23
24
25  JOB No. 230311AO
```

---

**Page 2**

```
 1  APPEARANCES:
 2
    On behalf of Plaintiff:
 3
    SECURITIES AND EXCHANGE COMMISSION
 4  801 Brickell Avenue, Suite 1950
    Miami, FL 33131
 5  (305)982-6300
    sumal@sec.gov
 6  BY:  ALICE K. SUM, ESQ.
          -and-
 7       ALISE JOHNSON, ESQ.
 8
    On behalf of Defendants:
 9
    FORD O'BRIEN LANDY, LLP
10  275 Madison Avenue, Floor 24
    New York, NY 10016
11  (212)444-4894
    mford@fordobrien.com
12  BY:  MATTHEW A. FORD, ESQ.
          -and-
13       ADAM C. FORD, ESQ.
         STEPHEN R. HALPIN, III, ESQ.
14
15  On behalf of Yaniv Frantz:
16  PHILLIPS & COHEN LLP
    1 World Trade Center, Suite 8500
17  New York, NY 10007
    smckessy@phillipsandcohen.com
18  BY:  SEAN McKESSEY, ESQ.
19
20  ALSO PRESENT:
21  SIMON EHRLICH - VIDEOGRAPHER
22  GUY GENTILE - via phone
23
24
25
```

---

**Page 3**

```
 1  REPORTED BY:
 2  KELLY A. PRICE
 3
 4
 5              * * * * *
 6           STIPULATIONS
 7      It is stipulated and agreed by and between
 8  counsel for the respective parties that:
 9      Reading and subscription of the deposition
10  by the witness are not waived.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**Page 4**

```
 1              I N D E X
 2
    Examination                      Page
 3
    Direct    By Ms. Sum:            6
 4
 5           PLAINTIFF EXHIBITS
 6  No.                              Page
 7  18    Plaintiff's Re-Notice of    6
          Taking Videotaped Deposition
 8        of Yaniv Frantz
    19    Email Chain                 36
 9  20    Email dated 3.30.17         75
    21    Email dated 3.30.17         84
10  22    Email Chain                 88
    23    Email dated 3.17.17         95
11  24    Organizational Chart       100
    25    Email dated 11.17.17       101
12  26    WhatsApp Messages dated    109
          3.23.17
13  27    Invoices from Day Trading  113
          Radio, Inc.
14  12    Application in re:         117
          Christopher Miguel Penalver
15  28    Application in re: Stephen 121
          Rigodon Derong
16  29    Applications               125
    30    Active Traders List        132
17  31    Affidavit of Zelma Wilson  156
18
19
20
21
22
23
24
25
```

---

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

EXHIBIT
B

1  Thereupon, the following proceedings were had.
2      THE VIDEOGRAPHER:  Okay.  This is the video
3  deposition of Yaniv Frantz, in the matter of SEC
4  versus MintBroker International, LTD, case number
5  1:21-CV-21079-Bloom.  This deposition is being held
6  at SEC Miami Regional Office at 801 Brickell
7  Avenue, Suite 1950, Miami, Florida 33131.
8      Today's March 11th, 2023.  The time on the
9  video monitor is 10:16 eastern time.  My name is
10  Simon Ehrlich, certified video specialist with
11  Gradillas Court Reporters, located 400 North Brand
12  Boulevard, Suite 950, Glendale, California 91203.
13  The court reporter is Kelly Price.
14      Will counsel introduce themselves.
15      MS. SUM:  Good morning.  Alice Sum for the
16  SEC.  And with me is my co-counsel, Alise Johnson.
17      MR. M. FORD:  Matthew Ford on behalf of
18  defendant Guy Gentile, along with co-counsel Adam
19  Ford and Stephen Halpin.
20      MR. McKESSEY:  Sean McKessey on behalf of
21  Yaniv Frantz, Phillips & Cohen, Washington, D.C.
22      THE VIDEOGRAPHER:  Court reporter, please
23  swear in the witness.
24  Thereupon,
25          YANIV FRANTZ

5

1  a witness named in the notice heretofore filed,
2  being of lawful age and having been first duly
3  sworn, testified on his oath as follows:
4      THE WITNESS:  I do.
5          DIRECT EXAMINATION
6  BY MS. SUM:
7      Q.  Good morning.  Could you please state your
8  full name and spell it for the record?
9      A.  Sure.  Good morning.  My name is Yaniv Frantz,
10  Y-A-N-I-V, F-R-A-N-T-Z.
11      Q.  Mr. Frantz, are you represented by counsel?
12      A.  Yes, I am.
13      Q.  Okay.  And what is counsel's name?
14      A.  Sean McKessey.
15      Q.  And is he present in the room?
16      A.  He is.
17      Q.  I'm going to show you what's been marked as
18  Exhibit 18.
19      (Thereupon, the referred-to document was
20      marked by the court reporter for
21      Identification as Plaintiff's Exhibit 18.)
22  BY MS. SUM:
23      Q.  Just take a moment to look at Exhibit 18.
24      A.  Okay.
25      Q.  Mr. Frantz, are you familiar with what I've

6

1  marked as Plaintiff's Exhibit 18?
2      A.  Yes.
3      Q.  Okay.  And this is a re-notice of taking your
4  deposition and a subpoena for your appearance?
5      A.  Yes.
6      Q.  Are you appearing voluntarily here today?
7      A.  I am.
8      Q.  All right.  I'm just going to start with a few
9  ground rules for the deposition.  First, I'll be asking
10  you a series of questions, and the court reporter will
11  be typing both my questions and your answers.  I ask
12  that you allow me to finish my questions before you
13  start your answer, so that she's able to type out what
14  both of us are saying.  She can't type when both of us
15  are talking.  Also, if there is at any point a question
16  that I ask that either you didn't hear me or you did not
17  hear it clearly, you can ask for me to repeat it, or, of
18  course, the court reporter can read it back.
19      Do you understand those general --
20      A.  I do.
21      Q.  -- rules?
22      Okay.  And if I ask a question, and you answer
23  it, I will assume that you understood my question.
24      First, are you under the influence of any
25  medication or substances that would affect your ability

7

1  to answer my questions, remember facts, or answer
2  truthfully today?
3      A.  I'm not.
4      MR. M. FORD:  Alice, I'm sorry to interrupt.
5  Is there a way -- Mr. Gentile would like to listen
6  in.  Is there a way we can Zoom him in, or audio
7  him in, or do you have any objection to it if --
8      MS. JOHNSON:  You can have him call on the
9  phone.
10      MS. SUM:  I think we'd have to use the phone,
11  which I've never used here before.
12      MR. M. FORD:  What if we -- what if we --
13      MR. A. FORD:  What if we just call him on the
14  phone here?  Any objection to that?
15      MS. SUM:  I mean, that should be fine, but I
16  think it's probably easier --
17      MS. JOHNSON:  Want to try that first?
18      MS. SUM:  I'm sorry.  Pardon us for a moment.
19  Do you want to go off the record, please?
20      MR. A. FORD:  Do we --
21      THE VIDEOGRAPHER:  10:20.  We're off the
22  record.
23      (Whereupon, a break was taken, at which time
24      Mr. Gentile entered the deposition via
25      telephone.)

8

1    THE VIDEOGRAPHER:  10:22.  We are on the
2  record.
3  BY MS. SUM:
4    Q.  All right.  I was asking you -- after we
5  talked about the ground rules for a deposition, I asked
6  if you're under the influence of any medication or any
7  substances that would affect your ability to answer my
8  questions, remember facts, or testify truthfully?
9    A.  I'm not.
10    Q.  And is there any reason why you may not be
11  able to answer my questions truthfully today?
12    A.  No.
13    Q.  Have you ever been deposed before?
14    A.  I was.
15    Q.  Okay.  And very briefly, what kind of matter
16  was that?
17    A.  COVID-related wrongful termination.
18    Q.  And have you given any other deposition
19  testimony --
20    A.  No.
21    Q.  -- other than what you just described?
22    A.  No.
23    Q.  All right.  You're aware that you're appearing
24  today to testify in a lawsuit that the SEC has filed in
25  the Southern District of Florida against Guy Gentile and

9

1    A.  Yes.
2    Q.  Okay.  All right.  First of all, do you know
3  someone named Guy Gentile?
4    A.  Yes.
5    Q.  Okay.  And how did you come to learn of
6  Mr. Gentile's name?
7    A.  Through a mutual friend we have, Assaf Shalev.
8    Q.  And in what context did Mr. Gentile's name
9  come up with Mr. Shalev?
10    A.  That they met on flight to Japan or coming
11  back from Japan, and he runs a financial service company
12  in the Bahamas.  Multiple different things in that kind
13  of conversation.
14    Q.  And do you remember approximately when you
15  spoke to Mr. Shalev that you just described?
16    A.  I wanna say, sometimes [sic] third quarter of
17  2016.
18    Q.  And after you received that description of
19  Mr. Gentile from Mr. Shalev, what happened next?
20    A.  Assaf Shalev mentioned some things that he
21  wanted to do some business with Guy, or work for Guy.
22  Nothing in regards to including me or anything in that
23  kind of picture.  It was a build up time where it was
24  when Assaf told me that he recommended me to Guy Gentile
25  for a position in the company.

11

1  MintBroker International, Limited, formerly known as
2  Swiss America Securities, Limited, and doing business at
3  SureTrader, right?
4    A.  Yes.
5    Q.  Okay.  And if I refer to the term
6  "SureTrader," would you understand it to mean that I'm
7  referring to MintBroker and Swiss America Securities?
8    A.  Yes.
9    Q.  Prior to this morning, did you speak with
10  anyone regarding your deposition or your testimony
11  today?
12    A.  With my counsel.
13    Q.  Okay.  I'm not asking you to talk about what
14  you spoke with your counsel about.
15    Did you speak with anyone else about your
16  deposition?
17    A.  No.
18    Q.  Did you meet with me?
19    A.  No.
20    Q.  All right.  Did you --
21    A.  I mean, in the lobby --
22    Q.  Okay.
23    A.  -- before coming up.
24    Q.  Okay.  Did you have meetings with me earlier
25  this week?

10

1    Q.  And did there actually come a time when you
2  either spoke to Mr. Gentile or met him in person?
3    A.  Yes.
4    Q.  And when was that?
5    A.  I wanna say, sometimes [sic] in quarter four
6  in 2016.
7    Q.  And what was the context for your meeting?
8    A.  I think at first was to just meet personally
9  with Assaf.  We had some chicken downstairs.  We went
10  upstairs to Assaf's apartment.  And then, Guy was
11  opening up about his life.  At the time, it wasn't
12  anything in particular.  It was just kind of the
13  meetings of the minds.
14    Q.  And where did this meeting take place?
15    A.  At Assaf's apartment in New York.
16    Q.  Did you know at that time where Mr. Gentile
17  lived?
18    A.  Not exactly.  I mean, I knew he had a business
19  in Bahamas, but I wasn't sure if he's there full-time or
20  not.
21    Q.  Did you discuss with Mr. Gentile any type of
22  job opportunity during this meeting in Mr. Shalev's
23  apartment?
24    A.  I don't recall exactly if we talked
25  specifically about it, but it was very -- in that kind

12

1  of period of time.
2      Q.  All right.  And did there come a time where
3  you specifically recall speaking with Mr. Gentile about
4  a job opportunity --
5      A.  Yes.
6      Q.  -- with him?
7      Okay.  And what did you discuss with
8  Mr. Gentile about this job opportunity?
9      A.  Well, at first, it was more the approach of
10  Guy about, you know, looking for someone to come and
11  help him push the company to the next level.  Anything
12  in the general concept of what it can be, from pushing
13  the employees to become working faster, to, you know,
14  negotiating deals, to, you know, be someone who is an
15  asset to the company.
16      Again, this was something that he approached
17  Assaf, and Assaf told me, and then, we had the
18  conversation.  So I didn't really, you know, try to gain
19  access to look for a job with him.  He was the one
20  looking for a job, and he was the one that came to me.
21      Q.  And were you working at the time that these
22  discussions were occurring?
23      A.  I don't think so.
24      Q.  So did that discussion with Mr. Gentile about
25  a potential job opportunity advance any further?

13

1      A.  Yes.
2      Q.  Okay.  And can you describe how it advanced
3  from that discussion onward?
4      A.  We had a few conversations.  I was invited to
5  fly to the Bahamas to meet with the company.  I saw the
6  entire operations of the company, all the departments,
7  got introduced to people, executives, employees, sat
8  with Janay Symonnett, with Guy in his office.  It was a
9  two-day window that I was able to meet with him and his
10  staff, and to ask questions, and for Guy to tell me a
11  lot about the company, for me to decide if I want to
12  make that relocation.
13      Q.  And when you refer to "company," what company
14  are you talking about?
15      A.  SureTrader.
16      Q.  And this two-day visit, when did it occur?
17      A.  Between October and November 2016.
18      Q.  And after you made the visit, what happened?
19      A.  Me and Guy exchanged a couple messages.  It
20  was just a matter of getting offer about salary and
21  compensation, which came back.  I accepted the offer.
22  And then, Justin Ritchie from the office, who handles
23  new hires, was in touch with Guy and myself.  And Guy
24  told me to speak with him to arrange me coming to the
25  island with all the paperwork needed.

14

1      Q.  So as you were discussing this job opportunity
2  with Mr. Gentile, did he tell you if there was a title
3  for the position?
4      A.  Not really.  It was --
5      Q.  Okay.
6      A.  No.  Not really.
7      Q.  And did he explain to you what your specific
8  job duties would be?
9      A.  Not really.  I think his goal was to start a
10  sales department, which he didn't have.  He claimed that
11  there were a lot of leads that came from the past, since
12  inception, in fact, that they were not untouched.  All
13  the leads came to the compliance department.  Nobody
14  really cared if they're passing or not passing.  He
15  wanted someone also to work on all the leads that came
16  to the company.  So sales was one of the positions, but
17  I didn't touch sales for at least more than six months
18  in my position in the company at SureTrader.
19      Q.  Did he tell you who you would report to in
20  this position?
21      A.  To him.
22      Q.  Did he tell you if you would be supervising
23  any employees?
24      A.  Part of managing the sales team will be to
25  manage employees.  Coming to the company for the first

15

1  time I did have more power over people even without a
2  title.  So I could say that I was managing pretty much
3  employees from day one, just not officially by title.
4      Q.  So did there come a time when you started
5  employment at SureTrader?
6      A.  Yes.  I started employment in January 2017 or
7  maybe a couple of days, actually, at the end of 2016,
8  where I flew to the island earlier.
9      Q.  Prior to you starting your job, did
10  Mr. Gentile explain what was the business of SureTrader?
11      A.  Yes.
12      MR. M. FORD:  Objection.  Leading.
13  BY MS. SUM:
14      Q.  And what did he describe?
15      A.  He told me that SureTrader is a brokerage,
16  that it is offering trading platforms to customers from
17  all around the world, including the United States of
18  America, and that customers are coming organically from
19  every place.  The company is licensed to do businesses
20  in every place.  The company is following the rules and
21  guidelines of all countries, especially the United
22  States.
23      Q.  Did you ask him any questions about how
24  SureTrader obtained its customers?
25      A.  I don't know if I asked it, you know,

16

1 specifically, but, again, Guy voluntarily shared a lot
2 of information that -- said that customers are coming
3 from every place.  He didn't really share too much about
4 how they come, but he did say that they're all coming
5 from everywhere, including the United States.
6    Q.  What you just explained, was that information
7 shared with you prior to you starting your job?
8    A.  Prior, and also, as I started.
9    Q.  Did he explain to you any future plans with
10 respect to SureTrader?
11    A.  I don't understand the question.
12    Q.  Did he describe any business plan for
13 SureTrader in the upcoming year to you?
14       MR. M. FORD:  Objection.
15       THE WITNESS:  Well, Guy was talking about many
16    different plans for the company to -- you know,
17    from starting a sales department, to boosting
18    marketing campaigns, to tripling the budget to
19    marketing campaigns.  It was constant plans that
20    Guy was talking about.
21 BY MS. SUM:
22    Q.  Did he tell you whether you would be
23 responsible for any of those ideas?
24       MR. M. FORD:  Objection.  Leading.
25       THE WITNESS:  I will be tasked to -- to run

17

1    those projects and to handle them, yes.
2 BY MS. SUM:
3    Q.  All right.  So after you started your job at
4 SureTrader, how did you learn what exactly you would be
5 doing?
6    A.  It was a very unique scenario, I would say,
7 because it wasn't really a position that could have
8 start from day one.  Even though I got hired with a
9 title of a senior sales manager, there were [sic] not
10 sales department in the company existing, and it wasn't
11 planned to open it within a month.
12       Everything that I've done in the company was a
13 lot of different tasks and projects that Guy put me on.
14 For example, as soon as I joined the company, I believe
15 in January or February, first thing that Guy asked me to
16 do was to give me a list of different banks, about 50 of
17 them, perhaps, and to reach out to those banks and try
18 to open banking for SureTrader.
19    Q.  Okay.  I'm going to pause you for a moment.
20 Earlier, when I asked you if there was a title for the
21 job that you would be taking on, you mentioned that
22 there wasn't something set, and you now just mentioned
23 senior sales manager.
24       Were you given the title of senior sales
25 manager when you started?

18

1       MR. M. FORD:  Objection.
2       THE WITNESS:  Yes.  My title, when I started
3    the company, with also the labor department, was
4    the senior sales manager.
5 BY MS. SUM:
6    Q.  With the what department?
7    A.  The labor department in the Bahamas.  My work
8 permit was with a title of a senior sales manager.
9    Q.  Who assigned you that title?
10    A.  The company.  SureTrader.
11    Q.  Who did you work with at SureTrader in the
12 first month to learn about the business?
13    A.  It was a lot with Guy Gentile.  In fact, in
14 my -- almost the vast majority of the time that I worked
15 at SureTrader I had my desk in Guy's office.  We were
16 facing each other.  So a lot of the time -- or most of
17 the time will be speaking with Guy, getting Guy's plans,
18 executing them, ideas, brainstorm.  But in the first
19 month, I also sat with every department in the company
20 to learn about the company.  So I sat with the customer
21 support department.  I sat with the banking and funding.
22 I sat with the trade desk, compliance, marketing, IT,
23 and even HR.
24    Q.  Why did you sit with all of those departments?
25    A.  Well, my job was to learn about the company,

19

1 to learn about all the in and outs; all the good things
2 that we're doing, that are working; about the bad things
3 that are happening, that we can improve; find some
4 holes; build some short-term plans; long-term plans.
5 But it's almost like as if you're executing as you go.
6 Like you learn something new, and you're kind of working
7 on that and trying to find solutions for it.
8    Q.  You mentioned earlier that you were sitting in
9 the same office as Mr. Gentile?
10    A.  Yes, I was.
11    Q.  Okay.  How long did you have that office
12 seating arrangement?
13    A.  I had it for the entire time that I worked at
14 SureTrader, but I also had another desk from -- we built
15 another office, which was a parallel to the office of
16 SureTrader, but it was still SureTrader office too,
17 where we had the sales department over there, as well as
18 the marketing department.  So I was hybrid between
19 having a desk, office, or chair with a computer, such as
20 this.  We had agents sitting like that, and I was like
21 this.  And I also had my office at Guy's office -- or my
22 desk at Guy's office.
23    Q.  How did you split your time between
24 Mr. Gentile's office and the second office that you
25 described?

20

Yaniv Frantz
3/11/2023

---

1    A.   Maybe 50/50.  Maybe a little less of 50/50.
2  But I always had presence at Guy's office to do some
3  meetings with staff that I needed privacy, to make calls
4  in privacy.  When Guy would be in town and would be in
5  the office, I'll spend some more time with him in the
6  office -- in his office.
7    Q.   Did Mr. Gentile instruct you to have a space
8  in his office?
9       MR. M. FORD:  Objection.
10      THE WITNESS:  Yes.  I wasn't instructed where
11      to sit anywhere else.  It was, this is where you're
12      gonna be working, right here, which is Guy's
13      office.
14  BY MS. SUM:
15   Q.   On the first day that you showed up, did
16  someone explain to you your seating arrangement?
17   A.   Yes.  Guy told me that this will be my desk.
18   Q.   And at what point did you come to have the
19  second office location that you described?
20   A.   Not until we opened the sales department,
21  which happened at least sometimes [sic] in either Q3 or
22  Q4 in 2017.
23   Q.   In terms of your first month at SureTrader,
24  who would you say you spent the most time with learning
25  about SureTrader's business?

21

---

1    A.   I'm sorry.  In the first month?
2    Q.   First month.
3    A.   I would say, with Guy it was a lot of the
4  time, but I did spend some time also with the other
5  departments.  So I would say, even I spent on the first
6  month doing onboarding, or training, or learning about
7  the company, I would say, I spent at least half of the
8  time with Guy during the first month.
9    Q.   And then, after the first month, how was your
10  time spent with people at SureTrader?
11      Let's start with just the next -- let's talk
12  within the first three months.  So let's time limit.
13   A.   Yeah.  I think it was a very gradual time.  It
14  wasn't anything in particular they said I have to be the
15  first month with Guy or the first month with that.
16  There was a lot of organically improvising and -- time
17  between the departments and between Guy.  But as I
18  mentioned, I spent a lot of time with Guy.
19   Q.   On --
20   A.   Guy was a lot of -- pretty much not only my
21  boss, the one I had to report to, he was also my mentor.
22  He was also someone who would train me to learn the
23  business the way that he wanted me to understand the
24  business.  So the time that I spent with the other
25  departments was to me to see some things that he

22

---

1  doesn't, because Guy didn't see to those departments.
2  I'm sure he had executives and other people that -- to
3  do those jobs for him.  He did sit with them or be
4  walking around the office.  It's not like he was not
5  existence [sic], but, you know, he trained executives to
6  train, you know, the other people in the company.
7    Q.   On a day-to-day basis, how did you know what
8  you were supposed to be doing with respect to your
9  position as a senior sales manager at SureTrader?
10   A.   It wasn't really any job description
11  specifically that was coming into action when I joined
12  the company.  As I said, it was a lot of improvising,
13  adding me tasks to do, projects to work on, you know,
14  meetings of the minds [sic] with Guy.
15      I was a part also in every executive meeting
16  the company had, which was on a bimonthly.  So pretty
17  much -- you know, I was pretty much an executive since
18  day one, if you wanna -- you know, after that, because
19  if it's called an executive meeting, and I was part of
20  any one of them, then I'm part of the executive board.
21   Q.   Did you during your first three months of
22  working at SureTrader speak with Mr. Gentile about how
23  SureTrader was regulated?
24   A.   I was told that SureTrader is following all
25  the rules and guidelines, and it's also registered with

23

---

1  the U.S.  That's the only reason we are able to also
2  offer our services to the U.S., because we're complying
3  with the laws --
4    Q.   Was there --
5    A.   -- of the United States.
6    Q.   Was there discussion about regulators in the
7  Bahamas with Mr. Gentile?
8    A.   There's not a lot of regulations in the
9  Bahamas.  It's an offshore.  So there were not a lot of
10  discussions over there.  It was pretty much very minimal
11  discussions about, you know, what's allowed and not
12  allowed in the Bahamas, because it's very minimal to
13  begin with.  It was more about what's allowed and not
14  allowed in the U.S.  And as far as I also know is that
15  the company SureTrader was able to do business with
16  United States freely as long as you're not soliciting
17  U.S. customers.
18   Q.   And did you ask Mr. Gentile to explain how
19  SureTrader conducted its business that he believed it
20  complied with U.S. laws?
21      MR. M. FORD:  Objection.
22      THE WITNESS:  I didn't have to ask questions.
23      It was coming to me, I think, again, organically.
24      Guy wanted me to learn about the company and about
25      how it works.  And obviously -- you know, I can't

24

---

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

1    really remember if I asked the question or not
2    asked the question, but as part of learning the
3    position, I did ask many questions also to learn my
4    position.  So, in general, I could say that, you
5    know, a question could have arised [sic] as
6    this, but regardless, Guy was a very much of trying
7    to get me to learn.  And one thing that I know is
8    that -- from Guy is that as long as you're not
9    reaching out to U.S. customers, you're not really
10   soliciting U.S. customers, but you can accept U.S.
11   customers.
12   BY MS. SUM:
13       Q.  And during the first three months of you
14   working at SureTrader, did you gain an understanding of
15   how SureTrader obtained its customers?
16       A.  Yes, I did.
17       Q.  Okay.
18       A.  I was working on looking about how the trading
19   commissions are working the company.  I worked with that
20   with the trading department; with Michael, who was the
21   senior manager of the trade desk; and also, Drameko, who
22   was his assistant.
23          You know, again, I was put into task to work
24   on efficiencies, and productivity, and cutting costs,
25   and negotiating terms.  And one of the things that I

25

1    worked on was trying to see about the commission
2    structure that the company had.
3          Working with Michael and Drameko, I tried to
4    understand why do we have 20, 30 approx different deals
5    or deal structures for commissions for different
6    customers.  That didn't make sense.  So I asked to get
7    those lists of who receiving what.  And, you know, I
8    found that there were affiliates that were coming from
9    the United States that had deals made with SureTrader.
10          Now, I didn't know at the time what it means,
11   because as far as I know, we're not soliciting U.S.
12   customers, and I don't know about what it means
13   affiliates.  Michael and Drameko -- Michael, actually,
14   sent me an email, and he cc'd also Justin, providing
15   information that we -- him and Drameko are aware on
16   affiliate program that we have with multiple people,
17   which he shared the names are, you know, Warrior
18   Trading, Timothy Sykes.  There were quite a few of them.
19   I don't know if that was on the email.
20          But later on, there were more documents that
21   came from either him or Justin clearly that shows in a
22   beautiful blue and white kind of lines, that shows that
23   it was prepared, it wasn't just somebody just put it and
24   typed it, that the company had affiliate relationships
25   with Investor Underground, Day Trading Radio, Mojo

26

1    Trading, quite a few.
2        Q.  Okay.  I'll -- I'm going to stop you there and
3    breakdown what you just explained.
4          First you mentioned a Michael.  What was
5    Michael's name?  Full name?
6        A.  I don't recall his last name, but Michael was
7    the trade desk manager.
8        Q.  And then, you mentioned someone named Drameko.
9          Do you remember Drameko's name -- full name?
10       A.  I don't recall his full name.  Drameko was
11   Michael's assistant, and he was appointed as the trade
12   desk manager when Michael resigned.
13       Q.  Okay.  And then, you mentioned that part of
14   your job was to deal with efficiencies?
15       A.  Correct.
16       Q.  Who tasked you with looking at efficiencies
17   for SureTrader?
18       A.  Guy.  I mean, I got hired to do that.  It
19   wasn't just, you know, sales manager.  Again, that was
20   just to put a title with the labor department.  I got
21   hired to push the company to the next level.  Guy
22   believed that the company's worth a billion dollars, if
23   people in the company can work faster, better,
24   efficient, productive.  Someone can oversee what's going
25   on there, because he is there a lot of times of the

27

1    year, but he believes also when he's not there maybe
2    they're not really pushing the envelope.  Nobody cares
3    to push it as much as he does.  So he needs someone that
4    cares as he does, and he trusted that I'm the right
5    person.
6        Q.  All right.  And then, you mentioned that you
7    looked at commission structures.
8          Why did you decide to look at commission
9    structures?
10       A.  Again, I was put into different tasks, either
11   by Guy or me trying to do something.  But everything
12   that I've done in the company was with the approval of
13   Guy Gentile.
14       Q.  Did he know you were looking at commission
15   structures?
16       A.  Yes.
17       Q.  All right.  Then you mentioned that there were
18   20 to 30 different deals for different customers.
19          How did you come to learn that?
20       A.  I spoke with Michael from the trade desk.  I
21   believe I also had access to the platform as well, and
22   also iBoss, which was the back-end of the company.  So I
23   was given access almost to everything fairly early on.
24       Q.  And then, you just described a term called
25   "affiliates."

28

1    What do you mean by that?
2    A.  So, at the time, I didn't know what it means,
3  but later on, obviously, I realized that affiliates is a
4  term for trading schools or companies that have some
5  sort of radio where they speak to traders, such as
6  Squawk Box or anything that they kind of communicate
7  with traders.  And those trading schools were in the
8  United States.  They catered specifically for newbies,
9  new traders that were seeking to learn to trade, and
10  also, to find a house that can host such accounts that
11  has no PDT rules.
12    Q.  What do you mean by PDT?
13    A.  PDT is a term for pattern day traders.  In the
14  United States, any investor is -- must have $25,000 in
15  the account if they want to place more than four trades
16  per week.  Once you place more than four trade per
17  week -- three or four trades, I believe, you're
18  considered a pattern day trader.  Once you're considered
19  as a pattern day trader with your brokerage or with the
20  regulator, you must have $25,000 in the account to meet
21  the requirements.
22    SureTrader did not have that requirement.  Any
23  person that came into the company -- any customer from
24  the United States, from any other country could have
25  come in with $500, $2,000, any amount below $25,000, and

29

1  know, I'll find something for you to see that I didn't
2  work on that."
3    And I believed him also, because Justin is not
4  capable in negotiating terms or things like that in such
5  capacity.  He doesn't have financial agreement.  He's
6  more -- he's a director of DPDO -- DPDO director.  He
7  deals with hiring paperwork, doing some personal stuff
8  with Guy in his house, nothing into boosting deals
9  with -- definitely no externals.
10    Q.  What gave you the impression -- strike that.
11    When Justin said that Mr. Gentile was doing a
12  CYA, did he further explain that statement?
13    A.  If Justin did?
14    Q.  Yes.
15    A.  I mean, he did say -- you know, he gave me the
16  face, almost as if, of course he did.  You know, it's
17  almost like Guy always put the blame on someone else
18  when it's convenient for him.
19    Q.  So after you spoke with Justin, and he told
20  you that Mr. Gentile was aware of affiliate programs,
21  what happened next?
22    A.  I -- well, I came back to Guy, and I said,
23  "Well, Justin said that" -- I think I was, again,
24  working with Guy and trying to please him also.  It was
25  in the first days in the company, and tried to be always

31

1  be able to trade with -- without the restrictions of the
2  PDT rule, on top of also receiving 61 leverage of buying
3  power capabilities, where in the United States it's only
4  4-to-1.
5    Q.  Did you discuss affiliates with Mr. Gentile?
6    A.  I did.  I actually spoke with Michael,
7  Drameko, and Justin after I learned that we have all of
8  that.  And I was confused, because I was told that we
9  are not doing any business with United States.
10    So I told to Guy that we have -- I found that
11  we have affiliate programs with United States trading
12  schools.  And he said, "What affiliate programs?
13  There's nothing."
14    I said, "Justin, you know, brought me some
15  documents that showing that there are some -- that there
16  is some relationships with affiliates from United
17  States."
18    He said, "I don't know anything about that.
19  Maybe Justin did it on his own."
20    Q.  And after Mr. Gentile provided you with that
21  explanation, what did you do?
22    A.  I went back to Justin, and ask him, "Guy said
23  that he doesn't know anything about it.  Did you do this
24  on your own?"
25    He said, "No.  Guy is just doing CYA.  You

30

1  on his side, of course, and, you know, be on his team.
2  So I came back, and I said, you know, "Justin said, you
3  know, he never worked on it."  But I didn't put too much
4  emphasis on this.  I think I tried to do, you know, more
5  good with the company.  So I was trying to focus about
6  how can we move from here, what do we need to do from
7  here, what do you want me to do from here.  So --
8  because we do have evidence that we have the affiliate
9  program, and we do give kickbacks to traders that came
10  from United States.
11    We give them a dollar rebate.  We give them,
12  you know, commission discounts.  We give them, you know,
13  some sort of gift cards.  We give them bonuses.  We give
14  them -- and it's not up to like just $50 or $100.  They
15  would come to the company -- the U.S. customers that
16  opened accounts with SureTrader, that came from those
17  affiliates, you know, Timothy Sykes, Warrior Trading,
18  and all those names -- when they came to the company,
19  they came with a pitch knowing that they can ask for
20  deals from SureTrader in returns of some sort of like a
21  favor that they have a relationship with those
22  companies.
23    And they were instructed to give us an invoice
24  of how much they paid for their education, and we -- as
25  a company at SureTrader, we were giving them a discount

32

1  in rebates of their commissions up to that amount.  So
2  if somebody paid -- if a U.S. customer, who came to
3  SureTrader and opened an account, had $2,400 payment for
4  that education schools in the United States, we would
5  give them back those educational payments that they paid
6  for their school in rebates, in commissions.
7        So when I spoke with Guy after the fact with
8  Justin, Michael, and -- came back to Guy.  Again, I was
9  trying to work with Guy.  Guy said, "Okay.  We don't
10 have any deals.  So, you know, work on some sort of, you
11 know, an email to send out to, you know, those
12 affiliates," as if like we don't have deals with those
13 people.  We don't -- you know, we don't have deal with
14 you, just to make sure that we don't have that.
15     Q.  Why did Mr. Gentile give you the instruction
16 to send out emails to the affiliates saying that there
17 were no deals?
18     A.  At the time, I didn't know, again, you know,
19 the reason.  I thought it was just -- you know, just in
20 my head maybe -- again, maybe like a small CYA, and
21 then, later on, it was a big one.
22        But I think -- again, it was the effect of
23 almost a if like he knew what's going on and he wanted
24 to put some, you know, plaster on the hole of the wall
25 or just put just like a, you know, painting there almost like

33

1  it doesn't exist.
2     Q.  So approximately when did these conversations
3  occur with your colleagues and Mr. Gentile?
4     A.  About the affiliates?
5     Q.  Yes.
6     A.  I would say, March 2017.
7     Q.  All right.  Going back to the issue of the
8  email, what were the next steps that you took to draft
9  this email that was to be sent out to the affiliates?
10     A.  I drafted the so-called email that was about
11 to be sent out.  I sent that to Guy on WhatsApp
12 conversations that we had to get it approved.  Again,
13 everything that I've done, definitely on the external
14 matters of the company, was to get approvals with Guy,
15 and most of which also, if not all, that is the vast
16 majority of important ones also internally.
17        Guy read it.  I don't recall if he change it
18 or not.  I think it was probably good, or most of it was
19 good.  And then, I sent those emails copy/pasted to the
20 trading schools from United States.
21     Q.  How did you know who to send the emails to?
22     A.  I requested the information of the trading
23 schools from Justin Ritchie and, I believe, Michael.
24     Q.  And did they provide you with that
25 information?

34

1     A.  Yes, they did.  I think maybe some of them I
2  had to double ask, as if I received maybe just a --
3  either a phone number, and then, there was an email
4  missing, or an email with a phone missing.
5        Then I confronted Justin about it.  He said
6  that he's usually dialing in to a conference room or to
7  a conference call, meaning -- providing more information
8  that -- you know, that person was in constant -- in
9  touch with us also in the company.
10        And I think it was also one of them which was
11 saying that there's a -- Wade was the last person to
12 speak with that person, and he would be probably the
13 person that would have more information about that.
14     Q.  Who's Wade?
15     A.  So this was probably the last puzzle that I
16 never truly understood.  Wade used to be working for Guy
17 and SureTrader.  I don't know in what capacity.  He was
18 not presence -- present in the office physically when I
19 joined the company.  And it was when I was there too.  I
20 never really had a face about who he is.  He was like
21 the mystery man, the ghost.
22        But as far as I know, he was getting paid from
23 SureTrader, at least in the entirety of 2017, because
24 Antonio Collie told me about that.  So -- and I know he
25 was doing some things with the website, and maybe some

35

1  things that, again, relate to the core of the business.
2  He wasn't someone that we talked about, but I remember
3  hearing the name from Guy, and also, I remember getting
4  a text message on WhatsApp from Justin.  So I do recall
5  that name.  I just don't know exactly what he did for
6  the company.
7     Q.  All right.  And did you, in fact, send emails
8  to the affiliates?
9     A.  I did.
10     Q.  I'm going to show you what I've marked as
11 Exhibit 19.
12        (Thereupon, the referred-to document was
13        marked by the court reporter for
14        Identification as Plaintiff's Exhibit 19.)
15 BY MS. SUM:
16     Q.  Could you please take a moment to review the
17 document.
18     A.  Yes, I do remember it.
19     Q.  Okay.  Do you remember this series of emails?
20     A.  Yes.
21     Q.  Okay.  So we're going to start at the bottom
22 of Exhibit 19.  And just for identification purposes,
23 this is Bates stamped SEC-FL-03848-E-0052891 and 52892.
24        Mr. Frantz, do you see the email at the bottom
25 of page one?

36

Yaniv Frantz
3/11/2023

1    A.  I do.
2    Q.  Okay.  And do you recall sending this email?
3    A.  I do.
4    Q.  Okay.  And to whom was this email addressed?
5    A.  To DTR, which is Day Trading Radio, one of the
6    SureTrader affiliates.
7    Q.  Okay.  And how did you know to send an email
8    to DTR or Day Trading Radio?
9    A.  How did I come across his email information?
10   Q.  Yes.  How did you know that you should send
11   and email to DTR, Day Trading Radio?
12   A.  I was given -- again, I asked -- during the
13   process of finding the trading commissions, I was in
14   touch with Michael from trade desk and Justin to
15   investigate who did we pay these commissions to, and I
16   was given a list of every person, company in United
17   States and outside of it that we do business with as
18   affiliates programs.
19   Q.  Okay.
20   A.  So Day Trading Radio would be one of them.
21   Q.  All right.  And when did you send this email
22   to Day Trading Radio?
23   A.  That was on March 24th, 2017.
24   Q.  Did you send other emails on or about
25   March 24th to other affiliates?

37

1    A.  I did.  There were numerous of them.
2    Q.  Okay.  And above the email that we just
3    reviewed, do you see where it says, "From:  DTR" and
4    Dac -- or "dac@daytradingradio.com?"
5    A.  I do.
6    Q.  Okay.  And what is this email?
7    A.  That was his reply.  He was pretty confused
8    over there, as probably suspected.  He's saying, "I'm a
9    bit confused.  We are canceling our marketing agreement?
10   Your banner states not intended for U.S. customers and
11   our customer base is both U.S. and non-U.S."
12        So he was very confused why are we saying
13   that, you know, we don't have deals with U.S.
14   Q.  Who is Dac or D-A-C?
15   A.  I never met him.  I don't recall speaking with
16   him on the phone, but we exchanged emails.
17   Q.  Okay.  What was your understanding of who Dac
18   is?
19   A.  Probably the founder or decision-maker of Day
20   Trading Radio who made the deal with SureTrader, the
21   affiliate program.
22   Q.  Okay.  You see where he references a marketing
23   agreement?
24   A.  Yes.
25   Q.  Okay.  Did you know that there was a marketing

38

1    agreement between SureTrader and Day Trading Radio?
2    A.  I've learned during that time that we do have
3    an agreement.
4    Q.  Okay.  Did you actually lay eyeballs on that
5    agreement?
6    A.  Yeah.  It was Justin who shared information
7    that we paid them, I believe, $3,500 a month to mention
8    us in their radio and other publications.
9    Q.  And then, do you see where there's a reference
10   to "your banner?"
11        Did you understand what he was referring to
12   when he said, "your banner?"
13   A.  I didn't understand at the time, but I could
14   imagine that we probably have, you know, some sort of
15   commercial on their website.
16        MR. A. FORD:  I'm sorry.  Some what?
17        THE WITNESS:  Commercial.  Like some sort of
18   ad on their website or banner.
19   BY MS. SUM:
20   Q.  Did you ask anyone at SureTrader about the
21   banner that Dac mentions in his email to you?
22   A.  If I ask who again?
23   Q.  If you asked anyone at SureTrader.  Any other
24   employees.
25   A.  Not really.  I just know that we had a deal

39

1    with them again.  And my time was not to spend too much
2    time on all of, you know, the entirely [sic].  I think I
3    already saw enough.  It was a lot.
4    Q.  And there's -- further in his sentence, "Your
5    banner states not intended for U.S. customers and our
6    customer base is both U.S. and non-U.S."
7        Did you talk to any employees at SureTrader
8    about Dac's statement that I just read?
9    A.  Again, I confronted Guy about the general and
10   entirely [sic] thing that happened with the affiliates
11   program, and as a whole we are doing that.  This was one
12   of them.
13        And I did speak again with Justin to confront,
14   you know, if, you know, we have deals, and if we allowed
15   to do deals, and he couldn't answer about that part, but
16   he mentioned that Guy is aware of it.  In fact, just --
17   either 10 days after or approximately within two weeks,
18   he send me -- forward me a communication between him and
19   Guy.
20   Q.  Could you say who's "he?"
21   A.  I'm sorry.  Justin Ritchie forward me an email
22   communication between himself and Guy that shows that
23   Guy is aware of this marketing agreement that SureTrader
24   has with Day Trading Radio.  And Justin actually
25   mentioned in that email something as if, you know,

40

1 they're not bringing in a lot of business to us, maybe
2 we should ask to reduce what we're paying them.  And Guy
3 replied, "Yes."
4       And I think that was a way for Justin also --
5 when he said, let me look for something to show you that
6 it's not me doing that, I think that was an email that
7 he send me randomly to show that, I don't do this on my
8 own.  Here's an email showing that Guy is orchestrating
9 this.  I don't have the capacity to do that.  So when
10 Guy told you that he's not aware of anything of that,
11 that is a lie, because I'm just a small screw in this
12 system.  So why would I know on the affiliate program.
13       Q.  All right.  And then, above the email that we
14 just reviewed, did you respond to Dac?
15       A.  I did.
16       Q.  Okay.  And in your response, you say, "Hi,
17 Dac.  The email you received was sent as a reminder to
18 the SureTrader policy and to act as a statement.
19 However, the deal for non-U.S. persons would still be
20 active as was mentioned in my previous email."
21       Did you draft that language that I just read?
22       A.  I don't -- I don't recall if I was the person
23 to draft it, but I think -- again, I got a lot of
24 approvals from Guy about the things that I had to do,
25 because I was only, you know, three months in the

41

1 company.  I don't want to make big statements on my own,
2 you know, especially with people who are doing business
3 with the company for quite some time and something that
4 could be backfiring or anything else.  So I don't recall
5 if I was the person who designed that reply, but it
6 could be, generally speaking.
7       Q.  Do you remember talking to Mr. Gentile before
8 sending this response to Dac?
9       A.  I believe, again, I -- I got the back and
10 forth with Guy about what to do, because I remember also
11 there were an additional communication that I had with
12 Guy with Cam, where Guy -- Cam responded to me.  And I
13 showed that response to Guy, for him to say, you know,
14 "Don't worry about it.  You know, no more deals moving
15 forward.  You know, Cam is just covering his ass."
16 So...
17       Q.  Who's Cam?
18       A.  Cam is from Investor Underground.  He's the
19 founder.
20       Q.  Okay.  And did you send an email to Cam
21 similar to the one that you sent to Day Trading Radio?
22       A.  Yes.  I sent, I believe, an email to all the
23 affiliates that we had -- SureTrader had.
24       Q.  Okay.  What did you mean in the top email
25 where you responded to Dac that it was "to act as a

42

1 statement?"
2       A.  As I said, I think that, you know, he was very
3 confused by it.  He didn't know why we're doing it.  You
4 know, it felt like we're trying to put some sort of like
5 a plaster on a hole in the wall or to put some sort
6 of -- like a painting over something to, you know, show
7 that nothing is there; yet, there was something there.
8 And he was just not sure what to do with it.
9       And I was just trying to follow-up and say,
10 look, it's just a reminder, almost as if I was trying to
11 protect Guy here or the company SureTrader in that kind
12 of case formally to state that it's just a reminder as
13 if there was something in the past, which was none, and
14 to act as a statement, as if like we're not doing any
15 business with, you know, affiliate programs, or we're
16 not soliciting U.S. customers; yet, the company was
17 doing that U.S. -- SureTrader.
18       Q.  So after you have this email exchange with
19 Dac, what happened?
20       A.  Well, I don't know if there were more replies
21 to that.  I think some people just took the silence from
22 there to just -- didn't know what to do.  There were
23 multiple different emails such as this, you know, that
24 were copy/paste to different affiliates that SureTrader
25 had, such as I said before, Timothy Sykes, Warrior

43

1 Trading, Investor Underground, Warrior -- Day Trading
2 Radio, and Mojo Trading.  I think there were also
3 Commission Junction that were also doing some sort of
4 business, but I didn't learn about it until later on.
5       MR. A. FORD:  I was just going to say, when --
6 it's been about an hour.  Whenever you're ready.
7       MS. SUM:  Sure.
8 BY MS. SUM:
9       Q.  So I did mention at the beginning of your
10 deposition that, you know, we will take breaks during
11 this deposition.  It's certainly not a marathon.  If you
12 need to get up, get some more water, use the restroom,
13 or anything like that.  So we can take a break at this
14 point for --
15       A.  Sure.
16       MS. SUM:  Is 10 minutes acceptable, Madam
17 Court Reporter, to you, to the witness?
18       THE WITNESS:  Yes.
19       MS. SUM:  Okay.
20       THE VIDEOGRAPHER:  11:12.  We're off the
21 record.
22       (Whereupon, a break was taken.)
23       THE VIDEOGRAPHER:  11:22.  We are on the
24 record.
25 BY MS. SUM:

44

**45**

1  Q.  Okay.  I wanna go back to your conversation
2  with Justin, when you told him that Mr. Gentile said
3  that there were no deals with affiliates.
4          MR. M. FORD:  Objection.
5  BY MS. SUM:
6  Q.  And you used the term "CYA."
7          What did you mean specifically by the word
8  "CYA?"
9          MR. M. FORD:  Objection.
10         THE WITNESS:  Covering your behind.
11 BY MS. SUM:
12 Q.  Okay.  And why was that term or phrase used to
13 describe Mr. Gentile?
14 A.  Because that's what it was.  It was not just,
15 you know, appearing to be.  That was pretty much what
16 I've also learned after working the company for almost a
17 year-and-a-half, that every time there was some sort of
18 a problem, issue, concern, there's the rule of the
19 action and the reaction.  There is the problem, and
20 wanted to put some sort of a Band-Aid on it or wanted to
21 put plaster on it.  There was no productivity, why don't
22 we as a company try to like do everything by the books.
23 More like, why don't we try to bend some rules.  And if
24 we get caught, we can also, you know, fix it.
25         You know, one of the things, for example, is

**46**

1  that, you know, the company was still engaged in the
2  whole, you know, solicitations of U.S. customers.  And
3  around October, November 2017, all you know is that Guy
4  is now trying to add IP block for the website for U.S.
5  customers.
6          Why only in October or November 2017?
7          Why not 2015?
8  Q.  Okay.  So let's go to your description
9  "solicitations of U.S. customers."
10         How do you know that SureTrader was soliciting
11 U.S. customers?
12 A.  Well, as I said before, I had access to a lot
13 of things in the company from early on, because I wasn't
14 really hired only to be the sales manager of the
15 company.  So I was given access to the back office, to
16 everything, that I can pull reports.  And in reports
17 that I had, and which I provided, showing that
18 85 percent at least of the customers of SureTrader were,
19 in fact, from United States.
20 Q.  But based on that information, how did you
21 know that SureTrader was soliciting the U.S. customers?
22 A.  Because there's no other way to get U.S.
23 customers.  One of the things I know is that we paid
24 rebates to those customers who came from the U.S. to
25 SureTrader.  We also received numerous emails.  The

**47**

1  company had different ways to communicate with the U.S.
2  customers, such as U.S. phone numbers that were free to
3  call to the Bahamas.  We had chat services to offer.  We
4  had tickets, where they can open ticket requests.  There
5  were emails.  So as you can imagine, it was like all
6  options you can think of.  And we had many times
7  throughout the year U.S. customers who came from those
8  trading schools still requesting rebates and commission
9  discounts from SureTrader.
10 Q.  How do you know whether these U.S. customers
11 were being solicited by SureTrader?
12 A.  How do I know?  Well, one, with the affiliate
13 programs that we found, I mean, many accounts were
14 linked to the actual commission structure.  So when I
15 received the data where -- which trading commissions
16 number, let's say, 7 or 20 is assigned to which
17 accounts, and those accounts were assigned to specific
18 people, and you can see where they're coming from, most
19 of which came from the U.S., the vast majority of them.
20 And --
21 Q.  All right.  So we were talking about these
22 emails that you sent to the affiliates in March of 2017.
23         In the aftermath of sending those emails, did
24 you see U.S. based customers being approved as customers
25 for SureTrader?

**48**

1  A.  Throughout the entire time that I worked in
2  the company?
3  Q.  No.  I'm asking, after March of 2017, did you
4  see U.S. based customers being approved as customers for
5  SureTrader?
6          MR. M. FORD:  Objection.
7          THE WITNESS:  Yes.  Of course.
8  BY MS. SUM:
9  Q.  Okay.  And how did you see that occurring?
10 A.  I've seen it through the application process.
11 I would see it -- well, I would see it a lot through the
12 application process, because I was, you know, managing
13 the sales team.  So whenever I was starting -- even
14 before starting, because we had to prepare for when we
15 have the actual sales team, which they were called SDR,
16 sales representatives.  So before having them, we have
17 to learn about the data that we have, so we can actually
18 implement that to the sales team.
19         So I would say, you know, that -- from that
20 time on to later on, every day I would see leads that
21 coming in to the company.  But also, I was -- as I said,
22 I sat with every department in the company, and I
23 engaged with communication flow and being able to see
24 leads that coming in.  They call it leads, applications,
25 approval, not approval.

1    IBoss, for example, is the back office.  You
2  know, I could get reports from time-to-time, and you can
3  see that.  You know, it wasn't something that was hidden
4  internally.  You could see that.  It wasn't a secret,
5  for example, right?  It wasn't a secret they kept only
6  in the compliance department or in any department.
7  Everybody knew that -- you know, that the vast majority
8  of the customers are from the U.S.  That was the core
9  business of the company.
10     Q.  All right.  Let me go back to -- you mentioned
11  the application process.
12     Who was responsible for reviewing and
13  approving applications of new customers, regardless of
14  where they were located?
15     A.  The compliance department.
16     Q.  Okay.  Why were you involved in the
17  application process?
18     A.  It was one of the things to try to make the
19  company more efficient and productive.  And I sat with
20  [sic] every executive meeting in the company that
21  happened approximately every two weeks.  One of the
22  things that we discussed on the agenda was to improve
23  the application process, because it was much longer.  It
24  was almost as if creating something for the other side
25  not to go to the finish line, one of which was providing

49

1  two forms of identification.
2     And in that meeting, I confronted or requested
3  from the compliance officer to show me the law that says
4  that we have to provide or request two forms of
5  identifications.  He insisted that there is one.  I
6  requested to see the law.  And within a day or two, he
7  came back to me to show me that there was no, in fact,
8  law, or maybe there was one in the past.  So we made it
9  shorter.
10     So I was, in fact, with Janay, the marketing
11  team, which [sic] person that would be, you know,
12  helping and designing to create those changes.  But we
13  discussed internally all the time how to improve almost
14  anything that can bring more customers to the company,
15  because that's how the company revenue can go up.
16     Q.  All right.  Did you actually look at
17  applications?
18     A.  It was -- I mean, it was a digital
19  application.  So I've seen applications before.  Yes,
20  I've seen applications coming in.  I've seen
21  applications throughout the time that I worked as a
22  sales manager.  I've seen it before when I was learning
23  about the business.
24     Q.  Did you see applications from the time that
25  you started working with SureTrader to the end of your

50

1  time at SureTrader?
2     A.  Yes.  I wouldn't call on a daily basis, but
3  whenever I needed to, whenever it was relevant.  But
4  I've seen.
5     Q.  And what kind of information does a potential
6  customer have to provide on the application?
7     A.  I mean, probably more than what U.S. request
8  from [sic], but, you know, the KYC process was, you
9  know, trying to gain a lot of information from the
10  customer, so we can learn about how to become, you know,
11  better, and to make more money for the firm, for the
12  company SureTrader.
13     So one of the things, for example, would be,
14  you know, how much are you looking to deposit?  You
15  know, what's the amount?  And there was, I think, a
16  drop-down, like between ranges, you know, 10,000 to
17  15,000, or 500 to 2,000.  There was ranges.
18     One of the questions that will be there too
19  is, how did you hear about us, or what brought -- what
20  brought you to us, or how did you make SureTrader been
21  aware to you?  How did you learn about SureTrader?
22     Q.  And was that -- first of all, with this form,
23  was this a handwritten form?
24     A.  No.  It was a digital form.
25     Q.  How would a potential customer get to this

51

1  form?
2     A.  Online through SureTrader website.
3     Q.  And once an applicant filled it out, how was
4  it transmitted to SureTrader?
5     A.  SureTrader will get it on the back-end as an
6  application that's started.  And each page that the
7  process goes, it shows completed or not.  If someone
8  completed the entire application process, that
9  application will then go to the compliance analysts, and
10  then, there will be -- you know, at the end, go to the
11  actual compliance officer for an approval.
12     Q.  All right.  And earlier you mentioned there
13  was a "how did you get to us" or language in the
14  application?
15     A.  Yeah.  I don't recall the exact wording there,
16  but, you know, the purpose of that was, again, to learn
17  how did you hear about SureTrader?  How did you get to
18  us?
19     Q.  And was that something that a customer would
20  type in?
21     A.  I don't recall if it's -- I think it was a
22  type in, because I don't think you could -- you can
23  imagine, there's just so many things.  So either there
24  was a drop-down with an option to do "other," or it was
25  just an option to just freely hear where they're coming

52

1 from.
2   **Q.**  Okay.  And do you recall what customers would
3 list as how they got to SureTrader?
4       MR. M. FORD:  Objection.
5       THE WITNESS:  I mean, there would be, you
6     know, either saying a friend, or website, or, you
7     know, Warrior Trading, or Investor Underground.
8     They'll tell where they came from.
9 BY MS. SUM:
10   **Q.**  And when you say, "website," what website are
11 you referring to?
12   **A.**  SureTrader.
13   **Q.**  When you saw these applications coming in, did
14 you see any of them for customers based in the U.S.?
15   **A.**  Yes.
16   **Q.**  Did you speak to anyone about the fact that
17 SureTrader was still receiving applications from U.S.
18 customers?
19   **A.**  No.  I think -- as I said before, my
20 impression was that as soon as we so-called caught the
21 affiliates, and we now no more doing deals with U.S.,
22 even though I ask Guy if we -- what should we do with
23 the existing people that received those rebates, right?
24 Okay.  So now no more deals moving forward to U.S.
25 customers.  Okay.  But what do we do with the ones that

53

1 we get from today going backwards?
2       And Guy said, them -- "Keep them.  Because I
3 don't want to create too much of a noise, or a problem,
4 or make them very upset."  So those people continue
5 receiving those rebates and everything else.
6   **Q.**  And where were these customers based that
7 continued receiving what you just described as rebates?
8   **A.**  From everywhere.  But as I said before, most
9 of the customers come from the United States.  From the
10 day that I worked in the company to the end of it, the
11 vast majority of the customers came from the U.S.
12   **Q.**  How do you know that it's the vast majority of
13 SureTrader's customers that were coming from the U.S.?
14   **A.**  So I've had also multiple emails in the
15 company.  I had yaniv@suretrader, yaniv@mintbroker,
16 yaniv@activetrader -- @suretrader.  I had
17 resolution@suretrader, sales@suretrader.  I've had a lot
18 of information coming to me from the customer support
19 department, from the banking and funding department,
20 from -- and all those people were trying for me to help
21 them out also to solve problems, because my job is to be
22 the operation officer, which, you know, later I
23 became -- within six months in my position I become the
24 COO of the company officially, even though it felt I was
25 doing that before.  But officially Guy invited me one

54

1 night for dinner and had me for that.  And I was
2 appointed also with the actual regulator in the Bahamas.
3 So it was official title, not just, you know, I want you
4 to be doing operations now.
5       And I -- I saw in emails.  I saw applications.
6 I had to look in accounts to verify who is that customer
7 so I can help him out.  Most, if not all the time, they
8 were U.S. customers.  I don't remember a time almost
9 that I had to deal with a customer from UK, or from
10 Australia, or from, you know, Canada.  There were only
11 quite a few customers that were like literally from
12 outside the U.S.
13   **Q.**  After approximately March of 2017, what was
14 your understanding of how U.S. customers got to
15 SureTrader?
16   **A.**  After March 2017?
17   **Q.**  After March of 2017, what was your
18 understanding of how U.S. based customers got to
19 SureTrader?
20   **A.**  Well, I was, you know, hoping that once we --
21 I came to the company, and I show -- I saw something
22 that's not working out, and I'm finding a way to
23 eliminate that, or improving the company, this will not
24 be existed.
25   **Q.**  What is this would not be existing?

55

1   **A.**  Well, the affiliate -- the affiliate programs,
2 the rebates, the solicitations.  Anything to do with
3 illegal kind of things to do with the law.
4   **Q.**  Did it continue?
5   **A.**  It did continue.
6   **Q.**  How --
7   **A.**  In fact --
8   **Q.**  -- do you know it continued?
9   **A.**  You know, for a fact there was a report that I
10 saw in February 2018, that pulled [sic] out, showing
11 from that day backwards existing accounts, or that were
12 approved, or not approved, that were, in fact, still
13 receiving the 50 onus deal, which was --
14       MR. A. FORD:  I'm sorry?  The --
15       THE WITNESS:  The fifty onus.  It was kind of
16     like a --
17 BY MS. SUM:
18   **Q.**  Can you spell it, please?
19   **A.**  I think it was 50, the number 50, and then,
20 onus, O-N-O -- I'm sorry -- O-N-U-S, which was kind of
21 like a play with words, like bonus 50 if it looked like
22 when you type it.  So bonus, 50 onus.
23   **Q.**  Are you saying that's a code that was typed?
24   **A.**  It was a code.  Yes.  It was a code
25 internally.

56

Yaniv Frantz
3/11/2023

57

1  Q.  What did the code mean?
2  A.  A 50-dollar rebate.
3  Q.  Okay.  Did it indicate why a customer was
4  receiving a rebate?
5  A.  The only reason someone would get a rebate is
6  there was an affiliate program in place.  Nobody is
7  receiving rebates in the company just because they nice
8  or just because they ask for it.
9  Q.  All right.  So you're mentioning this
10  February 2018 --
11  A.  About.
12  Q.  -- report.
13  Prior to this report, were you seeing signs
14  that SureTrader was still soliciting U.S. customers?
15  A.  Well, I think I mentioned before also that
16  Guy -- Guy was working under the impression of -- or not
17  impression.  Guy was working with the idea that his
18  whole work of process -- or thought of process was
19  action and reaction, problem, and fix the problem.
20  Until then, we would continue forward with everything
21  that is in mind to try to push the level, to make more
22  revenue, and more accounts opening.  He didn't care too
23  much about how it's going to happen.  Just try to be
24  careful.  Not be super careful.  Try to be careful.
25  And I remember receiving a call from Guy that

58

1  I couldn't take in mid-year 2017.  I couldn't answer.
2  And Guy send me a message, something in the words of
3  "Major problem.  Call me."  Guy never used, you know,
4  that kind of a severity, unless it's severe, because Guy
5  is a very calm person.  He knows how to control very
6  tough situations, or very nerve-racking situations,
7  perhaps.  So I found it to be very extreme.  So as soon
8  as I saw that, I called him.  And I think during that
9  call he mentioned some, you know, problems that we have
10  with the SEC investigation, you know, solicitation,
11  something to do with, you know, that kind of core of a
12  problem.
13  The second thing that I also know and
14  remember, that Guy all of a sudden in about October or
15  November 2017, again, trying to put plaster on a hole in
16  a wall or a picture on the wall trying to hide
17  something, he was in communications with Russian
18  programmers who essentially were supposed to work on
19  different things, such as the creation of another
20  trading platform that Guy wanted to do.  But one of the
21  things that he requested from them on communication, on
22  Slack platform, which I had the full access to -- he
23  requested from them to create an IP block that shows
24  that U.S. customers are not being solicited.  And, you
25  know, if we show that there is an IP block, we're kind

59

1  of protecting ourselves, because, look, we're putting
2  something out there to show that we're not doing
3  anything.  They're, you know, coming to us.  They seen
4  there's a pop-up block.  You know, they need to agree to
5  the terms that they have not been solicited.  And only
6  then they'll get some sort of access to the -- you know,
7  to the website or the application process.
8  What's interesting is that no one really was
9  overseeing that kind of project from the back-end.  I
10  think it was pretty much automated.  They just had to
11  click "yes" or check a "V," and at the end of it they'll
12  probably get an automated system that will generate an
13  email with the password, which might be even generic.  I
14  don't think it was like a very unique -- to get access
15  to the website and to start a process of applications.
16  Q.  When Mr. Gentile sent you the message about
17  major problem, and there was discussion about an issue
18  with the SEC, did he specifically describe to you what
19  the problem was?
20  A.  He did mention SEC.  He did mention
21  solicitation.  He did mention Miami office.  It's a new
22  problem.  Not to say that the old problem has gone.  You
23  know, it's like --
24  Q.  Okay.  So when you're referring to an "old
25  problem," what old problem are you talking about?

60

1  A.  The pump and dump scheme involvement that he
2  had, that he was charge -- or allegedly charged, and had
3  to deal with that.
4  Q.  How did you learn of this pump and dump scheme
5  that you just described?
6  A.  Guy was very transparent about those things
7  when we met, almost as if maybe his tactic was to be not
8  hiding that, because it was all around, you know,
9  Google.  So if I would try to Google his name
10  afterwards, I would see it.  So I think he was trying
11  to -- you know, try to bring it when we met for the
12  first time to say that he's a victim, you know, that
13  his -- you know, he was talking about his divorce.  He
14  was very open, you know, to -- to talk about those
15  things from day one.  He was very open with me.  I think
16  we really -- it's one of those relationships that
17  clicked from day one, that trust, that loyalty, that
18  chemistry.  He felt it.  I felt that.  We got along very
19  well.  We had a great relationship.
20  Q.  Did you think you were friends with
21  Mr. Gentile?
22  A.  I didn't think.  We were very good friends.
23  In fact, you know, he didn't have much friends in his
24  life; almost not at all.  And the ones from the island,
25  from the Bahamas is not much of someone he would trust.

Yaniv Frantz
3/11/2023

1 And when I came on board, after work, we met many times
2 after; many, many times.  In fact, it was a work and
3 personal life relationship that I had with Guy.  I don't
4 know which one became even more.  I think it was equally
5 growing as we were with each other.  But we spend many
6 times going out for dinners and to the beach.  He even
7 invited me to his birthday in Mexico.  We were very
8 close; very, very close, both from the business side --
9 he trusted me.  He, you know, shared with me things, but
10 yet, I know he was very careful also not to share all --
11 I mean, not to share all of the messages, for example.
12 Because he could send me a message, we have a major
13 issue with the SEC, but he would be very careful,
14 because Guy -- he can trust you, and he did, he did
15 trust me very much, but he also had that percentage of
16 no trust with anyone.
17      Q.  All right.  At what point after approximately
18 March of 2017 did you realize that SureTrader was still
19 soliciting U.S. customers?
20      MR. M. FORD:  Objection.
21      THE WITNESS:  I'm sorry.  Can you repeat that
22 question?
23      MR. M. FORD:  Objection.  Leading.
24 BY MS. SUM:
25      Q.  At what point after March of 2017 did you

61

1 realize that SureTrader was still soliciting U.S.
2 customers?
3      MR. M. FORD:  Objection.  Leading.
4      THE WITNESS:  Through different application
5 process that I've seen, through different email
6 requests.
7      MR. A. FORD:  I'm sorry.  What was the first
8 words you're saying?
9      THE WITNESS:  Application process.
10      MS. SUM:  I think "through."
11      MR. A. FORD:  Oh.  Through.
12      THE WITNESS:  Through application process.
13      MR. A. FORD:  I apologize.  I didn't mean to
14 interrupt.
15      THE WITNESS:  Sure.
16 BY MS. SUM:
17      Q.  Okay.  So after March of 2017, when the emails
18 were sent to the affiliates, what was the immediate
19 aftermath in how applications from U.S. customers were
20 being processed?
21      A.  Which date again?
22      Q.  After March of 2017, when the emails that --
23 strike that.
24      After approximately March of 2017, when you
25 sent the emails, that you've testified to, to the

62

1 affiliates, okay, what was the immediate aftermath with
2 respect to potential U.S. customers?
3      A.  How U.S. customers came in, is that -- like
4 how --
5      Q.  Did you U.S. customers come in?
6      A.  Yes.  As I said before --
7      MR. M. FORD:  Objection.
8      THE WITNESS:  -- the U.S. customers problem
9 never stopped.  U.S. customers was the business of
10 SureTrader.  Without U.S. customers, the business
11 for SureTrader would never existed, okay?  I want
12 to freely say that.  SureTrader business would
13 never exist without U.S. customers, because the
14 vast majority of the applicants and existing
15 customers, which I pulled reports even in end of my
16 tenure of working in the company, continually
17 showing that the vast majority of existing accounts
18 who were active were still the vast majority from
19 the U.S.
20      So it wasn't just a small period of time where
21 there was just like a wave of U.S. customers.  That
22 was the bread and butter of SureTrader, okay?  This
23 was not just something that was a period of time
24 that, you know, U.S. customers were just part of
25 the business of SureTrader.

63

1 BY MS. SUM:
2      Q.  All right.  When you started in January of
3 2017, what percentage, approximately, of U.S. -- excuse
4 me -- of SureTrader's customers were U.S. based?
5      A.  Still vast majority, 85 -- 80, 85 percent.
6      Q.  In March of 2017, when you sent the emails to
7 the affiliates, what percentage of SureTrader's
8 customers were U.S. based?
9      MR. A. FORD:  Objection.  Foundation.
10      THE WITNESS:  Still the same.  The same
11 amount.
12 BY MS. SUM:
13      Q.  In May of 2017, what was the percentage of
14 U.S. -- of SureTrader's customers that were based in the
15 U.S.?
16      A.  As I mentioned before, from the time that I
17 worked in the company, from January 2017 to April or
18 March 2018, the vast majority of the customers of
19 SureTrader they were U.S. customers.  In January, March,
20 May, July, the vast majority.  I can -- I can --
21 definitely 80 percent and north of that.
22      Q.  Did the emails that you sent to the affiliates
23 in approximately March of 2017 have any impact on the --
24      A.  The business?
25      Q.  -- amount of customers that were coming from

64

Yaniv Frantz
3/11/2023

1  the U.S.?
2      MR. M. FORD:  Objection.
3      THE WITNESS:  No.  In fact, we received a lot
4  more.  There's multiple chats between myself and
5  Guy on a daily basis where I report to him what is
6  the commission -- the commissions that we actually
7  made that day, which is the revenue of the company.
8  And the numbers were just growing, and growing, and
9  growing.  I think when I started the company --
10  started working at SureTrader, we were about at
11  maybe 40,000 a day.  In the range of 40,000.  So
12  maybe like high 30s.  And as we moved, you know,
13  forward, we reached peaks of $150,000 a day in
14  commissions.
15  BY MS. SUM:
16    **Q.**  To what do you attribute that growth?
17    **A.**  More traders.  More applicants, more trading.
18  We definitely had more -- more applicants coming in.
19  You can also see reports.  And I saw reports at
20  SureTrader that shows that -- and I give reports to Guy,
21  too, that we have an X amount of applicants came in, and
22  we have an X amount of applicants to get approved.  And
23  the numbers were growing.  The numbers grow.  Yeah.
24      There was a small time where there was like
25  maybe -- you know, where we reached the peak, or the

1  ceiling, it was a little curve, and then, there was
2  always, you know, maintaining that, or just a drop a
3  little bit and going up.  It's how, you know, you can
4  see stocks move up, and then, go down, and go up.
5  That's how the growth of the company was pretty much
6  continuously.
7    **Q.**  Did you express any concern to anybody at
8  SureTrader about the fact that SureTrader continued to
9  have U.S. based customers coming in?
10      MR. M. FORD:  Objection.  Leading.
11      THE WITNESS:  I don't -- I don't think I did
12  that.  I think -- there was a point in my
13  employment also where I saw how Guy behaved with
14  other people.  In fact, I was not -- just seeing
15  that Guy instruct me to do things in the company.
16  He asked me to terminate people very quickly.  He
17  wanted to terminate Justin multiple times just
18  because he was either upset with him for not doing
19  something, or for working slow, or for things.  He
20  asked me to terminate Edward Cooper for some
21  things; nothing major, just being not cooperative,
22  not caring about the company, maybe the one who,
23  you know, slowing down processes.  And I said, "See
24  it done," but then, I didn't do it.  I always tried
25  to keep the peace within the company.

1     I was trying to work the way in maybe asking
2  to speak with those people and try to improve them.
3  But, yeah, I think I was afraid that if I'll
4  confront him maybe I'll lose my job, and I have
5  bills to pay, and I have to, you know -- you know,
6  have a job, and, obviously, looking forward to try
7  to improve it, and to build things with Guy in the
8  way that I can communicate with him.
9     I didn't want to upset my boss.  I'm not hired
10  to confront my boss.  I'm not getting paid to, you
11  know, challenge him, especially when he's been
12  challenged already by different factors of
13  governments or others.  My job is to make his life
14  easier.  And if it's hurting him to -- or for me to
15  say something to him, maybe I should not say it.
16  Maybe I should just try to, you know, minimize the
17  impact of how much do I want to put myself in
18  different, you know, territories that would put my
19  employment at risk, or might put myself in risky
20  places where Guy would not be pleased by me.  Maybe
21  I'm not enough on his team.
22  BY MS. SUM:
23    **Q.**  With respect to the affiliates that you've
24  identified, did you ever visit any of their websites?
25      MR. M. FORD:  Objection.  Leading.

1      THE WITNESS:  The affiliates?
2  BY MS. SUM:
3    **Q.**  Yes.
4    **A.**  Yes, I did.  In fact --
5    **Q.**  When -- when did you do that?
6    **A.**  When I joined the company, there were many
7  reviews -- or quite a few important ones also on
8  different websites.  Guy was really upset over it,
9  because he -- and I understood later on probably --
10    **Q.**  Well, let me stop you.  Why did you decide to
11  visit --
12      MR. M. FORD:  Ms. Sum, can we just allow him
13  to finish the answer?
14  BY MS. SUM:
15    **Q.**  Why did you decide to visit any of these
16  affiliate websites?
17    **A.**  I had to go and put into task to convince the
18  people on different websites to change their reviews
19  of -- the bad reviews that they put on their website
20  about SureTrader.
21    **Q.**  Did you ever see, with respect to Day Trading
22  Radio, the banner that was referred to in Exhibit 19
23  that we reviewed earlier?
24      MR. M. FORD:  Objection.
25      THE WITNESS:  I don't recall that, but I do

Yaniv Frantz
3/11/2023

1    recall -- and much more time spending on Warrior
2    Trading websites, and other, you know, affiliates
3    that we had that were more important to -- to that
4    task, because they're the ones who sending also
5    U.S. customers, you know, traders, or -- you know,
6    people get educated to come to SureTrader.  And so,
7    we want to make sure that the information that they
8    put on their website -- or Guy wanted to make sure
9    that the information that they put on their website
10   is mostly like really good.  And if there's a way
11   to remove things from their website, try to
12   convince them to remove it.
13       So there was some random people from the U.S.
14   that had some companies, for reviews, that put
15   different information about SureTrader that I
16   requested to remove or to change.  Guy also put me
17   in words to say that, "If they refuse to do that,
18   tell them that you're gonna -- you know, you're
19   gonna wait for my lawyer," meaning like everything
20   that Guy was trying to do was like threats, you
21   know, put some pressure on.  Like, if it's not
22   working like that, we're going to sue them.  We're
23   gonna -- I'm going to tell my lawyer, you know.
24       He felt like he was in control about many
25   things.  He felt like he was able to manipulate.

69

1    You know, he had powers over things.  He was able
2    to feel like if somebody is in my way, I'm going to
3    sue them.  If somebody is in my way, I'm going to
4    terminate them.
5    BY MS. SUM:
6        Q.  Earlier you were talking about U.S. customers
7    and you used this hand gesture.
8        A.  Uh-huh.
9        Q.  Do you recall doing that?
10       MR. A. FORD:  Can you describe the hand
11   gesture for the record?
12       THE WITNESS:  I think I was actually --
13   BY MS. SUM:
14       Q.  Yes.  I'm using a hand gesture of air quotes
15   when you used the phrase "U.S. customers."
16       Do you recall using air quotes when you were
17   referring to U.S. customers just a few minutes ago?
18       A.  I was referring, I believe, to the -- during
19   the application process, the so-called compliance
20   analyst, right?  I mean, they called them a compliance
21   analyst, but --
22       Q.  I'm asking you, do you remember just a few
23   minutes ago when you used air quotes around U.S.
24   customers?
25       A.  I did it for the term "compliance analyst."  I

70

1    don't think I did it on the SureTrader -- I'm sorry --
2    on U.S. customers.
3        Q.  Okay.
4        A.  Sorry.
5        Q.  So with -- what were you using the air quotes
6    relating to the compliance analysts for?
7        A.  Well, they called them compliance analysts,
8    but, you know, it's not like a compliance analyst from
9    some, you know, interactive brokers that have super
10   training, onboarding, know how to do things.  They were
11   just, you know, very young after college employees that
12   were -- got some training how to filter leads or not.
13   They were not told how to know to differentiate if they
14   were solicited or not solicited.  They just know if this
15   guy that come into the company is a customer from the
16   U.S. or non-U.S., and they brought the ID, and they
17   brought the amount, the banking, everything is fine, you
18   can open an account.
19       Their job also apparently as compliance is to
20   make sure we're not doing something -- not obeying the
21   rules, or the laws, or maybe not soliciting U.S.
22   customers.  That was never in the protocol.  That was
23   never even discussed for them to know what is the right
24   or the wrong.
25       Q.  Who's "they" you're referring to?

71

1        A.  The compliance analysts.
2        Q.  Where?
3        A.  In SureTrader.  They were not trained to
4    differentiate between customers who were -- or potential
5    customers who were solicited or not solicited.
6        Q.  What internal processes existed for these
7    compliance analysts to use when reviewing applications
8    from customers located in the U.S.?
9        A.  Same as other people from all other countries,
10   just to make sure that their ID is not fake, their
11   address is original, their banking is matching their
12   name.  Pretty much a very, you know, important part of a
13   KYC process, but nothing into were you solicited or not
14   solicited.  None of that.
15       Q.  Are you aware of any additional process if an
16   application came in with a U.S. address?
17       A.  There were no additional process to U.S.
18   customers, as far as I remember.
19       Q.  Earlier you were talking about going on the
20   Warrior Trading website.  I just want to make sure I
21   understood that was related to Warrior Trading.
22       A.  Yes.  That was one of many.
23       Q.  Okay.  What did you see on the Warrior Trading
24   website relating to SureTrader?
25       A.  Wow.  That was a lot of information.  In fact,

72

Yaniv Frantz
3/11/2023

1  a whole trail of when SureTrader started, where is it
2  located, what kind of a business they are, what is the
3  cons and pros, what is the nature of the business, is it
4  safe to do business with them.  There were almost
5  like -- I mean, a full review of the company, some of
6  which was excellent, and some were, you know, not great.
7  I mean, because I don't think Warrior Trader wanted to
8  be running away from probably the truth.  He did mention
9  also on the website about Guy's SEC pump and dump
10  pending case.
11      Q.  Why was this information on the Warrior
12  Trading website?
13      A.  Transparency.  Importance for maybe educating
14  also people just so you're aware.
15      Q.  Did you discuss the contents of the Warrior
16  Trading website that related to SureTrader with
17  Mr. Gentile?
18      MR. M. FORD:  Objection.  Leading.
19      THE WITNESS:  Yes.
20  BY MS. SUM:
21      Q.  And what did you --
22      A.  In fact --
23      Q.  What did you discuss?
24      A.  Well, the nature of what is the wrong -- or
25  the negative review that was on the website, and how I'm

73

1  trying to remove it, or improve it.  But it was also the
2  one that -- Warrior Trading had this SEC kind of link to
3  the actual case that Guy was involved with the pump and
4  dump, and Guy was very upset with that.  He requested to
5  remove it.
6      I think at some point threats Warrior Trading
7  to remove it.  It was something to do with really
8  hostility from Guy's side to try to use, you know, power
9  or aggressiveness to remove it, either by an email that
10  was sent or conversation.  I remember this, because
11  Warrior Trading sent an email to SureTrader of cease and
12  desist.  I don't think someone would use an attorney for
13  a cease and desist unless the issue that you're having
14  with another party is severe.  So I think he had enough
15  of it, and he didn't want --
16      I remember also Guy instruct me to go and look
17  on the trading platform and the back-end, pretty much,
18  what kind of -- when did Warrior Trading owner open the
19  account?  What day he opened it?  What day he closed it,
20  if he did?  How much revenue did he have during this
21  time?  Was he very profitable?  Was he not?
22      He was trying to find all those tools to
23  discredit Warrior Trading and his business, or his
24  capabilities as a -- you know, someone who can train
25  traders -- newbies to become traders.  So he was trying

74

1  to find if he's really like a profitable trader or not,
2  or if he's --
3      THE COURT REPORTER:  I'm sorry?  If he's what?
4      THE WITNESS:  If he's a profitable trader or
5  not.  I'm sorry.
6  BY MS. SUM:
7      Q.  One moment.  Mr. Frantz, I'm going to show you
8  what's been marked as Exhibit 20.
9      (Thereupon, the referred-to document was
10      marked by the court reporter for
11      Identification as Plaintiff's Exhibit 20.)
12  BY MS. SUM:
13      Q.  Could you please take a moment to review the
14  document?
15      A.  Yes.
16      Q.  Do you recall this document?
17      A.  I do.
18      Q.  Okay.  What is it?
19      A.  This is an email that came from Michael Bain,
20  who was the SureTrader trade desk manager, to myself on
21  March 30th, 2017.
22      Q.  Is this the same Michael that you were
23  referring to earlier?
24      A.  Yes.  Michael Bain.
25      Q.  Okay.  Now you remember --

75

1      A.  Yes.
2      Q.  -- that's his name?
3      A.  Yes.
4      Q.  And what was the purpose of this email?
5      A.  To share the promotional deals that we have
6  for new clients that opening accounts that came from
7  different affiliates from United States, such as Sykes
8  Challenge, which is Timothy Sykes, Nate's from Investor
9  Underground, Stock Trade Ideas, and Mojo Trading.
10      Q.  Why did Mr. Bain send you this email?
11      A.  This was still in the time that we try to
12  learn about the affiliate deals.  It even said in the
13  subject.  He mentioned that, "Affiliate Deals," in the
14  subject line.  That was a time that we discussed before
15  that I was trying to learn about the commission
16  structures that we have, and to whom, and what kind of
17  deals that we have, and to whom.  And he was mentioning
18  the promotional deals that we're offering to
19  customers -- any customers from U.S. and non-U.S. that
20  came from those schools -- trading schools.
21      Q.  Did you ask Mr. Bain to send you this email?
22      A.  We were in communications during that time to
23  find -- you know, I was new in the company.  So I needed
24  more information to learn more.  So I don't recall if I
25  requested from him or he voluntarily shared that

76

1  information with me.  I don't see myself, you know, in
2  the email chain here, but I think he knew to share more
3  information with me.
4       **Q.**  Did you discuss the contents of this email
5  with Mr. Gentile?
6       MR. M. FORD:  Objection.
7       THE WITNESS:  I believe we -- the conversation
8       that I had with Guy was the entirely [sic] of
9       everything, which means that we have affiliate
10      deals that came from commission structures that I
11      received, where Michael sent me, and Justin sent me.
12      So this was also part of that, I believe,
13      communications, because it came in the same time.
14  BY MS. SUM:
15      **Q.**  What time period are these promotions supposed
16  to cover?
17      **A.**  From that time to inception [sic].
18      **Q.**  To inception?
19      **A.**  From the start of the company --
20      **Q.**  What do you mean "inception?"
21      **A.**  -- I would say.
22      **Q.**  Do you see where it says, "Please take note of
23  the promotions moving forward for clients?"
24      MR. M. FORD:  Objection.
25      THE WITNESS:  Yes, I do see it now.

77

BY MS. SUM:
2       **Q.**  Okay.
3       MR. M. FORD:  Are we declaring this witness
4       adverse, since we're leading almost the entire
5       time?  Are you -- are you viewing this as an
6       adverse witness?
7       MS. SUM:  That's not the case.
8       MR. M. FORD:  Okay.  My objections are for
9       leading.
10  BY MS. SUM:
11      **Q.**  What does this email say about promotions?
12      **A.**  The email says, "Please take note of the
13  promotion moving forward for clients opening up new
14  accounts."
15      **Q.**  What time period would these promotions apply
16  to?
17      MR. M. FORD:  Objection.  Asked and answered.
18      THE WITNESS:  March 30th, 2017 onwards.
19  BY MS. SUM:
20      **Q.**  And do you know whether these promotions did
21  get applied after March 30th, 2017?
22      **A.**  I believe Michael is -- was very diligent with
23  his work.  So if he said that, I believe that's what
24  happened in reality.
25      **Q.**  How would the contents of this email from

78

Mr. Bain about the promotions moving forward have been
2  effectuated in the company?
3       **A.**  I'm sorry.  Can you repeat that question?
4       **Q.**  There are -- okay.  Let's take, for example,
5  "Sykes Challenge students:  $100 when funding with 2,000
6  or more."
7       **A.**  Uh-huh.
8       **Q.**  How was that effectuated within the company
9  when customers came in?
10      **A.**  So when customers came in, they'll show --
11  they'll show where they're coming from.  As I said
12  before, they will show it either on a chat that they'll
13  have with us in customer support at SureTrader.  They'll
14  send a ticket -- excuse me.  They'll send a ticket to
15  SureTrader customer support.  They'll call customer
16  support SureTrader.  And email, if I didn't mention
17  that.
18       And their request -- and they're to notify
19  that I came from, you know, Timothy Sykes, and I'm
20  supposed to get X; and I came from Investor Underground,
21  and I'm supposed to get X or Y.  And so, the hundred
22  dollars when funding with 2,000 or more will relate to
23  receiving a hundred dollars in rebates of trades.
24       So if the trades are, to say, 4.95 per trade,
25  then you'll do a hundred dollars divided by 4.95.

79

That's how many trades -- free trades you'll receive.
2       Nate from Investor Underground students will
3  be 20 free trades when funding with $2,000 or more, and
4  4.95 up to 10,000 shares.  The commission structure at
5  the time was that the 4.95 was up to a thousand shares.
6  So the kickback here is that you're allowing other
7  traders from different trading schools to trade with
8  10,000 shares for the same amount of 4.95.  So that is
9  also a kickback.
10      **Q.**  What do you mean by "kickback?"
11      **A.**  So a discount, a rebate, anything that helps
12  someone to feel like they're receiving something extra.
13      **Q.**  Who gets the kickback?
14      **A.**  The customer.
15      **Q.**  Can you describe the process internally if
16  there's a reference to "Sykes Challenge students?"  How
17  would that be processed internally?
18      **A.**  They will be put in a specific trading
19  commission structure, so that way --
20      **Q.**  Where would that be put in?
21      **A.**  Into SureTrader trading software, which at the
22  time was DAS.  I think it was -- almost entirely it was
23  DAS, D-A-S.  That, and will be probably -- maybe some
24  information on the back office; maybe iBoss too.  I'm
25  pretty sure it was there too, because it's almost like

80

1  the investor card for us to know what kind of a deal
2  they have.  So we know also in iBoss what kind of deal
3  that person has, how much commissions they're paying,
4  like what is the -- not dollar value, but how much --
5  what is -- how much per trade are they paying.  So I can
6  see it on iBoss what kind of a deal we gave them.
7      Q.  With the Sykes Challenge students and the $100
8  when funding with $2,000 or more, how did the system
9  provide this $100?
10     A.  Once you put someone in a trading commission
11 specifically designed to provide that, they
12 automatically pay the discount.
13     Q.  Who is "they automatically pay the discount?"
14     A.  The customer itself.
15     Q.  The customer pays the discount?
16     A.  The customer receive the discount.
17     Q.  All right.  And then, with respect to "Nate's
18 Investors Underground Students:  20 free trades," how
19 does that get processed internally?
20     A.  I would say, probably the same thing.  There
21 will be a commission tier structure that is meant for
22 that to take place.  So either they'll pay for it at
23 first, and then, we'll give them a rebate on end of the
24 month by the 20 trades that they had -- it was a very
25 unique situation.  It wasn't just like one thing.  It

81

1  was -- okay.  So this structure, for example, the 20
2  free trades, will be that the customer -- the customer
3  will trade.  And at the end of month, if it's supposed
4  to receive 20 free trades, then the first 20 trades will
5  rebate back to the account, meaning, you know, you won't
6  have to be billed for it, or we'll give you a rebate
7  back to your account in a dollar value that is
8  equivalent to 20 free trades.
9      Q.  How does SureTrader know when the free -- 20
10 free trades have been used?
11     A.  They know when the account is open.  They know
12 when -- how many trades that customer placed.  And on a
13 monthly basis there are a couple people that have the
14 ability to make that [sic] calculations.
15     Q.  These promotions identified in Plaintiff's
16 Exhibit 20, do you know if they were applied to U.S.
17 customers?
18     MR. M. FORD:  Objection.
19     THE WITNESS:  Yes.
20     MR. M. FORD:  Leading.
21     THE WITNESS:  They were applied to everyone,
22 including U.S. customers.
23 BY MS. SUM:
24     Q.  How do you know that?
25     A.  That bring me back, again, to data that I saw

82

1  when I looked on different accounts of customers.
2  That's also knowing that I looked at reports that entire
3  year that still prove that we still accept many U.S.
4  customers, and the vast majority of the customers is
5  still from the United States.  I've seen applications.
6  I've seen, and I've spoken, and I emailed customers
7  myself from, you know, the active trader team, or from
8  the active trader email that I was managing.
9          Customer support will come to me and tell me
10 things verbally.  Alexis, who was the supervisor at
11 SureTrader customer service, will share a lot of
12 information with me, because we -- at times I requested
13 to have some meetings with her.  And she will share
14 overall what's happening, what kind of volume of request
15 we receive.
16     Q.  Do you know if SureTrader ever rejected any
17 applications?
18     MR. M. FORD:  Objection.  Leading.
19     THE WITNESS:  I think there were a few that
20 were rejected, but maybe because they're more of
21 a -- either a fraud, meaning the ID that they
22 provided doesn't match, and maybe the compliance
23 officer has something in the system able to see;
24 maybe something that is related -- that the banking
25 that the -- the potential customer is providing

83

1  with his application is not matching the name of
2  the driver's license or the name of the applicant.
3  So that kind of nature, maybe the compliance
4  department will not approve applications, but
5  nothing related to -- to solicitations.
6  BY MS. SUM:
7      Q.  What do you mean "nothing related to
8  solicitations?"
9      A.  There were no talk, agreement, discussions,
10 conversations, meetings about compliance, or compliance
11 officer, or analyst of SureTrader not approving U.S.
12 customers because they were a threat or possibility of a
13 threat that they were solicited.
14     Q.  I'm going to show you what I've marked as
15 Plaintiff's Exhibit 21.
16     (Thereupon, the referred-to document was
17     marked by the court reporter for
18     Identification as Plaintiff's Exhibit 21.)
19 BY MS. SUM:
20     Q.  Could you please take a moment to review it?
21     MS. SUM:  As an aside, I'd like to go to 12:30
22 approximately, and then, take a break.
23     MR. M. FORD:  That's perfect for us.
24 BY MS. SUM:
25     Q.  Okay.  Have you had a chance to look at

84

Exhibit 21?

1  Exhibit 21?
2      **A.**  I do.
3      **Q.**  Okay.  Do you remember this document?
4      **A.**  I do.
5      **Q.**  Okay.  What is it?
6      **A.**  This is an email that came on March 30th, 2017
7  from Justin Ritchie to myself.  When I discussed earlier
8  in my deposition about Justin Ritchie trying to prove me
9  that Guy Gentile is trying to cover his behind and not
10  knowing that there's any affiliate programs, that let me
11  find something to show you that, this is the email that
12  he was referring to, because only Guy and Justin were in
13  this conversation, which happened on March 7th on 2014,
14  where Justin emailed Guy saying, "We already pay DTR a
15  flat fee per month of $3,500 plus commissions based on
16  $20 per active account.  The average commission earned
17  for the past three months is $253.  Therefore, let's
18  propose a flat marketing fee of $3,750 per month."  He
19  said, "What say you?" but I think he say [sic], what do
20  you say?
21      And Guy replied about, you know, less than an
22  hour later, "Yes."
23      **Q.**  Okay.  Did you talk to Mr. Ritchie after
24  receiving this email from him?
25      **A.**  I don't -- I don't think I did.  I just took

85

1  it as if that he was able to prove me that Guy did,
2  and --
3      **Q.**  That Guy did what?
4      **A.**  That Guy was aware of an affiliate program,
5  marketing program with affiliates, and he lied to me.
6      **Q.**  Which affiliate is referenced in Plaintiff's
7  Exhibit 21?
8      **A.**  Day Trading Radio, which is DTR.
9      **Q.**  Did you discuss this email that Mr. Ritchie
10  sent to you with Mr. Gentile?
11      **A.**  No, I don't think I did.
12      **Q.**  Why not?
13      **A.**  As I said before, I just joined the company in
14  January.  It was March.  It was early on.  I didn't want
15  to upset my boss.  You don't really confront your boss
16  when he's lying.  Something you learn in life, you don't
17  really outshine the master.  I let my, you know, boss to
18  be the boss.  I get paid from my boss to be doing tasks.
19  I'm not here to confront him if he's a liar or not.
20      **Q.**  Did you talk to any other SureTrader employees
21  about this email that Mr. Ritchie sent to you?
22      **A.**  I don't -- I don't -- I don't remember.  I
23  mean, I spoke with -- I spoke with many people in the
24  executive team throughout the year.  I -- I don't recall
25  right now at this moment.  Maybe later on if something

86

1  comes up.
2      MR. M. FORD:  Did we get exhibit numbers on
3  the last two exhibits?
4      MS. SUM:  Exhibit numbers?  Yes.
5      MS. JOHNSON:  That was 21.
6      MR. M. FORD:  Okay.  We're not going in order?
7      MS. SUM:  No.  We are.
8      MR. HALPIN:  They're just continuing from
9  their last depo, I think, right?
10      MR. M. FORD:  I understand.
11      MS. SUM:  Oh, yeah.  We ended at 17.
12      MR. M. FORD:  Got it.
13      MS. SUM:  So we started with -- 18 was the
14  notice and subpoena.
15      MR. M. FORD:  Okay.
16      MS. SUM:  Okay?
17      MR. M. FORD:  Did we get that on the record?
18      MS. SUM:  Which one?
19      MR. M. FORD:  Any of them?
20      MS. SUM:  Yes.
21      MR. M. FORD:  Okay.  I didn't recall.  Okay.
22  I was just making sure.
23  BY MS. SUM:
24      **Q.**  All right.  This is -- okay.  I'm going to
25  show you what I've marked as Exhibit 22.

87

1      (Thereupon, the referred-to document was
2      marked by the court reporter for
3      Identification as Plaintiff's Exhibit 22.)
4  BY MS. SUM:
5      **Q.**  Could you please take a moment to review it?
6      **A.**  Okay.  I mean, I'm not going to read the
7  entirely [sic], but I just wanted to understand what is
8  it related to.
9      **Q.**  No.  I'm not asking you to read it out loud.
10  Just review it, so --
11      Okay.  Do you recognize --
12      **A.**  I do.
13      **Q.**  -- the document that's been marked as
14  Plaintiff's Exhibit 22?
15      **A.**  I do.
16      **Q.**  Okay.  Very briefly, what is this document?
17      **A.**  So this is a -- an email exchange between a
18  couple of people that work for SureTrader, myself,
19  Drameko Moore, Michael Bain.  Yep.  That's the three of
20  us.  And we're discussing in this email exchange what
21  should we do with commission structures that we had in
22  place for U.S. customers that came from Warrior Trading.
23  We're trying to brainstorm ideas here about some things
24  that happened here between rebates, and deals, and
25  discounts are we giving to U.S. customers, Warrior

88

1  Trading, in particular, using words such as, "Warrior
2  Trading Rebate Program" and -- yeah.  Different things.
3     Q.  Okay.  I'm going to turn your attention to the
4  bottom of page 2 leading into page 3 of Exhibit 22.
5        Do you see at the bottom of page 2 --
6     A.  Page 2 or 3?
7     Q.  Bottom of page 2 leading into beginning of
8  page 3.
9     A.  Sure.
10    Q.  Okay.  At the bottom of page 2, do you see
11 that there is an email from Drameko Moore?
12    A.  Yes.  There's an email from Drameko Moore on
13 Friday, March 24th, to customerservicecenter@suretrader.
14 There's one for account department, funding department,
15 trading, and cc to myself, Justin, Stephen, and Janay.
16    Q.  Okay.  Before we get into the substance of it,
17 who is csc@suretrader.com?
18    A.  CSC is the customer support department.
19    Q.  Is that to one individual?
20    A.  To all.
21    Q.  To all.
22       How many individuals are there in that
23 department?
24    A.  Approximately 15.
25    Q.  Okay.  And then,

89

1  discussed?
2     A.  This email was sent almost as an announcement
3  from Drameko to all the parties that were in the email
4  to make them aware that SureTrader will not be offering
5  any rebates, deals, discounts for any U.S. clients until
6  further notice.  This includes multiple trading schools
7  or affiliates, such as Warrior Trading, Investor
8  Underground, Profit Trade Room, and Mojo, which is Mojo
9  Trading.  And then, he's mentioning also that there's a
10 new deal for Warrior Trading to reflect as of right now,
11 which is just a new deal for non-U.S. registered clients
12 for receiving some rebates up until $2,500, et cetera,
13 et cetera.
14    Q.  Okay.  I'm going to now draw your attention
15 back to page 2.
16    A.  Uh-huh.
17    Q.  Did anyone respond to Mr. Moore's email?
18    A.  If anyone responded?
19       Let me see.  Yes.  Michael Bain responded to
20 Drameko and myself.  It says, "Hi, Drameko and Yaniv.
21 Given that we have now finalized our policy on
22 referrals, I would imagine the next step is to figure
23 out how to treat existing clients who were promised
24 deals.  Steps," and a few bullet points, "Go through the
25 referral spreadsheet and find out which existing clients

91

1  accountsdepartment@suretrader.com.
2        Who is that?
3     A.  I wanna say, at the time, it could be the
4  people responsible in opening accounts.  So it could be
5  compliance analysts.
6     Q.  And who was in funding department?
7     A.  The -- the -- the department where Mr. Antonio
8  Collie was managing, which was the -- anything to do
9  with the banking and funding.  So for deposit,
10 withdrawal -- withdrawals, anything of that nature that
11 has to do with monies.
12    Q.  Okay.  And who was in the
13 trading@suretrader.com?
14    A.  All the individuals who are in the trading
15 department.
16    Q.  Okay.  Now, turning to page 3 -- I'm not
17 asking you to read aloud, but -- so what was the reason,
18 if you know, for Mr. Moore sending the email to the
19 individuals or emails that we just identified?
20    A.  Okay.  I'm going to read it.
21    Q.  Okay.
22    A.  Okay.
23    Q.  If you know, why did Mr. Drameko Moore --
24    A.  This --
25    Q.  -- send this email to the addresses that we

90

1  are from the U.S.  Mark them as removed from the
2  discount program.  Inform them that they no longer
3  qualify for the discount program as they are a U.S.
4  client and U.S. clients are not and were never intended
5  to be eligible.  We can send a blast email for this."
6  And then, "For those non-existing -- for those non-U.S.
7  existing clients who were referred, they can keep the
8  deal they were promised and we will check monthly to see
9  when they need to be rebated or downgraded to the
10 standard plan.  How does that sound?  If there is any
11 other points you want to add let me know.  Thanks."
12    Q.  Okay.  And after the email was sent by
13 Mr. Bain, was there a response to that?
14       You don't have to read it out loud, but I'm
15 asking you, was there a response?
16    A.  Yes, there was a response from myself to
17 Michael, cc'd Drameko.
18    Q.  And generally what did you say in your
19 response?
20    A.  That -- and this was bringing me to say what
21 Guy was instructing me, meaning what do you want to do
22 with the existing customers, both U.S. and non-U.S. that
23 receiving the rebates?  Do you want to remove them from
24 that deal?  Do you want to keep them in the deal?
25       And Guy said, "Keep them in the deal."

92

1       So...
2    **Q.**  Give them what deal?
3    **A.**  The rebates that were given from the
4  affiliates, the dollar back, the 20 free trades, the
5  hundred dollar rebates.  All those different rebates,
6  and discounts, and deals that were part of the agreement
7  between SureTrader and the affiliates.
8    **Q.**  Who would receive the benefit of those deals?
9    **A.**  The customer, of course.
10   **Q.**  Which customers?
11   **A.**  U.S. customers and any other customer.
12   **Q.**  All right.  After you responded, do you see
13  the top email on page 1?
14   **A.**  Yes.
15   **Q.**  Okay.  And is that Mr. Moore responding to
16  you?
17   **A.**  Uh-huh.  Yes.  He's responding to me, cc
18  Michael.  He's requesting to know about an update as
19  it's been already a month and we want to be checking and
20  removing both U.S. and fully rebated accounts from --
21  for existing Warrior Trading clients.
22   **Q.**  All right.  After Mr. Moore sent you this
23  email copying Mr. Bain --
24   **A.**  Uh-huh.
25   **Q.**  -- what happened?

93

1  I'll strike that question.
2    **A.**  Sure.
3    **Q.**  Did Mr. Bain's suggestions on page 2, from his
4  March 24th, 2017 email, at 5:20, get implemented?
5      MR. M. FORD:  Objection.  Leading.
6      THE WITNESS:  No, we did not follow on that.
7  We only took measures from -- moving forward,
8  meaning -- as far as I remember, that was the
9  intent, of course, to not do deals moving forward
10  with U.S. customers.  But every customer that was
11  to that decision backwards was still receiving
12  rebates, discounts, deals, and that is U.S.
13  customers, any other customer from deals that we
14  had with the affiliates.
15 BY MS. SUM:
16   **Q.**  The intent that you just described, was that
17  implemented with respect to U.S. customers?
18   **A.**  It had the intent to, but I don't think it
19  happened, because we still received many U.S. customers.
20  We accepted U.S. customers.  And to my knowledge also,
21  there were applications that came later on that did
22  mention names of different trading schools.
23      And also, in February 2018, there were a
24  whole -- documents that I have downloaded from iBoss or
25  other software that SureTrader had that shows that, in

94

1  fact, many other customers -- U.S. customers did receive
2  other benefits.
3    **Q.**  Who -- who is the subject of this particular
4  email?
5    **A.**  It's subject to "Re: New Warrior Trading
6  Rebate Program Update."
7    **Q.**  Okay.  The intent that you described, was it
8  implemented as to Warrior Trading?
9    **A.**  If it was or wasn't?
10   **Q.**  Was it implemented?
11   **A.**  I don't -- I don't think so.
12      MS. SUM:  All right.  Why don't we go ahead
13  and take the break now, because it's already 12:36.
14      THE VIDEOGRAPHER:  12:36.  We're off the
15  record.
16      (Whereupon, a break was taken, at which time
17      Mr. Halpin exited the deposition.)
18      THE VIDEOGRAPHER:  1:49.  We're on the record.
19 BY MS. SUM:
20   **Q.**  All right.  We're coming back from a break.
21      Mr. Frantz, I'm going to hand you what I've
22  marked as Exhibit 23.
23      (Thereupon, the referred-to document was
24      marked by the court reporter for
25      Identification as Plaintiff's Exhibit 23.)

95

1 BY MS. SUM:
2    **Q.**  Okay.  Could you take a moment, please, to
3  look at Exhibit 23, Mr. Frantz?
4    **A.**  Yes.  Okay.
5    **Q.**  Do you recognize what's been marked as
6  Plaintiff's Exhibit 23?
7    **A.**  Yes.
8    **Q.**  Okay.  And what is it?
9    **A.**  This is an email that was sent on March 17th
10  from Michael Bain.
11   **Q.**  What year?
12   **A.**  March 17, 2017.  From Michael Bain to Justin
13  Ritchie, cc to myself.
14   **Q.**  What's the subject?
15   **A.**  "Affiliate Spreadsheet PDF."
16   **Q.**  I asked the subject.
17   **A.**  Sorry.  "Affiliates."
18      I'm reading the actual attachment.  The
19  subject is "Affiliates."
20   **Q.**  All right.  And what is this email concerning?
21   **A.**  Michael is sending an email to Justin and
22  cc'ing me about an update for the affiliate program that
23  we have on the PDF, that they have on their computer,
24  outlining the deal in details for the different
25  affiliates that SureTrader had.  And if you have any

96

1 additional documents or information, please pass it out
2 to -- to me, asking Justin to pass the information to
3 me.
4     **Q.** What is the time frame of this email relative
5 to the emails that you testified earlier going out to
6 the affiliates?
7     **A.** They were shortly before the emails.
8     **Q.** Okay. And what did you do with this email
9 from Mr. Bain?
10     **A.** Waited for -- well, I received the attachment
11 from it --
12     **Q.** Okay. What is --
13     **A.** -- on page --
14     **Q.** -- the attachment?
15     **A.** The attachment? It's called, "Affiliate
16 Spreadsheet." It's a PDF file. And it outlined all the
17 actual deals that we have -- not all, but most of the
18 deals that we have with different trading schools in
19 United States. There's a few names here of the
20 affiliate names, such as Timothy Sykes, username known
21 as Sykes; Investor Underground, username -- user ID
22 known as Nate; Day Trading Radio, user ID known as DTR;
23 Mojo, user ID known as Richlender; and Stock Trading
24 Ideas, user ID known as stocktradingideas.
25     **Q.** Okay.

97

1     **A.** There's a few other person here, and more to
2 follow, what kind of deals we had with each one, the
3 reps that kind of assigned to them, what kind of
4 payments they made, contact informations.
5     **Q.** Okay. And in the "Payment Notes" column, what
6 does it reflect?
7     **A.** So one of them there is Day Trading Radio
8 showing "$1,000 per month paid via wire transfer."
9 Mojo, "$1,700 per month deposited to account number PF,"
10 which is a SureTrader account. So I think it was
11 referring to a deposit that was made to a trading
12 account or an account that was open under their name or
13 someone else's name. And then, there is Jan -- or Jan
14 Dujmovic, "$125 per non-U.S. referral."
15     **Q.** All right. When you received this chart that
16 is the attachment to Plaintiff's Exhibit 23, did you
17 discuss it with Mr. Gentile?
18     **A.** This brought me back to the same conversation
19 that we had. Yes. Everything that I addressed with
20 Guy, in regards to the affiliates, was addressed in the
21 capacity that all information perhaps was presented,
22 such as this.
23     **Q.** What do you mean that it was perhaps
24 presented?
25     **A.** To him. Meaning, he was made aware that I

98

1 wasn't just verbally noting that. I was told, there's
2 affiliates in SureTrader that's doing deals with U.S.
3 More of, I received documents from, you know, Michael
4 and Justin, we paying this amount, that amount. I
5 brought him into attention with details about all the
6 information that I received from the other parties, such
7 as Michael, Drameko, Justin.
8     **Q.** What did Mr. Gentile say when you provided him
9 with information related to what's contained in
10 Plaintiff's Exhibit 23?
11     MR. M. FORD: Objection.
12     THE WITNESS: He's not -- he's not aware of
13     it. We don't do any deals. If there's any deals,
14     other people did it without his knowledge. But
15     that was not true.
16 BY MS. SUM:
17     **Q.** Was there any kind of chain of command within
18 the company?
19     **A.** Yes. Of course.
20     **Q.** Could you describe what that chain of command
21 was?
22     **A.** Well, couple of things. One, we created an
23 company org chart, organization chart, where it outlined
24 who are the executives in the company, who is the boss,
25 who's, you know, sending or creating the orders, and

99

1 also, sending what tasks and projects need to be made.
2     But also, there was one event throughout the
3 year, I would say towards the end of the year, where in
4 one of the executive meetings -- agendas there was one
5 section in there that was very unusual to bring into --
6 one, to an agenda, to a meeting, and to address. And
7 that caught all of us, the executives in SureTrader,
8 offguard as to why Antonio Collie is bringing such
9 agenda into the executive meeting.
10     And one of the items was that -- want to
11 refer, "Who is the boss," you know, for SureTrader, and,
12 you know, highlighting "boss" in capital, in caps,
13 question mark. There is only one boss in this company
14 that we report to, and that is Guy Gentile.
15     **Q.** When was that agenda that you're referring to?
16     **A.** It was close to towards the end of the year,
17 September, October, November.
18     **Q.** All right. I'm just going to take your
19 attention away briefly and show you what I've marked as
20 Exhibit 24.
21     (Thereupon, the referred-to document was
22     marked by the court reporter for
23     Identification as Plaintiff's Exhibit 24.)
24 BY MS. SUM:
25     **Q.** You just referred to an org chart.

100

1    A.  Yes.
2    Q.  Is this what you were referring to?
3    A.  Yes.
4    Q.  Okay.  And when I asked you about the chain of
5  command earlier, what do you believe this Exhibit 24
6  reflects?
7    A.  That Guy Gentile is the CEO of the company.
8  Board of directors is Guy Gentile and Antonio Collie.
9  And there's underneath Guy Gentile, all the executives,
10  such as Antonio Collie, who is the president and chief
11  financial officer; Edward Cooper, who is the chief
12  compliance officer and MLRO; myself, chief operating
13  officer; and Janay Simonnett, the chief marketing
14  officer.
15    Q.  Okay.  I'm going to ask you -- you can put
16  that down, and then, we're going to go to the next
17  exhibit.  I'm going to show you what's been marked as
18  Exhibit 25.
19        (Thereupon, the referred-to document was
20        marked by the court reporter for
21        Identification as Plaintiff's Exhibit 25.)
22  BY MS. SUM:
23    Q.  Would you take a moment, please, to review
24  Exhibit 25?
25    A.  Yes.

101

1    Q.  Excuse me.  Plaintiff's Exhibit 25.
2        Do you recognize Plaintiff's Exhibit 25?
3    A.  Yes, I do.
4    Q.  Okay.  Earlier, when you referred to an
5  executive meeting, is this what you were referring to?
6    A.  Yes.
7    Q.  Okay.  What is the subject of this document?
8    A.  "Biweekly Executive Team Meeting."
9    Q.  Did SureTrader have biweekly executive team
10  meetings?
11    A.  I would say so, yeah.  Sometimes it was pushed
12  back a little bit, but yeah.
13    Q.  And is that true for the entire time that you
14  worked at SureTrader?
15    A.  Yes.
16    Q.  And in connection with these executive team
17  meetings, were there any materials or information
18  distributed beforehand?
19    A.  Yeah.  The agenda.
20    Q.  And is Plaintiff's Exhibit 25 an agenda for an
21  executive team meeting?
22    A.  Yes.
23    Q.  Can you generally say, more or less, whether
24  agendas had multiple items up for discussion at these
25  executive team meetings?

102

1    A.  Yes.
2    Q.  Is this agenda on Plaintiff's Exhibit 25
3  unusual?
4    A.  Item 8 is unusual.
5    Q.  Okay.  And what does item 8 provide?
6    A.  Item 8 is stating, "Who is the BOSS?"  Boss is
7  in caps, question mark.  "I would like to remind all
8  that as far as I am aware there's one shareholder and
9  one boss/CEO of the company that we report to and that
10  is Mr. Guy Gentile.  The organizational structure is
11  clearly defined."
12    Q.  Okay.  And who was the author of this email?
13    A.  Mr. Antonio Collie.
14    Q.  And to whom was this email addressed?
15    A.  To the executives of SureTrader.
16    Q.  In prior executive team meetings, had the
17  topic of "who is the boss" ever come up?
18    A.  Never.
19    Q.  And -- well, did the meeting to which
20  Mr. Collie refers take place?
21    A.  Yes.
22    Q.  And what do you recall occurring during this
23  meeting?
24    A.  Well, we didn't go right away to talk about
25  item 8.  So we did go through, you know, one-by-one.

103

1  There were multiple things that we talked about that
2  day.  And this in particular was definitely something
3  that we all read it, I'm sure, before -- before coming
4  to the meeting.  And also, during this meeting, we were
5  all having Antonio Collie discussing this matter.
6        And we all kind of looked at each other and
7  said, "Yeah.  Of course.  I mean, what is new here?  I
8  mean, what's" --
9        And, you know, I tried to speak with
10  Mr. Antonio also afterwards about that.  Obviously, you
11  know, I was appointed as COO of the company around June,
12  and, you know, I was really caring about the company,
13  and people worked -- I built rapport with them.  And we
14  were feeling more comfortable talking about some
15  concerns.
16        And I remember that time of the year was a
17  very stressful time for Mr. Antonio Collie, where there
18  were a lot of different issues that were raised, such as
19  banking, and insurance, and audits.  And you can feel
20  also that on top of that there was -- Guy was heavily
21  trading stocks in one of the accounts of the SureTrader.
22  And he was swinging trades in the hundreds of thousands
23  of dollars.  Some days he would be up 900,000, down
24  500,000, down 300,000.  Big numbers.
25        And that would affect the job that Mr. Antonio

104

1  Collie would have, because he's the one who moved monies
2  between accounts, such as wires, and making sure that
3  the buying power of the firm is staying healthy.  And
4  there were times that he was -- constantly needed to
5  bring wires into those accounts.
6      So, you know, I -- I remember speaking with
7  Antonio Collie, and he brought to my attention concerns
8  that he had with Guy, you know, continuing this kind of
9  a rodeo.
10     Q.  Continue what?
11     A.  Rodeo of trading again.  This is not the first
12  time that he's been not focused about the business, and
13  destructed, and going into trading, and, you know, it's
14  causing a lot of issues for the firm SureTrader and for
15  the work of Antonio Collie.
16     Q.  I want to make sure I understood you.  When
17  you say "rodeo," are you -- what do you mean by that
18  term?
19     A.  It's a term used for something that is very
20  wild.
21         MR. A. FORD:  Rodeo?
22         THE WITNESS:  Rodeo?  Sure.  Rodeo.  Maybe
23     it's the way I --
24  BY MS. SUM:
25     Q.  Are you talking about like cowboys --

105

1      A.  Yeah.
2      Q.  -- and --
3      A.  Yeah.  Rodeo.  Rodeo.
4      Q.  Okay.  I just wanted to make sure I
5  understood.
6         MR. A. FORD:  Rodeo is fine.
7         MS. SUM:  Well, different -- yeah.
8         THE WITNESS:  It sounds more elegant to me.
9         MS. SUM:  Perhaps they're shopping there.
10  BY MS. SUM:
11     Q.  Okay.  So just -- I want to make sure I
12  understand.  Okay.  What do you mean when you use the
13  term "rodeo" or "rodeo" with -- when referencing
14  Mr. Gentile's trading activity?
15     A.  Meaning, putting things at risk, going into
16  the unknown, instead of focusing on plans, on
17  strategies.  You know, becoming wild.  You know, putting
18  too much risk in places that shouldn't be.  Just losing,
19  in a way, focus.
20         And from what I understood from him, by saying
21  that, is that it's not the first time that he's been
22  through that phases in his -- of trading heavily in
23  SureTrader accounts.  And when this happened again,
24  Antonio was bringing his concern to me that maybe I
25  should speak with Guy to, you know, stop it or reduce

106

1  the level of extreme.
2      Q.  All right.  I'm going back to point number 8
3  on Plaintiff's Exhibit 25 about the executive team
4  meeting.
5      Can you describe for me what Mr. Collie said
6  regarding point number 8 during this meeting?
7      A.  Well, essentially, what he was trying to say
8  is very interesting.  I think, what I understood, and I
9  think we all can agree, is that he was very concerned
10  about the potential and the stake where Guy has been
11  putting him as both an executive and a director of the
12  company, and he didn't want to be part of it.  He didn't
13  want to be responsible for Guy's actions.
14     Q.  Who --
15     A.  He wanted to make sure that he is himself, you
16  know, doing the CYA.
17     Q.  Who was present at this executive team meeting
18  where the agenda on Plaintiff's Exhibit 25 was
19  discussed?
20     A.  I believe all the executives but Guy Gentile.
21  Guy was -- during that time also, and I believe it's
22  definitely somewhere in communications, there were very
23  lack communications from the top.
24     Q.  There were very what communications?
25     A.  Lack of communications from the top.  And that

107

1  was addressed by Mr. Collie.  And we all felt that.  I
2  felt that myself as being the COO, and also, as a friend
3  of Guy.  He just was in a different time.  He was just
4  not -- not really communicating.  And I think Antonio
5  was concerned.  He was worried.  And I think by bringing
6  that to the meeting was to -- making sure everybody
7  knows, which everybody already knew, that there's only
8  one boss in this company that we all report to, and we
9  all do what he says, and that is Guy Gentile.
10     Q.  Did anyone during this executive team meeting
11  say, no, Mr. Collie, I disagree with point number 8 on
12  this agenda?
13         MR. M. FORD:  Objection.
14         THE WITNESS:  No.  Not at all.  Not at all.
15     As I said before, it was more of everyone looked at
16     it very weirdly, why is there a need to actually
17     even bring this?  We all know who is the CEO.  We
18     know who runs this company.  We all know that we
19     all have to report to Guy.  We all get, you know,
20     orders from Guy.  We all get to brainstorm ideas,
21     but before we actually execute on the important
22     stuff, everything has to be cleared and get a green
23     light from Guy.
24  BY MS. SUM:
25     Q.  Thank you.  I'm going to move on to the next

108

exhibit.
 2        Mr. Frantz, I'm going to show you what we've
 3 marked as Exhibit 26.
 4        (Thereupon, the referred-to document was
 5        marked by the court reporter for
 6        Identification as Plaintiff's Exhibit 26.)
 7 BY MS. SUM:
 8    Q.  Could you please take a moment to review it?
 9    A.  Yes.  Okay.
10    Q.  Do you recognize Exhibit 26?
11    A.  I do.
12    Q.  Okay.  What is it?
13    A.  It's communications on WhatsApp between myself
14 and Guy Gentile on March 23rd, 2017.
15    Q.  How do you know these are WhatsApp messages
16 between you and Mr. Gentile?
17    A.  I know how my WhatsApp messages look like.
18    Q.  Do you see a phone number at the top --
19    A.  Yes.
20    Q.  -- of the exhibit?
21    A.  I do.
22    Q.  Is that Mr. Gentile's phone number?
23    A.  Yes.  He, in fact, had two numbers.  Well, he
24 had one number, and then, he decided to leave that
25 number and move to another number.  So this is one of

109

them.
 2    Q.  All right.  What -- what is discussed between
 3 you and Mr. Gentile in these WhatsApp messages?
 4    A.  Well, as I said before, before I do anything,
 5 I ask Guy.  And I ask him here, "We told Russ that it
 6 will be implemented tomorrow.  Anything new?  Call me
 7 when you can."
 8    Q.  Sorry to interrupt you.  Who is Russ?
 9    A.  Russ is from one of the affiliate schools.
10    Q.  Okay.  Please continue.  What else does this
11 WhatsApp message cover?
12    A.  And then, Guy replied shortly -- very quick.
13 He said, "We can do deals with him."
14        And I thought I understood it wrong.  And I
15 corrected it to make sure that I know what he says.  And
16 I said, "Can't?"  Because I don't think, you know, I
17 understood when he said, "We can do deals with him."
18        And then, I worked on a template kind of email
19 to be sent later on to all the affiliates, which is the
20 CYA that, you know, we, as a company at SureTrader and
21 Guy, were trying to say that we never had deals, so we
22 just want to make sure that you that know that, soliciting
23 U.S. customers.  So this was a template that was sent to
24 Guy.
25    Q.  What was Mr. Gentile's response to your

110

messages?
 2    A.  He said, "It's fine," meaning you got an
 3 agreement -- an approval to send it.
 4    Q.  Did you have a phone call with Mr. Gentile
 5 about the contents of these WhatsApp messages?
 6    A.  I'm sorry?
 7    Q.  Did you have a phone call?  Like did you talk
 8 to him by telephone?
 9    A.  We spoke on the phone.  We exchanged
10 WhatsApps.
11    Q.  No.  Regarding the substance of these WhatsApp
12 messages.
13    A.  Yeah.
14    Q.  Okay.  After you had this exchange --
15    A.  Uh-huh.
16    Q.  -- did you speak by telephone or in person
17 with Mr. Gentile about the substance of this exchange?
18    A.  Yeah, I believe we did.  It wasn't just one
19 shot that it was laid off.  There were multiple events
20 that we spoke about this and -- yeah.
21    Q.  At the bottom of the first page of Exhibit 26,
22 do you see where it says, "We're at 43K right now," and
23 then, below it, it has, "$48.5K+?"
24    A.  Yes.
25    Q.  What is that referring to?

111

 1    A.  The 43K and the 48.5K is the commissions
 2 collected up to that hour.  It says, "10:00 p.m."  So I
 3 presume it was at nighttime.  Actually, this was
 4 (inaudible) --
 5        THE COURT REPORTER:  I'm sorry.  "This was"
 6    what?
 7        THE WITNESS:  The screenshots that were
 8    provided happened while I was in Israel, I believe.
 9    So the timestamp on the chats, 8:00 p.m., might
10    show in different -- but it's the same day.  It's
11    March 23rd, 2017.  The "43K" and the "48.5K" refers
12    to the commissions that were collected.
13 BY MS. SUM:
14    Q.  For what time period?
15    A.  For the day.  And the plus sign refers to
16 the -- the sums of the cross-trading that Nicholas, one
17 of the employees of SureTrader that was reside in
18 Florida, in West Palm Beach, was trading against
19 principal.  He was added to the plus.  So the first
20 number will be the number of the commissions the company
21 generated that day as revenue, and the plus would be how
22 much Nicholas was making on behalf of trading against
23 principal.
24    Q.  When you refer to "commissions," what is that
25 comprised of?

112

1    A.   Commissions are the fees collected from
2  investors for each trade that they are placing.
3    Q.   And when you refer to "investors," do you know
4  whether they're from the U.S. or elsewhere?
5    A.   They were from --
6        MR. M. FORD:  Objection.
7        THE WITNESS:  -- the U.S. and they were from
8    everywhere.  All investors.  Any investors that
9    SureTrader had will be inside this number.
10 BY MS. SUM:
11   Q.   Did you regularly provide Mr. Gentile with
12 reports about the numbers for a particular day?
13   A.   Yes, I did.  I almost did it on a daily basis.
14 And we also created, I believe, also a document showing
15 how much we made either per day or per month from the
16 day I -- I think from the year before I came onboard to
17 2018, perhaps.  So we have that in specifics.
18   Q.   Okay.  Thank you.
19   A.   Sure.
20   Q.   I'm going to show you what's been marked as
21 Exhibit 27.
22        (Thereupon, the referred-to document was
23        marked by the court reporter for
24        Identification as Plaintiff's Exhibit 27.)
25 BY MS. SUM:

113

1    Q.   Do you recognize what's in Plaintiff's Exhibit
2  27?
3    A.   I -- I see it.  I don't -- I don't remember a
4  time I had -- right now that I was part of that, but I
5  recognize the names, and the content, and descriptions
6  inside.
7    Q.   What is the content of --
8    A.   So this is an invoice --
9    Q.   -- the document?
10       MR. M. FORD:  Objection.
11       THE WITNESS:  This is an invoice, Day Trading
12   Radio, Inc., from 85 North Broadway, Nyack, New
13   York, billed to Swiss America Securities, LTD, in
14   Nassau, Bahamas.  In the description it says,
15   "Advertising banner on Daytradingradio.com (top of
16   Web page), access to chat room, on air time, and
17   monthly promotional email," and the rate is $1,000.
18 BY MS. SUM:
19   Q.   And what is the date of this document?
20   A.   This was on February 16th, 2017.
21   Q.   And what is that timing relative to when you
22 sent emails to affiliates?
23   A.   About a month before.
24   Q.   I'm going to turn your attention to page 2 of
25 Exhibit 27.

114

1    A.   Yes.
2    Q.   Okay.  What's the difference between page 1
3  and page 2?
4    A.   The only difference that I see is the date is
5  different and the invoice number is different.
6    Q.   And what is the date of page 2?
7    A.   The date is June 5th, 2017.
8    Q.   And what is that relative to when you sent out
9  emails to the affiliates?
10   A.   About three months later.
11   Q.   I'm going to turn your attention to page 3.
12       Is there any difference between this document
13 and the two preceding pages?
14   A.   Same.  Just the date and the invoice number is
15 different.
16   Q.   And what is the date?
17   A.   The date is November 3rd, 2017.
18   Q.   And then, I'll turn your attention to page 4
19 and ask you the same question.
20       How is this different than the three pages
21 preceding that we just discussed?
22   A.   Same.  Just the date and invoice number is
23 different.
24   Q.   And what is the date?
25   A.   The date is March 2nd, 2018.

115

1    Q.   Okay.
2    A.   I'm sorry.  Actually, on the last one there is
3  an additional $1,000 for February 2018 invoice.  So the
4  total amount would be $2,000, instead of $1,000.
5    Q.   Is the description the same on all four pages?
6    A.   Yes.
7    Q.   Do you know why Day Trading Radio was sending
8  these invoices to SureTrader?  Excuse me.  Strike that.
9        Do you know why Day Trading Radio addressed
10 these invoices to Swiss America Securities Limited?
11       MR. M. FORD:  Objection.
12       THE WITNESS:  Looks like they were still
13   providing services to SureTrader that they did
14   before.
15 BY MS. SUM:
16   Q.   I'm sorry.  Before what?
17   A.   The same services before we said that we no
18 longer do businesses with affiliates.
19   Q.   You said they continued to provide?
20   A.   Yes.  From February -- it shows that it
21 started -- well, not started.  But there's an invoice
22 here from February of 2017 to March of 2018.
23   Q.   I'm going to show you what was previously
24 marked as Exhibit 12.
25   A.   Okay.

116

1    (Thereupon, the referred-to document was
2    marked by the court reporter for
3    Identification as Plaintiff's Exhibit 12.)
4  BY MS. SUM:
5    Q.  Mr. Frantz, do you recognize what's been
6  marked as Exhibit 12?
7    A.  Yes.
8    Q.  What is it?
9    A.  This is the application process for new
10 investors to come into SureTrader.
11   Q.  And I'm going to turn your attention to the
12 first page.
13     What is the name listed?
14   A.  Christopher Miguel Penalver.
15   Q.  And what information does Mr. Penalver provide
16 regarding his address?
17   A.  Mailing address is, 7301 Alma Drive, Apartment
18 2311, Plano, Texas, United States.
19   Q.  I'm going to turn your attention now to page
20 2. Excuse me. When I say, "page 2," page 2 of the
21 document. But if you would flip, please. Yep. And
22 specifically point your attention to approximately the
23 middle of the page.
24     Do you see in bold where it says, "How did you
25 hear about us?"

117

1    A.  Yes.
2    Q.  Do you remember testifying earlier about
3  SureTrader's applications?
4    A.  Yes.
5    Q.  Okay. Is this what you were referring to?
6    A.  Yes.
7    Q.  And what is your understanding of how the
8  information is provided into this document regarding
9  "How did you hear about us?"
10   A.  Well, it could be -- a person would write down
11 what -- where they came from.
12   Q.  And what does this application reflect?
13   A.  The type source is "website."
14   Q.  And internally what was understood by a
15 reference to "website" on the application?
16   A.  He came directly through SureTrader website.
17   Q.  I'm going to -- so there are Bates numbers.
18 There's numbers at the very bottom right-hand corner.
19   A.  Uh-huh.
20   Q.  I'm going to turn your attention to the page
21 that ends in 10406. It's just maybe three -- four pages
22 from the back of the document.
23   A.  Yes.
24   Q.  Do you recognize the document that appears on
25 pages 10406 through 10408?

118

1    A.  Yes.
2    Q.  Okay. And what is it?
3    A.  This is from iBoss. It's the back office
4  system that SureTrader had, where the investors -- all
5  investors have access to see their trades, what symbols
6  they traded, how many times, how many shares, if they
7  were long or short, if they grossed positive or negative
8  on that trade, how much are their commissions, and if
9  there is any additional fees that they had to pay, and
10 the true P&L for that [sic] trades, as well as different
11 monthly fees for softwares, either it's a pro version or
12 a non-pro version, any withdrawal, any deposits that
13 were made, any credits that are being done, and then, a
14 breakdown of all the trades executed.
15   Q.  Does this document that you referred to as the
16 iBoss --
17   A.  Yes.
18   Q.  -- printout reflect when this customer's
19 account was opened?
20     MR. M. FORD:  Objection.
21     THE WITNESS:  The dates entered showing
22   January 1st, 2016 to January 30th, 2018.
23 BY MS. SUM:
24   Q.  What does that reflect?
25   A.  The time period of, I believe, the account

119

1  opening to closing.
2    Q.  Does it show the date of opening?
3    A.  Let me look at this a little bit more.
4      MR. A. FORD:  Objection to foundation.
5      THE WITNESS:  I believe that the opening of
6    the account could have been a little bit ahead, as
7    I'm seeing a date here on April 26th, 2017 for a
8    deposit of $17,000.
9  BY MS. SUM:
10   Q.  I'm going to turn your attention to page
11 10399. That's earlier than where you were just looking.
12   A.  I'm sorry. 10?
13   Q.  10399.
14     Do you see any dates on page 10399?
15   A.  Yes. That will be April 19th, 2017.
16   Q.  What does that reflect?
17   A.  The date of doing the application.
18   Q.  "Doing the application?"
19   A.  Filling out the information and signing on the
20 application process to become an account at SureTrader.
21   Q.  And --
22     MR. M. FORD:  Objection.
23 BY MS. SUM:
24   Q.  -- that April 19, 2017 date, what is that
25 relative to when you sent out emails to the affiliates?

120

Yaniv Frantz
3/11/2023

1    A.  About a month later.
2    Q.  Okay.  I'm going to show you what I've marked
3 as Exhibit 28.
4         (Thereupon, the referred-to document was
5         marked by the court reporter for
6         Identification as Plaintiff's Exhibit 28.)
7         THE WITNESS:  This does not have the same
8    exhibits.
9         MS. SUM:  No.  It was previously marked.  So
10   that's okay.
11        MS. JOHNSON:  What is this one?
12        MS. SUM:  Twenty-eight.
13 BY MS. SUM:
14   Q.  And if you could please take a moment to
15 review it.
16   A.  Okay.
17   Q.  Do you recognize what's been marked as
18 Plaintiff's Exhibit 28?
19   A.  Yes.
20   Q.  What is it?
21   A.  This is another application that came to
22 SureTrader.
23   Q.  And what is the name on the application?
24   A.  Stephen Rigodon Derong.
25   Q.  And is there any address provided by

121

1 Mr. Derong?
2    A.  Yes.  2950 West 91st Street, Evergreen Park,
3 Illinois, United States.
4    Q.  I'm going to turn your attention to page 2 of
5 the document, which is marked 10774, and specifically to
6 approximately the middle of the page.
7    A.  Uh-huh.
8    Q.  Do you see where it says in bold, "How did you
9 hear about us?"
10   A.  Yes.
11   Q.  And what does that reflect?
12   A.  Type source is "Warrior Trader."  And I think
13 he meant Warrior Trading.
14   Q.  What does that mean "type source?"
15   A.  Type source is where they came from, how did
16 he hear about us.
17   Q.  I'm going to now take your attention to --
18   A.  And the date on this is March 21st, 2019.
19   Q.  Do you see on the bottom of page 10780 a date
20 on that page?
21   A.  The date on the page is April 4th, 2017.
22   Q.  Okay.  I'm going to turn your attention to --
23 again, you can look at the bottom right corner of page
24 number 10787.
25   A.  787?

122

1    Q.  Yes.
2    A.  Yes.
3    Q.  And what is that?
4    A.  This is the iBoss system, the back office we
5 talked about earlier.
6    Q.  And what does this document reflect as far as
7 activity for Mr. Derong?
8    A.  We have trades here that are done, symbols,
9 quantities.
10   Q.  What are the dates present on this document?
11   A.  The dates are starting from January 1st, 2016
12 to January 30th, 2018.
13   Q.  Okay.  What does that reflect?
14   A.  That this person was -- got solicited from,
15 you know, Warrior Trading to come to SureTrader and
16 become a customer of SureTrader.
17   Q.  As far as the entry dates that are present on
18 this page, does it show information related to
19 Mr. Derong's activity?
20        MR. M. FORD:  Objection.
21        THE WITNESS:  I'm sorry.  I didn't hear that.
22 BY MS. SUM:
23   Q.  Do you see closer to the middle of the page
24 where it has "Cash Move Summary?"
25   A.  Yes.

123

1    Q.  Okay.  And if you look at the first entry,
2 what is the date?
3    A.  April 4th, 2017.
4    Q.  Okay.  And what is the activity?
5    A.  Deposit $517.
6    Q.  What does that mean?
7    A.  That he deposited $517 to his SureTrader
8 account.
9    Q.  And relative to when you sent the emails that
10 you testified about to affiliates, how does this
11 document compare?
12   A.  This was about a month after that event.
13   Q.  So you have an application here from a U.S.
14 resident dated after you sent the emails to --
15   A.  The affiliates.
16   Q.  -- to the affiliates?
17   A.  Yes.
18        MR. M. FORD:  Objection.  Foundation.
19 BY MS. SUM:
20   Q.  And how did this customer Mr. Derong come to
21 SureTrader?
22        MR. M. FORD:  Objection.
23        THE WITNESS:  Through Warrior Trading.
24 BY MS. SUM:
25   Q.  Okay.  Thank you.

124

Page 125

```
 1        MR. A. FORD:  Alice, we've been going for a
 2  little over an hour.  Whenever is a good time.
 3        MS. SUM:  Yeah, this is a good time.
 4        MR. A. FORD:  I don't mean to stop you now.
 5        MS. SUM:  That's fine.  This is a good time.
 6        THE VIDEOGRAPHER:  2:36.  We're off the
 7  record.
 8        (Whereupon, a break was taken.)
 9        THE VIDEOGRAPHER:  3:14.  We are on the
10  record.
11        MS. SUM:  Counsel, I'm just going to go ahead
12  and just address this now so we can get it out of
13  the way.  So I'm going to mark them.
14  BY MS. SUM:
15     Q.  Okay.  Mr. Frantz, I'm going to show you what
16  we've marked as Exhibit 29.
17        (Thereupon, the referred-to document was
18        marked by the court reporter for
19        Identification as Plaintiff's Exhibit 29.)
20        MR. M. FORD:  For the record, we're objecting
21  to the use of this document at this time.
22  BY MS. SUM:
23     Q.  All right.  Mr. Frantz, I realize it's a
24  hefty -- oh, I apologize.  I have my handwritten note on
25  there.
```

Page 126

```
 1        I'm not asking you to read the entire
 2  document.  Just, in general, do you recognize what's
 3  been marked as Exhibit 29?
 4     A.  This should be the -- all the applications
 5  that came to SureTrader with the status of each one of
 6  them, and many different details, such as their account
 7  number -- or application number, first and last name,
 8  email address, if the account is individual or different
 9  type of an account, the account number that is being
10  assigned to it, phone numbers, dates and times, promo
11  codes, status of the application, and created account
12  with some sort of audit trail that the compliance
13  department or anyone who has access to that can open and
14  see.
15     Q.  Okay.  And for the record the Bates number is
16  SEC-SECPST-E-0010703.XLSX.
17     A.  Yes.
18     Q.  All right.  And what is the -- well, do you
19  recall what the creation date was for this document?
20     A.  I wanna say, sometimes [sic] in Q1 2018,
21  February or March 2018.
22     Q.  All right.  Did you create --
23     A.  Yes.
24     Q.  -- this document?
25        And how did you do that?
```

Page 127

```
 1     A.  I pulled the information from either iBoss or
 2  another software that we had.
 3     Q.  And what do you mean you pulled the
 4  information?
 5     A.  I downloaded that pool of information.
 6     Q.  Did you run a particular set of search
 7  parameters to create this printout?
 8     A.  I'll have to look to see if there's anything
 9  that's catching my eyes.  I don't -- based on what I
10  see, I think it's the entire thing that came in.
11     Q.  If you want to scroll to the very last page.
12     A.  Yeah.  From what -- from what I see here, I
13  mean, it looks like this is all going all the way back
14  to August 25th, 2015, and the last date is February 6th,
15  2018.
16     Q.  And in this document that's marked Plaintiff's
17  Exhibit 29, do you see customer names?
18     A.  Yes.
19     Q.  You don't have to read them off.  I'm just
20  asking if you --
21     A.  Yeah.  I just want to see the actual -- what
22  it says on the top here.  I'm just going to move it a
23  tiny bit.  Yes.  As I said, there's different tabs here
24  with the number of the actual -- each -- each name or
25  application that came in, there is a reference to it
```

Page 128

```
 1  with a number, first name, last names, email address,
 2  account type, account number, phone number, submission
 3  date and time, promo codes, status, and its created
 4  account with an audit trail that you can probably open
 5  and see the application.
 6     Q.  Can you tell anything about where customers on
 7  this spreadsheet are located?
 8     A.  You can tell by phone numbers.  That's one.
 9     Q.  And why is that?
10     A.  Because there's some phone numbers that you
11  can tell, you know, that the ZIP Code -- area code, I'm
12  sorry, is a U.S.  954, for example, is a Florida area
13  code.  So it's easy to know this is a U.S. number.
14     Q.  And do you happen to know the area codes for
15  Miami?
16     A.  305, 954.  I believe there's maybe one more.
17     Q.  And just, for example, looking on the first
18  page, do you see any of the area codes for any Florida
19  locations?
20     A.  I believe 786 is also a Florida number, right?
21     Q.  It's Miami.
22     A.  Miami.  Okay.  So I see one here that is --
23     Q.  Is there a line number?
24     A.  It's for Mendez, Yoel.
25     Q.  What's the line number?
```

Yaniv Frantz
3/11/2023

---

**Page 129**

1    **A.**  Ten.
2    **Q.**  Let me ask you about --
3    **A.**  There's another one here on line 18, 305 area
4  code.
5    **Q.**  Okay.  As far as the contents of this report,
6  have you reviewed it and reached any conclusions about
7  the percentage of these customers that are based in the
8  United States?
9    **A.**  I didn't really have to do it by phone number.
10  We could have -- see it on the softwares that we had.
11  You can just put different criteria, put U.S., and we
12  can see how many really of the customers are from the
13  U.S.  And, I think, when we -- we did those numbers, or
14  we just put how many active traders do we have, and we
15  then -- from the active trader numbers, we saw how many
16  U.S. are from them.  And you can just do the math from
17  there to see that the vast majority of the traders,
18  active, or inactive, applications, they all were U.S.
19  based.
20    **Q.**  I'm going to turn your attention to the
21  column -- we're at the top.  It says, "Promo code."
22    **A.**  Yes.
23    **Q.**  Do you see that for certain lines on this
24  spreadsheet that there are entries for promo code?
25    **A.**  Yes.

---

**Page 130**

1    **Q.**  Okay.  I'm going to take line 2.  I'll just
2  use the reference number for the customer, 181211.
3    Do you see line number 2?
4    **A.**  Yes.
5    **Q.**  Okay.  So for customer number 181211, is there
6  an entry under -- or in the promo code column?
7    **A.**  Yes.
8    **Q.**  Okay.  And what is that entry?
9    **A.**  "Fifty onus," that I mentioned earlier in my
10  deposition.
11    **Q.**  So as you sit here and look at this
12  spreadsheet, what does the use of 50 onus in the promo
13  code column mean to you?
14    **A.**  A $50 bonus, which means like some sort of a
15  credit, rebate, bonus that pay back to a customer.
16    **Q.**  And which of SureTrader's customers would
17  receive this particular promo code?
18    **A.**  All customers.
19    **Q.**  And does that include U.S. customers?
20    **A.**  Correct.
21    **Q.**  Would there be any limitation where it
22  wouldn't be applied to U.S. customers?
23    **A.**  It should be.  But if we see here phone
24  numbers that are from the U.S., then the answer is, it's
25  sent to a U.S. person.

---

**Page 131**

1    **Q.**  I want to scroll -- let me just find the page
2  number.  So I'm going to turn -- turn your attention to
3  line 238, and --
4    MR. M. FORD:  For the record, defense counsel
5  does not have access to the document.
6    MS. SUM:  I emailed the document as a courtesy
7  based on your representation earlier that you did
8  not have it.
9    MR. M. FORD:  Alice, I'm just putting an
10  objection on the record.
11    MS. SUM:  Okay.
12    MR. M. FORD:  We already discussed it off the
13  record.
14    MS. SUM:  Okay.
15  BY MS. SUM:
16    **Q.**  Do you see line 238?
17    **A.**  I do.
18    **Q.**  Okay.  And do you see -- I'm just identifying
19  this customer under the ID number 180266?
20    **A.**  Yes.
21    **Q.**  Okay.  Do you see the -- in the column for the
22  phone number?
23    **A.**  Yes.
24    **Q.**  What is the area code?
25    **A.**  202.

---

**Page 132**

1    **Q.**  Do you know what area code that is?
2    **A.**  Washington?  I don't know.
3    **Q.**  And then, in the promo code column, do you see
4  an entry?
5    **A.**  Yes.  It says, "Save $50."
6    **Q.**  And what does that mean to you?
7    **A.**  Same thing.  It's probably 50 onus.  Same --
8  same -- same idea, same connotation, same -- same
9  target.
10    **Q.**  What do you mean "same target?"
11    **A.**  To give credits, discounts, promotional --
12  promotional gift to an investor who just opened an
13  account.
14    **Q.**  Okay.  All right.  I'm going to move on to a
15  different spreadsheet, different document.
16    **A.**  Sure.
17    **Q.**  You can set that aside.  All right I'm going
18  to show you what we've marked as Exhibit 30.
19    (Thereupon, the referred-to document was
20  marked by the court reporter for
21  Identification as Plaintiff's Exhibit 30.)
22  BY MS. SUM:
23    **Q.**  Here's a physical copy of it.
24    **A.**  Do you want to take that sticky?
25    **Q.**  Oh.  Sorry.

---

1      MR. A. FORD:  Twenty-nine was what we just
2  looked at, the large one?
3      MS. SUM:  The thick -- yeah.  The large one.
4  Uh-huh.
5  BY MS. SUM:
6     **Q.**  Could you just take a brief moment to look at
7  it?
8     **A.**  Sure.
9     **Q.**  I'm not asking you to review the whole thing.
10  Just to review it to see if you recognize it.
11     **A.**  Uh-huh.  Yeah.
12     **Q.**  Okay.  Do you recognize this document?
13     **A.**  I do.
14     **Q.**  Okay.  What is it?
15     **A.**  This is a list of all the active traders that
16  SureTrader had, with their account number, account name,
17  country, email, and the commission tier structure that
18  they had at SureTrader, such as per share, minimum
19  commission per trade, and the amount of trades they
20  placed since inception.
21     **Q.**  And did you create this document?
22     **A.**  I did.
23     **Q.**  Do you -- when did you create this document?
24     **A.**  I want to say sometimes [sic] in -- between
25  February and March 2018.

133

---

1     **Q.**  And with respect to the column where it says,
2  "Country" --
3     **A.**  Yes.
4     **Q.**  -- is this information automatically generated
5  when you run a report like this?
6     **A.**  I think I just set it up as active traders,
7  meaning traders who are with funded accounts, and also,
8  trades.
9     **Q.**  And do you see here where the U.S. appears in
10  the country column?
11     **A.**  I do.
12     **Q.**  From reviewing it -- well, strike that.
13     Do you remember reading -- reviewing this
14  document regarding what percentage of U.S. customers
15  were identified in the list?
16     **A.**  Yes.
17     **Q.**  Okay.  And what do you recall about that
18  review?
19     **A.**  That the vast majority of SureTrader's active
20  traders were, in fact, from the U.S. at around 80 to
21  85 percent rate.
22     **Q.**  In the "Per share" column, do you see where
23  there are numbers in the "Per Share" column?
24     **A.**  Yes.
25     **Q.**  Okay.  So I'm just going to turn your

134

---

1  attention to line 18.
2     Do you see that?
3     And it's for -- the customer number is
4  PFS21461.
5     **A.**  I do.
6     **Q.**  Okay.  And do you see in the "Per Share"
7  column it says, "0.000495?"
8     **A.**  I do.
9     **Q.**  Okay.  What does that mean to you?
10     **A.**  So this tier, for example, would pay $4.95 for
11  every 10,000 shares that he purchased or sold.
12     **Q.**  And is there a reason why this particular
13  customer received that structure?
14     **A.**  Yes.  They were commission structure deals
15  that were given to specific affiliates of SureTrader.
16     **Q.**  So -- and this particular customer we're
17  referring to, PFS21461, where are they from?
18     **A.**  From United States.
19     **Q.**  From your review of line 18 of this
20  spreadsheet, what are you able to conclude regarding
21  this customer?
22     **A.**  That this customer is from United States, and
23  it seems like he was receiving commission structure that
24  had special deal with an affiliate program from United
25  States.

135

---

1     **Q.**  And if there are other lines on this
2  spreadsheet with similar data, and listing the
3  customer's location as U.S., would you draw the same
4  conclusion?
5     **A.**  Yes.
6     **Q.**  With -- the column with "Per share," you see
7  where there's different numbers depending on which line?
8     **A.**  Yes.
9     **Q.**  Okay.  Can you explain why the numbers differ?
10     I mean, very generally.  So we looked at line
11  18 before, and it ended in -- so it's .000495.  But the
12  line above it, it's .000395.
13     What is -- what's the reason for the
14  difference?
15     **A.**  Could be someone who had a previous deal, or
16  maybe he was -- maybe he received that from the active
17  trading -- active trading program, where if you trade a
18  lot of volume or a lot of shares you might even get
19  additional discounts, but I -- they're not quite a lot
20  of those numbers, but --
21     **Q.**  To your knowledge, who of SureTrader's
22  customers received the .000495 rate?
23     **A.**  I'm sorry.  What's the first of the question?
24     **Q.**  Which customers of SureTrader's received the
25  .000495 rate?

136

1    **A.**  Customers who reached out to us and told us
2 that they came from affiliates, which is the trading
3 schools, and they would like to receive a discount,
4 because they were told that if they mention the name of
5 the affiliate they will receive a discount, which is
6 rebates, discounts, et cetera.
7    **Q.**  And which affiliates are you referring to?
8    **A.**  Timothy Sykes, Investor Underground, Warrior
9 Trading.  All the affiliates that I mentioned earlier in
10 my deposition.
11    **Q.**  And did that include U.S. based customers for
12 these affiliates?
13    **A.**  In fact, the vast majority of those who
14 received that were from the U.S.
15    **Q.**  Okay.  I'm going to move on to the next
16 exhibit.
17    So when did you stop working for SureTrader?
18    **A.**  I officially received a termination letter
19 sometimes [sic] in -- in mid-April 2018.
20    **Q.**  What happened that led up to the termination
21 letter?
22    **A.**  The truth, I don't know.  I was still employed
23 in the company.  My work permit was about to end at the
24 end of March of -- sometimes at the end of March 2018.
25 We were trying to work it with the labor department and

137

1 immigration, which was coming to be delayed.  All I
2 know, I had to leave the island, because I didn't want
3 to stay, you know, without permission.
4    I left to Israel to see my family.  I think it
5 was during the holiday season as well.  During that
6 time, the next probably two weeks, plus, minus, I was
7 still an employee of SureTrader.  I was speaking with
8 Guy.  I had full access to the emails, to iBoss.  In
9 fact, I traveled with a computer.  No one told me leave
10 it here.  I traveled with a computer.  I was still known
11 to be a SureTrader employee.
12    **Q.**  What computer are you referring to?
13    **A.**  The laptop from SureTrader, from Swiss America
14 Securities that I personally worked with.
15    **Q.**  Was that laptop issued to you when you started
16 your employment?
17    **A.**  Yes.
18    **Q.**  Did you receive any written or oral
19 notifications about job performance issues prior to your
20 termination?
21    **A.**  No.
22    **Q.**  Did Mr. Gentile express concerns about your
23 job performance that might lead to termination prior to
24 you receiving notice of termination?
25    **A.**  No.

138

1    **Q.**  For the year 2017, did you receive any
2 compensation other than -- strike that.
3    I'm not asking for the number, but did you
4 receive any compensation beyond what was agreed upon for
5 you annually?
6    **A.**  Yes.
7    MR. M. FORD:  Objection.
8    THE WITNESS:  I received a bonus.
9 BY MS. SUM:
10    **Q.**  Okay.  And when did you receive that bonus?
11    **A.**  I want to say, sometimes [sic] either in
12 December or January 2017 or '18.
13    **Q.**  And when you received that bonus, did anyone
14 discuss your job performance with you?
15    **A.**  No.
16    **Q.**  Did you talk to Mr. Gentile about the bonus?
17    **A.**  No.  I -- Guy, in fact, was -- I think he met
18 with almost every employee of the company.  Not every
19 employee.  With every executive of the company prior to
20 telling them about their bonus.
21    With me, it was -- he had to rush to the
22 airport, because he was supposed to be in New York in a
23 short period of time.  I was looking forward to meet
24 with him and to discuss with him, you know, how was my
25 year, are you happy about my performance, to hear from

139

1 him about what my bonus going to look like, or, you
2 know, tap on the shoulder, you done good job this year.
3 And that didn't come.  So I heard about my bonus from
4 Antonio Collie.
5    **Q.**  Did Mr. Collie indicate to you that you would
6 have a later conversation regarding your performance for
7 the year 2017?
8    **A.**  Yes.
9    **Q.**  And what did he say?
10    **A.**  He said, "Your bonus is just start.  Guy will
11 have a conversation with you."
12    **Q.**  Did he indicate in that conversation that
13 there were any reasons that Mr. Gentile was dissatisfied
14 with your performance?
15    **A.**  No.
16    **Q.**  All right.  Going back to the time --
17 approximately, when did you receive a termination
18 notice?
19    **A.**  April 2018.
20    **Q.**  And where were you located when you received
21 the notice?
22    **A.**  In Israel.
23    **Q.**  When you received it, did you attempt to reach
24 anyone at SureTrader?
25    MR. M. FORD:  Objection.

140

**Yaniv Frantz**
**3/11/2023**

1    THE WITNESS:  Yes.  I reached out to Guy a
2    couple of times.  He didn't answer.  I left him a
3    WhatsApp message to call me back and let me know
4    what's going on, because this was a -- a shock.
5 BY MS. SUM:
6    Q.  Why was it a shock to you?
7    A.  I didn't see that I've done anything wrong in
8 the company.  Nobody told me that I've done anything
9 wrong.  Guy was talking to me the entire time as if like
10 we might even do stuff outside the Bahamas, maybe in the
11 UK office, or anything like that.  So I thought, you
12 know, our separation [sic] would not come to an end, or
13 I thought -- I don't know.  I think it was just -- just
14 a -- a time where the termination came out of nowhere.
15 And every employee almost ghosted me.  It wasn't done
16 properly or professionally.  It was, you know, just out
17 of nowhere.  After two weeks of trying to work my
18 employment -- or my extension of my work visa, I woke up
19 one morning, and I saw a termination letter.  Not a
20 phone call.  Not a -- you know, trying to bring you the
21 news in such a way that would not be insulting, or
22 disappointing, or, you know -- yeah.
23    Q.  Did you receive any kind of severance payment?
24    A.  I did.  But it took some time for me to
25 actually achieve that level to receive it.

141

1    Q.  And why did it take some time for you to
2 receive that payment?
3    A.  As I said before, the whole process that the
4 company chose to go with, it wasn't like, you know,
5 something new to me.  I mean, that's the process of what
6 Guy usually like to do.  I mean, I've seen it with
7 dealing with prior terminations or resignations of
8 people that wanted to give two weeks.  And Guy wanted
9 them to give two weeks, for example, and they didn't
10 want to.  There's nowhere that says that you have to,
11 but Guy insisted.  He would treat people, you know, in a
12 way that it would be very -- almost as if, now that I
13 don't need you any more, I'm gonna to throw you under
14 the bus.
15    But I never thought it's going to be with me,
16 because I had such a unique relationship with Guy.  Not
17 like he had with Mike -- Michael Bain or with Dorsett --
18 Phillip Dorsett.  My relationship with him was built on
19 really loyalty, and appreciation, and good times, and
20 diehard, and, you know, kind of working in sync, and
21 having a good time together in sync.  It was really --
22 it was beautiful.  So I didn't think I'm gonna be -- I'm
23 gonna be that -- I'm gonna be just a number at the end.
24    Q.  Did you have a disagreement over the specific
25 amount of your severance?

142

1    A.  I did.
2    Q.  And what was the nature of the disagreement?
3    A.  Well, after, I don't know, maybe a couple of
4 weeks of trying to get the company to acknowledge that,
5 first of all, you haven't paid me for two weeks.
6 Regardless of the severance package, I have worked for
7 the company for two weeks.  You're missing the payments
8 for my work, and that wasn't paid.  And I had to
9 continue sending emails, and emails over emails over
10 emails, and very low communications.
11    Q.  Very what communications?
12    A.  Low -- low amount of communication.  The speed
13 or the amount of how much the company communicated.
14 Delaying the process almost as if it was -- you can say
15 it's done purposely.  You know, it's not like -- you
16 know, you're going to run after us now.
17    Now, I didn't live in the Bahamas.  So it
18 wasn't my home.  So I can't really travel there and try
19 to sue.  I felt cornered.  I felt very, you know, in the
20 dark.  I felt ghosted.  I felt treated really -- not how
21 I would imagine that, you know, I should be, or anyone.
22    But at the end of it -- or coming to the, you
23 know, the rich time of this process, Antonio has send me
24 at the end an amount that missed, based on my
25 calculation, a couple thousand more dollars.  And for

143

1 me, it's a lot of money.  And I reach back, and I said,
2 "The calculation is wrong."
3    Q.  Did you explain to him why you thought the
4 calculation was wrong?
5    A.  Yes.  I'm pretty sure I was very, you know,
6 transparent in my emails about what's -- what you owe
7 me, and what's done.  And all I know -- I think Justin
8 Ritchie emailed me back with an explanation about some
9 sort of missing days, or vacation days, or -- but what
10 was interesting is that they actually explained that the
11 missing dollar amount that I'm thinking of is because
12 they took off the laptop value in dollar amount, even
13 though I think that computer -- because I was
14 responsible for the purchase of it.
15    Q.  What laptop are you referring to?
16    A.  The HP that Swiss America has bought for me
17 for -- to work with SureTrader from the first days that
18 I worked in the company.  And I know how much this
19 computer cost.  I think it was like around maybe --
20 maybe $950.  And they charged me for about 1,100 or
21 $1,200 for it.  They basically told me, well, keep the
22 computer, but we're gonna take that money away from you,
23 plus some cables, and, you know, mouse, or couple things
24 related to the actual computer, because it's wireless.
25 I found it to be at that time ridiculous.  I was -- you

144

1 know, I said, "One, the computer didn't cost that much.
2 Two, it's an old computer now.  So why would you charge
3 me full as brand-new?  At least take $500, call it a
4 day."
5        That -- that wasn't really --
6    Q.  Did they ask you to send back the computer?
7    A.  No.
8    Q.  Did they give you any instructions about the
9 contents of the computer?
10    A.  No.
11    Q.  Did they tell you that if you had any
12 SureTrader information -- excuse me.
13        Did they tell you if you had any SureTrader
14 company records on the computer that you should delete
15 them?
16        MR. M. FORD:  Objection.  Leading.
17        THE WITNESS:  No.  I did not receive any
18    communications about the laptop, regarding the
19    laptop, about the laptop.  Only that they're going
20    to take the money out of my severance package of
21    what they believe the cost of the computer.
22    Nothing else was discussed about what to do with
23    it, how to handle, what's in it.  Nothing.  The
24    only talk about the computer was about the fees
25    that they're going to collect.

145

BY MS. SUM:
2    Q.  Did they say to you, if you send us back the
3 computer, we'll add that money back to your severance
4 payment?
5    A.  No.
6        MR. M. FORD:  Objection.  Leading.
7 BY MS. SUM:
8    Q.  I'm sorry?
9    A.  No.
10    Q.  So after you were in communications with the
11 company about your severance, did you take any
12 additional steps with respect to ultimately separating
13 from the company?
14        MR. M. FORD:  Objection.
15        THE WITNESS:  Sorry.  Can you repeat that
16    question?
17 BY MS. SUM:
18    Q.  After you received your termination notice,
19 and you had the back and forth regarding the severance,
20 did you do anything else with respect to you leaving the
21 company?
22        MR. M. FORD:  Objection.
23        THE WITNESS:  Yes.  I contacted the SEC the
24    next day.
25 BY MS. SUM:

146

1    Q.  When you say, "the next day," the next day
2 from what?
3    A.  I believe it was January 25th of -- sorry.
4 April 25th, I wanna say, of 2018.  I think the last
5 communications that I had with SureTrader was on
6 April 24th of 2018.  And then, I contacted the SEC New
7 York office and the Miami office.
8    Q.  And when you say you contacted the SEC New
9 York and Miami office, how did you do that?
10    A.  I think I just Googled how to, you know, reach
11 out to them, found a way to do it, and I pretty much
12 just send them a message or an email.
13    Q.  Why did you reach out to the SEC?
14    A.  This was a process that built up not in one
15 day, or two weeks, or even a quarter.  This was a
16 something that escalated since probably March of 2017,
17 almost like a year before, when they -- the thing with
18 the affiliates of the U.S. and solicitations, where Guy
19 told me, "I don't know anything about the actual
20 affiliates," and then, Justin showed me the proof.  That
21 was the first time that I felt Guy is not telling me the
22 truth.  I felt that Guy is hiding the truth, in fact.
23 He's lying.
24        And then, over the course of my employment
25 there, the more time came, the more -- more information

147

1 came, which I started to, you know, see things
2 differently about Guy reality, or truth, or about
3 SureTrader, or about the existence of it, or the
4 operations of it, how it runs, how the -- you know, if
5 it's legal or not legal.  There were -- there was a very
6 like gradual information based [sic] that I started to
7 see things more clearly.
8        Now, part of me also didn't want to see it.  I
9 was employed by a company.  I was getting paid.  I was
10 afraid to lose the job.  I had a job.  I was paying my
11 bills.  Also, I build this beautiful relationship with
12 Guy, which was a -- built on trust, and loyalty, and,
13 you know, it felt almost truly in a way to protect him,
14 as long as I know I'm not doing something, or I'm
15 actually helping the company with improving it, like
16 I've done March of 2017 with the whole affiliates.  I
17 felt like I was really adding value to the company by
18 trying to improve processes and everything else.
19        But the buildup was going on, and on, and on,
20 and on, to the point where, when the termination
21 happened, that took me by shock.  I usually can see
22 things ahead.  You know, I can anticipate what's gonna
23 happen.  I can put risk-reward on situations.  Not in
24 all, but I know how to.  I didn't see this coming.  This
25 was a total shock.

148

Yaniv Frantz
3/11/2023

1    Q.  Did you reach out to the SEC because you
2  wanted to get revenge against Mr. Gentile?
3    A.  No.
4    MR. A. FORD:  Objection.
5    THE WITNESS:  No.  Not at all.  This was
6  purely done because during that time, between the
7  termination and the time of the last communications
8  that I received from SureTrader, I saw no way for
9  me to try to get back into the company.  There's no
10  way for me to try to improve any more.  There's no
11  way for me to be -- I been pushed out, instead of
12  trying to be part of.  I felt that I have nothing
13  more on my shoulders that I need to protect.
14  There's nothing more on my shoulders that I need to
15  be loyal to.  There's no -- nothing any more that I
16  need to be appreciative on a personal level or a
17  professional level in regards to Guy.
18    Because if he was able to actually, you know,
19  just ghost, termination is termination, I could
20  feel that I need to reach out to the SEC and -- to
21  stop everything that I saw that happened in the
22  company, that's going on in the company, and my
23  continue help in the company that can hurt and
24  continue to hurt investors, especially U.S.
25  investors.

149

1  BY MS. SUM:
2    Q.  After you reached out to the SEC, what
3  happened?
4    A.  I -- you know, I didn't expect someone to get
5  back to me that fast.  I received an email from the New
6  York office at first.  They replied back with some
7  communications about trying to schedule a meeting.  We
8  tried to schedule a meeting.  I think I was either
9  traveling or I was busy with family.
10    And at some point they send me a document from
11  the SEC.  I just probably was busy, but I did open it to
12  see what it is.  And I think at some point I just was, I
13  don't know what's going on here.  I think I might -- you
14  know, I know I want to do something good here, but I'm
15  like, I should probably get a lawyer, because I don't
16  know what is going on with how the processes work here.
17  They send me documents that been written in law
18  language, that I don't understand fully, and I don't
19  want to get involved with something that I'm not
20  familiar with or feel comfortable.
21    And so, during that time, I also received, I
22  think, another communication email from Jessica Weissman
23  from the Miami office, and I think from the New York
24  office was Nancy Brown, if I'm not mistaken, and another
25  person that was cc'd on the email.  And Jessica Weissman

150

1  from the SEC office in Miami emailed me with no subject
2  line, and she also mentioned she tried to call me.  And
3  that really freaked me out.  And I said, "I didn't
4  provide any phone number.  How did she call me?"
5    And so, that really took me to say, "Okay.  I
6  need to find an attorney.  I need to find a counsel."
7  The same way that I just went online to find the SEC, I
8  just went online to find an SEC lawyer.  I saw my
9  counsel Sean McKessey's firm that came first in the
10  search.  I just called the first person and was able to
11  tell, you know --
12    Q.  When you reached out to the SEC, you said it
13  was to the New York office and the Miami office?
14    A.  Correct.
15    Q.  Did you reach out to them because you wanted
16  to get some money out of this?
17    A.  No.  In fact, I had -- the only intention to
18  speaking with them was about the violations of this
19  company and to stop a fraudster to continue perhaps
20  hurting U.S. investors.  This was, as I said before, an
21  ongoing decision.  It wasn't done during that time.  The
22  decision to go forward finally came into place, but it
23  was definitely in my mind that -- or in me to know that
24  I know things are not great.  I know things are not
25  good.  I know things are actually bad.  I -- I wasn't

151

1  from day one.  I'm sorry.  It was from day one.
2    And so, when I didn't have to protect the
3  company anymore, I didn't have to be feeling loyal to
4  Guy, I wasn't afraid of losing my job, or, you know, I
5  don't have a source of income, what am I going to do,
6  pay my bills, I felt comfortable reaching out to the SEC
7  and report these violations, report wrongdoing.
8    Q.  Has the SEC offered you any kind of money or
9  benefit for you to appear today?
10    A.  No.
11    Q.  Has the SEC promised you anything in exchange
12  for you providing testimony?
13    A.  No.
14    Q.  I'm going to ask you -- I believe you earlier
15  testified, when you were hired, you were to look at
16  efficiencies.  I believe that was the term you used?
17    A.  Lots of efficiencies, productivity,
18  negotiations of terms, old ones, new ones, be part of
19  the, you know, cutting costs, and boosting revenues.
20  That was my -- pretty much my assignment to the company
21  or the hiring to the company.
22    Q.  Have you ever heard of an entity called Swiss
23  America Group?
24    A.  Yes.
25    Q.  Okay.  And in what context did you hear that

152

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

1  name?
2      **A.**  Just from old documents that I received from
3  Guy.
4      **Q.**  Why would Mr. Gentile send you documents about
5  Swiss America Group?
6      **A.**  So in my -- beginning of my deposition, I
7  mentioned that Guy assigned me to -- with a list of
8  approximately 50 banks to try to open banking for the
9  company.  The company was facing during that time and
10  almost through that entire time, that year, banking
11  issues, merchant services issues.
12      You know, they were looking to get, you know,
13  more banking accounts, where they can hold funds,
14  looking for merchant services that they can work on, you
15  know, ACH services, wires, credit card transactions.
16  Any possibilities to bring more funds to the firm, to
17  SureTrader, but also to know that there's always a
18  backup or better pricing, because we have to pay back
19  fees to those vendors.
20      And I suggested that -- I believe that during
21  that time there was a company called Tipalti, where --
22  they're from Israel.  I'm from Israel.  I felt maybe
23  they can work something.  And they requested documents.
24  And so, I -- I believe I reached out first to Antonio
25  Collie, I don't think Guy was in the office at that time

153

1  or in the island itself in the Bahamas, that I need some
2  documentation to send to Tipalti.
3      Now, I know Antonio is, you know, from the
4  banking department, or he might know how to respond to
5  those people.  And he said, "I don't have it.  Maybe Guy
6  has it."
7      So I messaged Guy on WhatsApp, and I ask him
8  for those documents, because I want to -- you know,
9  Tipalti is asking for ownership documents.  And they
10  want to know how it's structured so they can help us.
11  And he said -- I think at first he said, "You know what?
12  Let's do it when I'm back."
13      And I said, "Sure.  No problem.  I just want
14  to do it -- I just want to do it right, because we have
15  only one shot with them."
16      And all I know, within minutes he send me a
17  bunch of documents of the company, the structure,
18  trusts, groups, things that I haven't seen before, I
19  wasn't aware of before.
20      **Q.**  Were you aware if SureTrader had any
21  agreements with Swiss America Group?
22      **A.**  No.
23      **Q.**  Did Mr. Gentile ever talk to you about the
24  relationship between SureTrader and Swiss America Group?
25      MR. M. FORD:  Objection.

154

1      THE WITNESS:  No.  The only thing that's --
2  that was there from my kind of understanding or --
3  is that there were layers of how the company was
4  structured.  The more difficult it is to
5  understand, the better probably in Guy's mind,
6  perhaps.  It's all shell companies or some sort of
7  protection.  I didn't know the company had -- or
8  the company was owned by a trust, for example,
9  until I saw it by documents.  Guy never shared that
10  with me.  And something about, you know, Guy give
11  the trust the powers, all these kids.  There were a
12  lot of different ways to restructure the company in
13  a way that's evading laws, protecting, or trying
14  to -- or creating some sort of very difficult path
15  to understand in how, you know, moving funds are
16  going.
17      And it's quite probably easy to do when you're
18  living in the Bahamas, which is still an island
19  that didn't have and still don't have reputations
20  when it comes to, you know, keeping monies in safe
21  places or more transparent.
22  BY MS. SUM:
23      **Q.**  I'm going to show you what I've marked as
24  Exhibit 31.
25

155

1      (Thereupon, the referred-to document was
2      marked by the court reporter for
3      Identification as Plaintiff's Exhibit 31.)
4  BY MS. SUM:
5      **Q.**  And at the top you'll see there are page
6  numbers.  I'll direct you to -- oh, sorry -- a specific
7  page number.  I'm going to direct your attention to page
8  14.
9      Do you see at the upper --
10      **A.**  Yes.
11      **Q.**  -- right?
12      Okay.  So we're going to go to page 14.
13      Do you see where it says, "Points of interest
14  in the last audited accounts include," and then, there's
15  two bullet points?
16      **A.**  I do.
17      MR. M. FORD:  Objection to -- Objection.
18      Foundation.
19  BY MS. SUM:
20      **Q.**  Do you see the second bullet point, where it
21  says, "SASL entered into a service agreement on 31
22  December 2015 with Swiss America Group?"
23      **A.**  I do.
24      **Q.**  Okay.  Does that refresh your recollection
25  about whether there was any kind of agreement between

156

**Page 157**

```
 1   SureTrader and Swiss America Group?
 2        MR. M. FORD:  Objection.
 3        MR. A. FORD:  Objection.
 4        THE WITNESS:  Not really.
 5   BY MS. SUM:
 6        Q.  Do you see where it says -- with respect to
 7   the service agreement, it says, "Wherein, SAG," that's
 8   referring to Swiss America Group, "provided consultancy
 9   services in the areas of technology, marketing support,
10   and advice on business strategy for $400,000 a month?"
11        MR. M. FORD:  Objection.
12        THE WITNESS:  I see it.  But this was never
13   brought up in any meeting, not with myself and Guy,
14   not myself and Antonio Collie, not with Janay
15   Symonnett, not with anyone in the company that was
16   important enough to know such a massive huge number
17   that we -- or not "we" -- that SureTrader had to
18   pay on a monthly basis.
19        In fact, as someone who came to the company
20   from day one to work on efficiencies, and
21   productivities, and cutting costs, including
22   boosting revenues, especially as the COO of the
23   company, I would have known if we had such a deal
24   with another vendor in such amount, because the
25   highest expense the company had would be around,
```

**Page 158**

```
 1   you know, ballpark of $150,000 a month, and that
 2   would be for marketing campaigns, and DAS, D-A-S,
 3   the technology company.
 4        If -- and Guy was putting me to work on those
 5   things.  I worked with DAS to lower their fees, and
 6   Guy was very happy about it.  I worked with
 7   different things in the company, and Guy was very
 8   happy about it.  I think I approximately saved
 9   hundreds of thousands of dollars to the company,
10   you know, just by negotiation, contracts, and
11   deals, new ones that I worked on, and old ones.
12        So there's no way in the world that I can see
13   that something like that, on that amount that a
14   company would pay as a consultancy, that Guy would
15   not put me to work on and try to negotiate terms,
16   because it's on a monthly basis.
17        Like, we want to see results.  Reach out to
18   them.  Tell them.  That would be told to me.  But
19   I'm not even aware of such a massive payment on a
20   monthly basis.
21   BY MS. SUM:
22        Q.  You referred to $150,000 that was spent
23   monthly on which vendors?
24        A.  Marketing campaigns, Google ads, et cetera.
25        Q.  Is that $150,000 going to a single vendor?
```

**Page 159**

```
 1        A.  No.  That would be the budget for the
 2   marketing for a month.  It could be multiple different
 3   vendors, or companies, or -- that would be the budget at
 4   that time.
 5        The company did want to, you know, boost that
 6   two, three-fold to, you know, double, triple that.  They
 7   had plans.  I don't think that's -- in my time it came
 8   into place.  But it could be again, but I don't think
 9   so.
10        The second part is, DAS, the trading software
11   that we had for service, I think it was about maybe a
12   hundred to 150,000 a month.  But as I said, I would have
13   known if there is something in that kind of number that
14   came to the company, or the company had to pay off,
15   because it's a very -- it's a big number.  I mean, this
16   is like more -- more --
17        I mean, I can give you an example.  As far as
18   I know, in 2016, the company made about $7 million -- or
19   6 or $7 million, per Antonio Collie, who is the CFO, who
20   shared with me this information.  It would be hard to
21   understand how the company can pay out $5 million for
22   service and only take home 2 million.  It doesn't do
23   justice to know that you'll pay that much.  So it
24   doesn't make sense.
25        Q.  Do you know if -- forgetting the name Swiss
```

**Page 160**

```
 1   America Group, do you know of any vendor that provided
 2   consultancy services in the area of technology,
 3   marketing support, and advice on business strategy to
 4   SureTrader?
 5        A.  No.
 6        MS. SUM:  All right.  I'm going to take a
 7   short break now and just kind of finish up, okay?
 8        MR. A. FORD:  Sounds good.
 9        THE VIDEOGRAPHER:  4:06.  We're off the
10   record.
11        (Whereupon, a break was taken.)
12        THE VIDEOGRAPHER:  4:13.  We are on the
13   record.
14        THE WITNESS:  Thank you, Mr. Frantz.  I have
15   no additional questions.  Thank you for your time.
16        THE WITNESS:  Thank you.
17        MR. M. FORD:  Okay.  Did you get that?
18        THE VIDEOGRAPHER:  4:13.  We are off the
19   record.
20        THE COURT REPORTER:  And, Ms. Sum, you want
21   this by Tuesday?
22        MS. SUM:  Yes.
23        THE COURT REPORTER:  And, Mr. Ford, do you
24   want a copy?
25        MR. M. FORD:  Yes.  And can we get a rough by
```

1    tonight?
2         THE COURT REPORTER:  Yes.
3    Ms. Sum, would you also like a rough?
4    MS. SUM:  No, that's okay.
5    (Deposition concluded at 4:12 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

161

---

CERTIFICATE OF REPORTER

STATE OF FLORIDA  )

COUNTY OF BROWARD )

6         I, KELLY A. PRICE, do hereby certify that
7    I was authorized to and did stenographically report
8    the foregoing deposition of YANIV FRANTZ; that a
9    review of the transcript was requested; and that the
10   transcript is a true record of my stenographic
11   notes.
12        I FURTHER CERTIFY that I am not a
13   relative, employee, attorney, or counsel of any of
14   the parties, nor am I a relative or employee of any
15   of the parties' attorney or counsel connected with
16   the action, nor am I financially interested in the
17   action.
18        Dated this 13th day of March, 2023.
19

20        _____
          KELLY A. PRICE
21
22
23
24
25

163

---

CERTIFICATE OF OATH

STATE OF FLORIDA   )

COUNTY OF BROWARD  )

5         I, the undersigned authority, certify that
6    YANIV FRANTZ personally appeared before me and was
7    duly sworn.
8         WITNESS my hand and official seal this
9    13th day of March, 2023.
10
11        _____
          KELLY A. PRICE
12        Notary Public, State of Florida
          My Commission No. HH275601
13        Expires: 9/3/2026
14
15
16
17
18
19
20
21
22
23
24
25

162

---

CERTIFICATE OF WITNESS

4    I, YANIV FRANTZ, do hereby declare under
5    penalty of perjury that I have read the entire
6    foregoing transcript of my deposition testimony,
7    or the same has been read to me, and certify that
8    it is a true, correct and complete transcript of
9    my testimony given on March 11, 2023, save and
10   except for changes and/or corrections, if any, as
11   indicated by me on the attached Errata Sheet, with
12   the understanding that I offer these changes and/or
13   corrections as if still under oath.
14        _____ I have made corrections to my deposition.
15        _____ I have NOT made any changes to my deposition.
16
17   Signed: _____
              YANIV FRANTZ
18
19   Dated this _____ day of _____ of 20____.
20
21
22
23
24
25

164

```
 1                      CERTIFICATE OF REPORTER

 2

 3
         STATE OF FLORIDA  )
 4
         COUNTY OF BROWARD )
 5

 6              I, KELLY A. PRICE, do hereby certify that

 7     I was authorized to and did stenographically report

 8     the foregoing deposition of YANIV FRANTZ; that a

 9     review of the transcript was requested; and that the

10     transcript is a true record of my stenographic

11     notes.

12              I FURTHER CERTIFY that I am not a

13     relative, employee, attorney, or counsel of any of

14     the parties, nor am I a relative or employee of any

15     of the parties' attorney or counsel connected with

16     the action, nor am I financially interested in the

17     action.

18              Dated this 13th day of March, 2023.

19
                    Kelly Price
20                 _____
                   KELLY A. PRICE
21

22

23

24

25
                                                          163
```

```
 1              ERRATA SHEET
 2   Deposition of: YANIV FRANTZ
     Date taken: MARCH 11, 2023
 3   Case:  SEC v. MINTBROKER INTERNATIONAL, LTD., et al.
 4   PAGE  LINE
             CHANGE: _____
 5   _____ REASON: _____
 6   _____        CHANGE: _____
             REASON: _____
 7
             CHANGE: _____
 8   _____ REASON: _____
 9   _____        CHANGE: _____
             REASON: _____
10
             CHANGE: _____
11   _____ REASON: _____
12   _____        CHANGE: _____
             REASON: _____
13
             CHANGE: _____
14   _____ REASON: _____
15   _____        CHANGE: _____
             REASON: _____
16
             CHANGE: _____
17   _____ REASON: _____
18   _____        CHANGE: _____
             REASON: _____
19
             CHANGE: _____
20   _____ REASON: _____
21   _____        CHANGE: _____
             REASON: _____
22
             CHANGE: _____
23   _____ REASON: _____
24   Signed_____
25   Dated_____
```

165

Yaniv Frantz
3/11/2023

1

**A**

**a.m** 1:18
**a/k/a** 1:9
**ability** 7:25 9:7 82:14
**able** 7:13 9:11 14:9 24:1,15
30:1 48:23 69:25 70:1
83:23 86:1 135:20 149:18
151:10
**accept** 25:10 83:3
**acceptable** 44:16
**accepted** 14:21 94:20
**access** 13:19 28:21,23
46:12,15 58:22 59:6,14
114:16 119:5 126:13 131:5
138:8
**account** 29:15,20 33:3
71:18 74:19 82:5,7,11
85:16 89:14 98:9,10,12,12
119:19,25 120:6,20 124:8
126:6,8,9,9,11 128:2,2,4
132:13 133:16,16
**accounts** 29:10 32:16 47:13
47:17,17 55:6 56:11 57:22
63:17 76:6 78:14 83:1 90:4
93:20 104:21 105:2,5
106:23 134:7 153:13
156:14
**accountsdepartment@su...**
90:1
**ACH** 153:15
**achieve** 141:25
**acknowledge** 143:4
**act** 41:18 42:25 43:14
**action** 23:11 45:19 57:19
163:16,17
**actions** 107:13
**active** 4:16 41:20 63:18 83:7
83:8 85:16 129:14,15,18
133:15 134:6,19 136:16,17
**activity** 106:14 123:7,19
124:4
**actual** 47:14 48:15 52:11
55:2 74:3 96:18 97:17
127:21,24 144:24 147:19
**ad** 39:18
**Adam** 2:13 5:18
**add** 46:4 92:11 146:3
**added** 112:19
**adding** 23:13 148:17
**additional** 42:11 72:15,17
97:1 116:3 119:9 136:19
146:12 160:15
**address** 72:11,16 100:6
117:16,17 121:25 125:12
126:8 128:1

**addressed** 37:4 98:19,20
103:14 108:1 116:9
**addresses** 90:25
**ads** 158:24
**advance** 13:25
**advanced** 14:2
**adverse** 78:4,6
**Advertising** 114:15
**advice** 157:10 160:3
**affect** 7:25 9:7 104:25
**Affidavit** 4:17
**affiliate** 26:16,24 30:11,12
31:20 32:8 38:21 41:12
43:15 47:12 56:1,1 57:6
68:16 76:12,13 77:9 85:10
86:4,6 96:15,22 97:15,20
110:9 135:24 137:5
**affiliates** 26:8,13 28:25 29:3
30:5,16 32:17 33:12,16
34:4,9 36:8 37:6,18,25
40:10 42:23 43:24 45:3
47:22 53:21 62:18 63:1
64:7,22 67:23 68:1 69:2
76:7 86:5 91:7 93:4,7
94:14 96:17,19,25 97:6
98:20 99:2 110:19 114:22
115:9 116:18 120:25
124:10,15,16 135:15 137:2
137:7,9,12 147:18,20
148:16
**afraid** 67:3 148:10 152:4
**aftermath** 47:23 62:19 63:1
**age** 6:2
**agenda** 49:22 100:6,9,15
102:19,20 103:2 107:18
108:12
**agendas** 100:4 102:24
**agents** 20:20
**aggressiveness** 74:9
**ago** 70:17,23
**agree** 59:4 107:9
**agreed** 3:7 139:4
**agreement** 38:9,23 39:1,3,5
40:23 84:9 93:6 111:3
156:21,25 157:7
**agreements** 154:21
**ahead** 95:12 120:6 125:11
148:22
**air** 70:14,16,23 71:5 114:16
**airport** 139:22
**al** 165:3
**Alexis** 83:10
**Alice** 2:6 5:15 8:4 125:1
131:9
**Alise** 2:7 5:16

**allegedly** 60:2
**allow** 7:12 68:12
**allowed** 24:11,12,13,14
40:14
**allowing** 80:6
**Alma** 117:17
**aloud** 90:17
**America** 1:8 10:2,7 16:18
114:13 116:10 138:13
144:16 152:23 153:5
154:21,24 156:22 157:1,8
160:1
**amount** 29:25 33:1 51:15
64:11,25 65:21,22 71:17
80:8 99:4,4 116:4 133:19
142:25 143:12,13,24
144:11,12 157:24 158:13
**analyst** 70:20,21,25 71:8
84:11
**analysts** 52:9 71:6,7 72:1,7
90:5
**and-** 2:6,12
**and/or** 164:10,12
**announcement** 91:2
**annually** 139:5
**answer** 7:13,22 8:1,1 9:7,11
40:15 58:1 68:13 130:24
141:2
**answered** 78:17
**answers** 7:11
**anticipate** 148:22
**Antonio** 35:24 90:7 100:8
101:8,10 103:13 104:5,10
104:17,25 105:7,15 106:24
108:4 140:4 143:23 153:24
154:3 157:14 159:19
**anybody** 66:7
**anymore** 152:3
**apartment** 12:10,15,23
117:17
**apologize** 62:13 125:24
**apparently** 71:19
**appear** 152:9
**appearance** 7:4
**APPEARANCES** 2:1
**appeared** 162:6
**appearing** 7:6 9:23 45:15
**appears** 118:24 134:9
**applicant** 52:3 84:2
**applicants** 63:14 65:17,18
65:21,22
**application** 4:14,15 48:10
48:12 49:11,17,23 50:19
51:6 52:6,8,9,14 59:7 62:4
62:9,12 70:19 72:16 84:1

**117:9** 118:12,15 120:17,18
120:20 121:21,23 124:13
126:7,11 127:25 128:5
**applications** 4:16 48:24
49:13 50:17,19,20,21,24
53:13,17 55:5 59:15 62:19
72:7 83:5,17 84:4 94:21
118:3 126:4 129:18
**applied** 78:21 82:16,21
130:22
**apply** 78:15
**appointed** 27:11 55:2
104:11
**appreciation** 142:19
**appreciative** 149:16
**approach** 13:9
**approached** 13:16
**approval** 28:12 48:25,25
52:11 111:3
**approvals** 34:14 41:24
**approve** 84:4
**approved** 34:12 47:24 48:4
56:12,12 65:22
**approving** 49:13 84:11
**approx** 26:4
**approximately** 11:14 34:2
40:17 49:21 55:13 61:17
62:24 64:3,23 84:22 89:24
117:22 122:6 140:17 153:8
158:8
**April** 64:17 120:7,15,24
122:21 124:3 140:19 147:4
147:6
**area** 128:11,12,14,18 129:3
131:24 132:1 160:2
**areas** 157:9
**arised** 25:5
**arrange** 14:24
**arrangement** 20:12 21:16
**aside** 84:21 132:17
**asked** 9:5 16:25 18:15,20
25:1,2 26:6 37:12 39:23
66:16,20 78:17 96:16
101:4
**asking** 7:9 9:4 10:13 48:3
67:1 70:22 88:9 90:17
92:15 97:2 126:1 127:20
133:9 139:3 154:9
**ass** 42:15
**Assaf** 11:7,20,24 12:9 13:17
13:17
**Assaf's** 12:10,15
**asset** 13:15
**assigned** 19:9 47:16,17 98:3
126:10 153:7

assignment 152:20
assistant 25:22 27:11
assume 7:23
attached 164:11
attachment 96:18 97:10,14
  97:15 98:16
attempt 140:23
attention 89:3 91:14 99:5
  100:19 105:7 114:24
  115:11,18 117:11,19,22
  118:20 120:10 122:4,17,22
  129:20 131:2 135:1 156:7
attorney 74:12 151:6 163:13
  163:15
attribute 65:16
audio 8:6
audit 126:12 128:4
audited 156:14
audits 104:19
August 127:14
Australia 55:10
author 103:12
authority 162:5
authorized 163:7
automated 59:10,12
automatically 81:12,13
  134:4
Avenue 1:16 2:4,10 5:7
average 85:16
aware 9:23 26:15 31:20
  40:16,23 41:10 51:21
  72:15 73:14 86:4 91:4
  98:25 99:12 103:8 154:19
  154:20 158:19

**B**

back 7:18 11:11 14:21 30:22
  31:22 32:2 33:5,8 34:7
  42:9 45:1 46:15 49:1,10
  50:7 80:24 82:5,7,25 91:15
  93:4 95:20 98:18 102:12
  107:2 118:22 119:3 123:4
  127:13 130:15 140:16
  141:3 144:1,8 145:6 146:2
  146:3,19 149:9 150:5,6
  153:18 154:12
back-end 28:22 52:5 59:9
  74:17
backfiring 42:4
background 31:5
backup 153:18
backwards 54:1 56:11 94:11
bad 20:2 68:19 151:25
Bahamas 11:12 12:19 14:5
  19:7 24:7,9,12 47:3 55:2

60:25 114:14 141:10
  143:17 154:1 155:18
Bain 75:19,24 76:10,21 79:1
  88:19 91:19 92:13 93:23
  96:10,12 97:9 142:17
Bain's 94:3
ballpark 158:1
Band-Aid 45:20
banking 18:18 19:21 54:19
  71:17 72:11 83:24 90:9
  104:19 153:8,10,13 154:4
banks 18:16,17 153:8
banner 36:23 110:12,18
  39:21 40:5 68:22 114:15
base 38:11 40:6
based 46:20 47:24 48:4
  53:14 54:6 55:18 64:4,8,14
  66:9 85:15 127:9 129:7,19
  131:7 137:11 143:24 148:6
basically 144:21
basis 23:7 51:2 65:5 82:13
  113:13 157:18 158:16,20
Bates 36:23 118:17 126:15
beach 61:6 112:18
beautiful 26:22 142:22
  148:11
becoming 106:17
beginning 44:9 89:7 153:6
behalf 1:15 2:2,8,15 5:17,20
  112:22
behaved 66:13
believe 18:14 28:21 29:17
  34:23 39:7 42:9,22 70:18
  77:7,12 78:22,23 101:5
  107:20,21 111:18 112:8
  113:14 119:25 120:5
  128:16,20 145:21 147:3
  152:14,16 153:20,24
believed 24:19 27:22 31:3
believes 28:1
bend 45:23
benefit 93:8 152:9
benefits 95:2
better 27:23 51:11 153:18
  155:5
beyond 139:4
big 33:21 42:1 104:24
  159:15
billed 82:6 114:13
billion 27:22
bills 67:5 148:11 152:6
bimonthly 23:16
birthday 61:7
bit 38:9 66:3 102:12 120:3,6
  127:23

biweekly 102:8,9
blame 31:17
blast 92:5
block 46:4 58:23,25 59:4
blue 26:22
board 23:20 61:1 101:8
bold 117:24 122:8
bonus 56:21,22 130:14,15
  139:8,10,13,16,20 140:1,3
  140:10
bonuses 32:13
books 45:22
boost 159:5
boosting 17:17 31:8 152:19
  157:22
boss 22:21 67:9,10 86:15,15
  86:17,18,18 99:24 100:11
  100:12,13 103:6,6,17
  108:8
boss/CEO 103:9
bottom 36:21,24 89:4,5,7,10
  111:21 118:18 122:19,23
bought 144:16
Boulevard 5:12
Box 29:6
brainstorm 19:18 88:23
  108:20
Brand 5:11
brand-new 145:3
bread 63:22
break 8:23 44:13,22 84:22
  95:13,16,20 125:8 160:7
  160:11
breakdown 27:3 119:14
breaks 44:10
Brickell 1:16 2:4 5:6
brief 133:6
briefly 9:15 88:16 100:19
bring 50:14 60:11 82:25
  100:5 105:5 108:17 141:20
  153:16
bringing 41:1 92:20 100:8
  106:24 108:5
Broadway 114:12
brokerage 16:15 29:19
brokers 71:9
brought 30:14 51:19,20
  71:16,17 98:18 99:5 105:7
  157:13
BROWARD 162:3 163:4
Brown 150:24
budget 117:8 159:1,3
build 11:23 20:4 67:7 148:11
buildup 148:19
built 20:14 104:13 142:18

147:14 148:12
bullet 91:24 156:15,20
bunch 154:17
bus 142:14
business 10:2 11:21 12:18
  16:10 17:12 19:12 21:25
  22:23,24 24:15,19 30:9
  36:1 37:17 41:1 42:2 43:15
  44:4 49:9 50:23 61:8 63:9
  63:10,12,25 64:24 73:2,3,4
  74:23 105:12 157:10 160:3
businesses 16:19 116:18
busy 150:9,11
butter 63:22
buying 30:2 105:3

**C**

C 2:13
cables 144:23
calculation 143:25 144:2,4
calculations 82:14
California 5:12
call 8:8,13 35:7 47:3 48:24
  51:2 57:25 58:3,9 79:15
  110:6 111:4,7 141:3,20
  145:3 151:2,4
called 23:19 28:24 48:15
  58:8 70:20 71:7 97:15
  151:10 152:22 153:21
calls 21:3
calm 58:5
Cam 42:12,12,15,17,18,20
campaigns 17:18,19 158:2
  158:24
Canada 55:10
canceling 38:9
capabilities 30:3 74:24
capable 31:4
capacity 31:5 35:17 41:9
  98:21
capital 100:12
caps 100:12 103:7
card 81:1 153:15
cards 32:13
care 57:22
cared 15:14
careful 57:24,24,24 61:10
  61:13
cares 28:2,4
caring 66:22 104:12
case 1:6 5:4 43:12 73:10
  74:3 78:7 165:3
Cash 123:24
catching 127:9
catered 29:8

**caught** 45:24 53:20 100:7
**causing** 105:14
**cc** 89:15 93:17 96:13
**cc'd** 26:14 92:17 150:25
**cc'ing** 96:22
**cease** 74:11,13
**ceiling** 66:1
**Center** 2:16
**CEO** 101:7 108:17
**certain** 129:23
**certainly** 44:11
**CERTIFICATE** 162:1 163:1
   164:1
**certified** 5:10
**certify** 162:5 163:6,12 164:7
**cetera** 91:12,13 137:6
   158:24
**CFO** 159:19
**chain** 4:8,10 77:2 99:17,20
   101:4
**chair** 20:19
**challenge** 67:11 76:8 79:5
   80:16 81:7
**challenged** 67:12
**chance** 84:25
**change** 34:17 68:18 69:16
   165:4,6,7,9,10,12,13,15,16
   165:18,19,21,22
**changes** 50:12 164:10,12,15
**charge** 60:2 145:2
**charged** 60:2 144:20
**chart** 4:11 98:15 99:23,23
   100:25
**chat** 47:3 79:12 114:16
**chats** 65:4 112:9
**check** 59:11 92:8
**checking** 93:19
**chemistry** 60:18
**chicken** 12:9
**chief** 101:10,11,12,13
**chose** 142:4
**Christopher** 4:14 117:14
**claimed** 15:10
**cleared** 108:22
**clearly** 7:17 26:21 103:11
   148:7
**click** 59:11
**clicked** 60:17
**client** 92:4
**clients** 76:6 77:23 78:13
   91:5,11,23,25 92:4,7 93:21
**close** 61:8,8 100:16
**closed** 74:19
**closer** 123:23
**closing** 120:1

**co-counsel** 5:16,18
**code** 56:23,24,24 57:1
   128:11,11,13 129:4,21,24
   130:6,13,17 131:24 132:1
   132:3
**codes** 126:11 128:3,14,18
**Cohen** 2:16 5:21
**colleagues** 34:3
**collect** 145:25
**collected** 112:2,12 113:1
**college** 71:11
**Collie** 35:24 90:8 100:8
   101:8,10 103:13,20 104:5
   104:17 105:1,7,15 107:5
   108:1,11 140:4,5 153:25
   157:14 159:19
**column** 98:5 129:21 130:6
   130:13 131:21 132:3 134:1
   134:10,22,23 135:7 136:6
**come** 11:5,9 12:1 13:2,10
   16:4 17:4 21:18 28:19
   29:25 32:15 37:9 54:9 63:5
   69:6 71:15 83:9 103:17
   117:10 123:15 124:20
   140:3 141:12
**comes** 87:1 155:20
**comfortable** 104:14 150:20
   152:6
**coming** 10:23 11:10 14:24
   15:25 16:18 17:2,4 23:11
   24:23 26:8 47:18 48:21,24
   50:20 52:25 53:13 54:13
   54:18 59:3 64:25 65:18
   66:9 79:11 95:20 104:3
   138:1 143:22 148:24
**command** 99:17,20 101:5
**commencing** 1:17
**commercial** 39:15,17
**commission** 1:4 2:3 26:1
   28:7,8,14 32:12 44:3 47:8
   47:14 65:6 76:15 77:10
   80:4,19 81:10,21 85:16
   88:21 133:17,19 135:14,23
   162:12
**commissions** 25:19 26:5
   33:1,6 37:13,15 47:15 65:6
   65:14 81:3 85:15 112:1,12
   112:20,24 113:1 119:8
**communicate** 29:6 47:1
   67:8
**communicated** 143:13
**communicating** 108:4
**communication** 40:18,22
   42:11 48:23 58:21 143:12
   150:22

**communications** 58:17
   76:22 77:13 107:22,23,24
   107:25 109:13 143:10,11
   145:18 146:10 147:5 149:7
   150:7
**companies** 29:4 32:22
   69:14 155:6 159:3
**company** 11:11,25 13:11,15
   14:5,6,11,13,13 15:16,18
   15:25 16:19,20 17:16
   18:10,12,14 19:3,10,19,20
   19:25 22:7 23:6,12,16
   24:15,24 25:19 26:2,24
   27:21,23 28:12,22 29:23
   31:25 32:5,15,18,25 34:14
   35:9,19 36:6 37:16 42:1,3
   43:11,16 45:16,22 46:1,13
   46:15 47:1 48:2,21,22 49:9
   49:19,20 50:14,15 51:12
   54:10,15,24 55:21,23 57:7
   63:16 64:17 65:7,9 66:5,15
   66:22,25 68:6 71:15 73:5
   76:23 77:19 79:2,8 86:13
   99:18,23,24 100:13 101:7
   103:9 104:11,12 107:12
   108:8,18 110:20 112:20
   137:23 139:18,19 141:8
   142:4 143:4,7,13 144:18
   145:14 146:11,13,21 148:9
   148:15,17 149:9,22,22,23
   151:19 152:3,20,21 153:9
   153:9,21 154:17 155:3,7,8
   155:12 157:15,19,23,25
   158:3,7,9,14 159:5,14,14
   159:18,21
**company's** 27:22
**compare** 124:11
**compensation** 14:21 139:2
   139:4
**complete** 164:8
**completed** 52:7,8
**compliance** 15:13 19:22
   49:6,15 50:3 52:9,11 70:19
   70:20,25 71:6,7,8,19 72:1
   72:7 83:22 84:3,10,10 90:5
   101:12 126:12
**complied** 24:20
**complying** 24:2
**comprised** 112:25
**computer** 20:19 96:23 138:9
   138:10,12 144:13,19,22,24
   145:1,2,6,9,14,21,24 146:3
**concept** 13:12
**concern** 45:18 66:7 106:24
**concerned** 107:9 108:5

**concerning** 96:20
**concerns** 104:15 105:7
   138:22
**conclude** 135:20
**concluded** 161:5
**conclusion** 136:4
**conclusions** 129:6
**conducted** 24:19
**conference** 35:6,7
**confront** 40:13 67:4,10
   86:15,19
**confronted** 35:5 40:9 50:2
**confused** 30:8 38:7,9,12
   43:3
**connected** 163:15
**connection** 102:16
**connotation** 132:8
**cons** 73:3
**considered** 29:18,18
**constant** 17:19 35:8
**constantly** 105:4
**consultancy** 157:8 158:14
   160:2
**contact** 98:4
**contacted** 146:23 147:6,8
**contained** 99:9
**content** 114:5,7
**contents** 73:15 77:4 78:25
   111:5 129:5 145:9
**context** 11:8 12:7 152:25
**continually** 63:16
**continue** 54:4 56:4,5 57:20
   105:10 110:10 143:9
   149:23,24 151:19
**continued** 54:7 56:8 66:8
   116:19
**continuing** 87:8 105:8
**continuously** 66:6
**contracts** 158:10
**control** 58:5 69:24
**convenient** 31:18
**conversation** 11:13 13:18
   45:1 74:10 77:7 85:13
   98:18 140:6,11,12
**conversations** 14:4 34:2,12
   84:10
**convince** 68:17 69:12
**COO** 54:24 104:11 108:2
   157:22
**Cooper** 66:20 101:11
**cooperative** 66:21
**copy** 132:23 160:24
**copy/paste** 43:24
**copy/pasted** 34:19
**copying** 93:23

Yaniv Frantz
3/11/2023

4

core 36:1 49:8 58:11
corner 118:18 122:23
cornered 143:19
correct 27:15 130:20 151:14
  164:8
corrected 110:15
corrections 164:10,13,14
cost 144:19 145:1,21
costs 25:24 152:19 157:21
counsel 3:8 5:14 6:11 10:12
  10:14 125:11 131:4 151:6
  151:9 163:13,15
counsel's 6:13
countries 16:21 72:9
country 29:24 133:17 134:2
  134:10
COUNTY 162:3 163:4
couple 14:19 16:7 82:13
  88:18 99:22 141:2 143:3
  143:25 144:23
course 7:18 31:16 32:1 48:7
  93:9 94:9 99:19 104:7
  147:24
court 1:1 5:11,13,22 6:20
  7:10,18 36:13 44:17 75:3
  75:10 84:17 88:2 95:24
  100:22 101:20 109:5 112:5
  113:23 117:2 121:5 125:18
  132:20 156:2 160:20,23
  161:2
courtesy 131:6
cover 77:16 85:9 110:11
covering 42:15 45:10
COVID-related 9:17
cowboys 105:25
create 50:12 54:3 58:23
  126:22 127:7 133:21,23
created 99:22 113:14
  126:11 128:3
creating 49:24 99:25 155:14
creation 58:19 126:19
credit 130:15 153:15
credits 119:13 132:11
criteria 129:11
cross-trading 112:16
CSC 89:18
csc@suretrader.com 89:17
curve 66:1
customer 19:20 29:23 33:2
  38:11 40:6 51:6,10,25
  52:19 54:18 55:6,9 57:3
  71:15 79:13,15,15 80:14
  81:14,15,16 82:2,2,12 83:9
  83:11,25 89:18 93:9,11
  94:10,13 123:16 124:20

127:17 130:2,5,15 131:19
  135:3,13,16,21,22
customer's 119:18 136:3
customers 16:16,18,24 17:2
  24:17 25:9,10,11,15 26:6
  26:12 28:18 32:15 38:10
  40:5 43:16 46:2,5,9,11,18
  46:21,23,24 47:2,7,10,24
  47:24 48:4,4 49:8,13 50:14
  53:2,14,18,25 54:6,9,11,13
  55:8,11,14,18 57:14 58:24
  61:19 62:2,19 63:2,3,5,8,9
  63:10,13,15,21,24 64:4,8
  64:14,18,19,25 66:9 69:5
  70:6,15,17,24 71:2,22 72:4
  72:5,8,18 76:19,19 79:9,10
  82:17,22 83:1,4,4,6 84:12
  88:22,25 92:22 93:10,11
  94:10,13,17,19,20 95:1,1
  110:23 128:6 129:7,12
  130:16,18,19,22 134:14
  136:22,24 137:1,11
customerservicecenter@...
  89:13
cutting 25:24 152:19 157:21
CYA 30:25 31:12 33:20 45:6
  45:8 107:16 110:20

---

**D**

D 4:1
D-A-C 38:14
D-A-S 80:23 158:2
D.C 5:21
d/b/a 1:8
Dac 38:4,14,17 39:21 41:14
  41:17 42:8,25 43:19
Dac's 40:8
dac@daytradingradio.com
  38:4
daily 51:2 65:5 113:13
dark 143:20
DAS 80:22,23 158:2,5
  159:10
data 47:15 48:17 82:25
  136:2
date 62:21 114:19 115:4,6,7
  115:14,16,17,22,24,25
  120:2,7,17,24 122:18,19
  122:21 124:2 126:19
  127:14 128:3 165:2
dated 4:9,9,10,11,12 124:14
  163:18 164:19 165:25
dates 119:21 120:14 123:10
  123:11,17 126:10
day 4:13 16:3 18:8 21:15

23:18 26:25 29:13,18,19
  37:5,8,11,20,22 38:19 39:1
  40:24 42:21 44:1 48:20
  50:6 54:10 56:11 60:15,17
  65:7,11,13 68:21 74:19,19
  86:8 97:22 98:7 104:2
  112:10,15,21 113:12,15,16
  114:11 116:7,9 145:4
  146:24 147:1,1,15 152:1,1
  157:20 162:9 163:18
  164:19
day-to-day 23:7
days 16:7 31:25 40:17
  104:23 144:9,9,17
Daytradingradio.com
  114:15
deal 26:5 27:14 33:13 38:20
  39:25 41:19 55:9 56:13
  60:3 81:1,2,6 91:10,11
  92:8,24,24,25 93:2 96:24
  135:24 136:15 157:23
dealing 142:7
deals 13:14 26:4,9 28:18
  31:7,8 32:20 33:10,12,17
  38:13 40:14,15 42:14 45:3
  53:21,24 76:5,12,13,17,18
  77:10 88:24 91:5,24 93:6,8
  94:9,12,13 97:17,18 98:2
  99:2,13,13 110:13,17,21
  135:14 158:11
December 139:12 156:22
decide 14:11 28:8 68:10,15
decided 109:24
decision 94:11 151:21,22
decision-maker 38:19
declare 164:4
declaring 78:3
defendant 5:18
Defendants 1:10 2:8
defense 131:4
defined 103:11
definitely 31:9 34:13 64:21
  65:18 104:2 107:22 151:23
delayed 138:1
Delaying 143:14
delete 145:14
department 15:10,13 17:17
  18:10 19:3,6,7,19,21 20:17
  20:18 21:20 25:20 27:20
  48:22 49:6,6,15 54:19,19
  84:4 89:14,14,18,23 90:6,7
  90:15 126:13 137:25 154:4
departments 14:6 19:24
  22:5,17,25 23:1
depending 136:7

depo 87:9
deposed 9:13
deposit 51:14 90:9 98:11
  120:8 124:5
deposited 98:9 124:7
deposition 1:14,16 3:9 4:7
  5:3,5 7:4,9 8:24 9:5,18
  10:10,16 44:10,11 85:8
  95:17 130:10 137:10 153:6
  161:5 163:8 164:6,14,15
  165:2
deposits 119:12
Derong 4:15 121:24 122:1
  123:7 124:20
Derong's 123:19
describe 14:2 16:14 17:12
  45:13 59:18 70:10 80:15
  99:20 107:5
described 9:21 11:15 20:25
  21:19 28:24 54:7 60:5
  94:16 95:7
description 11:18 23:10
  46:8 114:14 116:5
descriptions 114:5
designed 42:5 81:11
designing 50:12
desist 74:12,13
desk 19:15,22 20:14,19,22
  21:17 25:21 27:7,12 28:20
  37:14 75:20
destructed 105:13
details 96:24 99:5 126:6
dialing 35:6
diehard 142:20
differ 136:9
difference 115:2,4,12
  136:14
different 11:12 17:16 18:13
  18:16 26:4,5 28:10,18,18
  43:23,24 47:1 58:19 62:4,5
  67:12,18 68:8,18 69:15
  76:7 80:7 83:1 89:2 93:5
  94:22 96:24 97:18 104:18
  106:7 108:3 112:10 115:5
  115:5,15,20,23 119:10
  126:6,8 127:23 129:11
  132:15,15 136:7 155:12
  158:7 159:2
differentiate 71:13 72:4
differently 148:2
difficult 155:4,14
digital 50:18 51:24
diligent 78:22
dinner 55:1
dinners 61:6

**direct** 4:4 6:5 156:6,7
**directly** 118:16
**director** 31:6,6 107:11
**directors** 101:8
**disagree** 108:11
**disagreement** 142:24 143:2
**disappointing** 141:22
**discount** 32:25 80:11 81:12
  81:13,15,16 92:2,3 137:3,5
**discounts** 32:12 47:9 88:25
  91:5 93:6 94:12 132:11
  136:19 137:6
**discredit** 74:23
**discuss** 12:21 13:7 30:5
  73:15,23 77:4 86:9 98:17
  139:14,24
**discussed** 49:22 50:13
  71:23 76:14 85:7 91:1
  107:19 110:2 115:21
  131:12 145:22
**discussing** 15:1 88:20
  104:5
**discussion** 13:24 14:3 24:6
  59:17 102:24
**discussions** 13:22 24:10,11
  84:9
**dissatisfied** 140:13
**distributed** 102:18
**District** 1:1,2 9:25
**divided** 79:25
**divorce** 60:13
**document** 6:19 36:12,17
  75:9,14,16 84:16 85:3 88:1
  88:13,16 95:23 100:21
  101:19 102:7 109:4 113:14
  113:22 114:9,19 115:12
  117:1,21 118:8,22,24
  119:15 121:4 122:5 123:6
  123:10 124:11 125:17,21
  126:2,19,24 127:16 131:5
  131:6 132:15,19 133:12,21
  133:23 134:14 150:10
  156:1
**documentation** 154:2
**documents** 26:20 30:15
  94:24 97:1 99:3 150:17
  153:2,4,23 154:8,9,17
  155:9
**doing** 10:2 18:5 20:2 22:6
  23:8 30:9,25 31:7,11 35:25
  40:11 41:6 42:2 43:3,14,17
  44:3 53:21 54:25 55:4 59:2
  66:18 70:9 71:20 86:18
  99:2 107:16 120:17,18
  148:14

**dollar** 32:11 81:4 82:7 93:4
  93:5 144:11,12
**dollars** 27:22 79:22,23,25
  104:23 143:25 158:9
**Dorsett** 142:17,18
**double** 35:2 159:6
**downgraded** 92:9
**downloaded** 94:24 127:5
**downstairs** 12:9
**DPDO** 85:16
**draft** 34:8 41:21,23
**drafted** 34:10
**Drameko** 25:21 26:3,13,15
  27:8,10 30:7 88:19 89:11
  89:12 90:23 91:3,20,20
  92:17 99:7
**Drameko's** 27:9
**draw** 74:14 136:3
**Drive** 117:17
**driver's** 84:2
**drop** 66:2
**drop-down** 51:16 52:24
**DTR** 37:5,8,11 38:3 85:14
  86:8 97:22
**Dujmovic** 98:14
**duly** 6:2 162:7
**dump** 60:1,4 73:9 74:4
**duties** 15:8

--------
**E**

**E** 4:1
**earlier** 10:24 16:8 18:20
  20:8 52:12 68:23 70:6
  72:19 75:23 85:7 97:5
  101:5 102:4 118:2 120:11
  123:5 130:9 131:7 137:9
  152:14
**early** 28:23 46:13 86:14
**earned** 85:16
**easier** 8:16 67:14
**eastern** 5:9
**easy** 128:13 155:17
**educated** 69:6
**educating** 73:13
**education** 32:24 33:4
**educational** 33:5
**Edward** 66:20 101:11
**effect** 33:22
**effectuated** 79:2,8
**efficiencies** 25:24 27:14,16
  152:16,17 157:20
**efficient** 27:24 49:19
**Ehrlich** 2:21 5:10
**either** 7:16 12:2 21:21 26:21
  28:10 35:3 40:17 52:23

53:6 66:18 74:9 79:12
  81:22 83:21 113:15 119:11
  127:1 139:11 150:8
**elegant** 106:8
**eligible** 92:5
**eliminate** 55:23
**else's** 98:13
**email** 4:8,9,9,10,10,11 26:14
  26:19 33:11 34:8,9,10 35:3
  35:4 36:24 37:2,4,7,9,11
  37:21 38:2,6 39:21 40:21
  40:25 41:6,8,13,17,20
  42:20,22,24 43:18 59:13
  62:5 74:9,11 75:19 76:4,10
  76:21 77:2,4 78:11,12,25
  79:16 83:8 85:6,11,24 86:9
  86:21 88:17,20 89:11,12
  90:18,25 91:2,3,17 92:5,12
  93:13,23 94:4 95:4 96:9,20
  96:21 97:4,8 103:12,14
  110:18 114:17 126:8 128:1
  133:17 147:12 150:5,22,25
**emailed** 83:6 85:14 131:6
  144:8 151:1
**emails** 33:16 34:19,21 36:7
  36:19 37:24 38:16 43:23
  46:25 47:5,22,23 54:14
  55:5 62:17,22,25 64:6,22
  90:19 97:5,7 114:22 115:9
  120:25 124:9,14 138:8
  143:9,9,9,10 144:6
**emphasis** 32:4
**employed** 137:22 148:9
**employee** 138:7,11 139:18
  139:19 141:15 163:13,14
**employees** 13:13 14:7 15:23
  15:25 16:3 39:24 40:7
  71:11 86:20 112:17
**employment** 16:5,6 66:13
  67:19 138:16 141:18
  147:24
**ended** 87:11 136:11
**ends** 118:21
**engaged** 46:1 48:23
**entered** 8:24 119:21 156:21
**entire** 14:6 20:13 48:1 52:8
  78:4 83:2 102:13 126:1
  127:10 141:9 153:10 164:5
**entirely** 40:2,10 77:8 80:22
  88:7
**entirety** 35:23
**entity** 152:22
**entries** 129:24
**entry** 123:17 124:1 130:6,8
  132:4

**envelope** 28:2
**equally** 61:4
**equivalent** 82:8
**Errata** 164:11 165:1
**escalated** 147:16
**especially** 16:21 42:2 67:11
  149:24 157:22
**ESQ** 2:6,7,12,13,13,18
**essentially** 58:18 107:7
**et** 10:12,13 137:6 158:24
  165:3
**evading** 155:13
**event** 100:2 124:12
**events** 111:19
**Evergreen** 122:2
**everybody** 49:7 108:6,7
**evidence** 32:8
**exact** 52:15
**exactly** 12:18,24 18:4 36:5
**Examination** 4:2 6:5
**example** 18:14 45:25 49:1,5
  51:13 61:11 79:4 82:1
  128:12,17 135:10 142:9
  155:8 159:17
**excellent** 73:6
**exchange** 1:4 2:3 43:18
  88:17,20 111:14,17 152:11
**exchanged** 14:19 38:16
  111:9
**excuse** 64:3 79:14 102:1
  116:8 117:20 145:12
**execute** 108:21
**executed** 119:14
**executing** 19:18 20:5
**executive** 23:15,17,19,20
  49:20 86:24 100:4,9 102:5
  102:8,9,16,21,25 103:16
  107:3,11,17 108:10 139:19
**executives** 14:7 23:2,5
  99:24 100:7 101:9 103:15
  107:20
**exhibit** 6:18,21,23 7:1 36:11
  36:14,22 68:22 75:8,11
  82:16 84:15,18 85:1 86:7
  87:2,4,25 88:3,14 89:4
  95:22,25 96:3,6 98:16
  99:10 100:20,23 101:5,17
  101:18,21,24 102:1,2,20
  103:2 107:3,18 109:1,3,6
  109:10,20 111:21 113:21
  113:24 114:1,25 116:24
  117:3,6 121:3,6,18 125:16
  125:19 126:3 127:17
  132:18,21 137:16 155:24
  156:3

Yaniv Frantz
3/11/2023

6

**exhibits** 4:5 87:3 121:8
**exist** 34:1 63:13
**existed** 55:24 63:11 72:6
**existence** 23:5 148:3
**existing** 18:10 53:23 55:25
  56:11 63:14,17 91:23,25
  92:7,22 93:21
**exited** 95:17
**expect** 150:4
**expense** 157:25
**Expires** 162:13
**explain** 15:7 16:10 17:9
  21:16 24:18 31:12 136:9
  144:3
**explained** 17:6 27:3 144:10
**explanation** 30:21 144:8
**express** 66:7 138:22
**extension** 141:18
**external** 34:13
**externals** 31:9
**extra** 80:12
**extreme** 58:7 107:1
**eyeballs** 39:4
**eyes** 127:9

**F**

**F-R-A-N-T-Z** 6:10
**f/k/a** 1:8
**face** 31:16 35:20
**facing** 19:16 153:9
**fact** 15:12 19:13 33:7 36:7
  40:16 46:19 50:7,10 53:16
  56:7,9,12 60:23 61:2 65:3
  66:8,14 68:4 72:25 73:22
  95:1 109:23 134:20 137:13
  138:9 139:17 147:22
  151:17 157:19
**factors** 67:12
**facts** 8:1 9:8
**fairly** 28:23
**fake** 72:10
**familiar** 6:25 150:20
**family** 138:4 150:9
**far** 24:14 26:11 35:22 72:18
  94:8 103:8 123:6,17 129:5
  159:17
**fast** 150:5
**faster** 13:13 27:23
**favor** 32:21
**February** 18:15 56:10 57:10
  94:23 114:20 116:3,20,22
  126:21 127:14 133:25
**fee** 85:15,18
**feel** 70:2 80:12 104:19
  149:20 150:20

**feeling** 104:14 152:3
**fees** 113:1 119:9,11 145:24
  153:19 158:5
**felt** 43:4 54:24 60:18,18
  69:24,25 108:1,2 143:19
  143:19,20,20 147:21,22
  148:13,17 149:12 152:6
  153:22
**fifty** 56:15 130:9
**figure** 91:22
**file** 97:16
**filed** 6:1 9:24
**filled** 52:3
**Filling** 120:19
**filter** 71:12
**finalized** 91:21
**finally** 151:22
**financial** 11:11 31:5 101:11
**financially** 163:16
**find** 20:3,7 29:10 31:1 74:22
  75:1 76:23 85:11 91:25
  131:1 151:6,6,7,8
**finding** 37:13 55:22
**fine** 8:15 71:17 106:6 111:2
  125:5
**finish** 7:12 49:25 68:13
  160:7
**firm** 51:11 105:3,14 151:9
  153:16
**first** 6:2 7:9,24 8:17 11:2
  12:8 13:9 15:25 18:15
  19:12,18 21:15,23 22:1,2,5
  22:8,9,12,15,15 23:21
  25:13 27:4 31:25 51:22
  60:12 62:7 81:23 82:4
  105:11 106:21 111:21
  112:19 117:12 124:1 126:7
  128:1,17 136:23 143:5
  144:17 147:21 150:6 151:9
  151:10 153:24 154:11
**fix** 45:24 57:19
**FL** 2:4
**flat** 85:15,18
**flew** 16:8
**flight** 11:10
**flip** 117:21
**Floor** 2:10
**Florida** 1:2,17,19 5:7 9:25
  112:18 128:12,18,20 162:2
  162:12 163:3
**flow** 48:23
**fly** 14:5
**focus** 32:5 106:19
**focused** 105:12
**focusing** 106:16

**follow** 94:6 98:2
**follow-up** 43:9
**following** 5:1 16:20 23:24
**follows** 6:3
**Ford** 2:9,12,13 5:17,17,19
  8:4,12,13,20 16:12 17:14
  17:24 19:1 21:9 24:21
  39:16 44:5 45:4,9 48:6
  53:4 56:14 61:20,23 62:3,7
  62:11,13 63:7 64:9 65:2
  66:10 67:25 68:12,24
  70:10 73:18 77:6,24 78:3,8
  78:17 82:18,20 83:18
  84:23 87:2,6,10,12,15,17
  87:19,21 94:5 99:11
  105:21 106:6 108:13 113:6
  114:10 116:11 119:20
  120:4,22 123:20 124:18,22
  125:1,4,20 131:4,9,12
  133:1 139:7 140:25 145:16
  146:6,14,22 149:4 154:25
  156:17 157:2,3,11 160:8
  160:17,23,25
**foregoing** 163:8 164:6
**forgetting** 159:25
**form** 51:22,23,24 52:1
**formally** 43:12
**formerly** 10:1
**forms** 50:1,4
**forth** 42:10 146:19
**forward** 40:18,21 42:15
  53:24 57:20 65:13 67:6
  77:23 78:13 79:1 94:7,9
  139:23 151:22
**found** 26:8 30:10 47:13 58:7
  144:25 147:11
**foundation** 64:9 120:4
  124:18 156:18
**founder** 38:19 42:19
**four** 12:5 29:15,16,17 116:5
  118:21
**frame** 97:4
**Frantz** 1:14 2:15 4:8 5:3,21
  5:25 6:9,11,25 36:24 75:7
  95:21 96:3 109:2 117:5
  125:15,23 160:14 162:6
  163:8 164:4,17 165:2
**fraud** 83:21
**fraudster** 151:19
**freaked** 151:3
**free** 47:2 80:1,3 81:18 82:2,4
  82:8,9,10 93:4
**freely** 24:16 52:25 63:12
**Friday** 89:13
**friend** 11:7 53:6 108:2

**friends** 60:20,22,23
**full** 6:8 27:5,9,10 58:22 73:5
  138:8 145:3
**full-time** 12:19
**fully** 93:20 150:18
**funded** 134:7
**funding** 19:21 54:19 79:5,22
  80:3 81:8 89:14 90:6,9
**funds** 153:13,16 155:15
**further** 13:25 31:12 40:4
  91:6 163:12
**future** 17:9

**G**

**gain** 13:18 25:14 51:9
**general** 7:19 13:12 25:4
  40:9 126:2
**generally** 42:6 92:18 102:23
  136:10
**generate** 59:12
**generated** 112:21 134:4
**generic** 59:13
**Gentile** 1:9,9 2:22 5:18 8:5
  8:24 9:25 11:3,19,24 12:2
  12:16,21 13:3,8,24 15:2
  16:10 19:13 20:9 21:7
  23:22 24:7,18 28:13 30:5
  30:20 31:11,20 33:15 34:3
  42:7 45:2,13 59:16 60:21
  73:17 77:5 85:9 86:10
  98:17 99:8 100:14 101:7,8
  101:9 103:10 107:20 108:9
  109:14,16 110:3 111:4,17
  113:11 138:22 139:16
  140:13 149:2 153:4 154:23
**Gentile's** 11:6,8 20:24
  106:14 109:22 110:24
**gesture** 70:7,11,14
**getting** 14:20 19:17 35:22
  36:3 67:10 148:9
**ghost** 35:21 149:19
**ghosted** 141:15 143:20
**gift** 32:13 132:12
**give** 18:16 32:9,11,11,12,13
  32:13,23 33:5,15 65:20
  81:23 82:6 93:2 132:11
  142:8,9 145:8 155:10
  159:17
**given** 9:18 18:24 28:23
  37:12,16 46:15 91:21 93:3
  135:15 164:9
**giving** 32:25 88:25
**Glendale** 5:12
**go** 8:19 20:5 45:1 46:8 49:10
  49:25 50:15 52:9,10 66:4,4

68:17 74:16 84:21 91:24
95:12 101:16 103:24,25
125:11 142:4 151:22
156:12
**goal** 15:9
**goes** 52:7
**going** 6:17 7:8 18:19 27:2
27:24 33:23 34:7 36:10,21
44:5 54:1 57:23 61:6 66:3
69:22,23 70:2,3 72:19 75:7
84:14 87:6,24 88:6 89:3
90:20 91:14 95:21 97:5
100:18 101:15,16,17
105:13 106:15 107:2
108:25 109:2 113:20
114:24 115:11 116:23
117:11,19 118:17,20
120:10 121:2 122:4,17,22
125:1,11,13,15 127:13,22
129:20 130:1 131:2 132:14
132:17 134:25 137:15
140:1,16 141:4 142:13,15
143:16 145:19,25 148:19
149:22 150:13,16 152:5,14
155:16,23 156:7,12 158:25
160:6
**gonna** 21:12 69:18,19,23
142:22,23,23 144:22
148:22
**good** 5:15 6:7,9 20:1 32:5
34:18,19 60:22 69:10
125:2,3,5 140:2 142:19,21
150:14 151:25 160:8
**Google** 60:9,9 158:24
**Googled** 147:10
**governments** 67:13
**Gradillas** 5:11
**gradual** 22:13 148:6
**great** 60:19 73:6 151:24
**green** 108:22
**grossed** 119:7
**ground** 7:9 9:5
**Group** 152:23 153:5 154:21
154:24 156:22 157:1,8
160:1
**groups** 154:18
**grow** 65:23
**growing** 61:5 65:8,8,9,23
**growth** 65:16 66:5
**guidelines** 16:21 23:25
**guy** 1:9,9 2:22 5:18 9:25
11:3,21,21,24 12:10 13:10
14:8,10,19,23,23 17:1,15
17:20 18:13,15 19:13,17
21:4,17 22:3,8,15,17,18,20

23:1,14 24:24 25:6,8 27:18
27:21 28:11,13 30:10,22
30:25 31:8,17,22,24 33:7,8
33:9,9 34:11,14,17 35:16
36:3 40:9,16,19,22,23 41:2
41:8,10,24 42:10,12,12,13
43:11 46:3 53:22 54:2,25
57:16,16,17,25 58:2,3,4,14
58:20 60:6 61:3,14 65:5,20
66:13,15 67:7,20 68:8 69:8
69:16,20 71:15 74:3,4,16
77:8 85:9,12,14,21 86:1,3
86:4 92:21,25 98:20
100:14 101:7,8,9 103:10
104:20 105:8 106:25
107:10,20,21 108:3,9,19
108:20,23 109:14 110:5,12
110:21,24 138:8 139:17
140:10 141:1,9 142:6,8,11
142:16 147:18,21,22 148:2
148:12 149:17 152:4 153:3
153:7,25 154:5,7 155:9,10
157:13 158:4,6,7,14
**Guy's** 19:15,17 20:21,22
21:2,12 73:9 74:8 107:13
155:5

---

**H**

**half** 22:7
**Halpin** 2:13 5:19 87:8 95:17
**hand** 70:7,10,14 95:21 162:8
**handle** 18:1 145:23
**handles** 14:22
**handwritten** 51:23 125:24
**happen** 57:23 128:14
148:23
**happened** 11:19 14:18
21:21 31:21 40:10 43:19
49:21 78:24 85:13 88:24
93:25 94:19 106:23 112:8
137:20 148:21 149:21
150:3
**happening** 20:3 83:14
**happy** 139:25 158:6,8
**hard** 159:20
**head** 33:20
**healthy** 105:3
**hear** 7:16,17 51:19 52:17,25
117:25 118:9 122:9,16
123:21 139:25 152:25
**heard** 140:3 152:22
**hearing** 36:3
**heavily** 104:20 106:22
**hefty** 125:24
**held** 1:16 5:5

**help** 13:11 54:20 55:7
149:23 154:10
**helping** 50:12 148:15
**helps** 80:11
**heretofore** 6:1
**HH275601** 162:12
**Hi** 41:16 91:20
**hidden** 49:3
**hide** 58:16
**hiding** 60:8 147:22
**high** 65:12
**highest** 157:25
**highlighting** 100:12
**hired** 18:8 27:18,21 46:14
67:9 152:15
**hires** 14:23
**hiring** 31:7 152:21
**hold** 153:13
**hole** 33:24 43:5 58:15
**holes** 20:4
**holiday** 138:5
**home** 143:18 159:22
**hoping** 55:20
**host** 29:10
**hostility** 74:8
**hour** 44:6 85:22 112:2 125:2
**house** 29:10 31:8
**HP** 144:16
**HR** 19:23
**huge** 157:16
**hundred** 79:21,23,25 93:5
159:12
**hundreds** 104:22 158:9
**hurt** 149:23,24
**hurting** 67:14 151:20
**hybrid** 20:18

---

**I**

**iBoss** 28:22 49:1 80:24 81:2
81:6 94:24 119:3,16 123:4
127:1 138:8
**ID** 71:16 72:10 83:21 97:21
97:22,23,24 131:19
**idea** 57:17 132:8
**ideas** 17:23 19:18 76:9
88:23 97:24 108:20
**identification** 6:21 36:14,22
50:1 75:11 84:18 88:3
95:25 100:23 101:21 109:6
113:24 117:3 121:6 125:19
132:21 156:3
**identifications** 50:5
**identified** 67:24 82:15 90:19
134:15
**identifying** 131:18

**III** 2:13
**illegal** 56:3
**Illinois** 122:3
**imagine** 39:14 47:5 52:23
91:22 143:21
**immediate** 62:18 63:1
**immigration** 138:1
**impact** 64:23 67:17
**implement** 48:18
**implemented** 94:4,17 95:8
95:10 110:6
**Importance** 73:13
**important** 34:16 68:7 69:3
72:12 108:21 157:16
**impression** 31:10 53:20
57:16,17
**improve** 20:3 49:22 50:13
67:2,7 74:1 148:18 149:10
**improving** 55:23 148:15
**improvising** 22:16 23:12
**inactive** 129:18
**inaudible** 112:4
**inception** 15:12 77:17,18,20
133:20
**include** 130:19 137:11
156:14
**includes** 91:6
**including** 11:22 16:17 17:5
82:22 157:21
**income** 152:5
**indicate** 57:3 140:5,12
**indicated** 164:11
**individual** 89:19 126:8
**individuals** 89:22 90:14,19
**influence** 7:24 9:6
**Inform** 92:2
**information** 17:2,6 26:15
34:22,25 35:7,13 37:9 39:6
46:20 51:5,9 54:18 69:7,9
69:15 72:25 73:11 76:24
77:1,3 80:24 83:12 97:1,2
98:21 99:6,9 102:17
117:15 118:8 120:19
123:18 127:1,4,5 134:4
145:12 147:25 148:6
159:20
**informations** 98:4
**inside** 113:9 114:6
**insisted** 50:5 142:11
**instruct** 21:7 66:15 74:16
**instructed** 21:10 32:23
**instructing** 92:21
**instruction** 33:15
**instructions** 145:8
**insulting** 141:21

insurance 104:19
intended 38:10 40:5 92:4
intent 94:9,16,18 95:7
intention 151:17
interactive 71:9
interest 156:13
interested 163:16
interesting 59:8 107:8
  144:10
internal 72:6
internally 34:16 49:4 50:13
  56:25 80:15,17 81:19
  118:14
International 1:7 5:4 10:1
  165:3
interrupt 8:4 62:14 110:8
introduce 5:14
introduced 14:7
investigate 37:15
investigation 58:10
investor 26:25 29:14 42:18
  44:1 53:7 76:8 79:20 80:2
  81:1 91:7 97:21 132:12
  137:8
investors 81:18 113:2,3,8,8
  117:10 119:4,5 149:24,25
  151:20
invited 14:4 54:25 61:7
invoice 32:23 114:8,11
  115:5,14,22 116:3,21
invoices 4:13 116:8,10
involved 49:16 74:3 150:19
involvement 60:1
IP 46:4 58:23,25
island 14:25 16:8 60:24
  138:2 154:1 155:18
Israel 112:8 138:4 140:22
  153:22,22
issue 34:7 45:18 59:17
  61:13 74:13
issued 138:15
issues 104:18 105:14
  138:19 153:11,11
item 103:4,5,6,25
items 100:10 102:24

J

Jan 98:13,13
Janay 14:8 50:10 89:15
  101:13 157:14
January 16:6 18:15 64:2,17
  64:19 86:14 119:22,22
  123:11,12 139:12 147:3
Japan 11:10,11
Jessica 150:22,25

job 1:25 12:22 13:4,8,19,20
  13:25 15:1,8 16:9 17:7
  18:3,21 19:25 23:10 27:14
  54:21 67:4,6,13 71:19
  104:25 138:19,23 139:14
  140:2 148:10,10 152:4
jobs 23:3
Johnson 2:7 5:16 8:8,17
  87:5 121:11
joined 18:14 23:11 35:19
  68:6 86:13
July 64:20
Junction 44:3
June 104:11 115:7
justice 159:23
Justin 14:22 26:14,21 30:7
  30:14,19,22 31:3,11,13,19
  31:23 32:2 33:8 34:23 35:5
  36:4 37:14 39:6 40:13,21
  40:24 41:4 45:2 66:17
  77:11 85:7,8,12,14 89:15
  96:12,21 97:2 99:4,7 144:7
  147:20

K

K 2:6
keep 54:2 66:25 92:7,24,25
  144:21
keeping 155:20
Kelly 1:19 3:2 5:13 162:11
  163:6,20
kept 49:5
kickback 80:6,9,10,13
kickbacks 32:9
kids 155:11
kind 9:15 11:12,23 12:12,25
  20:6 26:22 29:6 43:11 51:5
  56:3,15,20 58:4,11,25 59:9
  73:2 74:2,18 76:16 81:1,2
  81:6 83:14 84:3 98:2,3,3
  99:17 104:6 105:8 110:18
  141:23 142:20 152:8 155:2
  156:25 159:13 160:7
knew 12:18 33:23 49:7 77:2
  108:7
know 11:2 12:16 13:10,13
  13:14,18 16:25,25 17:16
  23:5,6,7,13,17,18 24:11,14
  24:25 25:5,7,23 26:7,10,11
  26:12,17,19 27:19 28:14
  29:2 30:14,18,23 31:1,15
  31:16 32:1,2,3,4,12,12,17
  33:10,11,11,13,18,18,19
  33:24,25 34:21 35:8,17,22
  35:24 36:5 37:7,10 38:13

38:25 39:14,25 40:2,14,14
  40:25 41:12,25 42:2,13,14
  42:15 43:2,3,4,6,15,20,22
  43:23 44:10 45:15,24,25
  46:1,2,3,10,21,23 47:10,12
  48:12,19 49:2,3,7 50:11
  51:8,9,10,14,15,16 52:10
  52:16 53:6,7 54:12,22 55:3
  55:10,20 56:8,9 58:3,9,10
  58:11,13,25 59:3,4,6,23
  60:8,11,12,13,14,23 61:4,9
  61:10 63:24 65:12,25 66:2
  66:3,23 67:5,5,11,16,18
  69:2,5,5,18,21,23 70:1
  71:8,9,10,11,13,14,23
  72:12 73:6 74:8,24 76:23
  77:1 78:20 79:19 81:1,2
  82:5,9,11,11,16,24 83:7,16
  85:21 86:17 90:18,23
  92:11 93:18 99:3,25
  100:11,12 103:25 104:9,11
  104:12 105:6,8,13 106:17
  106:17,25 107:16 108:17
  108:18,18,19 109:15,17
  110:15,16,20,22 113:3
  116:7,9 123:15 128:11,13
  128:14 132:1,2 137:22
  138:2,3 139:24 140:2
  141:3,12,13,16,20,22
  142:4,11,20 143:3,15,16
  143:19,21,23 144:5,7,18
  144:23 145:1 147:10,19
  148:1,4,13,14,22,24
  149:18 150:4,13,14,14,16
  151:11,23,24,24,25 152:4
  152:19 153:12,15,17
  154:3,3,4,8,10,11,16 155:7
  155:10,15,20 157:16 158:1
  158:10 159:5,6,18,23,25
  160:1
knowing 32:19 83:2 85:10
knowledge 94:20 99:14
  136:21
known 10:1 97:20,22,22,23
  97:24 138:10 157:23
  159:13
knows 58:5 108:7
KYC 51:8 72:13

L

labor 19:3,7 27:20 137:25
lack 107:23,25
laid 111:19
LANDY 2:9
language 41:21 52:13

150:18
laptop 138:13,15 144:12,15
  145:18,19,19
large 133:2,3
law 50:3,6,8 56:3 150:17
lawful 6:2
laws 24:3,20 71:21 155:13
lawsuit 9:24
lawyer 69:19,23 150:15
  151:8
lay 39:4
layers 155:3
lead 138:23
leading 16:12 17:24 61:23
  62:3 66:10 67:25 73:18
  78:4,9 82:20 83:18 89:4,7
  94:5 145:16 146:6
leads 15:11,13,15 48:20,24
  48:24 71:12
learn 11:5 18:4 19:12,20,25
  20:1,6 22:22 24:24 25:3,7
  28:19 29:9 44:4 48:17
  51:10,21 52:16 60:4 76:12
  76:15,24 86:16
learned 30:7 39:2 45:16
learning 21:24 22:6 25:2
  50:22
leave 109:24 138:2,9
leaving 146:20
led 137:20
left 138:4 141:2
legal 148:5,5
let's 22:11,11,12 46:8 47:16
  79:4 85:17 154:12
letter 137:18,21 141:19
level 13:11 27:21 57:21
  107:1 141:25 149:16,17
leverage 30:2
liar 86:19
license 84:2
licensed 16:19
lie 41:11
lied 86:5
life 12:11 60:24 61:3 67:13
  86:16
light 108:23
limit 22:12
limitation 130:21
Limited 10:1,2 116:10
line 49:25 76:14 128:23,25
  129:3 130:1,3 131:3,16
  135:1,19 136:7,10,12
  151:2 165:4
lines 26:22 129:23 136:1
link 74:2

**linked** 47:14
**list** 4:16 18:16 37:16 53:3
  133:15 134:15 153:7
**listed** 117:13
**listen** 8:5
**listing** 136:2
**lists** 26:7
**literally** 55:11
**little** 21:1 66:1,3 102:12
  120:3,6 125:2
**live** 143:17
**lived** 12:17
**living** 155:18
**LLP** 2:9,16
**lobby** 10:21
**located** 5:11 49:14 72:8 73:2
  128:7 140:20
**location** 21:19 136:3
**locations** 128:19
**long** 20:11 24:16 25:8 119:7
  148:14
**long-term** 20:4
**longer** 49:23 92:2 116:18
**look** 6:23 13:19 28:8 41:5
  43:10 50:16 55:6 59:1
  74:16 84:25 96:3 109:17
  120:3 122:23 124:1 127:8
  130:11 133:6 140:1 152:15
**looked** 28:7 56:21 83:1,2
  104:6 108:15 133:2 136:10
**looking** 13:10,20 25:18
  27:16 28:14 51:14 67:6
  120:11 128:17 139:23
  153:12,14
**looks** 116:12 127:13
**lose** 67:4 148:10
**losing** 106:18 152:4
**lot** 14:11 15:11 17:1 18:13
  19:13,16 22:3,16,18,20
  23:12 24:8,9 27:25 40:3
  41:1,23 46:12 48:11 51:9
  54:17 65:3 72:25 83:11
  104:18 105:14 136:18,18
  136:19 144:1 155:12
**Lots** 152:17
**loud** 88:9 92:14
**low** 143:10,12,12
**lower** 158:5
**loyal** 149:15 152:3
**loyalty** 60:17 142:19 148:12
**lying** 86:16 147:23

**M**

**M** 5:17 8:4,12 16:12 17:14
  17:24 19:1 21:9 24:21 45:4

45:9 48:6 53:4 61:20,23
  62:3 63:7 65:2 66:10 67:25
  68:12,24 73:18 77:6,24
  78:3,8,17 82:18,20 83:18
  84:23 87:2,6,10,12,15,17
  87:19,21 94:5 99:11
  108:13 113:6 114:10
  116:11 119:20 120:22
  123:20 124:18,22 125:20
  131:4,9,12 139:7 140:25
  145:16 146:6,14,22 154:25
  156:17 157:2,11 160:17,25
**Madam** 44:16
**Madison** 2:10
**Mailing** 117:17
**maintaining** 66:2
**major** 58:3 59:17 61:12
  66:21
**majority** 19:14 34:16 47:19
  49:7 54:11,12 63:14,17,18
  64:5,18,20 83:4 129:17
  134:19 137:13
**making** 87:22 105:2 108:6
  112:22
**man** 35:21
**manage** 15:25
**manager** 18:9,23,25 19:4,8
  23:9 25:21 27:7,12,19
  46:14 50:22 75:20
**managing** 15:24 16:2 48:12
  83:8 90:8
**manipulate** 69:25
**marathon** 44:11
**March** 1:17 5:8 34:6 37:23
  37:25 47:22 48:3 55:13,16
  55:17 61:18,25 62:17,22
  62:24 64:6,18,19,23 75:21
  78:18,21 85:6,13 86:14
  89:13 94:4 96:9,12 109:14
  112:11 115:25 116:22
  122:18 126:21 133:25
  137:24,24 147:16 148:16
  162:9 163:18 164:9 165:2
**mark** 92:1 100:13 103:7
  125:13
**marked** 6:17,20 7:1 36:10
  36:13 75:8,10 84:14,17
  87:25 88:2,13 95:22,24
  96:5 100:19,22 101:17,20
  109:3,5 113:20,23 116:24
  117:2,6 121:2,5,9,17 122:5
  125:16,18 126:3 137:16
  132:18,20 155:23 156:2
**marketing** 17:18,19 19:22
  20:18 38:9,22,25 40:23

50:10 85:18 86:5 101:13
  157:9 158:2,24 159:2
  160:3
**massive** 157:16 158:19
**master** 86:17
**match** 83:22
**matching** 72:11 84:1
**materials** 102:17
**math** 129:16
**matter** 5:3 9:15 14:20 104:5
**matters** 34:14
**Matthew** 2:12 5:17
**McKESSEY** 2:18 5:20,20
  6:14
**McKessey's** 151:9
**mean** 8:15 10:6,21 12:18
  27:18 29:1,12 31:15 42:24
  45:7 47:13 50:18 51:7 53:5
  57:1 61:11 62:13 70:20
  73:5,7 77:20 80:10 84:7
  86:23 88:6 98:23 104:7,8
  105:17 106:12 122:14
  124:6 125:4 127:3,13
  130:13 132:6,10 135:9
  136:10 142:5,6 159:15,17
**meaning** 35:7 69:19 82:5
  83:21 92:21 94:8 98:25
  106:15 111:2 134:7
**means** 26:10,12 29:2 77:9
  130:14
**meant** 81:21 122:13
**measures** 94:7
**medication** 7:25 9:6
**meet** 10:18 12:8 14:5,9
  29:20 139:23
**meeting** 12:7,14,22 23:15
  23:19 49:20 50:2 100:6,9
  102:5,8,21 103:19,23
  104:4,4 107:4,6,17 108:6
  108:10 150:7,8 157:13
**meetings** 10:24 12:13 21:3
  23:14 83:13 84:10 100:4
  102:10,17,25 103:16
**Mendez** 128:24
**mention** 39:7 44:9 59:20,20
  59:21 73:8 79:16 94:22
  137:4
**mentioned** 11:20 18:21,22
  20:8 22:18 27:4,8,13 28:6
  28:17 40:16,25 41:20
  49:10 52:12 57:15 58:9
  64:16 76:13 130:9 137:9
  151:2 153:7
**mentioning** 57:9 76:17 91:9
**mentions** 39:21

**mentor** 22:21
**merchant** 153:11,14
**message** 36:4 58:2 59:16
  61:12 110:11 141:3 147:12
**messaged** 154:7
**messages** 4:12 14:19 61:11
  109:15,17 110:3 111:1,5
  111:12
**met** 11:10 12:2 38:15 60:7
  60:11 61:1 139:17
**Mexico** 61:7
**mford@fordobrien.com**
  2:11
**Miami** 1:17 2:4 5:6,7 59:21
  128:15,21,22 147:7,9
  150:23 151:1,13
**Michael** 25:20 26:3,13,13
  27:4,6,12 28:20 30:6 33:8
  34:23 37:14 75:19,22,24
  77:11 78:22 88:19 91:19
  92:17 93:18 96:10,12,21
  99:3,7 142:17
**Michael's** 27:5,11
**mid-April** 137:19
**mid-year** 58:1
**middle** 117:23 122:6 123:23
**Miguel** 4:14 117:14
**Mike** 142:17
**million** 159:18,19,21,22
**mind** 57:21 151:23 155:5
**minds** 12:13 23:14
**minimal** 24:10,12
**minimize** 67:16
**minimum** 133:18
**MintBroker** 1:7 5:4 10:1,7
  165:3
**minus** 138:6
**minutes** 44:16 70:17,23
  154:16
**missed** 143:24
**missing** 35:4,4 143:7 144:9
  144:11
**mistaken** 150:24
**MLRO** 101:12
**Mojo** 26:25 44:2 76:9 91:8,8
  97:23 98:9
**moment** 6:23 8:18 18:19
  36:16 75:7,13 84:20 86:25
  88:5 96:2 101:23 109:8
  121:14 133:6
**money** 51:11 144:1,22
  145:20 146:3 151:16 152:8
**monies** 90:11 105:1 155:20
**monitor** 5:9
**month** 18:11 19:12,19 21:23

22:1,2,6,8,9,15,15 39:7
81:24 82:3 85:15,18 93:19
98:8,9 113:15 114:23
121:1 124:12 157:10 158:1
159:2,12
**monthly** 82:13 92:8 114:17
119:11 157:18 158:16,20
158:23
**months** 15:17 22:12 23:21
25:13 41:25 54:23 85:17
115:10
**Moore** 88:19 89:11,12 90:18
90:23 93:15,22
**Moore's** 91:17
**morning** 5:15 6:7,9 10:9
141:19
**mouse** 144:23
**move** 32:6 66:4 108:25
109:25 123:24 127:22
132:14 137:15
**moved** 65:12 105:1
**moving** 42:14 53:24 77:23
78:13 79:1 94:7,9 155:15
**multiple** 11:12 26:16 43:23
54:14 65:4 66:17 91:6
102:24 104:1 111:19 159:2
**mutual** 11:7
**mystery** 35:21

**N**

**N** 4:1
**name** 5:9 6:8,9,13 11:6,8
27:5,5,6,9,9,10 36:3,5 60:9
72:12 76:2 84:1,2 98:12,13
117:13 121:23 126:7
127:24 128:1 133:16 137:4
153:1 159:25
**named** 6:1 11:3 27:8
**names** 26:17 32:18 94:22
97:19,20 114:5 127:17
128:1
**Nancy** 150:24
**Nassau** 114:14
**Nate** 80:2 97:22
**Nate's** 76:8 81:17
**nature** 73:3,24 84:3 90:10
143:2
**need** 32:6 44:12 59:4 92:9
100:1 108:16 142:13
149:13,14,16,20 151:6,6
154:1
**needed** 14:25 21:3 51:3
76:23 105:4
**needs** 28:3
**negative** 73:25 119:7

**negotiate** 158:15
**negotiating** 13:14 25:25
31:4
**negotiation** 158:10
**negotiations** 152:18
**nerve-racking** 58:6
**never** 8:11 32:3 35:16,20
38:15 58:3 63:9,11,13
71:22,23 92:4 103:18
110:21 142:15 155:9
157:12
**new** 2:10,17 12:15 14:23
20:6 29:9 49:13 59:21 76:6
76:23 78:13 91:10,11 95:5
104:7 110:6 114:12 117:9
139:22 142:5 147:6,8
150:5,23 151:13 152:18
158:11
**newbies** 29:8 74:25
**news** 141:21
**nice** 57:7
**Nicholas** 112:16,22
**night** 55:1
**nighttime** 112:3
**NIGRO** 1:9
**noise** 54:3
**non-existing** 92:6
**non-pro** 119:12
**non-U.S** 38:11 40:6 41:19
71:16 76:19 91:11 92:6,22
98:14
**north** 5:11 64:21 114:12
**Notary** 1:19 162:12
**note** 77:22 78:12 125:24
**notes** 98:5 163:11
**notice** 1:15 6:1 87:14 91:6
138:24 140:18,21 146:18
**notifications** 138:19
**notify** 79:18
**noting** 99:1
**November** 14:17 46:3,6
58:15 100:17 115:17
**number** 5:4 35:3 47:16
56:19 98:9 107:2,6 108:11
109:18,22,24,25,25 112:20
112:20 113:9 115:5,14,22
122:24 126:7,7,9,15
127:24 128:1,2,2,13,20,23
128:25 129:9 130:2,3,5
131:2,19,22 133:16 135:3
139:3 142:23 151:4 156:7
157:16 159:13,15
**numbers** 47:2 65:8,23,23
87:2,4 104:24 109:23
113:12 118:17,18 126:10

128:8,10 129:13,15 130:24
134:23 136:7,9,20 156:6
**numerous** 38:1 46:25
**NY** 2:10,17
**Nyack** 114:12

**O**

**O'BRIEN** 2:9
**O-N-O** 56:20
**O-N-U-S** 56:20
**oath** 6:3 162:1 164:13
**obeying** 71:20
**objecting** 125:20
**objection** 8:7,14 16:12
17:14,24 19:1 21:9 24:21
45:4,9 48:6 53:4 61:20,23
62:3 63:7 64:9 65:2 66:10
67:25 68:24 73:18 77:6,24
78:17 82:18 83:18 94:5
99:11 108:13 113:6 114:10
116:11 119:20 120:4,22
123:20 124:18,22 131:10
139:7 140:25 145:16 146:6
146:14,22 149:4 154:25
156:17,17 157:2,3,11
**objections** 78:8
**obtained** 16:24 25:15
**obviously** 24:25 29:3 67:6
104:10
**occur** 14:16 34:3
**occurring** 13:22 48:9 103:22
**October** 14:17 46:3,6 58:14
100:17
**offer** 14:20,21 24:2 47:3
164:12
**offered** 152:8
**offering** 16:16 76:18 91:4
**offguard** 100:8
**office** 5:6 14:8,22 19:15 20:9
20:11,15,15,16,19,21,21
20:22,24,24 21:2,5,6,6,8
21:13,19 23:4 35:18 46:15
49:1 59:21 80:24 119:3
123:4 141:11 147:7,7,9
150:6,23,24 151:1,13,13
153:25
**officer** 50:3 52:11 54:22
83:23 84:11 101:11,12,13
101:14
**official** 55:3 162:8
**officially** 16:3 54:24,25
137:18
**offshore** 24:9
**oh** 62:11 87:11 125:24
132:25 156:6

**okay** 5:2 6:13,24 7:3,22 9:15
10:5,13,22,24 11:2,5 13:7
14:2 15:5 18:19 20:11
25:17 27:2,13 33:9 36:19
36:21 37:2,4,7,19 38:2,6
38:17,22,25 39:4 41:16
42:20,24 44:19 45:1,12
46:8 48:9 49:16 53:2,24,25
57:3 59:24 62:17 63:1,11
63:22 71:3 72:23 75:18,25
78:2,8 79:4 82:1 84:25
85:3,5,23 87:6,15,16,21,21
87:24 88:6,11,16 89:3,10
89:16,25 90:12,16,20,21
90:22 91:14 92:12 93:15
95:7 96:2,4,8 97:8,12,25
98:5 101:4,15 102:4,7
103:5,12 106:4,11,12
109:9,12 110:10 111:14
113:18 115:2 116:1,25
118:5 119:2 121:2,10,16
122:22 123:13 124:1,4,25
125:15 126:15 128:22
129:5 130:1,5,8 131:11,14
131:18,21 132:14 133:12
133:14 134:17,25 135:6,9
136:9 137:15 139:10 151:5
152:25 156:12,24 160:7,17
161:4
**old** 59:22,24,25 145:2
152:18 153:2 158:11
**onboard** 113:16
**onboarding** 22:6 71:10
**once** 29:16,18 52:3 55:20
81:10
**one-by-one** 103:25
**ones** 34:16 53:25 60:24 68:7
69:4 152:18,18 158:11,11
**ongoing** 151:21
**online** 52:2 151:7,8
**onus** 56:13,15,20,22 130:9
130:12 132:7
**onward** 14:3
**onwards** 78:18
**open** 18:11,18 47:4 60:14,15
71:18 74:18 82:11 98:12
126:13 128:4 150:11 153:8
**opened** 21:20 32:16 33:3
74:19 119:19 132:12
**opening** 12:11 57:22 76:6
78:13 90:4 120:1,2,5
**operating** 101:12
**operation** 54:22
**operations** 14:6 55:4 148:4
**opportunity** 12:22 13:4,8,25

15:1
**option** 52:24,25
**options** 47:6
**oral** 138:18
**orchestrating** 41:8
**order** 87:6
**orders** 99:25 108:20
**org** 99:23 100:25
**organically** 16:18 22:16
  24:23
**organization** 99:23
**organizational** 4:11 103:10
**original** 72:11
**outlined** 97:16 99:23
**outlining** 96:24
**outs** 20:1
**outshine** 86:17
**outside** 37:17 55:12 141:10
**overall** 83:14
**oversee** 27:24
**overseeing** 59:9
**owe** 144:6
**owned** 155:8
**owner** 74:18
**ownership** 154:9

---

**P**

**P&L** 119:10
**p.m** 1:18 112:2,9 161:5
**package** 143:6 145:20
**page** 4:2,6 36:25 52:6 89:4,4
  89:5,6,7,8,10 90:16 91:15
  93:13 94:3 97:13 111:21
  114:16,24 115:2,3,6,11,18
  117:12,19,20,20,23 118:20
  120:10,14 122:4,6,19,20
  122:21,23 123:18,23
  127:11 128:18 131:1 156:5
  156:7,7,12 165:4
**pages** 115:13,20 116:5
  118:21,25
**paid** 32:24 33:2,5 35:22 39:7
  46:23 67:10 86:18 98:8
  143:5,8 148:9
**painting** 33:25 43:6
**Palm** 112:18
**paperwork** 14:25 31:7
**parallel** 20:15
**parameters** 127:7
**Pardon** 8:18
**Park** 122:2
**part** 15:24 23:15,19,20 25:2
  27:13 40:15 63:24 72:12
  77:12 93:6 107:12 114:4
  148:8 149:12 152:18

159:10
**particular** 12:12 22:14 89:1
  95:3 104:2 113:12 127:6
  130:17 135:12,16
**parties** 3:8 91:3 99:6 163:14
**parties'** 163:15
**party** 74:14
**pass** 97:1,2
**passing** 15:14,14
**password** 59:13
**path** 155:14
**pattern** 29:13,18,19
**pause** 18:19
**pay** 37:15 67:5 81:12,13,22
  85:14 119:9 130:15 135:10
  152:6 153:18 157:18
  158:14 159:14,21,23
**paying** 41:2 81:3,5 99:4
  148:10
**payment** 33:3 98:5 141:23
  142:2 146:4 158:19
**payments** 33:5 98:4 143:7
**pays** 81:15
**PDF** 96:15,23 97:16
**PDT** 29:11,12,13 30:2
**peace** 66:25
**peak** 65:25
**peaks** 65:13
**penalty** 164:5
**Penalver** 4:14 117:14,15
**pending** 73:10
**people** 14:7 16:1 22:10 23:2
  23:6 26:16 27:23 33:13
  42:2 43:21 47:18 53:23
  54:4,20 66:14,16 67:2
  68:18 69:6,13 72:9 73:14
  82:13 86:23 88:18 90:4
  99:14 104:13 142:8,11
  154:5
**percent** 46:18 64:5,21
  134:21
**percentage** 61:15 64:3,7,13
  129:7 134:14
**perfect** 84:23
**performance** 138:19,23
  139:14,25 140:6,14
**period** 13:1 63:20,23 77:15
  78:15 112:14 119:25
  139:23
**perjury** 164:5
**permission** 138:3
**permit** 19:8 137:23
**person** 12:2 28:5 29:23 35:8
  35:11,12,13 37:16 41:22
  42:5 50:11 58:5 81:3 98:1

111:16 118:10 123:14
  130:25 150:25 151:10
**personal** 31:7 61:3 149:16
**personally** 12:8 138:14
  162:6
**persons** 41:19
**PF** 98:9
**PFS21461** 135:4,17
**phases** 106:22
**Phillip** 142:18
**Phillips** 2:16 5:21
**phone** 2:22 8:9,10,14 35:3,4
  38:16 47:2 109:18,22
  111:4,7,9 126:10 128:2,8
  128:10 129:9 130:23
  131:22 141:20 151:4
**phrase** 45:12 70:15
**physical** 132:23
**physically** 35:18
**picture** 11:23 58:16
**pitch** 32:19
**place** 12:14 16:19,20 17:3
  29:15,16 57:6 81:22 88:22
  103:20 151:22 159:8
**placed** 82:12 133:20
**places** 67:20 106:18 155:21
**placing** 113:2
**Plaintiff** 1:15,12 2:2 4:5
**Plaintiff's** 4:7 6:21 7:1 36:14
  75:11 82:15 84:15,18 86:6
  88:3,14 95:25 96:6 98:16
  99:10 100:23 101:21 102:1
  102:2,20 103:2 107:3,18
  109:6 113:24 114:1 117:3
  121:6,18 125:19 127:16
  132:21 156:3
**plan** 17:12 92:10
**planned** 18:11
**Plano** 117:18
**plans** 17:9,16,19 19:17 20:4
  20:4 106:16 159:7
**plaster** 33:24 43:5 45:21
  58:15
**platform** 28:21 58:20,22
  74:17
**platforms** 16:16
**play** 56:21
**please** 5:22 6:7 8:19 31:24
  36:16 56:18 75:13 77:22
  78:12 84:20 88:5 96:2 97:1
  101:23 109:8 110:10
  117:21 121:14
**pleased** 67:20
**plus** 85:15 112:15,19,21
  138:6 144:23

**point** 7:15 21:18 44:14
  61:17,25 66:12 74:6 107:2
  107:6 108:11 117:22
  148:20 150:10,12 156:20
**points** 91:24 92:11 156:13
  156:15
**policy** 41:18 91:21
**pool** 127:5
**pop-up** 59:4
**position** 11:25 15:3,18,20
  18:7 23:9 25:3,4 54:23
**positions** 15:16
**positive** 119:7
**possibilities** 153:16
**possibility** 84:12
**potential** 13:25 51:5,25 63:2
  72:4 83:25 107:10
**power** 16:1 30:3 74:8 105:3
**powers** 70:1 155:11
**preceding** 115:13,21
**prepare** 48:14
**prepared** 26:23
**presence** 21:2 35:18
**present** 2:20 6:15 35:18
  107:17 123:10,17
**presented** 98:21,24
**president** 101:10
**pressure** 69:21
**presume** 112:3
**pretty** 16:2 22:20 23:16,17
  24:10 38:7 45:15 59:10
  66:5 72:12 74:17 80:25
  144:5 147:11 152:20
**previous** 41:20 136:15
**previously** 116:23 121:9
**Price** 1:19 3:2 5:13 162:11
  163:6,20
**pricing** 153:18
**principal** 112:19,23
**printout** 119:18 127:7
**prior** 10:9 16:9 17:7,8 57:13
  103:16 138:19,23 139:19
  142:7
**privacy** 21:3,4
**pro** 119:11
**probably** 8:16 34:18 35:12
  35:15 38:8,19 39:14 51:7
  59:12 68:9 73:8 80:23
  81:20 128:4 132:7 138:6
  147:16 150:11,15 155:5,17
**problem** 45:18,19 54:3
  57:19,19 58:3,12 59:17,19
  59:22,22,25,25 63:8
  154:13
**problems** 54:21 58:9

proceedings 5:1
process 37:13 48:10,12
  49:11,17,23 51:8 52:7,8
  57:18,18 59:7,15 62:5,9,12
  70:19 72:13,15,17 80:15
  117:9 120:20 142:3,5
  143:14,23 147:14
processed 62:20 80:17
  81:19
processes 66:23 72:6
  148:18 150:16
productive 27:24 49:19
productivities 157:21
productivity 25:24 45:21
  152:17
professional 149:17
professionally 141:16
Profit 91:8
profitable 74:21 75:1,4
program 26:16 32:9 38:21
  40:11 41:12 57:6 86:4,5
  89:2 92:2,3 95:6 96:22
  135:24 136:17
programmers 58:18
programs 30:11,12 31:20
  37:18 43:15 47:13 56:1
  85:10
project 59:9
projects 18:1,13 23:13
  100:1
promised 91:23 92:8 152:11
promo 126:10 128:3 129:21
  129:24 130:6,12,17 132:3
promotion 78:13
promotional 76:5,18 114:17
  132:11,12
promotions 77:15,23 78:11
  78:15,20 79:1 82:15
proof 147:20
properly 141:16
propose 85:18
pros 73:3
protect 43:11 148:13 149:13
  152:2
protecting 59:1 155:13
protection 155:7
protocol 71:22
prove 83:3 85:8 86:1
provide 34:24 50:4 51:6
  81:9,11 103:5 113:11
  116:19 117:15 151:4
provided 30:20 46:17 83:22
  99:8 112:8 118:8 121:25
  157:8 160:1
providing 26:14 35:7 49:25

83:25 116:13 152:12
Public 1:19 162:12
publications 39:8
pull 46:16
pulled 56:10 63:15 127:1,3
pump 60:1,4 73:9 74:3
purchase 144:14
purchased 135:11
purely 149:6
purpose 52:16 76:4
purposely 143:15
purposes 36:22
pursuant 1:15
push 13:11 27:21 28:3 57:21
pushed 102:11 149:11
pushing 13:12 28:2
put 18:13 25:23 26:23 27:20
  28:10 31:17 32:3 33:24,25
  43:4,5 45:20,21 58:15
  67:17,18,19 68:17,19 69:8
  69:9,14,16,21 80:18,20
  81:10 101:15 129:11,11,14
  148:23 158:15
putting 59:1 106:15,17
  107:11 131:9 158:4
puzzle 35:15

---

**Q**

Q1 126:20
Q3 21:21
Q4 21:22
qualify 92:3
quantities 123:9
quarter 11:16 12:5 147:15
question 7:15,22,23 17:11
  25:1,2,5 61:22 79:3 94:1
  100:13 103:7 115:19
  136:23 146:16
questions 7:10,11,12 8:1
  9:8,11 14:10 16:23 24:22
  25:3 51:18 160:15
quick 110:12
quickly 66:16
quite 26:18 27:1 42:3 55:11
  68:7 136:19 155:17
quotes 70:14,16,23 71:5

---

**R**

R 2:13
radio 4:13 26:25 29:5 37:5,8
  37:11,20,22 38:20 39:1,8
  40:24 42:21 44:2 68:22
  86:8 97:22 98:7 114:12
  116:7,9
raised 104:18

random 69:13
randomly 41:7
range 65:11
ranges 51:16,17
rapport 104:13
rate 114:17 134:21 136:22
  136:25
re-notice 4:7 7:3
reach 18:17 140:23 144:1
  147:10,13 149:1,20 151:15
  158:17
reached 65:13,25 129:6
  137:1 141:1 150:2 151:12
  153:24
reaching 25:9 152:6
reaction 45:19 57:19
read 7:18 34:17 40:8 41:21
  88:6,9 90:17,20 92:14
  104:3 126:1 127:19 164:5
  164:7
reading 3:9 96:18 134:13
ready 44:6
reality 78:24 148:2
realize 61:18 62:1 125:23
realized 29:3
really 13:18 15:4,6,9,14 17:3
  18:7 23:10 25:1,9 28:2
  35:20 39:25 46:14 59:8
  60:16 68:8 69:10 74:7 75:1
  86:15,17 104:12 108:4
  129:9,12 142:19,21 143:18
  143:20 145:5 148:17 151:3
  151:5 157:4
reason 9:10 24:1 33:19 57:5
  90:17 135:12 136:13 165:5
  165:6,8,9,11,12,14,15,17
  165:18,20,21,23
reasons 140:13
rebate 32:11 57:2,4,5 80:11
  81:23 82:5,6 89:2 95:6
  130:15
rebated 92:9 93:20
rebates 33:1,6 46:24 47:8
  53:23 54:5,7 56:2 57:7
  79:23 88:24 91:5,12 92:23
  93:3,5,5 94:12 137:6
recall 12:24 13:3 27:6,10
  34:17 36:4 37:2 38:15
  41:22 42:4 52:15,21 53:2
  68:25 69:1 70:9,16 75:16
  76:24 86:24 87:21 103:22
  126:19 134:17
receive 80:1 81:16 82:4
  83:15 93:8 95:1 130:17
  137:3,5 138:18 139:1,4,10

140:17 141:23,25 142:2
  145:17
received 11:18 35:2 41:17
  46:25 47:15 53:23 65:3
  77:11 94:19 97:10 98:15
  99:3,6 135:13 136:16,22
  136:24 137:14,18 139:8,13
  140:20,23 146:18 149:8
  150:5,21 153:2
receiving 26:7 30:2 53:17
  54:5,7 56:13 57:4,7,25
  79:23 80:12 85:24 91:12
  92:23 94:11 135:23 138:24
recognize 88:11 96:5 102:2
  109:10 114:1,5 117:5
  118:24 121:17 126:2
  133:10,12
recollection 156:24
recommended 11:24
record 6:8 8:19,22 9:2 44:21
  44:24 70:11 87:17 95:15
  95:18 125:7,10,20 126:15
  131:4,10,13 160:10,13,19
  163:10
records 145:14
reduce 41:2 106:25
refer 10:5 14:13 100:11
  112:24 113:3
reference 39:9 80:16 118:15
  127:25 130:2
referenced 86:6
references 38:22
referencing 106:13
referral 91:25 98:14
referrals 91:22
referred 68:22 92:7 100:25
  102:4 119:15 158:22
referred-to 6:19 36:12 75:9
  84:16 88:1 95:23 100:21
  101:19 109:4 113:22 117:1
  121:4 125:17 132:19 156:1
referring 10:7 39:11 53:11
  59:24 70:17,18 71:25
  75:23 85:12 98:11 100:15
  101:2 102:5 111:25 118:5
  135:17 137:7 138:12
  144:15 157:8
refers 103:20 112:11,15
reflect 91:10 98:6 118:12
  119:18,24 120:16 122:11
  123:6,13
reflects 101:6
refresh 156:24
refuse 69:17
regarding 10:10 107:6

111:11 117:16 118:8 134:14 135:20 140:6 145:18 146:19
**regardless** 25:6 49:13 143:6
**regards** 11:22 98:20 149:17
**Regional** 5:6
**registered** 23:25 91:11
**regularly** 113:11
**regulated** 23:23
**regulations** 24:8
**regulator** 29:20 55:2
**regulators** 24:6
**rejected** 83:16,20
**relate** 36:1 79:22
**related** 72:21 73:16 83:24 84:5,7 88:8 99:9 123:18 144:24
**relating** 71:6 72:24
**relationship** 32:21 60:19 61:3 142:16,18 148:11 154:24
**relationships** 26:24 30:16 60:16
**relative** 97:4 114:21 115:8 120:25 124:9 163:13,14
**relevant** 51:3
**relocation** 14:12
**remember** 8:1 9:8 11:14 25:1 27:9 36:2,3,18,19 42:7,10 55:8 57:25 58:14 70:22 72:18 74:10,16 75:25 85:3 86:22 94:8 104:16 105:6 114:3 118:2 134:13
**remind** 103:7
**reminder** 41:17 43:10,12
**remove** 69:11,12,16 74:1,5 74:7,9 92:23
**removed** 92:1
**removing** 93:20
**repeat** 7:17 61:21 79:3 146:15
**replied** 41:3 85:21 110:12 150:6
**replies** 43:20
**reply** 38:7 42:5
**report** 15:19 22:21 56:9 57:12,13 65:5 100:14 103:9 108:8,19 129:5 134:5 152:7,7 163:7
**REPORTED** 3:1
**reporter** 5:13,22 6:20 7:10 7:18 36:13 44:17 75:3,10 84:17 88:2 95:24 100:22 101:20 109:5 112:5 113:23

117:2 121:5 125:18 132:20 156:2 160:20,23 161:2 163:1
**Reporters** 5:11
**reports** 46:16,16 49:2 63:15 65:19,19,20 83:2 113:12
**representation** 131:7
**representatives** 48:16
**represented** 6:11
**reps** 98:3
**reputations** 155:19
**request** 50:4 51:7 79:18 83:14
**requested** 34:22 50:2,6 58:21,23 69:16 74:4 76:25 83:12 153:23 163:9
**requesting** 47:8 93:18
**requests** 47:4 62:6
**requirement** 29:22
**requirements** 29:21
**reside** 112:17
**resident** 124:14
**resignations** 142:7
**resigned** 27:12
**resolution@suretrader** 54:17
**respect** 17:10 23:8 63:2 67:23 68:21 81:17 94:17 134:1 146:12,20 157:6
**respective** 3:8
**respond** 44:14 91:17 154:4
**responded** 42:12,25 91:18 91:19 93:12
**responding** 93:15,17
**response** 41:16 42:8,13 92:13,15,16,19 110:25
**responsible** 17:23 49:12 90:4 107:13 144:14
**restrictions** 30:1
**restroom** 44:12
**restructure** 155:12
**results** 158:17
**returns** 32:20
**revenge** 149:2
**revenue** 50:15 57:22 65:7 74:20 112:21
**revenues** 152:19 157:22
**review** 36:16 73:5,25 75:13 84:20 88:5,10 101:23 109:8 121:15 133:9,10 134:18 135:19 163:9
**reviewed** 38:3 41:14 68:23 129:6
**reviewing** 49:12 72:7 134:12 134:13

**reviews** 68:7,18,19 69:14
**rich** 143:23
**Richlender** 97:23
**ridiculous** 144:25
**right** 7:8 9:4,23 10:3,20 11:2 13:2 18:3 21:12 28:4,6,17 34:7 36:7 37:21 41:13 47:21 49:5,10 50:16 52:12 53:23 57:9 61:17 64:2 70:20 71:23 81:17 86:25 87:9,24 91:10 93:12,22 95:12,20 96:20 98:15 100:18 103:24 107:2 110:2 111:22 114:4 122:23 125:23 126:18,22 128:20 132:14,17 140:16 154:14 156:11 160:6
**right-hand** 118:18
**Rigodon** 4:15 121:24
**risk** 67:19 106:15,18
**risk-reward** 148:23
**risky** 67:19
**Ritchie** 14:22 34:23 40:21 85:7,8,23 86:9,21 96:13 144:8
**rodeo** 105:9,11,17,21,22,22 106:3,3,6,13,13
**room** 6:15 35:6 91:8 114:16
**rough** 160:25 161:3
**rule** 30:2 45:18
**rules** 7:9,21 9:5 16:20 23:25 29:11 45:23 71:21
**run** 17:25 127:6 134:5 143:16
**running** 73:8
**runs** 11:11 108:18 148:4
**rush** 139:21
**Russ** 110:5,8,9
**Russian** 58:17

---
**S**
---

**safe** 73:4 155:20
**SAG** 157:7
**salary** 14:20
**sales** 15:10,16,17,24 17:17 18:9,10,23,24 19:4,8 20:17 21:20 23:9 27:19 46:14 48:13,15,16,18 50:22
**sales@suretrader** 54:17
**SASL** 156:21
**sat** 14:7 19:19,20,21,22 48:22 49:19
**save** 132:5 164:9
**saved** 158:8
**saw** 14:5 40:3 53:13 55:5,5

55:21 56:10 58:8 65:19 66:13 82:25 129:15 141:19 149:8,21 151:8 155:9
**saying** 7:14 33:16 35:11 38:8,12 53:6 56:23 62:8 85:14 106:20
**says** 38:3 50:3 77:22 78:12 91:20 108:9 110:15 111:22 112:2 114:14 117:24 122:8 127:22 129:21 132:5 134:1 135:7 142:10 156:13,21 157:6,7
**scenario** 18:6
**schedule** 150:7,8
**scheme** 60:1,4
**school** 33:6
**schools** 29:4,7 30:12 33:4 34:20,23 47:8 76:20,20 80:7 91:6 94:22 97:18 110:9 137:3
**screenshots** 112:7
**screw** 41:11
**scroll** 127:11 131:1
**SDR** 48:15
**seal** 162:8
**Sean** 2:18 5:20 6:14 151:9
**search** 127:6 151:10
**season** 138:5
**seating** 20:12 21:16
**SEC** 5:3,6,16 9:24 58:10 59:18,20 61:13 73:9 74:2 146:23 147:6,8,13 149:1 149:20 150:2,11 151:1,7,8 151:12 152:6,8,11 165:3
**SEC-FL-03848-E-0052891** 36:23
**SEC-SECPST-E-0010703....** 126:16
**second** 20:24 21:19 58:13 156:20 159:10
**secret** 49:4,5
**section** 100:5
**Securities** 1:4,8 2:3 10:2,7 114:13 116:10 138:14
**see** 22:25 23:1 26:1 31:1 36:24 38:3,22 39:9 47:18 47:24 48:4,9,11,11,20,23 49:3,4 50:6,24 53:14 60:10 65:19 66:4,23 68:21 72:23 77:1,22,25 81:6 83:23 89:5 89:10 91:19 92:8 93:12 109:18 111:22 114:3 115:4 117:24 119:5 120:14 122:8 122:19 123:23 126:14 127:8,10,12,17,21 128:5

128:18,22 129:10,12,17,23
130:3,23 131:16,18,21
132:3 133:10 134:9,22
135:2,6 136:6 138:4 141:7
148:1,7,8,21,24 150:12
156:5,9,13,20 157:6,12
158:12,17
**seeing** 57:13 66:14 120:7
**seeking** 29:9
**seen** 48:10 50:19,20,20,22
51:4 59:3 62:5 83:5,6
142:6 154:18
**send** 33:11,16 34:21 36:7
37:7,10,21,24 40:18 41:7
42:20 58:2 61:12 76:10,21
79:14,14 90:25 92:5 111:3
143:23 145:6 146:2 147:12
150:10,17 153:4 154:2,16
**sending** 37:2 42:8 47:23
69:4 90:18 96:21 99:25
100:1 116:7 143:9
**senior** 18:9,23,24 19:4,8
23:9 25:21
**sense** 26:6 159:24
**sent** 26:14 34:9,11,11,19
41:17 42:21,22 47:22
59:16 62:18,25 64:6,22
74:10,11 77:11,11 86:10
86:21 91:2 92:12 93:22
96:9 110:19,23 114:22
115:8 120:25 124:9,14
130:25
**sentence** 40:4
**separating** 146:12
**separation** 141:12
**September** 100:17
**series** 7:10 36:19
**service** 11:11 83:11 156:21
157:7 159:11,22
**services** 24:2 47:3 116:13
116:17 153:11,14,15 157:9
160:2
**set** 18:22 127:6 132:17
134:6
**severance** 141:23 142:25
143:6 145:20 146:3,11,19
**severe** 54:4 74:14
**severity** 58:4
**Shalev** 11:7,9,15,19,20
**Shalev's** 12:22
**share** 17:3 61:10,11 76:5
77:2 83:11,13 133:18
134:22,23 135:6 136:6
**shared** 17:1,7 26:17 39:6
61:9 76:25 155:9 159:20

**shareholder** 103:8
**shares** 80:4,5,8 119:6
135:11 136:18
**Sheet** 164:11 165:1
**shell** 155:6
**shock** 141:4,6 148:21,25
**shopping** 106:9
**short** 119:7 139:23 160:7
**short-term** 20:4
**shorter** 50:9
**shortly** 97:7 110:12
**shot** 111:19 154:15
**shoulder** 140:2
**shoulders** 149:13,14
**show** 6:17 36:10 41:5,7 43:6
50:3,7 55:21 58:25 59:2
75:7 79:10,11,12 84:14
85:11 87:25 100:19 101:17
109:2 112:10 113:20
116:23 120:2 121:2 123:18
125:15 132:18 155:23
**showed** 21:15 42:13 147:20
**showing** 30:15 41:8 46:17
56:10 63:17 98:8 113:14
119:21
**shows** 26:21,22 40:22 52:7
58:23 65:20 94:25 116:20
**sic** 11:16 12:5 18:9 21:21
23:5,14 25:5 40:2,10 49:20
50:11 51:8 56:10 77:8,17
82:14 85:19 88:7 119:10
126:20 133:24 137:19
139:11 141:12 148:6
**side** 32:1 49:24 61:8 74:8
**sign** 112:15
**Signed** 164:17 165:24
**signing** 120:19
**signs** 57:13
**silence** 43:21
**similar** 42:21 136:2
**Simon** 2:21 5:10
**Simonnett** 101:13
**single** 158:25
**sit** 19:24 21:11 23:3 130:11
**sitting** 20:8,20
**situation** 81:25
**situations** 58:6,6 148:23
**six** 15:17 54:23
**Slack** 58:22
**slow** 66:19
**slowing** 66:23
**small** 33:20 41:11 63:20
65:24
**smckessy@phillipsandc...**
2:17

**so-called** 34:10 53:20 70:19
**software** 80:21 94:25 127:2
159:10
**softwares** 119:11 129:10
**sold** 135:11
**solicitation** 58:10 59:21
**solicitations** 46:2,9 56:2
84:5,8 147:18
**solicited** 47:11 58:24 59:5
71:14,14 72:5,5,13,14
84:13 123:14
**soliciting** 24:16 25:10 26:11
43:16 46:10,21 57:14
61:19 62:1 71:21 110:22
**solutions** 20:7
**solve** 54:21
**somebody** 26:23 33:2 70:2
70:3
**soon** 18:14 53:20 58:7
**sorry** 8:4,18 22:1 39:16
40:21 56:14,20 61:21 62:7
71:1,4 75:3,5 79:3 96:17
110:8 111:6 112:5 116:2
116:16 120:12 123:21
128:12 132:25 136:23
146:8,15 147:3 152:1
156:6
**sort** 29:5 32:13,20 33:10
39:14,17 43:4,5 44:3 45:17
45:20 59:6 126:12 130:14
144:9 155:6,14
**sound** 92:10
**sounds** 106:8 160:8
**source** 118:13 122:12,14,15
152:5
**Southern** 1:2 9:25
**space** 21:7
**speak** 10:9,15 14:24 23:22
29:5 35:12 40:13 53:16
67:2 104:9 106:25 111:16
**speaking** 13:3 19:17 38:15
42:6 105:6 138:7 151:18
**special** 135:24
**specialist** 5:10
**specific** 15:7 47:17 80:18
135:15 142:24 156:6
**specifically** 12:25 13:3 17:1
23:11 29:8 45:7 59:18
81:11 117:22 122:5
**specifics** 113:17
**speed** 143:12
**spell** 6:8 56:18
**spend** 21:5 22:4 40:1 61:5
**spending** 69:1
**spent** 21:24 22:5,7,10,18,24

158:22
**split** 20:23
**spoke** 10:14 11:15 12:2
28:20 30:6 31:19 33:7
86:23,23 111:9,20
**spoken** 83:6
**spreadsheet** 91:25 96:15
97:16 128:7 129:24 130:12
132:15 135:20 136:2
**Squawk** 29:6
**staff** 14:10 21:3
**stake** 107:10
**stamped** 36:23
**standard** 92:10
**start** 7:8,13 15:9 18:8 22:11
36:21 59:15 77:19 140:10
**started** 16:4,6 17:8 18:3,25
19:2 50:25 52:6 64:2 65:9
65:10 73:1 87:13 116:21
116:21 138:15 148:1,6
**starting** 16:9 17:7,17 48:13
48:14 123:11
**state** 1:19 6:7 43:12 162:2
162:12 163:3
**statement** 31:12 40:8 41:18
43:1,14
**statements** 42:1
**states** 1:1 16:17,22 17:5
24:5,16 26:9 29:8,14,24
30:3,9,11,17 32:10 33:4
34:20 37:17 38:10 40:5
46:19 54:9 76:7 83:5 97:19
117:18 122:3 129:8 135:18
135:22,25
**stating** 103:6
**status** 126:5,11 128:3
**stay** 138:3
**staying** 105:3
**stenographic** 163:10
**stenographically** 163:7
**step** 91:22
**Stephen** 2:13 4:15 5:19
89:15 121:24
**steps** 34:8 91:24 146:12
**sticky** 132:24
**stipulated** 3:7
**STIPULATIONS** 3:6
**Stock** 76:9 97:23
**stocks** 66:4 104:21
**stocktradingideas** 97:24
**stop** 27:2 68:10 106:25
125:4 137:17 149:21
151:19
**stopped** 63:9
**strategies** 106:17

strategy 157:10 160:3
Street 122:2
stressful 104:17
strike 31:10 62:23 94:1
  116:8 134:12 139:2
structure 26:2 47:14 80:4,19
  81:21 82:1 103:10 133:17
  135:13,14,23 154:17
structured 154:10 155:4
structures 26:5 28:7,9,15
  76:16 77:10 88:21
students 79:5 80:2,16 81:7
  81:18
stuff 31:7 108:22 141:10
subject 76:13,14 95:3,5
  96:14,16,19 102:7 151:11
submission 128:2
subpoena 7:4 87:14
subscription 3:9
substance 89:16 111:11,17
substances 7:25 9:7
sudden 58:14
sue 69:22 70:3 143:19
suggested 153:20
suggestions 94:3
Suite 2:4,16 5:7,12
Sum 2:6 4:4 5:15,15 6:6,22
  8:10,15,18 9:3 16:13 17:21
  18:2 19:5 21:14 25:12
  36:15 39:19 44:7,8,16,19
  44:25 45:5,11 48:8 53:9
  56:17 61:24 62:10,16 64:1
  64:12 65:15 67:22 68:2,12
  68:14 70:5,13 73:20 75:6
  75:12 77:14 78:1,7,10,19
  82:23 84:6,19,21,24 87:4,7
  87:11,13,16,18,20,23 88:4
  94:15 95:12,19 96:1 99:16
  100:24 101:22 105:24
  106:7,9,10 108:24 109:7
  112:13 113:10,25 114:18
  116:15 117:4 119:23 120:9
  120:23 121:9,12,13 123:22
  124:19,24 125:3,5,11,14
  125:22 131:6,11,14,15
  132:22 133:3,5 139:9
  141:5 146:1,7,17,25 150:1
  155:22 156:4,19 157:5
  158:21 160:6,20,22 161:3
  161:4
sumal@sec.gov 2:5
Summary 123:24
sums 112:16
super 57:24 71:9
supervising 15:22

supervisor 83:10
support 19:21 54:18 79:13
  79:15,16 83:9 89:18 157:9
  160:3
supposed 23:8 58:18 77:15
  79:20,21 82:3 139:22
sure 6:9 12:19 23:2 33:14
  43:8 44:7,15 62:15 69:7,8
  71:20 72:10,20 80:25
  87:22 89:9 94:2 104:3
  105:2,16,22 106:4,11
  107:15 108:6 110:15,22
  113:19 132:16 133:8 144:5
  154:13
suretrader 1:8 10:3,6 14:15
  15:18 16:5,10,15,24 17:10
  17:13 18:4,18 19:10,11,15
  20:14,16,16 21:23 22:10
  23:9,22,23,24 24:15,19
  25:14,15 26:9 27:17 29:22
  32:16,20,25 33:3 35:17,23
  37:6 38:20 39:1,20,23 40:7
  40:23 41:18 42:23 43:11
  43:17,24 46:10,18,21,25
  47:9,11,25 48:5 50:25 51:1
  51:12,20,21 52:2,4,5,17
  53:3,12,17 54:16 55:15,19
  57:14 61:18 62:1 63:10,11
  63:12,22,25 64:19 65:10
  65:20 66:8,8 68:20 69:6,15
  71:1 72:3,24 73:1,16 74:11
  75:20 79:13,15,16 80:21
  82:9 83:11,16 84:11 86:20
  88:18 91:4 93:7 94:25
  96:25 98:10 99:2 100:7,11
  102:9,14 103:15 104:21
  105:14 106:23 110:20
  112:17 113:9 116:8,13
  117:10 118:16 119:4
  120:20 121:22 123:15,16
  124:7,21 126:5 133:16,18
  135:15 137:17 138:7,11,13
  140:24 144:17 145:12,13
  147:5 148:3 149:8 153:17
  154:20,24 157:1,17 160:4
SureTrader's 21:25 54:13
  64:4,7,14 118:3 130:16
  134:19 136:21,24
suspected 38:8
swear 5:23
swinging 104:22
Swiss 1:8 10:2,7 114:13
  116:10 138:13 144:16
  152:22 153:5 154:21,24
  156:22 157:1,8 159:25

sworn 6:3 162:7
Sykes 26:18 32:17 43:25
  76:7,8 79:5,19 80:16 81:7
  97:20,21 137:8
symbols 119:5 123:8
Symonnett 14:8 157:15
sync 142:21
system 41:12 59:12 81:8
  83:23 119:4 123:4

--------

## T

tabs 127:23
tactic 60:7
take 6:23 12:14 36:16 44:10
  44:13 58:1 75:13 77:22
  78:12 79:4 81:22 84:20,22
  88:5 95:13 96:2 100:18
  101:23 103:20 109:8
  121:14 122:17 130:1
  132:24 133:6 142:1 144:22
  145:3,20 146:11 159:22
  160:6
taken 1:14 8:23 44:22 95:16
  125:8 160:11 165:2
talk 10:13 22:11 40:7 60:14
  84:9 85:23 86:20 103:24
  111:7 139:16 145:24
  154:23
talked 9:5 12:24 36:2 104:1
  123:5
talking 7:15 14:14 17:15,20
  42:7 47:21 59:25 60:13
  70:6 72:19 104:14 105:25
  141:9
tap 140:2
target 132:9,10
task 25:23 68:17 69:4
tasked 17:25 27:16
tasks 18:13 23:13 28:10
  86:18 100:1
team 15:24 32:1 48:13,15,18
  50:11 67:21 83:7 86:24
  102:8,9,16,21,25 103:16
  107:3,17 108:10
technology 157:9 158:3
  160:2
telephone 8:25 111:8,16
tell 14:10 15:2,19,22 17:22
  53:8 69:18,23 83:9 128:6,8
  128:11 145:11,13 151:11
  158:18
telling 139:20 147:21
template 110:18,23
Ten 129:1
tenure 63:16

term 10:5 28:24 29:4,13
  45:6,12 70:25 105:18,19
  106:13 152:16
terminate 66:16,17,20 70:4
termination 9:17 137:18,20
  138:20,23,24 140:17
  141:14,19 146:18 148:20
  149:7,19,19
terminations 142:7
terms 21:23 25:25 31:4 59:5
  152:18 158:15
territories 67:18
testified 6:3 62:25 97:5
  124:10 152:15
testify 9:8,24
testifying 118:2
testimony 9:19 10:10
  152:12 164:6,9
Texas 117:18
text 36:4
Thank 108:25 113:18 124:25
  160:14,15,16
Thanks 92:11
thick 133:3
thing 18:15 25:7 40:10
  58:13 81:20,25 127:10
  132:7 133:9 147:17 155:1
things 11:12,20 20:1,2
  22:25 25:25 31:4 35:25
  36:1 41:24 45:25 46:13,23
  49:18,22 51:13 52:23 56:3
  58:19,21 60:6,15 61:9
  66:15,19,21 67:7 69:11,25
  70:1 71:10 83:10 88:23
  89:2 99:22 104:1 106:15
  144:23 148:1,7,22 151:24
  151:24,25 154:18 158:5,7
think 8:10,16 12:8 13:23
  15:9 22:13 24:23 31:23
  32:4 33:22 34:18 35:1,10
  40:2 41:4,6,23 43:2,21
  44:2 47:6 51:15 52:21,22
  53:19 56:19 57:15 58:8
  59:10,14 60:10,15,20,22
  61:4 62:10 65:9 66:11,12
  67:3 70:12 71:1 73:7 74:6
  74:12,14 77:2 80:22 83:19
  85:19,25 86:11 87:9 94:18
  95:11 98:10 107:8,9 108:4
  108:5 110:16 113:16
  122:12 127:10 129:13
  134:6 138:4 139:17 141:13
  142:22 144:7,13,19 147:4
  147:10 150:8,12,13,22,23
  153:25 154:11 158:8 159:7

159:8,11
thinking 144:11
third 11:16
thought 33:19 57:18 110:14
141:11,13 142:15 144:3
thousand 80:5 143:25
thousands 104:22 158:9
threat 84:12,13
threats 69:20 74:6
three 22:12 23:21 25:13
29:17 41:25 85:17 88:19
115:10,20 118:21
three-fold 159:6
throw 142:13
ticket 47:4 79:14,14
tickets 47:4
tier 81:21 133:17 135:10
time 5:8,9 8:23 11:23 12:1
12:11,16 13:1,2,21 16:1,4
19:14,16,17 20:13,23 21:5
21:24 22:4,4,8,10,12,13,16
22:18,24 26:10 29:2 33:18
39:2,13 40:1,2 42:3 45:17
48:1,20 50:13,21,24 51:1
55:7,8 60:12 63:20,23
64:16 65:24 69:1 74:21
76:11,14,22 77:13,15,17
78:5,15 80:5,22 90:3 95:16
97:4 102:13 104:16,17
105:12 106:21 107:21
108:3 112:14 114:4,16
119:25 125:2,3,5,21 128:3
138:6 139:23 140:16 141:9
141:14,24 142:1,21 143:23
144:25 147:21,25 149:6,7
150:21 151:21 153:9,10,21
153:25 159:4,7 160:15
time-to-time 49:2
times 27:25 47:6 61:1,2,6
66:17 83:12 105:4 119:6
126:10 141:2 142:19
timestamp 112:9
timing 114:21
Timothy 26:18 32:17 43:25
76:8 79:19 97:20 137:8
tiny 127:23
Tipalti 153:21 154:2,9
title 15:2 16:2,3 18:9,20,24
19:2,8,9 27:20 55:3
today 7:6 8:2 9:11,24 10:11
54:1 152:9
Today's 5:8
told 11:24 13:17 14:24 16:15
21:17 23:24 30:8,10 31:19
35:24 41:10 45:2 71:13

99:1 110:5 137:1,4 138:9
141:8 144:21 147:19
158:18
tomorrow 110:6
tonight 161:1
tools 74:22
top 30:2 42:24 93:13 104:20
107:23,25 109:18 114:15
127:22 129:21 156:5
topic 103:17
total 116:4 148:25
touch 14:23 15:17 35:9
37:14
tough 58:6
town 21:4
trade 2:16 19:22 25:21 27:7
27:11 28:20 29:9,16 30:1
37:14 75:20 76:9 79:24
80:7 81:5 82:3 91:8 113:2
119:8 133:19 136:17
traded 119:6
trader 29:18,19 73:7 75:1,4
83:7,8 122:12 129:15
traders 4:16 29:5,7,9,13
32:9 65:17 69:5 74:25,25
80:7 129:14,17 133:15
134:6,7,20
trades 29:15,17 79:23,24
80:1,1,3 81:18,24 82:2,4,4
82:8,10,12 93:4 104:22
119:5,10,14 123:8 133:19
134:8
trading 4:13 16:16 25:18,20
26:18,25 27:1 29:4,7 30:11
32:17 34:20,22 37:5,8,11
37:13,20,22 38:20 39:1
40:24 42:21 44:1,1,2 47:8
47:15 53:7 58:20 65:17
68:21 69:2 72:20,21,23
73:12,16 74:2,6,11,17,18
74:23 76:9,20 80:7,18,21
81:10 86:8 88:22 89:1,2,15
90:14 91:6,7,9,10 93:21
94:22 95:5,8 97:18,22,23
98:7,11 104:21 105:11,13
106:14,22 112:18,22
114:11 116:7,9 122:13
123:15 124:23 136:17,17
137:2,9 159:10
trading@suretrader.com
90:13
trail 73:1 126:12 128:4
train 22:22 23:6 74:24
trained 23:5 72:3
training 22:6 71:10,12

transactions 153:15
transcript 163:9,10 164:6,8
transfer 98:8
transmitted 52:4
Transparency 73:13
transparent 60:6 144:6
155:21
travel 143:18
traveled 138:9,10
traveling 150:9
treat 91:23 142:11
treated 143:20
tried 26:3 31:25 32:4 66:24
104:9 150:8 151:2
triple 159:6
tripling 17:18
true 99:15 102:13 119:10
163:10 164:8
truly 35:16 148:13
trust 60:17,25 61:14,15,16
148:12 155:8,11
trusted 28:4 61:9
trusts 154:18
truth 73:8 137:22 147:22,22
148:2
truthfully 8:2 9:8,11
try 8:17 13:18 18:17 45:22
45:23 49:18 57:21,23,24
60:9,11 67:2,6,16 69:11
74:8 76:11 143:18 149:9
149:10 153:8 158:15
trying 20:7 25:6 26:1 28:11
31:24 32:5 33:9 43:4,9,10
46:4 51:9 54:20 58:15,16
60:10 67:1 69:20 74:1,22
74:25 76:15 85:8,9 88:23
107:7 110:21 137:25
141:17,20 143:4 148:18
149:12 150:7 155:13
Tuesday 160:21
turn 89:3 114:24 115:11,18
117:11,19 118:20 120:10
122:4,22 129:20 131:2,2
134:25
turning 90:16
Twenty-eight 121:12
Twenty-nine 133:1
two 40:17 49:21 50:1,4,6
87:3 109:23 115:13 138:6
141:17 142:8,9 143:5,7
145:2 147:15 156:15 159:6
two-day 14:9,16
type 7:13,14 12:21 52:20,22
56:22 118:13 122:12,14,15
126:9 128:2

typed 26:24 56:23
typing 7:11

---

**U**

U.S 24:1,2,14,17,20 25:9,10
25:10 26:11 32:15 33:2
38:10,11,13 40:5,6 43:16
43:17 46:2,4,9,11,21,22,24
47:1,2,7,10,19,24 48:4
49:8 51:7 53:14,17,21,24
54:11,13 55:8,12,14,18
57:14 58:24 61:19 62:1,19
63:2,3,5,8,9,10,13,19,21
63:24 64:3,4,8,14,15,19
65:1 66:9 69:5,13 70:6,15
70:17,23 71:2,16,21 72:8
72:16,17 76:19 82:16,22
83:3 84:11 88:22,25 91:5
92:1,3,4,22 93:11,20 94:10
94:12,17,19,20 95:1 99:2
110:23 113:4,7 124:13
128:12,13 129:11,13,16,18
130:19,22,24,25 134:9,14
134:20 136:3 137:11,14
147:18 149:24 151:20
Uh-huh 70:8 79:7 91:16
93:17,24 111:15 118:19
122:7 133:4,11
UK 55:9 141:11
ultimately 146:12
Underground 26:25 42:18
44:1 53:7 76:9 79:20 80:2
81:18 91:8 97:21 137:8
underneath 101:9
undersigned 162:5
understand 7:19 10:6 17:11
22:23 26:4 39:11,13 87:10
88:7 106:12 150:18 155:5
155:15 159:21
understanding 25:14 38:17
55:14,18 118:7 155:2
164:12
understood 7:23 35:16 68:9
72:21 105:16 106:5,20
107:8 110:14,17 118:14
unique 18:6 59:14 81:25
142:16
United 1:1 16:17,21 17:5
24:5,16 26:9 29:8,14,24
30:3,9,11,16 32:10 33:4
34:20 37:16 46:19 54:9
76:7 83:5 97:19 117:18
122:3 129:8 135:18,22,24
unknown 106:16
untouched 15:12

unusual 100:5 103:3,4
upcoming 17:13
update 93:18 95:6 96:22
upper 156:9
upset 54:4 66:18 67:9 68:8
    74:4 86:15
upstairs 12:10
use 8:10 44:12 72:7 74:8,12
    106:12 125:21 130:2,12
user 97:21,22,23,24
username 97:20,21
usually 35:6 142:6 148:21

**V**

v 59:11 165:3
vacation 144:9
value 81:4 82:7 144:12
    148:17
vast 19:14 34:15 47:19 49:7
    54:11,12 63:14,17,18 64:5
    64:18,20 83:4 129:17
    134:19 137:13
vendor 157:24 158:25 160:1
vendors 153:19 158:23
    159:3
verbally 83:10 99:1
verify 55:6
version 119:11,12
versus 5:4
victim 60:12
video 5:2,9,10
VIDEOGRAPHER 2:21 5:2
    5:22 8:21 9:1 44:20,23
    95:14,18 125:6,9 160:9,12
    160:18
Videotaped 1:14 4:7
viewing 78:5
violations 151:18 152:7
visa 147:8
visit 14:16,18 67:24 68:11
    68:15
volume 83:14 136:18
voluntarily 7:6 17:1 76:25
vs 1:6

**W**

Wade 35:11,14,16
wait 69:19
Waited 97:10
waived 3:10
walking 23:4
wall 33:24 43:5 58:16,16
wanna 11:16 12:5 23:18
    45:1 90:3 126:20 147:4
want 8:17,19 14:11 29:15

32:7 42:1 54:3 55:3 63:11
    67:9,17 69:7 72:20 74:15
    86:14 92:11,21,23,24
    93:19 100:10 105:16
    106:11 107:12,13 110:22
    127:11,21 131:1 132:24
    133:24 138:2 139:11
    142:10 148:8 150:14,19
    154:8,10,13,14 158:17
    159:5 160:20,24
wanted 11:21 15:15 22:23
    24:24 33:23 45:20,20
    58:20 66:17 69:8 73:7 88:7
    106:4 107:15 142:8,8
    149:2 151:15
Warrior 26:17 32:17 43:25
    44:1 53:7 69:1 72:20,21,23
    73:7,11,15 74:2,6,11,18,23
    88:22,25 89:1 91:7,10
    93:21 95:5,8 122:12,13
    123:15 124:23 137:8
Washington 5:21 132:2
wasn't 12:11,19 18:7,10,22
    21:10 22:14 23:10 26:23
    27:19 36:2 46:13 49:3,4,5
    63:20 81:25 95:9 99:1
    111:18 141:15 142:4 143:8
    143:18 145:5 151:21,25
    152:4 154:19
water 44:12
wave 63:21
way 8:5,6 22:23 41:4 46:22
    55:22 67:1,8 69:10 70:2,3
    80:19 105:23 106:19
    125:13 127:13 141:21
    142:12 147:11 148:13
    149:8,10,11 151:7 155:13
    158:12
ways 47:1 155:12
we'll 81:23 82:6 146:3
we're 8:21 20:2 24:2 26:11
    36:21 41:2 43:3,4,14,15
    44:20 58:25 59:1,2 69:22
    69:22 71:20 76:18 78:4
    87:6 88:20,23 95:14,18,20
    101:16 111:22 125:6,20
    129:21 135:16 144:22
    156:12 160:9
we've 109:2 125:1,16 132:18
Web 114:16
website 35:25 39:15,18 46:4
    52:2 53:6,10,10 59:7,15
    68:19 69:8,9,11 72:20,24
    73:9,12,16,25 118:13,15
    118:16

websites 67:24 68:8,16,18
    69:2
week 10:25 29:16,17
weeks 40:17 49:21 138:6
    141:17 142:8,9 143:4,5,7
    147:15
weirdly 108:16
Weissman 150:22,25
went 12:9 30:22 151:7,8
West 112:18 122:2
WhatsApp 4:12 34:11 36:4
    109:13,15,17 110:3,11
    111:5,11 141:3 154:7
WhatsApps 111:10
white 26:22
wild 105:20 106:17
Wilson 4:17
window 14:9
wire 98:8
wireless 144:24
wires 105:2,5 153:15
withdrawal 90:10 119:12
withdrawals 90:10
witness 3:10 5:23 6:1,4
    17:15,25 19:2 21:10 24:22
    39:17 44:17,18 45:10 48:7
    53:5 56:15 61:21 62:4,9,12
    62:15 63:8 64:10 65:3
    66:11 68:1,25 70:12 73:19
    75:4 77:7,25 78:3,6,18
    82:19,21 83:19 94:6 99:12
    105:22 106:8 108:14 112:7
    113:7 114:11 116:12
    119:21 120:5 121:7 123:21
    124:23 139:8 141:1 145:17
    146:15,23 149:5 155:1
    157:4,12 160:14,16 162:8
    164:1
woke 141:18
word 45:7
wording 52:15
words 56:21 58:2 62:8 69:17
    89:1
work 11:21 15:15 19:7,11
    23:13 25:23 27:23 31:2
    33:9,10 57:18 58:18 61:1,2
    67:1 78:23 88:18 105:15
    137:23,25 141:17,18 143:8
    144:17 150:16 153:14,23
    157:20 158:4,15
worked 19:14 20:13 25:19
    26:1 32:3 48:1 52:20 54:10
    64:17 102:14 104:13
    110:18 138:14 143:6
    144:18 158:5,6,11

working 13:13,21 20:2,6
    21:12 23:22 25:14,18,19
    26:3 31:24 35:16 45:16
    50:25 55:22 57:16,17
    63:16 65:10 66:19 69:22
    137:17 142:20
works 24:25
world 2:16 16:17 158:12
worried 108:5
worry 42:14
worth 27:22
wouldn't 51:2 130:22
Wow 72:25
write 118:10
written 138:18 150:17
wrong 71:24 73:24 110:14
    141:7,9 144:2,4
wrongdoing 152:7
wrongful 9:17

**X**

X 4:1 65:21,22 79:20,21

**Y**

Y 79:21
Y-A-N-I-V 6:10
Yaniv 1:14 2:15 4:8 5:3,21
    5:25 6:9 91:20 162:6 163:8
    164:4,17 165:2
yaniv@activetrader 54:16
yaniv@mintbroker 54:15
yaniv@suretrader 54:15
yeah 22:13 39:6 52:15 65:23
    67:3 87:11 89:2 102:11,12
    102:19 104:7 106:1,3,7
    111:13,18,20 125:3 127:12
    127:21 133:3,11 141:22
year 17:13 28:1 47:7 83:3
    86:24 96:11 100:3,3,16
    104:16 113:16 139:1,25
    140:2,7 147:17 153:10
year-and-a-half 45:17
Yep 88:19 117:21
Yoel 128:24
York 2:10,17 12:15 114:13
    139:22 147:7,9 150:6,23
    151:13
young 71:11

**Z**

Zelma 4:17
ZIP 128:11
Zoom 8:6

**0**

**0.000495** 135:7
**000395** 136:12
**000495** 136:11,22,25

---

**1**

**1** 2:16 93:13 115:2
**1,000** 98:8 114:17 116:3,4
**1,100** 144:20
**1,200** 144:21
**1,700** 98:9
**1:21-CV-21079-Bloom** 1:7
  5:5
**1:49** 95:18
**10** 40:17 44:16 120:12
**10,000** 51:16 80:4,8 135:11
**10:00** 112:2
**10:16** 1:18 5:9
**10:20** 8:21
**10:22** 9:1
**100** 4:11 32:14 79:5 81:7,9
**10007** 2:17
**10016** 2:10
**101** 4:11
**10399** 120:11,13,14
**10406** 118:21,25
**10408** 118:25
**10774** 122:5
**10780** 122:19
**10787** 122:24
**109** 4:12
**11** 1:17 164:9 165:2
**11.17.17** 4:11
**11:12** 44:20
**11:22** 44:23
**113** 4:13
**117** 4:14
**11th** 5:8
**12** 4:14 116:24 117:3,6
**12:30** 84:21
**12:36** 95:13,14
**121** 4:15
**125** 4:16 98:14
**132** 4:16
**13th** 162:9 163:18
**14** 156:8,12
**15** 89:24
**15,000** 51:17
**150,000** 65:13 158:1,22,25
  159:12
**156** 4:17
**16th** 114:20
**17** 87:11 96:12
**17,000** 120:8
**17th** 96:9
**18** 4:7 6:18,21,23 7:1 87:13

**129:3** 135:1,19 136:11
  139:12
**180266** 131:19
**181211** 130:2,5
**19** 4:8 36:11,14,22 68:22
  120:24
**1950** 2:4 5:7
**19th** 120:15
**1st** 119:22 123:11

---

**2**

**2** 89:4,5,6,7,10 91:15 94:3
  114:24 115:3,6 117:20,20
  117:20 122:4 130:1,3
  159:22
**2,000** 29:25 51:17 79:5,22
  80:3 81:8 116:4
**2,400** 33:3
**2,500** 91:12
**2:36** 125:6
**20** 4:9 26:4 28:18 47:16 75:8
  75:11 80:3 81:18,24 82:1,4
  82:4,8,9,16 85:16 93:4
  164:19
**2014** 85:13
**2015** 46:7 127:14 156:22
**2016** 11:17 12:6 14:17 16:7
  119:22 123:11 159:18
**2017** 16:6 21:22 34:6 35:23
  37:23 46:3,6 47:22 48:3
  55:13,16,17 58:1,15 61:18
  61:25 62:17,22,24 64:3,6
  64:13,17,23 75:21 78:18
  78:21 85:6 94:4 96:12
  109:14 112:11 114:20
  115:7,17 116:22 120:7,15
  120:24 122:21 124:3 139:1
  139:12 140:7 147:16
  148:16
**2018** 56:10 57:10 64:18
  94:23 113:17 115:25 116:3
  116:22 119:22 123:12
  126:20,21 127:15 133:25
  137:19,24 140:19 147:4,6
**2019** 122:18
**202** 131:25
**2023** 1:17 5:8 162:9 163:18
  164:9 165:2
**21** 4:9 84:15,18 85:1 86:7
  87:5
**212)444-4894** 2:11
**21st** 122:18
**22** 4:10 87:25 88:3,14 89:4
**23** 4:10 95:22,25 96:3,6
  98:16 99:10

**230311AO** 1:25
**2311** 117:18
**238** 131:3,16
**23rd** 109:14 112:11
**24** 2:10 4:11 100:20,23
  101:5
**24th** 37:23,25 89:13 94:4
  147:6
**25** 4:11 101:18,21,24 102:1
  102:2,20 103:2 107:3,18
**25,000** 29:14,20,25
**253** 85:17
**25th** 127:14 147:3,4
**26** 4:12 109:3,6,10 111:21
**26th** 120:7
**27** 4:13 113:21,24 114:2,25
**275** 2:10
**28** 4:15 121:3,6,18
**29** 4:16 125:16,19 126:3
  127:17
**2950** 122:2
**2nd** 115:25

---

**3**

**3** 89:4,6,8 90:16 115:11
**3,500** 39:7 85:15
**3,750** 85:18
**3.17.17** 4:10
**3.23.17** 4:12
**3.30.17** 4:9,9
**3:14** 125:9
**30** 4:16 26:4 28:18 132:18
  132:21
**300,000** 104:24
**305** 128:16 129:3
**305)982-6300** 2:5
**30s** 65:12
**30th** 75:21 78:18,21 85:6
  119:22 123:12
**31** 4:17 155:24 156:3,21
**33131** 2:4 5:7
**36** 4:8
**3rd** 115:17

---

**4**

**4** 115:18
**4-to-1** 30:4
**4.95** 79:24,25 80:4,5,8
  135:10
**4:06** 160:9
**4:12** 1:18 161:5
**4:13** 160:12,18
**40,000** 65:11,11
**400** 5:11
**400,000** 157:10

**43K** 111:22 112:1,11
**48.5K** 111:23 112:1,11
**4th** 122:21 124:3

---

**5**

**5** 159:21
**5:20** 94:4
**50** 18:16 32:14 56:13,19,19
  56:21,22 130:12,14 132:5
  132:7 153:8
**50-dollar** 57:2
**50/50** 21:1,1
**500** 29:25 51:17 145:3
**500,000** 104:24
**517** 124:5,7
**52892** 36:23
**5th** 115:7

---

**6**

**6** 4:4,7 159:19
**61** 30:2
**6th** 127:14

---

**7**

**7** 47:16 159:18,19
**7301** 117:17
**75** 4:9
**786** 128:20
**787** 122:25
**7th** 85:13

---

**8**

**8** 103:4,5,6,25 107:2,6
  108:11
**8:00** 112:9
**80** 64:5,21 134:20
**801** 1:16 2:4 5:6
**84** 4:9
**85** 46:18 64:5,5 114:12
  134:21
**8500** 2:16
**88** 4:10

---

**9**

**9/3/2026** 162:13
**900,000** 104:23
**91203** 5:12
**91st** 122:2
**95** 4:10
**950** 5:12 144:20
**954** 128:12,16

```
1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2
                     CASE NO.:  1:21-CV-21079-BB
3

4    SECURITIES AND EXCHANGE
     COMMISSION,
5
           Plaintiff,
6
     -against-
7
     MINTBROKER INTERNATIONAL,
8    LTD., f/k/a SWISS AMERICA
     SECURITIES, LTD., and d/b/a
9    SURETRADER, and GUY GENTILE
     a/k/a GUY GENTILE NIGRO,
10
           Defendants.
11   _____/

12

13

14                        VIDEOTAPED
                          DEPOSITION
                              OF
15                        YANIV FRANTZ

16
                     Sunday, March 12, 2023
17                   10:02 a.m. - 5:58 p.m.
                      801 BRICKELL AVENUE
18                   MIAMI, FLORIDA 33131

19

20
                         Reported By:
21
               DONNA GUNION, Court Reporter, FPR
22             Notary Public, State of Florida
                 U.S. Legal Support, Inc.
23                     Miami Office
                      305-373-8404
24

25
```

Page 2

```
1                    APPEARANCES:
2
      On behalf of the Plaintiff:
3
         SECURITIES AND EXCHANGE COMMISSION
4        801 BRICKELL AVENUE
         SUITE 1950
5        MIAMI, FLORIDA 33131
         305-982-6300
6        SUMAL@SEC.GOV
7        BY: ALICE K. SUM, ESQUIRE
             ALISE JOHNSON, ESQUIRE
8
9     On behalf of the Defendants:
10       FORD, O'BRIEN, LANDY, LLP
         275 MADISON AVENUE
11       24TH FLOOR
         NEW YORK, NEW YORK 10016
12       212-858-0040
         MFORD@FORDOBRIEN.COM
13
         BY: MATTHEW AARON FORD, ESQUIRE
14           ADAM C. FORD, ESQUIRE
             STEPHEN R. HALPIN, ESQUIRE
15
16    On behalf of the WITNESS, YANIV FRANTZ:
17       PHILLIPS & COHEN, LLP
         200 MASSACHUSETTS AVENUE, NW
18       WASHINGTON, DC 20036
         202-833-4567
19       SMCKESSY@PHILLIPSANDCOHEN.COM
20       BY:  SEAN McKESSY, ESQUIRE
21
22    Also Present:
23       GUY GENTILE (via telephone)
         ERIC CLAVELLO, Videographer
24
25
```

Page 3

```
1                    I N D E X
2     YANIV FRANTZ
3     CROSS EXAMINATION BY MR. MATTHEW FORD        8
      REDIRECT EXAMINATION BY MS. SUM            273
4
5     WITNESS READ LETTER                        276
      ERRATA SHEET                               277
6     CERTIFICATE OF OATH                        278
      CERTIFICATE OF REPORTER                    279
7
8               E X H I B I T S
9     No.    Description                       Page
10    1      Whistleblower Letter Submitted to SEC   18
11    2      MintBroker Org Chart                27
12    3      Affidavit of Edward Cooper          28
13    4      Email dated March 21, 2018 from     30
             Justin Ritchie
14
15    5      Email Chain dated June 6, 2017      38
16    6      Email dated March 23, 2017          49
17    7      Market Services Agreement Between   52
             Timothy Sykes and MintBroker
18    8      Letter dated October 2, 2014 From   57
             Timothy Sykes
19
20    9      Email dated July 5, 2017            65
21    10     May 28, 2014, Wayback Machine Website   68
             Screenshot
22    11     June 25, 2016, Wayback Machine       70
             Screenshot
23
24    12     Email dated March 23, 2017          74
25    13     Marketing Services Agreement between  76
             Investors Live and MintBroker
```

Page 4

```
1     No.    Description                       Page
2     14     Testimony of Nathan Michaud Given   81
             8/2/2016
3
      15     Email dated March 24, 2017          89
4
      16     Marketing Services Agreement Between  90
5            Day Trading Radio and MintBroker
6     17     Email dated November 2, 2015        95
      18     Email Bates Labeled                 97
7            SEC-FL-03848-E-0041140
8
9     19     Email dated March 6, 2017           98
10    20     SureTrader's Partnership/Program   101
             Affiliate through CJ Document
11    21     Email Chain dated October 21, 2015 103
12    22     Email dated December 2, 2016       105
13    23     Email dated 8/13/2015             109
14    24     Email Chain Between Janay Pyfrom and 113
             Guy Gentile on September 2, 2015
15
16    25     Packet of Different Emails Bates   119
             Stamped GENTILE 00004280-96
17    26     Email dated 3/23/2017             126
18    27     Marketing Services Agreement dated 127
             29th September 2016
19
20    28     Text Messages between Assaf Shalef 160
             and Yan Frantz
21    29     Email Sent by Antonio Collie to Guy 165
             Gentile on July 13, 2017
22
23    30     Email Sent from Yan Frantz to Guy  169
             Gentile on October 15, 2017
24    31     Email from Justin Ritchie to the   174
             Executives at SureTrader.com,
25           November 7, 2017
```

Page 5

```
1     No.    Description                       Page
2     32     Videotaped Deposition Excerpt of   175
             Stephen Darville 1/25/2023
3
      33     Email from Yaniv Frantz to         183
4            Executives@SureTrader.com dated
             February 22, 2018
5
      34     Email from Justin Ritchie to Guy   185
6            Gentile dated 3/23/18
7     35     Termination Letter dated 4/12/18   187
8     36     Text Messages Produced by Yaniv    190
             Frantz to Guy Gentile
9
      37     Text Messages Taken From           195
10           Mr. Gentile's Phone
11
      38     Email from April 13, 2018, from    200
12           Justin Ritchie to Yaniv Frantz
13    39     Text Messages between Yaniv Frantz 203
             and Justin SureTrader
14
15    40     Page 12, April 18, 2018 Email      212
16    41     Compliance, advertising review of  225
             Swiss America's Securities, Ltd.,
17           prepared for Miles and Stockbridge,
             PC, Report Issued February 21, 2018
18    42     Email from Yan Frantz to           237
             newyork@sec.gov, miami@sec.gov dated
19           4/25/18
20    43     Emailfromsuhs@sec.gov dated 4/26/18  239
21    44     Email from Jessica Weissman to Yaniv 242
             Frantz dated 5/15/18
22
23    45     Email Chain Between Jessica Weissman 245
             and Sean McKessy of Phillips & Cohen
24
25
```

U.S. LEGAL SUPPORT
www.uslegalsupport.com

**Page 6**

| No. | Description | Page |
|---|---|---|
| 46 | Email Exchange Between Jessica Weissman and Sean McKessy dated 10/24/18 | 248 |
| 47 | Screenshot from Wayback Machine dated 9/8/16 | 249 |
| 48 | Wayback Machine Screenshot from October 19, 2018 | 251 |
| 49 | Packet of Email Exchanges Between Janay Pyfrom and Yaniv Frantz | 255 |
| 50 | Defendant's Response to Plaintiff's Objection Filed by Anthony DaNitto, LLC | 269 |

**Page 7**

1    Videotaped Deposition taken before Donna L.
2   Gunion, Court Reporter, Florida Professional Reporter
3   and Notary Public in and for the State of Florida at
4   Large, in the above cause.
5       THE VIDEOGRAPHER:  Good morning, we're now on the
6   video record.  The time is approximately 10:03 a.m.
7   Today is March 12, 2023.  The audio recording will
8   continue to take place until all parties agree to go
9   off the record.  Please note that the microphones are
10  sensitive and may pick up whispering and private
11  conversations.
12      This is the video recorded proceeding of Mr.
13  Yaniv Frantz taken by counsel for the defendant in the
14  matter of SEC versus MintBroker filed in Case Number
15  1:21-CV-21079.
16      This proceeding is being held at the Miami
17  Regional Office located at 801 Brickell Avenue,
18  Suite 1950 in Miami, Florida.  33131.
19      My name is Eric Clavello, I am the videographer
20  on behalf of US Legal Support.  I am not related to
21  any party nor -- in this action nor am I financially
22  interested in the outcome.
23      The court reporter is Donna Gunion on behalf of
24  US Legal Support.
25      Counsel will state their appearances for the

**Page 8**

1   record, after which the court reporter will swear in
2   the witness.
3       MS. SUM:  Alice Sum for the SEC, and with me is
4   Alise Johnson, co-counsel.
5       MR. MATTHEW FORD:  Matthew Ford on behalf of the
6   defendant, Guy Gentile, along with co-counsel Adam
7   Ford and Steven Halpin of Ford, O'Brien & Landy.
8       MR. McKESSY:  Sean McKessy, Phillips & Cohen, for
9   Mr. Frantz.
10      THE COURT REPORTER:  Raise your right hand to be
11  sworn.
12      Do you swear that the testimony you're about to
13  give will be the truth, the whole truth, and nothing
14  but the truth?
15      THE WITNESS:  I do.
16  Thereupon:
17              YANIV FRANTZ,
18  having been first duly sworn or affirmed, was examined
19  and testified as follows:
20              CROSS EXAMINATION
21  BY MR. MATTHEW FORD:
22      Q.  Good morning, Mr. Frantz.
23      A.  Good morning.
24      Q.  Before we start, just a couple things I wanted to
25  mention.  I'm going to be asking you questions, which you

**Page 9**

1   will be answering.  Please make sure you give a verbal
2   response.  No head shaking or nodding for the benefit of
3   the court reporter.
4       We're going to be here all day, I anticipate, so
5   the way I like to do it is about every hour we'll take a
6   break, ten minutes, 15 minutes, with an hour long break
7   for lunch.  I'll leave that in the discretion of you and
8   the support staff.
9       If at any time you need to take a break, you can
10  let me know.  I just ask if there's a pending question,
11  you answer it before we take the break.
12      A.  Understood.
13      Q.  What is your current address?
14      A.  I don't have a current address.  I'm in between
15  homes at the moment.
16      Q.  Where does your mail go?
17      A.  The last address is 19390 Collins Avenue,
18  Apartment 518, Sunny Isles, Florida.
19      Q.  And is that in Miami, outside of Miami?
20      A.  Sunny Isles in Florida, so it's North Miami.
21      Q.  And where are you currently employed?
22      A.  I recently started a new job outside the
23  financial service sector.
24      Q.  Okay.  Where is that?
25      A.  Here in Florida in North Miami.

Page 10

1    Q.   Okay.  What is the name of the company you are
2 working for?
3    A.   QR Joy, Inc.
4    Q.   And what is the nature of the business?
5    A.   It's a lifestyle company.  One of their products
6 is also vapes, electronic cigarettes.
7    Q.   They sell vapes?
8    A.   Correct.
9    Q.   What is your role for the vapes company?
10   A.   I'm the chief operating officer.
11   Q.   How long have you been there?
12   A.   Approximately, five months, four months.
13   Q.   And are you paid hourly or by salary?
14   A.   Yearly.
15   Q.   And what is your annual salary?
16   A.   $175,000 a year.
17   Q.   And prior to the vape distributor/seller that you
18 started at five months ago, where did you work?
19   A.   I worked at a company calls XL Diamonds.
20   Q.   And what did you do on behalf of XL Diamonds?
21   A.   I was the general manager and overseeing also the
22 sales department.
23   Q.   How long did you work there for?
24   A.   About four months.
25   Q.   Four months?

Page 11

1    A.   About.
2    Q.   Okay.  Anything in between?  Were you employed at
3 any time in between XL Diamonds and the vape shop?
4    A.   No.  I was actually searching for jobs.
5    Q.   Okay.  Did you ever work at a place in Miami
6 called Serafina?
7    A.   No.
8    Q.   Prior to XL Diamonds -- strike that.
9         What was the approximate date range of the four
10 months you worked for XL Diamonds?
11   A.   I'm sorry.  What was the question?
12   Q.   The approximate date range.
13   A.   The dates?
14   Q.   Yeah.
15   A.   Maybe August or September 2021, to end of
16 December '21.
17   Q.   And prior to XL Diamonds, where did you work?
18   A.   I worked for a company called Kent Services.
19   Q.   How long did you work at Kent Services?
20   A.   I don't recall the exact dates.  I would say
21 about maybe six months.
22   Q.   Six months.  Do you remember the year that you
23 worked at Kent Services?
24   A.   Yes.  It was 2019 to 2020.
25   Q.   For about six months?

Page 12

1    A.   About.
2    Q.   What was your role there?
3    A.   Business development manager.
4    Q.   What did they do, what was Kent Services?
5    A.   Kent Services is a building management
6 hospitality services.
7    Q.   And prior to Kent Services, where did you work?
8    A.   Prior to that, that was Swiss America Securities.
9    Q.   Approximately how long did you work at Swiss
10 America Securities?
11   A.   About a year and a quarter.
12   Q.   Approximate dates?
13   A.   January 2017 to April 2018.
14   Q.   And prior to Swiss America Securities, where did
15 you work?
16   A.   I have started my own company called Avenue which
17 was a commercial real estate.
18   Q.   And what did you do for that company?
19   A.   Just finding different properties, commercial
20 properties for individuals, parties, companies.
21   Q.   How long did you do that for?
22   A.   I started, I would say, it was almost a year but
23 maybe a little less.
24   Q.   A little less than a year?
25   A.   Yeah.

Page 13

1    Q.   How many clients did you have?
2    A.   Maybe a couple.
3    Q.   Two?
4    A.   Two, three.
5    Q.   Two or three clients?
6    A.   Yeah.
7    Q.   Were you able to execute any deals on their
8 behalf?
9    A.   Yes.
10   Q.   So you executed about two or three commercial
11 real estate deals?
12   A.   About.
13   Q.   So -- and prior to that year, so that you -- that
14 you did the commercial real estate, what did you do for
15 work?
16   A.   I worked at the Faena Hotel here in Miami Beach.
17   Q.   Faena Hotel?
18   A.   Yes.
19   Q.   What did you do there?
20   A.   I was the brand ambassador for the hotel.
21   Q.   Brand ambassador?
22   A.   Yes.
23   Q.   Did you get fired from that job?
24   A.   I wasn't really getting fired because I was a
25 freelance.  I wasn't an employee, a W-2 employee of their

Page 14

1  company.  I think we just had some sort of separation at
2  the end of that kind of temporary seasonal job.  I wasn't
3  looking to stay in the company for a long time.  I was
4  moving I think to Miami for the season.  We from New York
5  sometimes usually move to Miami for the winters as
6  snowbirds kind of a term, and that was just a temporary
7  position for me.
8      Q.   So about how many months did you work at Faena?
9      A.   A couple months.
10      Q.   A couple months, two?
11      A.   I don't recall the exact dates or the time frame,
12  but I know it was a couple of months.
13      Q.   Do you know what year it was?
14      A.   I want to say sometime in end of 2015 to
15  beginning of 2016, something like that.
16      Q.   Did you get into a fight with anybody while you
17  were working there?
18      A.   Fight, like physical fight?
19      Q.   Yes.
20      A.   No.
21      Q.   Screaming match?
22      A.   I wouldn't call screaming.
23      Q.   Okay.  But you did have -- did you have an
24  altercation while you were there with another employee?
25      A.   I might have some sort of a disagreement with

Page 15

1  someone.
2      Q.   Was there yelling?
3      A.   Not from my part but I don't recall if there were
4  yelling, to be honest.
5      Q.   And the two months that you worked at Faena, what
6  did you do before that for work?
7      A.   I believe I worked at Quasar Trading at that
8  time.
9      Q.   When you say "believe," did you in fact work at
10  Quasar Trading?
11      A.   I was trading at Quasar Trading so I was in their
12  office trading physically.
13      Q.   Did you receive a paycheck?
14      A.   No, it's not a W-2 job.  It's a job that you come
15  in and you're receiving funds to trade on behalf of the
16  company or you come in with your own funds to trade with
17  more leverage and buying power because it was a
18  registered licensed prop trader.
19      Q.   So you were prop trading on behalf of Quasar?
20      A.   I don't remember at that time if I was on their
21  behalf or my behalf, if I came with my own funds but I
22  was, I believe, during the time in 2015 or '14, I was
23  there.
24      Q.   How long did you do that for?
25      A.   Less than a year.  I don't recall the exact

Page 16

1  dates.
2      Q.   You prop traded for less than a year for Quasar?
3      A.   At Quasar.
4      Q.   Okay.  At -- with your own funds?
5      A.   Again, I don't remember if it was with my own or
6  their money.  I just remember I was at Quasar Trading.
7      Q.   What did you do before the approximate year that
8  you were trading your own money at Quasar for work?
9      A.   I believe I was at Corcoran Group.  Corcoran
10  Group.  It's a real estate company in New York.
11      Q.   What did you do for Corcoran Group?
12      A.   I was an agent.
13      Q.   For how long?
14      A.   Approximately, maybe a year.
15      Q.   About a year.  Commercial or residential?
16      A.   Residential.
17      Q.   And were you licensed?
18      A.   Yes.
19      Q.   So prior to that about year that you were working
20  at Corcoran, what did you do for work?
21      A.   I think I worked at Quasar two different times
22  also, so maybe it was in 2012 or '11, but I would say
23  maybe '12 is the right answer.
24      Q.   Do you remember the name of the person who hired
25  you at Quasar?

Page 17

1      A.   I think there -- well, there was Assaf Shalev, is
2  one person.
3      Q.   Did he hire you?
4      A.   I don't remember if he was the decisionmaker but
5  there were two partners in that company.  It was Elias
6  and Assaf is what I remember.
7      Q.   Do you remember Assaf texting you in 2016 telling
8  you that he was going to lie to Guy Gentile about your
9  work experience?
10      A.   I don't recall such words but I know he was
11  backing me up with that kind of interaction with Guy.  He
12  got to introduce me to him and try to vouch that I'm the
13  right person to work for the company.
14      Q.   Do you recall him texting you in 2016, yes or no,
15  that he was going to misrepresent your work experience to
16  Guy Gentile in order to assist you in getting a job at
17  MintBroker?
18      A.   As I said before, I don't know the term of lie in
19  regards to what he said.
20      Q.   I didn't say lie.
21      A.   I know.  Well, you said lie.
22      Q.   Do you recall the text, that's what I want to
23  know?
24      A.   I don't recall the text exact words.  I remember
25  the time before getting hired where Assaf actually said

Page 18

1   that I'm going to vouch for you for Guy that you -- you
2   know, you're the right person for the position.
3       Q.   I'm going to show you what we're going to mark as
4   Plaintiff's Exhibit 1 -- I'm sorry. Defendants'
5   Exhibit 1.
6           MS. JOHNSON:  Are you restarting numbering for
7   each depo?
8           MR. MATTHEW FORD:  Yes.
9           (Defendants' Exhibit No. 1, Whistleblower Letter
10  Submitted to SEC, was marked for identification.)
11  BY MR. MATTHEW FORD:
12      Q.   Do you recognize this document?
13      A.   I need some time, of course, to look at it, if I
14  may.
15      Q.   This is a whistleblower letter that you submitted
16  to the SEC, correct?
17      A.   This is the submissions, yes.
18      Q.   You have attached as an exhibit a letter drafted
19  by Phillips & Cohen?
20      A.   I'm not familiar with this, by the way.  I don't
21  know what is that (indicating).
22      Q.   Okay.
23      A.   Go ahead.
24      Q.   There is a letter attached to this submission by
25  Phillips & Cohen.  It's a few pages in.  Can you turn to

Page 19

1   it?
2       A.   What page?
3       Q.   There.
4       A.   This (indicating)?
5       Q.   Yes.
6       A.   Okay.
7       Q.   This is a letter dated July 17, 2018, by Phillips
8   & Cohen sent to Jane Norberg, Chief Officer of the
9   Whistleblower Securities and Exchange Commission.  Do you
10  see that?
11      A.   Yes.
12      Q.   It says:
13           "Dear Ms. Norberg, this submission is made on
14  behalf of Yaniv Frantz pursuant to the SEC
15  whistleblower provisions in Section 922 of the
16  Dodd-Frank Wall Street Reform and Consumer Protection
17  Act of 2010."
18           Do you see that?
19      A.   I do.
20      Q.   Did you authorize Phillips & Cohen to write that
21  on your behalf?
22      A.   I did.
23      Q.   And Phillips & Cohen were your attorneys at the
24  time?
25      A.   Yes.

Page 20

1
2       Q.   And they currently, they still are?
3       A.   They are.
4       Q.   Mr. McKessy is a partner at that law firm?
5       A.   He is.
6       Q.   A few lines down it says:
7           "Mr. Frantz, who formerly worked with Mr. Gentile
8   at Swiss America, believes that Mr. Gentile continues
9   to violate federal securities laws by unlawfully
10  soliciting US customers for Swiss America's brokerage
11  services."
12           Do you see that?
13      A.   I believe I lost you somewhere.  Can you tell me
14  where you are?  Did you skip a line?
15      Q.   It's the fourth line from the bottom at the
16  right.  "Mr. Frantz who formerly worked" --
17      A.   Yes, I see it now.
18      Q.   Did you authorize Phillips & Cohen to write that
19  on your behalf?
20      A.   Yes.
21      Q.   If we can skip three pages to what's titled
22  Page 4.
23           Bullet three, it says, "Violations of securities,
24  and then three lines down, it says:
25           "Mr. Frantz developed a close relationship with

Page 21

1   Mr. Gentile.  Mr. Frantz left Swiss America in
2   April 2018 after a falling out with Mr. Gentile."
3           Do you see that?
4       A.   I do.
5       Q.   Did you authorize Phillips & Cohen to write that
6   on your behalf?
7       A.   I agreed to it, yes.
8       Q.   Under sub bullet point A, SureTrader solicited US
9   clients, the final paragraph, it says:
10           "SureTrader, however, actively solicited US
11  customers until approximately March or April of 2017
12  through an affiliate program run by Justin Richey, the
13  company's deputy director."
14           Do you see that?
15      A.   I'm sorry, I'm not following where exactly you
16  want me to look at.  Can you tell me exactly where to
17  read that?  I wish there were some numbers so I could
18  easily --
19      Q.   It's the bottom paragraph.
20      A.   Okay.  "SureTrader however"?
21      Q.   Yes.
22      A.   Okay.  Thank you.
23      Q.   "SureTrader, however, actively solicited US
24  customers until approximately March or April of 2017
25  through an affiliate program run by Justin Richey, the

Page 22

1    company's deputy director."
2         Q.   Do you see that?
3    A.   I do.
4    Q.   Did you authorize Phillips & Cohen to make that
5    statement on your behalf?
6    A.   I did.
7    Q.   Okay.  The final sentence, second line, it says:
8         "Many of the platform's customers came from its
9    affiliate programs with US-based trading schools."
10        Do you see that?
11   A.   Where are we now, sorry?
12   Q.   Bottom paragraph.
13   A.   Of what page?
14   Q.   The same page.
15   A.   Same page, okay.
16   Q.   Second line up towards the right:
17        "Many of the platform's customers came from its
18   affiliate program with US-based trading schools."
19        Do you see that?
20   A.   Yes.
21   Q.   And you authorized Phillips & Cohen to make that
22   statement on your behalf?
23   A.   Yes.
24   Q.   That sentence goes on to say that:
25        "The trading schools were online programs

Page 23

1    purporting to teach day trading through on-demand
2    videos and day trading chat rooms designed to lure
3    traders to SureTrader.  New SureTrader customers,
4    regardless of whether they were in the US, received
5    promotional deals when referred by affiliate trading
6    schools."
7         Do you see that?
8    A.   Yes.
9    Q.   And did you authorize Phillips & Cohen to make
10   those statements on your behalf?
11   A.   Yes, I did.
12   Q.   Okay.  On the first bullet point it says:
13        "SureTrader offers $100 to customers referred by
14   the Sykes, S-Y-K-E-S, challenge when those customers
15   fund their accounts with $2,000 or more."
16        Do you see that?
17   A.   I do.
18   Q.   And you authorized Phillips & Cohen to make that
19   statement on your behalf?
20   A.   I did.
21   Q.   Next bullet point, it says:
22        "Clients referred to SureTrader from Investors
23   Underground and stocktradeideas.com received 20 free
24   trades when funding their account with $2,000 or
25   more."

Page 24

1         Do you see that?
2    A.   I do.
3    Q.   It also says:
4         "And also pay commissions of only 4.95 on trades
5    of up to 10,000 shares."
6         Do you see that?
7    A.   I do.
8    Q.   And you say:
9         "This is a substantial discount from SureTrader's
10   normal rates."
11        Do you see that?
12   A.   I do.
13   Q.   And then you go on to say that:
14        "Investors Underground appears to be based in New
15   Hampshire."
16        Do you see that?
17   A.   Yes, I do.
18   Q.   And you say:
19        "Stock Trading Ideas is run by Bob Garrett who
20   appears to be based in North Carolina."
21        Do you see that?
22   A.   I do.
23   Q.   And you authorized Phillips & Cohen to make that
24   statement on your behalf?
25   A.   I did.

Page 25

1    Q.   And there's actually, it looks like a Footnote 2.
2    It says:
3         "Garrett, based in the US, formerly received the
4    platform for free in exchange for referring customers
5    and may continue to do so.  On April 4, 2017, he
6    contacted SureTrader," and then it quotes to an email.
7         Do you see that?
8    A.   Yeah, it says:
9         "To ensure that he would still be able to use the
10   platform for free."
11   Q.   Yes.  I see that.
12   A.   I do.
13   Q.   And you authorized Phillips & Cohen to make that
14   statement on your behalf?
15   A.   Yes.
16   BY MR. MATTHEW FORD:
17   Q.   The next bullet point says MOJO, M-O-J-O, Day
18   Trading --
19   A.   Is this Page 6?
20   Q.   Next page.  Next bullet point:
21        "MOJO Day Trading clients referred to SureTrader
22   received both of the above mentioned promotions."
23        Do you see that?
24   A.   Yes.
25   Q.   And you authorized Phillips & Cohen to make that

Page 26

1  statement on your behalf?
2      A.  I did.
3      Q.  The next bullet point says:
4          "SureTrader paid Day Trading Radio at least
5  $3,500 a month since at least 2014 for customer
6  referrals."
7          Do you see that?
8      A.  I do.
9      Q.  And that was a statement made on your behalf,
10 which you authorized Phillips & Cohen to make, correct?
11     A.  I did.
12     Q.  It then says:
13         "In addition, Mr. Frantz believes that SureTrader
14 maintains similar relationships with Profit Trade Room
15 and Warrior Trading."
16         Do you see that?
17     A.  Yes.
18     Q.  And it says to Mr. -- okay.
19         That statement that I just read about Profit
20 Trade Room and Warrior Trading, you authorized Phillips &
21 Cohen to make that statement on your behalf?
22     A.  Yes.
23     Q.  And then it says:
24         "To Mr. Frantz's knowledge, nearly each client
25 referred by each affiliate was based in the United

Page 27

1  States and each received these promotional rates until
2  at least March or April of 2017."
3          Do you see that?
4      A.  I do.
5      Q.  And you authorized Phillips & Cohen to make that
6  statement on your behalf?
7      A.  Yes.
8      Q.  And it says:
9          "Around that time, Mr. Gentile demanded that
10 SureTrader screen affiliate referrals and that the
11 platform stop offering promotional deals to US
12 referrals.  Existing clients, however, including those
13 based in the US, continued to benefit from these
14 promotions."
15         Do you see that?
16     A.  I do.
17     Q.  And you authorized Phillips & Cohen to make that
18 representation on your behalf?
19     A.  Yes.
20     Q.  We're going to give you what will be listed as
21 Defendants' Exhibit 2.
22         (Defendants' Exhibit No. 2, MintBroker Org Chart,
23 was marked for identification.)
24         THE WITNESS:  We're done with this?
25

Page 28

1  BY MR. MATTHEW FORD:
2      Q.  Yes.  We will come back to it.
3          Do you recognize this document?
4      A.  I do.
5      Q.  This is an org chart for MintBroker?
6      A.  Yes.
7      Q.  Did you work with all the people on this list?
8      A.  I did.
9      Q.  Did you ever work with an individual named Philip
10 Dorsett?
11     A.  I did.
12     Q.  And do you recall what his position with the
13 company was?
14     A.  He was, I believe, focusing on money laundering
15 in the company.  Technically speaking, he was under the
16 chief compliance officer.
17     Q.  We can pull Tab 48.  This will be Defendants'
18 Exhibit 3.
19         (Exhibit No. 3, Affidavit of Edward Cooper, was
20 marked for identification.)
21 BY MR. MATTHEW FORD:
22     Q.  Did you ever -- and you worked with Edward Cooper
23 as chief compliance officer?
24     A.  I did.
25     Q.  You will not have seen this document, I presume.

Page 29

1  It is an affidavit submitted in this action by Edward
2  Cooper and you can look at the cover page, but I just
3  want to turn your attention to Paragraph 6.
4          Do you see where it says Mr. Dorsett was
5  responsible --
6      A.  Sorry.  Can I have a moment to review the entire
7  -- the documents here.  I don't know what is in this
8  relation.  Is that okay?
9      Q.  Take your time.
10         Mr. Frantz, do you see in Paragraph 6 where it
11 says:
12         "Mr. Dorsett was responsible for keeping the firm
13 compliant with the Bahamas, US and international
14 securities laws.  Mr. Dorsett was responsible for
15 creating and supervising the firm policies regarding
16 accepting non-solicited US clients."
17         Do you see that?
18     A.  I see it but it's actually not true.
19     Q.  I asked if you saw it.  Do you see it?
20     A.  Visually I see it, yes.
21     Q.  Okay.  Now, Mr. Cooper signed this under risk of
22 penalty of perjury.  Do you agree, yes or no, with that
23 statement?
24     A.  I don't know how he signed it.
25     Q.  Okay.  So you don't agree with what's stated in

Page 30

1 Paragraph 6?
2     A.   I don't agree with that.
3     Q.   Okay.  This is Tab 3.  We're going to introduce
4 this as Defendants' Exhibit 4.
5          (Exhibit No. 4, Email dated March 21, 2018 from
6 Justin Ritchie, was marked for identification.)
7 BY MR. MATTHEW FORD:
8     Q.   This is an email sent from Justin Ritchie to you
9 on March 21, 2018, with you forwarding it to Janay
10 Pyfrom, P-Y-F-R-O-M?
11         MS. SUM:  On this one, it got off, the Bates?
12         MR. HALPIN:  Do you want me to read it in?  So
13    the Bates for the cover email is
14    SEC-FL-03848-E-0058441. The attachment picks up at
15    Bates 42.
16         MS. SUM:  Thank you.
17         THE WITNESS:  I see it.  I don't know what's that
18    in relation to.
19 BY MR. MATTHEW FORD:
20    Q.   Can you flip to the following, to the attachment,
21 it's the second page.  It's titled, "Client Relationship
22 Associate Policies and Procedures.
23         Do you see that?
24    A.   I do.
25    Q.   And do you see effective date January 1, 2018,

Page 31

1 approved by Yaniv Frantz, chief operating officer,
2 December 31, 2017?
3         Do you see that?
4    A.   I do.
5    Q.   And this was a document that you approved in your
6 role as chief operating officer?
7    A.   Again, I don't recall if I approved it.  I think
8 it was just sent to me.  I've never created that
9 document.  I think I just maybe put a check on it, but I
10 don't recall.
11    Q.   Do you see the cover email where it is sent to
12 you by Justin Ritchie, and it says, "See attached"?
13    A.   I do.
14    Q.   And then do you see where you forward it to
15 Janay?
16    A.   I replied to Janay.  I don't remember if I
17 attached it.  Did I attach it to her?  Okay.
18    Q.   Can you turn to Page 25 of the attachment?
19    A.   I actually emailed Justin and cc'd Janay.  I
20 replied to Justin and cc'd Janay.
21    Q.   Okay.  Can you turn to Page 25 of the exhibit?
22         I'm just going to read from this Client
23 Relationship Associated Policies and Procedurals manual.
24 It says:
25         "Seven:  Following internal and external rules

Page 32

1 and regulations.  Swiss America Securities, Ltd. is
2 regulated by the Securities Commission of the Bahamas
3 and must follow strict regulations, both locally and
4 internally.  As the face of the company you are
5 expected to pay close attention to these rules to
6 avoid termination."
7         Do you see that?
8    A.   I do.
9    Q.   And the first one listed, it says:
10         "US residents policy.  A US person is defined by
11 Regulation S promulgated under the Securities Act of
12 1933 in Section 902 K-1, defines a US person as one
13 who is permanently resident inside the United States
14 of America."
15         Do you see that?
16    A.   I do.
17    Q.   And then it says:
18         "The SEC's interpretation of US Federal
19 Securities Laws limits non-US broker-dealers such as
20 Swiss America Securities, Ltd, suretrader.com to
21 working with those permanently residing outside the
22 USA.  Non-US broker-dealers cannot approach and/or
23 solicit US residents, persons, because an internet
24 website is interpreted by the SEC as being the same as
25 a telephone call to a client.

Page 33

1         Do you see that?
2    A.   I do.
3    Q.   "Non-US broker-dealers such as Swiss America
4 Securities, Ltd., suretrader.com maintaining an internet
5 website can thus only accept a US person if he or she has
6 not been solicited, either directly or indirectly,
7 through accessing their websites under the unsolicited
8 exemption Rule 15A-6."
9         Do you see that?
10    A.   I do.
11    Q.   It says:
12         "US customers wanting to work with non-US
13 broker-dealers such as Swiss America Securities, Ltd.,
14 suretrader.com can, thus, only approach non-US
15 broker-dealer under Rule 15A-6 if they have not been
16 to their websites and should be prepared to certify
17 this fact in writing to ensure compliance with
18 applicable law.  They should also be prepared to
19 certified in writing that they have not been solicited
20 by Swiss America Securities, Ltd. suretrader,dot com,
21 in any manner, either directly or indirectly."
22         Do you see that?
23    A.   I do.
24    Q.   It says:
25         "In accordance to this policy, client

Page 34

1  relationship associates must only make contact with US
2  residents once he or she has made contact with the
3  firm.  CRAs are not allowed to make any special offers
4  to US residents, including any available promotions or
5  special pricing without written consent from
6  management."
7       Do you see that?
8  A.  I do.
9  Q.  Did you read this attachment when it was sent to
10 you, Mr. Frantz, on March 21, 2018?
11 A.  I did.
12 Q.  The next paragraph says "confidentiality."  It
13 says, "The laws" --
14 A.  What page?
15 Q.  The same, Page 25.
16      "The laws of the Commonwealth of the Bahamas
17 prohibit all licensee employees from divulging any
18 information whatsoever concerning the affairs of SAS,
19 unless disclosure of such information is mandatory
20 under the laws of the Commonwealth of the Bahamas or
21 ordered by the Supreme Court of the Bahamas, or with
22 the express written consent of the customer
23 concerned."
24      Do you see that?
25 A.  I do.

Page 35

1  Q.  Can you turn to Page 26?  Do you see where the
2  chart says 7.1, "Dos and do nots of client relationship"?
3  Do you see that?
4  A.  I do.
5  Q.  And you see where it says, "Do nots," and then
6  the second box underneath says:
7       "Do not make contact with US residents not
8  assigned by direct manager to open a new account."
9       Do you see that?
10 A.  I do.
11 Q.  Go back to Page 25, the first paragraph under US
12 residence policy, are you familiar with Section 9012 K-1
13 of the Securities Act?
14 A.  Not by heart.
15 Q.  Are you familiar with it?
16 A.  I can't remember right now.
17 Q.  What about Regulation S promulgated there under
18 it?  Are you familiar with that?
19 A.  Where are we?
20 Q.  Five words in.  "A US person is defined by
21 Regulation S."
22 A.  Sorry.  I don't follow exactly where it is on
23 here.
24 Q.  Right under US residents policy, it says, "A US
25 person is defined by Regulation S."

Page 36

1  A.  Yes.  I see it.
2  Q.  Did you have a chance to look at Regulation S
3  while you worked at the company?
4  A.  I was never told that I need to.
5  Q.  Okay.
6  A.  I'm not in compliance department.  My job is in
7  operations.
8  Q.  Is that a no?
9  A.  I don't recall.  I don't remember.
10 Q.  Okay.  If you go down three paragraphs --
11 A.  I just want to make something also.
12 Q.  There is no pending question.
13 A.  Just one second.
14      Okay.
15 Q.  The third paragraph, it says:
16      "Non-US broker-dealers such as Swiss America's,
17 Ltd., suretrader.com maintaining an internet website
18 can thus only accept a US person if he or she has not
19 been solicited either directly or indirectly through
20 accessing their website under the unsolicited
21 exemption Rule 15A-6."
22      Do you see that?
23 A.  No.  I don't see it because I like to actually
24 mention something.  I don't have numbers here to know
25 exactly where you want me to see it and I'd like to see

Page 37

1  it exactly the way that you want me to see it so I can
2  answer the questions fully, so if you can give me a
3  little bit of time to know exactly where you're talking
4  about --
5  Q.  So the answer is no, you don't see it?
6  A.  I don't know exactly where you want me to look.
7  Q.  It's three paragraphs down.
8  A.  Okay.  Where exactly?  If you can slow down, that
9  would be great.
10 Q.  Under US residents policy, Count 1, 2, 3.  I read
11 the third paragraph.
12 A.  US what?
13 Q.  Residents policy.  It's the header.
14 A.  Okay.  Now I see it.
15 Q.  Count down three and you'll see the paragraph
16 starts, "Non-US broker-dealers."
17 A.  I do now.  Thank you.
18 Q.  Do you know what Rule 15A-6 is?
19 A.  Not by heart.
20 Q.  Okay.  Did you look at Rule 15A-6 while you
21 worked at SureTrader?
22 A.  I don't recall.  Remember that I was supposed to
23 do that.  I'm not in compliance, I'm in operation.
24 Q.  Do you know whether Rule 15A-6 defines what
25 solicitation is?

Page 38

1    A.   Like I said, I didn't recall, I didn't need to or
2  recall or remember that I needed to do that during my
3  job.
4    Q.   Do you know whether the SEC has ever issued
5  additional guidance over and above this rule defining
6  what solicitation is?
7    A.   I didn't really investigate this as someone who
8  was a lawyer or attorney.
9    Q.   At the time that you worked at MintBroker, did
10 you ever review any SEC guidance regarding the definition
11 of solicitation?
12   A.   I don't recall doing that.
13   Q.   Did you ever read any rule related to
14 solicitation while you worked at MintBroker?
15   A.   I don't remember.
16   Q.   As you sit here today, can you tell me how the
17 SEC defines solicitation based on their guidance?
18   A.   I believe that any sort of a kickback to US
19 customers will be considered --
20   Q.   No, what I'm asking is whether you can define
21 solicitation based on SEC guidance, not your personal
22 belief.  So let me re-ask the question.
23        Strike that.  We can move on.
24        We're going to go to Defendants' Exhibit 5.
25        (Exhibit No. 5, Email Chain dated June 6, 2017,

Page 39

1  was marked for identification.)
2        MR. HALPIN:  I'll give you the last Bates 6.
3  44337.
4  BY MR. MATTHEW FORD:
5    Q.   This is an email chain, it looks like starting on
6  January 6, 2017 {sic}.  You send an email.  It says,
7  "Good day, Mahdi."
8    A.   You said January or June?
9    Q.   June.
10        "Thank you for your interest with SureTrader.  I
11 recently learned that you are interested with opening
12 an account and I am here to help you with the process.
13 To better assist you, could you tell me if there's
14 anything I can do for you today?"
15        Do you see that?
16   A.   I do.
17   Q.   Do you recall what prompted you to send this
18 email?
19   A.   I don't recall, to be honest.
20   Q.   Okay.  So on June 12, 2017, looks like Mahdi
21 Alramadhan responds to you saying:
22        "Yes, I am not an American citizen nor an
23 American resident.  I am from Saudi Arabia and I live
24 there.  Is it possible to open an account with you?"
25        Do you see that?

Page 40

1    A.   I do.
2    Q.   And you say:
3        "Hello, Mahdi.  Thank you for your email.  Yes,
4  you can.  Just follow the instructions on the
5  registration process.  It's very easy.  Let me know if
6  you need assistance."
7        Do you see that?
8    A.   I do.
9    Q.   And that was sent two minutes after he sent that
10 email to you.
11        Do you see that?
12   A.   No.  I -- one second.
13   Q.   He sent an email to you at 10:16 a.m. on June 12,
14 2017 and you replied on June 12, 2017, at 10:18 a.m.
15        Do you see that?
16   A.   Yeah, I'm confused a little bit because on
17 June 6, 2017, this email was sent from the Yaniv at
18 SureTrader and the reply on June 12th came from Sales at
19 SureTrader.
20   Q.   Do you see where it says, "Thanks, Yaniv.  New
21 accounts team"?
22   A.   Yes.
23   Q.   Were you on the new accounts team at SureTrader?
24   A.   The sales department.  Yes.
25   Q.   You were the sales department, but that's you

Page 41

1  when it say Yaniv and a signature, right?
2    A.   I would presume so.
3    Q.   Is there another Yaniv that worked at MintBroker
4  while you worked there?
5    A.   No.
6    Q.   And you understood that this individual was not
7  an American citizen or American resident from this email?
8    A.   Based on the information that he has provided.
9    Q.   Did you know when you were working at
10 mintbroker.com that a foreigner who opened an account
11 with a US broker-dealer would be subject to the pattern
12 day trading rule?
13   A.   Can you repeat that question?
14   Q.   While you were working at MintBroker, did you
15 understand that a foreigner who opened an account with a
16 US broker-dealer would be subject to the pattern day
17 trading rule?
18   A.   I wasn't told that in the actual company that
19 this is the restrictions.  But not that I recall anything
20 right now on that.
21   Q.   Mr. Frantz, you testified -- do you recall
22 testifying yesterday that you knew what the pattern day
23 trading rule was?
24   A.   Yes, about the United States of America because I
25 live in the United States and I've been here and I also

Page 42

1  been licensed, so I kind of know a few things that
2  related to investors.
3         I don't recall knowingly knowing the rules about
4  Europe or Middle East.  As far as I know --
5     Q.   Mr. Frantz, I'm not asking about --
6     A.   Sure.
7     Q.   -- Europe or the Middle East.
8     A.   Well, that person is stating that he's from the
9  Middle East, so I'm referring to that.
10    Q.   Right.  I'm asking a question --
11    A.   He's not from Europe.
12    Q.   -- in your role as chief operating officer of
13 MintBroker, whether you understood that an individual who
14 is not from the United States who attempted to open an
15 account with a US broker-dealer would be subject to the
16 pattern day trading rules.  Were you aware of that?
17    A.   Again, I don't know if that is true statement.  I
18 don't know if that was -- just say that this would have
19 been something that the company followed as a guidelines.
20    Q.   Mr. Frantz, do you understand that the pattern
21 day trading rules that you're referring to are
22 promulgated by FINRA?
23    A.   Yes.
24    Q.   Do you understand that they were promulgated in
25 2001?

Page 43

1     A.   I don't know the date, but I know it's existing.
2     Q.   Do you understand that they apply to
3  broker-dealer and not to individuals?  Do you understand
4  that?
5     A.   It's to broker-dealers to identify investors who
6  are, in fact, becoming pattern day traders.
7     Q.   Do you understand that a FINRA registered broker
8  in the United States is required to follow the pattern
9  day trading restrictions of FINRA?  Do you understand
10 that now as we sit here today?
11    A.   Can you repeat that question again?
12    Q.   Do you understand that a FINRA registered
13 broker-dealer in the United States is required to follow
14 FINRA's pattern day trading rule?
15         As we sit here today, do you know that?
16    A.   I believe as far as I know, is that FINRA created
17 that PDQ rule to protect US investors regardless of where
18 they.  If you are a US investor living with an account
19 outside the US or inside the US, I believe that rule is
20 to protect US investors.
21    Q.   Okay.  That's not what I'm asking.  I'm going to
22 try again.
23         If you are a FINRA registered US broker-dealer,
24 do you understand that the FINRA pattern day trading
25 rules apply to you as a FINRA registered US firm?

Page 44

1         Do you understand that?
2     A.   Possibly.
3     Q.   Did you understand that at the time you worked at
4  MintBroker?
5     A.   Wasn't really instructed, again, to learn the
6  rules of what is the dos and don'ts about sections of
7  FINRA or sections of the SEC.  No guidelines was given in
8  the company for me to know on such rules or findings
9  about specific terms of the laws.
10    Q.   Why don't we go back to --
11    A.   And I just want to make --
12    Q.   -- Exhibit 3.
13    A.   To add to my question also.
14    Q.   Let's go back to Exhibit 3.
15    A.   Sure, I just want to add to my question.
16         MS. SUM:  Let him finish his answer.
17         MR. MATTHEW FORD:  Well, I asked a yes or no
18 question and --
19         THE WITNESS:  I know, but it's not a yes or no
20 answer.
21 BY MR. MATTHEW FORD:
22    Q.   Okay, well, that's fine, but you've answered it
23 to the best of your ability and we're moving on.
24    A.   Sure, I just want to add one more thing that I
25 was not --

Page 45

1     Q.   I am going to ask you about --
2         MS. SUM:  Counsel, he said he hasn't finished --
3  he is finishing his answer.
4         THE WITNESS:  I just wanted to add that I was
5  not, based on one of the findings here that you asked
6  me to say that it's true, Edward Cooper on oath said
7  that -- I'm sorry, he said that I was --
8         MR. MATTHEW FORD:  I'm moving to strike this as
9  nonresponsive.  We're not talking about Edward Cooper.
10        MS. SUM:  You can move to strike whatever it is
11 that he wants to say, but he is still allowed to
12 finish his answer.
13        THE WITNESS:  There is a document there he said
14 that was --
15        MR. MATTHEW FORD:  No, there is no pending
16 question about that document.  If your counsel wants
17 to ask you a question, they will have an opportunity
18 at the the of the deposition to ask questions, follow-up
19 questions.
20        THE WITNESS:  Sure.
21 BY MR. MATTHEW FORD:
22    Q.   Can we go to Exhibit 4?  It is the email that you
23 received from Justin Ritchie, and do you recall just
24 testifying a few seconds ago that SureTrader never
25 provided you any policies or guidance?

Page 46

1    A.   I didn't say policies.  I said the company never
2    provided any ruling of the SEC or FINRA in regards to
3    numbers as you asked me before.
4    Q.   Okay.  So let's go to Page 25 of this exhibit.
5    Let's look, you were emailed on March 21, 2021 by Justin
6    Richie a document that specifically said:
7         "Non-US broker-dealers such as Swiss America
8         Securities, Ltd., suretrader.com, maintaining an
9         internet website can, thus, only accept a US person if
10        he or she has not been solicited, either directly or
11        indirectly, to accessing their websites under the
12        unsolicited exemption Rule 15A-6."
13        Do you see that?
14   A.   Was this part of the attachment for the --
15   Q.   Page 25.
16   A.   So this was coming from the attachment?  Is this
17   what I'm reading?  Page 25 came from the attachment from
18   the email?
19   Q.   Yes.
20   A.   Okay.
21   Q.   Do you see that?
22   A.   Can you repeat that question now?
23   Q.   Do you see the third paragraph that we went over
24   before?
25   A.   Yes.  I see it now.

Page 47

1    Q.   Did you understand that if Mr. Mahdi from Saudi
2    Arabia attempted to open an account at a US
3    broker-dealer, that he would need to maintain a balance
4    of $25,000 if he wanted to place four or more trades over
5    a five-day period?
6    A.   No, I --
7    Q.   Did you understand that at the time you worked at
8    MintBroker?
9    A.   No, I did not.  I don't think I did.  I was very
10   short time in the company.  I think during that time
11   there were a lot of things that were going on with the
12   affiliates that we discussed yesterday in my deposition.
13   There were a lot of things that the company was trying to
14   fix and do.  I was not an operations officer at that
15   time.  I had came to the company as a senior sales
16   manager.  I don't really have any information, knowledge
17   about compliance departments.  I was given a full
18   documents to look at.  I think I reviewed it briefly and
19   that's what it was.
20   Q.   And so you don't know what solicitation means
21   according to the SEC, do you?  Just yes or no.
22   A.   As I said before, I believe that solicitations of
23   US customers is having to do --
24   Q.   It's just a yes or no question.
25   A.   It's not a yes or no answer.

Page 48

1    Q.   Okay.  Then we will strike it and will move on to
2    something else.
3         Let's go -- I'm going to go back to Exhibit 1 to
4    your whistleblower letter.
5    A.   Just give me a moment, please.
6    Q.   If you can turn to Page 5 of the letter Phillips
7    & Cohen submitted on your behalf.
8    A.   Yes.
9    Q.   If you look at the bullet point, it says:
10        "SureTrader offers $100 to customers referred by
11        Sykes Challenge when those customers fund their
12        accounts with $2,000 or more."
13        Do you see that?
14   A.   I do.
15   Q.   And was your intent in writing that to suggest
16   that the Sykes Challenge was providing those offers at
17   the time this letter was written?
18   A.   I'm sorry, can you repeat that question?
19   Q.   You say that SureTrader offers $100 to customers
20   referred by the Sykes Challenge.  Do you see that?
21   A.   I do.
22   Q.   And was it your intent to state that at the time
23   this letter was written, SureTrader was offering $100 to
24   customers referred by the Sykes Challenge?
25   A.   It meant that the company offered that during the

Page 49

1    time I worked in the company.
2    Q.   During the time that you worked there?
3    A.   Yes.
4    Q.   And if you go back one page, right before that,
5    it says --
6    A.   To Page 4?
7    Q.   Yeah.  Bottom paragraph, it says:
8         "SureTrader, however, actively solicited US
9         customers until approximately March or April, 2017
10        through an affiliate program run by Justin Ritchie,
11        the company's director."
12        Do you see that?
13   A.   I do.
14   Q.   If we could go to Tab 9.  This is Defendants'
15   Exhibit 6, Bates stamp 005283.
16        (Exhibit No. 6, Email dated March 23, 2017, was
17   marked for identification.)
18   BY MR. MATTHEW FORD:
19   Q.   This is an email that you provided to the SEC.
20   It's sent by Yaniv@SureTrader.com on March 23, 2017, to
21   Timothysykes.chris@hotmail.com.
22        Do you see that?
23   A.   I do.
24   Q.   And you say:
25        "Good day, Timothy Sykes, SureTrader senior

Page 50

1    management have decided to stop any prior deal moving
2    forward as we made it clear that we are not endorsing
3    to solicit for US customers on our behalf as mentioned
4    on our website.
5         "We will continue to welcome a non-US persons as
6    we've done from day one and for future deals you
7    should simply refer your student directly to our US
8    sister company, StockUSA."
9         Do you see that?
10   A.   I do.
11   Q.   This was sent on March 23, 2017?
12   A.   Yes.
13   Q.   Do you recall testifying about this yesterday?
14   A.   Yes.
15   Q.   Prior to sending this -- strike that.
16        There was no response ever received to this
17   email, was there, Mr. Frantz?
18   A.   I don't recall.
19   Q.   You would have produced it to the SEC if there
20   had been, correct?
21   A.   Possibly, but I don't recall if there was one.
22   Q.   Prior to sending this email did you review the
23   agreement between Timothy Sykes and MintBroker?
24   A.   Prior to what?
25   Q.   Sending this email.

Page 51

1    A.   If I reviewed what?
2    Q.   The agreement between Timothy Sykes and
3    MintBroker.
4    A.   I reviewed documents and information that was
5    provided to me from Justin Ritchie and Michael Bain.
6    Q.   Do you recall whether he provided you a copy of
7    the agreement between MintBroker and Timothy Sykes?
8    A.   I don't think there was a full long agreement.  I
9    think there was a verbal agreement.  There was an
10   agreement that was made internally with the other parties
11   that if US investors will come and using their names
12   SureTrader will give them rebates and discounts and
13   commission deals and $50 rebates and free trades and
14   hundred dollar Amazon cards.
15   Q.   And who made that oral agreement with Timothy
16   Sykes?
17   A.   I don't know, to be honest.  I don't know.  I
18   think it would be only one person that, you know, will be
19   the owner of the company because he's making the big
20   decisions.  No one in the company --
21   Q.   Who is that one person?
22   A.   That would be Guy Gentile.
23   Q.   Okay.  All right.  Let's move on to the next
24   exhibit.  Market services agreement between Timothy Sykes
25   and MintBroker dated the 28th day of February, 2014.

Page 52

1         (Exhibit No. 7, Market Services Agreement Between
2    Timothy Sykes and MintBroker, was marked for
3    identification.)
4    BY MR. MATTHEW FORD:
5    Q.   And if you could, just go to the third page of
6    this document.
7    A.   Okay.
8    Q.   Do you see the signature where it says Philip
9    Dorsett?
10   A.   I do see his name.
11   Q.   And that's on behalf of MintBroker?
12   A.   I would presume that it's on behalf of Swiss
13   America.  I've never seen that document before.
14   Q.   Mr. Frantz, do you understand that when we say
15   Swiss America or MintBroker, we're talking about the same
16   entity?  You understand that?
17   A.   Yes, I do.
18   Q.   Do you see that Philip Dorsett signed this on
19   behalf of MintBroker?
20   A.   Yes.
21   Q.   And do you see under marketing agent where
22   Timothy Sykes signed it?
23   A.   I do.
24   Q.   And you see where it's dated February 28, 2014,
25   on behalf of both parties?

Page 53

1    A.   I do.
2    Q.   Let's go to the first page of this document.  It
3    says:
4         "Purpose and scope.  Swiss America desires to
5    engage marketing agent and marketing agent is
6    qualified to, and desires to provide certain marketing
7    services to Swiss America for non-United States
8    investors."
9         Do you see that?
10   A.   I see that.
11   Q.   And if you go to the next page, it's Paragraph 7,
12   it says:
13        "Regulatory issues.  Marketing agent will abide
14   by all reasonable policies and instructions which are
15   or may be, from time to time, established by Swiss
16   America or deemed necessary by Swiss America to comply
17   with all US applicable laws, rules and regulations
18   including, but not limited to, any regulations
19   promulgated by the United States Securities and
20   Exchange Commission specifically marketing agent
21   warrants and represents that it has reviewed,
22   understands and agrees to comply with Exchange Act
23   Section 15A-6, 17 CFR, Section 240.15A-6(a)(1) and
24   relevant SEC guidance regarding the non-solicitation
25   of United States investors.  Swiss America shall have

Page 54

1    the right to terminate this agreement if any change in
2    the laws significantly impede Swiss America's ability
3    in Swiss America's sole discretion to perform its
4    obligations in connection with this agreement."
5        Do you see that?
6    A.   I do.
7    Q.   Let's go to the next page, Paragraph C.  It says
8    "advertising." Final sentence starting on the second line
9    over to the right:
10       "Any such mention of Swiss Americas on public
11   marketing materials will have the disclaimer included
12   below."
13       Do you see that?
14   A.   I do.
15   Q.   And it then says below:
16       "Non-solicitation of US investors.  Marketing
17   agent agrees not to directly or indirectly engage in
18   the solicitation of US investors.  Any mention of
19   Swiss America or its affiliates on marketing agents'
20   website or other promotional materials must have the
21   following disclaimer attached in prominent font," and
22   then in quotation marks, "This does not constitute and
23   offer or solicitation for brokerage services,
24   investment advisory services, or other products or
25   services in any jurisdiction where we are not

Page 55

1    authorized to conduct investment business or where
2    such offer or solicitation would be contrary to the
3    securities or local laws and regulations of that
4    jurisdiction."
5        It says in bold, "Swiss America Securities, Ltd.,
6    SureTrader, does not service accounts for US citizens,
7    US residents or US corporations."
8        Do you see that?
9    A.   No, I actually lost you at the -- from the part
10   of where it says H, below.  I was trying to stop you but
11   you were --
12   Q.   Look at Paragraph F, "Non-solicitation of US
13   investors, do you see where it says at the bottom of that
14   in bold that:
15       "Any mention of Swiss America on the marketing
16   agent Timothy Sykes' website must include the language
17   in bold Swiss America Securities, Ltd. SureTrader does
18   not service accounts for US citizens, US residents or
19   US corporations."
20       Do you see that?
21   A.   I do.
22   Q.   Turn to the next page, Exhibit A.
23   A.   Which page?
24   Q.   Following page.
25   A.   This (indicating)?

Page 56

1    Q.   Yes.  Paragraph 1 of Exhibit A:
2        "Services and duties of marketing agent.  Subject
3    to the terms and conditions of this agreement Swiss
4    America retains marketing agent as a marketing agent
5    for Swiss America to market Swiss America's brokerage
6    services to international non-US investors and
7    marketing agent accepts such engagement.  Marketing
8    agent shall use commercially reasonable efforts to
9    market the brokerage services of Swiss America to
10   potential new brokerage customers to its international
11   non-US website visitors."
12       Do you see that?
13   A.   I do.
14   Q.   If you go to the final paragraph under 3,
15   disclosure, so it says, "Swiss America" -- strike that.
16       It says:
17       "Such disclosure will contain the following
18   language:  Swiss America has entered into a marketing
19   agreement with marketing agent whereby Swiss America
20   pays compensation to marketing agent to recommend
21   Swiss America as its executing broker for non-United
22   States investors."
23       Do you see that?
24   A.   I'm sorry, I lost you again.
25   Q.   Okay, under disclosure, three.

Page 57

1    A.   Yes.
2    Q.   So after the introductory language it says, "Such
3    disclosure will contain the following language," there's
4    a colon, and then a new paragraph.
5    A.   Yes, "such disclosure will contain a foreign
6    language."
7    Q.   Do you see that now?
8    A.   Yes.
9    Q.   Did you provide this document to Phillips &
10   Cohen?
11   A.   No.
12   Q.   To the best of your recollection, you don't
13   recall receiving any response to Mr. Sykes, isn't that
14   correct, when you sent him that email on March 23rd of
15   2017?
16   A.   I don't recall.  I think I might have not
17   received one but I don't recall.
18   Q.   Okay.  Let's go to Tab 11.
19       MR. McKESSY:  It's been about an hour.  When it's
20   a convenient point, let's take a break.
21       (Exhibit No. 8, Letter dated October 2, 2014 From
22   Timothy Sykes, was marked for identification.)
23   BY MR. MATTHEW FORD:
24   Q.   This a letter from Timothy Sykes dated October 2,
25   2014, to Mr. Guy Gentile and Mr. Philip Dorsett, Swiss

Page 58

1   America Securities, Ltd.
2          Do you see this document?
3       A.   I see.
4       Q.   This is before you worked at the company,
5   MintBroker, right?
6       A.   I don't know this documents.
7       Q.   Did you work at the company on October 2, 2014?
8       A.   I did not.
9       Q.   You started January 2017, right?
10      A.   December 2016.
11      Q.   Okay.  It says:
12          "Dear Guy and Philip, I write with reference to
13   the Marketing Services Agreement between multi" -- I'm
14   sorry -- "Millionaire Media, LLC and Swiss America
15   Securities, Ltd., dated February 28, 2014.  Pursuant
16   to Section 3B of the agreement Millionaire Media
17   hereby immediately terminates the agreement.  Delivery
18   of this letter shall constitute notice of that
19   termination as required by Section 9D of the
20   agreement.  Signed very yours truly, Timothy Sykes,
21   managing partner."
22          Do you see that?
23      A.   I do.  Just question.  Was this a copy of the
24   email?  Was this a copy of an email that was sent?  Was
25   that a letter or an email?  Is this a letter that was

Page 59

1   sent?
2       Q.   Yeah, this is hand-delivered letter that was sent
3   to MintBroker by Timothy Sykes on October 2, 2014,
4   terminating the Marketing Services Agreement from
5   February 28, 2014 that we just read.
6       A.   So it's a letter?
7       Q.   Yes.
8          When you contacted Phillips & Cohen to draft this
9   letter for you, did you inform them that on October 2,
10   2014, Timothy Sykes had terminated the marketing
11   agreement between MintBroker and him?
12          MS. JOHNSON:  Objection.
13          THE WITNESS:  No, I've never seen that document
14      before.
15   BY MR. MATTHEW FORD:
16      Q.   In fact, at the time you submitted this letter in
17   July of 2018, July 17, 2018, you didn't know at that time
18   that Timothy Sykes had terminated this agreement, did
19   you?
20          MS. JOHNSON:  Objection.
21          THE WITNESS:  There was no termination of any
22      agreement actually in reality because the company did
23      offer discounts, rebates, commission structure to any
24      person that came from the affiliates, such as Timothy
25      Sykes, Investors Underground.  The deals were

Page 60

1      happening in reality.
2   BY MR. MATTHEW FORD:
3       Q.   Mr. Frantz, I'm going to move to strike that as
4   nonresponsive.  It was a yes or no question I asked.
5       A.   I can't answer that as a yes or no so --
6       Q.   Did you know at the time you sent this letter
7   that Timothy Sykes had terminated the marketing agreement
8   in October of 2014?  It's just yes or no.
9          MS. JOHNSON:  Objection.
10          MS. SUM:  Objection.
11          THE WITNESS:  I need to hear that question again.
12      I'm sorry.
13          MR. MATTHEW FORD:  You can read it back.
14          (The question referred to was read by the
15      reporter.)
16          THE WITNESS:  No.  I was not aware of that.
17   BY MR. MATTHEW FORD:
18      Q.   Were you aware that not a single payment was made
19   to Timothy Sykes after October 2014 by MintBroker?
20          MS. SUM:  Objection.
21          THE WITNESS:  The payments were made to investors
22      of US customers, not to the actual affiliates.  Just a
23      few of the affiliates received payments also, but the
24      affiliate deals that SureTrader had was with the
25      affiliates itself with the idea that the US customers

Page 61

1      will receive the benefits, not the actual school.
2          MR. MATTHEW FORD:  I'm going to move to strike
3      that answer as nonresponsive.
4   BY MR. MATTHEW FORD:
5       Q.   Can we go to Tab 10?  Can you pull up your
6   Exhibit 7, please?
7       A.   Sure.  If I may, also, I'd like to get a break
8   after that answer.
9       Q.   Sure.
10      A.   After that question.
11      Q.   Yeah.
12          Can you look at exhibit -- this is the marketing
13   and services agreement.  Can you just look at Exhibit 8?
14      A.   What number is the actual --
15          MR. HALPIN:  Seven.
16   BY MR. MATTHEW FORD:
17      Q.   Seven.
18      A.   This (indicating)?
19      Q.   Yes.  Do you see compensation No. 2, it's the
20   first full paragraph?
21      A.   I do.
22      Q.   "During the term of this agreement, Swiss America
23   agrees to pay a fixed monthly fee of $20,000 to marketing
24   agent prorated for any partial months."
25          Do you see that?

Page 62

```
1    A.  I do.
2         MR. MATTHEW FORD:  Okay, we can take a break.
3         THE VIDEOGRAPHER:  Going off the video record at
4    11:12 a.m.
5         (A brief recess was taken from 11:12 a.m. to
6    11:21 a.m.
7         THE VIDEOGRAPHER:  We are back on the video
8    record at 11:21.
9    BY MR. MATTHEW FORD:
10        Q.  Mr. Frantz, did you have any conversations with
11   anybody about the substance of your testimony while we
12   were on that break?
13        A.  No.
14        Q.  If we go back to Exhibit 1, which is your
15   whistleblower letter.
16            We will scroll up past the letter to what you
17   attached as Exhibit 1.  It's an email from Michael Bain
18   to you on March 30, 2017.
19        A.  Yes.
20        Q.  And it says:
21            "Please take note of the promotions moving
22   forward for clients opening up new accounts," do you
23   see, and then it says:
24            Sykes Challenge students:  Nate's Investors
25   Underground students stock trade ideas and MOJO Day
```

Page 63

```
1    Trading, Michael Rich."
2        A.  Yes.
3        Q.  Do you see that?
4            Now, if we go back to the letter, to your letter,
5    Page 5 again.
6        A.  Five page?
7        Q.  Yes.  Second bullet point it says:
8            "Clients referred to SureTrader from Investors
9    Underground and stocktradeideas.com received 20 free
10   trades when funding their account with 2,000 or more
11   and also pay commissions of only 4.95 on trades of up
12   to 10,000 shares."
13            Do you see that?
14        A.  I see.
15        Q.  And if we go back a page, that was a bullet point
16   on a paragraph that says that SureTrader actively
17   solicited US customers until approximately March or April
18   of 2017?
19        A.  I'm sorry, what page is that?
20        Q.  It's the page right before, Page 4.
21            The bullet point appears under a paragraph with
22   the lead sentence that says:
23            "SureTrader actively solicited US customers until
24   approximately March or April 2017 through an affiliate
25   program run by Justin Ritchie."
```

Page 64

```
1            Do you see that?
2        A.  Is this on the bottom here?
3        Q.  Yes.
4        A.  I do see that.
5        Q.  And then under your second bullet point, you
6    mention that clients were referred to SureTrader from
7    Investors Underground and stocktradeideas.com.
8        A.  Which page are we on?
9        Q.  Page 5, second bullet point.
10        A.  So where am I reading?
11        Q.  The second bullet point.  It says:
12            "Clients referred to SureTrader from Investors
13   Underground and stocktradeideas.com.
14            Do you see that?
15        A.  Yes.
16        Q.  And then at the very bottom of it, it says,
17   "Stocktradingideas.com is run by Bob Garrett."
18            Do you see that?
19        A.  I see that.
20        Q.  And they even put a footnote that we talked about
21   earlier where it says that Garrett was based in the US
22   and received the platform for free -- formerly received
23   the platform for free in exchange for referring customers
24   and may continue to do so.
25            Do you see that?
```

Page 65

```
1        A.  I do.
2        Q.  Prior to sending that to the SEC, did you look at
3    the agreement between MintBroker and stocktradeideas.com?
4        A.  No.  There were never an agreement that I was
5    given into viewing or seeing.  I requested all documents
6    to provide to me from Justin Ritchie and also Michael
7    Bain.  There were numerous emails and requests verbally
8    and all the emails to provide me all the information that
9    I can see.  I believe I provided all the documents to my
10   lawyer so I'm not aware of any additionals.
11        Q.  You provided all the documents to your attorney?
12        A.  I believe so.
13        Q.  Okay.  Let's look at Tab 12, Exhibit 9.
14            (Exhibit No. 9, Email dated July 5, 2017, was
15   marked for identification.)
16            MR. HALPIN:  The last five of the Bates is 54771
17   of the SEC production.
18   BY MR. MATTHEW FORD:
19        Q.  This is an email from Justin Ritchie to you dated
20   July 5, 2017.
21        A.  Um-hm.
22        Q.  Do you recall asking Mr. Ritchie --
23        A.  Yes.
24        Q.  -- through text message for Bob Garrett's contact
25   information?
```

Page 66

1    A.   I don't recall specifically about him, but I
2    remember asking for information about all the affiliates
3    and their names and perhaps contact information.
4    Q.   And so he says:
5         "Hi, Yaniv, here are the details I have regarding
6    Robert Garrett.  He's a longstanding client of
7    SureTrader and operated a site called Stock Trade
8    Ideas.  In December 2014, we extended an affiliate
9    agreement to him identical to the Investohrs
10   Underground deal.  See chart below.  He was not able
11   to forward a solid number of referrals, however, so
12   the agreement was terminated."
13        Do you see that?
14   A.   I see that.  That email was from July 5, 2017.
15   Q.   Did you know that -- strike that.
16        When you drafted your whistleblower letter to the
17   SEC, you did not mention to the SEC that the affiliate
18   agreement between MintBroker and Stock Trade Ideas had
19   been terminated in December 2014, did you?
20        MS. JOHNSON:  Objection.
21        THE WITNESS:  I did not draft anything.  My
22   counsel drafted that document.
23   BY MR. MATTHEW FORD:
24   Q.   Okay.  Have you ever spoken to anybody at the
25   SEC?

Page 67

1    A.   If I spoken with any person?
2    Q.   On the phone, in person, email, text?
3    A.   No.
4    Q.   You've never spoken to --
5    A.   Actually, I spoke with Jessica.
6    Q.   Just one time?
7    A.   A couple times.
8    Q.   About how many?
9    A.   Maybe five calls, ten calls.
10   Q.   Five to ten calls.  And just Jessica Weissman?
11   A.   Yes.
12   Q.   You've never spoken to anybody else from the SEC.
13   Okay.  Strike that.  Sorry.
14        And during those five to ten calls, did you
15   mention to Jessica Weissman that the agreement between
16   MintBroker and stocktradeideas.com, the affiliated
17   agreement had been terminated in December 2014?
18   A.   I don't recall mentioning that as a yes or no --
19   excuse me -- as a yes or no, but what I do recall is
20   that --
21   Q.   Do you know --
22   A.   -- but what I do recall --
23   Q.   I'm not asking what you do.  I'm asking a
24   specific question about whether you informed Ms. Weissman
25   when you spoke to her during the five to ten times that

Page 68

1    the agreement between MintBroker and stocktradeideas.com
2    had been terminated in December 2014?
3    A.   I don't recall.
4    Q.   Do you recall telling her --
5    A.   I don't recall if that was in the conversation.
6    I recalled speaking about many things that's related to
7    that engagement and the affiliates.
8    Q.   Do you know if Ms. Weissman ever did any
9    investigation into the relationship between MintBroker
10   and Stock Trade Ideas?
11   A.   I'm not aware personally about her investigation.
12   Q.   Okay.  Are you familiar with Wayback Machine?
13   A.   I'm not, I'm not understanding what this means.
14        MR. HALPIN:  Exhibit 10.
15        (Exhibit No. 10, May 28, 2014, Wayback Machine
16   Website Screenshot, was marked for identification.)
17   BY MR. MATTHEW FORD:
18   Q.   So Wayback Machine is a website that allows you
19   to go type in an IP address.
20   A.   Okay.
21        MS. SUM:  What is the Bates on this?
22        MR. HALPIN:  It hasn't been produced.  It's a
23   screenshot from Wayside Machine.
24        MS. SUM:  This wasn't produced by your side?
25        MR. HALPIN:  You have a copy now.

Page 69

1        MS. SUM:  We object to the use of this exhibit.
2        MR. MATTHEW FORD:  Noted.
3    BY MR. MATTHEW FORD:
4    Q.   So what Wayback Machine is, it allows you to go
5    onto the internet and you can type in a web address,
6    like, for example, you know, suretrader.com, and then you
7    can see the history of all the changes, it takes a
8    snapshot of it at a particular point in time.
9        So what I'm giving you is a capture dated of
10   May 28, 2014 of stocktradingideas.com, Bob Garrett's
11   website.  I want you to take a look at that and just tell
12   me if you've ever gone to his website, to that website.
13        MS. SUM:  Objection.
14        THE WITNESS:  I don't recall.  I don't remember.
15   I don't recall.
16   BY MR. MATTHEW FORD:
17   Q.   You don't recall going to it?
18   A.   I don't remember it.  I don't recall.  I don't
19   remember.
20   Q.   Do you know if Ms. Weissman ever visited that
21   website?
22   A.   I don't know anything about her personal
23   investigation, how she did it or wasn't doing anything.
24   This was not shared with me.
25   Q.   During your five to ten conversations, did you

Page 70

1  ever speak, you and Ms. Weissman, about
2  stocktradingideas.com and the affiliate program with
3  MintBroker?
4       A.  As I said before, I don't recall the specifics
5  right now.  I do know that we spoke multiple times.  I
6  did share things that happened in the company, things
7  that I saw, things that I have evidence, everything that
8  can show violations, potential violations.
9       Q.  What I'm asking, Mr. Frantz -- I'm going to move
10 to strike again as nonresponsive -- but what I was asking
11 is whether you recall speaking to Ms. Weissman about a
12 specific thing, right, I just wanted to know about that
13 one thing.
14           We're going to move on.
15           This is Exhibit 11.
16           (Exhibit No. 11, June 25, 2016, Wayback Machine
17 Screenshot, was marked for identification.)
18           MR. HALPIN:  It's not been produced but it's not
19 a record of party.  It's been created by counsel for
20 the purposes of this examination.
21           MR. MATTHEW FORD:  As was the last Exhibit 10.
22 BY MR. MATTHEW FORD:
23       Q.  This is -- again, I'm going to give you another
24 Wayback Machine screenshot.  This one is from January 25,
25 2016, if you see the top right-hand corner.  That's

Page 71

1  before you work at MintBroker, right?
2       A.  January 25, 2016, yeah, that's before I worked in
3  the company.
4       Q.  And we typed in stocktradingideas.com into
5  Wayback Machine and you'll see that as of January 2016,
6  the website no longer existed.
7           Do you see that?
8           MS. SUM:  Objection.
9           THE WITNESS:  I'm not following.  Where am I
10 seeing that?
11 BY MR. MATTHEW FORD:
12       Q.  It is an advertisement for Stock Trading Ideas
13 because it says, "This domain name expired on
14 December 29, 2015 and is pending renewal or deletion."
15           Do you see that?
16           MS. SUM:  Objection.
17 BY MR. MATTHEW FORD:
18       Q.  Right at the top, right next to where it says
19 GoDaddy?
20       A.  In yellow?
21       Q.  Yeah.
22       A.  I see it.
23       Q.  And you know that it was never renewed.  Do you
24 know that?
25       A.  No, I do not.

Page 72

1           MS. SUM:  Objection.
2  BY MR. MATTHEW FORD:
3       Q.  You didn't know that.
4           Did you know that Stock Trading Ideas shut down
5  as a website in January of 2015, actually?
6           MS. SUM:  Objection.
7           THE WITNESS:  I do not.
8  BY MR. MATTHEW FORD:
9       Q.  Okay.  So prior to submitting your whistleblower
10 letter to the SEC, you did not realize that Stock Trading
11 Ideas had shut its website down as of January 2015,
12 correct?
13       A.  I was aware that there were deals made with that
14 company.  I was aware that there were payments to this
15 company.  That's what I'm aware.
16       Q.  Let's go back to Exhibit 1, the whistleblower
17 letter.  So under that same paragraph --
18       A.  Is this 1 or 7?
19       Q.  That's seven.  Under that same paragraph we've
20 been looking at on Page 4, where you say that "SureTrader
21 actively" --
22       A.  I'm sorry.  Can you slow down for a second?  I'd
23 like to follow you so I can answer correctly.
24           Where am I going?
25       Q.  Page 4 of your letter.

Page 73

1       A.  Page 4 of my letter?
2       Q.  Yeah.
3       A.  Where am I looking?
4       Q.  That bottom paragraph where you said:
5           "SureTrader, however, actively solicited US
6  customers until approximately March or April of 2017
7  through an affiliate program run by Justin Ritchie."
8           See that?  And then you put a bullet point No. 2
9  and you say, "Clients referred to" --
10      A.  I'm sorry.  Where is the bullet point?  I can't
11 follow you.
12      Q.  The next page, Page 5.
13      A.  Please tell me the next page.
14      Q.  "Clients refer to SureTrader from Investors
15 Underground," then you say, "Investors Underground
16 appears to be based in New Hampshire."
17          Do you see that?
18      A.  I do.
19      Q.  Prior to telling the SEC that, did you have the
20 opportunity to review the affiliate agreement between
21 Investors Underground and MintBroker?
22      A.  Which affiliate program are you referring to?
23      Q.  Mr. Frantz, prior to sending this email, did you
24 review the contract between MintBroker and Investors
25 Underground?

Page 74

1    A.   As I said before, no contract almost were given
2    to me.  The only thing that was given to me by Justin and
3    Michael Bain when I requested to know information about
4    the affiliates and the relations and the deals and
5    anything to do with that relationship as a whole and in
6    specifics, I was provided documents and emails that shows
7    that there were, in fact, deals made prior to my
8    questioning or to my request with multiple affiliates in
9    the United States that Michael Bain was aware of, Jamika
10   aware of, Justin was aware of.  When I confronted Justin
11   about that --
12   Q.   I'm going to move to strike as nonresponsive.
13        I asked whether or not you had seen an agreement
14   between Investors Underground and MintBroker prior to you
15   sending your whistleblower complaints.  Just yes or no?
16   A.   Counsel, it's not a yes or no question.
17   Q.   Did you see a contract between -- it's a yes or
18   no question.
19   A.   I've seen the documents showing that there was
20   deals made with SureTrader and those affiliates.
21   Q.   Let's go to --
22        MR. HALPIN:  Exhibit 12.
23        (Exhibit No. 12, Email dated March 23, 2017, was
24   marked for identification.)
25

Page 75

1    BY MR. MATTHEW FORD:
2    Q.   This is an email sent on March 23, 2017.  It
3    says:
4        "Good day, Investor Underground.  SureTrader
5        senior management have decided to stop any prior deal
6        moving forward as we made it clear that we are not
7        endorsing to solicit US customers on our behalf as
8        mentioned on our website.  We will continue to welcome
9        a non-US persons as we have done from day one, and for
10       future deals you should simply refer your students
11       directly to our US sister company, StockUSA."
12   Q.   Do you see that?
13   A.   I do.
14   Q.   Do you remember testifying about this yesterday?
15   A.   I do.
16   Q.   And it looks like cam@investorsunderground.com
17   responds to you about an hour and 15 -- hour and five
18   minutes and says, "Hi, Yaniv.  What are you talking
19   about?"
20       Do you see that?
21   A.   I do.
22   Q.   And then he says:
23       "I'm not sure who you spoke to at senior
24       management, but we don't have any deal with SureTrader
25       nor do we solicit US customers on your behalf."

Page 76

1        Do you see that?
2    A.   I do.
3        MR. HALPIN:  Exhibit 13.
4        (Exhibit No. 13, Marketing Services Agreement
5    between Investors Live and MintBroker, was marked for
6    identification.)
7    BY MR. MATTHEW FORD:
8    Q.   This is a Marketing Services Agreement between
9    Investors Live and MintBroker.
10   A.   I don't --
11       MR. HALPIN:  Do you want me to read the Bates?
12   SEC-MICHAUDN-E-000019.
13   BY MR. MATTHEW FORD:
14   Q.   This is a Marketing Services Agreement between
15   Investors Live, LLC, dated the first day of January,
16   2014.
17   A.   It's very hard to read that on my end so I don't
18   know if you have a better copy but I can barely read
19   what's in there.  It's a lot of -- I don't know.
20   Q.   What we can --
21   A.   It's very --
22   Q.   What we can do, Mr. Dorsett, I'm going to ask
23   question --
24   A.   Mr. Frantz.
25   Q.   I'm sorry, Mr. Frantz.  Sorry.  I mixed you up.

Page 77

1        You can actually look.  You can compare but we
2    have given you -- if you take Exhibit 7, it's the same
3    form contract.  So I am able to read my copy, but you
4    should be able to follow along by using, but I can
5    represent to you that the language is the same.
6    A.   Well, I'm sorry, you're giving me a document here
7    that I cannot read it.  It's impossible to read what's in
8    the top.
9    Q.   Well --
10   A.   Unless you have the original document I can
11   review.  It's very hard to read this.
12   Q.   Mr. Frantz, I have the same one so I'll read it
13   to you because I'm able to read it.
14   A.   Okay, I'm unable to read.
15       MS. SUM:  I'm going to object.  Is there no
16   better copy you can provide him?  If he can't read it
17   --
18       THE WITNESS:  It's not readable.  I don't know
19   what's the names.
20   BY MR. MATTHEW FORD:
21   Q.   Can you flip to the last -- to the second to last
22   page?
23   A.   Second to last?  Okay.
24       Are you referring to this (indicating), this one?
25   Q.   No, yeah, that one.  Can you see where it says,

Page 78

1  "Name:  Philip Dorsett"?
2      A.   I do, but I don't know what's the relations into
3  that.  I don't see who is the marketing agent name or who
4  is that in the other party.
5      Q.   It says:
6           "In witness whereof, the parties hereto have
7  executed this agreement on the date set forth below.
8  Swiss America, MintBroker," and then it's signed by
9  Philip Dorsett, compliance officer.
10          Do you see that?
11     A.   I see Swiss America, I see Philip Dorsett, I see
12  compliance officer.  From the other side where the
13  marketing agent is, there is nothing here for me to
14  clarify who is that with.
15     Q.   It's hard to read it.  It says --
16     A.   It's impossible.
17     Q.   It says, "Name:  Nathan Michaud," and it is --
18          MS. SUM:  Objection.
19          THE WITNESS:  Can I see yours because I don't see
20  it?
21          MR. MATTHEW FORD:  Can we pull a digital copy to
22  show him?
23          MR. HALPIN:  I'm trying to find a better one.
24  This is the copy produced by the SEC, but I think Mr.
25  Michaud produced it to the SEC.  It's Bates stamped

Page 79

1  Michaud, should so produced by Mr. Michaud.
2          MR. MATTHEW FORD:  The issue with this document
3  is this was the form in which it was produced to us by
4  the SEC and this is not how --
5          MS. SUM:  Is this a -- what I am trying to
6  understand, is this a FedEx like printing issue or if
7  it's -- are you saying the legibility --
8          MR. HALPIN:  I can read it from the copy I have.
9          MR. MATTHEW FORD:  This was produced to us by the
10  SEC.
11         MS. SUM:  Well, it's produced by us, it's the
12  production, that's why there is the preceding Michaud
13  N.
14         MR. MATTHEW FORD:  In April 2016, I believe, you
15  subpoenaed Mr. Michaud and he produced documents,
16  which included the Marketing Services Agreement
17  Investors Underground and MintBroker so that's what I
18  am asking him about.
19         It was signed prior to him working there, but the
20  purpose of this is not to get him to authenticate the
21  document, which Mr. Dorsett has already done.
22         So if I can proceed with the examination, I'm not
23  sure what the objection is.
24         MS. SUM:  The witness has said he can't read it.
25  That's why I'm asserting the objection.

Page 80

1  BY MR. MATTHEW FORD:
2      Q.   This is a Marketing Services Agreement.  It
3  contains the same language as the Timothy Sykes.  I will
4  represent to you that this was produced to us by the SEC
5  after they received it through a subpoena to Nathan
6  Michaud of Investors Underground.
7          It is a contract on behalf of Investors, LLC,
8  which is the same as Investors Underground.  It's dated
9  January 2014.  It is signed by Philip Dorsett on behalf
10  of MintBroker and Nathan Michaud on behalf of Investors
11  Underground?
12          MS. SUM:  Objection.
13  BY MR. MATTHEW FORD:
14      Q.   It contains the same terms as we went through
15  before.  To summarize, the purpose and scope is limited
16  to marketing to non-US investors under the purpose and
17  scope provision.
18          MS. SUM:  Objection.  Are you reading or are you
19  asking him a question?
20          MR. MATTHEW FORD:  I'm describing him the
21  document, the contents of the document.
22          MS. SUM:  Then my objection is to your
23  description of the document that the witness says is
24  illegible as has been placed in front of him.
25          MR. MATTHEW FORD:  Okay.

Page 81

1  BY MR. MATTHEW FORD:
2      Q.   Did you provide a copy of this document to the
3  SEC?
4          MS. SUM:  Objection.
5          THE WITNESS:  No.
6  BY MR. MATTHEW FORD:
7      Q.   Did you provide it to your attorneys at Phillips
8  & Cohen?
9          MS. SUM:  Objection.
10          THE WITNESS:  No.
11  BY MR. MATTHEW FORD:
12      Q.   We'll come back to that exhibit.
13          MR. HALPIN:  Exhibit 14.
14  BY MR. MATTHEW FORD:
15      Q.   This is Defendants' Exhibit 14.
16          (Exhibit No. 14, Testimony of Nathan Michaud
17  Given 8/2/2016, was marked for identification.)
18  BY MR. MATTHEW FORD:
19      Q.   It is a transcript of testimony given by Nathan
20  Michaud on Tuesday, August 2, 2016.  This is prior to
21  your commencement at MintBroker, commencement of
22  employment?
23      A.   Yes.
24      Q.   I'm going to turn your attention to Page 17.
25      A.   Okay.

Page 82

1    Q.   Starting at the top of the page, it says,going
2  back, question, this is Mr. Matin of the SEC.  Have you
3  ever spoken to somebody named Sajaad Matin from the SEC?
4    A.   No.
5    Q.   Have you ever emailed with somebody named Sajaad
6  Matin?
7    A.   I don't remember.
8    Q.   It says:
9         "Question:  Going back to the advertising, do you
10 have any, I guess, written agreements with any of
11 these advertisers?
12        "Answer:  Yes.
13        "Question:  And do you have written agreements
14 with SureTrader?
15        "Answer, yes."
16        Mr. Peabody, that's Mr. Michaud's attorney, says,
17 "Used to?"
18        Mr. Michaud says, "Used to."
19        "Question, Mr. Matin:  Meaning the two years so
20 have you -- how long have you been providing
21 advertising for SureTrader?
22        "Answer:  About a year-and-a-half or two I
23 believe.
24        "Question:  So from when to when?
25        "Answer:  2012 to the end of 2014.

Page 83

1         "Question:  So that's 2012 to around 2014?
2         "Answer:  Yeah, correct.  The end of 2014.  I
3  think we were going to redo it in 2015 and then we
4  ended it or I ended it."
5         Do you see that?
6         MS. SUM:  Objection.
7         THE WITNESS:  I see it.
8  BY MR. MATTHEW FORD:
9    Q.   Were you aware at the time that you worked at
10 SureTrader that Investors Underground had terminated
11 their agreement with MintBroker at the end of 2014 or
12 beginning of 2015?
13   A.   No, the opposite is actually the truth because
14 we --
15   Q.   Mr. Frantz, I'm just asking you -- strike that.
16 We can strike that question.
17        Do you see Mr. Michaud's testimony on that page?
18   A.   On Page 17?
19   Q.   Yes.
20   A.   I do.
21   Q.   And you understand it was given under oath?
22   A.   I don't know.  I presume.
23   Q.   Did you have any discussions with Jessica
24 Weissman about Investors Underground not continuing their
25 contract or written agreement with MintBroker after 2014?

Page 84

1    A.   No.
2    Q.   Let's go to Page 91.
3    A.   91?
4    Q.   91.  At the bottom of the page, this is
5  examination conducted by Mr. Michaud's, Mr. Peabody.  He
6  says --
7    A.   What number is that?
8    Q.   It's Page 91, line 24.
9    A.   24.
10   Q.   "Okay.  So the banner that you displayed on your
11 website was simply as essentially an advertisement
12 about SureTrader, correct?"
13        And Mr. Michaud answers:  "Advertisement that
14 went to the blog.
15        "MR. PEABODY:  "And then there was a click on it
16 or a link in that advertisement that would take the
17 listener or the viewer to the blog, which was then a
18 description about SureTrader that you had drafted?
19        "MR. MICHAUD:  Correct.
20        "MR. PEABODY:  And in that blog or in that
21 description you made clear that SureTrader was an
22 offshore Bahamian entity managed by the Bahamian
23 Exchange and, therefore, couldn't solicit US residents
24 or US citizens?
25        "THE WITNESS:  Correct.

Page 85

1         "MR. PEABODY:  US citizens.  Is there anything
2  that US citizens could, in fact, trade with them or
3  just that you couldn't -- they couldn't solicit US
4  citizens as customers?
5         "MR. MICHAUD:  "I didn't mention it in it that
6  you could be a US citizen.  I said it was not intended
7  for -- the same bullet point, not intended for US
8  person, Bahamian Securities Exchange or Bahamian
9  Exchange.
10        "MR. PEABODY:  That's all right.  Keep going.
11        "MR. MICHAUD:  And --
12        "MR. PEABODY:  And what, what was the
13 prohibition?  What was the admonition?
14        "MR. MICHAUD:  It was actually, it was an SEC, it
15 says some type of -- it was a copy and paste from --
16        "MR. PEABODY:  What did it say?  What was it
17 telling that you couldn't do?  What was the admonition
18 or the prohibition that you're describing?
19        "MR. MICHAUD:  That it was for international
20 traders only.
21        "MR. PEABODY:  All right.  And then you said
22 something about you had a link for international
23 traders and you had a link for domestic traders.  What
24 did you mean by that?  It was unclear.
25        "MR. MICHAUD:  On Investors Underground, on the

Page 86

1   brokers there was US, we had at the time for US
2   traders and then for international traders and there
3   was --
4       "MR. PEABODY: "What does that mean?  Describe
5   what you mean.  There was a link for both?
6       "THE WITNESS, MR. MICHAUD: If you're a US
7   client, then there was CenterPoint and SpeedTrader.
8       "MR. PEABODY:  CenterPoint meaning that
9   brokers?
10      "THE WITNESS:  The brokers, yeah, and if you're
11  an international trader or short trader.
12      "MR. PEABODY:  And so on your website you
13  directed international customers to international
14  broker link so to speak, link?
15      "WITNESS:  Correct.
16      "MR. PEABODY:  And that would have been
17  SureTrader?
18      "WITNESS: "Correct
19      "MR. PEABODY:  Were there any other international
20  brokers that you directed them to?
21      "WITNESS:  No."
22      Do you see that testimony?
23      MS. SUM:  Objection.
24      THE WITNESS:  I see it now.
25

Page 87

1   BY MR. MATTHEW FORD:
2       Q.  Were you aware that when Investors Underground
3   advertised on behalf of MintBroker in 2014, that they
4   provided two separate links, one for us US customers and
5   one for international customers?
6       A.  Not to my recollection.
7       Q.  Were you aware at the time you worked
8   at -- strike that.
9           Were you aware that prior to working at
10  SureTrader, Investors Underground had a contract with
11  MintBroker?  I'm sorry.  Strike that.
12          Are you aware prior to when you started at
13  MintBroker that Investors Underground had a contract with
14  StockUSA or Speed Trade?
15      A.  I presume there was some contracts because that's
16  what people do, but I also know the danger behind
17  creating some official documents because the nature of
18  the business. I do know --
19      Q.  Mr. Dorsett, I'm just asking --
20      A.  Mr. Frantz.
21      Q.  I'm sorry, Mr. Frantz, I'm just asking if you
22  were aware that prior to your starting at MintBroker,
23  that there was a contract between Investors Underground
24  and SpeedTrader?  Were you aware, yes or no?
25      A.  Investors Underground and SpeedTrader?

Page 88

1       Q.  SpeedTrader.
2       A.  I'm not SpeedTrader so I don't know, you know,
3   anything about their business.  I know about deals made
4   with SureTrader.
5       Q.  I'm going to go back to Exhibit 1, your
6   whistleblower letter.  We're going to go back to
7   Exhibit 1.  It's your whistleblower letter, this time
8   under that same paragraph where you accuse MintBroker of
9   actively soliciting US customers until approximately
10  March or April --
11      A.  I'm sorry, can you tell me where to go?  Which
12  page?
13      Q.  Four.  So at the bottom of the page we've been
14  looking at, this is where you accuse SureTrader of
15  actively soliciting US customers until approximately
16  March or April of 2017 through the affiliate program.
17          If you skip to Page 6, there's the second bullet
18  point on Page 6, it says:
19          "SureTrader paid Day Trading Radio at least 3,500
20  per month since at least 2014 for customer referrals."
21          Do you see that?
22      A.  I do.
23      Q.  Prior to making that statement to the SEC, had
24  you reviewed the contract between Day Trading Radio and
25  MintBroker?

Page 89

1       A.  Again, I don't recall seeing that.  I know I
2   spoke with Justin Ritchie about it and the information I
3   provided came from Justin Ritchie.
4       Q.  Okay.  During your conversations with
5   Ms. Weissman, did she ever -- strike that.
6           MR. HALPIN:  Exhibit 15.
7           (Exhibit No. 15, Email dated March 24, 2017, was
8   marked for identification.)
9           MR. HALPIN:  I'll read the Bates in.  The
10  Bates --
11  BY MR. MATTHEW FORD:
12      Q.  It's Exhibit 15.
13          MR. HALPIN:  The Bates is SEC-FL-03848-E-0052891.
14  BY MR. MATTHEW FORD:
15      Q.  This is an email sent by you on March 24, 2017,
16  to Dac at Day Trading Radio.  It says:
17          "SureTrader senior management have decided to
18  stop any prior deal moving forward as we made it clear
19  that we are not endorsing to solicit for US customers
20  on your behalf as mentioned on our website.  We will
21  continue to welcome a non-US persons as we've done
22  from day one, and for future deals you should simply
23  refer your students directly to our sister company, US
24  sister company, StockUSA."
25          Do you remember -- do you recall testifying about

Page 90

1  this yesterday?
2      A.   Yes.  That was in the emails that were
3  copy-pasted to multiple affiliates that were instructed
4  by Guy Gentile.
5      Q.   And do you see that Dac responds two hours after
6  you sent the email and he says, "Hello, I'm a bit
7  confused."
8           Do you see that?
9      A.   Yes.
10     Q.   And do you recall testifying yesterday that you
11 believe that -- strike that.
12          MR. HALPIN:  Exhibit 16.
13          (Exhibit No. 16, Marketing Services Agreement
14 Between Day Trading Radio and MintBroker, was marked for
15 identification.)
16          MR. HALPIN:  And the Bates number is --
17 BY MR. MATTHEW FORD:
18     Q.   This is a Marketing Services Agreement entered
19 the first day of August, 2014 between Day Trading Radio,
20 Inc., and MintBroker.
21     A.   Where are you saying --
22          MR. HALPIN:  SEC-ETR-E dash I think seven zeros,
23 eight, 0000008.
24 BY MR. MATTHEW FORD:
25     Q.   This is a document that was produced to us by the

Page 91

1  Securities and Exchange Commission.
2      A.   Okay.
3      Q.   If you look at the top it says "Marketing
4  Services Agreement."
5      A.   Yes.
6      Q.   Do you see right at the top it says that this was
7  made on the first day of August 2014 between Day Trading
8  Radio, Inc. and Swiss America Securities, Ltd.?
9      A.   I do see it now.
10     Q.   During your conversations with Ms. Weissman, did
11 you review this document?
12     A.   No.
13     Q.   Did you review this document prior to submitting
14 your whistleblower letter to the SEC?
15     A.   No.
16     Q.   If you look where it says, "Purpose and scope,"
17 you see it says, "Swiss America desires to engage" --
18     A.   What number is this?
19     Q.   It's says "purpose and scope" at the top.
20     A.   On the top, okay.
21     Q.   "Swiss America desires to engage marketing agent
22 and marketing agent is qualified to and desires to
23 provide certain marketing services to Swiss America for
24 non-United States investors."
25          Do you see that?

Page 92

1      A.   I do.
2      Q.   If we skip to the next page under Paragraph 8,
3  and this, just to be clear, this agreement was entered
4  two-and-a-half years, approximately, prior to you
5  starting at MintBroker, correct?
6      A.   A little less than two-and-a-half but yes.
7      Q.   Paragraph 8 says:
8           "Regulatory issues:  Marketing agent will abide
9  by all reasonable policies and instructions which are
10 or may be, from time to time, established by Swiss
11 America or deemed necessary by Swiss America to comply
12 with all applicable laws, rules and regulations
13 including, but not limited to, any regulations
14 promulgated by the United States Securities and
15 Exchange Commission.  Specifically marketing agent
16 warrants and represents that it has reviewed,
17 understands, and agrees to comply with Exchange Act
18 Section 15A-6, 17 CFR, Section 240-15A-6(a)(1), and
19 relevant SEC guidance regarding the non-solicitation
20 of US investors.  Swiss America shall have the right
21 to terminate this agreement if any change in the laws
22 significantly impedes Swiss America's ability in Swiss
23 America's sole discretion to perform its obligation in
24 connection with the agreement."
25          Do you see that?

Page 93

1      A.   I do.
2      Q.   And if we skip to the next page, Paragraph C, it
3  says:
4           "Advertising:  Except for as specifically
5  provided in Exhibit A, marketing agent shall not use
6  Swiss America's name or refer to Swiss America or any
7  of its affiliates, directly or indirectly, in any
8  marketing, advertising, public marketing materials
9  without receiving prior written approval from the
10 appropriate Swiss America officer.  Any such mention
11 of Swiss America on public marketing materials will
12 have the disclaimer included in Subsection H below."
13          Do you see that?
14     A.   I do.
15     Q.   And Paragraph F, it says:
16          "Non-solicitation of US investors.  Marketing
17 agent agrees not to directly or indirectly engage in
18 the solicitation of US investors.  Any mention of
19 Swiss America or its affiliates on marketing agent's
20 website or other promotional materials must have the
21 following disclaimer attached in prominent font:
22          "This does not constitute an offer or
23 solicitation for brokerage services, investment
24 advisory services or other products or services in any
25 jurisdiction where we are not authorized to conduct

Page 94

1    investment business or where such offer or
2    solicitation would be contrary to the securities or
3    local laws and regulations of that jurisdiction.
4    Bold:  Swiss America Securities, Ltd., SureTrader does
5    not service accounts for US citizens, US residents or
6    US corporations."
7         Do you see that?
8    A.   I do.
9    Q.   Then do you see at the bottom of the page it is
10   signed by John Kurisco?  You might have to flip to the
11   next page.
12   A.   This (indicating).
13   Q.   Yes.  If you flip to the next page.
14   A.   I see John Kurisco on Exhibit A.
15   Q.   And then also on Exhibit A, under Paragraph 1, it
16   says:
17        "Services and duties of marketing agent subject
18   to the terms and conditions of this agreement, Swiss
19   America retains marketing agent as a marketing agent
20   for Swiss America to market Swiss America's brokerage
21   services to international non-US investors, and
22   marketing agent accepts such engagement. Marketing
23   agent shall use its best efforts to market the
24   brokerage services of Swiss America to potential new
25   brokerage customers to its international non-US

Page 95

1    website visitors."
2         Do you see that?
3    A.   I do.
4    Q.   Did you have any discussions with Ms. Weissman
5    about any of the provisions that we just discussed in
6    that contract?
7    A.   I don't recall that.
8    Q.   We're going to go back to Exhibit 1.  If we could
9    go to Page 6 of your letter.
10        There's a bullet point at the top that says:
11        "MOJO Day Trading clients referred to SureTrader
12   received both of the above mentioned promotions."  Do you
13   see that?
14   A.   I do.
15   Q.   Do you know whether there was a written agreement
16   between MOJO and MintBroker?
17   A.   The agreement that MOJO Trading had was provided
18   to me from Michael Bain and Justin Ritchie a couple of
19   times to make sure that I'm aware of any communications
20   that were made in the past to clarify and to state what
21   kind of an arrangement or deal that we have with them,
22   and those were provided to counsel and to the SEC.
23   Q.   Okay.
24        MR. HALPIN:  Exhibit 17.
25        (Exhibit No. 17, Email dated November 2, 2015,

Page 96

1    was marked for identification.)
2    BY MR. MATTHEW FORD:
3    Q.   This is an email between Guy Gentile and Justin
4    Ritchie dated November 2, 2015.  The title says, "RE:
5    MOJO affiliate," and this is --
6    A.   Is that usually how the emails of the RE comes
7    to, from the bottom here?  I've never seen -- the
8    affiliate, usually the RE is on the top of the email.  I
9    think usually the RE is right in here.  I don't know why
10   it's on the top.  It doesn't seem like something I would
11   recognize.
12   Q.   Got it.  I don't think you would recognize this.
13   It was dated November 2, 2015, before you worked at the
14   company, correct.
15   A.   No, what I meant, I don't recognize the way the
16   email is set, the RE and the subject is on the top.  I
17   don't know.  So I don't know why it's gone on top.
18   Q.   I don't know.
19        This email says it's from Guy Gentile to Justin
20   Ritchie, it says, "Justin, I don't remember where we
21   left" -- I'm sorry.  Start again.
22        "Justin, I don't remember where we last left off
23   on this topic.  We can pay his website for non-US
24   client referrals.  The agreement needs to be clear
25   that we are only paying him for non-US and that he is

Page 97

1    prohibited from referring Swiss America US clients."
2         Do you see that?
3    A.   I do.
4    Q.   Was this email ever forwarded to you?
5    A.   No.
6    Q.   Have you ever seen it before?
7    A.   No.  Not that I recall.
8         MR. HALPIN:  Exhibit 18.
9         (Exhibit No. 18, Email Bates Labeled
10   SEC-FL-03848-E-0041140, was marked for identification.)
11        MR. HALPIN:  I'll read in the Bates.  It's
12   SEC-FL-03848-E-0041140.
13   BY MR. MATTHEW FORD:
14   Q.   This is an email.  At the top, if you look at the
15   top, it says email sent from activetrader@suretrader.com.
16   To ProTrader Mike?
17   A.   To?
18   Q.   ProTrader Mike.
19   A.   And the subjecht, "MOJO Day Trading."
20   Q.   "MOJO Day Trading," yeah.
21        And you had testified earlier you had access to
22   active trader account, right, that was you during your
23   time there?
24   A.   Yes.  To the email account.
25   Q.   And it's signed, "Yaniv/active trader

Page 98

1  department," that's you, right?
2      A.  Yes.
3      Q.  So you say:
4          "Hi, Michael, we are not soliciting in the US,
5  hence why it's a bit complicated, but if your traders
6  are not US citizens, then you could refer them as
7  affiliate program and get $100 for every funded
8  account through Commission Junction."
9          And then you attach a hyperlink to Commission
10 Junction signup page.  Do you see that?
11     A.  I do.
12     Q.  And that was on March 6, 2017.  Do you see that?
13     A.  Yes.  That was -- I'm replying back to his email.
14         MR. HALPIN:  Exhibit 19.
15         (Exhibit No. 19, Email dated March 6, 2017, was
16 marked for identification.)
17         MR. HALPIN:  The Bates is -- and this from the
18 SEC's production, last of the Bates is 0041167.
19 BY MR. MATTHEW FORD:
20     Q.  If you go to the second page of this exhibit, it
21 looks like communication from support@suretrader.com to
22 Michael Rich, whose address is info@mojodaytrading.com,
23 and it's sent on March 6, 2017?
24     A.  Okay.
25     Q.  And it says, "Chat transcript"?

Page 99

1      A.  Yes, I see that.
2      Q.  Do you recall that MintBroker at that time had a
3  chat function on its website?
4      A.  Yes.
5      Q.  And this chat transcript says at 11:22 a.m.,
6  Michael Rich:
7          "Hi, I have a group of traders looking to open
8  accounts."
9          And then at 11:37 a.m. it says:
10         "Sorry, no agents are available right now."
11         Do you see that?
12     A.  I do.
13     Q.  There is then, looks like an email, if you go to
14 the next page at 11:54 by protradermikerichlander@gmail.
15 He is copying and pasting something from the Commission
16 Junction website and he writes on top of it, "What about
17 affiliate?  Is that available?"
18         Do you see that?
19     A.  No.  Where am I seeing that?
20         MR. HALPIN:  On your second page, top of your
21 second page.
22 BY MR. MATTHEW FORD:
23     Q.  Before it says, "Program affiliate through CJ" in
24 giant letters.  Right above that he writes, "What about
25 affiliate?  Is that available?"

Page 100

1      A.  On March 6th?
2      Q.  Yes.
3      A.  Um-hm.  I see it.
4      Q.  Then he cut and pastes from the program affiliate
5  through CJ, it looks like, and if you go to the bottom of
6  that email, do you see where it says, "Only non-US
7  referrals permitted"?
8      A.  I see it.
9      Q.  And then it looks like on March 8th at 2017 it
10 says --
11     A.  This is on the same page?
12     Q.  The next one up.  At 3:18 it says, subject RE RE:
13 Chat transcript and you say, "Hello, Mike, could you
14 email me at activetrader@suretrader.com?  Thanks, Yaniv."
15 Do you see that?
16     A.  Yes, I see that.
17     Q.  And that was who you sent that email, correct?
18     A.  So it's a little confusing here because there's
19 an email here that shows support@suretrader and says
20 SureTrader Yan.
21         I don't remember having an email that says
22 support@suretrader.  So I don't know why it says
23 SureTrader Yan in there.  That's one.  And I don't know
24 how it says in the bottom also, "Could you email me an
25 active trader at SureTrader?  Thanks, Yaniv, Active

Page 101

1  Trader."
2          So if I'm asking him to reply to me to Active
3  Trader or SureTrader, why is my signature, my signature
4  is already Active Trader, which means I'm already using
5  that email.  Yet, on that email it shows SureTrader Yan,
6  which is support at SureTrader.  I've never had that
7  email.  So it's very confusing to me.
8      Q.  Mr. Frantz, do you believe that you did not draft
9  this email that says, "Hello, Mike, could you email at
10 activetrader@suretrader.com?
11     A.  I don't know.  It looks very confusing.  Again, I
12 don't recall having an email address that says
13 support@suretrader.com.  I did manage a few emails.  One
14 of which was activetrader@suretrader.  I don't recall
15 having a support at suretrader.com.
16         Was this produced by SureTrader?  Was this
17 produced by SureTrader?
18     Q.  Produced to us by the SEC.
19     A.  By the SEC.
20         MR. HALPIN:  Exhibit 20.
21         (Exhibit No. 20, SureTrader's Partnership/Program
22 Affiliate through CJ Document, was marked for
23 identification.)
24         MR. HALPIN:  Make sure the entire Bates is on
25 there.

Page 102

1         MS. SUM:  It's cut off.
2   BY MR. MATTHEW FORD:
3       Q.  In the interim, this was produced to us by the
4   SEC.  It was taken from SureTrader's website and do you
5   see it says "partnerships" at the top of this page?
6       A.  I do.
7       Q.  You see it says, "Program affiliate through CJ"?
8       A.  I do.
9       Q.  If you look back at the prior exhibit, the emails
10  with Mike from MOJO, do you recognize this same text as
11  being what he copied and pasted?
12      A.  I'm sorry, can you repeat that question?
13      Q.  Just if you look at where it says, "Program
14  affiliate through CJ," and then look at the copy and
15  paste, is it the same language?
16      A.  Are you referring if it's the same language as
17  here and here (indicating)?
18      Q.  Yes.
19      A.  It looks about the same.  Just missing the US.
20      Q.  If you go to the next page of the email, of the
21  email, you see at the bottom it says, "Only non-US
22  referrals permitted"?
23      A.  I see it.
24      Q.  And that's under the "program affiliate through
25  CJ," it says, "Signup is easy through our affiliate

Page 103

1   network Commission Junction," at the bottom of the first
2   page.  Back to the first page.  Absolute last line.
3           Do you see where it says, "Signup is through our
4   affiliate Commission Junction"?
5       A.  I see it.
6       Q.  Did you ever review this document while you
7   worked at MintBroker?
8       A.  I don't recall right now.
9       Q.  And then if you look on the second page, it says,
10  "Direct affiliate"?
11      A.  I was aware of such Commission Junction in the
12  company.
13      Q.  And you see where at the end of direct affiliate
14  it says, "Only non-US referrals permitted"?
15      A.  I see it.
16      MR. HALPIN:  Last three Bates on Exhibit 20 are
17  392.  We will now be marking Exhibit 21.
18      (Exhibit No. 21, Email Chain dated October 21,
19  2015, was marked for identification.)
20  BY MR. MATTHEW FORD:
21      Q.  This an email chain dated October 21, 2015,
22  between Justin Ritchie to Guy Gentile, cc'ing Wade
23  Motsumoto, Edward Cooper, subject CJ.com.
24          Do you see that?
25      A.  I do.

Page 104

1       Q.  This was prior to you commencing employment at
2   MintBroker, correct?
3       A.  Yes.
4       Q.  Do you understand what CJ.com means?
5       A.  I believe it's referring to Commission Junction.
6       Q.  Mr. Ritchie says to Mr. Gentile:
7           "I have questions about how to handle CJ.com
8   moving forward.  One, I understand we are not to pay
9   US persons for their referrals; however, we will still
10  accept their referrals?
11          "Two, what if a US person refers a non-US person?
12          "Three, what if a non-US person refers a US
13  person?"
14          Do you see that?
15      A.  I do.
16      Q.  Have you seen this email prior to today?
17      A.  No.
18      Q.  And then you see that Mr. Gentile writes a
19  response approximately six minutes later?
20      A.  I do.
21      Q.  And he says, "Justin, we are not paying for any
22  US clients."  You see he puts "any" in bold with
23  underlines?
24          Do you see that?
25      A.  I do.

Page 105

1       Q.  And it says:
2           "A US person may refer a non-US person but they
3   can't represent themselves as working with or for
4   Swiss America."
5           Do you see that?
6       A.  Yes.
7       Q.  "Example.  Okay:  If you are US person and own a
8   website, www.investmentinfo.com, that website could
9   display a SureTrader banner to non-US persons and we can
10  pay referral fees to that website operation.  Not okay:
11  If you US person starts cold calling non-US persons, that
12  would not be acceptable," "not" in capital letters and
13  underlined.
14          Do you see that?
15      A.  I see.
16      Q.  And you have not seen either of these emails
17  before today?
18      A.  No.
19      MR. HALPIN:  Exhibit 22.
20      (Exhibit No. 22, Email dated December 2, 2016,
21  was marked for identification.)
22  BY MR. MATTHEW FORD:
23      Q.  So this is an email dated December 2, 2016.  It
24  is titled, "Suretrader.com Affiliate New Banners for
25  December!"

Page 106

1        Do you see that?
2     A.   I'm not recognizing the email source from
3  SureTrader.  I'm sorry.  What did you say the email from
4  SureTrader?  I see at MX6.CJ.com.
5     Q.   Yes, and CJ.com you understand is Commission
6  Junction?
7     A.   Yes, but I don't see anything there that says
8  SureTrader.  I see it was sent to
9  couponsales@groupon.com.
10    Q.   That's exactly correct.  I was referring to the
11 very top where it says, "Suretrader.com Affiliate New
12 Banners for December."
13       Do you see that?
14    A.   I do.  But I don't see SureTrader's email here.
15    Q.   Okay.  Right.  It was emailed by
16 commissionjunction.com.
17    A.   Correct.  To an email that is Groupon, not
18 SureTrader.
19    Q.   Yes, and as of December 2, 2016, do you recall,
20 had you started yet?
21    A.   No.
22    Q.   You had not started?
23    A.   No.
24    Q.   Do you see there's a banner attached, it says:
25       "Affiliate newsletter, $100 for qualified leads,

Page 107

1  unlimited referrals, exclusive CJ advertiser, dedicated
2  manager, eye-catching banners and text links."
3        Do you see that?
4     A.   I do.
5     Q.   It says, with an asterisk, "Not intended for US
6  persons."
7        Do you see that?
8     A.   I see.
9     Q.   And then it says:
10       "Hello, affiliates, my name is Abhishek and I am
11 the affiliate manager for the suretrader.com program."
12 Do you know who Abhishek is?
13    A.   I'm not recalling that name.
14    Q.   And then if we go to the next page --
15    A.   I'm just trying to understand before we move,
16 this email shows someone sent an email from SureTrader,
17 correct?  Is that someone introducing his name is "My
18 name is Abhishek and I'm the affiliate manager for the
19 SureTrader program."  Is that what it is?
20    Q.   It's an email from commissionjunction.com.
21    A.   Okay.  Got it.
22    Q.   And then there's -- it looks like there's
23 additional banners and I apologize for having you strain
24 your eyes, but do you see where it says on the left
25 "electronic day trading" and then it says, "Not intend

Page 108

1  for US persons"?
2     A.   Very hard to read. I mean, very.
3     Q.   But over to the right where it says:
4        "Online stock trading and broker, start today,
5  asterisk, not intended for US persons."
6        Do you see that one?
7     A.   I see little SureTrader on the top and online
8  stock.  The rest are blurry.
9     Q.   Yeah, but it says, "Not intended for US persons,"
10 correct?
11    A.   I can't see that.  I can't read it.  Very blurry
12 to me.  It's very small.
13    Q.   I agree.  Let's go to the next page.
14    A.   Sure.
15    Q.   This one is three more banners, the first one on
16 the left says:
17       "Electronic day trading, start today, asterisk,
18 not intended for US persons."
19       Do you see that?
20    A.   Yes, I do see it.
21    Q.   And then the middle banner says, "SureTrader is a
22 trading platform," a picture of a computer, "start
23 today," and it says, asterisk, "not intended for US
24 persons."
25    A.   Again.  Very blurry.

Page 109

1     Q.   And then it says, "SureTrader online stock
2  trading and broker," on the third banner to the right,
3  and then it says, "Start today, asterisk, not intended
4  for US persons"?
5     A.   Yes.
6     Q.   And then if you look down, it says:
7        "Publisher commission rule."  It says, "We will
8  only pay lead commissions for non-US referrals
9  regardless of who sent them."
10       Do you see that?
11    A.   I see.
12    Q.   During your time as chief operating officer, did
13 you have an opportunity to review these emails that were
14 sent from Commission Junction to MintBroker?
15    A.   No.
16    Q.   Do you know how often Commission Junction sent
17 these emails about the Commission Junction affiliate
18 program to MintBroker?
19    A.   I can't really make that assumption. I know Janay
20 was the person assigned to that.
21       MR. HALPIN:  Exhibit 23.
22       (Exhibit No. 23, Email dated 8/13/2015, was
23 marked for identification.)
24       THE WITNESS:  Would that be the last one before
25 we go to a lunch break?

Page 110

1    MR. MATTHEW FORD:  We are going to go through two
2 sets of emails so it should be within the next five,
3 seven minutes.
4    THE WITNESS:  Okay.
5 BY MR. MATTHEW FORD:
6    Q.   So if you scroll to the second to last page of
7 this exhibit.
8    A.   Are you referring to this page (indicating)?
9    Q.   Yes.
10    Q.   This one (indicating)?
11    Q.   This is an email from Jason Norton.  It says
12 jason@allpricetags.com to candicesciarrillo@stockusa.
13 And it says:
14    "Hi, Candice I am an affiliate of your program in
15 Commission Junction and I would like to create a PPC
16 campaign for SureTrader but before I did, I just
17 wanted to make sure there are no restrictive keywords.
18 Thanks.  Jason Norton."
19    And that's sent on August 13, 2015, before you
20 worked at the company, correct?
21    A.   Yes.
22    Q.   Have you ever seen that email?
23    A.   No.
24    Q.   And then, do you see there's a forward from
25 candice@stockusa to Janay Pyfrom at SureTrader forward

Page 111

1 PPC campaign, on August 17, 2015?  Do you see that?
2    A.   I do.
3    Q.   And that's Janay Pyfrom, is who you were just
4 referring to as being in charge of the Commission
5 Junction marketing program?
6    A.   Yes.
7    Q.   And she writes the message, "See below and
8 handle"?
9    A.   Yes.
10    Q.   And then in the next email on the chain, it's
11 from Janay Pyfrom him August 17, 2015, to --
12    A.   Sorry, which page is that?  The first page or the
13 second?
14    Q.   Yeah, it's going to be on the first page.   And
15 that's to Guy Gentile, forward PPC campaign?
16    A.   Yes.
17    Q.   And you see it says:
18    "Hi,Guy, for your feedback, would we need to find
19 out more about their company and source of traffic?"
20    A.   I see.
21    Q.   And it says:
22    "It's important that in any campaign it is
23 clearly indicated that services are not intended for
24 US persons and that United States is not targeted in
25 their PPC."

Page 112

1    Do you see that?
2    A.   I see.
3    Q.   And it says:
4    "He will need to send us the list of keywords he
5 has for us to review and comment, if needed, and then
6 we will need to see the campaign before going live to
7 ensure brand consistency applicable."
8    And then it says:  "Do you agree with these
9 points before replying?  Thanks, Janay."
10    Do you see that?
11    A.   I do.
12    Q.   Then Guy Gentile responds the following day on
13 August 18th to Janay saying, "Yes, I agree.  Thanks,
14 Guy."
15    Do you see that?
16    A.   I do.
17    Q.   You have never seen these emails before?
18    A.   No.
19    Q.   And you were privy to this conversation?
20    A.   What do you mean?  Sorry.
21    Q.   Were you aware that this conversation --
22    A.   No.
23    Q.   -- took place in August 2015 between Guy and
24 Janay?
25    A.   No.

Page 113

1    MR. HALPIN:  Exhibit 24.
2    (Exhibit No. 24, Email Chain Between Janay Pyfrom
3 and Guy Gentile on September 2, 2015, was marked for
4 identification.)
5 BY MR. MATTHEW FORD:
6    Q.   Defendants' Exhibit 24.  This is an email chain
7 between Janay Pyfrom and Guy Gentile on September 2,
8 2015.
9    A.   Yes.
10    Q.   It says:  "RE:  Affiliate Advertising" in the
11 subject.  Do you see that?
12    A.   I do.
13    Q.   And do you see where it says:
14    "Guy, please see below.  Is this okay to send
15 back to Abhishek?"
16    Do you see that?
17    A.   I do.
18    Q.   And she says:
19    "Thanks for getting back to me, Abhishekg.  It
20 would be best for CJ Affiliates to limit their PPC ads
21 to the top three countries."
22    And then it says, "Countries:  UK, Canada
23 Australia," and then there's an asterisk, bold
24 italicized, "Strictly no advertising to the United
25 States.  We can make keyword recommendations; however

Page 114

1  we are not as strict as it relates to this.  The
2  reason," and then in bold it says, "The reason we will
3  not tolerate PPC ads to US persons."
4        And then it says, "The SEC's interpretation of US
5  federal securities laws limits non-US broker-dealers,
6  such as Swiss America Securities Ltd.(suretrader.com)
7  to working with those permanently resident outside the
8  USA.  Non-US broker-dealers such as Swiss America
9  Securities, Ltd. (suretrader.com) maintaining an
10  internet website can thus only accept a US person if
11  he or she has not been solicited either directly or
12  indirectly through accessing their websites under the
13  unsolicited exemption rule 15A-6. I hope this is
14  clear.  Thanks, Janay."
15        Do you see that?
16  A.  I do.
17  Q.  And then Mr. Gentile writes back, the same day,
18  about six-and-a-half hours later to Janay and says:
19        "Yes, please make sure they are not showing ads
20  in the United States."
21        Do you see that?
22  A.  I do.
23  Q.  Have you seen these communications before today?
24  A.  I did not.
25  Q.  These were never shown to you by Ms. Weissman,

Page 115

1  from the SEC?
2  A.  No.
3  Q.  Were you aware that these conversations were
4  occurring in September 2015 between Mr. Gentile and
5  Ms. Pyfrom, Janay?
6  A.  These conversations?
7  Q.  Yes.
8  A.  No.
9        MR. MATTHEW FORD:  I think it's a good time to
10  take a lunch break.  Everybody okay with that?
11        MS. SUM:  That's fine.
12        THE VIDEOGRAPHER:  Going off the video record at
13  12:32 p.m.
14        (A discussion was held off the record.)
15        (A brief recess was taken from 12:33 p.m. to
16  1:36 p.m.)
17        THE VIDEOGRAPHER:  We're back on the video record
18  after a break for lunch at 1:35 p.m.
19  BY MR. MATTHEW FORD:
20  Q.  Good afternoon, Mr. Frantz.
21  A.  Hi.
22  Q.  Yesterday the SEC asked you has the SEC promised
23  you anything in exchange for providing testimony and you
24  said no.  Do you recall that?
25  A.  Yes, I believe so.

Page 116

1  Q.  That is not true, is it?
2  A.  I'm sorry?
3  Q.  That's not true?
4  A.  What do you mean it's not true?
5  Q.  The SEC has promised you something in exchange
6  for your testimony, haven't they?
7  A.  No.
8  Q.  Can you go back to Exhibit 1.  The first page of
9  your letter, it says:
10        "Dear Ms. Norberg, this submission is made on
11  behalf of Yaniv Frantz pursuant to the SEC
12  whistleblower provisions found in Section 922 of the
13  Dodd-Frank Wall Street Reform and Consumer Protection
14  Act of 2010."
15        Do you see that?
16  A.  I do.
17  Q.  And remember you testified earlier you had
18  authorized your attorneys to make that statement on your
19  behalf?  Do you recall?
20  A.  My attorneys made that draft that I reviewed,
21  yes.
22  Q.  And are you aware that under Provision 922, you
23  would be entitled to not less than ten percent and not
24  more than 30 percent of any penalty above a million
25  dollars in this action?

Page 117

1        Are you aware of that?
2  A.  Yes.
3  Q.  In fact, it says:
4        "In any covered judicial or administrative action
5  or related action, the Commission under regulations
6  prescribed by the Commission and subject to subsection
7  C shall pay an award or awards to one or more
8  whistleblowers who voluntarily provided original
9  information to the Commission that led to the
10  successful enforcement of the covered judicial or
11  administrative actions."
12        And then it say that it will not be less than ten
13  but not more than 30 percent.
14        That's what this Provision 922 says that you
15  cited to when you sent your whistleblower letter to the
16  SEC.  Isn't that correct?
17  A.  The correct answer is that the whistleblower
18  program entitled whistleblowers to some sort of a trophy
19  if the case come to a winning, but the SEC haven't
20  promised me anything.
21  Q.  It says right in the statute that you shall
22  receive that if you testify and they win.  Isn't that
23  true?
24  A.  Again, the correct answer is that the SEC has not
25  promised me a dollar for coming in today here.  In case

Page 118

1  of being in the whistleblower program, is that in case
2  there will be some sort of a trophy, it will be given to
3  whistleblowers.
4      Q.   And if the SEC succeeds in this case, do you
5  expect getting between ten and 30 percent of the amount
6  of money they collect?
7      A.   If that's the numbers there, then, yes.
8      Q.   How much are you paying your counsel?
9      A.   It's a contingency.
10     Q.   And what percentage of that ten to 30 percent
11 would go to your counsel?
12     A.   I don't remember that.  I don't remember that
13 number, in specifics.  It was five years ago.
14     Q.   Do you remember if it's 30 percent?
15     A.   Could be.
16     Q.   But he is representing you based on the agreement
17 that he is going to get a percentage of that
18 whistleblower award, isn't that correct?
19     A.   I believe so.
20     Q.   Let's look at the same document, 1, Page 6.
21     A.   I'm sorry.  Where am I going?
22     Q.   That same document, just flip to Page 6 of your
23 letter.  And remember, this falls under the paragraph
24 that says that SureTrader actively solicited US customers
25 until March or April of 2017 through an affiliate program

Page 119

1  run by Justin Ritchie, you state on Page 6:
2      "In addition, Mr. Frantz believes that SureTrader
3      maintains similar relationships with Warrior Trading."
4      Do you see that?
5      A.   Yes.
6      Q.   Prior to making this submission to the SEC, did
7  you have the opportunity to review the agreement between
8  MintBroker and Warrior Trading?
9      A.   I did not.
10     Q.   Did anybody at the SEC show you the agreement
11 between Warrior Trading and MintBroker?
12     A.   I don't think so.
13     Q.   Go to Tab 32.
14          (Exhibit No. 25, Packet of Different Emails Bates
15 Stamped GENTILE 00004200-96, was marked for
16 identification.)
17          MR. HALPIN:  This is going to be Exhibit 25.
18 We'll retract that and mark what I'm now marking as
19 Exhibit 25.  This is Bates stamped --
20 BY MR. MATTHEW FORD:
21     Q.   GI will just direct you to those pages to make it
22 easier for you, Mr. Frantz.
23     A.   May I review the entire document before?
24     Q.   Yes, you're entitled to.  The packet is a series
25 of different emails.

Page 120

1      Mr. Frantz, I'm going to -- I'll ask you some
2  specific questions.  You don't need to read through the
3  whole thing.
4      A.   I just want to see what it's in relation to.
5      Q.   Mr. Frantz, if you'll look at the email on the
6  second to last page.  It's dated August 23, 2016, sent at
7  8:17 p.m. by Ross Cameron.
8      A.   It's the last page?
9      Q.   Yeah.  Second to last page.  It's about
10 two-thirds of the way down.
11     A.   Okay.
12     Q.   Do you know who Ross Cameron is?
13     A.   Investors Underground.
14          THE COURT REPORTER:  I'm sorry, I didn't catch
15 your answer.
16          THE WITNESS:  Investors Underground.
17 BY MR. MATTHEW FORD:
18     Q.   This is dated August 23, 2016?
19     A.   Yes.
20     Q.   And that's before you started at the company,
21 correct?
22     A.   That's correct.
23     Q.   And this email from rosspcameron@gmail says:
24     "Hi, Justin, I wanted to reach out to see if
25 you'd be interested in working together to promote

Page 121

1  SureTrader among the Warrior Trading community."
2      Do you see that?
3      A.   Yes.
4      Q.   Does this refresh your recollection who Ross
5  Cameron was?
6      A.   Yeah, it's Warrior Trading.  Cameron is actually
7  Investors Underground and Ross is the Warrior Trading.
8      Q.   Understood, but this refreshes your recollection
9  that Ross was associated with Warrior Trading?
10     A.   Yes.
11     Q.   And he says:
12     "As you may know, we have over 2,000 active
13 members in our community.  We have just launched a
14 rebate program with SpeedTrader and we'd love to have
15 a similar arrangement with SureTrader."
16     And he says, "Check out the rebate program here,"
17 and puts a link.
18     Do you see that?
19     A.   I do.
20     Q.   And then it says:
21     "SpeedTrader appeals to US residents with over
22 25K but we'd like an arrangement that appeals to
23 international traders as well."
24     Do you see that?
25     A.   I do.

Page 122

1    Q.   And then it says:
2        "Since your base rate is $4.95 per trade, I would
3    propose a discounted rate of 3.95 per trade only for
4    students in our trading courses.  SpeedTrader is doing
5    the same arrangements except they will be 2.95 per
6    trade.  Lower commission but required 25K minimum and
7    are US residents only.
8        "We feel this type of arrangement is a win-win
9    because it encourages students to trade with
10   SureTrader for a minimum of six to 12 months while
11   they slowly benefit from the rebate program.  It's
12   also good for you because you will have well-trained
13   students as clients.  This can be a great opportunity
14   to provide cross-promotion."
15       Do you see that?
16   A.   I see it.
17   Q.   And was Mr. Cameron correct that at the time this
18   was written, the base rate per trade was 4.95?
19   A.   When I joined the company, you mean, if I'm aware
20   of that?
21   Q.   Well, first I'm asking if in October 2016, before
22   you were at the company, if this was the base rate that
23   SureTrader provided per trade, 4.95?
24   A.   Could be.  I don't recall.
25   Q.   How about from January 2, 2017, to April 2014?

Page 123

1    Was 4.95 the base rate per trade?
2    A.   Could be.  Again, I don't recall.
3    Q.   And then on August 29th, it looks like Ross
4    Cameron sends another email to Justin Ritchie as well as
5    Alex at Warrior Trading and Jeff at Warrior Trading.
6    It's titled, "Touching base on new promotion for
7    SureTrader."
8        He says:
9        "Hi, Justin, just wanted to follow-up.  Did you
10   have a chance to see my email below?"
11       Do you see that?
12   A.   I do.
13   Q.   And then you'll see there's a response from
14   Mr. Ritchie where he says, "Looks good."
15   A.   Where am I seeing that?
16       (Discussion off the record.)
17       MR. MATTHEW FORD:  We can strike the question.
18   BY MR. MATTHEW FORD:
19   Q.   So do you see where Justin responds:
20       "Hi, Ross, looks good.  However, how do you
21   ensure that US clients don't come to us or is it up to
22   us to not accept US persons using your code or name?."
23       Do you see that?
24   A.   Yes.  What date was that?  September 14, 2016
25   Q.   Yeah, have you seen these emails before?

Page 124

1    A.   I don't recall that.
2    Q.   And then it looks like on September 14, 2016,
3    Ross Cameron responds and he says, "Hi, Justin," a few
4    lines down, "We can state that this is only for
5    international traders," and skip a paragraph, it says,
6    "With this promotion, we don't" --
7    A.   I'm sorry, can you show me where?  Where am I?
8    Q.   Third line down.
9    A.   With the promo or --
10   Q.   September 14, 2016, email from Ross Cameron,
11   responding to Justin Ritchie, it says, "Hi, Justin." Skip
12   two lines, it says:
13       "There are a couple things we can do.  We can
14   state that this is only for international traders."
15       Do you see that?
16   A.   I do.
17   Q.   And skip a paragraph, it says:
18       "With this promo, we don't want to receive any
19   compensation, we want to be able to say we aren't
20   getting paid to send traders to SureTrader.  This is
21   purely for our students' benefit.  It helps us
22   marketing.  We would like, if we can, co-market this
23   so if you are able to also have a blog post."
24       Do you see that?
25   A.   I do.

Page 125

1    Q.   And then skip a paragraph and the next one says:
2        "How do you typically handle US customers?  Since
3    we want to be receiving compensation for promoting
4    SureTrader to US residents, does that change things?
5    You are simply offering students a discounted
6    commission."
7        Do you see that?
8    A.   I do.
9    Q.   And then Mr. Ritchie responds on September 25,
10   2016, and he says:
11       "Hey, Justin," if we skip down, to a couple
12   paragraphs, it says, "We will make the note that this
13   offer is only valid for international traders, non-US
14   residents."
15       Do you see that?
16   A.   I do.
17   Q.   Now, if we can go to the first page of your
18   packet.
19   A.   I'm sorry, which one?
20   Q.   The first page.  If we look through, you'll see
21   several emails on March 23, 2017.  Can you go to the
22   first one that starts the chain.  It's at 4:14 p.m.,
23   March 23, 2017.
24       MS. SUM:  Is it on this page?
25       MR. MATTHEW FORD:  No, I think it would be like

Page 126

1    on the third page.
2         THE WITNESS:   4:13 you said?
3    BY MR. MATTHEW FORD:
4         Q.   Yeah, 4:41 p.m.?
5         A.   Oh, 4:41 p.m.
6         Q.   March 23rd.
7         MS. SUM:  I don't see what you're talking about.
8         MR. HALPIN:  We'll mark it Exhibit 26.
9         (Exhibit No. 26, Email dated 3/23/2017, was
10   marked for identification.)
11   BY MR. MATTHEW FORD:
12        Q.   It's not in there, I apologize.  Okay.  Let's try
13   this.  You can thumb through it.  We'll start at that one
14   at the bottom.  This is an email that you sent March 23,
15   2007, at 4:41 p.m.
16        It says:
17        "Good day, Warrior Trading."  It says,
18   "SureTrader senior management have decided to stop any
19   prior deal moving forward as we made it clear that we
20   are endorsing to solicit for US customers on behalf,
21   as mentioned on our website.  We will continue to
22   welcome a non-US person as we've done from day one,
23   and for future deals you should simply refer your
24   students directly to our US sister company, StockUSA."
25        Do you see that?

Page 127

1         A.   Yes.
2         Q.   And then it looks like you get a response from
3    team@warriortrading.com and it says -- and that was about
4    an hour later.  It says:
5         "Hi, Yaniv.  Can you please clarify what this is
6    in reference to?  We state on all of our pages not
7    intended to US residents and only international
8    traders are eligible.  We refer US students to
9    SpeedTrader and international students to SureTrader.
10   Let me know, Ross."
11        Do you see that?
12        A.   I do.
13        Q.   Prior to sending that email, had you reviewed the
14   agreement between MintBroker and Warrior Trading?
15        A.   I've seen an agreement document or some document
16   that was provided to me from Justin Ritchie and Michael
17   Bain showing the deal and the relationship between
18   SureTrader and all the affiliates, Warrior Trading was
19   one of them.
20        Q.   Okay.  Let's go to --
21        MR. HALPIN:  For the record, that was from the
22   SEC's production.  The suffix is 0090668, for
23   Exhibit 26 and we're now marking Exhibit 27.
24        (Exhibit No. 27, Marketing Services Agreement
25   dated 29th September 2016, was marked for

Page 128

1    identification.)
2    BY MR. MATTHEW FORD:
3         Q.   This is Bates stamped Gentile 4297.  This is a
4    document entitled, "Marketing Services Agreement," dated
5    29th September 2016 between Warrior Trading, LLC, and
6    MintBroker.
7         Do you see that?
8         A.   I do.
9         Q.   And have you seen this document before today?
10        A.   No.
11        Q.   When you spoke to Ms. Weissman with the SEC, did
12   she show you this document?
13        A.   No.
14        Q.   "Purpose and scope.  Swiss America desires to
15   engage marketing agent and marketing agent is qualified
16   to and desires to provide certain marketing services to
17   Swiss America for non-United States investors."
18        Do you see that?
19        A.   I do.
20        Q.   And if we go down to four where it says
21   "compensation," do you see where it says:
22        "None.  Swiss America agrees to offer marketing
23   agent's non-US resident students a discounted
24   commission rate in accordance with the rates and terms
25   set forth in Exhibit A."

Page 129

1         Do you see that?
2         A.   I do.
3         Q.   And if we can go to the last page, which is
4    Exhibit A, it's the second to last page, says Exhibit A
5    and then it carries over on to the final page.  Do you
6    see where it says No. 2, compensation?  It says:
7         "Compensation will not be paid on the basis that
8    this is purely a co-marketing relationship.  Swiss
9    America shall agree to offer non-US students of
10   marketing agent a discounted commission rate, 3.95 per
11   trade.  This is not intended for US person, US
12   residents or US companies."
13        Do you see that?
14        A.   I do.
15        Q.   And do you see where it's signed at the bottom of
16   that page by Ross Cameron on October 4, 2016?
17        A.   I do.
18        Q.   And it said, "Agreed to Pages 1 through 4 in
19   full"?
20        A.   I'm not following.  Where is that?
21        Q.   It's handwritten above Ross's signature.
22        A.   Agreed to, can't read that word, I see 1 to 4,
23   could be in full.  It's hard for me to read it from here.
24        Q.   And then on the left, it's Swiss America and it's
25   signed by Justin Ritchie, deputy director?

Page 130

1    A.   Yes.
2    Q.   Were you aware whether Mr. Gentile was
3  involved -- strike that.
4         If we look under No. 3, the disclosure of that
5  same page, it says after the first sentence:
6         "Such disclosure will contain the following
7  language:  Swiss America has entered into a marketing
8  agreement with marketing agent whereby Swiss America
9  offers a discounted commission rate to non-US students
10  of the marketing agent."
11        Do you see that?
12   A.   I see that.
13   Q.   If we go back to the second page of this
14  agreement --
15   A.   What page?
16   Q.   The second page.  And you'll see Subsection 8,
17  regulatory issues:
18        "Marketing agent will abide by all reasonable
19  policies and instructions which are or may be from
20  time to time established by Swiss America or deemed
21  necessary by Swiss America to comply with all
22  applicable laws, rules and regulations including, but
23  not limited to, any regulation promulgated by the
24  United States Securities and Exchange Commission.
25  Specifically, marketing agent warrants and represents

Page 131

1  that it has reviewed, understands and agrees to comply
2  with Exchange Act.  Section 15A-6, 17 CFR,
3  Section 240.15A-6 (A)(1) and relevant SEC guidance
4  regarding the non-solicitation of the United States
5  investors.  Swiss America shall have the right to
6  terminate this agreement if any change in the laws
7  significantly impedes Swiss America's ability at Swiss
8  America's sole discretion to perform its obligations
9  in connection with this agreement."
10        Do you see that?
11   A.   I do.
12   Q.   Were you shown this provision prior to submitting
13  your whistleblower letter, Exhibit 1, that we've been
14  discussing?
15   A.   I'm sorry.  What's the question, if I've seen
16  this?
17   Q.   Were you shown that provision, Subsection 18 of
18  this agreement with Warrior Trading, before you submitted
19  your whistleblower letter, Exhibit 1?
20   A.   I don't think so.
21   Q.   Can we skip to the next page, C, "Any such
22  mention of Swiss America"?
23   A.   Where is it?
24   Q.   Paragraph C:
25        "Any such mention of Swiss America's on public

Page 132

1  marketing materials will have the disclaimer included
2  in Subsection H below."
3         Do you see that?
4    A.   Yes.
5    Q.   And if you go to Paragraph F, you see where it
6  says, "Non-solicitation of US investors"?
7    A.   I do.
8    Q.   "Marketing agent agrees not to, directly or
9  indirectly, engage in the solicitation of US investors.
10  Any mention of Swiss America or its affiliates on
11  marketing agent's website or other promotional materials
12  must have the following disclaimer attached in prominent
13  font:
14        "This does not constitute an offer or
15  solicitation for brokerage services, investment
16  advisory services or other products or services in any
17  jurisdiction where we are not authorized to conduct
18  investment business or where such offer of
19  solicitation would be contrary to the securities or
20  local laws and relations of that jurisdiction, bold,
21  Swiss America Securities, Ltd. SureTrader does not
22  service accounts for US citizens, US residents or US
23  corporations."
24        Do you see that?
25   A.   I do.

Page 133

1    Q.   Do you recall being shown that paragraph by
2  anybody from the SEC prior to your testimony here today?
3    A.   No.
4    Q.   Could we go back to Exhibit 25?  That's that
5  packet of emails.
6         Do you see the email by Mr. Ross Cameron on
7  October 5, 2016, at 3:52 p.m. to Justin Ritchie?
8    A.   What page is that?
9    Q.   4287.
10   A.   Page 4?
11   Q.   It's says Bates stamp Gentile 4287.  It's on the
12  bottom right corner.  Do you see where he says:
13        "Hey, Justin, stay safe during the storm.  Can
14  you approve this page hyperlink to warriortrading.com/
15  SureTrader broker rebate program and this image for
16  use -- our use?"
17        And then he says, "We'll make this rebate program
18  valid for non-US residents who join after 10/1/2016.
19  Is that okay?"
20        Do you see that?
21   A.   I do.
22   Q.   And then October 10, 2016, is --
23   A.   What page is that?
24   Q.   This is the next email up.
25   A.   So what date is that?  October 10th?

Page 134

1    Q.   If you go back down on the email we just looked
2  at from 4287, if you go to next page, Gentile 4288, do
3  you see that Mr. Cameron has attached a rebate form?
4    A.   I see that.
5    Q.   And do you see at the bottom it says:
6         "This does not constitute an offer or
7  solicitation for brokerage services, investment
8  advisory services, or other products or services in
9  any jurisdiction where we are not authorized to
10 conduct investment business or where such offer or
11 solicitation would be contrary to the securities of
12 local laws and regulations of that jurisdiction"?
13        Do you see that?
14   A.   I do.
15   Q.   And do you see anywhere on there where it says
16 not intended for US persons?
17   A.   Sorry, where am I seeing that?
18   Q.   Do you see it?  It didn't say not intended for US
19 persons, does it?
20   A.   I don't see anywhere that it says US here unless
21 it's very small.
22   Q.   So then --
23   A.   Or non-US or US.
24   Q.   If we go to 428, Gentile 4286.
25   A.   So 486?

Page 135

1    Q.   4286.
2    A.   Okay.
3    Q.   It says October 10th, 2016, 11:08, Justin
4  Ritchie, sends an email:
5         "Hi, Ross, just getting back to things after the
6  storm.  The link below is giving me a 404 error
7  message."
8         Do you know what a 404 error message is?
9    A.   It's like a general kind of error.
10   Q.   Doesn't that mean that you can't see the image
11 that is being sent to you?
12   A.   I'm not an IT guy.  I know it's an error.
13   Q.   But it does say --
14   A.   I've seen it before, I just don't remember
15 the --
16   Q.   "Note that banner should say, 'Not intended for
17 US persons.'  This is what our legal and compliance team
18 has advised us to use in advertising material.  Could you
19 resend, please?  I have selected an agent at our trade
20 desk to assist you with your referrals and will send an
21 email under separate cover introducing you and listing
22 contact details."
23        Do you see that?
24   A.   Yes.
25   Q.   And then if we go now to 4286, again, you'll see

Page 136

1  an email from Ross Cameron on October 10th, this is to
2  Justin Ritchie and it says:
3         "Hi, Justin, glad you made it through the storm.
4  Here's an updated page warriortrading.com/SureTrader
5  rebate program.  We have added 'Not for US persons' to
6  all images as requested, you can see below and on the
7  website."
8         Now, if you look to what he attached, do you see
9  how it's the same image but now in bold letters on the
10 bottom it says, "Not intended for US persons?"
11   A.   Yeah.
12   Q.   Had you seen this email prior to today?
13   A.   No.
14   Q.   The SEC did not show you this email?
15   A.   No.
16   Q.   Were you not aware that Mr. Cameron and
17 Mr. Ritchie were having this conversation?
18   A.   I'm aware that they had some conversations in the
19 past.  I've just not seen that before.
20   Q.   And Mr. Gentile is not on these, correct?
21   A.   On this chat?
22   Q.   Yes.
23   A.   I don't know.  Maybe.  I don't know how long this
24 conversation has been going on or how long is the chat or
25 the email back and forth, but I don't see it in this

Page 137

1  email.
2    Q.   I'm going -- this is actually Plaintiff's
3  Exhibit 30 from yesterday.  Didn't you describe this
4  yesterday as being a spreadsheet that you created?
5    A.   Exported.  Not created.
6    Q.   Exported.  Okay.  And this was sometime in
7  February 2018, correct?
8    A.   Yes.  I would say so.
9    Q.   And you had testified yesterday that this proved
10 that after March 2017, SureTrader was providing
11 discounted rate to US customers, correct?
12   A.   I believe I said something like that.
13   Q.   Okay.  Have you ever heard of Penson Financial
14 Services?
15   A.   Pencil?
16   Q.   Penson, P-E-N-S-O-N, Financial Services?
17   A.   Doesn't resonate right now.
18   Q.   You were not aware they were the clearing company
19 providing clearing services to MintBroker beginning in
20 2011?
21   A.   No.  I'm aware of StockUSA being the clearing
22 company for SureTrader.
23   Q.   And what -- do you understand that where an
24 account number says PFS, that that is an abbreviation of
25 Penson Financial Services?

Page 138

1    A.   No, not really.

2    Q.   Do you understand that where an account starts

3  with MBS, it is an abbreviation of MintBroker Services?

4    A.   I remember that.

5    Q.   Are you aware that MintBroker ceased labeling

6  client numbers PFS beginning on February 6th of 2018 --

7  I'm sorry of 2017?

8    A.   Repeat that question again.

9    Q.   Are you aware that MintBroker stopped labeling

10  client accounts with the letters PFS on February 6th of

11  2017?

12    A.   You mean if they changed the accounts from the

13  way it was in the past to a new one?  It was a time where

14  it was changed, I can't recall the time it was done.  I

15  remember, yeah, I remember there were PFS and --

16    Q.   And then you remember --

17    A.   I remember, also, MB.  I don't remember the time

18  it was changed.

19    Q.   You remember they changed it at some point from

20  PFS to MBS, correct?

21    A.   I remember MB came into place.  I don't remember

22  if it was replaced or it was an add-on.  I just know it

23  existed.

24    Q.   So as you sit here today, you don't remember on

25  February 6, 2017, MintBroker ceased using PFS as the

Page 139

1  first three letters of an account number and on

2  February 7, 2017, began using MBS as account numbers?

3    A.   As I said, I remember the company adding the MBS.

4  I don't recall right now fully if it was to stop the PFS,

5  but I do recall that we had two of these account numbers

6  or account reference numbers.

7    Q.   Let's look at line 3.  It says Lashonda

8  Hernandez.

9    A.   Yes.

10    Q.   And her account number is MBS -- sorry.  MBS

11  019668.  Do you see that?

12    A.   I do.

13    Q.   It says US?

14    A.   Yes.

15    Q.   And then it says MIN commission $1.95?

16    A.   Yes.

17    Q.   Can you, looking at this first page, and it says

18  Lashonda Hernandez, country, US.  Looking at this page,

19  can you find the next entry that starts with MBS?

20    A.   Seventeen.

21    Q.   Okay.  That's Philip Weinstein and he is MBS

22  02924 and it says he is country US, and it says his

23  commission rate is 3.95.  Do you see that?

24    A.   I do.

25    Q.   Do you see any other MBSs on that page?

Page 140

1    A.   No.

2    Q.   Upper left, we have 82 pages to go.  Go to

3  Page 2.  Do you see --

4    A.   Just one second.

5    Q.   By the way, so after Mr. Weinstein there, what is

6  the commission rate of every other person after No. 17?

7    A.   0.000495.

8    Q.   Or MSC commission?

9    A.   That's for a per share.

10    THE COURT REPORTER:  I'm sorry, what share?

11    THE WITNESS:  Per share.

12    THE COURT REPORTER:  Per share.

13    THE WITNESS:  Yes.  And 4.95 MIN commission which

14  is per trade.

15  BY MR. MATTHEW FORD:

16    Q.   Now, do we see anybody else -- well, do you see

17  anybody else on this page with an MBS?

18    A.   I do not.

19    Q.   What about Page 2, is there any client accounts

20  with MBS?

21    A.   No.

22    Q.   And under the column MIN commission, do you see

23  it says 4.95?

24    A.   Yes.  It's still the same 0.000495 per share and

25  495, 4.95 minimum commission or MIN commission.

Page 141

1    Q.   And then Page 3, do you see any accounts with MBS

2  on it?

3    A.   I do not.

4    Q.   But the MIN commission column is 4.95?

5    A.   Yes, but the per share is also the same as

6  0.000495.

7    Q.   How about Page 4?  Do you see any MBS accounts?

8    A.   I do not.

9    Q.   Okay.  And all of the MIN commission column is

10  4.95?

11    A.   Yes, same answer for the MIN commission and the

12  per share.

13    Q.   Page 5, all PFS accounts, correct?

14    A.   Yes.

15    Q.   Do you see line 142, Jamie Lynn Malek?

16    A.   I do.  It's actually Maccio or something.

17        Did you say 143 or 142?

18    Q.   142.

19    A.   I'm sorry.

20    THE COURT REPORTER:  The spelling on that?

21    MR. MATTHEW FORD:  Jamie Lynn, L-Y-N-N, Malek,

22  M-A-L-E-K.

23  BY MR. MATTHEW FORD:

24    Q.   And it looks like her MIN commission is one.  Do

25  you see that, but she does not have an MBS account,

Page 142

1  correct?
2      A.   That's right.
3      Q.   By the way, on these sheets that we're looking
4  at, are you seeing individuals from other countries other
5  than the United States?
6      A.   Very few.
7      Q.   Gary Molly from NE.
8      A.   I would say that is the Netherlands.  The vast
9  majority on each page I would say is from the US,
10 probably north of 80 percent.
11     Q.   Do you know how many customers SureTrader had
12 while you were working there?
13     A.   You mean active investors or --
14     Q.   No.  How many clients.
15     A.   It was hard to tell because I think we were
16 focusing more about the active ones in the company.  Many
17 of the ones that had funded accounts, placed trades in
18 that accounts.  You can have accounts that can be dormant
19 so I don't really know exactly, but I can tell you that
20 it will be 10,000 ballpark.  Maybe more, maybe less.
21     Q.   So if 80 percent were US customers, that means
22 there would have been 2,000 non-US customers at the time,
23 approximately?
24     A.   I was referring --
25     Q.   Does that sound right?

Page 143

1      A.   -- to the active traders, this list, which were
2  the active ones on the accounts and people were trading.
3  In this list, 85 percent of those are from the US and I
4  can pretty much feeling comfortable to say that the
5  majority, also the applicants, those who got approved or
6  who didn't get approved, those who traded with us or were
7  SureTrader and didn't trade, those who would close the
8  accounts, in the entire time I would say the vast
9  majority of the traders or investors were from the US.
10     Q.   So were you saying there were 10,000 active
11 traders or 10,000 clients in total?
12     A.   This list indicated there was a time that I
13 exported that information, there were about 3,000 active
14 traders in the company.
15     Q.   So I'm just going to skip through on Page 6, it's
16 all PFS clients and everybody has MIN commission of 4.95.
17          Do you see that?
18     A.   What am I seeing?
19     Q.   Page 6, that every client account starts with PFS
20 and every MIN commission is 4.95?
21     A.   Yes, and the per share remained 000495, three
22 zeros.
23     Q.   And then if you look at Page 7, it looks like
24 entry 215, Kristoff Spillers, it says country, BA.
25     A.   215?

Page 144

1      Q.   Yes.
2      A.   I see it.
3      Q.   Do you know what country BA is?
4      A.   I don't.
5      Q.   It looks like he got an MIN, his MIN commission
6  is one instead of 4.95.
7          Do you see that?
8      A.   I do.
9      Q.   But everybody else on here is a customer with PFS
10 and their commission rate is 4.95, correct?
11     A.   Correct.  And the per share remains the same as I
12 stated before.
13     Q.   Going to Page 8, all customers have a PFS account
14 and the MIN commission is $4.95, correct?
15     A.   Correct, and the same question about the per
16 share.
17     Q.   Page 9, all customers have a PFS number and the
18 MIN commission is 4.95, correct?
19     A.   Yes.  The same answer for the per share.
20     Q.   Page 10, all customers have a PFS account number
21 and the MIN commission is 4.95, correct?
22     A.   Correct.  The same answer about the per share.
23     Q.   Page 11, all customers have a PFS account,
24 correct?
25     A.   Page 11?

Page 145

1      Q.   Yes.
2      A.   No.  They don't.
3      Q.   They don't?  Okay.  So starting with 355
4  through 373, it looks like there's MBS accounts, correct?
5      A.   Correct.
6      Q.   Each of those, all those individuals have a --
7  the MIN commission column is $4.95, correct?
8      A.   Right.  The per share is still .000495.
9      Q.   And then you'll see at the bottom, there's PFS
10 account under 375, Matthew Peter McKenzie Smith.  It says
11 country AU.
12     A.   Yes.
13     Q.   Do you know what country that represents?
14     A.   I would say Australia.
15     Q.   And it looks like he has a MIN commission rate of
16 one dollar?
17     A.   Yes, correct.
18     Q.   And then Austin Stewart Everett has a commission
19 rate of one dollar and it lists his country as US.  Do
20 you see that?
21     A.   Correct.
22     Q.   Going to Page 12, the first MBS account is 402?
23     A.   I'm sorry, what page are we on, 12?
24     Q.   Yes.
25     A.   What number am I looking at?

Page 146

1    Q.   No. 402.
2    A.   402, yes, it's MBS.
3    Q.   And it's Granbrim Hall and it says US and he has
4    a commission rate of 3.95?
5    A.   Yes.
6    Q.   And looks like there's another MBS customer Glenn
7    McSpaden from the United States and a commission rate of
8    1.95.  Is that correct?
9    A.   Correct.
10   Q.   There are no other MBS customers on Page 12 with
11   a rate less than 4.95, correct?
12   A.   No.
13   Q.   How about Page 13?  These are all PFS accounts
14   and all have a MIN commission of 4.95?
15   A.   Correct.
16   Q.   How about Page 14?  These are all PFS accounts
17   and all with a MIN commission of 4.95?
18   A.   Yes.
19   Q.   Page 15, looks like 482, Maryann Buenes, has a
20   PFS account, meaning it was created prior to February 6,
21   2017, and it lists a MIN commission rate of 3.95.
22        Do you see that?
23   A.   Yes.
24   Q.   And all other individuals on this have both a PFS
25   account and a MIN commission rate of 4.95?

Page 147

1    A.   Yes.
2    Q.   Page 16, these are all PFS accounts.  We'll look
3    at line 533.  It says David Jayber with a PFS account, so
4    an account created before February 16, 2017, has a MIN
5    commission rate of 3.95?
6    A.   You said it was above dates you mentioned?
7    Q.   It's 533.  The PFS account created prior to
8    February 6, 2017?
9    A.   But did you send me dates in there?  Sorry, I
10   thought I heard the dates, something about 2017.
11   Q.   Yes, the PFS account created prior.
12   A.   I'm not aware of the dates you're saying right
13   now.  I'm going to answer about, you know, if I see
14   something less than 4.95.
15   Q.   Got it, but this is a PFS account and he's got a
16   MIN commission rate of 3.95?
17   A.   Yes.
18   Q.   Looking at the next, approximately next 34
19   entries, all PFS accounts with a MIN commission rate of
20   4.95?
21   A.   At Page 17?
22   Q.   Yes.
23   A.   Yes.
24   Q.   Page 18, all PFS accounts with a MIN commission
25   rate of 4.95?

Page 148

1    A.   Yes.
2    Q.   Page 19, the next 34, all PFS accounts with a
3    commission rate of -- MIN commission rate of $4.95,
4    correct?
5    A.   Yes.
6    Q.   Page 20, next 34, all PFS accounts with a MIN
7    commission rate with $4.95, correct?
8    A.   Yes.
9    Q.   Page 21, PFS accounts, all PFS accounts all with
10   a MIN commission rate of 4.95, correct?
11   A.   Yes.
12   Q.   Page 22, the first few accounts, first seven
13   accounts are PFS accounts with a MIN commission rate of
14   4.95?
15   A.   Yes.
16   Q.   Okay.  Now, starting at line 729, do you see
17   these pages have been highlighted?
18   A.   Yes.
19   Q.   And these highlighted pages go uninterrupted from
20   line 729 to line 1175, correct?
21        MS. SUM:  What's the ending?  Eleven what?
22        MR. MATTHEW FORD:  Eleven --
23        THE WITNESS:  Page 34?
24   BY MR. MATTHEW FORD:
25   Q.   Yes.  It goes to Page --

Page 149

1    A.   -- 35, half page.
2    Q.   Yes.  It's 1175.
3    A.   Yes.
4    Q.   Now, if we look at these, and take your time and
5    look through all those pages because we have a few
6    hundred customers here, I just want you to verify that
7    each one of these customers is receiving a MIN commission
8    rate of $1.95 unabated up until the end of page,
9    basically, 34, so line 1170.
10   A.   I'm sorry, I didn't understand the question.
11   Q.   Yes.  Just, I want you to verify for me on your
12   Excel spreadsheet if you start at 729 and then you go all
13   the way to 1170, the entry, all of those individuals are
14   receiving a MIN commission rate of 195, correct?
15   A.   It's up until 1170, correct.
16   Q.   Now, from line 729 to line 748, on Page 22, those
17   are all PFS accounts, correct?
18   A.   On which accounts?
19   Q.   So Page 22 and it's line 729.
20   A.   Okay, I have to go back to 22.
21   Q.   Line 729 to line 748.
22   A.   729 to seven --
23   Q.   48.
24   A.   48.  And what is the question?
25   Q.   They are all PFS accounts, correct?

Page 150

1    A.   Yes.
2    Q.   And then starting at line 749, they're all MBS
3    accounts from 749 until 1170, correct?
4    A.   To which one?  Eleven what?
5    Q.   1170.
6    A.   Yes.
7    Q.   Okay.  Now, I want you to go through starting at
8    729 to -- line 729 on Page 22 to line 1170 on Page 34
9    and --
10   A.   729 to --
11   Q.   To Page 34, line 1170.  I want you to go through,
12   take your time, and just identify, start at line 749 to
13   1170, identify every instance in which you see one of
14   those MBS customers who is from the United States.
15   A.   Okay.  There is one customer, 928, Marciel
16   Gonzalez.
17   Q.   Got it.
18   A.   There's another 1940, Devon Long.
19   Q.   Okay.
20   A.   1066.
21   Q.   Okay.
22   A.   1135 doesn't have -- there are a few that doesn't
23   have countries in there.  Doesn't show.
24   Q.   That's line 1081 doesn't have a country, and
25   35 --

Page 151

1    A.   1113 is also the same, and 1081.
2    Q.   Got it.
3    A.   What was the last person that we were --
4    Q.   Line 1170.
5    A.   So 1171, 1172.
6    Q.   Well, stop at 1170.
7    A.   I'm sorry.  What was the last number I gave you?
8    Q.   It looks like we missed 1148, Jean Martinetti, it
9    looks like.  His MIN commission rate is 1.95?
10   A.   1148, okay.
11   Q.   And he's from the US, correct?  And then it looks
12   like --
13   A.   1148?
14   Q.   Yes.
15   A.   Sorry.  Just one second.
16   Q.   Page 34.  And then 1144, which is Ognjen Popovic,
17   O-G-N-J-E-N, P-O-P-O-V-I-C, it looks like there is no
18   country listed.
19   A.   Um-hm.
20   Q.   1154, Daniel Odongo, no country listed?
21   A.   Correct.
22   Q.   And 1157, Shinwin Numfor, no country listed.
23   A.   Yes.
24   Q.   So now, let's look at lines 1171 to lines 1178,
25   so that's 17 people.

Page 152

1    A.   Okay.
2    Q.   And let's go through and identify which of those
3    are US customers receiving a MIN commission rate of 2.95
4    or 3.95.
5    A.   1171.
6    Q.   Yes.
7    A.   1172.
8    Q.   Yes.
9    A.   From US, right?
10   Q.   Yes.
11   A.   1173, 1174.
12   Q.   Yes.
13   A.   That's it.  I don't know what MT stands for.
14   Q.   That's 2.95.  And then what about people listed
15   as US with 3.95 rate?
16   A.   1176, 1177, 1178.
17   Q.   Yes.
18   A.   1180.
19   Q.   Yep.
20   A.   1181.
21   Q.   That's Pyunggun Han, P-Y-U-N-G-G-U-N, Han, that's
22   1181?
23   A.   Yes.  And then 1183.
24   Q.   Okay.
25   A.   1184.

Page 153

1    Q.   Okay.
2    A.   1185.
3    Q.   Yep.
4    A.   1186, 1187.
5    Q.   Great.  Okay.  So I just have one final question
6    and then we're going to move on.
7         I'm just asking about MIN commission column.  I
8    want you to go through the remainder of these pages,
9    which starting at line 1188 on Page 35, I want you to
10   just go through, you don't have to answer page-by-page,
11   and let me know, first, if you see any individuals who
12   are not from the US and then, second, if they have a MIN
13   commission in that column less than 4.95.
14   A.   Okay.
15   Q.   They are all from the US and they all have a MIN
16   commission of 4.95, correct?
17   A.   That's correct.
18   Q.   And if we go back to Page 35 quickly and we look
19   at line 1188 to 1194, those are PFS numbers, right?
20   A.   1180 what?
21   Q.   1188 to 1194, that's all PFS?
22   A.   That's right.
23   Q.   And starting at 1195, they are all MBS
24   accounts, right?
25   A.   All the way to the end?

Page 154

1    Q.   All the way to the end.
2    A.   I wish you asked me when I reviewed that already,
3  the entire thing.
4    Q.   You can go through now and confirm that they're
5  all MBS accounts and that they all have the per share
6  listed at .01.
7    A.   That's right.
8    Q.   Let's go back to the beginning.  I highlighted so
9  we'll just go through, I'm going to tally up.  We're
10  going to go through all of the US customers of SureTrader
11  with MBS accounts who are receiving a MIN commission less
12  than 4.95.  Okay.  Line 3.  Line 17 --
13    A.   What are we counting again?  I'm sorry.
14    Q.   All of the MBS -- you know what, why don't we
15  even up the ante?  Why don't we do all US customers
16  receiving a MIN commission of less than 4.95?
17    MS. SUM:  Objection.
18  BY MR. MATTHEW FORD:
19    Q.   So we have line 3 -- except he has two, line 142,
20  that's three.
21    A.   So all US receives less than 4.95 that is PFS or
22  MB?
23    Q.   We will do them all.
24    A.   All?  I'm going to need either you doing the list
25  or I'm doing the list because it's confusing me that you

Page 155

1  are doing --
2    MS. JOHNSON:  I object to the math test.  Why
3    don't we give him a number?
4    MR. MATTHEW FORD:  I'm going to go through and
5    confirm that this is accurate.
6    MS. JOHNSON:  The document says what it says.
7    MR. MATTHEW FORD:  Sure does.
8  BY MR. MATTHEW FORD:
9    Q.   Let's look at, oh, 3.75, that was somebody
10  getting less than 4.95.  It's an AU, we think it's
11  Australia so we won't count him, but 3.76, PFS account,
12  that was a one dollar MIN commission US, so that gets us
13  to four.
14    And then 402, MBS account, US, commission of
15  3.95.
16    404, MBS account, US, commission of 1.95.  That's
17  six.
18    Line 482, US, PFS account getting commission rate
19  of 3.95.  Line 533, US, PFS account receiving commission
20  rate of 3.95; eight.
21    Line 928, MBS account, receiving a commission
22  rate of 1.95.  That's nine?
23    MS. SUM:  Counsel, are you asking a question or
24    testifying?
25    MR. MATTHEW FORD:  I'm going to ask a question.

Page 156

1    MS. SUM:  I object to this continuing recitation
2    of lines from an exhibit that speaks for itself.
3    MR. MATTHEW FORD:  Okay.
4  BY MR. MATTHEW FORD:
5    Q.   Line 940, US customer, receiving MIN commission
6  1.95.  That's ten.
7    MS. SUM:  Continued objection.
8  BY MR. MATTHEW FORD:
9    Q.   Line 1066 -- I'm going to ask a question at the
10  end.  1066, I need to form a predicate.
11    1066, MBS account receiving a commission of 1.95;
12  11.
13    Now, line 1081, it doesn't list a country.  We'll
14  just include it.
15    Line 1113 doesn't list a country.  We'll include
16  it.
17    Line 1135 doesn't list a country.  We'll include
18  it.
19    Line 1144 doesn't list a country, we'll include
20  it.
21    Line 1148 is MSB, US account receiving commission
22  1.95.  That gets us up to 16.
23    1154 doesn't include a country.  We'll include
24  it.
25    1157 doesn't have a country.  We'll include it.

Page 157

1    And then 1171 through 1187, I'm just going to
2  count.  These are from the US that are receiving
3  commission rates between 2.95 and 3.95.
4    One, two, three, four, five, six, seven, eight,
5  nine, ten, 11, 12, 13, 14, add 14 to that.
6    Including individuals without countries listed,
7  we have identified a total of 32 SureTrader accounts on
8  your report, including PFS and MBS numbers that were
9  receiving a MIN commission rate less than 4.95.
10    Is that a fair description of what we just looked
11  at?
12    MS. SUM:  Objection.
13    THE WITNESS:  I haven't looked at it.  You
14    counted.  I haven't looked.
15  BY MR. MATTHEW FORD:
16    Q.   Okay.
17    A.   Because I can't make the count while you're
18  counting also out loud.
19    Q.   Can we go back to Exhibit 1?
20    A.   Sure.  Where am I going?
21    Q.   We're going to go to page -- start with Page 4.
22    A.   Page 4?
23    Q.   Yes.
24    A.   Okay.
25    Q.   It says, the bottom paragraph, top line:

Page 158

1          "SureTrader, however, actively solicited US
2     customers until approximately March or April of 2017
3     through an affiliate program run by Justin Ritchie."
4          We've discussed that several times now, right?
5     A.   We did.
6     Q.   And then on the next page, the second bullet
7     point:
8          "Clients referred to SureTrader from Investor
9     Underground and stocktradeideas.com received 20 free
10    trades when funding their account with $2,000 or more,
11    and also pay commissions of only 4.95 on trades of up
12    to 10,000 shares."
13         Do you see that?
14    A.   Yes.
15    Q.   And this was your whistleblower letter to the SEC
16    letting them know that US traders paid 4.95 in commission
17    per trade, correct?
18    A.   Depends, how to look at that.  It's either 4.95
19    if they traded a certain amount of shares or they
20    received a discounts for trading 10,000 shares instead of
21    a thousand shares for 4.95, yes.
22    Q.   And that was for Investor Underground and
23    stocktradeideas.com in 2017, that that deal was for?
24    MS. SUM:  Objection.
25    THE WITNESS:  I don't recollect the date but I

Page 159

1     know, as I said before, SureTrader did give discounts
2     for multiple different trading schools.  The rate was
3     a thousand shares for 4.95 and they offered 10,000
4     shares for 4.95.
5     BY MR. MATTHEW FORD:
6     Q.   Mr. Frantz, I'm going to move to strike as
7     nonresponsive.  I just asked you whether, in your
8     whistleblower letter, it was correct that it was Investor
9     Underground and Stock Trade Ideas who, in 2017, gave that
10    4.95 deal to their students.  Yes or no, did you say that
11    in your SEC whistleblower letter?
12    A.   Repeat the question, please.
13    Q.   Just to be clear, you created this document in
14    February 2018?
15    A.   I exported that document.  I didn't create it.
16    Q.   Okay.  Time for a break.
17    THE VIDEOGRAPHER:  Going off the video record at
18    2:47 p.m.
19    (A discussion was held off the record.)
20    (A brief recess was taken from 2:48 p.m. to
21    3:02 p.m.)
22    THE VIDEOGRAPHER:  We are back on the video
23    record at 3:01 p.m.
24    BY MR. MATTHEW FORD:
25    Q.   We're going to introduce as our next Exhibit 28.

Page 160

1     (Exhibit No. 28, Text Messages between Assaf
2     Shalef and Yan Frantz, was marked for identification.)
3     BY MR. MATTHEW FORD:
4     Q.   These are text messages that you produced to us
5     between you and Mr. Assaf Shalev.  Do these look familiar
6     to you?
7     A.   Yes.
8     Q.   And this is November 17, 2016, date for the first
9     set of text messages?
10    A.   Yes.
11    Q.   These were sent by you and Mr. Shalev through
12    WhatsApp.  Is that correct?
13    A.   Yes.
14    Q.   You say, "I appreciate this, and he says, "He
15    asked me what's your experience, I told him it's your
16    specialty."
17         Do you see that?
18    A.   No.  Where?
19    Q.   The first three text messages.
20    A.   He asked for, "He asked me what's your
21    experience, I told him it's your specialty"?
22    Q.   Yeah.  You say, "I appreciate this," and then it
23    says, "He asked me what's your experience.  I told him
24    it's your specialty." Do you see that?
25    A.   Yes.

Page 161

1     Q.   And the "he" he is referring to there is
2     Mr. Gentile, correct?
3     A.   Yes.
4     Q.   And you said, "Good, I can make magic"?
5     A.   Yes.
6     Q.   And then Assaf responds by saying, "Good luck.  I
7     lied and told him you've done this before."
8          Do you see that?
9     A.   I do.
10    Q.   "So please, please make sure you do this right.
11    I want to work with this guy and he has the potential to
12    bring us both up if we prove ourselves."
13         Do you see that?
14    A.   I do.
15    Q.   Did you understand that Mr. Shalev was going to
16    lie to Mr. Gentile about your experience in order to get
17    you the job?
18    A.   No.  I didn't think so.
19    Q.   But you understood when you received this text
20    message that he was telling you that he had lied to
21    Mr. Gentile about your experience, correct?
22    A.   It seems like it but I didn't know in what
23    capacity, what did he say.  He didn't say too much but,
24    you know, just told him you have done this before.  Done
25    what?

Page 162

1    Q.   Can you remind me again how long you worked for
2    Quasar?
3    A.   I would say less than a year in the same two
4    times that I worked there.
5    Q.   And earlier you couldn't recall if you were
6    trading with your own money or the firm's money, correct?
7    A.   It was both.  I just don't remember the times of
8    which trade.  I would say the first time I joined the
9    company I traded a friend's capital but, again, I'm not
10   sure.
11   Q.   But isn't it true that in 2015, you only worked
12   for the company from February 3, 2015, to August 6, 2015?
13   A.   Possibility.  Again, I don't recall the exact
14   dates.
15   Q.   Less than six months, though, correct?
16   A.   I don't recall, again, the actual dates.
17   Q.   Okay.  And you stopped working there because you
18   lost all of your money, correct?
19   A.   Might have been, yes.
20   Q.   And so did you understand that Mr. Shalev was
21   lying about your experience at Quasar to Mr. Gentile?
22   A.   No.  Not at all, because my work at SureTrader
23   has nothing to do with my trading experience and so I'm
24   not sure, again, why he had to lie.  I think that he can
25   just say that, you know, I'm someone who has the capacity

Page 163

1    or, you know, the skills or the potential to do things
2    that he's looking for.  I'm not sure why he had to go and
3    lie.  I didn't ask that.  I never expected him to do
4    that.  I can vouch for me which I would probably want you
5    to do, but I never asked him to lie for me.
6    Q.   But he did lie for you, correct?
7    A.   Again, I don't know what he said to Guy.  He is
8    mentioning here just, you know, "I just mentioned to him
9    that you've done this before."
10        I don't know what is that in relation to.  I just
11   said, "I appreciate you helping me out."  That's what I'm
12   saying.  I'm not saying that I appreciate that you lied.
13   I said "I appreciate"h meaning, you know, when a friend
14   is trying to help you get a job, you appreciate what they
15   do.  I didn't request to lie.
16   Q.   Right, but Mr. Shalev when he said, "Good luck, I
17   lied and told him you've done this before," you
18   responded, "We need to speak more about this on the phone
19   obviously to match expectations," right?
20   A.   Yes.  I didn't know what he was talking about, to
21   be honest.  Like I said, I don't know why he had to
22   mention to me that he lied.  I never asked him to lie.  I
23   never requested it.  If anything, I would request
24   someone to, you know, say the potential truth that I'm
25   capable in doing things rather than lie because, you

Page 164

1    know, what's the point of that, especially when you're
2    knowing someone -- yeah.
3    Q.   If we go to the third page, these are now text
4    messages from July 23, 2017.  Do you see that?
5    A.   What date?  July 23, 2017?
6    Q.   Yes.  And Mr. Shalev says:
7        "Well, you're his bitch now so just accept it and
8    when it's time for him to reward you for it, hopefully
9    he does."
10        Do you see that?
11   A.   Yes.
12   Q.   And you respond, "Not really.  I'm playing my
13   cards."
14        When you said, "I'm playing my cards," was that
15   in reference to you attempting to get more money from the
16   company?
17   A.   No.  I never discussed my pay with anyone after
18   my initial start of the company.  I think there was
19   something more of an expectations that when the bonus
20   will come end of the year, it will be a great bonus based
21   on my performance and based on my things that I've done
22   for Guy, both in his company, and maybe perhaps also for
23   being -- hearing him a lot complaining after hours in my
24   personal time.
25   Q.   Okay.  Let's look at Tab 34.

Page 165

1         MR. HALPIN:  Exhibit 29.
2         (Exhibit No. 29, Email Sent by Antonio Collie to
3    Guy Gentile on July 13, 2017, was marked for
4    identification.)
5    BY MR. MATTHEW FORD:
6    Q.   This is an email sent by Antonio Collie to Guy
7    Gentile on July 13, 2017, entitled SAS Ltd. Resolution to
8    Change Salary for COO Response to Yaniv."
9        Do you see that?
10   A.   I do.
11   Q.   Have you seen this email before?
12   A.   I have to read it.
13   Q.   Does this refresh your recollection that around
14   July 2017, you had requested a raise at SureTrader?
15   A.   Again, I have to read it to see what it means so
16   give me time, I appreciate that.
17        Okay, I've never seen that email before, by the
18   way.  Obviously it was sent from Antonio Collie to Guy
19   Gentile.
20   Q.   Yes.  And the question was:  Does that refresh
21   your recollection that at sometime just shortly before
22   you sent the text messages that we just looked at from
23   July 23rd, that you had requested a salary increase?
24   A.   I don't remember requesting that.  I think during
25   that time, I think June or July, Guy appointed me to be

Page 166

1  the COO of the company and when you're being appointed to
2  a much higher position from senior sales manager to chief
3  operating officer, with the intent also to manage the
4  sales team, I think it was understood that there will be
5  some sort of bump in my salary.
6       I don't recall asking directly and requesting a
7  bump in the salary but it was definitely something in my
8  head that a bump will come, and I don't think it was -- I
9  don't know if it was made and if it was made, it was a
10 very small portion of employment.  I don't remember that,
11 though.  I don't recall.
12      Q.   In the draft email that Mr. Collie writes, he
13 says:
14           "Yaniv, earlier this week I outlined to you a
15      salary increase to compliment your appointment as
16      chief operating officer of the company as a reward and
17      to thank you for the great work that you are doing for
18      the firm since your arrival seven months ago."
19      Does that refresh your recollection that you
20 were, in fact, offered a pay increase in conjunction with
21 your appointment as COO?
22      A.   As I said before, my compensation in the company
23 was around 100,000 a year, and if he is suggesting to be
24 a hundred thousand, then the increase would be a bare
25 minimum.

Page 167

1           I don't recall requesting formally an actual bump
2  in my salary, but when someone automatically is being,
3  you know, appointed to be the chief officer of the
4  company -- I'm sorry, the chief operating officer of the
5  company, from just being a senior sales manager, you
6  would, automatically would think that someone in the
7  higher up above as the CEO or the president of the
8  company would think that a salary increase would come
9  automatically with that.
10          So maybe there was some sort of a discussion with
11 Antonio after I was appointed to be the COO, because the
12 only person that appointed me at that time was Guy and it
13 happened very naturally over dinner, it wasn't at work.
14          So I think maybe Antonio got to know about this
15 maybe the day after and he came to congratulate me and
16 obviously he put really good words here which shows that
17 I did do a good job and he did get along with me.
18      Q.   Okay.
19      A.   But I don't recall as what you're trying to say
20 that I formally tried to go and seek a higher salary.
21      Q.   In the next paragraph, it says:
22           "Accordingly, the increase in your base annual
23      salary to $100,000, along with full living
24      accommodations, work permit and a nice bonus at
25      year-end is very comparable to an ex-pat with your

Page 168

1  experience and education, and especially given your
2  short tenure of only seven months with the firm.
3           "You have indicated to me that you are used to
4  making three or four times of what I have offered and
5  that you are also seeking stock options and profit
6  revenue sharing.  I have noted your compensation
7  expectations and, quite frankly, it is not in line
8  with my expectation at this point in our very short
9  professional relationship with the firm."
10      Do you see that?
11      A.   I see that but this is also very confusing
12 because this is almost like an email that Antonio is
13 sending to Guy to draft him what to say to me.  So --
14      Q.   I'm just asking if you see it.  Do you see it?
15      A.   I see where it says.
16      Q.   Do you recall asking for three to four times the
17 hundred thousand dollars?
18      A.   I don't recall saying that.
19      Q.   At that time, were you used to making 400 to
20 $500,000 at your jobs, per year?
21      A.   No.
22      Q.   And the next paragraph, it says:
23           "The reality, Yaniv, you also lack sufficient
24      industry experience in financial services and do not
25      possess adequate industry professional qualifications.

Page 169

1  I need people in the firm with qualifications that are
2  registerable with the Bahamas Securities Commission
3  and regulators.  It helps the brand a lot.
4           "Antonio, for example, has a professional CPA
5  license and over 20 years of financial service
6  experience.  Ed has even more experience, especially
7  in compliance.  Janay has the Series 7 and is just a
8  genius.  I'm not paying any of them no way near what
9  you are asking for."
10      Do you see that?
11      A.   I do.
12      Q.   And then it says:
13           "Let's continue to work on the objectives of the
14      company and see where we are in the next six, 12,
15      18 months.  I will take care of the executives and
16      employees."
17      Do you see that?
18      A.   I do.
19      Q.   Do you know, was this email ever sent to you?
20      A.   No.
21          MR. HALPIN:  Exhibit 30.
22          (Exhibit No. 30, Email Sent from Yan Frantz to
23 Guy Gentile on October 15, 2017, was marked for
24 identification.)
25

Page 170

1  BY MR. MATTHEW FORD:
2      Q.   This is an email sent from you to Mr. Gentile on
3  October 15, 2017.  Do you see that?
4      A.   Yes.
5      Q.   Produced at Gentile 4307.  You say --
6      A.   Produced what?  I'm sorry.
7      Q.   The Bates stamp is Gentile 00004307.
8      A.   Yes.
9      Q.   It says:
10          "I wanted to share this email as it's been
11  sitting on my chest for quite some time."
12          Do you see that?
13     A.   Yes.
14     Q.   If you skip down a paragraph, it says:
15          "I think you already know how serious I take your
16  company since my first day in office."
17     A.   Can you guide me exactly to where am I looking
18  at?  Which paragraph?
19     Q.   Yes, it's the second full paragraph.
20     A.   Okay.
21     Q.   "I think you already know how serious I take your
22  company since my first day in office and why I moved here
23  to run your company."
24          Do you see that?
25     A.   I do.

Page 171

1      Q.   And you say:
2          "That is because I believe in it 100 percent and
3  nothing, but also no one can stop me to do my job the
4  best while achieving success and raising the bar."
5          Do you see that?
6      A.   I do.
7      Q.   On that day when you wrote that, October 15,
8  2017, did you believe 100 percent in the company?
9      A.   Not really.  I had to tell my boss what he wanted
10  to hear.
11     Q.   So let's go to the paragraph before.  You say:
12          "You know, I almost never find the proper time to
13  speak with you openly on an important personal
14  professional matter that was once discussed already.
15  As time goes by, it feels as every time I wanted to
16  speak with you something literally came up between the
17  DOJ and SEC cases to you dealing with an ongoing drama
18  with both girlfriends, but I want you to know that all
19  were very understood to me, hence, why I took my time
20  and never stressed you out over this.
21          "With that been said, I was also hoping to hear
22  something sooner from you so I could put this item off
23  my chest."
24          Do you see that?
25     A.   I do.

Page 172

1      Q.   Was that item an increase in salary?
2      A.   I don't recall what was that about.  I think it
3  was time during the end of the year that was a very lack
4  of communications from the top, meaning Guy has
5  disappeared for quite some time and didn't answer
6  messages or write on time.  It wasn't only for me, it was
7  also for Antonio Collie, especially, because he did
8  brought that to my attention, so I think communications
9  was very needed.
10          I wanted to have more communications with Guy.  I
11  wanted to have more clarity and more transparency about
12  what you -- why is this kind of things that were
13  happening.  I don't recall this is regarding actually
14  about my salary or anything to do with that.
15          I know I did want to speak with him also end of
16  the year about expectations, about performance and
17  everything which never came.  In fact, he was in the
18  company and came and give everyone bonuses and when it
19  comes to me, he just left the island and just told
20  Antonio Collie to give me how much my bonus will be, and
21  never received any performance evaluation.
22          So I presumed that it was pretty good.
23     Q.   Okay.  So then if you go down to the second to
24  last paragraph, the largest one, it says:
25          "It took me months to find the proper time to

Page 173

1  speak with you for the first time back in July about
2  my compensation package, and because it's been over
3  three months since that conversation, I was hoping to
4  get a better answer by now and to be able to feel more
5  secure about my future."
6          Do you see that?
7      A.   No, I'm sorry.  Can you repeat that again?  Is it
8  my position as the COO?  I don't know where you are.
9      Q.   That paragraph, yes, if you go down to the third
10  line from the bottom of that paragraph midway through,
11  you say:
12          "It took me months to find the proper time to
13  speak with you for the first time back in July about
14  my compensation package and because it's been over
15  three months since that conversation, I was hoping to
16  get a better answer by now and to be able to feel more
17  secure about my future."
18          Do you see that?
19     A.   I see it.  Again, I don't recall having that
20  conversation as deeply as it sounds.  I just know that
21  whatever happened with the salary, it was never, you
22  know, that much of a bump or anything.
23     Q.   Does this refresh your recollection that the item
24  you wanted to get off your chest was increase in salary?
25     A.   No, not really, it doesn't really do that.

Page 174

1  Q.   And then the last paragraph, you say:
2       "At the end, there's no such thing as a good time
3  when you truly speak your heart with one you built a good
4  foundation and trust while planning to take the company
5  to the next level."
6       Do you see that?
7  A.   Yes.
8  Q.   And in October 13, 2017, was that your plan, to
9  take the company to the next level?
10 A.   It was my plan from day one, I wanted to improve
11 the company from the day, first day I joined the company.
12 I wanted to, you know, be on Guy's side.  I wanted to be
13 on the regulation side.  I wanted to bring revenue.  I
14 wanted to make the company more successful, yeah.
15      My plans were to improve the company, to bring it
16 to the next level.
17 Q.   Okay.
18      MR. HALPIN:  Exhibit 31.
19      (Exhibit No. 31, Email from Justin Ritchie to the
20 Executives at SureTrader.com, November 7, 2017, was
21 marked for identification.)
22 BY MR. MATTHEW FORD:
23 Q.   This is an email from Justin Ritchie to the
24 executive at suretrader.com November 7, 2017.  It says:
25      "Good morning.  I was contacted by the labor -- I

Page 175

1  was contacted by the Department of Labor this morning
2  and advised that they will be stopping by the office
3  this Thursday at 10:00 a.m., for an investigation
4  regarding Yaniv."
5       Have you ever seen this email?
6  A.   Yes.
7  Q.   You've seen it?
8  A.   Yes.  It's executives, I'm one of the executives.
9       You would have received that
10 executives@suretrader.com?
11 A.   Yes.
12 Q.   And did you understand that the reason the
13 Department of Labor was investigating you was based on
14 complaints from employees of MintBroker?
15 A.   No.  Actually, the actual subject for the meeting
16 was not known to us at all.
17 Q.   Okay.
18 A.   I actually did message Guy about this.  He
19 replied multiple times on WhatsApp, there's nothing for
20 you to worry about, this is something that happened in
21 the island many times for ex-pats.  The labor department
22 in the Bahamas is known to actually chase after ex-pats,
23 I wouldn't be concerned if I was you.
24      MR. HALPIN:  Exhibit 32.
25      (Exhibit No. 32, Videotaped Deposition Excerpt of

Page 176

1  Stephen Darville 1/25/2023, was marked for
2  identification.)
3  BY MR. MATTHEW FORD:
4  Q.   Exhibit 32, this is an excerpt of a deposition
5  given by Steve Darville under oath in a different matter?
6  A.   Stephen what?
7  Q.   Darville.
8  A.   The IT guy, is that --
9  Q.   Do you know Stephen Darville?
10 A.   If that's his last name, the IT guy, then, yes.
11 Q.   If you could flip to Page 101.
12      MS. SUM:  I'm objecting to the exhibit as
13 incomplete transcript of Mr. Darville.
14      MR. MATTHEW FORD:  Okay.
15 BY MR. MATTHEW FORD:
16 Q.   Line 17:
17      "Question:  Were you familiar with the chief
18 operating officer named Yaniv Frantz or Yan Frantz?"
19      Do you see that?
20 A.   I do.
21 Q.   And he says:
22      "Yes, I do recall Mr. Frantz.
23      "Question:  What can you tell me about him?
24      "Answer:  He was a very horrible guy.  Just was
25 an unpleasant individual.  Came into the company and, you

Page 177

1  know, basically started firing people and just he would
2  insult vendors who would have come in to work at the
3  company.  Just a real mean guy."
4       Do you see that?
5  A.   I do.
6  Q.   And was that -- do you recall an individual named
7  Brent?
8  A.   Yes.
9  Q.   And do you recall an altercation between you and
10 Brent at MintBroker?
11 A.   I remember him being in the office with me.
12 Brent was the guy, friends of Guy Gentile, who we hired
13 to do the construction for the second office that
14 SureTrader had.  Guy asked to get some sort of an invoice
15 about or estimate how much it's going to cost to do the
16 renovation.  He then give us an invoice which Guy wanted
17 me to, of course, negotiate which I did, and at the end
18 of it, he wanted to receive the payment for an incomplete
19 project, something like I believe Guy would not be happy
20 about and I said, "We cannot pay you out."
21 Q.   Did you scream at him?
22 A.   I did not.  He actually did to me.
23 Q.   He screamed at you but you didn't scream back?
24 A.   No.
25 Q.   Did you punch him?

Page 178

1  A.   No.
2  Q.   Did he punch you?
3  A.   I don't think so, but he was acting very
4  aggressively.
5  Q.   If we go down to line 5:
6       "Question:  Do you think he was mean?"
7       And if we skip down to line 11, he says:
8       "And with the EC technician, he told the guy, I
9  don't know how he didn't get punched, he said some
10 really means thing to the guy, just like a malicious
11 fellow."
12      Do you see that?
13 A.   I do but --
14 Q.   Do you know if Mr. Darville was referring to the
15 altercation with Brent that you were just discussing?
16 A.   Mr. Stephen was not present in this meeting.
17 This was a private meeting in my office where Guy was
18 office, too.  The doors were closed, so he would not have
19 that information unless there was, you know, a
20 conversation where somebody told him this, but he was not
21 present to know the actual allegations like he is
22 stating.
23 Q.   My question is, when he says EC technician, is he
24 referring to Brent?
25 A.   I don't know who he is referring to.  I know

Page 179

1  Brent was the contractor, the main one.  I believe he was
2  overseeing that.  I don't recall exactly, but I know he
3  was managing the entire construction, but there's no way
4  Stephen would actually be able to testify such a thing
5  because this was a meeting in private.
6  Q.   Line 16, it says, I said:
7       "How did his employment end, do you recall?
8       And it says:
9       "Answer:  So basically a lot of the staff members
10 complained to the Labor Board of the Bahamas and they
11 actually sent a team of people to the company and they
12 interviewed everybody, and after that process took
13 place, his immigration, his papers were not renewed,
14 so he was asked to leave the country once his
15 paperwork expired."
16      Do you see that?
17 A.   Again, I know --
18 Q.   I'm just asking do you see that testimony, yes or
19 no?
20 A.   I see that and it's not true.
21 Q.   Does it refresh your recollection that the
22 purpose of the November visit by the Bahamian Labor Board
23 was based on complaints by multiple SureTrader employees
24 about your conduct at work?
25 A.   I'm not aware of that.  There was never a report

Page 180

1  that was given to us.  We requested such report.
2  Q.   That's a no?
3  A.   A report never came.
4  Q.   That's a no?
5  A.   So that's a no.
6  Q.   Do you recall doing cocaine during this time,
7  Mr. Frantz?
8  A.   Which time?
9  Q.   During this time period, October-November of
10 2017?
11 A.   I might have done.
12 Q.   How often were you doing cocaine during this
13 time?
14 A.   I would say occasionally or once in
15 a -- occasionally.
16 Q.   Were you drinking frequently during this time?
17 A.   No.
18 Q.   On line 13, in reference to you, he says that you
19 took your computer when you left?
20 A.   I'm sorry.  What page is that?
21 Q.   It's Page 103, line 13, he says, "He did take his
22 machine when he left."
23      Do you see that?
24      And that's true, you testified to that yesterday,
25 that you took your computer when you left, correct?

Page 181

1  A.   I was allowed to leave the island to Israel
2  because I was still an employee of the company and I was
3  still doing work.
4  Q.   Is that a yes?
5  A.   Yes.
6  Q.   And:
7       "Question:  Was that a violation of company
8  policy?
9       "Answer:  Yes, it was a violation.
10      "Question:  Would he have known about it, and, if
11 so, how?
12      "Answer:  Yeah, because he would have -- he would
13 have seen our policies, our IT policies and been
14 familiar with the procedures because he did a lot of
15 firing."
16      Do you see that?
17 MS. SUM:  Objection.
18 MS. JOHNSON:  Objection.
19 THE WITNESS:  I see.
20 BY MR. MATTHEW FORD:
21 Q.   Page 105, line 2:
22      "In your estimation, from what you know about the
23 situation, is there any reason to believe that he was
24 acting vindictively when he stole that company
25 property?

Page 182

1       "Answer:  Yes  definitely.
2       "Question:   Why do you say that?
3       "Answer:  Just because he was very unhappy with
4   the situation of him being, you know, told to leave
5   the country and he felt like the company was behind it
6   and that Mr. Gentile was against him and trying to get
7   rid of him, you know, and when it was actually his own
8   actions that led him to being, you know, asked to
9   leave the country."
10      MS. JOHNSON:  Objection.
11  BY MR. MATTHEW FORD:
12      Q.  Do you see that?
13      A.  I see it.
14      Q.  And that does not refresh your recollection that
15  the purpose of the November 2017 visit by the Bahamian
16  Labor Board was to investigate complaints by employees of
17  the company?
18      MS. JOHNSON:  Objection.
19      THE WITNESS:  Again, we did not receive any
20      reports to show any wrongdoing.  Guy himself messaged
21      me multiple times in multiple messages to tell me not
22      to worry about because it's a known thing in the
23      Bahamas that the Labor Department is harassing
24      ex-pats.
25  BY MR. MATTHEW FORD:

Page 183

1       Q.  If we could go to Tab 37.
2       A.  Where am I going?
3       Q.  We're getting it.
4       MR. HALPIN:  This will be Exhibit 33.
5       (Exhibit No. 33, Email from Yaniv Frantz to
6   Executives@SureTrader.com dated February 22, 2018, was
7   marked for identification.)
8   BY MR. MATTHEW FORD:
9       Q.  This is an email by you dated February 22, 2018.
10  It's from yaniv@suretrader to executives@suretrader.com.
11  It's from February 22, 2018, subject, "Executive
12  meeting."  Do you see that?
13      A.  I do.
14      MR. HALPIN:  The Bates for the record on this
15      one, the first page is from the SEC's production and
16      it ends in 90668.
17  BY MR. MATTHEW FORD:
18      Q.  Do you see the last line of your email where you
19  say:
20      "Let's not stop with the great work we all bring
21      to the table and for pursuing the best results this
22      company is planning for 2018."
23      Do you see that?
24      A.  Yes.
25      Q.  When you first began working at SureTrader, you

Page 184

1   understood that your work permit was only from
2   January 2017 to April 2018, correct?
3       A.  About these times.
4       Q.  So as of February, 22, 2018, you were planning on
5   continuing to work through the company throughout 2018,
6   correct?
7       A.  Repeat the question.
8       Q.  When you sent this on February 22, 2018, your
9   intent was to continue working for the company
10  through 2018, right?
11      A.  Yes, I believe so.
12      Q.  You were attempting to renew your work permit,
13  right?
14      A.  Yes.
15      Q.  For the purposes of continuing to work at
16  SureTrader?
17      A.  Yes.
18      Q.  At this time, had you received any update on your
19  request for an increase in salary?
20      A.  I don't recall anything, any discussions about
21  that.
22      MR. HALPIN:  Just to clarify, that exhibit, I
23      misspoke, the beginning Bates is actually ended in
24      58166.
25      MS. SUM:  Wait.  It's not the 90688?

Page 185

1       MR. HALPIN:  No, for Exhibit 33 --
2       MS. SUM:  It's not the 90688?
3       MR. HALPIN:  No.
4       MS. SUM:  What is it?  Can you repeat it?
5       MR. HALPIN:  58166 for Exhibit 33.
6       This will be Exhibit 34 now.
7       (Exhibit No. 34, Email from Justin Ritchie to Guy
8   Gentile dated 3/23/18, was marked for identification.)
9   BY MR. MATTHEW FORD:
10      Q.  This is an email from Justin Ritchie to Guy
11  Gentile, Antonio Collie and Edward at suretrader.com
12  dated March 23, 2018.  Do you see that?
13      A.  I do.
14      Q.  Have you seen this email before?
15      A.  I might have.
16      Q.  It says:
17      "Hi, all.  At approximately 11:00 a.m. today,
18      Yaniv Frantz entered my office, asked to see the
19      letter detailing his work visa denial which I
20      furnished for him.  He then took the file saying that
21      he needed to make copies.  He then left the premises
22      with the file.  That is company property."
23      Do you see that?
24      A.  I do.
25      Q.  Do you see where the subject is, "Stolen file"?

Page 186

1    A.   I do.
2    Q.   Do you recall on March 23, 2018, entering
3    Mr. Ritchie's office and taking a file related to your
4    work visa?
5    A.   To the best of my recollection, during this time
6    of year, could be that day, I knocked on Justin's door,
7    of course he was there, I requested to see my file, my
8    employee file, I wanted to make copies of the actual work
9    permits that I had, what was extended what was not, so I
10   can actually take it with me.  I don't -- I don't recall
11   actually taking that file with me.
12        It even states over here that I needed to make
13   copies in the office.  We have three copy machines there
14   so I don't see why I had to take the original file
15   instead of taking copies in the office.
16   Q.   What Mr. Ritchie says is:
17        "He then took the file saying he needed to make
18   copies.  He then left the premise with the file.  That
19   is company property."
20        And it's titled, "Stolen file."
21        Did you understand that taking that file off of
22   company property would be stealing from the company?
23   MS. SUM:  Objection.
24   THE WITNESS:  Again, I don't recall doing that.
25   To the best of my recollection, I entered the office

Page 187

1    with the idea that he's there, not with his absence.
2    He was there.  I requested to see my file, not about
3    things that are being written for me, just about the
4    actual documents of immigration so I can actually make
5    copies for myself to speak with Guy about potential
6    doing more applications and maybe work on my
7    application with the assistance of, you know, people
8    that I know on the island.
9    BY MR. MATTHEW FORD:
10   Q.   Had you done cocaine prior to entering his office
11   on that day?
12   A.   No, I have never done any substances during work
13   hours.
14   Q.   Let's go to Tab 39.
15   MR. HALPIN:  This will be Exhibit 35.
16   (Exhibit No. 35, Termination Letter dated
17   4/12/18, was marked for identification.)
18   THE WITNESS:  Are we close to taking another
19   break?  I want to know if that's okay with you guys.
20   MR. MATTHEW FORD:  We can take a break now if
21   you'd like before we get into the next document.
22   That's fine.
23   THE WITNESS:  Sure.  That would be great.
24   THE VIDEOGRAPHER:  Going off the video record at
25   3:38 p.m.

Page 188

1        (A discussion was held off the record.)
2        (A brief recess was taken from 3:39 p.m. to
3    3:46 p.m.)
4        THE VIDEOGRAPHER:  We are back on the video
5    record at 3:46 p.m.
6    BY MR. MATTHEW FORD:
7    Q.   Mr. Frantz, if you look back at Exhibit 1, which
8    is your whistleblower letter, if you can go to Page 4, it
9    says three lines down, from the first paragraph:
10        "Mr. Frantz developed a close relationship with
11        Mr. Gentile.  Mr. Frantz left Swiss America in April
12        2018 after a falling out with Mr. Gentile."
13        Do you see that?
14   A.   I do.
15   Q.   That is not an accurate statement, is it?
16   A.   Well, Guy, at the end of our relationship, both
17   from professional and personal level, ghosted me and the
18   last thing that he mentioned was, "Shut the fuck up.  Are
19   you a lawyer now?"
20        So I would say, you know, that seems like a
21   fallout.
22   Q.   So, in fact, you didn't leave the company, you
23   were fired, correct?
24   A.   No.  I was -- I first was told that my work
25   permit was denied, then later on some reasoning came

Page 189

1    behind it but my work permit did not get extended.
2    Q.   In fact, you were fired from MintBroker, correct?
3    A.   There was a termination followed because one
4    year.
5    Q.   In fact, Mr. Gentile never said those words that
6    you just said.  Is that correct?
7    A.   Which ones?
8    Q.   "Fuck you, you're not a lawyer."  He never said
9    that, did he?
10   A.   He did, he sent over an email corresponding to an
11   email exchange that I have with the company about missing
12   payments of my previous pay or severance package, missing
13   a couple thousand dollars, and then he showed up to that
14   email to say, "Shut the fuck up.  What are you, a lawyer
15   now?"
16   Q.   Can we pull --
17   MR. HALPIN:  This is going to be Exhibit 36.
18   MS. SUM:  You marked something previously but you
19   haven't --
20   MR. HALPIN:  This is going to be 36.  These were
21   produced by Mr. Frantz.
22   MS. SUM:  These weren't Bates'd, even by your
23   office.
24   MR. HALPIN:  We haven't stamped them.  This is
25   not the correct document so I'll take that back.

Page 190

```
1          So We'll retract that and this will be
2     Exhibit 36.  Sorry.
3          (Exhibit No. 36, Text Messages Produced by Yaniv
4     Frantz to Guy Gentile, was marked for identification.)
5     BY MR. MATTHEW FORD:
6     Q.   We're just going to look at the last two pages.
7     This is text messages that you produced to us between you
8     and Mr. Gentile.  If you go to the last page of the
9     document, flip back.  Do you see the messages dated
10    3/30/18?
11    A.   Yes.
12    Q.   You sent a text message at 6:19 p.m., "She posted
13    my pic on her IG."
14         Do you see that?
15    A.   I'm sorry.  3/30 at what time?
16    Q.   6:19.
17    A.   P.m.?
18    Q.   Yes, and you see it says, "She posted my pic of
19    her on IG"?
20    A.   Yes.
21    Q.   Is that the girl you're referring to?
22         MS. SUM:  Wait.  Wait.  I'm sorry.  I didn't see.
23         MS. JOHNSON:  What's going on here?
24         MS. SUM:  What are you showing the witness?  You
25    haven't even shown me what you're --
```

Page 191

```
1          MR. MATTHEW FORD:  I'm showing him a picture.
2          MS. JOHNSON:  Can you make that an exhibit,
3     please?
4          MR. MATTHEW FORD:  We'll move on.
5          THE WITNESS:  I didn't even see the picture.
6     BY MR. MATTHEW FORD:
7     Q.   Around this time, did you ever overdose on
8     cocaine?
9     A.   No, I've never -- no, no.
10    Q.   Were you ever taken to the hospital by
11    Mr. Shalev?
12    A.   I don't recall that.
13    Q.   And it looks like, again, it's 6:19:58 second.
14    You said, "She's been stalking me since."
15         MS. JOHNSON:  Objection, what are you referring
16    to?
17         MR. MATTHEW FORD:  The text messages.
18    BY MR. MATTHEW FORD:
19    Q.   Then you write again, "She broke the dry times a
20    few times back.  She is nice, but I left right after."
21         Do you see that?
22    A.   I do.
23    Q.   What did you mean by "broke the dry times"?
24    A.   I have no idea, to be honest.  That was five
25    years ago.  I have no idea what this is relating to.  I
```

Page 192

```
1     don't recall.
2     Q.   And Mr. Gentile says "LOL" and then at 6:32, and
3     this is an March 30, 2018, you write, "When she started
4     biting my balls, I was about to call the dogs off."
5          Do you see that?
6     A.   I see that.
7     Q.   Okay.  What did you mean when you said, "When she
8     started biting my balls"?
9     A.   I really don't remember.  I don't know what
10    that's in relations to.
11    Q.   At the time you sent that text message, you had
12    already been notified on March 23rd that your immigration
13    work permit had been denied for renewal.  Isn't that
14    correct?
15    A.   On when?
16    Q.   March 23, 2018.
17    A.   I would say so, 23rd, 24th.
18    Q.   And then you write, "At her SLS room."  Do you
19    know what "SLS" refers to?
20    A.   Sounds like a hotel, but I --
21    Q.   And then it looks like Guy responds with some
22    laughing emojis and then at 6:37:
23         "I left two min after and tried to be as nice as
24    possible, but she was kind of weird but nice."
25         Do you see that?
```

Page 193

```
1     A.   I do.
2     Q.   Do you recall what you were talking about when
3     you said, "I left two min after"?
4     A.   Yeah, again, I don't know what's the reference to
5     that and who is that person.  I don't know what this is
6     about.
7     Q.   And then with no -- and then at 6:38, you say,
8     "She's very forward, dot, dot, cougar, I guess."
9     A.   Is this the last page?
10    Q.   Yes.  At 6:38 you say, "She's very forward, dot,
11    dot, cougar, I guess.  Not a bad person at all but she
12    needs to get laid more often."  Do you see that?
13    A.   I do.
14    Q.   Do you remember who you were referring to?
15    A.   Again, I don't have a photo to identify.  We had
16    a lot of locker room conversations, me and Guy.  He was
17    many times sharing that with me about women in his life.
18    I shared that with him, like what bros do.  It wasn't
19    something in particular that I tried to paint.  It was
20    many times he did it.  A few times I did it, too.
21    Q.   So if you were bros, you hadn't had a falling out
22    as of March 30, 2018, correct?
23    A.   Again, I don't know the relations to this text,
24    what is that means.
25    Q.   I'm using your words in your whistleblower
```

Page 194

1  letter.  You said that you and Mr. Gentile had a falling
2  out and I'm asking whether at the time on March 30, 2018,
3  at 6:39, when you said to him, "Not a bad person at all
4  but she needs to get laid more often," whether you had
5  had a falling out at that point?
6     A.   No, I think the termination came in April.
7     Q.   Not the termination, the falling out.
8     A.   Right, but the termination -- no.  No.
9     Q.   The falling out hadn't happened at that time?
10    A.   No.
11    Q.   Then it likes like you attach a photograph and
12 then Mr. Gentile just attaches a thumbs up, and then you
13 attach two more photographs, and Mr. Gentile says,
14 "You're brother looks just like you."
15         And you say, "Same parents," and that was on
16 April 1, 2018.  Do you see that?
17    A.   Yes.
18    Q.   And on April 3rd, you say, "Guy, how's everything
19 going?  Did you have a good holiday?"
20         Do you see that?
21    A.   Yes.
22    Q.   And there is no response, and then shortly after
23 you say, "Just called.  Do you have a minute?"
24         Do you see that?
25    A.   Yes.

Page 195

1     Q.   And then it looks like you attached two audio
2  files on April 7, 2018, and those would have been audio
3  messages, correct?
4     A.   I might, possibly, yeah.
5     Q.   And then on 4/12/2018, you say, "Guy, how's
6  everything, haven't heard from you, you good?"
7     A.   On 4/12, you mean?
8     Q.   Yeah.  You see that?
9     A.   Yes.
10    Q.   So on April 12th, is it safe to say you still had
11 not had a falling out with Mr. Gentile?
12    A.   I would presume so.
13         MR. HALPIN:  This will be Exhibit 37.
14         (Exhibit No. 37, Text Messages Taken From
15 Mr. Gentile's Phone, was marked for identification.)
16 BY MR. MATTHEW FORD:
17    Q.   These are text messages taken from Mr. Gentile's
18 phone.  Do you see the number at the top, (917) 292-1425?
19 Was that your phone number at the time?
20    A.   It is.
21    Q.   And then you see, it says, "Guy, how's
22 everything?  Haven't heard from you.  You good?"
23         Do you see that?
24    A.   Yes.
25    Q.   And that's what we just read and you had sent on

Page 196

1  April 12, 2018, correct?
2     A.   That's correct.
3     Q.   And then on April 13, 2018, it looks like you
4  attach a PDF?
5     A.   Yes.
6     Q.   And then you say, "Guy, is this a joke?"
7          Do you see that?
8     A.   Yes.
9     Q.   And that's at 10:06 a.m.?
10    A.   I believe that was 10:00 a.m. my time in Israel
11 or -- yeah, or maybe his time.  I don't know.
12         It's from his phone, so I would say his time,
13 yes.
14    Q.   Then you make a call at 10:08?
15    A.   Two calls as I mentioned earlier.
16    Q.   And then at 10:10 a.m., and they are both --
17    A.   Ignored.
18    Q.   It says voiced missed calls.
19         Ignored, you said?
20    A.   Ignored or missed.
21    Q.   So he ignored you here.
22    A.   Or missed.  It says missed.  Yes.
23    Q.   Okay.  And then you say, "Need to talk ASAP."  Do
24 you see that?
25    A.   I do.

Page 197

1     Q.   And then you called him again at 10:12 a.m.?
2     A.   I did.
3     Q.   And it says it was a missed voice call and then
4  at 10:41 a.m., you called him again, missed voicemail?
5     A.   Correct.
6     Q.   At on 1:09 p.m., you say:
7          "Are you seriously ignoring me completely, Guy?
8  I'm the that was there for you 110 percent, built your
9  company, stood for everything you said, both
10 professionally and personally, refused job offers, and
11 I'm getting fired on Friday night like nothing
12 happened???  I'm waiting for your explanation."
13         Do you see that?
14    A.   I do.
15    Q.   And when you say you stood for everything, you
16 said both professionally and personally, were you being
17 truthful when you texted him that?  Did you stand for
18 everything he said professionally and personally at the
19 time you sent this text message on April 13, 2018?
20    A.   I want to say the majority of it, sure.
21    Q.   On April 18, 2018, five days later, you say, "You
22 can rub," I think it's run?
23    A.   You can run.
24    Q.   "You can run, Guy, but you can't hide anymore.
25 Hope you're reading your company's emails."

Page 198

1    And then if we go to the next page, there's no
2  response, and on April 24, 2018, you say:
3        "A long email is ready to be sent if I don't hear
4  from SAS/MB shortly."
5        Do you see that?
6  A.   I see.
7  Q.   And what did you mean by SAS/MB?
8  A.   Swiss America Securities and MintBroker.
9  Q.   And when you said "If I don't hear from you
10  shortly, a long email is ready to be sent," do you
11  remember what email you're referring to?
12  A.   I don't know if it was an email.  I was just
13  trying to -- the company were -- owed me some money.  One
14  for days that I worked in the company when I was away
15  from the island about two weeks that wasn't paid for me,
16  as well as severance days and package that was honored to
17  me both as an executive of the company, and in the
18  Bahamas, there is a rule of 30 days for every year that
19  you put in, so there was like different kinds of things
20  that the company owed me and we're looking at about a lot
21  of money, you know, 20, $30,000.
22        The company handled the termination very poorly,
23  unprofessionally.  They kept me in the dark and I had to
24  force myself to create conversations with the company
25  over emails that it took the company quite sometime to

Page 199

1  respond to, and I was worried that they'll play games
2  with me, they're not going to pay me or, you know, using
3  Guy's tactics in the past, the way that he handled
4  terminations of other people or handled situations where
5  he just didn't want someone in the company, where he
6  just, you know, fair to say, threw him under the bus
7  because that's what he did during my watch.
8        MR. MATTHEW FORD:  Objection.  Nonresponsive.
9  Move to strike.
10        This is Exhibit 35.
11  BY MR. MATTHEW FORD:
12  Q.   This is a letter from Swiss America Securities,
13  Ltd. that you attached in your text message communication
14  with Mr. Gentile.  It is email on April 13, 2018, with
15  the note, "Guy, is this a joke?
16        And it is dated April 12, 2018, RE:  Termination
17  letter.  And it says:
18        "Dear Yaniv, referencing our discussion on
19        March 23, 2018, regarding the denial of your work
20        permit with MintBroker International, Ltd., the
21        company formally Swiss America Securities, Ltd.,
22        issued on March 12, 2018, please be advised the
23        company will discontinue your employment effective
24        immediately.  The management of the company is
25        expected to follow the laws set by the government of

Page 200

1  the Bahamas and its regulator, the Securities
2  Commission of the Bahamas, and following the necessary
3  protocol, access to company systems has been revoked.
4  Your total severance and accrued vacation days will be
5  assessed and balances owed will be sent to you via
6  direct deposit.  We wish you the best during this
7  transition."
8        Do you see this?
9  A.   I do.
10  Q.   And it is signed, it looks like, by four
11  different people.  Do you know who each of those four
12  people are?
13  A.   I do not.
14  Q.   Do you recall receiving this email or this letter
15  on April 12, 2018?
16  A.   Yes.
17  Q.   Was it emailed to you?
18  A.   It was.
19  Q.   And do you recall, did you produce a copy of this
20  email to the SEC?
21  A.   Yes.
22        MR. HALPIN:  This will be Exhibit 38.
23        (Exhibit No. 38, Email from April 13, 2018, from
24  Justin Ritchie to Yaniv Frantz, was marked for
25  identification.)

Page 201

1        MR. HALPIN:  This is Exhibit 38, and what is the
2  Bates stamp on that?
3        MR. MATTHEW FORD:  Gentile 0004313 and Gentile
4  00004314.
5  BY MR. MATTHEW FORD:
6  Q.   And this starts with an email from April 13,
7  2018, from Justin Ritchie to you, and it says:
8        "Dear Yaniv, referencing our discussion on
9        March 23, 2018."
10        Will you just read through that and confirm that
11  that is the same thing that was sent to you via the
12  formal termination letter.  It's at the very bottom of
13  the page sent at 5:03 p.m.
14  A.   I would think so.
15  Q.   And you respond on the same day April 13, 2018,
16  it says 10:26 a.m.
17        By the way, do you know the time difference
18  between Israel and the Bahamas?
19  A.   It's about seven hours.
20  Q.   Okay.  So that would mean that you sent this
21  email at 5:26, correct?
22  A.   Fair to say.
23  Q.   So it look like you received the email on the
24  13th at 5:03 p.m. from Justin Ritchie, and then at 5:26,
25  so 23 minutes later, you emailed him and you said:

Page 202

1    "Justin, my renewal got approved!  You met with
2    the Labor Department and was advised that it's
3    approved and today you were supposed to pick up the
4    certificate from the Labor Department.  Can you
5    explain what exactly this email that you're sending me
6    today??"
7        Do you see that?
8    A.  I do.
9    Q.  And when you say, "My renewal got approved," that
10   was it not?
11   A.  No.  Not at all.  In fact, we have multiple chat
12   conversations, myself and Justin Ritchie, after I sent an
13   email to the Labor Department Minister in the Bahamas
14   asking to try and assist in extending my work permit
15   which he applied "approved," and when I sent that
16   document to Justin, and I believe I sent it to Guy and
17   also Janay, I was very, you know, making sure that the
18   protocol is being met, Justin was going to the Labor
19   Department to try to work on my new work permit.  He was
20   instructed to do some ad on newspaper to request an
21   ex-pat, which is a procedure.  I offered my credit card
22   also to pay for that when Antonio called, he was not
23   around from the banking department to offer payment for
24   that.
25       So we were talking about that and as far as I

Page 203

1    know, he was supposed to pick up the work permit.  We
2    have that over WhatsApp messages.  All I know is that on
3    the same day he was supposed to pick up the work permit,
4    I believe either that day or the day after, I received a
5    termination email.
6        MR. HALPIN:  Exhibit 39.
7        (Exhibit No. 39, Text Messages between Yaniv
8    Frantz and Justin SureTrader, was marked for
9    identification.)
10   BY MR. MATTHEW FORD:
11   Q.  These are text messages between you and Justin
12   SureTrader that you produced to us?
13   A.  Yes.
14   Q.  It says, "Justin SureTrader." Do you know who
15   that refers to?
16   A.  Justin Ritchie.
17   Q.  Can we go to the last page of that document?
18       So it looks like on April 9, 2018, at 12:27, you
19   sent a text message to Justin saying:
20       "I thought they have all the information needed
21   on Friday to post it today.  Anyhow, I presume you
22   going to get the certificate on Friday and straight to
23   the immigration office?"
24       Do you see that?
25   A.  What's the last time?

Page 204

1    Q.  12:27 p.m.
2    A.  Yes.
3    Q.  And then at 12:28, Justin Ritchie responds:
4        "On Friday, they told me it would not be able to
5    run until tomorrow, Mondays paper is full."
6        Do you see that?
7    A.  I do.
8    Q.  That's in reference to the ad you were just
9    talking about?
10   A.  Yes.
11   Q.  And then you say, "I see.  Okay.  Understood.
12   Thanks," on the same day, April 9, 2018.  Do you see
13   that?
14   A.  Yes.
15   Q.  And then April 10th, you say, "Justin, did you
16   see that the ad is running?"
17       And Justin, on April 10, 2018, said:
18       "Haven't checked newspaper but I know it's
19   running because I'm getting resumes from it today."
20       Do you see that?
21   A.  I do.
22   Q.  And on April 10th, you say, "Okay."
23       And then on April 12th, you say, "Hey, Justin
24   how's your week going?"
25   A.  Yes.

Page 205

1    Q.  And then a minute later you say on April 12th:
2        "You heading to the Labor Department tomorrow for
3    the certificate?  I presume we going to submit
4    everything to immigration after."
5        Do you see that?
6    A.  I do.
7    Q.  And the next thing is an audio message from you
8    on the same day, April 12, 2018, at 4:17.
9        Do you see that?
10   A.  Yes.
11   Q.  And the next thing it says is 5/8/20 that you
12   blocked Justin SureTrader from your phone?
13   A.  Yes.
14   Q.  Does this refresh your recollection that as of
15   April 13, 2018, you did not, in fact, get a work permit
16   from the Bahamas?
17   A.  As I mentioned before, I exchange emails with the
18   Labor Department Minister from the Bahamas asking to
19   extend my work permit.  He replied to my email that he
20   approved it.
21   Q.  And is your -- was that through text message or
22   email?
23   A.  The what?
24   Q.  The approval email that you received from the
25   Bahamian government?

Page 206

1    A.   It was an email.

2    Q.   It was an email?

3    A.   I don't have his phone number, I have his email.

4    Q.   And it said your work permit has been approved?

5    A.   I shared with him a long story about who I am and

6    what I'm trying to achieve.  It was a beautiful, long

7    email and he replied the word "approved" in that email.

8    It was a very short email.  I don't remember how it was

9    written but it says "approved."

10   Q.   And that's your understanding of how you would

11   obtain an approval for a work permit, you would get an

12   email from somebody that just said the word "approved" on

13   it?

14   A.   Well, it's not someone, it's the Labor Department

15   Minister, and I believe that when the Labor Department

16   Minister is able to read your email and reply back

17   "approved," that he has approved that.  The only thing we

18   need to do is just go and file the paperwork.

19   Q.   Okay.

20   A.   This is the Labor Department Minister.

21   Q.   Did you ask Guy Gentile to pay him a $10,000

22   bribe to get it approved?

23   A.   No, never.

24   Q.   Isn't it a fact that Mr. Gentile said, "No, I'm

25   not doing that, Mr. Frantz"?

Page 207

1    A.   No, not at all.  Actually, we never talked about

2    it.  The only thing that we talked about was that the --

3    Guy mentioned that maybe I should speak with some people

4    on the island that he knows, maybe they can help, you

5    know, try to do something about this work permit

6    situation about the extension and I reached out to his

7    friend, that he connect me to and he sent me the Labor

8    Department Minister and asked me to email him, which I

9    did in a very lengthy email, and when I got the approved

10   from him, I was very happy because I felt that he

11   understood the email, it was a very long email,

12   explaining the entire situation that I would love to get

13   my work permit extended.

14   Q.   Can we go back to -- do you want to look at

15   Exhibit 35, the termination letter?

16   A.   Sure.

17   Q.   The first sentence is:

18        "Dear Yaniv, referencing our discussion on

19   March 23, 2018, regarding a denial of your work permit

20   with MintBroker International, Ltd., issued on

21   March 12th, 2018."

22        Do you see that?

23   A.   I do.

24   Q.   And do you see that it's signed by four

25   executives from MintBroker?

Page 208

1    A.   I do.

2    Q.   And that's on April 12, 2018?

3    A.   It was signed on April 12th.

4    Q.   You think those, just to be clear, those four

5    executives of MintBroker were mistaken because, in fact,

6    as of April 12th, your work permit had been approved?

7    A.   They had never received an email from the Labor

8    Department.  I received the email, which I shared with

9    Justin Ritchie and Mr. Guy Gentile, and I believe also

10   with possibly Janay.  I don't know if I shared with

11   him the content of the response of the Labor Department

12   Minister but I told her that it was approved which,

13   again, to my understanding on the reply from the Labor

14   Department Minister, it was approved.

15        Therefore, Justin went to try to reapply for my

16   work permit and he was supposed to do everything by also

17   to bring the certificate of the approval, and when he

18   came back with silence, all I know I received a

19   termination letter.

20   Q.   So let's go back to exhibit --

21   A.   I just want to make sure also that we know that

22   during the time when my work permit --

23   Q.   There is no pending questioning.

24   A.   I want to finish my answer, please.

25        During the time my work permit was actually

Page 209

1    finished on March 12th, I was still an employee of the

2    company.  Therefore, the reason actually I had the

3    computer with me is because I was still an employee of

4    the company.  I had full access to all the emails, hi

5    boss, any possible thing that was under my duty as a COO

6    and also as sales manager.

7        So during the time, the phaseout between March

8    the 12th and April the 12th, I was still an employee of

9    SureTrader so the termination wasn't from the day that my

10   work permit ended, it was the day of the letter.  So it

11   wasn't a confusion of you're not an employee anymore or

12   you're yes, an employee.  I was an employee until the

13   termination letter, okay.

14   Q.   So going back to Exhibit 38, after you send the

15   April 13, 2018, letter --

16   A.   Where am I going, again?  Sorry.

17   Q.   Exhibit 38.  After you sent the April 13, 2018,

18   email saying, "Justin, my renewal got approved," it looks

19   like on April 14, 2108, the following day, Justin Ritchie

20   says to you, "Yaniv, to clarify, your permit was not

21   renewed.  My follow-up with the Labor Department proved

22   that no letter had been promised, much less issued.  You

23   were simply advised, as all persons are, that an

24   application would need to be completed to apply for a

25   labor certificate.  I suspect you're under the impression

Page 210

1  that a labor certificate guarantees your permit renewal
2  when this isn't the case at all.  Immigration, a separate
3  entity, would have based their decision partly on the
4  investigative report given to them by the Department of
5  Labor, however, the final decision ultimately rests with
6  them.  Immigration declined your permit and has made it
7  quite clear in my follow-up conversations with them that
8  a new application will not be considered.
9          "Again, we are sorry that this opportunity did
10 not work out and wish you the best in your future
11 endeavors.  Regards, Justin."
12         Do you see that email?
13 A.  I do.
14 Q.  And it is your testimony that Mr. Ritchie was
15 mistaken when he sent that email?
16 A.  Again, I'm not saying he's mistaken or not
17 mistaken.  All I know is that I was doing my part from
18 Israel to apply to try to get more access to my renewal.
19 I received a reply from the Labor Department Minister
20 that states very clear "approved."  That is the only
21 reason that I actually tried to tell Justin to go to the
22 Labor Department and reapply for my work permit.
23 Q.  It says that the decision -- Mr. Ritchie says
24 that he understood the decision was based partly on the
25 investigative report given to them by the Department of

Page 211

1  Labor.  It is your testimony that you don't know anything
2  about that investigation.  Is that correct?
3  A.  I know that the Labor Department came to our
4  offices, they did some meetings with myself and other
5  people that were in the company.
6          I was also advising Guy or requesting Guy's
7  advice on how to proceed.  Guy assured me that this is
8  nothing by a show of force.  It's something very normal
9  in the Bahamas.  It's something that happened more than
10 once.  There is conversation chats between us that shows
11 that shows that.
12         So as I said before, I did not know what this is
13 all about.
14 Q.  And it looks like on April -- Tuesday,
15 April 17th, you reply to Mr. Ritchie and you now cc
16 Guy --
17 A.  I'm sorry, which exhibit?
18 Q.  -- at suretrader.com?
19         Exhibit 38.
20 A.  38, still.
21 Q.  You say, "Justin, what's the latest with my last
22 paycheck and severance package?"
23         Do you see that?
24 A.  I do.
25 Q.  Do you recall receiving that email?

Page 212

1  A.  This is an email that I sent.
2  Q.  I'm sorry.  Do you recall sending that email?
3  A.  I do.
4          MR. HALPIN:  Exhibit 40.
5          (Exhibit No. 40, Page 12, April 18, 2018 Email,
6  was marked for identification.)
7  BY MR. MATTHEW FORD:
8  Q.  This is Exhibit 40.  We can go to Page 12.  This
9  is on April 18, 2018.  It looks like you sent an email?
10 A.  Yes.
11 Q.  It says:
12         "Hi, Antonio, hope all is well with you.  Any
13 reason I haven't received my last salary payment yet?"
14         And then in the next paragraph:
15         "Guy and the directors should know that my
16 termination of no cause that was presented to me on
17 April the 13th is beyond unprofessional and insulting.
18 As you know me by now, I'm a straight-shooter.  I
19 never leave cases open-ended and I'm definitely to do
20 it when it's my case."
21         And then you say:
22         "Also, my direct boss, the CEO, has been silent
23 for weeks now and hiding won't help him."
24         Do you see that?
25 A.  I do.

Page 213

1  Q.  And do you recall writing that to Mr. Collie?
2  A.  I do.
3  Q.  It looks like you received a response on
4  April 18, 2018, from Mr. Gentile and he said:
5          "Yan, your termination is due to many reasons and
6  not personal.  The reason is the following:
7          "One, your work permit was denied.
8          "Two, the company revenue is down 40 percent.
9          "Three, the sales division was a complete
10 failure.
11         "Four, numerous complaints about your management.
12         "Five, the company needed to make cost-cutting.
13         "In the end, it was a business decision between
14 the board to just end the employment relationship.
15 Whatever you are due will be paid once the CFO figures
16 out the amount.  I wish you luck in your future
17 endeavors and hope working at the firm was a great
18 learning experience.  Sincerely, Guy Gentile."
19         Do you see that?
20 A.  I do.
21 Q.  And do you recall receiving that email?
22 A.  I do.
23 Q.  Were you aware at the time that you received it
24 that there was numerous complaints your management?
25 A.  No, but --

Page 214

```
1    Q.  If we go to Page 1.  If we go to the bottom of
2  Page 1, it looks like you sent a response on April 19,
3  2018.  And you say:
4        "I need to make you aware that editing the email
5  I've sent you, the president and HR on April 18, 2018,
6  at 11:27 a.m., and replying back with only information
7  that you want to show is clearly a violation of the
8  law in the Bahamas and any other country, and clearly
9  a coverup by you, Guy, but rest assured, I have a copy
10  of that email for my record, just so you know."
11        Do you see that?
12    A.  I do.
13    Q.  Do you recall sending that?
14    A.  I do.
15    Q.  And when you said it was clearly a violation of
16  the law in the Bahamas, what law were you referring to?
17    A.  I don't know, to be truthful.  I have no idea.  I
18  was just referring to something that I know if you have
19  someone replying to an email and you delete their part,
20  it's not something that you should do.  I was just,
21  again, not receiving my payments from the company, left
22  in the dark, termination happened very quickly.  Guy
23  disappeared.
24        You know, that was just not something that felt
25  very comfortable knowing that they owed me so much money
```

Page 215

```
1  and then, you know, they're going to disappear.
2    Q.  You say then:
3        "One, my work permit was appealed and approved by
4  the Labor Department Minister and I also have proof
5  that Justin and HR was in direct communications me
6  with to collect the certificate from the Labor
7  Department."
8        Do you see that?
9    A.  Yes.
10    Q.  Do you recall writing that?
11    A.  Yes.
12    Q.  And then it looks like you attach a message and
13  it says it's from Dion, D-I-O-N, Alexander, Foulkes,
14  F-O-U-L-K-E-S?
15    A.  Yes.
16    Q.  Do you see that?
17    A.  Yes.
18    Q.  And he said -- and it's on March 29, 2018.
19        Do you see that?
20    A.  I do.
21    Q.  And it says , "Dear Mr. F-R-S-N-T-Z."
22        Do you see that?
23    A.  Yes, it's meant like Mr. Frantz.
24    Q.  And it says, "I have approved your application
25  for a NOV."  What is a NOV?
```

Page 216

```
1    A.  November.
2    Q.  So he says, "I have approved your application for
3  a November"?
4    A.  He misspelled my name, so I presume that that
5  was, you know, you know, kind of a way of a shortcut to
6  say, "I have approved your application for in November,"
7  like up until November or --
8        MR. ADAM FORD:  I'm sorry, for what?
9        THE WITNESS:  Up until November or to November.
10  BY MR. MATTHEW FORD:
11    Q.  So on March 29th, you think Dion Alexander
12  Foulkes, by virtue of this message that says, "Dear
13  Mr. F-R-S-N-T-Z, I have approved your application for a
14  November," that that's your approval letter from the
15  Bahamian government?
16    A.  Again, he misspelled my name, even though it's
17  very easy to see that my name is on this, you know, on
18  the top, and he took two spaces between the "have" and
19  "approved," so I presume he was either typing by walking
20  or doing something that doesn't allow him to fully engage
21  in writing it correctly, but I understood that, "I
22  have approved your application for November."
23    Q.  Okay.  So, "I have approved your application for
24  a November."
25        It says, "I have approved your application for a
```

Page 217

```
1  NOV, period," and you understand that to mean, "I have
2  approved you application for November," and this is the
3  email that you're referring to approving your renewal of
4  a Bahamian work permit?
5    A.  Yes.
6    Q.  So let's skip to -- let me go back to Page 11 of
7  12.
8    A.  Same exhibit?
9    Q.  Yes.  If you go to the fourth full paragraph
10  down, it says, "I'm going to fight for my justice and my
11  future."  Do you see that?
12    A.  I do.
13    Q.  If you look three lines up, it says:
14        "I'll be reaching out to the press, regulators
15  and government bodies, both in the Bahamas, the US,
16  any other country that you and your companies are
17  doing business at, and put a stop to every business
18  you're touching if this figure won't be enough to
19  offset the horrible place you put me at."
20        Do you see that?
21    A.  Yes.
22    Q.  And just to be clear, you're telling him that you
23  would reach out to US regulators if he did not give you
24  the severance amount that you were requesting.  Is that
25  correct?
```

Page 218

```
 1    A.   No.  That's not fully correct.  I used the scare
 2  tactics that Guy used in the past when we had someone who
 3  owed the company -- money to the company, and Guy was
 4  using words such as, if I don't get, receive my money,
 5  I'm going to send you my friends from the FBI, so I used
 6  the same kind of, you know, psychology on if I'm not
 7  going to receive the money that you owe me, I'm going
 8  to go to --
 9    Q.   Do you have those text messages?
10    A.   What's that?
11    Q.   When Guy said that, you got the text messages?
12    A.   It's all in emails.
13    Q.   You said it on emails?
14    A.   Yes.
15    Q.   And you gave those to the SEC?
16    A.   I want to say that I did, yeah.
17         MR. ADAM FORD:  Can we make a request for
18  production of those?  We haven't seen them yet.
19         MS. SUM:  They're there.
20  BY MR. MATTHEW FORD:
21    Q.   So he says, I'll be reaching out to the -- you
22  say:
23         "I'll be reaching out to the press, regulators
24    and government bodies in the US, and put a stop to
25    every business you're touching on if this figure won't
```

Page 219

```
 1  be enough to offset the horrible place you put me at."
 2         When you said "the figure," were you referring
 3  to your severance package, the amount of your severance
 4  package?
 5    A.   Yeah.
 6    Q.   Yes or no?
 7    A.   It's more to that, just yes or no, so let me
 8  explain.
 9         When Dorsett, Philip Dorsett got terminated,
10  he --
11    Q.   Mr. Frantz --
12    A.   But I'd like to --
13    Q.   Mr. Frantz, I'm asking you --
14    A.   Okay.
15    Q.   -- if by the word "this figure," did you mean yes
16  or no, your severance?
17    A.   Yes.
18    Q.   And then you say:
19         "Don't test me because I also have friends and I
20    know people in every place such as the SEC, FBI, CIA,
21    SCB, and have no problem to testify against you after
22    what you did with me recently and after years of what
23    you're doing to people and the law hiding from the
24    governments and the regulators both in the Bahamas,
25    the US and other countries that you are operating all
```

Page 220

```
 1  your businesses is unethically and defiantly operated
 2  illegally."
 3         Do you see that?
 4    A.   I do.
 5    Q.   Who do you know at the SEC?
 6    A.   No one.
 7    Q.   Who do you know at the FBI?
 8    A.   No.
 9    Q.   Who do you know at the CIA?
10    A.   No one.
11    Q.   And do you know anybody at the SCB?
12    A.   I mean, I met people while I was working the
13  Bahamas, but I don't them personally.
14    Q.   Were you being truthful when you say, "I have no
15  problem to testify against you"?
16    A.   Again, I was in a moment of just trying to use
17  some sort of psychology with Guy.  There's a lot of words
18  here, as you can imagine, it seems like I'm super
19  connected to all those things, yet I was just trying to
20  reverse the pressure to them trying to gain more clarity
21  that, okay, we should not deal with him, we should pay
22  him on time, give him whatever we owe him, because there
23  were multiple times in the company where people got
24  terminated and got played out with their packages.
25         I was trying to outsmart what they did with the
```

Page 221

```
 1  others and not -- making sure that they're going to do it
 2  with me.
 3         So I tried to use the same techniques or tactics
 4  or strategies that Guy was using against others and also,
 5  again, it's only for the protection of making sure that
 6  what is owed to me by the law is going to be paid out to
 7  me by the law.  And because I was not in the Bahamas, I'm
 8  not a resident, citizen, I'm not close even by distance,
 9  I was really scared that the company will ditch me,
10  they're going to play games with me, they're going to
11  postpone this for a long time and I was much smaller guy
12  compared to the real guy, Guy Gentile with the millions
13  of dollars, with the power, with the idea he is
14  untouchable, unstoppable, and it was a very scary moment
15  when you get terminated and get ghosted from someone who
16  was a friend of yours, who was your boss and you trusted
17  fully.
18         So, yes, I was very much of wanting to get my
19  money back, whatever was owed to me.
20    Q.   So let's look at Page 1 of that exhibit sent
21  April 24, 2018, from you to Guy Gentile, Antonio Collie,
22  Edward Cooper Janay Pyfrom and Justin Ritchie as well as
23  cc'd to the executive at SureTrader.
24         Do you see that?
25    A.   I do.
```

Page 222

1    Q.   Do you recall sending this email?  It says, "This
2    email you receiving today" --
3    A.   I'm sorry, you're asking me if I received that
4    email, so if you give me the time to read the email to
5    know, it's an email that I sent?
6         What's that?
7    Q.   Do you recall sending this email?
8    A.   I've sent numerous emails so if you want me to
9    say if I read that email fully, you're going to have to
10   give me some time to read to know that every word in
11   there I feel comfortable to say because I want to answer
12   your questions truthfully.
13        Okay.
14   Q.   Do you recall sending this email?
15   A.   I do.
16   Q.   You say:
17        "This email you received today is a follow-up
18   email I'm sending you in regards to my last salary
19   payment and compensation package that I haven't
20   received since April 13, 2018."
21        Do you see that?
22   A.   I do.
23   Q.   And if you go down two paragraphs and then to the
24   last line, it says:
25        "This action is illegal and clearly violating the

Page 223

1    rules and laws of the SCB and auditors by trying to
2    deceive precise information."
3         Do you see that?
4    A.   I do.
5    Q.   And what law did it violate to not send you your
6    severance within 11 days of you being fired?
7    A.   It wasn't actually referring to not paying me or
8    delaying the payment.  It was about something that Guy
9    was responding to one of my emails and he cut off a lot
10   of things that I wrote down.  As if you're replying to an
11   email and then you're able to delete things that the
12   other person send -- wrote down from the previous email
13   and I saw that one of the emails and that's the reference
14   to that.
15        It has nothing to do with what you're referring
16   to.
17   Q.   And then next paragraph, it says:
18        "To be clear, the company has yet to provide any
19   payment, that includes my last salary payment,
20   severance package and compensation for a future loss
21   of employment as a result of this unjustified
22   termination."
23        You say, "If I don't hear from you by noon
24   tomorrow, April 25, 2018, I'll be reaching out to the
25   Labor Department Minister in the Bahamas to make sure

Page 224

1    that the rules and laws in the Bahamas apply by your
2    company and to the directors and executives
3    responsible for providing communications and actions
4    in regards to my pending approved payments and
5    violated, unjustified termination that caused me a
6    hardship."
7         Do you see that?
8    A.   I do.
9    Q.   And at the time you sent this, was it your intent
10   if you did not receive your last salary payment, to
11   report all of the executives of MintBroker to the Labor
12   Department Minister?
13   A.   Not really, to be honest.
14   Q.   Were you lying?
15   A.   Not lying.  Again, this is a conversation between
16   myself and the company after they refused to pay me my
17   severance package, they left me in the dark, they left
18   me, you know, ghosted, minimal conversations, minimal
19   transparency, about how they are going to handle that.
20   The company left me no choice but to try to, with some
21   sort of psychology, to find a way for them to change
22   their minds or to improve the way that this was handled
23   and it was not handled, again, to the full extent
24   professionally.
25   Q.   And then at the last paragraph, you say:

Page 225

1         "I'll also be reaching out to the press on the
2    same day to share my story in full, and to the
3    regulators in the Bahamas, USA, Canada, UK, and other
4    jurisdictions that the company is doing business with
5    my will to testify for all the massive breaches the
6    company violating in many areas, especially in the US,
7    but also globally, with supported, collected
8    information of sensitive data and important files that
9    the government officials would find to be very, very
10   valuable this time."
11        Do you see that?
12   A.   I do.
13   Q.   And when you say "sensitive data," what were you
14   referring to?
15   A.   I don't remember at the time what was that
16   referring to but I would believe anything that might be
17   sensitive.
18   Q.   How about important files?  What were you
19   referring to?
20   A.   Again, anything that can be important to --
21   anything that can be important for the company.
22        MR. HALPIN:  Exhibit 41.
23        (Exhibit No. 41, Compliance, Advertising Review
24   of Swiss America's Securities, Ltd., Prepared for Miles
25   and Stockbridge, PC, Report Issued February 21, 2018, was

Page 226

1   marked for identification.)
2   BY MR. MATTHEW FORD:
3       Q.   This is a document entitled, "ITA Compliance,
4   Advertising Review of Swiss America's Securities, Ltd.,
5   Prepared for Miles and Stockbridge, PC, Report Issued
6   February 21, 2018."
7            Do you see that?
8       A.   I do.
9       Q.   And you work at the company time during this
10  time?
11      A.   Yes.
12      Q.   If you go to the third page it says:
13           "Summary: ITA Compliance, LLC, was engaged by
14  Miles and Stockbridge PC, to conduct a review of the
15  advertising practices of Swiss America Securities Ltd.
16  to assist M&S in providing legal advice to its client
17  Mint Global Markets.  SAS is a broker-dealer
18  registered with the Securities Commission of the
19  Bahamas."
20           Do you see that?
21      A.   No.  Where am I seeing that?
22           What you just read is something long, I don't
23  know, where is that?
24      Q.   It's double-sided.
25      A.   Right here?

Page 227

1       Q.   Yes.  First paragraph.  Do you see it?
2       A.   Yeah.
3       Q.   Do you recall being part of the creation of this
4   report?
5       A.   No, not really.
6       Q.   Can you skip forward to the next page?
7       A.   Sure.
8       Q.   It says "executive management" and then it lists
9   Yaniv Frantz as chief sales manager.  Do you see that?
10      A.   I do see that. May I know who created that, by
11  the way, this document?
12      Q.   ITA Compliance?
13      A.   Which ITA Compliance.
14      Q.   Independent Testing and Advisory prepared for by
15  Miles and Stockbridge PC?
16      A.   And who requested that?  I just need to know were
17  they physically in the office?
18      Q.   I'm asking the questions, Mr. Frantz.
19      A.   Okay.  But I need to know because my name is in
20  here, so I need to know how is that relating to my name
21  because I'm not recognizing this document, and the title
22  is wrong, I was never a chief sales manager of the
23  company, never had that company.  I was a senior sales
24  manager or chief.
25      Q.   Mr. Frantz, there is no pending question.  Let me

Page 228

1   ask you about Paragraph 2.  It says:
2            "ITA conducted on-site and off-site testing to
3   determine whether SAS advertises its firm or trading
4   services to US customers."
5            Do you see that.
6       A.   No, where am I seeing that?
7       Q.   Second paragraph under the summary.
8       A.   Is it in here (indicating)?
9       Q.   "ITA conducted on-site and off-site testing to
10  determine whether MintBroker advertises its firm or
11  trading services to US customers."
12           Do you see that?
13      A.   I do.
14      Q.   Were you on-site when ITA conducted their
15  testing?
16      A.   No, I'm not aware of this.
17      Q.   It says:
18           "The purpose of this review was to determine
19  through interviews and demonstrations the types of
20  advertising engaged in by the firm.  In addition, ITA
21  reviewed whether there were internal controls in place
22  to block advertising contents from being viewed by US
23  customers or whether content included appropriate
24  disclaimers to explain trading services are not
25  intended for US person."

Page 229

1            Do you see that?
2       A.   I do.
3       Q.   This says:
4            "For the purposes of this review, advertising
5   shall mean any outline or written material sent to
6   more than one person or made publicly available for
7   the purpose of promoting the opening of an account
8   with SAS to utilize one of SAS's trading platform
9   forms."
10           Do you see that?
11      A.   I do.
12      Q.   And then it says:
13           "The project was conducted over the following
14  phases," and the first is, "Previsit, review and
15  planning during which ITA reviewed the firm's policies
16  and procedures dated -- Swiss America Securities,
17  Ltd., compliance manual dated January 2017, conducted
18  internet searched of the firm and key personnel, and
19  then developed interview questions for SAS management
20  and staff with regard to the previsit review and
21  planning."
22           Did you assist Miles and Stockbridge with any of
23  that information?
24      A.   No, I'm not even recalling that I'm aware of this
25  procedure or name of the company.

Page 230

1   Q.   Number 2, it says:
2        "On-site visit.  ITA conducted an on-site visit
3   January 11, 2018.  ITA conducted interviews with firm
4   personnel and viewed system demonstrations relating to
5   the management on online marketing campaigns."
6        Were you present for the January 11, 2018,
7   on-site visit?
8   A.   If I was in the office on January 11th, you're
9   asking me?
10  Q.   Yeah.  Were you present?  Do you recall being
11  present when they conducted that on-site visit?
12  A.   No.
13  Q.   Three, it says:
14       "Off-site review.  ITA reviewed the information
15  gathered during the on-site review, requested
16  information from SAS, and conducted further off-site
17  reviews of documentation and online content."
18       Were you involved in assisting with the
19  collection of any of that information?
20  A.   No.  Again, I'm not aware of any of this.
21  Q.   It says:
22       "No. 4, exit meeting.  Subsequent to the on-site
23  visit and off-site review, ITA presented its
24  observations to M&S and Mint during a phone conference
25  on February 8, 2018."

Page 231

1        Were you a participant in that exit meeting?
2   A.   I don't recall that.
3   Q.   Going on to the page that says 403 at the bottom,
4   so the next page.  Do you see at the top it says --
5   A.   I'm sorry.  403.
6   Q.   4503.
7   A.   Yes, I see.
8   Q.   You see it says:
9        "Interviews.  On-site interviews commenced at
10  9:00 a.m. on January 11, 2018.  ITA interviewed the
11  following personnel:  Edward Cooper, chief compliance
12  officer, Janay Pyfrom Symonette, chief marketing
13  officer."
14       Do you see that?
15  A.   I do.
16  Q.   Did you participate in either of those on-site
17  interviews on January 11, 2018?
18  A.   No.  Again, my name is not even on it.
19  Q.   Did you have any discussions with Mr. Cooper or
20  Ms. Pyfrom about that on-site interview?
21  A.   Again, I'm not aware that the company had such a
22  thing.
23  Q.   It says, "Review summary.  Social media," and it
24  says that they reviewed the firm's social media page as
25  well as the individual social media profiles of executive

Page 232

1   management and a sampling of employees."
2        Do you see that?
3   A.   I do see that.
4   Q.   Were you aware of that?
5   A.   No.
6   Q.   Did you have, as an executive member, did you
7   have a social media profile at the time?
8   A.   A personal one?
9   Q.   Yes.
10  A.   I did.
11  Q.   Do you know if it was reviewed by Miles and
12  Stockbridge?
13  A.   No, it wasn't reviewed.
14  Q.   Do you know --
15  A.   I know because I know who I gave my social media
16  accounts numbers to.
17  Q.   "No. 2, website and blogs." It says that ITA
18  attempted to log onto the website from multiple IP
19  addresses in different states, Massachusetts, New York
20  and Florida, and in all instances the home page displayed
21  the following message, "In compliance with SEC Rule
22  15A-6, this website is not intended to solicit US
23  residents.  You will need an access code or be an
24  existing client to view our website.  By continuing, you
25  certify that you have not been solicited to this

Page 233

1   website." And it says, "The chief marketing officer
2   explained that the firm utilized an outside vendor to
3   implement this control and the message is displayed for
4   all US IP addresses, that after logging into the system,
5   it reviewed website content in order to determine if any
6   content appeared to target US persons."
7        Do you see that?
8   A.   I do.
9   Q.   But you were not aware that Miles and Stockbridge
10  performed that analysis of the website and blogs of
11  MintBroker, correct?
12  A.   Not to my recollection.
13  Q.   It says, "Pay-per-click advertising," that ITA
14  interviewed the chief marketing officer regarding the use
15  of pay-per-click, PPC, advertising campaigns which
16  disclose Google PPC is approximately 60 percent of their
17  marketing budget and that the geographic areas of focus
18  include Canada, Europe, UK and Israel.
19       Do you see that?
20  A.   I do.
21  Q.   Do you see at the bottom where it says, "All of
22  the campaigns exclude US locations for placement of the
23  ads"?
24  A.   I do.
25  Q.   Do you see that?  But you were unaware as in

Page 234

1  February, 2018 that Miles and Stockbridge had performed
2  this review of pay-per-click advertising?
3      A.   Again, I don't have a recollection for this.  It
4  just shows something here that if this was done in
5  January, approximately 2018, something is completely
6  wrong because no one at the company would mention that my
7  title was a chief sales manager.  Everyone knew that I am
8  the chief operating officer so I'm not sure how was this,
9  this is kind of like a very random state.
10     Q.   So if we go to Page 6 of the document.
11     A.   What page?  Six?
12     Q.   Six.  Yeah.
13     A.   So 4505?
14     Q.   Yes.  It says:
15          "Observations.  ITA did not discover any evidence
16  of the firm targeting US individuals through
17  advertising to promote its online trading services.
18          "In addition, the online content included
19  disclosures to explain SAS's trading services are not
20  intended for US persons.  ITA did not identify any
21  material findings during this review."
22          Do you see that?
23     A.   I do.
24     Q.   And you were unaware of that finding?
25     A.   I don't recall.

Page 235

1          MR. MATTHEW FORD:  If everybody is okay with it,
2  we'll take a break now.
3          THE WITNESS:  Yes.
4          THE VIDEOGRAPHER:  Going off the video record at
5  4:47 p.m.
6          (A discussion was held off the record.)
7          (A brief recess was taken from 4:48 p.m.
8  5:02 p.m.)
9          THE VIDEOGRAPHER:  We're back on the video record
10 at 5:01 p.m.
11         MR. ADAM FORD:  Counsel for all parties had a
12 discussion off the record where we made a request for
13 the email between the Minister of the Department of
14 Labor, Mr. Frantz, which we have been discussing
15 during his testimony, the production that's been made
16 so far does not seem to have a copy of the actual
17 email, but only a screen grab of the email at issue.
18 We don't have the actual email which we request, and
19 counsel for the witness has represented that he would
20 look for it and produce it.  Is that fair?
21         MR. McKESSY:  Yes.
22         MR. ADAM FORD:  Thank you.
23 BY MR. MATTHEW FORD:
24     Q.   So just turning your attention to Exhibit 40.
25 This is an email we looked at that you sent on April 24,

Page 236

1  2018, to Mr. Gentile, Mr. Collie, Mr. Cooper, and
2  Ms. Pyfrom and Mr. Ritchie.  If you look, you see where
3  it says, "To be clear"?
4      A.   Yes.
5      Q.   It says:
6          "The company has yet to provide any payment that
7  includes my last salary payment, severance package and
8  compensation for future loss of employment as a result
9  of this unjustified termination.  If I don't hear from
10 you by noon tomorrow, April 25, 2018, I'll be reaching
11 out to the Labor Department Minister."
12          Do you see that?
13     A.   I do.
14     Q.   And then you say:
15          "I'll also be reaching out to the press on the
16 same day to share my story in full and to the
17 regulators in the Bahamas, USA, Canada, UK, and other
18 jurisdictions."
19          Do you see that?
20     A.   I do.
21     Q.   And that is a threat you made good on, correct?
22     A.   It wasn't a threat.  Again, it was more of a
23 strategy to try to make sure that the company will pay me
24 what they owe me.
25     Q.   And the strategy to make sure the company paid

Page 237

1  you what they owed you was to threaten Mr. Gentile with
2  criminal reprisal?
3          MS. SUM:  Objection.
4  BY MR. MATTHEW FORD:
5      Q.   Is that right?
6      A.   No, that's not right.  Again, I was using more of
7  a psychology terms that Guy was using which I, under his
8  management, seen that it worked for him so I thought
9  maybe it's going to work for me to making sure that I
10 received the monies that were owed to me.
11     Q.   You had also said that, "Don't test me because I
12 have friends.  I know people in every place such as the
13 FBI and CIA," right?  Remember you said that in an email?
14     A.   Yes.
15     Q.   And do you know what the Federal Bureau of
16 Investigation, the FBI does?
17     A.   Federal stuff.
18     Q.   Federal, do they investigate federal crimes?
19     A.   I would say so, yeah.
20          Guy used that also in his emails.  I have friends
21 in the FBI, so I used the same psychology he used.
22          MR. MATTHEW FORD:  Objection.  Nonresponsive.
23 Move to strike.
24          MR. HALPIN:  Exhibit 42.
25          (Exhibit No. 42, Email from Yan Frantz to

Page 238

1  newyork@sec.gov, miami@sec.gov dated 4/25/18, was marked
2  for identification.)
3  BY MR. MATTHEW FORD:
4      Q.  Mr. Frantz, this is an email you produced to us,
5  looks like it was sent by you to email addresses
6  newyork@sec.gov and miami@sec.gov on April 25, 2018.
7          Do you see that?
8      A.  Yes.
9      Q.  And you say -- and that was the day that you said
10 you would contact US regulators if you were not paid your
11 severance, correct?
12     A.  Not really correct.  I would have reached out to
13 the SEC office regardless if I was getting paid or not.
14 I was just waiting to get paid and making sure that I'm
15 getting paid before I'm going to do what I intend to do
16 probably for quite sometime.
17     Q.  Going back to Exhibit 40, do you recall we just
18 looked at an email where you said, "If I don't hear from
19 you by noon tomorrow, April, 25, 2018 --
20     A.  Are we going back to Exhibit 40 --
21     Q.  "I'll be reaching out to US regulators"?
22          Do you recall me just reading that to you like
23 less than a minute ago?
24     A.  Can you repeat that ?
25     Q.  Do you recall me reading an email -- from the

Page 239

1  email you sent where you said, "If I don't hear from you
2  by noon, April 25, 2018, I'll also be reaching out to
3  regulators in the US"?  Do you recall that?
4      A.  I do.
5      Q.  So this, we're going back to the next exhibit,
6  42, it's an email dated April 25, 2018.  You say:
7          "I'd like to speak with the person in charge with
8      Guy Gentile/Swiss America Securities cases.  As a
9      former chief operating officer of Swiss America
10     Securities, Ltd., now MintBroker International, I was
11     very close with him professionally but also personally
12     and I have information that you'll find very
13     valuable."
14          Do you see that?
15     A.  I do.
16     MR. HALPIN:  Exhibit 43.
17          (Exhibit No. 43, Emailfromsuhs@sec.gov dated
18 4/26/18, was marked for identification.)
19 BY MR. MATTHEW FORD:
20     Q.  This is an email dated April 26, 2018 from
21 suhs@sec.gov.  It says:
22          "Mr. Frantz, thank you very much for your email
23     concerning Guy Gentile.  Are you available for a call
24     with the SEC staff at 4:00 p.m. Eastern time today?
25     Attached for your information is SEC Form 1662 which

Page 240

1  contains important information about SEC requests for
2  information.  Thank you and best regards.  Simona
3  Suh."
4          Do you see that?
5      A.  I do.
6      Q.  Do you recall receiving is this email?
7      A.  I do.
8      Q.  Do you recall having a phone call with SEC staff
9  at 4:00 p.m. Eastern on April 26, 2018?
10     A.  No.  We never had any call.
11     Q.  Do you recall receiving the SEC Form 1662?
12     A.  I do remember there was an attachment.  Yeah, I
13 do remember there was an attachment.
14     Q.  Do you recall what that attachment was?
15     A.  Not really.  As soon as I saw something that was
16 written in some law language, I kind of freaked out for a
17 minute and realized that I probably need to find counsel
18 to represent me here.
19     Q.  It says, "Which contains important information
20 about SEC requests for information."
21          Did the SEC request information from you?
22     A.  No.
23     Q.  The SEC never re -- strike that.
24          Okay, so April 26, 2018, you say, "Good day,
25 ladies."  And that's a reference to Simona Suh and Nancy

Page 241

1  Brown, correct?
2      A.  Yes, I try to use that kind of manners.
3      Q.  Okay.  Do you know who Nancy Brown is?
4      A.  Not personally or in any way, I believe she works
5  for the SEC.
6      Q.  Okay.  How did you obtain Nancy Brown's email?
7      A.  I didn't.  I went to Google SEC offices.  I don't
8  know if it was two offices in New York or to Miami, but I
9  remember just using Google.
10     Q.  On the prior exhibit we looked at, you sent it to
11 newyork@sec.gov and miami@sec.gov but on this email you
12 sent on the 26th, it goes to Nancy Brown.
13          How did you obtain Nancy Brown's email?
14     A.  I never had her email, I don't think it went
15 directly from mine to hers.  I think there is some sort
16 of a ticket process on the SEC maybe website that you
17 write an email and it goes to someone.  I never had -- I
18 don't remember having her email address.
19     Q.  On the document you produced to us just a couple
20 days ago, we got this, it says Simona Suh wrote and it
21 doesn't say who it was sent to.  Do you notice that?
22     A.  Yes, as I said before, I never sent the original
23 email directly to the SEC, I believe.  I think I just
24 found a way to message the SEC and then it was directly
25 coming from them.

Page 242

1    Q.   Do you still have this email that we're looking
2    at?  Do you still have possession of it?
3    A.   Yes, that's what I provided to my counsel.
4    Q.   And so you'll be able to provide us a copy where
5    it shows who Simona Suh was sending this email to,
6    correct?
7    A.   Yes, I provided that to my counsel.
8    Q.   Okay.  The version you provided to your counsel
9    included who this email was being sent to and cc'd to.
10   Is that correct?
11   A.   I forwarded the entire email that was coming.
12   Q.   And then when you respond, it goes to Simona Suh
13   and to Nancy A. Brown and you say:
14        "Good day, ladies. Unfortunately, 4:00 p.m.,
15        won't work for me as I am currently outside the
16        country but allow me to read the document you sent me
17        and revert with a better time, perhaps even today."
18        Do you see that?
19   A.   Yes, I do.
20   Q.   And you recall sending that?
21   A.   The email?  Yes.
22        MR. HALPIN:  Exhibit 44.
23        (Exhibit No. 44, Email from Jessica Weissman to
24   Yaniv Frantz dated 5/15/18, was marked for
25   identification.)

Page 243

1    BY MR. MATTHEW FORD:
2    Q.   This is an email dated March 15, 2018.  It is
3    from Jessica Weissman to Yaniv.  She says:
4        "Mr. Frantz, we have tried to return your email
5        to us and we also tried to reach you on what we
6        believe to be your cell phone.  Please contact me at
7        your earliest convenience."
8        Do you see that?
9    A.   I do.
10   Q.   Did you provide Jessica Weissman your cell phone
11   number?
12   A.   No.
13   Q.   Did you provide it to anybody else at the SEC?
14   A.   No, no, no.
15   Q.   Okay.  It says:
16        "We also tried to reach you on what we believe to
17        be your cell phone."
18        Do you know how Jessica Weissman obtained your
19   cell phone number?
20   A.   I'm pretty sure governments have their ways to
21   find information about citizens but I've never shared
22   that information or maybe, again, in the submission of
23   reaching out to the SEC, there was a section there to add
24   the phone number, but I don't recall.
25        There was no email that I sent with my phone

Page 244

1    number, as far as I remember.
2    Q.   Did you speak to Ms. Weissman on the phone after
3    May 15, 2018?
4    A.   No.  I -- after that first email that I received
5    from the New York office with that SEC Form 1662, I
6    realized that it's above my understanding grade to
7    understand how those documents have been written, and
8    then I think followed after I was actually Googling SEC
9    lawyers, find my counsel and continued the path from
10   there.
11        I've never responded to that email.  I've never
12   spoke with Weissman, Ms. Weissman.
13   Q.   You've never spoken to her on the phone?
14   A.   I never spoke with Mr. Weissman {sic} before I
15   spoke to my attorney.
16   Q.   Okay.  Do you recall a retainer agreement with
17   between you an Phillips & Cohen?
18   A.   I do.
19   Q.   So do you remember approximately when you
20   obtained Phillips & Cohen as your counsel?
21   A.   I believe I reached out sometimes after the first
22   emails of receiving from the New York office, so April,
23   maybe, or May.
24   Q.   And then after that time, you reached out to the
25   SEC and spoke to somebody on the phone from the SEC?

Page 245

1    A.   After I had --
2    Q.   Right, after you retained Phillips & Cohen as
3    your counsel?
4    A.   Yes, after retaining counsel and discussing what
5    needs to be done and he was representing me.
6    Q.   Was he present on the phone calls with you?
7    A.   Yes.
8    Q.   Okay.  And did you discuss during those phone
9    calls any MintBroker documents that you had in your
10   possession?
11   A.   Yes.
12   Q.   Did the SEC request those documents?
13   A.   Yes.
14   Q.   And did you provide them those documents?
15   A.   I provided that to my counsel, that I believe
16   provided that to the SEC.
17   Q.   Okay.  And that included all of the documents on
18   your laptop?
19   A.   Yes.
20   Q.   Okay.  Let's look at exhibit --
21        MR. HALPIN:  Exhibit 45 exhibit.
22        For the record, the last three Bates digits of
23   the Bates are 9720.  The rest should be legible.
24        (Exhibit No. 45, Email Chain Between Jessica
25   Weissman and Sean McKessy of Phillips & Cohen, was marked

Page 246

```
1    for identification.)
2    BY MR. MATTHEW FORD:
3        Q.   Exhibit 45 is an email chain between Jessica
4    Weissman and Sean McKessy of Phillips & Cohen.
5             Do you see it?
6        A.   I do.
7        Q.   And this is your attorney?
8        A.   Sean McKessy is my attorney.
9        Q.   And if you look at the first page, but the second
10   email, it's from Mr. McKessy to Ms. Weissman on
11   August 14, 2018?
12       A.   I see that.
13       Q.   And if we go down, skip to after some specific
14   issues you raised and we're going to go down a few lines,
15   he says:
16            "We believe we've provided a fair amount that is
17   relevant in terms of documentation but we will be
18   going through his laptop again to see if there is
19   more.  He encourages that you let him know what you
20   are looking for and he'll work with us to get it to
21   you after clearing any potential privilege issues."
22            Do you see that?
23       A.   I do.
24       Q.   And this is consistent with the time frame when
25   you provided your counsel all of the documents on the
```

Page 247

```
1    laptop?
2        A.   I want to say so.
3        Q.   And do you know who conducted the privilege
4    issues?
5        A.   Can you clarify the privileges issues?
6        Q.   It says:
7             "He'll work with us to get it to you after
8    clearing any potential privilege issues."
9             Do you see that?
10       A.   I do.
11       Q.   And then you'll see the next email Ms. Weissman
12   emailed on August 14, 2018 to Mr. McKessy.  It says:
13            "Thanks, Sean, I appreciate all of the info.
14   Let's shoot for 2:30 on Thursday and I will keep
15   myself open after that time in case we need to move."
16            Do you see that?
17       A.   I do.
18       Q.   Have you ever seen this email before?
19       A.   No.
20       Q.   Do you recall after this time whether the SEC
21   requested from you additional documents over and above
22   everything you provided on the laptop?
23       A.   I don't recall the time of requesting more
24   documents, but I know that a request for documents was --
25   happened.
```

Page 248

```
1             MR. HALPIN:  This will be Exhibit 46.  For the
2    record the last four of the Bates are 9752.
3             (Exhibit No. 46, Email Exchange Between Jessica
4    Weissman and Sean McKessy dated 10/24/18, was marked for
5    identification.)
6    BY MR. MATTHEW FORD:
7        Q.   This is an email from Ms. Weissman to Mr. McKessy
8    dated October 24, 2018.  Have you ever seen this email?
9        A.   No.
10       Q.   She says:
11            "Hi, Sean, thanks for following up.  I was going
12   to reach out to you next week.  First, I wanted to
13   check in and see if there are any additional documents
14   that Yaniv has located on his laptop or otherwise that
15   may be relevant to the issues we have discussed."
16            Do you see that?
17       A.   I do.
18       Q.   And that is consistent with what you just
19   testified, which is earlier you had provided the contents
20   of your laptop to the SEC?
21       A.   I provided contents to my counsel to provide that
22   to the SEC.
23       Q.   Okay.  Okay.  During your time working for
24   MintBroker, did you have the opportunity to visit its
25   website?
```

Page 249

```
1        A.   Yes.
2        Q.   We're going to mark this as Defendants'
3    Exhibit 47?
4             (Exhibit No. 47, Screenshot from Wayback Machine
5    dated 9/8/16, was marked for identification.)
6    BY MR. MATTHEW FORD:
7        Q.   This is a screenshot we took from the Wayback
8    Machine, September 8, 2016.
9             Do you recall testifying that at some --
10            MS. SUM:  I'm going to object.
11            Actually, let me see the document first before.
12   Was this produced to us in production?
13            MR. MATTHEW FORD:  No it's a demonstrative I
14   created off the Wayback Machine.
15            MS. SUM:  I still object to the use of it.
16            MR. MATTHEW FORD:  Okay.
17   BY MR. MATTHEW FORD:
18       Q.   You had testified that some time in October or
19   November, MintBroker changed their website so that it
20   included an IP blocker for any US IP address.  Do you
21   recall that?
22       A.   Yes, it wasn't a change of the website.  It was
23   just put in some sort of blaster on the hall of the wall
24   trying to pretend as if we're not soliciting US customers
25   but -- or the website is not intended for US customers.
```

Page 250

1    MR. MATTHEW FORD:  I'm going to move to strike
2    that response as nonresponsive.
3  BY MR. MATTHEW FORD:
4    Q.  This is a screenshot, as I said, from September
5    8, 2016, on the Wayback Machine for SureTrader.  When you
6    go to the top it says www.suretrade.com.
7        Do you see that?
8    A.  Yes.
9    Q.  And do you recognize that as being SureTrader's
10   IP address for the entire duration for the time you
11   worked at MintBroker?
12   A.  That's what it says, yes.
13   Q.  That was the website from MintBroker, right,
14   suretrader.com?
15   A.  Suretrader.com.
16   Q.  To your recollection, when you visited the
17   website, do you recall this pop-up blocker that says,
18   "Terms and conditions"?
19   A.  When?
20   Q.  Between January 2017 and October 2017.
21   A.  No.  I never seen it.
22   Q.  It says:
23       "Use of this website is subject to your
24   acceptance of the following terms and conditions."
25       Then it has a blue hyperlink terms and

Page 251

1  conditions, with a yellow button that says -- orange
2  button that says "continue" and it says:
3       "By clicking the continue button, you agree to
4   the terms and conditions."
5       Do you see that?
6    A.  I see that.
7    Q.  And then I'm going to -- we're going to stamp
8    this as Exhibit 48.
9        (Exhibit No. 48, Wayback Machine Screenshot from
10   October 19, 2018, was marked for identification.)
11       MR. MATTHEW FORD:  This is another screenshot.
12       MS. SUM:  I object to the use of the copy.
13       MR. HALPIN:  I don't have another copy.
14       MS. SUM:  Can you show it to me first, please?
15       MR. MATTHEW FORD:  I actually put the sticker on
16   the second page, forgive me.
17  BY MR. MATTHEW FORD:
18   Q.  I'm going to pass this.  Do you mind if I slide
19   over, I only have one copy.
20       See if this is a Wayback Machine screenshot from
21   October 19, 2016?
22   A.  I don't see October, but I see '19.
23   Q.  You see this here on the second page?
24   A.  Here I see October.  I don't see October in here
25  (indicating).

Page 252

1    Q.  And then the web address is suretrader.com/U-S-
2    residents/?
3    A.  Can I see that?
4    Q.  Yes.
5    A.  Yes.
6    Q.  And you see where it says "US residents"?
7    A.  Yes.
8    Q.  And then it says:
9        "A US resident is defined by regulation as
10   promulgated under the Securities Act of 1933 in
11   Section 902(k)(1), which defines a US person as one
12   who is permanently resident inside the United States
13   of America."
14   A.  Yes.
15   Q.  And it says:
16       "The SEC's interpretation of US federal
17   securities laws limits non-US broker-dealers, such as
18   Swiss America Securities, Ltd. suretrader.com to
19   working with those permanently resident outside the
20   US.  Non-US broker-dealers cannot approach and/or
21   solicit US resident persons because an internet
22   website is interpreted by the SEC as being the same as
23   a telephone call."
24   A.  I see.
25   Q.  And then it says:

Page 253

1        "Non-US broker-dealers such as Swiss America
2    Securities, Ltd. suretrader.com maintaining an
3    internet website can, thus, only accept a US person if
4    he or she has not been solicited, either directly or
5    indirectly, through accessing their website under the
6    unsolicited exemption Rule 15A-6."
7        MS. SUM:  Objection to the use of this document.
8        THE WITNESS:  I see it.
9  BY MR. MATTHEW FORD:
10   Q.  It says:
11       "US customers wanting to work with non-US
12   broker-dealers such as Swiss America Securities, Ltd.
13   suretrader.com can thus only approach non-US
14   broker-dealers under Rule 15A-6 if they have not been
15   to their website and should be prepared to certify
16   this fact in writing to ensure compliance with all
17   applicable law.  They should also be prepared to
18   certify in writing that they have not been solicited
19   by Swiss America Securities, Ltd. suretrader.com in
20   any manner, either directly or indirectly."
21       MS. SUM:  Same objection.
22  BY MR. MATTHEW FORD:
23   Q.  Do you see that?
24   A.  I see that.
25   Q.  If we go to the bottom you see in black bold

Page 254

1 letters it says:
2      "Swiss America Securities, Ltd. SureTrader does
3 not accept accounts for US persons that have been
4 solicited, directly or indirectly in compliance with
5 SEC Rule 15A-6.  For more information, click blue
6 hyperlink US residents."
7      MS. SUM:  Same objection.
8      THE WITNESS:  I do.
9 BY MR. MATTHEW FORD:
10     Q.   And then it says:
11     "By clicking continue on our website pop-up, you
12 are confirming you are a non-US person, have read and
13 understood SAS's policy with regard to US customers."
14     Do you see that?
15     MS. SUM:  Same objection.
16     THE WITNESS:  I see it.
17 BY MR. MATTHEW FORD:
18     Q.   And you had conversations with other MintBroker
19 employees during your time at MintBroker about the
20 contents of these terms and conditions, correct?
21     A.   Which terms and conditions?
22     Q.   The ones we just looked at.
23     A.   No, the only time I came to an understanding
24 about the IP block was when Guy started to check about it
25 back in October, I believe 2017, with the Russian

Page 255

1 programmers that he hired on Slack communications, which
2 I had full access to, and, you know, to my understanding,
3 from Guy is that we had issues from FINRA or the SEC or
4 combined in regards to soliciting US customers;
5 therefore, we needing to put an IP block to show that
6 we're complying with the law.
7      Q.   Just to be clear, your testimony is you never had
8 conversations with other MintBroker employees about these
9 terms and conditions that we just looked at?
10     A.   I don't recall.  As far as I know that me and Guy
11 only spoke it when the time came.
12     Q.   These are text messages between you and Janay
13 Pyfrom, who produced these to us.
14     MR. HALPIN:  This is going to be Exhibit 49.
15     (Exhibit No. 49, Packet of Email Exchanges
16 Between Janay Pyfrom and Yaniv Frantz, was marked for
17 identification.)
18 BY MR. MATTHEW FORD:
19     Q.   If I could turn your attention to the text
20 messaging on May 1, 2017.
21     A.   May 1st?
22     Q.   May 1, 2017.
23     You'll see on May 1, 2017, at 9:46 a.m., you
24 said:
25     "GM, Janay.  Can we add the popup disclosure that

Page 256

1 customers have to agree for terms and conditions with
2 their IP address from the US?  That way we can keep a
3 log-in for their IP address of the agreement."
4      Do you see that?
5      A.   I do.
6      Q.   And do you remember, was it Mr. Gentile's idea to
7 add a pop-up disclosure that customers have to agree for
8 terms and conditions with their IP address from the US at
9 that time?
10     A.   Yes.  I'm not tech-savvy to know that we can
11 block IP addresses.
12     Q.   With one exception being China.  Are you aware
13 of, in the United States of America, the ability to
14 prohibit a citizen from accessing a website?  Is there
15 such a thing that exists?
16     MS. SUM:  Objection.
17 BY MR. MATTHEW FORD:
18     Q.   Do you know?
19     A.   I'm not understanding the question.  Can you --
20     Q.   Are you aware that in China you sometimes hear
21 about it in the news, that the Chinese government will
22 actually just block so that their citizens cannot access
23 a website?  Are you familiar with that concept?
24     A.   Not really.  I don't read much about China.
25     Q.   Do you know if we can do that here in the US,

Page 257

1 just prevent somebody from getting access to a foreign
2 website?
3      A.   Again, I'm not a tech-savvy to know what can be
4 done on the internet.
5      Q.   Okay.  Do you know whether that would violate the
6 first amendment of the constitution?
7      A.   Again, I'm not a lawmaker to know the full rules
8 of the constitution.
9      Q.   Okay.  Are you familiar with the first amendment
10 of the constitution?
11     A.   I don't remember right now.
12     Q.   It states that congress cannot pass any law
13 abridging the right to free speech.
14     Are you familiar with that?
15     MS. SUM:  Objection.
16     THE WITNESS:  What is the question?
17 BY MR. MATTHEW FORD:
18     Q.   Are you familiar with that?
19     A.   Again, I've never really put a lot of heavy
20 emphasis on that part.
21     Q.   Okay.  You go on to say, "As for non-soliciting
22 agreement," and then on that same day, on May 1, 2017, it
23 looks like two minutes later --
24     A.   I'm sorry, where we are exactly?
25     Q.   Yeah, we're on the next one, so Janay --

Page 258

1    A.   What time?

2    Q.   9:49 a.m., Janay responds:

3         "Hi, Yan, this is for everyone in the US

4    accessing the website?  Or those who sign up for an

5    account?"

6         And then you respond a minute later:

7         "Good question.  Let me give a thought on this.

8    I say start the application."

9         Okay.  And then a minute later Janay responds:

10        "Okay, remember that with IP addresses it can

11   change based on the connection someone is on, whether

12   they are using a proxy, if it's not static, et

13   cetera."

14        And you respond that same minute, "True."

15        And then she responds at 9:51:

16        "If someone travels, their IP addresses changes

17   frequently."

18        Do you see those communications?

19   A.   I do.

20   Q.   Do you recall having this conversation with her

21   in May of 2017?

22   A.   Now I do.  Seeing these messages that there were

23   some communications prior to October.  I believe there

24   was -- there was a text, this also reminds me.  There was

25   a text, actually a call --

Page 259

1    Q.   Mr. Frantz?

2    A.   You're asking me a question so I'd like to answer

3    it.

4    Q.   No, no, the question was whether you recall

5    sending these text messages, just yes or no.

6         Does this refresh your recollection that you sent

7    these and received these text messages?

8    A.   Yes.

9    Q.   Okay.  So picking back up, Ms. Pyfrom says:

10        "If someone travels, their IP address changes

11   frequently," and you say the same minute, "We doing it

12   so we can be protect at the time they sign up."

13        And then you say, "True, but there's also

14   Americans living overseas.  As long as their IP is not

15   from a US land, that's the most important."

16        And then Janay responds, "We're not a cyber

17   company.  Let me share with you the protections we

18   already have in place as you may find it covers most

19   issues that can be encountered.

20        "We put in a lot of measures with the hackings we

21   had last year in May."

22        Do you see that?

23   A.   I do.

24   Q.   And you say, "We here to comply with

25   non-soliciting," and she says, "Okay," and then attaches

Page 260

1    two documents.

2         Do you see that?

3    A.   I do.

4    Q.   Do you recall what those attachments were?

5    A.   No.

6    Q.   Do you recall whether it was the terms and

7    conditions that we just looked at?

8    A.   I don't recall.

9    Q.   And then on May 1, 2017, you say, "Okay, great.

10   Janay, and she says, "Morning, Yan," so this is the

11   following day.

12        And you say, "Hey, I saw the disclaimer is up.

13   It's only for US IP address, correct?"

14        Do you see that?

15   A.   I do.

16   Q.   And she says, "At the moment it is up for all

17   visitors until we finishing coding to offer this."

18        Do you see that?

19   A.   I do.

20   Q.   And did you understand she was telling you that

21   the popup blocker at that time was applying to all

22   visitors until you finish -- until the coding was

23   finished?

24   A.   I don't recall the actual technical side of it.

25   I mean, I'm seeing some words but I won't think that no

Page 261

1    one will have access to a website.  I don't know.

2    Q.   When she said "finish coding," what did you

3    understand her to be referring to?

4    A.   I'm not sure.  Maybe there were people working on

5    this before.  What I was trying to say also before, is

6    that Guy called me sometimes mid-year, around this time

7    of the year, messaging me after when I couldn't pick up

8    to say, "Major problem, call me."

9         And I think this is when everything started with

10   -- possibly with the IP address.

11        So again, the timing with October or now can be

12   open to be changed, but I just remember that there were

13   communications also with Guy and programmers back in

14   October about the implementing of the IP block.

15   Q.   And this is approximately five months after you

16   started at the company, correct, May 1, 2017?

17   A.   About four months.

18   Q.   And in response to you saying, "I saw the

19   disclaimer is up," Janay writes -- you write:

20        "How long will it take, you think?  I'd rather

21   have it down until the coding is done," and Ms. Pyfrom

22   responds:

23        "It can take one or two days.  I wouldn't risk

24   having it down until then.  The regulators are looking

25   closely at the company so it's safer to have it there.

Page 262

1    It's been there for all visitors."
2         Do you see that?
3    A.   I do.
4    Q.   And did you understand at that time that Ms.
5    Pyfrom was referring to the popup blocker and terms and
6    conditions that we just looked at, Exhibit 47, 48?
7    A.   Again, I don't know the full details what was up.
8    Everything was discussed here, was me talking with Guy
9    and then sharing the information with Janay.
10        I'm not the tech-savvy to know how IP, proxy, all
11   this works that came out of the text.  This was me
12   speaking with Guy, Guy instructing me what to do, and I'm
13   sharing that information with Janay.
14        I have zero knowledge in proxy, IP block,
15   anything related to how to do it, zero information how to
16   implement such a strategy.
17   Q.   Okay.
18   A.   Or even as an idea.
19   Q.   And you -- right, and you --
20   A.   And you can see also the text message is usually
21   happening right after 9:00 a.m., when I'm in the office,
22   probably with Guy brainstorming the ideas in the morning
23   and then he tells me what to do and I share that with
24   Janay.
25        So it looks like it's kind of coming from me, but

Page 263

1    I have zero technology level to, you know, explain proxy
2    and IP addresses, how to implement blocks.
3    Q.   Okay.  But you respond, "Okay, NP."
4    A.   Where is that?
5    Q.   That's May 2, 2017, one minute after she says,
6    "It could take one or two days.  I wouldn't risk having
7    it down until then, the regulators are looking closely at
8    the company so it's safer to have it there.  It's been
9    there for all visitors," and you say, "Okay, NP."
10   A.   "NP" stands for no problem.
11   Q.   We're now looking at May 31, 2017, so this is
12   about five months after you began at the company?
13   A.   May 31st?
14   Q.   Yes.
15   A.   What time?
16   Q.   At 2:48 on May 31, 2017?
17   A.   2:48.
18   Q.   Yes.  You say:
19        "What was the last thing we discussed about in
20   regards to reaching out to US prospects?"
21        Do you see that?
22   A.   I do.
23   Q.   And Ms. Pyfrom responds:
24        "We discussed reaching out to them once they have
25   completed the application and possibly the UAA

Page 264

1    agreement for safety."
2         Do you see that?
3    A.   I do.
4    Q.   Do you understand what she meant by, "UAA
5    agreement"?
6    A.   No.
7    Q.   Have you ever heard of an unsolicited
8    acknowledgement agreement?
9    A.   Not in the company.  I don't recall.
10   Q.   And then she says at May 31, 2017 -- you say,
11   "That was with the old application.  We knew" --
12   A.   I'm sorry, at what time am I looking?
13   Q.   2:49.  She says:
14        "That was with the old application.  We knew that
15   once they were done, they would have completed a UAA."
16        Do you see that?
17   A.   I do.
18   Q.   And you respond 30 seconds later:
19        "Okay, so how is it stands with this list and new
20   application?"
21        Do you see that?
22   A.   I do.
23   Q.   You did not ask her, what do you mean by UAA,
24   I've never heard of something likes that, right?
25   A.   Yeah, I didn't want to look like unprofessional,

Page 265

1    someone who is not educated coming to the company.  So I
2    obviously continued the discussion as if we're on the
3    same page.
4    Q.   And she says:
5        "In this new application, the UAA comes towards
6    the middle of the process after initial registration
7    so we will need to make a call if we should reach out
8    before they get to this point."
9        Do you see that?
10   A.   I do.
11   Q.   So you didn't know what the UAA was but Janay had
12   now told you that it came in the middle of the
13   application process.
14        Do you see that?
15   A.   I do.  Again, I don't have a recollection about
16   knowing the UAA.
17   Q.   And then you say, you ask her at 2:49, five
18   seconds later, would it be a breach to reach out to
19   them?"
20        Who did you mean by "them"?
21   A.   I don't recall.
22   Q.   If you read it, does it refresh your recollection
23   that you were referring to people that were in the
24   process of completing applications?
25   A.   Possibly.

Page 266

1    Q.   And Ms. Pyfrom says:
2         "Yeah, let's not reach out to them now.  I can
3    add to the application the UAA for US persons in the
4    initial registration process to make it easier for
5    sales."
6         Do you see that?
7    A.   I do.
8    Q.   And you say, "Okay, because as of right now, all
9    this leads are dead."
10        Do you see that?
11   A.   I do.
12   Q.   And by "leads," did you mean potential customers?
13   A.   Yes.
14   Q.   And did those leads include individuals who had
15   begun but not completed the application process to open
16   an account at MintBroker?
17   A.   Yes.
18   Q.   And you say -- so you say:
19        "Okay, because as of right now, all the leads are
20   dead if we cannot reach out to them."
21        Do you see that?
22   A.   Yes, but what about it?
23   Q.   Do you see that?
24   A.   I see it.
25   Q.   And so you say, "If we cannot reach out to them,"

Page 267

1    correct?
2    A.   Yes.
3    Q.   And she says, "Let me resend you the report with
4    country pulled."
5         Do you see that?
6    A.   Yes.
7    Q.   And she says, "I've re-sent you the report by
8    country."
9         Do you see that?
10   A.   Yes.
11   Q.   And do you recall receiving that report?
12   A.   I received many reports from Janay.
13   Q.   And did you understand that she was sending you a
14   report of potential leads that specified what country the
15   individual was from?
16   A.   Possibly, yes.
17   Q.   And you say, "Got it, thanks."
18        MR. MATTHEW FORD:  We're going to take a
19   two-minute break with the aspiration of completing the
20   deposition by 6:00.
21        THE VIDEOGRAPHER:  Going off the video record at
22   5:42 p.m.
23        (A discussion was held off the record.)
24        (A brief recess was taken from 5:43 p.m. to
25   5:51 p.m.)

Page 268

1         THE VIDEOGRAPHER:  We are back on the video
2    record at 5:50 p.m.
3    BY MR. MATTHEW FORD:
4    Q.   Do you remember testifying about -- yesterday
5    about being wrongfully terminated after you got COVID
6    from one of your employers?
7    A.   Yes.
8    Q.   And that's XL Diamonds?
9    A.   Yes.
10   Q.   And you sued them, correct?
11   A.   Yes.
12   Q.   And have you had the opportunity to go over the
13   defendants' responses to the interrogatories that you
14   sent them?
15   A.   I'm sorry, can you repeat that question?
16   Q.   Does Mr. McKessy represent you in that action as
17   well?
18   A.   No.
19   Q.   Who is your lawyer?
20   A.   It's another firm in New York.
21   Q.   And did they show you a copy of XL Diamonds'
22   responses to your interrogatories?
23   A.   I'm not sure I know what you mean.
24        MR. HALPIN:  We're going to mark this as
25   Exhibit 50.

Page 269

1         (Exhibit No. 50, Defendant's Response to
2    Plaintiff's Objection Filed by Anthony DaNitto, LLC, was
3    marked for identification.)
4    BY MR. MATTHEW FORD:
5    Q.   This is Defendants' Response to Plaintiff's
6    Objection Filed by Anthony DaNitto, LLC, in the action of
7    Yaniv Frantz v. XL Diamonds, LLC, Rochester Diamonds and
8    Gold, Inc., Ivinoam Kimchy and Michael Indelicato filed
9    in the State of New York, Supreme Court County of New
10   York, Index Number 151672/2022.
11        And I would just want to draw your attention to
12   Page 2.  Do you see a response to these interrogatories?
13   A.   Yes.
14   Q.   It says, "The following employees worked from
15   September 23, 2021 to December 27, 2021."
16        Do you see that?
17   A.   I do.
18   Q.   And were those the dates that you were employed
19   by XL Diamonds?
20   A.   I believe this might be the days, yes.
21   Q.   And then under Paragraph 2 it says:
22        "As per plaintiff's complaint, plaintiff was
23   hired on September 23, 2021, to work for XL Diamonds,
24   LLC.  He had no prior experience working in the
25   diamond industry and needed to learn the business.

Page 270

1    Unfortunately, his focus based on complaints to
2    management from other employees, in particular Layla
3    Yar and Eliran Buhnik were on plaintiff's stock
4    portfolio during working hours being on the phone and
5    not performing his job duty."
6        Do you see that?
7    A.   I do.
8    Q.   Do you know, did you work with Layla Yar and
9    Eliran Buhnik?
10   A.   Yes.
11   Q.   And were you aware that they complained that
12   during work hours you were working on your stock
13   portfolio, buying on the phone and not performing your
14   job duties?
15   A.   Not really.  I never had a stock portfolio.  In
16   fact, I had discussions on a weekly or monthly basis with
17   the CEO, Norm Kinkley, about the stock markets.  He was a
18   big investor in the market.  He had big portfolio.  He
19   always asks my take.  I would at times, you know, when
20   there's a moment to review some messages on my phone,
21   look at CNBC to see where the market is.
22   Q.   And then it says that:
23       "Employee Margarita Lesniceaia,"
24   L-E-S-N-I-C-E-A-I-A, "also complained to management
25   about plaintiff's interactions with co-workers.

Page 271

1    Management gave plaintiff every opportunity to make
2    corrections."
3        Do you agree with that?
4    A.   I do not.
5    Q.   And then Paragraph 4, it says:
6        "Termination of plaintiff occurred due to
7    complaints from other employees as per No. 2 above,"
8    and then it says:
9        "The final proverbial straw was plaintiff leaving
10   the country to go on vacation to Mexico when he was
11   supposed to be in quarantine due to COVID."
12       Do you see that?
13   A.   I see that.
14   Q.   When you were -- did you go to Mexico around this
15   time?
16   A.   I did.
17   Q.   Did you post about it on social media?
18   A.   No.
19   Q.   And then No. 5 says, "Plaintiff was verbally told
20   he was fired by management."  Do you see that?
21   A.   Yeah, that's incorrect.  I was -- do you mean
22   verbally on the phone or verbally face-to-face?
23   Q.   I'm just -- well, first I was asking if you saw
24   it.  Do you see that?
25   A.   I see it.

Page 272

1    Q.   And were you verbally fired by the management of
2    XL Diamonds?
3    A.   I was sick with COVID.  I was at home in
4    quarantine.  I was supposed to be in quarantine for about
5    ten days.  After my ten days I was trying to come back to
6    work.  My employer asked me to do additional tests to
7    return to work.  I provided the document from the State
8    of Health from New York showing that I don't have to do
9    additional tests after the ten days.  My employer refused
10   that.  He asked me to do the test.  I have to go and do
11   two additional tests on a Monday and a Tuesday that week.
12   Those tests came later on, the one from Monday showed
13   that I was still positive and the one from Tuesday came
14   on a Sunday that I'm negative.
15       On that week on Friday, I think on Wednesday or
16   Thursday, I flew to Mexico for an event that I had there
17   because my boss told me I cannot come back to the office
18   until I have a negative result, which I didn't have at
19   the time.
20       On a Friday he called me to come to the office,
21   which I did, and on that morning he terminated me.
22   Q.   Okay.  I guess I just have one final question:
23       How much time elapsed between when you were fired
24   by XL Diamonds and you got the job making 175 grand a
25   year for the vape company?

Page 273

1    A.   That's ten or 11 months.
2        MR. MATTHEW FORD:  No further questions from this
3    witness.
4        MS. SUM:  I have brief redirect.
5                   REDIRECT EXAMINATION
6    BY MS. SUM:
7    Q.   Mr. Frantz, earlier this afternoon do you
8    remember counsel for Mr. Gentile asking you questions
9    about the contents of your laptop?
10   A.   Yes.
11   Q.   Isn't it true that you didn't provide the
12   contents of your laptop to the SEC until approximately
13   January of this year?
14       MR. MATTHEW FORD:  Objection.  Leading.
15       THE WITNESS:  That's correct.  I was speaking
16   with my counsel about this, all the information was
17   provided only to my counsel.  My counsel made the
18   decisions of which documents and any information to
19   proceed with the actual SEC.  In fact, I do remember
20   that all the documents were still with me until later
21   on.
22       My counsel requested to have those documents at
23   his possession and advised me also that that will not
24   go to the SEC until there would be some sort of an
25   outside party to see that there's no privilege

Page 274

1 information between the information I'm providing and
2 the information of Guy Gentile and his counsels or
3 anything that is in private.
4       MS. SUM:  Thank you.
5       THE WITNESS:  Sure.
6       MR. MATTHEW FORD:  No further questions.
7       THE VIDEOGRAPHER:  This concludes the deposition
8 of Yaniv Frantz.  Going off the video record at
9 5:58 p.m.
10       THE COURT REPORTER:  Read or waive?
11       MS. SUM:  Are you going to explain to him what
12 read or waive means?
13       She asked read or waive and I don't think -- we
14 just kind of bypassed that.
15       MS. SUM:  I'm going to provide him the basic
16 explanation.  You've seen the court reporter sitting
17 and typing up what you've been saying and, of course,
18 what Mr. Ford has been saying.
19       You have the opportunity to waive reading it or
20 you can read it and there's what's called an errata
21 sheet, if there's anything that wasn't typed up
22 correctly, et cetera.,you can --
23       THE WITNESS:  Sure, I'd love to have a copy.
24       MR. MATTHEW FORD:  If we can, can we get a rough
25 this evening?

Page 275

1       THE COURT REPORTER:  I will endeavor to produce
2 one this evening.
3       MR. MATTHEW FORD:  It's Sunday, you don't need to
4 get it to us.  Like sometime tomorrow is fine.
5       (The deposition was concluded at 6:01 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 276

1             WITNESS NOTIFICATION LETTER
2
3 DATE: 03/12/2023
   YANIV FRANTZ c/o
4 SECURITIES AND EXCHANGE COMMISSION
   801 BRICKELL AVENUE
5 SUITE 1950
   MIAMI, FLORIDA 33131
6 SUMAL@SEC.GOV
   ATTENTION:  ALICE K. SUM, ESQUIRE
7
8 IN RE: SECURITIES AND EXCHANGE COMMISSION v
   INTERNATIONAL, LTD., f/k/a SWISS AMERICA SECURITIES LTD.,
   and d/b/a, and GUY GENTILE, a/k/a GUY GENTILE NIGRO
9
   Deposition taken on: March 12, 2023
10 U.S. Legal Support    JOB NO: 6335740-001
11 The transcript of the above proceeding is now available
   for your review.
12
   Please call 305-373-8404 to schedule an appointment
13 between the hours of 9:00 a.m. and 4:00 p.m., Monday
   through Friday.
14
   Please complete your review within 30 days.
15
16 Sincerely,
17
18 Donna Gunion, Florida Professional Reporter
19 U.S. Legal Support, Inc.
   16825 Northchase Drive
20 Suite 900
   Houston, TX 77060-6004
21
22
   Cc via transcript:
23                         MATTHEW AARON FORD, Esq.
                           SEAN McKESSY, Esq.
24
25

Page 277

1       E R R A T A   S H E E T
2 IN RE: SECURITIES AND EXCHANGE COMMISSION V
   INTERNATIONAL, LTD., f/k/a SWISS AMERICA SECURITIES LTD.,
3 and d/b/a , and GUY GENTILE, a/k/a GUY GENTILE NIGRO
   DEPOSITION OF: YANIV FRANTZ       TAKEN:  March 12, 2023
4
   Taken By: DONNA GUNION      JOB NO.: 6335740-001
5
       DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
6 PAGE #    LINE #    CHANGE              REASON
7 _____
8 _____
9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 Please forward the original signed errata sheet to this
   office so that copies may be distributed to all parties.
20
   Under penalty of perjury, I declare that I have read my
21 deposition and that it is true and correct subject to any
   changes in form or substance entered here.
22
23 DATE: _____
24 SIGNATURE OF DEPONENT: _____
25

Page 278

1               CERTIFICATE OF OATH
2
3   THE STATE OF FLORIDA        )
4   COUNTY OF MIAMI-DADE        )
5
6           I, Donna Gunion, Florida Professional Reporter,
    Notary Public, State of Florida, certify that YANIV
7   FRANTZ appeared via Zoom on the 12th day of March, 2023
    and was duly sworn.
8
            WITNESS my hand and official seal.
9
            DATED: 03/12/2023
10
11
12          _____
13              Donna L. Gunion, FPR
            Notary Public - State of Florida
14             COMMISSION # HH 126082
            Commission Expires 8/3/2025
15
16
17
18
19
20
21
22
23
24
25

Page 279

1               CERTIFICATE OF REPORTER
2
3   THE STATE OF FLORIDA        )
4   COUNTY OF MIAMI-DADE        )
5
6           I, Donna L. Gunion, Florida Professional
    Reporter and Notary Public in and for the State of
7   Florida at large, do hereby certify that I was authorized
    to and did stenographically report the deposition of
8   YANIV FRANTZ in the foregoing proceedings and was by me
    duly sworn to testify to the truth, the whole truth, and
9   nothing but the truth; that said proceedings were taken
    before me at the time and place therein set forth and is
10  a true record of my stenographic notes.
11          I further certify that I am neither a relative,
    employee, attorney or counsel of any of the parties, nor
12  am I relative or employee of any of the parties or
    connected with the action, nor am I financially
13  interested in the action.
14          In witness whereof, I have hereunto subscribed
    my name.
15
            DATED: 03/12/2023, at Miami, Dade-County,
16  Florida.
17
18          _____
19              Donna L. Gunion, FPR
            Florida Professional Reporter
20
21
22
23
24
25

**$**

**$1.95**   139:15
  149:8
**$10,000**
  206:21
**$100**   23:13
  48:10,19,23
  98:7 106:25
**$100,000**
  167:23
**$175,000**
  10:16
**$2,000**   23:15,
  24 48:12
  158:10
**$20,000**   61:23
**$25,000**   47:4
**$3,500**   26:5
**$30,000**
  198:21
**$4.95**   122:2
  144:14 145:7
  148:3,7
**$50**   51:13
**$500,000**
  168:20

**(**

**(A)(1)**   131:3

**0**

**0.000495**
  140:7,24
  141:6
**0000008**   90:23
**00004280-96**
  119:15
**00004307**
  170:7
**00004314**
  201:4
**0004313**   201:3

**000495**   143:21
  145:8
**0041167**   98:18
**005283**   49:15
**0090668**
  127:22
**01**   154:6
**019668**   139:11
**02924**   139:22

**1**

**1**   18:4,5,9
  30:25 37:10
  48:3 56:1
  62:14,17
  72:16,18
  88:5,7 94:15
  95:8 116:8
  118:20
  129:18,22
  131:13,19
  157:19 188:7
  194:16 214:1,
  2 221:20
  255:20,22,23
  257:22 260:9
  261:16
**1.95**   146:8
  151:9 155:16,
  22 156:6,11,
  22
**1/25/2023**
  176:1
**10**   61:5
  68:14,15
  70:21 133:22
  144:20 204:17
**10,000**   24:5
  63:12 142:20
  143:10,11
  158:12,20
  159:3
**10/1/2016**
  133:18
**10/24/18**
  248:4

**100**   171:2,8
**100,000**
  166:23
**101**   176:11
**103**   180:21
**105**   181:21
**1066**   150:20
  156:9,10,11
**1081**   150:24
  151:1 156:13
**10:00**   175:3
  196:10
**10:03**   7:6
**10:06**   196:9
**10:08**   196:14
**10:10**   196:16
**10:12**   197:1
**10:16**   40:13
**10:18**   40:14
**10:26**   201:16
**10:41**   197:4
**10th**   133:25
  135:3 136:1
  204:15,22
**11**   16:22
  57:18 70:15,
  16 144:23,25
  156:12 157:5
  178:7 217:6
  223:6 230:3,6
  231:10,17
  273:1
**110**   197:8
**1113**   151:1
  156:15
**1135**   150:22
  156:17
**1144**   151:16
  156:19
**1148**   151:8,
  10,13 156:21
**1154**   151:20
  156:23
**1157**   151:22
  156:25
**1170**   149:9,
  13,15 150:3,

**5,8,11,13**
  151:4,6
**1171**   151:5,24
  152:5 157:1
**1172**   151:5
  152:7
**1173**   152:11
**1174**   152:11
**1175**   148:20
  149:2
**1176**   152:16
**1177**   152:16
**1178**   151:24
  152:16
**1180**   152:18
  153:20
**1181**   152:20,
  22
**1183**   152:23
**1184**   152:25
**1185**   153:2
**1186**   153:4
**1187**   153:4
  157:1
**1188**   153:9,
  19,21
**1194**   153:19,
  21
**1195**   153:23
**11:00**   185:17
**11:08**   135:3
**11:12**   62:4,5
**11:21**   62:6,8
**11:22**   99:5
**11:27**   214:6
**11:37**   99:9
**11:54**   99:14
**11th**   230:8
**12**   7:7 16:23
  39:20 40:13,
  14 65:13
  74:22,23
  122:10
  145:22,23
  146:10 157:5
  169:14 196:1

199:16,22
200:15 205:8
208:2 212:5,8
217:7
**12:27**   203:18
204:1
**12:28**   204:3
**12:32**   115:13
**12:33**   115:15
**12th**   40:18
195:10 204:23
205:1 207:21
208:3,6
209:1,8
**13**   76:3,4
110:19 146:13
157:5 165:3,7
174:8 180:18,
21 196:3
197:19 199:14
200:23 201:6,
15 205:15
209:15,17
222:20
**13th**   201:24
212:17
**14**   15:22
81:13,15,16
123:24 124:2,
10 146:16
157:5 209:19
246:11 247:12
**142**   141:15,
17,18 154:19
**143**   141:17
**15**   9:6 75:17
89:6,7,12
146:19 169:23
170:3 171:7
243:2 244:3
**151672/2022**
269:10
**15A-6**   33:8,15
36:21 37:18,
20,24 46:12
53:23 92:18
114:13 131:2
232:22 253:6,

14 254:5
**16**   90:12,13
147:2,4
156:22 179:6
**1662**   239:25
240:11 244:5
**17**   19:7 53:23
59:17 81:24
83:18 92:18
95:24,25
111:1,11
131:2 140:6
147:21 151:25
154:12 160:8
176:16
**175**   272:24
**17th**   211:15
**18**   97:8,9
131:17 147:24
169:15 197:21
212:5,9 213:4
214:5
**18th**   112:13
**19**   98:14,15
148:2 214:2
251:10,21,22
**1933**   32:12
252:10
**19390**   9:17
**1940**   150:18
**195**   149:14
**1950**   7:18
**1:09**   197:6
**1:21-CV-21079**
7:15
**1:35**   115:18
**1:36**   115:16
**1st**   255:21

─────────────

─────────────

**2**

─────────────

**2**   25:1 27:21,
22 37:10
57:21,24 58:7
59:3,9 61:19
73:8 81:20
95:25 96:4,13

105:20,23
106:19 113:3,
7 122:25
129:6 140:3,
19 181:21
228:1 230:1
232:17 263:5
269:12,21
271:7
**2,000**   63:10
121:12 142:22
**2.95**   122:5
152:3,14
157:3
**20**   23:23 63:9
101:20,21
103:16 148:6
158:9 169:5
198:21
**2001**   42:25
**2007**   126:15
**2010**   19:17
116:14
**2011**   137:20
**2012**   16:22
82:25 83:1
**2014**   26:5
51:25 52:24
57:21,25
58:7,15 59:3,
5,10 60:8,19
66:8,19 67:17
68:2,15 69:10
76:16 80:9
82:25 83:1,2,
11,25 87:3
88:20 90:19
91:7 122:25
**2015**   14:14
15:22 71:14
72:5,11 83:3,
12 95:25
96:4,13
103:19,21
110:19 111:1,
11 112:23
113:3,8 115:4
162:11,12

**2016**   14:15
17:7,14 58:10
70:16,25
71:2,5 79:14
81:20 105:20,
23 106:19
120:6,18
122:21 123:24
124:2,10
125:10 127:25
128:5 129:16
133:7,22
135:3 160:8
249:8 250:5
251:21
**2017**   12:13
21:11,24 25:5
27:2 31:2
38:25 39:6,20
40:14,17
49:9,16,20
50:11 57:15
58:9 62:18
63:18,24
65:14,20
66:14 73:6
74:23 75:2
88:16 89:7,15
98:12,15,23
100:9 118:25
122:25
125:21,23
137:10 138:7,
11,25 139:2
146:21 147:4,
8,10 158:2,23
159:9 164:4,5
165:3,7,14
169:23 170:3
171:8 174:8,
20,24 180:10
182:15 184:2
229:17 250:20
254:25
255:20,22,23
257:22 258:21
260:9 261:16
263:5,11,16
264:10

**2018**   12:13
19:7 21:2
30:5,9,25
34:10 59:17
137:7 138:6
159:14 183:6,
9,11,22
184:2,4,5,8,
10 185:12
186:2 188:12
192:3,16
193:22 194:2,
16 195:2
196:1,3
197:19,21
198:2 199:14,
16,19,22
200:15,23
201:7,9,15
203:18
204:12,17
205:8,15
207:19,21
208:2 209:15,
17 212:5,9
213:4 214:3,5
215:18 221:21
222:20 223:24
225:25 226:6
230:3,6,25
231:10,17
234:1,5
236:1,10
238:6,19
239:2,6,20
240:9,24
243:2 244:3
246:11 247:12
248:8 251:10
**2019**   11:24
**2020**   11:24
**2021**   11:15
46:5 269:15,
23
**2023**   7:7
**21**   11:16
30:5,9 34:10
46:5 103:17,
18,21 148:9

225:25 226:6
**2108**   209:19
**215**   143:24,25
**22**   105:19,20
148:12
149:16,19,20
150:8 183:6,
9,11 184:4,8
**23**   49:16,20
50:11 74:23
75:2 109:21,
22 120:6,18
125:21,23
126:14 164:4,
5 185:12
186:2 192:16
199:19 201:9,
25 207:19
269:15,23
**23rd**   57:14
126:6 165:23
192:12,17
**24**   84:8,9
89:7,15
113:1,2,6
198:2 221:21
235:25 248:8
**240-15a-6(a)(
1)**   92:18
**240.15A-6**
131:3
**240.15a-6(a)(
1)**   53:23
**24th**   192:17
**25**   31:18,21
34:15 35:11
46:4,15,17
70:16,24 71:2
119:14,17,19
125:9 133:4
223:24 236:10
238:6,19
239:2,6
**25K**   121:22
122:6
**26**   35:1
126:8,9
127:23 239:20

240:9,24
**26th**   241:12
**27**   127:23,24
269:15
**28**   52:24
58:15 59:5
68:15 69:10
159:25 160:1
**28th**   51:25
**29**   71:14
165:1,2
215:18
**29th**   123:3
127:25 128:5
216:11
**2:30**   247:14
**2:47**   159:18
**2:48**   159:20
263:16,17
**2:49**   264:13
265:17

---

**3**

**3**   28:18,19
30:3 37:10
44:12,14
56:14 130:4
139:7 141:1
154:12,19
162:12
**3,000**   143:13
**3,500**   88:19
**3.75**   155:9
**3.76**   155:11
**3.95**   122:3
129:10 139:23
146:4,21
147:5,16
152:4,15
155:15,19,20
157:3
**3/23/18**   185:8
**3/23/2017**
126:9
**3/30**   190:15

**3/30/18**
190:10
**30**   62:18
116:24 117:13
118:5,10,14
137:3 169:21,
22 192:3
193:22 194:2
198:18 264:18
**31**   31:2
174:18,19
263:11,16
264:10
**31st**   263:13
**32**   119:13
157:7 175:24,
25 176:4
**33**   183:4,5
185:1,5
**33131**   7:18
**34**   147:18
148:2,6,23
149:9 150:8,
11 151:16
164:25 185:6,
7
**35**   149:1
150:25 153:9,
18 187:15,16
199:10 207:15
**355**   145:3
**36**   189:17,20
190:2,3
**37**   183:1
195:13,14
**373**   145:4
**375**   145:10
**38**   200:22,23
201:1 209:14,
17 211:19,20
**39**   187:14
203:6,7
**392**   103:17
**3:01**   159:23
**3:02**   159:21
**3:18**   100:12

3:38    187:25
3:39    188:2
3:46    188:3,5
3:52    133:7
3B    58:16
3rd    194:18

---

**4**

4    20:22 25:5
 30:4,5 45:22
 49:6 63:20
 72:20,25 73:1
 129:16,18,22
 133:10 141:7
 157:21,22
 188:8 230:22
 271:5
4.95    24:4
 63:11 122:18,
 23 123:1
 140:13,23,25
 141:4,10
 143:16,20
 144:6,10,18,
 21 146:11,14,
 17,25 147:14,
 20,25 148:10,
 14 153:13,16
 154:12,16,21
 155:10 157:9
 158:11,16,18,
 21 159:3,4,10
4/12    195:7
4/12/18
 187:17
4/12/2018
 195:5
4/25/18    238:1
4/26/18
 239:18
40    212:4,5,8
 213:8 235:24
 238:17,20
400    168:19
402    145:22
 146:1,2
 155:14

403    231:3,5
404    135:6,8
 155:16
41    225:22,23
42    30:15
 237:24,25
 239:6
428    134:24
4286    134:24
 135:1,25
4287    133:9,11
 134:2
4288    134:2
4297    128:3
43    239:16,17
4307    170:5
44    242:22,23
44337    39:3
45    245:21,24
 246:3
4503    231:6
4505    234:13
46    248:1,3
47    249:3,4
 262:6
48    28:17
 149:23,24
 251:8,9 262:6
482    146:19
 155:18
486    134:25
49    255:14,15
495    140:25
4:00    239:24
 240:9 242:14
4:13    126:2
4:14    125:22
4:17    205:8
4:41    126:4,5,
 15
4:47    235:5
4:48    235:7

---

**5**

5    38:24,25
 48:6 63:5
 64:9 65:14,20
 66:14 73:12
 133:7 141:13
 178:5 271:19
5/15/18
 242:24
5/8/20    205:11
50    268:25
 269:1
518    9:18
533    147:3,7
 155:19
54771    65:16
58166    184:24
 185:5
5:01    235:10
5:02    235:8
5:03    201:13,
 24
5:26    201:21,
 24
5:42    267:22
5:43    267:24
5:50    268:2
5:51    267:25
5:58    274:9

---

**6**

6    25:19 29:3,
 10 30:1 38:25
 39:2,6 40:17
 49:15,16
 88:17,18 95:9
 98:12,15,23
 118:20,22
 119:1 138:25
 143:15,19
 146:20 147:8
 162:12 234:10
60    233:16

6:00    267:20
6:01    275:5
6:19    190:12,
 16
6:19:58
 191:13
6:32    192:2
6:37    192:22
6:38    193:7,10
6:39    194:3
6th    100:1
 138:6,10

---

**7**

7    52:1 53:11
 61:6 72:18
 77:2 139:2
 143:23 169:7
 174:20,24
 195:2
7.1    35:2
729    148:16,20
 149:12,16,19,
 21,22 150:8,
 10
748    149:16,21
749    150:2,3,
 12

---

**8**

8    57:21 61:13
 92:2,7 130:16
 144:13 230:25
 249:8 250:5
8/13/2015
 109:22
8/2/2016
 81:17
80    142:10,21
801    7:17
82    140:2
85    143:3
8:17    120:7
8th    100:9

**9**

**9** 49:14
65:13,14
144:17 203:18
204:12
**9/8/16** 249:5
**9012** 35:12
**902** 32:12
**902(k)(1)**
252:11
**90668** 183:16
**90688** 184:25
185:2
**91** 84:2,3,4,8
**917 292-1425**
195:18
**922** 19:15
116:12,22
117:14
**928** 150:15
155:21
**940** 156:5
**9720** 245:23
**9752** 248:2
**9:00** 231:10
262:21
**9:46** 255:23
**9:49** 258:2
**9:51** 258:15
**9D** 58:19

**A**

**a.m.** 7:6
40:13,14
62:4,5,6
99:5,9 175:3
185:17 196:9,
10,16 197:1,4
201:16 214:6
231:10 255:23
258:2 262:21
**abbreviation**
137:24 138:3

**Abhishek**
107:10,12,18
113:15
**Abhishekg**
113:19
**abide** 53:13
92:8 130:18
**ability** 44:23
54:2 92:22
131:7 256:13
**able** 13:7
25:9 66:10
77:3,4,13
124:19,23
173:4,16
179:4 204:4
206:16 223:11
242:4
**about** 8:12
9:5 10:24
11:1,21,25
12:1,11
13:10,12 14:8
16:15,19 17:8
26:19 35:17
37:4 41:24
42:3,5 44:6,9
45:1,9,16
47:17 50:13
52:15 57:19
62:11 64:20
66:1,2 67:8,
24 68:6,11
69:22 70:1,
11,12 74:3,11
75:14,17,19
79:18 82:22
83:24 84:12,
18 85:22 88:3
89:2,25 95:5
99:16,24
102:19 104:7
109:17 111:19
114:18 120:9
122:25 126:7
127:3 140:19
141:7 142:16
143:13
144:15,22

**146**:13,16
147:10,13
152:14 153:7
161:16,21
162:21
163:18,20
167:14 172:2,
11,14,16
173:1,5,13,17
175:18,20
176:23
177:15,20
179:24
181:10,22
182:22 184:3,
20 187:2,3,5
189:11 192:4
193:2,6,17
198:15,20
201:19 202:25
204:9 206:5
207:1,2,5,6
211:2,13
213:11 223:8
224:19 225:18
228:1 231:20
240:1,20
243:21
254:19,24
255:8 256:21,
24 261:14,17
263:12,19
265:15 266:22
268:4,5
270:17,25
271:17 272:4
273:9,16
**above** 7:4
25:22 38:5
95:12 99:24
116:24 129:21
147:6 167:7
244:6 247:21
271:7
**abridging**
257:13
**absence** 187:1
**Absolute**
103:2

**accept** 33:5
36:18 46:9
104:10 114:10
123:22 164:7
253:3 254:3
**acceptable**
105:12
**acceptance**
250:24
**accepting**
29:16
**accepts** 56:7
94:22
**access** 97:21
200:3 209:4
210:18 232:23
255:2 256:22
257:1 261:1
**accessing**
33:7 36:20
46:11 114:12
253:5 256:14
258:4
**accommodations**
167:24
**accordance**
33:25 128:24
**according**
47:21
**Accordingly**
167:22
**account** 23:24
35:8 39:12,24
41:10,15
42:15 43:18
47:2 63:10
97:22,24 98:8
137:24 138:2
139:1,2,5,6,
10 141:25
143:19
144:13,20,23
145:10,22
146:20,25
147:3,4,7,11,
15 155:11,14,
16,18,19,21
156:11,21

158:10 229:7
258:5 266:16

**accounts**
23:15 40:21,
23 48:12
55:6,18 62:22
94:5 99:8
132:22
138:10,12
140:19 141:1,
7,13 142:17,
18 143:2,8
145:4 146:13,
16 147:2,19,
24 148:2,6,9,
12,13 149:17,
18,25 150:3
153:24 154:5,
11 157:7
232:16 254:3

**accrued** 200:4

**accurate**
155:5 188:15

**accuse** 88:8,
14

**achieve** 206:6

**achieving**
171:4

**acknowledgemen
t** 264:8

**Act** 19:17
32:11 35:13
53:22 92:17
116:14 131:2
252:10

**acting** 178:3
181:24

**action** 7:21
29:1 116:25
117:4,5
222:25 268:16
269:6

**actions**
117:11 182:8
224:3

**active** 97:22
100:25 101:2,
4 121:12

142:13,16
143:1,2,10,13

**actively**
21:10,23 49:8
63:16,23
72:21 73:5
88:9,15
118:24 158:1

**activetrader@
suretrader**
101:14

**activetrader@
suretrader.com**
100:14 101:10

**activetrader@
suretrader.
com.** 97:15

**actual** 41:18
60:22 61:1,14
162:16 167:1
175:15 178:21
186:8 187:4
235:16,18
260:24 273:19

**actually** 11:4
17:25 25:1
29:18 31:19
36:23 55:9
59:22 67:5
72:5 77:1
83:13 85:14
121:6 137:2
141:16 172:13
175:15,18,22
177:22 179:4,
11 182:7
184:23
186:10,11
187:4 207:1
208:25 209:2
210:21 223:7
244:8 249:11
251:15 256:22
258:25

**ad** 202:20
204:8,16

**Adam** 8:6
216:8 218:17
235:11,22

**add** 44:13,15,
24 45:4 157:5
243:23 255:25
256:7 266:3

**add-on** 138:22

**added** 136:5

**adding** 139:3

**addition**
26:13 119:2
228:20 234:18

**additional**
38:5 107:23
247:21 248:13
272:6,9,11

**additionals**
65:10

**address** 9:13,
14,17 68:19
69:5 98:22
101:12 241:18
249:20 250:10
252:1 256:2,
3,8 259:10
260:13 261:10

**addresses**
232:19 233:4
238:5 256:11
258:10,16
263:2

**adequate**
168:25

**administrative**
117:4,11

**admonition**
85:13,17

**ads** 113:20
114:3,19
233:23

**advertised**
87:3

**advertisement**
71:12 84:11,
13,16

**advertiser**
107:1

**advertisers**
82:11

**advertises**
228:3,10

**advertising**
54:8 82:9,21
93:4,8
113:10,24
135:18 225:23
226:4,15
228:20,22
229:4 233:13,
15 234:2,17

**advice** 211:7
226:16

**advised**
135:18 175:2
199:22 202:2
209:23 273:23

**advising**
211:6

**advisory**
54:24 93:24
132:16 134:8
227:14

**affairs** 34:18

**affidavit**
28:19 29:1

**affiliate**
21:12,25
22:9,18 23:5
26:25 27:10
49:10 60:24
63:24 66:8,17
70:2 73:7,20,
22 88:16
96:5,8 98:7
99:17,23,25
100:4 101:22
102:7,14,24,
25 103:4,10,
13 105:24
106:11,25
107:11,18
109:17 110:14
113:10 118:25
158:3

**affiliated**
67:16

**affiliates**
47:12 54:19
59:24 60:22,
23,25 66:2
68:7 74:4,8,
20 90:3 93:7,
19 107:10
113:20 127:18
132:10
**affirmed** 8:18
**after** 8:1
21:2 40:9
57:2 60:19
61:8,10 80:5
83:25 90:5
115:18 130:5
133:18 135:5
137:10 140:5,
6 164:17,23
167:11,15
175:22 179:12
188:12 191:20
192:23 193:3
194:22 202:12
203:4 205:4
209:14,17
219:21,22
224:16 233:4
244:2,4,8,21,
24 245:1,2,4
246:13,21
247:7,15,20
261:7,15
262:21 263:5,
12 265:6
268:5 272:5,9
**afternoon**
115:20 273:7
**again** 16:5
31:7 42:17
43:11,22 44:5
56:24 60:11
63:5 70:10,23
89:1 96:21
101:11 108:25
117:24 123:2
135:25 138:8
154:13 162:1,
9,13,16,24

163:7 165:15
173:7,19
179:17 182:19
186:24
191:13,19
193:4,15,23
197:1,4
208:13 209:16
210:9,16
214:21 216:16
220:16 221:5
224:15,23
225:20 230:20
231:18,21
234:3 236:22
237:6 243:22
246:18 257:3,
7,19 261:11
262:7 265:15
**against** 182:6
219:21 220:15
221:4
**agent** 16:12
52:21 53:5,
13,20 54:17
55:16 56:2,4,
7,8,19,20
61:24 78:3,13
91:21,22
92:8,15 93:5,
17 94:17,19,
22,23 128:15
129:10 130:8,
10,18,25
132:8 135:19
**agent's** 93:19
128:23 132:11
**agents** 99:10
**agents'** 54:19
**aggressively**
178:4
**ago** 10:18
45:24 118:13
166:18 191:25
238:23 241:20
**agree** 7:8
29:22,25 30:2
108:13 112:8,
13 129:9

251:3 256:1,7
271:3
**agreed** 21:7
129:18,22
**agreement**
50:23 51:2,7,
8,9,10,15,24
52:1 54:1,4
56:3,19
58:13,16,17,
20 59:4,11,
18,22 60:7
61:13,22
65:3,4 66:9,
12,18 67:15,
17 68:1 73:20
74:13 76:4,8,
14 78:7 79:16
80:2 83:11,25
90:13,18 91:4
92:3,21,24
94:18 95:15,
17 96:24
118:16 119:7,
10 127:14,15,
24 128:4
130:8,14
131:6,9,18
244:16 256:3
257:22 264:1,
5,8
**agreements**
82:10,13
**agrees** 53:22
54:17 61:23
92:17 93:17
128:22 131:1
132:8
**ahead** 18:23
**Alex** 123:5
**Alexander**
215:13 216:11
**Alice** 8:3
**Alise** 8:4
**all** 7:8 9:4
28:7 34:17
51:23 53:14,
17 65:5,8,9,

11 66:2 69:7
85:10,21
92:9,12
127:6,18
130:18,21
136:6 141:9,
13 143:16
144:13,17,20,
23 145:6
146:13,14,16,
17,24 147:2,
19,24 148:2,
6,9 149:5,12,
13,17,25
150:2 153:15,
21,23,25
154:1,5,10,
14,15,21,23,
24 162:18,22
171:18 175:16
183:20 185:17
193:11 194:3
202:11 203:2,
20 207:1
208:18 209:4,
23 210:2,17
211:13 212:12
218:12 219:25
220:19 224:11
225:5 232:20
233:4,21
235:11 245:17
246:25 247:13
253:16
260:16,21
262:1,10
263:9 266:8,
19 273:16,20
**allegations**
178:21
**allow** 216:20
242:16
**allowed** 34:3
45:11 181:1
**allows** 68:18
69:4
**almost** 12:22
74:1 168:12
171:12

along 8:6
77:4 167:23
Alramadhan
39:21
already 79:21
101:4 154:2
170:15,21
171:14 192:12
259:18
also 10:6,21
16:22 24:3,4
33:18 36:11
41:25 44:13
60:23 61:7
63:11 65:6
87:16 94:15
100:24 122:12
124:23 138:17
141:5 143:5
151:1 157:18
158:11 164:22
166:3 168:5,
11,23 171:3,
21 172:7,15
202:17,22
208:9,16,21
209:6 211:6
212:22 215:4
219:19 221:4
225:1,7
236:16
237:11,20
239:2,11
243:5,16
253:17 258:24
259:13 261:5,
13 262:20
270:24 273:23
altercation
14:24 177:9
178:15
always 270:19
am 7:19,20,21
39:12,22,23
45:1 64:10
71:9 72:24
73:3 77:3
79:5,18 99:19
107:10 110:14

118:21 123:15
124:7 134:17
143:18 145:25
157:20 170:17
183:2 206:5
209:16 226:21
228:6 234:7
242:15 264:12
Amazon 51:14
ambassador
13:20,21
amendment
257:6,9
America 12:8,
10,14 20:8
21:1 32:1,14,
20 33:3,13,20
41:24 46:7
52:13,15
53:4,7,16,25
54:19 55:5,
15,17 56:4,5,
9,15,18,19,21
58:1,14 61:22
78:8,11 91:8,
17,21,23
92:11,20
93:6,10,11,19
94:4,19,20,24
97:1 105:4
114:6,8
128:14,17,22
129:9,24
130:7,8,20,21
131:5,22
132:10,21
188:11 198:8
199:12,21
226:15 229:16
239:8,9
252:13,18
253:1,12,19
254:2 256:13
America's
20:10 36:16
54:2,3 56:5
92:22,23 93:6
94:20 131:7,
8,25 225:24

226:4
American
39:22,23 41:7
Americans
259:14
Americas
54:10
among 121:1
amount 118:5
158:19 213:16
217:24 219:3
246:16
analysis
233:10
and 7:3,10
8:3,7,13,19
9:7,19,21
10:4,13,15,
17,20,21
11:3,17 12:7,
11,14,18
13:13 14:6
15:5,15,17
16:17 17:6,12
19:9,16,23
20:2,24 22:21
23:2,9,18,23
24:4,8,13,18,
23 25:1,5,6,
13,25 26:9,
15,18,20,23
27:1,5,8,10,
17 28:12,22
29:2,13,15
30:22,25
31:5,12,14,
19,20,23,25
32:1,3,9,17
33:16 35:2,5
36:25 37:15
38:5 39:12,23
40:2,9,14,18
41:1,6,25
43:3 44:6,11,
18,23 45:23
47:14,18,20
48:1,15,22
49:4,24 50:6,
23 51:2,4,5,

7,11,12,13,
15,25 52:2,5,
11,21,24
53:4,5,6,11,
14,17,19,21,
22,23 54:15,
21,22 55:3
56:2,3,6
57:4,25
58:12,14
59:11 61:13
62:20,23,25
63:9,11,15
64:5,7,13,16,
20,22,24
65:3,6,7,8
66:3,4,7,18
67:10,14,16
68:1,7,10
69:5,6,11
70:1,2 71:4,
5,14,23 73:8,
9,21,24 74:2,
4,5,6,14,20
75:9,16,17,
18,22 76:5,9
78:8,17 79:4,
15,17 80:10,
15,16 82:13
83:3,21
84:13,15,20,
23 85:11,12,
15,21,23
86:2,7,10,12,
16 87:4,24,25
88:24 89:2,22
90:5,6,10,14,
16,20 91:1,8,
16,19,22
92:3,9,12,14,
16,17,18
93:2,15 94:3,
15,17,18,21
95:16,18,20,
22 96:3,5,16,
25 97:19,21,
25 98:7,9,12,
17,23,25
99:5,9,15,16

100:4,5,9,13,
17,19,23
102:4,11,14,
17,24 103:9,
13 104:18,21
105:1,7,9,12,
16 106:5,19
107:2,9,10,
14,18,22,23,
25 108:4,7,
21,23 109:1,
2,3,6 110:13,
15,19,24
111:3,7,10,
14,17,19,21,
24 112:3,5,8,
19,23 113:3,
7,13,18,22,23
114:2,4,17,18
115:4,23
116:13,17,22,
23 117:6,12,
22 118:4,5,
10,23 119:8,
11,18 120:20,
23 121:7,11,
14,16,17,20
122:1,6,17
123:3,5,13
124:2,3,5,17
125:1,9,10
126:23 127:2,
3,7,9,14,16,
17,18,23
128:5,9,14,
15,16,20,24
129:3,5,15,
18,24 130:16,
19,22,24,25
131:1,3
132:5,20
133:15,17,22
134:5,12,15
135:17,20,21,
25 136:2,6,
16,20,25
137:6,9,23
138:15,16
139:1,10,15,

17,21,22
140:13,22,24
141:1,9,11,24
143:2,3,7,16,
20,21,23
144:10,11,14,
15,17,21
145:9,15,18,
19 146:3,6,7,
14,17,21,24,
25 147:15
148:19 149:4,
12,19,24
150:2,9,12,24
151:1,11,16,
22 152:2,14,
23 153:6,11,
12,15,18,23
154:4,5
155:4,14
157:1,3,8
158:6,9,11,
15,22 159:3,9
160:2,5,8,11,
14,22 161:1,
4,6,7,11
162:5,17,20,
23 163:2,17
164:6,7,12,
21,22 165:20
166:1,6,8,9,
16,23 167:12,
15,17,20,24
168:1,4,5,7,
22,24 169:3,
5,7,12,14,15
170:22 171:1,
2,4,17,20
172:5,11,16,
18,19,20
173:2,4,14,16
174:1,4,8
175:2,12
176:21,25
177:1,6,9,17,
20 178:7,8
179:8,10,11,
12,20 180:24
181:2,6,10,13

182:5,6,7,14
183:15,21
185:11 186:3,
20 187:6
188:17 189:13
190:1,8,18
191:13 192:2,
18,21,22,23
193:5,7,16
194:1,2,11,
12,13,15,18,
22 195:1,2,5,
21,25 196:3,
6,9,16,23
197:1,3,10,
15,16,18
198:1,2,7,8,
9,16,17,20,23
199:1,16,17
200:1,2,4,5,
10,19 201:1,
3,6,7,10,15,
18,24,25
202:2,3,9,12,
14,15,16,25
203:8,11,22
204:3,11,15,
17,22,23
205:1,7,11,21
206:4,5,7,10,
15,16,18
207:6,7,8,9,
24 208:2,9,
16,17 209:6,8
210:6,10,14,
22 211:4,14,
15,22 212:14,
15,17,19,21,
23 213:1,4,5,
17,21 214:3,
5,6,8,15,19
215:1,3,4,5,
12,18,21,24
216:18 217:1,
2,10,15,16,
17,22 218:3,
15,24 219:18,
19,21,22,23,
24,25 220:1,

11,24 221:1,
4,7,11,14,15,
16,22 222:19,
23,25 223:1,
5,9,11,13,17,
20 224:1,2,3,
4,9,16,23,25
225:2,3,8,13,
25 226:5,9,14
227:8,14,15,
16,21 228:2,
9,19 229:12,
14,16,18,20,
22 230:4,16,
17,23,24
231:23 232:1,
11,17,20
233:1,3,9,10,
17,18 234:1,
24 235:18,20
236:1,2,7,14,
16,17,21,25
237:13,15
238:6,9,14
239:12 240:2,
17,25 241:11,
17,20,24
242:4,9,12,
13,17,20
243:5 244:7,
9,24,25
245:4,5,8,14,
17,25 246:4,
7,9,13,14,20,
24 247:3,11,
14,21 248:4,
13,18 250:9,
18,20,24,25
251:2,4,7
252:1,6,8,15,
25 253:15
254:10,12,18,
20,21 255:2,
9,10,12,16
256:1,6,8
257:22 258:6,
9,14,15
259:7,11,13,
16,24,25

260:6,9,10,
12,16,20
261:9,13,15,
18,21 262:4,
5,9,12,19,20,
23 263:2,9,
23,25 264:10,
18,19 265:4,
17 266:1,8,
12,14,18,25
267:3,7,11,
13,17 268:8,
10,12,21
269:7,8,11,
18,21,25
270:3,4,8,11,
13,22 271:5,
8,19 272:1,
10,11,13,21,
24 273:18,23
274:1,2,13,
17,20
**and/or** 32:22
252:20
**annual** 10:15
167:22
**another** 14:24
41:3 70:23
123:4 146:6
150:18 187:18
251:11,13
268:20
**answer** 9:11
16:23 37:2,5
44:16,20
45:3,12 47:25
60:5 61:3,8
72:23 82:12,
15,22,25 83:2
117:17,24
120:15 141:11
144:19,22
147:13 153:10
172:5 173:4,
16 176:24
179:9 181:9,
12 182:1,3
208:24 222:11
259:2

**answered**
44:22
**answering** 9:1
**answers** 84:13
**ante** 154:15
**Anthony**
269:2,6
**anticipate**
9:4
**Antonio**
165:2,6,18
167:11,14
168:12 169:4
172:7,20
185:11 202:22
212:12 221:21
**any** 7:21 9:9
11:3 13:7
33:21 34:3,4,
17 38:10,13,
18 45:25 46:2
47:16 50:1
53:18 54:1,
10,18,25
55:15 57:13
59:21,23
61:24 62:10
65:10 67:1
68:8 75:5,24
82:10 83:23
86:19 89:18
92:13,21
93:6,7,10,18,
24 95:4,5,19
104:21,22
111:22 116:24
117:4 124:18
126:18 130:23
131:6,21,25
132:10,16
134:9 139:25
140:19 141:1,
7 153:11
169:8 172:21
181:23
182:19,20
184:18,20
187:12 209:5
212:12 214:8

217:16 223:18
229:5,22
230:19,20
231:19 233:5
234:15,20
236:6 240:10
241:4 245:9
246:21 247:8
248:13 249:20
253:20 257:12
273:18
**anybody** 14:16
62:11 66:24
67:12 119:10
133:2 140:16,
17 220:11
243:13
**Anyhow** 203:21
**anymore**
197:24 209:11
**anyone** 164:17
**anything** 11:2
39:14 41:19
66:21 69:22,
23 74:5 85:1
88:3 106:7
115:23 117:20
163:23 172:14
173:22 184:20
211:1 225:16,
20,21 262:15
274:3,21
**anywhere**
134:15,20
**Apartment**
9:18
**apologize**
107:23 126:12
**appealed**
215:3
**appeals**
121:21,22
**appearances**
7:25
**appeared**
233:6
**appears**
24:14,20

63:21 73:16
**applicable**
33:18 53:17
92:12 112:7
130:22 253:17
**applicants**
143:5
**application**
187:7 209:24
210:8 215:24
216:2,6,13,
22,23,25
217:2 258:8
263:25
264:11,14,20
265:5,13
266:3,15
**applications**
187:6 265:24
**applied**
202:15
**apply** 43:2,25
209:24 210:18
224:1
**applying**
260:21
**appointed**
165:25 166:1
167:3,11,12
**appointment**
166:15,21
**appreciate**
160:14,22
163:11,12,14
165:16 247:13
**appreciate"h**
163:13
**approach**
32:22 33:14
252:20 253:13
**appropriate**
93:10 228:23
**approval** 93:9
205:24 206:11
208:17 216:14
**approve**
133:14

**approved**
  31:1,5,7
  143:5,6
  202:1,3,9,15
  205:20 206:4,
  7,9,12,17,22
  207:9 208:6,
  12,14 209:18
  210:20 215:3,
  24 216:2,6,
  13,19,22,23,
  25 217:2
  224:4
**approving**
  217:3
**approximate**
  11:9,12 12:12
  16:7
**approximately**
  7:6 10:12
  12:9 16:14
  21:11,24 49:9
  63:17,24 73:6
  88:9,15 92:4
  104:19 142:23
  147:18 158:2
  185:17 233:16
  234:5 244:19
  261:15 273:12
**April**  12:13
  21:2,11,24
  25:5 27:2
  49:9 63:17,24
  73:6 79:14
  88:10,16
  118:25 122:25
  158:2 184:2
  188:11 194:6,
  16,18 195:2,
  10 196:1,3
  197:19,21
  198:2 199:14,
  16 200:15,23
  201:6,15
  203:18
  204:12,15,17,
  22,23 205:1,
  8,15 208:2,3,
  6 209:8,15,

  17,19 211:14,
  15 212:5,9,17
  213:4 214:2,5
  221:21 222:20
  223:24 235:25
  236:10 238:6,
  19 239:2,6,20
  240:9,24
  244:22
**Arabia**  39:23
  47:2
**are**  7:9 9:21
  10:1,13 18:6
  20:2,3,14
  22:11 32:4
  34:3 35:12,
  15,18,19
  39:11 42:21
  43:6,18,23
  50:2 53:14
  54:25 62:7
  64:8 66:5
  68:12 73:22
  75:6,18 77:24
  79:7 80:18
  87:12 89:19
  90:21 92:9
  93:25 96:25
  98:4,6 99:10
  102:16 103:16
  104:8,21
  105:7 108:8
  110:1,8,17
  111:23 114:1,
  19 116:22
  117:1 118:8
  122:7 124:13,
  23 125:5
  126:20 127:8
  130:19 132:17
  134:9 138:5,9
  142:4 143:3
  145:23
  146:10,13,16
  147:2 148:13
  149:13,17,25
  150:22 152:3
  153:12,15,19,
  23 154:11,13

  155:1,23
  157:2 159:22
  160:4 164:3
  166:17 168:3,
  5 169:1,9,14
  173:8 187:3,
  18 188:4,18
  189:14 190:24
  191:15 195:17
  196:16 197:7
  200:12 203:11
  209:23 210:9
  213:15 217:16
  219:25 224:19
  228:24 234:19
  238:20 239:23
  245:23 246:20
  248:2,13
  254:12 255:12
  256:12,20,23
  257:9,14,18,
  24 258:12
  261:24 263:7
  266:9,19
  268:1 274:11
**areas**  225:6
  233:17
**aren't**  124:19
**around**  27:9
  83:1 165:13
  166:23 191:7
  202:23 261:6
  271:14
**arrangement**
  95:21 121:15,
  22 122:8
**arrangements**
  122:5
**arrival**
  166:18
**as**  8:19 14:5
  17:18 18:3,18
  27:20 28:23
  30:4 31:6
  32:4,12,19,24
  33:3,13 36:16
  38:7,16 42:4,
  12,19 43:10,
  15,16,25 45:8

  46:3,7 47:15,
  22 50:2,3,5
  56:4,21 58:19
  59:24 60:3,5
  61:3 62:17
  67:18,19
  70:4,10,21
  71:5 72:5,11
  74:1,5,12
  75:6,7,9
  80:3,8,14,24
  84:11 85:4
  89:18,20,21
  93:4 94:19
  98:6 102:10,
  16 105:3
  106:19 109:12
  111:4 114:1,
  6,8 119:18
  121:12,23
  122:13 123:4
  126:19,21,22
  136:6 137:4
  138:24,25
  139:2,3 141:5
  144:11 145:19
  152:15 159:1,
  6,25 166:15,
  16,21,22
  167:7,19
  170:10 171:15
  173:8,20
  174:2 176:12
  184:4 192:23
  193:22 196:15
  198:16,17
  202:25
  205:14,17
  208:6 209:5,
  6,23 211:12
  212:18 218:4
  219:20 220:18
  221:22
  223:10,21
  227:9 231:24,
  25 232:6
  233:25 236:8
  237:12 239:8
  240:15 241:22

242:15 244:1,
20 245:2
249:2,24
250:2,4,9
251:8 252:9,
11,17,22
253:1,12
255:10 257:21
259:14,18
262:18 265:2
266:8,19
268:16,24
269:22 271:7
**ASAP** 196:23
**ask** 9:10
45:1,17,18
76:22 120:1
155:25 156:9
163:3 206:21
228:1 264:23
265:17
**asked** 29:19
44:17 45:5
46:3 60:4
74:13 115:22
154:2 159:7
160:15,20,23
163:5,22
177:14 179:14
182:8 185:18
207:8 272:6,
10 274:13
**asking** 8:25
38:20 42:5,10
43:21 65:22
66:2 67:23
70:9,10 79:18
80:19 83:15
87:19,21
101:2 122:21
153:7 155:23
168:14,16
169:9 179:18
194:2 202:14
205:18 219:13
222:3 227:18
230:9 259:2
271:23 273:8

**asks** 270:19
**aspiration**
267:19
**Assaf** 17:1,6,
7,25 160:1,5
161:6
**asserting**
79:25
**assessed**
200:5
**assigned** 35:8
109:20
**assist** 17:16
39:13 135:20
202:14 226:16
229:22
**assistance**
40:6 187:7
**assisting**
230:18
**Associate**
30:22
**associated**
31:23 121:9
**associates**
34:1
**assumption**
109:19
**assured** 211:7
214:9
**asterisk**
107:5 108:5,
17,23 109:3
113:23
**at** 7:3,16,17
9:9,15 10:18,
19 11:2,5,19,
23 12:9 13:16
14:1,8 15:5,
7,9,11,20
16:3,4,6,8,9,
20,21,25
17:16 18:13
19:23 20:4,8,
15 21:16
26:4,5 27:2
29:2 30:14
36:2,3 37:20,

21 38:9,14
40:13,14,17,
18,23 41:3,9,
14 44:3 45:18
47:2,7,14,18
48:9,16,22
55:9,12,13
58:4,7 59:16,
17 60:6
61:12,13
62:3,8 64:16
65:2,13 66:24
69:8,11 71:1,
18 72:20
75:23 81:7,21
82:1 83:9,11
84:4 86:1
87:7,8,9,12,
22 88:13,14,
19,20 89:16
91:3,6,19
92:5 94:9
95:10 96:13
97:14 99:2,5,
9,14 100:9,
12,14,25
101:6,9,15
102:5,9,13,
14,21 103:1,
7,13 104:1
106:4 110:20,
25 115:12,18
118:20 119:10
120:5,6,20
122:17,22
123:5 125:22
126:13,14,15
129:15 131:7
133:7 134:2,5
135:19 138:19
139:7,17,18
142:4,22
143:23 145:9,
25 147:3,18,
21 148:16
149:4,12
150:2,7,12
151:6,24
153:9,19,23

154:6 155:9
156:9 157:11,
13 158:18
159:17,23
162:21,22
164:25
165:14,21,22
167:12,13,24
168:8,19,20
170:5,18
174:2,20,24
175:3,16
177:2,10,17,
21,23 179:24
183:25
184:15,18
185:11,17
187:24 188:5,
7,16 190:6,
12,15 192:2,
11,18,22
193:7,10,11
194:2,3,5,9
195:18,19
196:9,14,16
197:1,4,6,18
198:20
201:12,13,21,
24 202:11
203:18 204:3
205:8 207:1,
14 209:1
210:2 211:18
213:17,23
214:6 217:17,
19 219:1
220:5,7,9,11
221:20,23
224:9,25
225:15 226:9
231:3,4,9
232:7 233:21
234:6 235:4,
10,17,25
238:18 239:24
240:9 241:10
242:3 243:6,
13 245:20
246:9 249:9

250:11
254:19,22
255:9,23
256:8 258:15
259:12 260:7,
16,21 261:16,
25 262:4,6
263:7,11,12,
16 264:10,12
265:17 266:16
267:21 268:2
270:19,21
272:3,18
273:22 274:8
275:5
**attach** 31:17
98:9 194:11,
13 196:4
215:12
**attached**
18:18,24
31:12,17
54:21 62:17
93:21 106:24
132:12 134:3
136:8 195:1
199:13 239:25
**attaches**
194:12 259:25
**attachment**
30:14,20
31:18 34:9
46:14,16,17
240:12,13,14
**attachments**
260:4
**attempted**
42:14 47:2
232:18
**attempting**
164:15 184:12
**attention**
29:3 32:5
81:24 172:8
235:24 255:19
269:11
**attorney** 38:8
65:11 82:16

244:15 246:7,
8
**attorneys**
19:23 81:7
116:18,20
**AU** 145:11
155:10
**audio** 7:7
195:1,2 205:7
**auditors**
223:1
**August** 11:15
81:20 90:19
91:7 110:19
111:1,11
112:13,23
120:6,18
123:3 162:12
246:11 247:12
**Austin** 145:18
**Australia**
113:23 145:14
155:11
**authenticate**
79:20
**authorize**
19:20 20:18
21:5 22:4
23:9
**authorized**
22:21 23:18
24:23 25:13,
25 26:10,20
27:5,17 55:1
93:25 116:18
132:17 134:9
**automatically**
167:2,6,9
**available**
34:4 99:10,
17,25 229:6
239:23
**Avenue** 7:17
9:17 12:16
**avoid** 32:6
**award** 117:7
118:18

**awards** 117:7
**aware** 42:16
60:16,18
65:10 68:11
72:13,14,15
74:9,10 83:9
87:2,7,9,12,
22,24 95:19
103:11 112:21
115:3 116:22
117:1 122:19
130:2 136:16,
18 137:18,21
138:5,9
147:12 179:25
213:23 214:4
228:16 229:24
230:20 231:21
232:4 233:9
256:12,20
270:11
**away** 198:14

**B**

**BA** 143:24
144:3
**back** 28:2
35:11 44:10,
14 48:3 49:4
60:13 62:7,14
63:4,15 72:16
81:12 82:2,9
88:5,6 95:8
98:13 102:9
103:2 113:15,
19 114:17
115:17 116:8
130:13 133:4
134:1 135:5
136:25 149:20
153:18 154:8
157:19 159:22
173:1,13
177:23 188:4,
7 189:25
190:9 191:20
206:16 207:14
208:18,20

209:14 214:6
217:6 221:19
235:9 238:17,
20 239:5
254:25 259:9
261:13 268:1
272:5,17
**backing** 17:11
**bad** 193:11
194:3
**Bahamas** 29:13
32:2 34:16,
20,21 169:2
175:22 179:10
182:23 198:18
200:1,2
201:18 202:13
205:16,18
211:9 214:8,
16 217:15
219:24 220:13
221:7 223:25
224:1 225:3
226:19 236:17
**Bahamian**
84:22 85:8
179:22 182:15
205:25 216:15
217:4
**Bain** 51:5
62:17 65:7
74:3,9 95:18
127:17
**balance** 47:3
**balances**
200:5
**ballpark**
142:20
**balls** 192:4,8
**banking**
202:23
**banner** 84:10
105:9 106:24
108:21 109:2
135:16
**banners**
105:24 106:12
107:2,23

108:15
**bar** 171:4
**bare** 166:24
**barely** 76:18
**base** 122:2,
18,22 123:1,6
167:22
**based** 24:14,
20 25:3 26:25
27:13 38:17,
21 41:8 45:5
64:21 73:16
118:16
164:20,21
175:13 179:23
210:3,24
258:11 270:1
**basic** 274:15
**basically**
149:9 177:1
179:9
**basis** 129:7
270:16
**Bates** 30:11,
13,15 39:2
49:15 65:16
68:21 76:11
78:25 89:9,
10,13 90:16
97:9,11
98:17,18
101:24 103:16
119:14,19
128:3 133:11
170:7 183:14
184:23 201:2
245:22,23
248:2
**Bates'd**
189:22
**Beach** 13:16
**beautiful**
206:6
**because** 13:24
15:17 32:23
36:23 40:16
41:24 51:19
59:22 71:13

77:13 78:19
83:13 87:15,
17 100:18
122:9,12
142:15 149:5
154:25 157:17
162:17,22
163:25 167:11
168:12 171:2
172:7 173:2,
14 179:5
181:2,12,14
182:3,22
189:3 199:7
204:19 207:10
208:5 209:3
219:19 220:22
221:7 222:11
227:19,21
232:15 234:6
237:11 252:21
266:8,19
272:17
**becoming** 43:6
**been** 8:18
10:11 33:6,
15,19 36:19
41:25 42:1,19
46:10 50:20
57:19 66:19
67:17 68:2,22
70:18,19
72:20 80:24
82:20 86:16
88:13 114:11
131:13 136:24
142:22 148:17
162:19 170:10
171:21 173:2,
14 181:13
191:14
192:12,13
195:2 200:3
206:4 208:6
209:22 212:22
232:25
235:14,15
244:7 253:4,
14,18 254:3

262:1 263:8
274:17,18
**before** 7:1
8:24 9:11
15:6 16:7
17:18,25
46:3,24 47:22
49:4 52:13
58:4 59:14
63:20 70:4
71:1,2 74:1
80:15 96:13
97:6 99:23
105:17 107:15
109:24
110:16,19
112:6,9,17
114:23 119:23
120:20 122:21
123:25 128:9
131:18 135:14
136:19 144:12
147:4 159:1
161:7,24
163:9,17
165:11,17,21
166:22 171:11
185:14 187:21
205:17 211:12
238:15 241:22
244:14 247:18
249:11 261:5
265:8
**began** 139:2
183:25 263:12
**beginning**
14:15 83:12
137:19 138:6
154:8 184:23
**begun** 266:15
**behalf** 7:20,
23 8:5 10:20
13:8 15:15,
19,21 19:14,
21 20:19 21:6
22:5,22
23:10,19
24:24 25:14
26:1,9,21

27:6,18 48:7
50:3 52:11,
12,19,25
75:7,25 80:7,
9,10 87:3
89:20 116:11,
19 126:20
**behind** 87:16
182:5 189:1
**being** 7:16
32:24 102:11
111:4 118:1
133:1 135:11
137:4,21
164:23 166:1
167:2,5
177:11 182:4,
8 187:3
197:16 202:18
220:14 223:6
227:3 228:22
230:10 242:9
250:9 252:22
256:12 268:5
270:4
**belief** 38:22
**believe** 15:7,
9,22 16:9
20:13 28:14
38:18 43:16,
19 47:22
65:9,12 79:14
82:23 90:11
101:8 104:5
115:25 118:19
137:12 171:2,
8 177:19
179:1 181:23
184:11 196:10
202:16 203:4
206:15 208:9
225:16 241:4,
23 243:6,16
244:21 245:15
246:16 254:25
258:23 269:20
**believes** 20:8
26:13 119:2

**below** 54:12,
15 55:10
66:10 78:7
93:12 111:7
113:14 123:10
132:2 135:6
136:6
**benefit** 9:2
27:13 122:11
124:21
**benefits** 61:1
**best** 44:23
57:12 94:23
113:20 171:4
183:21 186:5,
25 200:6
210:10 240:2
**better** 39:13
76:18 77:16
78:23 173:4,
16 242:17
**between** 9:14
11:2,3 50:23
51:2,7,24
52:1 58:13
59:11 65:3
66:18 67:15
68:1,9 73:20,
24 74:14,17
76:5,8,14
87:23 88:24
90:14,19 91:7
95:16 96:3
103:22 112:23
113:2,7 115:4
118:5 119:7,
11 127:14,17
128:5 157:3
160:1,5
171:16 177:9
190:7 201:18
203:7,11
209:7 211:10
213:13 216:18
224:15 235:13
244:17 245:24
246:3 248:3
250:20
255:12,16

272:23 274:1
**beyond** 212:17
**big** 51:19
270:18
**bit** 37:3
40:16 90:6
98:5
**bitch** 164:7
**biting** 192:4,
8
**black** 253:25
**blaster**
249:23
**block** 228:22
254:24 255:5
256:11,22
261:14 262:14
**blocked**
205:12
**blocker**
249:20 250:17
260:21 262:5
**blocks** 263:2
**blog** 84:14,
17,20 124:23
**blogs** 232:17
233:10
**blue** 250:25
254:5
**blurry** 108:8,
11,25
**board** 179:10,
22 182:16
213:14
**Bob** 24:19
64:17 65:24
69:10
**bodies** 217:15
218:24
**bold** 55:5,14,
17 94:4
104:22 113:23
114:2 132:20
136:9 253:25
**bonus** 164:19,
20 167:24
172:20

**bonuses**
172:18
**boss** 171:9
209:5 212:22
221:16 272:17
**both** 25:22
32:3 52:25
86:5 95:12
146:24 161:12
162:7 164:22
171:18 188:16
196:16 197:9,
16 198:17
217:15 219:24
**bottom** 20:15
21:19 22:12
49:7 55:13
64:2,16 73:4
84:4 88:13
94:9 96:7
100:5,24
102:21 103:1
126:14 129:15
133:12 134:5
136:10 145:9
157:25 173:10
201:12 214:1
231:3 233:21
253:25
**box** 35:6
**brainstorming**
262:22
**brand** 13:20,
21 112:7
169:3
**breach** 265:18
**breaches**
225:5
**break** 9:6,9,
11 57:20 61:7
62:2,12
109:25
115:10,18
159:16
187:19,20
235:2 267:19
**Brent** 177:7,
10,12 178:15,

24 179:1
**bribe** 206:22
**Brickell** 7:17
**brief** 62:5
115:15 159:20
188:2 235:7
267:24 273:4
**briefly** 47:18
**bring** 161:12
174:13,15
183:20 208:17
**broke** 191:19,
23
**broker** 43:7
56:21 86:14
108:4 109:2
133:15
**broker-dealer**
33:15 41:11,
16 42:15
43:3,13,23
47:3 226:17
**broker-dealers**
32:19,22
33:3,13 36:16
37:16 43:5
46:7 114:5,8
252:17,20
253:1,12,14
**brokerage**
20:10 54:23
56:5,9,10
93:23 94:20,
24,25 132:15
134:7
**brokers** 86:1,
9,10,20
**bros** 193:18,
21
**brother**
194:14
**brought** 172:8
**Brown** 241:1,
3,12 242:13
**Brown's**
241:6,13
**budget** 233:17

**Buenes** 146:19
**Buhnik** 270:3,
9
**building** 12:5
**built** 174:3
197:8
**bullet** 20:23
21:8 23:12,21
25:17,20 26:3
48:9 63:7,15,
21 64:5,9,11
73:8,10 85:7
88:17 95:10
158:6
**bump** 166:5,7,
8 167:1
173:22
**Bureau** 237:15
**bus** 199:6
**business** 10:4
12:3 55:1
87:18 88:3
94:1 132:18
134:10 213:13
217:17 218:25
225:4 269:25
**businesses**
220:1
**but** 8:14
12:22 14:12,
23 15:3,21
16:22 17:4,10
29:2,18 31:9
40:25 41:19
43:1 44:19,22
45:11 50:21
53:18 55:10
57:17 60:23
66:1 67:19,22
70:10,18
75:24 76:18
77:1,3,4
78:2,24 79:19
87:16 92:6,13
98:5 105:2
106:7,14
107:24 108:3,
9 110:16

117:13,19
118:16 121:8,
22 122:6
130:22 135:13
136:9,25
139:5 141:4,
5,25 142:19
144:9 147:9,
15 155:11
158:25
161:19,22,23
162:9,11
163:5,6,16
166:7 167:2,
19 168:11
171:3,18
177:23 178:3,
13,20 179:2,3
189:1,18
191:20
192:20,24
193:11 194:4,
8 197:24
204:18 206:9
208:12 213:25
214:9 216:21
219:12 220:13
224:20 225:7,
16 227:19
233:9,25
235:17 239:11
241:8,11
242:16
243:21,24
246:9,17
247:24 249:25
251:22 259:13
260:25 261:12
262:25 263:3
265:11
266:15,22
**button** 251:1,
2,3
**buying** 15:17
270:13
**by** 7:13 8:21
10:13 18:11,
19,20,24 19:7
20:9 21:12,25

23:5,13 24:19
25:16 26:25
28:1,21 29:1
30:7,19 31:1,
12 32:2,10,24
33:20 34:21
35:8,14,20,25
37:19 39:4
42:22 44:21
45:21 46:5
48:10,20,24
49:10,18,20
52:4 53:14,
15,16,19
57:23 58:19
59:3,15 60:2,
14,17,19
61:4,16 62:9
63:25 64:17
65:18 66:23
68:17,24
69:3,16
70:19,22
71:11,17
72:2,8 73:7
74:2 75:1
76:7,13 77:4,
20 78:8,24
79:1,3,9,11
80:1,4,9,13
81:1,6,11,14,
18,19 83:8
84:5,22 85:24
87:1 89:11,
14,15 90:4,
17,24,25
92:9,10,11,14
94:10 96:2
97:13 98:19
99:14,22
101:16,17,18,
19 102:2,3
103:20 105:22
106:15 110:5
113:5 114:25
115:19 117:6
119:1,20
120:7,17
123:18 126:3,

11 128:2
129:16,25
130:18,20,21,
23 133:1,6
140:5,15
141:23 142:3
148:24 154:18
155:8 156:4,8
157:15 158:3
159:5,24
160:3,11
161:6 165:2,
5,6,17 170:1
171:15 173:4,
16 174:22,25
175:1,2
176:3,5,15
179:22,23
181:20
182:11,15,16,
25 183:8,9,17
185:9 187:9
188:6 189:21,
22 190:3,5
191:6,10,18,
23 195:16
198:7 199:11,
25 200:10
201:5,17
203:10 207:24
208:16 210:4,
25 211:8
212:7,18
214:9 215:3
216:10,12,19
218:20 219:15
221:6,7,8
223:1,23
224:1 226:2,
13 227:10,14
228:20,22
232:11,24
235:23 236:10
237:4 238:3,
5,19 239:2,19
243:1 246:2
248:6 249:6,
17 250:3
251:3,17

252:9,22
253:9,19,22
254:9,11,17
255:18 256:17
257:17 264:4,
23 265:20
266:12 267:7,
20 268:3
269:2,4,6,19
271:20 272:1,
24 273:6
**bypassed**
274:14

---

**C**

---

**call** 14:22
32:25 192:4
196:14 197:3
239:23 240:8,
10 252:23
258:25 261:8
265:7
**called** 11:6,
18 12:16 66:7
194:23 197:1,
4 202:22
261:6 272:20
274:20
**calling**
105:11
**calls** 10:19
67:9,10,14
196:15,18
245:6,9
**cam@**
**investorsunder**
**ground.com**
75:16
**came** 15:21
22:8,17 40:18
46:17 47:15
59:24 89:3
138:21 167:15
171:16
172:17,18
176:25 180:3
188:25 194:6

208:18 211:3
254:23 255:11
262:11 265:12
272:12,13
**Cameron**
120:7,12
121:5,6
122:17 123:4
124:3,10
129:16 133:6
134:3 136:1,
16
**campaign**
110:16 111:1,
15,22 112:6
**campaigns**
230:5 233:15,
22
**can** 9:9 18:25
20:13,21
21:16 28:17
29:2,6 30:20
31:18,21
33:5,14 35:1
36:18 37:1,2,
8 38:16,20,23
39:14 40:4
41:13 43:11
45:10,22
46:9,22 48:6,
18 60:13
61:5,12,13
62:2 65:9
69:5,7 70:8
72:22,23
76:18,20,22
77:1,4,10,16,
21,25 78:19,
21 79:8,22
83:16 88:11
96:23 102:12
105:9 113:25
114:10 116:8
122:13 123:17
124:4,7,13,22
125:17,21
126:13 127:5
129:3 131:21
133:13 136:6

139:17,19
142:18,19
143:4 154:4
157:19 161:4
162:1,24
163:4 170:17
171:3 173:7
176:23 185:4
186:10 187:4,
20 188:8
189:16 191:2
197:22,23,24
202:4 203:17
207:4,14
212:8 218:17
220:18
225:20,21
227:6 238:24
247:5 251:14
252:3 253:3,
13 255:25
256:2,10,19,
25 257:3
258:10
259:12,19
261:11,23
262:20 266:2
268:15
274:20,22,24
**can't** 35:16
60:5 73:10
77:16 79:24
105:3 108:11
109:19 129:22
135:10 138:14
157:17 197:24
**Canada** 113:22
225:3 233:18
236:17
**Candice**
110:14
**candice@**
**stockusa**
110:25
**candicesciarri**
**llo@stockusa**
110:12
**cannot** 32:22
77:7 177:20

252:20 256:22
257:12
266:20,25
272:17
**capable**
163:25
**capacity**
161:23 162:25
**capital**
105:12 162:9
**capture** 69:9
**card** 202:21
**cards** 51:14
164:13,14
**care** 169:15
**Carolina**
24:20
**carries** 129:5
**case** 7:14
117:19,25
118:1,4 210:2
212:20 247:15
**cases** 171:17
212:19 239:8
**catch** 120:14
**cause** 7:4
212:16
**caused** 224:5
**cc'd** 31:19,20
221:23 242:9
**cc'ing** 103:22
**ceased** 138:5,
25
**cell** 243:6,
10,17,19
**Centerpoint**
86:7,8
**CEO** 167:7
212:22 270:17
**certain** 53:6
91:23 128:16
158:19
**certificate**
202:4 203:22
205:3 208:17
209:25 210:1
215:6

certified
 33:19
certify  33:16
 232:25
 253:15,18
cetera  258:13
cetera.,you
 274:22
CFO  213:15
CFR  53:23
 92:18 131:2
chain  38:25
 39:5 103:18,
 21 111:10
 113:2,6
 125:22 245:24
 246:3
challenge
 23:14 48:11,
 16,20,24
 62:24
chance  36:2
 123:10
change  54:1
 92:21 125:4
 131:6 165:8
 224:21 249:22
 258:11
changed
 138:12,14,18,
 19 249:19
 261:12
changes  69:7
 258:16 259:10
charge  111:4
 239:7
chart  27:22
 28:5 35:2
 66:10
chase  175:22
chat  23:2
 98:25 99:3,5
 100:13
 136:21,24
 202:11
chats  211:10
check  31:9
 121:16 248:13

254:24
checked
 204:18
chest  170:11
 171:23 173:24
chief  10:10
 19:8 28:16,23
 31:1,6 42:12
 109:12 166:2,
 16 167:3,4
 176:17 227:9,
 22,24 231:11,
 12 233:1,14
 234:7,8 239:9
China  256:12,
 20,24
Chinese
 256:21
choice  224:20
CIA  219:20
 220:9 237:13
cigarettes
 10:6
cited  117:15
citizen  39:22
 41:7 85:6
 221:8 256:14
citizens
 55:6,18 84:24
 85:1,2,4 94:5
 98:6 132:22
 243:21 256:22
CJ  99:23
 100:5 101:22
 102:7,14,25
 107:1 113:20
CJ.COM  104:4,
 7 106:5
Cj.com.
 103:23
clarify  78:14
 95:20 127:5
 184:22 209:20
 247:5
clarity
 172:11 220:20
Clavello  7:19

clear  50:2
 75:6 84:21
 89:18 92:3
 96:24 114:14
 126:19 159:13
 208:4 210:7,
 20 217:22
 223:18 236:3
 255:7
clearing
 137:18,19,21
 246:21 247:8
clearly
 111:23 214:7,
 8,15 222:25
click  84:15
 254:5
clicking
 251:3 254:11
client  26:24
 30:21 31:22
 32:25 33:25
 35:2 66:6
 86:7 96:24
 138:6,10
 140:19 143:19
 226:16 232:24
clients  13:1,
 5 21:9 23:22
 25:21 27:12
 29:16 62:22
 63:8 64:6,12
 73:9,14 95:11
 97:1 104:22
 122:13 123:21
 142:14
 143:11,16
 158:8
close  20:25
 32:5 143:7
 187:18 188:10
 221:8 239:11
closed  178:18
closely
 261:25 263:7
CNBC  270:21
co-counsel
 8:4,6

co-market
 124:22
co-marketing
 129:8
co-workers
 270:25
cocaine
 180:6,12
 187:10 191:8
code  123:22
 232:23
coding
 260:17,22
 261:2,21
Cohen  8:8
 18:19,25
 19:8,20,23
 20:18 21:5
 22:4,21 23:9,
 18 24:23
 25:13,25
 26:10,21
 27:5,17 48:7
 57:10 59:8
 81:8 244:17,
 20 245:2,25
 246:4
cold  105:11
collect  118:6
 215:6
collected
 225:7
collection
 230:19
Collie  165:2,
 6,18 166:12
 172:7,20
 185:11 213:1
 221:21 236:1
Collins  9:17
colon  57:4
column  140:22
 141:4,9 145:7
 153:7,13
com  33:20
combined
 255:4

come   15:14,16
  28:2 51:11
  81:12 117:19
  123:21 164:20
  166:8 167:8
  177:2 272:5,
  17,20
comes   96:6
  172:19 265:5
comfortable
  143:4 214:25
  222:11
coming   46:16
  117:25 241:25
  242:11 262:25
  265:1
commenced
  231:9
commencement
  81:21
commencing
  104:1
comment   112:5
commercial
  12:17,19
  13:10,14
  16:15
commercially
  56:8
commission
  19:9 32:2
  51:13 53:20
  59:23 91:1
  92:15 98:8,9
  99:15 103:1,
  4,11 104:5
  106:5 109:7,
  14,16,17
  110:15 111:4
  117:5,6,9
  122:6 125:6
  128:24 129:10
  130:9,24
  139:15,23
  140:6,8,13,
  22,25 141:4,
  9,11,24
  143:16,20

144:5,10,14,
  18,21 145:7,
  15,18 146:4,
  7,14,17,21,25
  147:5,16,19,
  24 148:3,7,
  10,13 149:7,
  14 151:9
  152:3 153:7,
  13,16 154:11,
  16 155:12,14,
  16,18,19,21
  156:5,11,21
  157:3,9
  158:16 169:2
  200:2 226:18
commissionjunc
tion.com.
  106:16 107:20
commissions
  24:4 63:11
  109:8 158:11
Commonwealth
  34:16,20
communication
  98:21 199:13
communications
  95:19 114:23
  172:4,8,10
  215:5 224:3
  255:1 258:18,
  23 261:13
community
  121:1,13
companies
  12:20 129:12
  217:16
company   10:1,
  5,9,19 11:18
  12:16,18
  14:1,3 15:16
  16:10 17:5,13
  28:13,15 32:4
  36:3 41:18
  42:19 44:8
  46:1 47:10,
  13,15 48:25
  49:1 50:8
  51:19,20

58:4,7 59:22
  70:6 71:3
  72:14,15
  75:11 89:23,
  24 96:14
  103:12 110:20
  111:19 120:20
  122:19,22
  126:24
  137:18,22
  139:3 142:16
  143:14 162:9,
  12 164:16,18,
  22 166:1,16,
  22 167:4,5,8
  169:14
  170:16,22,23
  171:8 172:18
  174:4,9,11,
  14,15 176:25
  177:3 179:11
  181:2,7,24
  182:5,17
  183:22 184:5,
  9 185:22
  186:19,22
  188:22 189:11
  197:9 198:13,
  14,17,20,22,
  24,25 199:5,
  21,23,24
  200:3 209:2,4
  211:5 213:8,
  12 214:21
  218:3 220:23
  221:9 223:18
  224:2,16,20
  225:4,6,21
  226:9 227:23
  229:25 231:21
  234:6 236:6,
  23,25 259:17
  261:16,25
  263:8,12
  264:9 265:1
  272:25
company's
  21:13 22:1
  49:11 197:25

comparable
  167:25
compare   77:1
compared
  221:12
compensation
  56:20 61:19
  124:19 125:3
  128:21 129:6,
  7 166:22
  168:6 173:2,
  14 222:19
  223:20 236:8
complained
  179:10
  270:11,24
complaining
  164:23
complaint
  269:22
complaints
  74:15 175:14
  179:23 182:16
  213:11,24
  270:1 271:7
complete
  213:9
completed
  209:24 263:25
  264:15 266:15
completely
  197:7 234:5
completing
  265:24 267:19
compliance
  28:16,23
  33:17 36:6
  37:23 47:17
  78:9,12
  135:17 169:7
  225:23 226:3,
  13 227:12,13
  229:17 231:11
  232:21 253:16
  254:4
compliant
  29:13

complicated
98:5
compliment
166:15
comply   53:16,
22 92:11,17
130:21 131:1
259:24
complying
255:6
computer
108:22
180:19,25
209:3
concept
256:23
concerned
34:23 175:23
concerning
34:18 239:23
concluded
275:5
concludes
274:7
conditions
56:3 94:18
250:18,24
251:1,4
254:20,21
255:9 256:1,8
260:7 262:6
conduct   55:1
93:25 132:17
134:10 179:24
226:14
conducted
84:5 228:2,9,
14 229:13,17
230:2,3,11,16
247:3
conference
230:24
confidentialit
y   34:12
confirm   154:4
155:5 201:10
confirming
254:12

confronted
74:10
confused
40:16 90:7
confusing
100:18 101:7,
11 154:25
168:11
confusion
209:11
congratulate
167:15
congress
257:12
conjunction
166:20
connect   207:7
connected
220:19
connection
54:4 92:24
131:9 258:11
consent   34:5,
22
considered
38:19 210:8
consistency
112:7
consistent
246:24 248:18
constitute
54:22 58:18
93:22 132:14
134:6
constitution
257:6,8,10
construction
177:13 179:3
Consumer
19:16 116:13
contact   34:1,
2 35:7 65:24
66:3 135:22
238:10 243:6
contacted
25:6 59:8
174:25 175:1

contain   56:17
57:3,5 130:6
contains
80:3,14
240:1,19
content
208:11 228:23
230:17 233:5,
6 234:18
contents
80:21 228:22
248:19,21
254:20 273:9,
12
contingency
118:9
continue   7:8
25:5 50:5
64:24 75:8
89:21 126:21
169:13 184:9
251:2,3
254:11
continued
27:13 156:7
244:9 265:2
continues
20:8
continuing
83:24 156:1
184:5,15
232:24
contract
73:24 74:1,17
77:3 80:7
83:25 87:10,
13,23 88:24
95:6
contractor
179:1
contracts
87:15
contrary   55:2
94:2 132:19
134:11
control   233:3
controls
228:21

convenience
243:7
convenient
57:20
conversation
68:5 112:19,
21 136:17,24
173:3,15,20
178:20 211:10
224:15 258:20
conversations
7:11 62:10
69:25 89:4
91:10 115:3,6
136:18 193:16
198:24 202:12
210:7 224:18
254:18 255:8
COO   165:8
166:1,21
167:11 173:8
209:5
Cooper   28:19,
22 29:2,21
45:6,9 103:23
221:22
231:11,19
236:1
copied   102:11
copies   185:21
186:8,13,15,
18 187:5
copy   51:6
58:23,24
68:25 76:18
77:3,16
78:21,24 79:8
81:2 85:15
102:14 186:13
200:19 214:9
235:16 242:4
251:12,13,19
268:21 274:23
copy-pasted
90:3
copying   99:15
Corcoran
16:9,11,20

corner   70:25
  133:12
corporations
  55:7,19 94:6
  132:23
correct   10:8
  18:16 26:10
  50:20 57:14
  72:12 83:2
  84:12,19,25
  86:15,18 92:5
  96:14 100:17
  104:2 106:10,
  17 107:17
  108:10 110:20
  117:16,17,24
  118:18
  120:21,22
  122:17 136:20
  137:7,11
  138:20 141:13
  142:1 144:10,
  11,14,15,18,
  21,22,24
  145:4,5,7,17,
  21 146:8,9,
  11,15 148:4,
  7,10,20
  149:14,15,17,
  25 150:3
  151:11,21
  153:16,17
  158:17 159:8
  160:12 161:2,
  21 162:6,15,
  18 163:6
  180:25 184:2,
  6 188:23
  189:2,6,25
  192:14 193:22
  195:3 196:1,2
  197:5 201:21
  211:2 217:25
  218:1 233:11
  236:21
  238:11,12
  241:1 242:6,
  10 254:20
  260:13 261:16

267:1 268:10
  273:15
corrections
  271:2
correctly
  72:23 216:21
  274:22
corresponding
  189:10
cost   177:15
cost-cutting
  213:12
cougar   193:8,
  11
could   21:17
  39:13 49:14
  52:5 85:2,6
  95:8 98:6
  100:13,24
  101:9 105:8
  118:15 122:24
  123:2 129:23
  133:4 135:18
  171:22 176:11
  183:1 186:6
  255:19 263:6
couldn't
  84:23 85:3,17
  162:5 261:7
counsel   7:13,
  25 45:2,16
  66:22 70:19
  74:16 95:22
  118:8,11
  155:23
  235:11,19
  240:17 242:3,
  7,8 244:9,20
  245:3,4,15
  246:25 248:21
  273:8,16,17,
  22
counsels
  274:2
count   37:10,
  15 155:11
  157:2,17

counted
  157:14
counting
  154:13 157:18
countries
  113:21,22
  142:4 150:23
  157:6 219:25
country
  139:18,22
  143:24 144:3
  145:11,13,19
  150:24
  151:18,20,22
  156:13,15,17,
  19,23,25
  179:14 182:5,
  9 214:8
  217:16 242:16
  267:4,8,14
  271:10
County   269:9
couple   8:24
  13:2 14:9,10,
  12 67:7 95:18
  124:13 125:11
  189:13 241:19
couponsales@
groupon.com.
  106:9
course   18:13
  177:17 186:7
  274:17
courses   122:4
court   7:2,23
  8:1,10 9:3
  34:21 120:14
  140:10,12
  141:20 269:9
  274:10,16
  275:1
cover   29:2
  30:13 31:11
  135:21
covered
  117:4,10
covers   259:18

coverup   214:9
COVID   268:5
  271:11 272:3
CPA   169:4
CRAS   34:3
create   110:15
  159:15 198:24
created   31:8
  43:16 70:19
  137:4,5
  146:20 147:4,
  7,11 159:13
  227:10 249:14
creating
  29:15 87:17
creation
  227:3
credit   202:21
crimes   237:18
criminal
  237:2
CROSS   8:20
cross-
promotion
  122:14
current   9:13,
  14
currently
  9:21 20:2
  242:15
customer   26:5
  34:22 88:20
  144:9 146:6
  150:15 156:5
customers
  20:10 21:11,
  24 22:8,17
  23:3,13,14
  25:4 33:12
  38:19 47:23
  48:10,11,19,
  24 49:9 50:3
  56:10 60:22,
  25 63:17,23
  64:23 73:6
  75:7,25 85:4
  86:13 87:4,5
  88:9,15 89:19

94:25 118:24
125:2 126:20
137:11
142:11,21,22
144:13,17,20,
23 146:10
149:6,7
150:14 152:3
154:10,15
158:2 228:4,
11,23 249:24,
25 253:11
254:13 255:4
256:1,7
266:12
cut   100:4
102:1 223:9
cyber   259:16

---

**D**

D-I-O-N
215:13
Dac   89:16
90:5
danger   87:16
Daniel   151:20
Danitto
269:2,6
dark   198:23
214:22 224:17
Darville
176:1,5,7,9,
13 178:14
dash   90:22
data   225:8,13
date   11:9,12
30:25 43:1
78:7 123:24
133:25 158:25
160:8 164:5
dated   19:7
30:5 38:25
49:16 51:25
52:24 57:21,
24 58:15
65:14,19 69:9
74:23 76:15

80:8 89:7
95:25 96:4,13
98:15 103:18,
21 105:20,23
109:22 120:6,
18 126:9
127:25 128:4
183:6,9
185:8,12
187:16 190:9
199:16
229:16,17
238:1 239:6,
17,20 242:24
243:2 248:4,8
249:5
dates   11:13,
20 12:12
14:11 16:1
147:6,9,10,12
162:14,16
269:18
David   147:3
day   9:4 23:1,
2 25:17,21
26:4 39:7
41:12,16,22
42:16,21
43:6,9,14,24
49:25 50:6
51:25 62:25
75:4,9 76:15
88:19,24
89:16,22
90:14,19 91:7
95:11 97:19,
20 107:25
108:17 112:12
114:17
126:17,22
167:15
170:16,22
171:7 174:10,
11 186:6
187:11 201:15
203:3,4
204:12 205:8
209:9,10,19
225:2 236:16

238:9 240:24
242:14 257:22
260:11
days   197:21
198:14,16,18
200:4 223:6
241:20 261:23
263:6 269:20
272:5,9
dead   266:9,20
deal   50:1
66:10 75:5,24
89:18 95:21
126:19 127:17
158:23 159:10
220:21
dealing
171:17
deals   13:7,11
23:5 27:11
50:6 51:13
59:25 60:24
72:13 74:4,7,
20 75:10 88:3
89:22 126:23
Dear   19:13
58:12 116:10
199:18 201:8
207:18 215:21
216:12
deceive   223:2
December
11:16 31:2
58:10 66:8,19
67:17 68:2
71:14 105:20,
23,25 106:12,
19 269:15
decided   50:1
75:5 89:17
126:18
decision
210:3,5,23,24
213:13
decisionmaker
17:4
decisions
51:20 273:18

declined
210:6
dedicated
107:1
deemed   53:16
92:11 130:20
deeply   173:20
defendant
7:13 8:6
Defendant's
269:1
defendants'
18:4,9 27:21,
22 28:17 30:4
38:24 49:14
81:15 113:6
249:2 268:13
269:5
defiantly
220:1
define   38:20
defined   32:10
35:20,25
252:9
defines   32:12
37:24 38:17
252:11
defining   38:5
definitely
166:7 182:1
212:19
definition
38:10
delaying
223:8
delete   214:19
223:11
deletion
71:14
Delivery
58:17
demanded   27:9
demonstrations
228:19 230:4
demonstrative
249:13

Yaniv Frumkin

March 12, 2023

23

denial   185:19
  199:19 207:19
denied   188:25
  192:13 213:7
department
  10:22 36:6
  40:24,25 98:1
  175:1,13,21
  182:23 202:2,
  4,13,19,23
  205:2,18
  206:14,15,20
  207:8 208:8,
  11,14 209:21
  210:4,19,22,
  25 211:3
  215:4,7
  223:25 224:12
  235:13 236:11
departments
  47:17
Depends
  158:18
depo   18:7
deposit   200:6
deposition
  7:1 45:18
  47:12 175:25
  176:4 267:20
  274:7 275:5
deputy   21:13
  22:1 129:25
describe   86:4
  137:3
describing
  80:20 85:18
description
  80:23 84:18,
  21 157:10
designed   23:2
desires   53:4,
  6 91:17,21,22
  128:14,16
desk   135:20
detailing
  185:19
details   66:5
  135:22 262:7

determine
  228:3,10,18
  233:5
developed
  20:25 188:10
  229:19
development
  12:3
Devon   150:18
diamond
  269:25
Diamonds
  10:19,20
  11:3,8,10,17
  268:8 269:7,
  19,23 272:2,
  24
Diamonds'
  268:21
did   10:18,20,
  23 11:5,17,19
  12:4,7,9,14,
  18,21 13:1,
  14,19,23
  14:8,16,23
  15:6,9,13,24
  16:7,11,20
  17:3 19:20,22
  20:14,18 21:5
  22:4,6 23:9,
  11,20 24:25
  26:2,11 28:7,
  8,9,11,22,24
  31:17 34:9,11
  36:2 37:20
  38:9,13 41:9,
  14 44:3 47:1,
  7,9 50:22
  57:9 58:7,8
  59:9,18,22
  60:6 62:10
  65:2 66:15,
  17,19,21
  67:14 68:8
  69:23,25 70:6
  72:4,10
  73:19,23
  74:17 81:2,7
  83:23 85:16,

24 89:5
  91:10,13 95:4
  101:8,13
  103:6 106:3
  109:12 110:16
  114:24 119:6,
  9,10 123:9
  128:11 136:14
  141:17 147:9
  158:5 159:1,
  10 161:15,23
  162:20 163:6
  167:17 171:8
  172:7,15
  175:12,18
  177:17,21,22,
  25 178:2
  179:7 180:21
  181:14 182:19
  186:21 189:1,
  9,10 191:7,23
  192:7 193:20
  194:19 197:2,
  17 198:7
  199:7 200:19
  204:15 205:15
  206:21 207:9
  210:9 211:4,
  12 217:23
  218:16
  219:15,22
  220:25 223:5
  224:10 229:22
  231:16,19
  232:6,10
  234:15,20
  240:21 241:6,
  13 243:10,13
  244:2 245:8,
  12,14 248:24
  260:20 261:2
  262:4 264:23
  265:20
  266:12,14
  267:13 268:21
  270:8 271:14,
  16,17 272:21
didn't   17:20
  38:1,7 46:1

59:17 72:3
  85:5 120:14
  134:18 137:3
  143:6,7
  149:10 159:15
  161:18,22,23
  163:3,15,20
  172:5 177:23
  178:9 188:22
  190:22 191:5
  199:5 241:7
  264:25 265:11
  272:18 273:11
difference
  201:17
different
  12:19 16:21
  119:14,25
  159:2 176:5
  198:19 200:11
  232:19
digital   78:21
digits   245:22
dinner   167:13
Dion   215:13
  216:11
direct   35:8
  103:10,13
  119:21 200:6
  212:22 215:5
directed
  86:13,20
directly
  33:6,21 36:19
  46:10 50:7
  54:17 75:11
  89:23 93:7,17
  114:11 126:24
  132:8 166:6
  241:15,23,24
  253:4,20
  254:4
director
  21:13 22:1
  49:11 129:25
directors
  212:15 224:2

**disagreement**
14:25
**disappear**
215:1
**disappeared**
172:5 214:23
**disclaimer**
54:11,21
93:12,21
132:1,12
260:12 261:19
**disclaimers**
228:24
**disclose**
233:16
**disclosure**
34:19 56:15,
17,25 57:3,5
130:4,6
255:25 256:7
**disclosures**
234:19
**discontinue**
199:23
**discount**   24:9
**discounted**
122:3 125:5
128:23 129:10
130:9 137:11
**discounts**
51:12 59:23
158:20 159:1
**discover**
234:15
**discretion**
9:7 54:3
92:23 131:8
**discuss**   245:8
**discussed**
47:12 95:5
158:4 164:17
171:14 248:15
262:8 263:19,
24
**discussing**
131:14 178:15
235:14 245:4

**discussion**
115:14 123:16
159:19 167:10
188:1 199:18
201:8 207:18
235:6,12
265:2 267:23
**discussions**
83:23 95:4
184:20 231:19
270:16
**display**   105:9
**displayed**
84:10 232:20
233:3
**distance**
221:8
**distributor/
seller**   10:17
**ditch**   221:9
**division**
213:9
**divulging**
34:17
**do**   8:12,15
9:5 10:20
11:22 12:4,
18,21 13:14,
19 14:13
15:6,24 16:7,
11,20,24
17:7,14,22
18:12 19:9,
18,19 20:12
21:3,4,14
22:2,3,10,19
23:7,16,17
24:1,2,6,7,
11,12,16,17,
21,22 25:5,7,
12,23 26:7,8,
16 27:3,4,15,
16 28:3,4,12
29:4,10,17,
19,22 30:12,
23,24,25
31:3,4,11,13,
14 32:7,8,15,

16 33:1,2,9,
10,22,23
34:7,8,24,25
35:1,2,3,4,5,
7,9,10 36:22
37:17,18,23,
24 38:2,4
39:14,15,16,
17,25 40:1,7,
8,11,15,20
41:21 42:20,
24 43:2,3,7,
9,12,15,24
44:1 45:23
46:13,21,23
47:14,21,23
48:13,14,20,
21 49:12,13,
22,23 50:9,
10,13 51:6
52:8,10,14,
17,18,21,23
53:1,9 54:5,
6,13,14 55:8,
13,20,21
56:12,13,23
57:7 58:2,22,
23 61:19,21,
25 62:1,22
63:3,13 64:1,
4,14,18,24,25
65:1,22 66:13
67:19,21,22,
23 68:4,8
69:20 70:5
71:7,15,23,25
72:7 73:17,18
74:5 75:12,
13,14,15,20,
21,25 76:1,2,
11,22 78:2,10
82:9,13 83:5,
17,20 85:17
86:22 87:16,
18 88:21,22
89:25 90:5,8,
10 91:6,9,25
92:1,25 93:1,
13,14 94:7,8,

9 95:2,3,12,
14,15 97:2,3
98:10,11,12
99:2,11,12,18
100:6,15
101:8 102:4,
6,8,10 103:3,
24,25 104:4,
14,15,20,24,
25 105:5,14
106:1,13,14,
19,24 107:3,
4,7,12,24
108:6,19,20
109:10,16
110:24 111:1,
2 112:1,8,10,
11,15,16,20
113:11,12,13,
16,17 114:15,
16,21,22
115:24 116:4,
15,16,19
118:4,14
119:4 120:12
121:2,18,19,
24,25 122:15
123:11,12,19,
20,23 124:13,
15,16,24,25
125:2,7,8,15,
16 126:25
127:11,12
128:7,8,18,
19,21 129:1,
2,5,13,14,15,
17 130:11
131:10,11
132:3,7,24,25
133:1,6,12,
20,21 134:2,
5,13,14,15,18
135:8,23
136:8 137:23
138:2 139:5,
11,12,23,24,
25 140:3,16,
18,22 141:1,
3,7,8,15,16,

24 142:11
143:17 144:3,
7,8 145:13,19
146:22 148:16
154:15,23
158:13 160:5,
17,24 161:8,
9,10,13,14
162:23 163:1,
3,5,15 164:4,
10 165:9,10
167:17
168:10,14,16,
24 169:10,11,
17,18,19
170:3,12,24,
25 171:3,5,6,
24,25 172:14
173:6,18,25
174:6 176:9,
19,20,22
177:2,4,5,6,
9,13,15
178:6,12,13,
14 179:7,16,
18 180:6,23
181:16 182:2,
12 183:12,13,
18,23 185:12,
13,23,24,25
186:1,2
188:13,14
190:9,14
191:21,22
192:5,18,25
193:1,2,12,
13,14,18
194:16,20,23,
24 195:18,23
196:7,23,25
197:13,14
198:5,10
200:8,9,11,
13,14,19
201:17 202:7,
8,20 203:14,
24 204:6,7,
12,20,21
205:5,6,9

206:18 207:5,
14,22,23,24
208:1,16
210:12,13
211:23,24,25
212:2,3,19,
24,25 213:1,
2,19,20,21,22
214:11,12,13,
14,20 215:8,
10,16,19,20,
22 217:11,12,
20 218:9
220:3,4,5,7,
9,11 221:1,
24,25 222:1,
7,14,15,21,22
223:3,4,15
224:7,8
225:11,12
226:7,8,20
227:1,3,9,10
228:5,12,13
229:1,2,10,11
230:10 231:4,
14,15 232:2,
3,11,14
233:7,8,19,
20,21,24,25
234:22,23
236:12,13,19,
20 237:15,18
238:7,15,17,
22,25 239:3,
4,14,15
240:4,5,6,7,
8,11,12,13,14
241:3,21
242:1,2,18,19
243:8,9,18
244:16,18,19
246:5,6,22,23
247:3,9,10,
16,17,20
248:16,17
249:9,20
250:7,9,17
251:5,18
253:23 254:8,

14 256:4,5,6,
18,25 257:5
258:18,19,20,
22 259:22,23
260:2,3,4,6,
14,15,18,19
262:2,3,12,
15,23 263:21,
22 264:2,3,4,
16,17,21,22,
23 265:9,10,
14,15 266:6,
7,10,11,21,23
267:5,9,11
268:4 269:12,
16,17 270:6,
7,8 271:3,4,
12,20,21,24
272:6,8,10
273:7,19
**document**
18:12 28:3,25
31:5,9 45:13,
16 46:6 52:6,
13 53:2 57:9
58:2 59:13
66:22 77:6,10
79:2,21
80:21,23 81:2
90:25 91:11,
13 101:22
103:6 118:20,
22 119:23
127:15 128:4,
9,12 155:6
159:13,15
187:21 189:25
190:9 202:16
203:17 226:3
227:11,21
234:10 241:19
242:16 249:11
253:7 272:7
**documentation**
230:17 246:17
**documents**
29:7 47:18
51:4 58:6
65:5,9,11

74:6,19 79:15
87:17 187:4
244:7 245:9,
12,14,17
246:25
247:21,24
248:13 260:1
273:18,20,22
**Dodd-frank**
19:16 116:13
**does**   9:16
54:22 55:6,17
86:4 93:22
94:4 121:4
125:4 132:14,
21 134:6,19
135:13 141:25
142:25 155:7
164:9 165:13,
20 166:19
173:23 179:21
182:14 205:14
235:16 237:16
254:2 259:6
265:22 268:16
**doesn't**   96:10
135:10 137:17
150:22,23,24
156:13,15,17,
19,23,25
173:25 216:20
241:21
**dogs**   192:4
**doing**   38:12
69:23 122:4
154:24,25
155:1 163:25
166:17 180:6,
12 181:3
186:24 187:6
206:25 210:17
216:20 217:17
219:23 225:4
259:11
**DOJ**   171:17
**dollar**   51:14
117:25
145:16,19
155:12

dollars
  116:25 168:17
  189:13 221:13
domain  71:13
domestic
  85:23
don't  9:14
  11:20 14:11
  15:3,20,25
  16:5 17:4,10,
  18,24 18:20
  29:7,24,25
  30:2,17 31:7,
  10,16 35:22
  36:9,23,24
  37:5,6,22
  38:12,15
  39:19 42:3,
  17,18 43:1
  44:10 47:9,
  16,20 50:18,
  21 51:8,17
  57:12,16,17
  58:6 66:1
  67:18 68:3,5
  69:14,15,17,
  18,22 70:4
  75:24 76:10,
  17,19 77:18
  78:2,3,19
  82:7 83:22
  88:2 89:1
  95:7 96:9,12,
  15,17,18,20,
  22 100:21,22,
  23 101:11,12,
  14 103:8
  106:7,14
  118:12 119:12
  120:2 122:24
  123:2,21
  124:1,6,18
  126:7 131:20
  134:20 135:14
  136:23,25
  138:17,21,24
  139:4 142:19
  144:4 145:2,3
  152:13 153:10

154:14,15
155:3 158:25
162:7,13,16
163:7,10,21
165:24 166:6,
8,9,10,11
167:1,19
168:18 172:2,
13 173:8,19
178:3,9,25
179:2 184:20
186:10,14,24
191:12 192:1,
9 193:4,5,15,
23 196:11
198:3,9,12
206:3,8
208:10 211:1
214:17 218:4
219:19 220:13
223:23 225:15
226:22 231:2
234:3,25
235:18 236:9
237:11 238:18
239:1 241:7,
14,18 243:24
247:23
251:13,22,24
255:10 256:24
257:11 260:8,
24 261:1
262:7 264:9
265:15,21
272:8 274:13
275:3
don'ts  44:6
done  27:24
50:6 75:9
79:21 89:21
126:22 138:14
161:7,24
163:9,17
164:21 180:11
187:10,12
234:4 245:5
257:4 261:21
264:15

Donna  7:1,23
door  186:6
doors  178:18
dormant
  142:18
Dorsett  28:10
  29:4,12,14
  52:9,18 57:25
  76:22 78:1,9,
  11 79:21 80:9
  87:19 219:9
dos  35:2 44:6
dot  193:8,10,
  11
double-sided
  226:24
down  20:6,24
  36:10 37:7,8,
  15 72:4,11,22
  109:6 120:10
  124:4,8
  125:11 128:20
  134:1 170:14
  172:23 173:9
  178:5,7 188:9
  213:8 217:10
  222:23
  223:10,12
  246:13,14
  261:21,24
  263:7
draft  59:8
  66:21 101:8
  116:20 166:12
  168:13
drafted  18:18
  66:16,22
  84:18
drama  171:17
draw  269:11
drinking
  180:16
dry  191:19,23
due  213:5,15
  271:6,11
duly  8:18
duration
  250:10

during  15:22
  38:2 47:10
  48:25 49:2
  61:22 67:14,
  25 69:25 89:4
  91:10 97:22
  109:12 133:13
  165:24 172:3
  180:6,9,12,16
  186:5 187:12
  199:7 200:6
  208:22,25
  209:7 226:9
  229:15
  230:15,24
  234:21 235:15
  245:8 248:23
  254:19 270:4,
  12
duties  56:2
  94:17 270:14
duty  209:5
  270:5

_____

          E

each  18:7
  26:24,25 27:1
  142:9 145:6
  149:7 200:11
earlier  64:21
  97:21 116:17
  162:5 166:14
  196:15 248:19
  273:7
earliest
  243:7
easier  119:22
  266:4
easily  21:18
East  42:4,7,9
Eastern
  239:24 240:9
easy  40:5
  102:25 216:17
EC  178:8,23
Ed  169:6

editing 214:4
educated
265:1
education
168:1
Edward 28:19,
22 29:1 45:6,
9 103:23
185:11 221:22
231:11
effective
30:25 199:23
efforts 56:8
94:23
eight 90:23
155:20 157:4
either 33:6,
21 36:19
46:10 105:16
114:11 154:24
158:18 203:4
216:19 231:16
253:4,20
elapsed
272:23
electronic
10:6 107:25
108:17
Eleven
148:21,22
150:4
Elias 17:5
eligible
127:8
Eliran 270:3,
9
else 48:2
67:12 140:16,
17 144:9
243:13
email 25:6
30:5,8,13
31:11 38:25
39:5,6,18
40:3,10,13,17
41:7 45:22
46:18 49:16,
19 50:17,22,

25 57:14
58:24,25
62:17 65:14,
19 66:14 67:2
73:23 74:23
75:2 89:7,15
90:6 95:25
96:3,8,16,19
97:4,9,14,15,
24 98:13,15
99:13 100:6,
14,17,19,21,
24 101:5,7,9,
12 102:20,21
103:18,21
104:16
105:20,23
106:2,3,14,17
107:16,20
109:22
110:11,22
111:10 113:2,
6 120:5,23
123:4,10
124:10 126:9,
14 127:13
133:6,24
134:1 135:4,
21 136:1,12,
14,25 137:1
165:2,6,11,17
166:12 168:12
169:19,22
170:2,10
174:19,23
175:5 183:5,
9,18 185:7,
10,14 189:10,
11,14 198:3,
10,11,12
199:14
200:14,20,23
201:6,21,23
202:5,13
203:5 205:19,
22,24 206:1,
2,3,7,8,12,16
207:8,9,11
208:7,8

209:18
210:12,15
211:25 212:1,
2,5,9 213:21
214:4,10,19
217:3 222:1,
2,4,5,7,9,14,
17,18 223:11,
12 235:13,17,
18,25 237:13,
25 238:4,5,
18,25 239:1,
6,20,22 240:6
241:6,11,13,
14,17,18,23
242:1,5,9,11,
21,23 243:2,
4,25 244:4,11
245:24 246:3,
10 247:11,18
248:3,7,8
255:15
emailed 31:19
46:5 82:5
106:15 200:17
201:25 247:12
Emailfromsuhs@
sec.gov
239:17
emails 65:7,8
74:6 90:2
96:6 101:13
102:9 105:16
109:13,17
110:2 112:17
119:14,25
123:25 125:21
133:5 197:25
198:25 205:17
209:4 218:12,
13 222:8
223:9,13
237:20 244:22
emojis 192:22
emphasis
257:20
employed 9:21
11:2 269:18

employee
13:25 14:24
181:2 186:8
209:1,3,8,11,
12 270:23
employees
34:17 169:16
175:14 179:23
182:16 232:1
254:19 255:8
269:14 270:2
271:7
employer
272:6,9
employers
268:6
employment
81:22 104:1
166:10 179:7
199:23 213:14
223:21 236:8
encountered
259:19
encourages
122:9 246:19
end 11:15
14:2,14 76:17
82:25 83:2,11
103:13 149:8
153:25 154:1
156:10 164:20
172:3,15
174:2 177:17
179:7 188:16
213:13,14
endeavor
275:1
endeavors
210:11 213:17
ended 83:4
184:23 209:10
ending 148:21
endorsing
50:2 75:7
89:19 126:20
ends 183:16
enforcement
117:10

engage   53:5
 54:17 91:17,
 21 93:17
 128:15 132:9
 216:20
engaged
 226:13 228:20
engagement
 56:7 68:7
 94:22
enough   217:18
 219:1
ensure   25:9
 33:17 112:7
 123:21 253:16
entered   56:18
 90:18 92:3
 130:7 185:18
 186:25
entering
 186:2 187:10
entire   29:6
 101:24 119:23
 143:8 154:3
 179:3 207:12
 242:11 250:10
entitled
 116:23 117:18
 119:24 128:4
 165:7 226:3
entity   52:16
 84:22 210:3
entries
 147:19
entry   139:19
 143:24 149:13
Eric   7:19
errata   274:20
error   135:6,
 8,9,12
especially
 164:1 168:1
 169:6 172:7
 225:6
essentially
 84:11
established
 53:15 92:10

130:20
estate   12:17
 13:11,14
 16:10
estimate
 177:15
estimation
 181:22
Europe   42:4,
 7,11 233:18
evaluation
 172:21
even   64:20
 154:15 169:6
 186:12 189:22
 190:25 191:5
 216:16 221:8
 229:24 231:18
 242:17 262:18
evening
 274:25 275:2
event   272:16
ever   11:5
 28:9,22 38:4,
 10,13 50:16
 66:24 68:8
 69:12,20 70:1
 82:3,5 89:5
 97:4,6 103:6
 110:22 137:13
 169:19 175:5
 191:7,10
 247:18 248:8
 264:7
Everett
 145:18
every   9:5
 98:7 140:6
 143:19,20
 150:13 171:15
 198:18 217:17
 218:25 219:20
 222:10 237:12
 271:1
everybody
 115:10 143:16
 144:9 179:12
 235:1

everyone
 172:18 234:7
 258:3
everything
 70:7 172:17
 194:18 195:6,
 22 197:9,15,
 18 205:4
 208:16 247:22
 261:9 262:8
evidence   70:7
 234:15
ex-pat   167:25
 202:21
ex-pats
 175:21,22
 182:24
exact   11:20
 14:11 15:25
 17:24 162:13
exactly
 21:15,16
 35:22 36:25
 37:1,3,6,8
 106:10 142:19
 170:17 179:2
 202:5 257:24
examination
 8:20 70:20
 79:22 84:5
 273:5
examined   8:18
example   69:6
 105:7 169:4
Excel   149:12
except   93:4
 122:5 154:19
exception
 256:12
excerpt
 175:25 176:4
exchange   19:9
 25:4 53:20,22
 64:23 84:23
 85:8,9 91:1
 92:15,17
 115:23 116:5
 130:24 131:2

189:11 205:17
 248:3
Exchanges
 255:15
exclude
 233:22
exclusive
 107:1
excuse   67:19
execute   13:7
executed
 13:10 78:7
executing
 56:21
executive
 174:24 183:11
 198:17 221:23
 227:8 231:25
 232:6
executives
 169:15 174:20
 175:8 207:25
 208:5 224:2,
 11
executives@
suretrader.com
 175:10 183:6
executives@
suretrader.
com.   183:10
exemption
 33:8 36:21
 46:12 114:13
 253:6
exhibit   18:4,
 5,9,18 27:21,
 22 28:18,19
 30:4,5 31:21
 38:24,25
 44:12,14
 45:22 46:4
 48:3 49:15,16
 51:24 52:1
 55:22 56:1
 57:21 61:6,
 12,13 62:14,
 17 65:13,14
 68:14,15 69:1

70:15,16,21
72:16 74:22,
23 76:3,4
77:2 81:12,
13,15,16
88:5,7 89:6,
7,12 90:12,13
93:5 94:14,15
95:8,24,25
97:8,9 98:14,
15,20 101:20,
21 102:9
103:16,17,18
105:19,20
109:21,22
110:7 113:1,
2,6 116:8
119:14,17,19
126:8,9
127:23,24
128:25 129:4
131:13,19
133:4 137:3
156:2 157:19
159:25 160:1
165:1,2
169:21,22
174:18,19
175:24,25
176:4,12
183:4,5
184:22 185:1,
5,6,7 187:15,
16 188:7
189:17 190:2,
3 191:2
195:13,14
199:10
200:22,23
201:1 203:6,7
207:15 208:20
209:14,17
211:17,19
212:4,5,8
217:8 221:20
225:22,23
235:24
237:24,25
238:17,20

239:5,16,17
241:10
242:22,23
245:20,21,24
246:3 248:1,3
249:3,4
251:8,9
255:14,15
262:6 268:25
269:1
**existed** 71:6
138:23
**existing**
27:12 43:1
232:24
**exists** 256:15
**exit** 230:22
231:1
**expect** 118:5
**expectation**
168:8
**expectations**
163:19 164:19
168:7 172:16
**expected** 32:5
163:3 199:25
**experience**
17:9,15
160:15,21,23
161:16,21
162:21,23
168:1,24
169:6 213:18
269:24
**expired** 71:13
179:15
**explain** 202:5
219:8 228:24
234:19 263:1
274:11
**explained**
233:2
**explaining**
207:12
**explanation**
197:12 274:16
**exported**
137:5,6

143:13 159:15
**express** 34:22
**extend** 205:19
**extended** 66:8
186:9 189:1
207:13
**extending**
202:14
**extension**
207:6
**extent** 224:23
**external**
31:25
**eye-catching**
107:2
**eyes** 107:24

**F**

**F-O-U-L-K-E-S**
215:14
**F-R-S-N-T-Z**
215:21 216:13
**face** 32:4
**face-to-face**
271:22
**fact** 15:9
33:17 43:6
59:16 74:7
85:2 117:3
166:20 172:17
188:22 189:2,
5 202:11
205:15 206:24
208:5 253:16
270:16 273:19
**Faena** 13:16,
17 14:8 15:5
**failure**
213:10
**fair** 157:10
199:6 201:22
235:20 246:16
**falling** 21:2
188:12 193:21
194:1,5,7,9
195:11

**fallout**
188:21
**falls** 118:23
**familiar**
18:20 35:12,
15,18 68:12
160:5 176:17
181:14 256:23
257:9,14,18
**far** 42:4
43:16 202:25
235:16 244:1
255:10
**FBI** 218:5
219:20 220:7
237:13,16,21
**February**
51:25 52:24
58:15 59:5
137:7 138:6,
10,25 139:2
146:20 147:4,
8 159:14
162:12 183:6,
9,11 184:4,8
225:25 226:6
230:25 234:1
**federal** 20:9
32:18 114:5
237:15,17,18
252:16
**Fedex** 79:6
**fee** 61:23
**feedback**
111:18
**feel** 122:8
173:4,16
222:11
**feeling** 143:4
**feels** 171:15
**fees** 105:10
**fellow** 178:11
**felt** 182:5
207:10 214:24
**few** 18:25
20:6 42:1
45:24 60:23
101:13 124:3

142:6 148:12
149:5 150:22
191:20 193:20
246:14

**fight**  14:16,
18 217:10

**figure**  217:18
218:25 219:2,
15

**figures**
213:15

**file**  185:20,
22,25 186:3,
7,8,11,14,17,
18,20,21
187:2 206:18

**filed**  7:14
269:2,6,8

**files**  195:2
225:8,18

**final**  21:9
22:7 54:8
56:14 129:5
153:5 210:5
271:9 272:22

**financial**
9:23 137:13,
16,25 168:24
169:5

**financially**
7:21

**find**  78:23
111:18 139:19
171:12 172:25
173:12 224:21
225:9 239:12
240:17 243:21
244:9 259:18

**finding**  12:19
234:24

**findings**  44:8
45:5 234:21

**fine**  44:22
115:11 187:22
275:4

**finish**  44:16
45:12 208:24
260:22 261:2

**finished**  45:2
209:1 260:23

**finishing**
45:3 260:17

**FINRA**  42:22
43:7,9,12,16,
23,24,25 44:7
46:2 255:3

**FINRA's**  43:14

**fired**  13:23,
24 188:23
189:2 197:11
223:6 271:20
272:1,23

**firing**  177:1
181:15

**firm**  20:4
29:12,15 34:3
43:25 166:18
168:2,9 169:1
213:17 228:3,
10,20 229:18
230:3 233:2
234:16 268:20

**firm's**  162:6
229:15 231:24

**first**  8:18
23:12 32:9
35:11 53:2
61:20 76:15
90:19 91:7
103:1,2
108:15
111:12,14
116:8 122:21
125:17,20,22
130:5 139:1,
17 145:22
148:12 153:11
160:8,19
162:8 170:16,
22 173:1,13
174:11
183:15,25
188:9,24
207:17 227:1
229:14 244:4,
21 246:9
248:12 249:11

251:14 257:6,
9 271:23

**five**  10:12,18
35:20 63:6
65:16 67:9,
10,14,25
69:25 75:17
110:2 118:13
157:4 191:24
197:21 213:12
261:15 263:12
265:17

**five-day**  47:5

**fix**  47:14

**fixed**  61:23

**flew**  272:16

**flip**  30:20
77:21 94:10,
13 118:22
176:11 190:9

**Florida**  7:2,
3,18 9:18,20,
25 232:20

**focus**  233:17
270:1

**focusing**
28:14 142:16

**follow**  32:3
35:22 40:4
43:8,13 72:23
73:11 77:4
199:25

**follow-up**
45:18 123:9
209:21 210:7
222:17

**followed**
42:19 189:3
244:8

**following**
21:15 30:20
31:25 54:21
55:24 56:17
57:3 71:9
93:21 112:12
129:20 130:6
132:12 200:2
209:19 213:6

229:13 231:11
232:21 248:11
250:24 260:11
269:14

**follows**  8:19

**font**  54:21
93:21 132:13

**footnote**  25:1
64:20

**for**  7:3,13,25
8:3,8 9:2,7
10:2,9,23
11:4,10,18,25
12:18,20,21
13:14,20
14:3,4,5,7
15:6,24 16:2,
8,11,13,20
17:13 18:1,2,
6,10 20:10
25:4,10 26:5
27:23 28:5,20
29:12,14
30:6,13 39:1,
10,14 40:3
44:8 46:14
49:17 50:3,6
52:2 53:7
54:23 55:6,18
56:5,21 57:22
59:9 61:24
62:22 64:22,
23 65:15,24
66:2 68:16
69:6 70:17,19
71:12 72:22
74:24 75:9
76:5 78:13
81:17 82:21
85:7,19,22,23
86:1,2,5
87:4,5 88:20
89:8,19,22
90:14 91:23
93:4,23 94:5,
20 96:1,23,25
97:10 98:7,16
101:22 103:19
104:9,21

105:3,21,24
106:12,25
107:5,11,18,
23 108:1,5,9,
18,23 109:4,
8,23 110:16
111:18,23
112:5 113:3,
19,20 115:18,
23 116:6
117:25
119:15,22
122:3,10,12
123:6 124:4,
14,21 125:3,
13 126:10,20,
23 127:21,22,
25 128:17
129:11,23
132:15,22
133:15,18
134:7,16,18
135:16 136:5,
10 137:22
140:9 141:11
144:19 149:11
152:13 156:2
158:20,21,22,
23 159:2,3,4,
16 160:2,8,20
162:1,12
163:2,4,5,6
164:8,22
165:3,8
166:17 168:16
169:4,9,23
170:11 172:5,
6,7 173:1,13
174:21 175:3,
15,19,21
176:1 177:13,
18 183:7,14,
21,22 184:9,
15,19 185:1,
5,8,20 187:3,
5,17 190:4
192:13 195:15
197:8,9,12,
15,17 198:14,

15,18 200:24
202:22,23
203:8 205:2
206:11 208:15
209:24 210:22
212:6,23
214:10 215:25
216:2,6,8,13,
22,23,25
217:2,10
218:17 221:5,
11 223:20
224:3,21
225:5,21,24
226:1,5
227:14 228:25
229:4,6,19
230:6 233:3,
22 234:3,20
235:11,12,19,
20 236:8
237:8,9
238:2,16
239:18,22,23,
25 240:1,16,
20 241:5
242:15,24
245:22 246:1,
20 247:14,24
248:1,4,11,23
249:5,20,25
250:5,10
251:10 254:3,
5 255:16
256:1,3,7
257:21 258:3,
4 260:13,16
262:1 263:9,
10 264:1
266:3,4
269:3,23
272:4,16,25
273:8

**force** 198:24
211:8

**Ford** 8:5,7,21
18:8,11 25:16
28:1,21 30:7,
19 39:4

44:17,21
45:8,15,21
49:18 52:4
57:23 59:15
60:2,13,17
61:2,4,16
62:2,9 65:18
66:23 68:17
69:2,3,16
70:21,22
71:11,17
72:2,8 75:1
76:7,13 77:20
78:21 79:2,9,
14 80:1,13,
20,25 81:1,6,
11,14,18 83:8
87:1 89:11,14
90:17,24 96:2
97:13 98:19
99:22 102:2
103:20 105:22
110:1,5 113:5
115:9,19
119:20 120:17
123:17,18
125:25 126:3,
11 128:2
140:15
141:21,23
148:22,24
154:18 155:4,
7,8,25 156:3,
4,8 157:15
159:5,24
160:3 165:5
170:1 174:22
176:3,14,15
181:20
182:11,25
183:8,17
185:9 187:9,
20 188:6
190:5 191:1,
4,6,17,18
195:16 199:8,
11 201:3,5
203:10 212:7
216:8,10

218:17,20
226:2 235:1,
11,22,23
237:4,22
238:3 239:19
243:1 246:2
248:6 249:6,
13,16,17
250:1,3
251:11,15,17
253:9,22
254:9,17
255:18 256:17
257:17 267:18
268:3 269:4
273:2,14
274:6,18,24
275:3

**foreign** 57:5
257:1

**foreigner**
41:10,15

**forgive**
251:16

**form** 77:3
79:3 134:3
156:10 239:25
240:11 244:5

**formal** 201:12

**formally**
167:1,20
199:21

**former** 239:9

**formerly**
20:7,16 25:3
64:22

**forms** 229:9

**forth** 78:7
128:25 136:25

**forward** 31:14
50:2 62:22
66:11 75:6
89:18 104:8
110:24,25
111:15 126:19
193:8,10
227:6

forwarded
97:4 242:11

forwarding
30:9

Foulkes
215:13 216:12

found 116:12
241:24

foundation
174:4

four 10:12,
24,25 11:9
47:4 88:13
128:20 155:13
157:4 168:4,
16 200:10,11
207:24 208:4
213:11 248:2
261:17

fourth 20:15
217:9

frame 14:11
246:24

frankly 168:7

Frantz 7:13
8:9,17,22
19:14 20:7,
16,25 21:1
26:13 29:10
31:1 34:10
41:21 42:5,20
50:17 52:14
60:3 62:10
70:9 73:23
76:24,25
77:12 83:15
87:20,21
101:8 115:20
116:11 119:2,
22 120:1,5
159:6 160:2
169:22
176:18,22
180:7 183:5
185:18 188:7,
10,11 189:21
190:4 200:24
203:8 206:25

215:23
219:11,13
227:9,18,25
235:14 237:25
238:4 239:22
242:24 243:4
255:16 259:1
269:7 273:7
274:8

Frantz's
26:24

freaked
240:16

free 23:23
25:4,10 51:13
63:9 64:22,23
158:9 257:13

freelance
13:25

frequently
180:16 258:17
259:11

Friday 197:11
203:21,22
204:4 272:15,
20

friend 163:13
207:7 221:16

friend's
162:9

friends
177:12 218:5
219:19
237:12,20

from 13:23
14:4 15:3
20:15 22:8,17
23:22 24:9
27:13 30:5,8
31:22 34:5,17
39:23 40:17,
18 41:7 42:8,
11,14 45:23
46:16,17 47:1
50:6 51:5
53:15 55:9
57:21,24
59:4,24 62:5,

17 63:8 64:6,
12 65:6,19
66:14 67:12
68:23 70:24
73:14 75:9
78:12 79:8
82:3,24 85:15
89:3,22 92:10
93:9 95:18
96:7,19 97:1,
15 98:17,21
99:15 100:4
102:4,10
106:2,3
107:16,20
109:14
110:11,24
111:11 115:1,
15 120:23
122:11,25
123:13 124:10
126:22 127:2,
16,21 129:23
130:19 133:2
134:2 136:1
137:3 138:12,
19 142:4,7,9
143:3,9 146:7
148:19 149:16
150:3,14
151:11 152:9
153:12,15
156:2 157:2
158:8 159:20
162:12 164:4,
15 165:18,22
166:2 167:5
169:22 170:2
171:22 172:4
173:10
174:10,11,19,
23 175:14
181:22 183:5,
10,11,15
184:1 185:7,
10 186:22
188:2,9,17
189:2 195:6,
14,17,22

196:12 198:4,
9,15 199:12
200:23 201:6,
7,24 202:4,23
204:19 205:7,
12,16,18,24
206:12
207:10,25
208:7,13
209:9 210:17,
19 213:4
214:21 215:6,
13 216:14
218:5 219:23
221:15,21
223:12,23
228:22 230:16
232:18 235:7
236:9 237:25
238:18,25
239:1,20
240:21
241:15,25
242:23 243:3
244:5,9,22,25
246:10 247:21
248:7 249:4,7
250:4,13
251:9,20
255:3 256:2,
8,14 257:1
259:15 262:25
267:12,15,24
268:6 269:14
270:2 271:7
272:7,8,12,13
273:2

front 80:24

fuck 188:18
189:8,14

full 47:17
51:8 61:20
129:19,23
167:23 170:19
204:5 209:4
217:9 224:23
225:2 236:16
255:2 257:7
262:7

**fully** 37:2
139:4 216:20
218:1 221:17
222:9
**function** 99:3
**fund** 23:15
48:11
**funded** 98:7
142:17
**funding** 23:24
63:10 158:10
**funds** 15:15,
16,21 16:4
**furnished**
185:20
**further**
230:16 273:2
274:6
**future** 50:6
75:10 89:22
126:23 173:5,
17 210:10
213:16 217:11
223:20 236:8

———————

G

———————

**gain** 220:20
**games** 199:1
221:10
**Garrett** 24:19
25:3 64:17,21
66:6
**Garrett's**
65:24 69:10
**Gary** 142:7
**gathered**
230:15
**gave** 151:7
159:9 218:15
232:15 271:1
**general** 10:21
135:9
**genius** 169:8
**Gentile** 8:6
17:8,16 20:7,
8 21:1,2 27:9

51:22 57:25
90:4 96:3,19
103:22 104:6,
18 111:15
112:12 113:3,
7 114:17
115:4 119:15
128:3 130:2
133:11 134:2,
24 136:20
161:2,16,21
162:21 165:3,
7,19 169:23
170:2,5,7
177:12 182:6
185:8,11
188:11,12
189:5 190:4,8
192:2 194:1,
12,13 195:11
199:14 201:3
206:21,24
208:9 213:4,
18 221:12,21
236:1 237:1
239:23 273:8
274:2
**Gentile's**
195:15,17
256:6
**Gentile/swiss**
239:8
**geographic**
233:17
**get** 13:23
14:16 61:7
79:20 98:7
118:17 127:2
143:6 161:16
163:14 164:15
173:4,16,24
177:14 178:9
182:6 187:21
189:1 193:12
194:4 203:22
205:15
206:11,22
207:12 210:18
218:4 221:15,

18 238:14
246:20 247:7
265:8 274:24
275:4
**get along**
167:17
**gets** 155:12
156:22
**getting** 13:24
17:16,25
113:19 118:5
124:20 135:5
155:10,18
183:3 197:11
204:19
238:13,15
257:1
**ghosted**
188:17 221:15
224:18
**GI** 119:21
**giant** 99:24
**girl** 190:21
**girlfriends**
171:18
**give** 8:13 9:1
27:20 37:2
39:2 48:5
51:12 70:23
155:3 159:1
165:16
172:18,20
177:16 217:23
220:22 222:4,
10 258:7
**given** 44:7
47:17 65:5
74:1,2 77:2
81:17,19
83:21 118:2
168:1 176:5
180:1 210:4,
25
**giving** 69:9
77:6 135:6
**glad** 136:3
**Glenn** 146:6

**Global** 226:17
**globally**
225:7
**GM** 255:25
**go** 7:8 9:16
18:23 24:13
35:11 36:10
38:24 44:10,
14 45:22 46:4
48:3 49:4,14
52:5 53:2,11
54:7 56:14
57:18 61:5
62:14 63:4,15
68:19 69:4
72:16 74:21
84:2 88:5,6,
11 95:8,9
98:20 99:13
100:5 102:20
107:14 108:13
109:25 110:1
116:8 118:11
119:13
125:17,21
127:20 128:20
129:3 130:13
132:5 133:4
134:1,2,24
135:25 140:2
148:19
149:12,20
150:7,11
152:2 153:8,
10,18 154:4,
8,9,10 155:4
157:19,21
163:2 164:3
167:20 171:11
172:23 173:9
178:5 183:1
187:14 188:8
190:8 198:1
203:17 206:18
207:14 208:20
210:21 212:8
214:1 217:6,9
218:8 222:23
226:12 234:10

Yaniv Frenandz

246:13,14
250:6 253:25
257:21 268:12
271:10,14
272:10 273:24
**Godaddy** 71:19
**goes** 22:24
148:25 171:15
241:12,17
242:12
**going** 8:25
9:4 17:8,15
18:1,3 27:20
30:3 31:22
38:24 43:21
45:1 47:11
48:3 60:3
61:2 62:3
69:17 70:9,
14,23 72:24
74:12 76:22
77:15 81:24
82:9 83:3
85:10 88:5,6
95:8 110:1
111:14 112:6
115:12
118:17,21
119:17 120:1
136:24 137:2
143:15 144:13
145:22 147:13
153:6 154:9,
10,24 155:4,
25 156:9
157:1,20,21
159:6,17,25
161:15 166:6
177:15 183:2
187:24
189:17,20
190:6,23
194:19 199:2
202:18 203:22
204:24 205:3
209:14,16
215:1 217:10
218:5,7
221:1,6,10

222:9 224:19
231:3 235:4
237:9 238:15,
17,20 239:5
246:14,18
248:11 249:2,
10 250:1
251:7,18
255:14
267:18,21
268:24 274:8,
11,15
**Gold** 269:8
**gone** 69:12
96:17
**Gonzalez**
150:16
**good** 7:5
8:22,23 39:7
49:25 75:4
115:9,20
122:12
123:14,20
126:17 161:4,
6 163:16
167:16,17
172:22 174:2,
3,25 194:19
195:6,22
236:21 240:24
242:14 258:7
**Google** 233:16
241:7,9
**Googling**
244:8
**got** 17:12
30:11 96:12
107:21 143:5
144:5 147:15
150:17 151:2
167:14 202:1,
9 207:9
209:18 218:11
219:9 220:23,
24 241:20
267:17 268:5
272:24
**government**
199:25 205:25

216:15 217:15
218:24 225:9
256:21
**governments**
219:24 243:20
**grab** 235:17
**grade** 244:6
**Granbrim**
146:3
**grand** 272:24
**great** 37:9
122:13 153:5
164:20 166:17
183:20 187:23
213:17 260:9
**group** 16:9,
10,11 99:7
**Groupon**
106:17
**guarantees**
210:1
**guess** 82:10
193:8,11
272:22
**guidance**
38:5,10,17,21
45:25 53:24
92:19 131:3
**guide** 170:17
**guidelines**
42:19 44:7
**Gunion** 7:2,23
**guy** 8:6 17:8,
11,16 18:1
51:22 57:25
58:12 90:4
96:3,19
103:22 111:15
112:12,14,23
113:3,7,14
135:12 161:11
163:7 164:22
165:3,6,18,25
167:12 168:13
169:23 172:4,
10 175:18
176:8,10,24
177:3,12,14,

16,19 178:8,
10,17 182:20
185:7,10
187:5 188:16
190:4 192:21
193:16 194:18
195:5,21
196:6 197:7,
24 199:15
202:16 206:21
207:3 208:9
211:6,7,16
212:15 213:18
214:9,22
218:2,3,11
220:17 221:4,
11,12,21
223:8 237:7,
20 239:8,23
254:24 255:3,
10 261:6,13
262:8,12,22
274:2
**Guy's** 174:12
199:3 211:6
**guys** 187:19

---

**H**

**hackings**
259:20
**had** 14:1
47:15 50:20
59:10,18
60:7,24 66:18
67:17 68:2
72:11 74:13
83:10 84:18
85:22,23 86:1
87:10,13
88:23 95:17
97:21 99:2
101:6 106:20,
22 116:17
127:13
136:12,18
137:9 139:5
142:11,17
161:20 162:24

163:2,21
165:14,23
171:9 177:14
184:18 186:9,
14 187:10
192:11,13
193:15,21
194:1,4,5
195:10,11,25
198:23 208:6,
7 209:2,4,22
218:2 227:23
231:21 234:1
235:11 237:11
240:10
241:14,17
245:1,9
248:19 249:18
254:18 255:2,
3,7 259:21
265:11 266:14
268:12 269:24
270:15,16,18
272:16

**hadn't** 193:21
194:9

**half** 149:1

**hall** 146:3
249:23

**Halpin** 8:7
30:12 39:2
61:15 65:16
68:14,22,25
70:18 74:22
76:3,11 78:23
79:8 81:13
89:6,9,13
90:12,16,22
95:24 97:8,11
98:14,17
99:20 101:20,
24 103:16
105:19 109:21
113:1 119:17
126:8 127:21
165:1 169:21
174:18 175:24
183:4,14
184:22 185:1,

3,5 187:15
189:17,20,24
195:13 200:22
201:1 203:6
212:4 225:22
237:24 239:16
242:22 245:21
248:1 251:13
255:14 268:24

**Hampshire**
24:15 73:16

**Han** 152:21

**hand** 8:10

**hand-delivered**
59:2

**handle** 104:7
111:8 125:2
224:19

**handled**
198:22 199:3,
4 224:22,23

**handwritten**
129:21

**happened** 70:6
167:13 173:21
175:20 194:9
197:12 211:9
214:22 247:25

**happening**
60:1 172:13
262:21

**happy** 177:19
207:10

**harassing**
182:23

**hard** 76:17
77:11 78:15
108:2 129:23
142:15

**hardship**
224:6

**has** 33:5 34:2
36:18 38:4
41:8 46:10
53:21 56:18
79:21,24
80:24 92:16
112:5 114:11

115:22 116:5
117:24 130:7
131:1 134:3
135:18 136:24
143:16
145:15,18
146:3,19
147:4 154:19
161:11
162:23,25
169:4,6,7
172:4 200:3
206:4,17
210:6 212:22
223:15,18
235:19 236:6
248:14 250:25
253:4 274:18

**hasn't** 45:2
68:22

**have** 9:14
10:11 12:16
13:1 14:23,25
18:18 28:25
29:6 33:15,19
36:2,24 42:18
45:17 47:16
50:1,19 53:25
54:11,20
57:16 62:10
66:5,24 68:25
70:7 73:19
75:5,9,24
76:18 77:2,
10,12 78:6
79:8 82:2,5,
10,13,20
83:23 86:16
89:17 92:20
93:12,20
94:10 95:4,21
97:6 99:7
104:7,16
105:16 109:13
110:22 112:17
114:23 119:7
121:12,13,14
122:12
123:10,25

124:23 126:18
128:9 131:5
132:1,12
135:19 136:5
137:13 140:2
141:25
142:18,22
144:13,17,20,
23 145:6
146:14,24
148:17 149:5,
20 150:22,23,
24 153:5,10,
12,15 154:5,
19 156:25
157:7 161:24
162:19
165:11,12,15
168:3,4,6
172:10,11
175:5,9 177:2
178:18 180:11
181:10,12,13
185:14,15
186:13 187:12
189:11
191:24,25
193:15
194:19,23
195:2 202:11
203:2,20
206:3 210:3
214:9,17,18
215:4,24
216:2,6,13,
18,22,23,25
217:1 218:9
219:19,21
220:14 222:9
231:19 232:6,
7,25 234:3
235:14,16,18
237:12,20
238:12 239:12
242:1,2
243:4,20
244:7 247:18
248:8,15,24
251:13,19

253:14,18
254:3,12
256:1,7
259:18 261:1,
21,25 262:14
263:1,8,24
264:7,15
265:15 268:12
272:8,10,18,
22 273:4,22
274:19,23
**haven't**  116:6
117:19
157:13,14
189:19,24
190:25 195:6,
22 204:18
212:13 218:18
222:19
**having**  8:18
47:23 100:21
101:12,15
107:23 136:17
173:19 240:8
241:18 258:20
261:24 263:6
**he**  17:3,4,8,
10,11,15,19
20:5 25:5,9
28:14,15
29:24 33:5
34:2 36:18
40:9,13 41:8
45:2,3,7,11,
13 46:10
47:3,4 51:6
66:4,10 75:22
77:16 79:15,
24 84:5 90:6
96:25 99:15,
16,24 100:4
102:11
104:21,22
112:4 114:11
118:16,17
121:11,16
123:8,14
124:3 125:10
133:12,17

136:8 139:21,
22 144:5
145:15 146:3
154:19
160:14,20,23
161:1,11,20,
23 162:24
163:2,6,7,16,
20,21,22
164:9 166:12,
23 167:15,16,
17 171:9
172:7,17,19
175:18
176:21,24
177:1,16,18,
22,23 178:2,
3,6,7,8,9,18,
20,21,23,25
179:1,2,14
180:18,21,22
181:10,12,14,
23,24 182:3,5
185:20,21
186:7,17,18
187:2 188:18
189:8,9,10,13
193:16,20
196:21 197:18
199:3,5,7
202:15,19,22
203:1,3
205:19 206:7,
17 207:4,7,10
208:16,17
210:15,24
213:4 215:18
216:2,4,16,
18,19 217:23
218:21 219:10
221:13 223:9
235:19 237:21
245:5,6
246:15,19
253:4 255:1
262:23 269:24
270:17,18
271:10,20
272:10,20,21

**he'll**  246:20
247:7
**he's**  42:8,11
51:19 66:6
147:15 151:11
163:2 187:1
210:16
**head**  9:2
166:8
**header**  37:13
**heading**  205:2
**Health**  272:8
**hear**  60:11
171:10,21
198:3,9
223:23 236:9
238:18 239:1
256:20
**heard**  137:13
147:10 195:6,
22 264:7,24
**hearing**
164:23
**heart**  35:14
37:19 174:3
**heavy**  257:19
**held**  7:16
115:14 159:19
188:1 235:6
267:23
**Hello**  40:3
90:6 100:13
101:9 107:10
**help**  39:12
163:14 207:4
212:23
**helping**
163:11
**helps**  124:21
169:3
**hence**  98:5
171:19
**her**  31:17
67:25 68:4,11
69:22 139:10
141:24
190:13,19
192:18 208:12

241:14,18
244:13 258:20
261:3 264:23
265:17
**here**  9:4,25
13:16 29:7
35:23 36:24
38:16 39:12
41:25 43:10,
15 45:5 64:2
66:5 77:6
78:13 96:7,9
100:18,19
102:17 106:14
117:25 121:16
129:23 133:2
134:20 138:24
144:9 149:6
163:8 167:16
170:22 186:12
190:23 196:21
220:18 226:25
227:20 228:8
234:4 240:18
251:23,24
256:25 259:24
262:8
**Here's**  136:4
**hereby**  58:17
**hereto**  78:6
**Hernandez**
139:8,18
**hers**  241:15
**Hey**  125:11
133:13 204:23
260:12
**hi**  66:5 75:18
98:4 99:7
110:14 115:21
120:24 123:9,
20 124:3,11
127:5 135:5
136:3 185:17
209:4 212:12
248:11 258:3
**Hi,guy**  111:18
**hide**  197:24

**hiding** 212:23
219:23
**higher** 166:2
167:7,20
**highlighted**
148:17,19
154:8
**him** 17:12,14
44:16 57:14
59:11 66:1,9
77:16 78:22
79:18,19,20
80:19,20,24
96:25 101:2
111:11 155:3,
11 160:15,21,
23 161:7,24
163:3,5,8,17,
22 164:8,23
168:13 172:15
176:23
177:11,21,25
178:20 182:4,
6,7,8 185:20
191:1 193:18
194:3 197:1,
4,17 199:6
201:25 206:5,
21 207:8,10
208:11 212:23
216:20 217:22
220:21,22
237:8 239:11
246:19
274:11,15
**himself**
182:20
**hire** 17:3
**hired** 16:24
17:25 177:12
255:1 269:23
**his** 28:12
44:16 45:3,12
52:10 69:12
96:23 98:13
107:17 139:22
144:5 145:19
151:9 164:7,
22 176:10

179:7,13,14
180:21 182:7
185:19 187:1,
10 193:17
196:11,12
206:3 207:6
235:15 237:7,
20 246:18
248:14 270:1,
5 273:23
274:2
**history** 69:7
**holiday**
194:19
**home** 232:20
272:3
**homes** 9:15
**honest** 15:4
39:19 51:17
163:21 191:24
224:13
**honored**
198:16
**hope** 114:13
197:25 212:12
213:17
**hopefully**
164:8
**hoping** 171:21
173:3,15
**horrible**
176:24 217:19
219:1
**hospital**
191:10
**hospitality**
12:6
**hotel** 13:16,
17,20 192:20
**hour** 9:5,6
57:19 75:17
127:4
**hourly** 10:13
**hours** 90:5
114:18 164:23
187:13 201:19
270:4,12

**how** 10:11,23
11:19 12:9,21
13:1 14:8
15:24 16:13
29:24 38:16
67:8 69:23
79:4 82:20
96:6 100:24
104:7 109:16
118:8 122:25
123:20 125:2
136:9,23,24
141:7 142:11,
14 146:13,16
158:18 162:1
170:15,21
172:20 177:15
178:9 179:7
180:12 181:11
206:8,10
211:7 224:19
225:18 227:20
234:8 241:6,
13 243:18
244:7 261:20
262:10,15
263:2 264:19
272:23
**how's** 194:18
195:5,21
204:24
**however**
21:10,20,23
27:12 49:8
66:11 73:5
104:9 113:25
123:20 158:1
210:5
**HR** 214:5
215:5
**hundred** 51:14
149:6 166:24
168:17
**hyperlink**
98:9 133:14
250:25 254:6

**I**

**I'D** 36:25
61:7 72:22
219:12 239:7
259:2 261:20
274:23
**I'LL** 9:7 39:2
77:12 89:9
97:11 120:1
189:25 217:14
218:21,23
223:24 225:1
236:10,15
238:21 239:2
**I'M** 8:25 9:14
10:10 11:11
17:12 18:1,3,
4,20 21:15
31:22 36:6
37:23 38:20
40:16 42:5,9,
10 43:21
45:7,8 46:17
48:3,18 56:24
58:13 60:3,12
61:2 63:19
65:10 67:23
68:11,13 69:9
70:9,23 71:9
72:15,22
73:10 74:12
75:23 76:22,
25 77:6,13,
14,15 78:23
79:22,25
80:20 81:24
83:15 87:11,
19,21 88:2,5,
11 90:6 95:19
96:21 98:13
101:2,4
102:12 106:2,
3 107:13,15,
18 116:2
118:21 119:18
120:1,14
122:19,21

124:7 125:19
129:20 131:15
135:12 136:18
137:2,21
138:7 140:10
141:19 143:15
145:23
147:12,13
149:10 151:7
153:7 154:9,
13,24,25
155:4,25
156:9 157:1
159:6 162:9,
23,25 163:2,
11,12,24
164:12,14
167:4 168:14
169:8 170:6
173:7 175:8
176:12
179:18,25
180:20
190:15,22
191:1 193:25
194:2 197:8,
11,12 204:19
206:6,24
210:16 211:17
212:2,18,19
216:8 217:10
218:5,6,7
219:13 220:18
221:7,8
222:3,18
227:18,21
228:16 229:24
230:20 231:5,
21 234:8
238:14,15
243:20 249:10
250:1 251:7,
18 256:10,19
257:3,7,24
260:25 261:4
262:10,12,21
264:12
268:15,23
271:23 272:14

274:1,15
**I'VE**  31:8
41:25 52:13
59:13 74:19
96:7 101:6
127:15 131:15
135:14 136:19
164:21 165:17
191:9 214:5
222:8 243:21
244:11 257:19
264:24 267:7
**idea**  60:25
187:1 191:24,
25 214:17
221:13 256:6
262:18
**ideas**  24:19
62:25 66:8,18
68:10 71:12
72:4,11 159:9
262:22
**identical**
66:9
**identification**
18:10 27:23
28:20 30:6
39:1 49:17
52:3 57:22
65:15 68:16
70:17 74:24
76:6 81:17
89:8 90:15
96:1 97:10
98:16 101:23
103:19 105:21
109:23 113:4
119:16 126:10
128:1 160:2
165:4 169:24
174:21 176:2
183:7 185:8
187:17 190:4
195:15 200:25
203:9 212:6
226:1 238:2
239:18 242:25
246:1 248:5
249:5 251:10

255:17 269:3
**identified**
157:7
**identify**  43:5
150:12,13
152:2 193:15
234:20
**if**  9:9,10
15:3,20,21
16:5 17:4
18:13 20:21
29:19 31:7,16
33:5,15
36:10,18
37:2,8 39:13
40:5 42:17,18
43:18,23
45:16 46:9
47:1,4 48:6,9
49:4,14
50:19,21
51:1,11 52:5
53:11 54:1
56:14 61:7
62:14 63:4,15
67:1 68:5,8
69:12,20
70:25 76:18
77:2,16 79:6,
22 86:6,10
87:21 88:17
91:3,16 92:2,
21 93:2 94:13
95:8 97:14
98:5,20 99:13
100:5 101:2
102:9,13,16,
20 103:9
104:11,12
105:7,11
107:14 109:6
110:6 112:5
114:10
117:19,22
118:4,7,14
120:5,24
122:19,21,22
124:22,23
125:11,17,20

128:20 129:3
130:4,13
131:6,15
132:5 134:1,
2,24 135:25
136:8 138:12,
22 139:4
142:21 143:23
147:13 149:4,
12 153:11,12,
18 158:19
161:12 162:5
163:23 164:3
166:9,23
168:14 170:14
172:23 173:9
175:23
176:10,11
178:5,7,14
181:10 183:1
187:19,20
188:7,8 190:8
193:21 198:1,
3,9,12 208:10
214:1,18
217:9,13,18,
23 218:4,6,25
219:15 222:3,
4,8,9,23
223:10,23
224:10 226:12
230:8 232:11
233:5 234:4,
10 235:1
236:2,9
238:10,13,18
239:1 241:8
246:9,13,18
248:13 249:24
251:18,20
253:3,14,25
255:19 256:25
258:12,16
259:10 265:2,
7,22 266:20,
25 271:23
274:21,24
**IG**  190:13,19

**ignored**
196:17,19,20,
21
**ignoring**
197:7
**illegal**
222:25
**illegally**
220:2
**illegible**
80:24
**image** 133:15
135:10 136:9
**images** 136:6
**imagine**
220:18
**immediately**
58:17 199:24
**immigration**
179:13 187:4
192:12 203:23
205:4 210:2,6
**impede** 54:2
**impedes** 92:22
131:7
**implement**
233:3 262:16
263:2
**implementing**
261:14
**important**
111:22 171:13
225:8,18,20,
21 240:1,19
259:15
**impossible**
77:7 78:16
**impression**
209:25
**improve**
174:10,15
224:22
**in** 7:3,4,13,
14,18,21,22
8:1 9:7,14,
19,20,25
11:2,3,5

13:16 14:3,14
15:9,11,15,
16,22 16:10,
22 17:5,7,14,
16,18 18:25
19:15 21:1
23:4 24:14,20
25:3,4 26:13,
25 27:13
28:15 29:1,7,
10,25 30:12,
18 31:5 32:12
33:17,19,21,
25 35:20 36:6
37:23 41:18,
25 42:12,24
43:6,8,13
44:7 46:2
47:10,12
48:15 49:1
51:20 54:1,3,
4,17,21,22,25
55:5,14,17
59:16,22
60:1,8 64:21,
23 66:8,19
67:2,17 68:2,
5,19 69:5,8
70:6 71:2,4,
20 72:5 73:16
74:5,7,8
76:19 77:7
78:4,6 79:3,
14 80:24 83:3
84:16,20
85:2,5 87:3
89:9 90:2
92:21,22,23
93:5,7,12,17,
21,24 95:5,20
96:9 97:11
98:4 99:23
100:23,24
102:3 103:11
104:22 105:12
110:14 111:4,
10,22,24
112:23 113:10
114:2,20

115:4,23
116:5,12,25
117:3,4,21,25
118:1,4,13
119:2 120:4,
25 121:13
122:4,21
126:12 127:6
128:24,25
129:18,23
131:6,9
132:2,9,12,16
134:8 135:18
136:9,18,25
137:6,19
138:13
142:16,17
143:3,8,11,14
147:9 150:13,
23 153:13
158:16,23
159:7,9,11,13
161:16,22
162:3,11
163:10,25
164:15,22,23
166:5,7,12,
20,22 167:2,
6,21,22
168:7,8,24
169:1,7,14
170:16,22
171:2,8
172:1,17
173:1,13,24
174:8 175:20,
22 176:5
177:2,11
178:16,17
179:5 180:14,
18 181:22
182:21,22
183:16
184:19,23
186:13,15
188:11,22
189:2,5
192:10
193:17,19,25

194:6 196:10
198:14,17,19,
23 199:3,5,13
202:11,13,14
204:8 205:15
206:7 207:9
208:5 210:7,
10 211:5,9
212:14
213:13,16
214:8,16,22
215:5 216:6,
21 217:15
218:2,12,24
219:20,24
220:16,23
221:7 222:10,
18 223:25
224:1,4,17
225:2,3,6
226:16
227:17,19
228:8,20,21
230:8,18
231:1,16
232:19,20,21
233:5,25
234:4,18
236:16,17
237:12,13,20,
21 239:3,7
240:16 241:4,
8 243:22
245:9 246:17
247:15 248:13
249:12,18,23
251:24 252:10
253:16,18,19,
25 254:4,25
255:4 256:13,
20,21,25
258:3,21
259:18,20,21
261:13,18
262:14,21,22
263:19 264:9
265:5,12,23
266:3 268:16,
20 269:6,9,24

270:2,15,18
271:11 272:3,
4 273:19
274:3
**Inc** 10:3
90:20 91:8
269:8
**include** 55:16
156:14,15,17,
19,23,25
233:18 266:14
**included**
54:11 79:16
93:12 132:1
228:23 234:18
242:9 245:17
249:20
**includes**
223:19 236:7
**including**
27:12 34:4
53:18 92:13
130:22 157:6,
8
**incomplete**
176:13 177:18
**incorrect**
271:21
**increase**
165:23
166:15,20,24
167:8,22
172:1 173:24
184:19
**Indelicato**
269:8
**Independent**
227:14
**Index** 269:10
**indicated**
111:23 143:12
168:3
**indicating**
18:21 19:4
55:25 61:18
77:24 94:12
102:17 110:8,
10 228:8

251:25
**indirectly**
33:6,21 36:19
46:11 54:17
93:7,17
114:12 132:9
253:5,20
254:4
**individual**
28:9 41:6
42:13 176:25
177:6 231:25
267:15
**individuals**
12:20 43:3
142:4 145:6
146:24 149:13
153:11 157:6
234:16 266:14
**industry**
168:24,25
269:25
**info** 247:13
**info@
mojodaytrading
.com** 98:22
**inform** 59:9
**information**
34:18,19 41:8
47:16 51:4
65:8,25 66:2,
3 74:3 89:2
117:9 143:13
178:19 203:20
214:6 223:2
225:8 229:23
230:14,16,19
239:12,25
240:1,2,19,
20,21 243:21,
22 254:5
262:9,13,15
273:16,18
274:1,2
**informed**
67:24
**initial**
164:18 265:6

266:4
**inside** 32:13
43:19 252:12
**instance**
150:13
**instances**
232:20
**instead** 144:6
158:20 186:15
**instructed**
44:5 90:3
202:20
**instructing**
262:12
**instructions**
40:4 53:14
92:9 130:19
**insult** 177:2
**insulting**
212:17
**intend** 238:15
**intended**
85:6,7 107:5,
25 108:5,9,
18,23 109:3
111:23 127:7
129:11
134:16,18
135:16 136:10
228:25 232:22
234:20 249:25
**intent** 48:15,
22 166:3
184:9 224:9
**interaction**
17:11
**interactions**
270:25
**interest**
39:10
**interested**
7:22 39:11
120:25
**interim** 102:3
**internal**
31:25 228:21

**internally**
32:4 51:10
**international**
29:13 56:6,10
85:19,22
86:2,11,13,19
87:5 94:21,25
121:23 124:5,
14 125:13
127:7,9
199:20 207:20
239:10
**internet**
32:23 33:4
36:17 46:9
69:5 114:10
229:18 252:21
253:3 257:4
**interpretation**
32:18 114:4
252:16
**interpreted**
32:24 252:22
**interrogatorie
s** 268:13,22
269:12
**interview**
229:19 231:20
**interviewed**
179:12 231:10
233:14
**interviews**
228:19 230:3
231:9,17
**into** 14:16
56:18 65:5
68:9 71:4
78:2 130:7
138:21 176:25
187:21 233:4
**introduce**
17:12 30:3
159:25
**introducing**
107:17 135:21
**introductory**
57:2

investigate
   38:7 182:16
   237:18
investigating
   175:13
investigation
   68:9,11 69:23
   175:3 211:2
   237:16
investigative
   210:4,25
investment
   54:24 55:1
   93:23 94:1
   132:15,18
   134:7,10
Investohrs
   66:9
investor
   43:18 75:4
   158:8,22
   159:8 270:18
investors
   23:22 24:14
   42:2 43:5,17,
   20 51:11
   53:8,25
   54:16,18
   55:13 56:6,22
   59:25 60:21
   62:24 63:8
   64:7,12
   73:14,15,21,
   24 74:14
   76:5,9,15
   79:17 80:6,7,
   8,10,16
   83:10,24
   85:25 87:2,
   10,13,23,25
   91:24 92:20
   93:16,18
   94:21 120:13,
   16 121:7
   128:17 131:5
   132:6,9
   142:13 143:9
invoice
   177:14,16

involved
   130:3 230:18
IP   68:19
   232:18 233:4
   249:20 250:10
   254:24 255:5
   256:2,3,8,11
   258:10,16
   259:10,14
   260:13
   261:10,14
   262:10,14
   263:2
is   7:6,7,12,
   16,19,23 8:3
   9:5,13,17,19,
   24 10:1,4,6,
   9,15 12:5
   16:23 17:1,6
   18:15,17,21,
   24 19:7,13
   20:4,5 24:9,
   19 25:19 28:5
   29:1,7,8
   30:3,8,13
   31:11 32:1,
   10,13,24
   34:19 35:20,
   22,25 36:6,8,
   12 37:5,18,25
   38:6,20 39:5,
   24 41:3,19
   42:8,14,17
   43:8,13,16,19
   44:6 45:3,10,
   11,13,15,22
   46:16 47:23
   49:14,19
   51:21 53:5
   58:4,25 59:2
   61:12,14
   62:14 63:19
   64:2,17
   65:16,19
   67:19 68:18,
   21 69:4,9
   70:11,15,23,
   24 71:12,14
   72:18 73:10

75:2 76:8,14
   77:5,15 78:3,
   4,13,14,17,24
   79:3,4,5,6,
   12,20,23
   80:2,7,8,9,
   15,22,23
   81:15,19,20
   82:2 83:13
   84:4,7 85:1
   88:14 89:13,
   15 90:16,18,
   25 91:18,22
   94:9 96:3,5,
   6,8,9,16,25
   97:14 98:17,
   18,22 99:13,
   15,17,25
   100:11 101:3,
   4,6,24
   102:15,25
   103:3 105:23,
   24 106:5,17
   107:10,12,17,
   18,19 108:15,
   21 110:11
   111:3,12,22,
   24 113:6,14
   114:13 116:1,
   10 117:17,24
   118:1,16,17
   119:17,19,24
   120:12,18
   121:6,7
   122:2,4,8
   123:21 124:4,
   14,20 125:13,
   24 126:14
   127:5,22
   128:3,15
   129:3,8,11,20
   131:23 133:8,
   19,22,23,24,
   25 135:6,8,
   11,17 136:1,
   20,24 137:2,
   24 138:3
   139:10,21,22,
   23 140:5,14,

19 141:4,5,9,
   24 142:8,9
   143:20 144:3,
   6,9,10,14,18,
   21 145:7,8,22
   146:8 147:15
   149:7,24
   150:14,15
   151:1,9,16,17
   154:21 155:5
   156:21 157:10
   160:8,12
   161:1 163:7,
   10,14 165:6
   166:23 167:2,
   25 168:7,11,
   12 169:7
   170:2,7 171:2
   172:12,13
   173:7 174:23
   175:20,22
   176:4,8
   178:21,23,25
   180:20 181:4,
   23 182:23
   183:9,15,22
   184:23 185:4,
   10,22,25
   186:16,19
   188:8,15
   189:6,17,20,
   24 190:7,21
   191:20,25
   192:3 193:5,
   9,24 194:22
   195:10,20
   196:6 198:3,
   10,18 199:10,
   12,14,15,16,
   24 200:10
   201:1,11
   202:18,21
   203:2 204:5,
   16 205:7,11,
   21 206:16,18,
   20 207:17
   208:23 209:3
   210:14,17,20
   211:1,2,7,10,

12 212:1,8,9,
12,17 213:5,
6,8 214:7
215:25 216:17
217:2,24
220:1 221:6,
13 222:17,25
224:15 225:4
226:3,17,22,
23 227:19,20,
22,25 228:8
229:14 231:18
232:22 233:3,
16 234:5,9
235:1,20,25
236:21 237:5
238:4 239:20,
25 240:6
241:3,15
242:10 243:2
246:3,7,8,16,
18,24 248:7,
18,19 249:7,
25 250:4,23
251:11,20
252:1,9,12,22
255:3,7,14
256:14 257:16
258:3,11
259:14
260:10,12,16
261:5,9,15,
19,21 262:20
263:4,11
264:19 265:1
268:19 269:5
270:21 274:3
275:4

**island** 172:19
175:21 181:1
187:8 198:15
207:4

**Isles** 9:18,20

**isn't** 57:13
117:16,22
118:18 162:11
192:13 206:24
210:2 273:11

**Israel** 181:1
196:10 201:18
210:18 233:18

**issue** 79:2,6
235:17

**issued** 38:4
199:22 207:20
209:22 225:25
226:5

**issues** 53:13
92:8 130:17
246:14,21
247:4,5,8
248:15 255:3
259:19

**it** 9:5,11
11:24 12:22
14:12,13
15:17 16:5,22
17:5 18:13
19:1,12 20:6,
17,23,24
21:7,9 22:7
23:12,21 24:3
25:1,2,6,8
26:12,18,23
27:8 28:2
29:1,4,10,18,
19,20,24
30:9,11,12,17
31:7,8,9,11,
12,14,17,24
32:9,17
33:11,24
34:9,12 35:5,
15,18,22,24
36:1,15,23,25
37:1,5,14
39:5,6,24
40:10 41:1
44:22 45:10,
22 46:25
47:18,19
48:1,9,22,25
49:5,7 50:2,
19 51:18
52:8,22 53:2,
12,21 54:7,15
55:5,10,13

56:15,16 57:2
58:11 60:4,13
62:20,23 63:7
64:11,16,21
68:22 69:4,7,
8,17,18,23
71:12,13,18,
22,23 75:2,6,
16 77:7,12,
13,16,25
78:5,15,17,
20,25 79:3,8,
19,24 80:2,5,
7,9,14 81:7,
19 82:1,8
83:3,4,7,21
84:15 85:5,6,
14,15,16,19,
24 86:24
88:18 89:2,
16,18 91:3,6,
9,16,17 92:16
93:2,15 94:9,
15 96:10,12,
13,20 97:6,15
98:20,25
99:9,16,23
100:3,5,6,8,
9,12,22,24
101:5,11
102:4,5,7,13,
15,19,21,23,
25 103:3,5,9,
14,15 105:1,
23 106:8,11,
15,24 107:5,
9,19,21,22,
24,25 108:3,
9,11,20,23
109:1,3,6,7
110:2,11,13
111:17,21,22
112:3,8
113:10,13,19,
22 114:1,2,4
116:1,9
117:3,12,21
118:2,13
119:21 121:20

122:1,9,16
123:3,21
124:2,5,11,
12,17,21
125:12,24,25
126:8,13,16,
17,19 127:2,
3,4 128:20,21
129:5,6,18,23
130:5 131:1,
23 132:5
134:5,15,18,
19,20 135:3,
12,13,14
136:2,3,10,25
138:3,13,14,
18,19,22
139:4,7,13,
15,17,22
140:23 141:2,
24 142:15,20
143:23,24
144:2,5
145:4,10,15,
19 146:3,20,
21 147:3,6,15
148:25 150:17
151:2,8,11,17
152:13 155:6
156:13,14,16,
18,20,24,25
157:13,25
159:8,15
160:22 161:22
162:7,11
164:7,8,20
165:12,15,18
166:4,7,8,9
167:12,13,21
168:7,14,15,
22 169:3,12
170:9,14
171:2,15
172:2,6,18,
22,24,25
173:7,12,19,
20,21,25
174:10,15,24
175:7 176:8,

10 177:18
179:6,8,21
181:9,10,13
182:5,7,13
183:3,16
185:4,16
186:10,12
188:8,15
189:1 190:18
191:13 192:21
193:18,19,20
194:11 195:1,
10,20,21
196:3,18,22
197:3,20
198:12,25
199:14,16,17
200:10,17,18
201:7,16,23
202:10,16
203:14,18,21
204:4,19
205:11,20
206:1,2,4,6,
8,9,13,22,24
207:2,11
208:3,12,14
209:10,18
210:6,14,23
211:1,14
212:9,11,20
213:3,13,23
214:2,15
215:12,13,21,
24 216:21,25
217:10,13
218:13 220:18
221:1,14
222:1,24
223:5,7,8,15,
17 224:9,23
226:12 227:1,
8 228:1,8,17
229:12 230:1,
13,21 231:4,
8,18,23
232:11,13,17
233:1,5,13,21
234:3,14

235:1,20
236:3,5,22
237:8 238:5
239:21 240:19
241:8,10,12,
14,17,20,21,
24 242:2,5,12
243:2,13,15
246:5,20
247:6,7,12
249:15,19,22
250:6,12,21,
22,25 251:2,
14 252:6,8,
15,25 253:8,
10 254:1,10,
16,24 255:11
256:6,21
257:12,22
258:10 259:3,
11,18 260:6,
16,24 261:20,
21,23,24,25
262:15,25
263:6,7,8
264:19
265:12,18,22
266:4,22,24
267:17
269:14,21
270:22 271:5,
8,17,24,25
273:11
274:19,20
275:4
**it's**  9:20
10:5 15:14
16:10 18:25
20:15 21:19
29:18 30:21
37:7,13 40:5
43:1,5 44:19
45:6 47:24,25
49:20 52:12,
24 53:11
57:19 59:6
60:8 61:19
62:17 63:20
68:22 70:18,

19 74:16,17
76:17,19,21
77:2,7,11,18
78:8,15,16,25
79:7,11 80:8
84:8 88:7
89:12 91:19
96:10,17,19
97:11,25
98:5,23
100:18 101:7
102:1,16
104:5 107:20
108:12
111:10,14,22
115:9 116:4
118:9,14
120:4,6,8,9
121:6 122:11
123:6 125:22
126:12 129:4,
15,21,23,24
133:11 134:21
135:9,12
136:9 140:24
141:16 143:15
146:2,3 147:7
149:2,15,19
154:25 155:10
158:18
160:15,21,24
164:8 170:10,
19 173:2,14
175:8 177:15
179:20 180:21
182:22
183:10,11
184:25 185:2
186:20 191:13
196:12 197:22
201:12,19
202:2 204:18
206:14 207:24
211:8,9
212:20 214:20
215:13,18,23
216:16 218:12
219:7 221:5
222:5 226:24

237:9 239:6
244:6 246:10
249:13 258:12
260:13 261:25
262:1,25
263:8 268:20
275:3
**ITA**  226:3,13
227:12,13
228:2,9,14,20
229:15 230:2,
3,14,23
231:10 232:17
233:13
234:15,20
**italicized**
113:24
**item**  171:22
172:1 173:23
**its**  22:8,17
54:3,19
56:10,21
72:11 92:23
93:7,19
94:23,25 99:3
131:8 132:10
200:1 226:16
228:3,10
230:23 234:17
248:24
**itself**  60:25
156:2
**Ivinoam**  269:8

---

J

**Jamie**  141:15,
21
**Jamika**  74:9
**Janay**  30:9
31:15,16,19,
20 109:19
110:25 111:3,
11 112:9,13,
24 113:2,7
114:14,18
115:5 169:7
202:17 208:10

221:22 231:12
255:12,16,25
257:25 258:2,
9 259:16
260:10 261:19
262:9,13,24
265:11 267:12
**Jane** 19:8
**January** 12:13
30:25 39:6,8
58:9 70:24
71:2,5 72:5,
11 76:15 80:9
122:25 184:2
229:17 230:3,
6,8 231:10,17
234:5 250:20
273:13
**Jason** 110:11,
18
**jason@
allpricetags.
com** 110:12
**Jayber** 147:3
**Jean** 151:8
**Jeff** 123:5
**Jessica** 67:5,
10,15 83:23
242:23 243:3,
10,18 245:24
246:3 248:3
**job** 9:22
13:23 14:2
15:14 17:16
36:6 38:3
161:17 163:14
167:17 171:3
197:10 270:5,
14 272:24
**jobs** 11:4
168:20
**John** 94:10,14
**Johnson** 8:4
18:6 59:12,20
60:9 66:20
155:2,6
181:18
182:10,18

190:23 191:2,
15
**join** 133:18
**joined** 122:19
162:8 174:11
**joke** 196:6
199:15
**Joy** 10:3
**judicial**
117:4,10
**July** 19:7
59:17 65:14,
20 66:14
164:4,5
165:3,7,14,
23,25 173:1,
13
**Junction**
98:8,10 99:16
103:1,4,11
104:5 106:6
109:14,16,17
110:15 111:5
**June** 38:25
39:8,9,20
40:13,14,17,
18 70:16
165:25
**jurisdiction**
54:25 55:4
93:25 94:3
132:17,20
134:9,12
**jurisdictions**
225:4 236:18
**just** 8:24
9:10 12:19
14:1,6 16:6
26:19 29:2
31:8,9,22
36:11,13 40:4
42:18 44:11,
15,24 45:4,23
47:21,24 48:5
52:5 58:23
59:5 60:8,22
61:13 67:6,10
69:11 70:12

74:15 83:15
85:3 87:19,21
92:3 95:5
102:13,19
107:15 110:16
111:3 118:22
119:21 120:4
121:13 123:9
134:1 135:5,
14 136:19
138:22 140:4
143:15 149:6,
11 150:12
151:15 153:5,
7,10 154:9
156:14 157:1,
10 159:7,13
161:24 162:7,
25 163:8,10
164:7 165:21,
22 167:5
168:14 169:7
172:19 173:20
176:24 177:1,
3 178:10,15
179:18 182:3
184:22 187:3
189:6 190:6
194:12,14,23
195:25 198:12
199:5,6
201:10 204:8
206:12,18
208:4,21
213:14
214:10,18,20,
24 217:22
219:7 220:16,
19 226:22
227:16 234:4
235:24
238:14,17,22
241:9,19,23
248:18 249:23
254:22 255:7,
9 256:22
257:1 259:5
260:7 261:12
262:6 269:11

271:23 272:22
274:14
**justice**
217:10
**Justin** 21:12,
25 30:6,8
31:12,19,20
45:23 46:5
49:10 51:5
63:25 65:6,19
73:7 74:2,10
89:2,3 95:18
96:3,19,20,22
103:22 104:21
119:1 120:24
123:4,9,19
124:3,11
125:11 127:16
129:25 133:7,
13 135:3
136:2,3 158:3
174:19,23
185:7,10
200:24 201:7,
24 202:1,12,
16,18 203:8,
11,14,16,19
204:3,15,17,
23 205:12
208:9,15
209:18,19
210:11,21
211:21 215:5
221:22
**Justin's**
186:6

---

**K**

**K-1** 32:12
35:12
**keep** 85:10
247:14 256:2
**keeping** 29:12
**Kent** 11:18,
19,23 12:4,5,
7

kept 198:23
key 229:18
keyword
  113:25
keywords
  110:17 112:4
kickback
  38:18
Kimchy 269:8
kind 14:2,6
  17:11 42:1
  95:21 135:9
  172:12 192:24
  216:5 218:6
  234:9 240:16
  241:2 262:25
  274:14
kinds 198:19
Kinkley
  270:17
knew 41:22
  234:7 264:11,
  14
knocked 186:6
know 9:10
  14:12,13
  17:10,18,21,
  23 18:2,21
  29:7,24 30:17
  36:24 37:3,6,
  18,24 38:4
  40:5 41:9
  42:1,4,17,18
  43:1,15,16
  44:8,19 47:20
  51:17,18 58:6
  59:17 60:6
  66:15 67:21
  68:8 69:6,20,
  22 70:5,12
  71:23,24
  72:3,4 74:3
  76:18,19
  77:18 78:2
  83:22 87:16,
  18 88:2,3
  89:1 95:15
  96:9,17,18

100:22,23
101:11 107:12
109:16,19
120:12 121:12
127:10 135:8,
12 136:23
138:22
142:11,19
144:3 145:13
147:13 152:13
153:11 154:14
158:16 159:1
161:22,24
162:25 163:1,
7,8,10,13,20,
21,24 164:1
166:9 167:3,
14 169:19
170:15,21
171:12,18
172:15 173:8,
20,22 174:12
176:9 177:1
178:9,14,19,
21,25 179:2,
17 181:22
182:4,7,8
187:7,8,19
188:20 192:9,
19 193:4,5,23
196:11
198:12,21
199:2,6
200:11 201:17
202:17 203:1,
2,14 204:18
207:5 208:10,
18,21 210:17
211:1,3,12
212:15,18
214:10,17,18,
24 215:1
216:5,17
218:6 219:20
220:5,7,9,11
222:5,10
224:18 226:23
227:10,16,19,
20 232:11,14,

15 237:12,15
241:3,8
243:18 246:19
247:3,24
255:2,10
256:10,18,25
257:3,5,7
261:1 262:7,
10 263:1
265:11 268:23
270:8,19
knowing 42:3
  164:2 214:25
  265:16
knowingly
  42:3
knowledge
  26:24 47:16
  262:14
known 175:16,
  22 181:10
  182:22
knows 207:4
Kristoff
  143:24
Kurisco
  94:10,14

_____

L

L-E-S-N-I-C-E-
A-I-A 270:24
L-Y-N-N
  141:21
Labeled 97:9
labeling
  138:5,9
labor 174:25
  175:1,13,21
  179:10,22
  182:16,23
  202:2,4,13,18
  205:2,18
  206:14,15,20
  207:7 208:7,
  11,13 209:21,
  25 210:1,5,
  19,22 211:1,3

215:4,6
223:25 224:11
235:14 236:11
lack 168:23
  172:3
ladies 240:25
  242:14
laid 193:12
  194:4
land 259:15
Landy 8:7
language
  55:16 56:18
  57:2,3,6 77:5
  80:3 102:15,
  16 130:7
  240:16
laptop 245:18
  246:18 247:1,
  22 248:14,20
  273:9,12
Large 7:4
largest
  172:24
Lashonda
  139:7,18
last 9:17
  39:2 65:16
  70:21 77:21,
  23 96:22
  98:18 103:2,
  16 109:24
  110:6 120:6,
  8,9 129:3,4
  151:3,7
  172:24 174:1
  176:10 183:18
  188:18 190:6,
  8 193:9
  203:17,25
  211:21 212:13
  222:18,24
  223:19
  224:10,25
  236:7 245:22
  248:2 259:21
  263:19

later    104:19
114:18 127:4
188:25 197:21
201:25 205:1
257:23 258:6,
9 264:18
265:18 272:12
273:20
latest    211:21
laughing
192:22
launched
121:13
laundering
28:14
law    20:4
33:18 214:8,
16 219:23
221:6,7 223:5
240:16 253:17
255:6 257:12
lawmaker
257:7
laws    20:9
29:14 32:19
34:13,16,20
44:9 53:17
54:2 55:3
92:12,21 94:3
114:5 130:22
131:6 132:20
134:12 199:25
223:1 224:1
252:17
lawyer    38:8
65:10 188:19
189:8,14
268:19
lawyers    244:9
Layla    270:2,8
lead    63:22
109:8
Leading
273:14
leads    106:25
266:9,12,14,
19 267:14

learn    44:5
269:25
learned    39:11
learning
213:18
least    26:4,5
27:2 88:19,20
leave    9:7
179:14 181:1
182:4,9
188:22 212:19
leaving    271:9
led    117:9
182:8
left    21:1
96:21,22
107:24 108:16
129:24 140:2
172:19
180:19,22,25
185:21 186:18
188:11 191:20
192:23 193:3
214:21
224:17,20
legal    7:20,24
135:17 226:16
legibility
79:7
legible
245:23
lengthy    207:9
Lesniceaia
270:23
less    12:23,24
15:25 16:2
92:6 116:23
117:12 142:20
146:11 147:14
153:13
154:11,16,21
155:10 157:9
162:3,15
209:22 238:23
let    9:10
38:22 40:5
44:16 127:10
153:11 217:6

219:7 227:25
246:19 249:11
258:7 259:17
267:3
let's    44:14
46:4,5 48:3
51:23 53:2
54:7 57:18,20
65:13 72:16
74:21 84:2
108:13 118:20
126:12 127:20
139:7 151:24
152:2 154:8
155:9 164:25
169:13 171:11
183:20 187:14
208:20 217:6
221:20 245:20
247:14 266:2
letter    18:9,
15,18,24 19:7
48:4,6,17,23
57:21,24
58:18,25
59:2,6,9,16
60:6 62:15,16
63:4 66:16
72:10,17,25
73:1 88:6,7
91:14 95:9
116:9 117:15
118:23
131:13,19
158:15 159:8,
11 185:19
187:16 188:8
194:1 199:12,
17 200:14
201:12 207:15
208:19
209:10,13,15,
22 216:14
letters    99:24
105:12 136:9
138:10 139:1
254:1
letting
158:16

level    174:5,
9,16 188:17
263:1
leverage
15:17
license    169:5
licensed
15:18 16:17
42:1
licensee
34:17
lie    17:8,18,
20,21 161:16
162:24 163:3,
5,6,15,22,23,
25 202:10
lied    161:7,20
163:12,17,22
life    193:17
lifestyle
10:5
like    9:5
14:15,18 25:1
36:23,25 38:1
39:5,20 61:7
69:6 72:23
75:16 79:6
96:10 98:21
99:13 100:5,9
107:22 110:15
121:22 123:3
124:2,22
125:25 127:2
135:9 137:12
141:24 143:23
144:5 145:4,
15 146:6,19
151:8,9,12,17
161:22 163:21
168:12 177:19
178:10,21
182:5 187:21
188:20 191:13
192:20,21
193:18
194:11,14
195:1 196:3
197:11 198:19

200:10 201:23
203:18 209:19
211:14 212:9
213:3 214:2
215:12,23
216:7 219:12
220:18 234:9
238:5,22
239:7 257:23
259:2 262:25
264:25 275:4

**likes** 194:11
264:24

**limit** 113:20

**limited** 53:18
80:15 92:13
130:23

**limits** 32:19
114:5 252:17

**line** 20:14,15
22:7,16 54:8
84:8 103:2
124:8 139:7
141:15 147:3
148:16,20
149:9,16,19,
21 150:2,8,
11,12,24
151:4 153:9,
19 154:12,19
155:18,19,21
156:5,9,13,
15,17,19,21
157:25 168:7
173:10 176:16
178:5,7 179:6
180:18,21
181:21 183:18
222:24

**lines** 20:6,24
124:4,12
151:24 156:2
188:9 217:13
246:14

**link** 84:16
85:22,23
86:5,14
121:17 135:6

**links** 87:4
107:2

**list** 28:7
112:4 143:1,
3,12 154:24,
25 156:13,15,
17,19 264:19

**listed** 27:20
32:9 151:18,
20,22 152:14
154:6 157:6

**listener**
84:17

**listing**
135:21

**lists** 145:19
146:21 227:8

**literally**
171:16

**little** 12:23,
24 37:3 40:16
92:6 100:18
108:7

**live** 39:23
41:25 76:5,9,
15 112:6

**living** 43:18
167:23 259:14

**LLC** 58:14
76:15 80:7
128:5 226:13
269:2,6,7,24

**local** 55:3
94:3 132:20
134:12

**locally** 32:3

**located** 7:17
248:14

**locations**
233:22

**locker** 193:16

**log** 232:18

**log-in** 256:3

**logging** 233:4

**LOL** 192:2

**long** 9:6
10:11,23

11:19 12:9,21
14:3 15:24
16:13 51:8
82:20 136:23,
24 150:18
162:1 198:3,
10 206:5,6
207:11 221:11
226:22 259:14
261:20

**longer** 71:6

**longstanding**
66:6

**look** 18:13
21:16 29:2
36:2 37:6,20
46:5 47:18
48:9 55:12
61:12,13
65:2,13 69:11
77:1 91:3,16
97:14 102:9,
13,14 103:9
109:6 118:20
120:5 125:20
130:4 136:8
139:7 143:23
147:2 149:4,5
151:24 153:18
155:9 158:18
160:5 164:25
188:7 190:6
201:23 207:14
217:13 221:20
235:20 236:2
245:20 246:9
264:25 270:21

**looked** 134:1
157:10,13,14
165:22 235:25
238:18 241:10
254:22 255:9
260:7 262:6

**looking** 14:3
72:20 73:3
88:14 99:7
139:17,18
142:3 145:25
147:18 163:2

170:17 198:20
242:1 246:20
261:24 263:7,
11 264:12

**looks** 25:1
39:5,20 75:16
98:21 99:13
100:5,9
101:11 102:19
107:22 123:3,
14,20 124:2
127:2 141:24
143:23 144:5
145:4,15
146:6,19
151:8,9,11,17
191:13 192:21
194:14 195:1
196:3 200:10
203:18 209:18
211:14 212:9
213:3 214:2
215:12 238:5
257:23 262:25

**loss** 223:20
236:8

**lost** 20:13
55:9 56:24
162:18

**lot** 47:11,13
76:19 164:23
169:3 179:9
181:14 193:16
198:20 220:17
223:9 257:19
259:20

**loud** 157:18

**love** 121:14
207:12 274:23

**Lower** 122:6

**Ltd** 32:1,20
33:4,13,20
36:17 46:8
55:5,17 58:1,
15 91:8 94:4
114:9 132:21
165:7 199:13,
20,21 207:20
225:24 226:4,

15 229:17
239:10 252:18
253:2,12,19
254:2
Ltd.(
suretrader.
com)  114:6
luck  161:6
163:16 213:16
lunch  9:7
109:25
115:10,18
lure  23:2
lying  162:21
224:14,15
Lynn  141:15,
21

**M**

M&s  226:16
230:24
M-A-L-E-K
141:22
M-O-J-O  25:17
Maccio  141:16
machine
68:12,15,18,
23 69:4
70:16,24 71:5
180:22 249:4,
8,14 250:5
251:9,20
machines
186:13
made  19:13
26:9 34:2
50:2 51:10,15
60:18,21
72:13 74:7,20
75:6 84:21
88:3 89:18
91:7 95:20
116:10,20
126:19 136:3
166:9 210:6
229:6 235:12,
15 236:21

273:17
magic  161:4
Mahdi  39:7,20
40:3 47:1
mail  9:16
main  179:1
maintain  47:3
maintaining
33:4 36:17
46:8 114:9
253:2
maintains
26:14 119:3
Major  261:8
majority
142:9 143:5,9
197:20
make  9:1
22:4,21 23:9,
18 24:23
25:13,25
26:10,21
27:5,17 34:1,
3 35:7 36:11
44:11 95:19
101:24 109:19
110:17 113:25
114:19 116:18
119:21 125:12
133:17 157:17
161:4,10
174:14 185:21
186:8,12,17
187:4 191:2
196:14 208:21
213:12 214:4
218:17 223:25
236:23,25
265:7 266:4
271:1
making  51:19
88:23 119:6
168:4,19
202:17 221:1,
5 237:9
238:14 272:24
Malek  141:15,
21

malicious
178:10
manage  101:13
166:3
managed  84:22
management
12:5 34:6
50:1 75:5,24
89:17 126:18
199:24
213:11,24
227:8 229:19
230:5 232:1
237:8 270:2,
24 271:1,20
272:1
manager  10:21
12:3 35:8
47:16 107:2,
11,18 166:2
167:5 209:6
227:9,22,24
234:7
managing
58:21 179:3
mandatory
34:19
manner  33:21
253:20
manners  241:2
manual  31:23
229:17
many  13:1
14:8 22:8,17
67:8 68:6
142:11,14,16
175:21
193:17,20
213:5 225:6
267:12
March  7:7
21:11,24 27:2
30:5,9 34:10
46:5 49:9,16,
20 50:11
57:14 62:18
63:17,24 73:6
74:23 75:2

88:10,16
89:7,15
98:12,15,23
100:1,9
118:25
125:21,23
126:6,14
137:10 158:2
185:12 186:2
192:3,12,16
193:22 194:2
199:19,22
201:9 207:19,
21 209:1,7
215:18 216:11
243:2
Marciel
150:15
Margarita
270:23
mark  18:3
119:18 126:8
249:2 268:24
marked  18:10
27:23 28:20
30:6 39:1
49:17 52:2
57:22 65:15
68:16 70:17
74:24 76:5
81:17 89:8
90:14 96:1
97:10 98:16
101:22 103:19
105:21 109:23
113:3 119:15
126:10 127:25
160:2 165:3
169:23 174:21
176:1 183:7
185:8 187:17
189:18 190:4
195:15 200:24
203:8 212:6
226:1 238:1
239:18 242:24
245:25 248:4
249:5 251:10
255:16 269:3

market   51:24
  52:1 56:5,9
  94:20,23
  270:18,21
marketing
  52:21 53:5,6,
  13,20 54:11,
  16,19 55:15
  56:2,4,7,18,
  19,20 58:13
  59:4,10 60:7
  61:12,23
  76:4,8,14
  78:3,13 79:16
  80:2,16
  90:13,18
  91:3,21,22,23
  92:8,15 93:5,
  8,11,16,19
  94:17,19,22
  111:5 124:22
  127:24 128:4,
  15,16,22
  129:10 130:7,
  8,10,18,25
  132:1,8,11
  230:5 231:12
  233:1,14,17
markets
  226:17 270:17
marking
  103:17 119:18
  127:23
marks   54:22
Martinetti
  151:8
Maryann
  146:19
Massachusetts
  232:19
massive   225:5
match   14:21
  163:19
material
  135:18 229:5
  234:21
materials
  54:11,20

93:8,11,20
  132:1,11
math   155:2
Matin   82:2,3,
  6,19
matter   7:14
  171:14 176:5
Matthew   8:5,
  21 18:8,11
  25:16 28:1,21
  30:7,19 39:4
  44:17,21
  45:8,15,21
  49:18 52:4
  57:23 59:15
  60:2,13,17
  61:2,4,16
  62:2,9 65:18
  66:23 68:17
  69:2,3,16
  70:21,22
  71:11,17
  72:2,8 75:1
  76:7,13 77:20
  78:21 79:2,9,
  14 80:1,13,
  20,25 81:1,6,
  11,14,18 83:8
  87:1 89:11,14
  90:17,24 96:2
  97:13 98:19
  99:22 102:2
  103:20 105:22
  110:1,5 113:5
  115:9,19
  119:20 120:17
  123:17,18
  125:25 126:3,
  11 128:2
  140:15
  141:21,23
  145:10
  148:22,24
  154:18 155:4,
  7,8,25 156:3,
  4,8 157:15
  159:5,24
  160:3 165:5
  170:1 174:22

176:3,14,15
  181:20
  182:11,25
  183:8,17
  185:9 187:9,
  20 188:6
  190:5 191:1,
  4,6,17,18
  195:16 199:8,
  11 201:3,5
  203:10 212:7
  216:10 218:20
  226:2 235:1,
  23 237:4,22
  238:3 239:19
  243:1 246:2
  248:6 249:6,
  13,16,17
  250:1,3
  251:11,15,17
  253:9,22
  254:9,17
  255:18 256:17
  257:17 267:18
  268:3 269:4
  273:2,14
  274:6,24
  275:3
may   7:10
  18:14 25:5
  53:15 61:7
  64:24 68:15
  69:10 92:10
  105:2 119:23
  121:12 130:19
  227:10 244:3,
  23 248:15
  255:20,21,22,
  23 257:22
  258:21
  259:18,21
  260:9 261:16
  263:5,11,13,
  16 264:10
maybe   11:15,
  21 12:23 13:2
  16:14,22,23
  31:9 67:9
  136:23 142:20

164:22
  167:10,14,15
  187:6 196:11
  207:3,4 237:9
  241:16 243:22
  244:23 261:4
MB   138:17,21
  154:22
MBS   138:3,20
  139:2,3,10,
  19,21 140:17,
  20 141:1,7,25
  145:4,22
  146:2,6,10
  150:2,14
  153:23 154:5,
  11,14 155:14,
  16,21 156:11
  157:8
MBSS   139:25
Mckenzie
  145:10
Mckessy   8:8
  20:4 57:19
  235:21 245:25
  246:4,8,10
  247:12 248:4,
  7 268:16
Mcspaden
  146:7
me   8:3 9:10
  14:7 17:11,12
  20:13 21:16
  30:12 31:8
  36:25 37:1,2,
  6 38:16,22
  39:13 40:5
  44:8 45:6
  46:3 48:5
  51:5 65:6,8
  67:19 69:12,
  24 73:13 74:2
  76:11 77:6
  78:13 88:11
  95:18 100:14,
  24 101:2,7
  108:12 113:19
  117:20,25
  124:7 127:10,

16 129:23
135:6 147:9
149:11 153:11
154:2,25
160:15,20,23
162:1 163:4,
5,11,22
165:16,25
167:12,15,17
168:3,13
170:17 171:3,
19 172:6,19,
20,25 173:12
176:23
177:11,17,22
182:21
186:10,11
187:3 188:17
190:25 191:14
193:16,17
197:7 198:13,
15,17,20,23
199:2 202:5
204:4 207:7,8
209:3 211:7
212:16,18
214:25 215:5
217:6,19
218:7 219:1,
7,19,22
221:2,6,7,9,
10,19 222:3,
4,8,10 223:7
224:5,16,17,
18,20 227:25
230:9 236:23,
24 237:9,10,
11 238:22,25
240:18
242:15,16
243:6 245:5
249:11
251:14,16
255:10 258:7,
24 259:2,17
261:6,7,8
262:8,11,12,
23,25 267:3
272:6,10,17,

20,21 273:20,
23
**mean** 85:24
86:4,5 108:2
112:20 116:4
122:19 135:10
138:12 142:13
177:3 178:6
191:23 192:7
195:7 198:7
201:20 217:1
219:15 220:12
229:5 260:25
264:23 265:20
266:12 268:23
271:21
**meaning** 82:19
86:8 146:20
163:13 172:4
**means** 47:20
68:13 101:4
104:4 142:21
165:15 178:10
193:24 274:12
**meant** 48:25
96:15 215:23
264:4
**measures**
259:20
**media** 58:14,
16 231:23,24,
25 232:7,15
271:17
**meeting**
175:15
178:16,17
179:5 183:12
230:22 231:1
**meetings**
211:4
**member** 232:6
**members**
121:13 179:9
**mention** 8:25
36:24 54:10,
18 55:15 64:6
66:17 67:15
85:5 93:10,18

131:22,25
132:10 163:22
234:6
**mentioned**
25:22 50:3
75:8 89:20
95:12 126:21
147:6 163:8
188:18 196:15
205:17 207:3
**mentioning**
67:18 163:8
**message** 65:24
111:7 135:7,8
161:20 175:18
190:12 192:11
197:19 199:13
203:19 205:7,
21 215:12
216:12 232:21
233:3 241:24
262:20
**messaged**
182:20
**messages**
160:1,4,9,19
164:4 165:22
172:6 182:21
190:3,7,9
191:17 195:3,
14,17 203:2,
7,11 218:9,11
255:12 258:22
259:5,7
270:20
**messaging**
255:20 261:7
**met** 202:1,18
220:12
**Mexico**
271:10,14
272:16
**Miami** 7:16,18
9:19,20,25
11:5 13:16
14:4,5 241:8
**miami@sec.gov**
238:1,6

241:11
**Michael** 51:5
62:17 63:1
65:6 74:3,9
95:18 98:4,22
99:6 127:16
269:8
**Michaud**
78:17,25
79:1,12,15
80:6,10
81:16,20
82:18 84:13,
19 85:5,11,
14,19,25 86:6
**Michaud's**
82:16 83:17
84:5
**microphones**
7:9
**mid-year**
261:6
**middle** 42:4,
7,9 108:21
265:6,12
**midway** 173:10
**might** 14:25
57:16 94:10
162:19 180:11
185:15 195:4
225:16 269:20
**Mike** 97:16,18
100:13 101:9
102:10
**Miles** 225:24
226:5,14
227:15 229:22
232:11 233:9
234:1
**million**
116:24
**Millionaire**
58:14,16
**millions**
221:12
**min** 139:15
140:13,22,25
141:4,9,11,24

143:16,20
144:5,14,18,
21 145:7,15
146:14,17,21,
25 147:4,16,
19,24 148:3,
6,10,13
149:7,14
151:9 152:3
153:7,12,15
154:11,16
155:12 156:5
157:9 192:23
193:3
**mind** 251:18
**minds** 224:22
**mine** 241:15
**minimal**
224:18
**minimum**
122:6,10
140:25 166:25
**Minister**
202:13 205:18
206:15,16,20
207:8 208:12,
14 210:19
215:4 223:25
224:12 235:13
236:11
**Mint** 226:17
230:24
**Mintbroker**
7:14 17:17
27:22 28:5
38:9,14 41:3,
14 42:13 44:4
47:8 50:23
51:3,7,25
52:2,11,15,19
58:5 59:3,11
60:19 65:3
66:18 67:16
68:1,9 70:3
71:1 73:21,24
74:14 76:5,9
78:8 79:17
80:10 81:21
83:11,25

87:3,11,13,22
88:8,25
90:14,20 92:5
95:16 99:2
103:7 104:2
109:14,18
119:8,11
127:14 128:6
137:19 138:3,
5,9,25 175:14
177:10 189:2
198:8 199:20
207:20,25
208:5 224:11
228:10 233:11
239:10 245:9
248:24 249:19
250:11,13
254:18,19
255:8 266:16
**mintbroker.com**
41:10
**minute** 194:23
205:1 238:23
240:17 258:6,
9,14 259:11
263:5
**minutes** 9:6
40:9 75:18
104:19 110:3
201:25 257:23
**misrepresent**
17:15
**missed** 151:8
196:18,20,22
197:3,4
**missing**
102:19
189:11,12
**misspelled**
216:4,16
**misspoke**
184:23
**mistaken**
208:5 210:15,
16,17
**mixed** 76:25

**MOJO** 25:17,21
62:25 95:11,
16,17 96:5
97:19,20
102:10
**Molly** 142:7
**moment** 9:15
29:6 48:5
220:16 221:14
260:16 270:20
**Monday**
272:11,12
**Mondays** 204:5
**money** 16:6,8
28:14 118:6
162:6,18
164:15
198:13,21
214:25 218:3,
4,7 221:19
**monies** 237:10
**month** 26:5
88:20
**monthly** 61:23
270:16
**months** 10:12,
18,24,25
11:10,21,22,
25 14:8,9,10,
12 15:5 61:24
122:10 162:15
166:18 168:2
169:15 172:25
173:3,12,15
261:15,17
263:12 273:1
**more** 15:17
23:15,25
44:24 47:4
48:12 63:10
108:15 111:19
116:24 117:7,
13 142:16,20
158:10 163:18
164:15,19
169:6 172:10,
11 173:4,16
174:14 187:6

193:12 194:4,
13 210:18
211:9 219:7
220:20 229:6
236:22 237:6
246:19 247:23
254:5
**morning** 7:5
8:22,23
174:25 175:1
260:10 262:22
272:21
**most** 259:15,
18
**Motsumoto**
103:23
**move** 14:5
38:23 45:10
48:1 51:23
60:3 61:2
70:9,14 74:12
107:15 153:6
159:6 191:4
199:9 237:23
247:15 250:1
**moved** 170:22
**moving** 14:4
44:23 45:8
50:1 62:21
75:6 89:18
104:8 126:19
**Mr** 7:12 8:5,
8,9,21,22
18:8,11 20:4,
7,8,16,25
21:1,2 25:16
26:13,18,24
27:9 28:1,21
29:4,10,12,
14,21 30:7,
12,19 34:10
39:2,4 41:21
42:5,20
44:17,21
45:8,15,21
47:1 49:18
50:17 52:4,14
57:13,19,23,
25 59:15

60:2,3,13,17
61:2,4,15,16
62:2,9,10
65:16,18,22
66:23 68:14,
17,22,25
69:2,3,16
70:9,18,21,22
71:11,17
72:2,8 73:23
74:22 75:1
76:3,7,11,13,
22,24,25
77:12,20
78:21,23,24
79:1,2,8,9,
14,15,21
80:1,13,20,25
81:1,6,11,13,
14,18 82:2,
16,18,19
83:8,15,17
84:5,13,15,
19,20 85:1,5,
10,11,12,14,
16,19,21,25
86:4,6,8,12,
16,19 87:1,
19,20,21
89:6,9,11,13,
14 90:12,16,
17,22,24
95:24 96:2
97:8,11,13
98:14,17,19
99:20,22
101:8,20,24
102:2 103:16,
20 104:6,18
105:19,22
109:21 110:1,
5 113:1,5
114:17 115:4,
9,19,20
119:2,17,20,
22 120:1,5,17
122:17
123:14,17,18
125:9,25

126:3,8,11
127:21 128:2
130:2 133:6
134:3 136:16,
17,20 140:5,
15 141:21,23
148:22,24
154:18 155:4,
7,8,25 156:3,
4,8 157:15
159:5,6,24
160:3,5,11
161:2,15,16,
21 162:20,21
163:16 164:6
165:1,5
166:12 169:21
170:1,2
174:18,22
175:24 176:3,
13,14,15,22
178:14,16
180:7 181:20
182:6,11,25
183:4,8,14,17
184:22 185:1,
3,5,9 186:3,
16 187:9,15,
20 188:6,7,
10,11,12
189:5,17,20,
21,24 190:5,8
191:1,4,6,11,
17,18 192:2
194:1,12,13
195:11,13,15,
16,17 199:8,
11,14 200:22
201:1,3,5
203:6,10
206:24,25
208:9 210:14,
23 211:15
212:4,7
213:1,4
215:21,23
216:8,10,13
218:17,20
219:11,13

225:22 226:2
227:18,25
231:19 235:1,
11,14,21,22,
23 236:1,2
237:1,4,22,24
238:3,4
239:16,19,22
242:22 243:1,
4 244:14
245:21 246:2,
10 247:12
248:1,6,7
249:6,13,16,
17 250:1,3
251:11,13,15,
17 253:9,22
254:9,17
255:14,18
256:6,17
257:17 259:1
267:18 268:3,
16,24 269:4
273:2,7,8,14
274:6,18,24
275:3

**Ms**  8:3 18:6
19:13 30:11,
16 44:16
45:2,10
59:12,20
60:9,10,20
66:20 67:24
68:8,21,24
69:1,13,20
70:1,11 71:8,
16 72:1,6
77:15 78:18
79:5,11,24
80:12,18,22
81:4,9 83:6
86:23 89:5
91:10 95:4
102:1 114:25
115:5,11
116:10 125:24
126:7 128:11
148:21 154:17
155:2,6,23

156:1,7
157:12 158:24
176:12
181:17,18
182:10,18
184:25 185:2,
4 186:23
189:18,22
190:22,23,24
191:2,15
218:19 231:20
236:2 237:3
244:2,12
246:10 247:11
248:7 249:10,
15 251:12,14
253:7,21
254:7,15
256:16 257:15
259:9 261:21
262:4 263:23
266:1 273:4,6
274:4,11,15

**MSB**  156:21
**MSC**  140:8
**MT**  152:13
**much**  118:8
143:4 161:23
166:2 172:20
173:22 177:15
209:22 214:25
221:11,18
239:22 256:24
272:23
**multi**  58:13
**multiple**  70:5
74:8 90:3
159:2 175:19
179:23 182:21
202:11 220:23
232:18
**must**  32:3
34:1 54:20
55:16 93:20
132:12
**Mx6.cj.com.**
106:4
**my**  7:19 12:16

15:3,21 16:5
36:6 38:2
44:13,15
47:12 65:9
66:21 73:1
74:7,8 76:17
77:3 80:22
87:6 101:3
107:10,17
116:20 123:10
162:22,23
164:12,14,17,
18,21,23
166:5,7,22
167:2 168:8
170:11,16,22
171:3,9,19,23
172:8,14,20
173:2,5,8,14,
17 174:10,15
178:17,23
185:18 186:5,
7,25 187:2,6
188:24 189:1,
12 190:13,18
192:4,8
196:10 199:7
202:1,9,14,
19,21 205:19
207:13
208:13,15,22,
24,25 209:5,
9,18,21
210:7,17,18,
22 211:21
212:13,15,20,
22 214:10,21
215:3 216:4,
16,17 217:10
218:4,5
221:18 222:18
223:9,19
224:4,16
225:2,5
227:19,20
231:18 232:15
233:12 234:6
236:7,16
242:3,7

243:25 244:6,
9,15 245:15
246:8 248:21
255:2 270:19,
20 272:5,6,9,
17 273:16,17,
22

**myself**  187:5
198:24 202:12
211:4 224:16
247:15

---

### N

**name**  7:19
10:1 16:24
52:10 71:13
78:1,3,17
93:6 107:10,
13,17,18
176:10 216:4,
16,17 227:19,
20 229:25
231:18
**name?**  123:22
**named**  28:9
82:3,5 176:18
177:6
**names**  51:11
66:3 77:19
**Nancy**  240:25
241:3,6,12,13
242:13
**Nate's**  62:24
**Nathan**  78:17
80:5,10
81:16,19
**naturally**
167:13
**nature**  10:4
87:17
**NE**  142:7
**near**  169:8
**nearly**  26:24
**necessary**
53:16 92:11
130:21 200:2

**need**  9:9
18:13 36:4
38:1 40:6
47:3 60:11
111:18 112:4,
6 120:2
154:24 156:10
163:18 169:1
196:23 206:18
209:24 214:4
227:16,19,20
232:23 240:17
247:15 265:7
275:3
**needed**  38:2
112:5 172:9
185:21
186:12,17
203:20 213:12
269:25
**needing**  255:5
**needs**  96:24
193:12 194:4
245:5
**negative**
272:14,18
**negotiate**
177:17
**Netherlands**
142:8
**network**  103:1
**never**  31:8
36:4 45:24
46:1 52:13
59:13 65:4
67:4,12 71:23
96:7 101:6
112:17 114:25
163:3,5,22,23
164:17 165:17
171:12,20
172:17,21
173:21 179:25
180:3 187:12
189:5,8 191:9
206:23 207:1
208:7 212:19
227:22,23
240:10,23

241:14,17,22
243:21
244:11,13,14
250:21 255:7
257:19 264:24
270:15
**new**  9:22 14:4
16:10 23:3
24:14 35:8
40:20,23
56:10 57:4
62:22 73:16
94:24 105:24
106:11 123:6
138:13 202:19
210:8 232:19
241:8 244:5,
22 264:19
265:5 268:20
269:9 272:8
**news**  256:21
**newsletter**
106:25
**newspaper**
202:20 204:18
**newyork@sec.
gov**  238:1,6
241:11
**next**  23:21
25:17,20 26:3
34:12 51:23
53:11 54:7
55:22 71:18
73:12,13 92:2
93:2 94:11,13
99:14 100:12
102:20 107:14
108:13 110:2
111:10 125:1
131:21 133:24
134:2 139:19
147:18 148:2,
6 158:6
159:25 167:21
168:22 169:14
174:5,9,16
187:21 198:1
205:7,11
212:14 223:17

227:6 231:4
239:5 247:11
248:12 257:25
**nice** 167:24
191:20
192:23,24
**night** 197:11
**nine** 155:22
157:5
**no** 9:2 11:4,7
14:20 15:14
17:14 18:9
27:22 28:19
29:22 30:5
36:8,12,23
37:5 38:20,25
40:12 41:5
44:7,17,19
45:15 47:6,9,
21,24,25
49:16 50:16
51:20 52:1
55:9 57:11,21
59:13,21
60:4,5,8,16
61:19 62:13
65:4,14 67:3,
18,19 68:15
70:16 71:6,25
73:8 74:1,15,
16,18,23 76:4
77:15,25
81:5,10,16
82:4 83:13
84:1 86:21
87:24 89:7
90:13 91:12,
15 95:25
96:15 97:5,7,
9 98:15
99:10,19
101:21 103:18
104:17
105:18,20
106:21,23
109:15,22
110:17,23
112:18,22,25
113:2,24

115:2,8,24
116:7 119:14
125:25 126:9
127:24
128:10,13
129:6 130:4
133:3 136:13,
15 137:21
138:1 140:1,
6,21 142:14
145:2 146:1,
10,12 151:17,
20,22 159:10
160:1,18
161:18 162:22
164:17 165:2
168:21 169:8,
20,22 171:3
173:7,25
174:2,19
175:15,25
177:24 178:1
179:3,19
180:2,4,5,17
183:5 185:1,
3,7 187:12,16
188:24 190:3
191:9,24,25
193:7 194:6,
8,10,22
195:14 198:1
200:23 202:11
203:7 206:23,
24 207:1
208:23 209:22
212:5,16
213:25 214:17
218:1 219:6,
7,16,21
220:6,8,10,14
224:20 225:23
226:21 227:5,
25 228:6,16
229:24
230:12,20,22
231:18 232:5,
13,17 234:6
237:6,25
239:17

240:10,22
242:23
243:12,14,25
244:4 245:24
247:19 248:3,
9 249:4,13
250:21 251:9
254:23 255:15
259:4,5
260:5,25
263:10 264:6
268:18 269:1,
24 271:7,18,
19 273:2,25
274:6
**nodding** 9:2
**non-solicitation**
53:24 54:16
55:12 92:19
93:16 131:4
132:6
**non-solicited**
29:16
**non-soliciting**
257:21 259:25
**non-united**
53:7 56:21
91:24 128:17
**non-us** 32:19,
22 33:3,12,14
36:16 37:16
46:7 50:5
56:6,11 75:9
80:16 89:21
94:21,25
96:23,25
100:6 102:21
103:14
104:11,12
105:2,9,11
109:8 114:5,8
125:13 126:22
128:23 129:9
130:9 133:18
134:23 142:22
252:17,20
253:1,11,13
254:12

**None** 128:22
**nonresponsive**
45:9 60:4
61:3 70:10
74:12 159:7
199:8 237:22
250:2
**noon** 223:23
236:10 238:19
239:2
**nor** 7:21
39:22 75:25
**Norberg** 19:8,
13 116:10
**Norm** 270:17
**normal** 24:10
211:8
**north** 9:20,25
24:20 142:10
**Norton**
110:11,18
**not** 7:20
15:3,14 18:20
21:15 28:25
29:18 33:6,
15,19 34:3
35:7,14 36:6,
18 37:19,23
38:21 39:22
41:6,19 42:5,
11,14 43:3,21
44:19,25
45:5,9 46:10
47:9,14,25
50:2 53:18
54:17,22,25
55:6,18 57:16
58:8 60:16,
18,22 61:1
65:10 66:10,
17,21 67:23
68:11,13
69:24 70:18
71:9,25 72:7,
10 74:13,16
75:6,23 77:18
79:4,20,22
83:24 85:6,7

87:6 88:2
89:19 92:13
93:5,17,22,25
94:5 97:7
98:4,6 101:8
104:8,21
105:10,12,16
106:2,17,22
107:5,13,25
108:5,9,18,23
109:3 111:23,
24 114:1,3,
11,19,24
116:1,3,4,23
117:12,13,24
119:9 123:22
126:12 127:6
129:7,11,20
130:23 132:8,
14,17,21
134:6,9,16,18
135:12,16
136:5,10,14,
16,19,20
137:5,18
138:1 140:18
141:3,8,25
147:12 153:12
162:9,22,24
163:2,12
164:12 168:7,
24 169:8
171:9 173:25
175:16
177:19,22
178:16,18,20
179:13,20,25
182:14,19,21
183:20 184:25
185:2 186:9
187:1,2
188:15 189:1,
8,25 193:11
194:3,7
195:11 199:2
200:13
202:10,11,22
204:4 205:15
206:14,25

207:1 209:11,
20 210:8,10,
16 211:12
213:6 214:20,
21,24 217:23
218:1,6
220:21 221:1,
7,8 223:5,7
224:10,13,15,
23 227:5,21
228:16,24
229:24 230:20
231:18,21
232:22,25
233:9,12
234:8,15,19,
20 235:16
237:6 238:10,
12,13 240:15
241:4 249:24,
25 253:4,14,
18 254:3
256:10,19,24
257:3,7
258:12
259:14,16
261:4 262:10
264:9,23
265:1 266:2,
15 268:23
270:5,13,15
271:4 273:23
**Notary**  7:3
**note**  7:9
62:21 125:12
135:16 199:15
**noted**  69:2
168:6
**nothing**  8:13
78:13 162:23
171:3 175:19
197:11 211:8
223:15
**notice**  58:18
241:21
**notified**
192:12
**nots**  35:2,5

**NOV**  215:25
217:1
**November**
95:25 96:4,13
160:8 174:20,
24 179:22
182:15 216:1,
3,6,7,9,14,
22,24 217:2
249:19
**now**  7:5 20:17
22:11 29:21
35:16 37:14,
17 41:20
43:10 46:22,
25 57:7 63:4
68:25 70:5
86:24 91:9
99:10 103:8,
17 119:18
125:17 127:23
135:25 136:8,
9 137:17
139:4 140:16
147:13 148:16
149:4,16
150:7 151:24
154:4 156:13
158:4 164:3,7
173:4,16
185:6 187:20
188:19 189:15
211:15
212:18,23
235:2 239:10
257:11 258:22
261:11 263:11
265:12 266:2,
8,19
**NP**  263:3,9,10
**number**  7:14
61:14 66:11
84:7 90:16
91:18 118:13
137:24 139:1,
10 144:17,20
145:25 151:7
155:3 195:18,
19 206:3

230:1 243:11,
19,24 244:1
269:10
**numbering**
18:6
**numbers**  21:17
36:24 46:3
118:7 138:6
139:2,5,6
153:19 157:8
232:16
**numerous**  65:7
213:11,24
222:8
**Numfor**  151:22

---

O

**O'BRIEN**  8:7
**O-G-N-J-E-N**
151:17
**oath**  45:6
83:21 176:5
**object**  69:1
77:15 155:2
156:1 249:10,
15 251:12
**objecting**
176:12
**objection**
59:12,20
60:9,10,20
66:20 69:13
71:8,16 72:1,
6 78:18
79:23,25
80:12,18,22
81:4,9 83:6
86:23 154:17
156:7 157:12
158:24
181:17,18
182:10,18
186:23 191:15
199:8 237:3,
22 253:7,21
254:7,15
256:16 257:15

269:2,6
273:14
**objectives**
169:13
**obligation**
92:23
**obligations**
54:4 131:8
**observations**
230:24 234:15
**obtain** 206:11
241:6,13
**obtained**
243:18 244:20
**obviously**
163:19 165:18
167:16 265:2
**occasionally**
180:14,15
**occurred**
271:6
**occurring**
115:4
**October**
57:21,24 58:7
59:3,9 60:8,
19 103:18,21
122:21 129:16
133:7,22,25
135:3 136:1
169:23 170:3
171:7 174:8
248:8 249:18
250:20
251:10,21,22,
24 254:25
258:23
261:11,14
**October-
november**
180:9
**Odongo** 151:20
**of** 7:3,12,14,
20,23 8:5,7
9:2,7,19
10:1,4,5,20
11:9,15 13:25
14:1,2,6,12,

14,15,25
15:15,19
16:24 17:11,
18 18:13
19:8,14,15,17
20:23 21:11,
24 22:8,13,17
23:4 24:4,5
25:22 27:2
28:19 29:21,
22 31:18,21
32:2,4,11,14,
18 34:16,18,
19,20,21,22
35:2,13 37:3
38:11,18
41:24 42:1,
12,16 43:9,17
44:6,7,9,23
45:5,18 46:2,
4,14 47:4,11,
13,22 48:6
51:6,19,25
52:5,11,12,
19,25 53:2,25
54:10,16,18
55:3,10,12,
13,15 56:1,2,
3,9 57:12,14
58:16,18,19,
23,24 59:17,
21 60:8,16,
22,23 61:22,
23 62:11,21
63:11,18
64:16 65:10,
16,17 66:6,11
69:1,7,8,9,10
70:19,20 71:5
72:5,11,25
73:1,6 74:9,
10 76:15,19
79:20 80:6,7,
10,21,23,24
81:2,16,19,21
82:1,2,10,25
83:2,11,12
84:4 85:15
87:3,17 88:8,

13,14,16
90:19 91:7
92:20 93:7,
11,16,18
94:3,9,17,18,
24 95:5,9,12,
18,19,21
96:6,8 98:18,
20 99:7,16,20
100:5 101:14
102:5,20
103:1,11,13
105:16 106:19
108:22 109:9
110:2,6,14
111:4,19
112:4 114:4
116:8,11,12,
14,24 117:1,
10,18 118:1,
2,5,6,10,17,
22,25 119:14,
25 120:10
122:3,8,10,20
125:17 127:6,
19 129:9,15
130:4,10,13
131:4,17,22,
25 132:6,9,
10,18,20
133:5 134:11,
12 135:9
137:13,21,24
138:3,6,7,10
139:1,5 140:6
141:9 142:10,
17 143:3,9,16
144:6 145:6,
15,19 146:4,
7,14,17,21,25
147:5,12,16,
19,25 148:3,
10,13 149:7,
8,13,14
150:13 152:2,
3 153:8,16
154:10,14,16
155:14,16,19,
20,22 156:2,

11 157:7,10
158:2,11,19,
20 160:9
162:7,18
164:1,18,19,
20 166:1,5,
10,16 167:3,
4,7,10 168:2,
4 169:5,8,13,
15 172:3,4,
12,15 173:10,
22 175:1,8,
13,14,25
176:4,13
177:12,14,17,
18 179:9,10,
11,22,25
180:9 181:2,
7,14 182:4,7,
15,16 183:18
184:4,15
186:5,6,7,8,
15,21,25
187:4,7
188:16 189:12
190:8,18
192:24
193:16,22
197:20
198:17,18,19,
21 199:4,19,
24,25 200:2,
11,19 201:12
203:17 205:14
206:10 207:19
208:5,6,11,17
209:1,3,8,10,
11 210:4,25
211:8 212:16
214:1,7,10,15
216:5,12
217:3,6
218:6,18
219:3,22
220:16,17
221:5,13,16,
18,20 223:1,
6,9,10,13,21
224:11,21

225:8,24
226:4,14,15,
18 227:3,22
228:16,18,19
229:4,7,8,18,
22,24,25
230:17,19,20
231:16,25
232:1,4
233:10,15,16,
17,21,22
234:2,9,10,
16,24 235:13,
16,17 236:8,
9,22 237:6,15
239:9 240:16
241:2,16
242:2 243:22
244:22
245:17,22,25
246:4,17,25
247:13,23
248:2,20
249:15,22,23
250:23,24
251:12
252:10,13,16
253:7 254:20
255:15 256:3,
13 257:6,8,
10,19 258:21
259:20 260:24
261:7,14
262:11,25
264:7,24
265:6,12,24
266:8,19
267:14,19
268:6,21
269:6,9 271:6
272:1,8
273:9,12,13,
18,24 274:2,
8,14,17
**off**   7:9 30:11
62:3 96:22
102:1 115:12,
14 123:16
159:17,19

171:22 173:24
186:21 187:24
188:1 192:4
223:9 235:4,
6,12 249:14
267:21,23
274:8
**off-site**
228:2,9
230:14,16,23
**offer**   54:23
55:2 59:23
93:22 94:1
125:13 128:22
129:9 132:14,
18 134:6,10
202:23 260:17
**offered**   48:25
159:3 166:20
168:4 202:21
**offering**
27:11 48:23
125:5
**offers**   23:13
34:3 48:10,
16,19 130:9
197:10
**office**   7:17
15:12 170:16,
22 175:2
177:11,13
178:17,18
185:18 186:3,
13,15,25
187:10 189:23
203:23 227:17
230:8 238:13
244:5,22
262:21
272:17,20
**officer**   10:10
19:8 28:16,23
31:1,6 42:12
47:14 78:9,12
93:10 109:12
166:3,16
167:3,4
176:18
231:12,13

233:1,14
234:8 239:9
**offices**   211:4
241:7,8
**official**
87:17
**officials**
225:9
**offset**   217:19
219:1
**offshore**
84:22
**often**   109:16
180:12 193:12
194:4
**Ognjen**   151:16
**oh**   126:5
155:9
**okay**   9:24
10:1 11:2,5
14:23 16:4
18:22 19:6
21:20,22
22:7,15 23:12
26:18 29:8,
21,25 30:3
31:17,21
36:5,10,14
37:8,14,20
39:20 43:21
44:22 46:4,20
48:1 51:23
52:7 56:25
57:18 58:11
62:2 65:13
66:24 67:13
68:12,20 72:9
77:14,23
80:25 81:25
84:10 89:4
91:2,20 95:23
98:24 105:7,
10 106:15
107:21 110:4
113:14 115:10
120:11 126:12
127:20 133:19
135:2 137:6,

13 139:21
141:9 145:3
148:16 149:20
150:7,15,19,
21 151:10
152:1,24
153:1,5,14
154:12 156:3
157:16,24
159:16 162:17
164:25 165:17
167:18 170:20
172:23 174:17
175:17 176:14
187:19 192:7
196:23 201:20
204:11,22
206:19 209:13
216:23 219:14
220:21 222:13
227:19 235:1
240:24 241:3,
6 242:8
243:15 244:16
245:8,17,20
248:23 249:16
257:5,9,21
258:9,10
259:9,25
260:9 262:17
263:3,9
264:19 266:8,
19 272:22
**old**   264:11,14
**on**   7:5,20,23
8:5 10:20
13:7 15:15,
19,20 19:13,
21 20:19 21:6
22:5,22,24
23:10,12,19
24:4,13,24
25:5,14 26:1,
9,21 27:6,18
28:7,14 30:9,
11 31:9 34:10
35:22 38:17,
21,23 39:5,20
40:4,13,14,

16,18,23
41:8,20 44:8,
23 45:5,6
46:5 47:11
48:1,7 49:20
50:3,4,11
51:23 52:11,
12,18,25
54:8,10,19
55:15 57:14
58:7 59:3,9
62:7,12,18
63:11,16
64:2,8 67:2
68:21 70:14
71:13 72:20
75:2,7,8,25
76:17 78:7
80:7,9,10
81:20 83:17,
18 84:10,15
85:25 86:12
87:3 88:18
89:15,20
91:7,20
93:11,19
94:14,15
96:8,10,16,
17,23 98:12,
23 99:3,16,20
100:1,9,11
101:5,24
103:9,16
107:24 108:7,
15 109:2
110:19 111:1,
10,14 112:12
113:3,7
115:17
116:10,18
118:16 119:1
120:5 123:3,6
124:2 125:9,
21,24 126:1,
20,21 127:6
129:5,7,16,24
131:25 132:10
133:6,11
134:1,15

136:1,6,9,20,
21,24 138:6,
10,24 139:1,
25 140:17
141:2,20
142:3,9
143:2,15
144:9 145:23
146:10,24
149:11,16,18
150:8 153:6,9
157:7 158:6,
11 159:22
163:18 164:21
165:3,7
169:13,23
170:2,11
171:7,13
172:6 174:12,
13 175:13,19
179:23 180:18
183:14 184:4,
8,18 186:2,6
187:6,8,11
188:4,25
190:13,19,23
191:4,7
192:12,15
194:2,15,18
195:2,5,7,10,
25 196:3
197:6,11,19,
21 198:2
199:14,18,22
200:15 201:2,
8,15,23
202:19,20
203:2,18,21,
22 204:4,12,
17,22,23
205:1,8
206:12 207:4,
18,20 208:2,
3,13 209:19
210:3,24
211:7,14
212:9,16
213:3 214:2,5
215:18

216:11,17
218:6,13,25
220:22 225:1
230:5,8,25
231:3,10,17,
18 235:9,25
236:15,21
238:6 240:9
241:10,11,12,
16,19 243:5,
16 244:2,13,
25 245:6,17
246:10,25
247:12,14,22
248:14 249:23
250:5 251:15,
23 254:11
255:1,20,23
257:4,20,21,
22,25 258:7,
11 260:9
261:4 263:16
265:2 268:1
269:23 270:1,
3,4,12,13,16,
20 271:10,17,
22 272:11,12,
14,15,20,21
273:21
**on-demand**
23:1
**on-site**
228:2,9,14
230:2,7,11,
15,22 231:9,
16,20
**once**  34:2
171:14 179:14
180:14 211:10
213:15 263:24
264:15
**one**  10:5 17:2
30:11 32:9,12
36:13 40:12
44:24 45:5
49:4 50:6,21
51:18,20,21
57:17 67:6
70:13,24 75:9

77:12,24,25
78:23 87:4,5
89:22 100:12,
23 101:13
104:8 108:6,
15 109:24
110:10 117:7
125:1,19,22
126:13,22
127:19 138:13
140:4 141:24
144:6 145:16,
19 149:7
150:4,13,15
151:15 153:5
155:12 157:4
171:3 172:24
174:3,10
175:8 179:1
183:15 189:3
198:13 213:7
215:3 220:6,
10 223:9,13
229:6,8 232:8
234:6 251:19
252:11 256:12
257:25 261:1,
23 263:5,6
268:6 272:12,
13,22 275:2
**ones**  142:16,
17 143:2
189:7 254:22
**ongoing**
171:17
**online**  22:25
108:4,7 109:1
230:5,17
234:17,18
**only**  24:4
33:5,14 34:1
36:18 46:9
51:18 63:11
74:2 85:20
96:25 100:6
102:21 103:14
109:8 114:10
122:3,7
124:4,14

125:13 127:7
158:11 162:11
167:12 168:2
172:6 184:1
206:17 207:2
210:20 214:6
221:5 235:17
251:19 253:3,
13 254:23
255:11 260:13
273:17
onto  69:5
232:18
open  35:8
39:24 42:14
47:2 99:7
247:15 261:12
266:15
open-ended
212:19
opened  41:10,
15
opening  39:11
62:22 229:7
openly  171:13
operated  66:7
220:1
operating
10:10 31:1,6
42:12 109:12
166:3,16
167:4 176:18
219:25 234:8
239:9
operation
37:23 105:10
operations
36:7 47:14
opportunity
45:17 73:20
109:13 119:7
122:13 210:9
248:24 268:12
271:1 274:19
opposite
83:13
options  168:5

or  8:18 9:2
10:13 11:15
13:5,10 14:11
15:16,21,22
16:5,15,22
17:14 21:11,
24 23:15,24
27:2 29:22
33:5,6,21
34:2,4,20,21
36:18,19
38:1,2,8 39:8
41:7 42:4,7
43:19 44:7,8,
17,19 45:25
46:2,10 47:4,
21,24,25
48:12 49:9
52:15 53:15,
16 54:17,19,
20,23,24
55:1,2,3,7,18
58:25 60:4,5,
8 63:10,17,24
65:5 67:18,19
69:23 71:14
72:18 73:6
74:8,13,15,
16,17 78:3
79:6 80:18
82:22 83:4,
11,25 84:16,
17,20,24
85:2,8,18
86:11 87:14,
24 88:10,16
92:10,11
93:6,7,17,19,
20,22,24
94:1,2,5
95:21 101:3
105:3 111:12
114:11 117:4,
5,7,10 118:25
123:21,22
124:9 127:15
129:12
130:19,20
132:8,10,11,

14,16,18,19,
22 134:6,8,
10,23 136:24
138:22 139:6
140:8,25
141:16,17
142:13 143:5,
6,9,11 152:4
154:21,25
155:23 158:2,
10,19 159:10
162:6 163:1
165:25 167:7
168:4 172:6,
14 173:22
176:18 177:15
179:18 180:14
189:12
196:11,20,22
199:2,4
200:14 203:4
205:21 209:11
210:16 211:6
216:7,9,20
219:6,7,16
221:3,4 223:7
224:22 227:24
228:3,10,23
229:5,6,25
231:19 232:23
238:13 241:4,
8 243:22
244:23 248:14
249:18,25
253:4,20
254:4 255:3
258:4 259:5
261:11,23
262:18 263:6
270:16 271:22
272:15 273:1
274:2,10,12,
13,19
oral  51:15
orange  251:1
order  17:16
161:16 233:5
ordered  34:21

org  27:22
28:5
original
77:10 117:8
186:14 241:22
other  51:10
54:20,24
78:4,12 86:19
93:20,24
132:11,16
134:8 139:25
140:6 142:4
146:10,24
199:4 211:4
214:8 217:16
219:25 223:12
225:3 236:17
254:18 255:8
270:2 271:7
others  221:1,
4
otherwise
248:14
our  50:3,4,7
75:7,8,11
89:20,23
102:25 103:3
121:13 122:4
124:21
126:21,24
127:6 133:16
135:17,19
159:25 168:8
181:13 188:16
199:18 201:8
207:18 211:3
232:24 254:11
ourselves
161:12
out  21:2
111:19 120:24
121:16 157:18
163:11 171:20
177:20 188:12
193:21 194:2,
5,7,9 195:11
207:6 210:10
213:16
217:14,23

218:21,23
220:24 221:6
223:24 225:1
236:11,15
238:12,21
239:2 240:16
243:23
244:21,24
248:12 262:11
263:20,24
265:7,18
266:2,20,25
**outcome** 7:22
**outline** 229:5
**outlined**
166:14
**outside** 9:19,
22 32:21
43:19 114:7
233:2 242:15
252:19 273:25
**outsmart**
220:25
**over** 38:5
46:23 47:4
54:9 108:3
121:12,21
129:5 167:13
169:5 171:20
173:2,14
186:12 189:10
198:25 203:2
229:13 247:21
251:19 268:12
**overdose**
191:7
**overseas**
259:14
**overseeing**
10:21 179:2
**owe** 218:7
220:22 236:24
**owed** 198:13,
20 200:5
214:25 218:3
221:6,19
237:1,10

**own** 12:16
15:16,21
16:4,5,8
105:7 162:6
182:7
**owner** 51:19

---

### P

**P-E-N-S-O-N**
137:16
**P-O-P-O-V-I-C**
151:17
**P-Y-F-R-O-M**
30:10
**P-Y-U-N-G-G-U-N** 152:21
**p.m.** 115:13,
15,16,18
120:7 125:22
126:4,5,15
133:7 159:18,
20,21,23
187:25 188:2,
3,5 190:12,17
197:6 201:13,
24 204:1
235:5,7,8,10
239:24 240:9
242:14
267:22,24,25
268:2 274:9
275:5
**package**
173:2,14
189:12 198:16
211:22 219:3,
4 222:19
223:20 224:17
236:7
**packages**
220:24
**packet**
119:14,24
125:18 133:5
255:15
**page** 19:2
20:22 22:13,

14,15 25:19,
20 29:2 30:21
31:18,21
34:14,15
35:1,11 46:4,
15,17 48:6
49:4,6 52:5
53:2,11 54:7
55:22,23,24
63:5,6,15,19,
20 64:8,9
72:20,25
73:1,12,13
77:22 81:24
82:1 83:17,18
84:2,4,8
88:12,13,17,
18 92:2 93:2
94:9,11,13
95:9 98:10,20
99:14,20,21
100:11 102:5,
20 103:2,9
107:14 108:13
110:6,8
111:12,14
116:8 118:20,
22 119:1
120:6,8,9
125:17,20,24
126:1 129:3,
4,5,16 130:5,
13,15,16
131:21 133:8,
10,14,23
134:2 136:4
139:17,18,25
140:3,17,19
141:1,7,13
142:9 143:15,
19,23 144:13,
17,20,23,25
145:22,23
146:10,13,16,
19 147:2,21,
24 148:2,6,9,
12,23,25
149:1,8,16,19
150:8,11

151:16 153:9,
18 157:21,22
158:6 164:3
176:11
180:20,21
181:21 183:15
188:8 190:8
193:9 198:1
201:13 203:17
212:5,8
214:1,2 217:6
221:20 226:12
227:6 231:3,
4,24 232:20
234:10,11
246:9 251:16,
23 265:3
269:12

**page-by-page**
153:10
**pages** 18:25
20:21 119:21
127:6 129:18
140:2 148:17,
19 149:5
153:8 190:6
**paid** 10:13
26:4 88:19
124:20 129:7
158:16 198:15
213:15 221:6
236:25
238:10,13,14,
15
**paint** 193:19
**paper** 204:5
**papers** 179:13
**paperwork**
179:15 206:18
**paragraph**
21:9,19 22:12
29:3,10 30:1
34:12 35:11
36:15 37:11,
15 46:23 49:7
53:11 54:7
55:12 56:1,14
57:4 61:20
63:16,21

72:17,19 73:4
88:8 92:2,7
93:2,15 94:15
118:23 124:5,
17 125:1
131:24 132:5
133:1 157:25
167:21 168:22
170:14,18,19
171:11 172:24
173:9,10
174:1 188:9
212:14 217:9
223:17 224:25
227:1 228:1,7
269:21 271:5
**paragraphs**
36:10 37:7
125:12 222:23
**parents**
194:15
**part** 15:3
46:14 55:9
210:17 214:19
227:3 257:20
**partial** 61:24
**participant**
231:1
**participate**
231:16
**particular**
69:8 193:19
270:2
**parties** 7:8
12:20 51:10
52:25 78:6
235:11
**partly** 210:3,
24
**partner** 20:4
58:21
**partners** 17:5
**Partnership/**
**program**
101:21
**partnerships**
102:5

**party** 7:21
70:19 78:4
273:25
**pass** 251:18
257:12
**past** 62:16
95:20 136:19
138:13 199:3
218:2
**paste** 85:15
102:15
**pasted** 102:11
**pastes** 100:4
**pasting** 99:15
**path** 244:9
**pattern**
41:11,16,22
42:16,20
43:6,8,14,24
**pay** 24:4 32:5
61:23 63:11
96:23 104:8
105:10 109:8
117:7 158:11
164:17 166:20
177:20 189:12
199:2 202:22
206:21 220:21
224:16 236:23
**pay-per-click**
233:13,15
234:2
**paycheck**
15:13 211:22
**paying** 96:25
104:21 118:8
169:8 223:7
**payment** 60:18
177:18 202:23
212:13 222:19
223:8,19
224:10 236:6,
7
**payments**
60:21,23
72:14 189:12
214:21 224:4

**pays** 56:20
**PC** 225:25
226:5,14
227:15
**PDF** 196:4
**PDQ** 43:17
**Peabody** 82:16
84:5,15,20
85:1,10,12,
16,21 86:4,8,
12,16,19
**penalty** 29:22
116:24
**Pencil** 137:15
**pending** 9:10
36:12 45:15
71:14 208:23
224:4 227:25
**Penson**
137:13,16,25
**people** 28:7
87:16 143:2
151:25 152:14
169:1 177:1
179:11 187:7
199:4 200:11,
12 207:3
211:5 219:20,
23 220:12,23
237:12 261:4
265:23
**per** 88:20
122:2,3,5,18,
23 123:1
129:10 140:9,
11,12,14,24
141:5,12
143:21
144:11,15,19,
22 145:8
154:5 158:17
168:20 269:22
271:7
**percent**
116:23,24
117:13 118:5,
10,14 142:10,
21 143:3

171:2,8 197:8
213:8 233:16
**percentage**
118:10,17
**perform** 54:3
92:23 131:8
**performance**
164:21
172:16,21
**performed**
233:10 234:1
**performing**
270:5,13
**perhaps** 66:3
164:22 242:17
**period** 47:5
180:9 217:1
**perjury** 29:22
**permanently**
32:13,21
114:7 252:12,
19
**permit** 167:24
184:1,12
188:25 189:1
192:13 199:20
202:14,19
203:1,3
205:15,19
206:4,11
207:5,13,19
208:6,16,22,
25 209:10,20
210:1,6,22
213:7 215:3
217:4
**permits** 186:9
**permitted**
100:7 102:22
103:14
**person** 16:24
17:2,13 18:2
32:10,12 33:5
35:20,25
36:18 42:8
46:9 51:18,21
59:24 67:1,2
85:8 104:11,

12,13 105:2,
7,11 109:20
114:10 126:22
129:11 140:6
151:3 167:12
193:5,11
194:3 223:12
228:25 229:6
239:7 252:11
253:3 254:12

**personal**
38:21 69:22
164:24 171:13
188:17 213:6
232:8

**personally**
68:11 197:10,
16,18 220:13
239:11 241:4

**personnel**
229:18 230:4
231:11

**persons** 32:23
50:5 75:9
89:21 104:9
105:9,11
107:6 108:1,
5,9,18,24
109:4 111:24
114:3 123:22
134:16,19
136:5,10
209:23 233:6
234:20 252:21
254:3 266:3

**persons.'**
135:17

**Peter** 145:10

**PFS** 137:24
138:6,10,15,
20,25 139:4
141:13
143:16,19
144:9,13,17,
20,23 145:9
146:13,16,20,
24 147:2,3,7,
11,15,19,24
148:2,6,9,13

149:17,25
153:19,21
154:21
155:11,18,19
157:8

**phaseout**
209:7

**phases** 229:14

**Philip** 28:9
52:8,18 57:25
58:12 78:1,9,
11 80:9
139:21 219:9

**Phillips** 8:8
18:19,25
19:7,20,23
20:18 21:5
22:4,21 23:9,
18 24:23
25:13,25
26:10,20
27:5,17 48:6
57:9 59:8
81:7 244:17,
20 245:2,25
246:4

**phone** 67:2
163:18
195:15,18,19
196:12 205:12
206:3 230:24
240:8 243:6,
10,17,19,24,
25 244:2,13,
25 245:6,8
270:4,13,20
271:22

**photo** 193:15

**photograph**
194:11

**photographs**
194:13

**physical**
14:18

**physically**
15:12 227:17

**pic** 190:13,18

**pick** 7:10
202:3 203:1,3
261:7

**picking** 259:9

**picks** 30:14

**picture**
108:22 191:1,
5

**place** 7:8
11:5 47:4
112:23 138:21
179:13 217:19
219:1,20
228:21 237:12
259:18

**placed** 80:24
142:17

**placement**
233:22

**plaintiff**
269:22 271:1,
6,9,19

**plaintiff's**
18:4 137:2
269:2,5,22
270:3,25

**plan** 174:8,10

**planning**
174:4 183:22
184:4 229:15,
21

**plans** 174:15

**platform**
25:4,10 27:11
64:22,23
108:22 229:8

**platform's**
22:8,17

**play** 199:1
221:10

**played** 220:24

**playing**
164:12,14

**please** 7:9
9:1 48:5 61:6
62:21 73:13
113:14 114:19
127:5 135:19

159:12 161:10
191:3 199:22
208:24 243:6
251:14

**point** 21:8
23:12,21
25:17,20 26:3
48:9 57:20
63:7,15,21
64:5,9,11
69:8 73:8,10
85:7 88:18
95:10 138:19
158:7 164:1
168:8 194:5
265:8

**points** 112:9

**policies**
29:15 30:22
31:23 45:25
46:1 53:14
92:9 130:19
181:13 229:15

**policy** 32:10
33:25 35:12,
24 37:10,13
181:8 254:13

**poorly** 198:22

**pop-up** 250:17
254:11 256:7

**Popovic**
151:16

**popup** 255:25
260:21 262:5

**portfolio**
270:4,13,15,
18

**portion**
166:10

**position** 14:7
18:2 28:12
166:2 173:8

**positive**
272:13

**possess**
168:25

**possession**
242:2 245:10

273:23

**Possibility**
162:13

**possible**
39:24 192:24
209:5

**possibly** 44:2
50:21 195:4
208:10 261:10
263:25 265:25
267:16

**post** 124:23
203:21 271:17

**posted**
190:12,18

**postpone**
221:11

**potential**
56:10 70:8
94:24 161:11
163:1,24
187:5 246:21
247:8 266:12
267:14

**power** 15:17
221:13

**PPC** 110:15
111:1,15,25
113:20 114:3
233:15,16

**practices**
226:15

**preceding**
79:12

**precise** 223:2

**predicate**
156:10

**premise**
186:18

**premises**
185:21

**prepared**
33:16,18
225:24 226:5
227:14
253:15,17

**prescribed**
117:6

**present**
178:16,21
230:6,10,11
245:6

**presented**
212:16 230:23

**president**
167:7 214:5

**press** 217:14
218:23 225:1
236:15

**pressure**
220:20

**presume** 28:25
41:2 52:12
83:22 87:15
195:12 203:21
205:3 216:4,
19

**presumed**
172:22

**pretend**
249:24

**pretty** 143:4
172:22 243:20

**prevent** 257:1

**previous**
189:12 223:12

**previously**
189:18

**previsit**
229:14,20

**pricing** 34:5

**printing** 79:6

**prior** 10:17
11:8,17 12:7,
8,14 13:13
16:19 50:1,
15,22,24 65:2
72:9 73:19,23
74:7,14 75:5
79:19 81:20
87:9,12,22
88:23 89:18
91:13 92:4
93:9 102:9
104:1,16
119:6 126:19

127:13 131:12
133:2 136:12
146:20 147:7,
11 187:10
241:10 258:23
269:24

**private** 7:10
178:17 179:5
274:3

**privilege**
246:21 247:3,
8 273:25

**privileges**
247:5

**privy** 112:19

**probably**
142:10 163:4
238:16 240:17
262:22

**problem**
219:21 220:15
261:8 263:10

**Procedurals**
31:23

**procedure**
202:21 229:25

**procedures**
30:22 181:14
229:16

**proceed** 79:22
211:7 273:19

**proceeding**
7:12,16

**process** 39:12
40:5 179:12
241:16 265:6,
13,24 266:4,
15

**produce**
200:19 235:20
275:1

**produced**
50:19 68:22,
24 70:18
78:24,25
79:1,3,9,11,
15 80:4 90:25
101:16,17,18

102:3 160:4
170:5,6
189:21 190:3,
7 203:12
238:4 241:19
249:12 255:13

**production**
65:17 79:12
98:18 127:22
183:15 218:18
235:15 249:12

**products** 10:5
54:24 93:24
132:16 134:8

**professional**
7:2 168:9,25
169:4 171:14
188:17

**professionally**
197:10,16,18
224:24 239:11

**profile** 232:7

**profiles**
231:25

**profit** 26:14,
19 168:5

**program**
21:12,25
22:18 49:10
63:25 70:2
73:7,22 88:16
98:7 99:23
100:4 102:7,
13,24 107:11,
19 109:18
110:14 111:5
117:18 118:1,
25 121:14,16
122:11
133:15,17
136:5 158:3

**programmers**
255:1 261:13

**programs**
22:9,25

**prohibit**
34:17 256:14

**prohibited**
97:1
**prohibition**
85:13,18
**project**
177:19 229:13
**prominent**
54:21 93:21
132:12
**promised**
115:22 116:5
117:20,25
209:22
**promo** 124:9,
18
**promote**
120:25 234:17
**promoting**
125:3 229:7
**promotion**
123:6 124:6
**promotional**
23:5 27:1,11
54:20 93:20
132:11
**promotions**
25:22 27:14
34:4 62:21
95:12
**prompted**
39:17
**promulgated**
32:11 35:17
42:22,24
53:19 92:14
130:23 252:10
**proof** 215:4
**prop** 15:18,19
16:2
**proper** 171:12
172:25 173:12
**properties**
12:19,20
**property**
181:25 185:22
186:19,22
**propose** 122:3

**prorated**
61:24
**prospects**
263:20
**protect**
43:17,20
259:12
**protection**
19:16 116:13
221:5
**protections**
259:17
**protocol**
200:3 202:18
**Protrader**
97:16,18
**protradermiker
ichlender@
gmail** 99:14
**prove** 161:12
**proved** 137:9
209:21
**proverbial**
271:9
**provide** 53:6
57:9 65:6,8
77:16 81:2,7
91:23 122:14
128:16 223:18
236:6 242:4
243:10,13
245:14 248:21
273:11 274:15
**provided** 41:8
45:25 46:2
49:19 51:5,6
65:9,11 74:6
87:4 89:3
93:5 95:17,22
117:8 122:23
127:16 242:3,
7,8 245:15,16
246:16,25
247:22
248:19,21
272:7 273:17
**providing**
48:16 82:20

115:23
137:10,19
224:3 226:16
274:1
**provision**
80:17 116:22
117:14
131:12,17
**provisions**
19:15 95:5
116:12
**proxy** 258:12
262:10,14
263:1
**psychology**
218:6 220:17
224:21 237:7,
21
**public** 7:3
54:10 93:8,11
131:25
**publicly**
229:6
**Publisher**
109:7
**pull** 28:17
61:5 78:21
189:16
**pulled** 267:4
**punch** 177:25
178:2
**punched** 178:9
**purely** 124:21
129:8
**purporting**
23:1
**purpose** 53:4
79:20 80:15,
16 91:16,19
128:14 179:22
182:15 228:18
229:7
**purposes**
70:20 184:15
229:4
**pursuant**
19:14 58:15
116:11

**pursuing**
183:21
**put** 31:9
64:20 73:8
167:16 171:22
198:19
217:17,19
218:24 219:1
249:23 251:15
255:5 257:19
259:20
**puts** 104:22
121:17
**Pyfrom** 30:10
110:25 111:3,
11 113:2,7
115:5 221:22
231:12,20
236:2 255:13,
16 259:9
261:21 262:5
263:23 266:1
**Pyunggun**
152:21

---

**Q**

**QR** 10:3
**qualifications**
168:25 169:1
**qualified**
53:6 91:22
106:25 128:15
**quarantine**
271:11 272:4
**quarter** 12:11
**Quasar** 15:7,
10,11,19
16:2,3,6,8,
21,25 162:2,
21
**question** 9:10
11:11 36:12
38:22 41:13
42:10 43:11
44:13,15,18
45:16,17
46:22 47:24

48:18 58:23
60:4,11,14
61:10 67:24
74:16,18
76:23 80:19
82:2,9,13,19,
24 83:1,16
102:12 123:17
131:15 138:8
144:15
149:10,24
153:5 155:23,
25 156:9
159:12 165:20
176:17,23
178:6,23
181:7,10
182:2 184:7
227:25 256:19
257:16 258:7
259:2,4
268:15 272:22

**questioning**
74:8 208:23

**questions**
8:25 37:2
45:18,19
104:7 120:2
222:12 227:18
229:19 273:2,
8 274:6

**quickly**
153:18 214:22

**quite**  168:7
170:11 172:5
198:25 210:7
238:16

**quotation**
54:22

**quotes**  25:6

---

## R

**Radio**  26:4
88:19,24
89:16 90:14,
19 91:8

**raise**  8:10
165:14

**raised**  246:14

**raising**  171:4

**random**  234:9

**range**  11:9,12

**rate**  122:2,3,
18,22 123:1
128:24 129:10
130:9 137:11
139:23 140:6
144:10
145:15,19
146:4,7,11,
21,25 147:5,
16,19,25
148:3,7,10,13
149:8,14
151:9 152:3,
15 155:18,20,
22 157:9
159:2

**rates**  24:10
27:1 128:24
157:3

**rather**  163:25
261:20

**re-ask**  38:22

**re-sent**  267:7

**reach**  120:24
217:23 243:5,
16 248:12
265:7,18
266:2,20,25

**reached**  207:6
238:12
244:21,24

**reaching**
217:14
218:21,23
223:24 225:1
236:10,15
238:21 239:2
243:23
263:20,24

**read**  21:17
26:19 30:12
31:22 34:9

37:10 38:13
59:5 60:13,14
76:11,17,18
77:3,7,11,12,
13,14,16
78:15 79:8,24
89:9 97:11
108:2,11
120:2 129:22,
23 165:12,15
195:25 201:10
206:16 222:4,
9,10 226:22
242:16 254:12
256:24 265:22
274:10,12,13,
20

**readable**
77:18

**reading**  46:17
64:10 80:18
197:25
238:22,25
274:19

**ready**  198:3,
10

**real**  12:17
13:11,14
16:10 177:3
221:12

**reality**  59:22
60:1 168:23

**realize**  72:10

**realized**
240:17 244:6

**really**  13:24
38:7 44:5
47:16 109:19
138:1 142:19
164:12 167:16
171:9 173:25
178:10 192:9
221:9 224:13
227:5 238:12
240:15 256:24
257:19 270:15

**reapply**
208:15 210:22

**reason**  114:2
175:12 181:23
209:2 210:21
212:13 213:6

**reasonable**
53:14 56:8
92:9 130:18

**reasoning**
188:25

**reasons**  213:5

**rebate**
121:14,16
122:11
133:15,17
134:3 136:5

**rebates**
51:12,13
59:23

**recall**  11:20
14:11 15:3,25
17:10,14,22,
24 28:12
31:7,10 36:9
37:22 38:1,2,
12 39:17,19
41:19,21 42:3
45:23 50:13,
18,21 51:6
57:13,16,17
65:22 66:1
67:18,19,22
68:3,4,5
69:14,15,17,
18 70:4,11
89:1,25 90:10
95:7 97:7
99:2 101:12,
14 103:8
106:19 115:24
116:19 122:24
123:2 124:1
133:1 138:14
139:4,5
162:5,13,16
166:6,11
167:1,19
168:16,18
172:2,13
173:19 176:22

177:6,9
179:2,7 180:6
184:20 186:2,
10,24 191:12
192:1 193:2
200:14,19
211:25 212:2
213:1,21
214:13 215:10
222:1,7,14
227:3 230:10
231:2 234:25
238:17,22,25
239:3 240:6,
8,11,14
242:20 243:24
244:16
247:20,23
249:9,21
250:17 255:10
258:20 259:4
260:4,6,8,24
264:9 265:21
267:11
**recalled**   68:6
**recalling**
107:13 229:24
**receive**   15:13
61:1 117:22
124:18 177:18
182:19 218:4,
7 224:10
**received**
23:4,23 25:3,
22 27:1 45:23
50:16 57:17
60:23 63:9
64:22 80:5
95:12 158:9,
20 161:19
172:21 175:9
184:18 201:23
203:4 205:24
208:7,8,18
210:19 212:13
213:3,23
222:3,17,20
237:10 244:4
259:7 267:12

**receives**
154:21
**receiving**
15:15 57:13
93:9 125:3
149:7,14
152:3 154:11,
16 155:19,21
156:5,11,21
157:2,9
200:14 211:25
213:21 214:21
222:2 240:6,
11 244:22
267:11
**recently**   9:22
39:11 219:22
**recess**   62:5
115:15 159:20
188:2 235:7
267:24
**recitation**
156:1
**recognize**
18:12 28:3
96:11,12,15
102:10 250:9
**recognizing**
106:2 227:21
**recollect**
158:25
**recollection**
57:12 87:6
121:4,8
165:13,21
166:19 173:23
179:21 182:14
186:5,25
205:14 233:12
234:3 250:16
259:6 265:15,
22
**recommend**
56:20
**recommendation
s**   113:25
**record**   7:6,9
8:1 62:3,8

70:19 115:12,
14,17 123:16
127:21
159:17,19,23
183:14 187:24
188:1,5
214:10 235:4,
6,9,12 245:22
248:2 267:21,
23 268:2
274:8
**recorded**   7:12
**recording**   7:7
**redirect**
273:4,5
**redo**   83:3
**refer**   50:7
73:14 75:10
89:23 93:6
98:6 105:2
126:23 127:8
**reference**
58:12 127:6
139:6 164:15
180:18 193:4
204:8 223:13
240:25
**referencing**
199:18 201:8
207:18
**referral**
105:10
**referrals**
26:6 27:10,12
66:11 88:20
96:24 100:7
102:22 103:14
104:9,10
107:1 109:8
135:20
**referred**
23:5,13,22
25:21 26:25
48:10,20,24
60:14 63:8
64:6,12 73:9
95:11 158:8

**referring**
25:4 42:9,21
64:23 73:22
77:24 97:1
102:16 104:5
106:10 110:8
111:4 142:24
161:1 178:14,
24,25 190:21
191:15 193:14
198:11
214:16,18
217:3 219:2
223:7,15
225:14,16,19
261:3 262:5
265:23
**refers**
104:11,12
192:19 203:15
**Reform**   19:16
116:13
**refresh**   121:4
165:13,20
166:19 173:23
179:21 182:14
205:14 259:6
265:22
**refreshes**
121:8
**refused**
197:10 224:16
272:9
**regard**   229:20
254:13
**regarding**
29:15 38:10
53:24 66:5
92:19 131:4
172:13 175:4
199:19 207:19
233:14
**regardless**
23:4 43:17
109:9 238:13
**regards**   17:19
46:2 210:11
222:18 224:4

240:2 255:4
263:20
**Regional** 7:17
**registerable**
169:2
**registered**
15:18 43:7,
12,23,25
226:18
**registration**
40:5 265:6
266:4
**regulated**
32:2
**regulation**
32:11 35:17,
21,25 36:2
130:23 174:13
252:9
**regulations**
32:1,3 53:17,
18 55:3
92:12,13 94:3
117:5 130:22
134:12
**regulator**
200:1
**regulators**
169:3 217:14,
23 218:23
219:24 225:3
236:17
238:10,21
239:3 261:24
263:7
**regulatory**
53:13 92:8
130:17
**related** 7:20
38:13 42:2
68:6 117:5
186:3 262:15
**relates** 114:1
**relating**
191:25 227:20
230:4
**relation** 29:8
30:18 120:4

**relations**
74:4 78:2
132:20 192:10
193:23
**relationship**
20:25 30:21
31:23 34:1
35:2 68:9
74:5 127:17
129:8 168:9
188:10,16
213:14
**relationships**
26:14 119:3
**relevant**
53:24 92:19
131:3 246:17
248:15
**remainder**
153:8
**remained**
143:21
**remains**
144:11
**remember**
11:22 15:20
16:5,6,24
17:4,6,7,24
31:16 35:16
36:9 37:22
38:2,15 66:2
69:14,18,19
75:14 82:7
89:25 96:20,
22 100:21
116:17
118:12,14,23
135:14 138:4,
15,16,17,19,
21,24 139:3
162:7 165:24
166:10 177:11
192:9 193:14
198:11 206:8
225:15 237:13
240:12,13
241:9,18
244:1,19

256:6 257:11
258:10 261:12
268:4 273:8,
19
**remind** 162:1
**reminds**
258:24
**renew** 184:12
**renewal** 71:14
192:13 202:1,
9 209:18
210:1,18
217:3
**renewed** 71:23
179:13 209:21
**renovation**
177:16
**repeat** 41:13
43:11 46:22
48:18 102:12
138:8 159:12
173:7 184:7
185:4 238:24
268:15
**replaced**
138:22
**replied**
31:16,20
40:14 175:19
205:19 206:7
**reply** 40:18
101:2 206:16
208:13 210:19
211:15
**replying**
98:13 112:9
214:6,19
223:10
**report** 157:8
179:25 180:1,
3 210:4,25
224:11 225:25
226:5 227:4
267:3,7,11,14
**reporter** 7:2,
23 8:1,10 9:3
60:15 120:14
140:10,12

141:20
274:10,16
275:1
**reports**
182:20 267:12
**represent**
77:5 80:4
105:3 240:18
268:16
**representation**
27:18
**represented**
235:19
**representing**
118:16 245:5
**represents**
53:21 92:16
130:25 145:13
**reprisal**
237:2
**request** 74:8
163:15,23
184:19 202:20
218:17
235:12,18
240:21 245:12
247:24
**requested**
65:5 74:3
136:6 163:23
165:14,23
180:1 186:7
187:2 227:16
230:15 247:21
273:22
**requesting**
165:24 166:6
167:1 211:6
217:24 247:23
**requests** 65:7
240:1,20
**required**
43:8,13 58:19
122:6
**resend** 135:19
267:3
**residence**
35:12

**resident**
32:13 39:23
41:7 114:7
128:23 221:8
252:9,12,19,
21
**residential**
16:15,16
**residents**
32:10,23
34:2,4 35:7,
24 37:10,13
55:7,18 84:23
94:5 121:21
122:7 125:4,
14 127:7
129:12 132:22
133:18 232:23
252:2,6 254:6
**residing**
32:21
**Resolution**
165:7
**resonate**
137:17
**respond**
164:12 199:1
201:15 242:12
258:6,14
263:3 264:18
**responded**
163:18 244:11
**responding**
124:11 223:9
**responds**
39:21 75:17
90:5 112:12
123:19 124:3
125:9 161:6
192:21 204:3
258:2,9,15
259:16 261:22
263:23
**response**  9:2
50:16 57:13
104:19 123:13
127:2 165:8
194:22 198:2

208:11 213:3
214:2 250:2
261:18 269:1,
5,12
**responses**
268:13,22
**responsible**
29:5,12,14
224:3
**rest**  108:8
214:9 245:23
**restarting**
18:6
**restrictions**
41:19 43:9
**restrictive**
110:17
**rests**  210:5
**result**  223:21
236:8 272:18
**results**
183:21
**resumes**
204:19
**retained**
245:2
**retainer**
244:16
**retaining**
245:4
**retains**  56:4
94:19
**retract**
119:18 190:1
**return**  243:4
272:7
**revenue**  168:6
174:13 213:8
**reverse**
220:20
**revert**  242:17
**review**  29:6
38:10 50:22
73:20,24
77:11 91:11,
13 103:6
109:13 112:5

119:7,23
225:23 226:4,
14 228:18
229:4,14,20
230:14,15,23
231:23 234:2,
21 270:20
**reviewed**
47:18 51:1,4
53:21 88:24
92:16 116:20
127:13 131:1
154:2 228:21
229:15 230:14
231:24
232:11,13
233:5
**reviews**
230:17
**revoked**  200:3
**reward**  164:8
166:16
**Rich**  63:1
98:22 99:6
**Richey**  21:12,
25
**rid**  182:7
**right**  8:10
16:23 17:13
18:2 20:16
22:16 35:16,
24 41:1,20
42:10 49:4
51:23 54:1,9
58:5,9 63:20
70:5,12 71:1,
18 85:10,21
91:6 92:20
96:9 97:22
98:1 99:10,24
103:8 106:15
108:3 109:2
117:21 131:5
133:12 137:17
139:4 142:2,
25 145:8
147:12 152:9
153:19,22,24
154:7 158:4

161:10
163:16,19
184:10,13
191:20 194:8
226:25 237:5,
6,13 245:2
250:13
257:11,13
262:19,21
264:24 266:8,
19
**right-hand**
70:25
**risk**  29:21
261:23 263:6
**Ritchie**  30:6,
8 31:12 45:23
46:6 49:10
51:5 63:25
65:6,19,22
73:7 89:2,3
95:18 96:4,20
103:22 104:6
119:1 123:4,
14 124:11
125:9 127:16
129:25 133:7
135:4 136:2,
17 158:3
174:19,23
185:7,10
186:16 200:24
201:7,24
202:12 203:16
204:3 208:9
209:19
210:14,23
211:15 221:22
236:2
**Ritchie's**
186:3
**Robert**  66:6
**Rochester**
269:7
**role**  10:9
12:2 31:6
42:12
**room**  26:14,20
192:18 193:16

rooms   23:2
Ross   120:7,12
  121:4,7,9
  123:3,20
  124:3,10
  127:10 129:16
  133:6 135:5
  136:1
Ross's   129:21
rosspcameron@
gmail   120:23
rough   274:24
rub   197:22
rule   33:8,15
  36:21 37:18,
  20,24 38:5,13
  41:12,17,23
  43:14,17,19
  46:12 109:7
  114:13 198:18
  232:21 253:6,
  14 254:5
rules   31:25
  32:5 42:3,16,
  21 43:25
  44:6,8 53:17
  92:12 130:22
  223:1 224:1
  257:7
ruling   46:2
run   21:12,25
  24:19 49:10
  63:25 64:17
  73:7 119:1
  158:3 170:23
  197:22,23,24
  204:5
running
  204:16,19
Russian
  254:25

_____

        S

_____

S-Y-K-E-S
  23:14
safe   133:13
  195:10

safer   261:25
  263:8
safety   264:1
said   17:18,
  19,21,25 38:1
  39:8 45:2,6,
  7,13 46:1,6
  47:22 70:4
  73:4 74:1
  79:24 85:6,21
  115:24 126:2
  129:18 137:12
  139:3 147:6
  159:1 161:4
  163:7,11,13,
  16,21 164:14
  166:22 171:21
  177:20 178:9
  179:6 189:5,
  6,8 191:14
  192:7 193:3
  194:1,3
  196:19 197:9,
  16,18 198:9
  201:25 204:17
  206:4,12,24
  211:12 213:4
  214:15 215:18
  218:11,13
  219:2 237:11,
  13 238:9,18
  239:1 241:22
  250:4 255:24
  261:2
Sajaad   82:3,5
salary   10:13,
  15 165:8,23
  166:5,7,15
  167:2,8,20,23
  172:1,14
  173:21,24
  184:19 212:13
  222:18 223:19
  224:10 236:7
sales   10:22
  40:18,24,25
  47:15 166:2,4
  167:5 209:6
  213:9 227:9,

22,23 234:7
  266:5
same   22:14,15
  32:24 34:15
  52:15 72:17,
  19 77:2,5,12
  80:3,8,14
  85:7 88:8
  100:11
  102:10,15,16,
  19 114:17
  118:20,22
  122:5 130:5
  136:9 140:24
  141:5,11
  144:11,15,19,
  22 151:1
  162:3 194:15
  201:11,15
  203:3 204:12
  205:8 217:8
  218:6 221:3
  225:2 236:16
  237:21 252:22
  253:21 254:7,
  15 257:22
  258:14 259:11
  265:3
sampling
  232:1
SAS   34:18
  165:7 226:17
  228:3 229:8,
  19 230:16
SAS's   229:8
  234:19 254:13
SAS/MB   198:4,
  7
Saudi   39:23
  47:1
saw   29:19
  70:7 223:13
  240:15 260:12
  261:18 271:23
say   11:20
  12:22 14:14
  15:9 16:22
  17:20 22:24
  24:8,13,18

40:2 41:1
  42:18 45:6,11
  46:1 48:19
  49:24 52:14
  72:20 73:9,15
  85:16 98:3
  100:13 106:3
  117:12 124:19
  134:18
  135:13,16
  137:8 141:17
  142:8,9
  143:4,8
  145:14 159:10
  160:14,22
  161:23 162:3,
  8,25 163:24
  167:19 168:13
  170:5 171:1,
  11 173:11
  174:1 180:14
  182:2 183:19
  188:20 189:14
  192:17 193:7,
  10 194:15,18,
  23 195:5,10
  196:6,12,23
  197:6,15,20,
  21 198:2
  199:6 201:22
  202:9 204:11,
  15,22,23
  205:1 211:21
  212:21 214:3
  215:2 216:6
  218:16,22
  219:18 220:14
  222:9,11,16
  223:23 224:25
  225:13 236:14
  237:19 238:9
  239:6 240:24
  241:21 242:13
  247:2 257:21
  258:8 259:11,
  13,24 260:9,
  12 261:5,8
  263:9,18
  264:10 265:17

266:8,18,25
267:17
**saying** 39:21
79:7 90:21
112:13 143:10
147:12 161:6
163:12 168:18
185:20 186:17
203:19 209:18
210:16 261:18
274:17,18
**says** 19:12
20:6,23,24
21:9 22:7
23:12,21 24:3
25:2,8,17
26:3,12,18,23
27:8 29:4,11
31:12,24
32:9,17
33:11,24
34:12,13
35:2,5,6,24
36:15 39:6
40:20 48:9
49:5,7 52:8
53:3,12 54:7,
15 55:5,10,13
56:15,16 57:2
58:11 62:20,
23 63:7,16,22
64:11,16,21
66:4 71:13,18
75:3,18,22
77:25 78:5,
15,17 80:23
82:8,16,18
84:6 85:15
88:18 89:16
90:6 91:3,6,
16,17,19 92:7
93:3,15 94:16
95:10 96:4,
19,20 97:15
98:25 99:5,9,
23 100:6,10,
12,19,21,22,
24 101:9,12
102:5,7,13,

21,25 103:3,
9,14 104:6,21
105:1 106:7,
11,24 107:5,
9,24,25
108:3,9,16,
21,23 109:1,
3,6,7 110:11,
13 111:17,21
112:3,8
113:10,13,18,
22 114:2,4,18
116:9 117:3,
14,21 118:24
120:23
121:11,16,20
122:1 123:8,
14 124:3,5,
11,12,17
125:1,10,12
126:16,17
127:3,4
128:20,21
129:4,6 130:5
132:6 133:11,
12,17 134:5,
15,20 135:3
136:2,10
137:24 139:7,
13,15,17,22
140:23 143:24
145:10 146:3
147:3 155:6
157:25
160:14,23
164:6 166:13
167:21
168:15,22
169:12 170:9,
14 172:24
174:24 176:21
178:7,23
179:6,8
180:18,21
185:16 186:16
188:9 190:18
192:2 194:13
195:21
196:18,22

197:3 199:17
201:7,16
203:14 205:11
206:9 209:20
210:23 212:11
215:13,21,24
216:2,12,25
217:10,13
218:21 222:1,
24 223:17
226:12 227:8
228:1,17
229:3,12
230:1,13,21
231:3,4,8,23,
24 232:17
233:1,13,21
234:14 236:3,
5 239:21
240:19 241:20
243:3,15
246:15 247:6,
12 248:10
250:6,12,17,
22 251:1,2
252:6,8,15,25
253:10 254:1,
10 259:9,25
260:10,16
263:5 264:10,
13 265:4
266:1 267:3,7
269:14,21
270:22 271:5,
8,19
**says,going**
82:1
**scare** 218:1
**scared** 221:9
**scary** 221:14
**SCB** 219:21
220:11 223:1
**school** 61:1
**schools** 22:9,
18,25 23:6
159:2
**scope** 53:4
80:15,17
91:16,19

128:14
**scream**
177:21,23
**screamed**
177:23
**screaming**
14:21,22
**screen** 27:10
235:17
**screenshot**
68:16,23
70:17,24
249:4,7 250:4
251:9,11,20
**scroll** 62:16
110:6
**Sean** 8:8
245:25 246:4,
8 247:13
248:4,11
**searched**
229:18
**searching**
11:4
**season** 14:4
**seasonal** 14:2
**SEC** 7:14 8:3
18:10,16
19:14 32:24
38:4,10,17,21
44:7 46:2
47:21 49:19
50:19 53:24
65:2,17
66:17,25
67:12 72:10
73:19 78:24,
25 79:4,10
80:4 81:3
82:2,3 85:14
88:23 91:14
92:19 95:22
101:18,19
102:4 115:1,
22 116:5,11
117:16,19,24
118:4 119:6,
10 128:11

131:3 133:2
136:14 158:15
159:11 171:17
200:20 218:15
219:20 220:5
232:21 238:13
239:24,25
240:1,8,11,
20,21,23
241:5,7,16,
23,24 243:13,
23 244:5,8,25
245:12,16
247:20
248:20,22
252:22 254:5
255:3 273:12,
19,24
**SEC's** 32:18
98:18 114:4
127:22 183:15
252:16
**SEC-ETR-E**
90:22
**SEC-FL-03848-**
**E-0041140**
97:10,12
**SEC-FL-03848-**
**E-0052891**
89:13
**SEC-FL-03848-**
**E-0058441**
30:14
**SEC-MICHAUDN-**
**E-000019**
76:12
**second** 22:7,
16 30:21 35:6
36:13 40:12
54:8 63:7
64:5,9,11
72:22 77:21,
23 88:17
98:20 99:20,
21 103:9
110:6 111:13
120:6,9 129:4
130:13,16
140:4 151:15

153:12 158:6
170:19 172:23
177:13 191:13
228:7 246:9
251:16,23
**seconds** 45:24
264:18 265:18
**section** 19:15
32:12 35:12
53:23 58:16,
19 92:18
116:12 131:2,
3 243:23
252:11
**sections**
44:6,7
**sector** 9:23
**secure** 173:5,
17
**securities**
12:8,10,14
19:9 20:9,23
29:14 32:1,2,
11,19,20
33:4,13,20
35:13 46:8
53:19 55:3,5,
17 58:1,15
85:8 91:1,8
92:14 94:2,4
114:5,6,9
130:24
132:19,21
134:11 169:2
198:8 199:12,
21 200:1
225:24 226:4,
15,18 229:16
239:8,10
252:10,17,18
253:2,12,19
254:2
**see** 19:10,18
20:12,17
21:3,14 22:2,
10,19 23:7,16
24:1,6,11,16,
21 25:7,11,23
26:7,16 27:3,

15 29:4,10,
17,18,19,20
30:17,23,25
31:3,11,12,14
32:7,15 33:1,
9,22 34:7,24
35:1,3,5,9
36:1,22,23,25
37:1,5,14,15
39:15,25
40:7,11,15,20
46:13,21,23,
25 48:13,20
49:12,22 50:9
52:8,10,18,
21,24 53:9,10
54:5,13 55:8,
13,20 56:12,
23 57:7 58:2,
3,22 61:19,25
62:23 63:3,
13,14 64:1,4,
14,18,19,25
65:9 66:10,
13,14 69:7
70:25 71:5,7,
15,22 73:8,17
74:17 75:12,
20 76:1 77:25
78:3,10,11,19
83:5,7,17
86:22,24
88:21 90:5,8
91:6,9,17,25
92:25 93:13
94:7,9,14
95:2,13 97:2
98:10,12
99:1,11,18
100:3,6,8,15,
16 102:5,7,
21,23 103:3,
5,13,15,24
104:14,18,22,
24 105:5,14,
15 106:1,4,7,
8,13,14,24
107:3,7,8,24
108:6,7,11,

19,20 109:10,
11 110:24
111:1,7,17,20
112:1,2,6,10,
15 113:11,13,
14,16 114:15,
21 116:15
119:4 120:4,
24 121:2,18,
24 122:15,16
123:10,11,13,
19,23 124:15,
24 125:7,15,
20 126:7,25
127:11 128:7,
18,21 129:1,
6,13,15,22
130:11,12,16
131:10 132:3,
5,24 133:6,
12,20 134:3,
4,5,13,15,18,
20 135:10,23,
25 136:6,8,25
139:11,23,25
140:3,16,22
141:1,7,15,25
143:17 144:2,
7 145:9,20
146:22 147:13
148:16 150:13
153:11 158:13
160:17,24
161:8,13
164:4,10
165:9,15
168:10,11,14,
15 169:10,14,
17 170:3,12,
24 171:5,24
173:6,18,19
174:6 176:19
177:4 178:12
179:16,18,20
180:23
181:16,19
182:12,13
183:12,18,23
185:12,18,23,

25 186:7,14
187:2 188:13
190:9,14,18,
22 191:5,21
192:5,6,25
193:12
194:16,20,24
195:8,18,21,
23 196:7,24
197:13 198:5,
6 200:8 202:7
203:24 204:6,
11,12,16,20
205:5,9
207:22,24
210:12 211:23
212:24 213:19
214:11 215:8,
16,19,22
216:17
217:11,20
220:3 221:24
222:21 223:3
224:7 225:11
226:7,20
227:1,9,10
228:5,12
229:1,10
231:4,7,8,14
232:2,3
233:7,19,21,
25 234:22
236:2,12,19
238:7 239:14
240:4 242:18
243:8 246:5,
12,18,22
247:9,11,16
248:13,16
249:11 250:7
251:5,6,20,
22,23,24
252:3,6,24
253:8,23,24,
25 254:14,16
255:23 256:4
258:18 259:22
260:2,14,18
262:2,20

263:21 264:2,
16,21 265:9,
14 266:6,10,
21,23,24
267:5,9
269:12,16
270:6,21
271:12,13,20,
24,25 273:25
**seeing** 65:5
71:10 89:1
99:19 123:15
134:17 142:4
143:18 226:21
228:6 258:22
260:25
**seek** 167:20
**seeking** 168:5
**seem** 96:10
235:16
**seems** 161:22
188:20 220:18
**seen** 28:25
52:13 59:13
74:13,19 96:7
97:6 104:16
105:16 110:22
112:17 114:23
123:25 127:15
128:9 131:15
135:14
136:12,19
165:11,17
175:5,7
181:13 185:14
218:18 237:8
247:18 248:8
250:21 274:16
**selected**
135:19
**sell** 10:7
**send** 39:6,17
112:4 113:14
124:20 135:20
147:9 209:14
218:5 223:5,
12

**sending**
50:15,22,25
65:2 73:23
74:15 127:13
168:13 202:5
212:2 214:13
222:1,7,14,18
242:5,20
259:5 267:13
**sends** 123:4
135:4
**senior** 47:15
49:25 75:5,23
89:17 126:18
166:2 167:5
227:23
**sensitive**
7:10 225:8,
13,17
**sent** 19:8
30:8 31:8,11
34:9 40:9,13,
17 49:20
50:11 57:14
58:24 59:1,2
60:6 75:2
89:15 90:6
97:15 98:23
100:17 106:8
107:16 109:9,
14,16 110:19
117:15 120:6
126:14 135:11
160:11 165:2,
6,18,22
169:19,22
170:2 179:11
184:8 189:10
190:12 192:11
195:25 197:19
198:3,10
200:5 201:11,
13,20 202:12,
15,16 203:19
207:7 209:17
210:15 212:1,
9 214:2,5
221:20 222:5,
8 224:9 229:5

235:25 238:5
239:1 241:10,
12,21,22
242:9,16
243:25 259:6
268:14
**sentence**
22:7,24 54:8
63:22 130:5
207:17
**separate** 87:4
135:21 210:2
**separation**
14:1
**September**
11:15 113:3,7
115:4 123:24
124:2,10
125:9 127:25
128:5 249:8
250:4 269:15,
23
**Serafina** 11:6
**series** 119:24
169:7
**serious**
170:15,21
**seriously**
197:7
**service** 9:23
55:6,18 94:5
132:22 169:5
**services**
11:18,19,23
12:4,5,6,7
20:11 51:24
52:1 53:7
54:23,24,25
56:2,6,9
58:13 59:4
61:13 76:4,8,
14 79:16 80:2
90:13,18
91:4,23
93:23,24
94:17,21,24
111:23 127:24
128:4,16

132:15,16
134:7,8
137:14,16,19,
25 138:3
168:24 228:4,
11,24 234:17,
19

**set** 78:7
96:16 128:25
160:9 199:25

**sets** 110:2

**seven** 31:25
61:15,17
72:19 90:22
110:3 148:12
149:22 157:4
166:18 168:2
201:19

**Seventeen**
139:20

**several**
125:21 158:4

**severance**
189:12 198:16
200:4 211:22
217:24 219:3,
16 223:6,20
224:17 236:7
238:11

**shaking** 9:2

**Shalef** 160:2

**Shalev** 17:1
160:5,11
161:15 162:20
163:16 164:6
191:11

**shall** 53:25
56:8 58:18
92:20 93:5
94:23 117:7,
21 129:9
131:5 229:5

**share** 70:6
140:9,10,11,
12,24 141:5,
12 143:21
144:11,16,19,
22 145:8

154:5 170:10
225:2 236:16
259:17 262:23

**shared** 69:24
193:18 206:5
208:8,10
243:21

**shares** 24:5
63:12 158:12,
19,20,21
159:3,4

**sharing** 168:6
193:17 262:9,
13

**she** 33:5 34:2
36:18 46:10
69:23 89:5
111:7 113:18
114:11 128:12
141:25
190:12,18
191:19,20
192:3,7,24
193:11 194:4
241:4 243:3
248:10 253:4
258:15 259:25
260:10,16,20
261:2 263:5
264:4,10,13
265:4 267:3,
7,13 274:13

**She's** 191:14
193:8,10

**sheet** 274:21

**sheets** 142:3

**Shinwin**
151:22

**shoot** 247:14

**shop** 11:3

**short** 47:10
86:11 168:2,8
206:8

**shortcut**
216:5

**shortly**
165:21 194:22
198:4,10

**should** 33:16,
18 50:7 75:10
77:4 79:1
89:22 110:2
126:23 135:16
207:3 212:15
214:20 220:21
245:23
253:15,17
265:7

**show** 18:3
70:8 78:22
119:10 124:7
128:12 136:14
150:23 182:20
211:8 214:7
251:14 255:5
268:21

**showed** 189:13
272:12

**showing** 74:19
114:19 127:17
190:24 191:1
272:8

**shown** 114:25
131:12,17
133:1 190:25

**shows** 74:6
100:19 101:5
107:16 167:16
211:10,11
234:4 242:5

**shut** 72:4,11
188:18 189:14

**sic** 39:6
244:14

**sick** 272:3

**side** 68:24
78:12 174:12,
13 260:24

**sign** 258:4
259:12

**signature**
41:1 52:8
101:3 129:21

**signed** 29:21,
24 52:18,22
58:20 78:8

79:19 80:9
94:10 97:25
129:15,25
200:10 207:24
208:3

**significantly**
54:2 92:22
131:7

**signup** 98:10
102:25 103:3

**silence**
208:18

**silent** 212:22

**similar** 26:14
119:3 121:15

**Simona** 240:2,
25 241:20
242:5,12

**simply** 50:7
75:10 84:11
89:22 125:5
126:23 209:23

**since** 26:5
88:20 122:2
125:2 166:18
170:16,22
173:3,15
191:14 222:20

**Sincerely**
213:18

**single** 60:18

**sister** 50:8
75:11 89:23,
24 126:24

**sit** 38:16
43:10,15
138:24

**site** 66:7

**sitting**
170:11 274:16

**situation**
181:23 182:4
207:6,12

**situations**
199:4

**six** 11:21,22,
25 104:19
122:10 155:17

157:4 162:15
169:14
234:11,12
**six-and-a-half**
114:18
**skills** 163:1
**skip** 20:14,21
88:17 92:2
93:2 124:5,
11,17 125:1,
11 131:21
143:15 170:14
178:7 217:6
227:6 246:13
**Slack** 255:1
**slide** 251:18
**slow** 37:8
72:22
**slowly** 122:11
**SLS** 192:18,19
**small** 108:12
134:21 166:10
**smaller**
221:11
**Smith** 145:10
**snapshot** 69:8
**snowbirds**
14:6
**so** 9:4,20
13:10,13 14:8
15:11,19
16:19,22
21:17 25:5
29:25 30:12
37:1,2,5
38:22 39:20
41:2 42:1,9
46:4,16 47:20
56:15 57:2
59:6 60:5
64:10,24
65:10,12
66:4,11 68:18
69:4,9 72:9,
17,23 76:17
77:3,12 79:1,
17,22 82:19,
24 83:1 84:10

86:12,14
88:2,13 96:17
98:3 100:18,
22 101:2,7
105:23 110:2,
6 115:25
118:19 119:12
123:19 124:23
131:20 133:25
134:22,25
137:8 138:24
140:5 142:19,
21 143:10,15
145:3 147:3
149:9,19
151:5,24,25
153:5 154:8,
19,21 155:11,
12 161:10,18
162:20,23
164:7 165:15
167:10,14
168:13
171:11,22
172:8,22,23
178:3,18
179:9,14
180:5 181:11
184:4,11
186:9,14
187:4 188:20,
22 189:25
190:1 192:17
193:21
195:10,12
196:12,21
198:19
201:14,20,23,
25 202:25
203:18 208:20
209:7,9,10,14
211:12
214:10,25
216:2,4,11,
19,23 217:6
218:5,21
219:7 221:3,
18,20 222:4,8
227:20 231:4

234:8,10,13
235:16,24
237:8,19,21
239:5 240:24
242:4 244:19,
22 247:2
249:19 256:22
257:25 259:2,
9,12 260:10
261:11,25
262:25 263:8,
11 264:19
265:1,7,11
266:18,25
**social**
231:23,24,25
232:7,15
271:17
**sole** 54:3
92:23 131:8
**solicit** 32:23
50:3 75:7,25
84:23 85:3
89:19 126:20
232:22 252:21
**solicitation**
37:25 38:6,
11,14,17,21
47:20 54:18,
23 55:2
93:18,23 94:2
132:9,15,19
134:7,11
**solicitations**
47:22
**solicited**
21:8,10,23
33:6,19 36:19
46:10 49:8
63:17,23 73:5
114:11 118:24
158:1 232:25
253:4,18
254:4
**soliciting**
20:10 88:9,15
98:4 249:24
255:4

**solid** 66:11
**some** 14:1,25
18:13 21:17
85:15 87:15,
17 117:18
118:2 120:1
127:15 136:18
138:19 166:5
167:10 170:11
172:5 177:14
178:9 188:25
192:21 198:13
202:20 207:3
211:4 220:17
222:10 224:20
240:16 241:15
246:13 249:9,
18,23 258:23
260:25 270:20
273:24
**somebody**
82:3,5 155:9
178:20 206:12
244:25 257:1
**someone** 15:1
38:7 107:16,
17 162:25
163:24 164:2
167:2,6 199:5
206:14 214:19
218:2 221:15
241:17
258:11,16
259:10 265:1
**something**
14:15 36:11,
24 42:19 48:2
85:22 96:10
99:15 116:5
137:12 141:16
147:10,14
164:19 166:7
171:16,22
175:20 177:19
189:18 193:19
207:5 211:8,9
214:18,20,24
216:20 223:8
226:22 234:4,

5 240:15
264:24

**sometime**
14:14 137:6
165:21 198:25
238:16 275:4

**sometimes**
14:5 244:21
256:20 261:6

**somewhere**
20:13

**soon** 240:15

**sooner** 171:22

**sorry** 11:11
18:4 21:15
22:11 29:6
35:22 45:7
48:18 56:24
58:14 60:12
63:19 67:13
72:22 73:10
76:25 77:6
87:11,21
88:11 96:21
99:10 102:12
106:3 111:12
112:20 116:2
118:21 120:14
124:7 125:19
131:15 134:17
138:7 139:10
140:10 141:19
145:23 147:9
149:10 151:7,
15 154:13
167:4 170:6
173:7 180:20
190:2,15,22
209:16 210:9
211:17 212:2
216:8 222:3
231:5 257:24
264:12 268:15

**sort** 14:1,25
38:18 117:18
118:2 166:5
167:10 177:14
220:17 224:21
241:15 249:23

273:24

**sound** 142:25

**sounds** 173:20
192:20

**source** 106:2
111:19

**spaces** 216:18

**speak** 70:1
86:14 163:18
171:13,16
172:15 173:1,
13 174:3
187:5 207:3
239:7 244:2

**speaking**
28:15 68:6
70:11 262:12
273:15

**speaks** 156:2

**special** 34:3,
5

**specialty**
160:16,21,24

**specific** 44:9
67:24 70:12
120:2 246:13

**specifically**
46:6 53:20
66:1 92:15
93:4 130:25

**specifics**
70:4 74:6
118:13

**specified**
267:14

**speech** 257:13

**Speed** 87:14

**Speedtrader**
86:7 87:24,25
88:1,2
121:14,21
122:4 127:9

**spelling**
141:20

**Spillers**
143:24

**spoke** 67:5,25
70:5 75:23
89:2 128:11
244:12,14,15,
25 255:11

**spoken** 66:24
67:1,4,12
82:3 244:13

**spreadsheet**
137:4 149:12

**staff** 9:8
179:9 229:20
239:24 240:8

**stalking**
191:14

**stamp** 49:15
133:11 170:7
201:2 251:7

**stamped** 78:25
119:15,19
128:3 189:24

**stand** 197:17

**stands** 152:13
263:10 264:19

**start** 8:24
96:21 108:4,
17,22 109:3
126:13 149:12
150:12 157:21
164:18 258:8

**started** 9:22
10:18 12:16,
22 58:9 87:12
106:20,22
120:20 177:1
192:3,8
254:24 261:9,
16

**starting** 39:5
54:8 82:1
87:22 92:5
145:3 148:16
150:2,7
153:9,23

**starts** 37:16
105:11 125:22
138:2 139:19
143:19 201:6

**state** 7:3,25
48:22 95:20
119:1 124:4,
14 127:6
234:9 269:9
272:7

**stated** 29:25
144:12

**statement**
22:5,22 23:19
24:24 25:14
26:1,9,19,21
27:6 29:23
42:17 88:23
116:18 188:15

**statements**
23:10

**states** 27:1
32:13 41:24,
25 42:14
43:8,13 53:7,
19,25 56:22
74:9 91:24
92:14 111:24
113:25 114:20
128:17 130:24
131:4 142:5
146:7 150:14
186:12 210:20
232:19 252:12
256:13 257:12

**static** 258:12

**stating** 42:8
178:22

**statute**
117:21

**stay** 14:3
133:13

**stealing**
186:22

**Stephen**
176:1,6,9
178:16 179:4

**Steve** 176:5

**Steven** 8:7

**Stewart**
145:18

sticker
  251:15
still  20:2
  25:9 45:11
  104:9 140:24
  145:8 181:2,3
  195:10 209:1,
  3,8 211:20
  242:1,2
  249:15 272:13
  273:20
stock  24:19
  62:25 66:7,18
  68:10 71:12
  72:4,10
  108:4,8 109:1
  159:9 168:5
  270:3,12,15,
  17
Stockbridge
  225:25 226:5,
  14 227:15
  229:22 232:12
  233:9 234:1
stocktradeidea
s.com  23:23
  63:9 65:3
  67:16 68:1
  158:9,23
stocktradeidea
s.com.  64:7,
  13
stocktradingid
eas.com  64:17
  69:10 70:2
  71:4
Stockusa  50:8
  75:11 87:14
  89:24 126:24
  137:21
stole  181:24
Stolen  185:25
  186:20
stood  197:9,
  15
stop  27:11
  50:1 55:10
  75:5 89:18

126:18 139:4
151:6 171:3
183:20 217:17
218:24
stopped  138:9
  162:17
stopping
  175:2
storm  133:13
  135:6 136:3
story  206:5
  225:2 236:16
straight
  203:22
straight-
shooter
  212:18
strain  107:23
strategies
  221:4
strategy
  236:23,25
  262:16
straw  271:9
Street  19:16
  116:13
stressed
  171:20
strict  32:3
  114:1
Strictly
  113:24
strike  11:8
  38:23 45:8,10
  48:1 50:15
  56:15 60:3
  61:2 66:15
  67:13 70:10
  74:12 83:15,
  16 87:8,11
  89:5 90:11
  123:17 130:3
  159:6 199:9
  237:23 240:23
  250:1
structure
  59:23

student  50:7
students
  62:24,25
  75:10 89:23
  122:4,9,13
  125:5 126:24
  127:8,9
  128:23 129:9
  130:9 159:10
students'
  124:21
stuff  237:17
sub  21:8
subjecht
  97:19
subject
  41:11,16
  42:15 56:2
  94:17 96:16
  100:12 103:23
  113:11 117:6
  175:15 183:11
  185:25 250:23
submission
  18:24 19:13
  116:10 119:6
  243:22
submissions
  18:17
submit  205:3
submitted
  18:10,15 29:1
  48:7 59:16
  131:18
submitting
  72:9 91:13
  131:12
subpoena  80:5
subpoenaed
  79:15
subsection
  93:12 117:6
  130:16 131:17
  132:2
Subsequent
  230:22
substance
  62:11

substances
  187:12
substantial
  24:9
succeeds
  118:4
success  171:4
successful
  117:10 174:14
such  17:10
  32:19 33:3,13
  34:19 36:16
  44:8 46:7
  54:10 55:2
  56:7,17 57:2,
  5 59:24 93:10
  94:1,22
  103:11 114:6,
  8 130:6
  131:21,25
  132:18 134:10
  174:2 179:4
  180:1 218:4
  219:20 231:21
  237:12 252:17
  253:1,12
  256:15 262:16
sued  268:10
sufficient
  168:23
suffix  127:22
suggest  48:15
suggesting
  166:23
Suh  240:3,25
  241:20 242:5,
  12
suhs@sec.gov.
  239:21
Suite  7:18
Sum  8:3
  30:11,16
  44:16 45:2,10
  60:10,20
  68:21,24
  69:1,13 71:8,
  16 72:1,6
  77:15 78:18

79:5,11,24
80:12,18,22
81:4,9 83:6
86:23 102:1
115:11 125:24
126:7 148:21
154:17 155:23
156:1,7
157:12 158:24
176:12 181:17
184:25 185:2,
4 186:23
189:18,22
190:22,24
218:19 237:3
249:10,15
251:12,14
253:7,21
254:7,15
256:16 257:15
273:4,6
274:4,11,15

**summarize**
80:15

**summary**
226:13 228:7
231:23

**Sunday**   272:14
275:3

**Sunny**   9:18,20

**super**   220:18

**supervising**
29:15

**support**   7:20,
24 9:8 101:6,
15

**support@
suretrader**
100:19,22

**support@
suretrader.com**
98:21

**support@
suretrader.
com.**   101:13

**supported**
225:7

**supposed**
37:22 202:3
203:1,3
208:16 271:11
272:4

**Supreme**   34:21
269:9

**sure**   9:1 42:6
44:15,24
45:20 61:7,9
75:23 79:23
95:19 101:24
108:14 110:17
114:19 155:7
157:20 161:10
162:10,24
163:2 187:23
197:20 202:17
207:16 208:21
221:1,5
223:25 227:7
234:8 236:23,
25 237:9
238:14 243:20
261:4 268:23
274:5,23

**Suretrader**
21:8,10,20,23
23:3,13,22
25:6,21 26:4,
13 27:10
37:21 39:10
40:18,19,23
45:24 48:10,
19,23 49:8,25
51:12 55:6,17
60:24 63:8,
16,23 64:6,12
66:7 72:20
73:5,14 74:20
75:4,24
82:14,21
83:10 84:12,
18,21 86:17
87:10 88:4,
14,19 89:17
94:4 95:11
100:20,23,25
101:3,5,6,16,

17 105:9
106:3,4,8,18
107:16,19
108:7,21
109:1 110:16,
25 118:24
119:2 121:1,
15 122:10,23
123:7 124:20
125:4 126:18
127:9,18
132:21 133:15
137:10,22
142:11 143:7
154:10 157:7
158:1,8 159:1
162:22 165:14
177:14 179:23
183:25 184:16
203:8,12,14
205:12 209:9
221:23 250:5
254:2

**Suretrader's**
24:9 101:21
102:4 106:14
250:9

**suretrader,dot**
33:20

**suretrader.com**
32:20 33:4,14
36:17 46:8
69:6 105:24
106:11 107:11
114:9 174:20,
24 185:11
211:18 250:14
252:18 253:2,
13,19

**suretrader.
com.**   101:15
250:15

**suretrader.
com/u-s-**
252:1

**suspect**
209:25

**swear**   8:1,12

**Swiss**   12:8,9,
14 20:8,10
21:1 32:1,20
33:3,13,20
36:16 46:7
52:12,15
53:4,7,15,16,
25 54:2,3,10,
19 55:5,15,17
56:3,5,9,15,
18,19,21
57:25 58:14
61:22 78:8,11
91:8,17,21,23
92:10,11,20,
22 93:6,10,
11,19 94:4,
18,20,24 97:1
105:4 114:6,8
128:14,17,22
129:8,24
130:7,8,20,21
131:5,7,22,25
132:10,21
188:11 198:8
199:12,21
225:24 226:4,
15 229:16
239:9 252:18
253:1,12,19
254:2

**sworn**   8:11,18

**Sykes**   23:14
48:11,16,20,
24 49:25
50:23 51:2,7,
16,24 52:2,22
57:13,22,24
58:20 59:3,
10,18,25
60:7,19 62:24
80:3

**Sykes'**   55:16

**Symonette**
231:12

**system**   230:4
233:4

**systems**   200:3

T

**Tab** 28:17
30:3 49:14
57:18 61:5
65:13 119:13
164:25 183:1
187:14
**table** 183:21
**tactics** 199:3
218:2 221:3
**take** 7:8 9:5,
9,11 29:9
57:20 62:2,21
69:11 77:2
84:16 115:10
149:4 150:12
169:15
170:15,21
174:4,9
180:21
186:10,14
187:20 189:25
235:2 261:20,
23 263:6
267:18 270:19
**taken** 7:1,13
62:5 102:4
115:15 159:20
188:2 191:10
195:14,17
235:7 267:24
**takes** 69:7
**taking** 186:3,
11,15,21
187:18
**talk** 196:23
**talked** 64:20
207:1,2
**talking** 37:3
45:9 52:15
75:18 126:7
163:20 193:2
202:25 204:9
262:8
**tally** 154:9

**target** 233:6
**targeted**
111:24
**targeting**
234:16
**teach** 23:1
**team** 40:21,23
135:17 166:4
179:11
**team@
warriortrading
.com** 127:3
**tech-savvy**
256:10 257:3
262:10
**technical**
260:24
**Technically**
28:15
**technician**
178:8,23
**techniques**
221:3
**technology**
263:1
**telephone**
32:25 252:23
**tell** 20:13
21:16 38:16
39:13 69:11
73:13 88:11
142:15,19
171:9 176:23
182:21 210:21
**telling** 17:7
68:4 73:19
85:17 161:20
217:22 260:20
**tells** 262:23
**temporary**
14:2,6
**ten** 9:6 67:9,
10,14,25
69:25 116:23
117:12 118:5,
10 156:6
157:5 272:5,9
273:1

**tenure** 168:2
**term** 14:6
17:18 61:22
**terminate**
54:1 92:21
131:6
**terminated**
59:10,18 60:7
66:12,19
67:17 68:2
83:10 219:9
220:24 221:15
268:5 272:21
**terminates**
58:17
**terminating**
59:4
**termination**
32:6 58:19
59:21 187:16
189:3 194:6,
7,8 198:22
199:16 201:12
203:5 207:15
208:19 209:9,
13 212:16
213:5 214:22
223:22 224:5
236:9 271:6
**terminations**
199:4
**terms** 44:9
56:3 80:14
94:18 128:24
237:7 246:17
250:18,24,25
251:4 254:20,
21 255:9
256:1,8 260:6
262:5
**test** 155:2
219:19 237:11
272:10
**testified**
8:19 41:21
97:21 116:17
137:9 180:24
248:19 249:18

**testify**
117:22 179:4
219:21 220:15
225:5
**testifying**
41:22 45:24
50:13 75:14
89:25 90:10
155:24 249:9
268:4
**testimony**
8:12 62:11
81:16,19
83:17 86:22
115:23 116:6
133:2 179:18
210:14 211:1
235:15 255:7
**testing**
227:14 228:2,
9,15
**tests** 272:6,
9,11,12
**text** 17:22,24
65:24 67:2
102:10 107:2
160:1,4,9,19
161:19 164:3
165:22 190:3,
7,12 191:17
192:11 193:23
195:14,17
197:19 199:13
203:7,11,19
205:21 218:9,
11 255:12,19
258:24,25
259:5,7
262:11,20
**texted** 197:17
**texting** 17:7,
14
**than** 12:24
15:25 16:2
92:6 116:23,
24 117:12,13
142:5 146:11
147:14 153:13
154:12,16,21

155:10 157:9
162:3,15
163:25 211:9
229:6 238:23
**thank**   21:22
30:16 37:17
39:10 40:3
166:17 235:22
239:22 240:2
274:4
**thanks**   40:20
100:14,25
110:18 112:9,
13 113:19
114:14 204:12
247:13 248:11
267:17
**that**   7:9 8:12
9:7,19,24
10:17 11:8,22
12:8,18,21
13:13,23
14:2,6,15
15:5,6,7,14,
20,24 16:7,19
17:5,8,11,12,
15 18:1,15,21
19:10,18,20
20:4,8,12,18
21:3,5,14,17
22:2,4,10,19,
21,24 23:7,
16,18 24:1,6,
11,13,16,21,
23 25:7,9,11,
13,23,25
26:7,9,13,16,
19,21 27:3,5,
9,10,15,17
29:8,17,22
30:2,17,23
31:3,5,8
32:7,15 33:1,
9,19,22 34:7,
24 35:3,9,18
36:4,8,22
37:1,8,22,23
38:2,9,12,18,
23 39:11,15,

25 40:7,9,11,
15 41:3,6,8,
10,13,15,18,
19,20,22
42:1,8,9,13,
16,17,18,19,
20,21,24
43:2,4,7,10,
11,12,15,16,
17,19,24
44:1,3,24
45:4,5,6,7,
11,14,16,22,
24 46:6,13,
21,22,23
47:1,3,7,10,
11,12,13,14,
22 48:13,15,
16,18,19,20,
22,25 49:2,4,
12,19,22
50:2,9,15
51:4,10,11,
15,18,21,22
52:12,13,14,
16,18 53:9,
10,21 54:5,13
55:3,8,13,14,
20 56:12,15,
23 57:7,13,14
58:18,22,24,
25 59:2,5,9,
13,17,18,24
60:3,5,7,11,
16,18,24,25
61:3,8,10,25
62:12 63:3,
13,15,16,19,
22 64:1,4,6,
14,18,19,20,
21,25 65:2,4,
8 66:13,14,
15,17,22
67:13,15,18,
20,25 68:5,7,
18 69:11,12,
20 70:5,6,7,
12 71:5,7,10,
15,23,24

72:3,4,10,13,
14,17,19,20
73:4,8,17,19
74:2,5,6,7,9,
11,19 75:6,
12,20 76:1,17
77:5,7,25
78:3,4,10,14
80:4,23 81:12
83:5,9,10,15,
16,17 84:7,
10,13,16,18,
20,21 85:2,3,
5,17,18,19,24
86:4,8,16,20,
22 87:2,3,8,
9,11,13,22,23
88:8,21,23
89:1,5,19
90:2,3,5,8,
10,11,25
91:6,25
92:16,25
93:13 94:3,7
95:2,5,6,7,
10,13,17,19,
20,21 96:6,25
97:2,7,22
98:10,12,13
99:1,2,11,17,
18,19,24,25
100:6,15,16,
17,19,21
101:5,6,8,9,
12 102:12
103:24
104:14,18,24
105:5,8,10,
11,14 106:1,
7,13,17
107:3,7,13,
17,19 108:6,
11,19 109:10,
13,19,20,24
110:22 111:1,
12,22,23,24
112:1,10,15,
21 113:11,16
114:15,21

115:3,10,24
116:1,15,18,
20,22 117:1,
9,12,14,16,
17,21,22,24
118:1,10,12,
17,18,22,24
119:2,4,18
121:2,9,18,
22,24 122:15,
17,20,22
123:11,15,21,
23,24 124:1,
4,14,15,24
125:4,7,12,
15,22 126:13,
14,19,25
127:3,11,13,
16,21 128:7,
18 129:1,7,
13,16,20,22
130:3,4,11,12
131:1,10,13,
17 132:3,20,
24 133:1,4,8,
19,20,23,25
134:3,4,12,
13,17,20
135:10,11,16,
23 136:16,18,
19 137:4,9,
10,12,23,24
138:2,4,5,8,9
139:5,11,19,
23,25 141:20,
25 142:3,8,
17,18,19,21,
25 143:4,12,
13,17,19
144:7 145:13,
20 146:8,22
149:6 150:22
151:3 153:13
154:2,4,5,21,
25 155:5,9,12
156:2,22
157:2,5,8,10
158:4,13,16,
18,22,23

Case 1:21-cv-21079-BB   Document 260-2 Entered on FLSD Docket 05/17/2024   Page 212 of 231

Yair Edan et al.
March 12, 2023
80

159:8,9,10,15
160:4,12,17,
24 161:8,13,
15,20 162:4,
11,20,24,25
163:2,3,4,9,
10,12,22,24
164:1,4,10,
14,19,21
165:9,13,16,
17,20,21,22,
23,24,25
166:4,8,10,
12,17,19
167:6,8,9,12,
16,20 168:3,
5,10,11,12,
18,19 169:1,
10,17 170:3,
12,24 171:2,
5,7,14,18,21,
24 172:1,2,3,
8,12,14,22
173:3,6,7,9,
10,15,18,19,
20,22,23,25
174:6,8
175:2,9,12,20
176:8,19
177:4,6,13
178:12,15,19
179:2,12,16,
18,20,21,25
180:1,18,20,
23,24,25
181:4,7,16,
23,24 182:2,
6,8,12,14,23
183:12,23
184:1,21,22
185:12,20,22,
23 186:6,9,
11,12,18,21,
24 187:1,3,8,
11,23 188:13,
15,18,20,24
189:5,6,9,11,
13,25 190:1,
7,14,21

191:2,12,21,
24 192:5,6,
11,12,13,25
193:5,12,17,
18,19,24
194:1,5,9,15,
16,20,24
195:8,19,23
196:7,10,24
197:8,13,17
198:5,14,15,
16,18,20,25
199:1,3,13
201:2,10,11,
20 202:2,5,7,
9,15,17,22,
24,25 203:2,
4,12,15,17,24
204:6,13,16,
20 205:5,9,
11,14,19,21,
24 206:7,12,
15,17,24,25
207:2,3,4,7,
10,12,22,24
208:12,21
209:5,9,22,23
210:1,7,9,12,
14,15,17,20,
21,23,24
211:1,2,3,5,
7,9,10,11,23,
25 212:1,2,
15,16,24
213:1,19,21,
23,24 214:4,
7,10,11,13,
18,20,24,25
215:5,8,10,
16,19,22
216:4,12,14,
17,20,21
217:1,3,11,
16,20,22,24
218:2,7,10,
11,16 219:7,
25 220:3,21
221:1,4,5,9,
20,24 222:3,

5,6,9,10,19,
21 223:3,8,
10,11,13,14,
19 224:1,5,7,
19,22 225:4,
8,11,15,16,
20,21 226:7,
20,21,23
227:9,10,16,
20,23 228:5,
6,12 229:1,
10,23,24
230:11,19
231:1,2,3,14,
20,21,24
232:2,3,4,17,
25 233:2,4,7,
9,10,13,17,
19,25 234:1,
4,6,7,22,24
235:19,20,25
236:6,12,19,
21,23 237:5,
7,8,9,10,11,
13,20 238:7,
9,14,22,24
239:3,12,14
240:4,14,15,
17,23 241:2,
16,21 242:1,
7,10,11,18,20
243:8,22,25
244:4,5,6,11,
24 245:9,15,
16,17 246:12,
16,19,22
247:9,15,16,
24 248:14,16,
18,21 249:9,
18,19,21
250:2,7,9,13,
17 251:1,2,5,
6 252:3
253:18,23,24
254:3,14
255:1,3,5,9,
10,25 256:2,
4,7,9,10,15,
20,21,22,23,

25 257:5,12,
14,18,20,22
258:10,14,22
259:6,19,22
260:2,7,14,
18,20,21,25
261:6,12
262:2,4,6,11,
13,23 263:4,
21 264:2,11,
14,16,21,24
265:9,12,14,
23 266:6,10,
21,23 267:5,
9,11,13,14
268:13,15,16
269:16,18
270:6,11,22
271:3,12,13,
20,24 272:8,
10,11,13,14,
15,16,21
273:11,20,23,
25 274:3,14,
21

**that's**  17:22
40:25 43:21
44:22 47:19
52:11 68:6
70:25 71:2
72:15,19
79:12,17,25
82:16 83:1
85:10 87:15
98:1 100:23
102:24 106:10
110:19 111:3,
15 115:11
116:3 117:14
118:7 120:20,
22 133:4
139:21 140:9
142:2 150:24
151:25
152:13,14,21
153:17,21,22
154:7,20
155:16,22
156:6 163:11

176:10 180:2,
4,5,24
187:19,22
192:10 195:25
196:2,9 199:7
204:8 206:10
208:2 216:14
218:1 223:13
235:15 237:6
240:25 242:3
250:12 259:15
263:5 268:8
271:21 273:1,
15

**their** 7:25
10:5 13:7,25
15:11,20 16:6
23:15,24
33:7,16 36:20
38:17 46:11
48:11 51:11
63:10 66:3
83:11,24 88:3
104:9,10
111:19,25
113:20 114:12
144:10 158:10
159:10 210:3
214:19 220:24
224:22 228:14
233:16 243:20
249:19 253:5,
15 256:2,3,8,
22 258:16
259:10,14

**them** 51:12
59:9 85:2
86:20 95:21
98:6 109:9
127:19 154:23
158:16 169:8
189:24 210:4,
6,7,25 218:18
220:13,20
224:21 241:25
245:14 263:24
265:19,20
266:2,20,25
268:10,14

**themselves**
105:3

**then** 20:24
24:13 25:6
26:12,23
31:14 32:17
35:5 48:1
54:15,22 57:4
62:23 64:5,16
69:6 73:8,15
75:22 78:8
80:22 83:3
84:15,17
85:21 86:2,7
94:9,15 98:6,
9 99:9,13
100:4,9
102:14 103:9
104:18 107:9,
14,22,25
108:21 109:1,
3,6 110:24
111:10 112:5,
8,12 113:22,
23 114:2,4,17
117:12 118:7
121:20 122:1
123:3,13
124:2 125:1,9
127:2 129:5,
24 133:17,22
134:22 135:25
138:16 139:15
141:1 143:23
145:9,18
149:12 150:2
151:11,16
152:14,23
153:6,12,23
155:14 157:1
158:6 160:22
161:6 166:24
169:12 172:23
174:1 176:10
177:16
185:20,21
186:17,18
188:25 189:13
191:19 192:2,

18,21,22
193:7 194:11,
12,22 195:1,
5,21 196:3,6,
14,16,23
197:1,3 198:1
201:24 204:3,
11,15,23
205:1 212:14,
21 215:1,2,12
219:18 222:23
223:11,17
224:25 227:8
229:12,19
236:14 241:24
242:12 244:8,
24 247:11
250:25 251:7
252:1,8,25
254:10 257:22
258:6,9,15
259:13,16,25
260:9 261:24
262:9,23
263:7 264:10
265:17 269:21
270:22 271:5,
8,19

**there** 10:11,
23 12:2 13:19
14:17,24
15:2,3,23
17:1,5 18:24
19:3 21:17
35:17 36:12
39:24 41:3,4
45:13,15
47:11,13 49:2
50:16,17,19,
21 51:8,9
59:21 65:4,7
72:13,14
74:7,19 76:19
77:15 78:13
79:12,19
84:15 85:1
86:1,2,5,7,19
87:15,23
95:15 97:23

99:13 100:23
101:25 106:7
110:17 118:2,
7 124:13
126:12 134:15
138:15 140:5,
19 142:12,22
143:10,12,13
146:10 147:9
150:15,22,23
151:17 161:1
162:4,17
164:18 166:4
167:10 178:19
179:25 181:23
186:7,13
187:1,2 189:3
194:22 197:8
198:18,19
208:23 211:10
213:24 218:19
220:22 222:11
227:25 228:21
240:12,13
241:15
243:23,25
244:10 246:18
248:13 256:14
258:22,23,24
261:4,12,25
262:1 263:8,9
272:16 273:24

**there's** 9:10
25:1 39:13
57:3 88:17
95:10 100:18
106:24 107:22
110:24 113:23
123:13 145:4,
9 146:6
150:18 174:2
175:19 179:3
198:1 220:17
259:13 270:20
273:25
274:20,21

**therefore**
84:23 208:15
209:2 255:5

**Thereupon**
 8:16
**these**  27:1,13
 32:5 82:11
 105:16
 109:13,17
 112:8,17
 114:23,25
 115:3,6
 123:25
 136:17,20
 139:5 142:3
 146:13,16
 147:2 148:17,
 19 149:4,7
 153:8 157:2
 160:4,5,11
 164:3 184:3
 189:20,22
 195:17 203:11
 254:20 255:8,
 12,13 258:22
 259:5,7
 269:12
**they**  10:7
 12:4 20:2,3
 23:4 33:15,
 18,19 42:24
 43:2,18 45:17
 64:20 80:5
 85:3 87:3
 105:2 114:19
 116:6 117:22
 118:6 122:5,
 11 136:18
 137:18
 138:12,19
 145:2,3
 149:25
 153:12,15,23
 154:5 158:19
 159:3 163:14
 175:2 179:10,
 11 196:16
 198:23 203:20
 204:4 207:4
 208:7 211:4
 214:25 220:25
 224:16,17,19

 227:17 230:11
 231:24 236:24
 237:1,18
 253:14,17,18
 258:12 259:12
 263:24 264:15
 265:8 268:21
 270:11
**they'll**  199:1
**they're**  150:2
 154:4 199:2
 215:1 218:19
 221:1,10
**thing**  44:24
 70:12,13 74:2
 120:3 154:3
 174:2 178:10
 179:4 182:22
 188:18 201:11
 205:7,11
 206:17 207:2
 209:5 231:22
 256:15 263:19
**things**  8:24
 42:1 47:11,13
 68:6 70:6,7
 124:13 125:4
 135:5 163:1,
 25 164:21
 172:12 187:3
 198:19 220:19
 223:10,11
**think**  14:1,4
 16:21 17:1
 31:7,9 47:9,
 10,18 51:8,9,
 18 57:16
 78:24 83:3
 90:22 96:9,12
 115:9 119:12
 125:25 131:20
 142:15 155:10
 161:18 162:24
 164:18
 165:24,25
 166:4,8
 167:6,8,14
 170:15,21
 172:2,8

 178:3,6 194:6
 197:22 201:14
 208:4 216:11
 241:14,15,23
 244:8 260:25
 261:9,20
 272:15 274:13
**third**  36:15
 37:11 46:23
 52:5 109:2
 124:8 126:1
 164:3 173:9
 226:12
**this**  7:12,16,
 21 18:12,15,
 17,20,24
 19:4,7,13
 24:9 25:19
 27:24 28:3,5,
 7,17,25 29:1,
 7,21 30:3,4,
 8,11 31:5,22
 33:17,25 34:9
 38:5,7 39:5,
 17 40:17
 41:6,7,19
 42:18 45:8
 46:4,14,16
 48:17,23
 49:14,19
 50:11,13,15,
 16,22,25
 52:6,18 53:2
 54:1,4,22
 55:25 56:3
 57:9,24 58:2,
 4,6,18,23,24,
 25 59:2,8,16,
 18 60:6
 61:12,18,22
 64:2 65:19
 68:13,21,24
 69:1,24
 70:15,20,23,
 24 71:13
 72:14,18
 73:23 75:2,14
 76:8,14
 77:11,24

 78:7,24 79:2,
 3,4,5,6,9,20
 80:2,4 81:2,
 15,20 82:2
 84:4 88:7,14
 89:15 90:1,
 18,25 91:6,
 11,13,18
 92:3,21 93:22
 94:12,18
 96:3,5,12,19,
 23 97:4,14
 98:17,20 99:5
 100:11 101:9,
 16 102:3,5,10
 103:6,21
 104:1,16
 105:23 107:16
 108:15 110:7,
 8,10,11
 112:19,21
 113:6,14
 114:1,13
 116:10,25
 117:14 118:4,
 23 119:6,17,
 19 120:18,23
 121:4,8
 122:8,13,17,
 22 124:4,6,
 14,18,20,22
 125:12,24
 126:13,14
 127:5 128:3,
 9,12 129:8,11
 130:13 131:6,
 9,12,16,18
 132:14
 133:14,15,17,
 24 134:6
 135:17 136:1,
 12,14,21,23,
 25 137:2,3,6,
 9 139:17,18
 140:17 143:1,
 3,12 146:24
 147:15 155:5
 156:1 158:15
 159:13 160:8,

14,22 161:7,
10,11,19,24
163:9,17,18
165:6,11,13
166:14 167:14
168:8,11,12
169:19 170:2,
10 171:20,22
172:12,13
173:23 174:23
175:1,3,5,18,
20 176:4
178:16,17,20
179:5 180:6,
9,12,16
183:4,9,14,21
184:8,18
185:6,10,14
186:5 187:15
189:17,20,24
190:1,7
191:7,25
192:3 193:5,
9,23 195:13
196:6 197:19
199:10,12,15
200:6,8,14,
19,22 201:1,
6,20 202:5
205:14 206:20
207:5 210:2,9
211:7,12
212:1,8
216:12,17
217:2,18
218:25 219:15
221:11 222:1,
7,14,17,25
223:21 224:9,
15,22 225:10
226:3,9
227:3,11,21
228:16,18
229:3,4,24
230:20
232:22,25
233:3 234:2,
3,4,8,9,21
235:25 236:9

238:4 239:5,
20 240:6
241:11,20
242:1,5,9
243:2 246:7,
24 247:18,20
248:1,7,8
249:2,7,12
250:4,17,23
251:8,11,18,
20,23 253:7,
16 255:14
258:3,7,20,24
259:6 260:10,
17 261:5,6,9,
15 262:11
263:11 264:19
265:5,8 266:9
268:24 269:5,
20 271:14
273:2,7,13,16
274:7,25
275:2

**those** 23:10,
14 27:12
32:21 48:11,
16 67:14
74:20 95:22
114:7 119:21
143:3,5,6,7
145:6 149:5,
13,16 150:14
152:2 153:19
189:5 195:2
200:11 208:4
218:9,15,18
220:19 231:16
244:7 245:8,
12,14 252:19
258:4,18
260:4 266:14
269:18 272:12
273:22

**though** 162:15
166:11 216:16

**thought**
147:10 203:20
237:8 258:7

**thousand**
158:21 159:3
166:24 168:17
189:13

**threat**
236:21,22

**threaten**
237:1

**three** 13:4,5,
10 20:21,23,
24 36:10
37:7,15 56:25
103:16 104:12
108:15 113:21
139:1 143:21
154:20 157:4
160:19 168:4,
16 173:3,15
186:13 188:9
213:9 217:13
230:13 245:22

**threw** 199:6

**through**
21:12,25 23:1
33:7 36:19
49:10 63:24
65:24 73:7
80:5,14 88:16
98:8 99:23
100:5 101:22
102:7,14,24,
25 103:3
110:1 114:12
118:25 120:2
125:20 126:13
129:18 136:3
143:15 145:4
149:5 150:7,
11 152:2
153:8,10
154:4,9,10
155:4 157:1
158:3 160:11
173:10 184:5,
10 201:10
205:21 228:19
234:16 246:18
253:5

**throughout**
184:5

**thumb** 126:13

**thumbs** 194:12

**Thursday**
175:3 247:14
272:16

**thus** 33:5,14
36:18 46:9
114:10 253:3,
13

**ticket** 241:16

**time** 7:6 9:9
11:3 14:3,11
15:8,20,22
17:25 18:13
19:24 27:9
29:9 37:3
38:9 44:3
47:7,10,15
48:17,22
49:1,2 53:15
59:16,17 60:6
67:6 69:8
83:9 86:1
87:7 88:7
92:10 97:23
99:2 109:12
115:9 122:17
130:20
138:13,14,17
142:22 143:8,
12 149:4
150:12 159:16
162:8 164:8,
24 165:16,25
167:12 168:19
170:11
171:12,15,19
172:3,5,6,25
173:1,12,13
174:2 180:6,
8,9,13,16
184:18 186:5
190:15 191:7
192:11 194:2,
9 195:19
196:10,11,12
197:19 201:17

203:25
208:22,25
209:7 213:23
220:22 221:11
222:4,10
224:9 225:10,
15 226:9,10
232:7 239:24
242:17 244:24
246:24
247:15,20,23
248:23 249:18
250:10
254:19,23
255:11 256:9
258:1 259:12
260:21 261:6
262:4 263:15
264:12 271:15
272:19,23
**times** 16:21
67:7,25 70:5
95:19 158:4
162:4,7
168:4,16
175:19,21
182:21 184:3
191:19,20,23
193:17,20
220:23 270:19
**timing** 261:11
**Timothy** 49:25
50:23 51:2,7,
15,24 52:2,22
55:16 57:22,
24 58:20
59:3,10,18,24
60:7,19 80:3
**Timothysykes.**
**chris@hotmail.**
**com.** 49:21
**title** 96:4
227:21 234:7
**titled** 20:21
30:21 105:24
123:6 186:20
**to** 7:8,20
8:10,12,24,25
9:4,5,9 10:17

11:8,15,17,24
12:7,8,13,14
13:7,13 14:3,
4,5,14 15:4,
15,16 16:19
17:8,12,13,
15,16,19,22
18:1,3,10,13,
16,24,25
19:8,14,20
20:9,18,21
21:5,7,16
22:4,21,24
23:1,2,3,9,
13,18,22
24:5,13,14,
20,23 25:5,6,
9,13,21,25
26:10,18,21,
24 27:5,11,
13,17,20 28:2
29:3,6 30:3,
8,9,12,18,20
31:8,11,14,
16,17,18,20,
21,22 32:5,
20,25 33:12,
16,17,18,25
34:3,4,9
35:1,8,11
36:2,4,11,23,
24,25 37:1,3,
6,22 38:1,2,
13,18,24
39:12,13,17,
19,21,24
40:10,13
41:11,16
42:2,9,14,15,
21 43:2,3,5,
8,13,17,20,
21,25 44:5,8,
10,11,13,14,
15,23,24
45:1,4,6,8,
10,11,17,18,
22 46:2,4,11
47:2,3,4,13,
15,18,21,23

48:1,3,6,10,
15,19,22,23
49:6,14,19,20
50:1,3,5,7,
15,16,19,22,
24 51:5,17,23
52:5 53:2,4,
6,7,11,15,16,
18,22 54:1,3,
7,9,17 55:1,
2,10,22 56:3,
5,6,8,9,10,
14,20 57:9,
12,13,18,25
58:12,16
59:3,8,23
60:3,11,14,
19,21,22
61:2,5,7,23
62:5,14,16,18
63:4,8,12
64:6,12,24
65:2,6,8,9,
11,19 66:9,
11,16,17,24
67:4,10,12,
14,15,25
68:6,19 69:1,
4,11,12,17,25
70:9,10,11,
12,14,23
71:18 72:9,
10,14,16,23
73:9,14,16,
19,20,22,23
74:2,3,5,7,8,
12,14,21
75:5,7,8,11,
17,23 76:11,
17,22 77:3,4,
5,7,11,13,14,
15,21,23,24
78:13,15,21,
23,25 79:3,5,
9,19,20 80:4,
5,15,16,22
81:2,7,12,20,
24 82:3,9,17,
18,24,25

83:1,3 84:2,
14,17 86:13,
14,20 87:6,9,
12,22 88:5,6,
11,17,23
89:16,17,19,
21,23 90:3,25
91:13,14,17,
21,22,23
92:2,3,4,10,
11,13,17,21,
23 93:2,6,17,
25 94:2,10,
13,18,20,21,
23,24,25
95:8,9,11,18,
19,20,22
96:7,19,24
97:4,16,17,
21,24 98:9,
13,20,21
99:7,13 100:5
101:2,7,18
102:3,20
103:2,22
104:1,5,6,7,
8,16 105:9,10
106:8,10,17
107:14,15
108:2,3,12,13
109:2,13,14,
18,20,25
110:1,6,8,12,
15,17,25
111:4,11,14,
15,18 112:4,
5,6,13,19
113:14,15,19,
20,21,24
114:1,3,7,18,
25 115:9,15
116:8,11,18,
23 117:6,7,9,
15,18,19
118:2,10,11,
17,22 119:6,
7,13,17,21,24
120:1,2,4,6,
9,24,25

121:14,21,22
122:9,10,14,
25 123:4,9,
10,21,22
124:11,18,19,
20,23 125:3,
4,11,17,21
126:18,20,21,
24 127:6,7,8,
9,13,16,20
128:11,14,16,
20,22 129:3,
4,5,9,18,22,
23 130:9,13,
20,21,23
131:1,5,8,12,
21 132:5,8,
17,19 133:2,
4,7,14 134:2,
9,11,24
135:5,11,18,
20,25 136:1,
5,8,12
137:11,19
138:13,20
139:4 140:2
142:15 143:1,
4,15 144:13
145:22 146:20
147:7,13
148:20,25
149:6,11,13,
16,20,21,22
150:4,7,8,10,
11,12 151:24
153:6,8,9,10,
18,19,21,25
154:1,8,9,10,
24 155:2,4,
13,25 156:1,
9,10,22
157:1,5,19,21
158:8,12,15,
18 159:6,10,
13,20,25
160:4,6
161:1,11,15,
16,20 162:12,
21,23,24

163:1,2,3,5,
7,8,10,14,15,
18,19,20,21,
22,24 164:3,
8,15 165:2,6,
7,8,12,15,18,
25 166:1,2,3,
14,15,17,23
167:3,11,14,
15,19,20,23,
25 168:3,13,
16,19 169:13,
19,22 170:2,
10,17,23
171:3,9,10,
11,12,15,17,
18,19,21
172:8,10,11,
14,15,19,20,
23,25 173:3,
4,9,12,15,16,
24 174:4,5,8,
9,10,12,13,
14,15,16,19,
23 175:16,20,
22 176:11,12
177:2,13,14,
15,17,18,22
178:5,7,10,
14,21,24,25
179:4,10,11,
14 180:1,18,
24 181:1,23
182:4,6,8,16,
20,21,22
183:1,5,10,21
184:2,5,9,12,
15,22 185:7,
10,18,21
186:3,5,7,8,
12,14,17,25
187:2,5,10,
14,18,19
188:2,8
189:10,13,14,
17,20 190:4,
6,7,8,21
191:10,16,24,
25 192:4,10,

19,23 193:4,
12,14,15,19,
23 194:3,4
195:10 196:23
197:20 198:1,
3,10,11,13,
16,23,24,25
199:1,2,6,9,
25 200:3,5,
17,20,24
201:7,11,22
202:3,13,14,
16,18,19,20,
22,23 203:1,
3,12,15,17,
19,21,22
204:4,8
205:2,3,4,18,
19 206:6,16,
18,21,22
207:5,6,7,8,
12,14 208:4,
13,15,16,17,
20,21,24
209:4,14,20,
24 210:4,18,
21,25 211:3,
7,15 212:8,
16,19 213:1,
5,12,14
214:1,4,7,16,
17,18,19
215:1,6
216:5,9,17,20
217:1,3,6,9,
10,14,17,18,
22,23 218:3,
5,7,8,15,16,
21,23,24
219:1,3,7,12,
21,23 220:15,
16,19,20,25
221:1,3,6,10,
12,18,19,21,
23 222:4,8,9,
10,11,18,23
223:1,5,7,9,
10,11,14,15,
16,18,24,25

224:2,4,10,
11,13,16,19,
20,21,22,23
225:1,2,5,9,
14,16,19,20
226:12,14,16
227:6,16,19,
20 228:2,4,9,
11,18,22,24
229:5,8,20
230:4,22,24
231:3 232:16,
18,22,24,25
233:2,5,6,12
234:10,17,19
235:16,24
236:1,3,6,11,
15,16,23,25
237:1,9,10,
23,25 238:4,
5,12,14,15,
17,20,21,22
239:2,5,7
240:17,18,25
241:2,7,8,10,
12,15,17,19,
21,23,24
242:3,4,5,7,
8,9,12,13,16,
23 243:3,4,5,
6,13,16,20,23
244:2,6,11,
13,15,24,25
245:5,15,16
246:10,13,14,
18,20 247:2,
7,12,15
248:7,12,15,
20,21,22,24
249:2,10,12,
15,24 250:1,
6,16,23
251:3,7,12,
14,18 252:18
253:7,11,15,
16,17,25
254:13,23,24
255:2,4,5,7,
13,14,19

256:1,6,7,10,
13 257:1,3,7,
13,21 258:23
259:2,24
260:17,21
261:1,3,5,8,
12,18,25
262:5,10,12,
15,23 263:1,
2,8,20,24
264:25 265:1,
7,8,18,23
266:2,3,4,15,
20,25 267:18,
24 268:12,13,
22,24 269:1,
5,11,12,15,
23,25 270:1,
20,21,24
271:1,6,10,
11,14 272:4,
5,6,7,8,10,
16,17,20
273:12,17,18,
22,24,25
274:11,15,19,
23 275:1,3,4

**today** 7:7
38:16 39:14
43:10,15
104:16 105:17
108:4,17,23
109:3 114:23
117:25 128:9
133:2 136:12
138:24 185:17
202:3,6
203:21 204:19
222:2,17
239:24 242:17

**together**
120:25

**told** 36:4
41:18 160:15,
21,23 161:7,
24 163:17
172:19 178:8,
20 182:4
188:24 204:4

208:12 265:12
271:19 272:17

**tolerate**
114:3

**tomorrow**
204:5 205:2
223:24 236:10
238:19 275:4

**too** 161:23
178:18 193:20

**took** 112:23
171:19 172:25
173:12 179:12
180:19,25
185:20 186:17
198:25 216:18
249:7

**top** 70:25
71:18 77:8
82:1 91:3,6,
19,20 95:10
96:8,10,16,17
97:14,15
99:16,20
102:5 106:11
108:7 113:21
157:25 172:4
195:18 216:18
231:4 250:6

**topic** 96:23

**total** 143:11
157:7 200:4

**touching**
123:6 217:18
218:25

**towards** 22:16
265:5

**trade** 15:15,
16 26:14,20
62:25 66:7,18
68:10 85:2
87:14 122:2,
3,6,9,18,23
123:1 129:11
135:19 140:14
143:7 158:17
159:9 162:8

**traded** 16:2
143:6 158:19
162:9

**trader** 15:18
86:11 97:22,
25 100:25
101:1,3,4

**traders** 23:3
43:6 85:20,23
86:2 98:5
99:7 121:23
124:5,14,20
125:13 127:8
143:1,9,11,14
158:16

**trades** 23:24
24:4 47:4
51:13 63:10,
11 142:17
158:10,11

**trading** 15:7,
10,11,12,19
16:6,8 22:9,
18,25 23:1,2,
5 24:19
25:18,21
26:4,15,20
41:12,17,23
42:16,21
43:9,14,24
63:1 71:12
72:4,10
88:19,24
89:16 90:14,
19 91:7
95:11,17
97:19,20
107:25 108:4,
17,22 109:2
119:3,8,11
121:1,6,7,9
122:4 123:5
126:17
127:14,18
128:5 131:18
143:2 158:20
159:2 162:6,
23 228:3,11,
24 229:8

234:17,19

**traffic**
111:19

**transcript**
81:19 98:25
99:5 100:13
176:13

**transition**
200:7

**transparency**
172:11 224:19

**travels**
258:16 259:10

**tried** 167:20
192:23 193:19
210:21 221:3
243:4,5,16

**trophy** 117:18
118:2

**true** 29:18
42:17 45:6
116:1,3,4
117:23 162:11
179:20 180:24
258:14 259:13
273:11

**truly** 58:20
174:3

**trust** 174:4

**trusted**
221:16

**truth** 8:13,14
83:13 163:24

**truthful**
197:17 214:17
220:14

**truthfully**
222:12

**try** 17:12
43:22 126:12
202:14,19
207:5 208:15
210:18 224:20
236:23 241:2

**trying** 47:13
55:10 78:23
79:5 107:15
163:14 167:19

182:6 198:13 206:6 220:16, 19,20,25 223:1 249:24 261:5 272:5

**Tuesday** 81:20 211:14 272:11,13

**turn** 18:25 29:3 31:18,21 35:1 48:6 55:22 81:24 255:19

**turning** 235:24

**two** 13:3,4,5, 10 14:10 15:5 16:21 17:5 40:9 82:19,22 87:4 90:5 104:11 110:1 124:12 139:5 154:19 157:4 162:3 190:6 192:23 193:3 194:13 195:1 196:15 198:15 213:8 216:18 222:23 241:8 257:23 260:1 261:23 263:6 272:11

**two-and-a-half** 92:4,6

**two-minute** 267:19

**two-thirds** 120:10

**type** 68:19 69:5 85:15 122:8

**typed** 71:4 274:21

**types** 228:19

**typically** 125:2

**typing** 216:19 274:17

---

**U**

**UAA** 263:25 264:4,15,23 265:5,11,16 266:3

**UK** 113:22 225:3 233:18 236:17

**ultimately** 210:5

**Um-hm** 65:21 100:3 151:19

**unabated** 149:8

**unable** 77:14

**unaware** 233:25 234:24

**unclear** 85:24

**under** 21:8 28:15 29:21 32:11 33:7,15 34:20 35:11, 17,24 36:20 37:10 46:11 52:21 56:14, 25 63:21 64:5 72:17,19 80:16 83:21 88:8 92:2 94:15 102:24 114:12 116:22 117:5 118:23 130:4 135:21 140:22 145:10 176:5 199:6 209:5,25 228:7 237:7 252:10 253:5, 14 269:21

**Underground** 23:23 24:14 59:25 62:25 63:9 64:7,13 66:10 73:15, 21,25 74:14 75:4 79:17

80:6,8,11 83:10,24 85:25 87:2, 10,13,23,25 120:13,16 121:7 158:9, 22 159:9

**underlined** 105:13

**underlines** 104:23

**underneath** 35:6

**understand** 41:15 42:20, 24 43:2,3,7, 9,12,24 44:1, 3 47:1,7 52:14,16 79:6 83:21 104:4,8 106:5 107:15 137:23 138:2 149:10 161:15 162:20 175:12 186:21 217:1 244:7 260:20 261:3 262:4 264:4 267:13

**understanding** 68:13 206:10 208:13 244:6 254:23 255:2 256:19

**understands** 53:22 92:17 131:1

**understood** 9:12 41:6 42:13 121:8 161:19 166:4 171:19 184:1 204:11 207:11 210:24 216:21 254:13

**unethically** 220:1

**Unfortunately** 242:14 270:1

**unhappy** 182:3

**uninterrupted** 148:19

**United** 26:25 32:13 41:24, 25 42:14 43:8,13 53:19,25 74:9 92:14 111:24 113:24 114:20 130:24 131:4 142:5 146:7 150:14 252:12 256:13

**unjustified** 223:21 224:5 236:9

**unlawfully** 20:9

**unless** 34:19 77:10 134:20 178:19

**unlimited** 107:1

**unpleasant** 176:25

**unprofessional** 212:17 264:25

**unprofessionally** 198:23

**unsolicited** 33:7 36:20 46:12 114:13 253:6 264:7

**unstoppable** 221:14

**until** 7:8 21:11,24 27:1 49:9 63:17,23 73:6 88:9,15 118:25 149:8, 15 150:3 158:2 204:5 209:12 216:7, 9 260:17,22 261:21,24 263:7 272:18 273:12,20,24

**untouchable**
221:14
**up** 7:10 17:11
22:16 24:5
30:14 61:5
62:16,22
63:11 76:25
100:12 123:21
133:24 149:8,
15 154:9,15
156:22 158:11
161:12 167:7
171:16 188:18
189:13,14
194:12 202:3
203:1,3
216:7,9
217:13 248:11
258:4 259:9,
12 260:12,16
261:7,19
262:7 274:17,
21
**update** 184:18
**updated** 136:4
**Upper** 140:2
**us** 7:20,24
20:10 21:8,
10,23 23:4
25:3 27:11,13
29:13,16
32:10,12,18,
23 33:5,12
34:1,4 35:7,
11,20,24
36:18 37:10,
12 38:18
41:11,16
42:15 43:17,
18,19,20,23,
25 46:9 47:2,
23 49:8 50:3,
7 51:11 53:17
54:16,18
55:6,7,12,18,
19 60:22,25
63:17,23
64:21 73:5
75:7,11,25

79:3,9,11
80:4 84:23,24
85:1,2,3,6,7
86:1,6 87:4
88:9,15
89:19,23
90:25 92:20
93:16,18
94:5,6 97:1
98:4,6 101:18
102:3,19
104:9,11,12,
22 105:2,7,11
107:5 108:1,
5,9,18,23
109:4 111:24
112:4,5
114:3,4,10
118:24 121:21
122:7 123:21,
22 124:21
125:2,4
126:20,24
127:7,8
129:11,12
132:6,9,22
134:16,18,20,
23 135:17,18
136:5,10
137:11
139:13,18,22
142:9,21
143:3,6,9
145:19 146:3
151:11 152:3,
9,15 153:12,
15 154:10,15,
21 155:12,14,
16,18,19
156:5,21,22
157:2 158:1,
16 160:4
161:12 175:16
177:16 180:1
190:7 203:12
211:10
217:15,23
218:24 219:25
225:6 228:4,

11,22,25
232:22 233:4,
6,22 234:16,
20 238:4,10,
21 239:3
241:19 242:4
243:5 246:20
247:7 249:12,
20,24,25
252:6,9,11,
16,20,21
253:3,11
254:3,6,13
255:4,13
256:2,8,25
258:3 259:15
260:13 263:20
266:3 275:4
**US-BASED**
22:9,18
**USA** 32:22
114:8 225:3
236:17
**use** 25:9 56:8
69:1 93:5
94:23 133:16
135:18 220:16
221:3 233:14
241:2 249:15
250:23 251:12
253:7
**used** 82:17,18
168:3,19
218:1,2,5
237:20,21
**using** 51:11
77:4 101:4
123:22 138:25
139:2 193:25
199:2 218:4
221:4 237:6,7
241:9 258:12
**usually** 14:5
96:6,8,9
262:20
**utilize** 229:8
**utilized**
233:2

---

**V**

**vacation**
200:4 271:10
**valid** 125:13
133:18
**valuable**
225:10 239:13
**vape** 10:17
11:3 272:25
**vapes** 10:6,7,
9
**vast** 142:8
143:8
**vendor** 233:2
**vendors** 177:2
**verbal** 9:1
51:9
**verbally** 65:7
271:19,22
272:1
**verify** 149:6,
11
**version** 242:8
**versus** 7:14
**very** 40:5
47:9 58:20
64:16 76:17,
21 77:11
101:7,11
106:11 108:2,
11,12,25
134:21 142:6
166:10
167:13,25
168:8,11
171:19 172:3,
9 176:24
178:3 182:3
193:8,10
198:22 201:12
202:17 206:8
207:9,10,11
210:20 211:8
214:22,25
216:17
221:14,18

Yaniv Frumanz

March 12, 2023

89

225:9 234:9
239:11,12,22
**via** 200:5
201:11
**video** 7:6,12
62:3,7
115:12,17
159:17,22
187:24 188:4
235:4,9
267:21 268:1
274:8
**videographer**
7:5,19 62:3,7
115:12,17
159:17,22
187:24 188:4
235:4,9
267:21 268:1
274:7
**videos** 23:2
**Videotaped**
7:1 175:25
**view** 232:24
**viewed** 228:22
230:4
**viewer** 84:17
**viewing** 65:5
**vindictively**
181:24
**violate** 20:9
223:5 257:5
**violated**
224:5
**violating**
222:25 225:6
**violation**
181:7,9
214:7,15
**violations**
20:23 70:8
**virtue** 216:12
**visa** 185:19
186:4
**visit** 179:22
182:15 230:2,
7,11,23

248:24
**visited** 69:20
250:16
**visitors**
56:11 95:1
260:17,22
262:1 263:9
**Visually**
29:20
**voice** 197:3
**voiced** 196:18
**voicemail**
197:4
**voluntarily**
117:8
**vouch** 17:12
18:1 163:4

————————

**W**

**W-2** 13:25
15:14
**Wade** 103:22
**Wait** 184:25
190:22
**waiting**
197:12 238:14
**waive** 274:10,
12,13,19
**walking**
216:19
**wall** 19:16
116:13 249:23
**want** 14:14
17:22 21:16
29:3 30:12
36:11,25
37:1,6 44:11,
15,24 69:11
76:11 120:4
124:18,19
125:3 149:6,
11 150:7,11
153:8,9
161:11 163:4
171:18 172:15
187:19 197:20

199:5 207:14
208:21,24
214:7 218:16
222:8,11
247:2 264:25
269:11
**wanted** 8:24
45:4 47:4
70:12 110:17
120:24 123:9
170:10 171:9,
15 172:10,11
173:24
174:10,12,13,
14 177:16,18
186:8 248:12
**wanting** 33:12
221:18 253:11
**wants** 45:11,
16
**warrants**
53:21 92:16
130:25
**Warrior**
26:15,20
119:3,8,11
121:1,6,7,9
123:5 126:17
127:14,18
128:5 131:18
**warriortrading
.com** 133:14
**warriortrading
.com/
suretrader**
136:4
**was** 8:18
10:21 11:4,9,
11,24 12:2,4,
8,17,22
13:20,24
14:3,6,12,13
15:2,11,17,
20,22 16:5,6,
9,12,22 17:1,
4,5,8,10,15
18:10 26:9,25
27:23 28:13,
14,15,19

29:4,12,14
30:6 31:5,8
34:9 36:4
37:22 38:8
39:1 40:9,17
41:6,23 42:18
44:7,25 45:4,
7,14 46:14,16
47:9,13,14,
17,19 48:15,
16,17,22,23
49:16 50:11,
16,17,21
51:4,8,9,10
52:2 55:10
57:22 58:23,
24,25 59:2,21
60:4,14,16,
18,24 62:5
63:15 64:21
65:4,14
66:10,12,14
68:5,16 69:24
70:10,17,21
71:23 72:13,
14 74:2,6,9,
10,19,23 76:5
79:3,9,19
80:4 81:17
83:21 84:11,
15,17,21
85:6,12,13,
14,15,16,17,
19,24 86:1,3,
5,7 87:15,23
89:7 90:2,14,
25 91:6 92:3
95:15,17
96:1,13 97:4,
10,22 98:12,
13,15 100:17
101:14,16,22
102:3,4
103:11,19
104:1 105:21
106:8,10,15
109:20,22
113:3 115:14,
15 118:13

119:15 121:5,
9 122:17,18,
22 123:1,24
126:9 127:3,
16,18,21,25
130:2 137:6,
10 138:13,14,
18,22 139:4
142:15,24
143:12 146:20
147:6 151:3,7
155:9,12
158:15,22,23
159:2,8,19,20
160:2 161:15,
20 162:7,20
163:20
164:14,18
165:3,18,20
166:4,7,8,9,
23 167:10,11,
12 169:19,23
171:14,21
172:1,2,3,6,
9,17,22
173:3,15,21,
24 174:8,10,
20,25 175:1,
13,16,23
176:1,24
177:6,12
178:3,6,14,
16,17,19,20
179:1,3,5,14,
23,25 180:1
181:1,2,7,9,
23 182:3,5,6,
7,16 183:6
184:1,9 185:8
186:7,9
187:2,17
188:1,2,18,
24,25 189:3
190:4 191:24
192:4,24
193:16,19
194:15
195:15,19
196:10 197:3,

8 198:12,14,
16,19 199:1
200:17,18,24
201:11 202:2,
10,17,18,19,
22 203:1,3,8
205:21 206:1,
2,6,8 207:2,
10,11 208:3,
12,14,16,25
209:1,3,5,8,
10,12,20
210:14,17,24
211:6 212:6,
16 213:7,9,
13,17,24
214:15,18,20,
24 215:3,5
216:5,19
218:3 220:12,
16,19,25
221:4,7,9,11,
14,16,18,19
223:8,9
224:9,22,23
225:15,25
226:13
227:22,23
228:18 229:13
230:8 232:11
234:4,7,8
235:6,7
236:22 237:1,
6,7 238:1,5,
9,13,14
239:10,18
240:12,13,14,
15 241:8,21,
24 242:5,9,
11,24 243:23,
25 244:8
245:5,6,25
247:24 248:4,
11 249:5,12,
22 250:13
251:10 254:24
255:16 256:6
258:24 259:4
260:6,20,21,

22 261:5
262:5,7,8,11
263:19
264:11,14
265:11
267:13,15,23,
24 269:2,22
270:17 271:9,
10,19,20,21,
23 272:3,4,5,
13 273:15,16
275:5
**wasn't** 13:24,
25 14:2 41:18
44:5 68:24
69:23 167:13
172:6 193:18
198:15 209:9,
11 223:7
232:13 236:22
249:22 274:21
**watch** 199:7
**way** 9:5 18:20
37:1 96:15
120:10 138:13
140:5 142:3
149:13 153:25
154:1 165:18
169:8 179:3
199:3 201:17
216:5 224:21,
22 227:11
241:4,24
256:2
**Wayback**
68:12,15,18
69:4 70:16,24
71:5 249:4,7,
14 250:5
251:9,20
**ways** 243:20
**Wayside** 68:23
**we** 8:24 9:11
14:1,4 20:21
22:11 28:2,17
35:19 38:23
43:10,15
44:10 45:22
46:23 47:12

48:1 49:14
50:2,5 52:14
54:25 59:5
61:5 62:2,7,
11,14,16
63:4,15 64:8,
20 66:8 69:1
70:5 71:4
75:6,8,9,24,
25 76:20,22
77:1 78:21
80:14 83:3,
14,16 86:1
89:18,19,20
92:2 93:2,25
95:5,8,21
96:20,22,23,
25 98:4
103:17 104:8,
9,21 105:9
107:14,15
109:7,25
110:1 111:18
112:6 113:25
114:1,2
121:12,13
122:8 123:17
124:4,6,13,
18,19,22
125:3,11,12,
17,20 126:19,
21 127:6,8
128:20 129:3
130:4,13
131:21 132:17
133:4 134:1,
9,24 135:25
136:5 139:5
140:2,16
142:15 145:23
149:4,5
151:3,8
153:18
154:13,14,15,
19,23 155:3,
10,11 157:7,
10,19 158:5
159:22 161:12
163:18 164:3

165:22 169:14
177:12,20
178:5,7 180:1
182:19 183:1,
20 186:13
187:18,20,21
188:4 189:16,
24 193:15
195:25 198:1
200:6 202:11,
25 203:1,17
205:3 206:17
207:1,2,14
208:21 210:9
212:8 214:1
218:2,17,18
220:21,22
234:10
235:12,14,18,
25 238:17,20
240:10
241:10,20
243:4,5,16
246:13,16,17
247:15 248:15
249:7 253:25
254:22 255:3,
5,9,25 256:2,
10,25 257:24
259:11,12,17,
20,24 260:7,
17 262:6
263:19,24
264:11,14
265:7 266:20,
25 268:1
274:13,24
**we'd** 121:14,
22
**we'll** 9:5
81:12 119:18
126:8,13
133:17 147:2
154:9 156:13,
15,17,19,23,
25 190:1
191:4 235:2
**we're** 7:5 9:4
18:3 27:20,24

30:3 38:24
44:23 45:9
52:15 70:14
88:6 95:8
115:17 127:23
142:3 153:6
154:9 157:21
159:25 183:3
190:6 198:20
235:9 239:5
242:1 246:14
249:2,24
251:7 255:6
257:25 259:16
263:11 265:2
267:18 268:24
**we've** 50:6
72:19 88:13
89:21 126:22
131:13 158:4
246:16
**web** 69:5
252:1
**website** 32:24
33:5 36:17,20
46:9 50:4
54:20 55:16
56:11 68:16,
18 69:11,12,
21 71:6 72:5,
11 75:8 84:11
86:12 89:20
93:20 95:1
96:23 99:3,16
102:4 105:8,
10 114:10
126:21 132:11
136:7 232:17,
18,22,24
233:1,5,10
241:16 248:25
249:19,22,25
250:13,17,23
252:22 253:3,
5,15 254:11
256:14,23
257:2 258:4
261:1

**websites**
33:7,16 46:11
114:12
**Wednesday**
272:15
**week** 166:14
204:24 248:12
272:11,15
**weekly** 270:16
**weeks** 198:15
212:23
**Weinstein**
139:21 140:5
**weird** 192:24
**Weissman**
67:10,15,24
68:8 69:20
70:1,11 83:24
89:5 91:10
95:4 114:25
128:11 242:23
243:3,10,18
244:2,12,14
245:25 246:4,
10 247:11
248:4,7
**welcome** 50:5
75:8 89:21
126:22
**well** 17:1,21
42:8 44:17,22
77:6,9 79:11
121:23 122:21
123:4 140:16
151:6 164:7
188:16 198:16
206:14 212:12
221:22 231:25
268:17 271:23
**well-trained**
122:12
**went** 46:23
80:14 84:14
208:15 241:7,
14
**were** 11:2
13:7 14:17,24
15:3,19 16:8,

17,19 17:5
19:23 21:17
22:25 23:4
40:23,25
41:9,14
42:16,24 46:5
47:11,13
55:11 59:25
60:18,21
62:12 64:6
65:4,7 72:13,
14 74:1,7
83:3,9 86:19
87:2,7,9,22,
24 90:2,3
95:20,22
109:13 111:3
112:19,21
114:25 115:3
122:22 130:2
131:12,17
136:16,17
137:18 138:15
142:12,15,21
143:1,2,6,9,
10,13 151:3
157:8 160:11
162:5 166:20
168:19 171:19
172:12 174:15
176:17
178:15,18
179:13
180:12,16
184:4,12
188:23 189:2,
20 191:10
193:2,14,21
197:16 198:13
202:3,25
204:8 208:5
209:23 211:5
213:23 214:16
217:24 219:2
220:14,23
224:14
225:13,18
227:16
228:14,21

230:6,10,18
231:1 232:4
233:9,25
234:24 237:10
238:10 258:22
260:4 261:4,
12 264:15
265:23 269:18
270:3,11,12
271:14 272:1,
23 273:20

**weren't**
189:22

**what** 9:13
10:1,4,9,15,
20 11:9,11
12:2,4,18
13:14,19
14:13 15:5
16:7,11,20
17:6,19,22
18:3,21 19:2
22:13 27:20
28:12 29:7
34:14 35:17
37:12,18,24
38:6,20 39:17
41:22 43:21
44:6 46:17
47:19,20
50:24 51:1
61:14 62:16
63:19 67:19,
22,23 68:13,
21 69:4,9
70:9,10 72:15
75:18 76:20,
22 79:5,17,23
84:7 85:12,
13,16,17,23
86:4,5 87:16
91:18 95:20
96:15 99:16,
24 102:11
104:4,11,12
106:3 107:19
112:20 116:4
117:14 118:10
119:18 120:4

123:24 126:7
127:5 130:15
133:8,23,25
135:8,17
136:8 137:23
140:5,10,19
143:18 144:3
145:13,23,25
148:21 149:24
150:4 151:3,7
152:13,14
153:20
154:13,14
155:6 157:10
161:22,23,25
163:7,10,11,
14,20 164:5
165:15 167:19
168:4,13
169:8 170:6
171:9 172:2,
12 176:6,23
180:20 181:22
185:4 186:9,
16 189:14
190:15,24,25
191:15,23,25
192:7,9,19
193:2,5,18,24
195:25 198:7,
11 199:7
201:1 202:5
205:23 206:6
211:12 214:16
215:25 216:8
219:22 220:25
221:6 223:5,
15 225:13,15,
18 226:22
234:11 236:24
237:1,15
238:15 240:14
242:3 243:5,
16 245:4
246:19 248:18
250:12 257:3,
16 258:1
260:4 261:2,5
262:7,12,23

263:15,19
264:4,12,23
265:11 266:22
267:14 268:23
274:11,17,18

**what's** 20:21
29:25 30:17
76:19 77:7,19
78:2 131:15
148:21
160:15,20,23
164:1 190:23
193:4 203:25
211:21 218:10
222:6 274:20

**whatever**
45:10 173:21
213:15 220:22
221:19

**Whatsapp**
160:12 175:19
203:2

**whatsoever**
34:18

**when** 15:9
23:5,14,24
34:9 41:1,9
48:11 52:14
57:14,19 59:8
63:10 66:16
67:25 74:3,10
82:24 87:2,12
117:15 122:19
128:11 154:2
158:10 161:19
163:13,16
164:1,8,14,19
166:1 167:2
171:7 172:18
174:3 178:23
180:19,22,25
181:24 182:7
183:25 184:8
192:3,7,15
193:2 194:3
197:15,17
198:9,14
202:9,15,22
206:15 207:9

208:17,22
210:2,15
212:20 214:15
218:2,11
219:2,9
220:14 221:15
225:13 228:14
230:11 242:12
244:19 246:24
250:5,16,19
254:24 255:11
261:2,7,9
262:21 270:19
271:10,14
272:23

**where** 9:16,
21,24 10:18
11:17 12:7,14
17:25 20:14
21:15,16
22:11 29:4,10
31:11,14
35:1,5,19,22
36:25 37:3,6,
8 40:20 43:17
52:8,21,24
54:25 55:1,
10,13 64:10,
21 71:9,18
72:20,24
73:3,4,10
77:25 78:12
88:8,11,14
90:21 91:16
93:25 94:1
96:20,22
99:19 100:6
102:13 103:3,
13 106:11
107:24 108:3
113:13 118:21
123:14,15,19
124:7 128:20,
21 129:6,15,
20 131:23
132:5,17,18
133:12 134:9,
10,15,17
137:23 138:2,

13 157:20
160:18 168:15
169:14 170:17
173:8 178:17,
20 183:2,18
185:25 199:4,
5 209:16
220:23
226:21,23
228:6 233:21
235:12 236:2
238:18 239:1
242:4 252:6
257:24 263:4
270:21

**whereby** 56:19
130:8

**whereof** 78:6

**whether** 23:4
37:24 38:4,20
42:13 51:6
67:24 70:11
74:13 95:15
130:2 159:7
194:2,4
228:3,10,21,
23 247:20
257:5 258:11
259:4 260:6

**which** 8:1,25
12:16 26:10
53:14 55:23
62:14 64:8
73:22 79:3,
16,21 80:8
84:17 88:11
92:9 101:4,6,
14 111:12
125:19 129:3
130:19 140:13
143:1 149:18
150:4,13
151:16 152:2
153:9 162:8
163:4 167:16
170:18 172:17
177:16,17
180:8 185:19
188:7 189:7

202:15,21
207:8 208:8,
12 211:17
227:13 229:15
233:15
235:14,18
237:7 239:25
240:19 248:19
252:11 254:21
255:1 272:18,
21 273:18

**while** 14:16,
24 36:3 37:20
38:14 41:4,14
62:11 103:6
122:10 142:12
157:17 171:4
174:4 220:12

**whispering**
7:10

**whistleblower**
18:9,15 19:9,
15 48:4 62:15
66:16 72:9,16
74:15 88:6,7
91:14 116:12
117:15,17
118:1,18
131:13,19
158:15 159:8,
11 188:8
193:25

**whistleblowers**
117:8,18
118:3

**who** 16:24
20:7,16 24:19
32:13 38:7
41:10,15
42:13,14 43:5
51:15,21
75:23 78:3,14
100:17 107:12
109:9 111:3
117:8 120:12
121:4 133:18
143:5,6,7
150:14 153:11
154:11 159:9

162:25 177:2,
12 178:25
193:5,14
200:11 203:14
206:5 218:2
220:5,7,9
221:15,16
227:10,16
232:15 241:3,
21 242:5,9
247:3 252:12
255:13 258:4
265:1,20
266:14 268:19

**whole** 8:13
74:5 120:3

**whose** 98:22

**why** 44:10
79:12,25
96:9,17 98:5
100:22 101:3
154:14,15
155:2 162:24
163:2,21
170:22 171:19
172:12 182:2
186:14

**will** 7:7,25
8:1,13 9:1
27:20 28:2,
17,25 38:19
45:17 48:1
50:5 51:11,
12,18 53:13
54:11 56:17
57:3,5 61:1
62:16 75:8
80:3 89:20
92:8 93:11
103:17 104:9
109:7 112:4,6
114:2 117:12
118:2 119:21
122:5,12
125:12 126:21
129:7 130:6,
18 132:1
135:20 142:20
154:23 164:20

166:4,8
169:15 172:20
175:2 183:4
185:6 187:15
190:1 195:13
199:23 200:4,
5,22 201:10
210:8 213:15
221:9 225:5
232:23 236:23
246:17 247:14
248:1 256:21
261:1,20
265:7 273:23
275:1

**win** 117:22

**win-win** 122:8

**winning**
117:19

**winters** 14:5

**wish** 21:17
154:2 200:6
210:10 213:16

**with** 8:3,6
9:6 14:16,24,
25 15:16,21
16:4,5 17:11
18:20 20:7,25
21:2 22:9,18
23:15,24
26:14 27:24
28:7,9,12,22
29:13,22,25
30:2,9 32:21
33:12,17
34:1,2,21
35:7,12,15,18
39:10,11,12,
24 41:11,15
42:15 43:18
47:11 48:12
51:10,15
53:17,22 54:4
56:19 58:12
60:24,25
62:10 63:10,
21 67:1,5
68:12 69:24
70:2 72:13

74:5,8,20
75:24 78:14
79:2,22 82:5,
10,14 83:11,
23,25 85:2
87:10,13 88:4
89:2,4 91:10
92:12,17,24
95:4,21
102:10 104:22
105:3 107:5
112:8 114:7
115:10 119:3
121:9,14,15,
21 122:9
124:6,9,18
128:11,24
130:8,21
131:2,9,18
135:20 138:3,
10 139:19
140:17,20
141:1 143:6,
19 144:9
145:3 146:10,
17 147:3,19,
24 148:2,6,7,
9,13 152:15
154:11 157:21
158:10 161:11
162:6,23
164:17 166:3,
20 167:9,10,
17,23,25
168:2,8,9
169:1,2
171:13,16,17,
18,21 172:10,
14,15 173:1,
13,21 174:3
176:17 177:11
178:8,15
181:14 182:3
183:20 185:22
186:10,11,18
187:1,5,7,19
188:10,12
189:11 192:21
193:7,17,18

195:11 198:24
199:2,14,20
201:6 202:1
205:17 206:5
207:3,20
208:8,10,18
209:3,21
210:5,7
211:4,21
212:12 214:6
215:6 219:22
220:17,21,24,
25 221:2,10,
12,13 223:15
224:20 225:4,
7 226:18
229:8,20,22
230:3,18
231:19 232:21
235:1 237:1
239:7,11,24
240:8 242:17
243:25 244:5,
12,14,16
245:6 246:20,
24 247:7
248:18 251:1
252:19
253:11,16
254:4,13,18,
25 255:6,8
256:1,8,12,23
257:9,14,18
258:10,20
259:17,20,24
261:9,10,11,
13 262:8,9,
12,13,22,23
264:11,14,19
267:3,19
270:8,16,25
271:3 272:3
273:16,19,20

**within**   110:2
223:6

**without**   34:5
93:9 157:6

**witness**   8:2,
15 27:24

30:17 44:19
45:4,13,20
59:13,21
60:11,16,21
66:21 69:14
71:9 72:7
77:18 78:6,19
79:24 80:23
81:5,10 83:7
84:25 86:6,
10,15,18,21,
24 109:24
110:4 120:16
126:2 140:11,
13 148:23
157:13 158:25
181:19 182:19
186:24
187:18,23
190:24 191:5
216:9 235:3,
19 253:8
254:8,16
257:16 273:3,
15 274:5,23

**women**   193:17

**won't**   155:11
212:23 217:18
218:25 242:15
260:25

**word**   129:22
206:7,12
219:15 222:10

**words**   17:10,
24 35:20
167:16 189:5
193:25 218:4
220:17 260:25

**work**   10:18,23
11:5,17,19
12:7,9,15
13:15 14:8
15:6,9 16:8,
20 17:9,13,15
28:7,9 33:12
58:7 71:1
161:11 162:22
166:17
167:13,24

169:13 177:2
179:24 181:3
183:20 184:1,
5,12,15
185:19 186:4,
8 187:6,12
188:24 189:1
192:13 199:19
202:14,19
203:1,3
205:15,19
206:4,11
207:5,13,19
208:6,16,22,
25 209:10
210:10,22
213:7 215:3
217:4 226:9
237:9 242:15
246:20 247:7
253:11 269:23
270:8,12
272:6,7

**worked**   10:19
11:10,18,23
13:16 15:5,7
16:21 20:7,16
28:22 36:3
37:21 38:9,14
41:3,4 44:3
47:7 49:1,2
58:4 71:2
83:9 87:7
96:13 103:7
110:20 162:1,
4,11 198:14
237:8 250:11
269:14

**working**   10:2
14:17 16:19
32:21 41:9,14
79:19 87:9
105:3 114:7
120:25 142:12
162:17 183:25
184:9 213:17
220:12 248:23
252:19 261:4
269:24 270:4,

12

**works**   241:4
262:11

**worried**   199:1

**worry**   175:20
182:22

**would**   11:20
12:22 16:22
25:9 37:9
41:2,11,16
42:15,18 47:3
50:19 51:18,
22 52:12 55:2
84:16 86:16
94:2 96:10,12
105:12 109:24
110:15 111:18
113:20 116:23
118:11 122:2
124:22 125:25
132:19 134:11
137:8 142:8,
9,22 143:7,8
145:14 162:3,
8 163:4,23
166:24 167:6,
8 175:9
177:1,2,19
178:18 179:4
180:14
181:10,12
186:22 187:23
188:20 192:17
195:2,12
196:12
201:14,20
204:4 206:10,
11 207:12
209:24 210:3
217:23 225:9,
16 234:6
235:19 237:19
238:10,12
257:5 264:15
265:18 269:11
270:19 273:24

**wouldn't**
14:22 175:23
261:23 263:6

**write**   19:20
20:18 21:5
58:12 172:6
191:19 192:3,
18 241:17
261:19

**writes**   99:16,
24 104:18
111:7 114:17
166:12 261:19

**writing**
33:17,19
48:15 213:1
215:10 216:21
253:16,18

**written**   34:5,
22 48:17,23
82:10,13
83:25 93:9
95:15 122:18
187:3 206:9
229:5 240:16
244:7

**wrong**   227:22
234:6

**wrongdoing**
182:20

**wrongfully**
268:5

**wrote**   171:7
223:10,12
241:20

**www.
investmentinfo
.com**   105:8

**www.suretrade.
com.**   250:6

---

**X**

**XL**   10:19,20
11:3,8,10,17
268:8,21
269:7,19,23
272:2,24

---

**Y**

**Yan**   100:20,23
101:5 160:2
169:22 176:18
213:5 237:25
258:3 260:10

**Yaniv**   7:13
8:17 19:14
31:1 40:17,20
41:1,3 66:5
75:18 100:14,
25 116:11
127:5 165:8
166:14 168:23
175:4 176:18
183:5 185:18
190:3 199:18
200:24 201:8
203:7 207:18
209:20 227:9
242:24 243:3
248:14 255:16
269:7 274:8

**Yaniv/active**
97:25

**yaniv@
suretrader**
183:10

**Yaniv@
suretrader.com**
49:20

**Yar**   270:3,8

**yeah**   11:14
12:25 13:6
25:8 40:16
49:7 59:2
61:11 71:2,21
73:2 77:25
83:2 86:10
97:20 108:9
111:14 120:9
121:6 123:25
126:4 136:11
138:15 160:22
164:2 174:14
181:12 193:4

**195:4,8**
196:11 218:16
219:5 227:2
230:10 234:12
237:19 240:12
257:25 264:25
266:2 271:21

**year**   10:16
11:22 12:11,
22,24 13:13
14:13 15:25
16:2,7,14,15,
19 162:3
164:20 166:23
168:20 172:3,
16 186:6
189:4 198:18
259:21 261:7
272:25 273:13

**year-and-a-
half**   82:22

**year-end**
167:25

**Yearly**   10:14

**years**   82:19
92:4 118:13
169:5 191:25
219:22

**yelling**   15:2,
4

**yellow**   71:20
251:1

**Yep**   152:19
153:3

**yes**   11:24
13:9,18,22
14:19 16:18
17:14 18:8,17
19:5,11,25
20:17,20
21:7,21
22:20,23
23:8,11 24:17
25:11,15,24
26:17,22
27:7,19 28:2,
6 29:20,22
36:1 39:22

40:3,22,24
41:24 42:23
44:17,19
46:19,25
47:21,24,25
48:8 49:3
50:12,14
52:17,20 56:1
57:1,5,8 59:7
60:4,5,8
61:19 62:19
63:2,7 64:3,
15 65:23
67:11,18,19
74:15,16,17
81:23 82:12,
15 83:19
87:24 90:2,9
91:5 92:6
94:13 97:24
98:2,13 99:1,
4 100:2,16
102:18 104:3
105:6 106:5,
7,19 108:20
109:5 110:9,
21 111:6,9,16
112:13 113:9
114:19 115:7,
25 116:21
117:2 118:7
119:5,24
120:19 121:3,
10 123:24
127:1 130:1
132:4 135:24
136:22 137:8
139:9,14,16
140:13,24
141:5,11,14
143:21 144:1,
19 145:1,12,
17,24 146:2,
5,18,23
147:1,11,17,
22,23 148:1,
5,8,11,15,18,
25 149:2,3,11
150:1,6

151:14,23
152:6,8,10,
12,17,23
157:23
158:14,21
159:10 160:7,
10,13,25
161:3,5
162:19 163:20
164:6,11
165:20 170:4,
8,13,19 173:9
174:7 175:6,
8,11 176:10,
22 177:8
179:18 181:4,
5,9 182:1
183:24
184:11,14,17
190:11,18,20
193:10
194:17,21,25
195:9,24
196:5,8,13,22
200:16,21
203:13 204:2,
10,14,25
205:10,13
209:12 212:10
215:9,11,15,
17,23 217:5,
9,21 218:14
219:6,7,15,17
221:18 226:11
227:1 231:7
232:9 234:14
235:3,21
236:4 237:14
238:8 241:2,
22 242:3,7,
19,21 245:4,
7,11,13,19
249:1,22
250:8,12
252:4,5,7,14
256:10 259:5,
8 263:14,18
266:13,17,22
267:2,6,10,16

268:7,9,11
269:13,20
270:10 273:10

**yesterday**
41:22 47:12
50:13 75:14
90:1,10
115:22 137:3,
4,9 180:24
268:4

**yet** 101:5
106:20 212:13
218:18 220:19
223:18 236:6

**York** 14:4
16:10 232:19
241:8 244:5,
22 268:20
269:9,10
272:8

**you** 8:12,25
9:1,7,9,11,21
10:1,11,13,
17,18,20,23
11:2,5,10,17,
19,22 12:7,9,
15,18,21
13:1,7,10,13,
14,19,23
14:8,13,16,
23,24 15:5,6,
9,13,14,16,
19,24 16:2,7,
8,11,17,19,
20,24,25
17:3,7,8,14,
16,21,22
18:1,3,6,12,
15,18,25
19:9,18,20
20:12,13,14,
18 21:3,5,14,
15,16,22
22:2,4,10,19,
21 23:7,9,16,
18 24:1,6,8,
11,13,16,18,
21,23 25:7,
13,23,25

26:7,10,16,20
27:3,5,15,17,
20 28:3,7,9,
12,22,25
29:2,4,10,17,
19,22,25
30:8,9,12,16,
20,23,25
31:3,5,11,12,
14,18,21
32:4,7,15
33:1,9,22
34:7,9,10,24
35:1,3,5,9,
12,15,18
36:2,3,10,22,
25 37:1,2,5,
6,8,17,18,20,
24 38:4,9,10,
13,14,16,20
39:2,6,8,10,
11,12,13,14,
15,17,21,24,
25 40:2,3,4,
6,7,10,11,13,
14,15,20,23,
25 41:4,6,9,
13,14,21,22
42:13,16,20,
24 43:2,3,7,
9,11,12,15,
18,23,24,25
44:1,3 45:1,
5,10,17,22,
23,25 46:3,5,
13,21,22,23
47:1,7,20,21
48:6,9,13,18,
19,20 49:2,4,
12,19,22,24
50:6,9,13,19,
22 51:6,18
52:5,8,14,16,
18,21,24
53:9,11 54:5,
13 55:8,9,10,
11,13,20
56:12,14,23,
24 57:7,9,12,

14 58:2,4,7,
9,22 59:8,9,
16,17,19
60:6,13,18
61:5,12,13,
19,25 62:10,
16,18,22
63:3,13 64:1,
5,14,18,25
65:2,11,19,22
66:13,15,16,
17,19,24
67:14,21,23,
24,25 68:4,8,
12,18,25
69:4,5,6,9,
11,17,20,25
70:1,11,23,25
71:1,7,15,23
72:3,4,10,20,
22,23 73:4,8,
9,11,15,17,
19,22,23
74:13,14,17
75:10,12,14,
17,18,20,23
76:1,11,18,25
77:1,2,3,5,
10,13,16,21,
24,25 78:10
79:7,14 80:4,
18 81:2,7
82:2,5,9,13,
20 83:5,9,15,
17,21,23
84:10,18,21
85:3,6,17,21,
22,23,24
86:5,12,20,22
87:2,7,9,12,
21,24 88:2,8,
11,14,17,21,
24 89:15,22,
25 90:5,6,8,
10,21 91:3,6,
11,13,16,17,
25 92:4,25
93:13 94:7,9,
10,13 95:2,4,

12,15 96:12,
13 97:2,4,6,
14,21,22
98:1,3,6,9,
10,12,20
99:2,11,13,18
100:5,6,13,
15,17,24
101:8,9
102:4,7,9,10,
12,13,16,20,
21 103:3,6,9,
13,24 104:1,
4,14,16,18,
22,24 105:5,
7,11,14,16
106:1,3,5,13,
19,20,22,24
107:3,7,12,
23,24 108:6,
19 109:6,10,
13,16 110:6,
8,19,22,24
111:1,3,17
112:1,8,10,
15,17,19,20,
21 113:11,13,
16 114:15,21,
23,25 115:3,
22,23,24
116:4,5,8,15,
17,19,22
117:1,14,15,
21,22 118:4,
8,14,16
119:1,4,7,10,
21,22 120:1,
2,12,20
121:2,12,18,
24 122:12,15,
19,22 123:9,
11,19,20,23,
25 124:7,15,
23,24 125:2,
5,7,15,21
126:2,13,14,
23,25 127:2,
5,11,13
128:7,9,11,

12,18,21
129:1,5,13,15
130:2,11
131:10,12,17,
18 132:3,5,24
133:1,6,12,
14,20 134:1,
2,3,5,13,15,
18 135:8,10,
11,18,20,21,
23 136:3,6,8,
12,14,16
137:3,4,9,13,
18,23 138:2,
5,9,12,16,19,
24 139:11,17,
19,23,25
140:3,16,22
141:1,7,15,
17,25 142:4,
11,12,13,18,
19 143:10,17,
23 144:3,7
145:13,20
146:22 147:6,
9,13 148:16
149:6,11,12
150:7,11,13
151:7 153:8,
9,10,11
154:2,4,14,
24,25 155:23
157:13 158:13
159:7,10,13
160:4,5,6,11,
14,17,22,24
161:4,8,10,
13,15,17,19,
20,24 162:1,
5,11,17,20,25
163:1,4,6,8,
11,12,13,14,
17,24,25
164:4,8,10,
12,14,15
165:9,11,14,
22,23 166:14,
17,19 167:3,5
168:3,5,10,

14,16,19,23
169:9,10,17,
19 170:2,3,5,
12,14,15,17,
21,24 171:1,
5,7,8,11,12,
13,16,17,18,
20,22,24
172:12,23
173:1,6,7,8,
9,11,13,18,
21,24 174:1,
3,6,12 175:5,
9,12,13,20,23
176:9,11,17,
19,23,25
177:4,6,9,20,
21,23,25
178:2,6,12,
14,15,19
179:7,16,18
180:6,12,16,
18,19,23,24,
25 181:16,22
182:2,4,7,8,
12 183:9,12,
18,23,25
184:4,8,12,18
185:4,12,14,
23,25 186:2,
21 187:7,10,
19 188:7,8,
13,19,20,22
189:2,6,8,14,
18 190:7,8,9,
12,14,18,24
191:2,7,10,
14,15,19,21,
23 192:3,5,7,
11,18,25
193:2,3,7,10,
12,14,21
194:1,3,4,11,
12,14,15,16,
18,19,20,23,
24 195:1,5,6,
7,8,10,18,21,
22,23,25
196:3,6,7,14,

Yanez v. Eduardo

March 12, 2023

19,21,23,24
197:1,4,6,7,
8,9,13,15,16,
17,19,21,23,
24 198:2,5,7,
9,10,19,21
199:2,6,13
200:5,6,8,11,
14,17,19
201:7,10,11,
15,17,20,23,
25 202:1,3,4,
7,9,17
203:11,12,14,
18,21,24
204:6,8,11,
12,15,20,22,
23 205:1,2,5,
7,9,11,15,24
206:10,11,21
207:4,14,22,
24 208:4
209:14,17,20,
22 210:10,12
211:1,15,21,
23,25 212:2,
9,12,18,21,24
213:1,3,15,
16,19,21,23
214:2,3,4,5,
7,9,10,11,13,
15,16,18,19,
20,24 215:1,
2,8,10,12,16,
19,22 216:5,
11,17 217:1,
2,9,11,13,16,
19,20,22,23,
24 218:5,6,7,
9,11,13,15,21
219:1,2,13,
15,18,21,22,
25 220:3,5,7,
9,11,14,15,18
221:15,16,21,
24 222:1,2,4,
7,8,14,16,17,
18,21,23
223:3,5,6,23

224:7,9,10,
14,18,25
225:11,13,18
226:7,9,12,
20,22 227:1,
3,6,9 228:1,
5,12,14
229:1,10,22
230:6,10,18
231:1,4,8,14,
16,19 232:2,
4,6,11,14,23,
24,25 233:7,
9,19,21,25
234:22,24
235:22,25
236:2,10,12,
14,19,21
237:1,11,13,
15 238:4,5,7,
9,10,17,18,
19,22,24,25
239:1,3,6,14,
22,23 240:2,
4,6,8,11,14,
21,24 241:3,
6,10,11,13,
16,19,21
242:1,2,8,12,
13,16,18,20
243:5,8,10,
13,16,18
244:2,16,17,
19,24 245:2,
6,8,9,14
246:5,9,14,
19,21,22,25
247:3,5,7,9,
16,18,20,21,
22 248:8,12,
16,18,19,24
249:9,18,20
250:5,7,9,10,
16,17 251:3,
5,14,18,23
252:6 253:23,
25 254:11,12,
14,18 255:2,
7,12,23

256:4,6,12,
18,19,20,23,
25 257:5,9,
14,18,21
258:6,14,18,
20 259:4,6,
11,13,17,18,
22,24 260:2,
4,6,9,12,14,
18,20,22
261:2,15,18,
19,20 262:2,
4,19,20
263:1,3,9,12,
18,21 264:2,
4,7,10,16,18,
21,23 265:9,
11,12,14,17,
20,22,23
266:6,8,10,
12,18,21,23,
25 267:3,5,7,
9,11,13,17
268:4,5,10,
12,13,15,16,
21,23 269:12,
16,18 270:6,
8,11,12,19
271:3,12,14,
17,20,21,23,
24 272:1,23,
24 273:7,8,11
274:4,11,19,
20 275:3

**you'd**  120:25
187:21

**you'll**  37:15
71:5 120:5
123:13 125:20
130:16 135:25
145:9 239:12
242:4 247:11
255:23

**you're**  8:12
15:15 18:2
37:3 42:21
77:6 85:18
86:6,10
119:24 126:7

147:12 157:17
164:1,7 166:1
167:19 189:8
190:21,25
194:14 197:25
198:11 202:5
209:11,12,25
217:3,18,22
218:25 219:23
222:3,9
223:10,11,15
230:8 259:2

**you've**  44:22
67:4,12 69:12
161:7 163:9,
17 175:7
244:13
274:16,17

**your**  8:10
9:13,16 10:9,
15 12:2 15:16
16:4,8 17:8,
15 19:21,23
20:19 21:6
22:5,22
23:10,19
24:24 25:14
26:1,9,21
27:6,18 29:3,
9 31:5 38:21
39:10 40:3
42:12 44:23
45:16 48:4,7,
15,22 50:7
57:12 61:5
62:11,14 63:4
64:5 65:11
66:16 68:24
69:25 72:9,25
74:15 75:10,
25 80:22
81:7,21,24
84:10 86:12
87:22 88:5,7
89:4,20,23
91:10,14 95:9
97:22 98:5
99:20 107:24
109:12 110:14

111:18 116:6,
9,18 117:15
118:8,11,22
120:15 121:4,
8 122:2
123:22 125:17
126:23
131:13,19
133:2 135:20
149:4,11
150:12 157:8
158:15 159:7,
11 160:15,20,
21,23,24
161:16,21
162:6,18,21
165:13,21
166:15,18,19,
21 167:22,25
168:1,6,20
170:15,21,23
173:23,24
174:3,8
179:21,24
180:19,25
181:22 182:14
183:18 184:1,
8,12,18 186:3
188:8 189:22
192:12 193:25
195:19 197:8,
12,25 199:13,
19,23 200:4
204:24
205:12,14,21
206:4,10,16
207:19 208:6
209:20 210:1,
6,10,14 211:1
213:5,7,11,
16,24 215:24
216:2,6,13,
14,22,23,25
217:3,16
219:3,16
220:1 221:16
222:12 223:5
224:1,9,10
235:24 238:10

239:22,25
242:8 243:4,
6,7,10,17,18
244:20 245:3,
9,18 246:7,25
248:20,23
250:16,23
254:19 255:7,
19 259:6
265:22 268:6,
19,22 269:11
270:12,13
273:9,12
**yours** 58:20
78:19 221:16

---

**Z**

**zero** 262:14,
15 263:1
**zeros** 90:22
143:22