**Page 1**

```
 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF FLORIDA
 3
 4   SECURITIES AND EXCHANGE    )
     COMMISSION,            )
 5                          )
         Plaintiff,         )
 6                          )
         vs.                ) CASE NO.:
 7                          ) 1:21-CV-21079-Bloom/Otazo-Reyes
     MINTBROKER INTERNATIONAL,  )
 8   LTD., f/k/a SWISS AMERICA  )
     SECURITIES LTD. and d/b/a  )
 9   SURETRADER, and GUY       )
     GENTILE, a/k/a GUY GENTILE )
10   NIGRO,                 )
                            )
11       Defendants.        )
     _____)
12
13
14
15   REMOTE VIDEOTAPED DEPOSITION OF ROSS PIERCE CAMERON
16                     VIA WEBEX
17             Tuesday, March 14, 2023
18
19
20
21
22
23
     Reported by:
24   Diane M. Bolan,
     CSR No. 12883
25   Job No. 230314DBO
```

**Page 2**

```
 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF FLORIDA
 3
 4   SECURITIES AND EXCHANGE   )
     COMMISSION,            )
 5                          )
         Plaintiff,         )
 6                          )
         vs.                ) CASE NO.:
 7                          ) 1:21-CV-21079-Bloom/Otazo-Reyes
     MINTBROKER INTERNATIONAL,  )
 8   LTD., f/k/a SWISS AMERICA  )
     SECURITIES LTD. and d/b/a  )
 9   SURETRADER, and GUY       )
     GENTILE, a/k/a GUY GENTILE )
10   NIGRO,                 )
                            )
11       Defendants.        )
     _____)
12
13
14
15
16
17       Remote videotaped deposition of ROSS PIERCE
18   CAMERON, taken on behalf of Plaintiff, via Webex,
19   beginning at 2:14 p.m. (ET) on Tuesday, March 14, 2023,
20   before Diane M. Bolan, Certified Shorthand Reporter No.
21   12883.
22
23
24
25
```

**Page 3**

```
 1   APPEARANCES:
 2
 3   For Plaintiff:
 4       UNITED STATES SECURITIES AND EXCHANGE COMMISSION
         BY:  ALISE JOHNSON, ESQ.
 5            ALICE SUM, ESQ.
         801 Brickell Avenue, Suite 1950
 6       Miami, Florida 33131
 7
     For the Defendant Gentile:
 8
         FORD O'BRIEN LANDY, LLP
 9       BY:  STEPHEN R. HALPIN III, ESQ.
         275 Madison Avenue, Floor 24
10       New York, NY 10016
11
     For the witness:
12
         PAUL HASTINGS
13       BY:  NICHOLAS MORGAN, ESQ.
         515 S. Flower Street, 25th Floor
14       Los Angeles, CA 90071
15
     Also appearing:
16   "guy"
17
     Videographer:  Nancy Holmstock
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1                  I N D E X
 2       WITNESS: ROSS PIERCE CAMERON
 3   EXAMINATION                   PAGE
 4     By Miss Johnson             6/126
       By Mr. Halpin               93
 5
 6                  EXHIBITS
 7   EXHIBIT                    MARKED
 8   Exhibit 34 - Email thread - 4/28/16      23
 9   Exhibit 35 - Email thread - 8/2/16       28
10   Exhibit 36 - Marketing Services Agreement    37
11   Exhibit 48 - Screenshot - Broker Rebate Program  57
12   Exhibit 38 - Email thread - 1/27/17      64
13   Exhibit 39 - Email thread - 2/10        67
14   Exhibit 40 - Ticker TV correspondence    73
15   Exhibit 41 - Email thread - 3/21/17      76
16   Exhibit 42 - Email thread - 3/21/17      80
17   Exhibit 32 - Screenshot - Review        84
18   Exhibit 43 - Email thread - 7/17/17      89
19   Exhibit 1 - Email thread - 8/21/16       99
20   Exhibit 2 - Marketing Services Agreement    106
21   Exhibit 4 - Email thread - 10/4/16      110
22   Exhibit 5 - Email thread - 10/11/16     114
23   Exhibit 9 - Email thread - 3/2/17       116
24   Exhibit 7 - Review                    119
25   Exhibit 8 - Email thread - 7/17/17      124
```

EXHIBIT

D

**Ross Cameron**
**3/14/2023**

1    Webex Proceedings, Tuesday, March 14, 2023
2         2:14 p.m. (ET) - 6:04 p.m. (ET)
3
4         THE VIDEOGRAPHER:  We are on the record.
5  This is the recorded deposition of Ross Cameron on
6  behalf of Warrior Trading in the matter of Securities
7  and Exchange Commission versus MintBroker
8  International, LTD., et al., case number 1:21-CV-21079.
9  This deposition is being held remotely by Webex
10  videoconferencing.
11         Today's date is March 14th, 2023.  The time
12  is now 2:14 p.m.  My name is Nancy Holmstock, video
13  specialist with Gradillas Court Reporters, located at
14  400 North Brand Avenue, Suite 950, Glendale,
15  California 91203.
16         Will counsel and all present please
17  identify yourselves for the record, followed by the
18  court reporter swearing in the witness.
19         MISS JOHNSON:  Good afternoon, or morning,
20  depending on where you are, Alise Johnson for the SEC,
21  and I have with me Alice Sum, who is co-counsel in this
22  matter.
23         MR. HALPIN:  For defendant Guy Gentile,
24  Steven Halpin from Ford O'Brien Landy, LLP.  My
25  colleague, Adam Ford as joined.  He may be in and out.

5

1  My colleagues Matthew Ford and Cara Filippelli may join
2  later.
3         MR. MORGAN:  This is Nick Morgan from Paul
4  Hastings on behalf of the witness, Ross Cameron,
5  appearing for Warrior Trading.  I'm sure Mr. Cameron
6  will introduce himself as he takes the oath.
7         THE COURT REPORTER:  And my name is Diane
8  Bolan.  I'm a California certified court reporter, and
9  this deposition is being held via videoconferencing
10  equipment.  The witness and reporter are not in the
11  same room.  The witness will be sworn in remotely.
12         Sir, would you raise your right hand, please.
13
14         ROSS PIERCE CAMERON,
15         having been first duly sworn, was
16         examined and testified herein.
17         EXAMINATION
18  BY MISS JOHNSON:
19    Q.   Mr. Cameron, can you state your full name and
20  how you pronounce it and spell it for the record.
21    A.   Ross Pierce Cameron.  R-o-s-s, first name,
22  P-i-e-r-c-e, middle name, Cameron, C-a-m-e-r-o-n.
23    Q.   Okay.  I'm going to ask you a series of
24  questions.  Since it's being recorded and written down
25  by the court reporter, your answers must be verbal.

6

1  You can't shake your head or shake your finger.  That
2  won't make it in the record.
3         If I ask you a question that you don't
4  understand, please tell me, and I'll try to do a better
5  job of explaining it.  And as we discussed earlier, if
6  you need to take a break, just let me know.
7         I just have a few preliminary questions.
8         Have you taken any medicines or drugs that
9  would affect your memory or otherwise affect your
10  ability to testify today?
11    A.   No.
12    Q.   Do you suffer from any medical conditions or
13  other issues that are similar that might affect your
14  ability to testify today?
15    A.   No.
16    Q.   And what is your current address?
17    A.   50 East Road in Stockbridge, Mass 01266.
18    Q.   And how long have you resided in the United
19  States?
20    A.   My whole life.
21    Q.   Have you ever been deposed before?
22    A.   No.
23    Q.   Have you ever been a defendant in a criminal
24  matter?
25    A.   No.

7

1    Q.   Have you ever been the plaintiff or a
2  defendant in a civil matter?
3    A.   I believe the answer to that is yes.
4         Is that correct, Nick?
5         MR. MORGAN:  That's correct.
6    Q.   BY MISS JOHNSON:  Okay.  Can you tell me
7  about that?  What civil case have you been involved in?
8    A.   Well, I've been involved with a number of
9  lawsuits where my company has sued people for
10  defamation.  We've also --
11    Q.   Let me stop you.  Sorry.
12         Your company.  When you say "my company,"
13  what are you referring to?
14    A.   Warrior Trading.
15    Q.   Okay.  And continue.  You also what?
16    A.   We've also had lawsuits with former
17  employees.  We had a wrongful termination lawsuit, and
18  we had a lawsuit with a former business partner, I
19  guess you could say.
20    Q.   Okay.
21    A.   So those are with Warrior.
22    Q.   Okay.  With Warrior, you said you were sued
23  by defamation.  What entities or persons sued Warrior
24  Trading for defamation?
25    A.   We sued other people.

8

1  Q.  Okay.
2  A.  We haven't been sued for defamation.  And I
3  actually don't know how many people we've sued.  That's
4  something my attorneys would know.  I'm actually not
5  sure.  We've done it many times if we've had problems
6  with people.
7  Q.  Okay.  And those were for Warrior Trading.
8  What about you personally?  Have you been sued or sued
9  anybody in a civil lawsuit?
10  A.  I am currently in a lawsuit with a defendant,
11  someone who stole from me.
12  Q.  Okay.
13  A.  And...
14  Well, Nick, I don't know how the regulatory
15  thing from last year is considered, because it was a
16  settlement.
17  MR. MORGAN:  It was a settled lawsuit, but I
18  think Alise would be interested in hearing about that,
19  as well.
20  THE WITNESS:  Sure.  So we settled a lawsuit
21  with the FTC last year, and that was between Warrior
22  Trading and the FTC.
23  Q.  BY MISS JOHNSON:  Okay.  What was that --
24  what counts, or what was that FTC lawsuit?  What did it
25  concern?

9

1  A.  That was concerning marketing material.
2  Q.  Okay.  Other than the FTC matter, have you
3  been the subject of any regulatory matters by the SEC
4  or state regulators or other federal regulators?
5  A.  No, not that I'm aware of.
6  Q.  Okay.  All right.  Did you discuss your
7  testimony today with anyone other than your attorney?
8  A.  I did.
9  Q.  And who was that?
10  A.  I talked about it with my wife.
11  Q.  Okay.
12  A.  And I mentioned it to my son.  He's two.
13  Q.  He's welcome to watch, if you would like him
14  to.
15  A.  And I mentioned it to his friend yesterday,
16  as well.  So his friend, also.
17  Q.  All right.  Any other adults?
18  A.  No.
19  Q.  Okay.  How are you currently employed?
20  A.  I'm employed by Warrior Trading.
21  Q.  Okay.  How long have you been employed by
22  them?
23  A.  I've been employed in this position since
24  2010.
25  Q.  And I'll come back to your employment with

10

1  Warrior Trading, but what did you do before you were
2  with them?
3  A.  Prior to Warrior Trading, I worked for an
4  architecture and design firm in New York City, and
5  prior to that, I had graduated from college.
6  Q.  Okay.  And what did you do for the
7  architectural design firm?
8  A.  That was project management and a little bit
9  of Autocad drawing, a bit of budget management.  It was
10  a small firm, so I was able to do a little bit of
11  almost everything.
12  Q.  Okay.  So what do you currently do at Warrior
13  Trading?
14  A.  My position is the CEO, although it's not a
15  Fortune 500 company where CEO is a huge responsibility,
16  I suppose.  My primary job, though, is overseeing my
17  team and their daily tasks.
18  Q.  How many people does Warrior Trading employ?
19  A.  We have about 20 employees.
20  Q.  And do they all trail up to you?
21  A.  Yeah.
22  Q.  Do you have an ownership interest in Warrior
23  Trading?
24  A.  I do.
25  Q.  What is that?

11

1  A.  100 percent.
2  Q.  And where is Warrior Trading?  Where is its
3  headquarters?
4  A.  Its headquarters would be here in the
5  Berkshires, in Massachusetts, Great Barrington.
6  Q.  And what are your job responsibilities as
7  CEO?
8  A.  Well, my job responsibilities include
9  planning everything that we're going to do, paying all
10  the bills, making sure everybody gets paid, organizing
11  projects, following up with my managers who work
12  underneath me to find out how their team members are
13  doing.  It's probably a fairly standard CEO role.
14  Q.  All right.  Tell me what Warrior Trading
15  does.
16  A.  We provide educational content, and we
17  provide services, software services, for active retail
18  traders, primarily retail traders.
19  Q.  I forgot to ask you, do you have any
20  professional licenses?
21  A.  No.
22  Q.  You said that Warrior Trading provides
23  educational content.  What type of educational content
24  is that?
25  A.  So I am a trader, and over the years, I began

12

**13**

1  producing content on YouTube, a lot of free content.
2  And at a certain point, I decided to create a course
3  that teaches the strategy that I trade, and we've made
4  that available for members of Warrior Trading.  And one
5  of our goals is to help support financial literacy,
6  especially when it comes to active trading, so day
7  trading certainly, specifically.
8      Q.  Okay.  So you said that you have YouTube
9  videos.  What other type of -- what other type of --
10  how do you teach these classes, or how do you educate
11  people?  What other means, other than YouTube?
12      A.  So we have a software that we run, and it's
13  software that we built, it's custom software, and it
14  includes the ability for me to live broadcast.  It also
15  has research tools so people can see stocks that are
16  moving and things like that, charts, stock charts.  And
17  so I'm able to broadcast over that software, and so
18  I'll teach classes.  Tomorrow, at noontime, I'll teach
19  a class.  This is my sort of regular routine is I teach
20  classes throughout the week, I teach classes during
21  market hours, I provide market commentary, and I teach
22  from the curriculum, and I teach new classes.
23      Q.  Do you charge for these classes?
24      A.  We do.
25      Q.  Do you have a website?

**14**

1      A.  We do.
2      Q.  What is that website?  What is the URL?
3      A.  warriortrading.com.
4      Q.  Any other websites that you run or operate?
5      A.  We run daytradedash.com, as well.
6      Q.  Does your website have a chat room or does
7  Warrior Trading otherwise have a chat room for your
8  customers?
9      A.  Yes.
10      Q.  What do you call the people that take your
11  classes?  Do you call them customers, students?
12      A.  Students.
13      Q.  And the people that use your platform, how do
14  you refer to them?
15      A.  Students.
16      Q.  Okay.  How would you access the Warrior
17  Trading chat room?
18      A.  If you're a member, you would be able to log
19  into your members dashboard, and that would give you
20  access to my entire curriculum, and it would give you
21  access to the day trade dashboard, which are all the
22  tools and the chat rooms.
23      Q.  Okay.  Is there anyone in those chat rooms
24  other than your member students?
25      A.  The people in those chat rooms would be

**15**

1  restricted to being either people who are members,
2  full-fledged members, people who are doing a two-week
3  trial, and employees, or contractors, perhaps, of the
4  company.
5      Q.  Do you have other employees of other
6  companies allowed in the chat rooms?
7      A.  No, not typically.
8      Q.  And you are Warrior Trading.  I'm not talking
9  about you personally.  Does Warrior Trading have any
10  other forms of social media?
11      A.  We do.
12      Q.  What are those?
13      A.  We have a Facebook account, we have our
14  YouTube account, which I mentioned, we have a Twitter
15  account, and we have an Instagram account.  And I think
16  we have a TikTok account.
17      Q.  Which was your most active -- which one of
18  these have the most followers on your social media?
19      A.  The most would be on YouTube.
20      Q.  How many followers do you have on YouTube?
21      A.  Over 1 million.
22      Q.  Are your classes given in English?
23      A.  Yes, they are.
24      Q.  Are they given in any other languages?
25      A.  No.

**16**

1      Q.  Do you have -- are most of your students from
2  any particular country?
3          MR. HALPIN:  Objection.
4          THE WITNESS:  Yes.
5      Q.  BY MISS JOHNSON:  What country would that be?
6      A.  We are international, so we do accept
7  clients, students from anywhere in the world, except
8  for OPEC countries, of course, but we are predominantly
9  for U.S. traders.  That's who we appeal to.
10      Q.  Now, when did Warrior Trading begin?
11      A.  We began as a blog in I believe 2012, the
12  YouTube channel in 2013, and the website as it is
13  today, or more similar as it is today, in 2014.
14      Q.  Okay.  So the services that you've described
15  provided by the website and on social media, they're
16  similar today as they are -- as they have been since
17  2014; is that fair?
18          MR. HALPIN:  Objection.
19          THE WITNESS:  I would say that over the past
20  nine years, our product offering has changed, and
21  certainly the design of the website has also changed,
22  but we have been essentially the same business, if that
23  answers your question.
24          MISS JOHNSON:  Yes.  I just wanted to know
25  what differences there were.

1    THE WITNESS:  Yeah.
2    **Q.**  BY MISS JOHNSON:  Do you teach about the
3  pattern day trader rules?
4    **A.**  We do.
5    **Q.**  And briefly describe what the pattern day
6  trader rules are.
7    MR. MORGAN:  I'm just going to object, I may
8  do this a couple of times based on anticipated
9  questions, that Mr. Cameron is not a lawyer and your
10  question appears to call for a legal conclusion,
11  although I'm guessing you just want some understanding.
12    MISS JOHNSON:  He describes it on his
13  website.  If he wants to describe his website, he can,
14  but I just want his understanding of what he teaches
15  about the pattern day trader rule, his understanding.
16    MR. MORGAN:  You may answer.
17    THE WITNESS:  Okay.  So we do teach about the
18  pattern day trader rule, and the rule, as I understand
19  it, is that you need to have a minimum of $25,000 in
20  your account in order to day trade more than three
21  times a week.
22    **Q.**  BY MISS JOHNSON:  Okay.  What would happen if
23  you tried to trade more than three times a week?
24    MR. HALPIN:  Objection.
25    THE WITNESS:  If you have a margin account,

17

1  you would be flagged as violating the PDT rule and your
2  account could get locked, although most brokers will
3  tend to unlock your account for you and give you a few
4  free passes every so often.  If you have a cash
5  account, you can day trade as much as you want until
6  you run out of cash because of the settlement period.
7    **Q.**  BY MISS JOHNSON:  You said if you had a
8  margin account, you're restricted to three times a week
9  in any given trade.  Are there certain levels of margin
10  dictated by the pattern day trader rule that traders
11  use?
12    MR. HALPIN:  Objection.
13    THE WITNESS:  I understand that over 25,000,
14  you get four times leverage.  I can't recall what it is
15  below 25,000, if it's only two times or one time, or
16  I'm not sure.
17    **Q.**  BY MISS JOHNSON:  In your classes or on your
18  website, do you give advice on how traders can avoid
19  the pattern day trader rules?
20    MR. HALPIN:  Objection.
21    THE WITNESS:  We don't give advice, but I do
22  share with students the tools that I've used in the
23  past, including some that allowed me to day trade while
24  I was under $25,000.
25    **Q.**  BY MISS JOHNSON:  Okay.  And can you briefly

18

1  tell us what you -- what you shared with your students,
2  what tools you share with your students about ways to
3  avoid the pattern day trading laws?
4    MR. HALPIN:  I'm just going to object.  I
5  think you're mischaracterizing.  I don't think he
6  testified that he tells people how to avoid the pattern
7  day trading rules.
8    MR. MORGAN:  I'll join in that, actually.
9  That's a fair objection.
10    **Q.**  BY MISS JOHNSON:  What tools have you shared
11  with your students about the day trading rules that you
12  just spoke about?
13    **A.**  Okay.  So one of the tools that I used was
14  SureTrader, and I've used others, but SureTrader is one
15  of them, and the idea being that it's an offshore
16  broker that does not enforce the PDT rule, so it
17  allowed me to trade.
18    **Q.**  Okay.  Any other ways the traders can get
19  around some of the restrictions of the PDT rules?
20    MR. HALPIN:  Same objection.
21    THE WITNESS:  Using the cash only account and
22  trading half the balance every other day and waiting on
23  settlement.
24    MISS JOHNSON:  Okay.
25    THE WITNESS:  Perhaps trading futures or

19

1  trading options which settle the same day.
2    **Q.**  BY MISS JOHNSON:  Okay.  How did you first
3  learn about an entity called SureTrader?
4    **A.**  So I don't recall when I first learned about
5  SureTrader, but it was one of those communities or one
6  of those services that was being talked about.  I
7  remember Tim Sykes doing a -- I don't know if it was an
8  interview with Guy Gentile or if it was a blog post or
9  something like that.  I don't even know what year it
10  might have been.  It was a long time ago.  And so I
11  learned about it and then visited their website myself
12  and created my own account at one point.
13    **Q.**  Okay.  Do you remember what year?
14    **A.**  I don't.
15    **Q.**  And did you have any issues with opening the
16  account?
17    **A.**  No, not really.  I funded the account.  One
18  of the times, I added more money into it.  They
19  credited that amount twice.  I was, like, wow, that's
20  cool, kind of a funny operation that never happened at
21  E*Trade or TD Ameritrade.  But I was a small trader at
22  the time, and I was grateful for it.
23    **Q.**  Do you remember how much you had funded into
24  your account?
25    **A.**  Maybe $700 or 1,700.  It wasn't a lot.  It

20

1  was a small amount.
2      Q.  Did Warrior Trading ever come to have a
3  relationship with SureTrader?
4      A.  We did.
5      Q.  And how did that relationship come about?
6      A.  So I don't recall what year it was that it
7  came about, although on the marketing agreement, I
8  think there's a date, so I'm sure you know.  But we had
9  been in the practice of setting up broker rebate
10 programs and trying to negotiate discounted commissions
11 on behalf of our students.  We were U.S. brokers, and
12 we had done that successfully, which was great.  But
13 some of the U.S. brokers were not accepting
14 international students, and we do have international
15 students, mostly from English speaking countries, like
16 U.K. and Australia.
17     Anyways, so we looked -- that was when we
18 sort of began the process of looking to add some
19 international brokers, and we did end up adding two
20 international brokers, and they were willing to
21 negotiate group rates, which we called broker rebate
22 programs.
23     Q.  And who were those two international brokers?
24     A.  TradeZero and SureTrader.
25     Q.  Okay.  And when were these negotiations with

21

1  SureTrader about entering into some type of
2  relationship?  When did they occur?
3      A.  Off the top of my head, I don't recall, but I
4  think it was...
5      I don't want to speculate, because it's on
6  the agreement, I know it's on the agreement, so...
7      Q.  Okay.  I will show you the agreement.  I'm
8  just asking what you know now.
9      And who on behalf of Warrior Trading
10 negotiated that agreement?
11     A.  That was reviewed by myself and also by Jeff
12 and Alex.
13     Q.  Who are Jeff and Alex?
14     A.  Jeff and Alex were brothers.  Both were
15 employees at Warrior Trading.
16     Q.  What were their positions there?
17     A.  At the time...
18     It depends on -- they moved up the ladder, so
19 I don't know when exactly this agreement was, but Alex
20 was in charge of marketing, and Jeff, he wasn't --
21 well, I guess he did a little bit of business.  He
22 helped with kind of running the business when I was
23 bogged down with teaching so many of the classes.  So
24 he was helping a little bit more with operations,
25 day-to-day operations, I guess you could say.

22

1      Q.  Is he still with Warrior Trading?
2      A.  No, neither are still at Warrior Trading.
3      MISS JOHNSON:  Let's call up Exhibit 34.
4      THE WITNESS:  Okay.
5      (Deposition Exhibit 34 marked for
6  identification.)
7      MISS JOHNSON:  I'm showing you what you'll
8  see at the bottom is a little yellow sticker, and it says
9  "Exhibit 34."  I premarked these.  And at the very
10 bottom of the page, you'll see WARRIORSEC_00...
11     That's just how we refer to the documents
12 going forward, so if I say that, you'll know what we're
13 talking about.
14     Can we make this a little bigger?
15     MR. MORGAN:  I actually have the ability to
16 make it bigger.  Maybe we each do.  There's a
17 plus/minus.
18     MISS JOHNSON:  That will help.  Thank you.
19     THE WITNESS:  I do see that.
20     Q.  BY MISS JOHNSON:  Okay.  And I'm showing
21 you...
22     Look at the document, and let me know if you
23 recognize this document.
24     A.  I do.  I can only see the first page.
25     THE VIDEOGRAPHER:  You can just say "next

23

1  page" when you want me to move on.
2      Q.  BY MISS JOHNSON:  Do you want to look through
3  the whole thing?
4      A.  Okay.  Next page.
5      Okay.
6      Q.  So let's go to the first document.  It
7  appears to be an e-mail.  It says
8  rosspcameron@gmail.com.  Is that your e-mail address?
9      A.  Yes.
10     Q.  And it says justin@suretrader.com.  Do you
11 know who that is?
12     A.  I recall Justin.
13     Q.  Who was that?  Who was Justin?
14     A.  I couldn't say with certainty who he was, but
15 I understood that he was an employee of SureTrader,
16 but, you know, I don't know for sure.
17     Q.  This appears to be an e-mail from you to
18 Justin on April 28, 2016 at 4:31 p.m., and it says,
19 "Hey, Justin.  Just touching base with you guys.  We've
20 had a number of members express concern over the recent
21 news of Guy's indictment and how that might impact
22 SureTrader.  Is Guy still part of the SureTrader
23 business?  Is there any reason for concern among our
24 members who use SureTrader?"
25     Do you see that?

24

Ross Cameron
3/14/2023

1    **A.** I do.
2    **Q.** Who was Guy when you wrote "Guy"?
3    **A.** I was referring to Guy Gentile.
4    **Q.** And what was your understanding of how Guy
5 Gentile was related to SureTrader?
6    **A.** I understood that he owned SureTrader, but,
7 of course, my understanding may not have been fact.
8 But from the interview or whatever it was that Tim
9 Sykes did, I remember the picture of the two of them
10 side by side, and it seems like it was a promotion for
11 SureTrader, and it seemed like Guy was the top at
12 SureTrader.
13    **Q.** Okay. Do you remember drafting this e-mail?
14    **A.** I don't recall drafting the e-mail. Now that
15 I look at it, I recognize that it looks probably like
16 an e-mail I sent, yeah, sure.
17    **Q.** Do you recall why you were reaching out to
18 SureTrader?
19    **A.** I do.
20    **Q.** Why was that?
21    **A.** There had been news that Guy Gentile had been
22 indicted, I think that's the right word. I think that
23 was the case, or charges were -- something was going on
24 with him, and something with penny stocks, and it sort
25 of sent shockwaves through the community of active

25

1 retail traders, because we were like, whoa, doesn't he
2 run the broker that I'm using? And I believe the
3 allegations also involved maybe somehow using one of
4 the brokers, because there was also Speedtrader, which
5 was a U.S. broker, but I understood it was also owned
6 by him.
7    So, anyways, people were expressing concern,
8 and I usually try to, if I can, send that up the line
9 and see if I can find an answer and find some
10 reassurance.
11    **Q.** Okay. Did you know Justin at SureTrader
12 before you reached out to him?
13    **A.** I don't know how I got his e-mail, so -- I
14 know who Justin is. You know, he was, I thought, an
15 employee at SureTrader. I don't know when or how I was
16 introduced to him. I couldn't say. But obviously, I
17 had his e-mail, and I said, "Hey, Justin," so it seems
18 like I was friendly enough with him that I probably had
19 spoken with him before this e-mail.
20    MISS JOHNSON: Okay. Fair enough.
21    Can we just go down, scroll down a little so
22 we can see what Justin's response was.
23    Up a little.
24    It's the same page, the same page we were
25 just looking at, please.

26

1    **Q.** BY MISS JOHNSON: Okay. And you'll see, if
2 you look at where it says "Justin Ritchie,
3 justin@suretrader" to rosscameron@gmail, April 29th,
4 2016, 9:35, it says, "Hi, Ross. Your concern is
5 understandable given the headlines, but there's no
6 cause for concern. In reference to the news reports
7 concerning Mr. Gentile, I assure you that Swiss America
8 Securities is not complicit in any allegations brought
9 against him. Those charges predate our existence, and
10 although Mr. Gentile is the founder, we thought it best
11 that he step down as president earlier this year given
12 the circumstances."
13    Do you see that?
14    **A.** I do.
15    **Q.** Then if we go to the next page, what was your
16 response on April 29th of 2016 to Mr. Ritchie?
17    **A.** I said, "Thank you for the e-mail. That does
18 make me feel a bit better."
19    He said I understand your concern, but
20 there's no reason for concern, so, okay. But when I
21 did an ACH withdrawal from my account, and it says Guy
22 Gentile, and the e-mail says ggentile@swissamerica,
23 that made me wonder if he was, in fact, still involved.
24 It made me a little skeptical as to what Justin had
25 just sent in the previous e-mail.

27

1    **Q.** And that withdrawal was from your personal
2 trading account?
3    **A.** Yes, that's correct.
4    MISS JOHNSON: Okay. All right. Let's go to
5 Exhibit 35.
6    (Deposition Exhibit 35 marked for
7 identification.)
8    MR. HALPIN: You're not going to show him the
9 rest of the document?
10    MISS JOHNSON: No. You're welcome, if you'd
11 like to, in your time.
12    **Q.** BY MISS JOHNSON: I'm showing you what's been
13 marked Plaintiff's Exhibit 35, and it says it's from
14 Ross Cameron to Justin Ritchie. It's a few months
15 later, August 23rd, 2016, and it says, "Hi Justin. I
16 wanted to reach out to you to see if you'd be
17 interested in working together to promote SureTrade
18 among the Warrior Trading community. As you know, we
19 have over 2,000 active members in our community. We
20 have just launched a rebate program with SpeedTrader,
21 and we'd love to have a similar arrangement with
22 SureTrader. Check out the broker rebate program here,"
23 and there's a warriortrading/speedtrader broker rebate
24 program. "SpeedTrader appeals to U.S. residents with
25 over 25,000, but we'd like an arrangement that appeals

28

```
 1   to international traders, et al."
 2        Does this remind you or refresh your
 3   recollection as to when you started the relationship
 4   with Speed -- I'm sorry -- with SureTrader?
 5        MR. HALPIN:  I just object to the reading of
 6   that last sentence.  I believe it's "international
 7   traders, as well."
 8        MISS JOHNSON:  Sorry if I didn't say that.
 9        THE WITNESS:  Yes, it does refresh my memory.
10     Q.  BY MISS JOHNSON:  So was it around
11   August 23rd, 2016?
12     A.  Yeah, it appears that way.
13        MISS JOHNSON:  Okay.  And let's look down --
14   if we go down to -- it's going back and forth, but can
15   we look down the page to the September 14th, 2016
16   response at 11:22 a.m.
17        Okay.  That's it.
18        Ross Cameron to Justin Ritchie, cc Alex and
19   Jeff at Warrior Trading, "Hi, Justin.  Thanks for
20   getting back to me."
21        Whoops.  I'm sorry.  Can we go up?
22        One more.
23        Okay.  September 14th, 2016 at 11:22 a.m.
24   This is Mr. Ritchie responding to you.
25        "Hi, Ross.  Looks good.  However, how do you
```

                              29

```
 1   ensure that U.S. clients don't come to us, or is it up
 2   to us not to accept U.S. persons using your code or
 3   name?  Thanks, Justin."
 4        And then if we just go down to your response
 5   on February -- Wednesday, September 14th at 11:55
 6   a.m....
 7        Can we scroll down?
 8        THE WITNESS:  I see that.
 9        MR. MORGAN:  I have the document on our
10   screen.
11        MISS JOHNSON:  Gotcha'.  I had it so blown up
12   I couldn't see it.
13        That's when you say, "Hi, Justin.  Thanks for
14   getting back to me.  There are a couple things we can
15   do.  We can state that this is only for international
16   traders.  As a requirement, students will send you a
17   copy of their invoice so we can get the discounted
18   commission.  That will show their billing address.  If
19   it's a domestic address, you'll say, sorry, can't help
20   you."
21     Q.  BY MISS JOHNSON:  Was that your suggestion?
22        MR. HALPIN:  Objection.
23        THE WITNESS:  Yeah, it certainly was.
24     Q.  BY MISS JOHNSON:  And how was that supposed
25   to work?
```

                              30

```
 1        MR. HALPIN:  Objection.
 2        THE WITNESS:  So, you know, we put out so
 3   much content, YouTube, the classes, other social media,
 4   some people invariably will see that and then go check
 5   out SureTrader.  So there's no way -- I mean, I
 6   couldn't think of any way that would just strictly we
 7   were capable of screening who was on the, you know,
 8   application page -- you know, actually to be able to
 9   say they were eligible for this program, yes or no.
10        So we said, well, this is pretty easy, we
11   give our customers, our students, a receipt, so you
12   don't want to give this commission just to anyone, it's
13   supposed to be a special group rate.  So the
14   commission, the receipt proves they're a customer, and
15   the billing address shows whether they're domestic or
16   international.
17        So that was kind of our feeling, and it
18   seemed to me like that was the way to do it.  That was
19   the most logical to me.
20     Q.  BY MISS JOHNSON:  Okay.  On the receipt,
21   whose responsibility was it under this agreement to
22   make sure that you weren't sending U.S. customers to
23   SureTrader?
24        MR. MORGAN:  We don't have the agreement up
25   yet.
```

                              31

```
 1        MISS JOHNSON:  Okay.
 2        THE WITNESS:  Can you ask the question again?
 3        MISS JOHNSON:  I'll wait for that.
 4        THE WITNESS:  Okay.
 5     Q.  BY MISS JOHNSON:  Okay.  You said that you
 6   were going to -- it says here -- let me make sure I get
 7   it right -- "we can state that this is only for
 8   international traders."
 9        Where were you going to state that that was
10   only for international traders?
11     A.  I'm not sure exactly what I was thinking when
12   I sent this e-mail --
13     Q.  Okay.
14     A.  -- but somewhere we would...
15        To be determined, I suppose.
16     Q.  Okay.  We'll see if we get there.
17     A.  Okay.
18     Q.  The next line says, "With this promo"...
19        Do you see where that starts?
20     A.  I do.
21     Q.  "With this promo we don't want to receive any
22   compensation.  We want to be able to say we aren't
23   getting paid to send traders to SureTrader.  This is
24   purely for our students' benefit.  It helps us with
25   marketing.  We would like if we can co-market this, so
```

                              32

1 if you were able to also have a broad post on it sent
2 to your e-mail list that you're sponsoring a
3 100 percent rebate with Warrior, et cetera."
4       Is that what it says?
5   **A.** It is.
6   **Q.** What did you mean by "co-market"?
7   **A.** Well, it was very important for us -- I don't
8 need to make $50 for every person that might sign up to
9 SureTrader. So I didn't care about that. I wanted to
10 put together something that 100 percent of the discount
11 went right to our students, so I didn't receive any
12 affiliate revenue. And I was hoping that would also be
13 something they would like, because I knew that they
14 were paying -- I knew through the grapevine, I heard
15 through the grapevine that they were paying commissions
16 to other people, affiliate commissions, so I thought,
17 well, they'd be pretty happy that I don't even want
18 that, maybe they would give our students a better rate.
19       And then I thought perhaps they could send
20 out an e-mail to their customers saying, hey, we have
21 this new relationship with Warrior Trading, so maybe
22 they have customers that aren't trading very well or
23 are frustrated and want to go through a course and
24 learn a little bit more about someone who trades a
25 little bit more consistently and that there could be an

33

1 opportunity there that it would benefit us. But I
2 don't...
3       Yeah.
4   **Q.** Okay. You said you had heard through the
5 grapevine that they were paying affiliate commissions.
6 Can you expand on that?
7   **A.** Sure. I knew they had some type of affiliate
8 program, and I saw other people out there on social
9 media dropping their affiliate links, so these are --
10 and I seem to recall some kind of -- I don't remember
11 how they set it up, but there was some kind of program,
12 as I recall, some type of affiliate program that
13 involved some commission. I'm almost -- you know,
14 again, I can't speak for what someone else got, because
15 it wasn't what I had, but that was what I understood.
16 Maybe it's not right, but it seemed that way to me.
17   **Q.** Okay. Do you remember where you had heard
18 that from or seen that?
19       MR. HALPIN: Objection.
20       THE WITNESS: Twitter, YouTube, social media,
21 people making videos, talking about SureTrader, talking
22 about other services, too, and then dropping all their
23 links, their affiliate links.
24       MISS JOHNSON: Okay. If we can go to the
25 next page, September 29th at 11:12.

34

1       There we go.
2   **Q.** BY MISS JOHNSON: It's from Justin Ritchie to
3 Ross Cameron. "Hello, Ross. Sorry for the tardy
4 response."
5       Do you see that?
6   **A.** Yeah.
7   **Q.** "We have been preoccupied with launching our
8 new backoffice system for weeks," and then the last
9 sentence says, "Shall I prepare an agreement, or do you
10 have one handy?"
11       Do you see that?
12   **A.** I do. I see it.
13   **Q.** And if we go to your response, down a
14 little...
15       Let's see...
16       Justin responds.
17       Let's see.
18       "Hi, Justin. We don't have a formal
19 agreement with Speedtrader, but if you'd like an
20 agreement"...
21       Can we go down to September 29th at 11:29?
22       Okay. It's from Justin Ritchie to you. "Hi,
23 Ross. This is understandable. The agreement's use
24 will be more for use to outline the parameters of
25 marketing, i.e., not intended for U.S. persons. I will

35

1 forward one shortly."
2       Do you see that?
3   **A.** I do.
4   **Q.** Did he forward you an agreement?
5   **A.** He did.
6   **Q.** Who drafted that agreement?
7   **A.** They drafted it.
8   **Q.** "They" being SureTrader?
9   **A.** Yes.
10   **Q.** All right. There's e-mails going back and
11 forth, but if we go down to the bottom of page 31,
12 Bates marked 31, September 30th, 2016...
13       Can we go down to the bottom?
14       Okay. So at September 30th, 2016, Justin
15 Ritchie writes Ross Cameron, "Hi, Ross. Thanks for
16 clarifying that. Attached is the revised version.
17 Please review and ensure it's accurate."
18       Do you see that that was on September 30th?
19   **A.** I see it.
20   **Q.** And then you respond October 4th of 2016,
21 Ross Cameron to Justin Ritchie, "Excellent. See signed
22 page attached. Agree to it in full. I will send you a
23 draft of marketing page this week."
24       Is that what you wrote?
25   **A.** Yeah.

36

1    Q.  And if we go down to the last page, we see...
2        You tell me what this is.
3    A.  This appears to be the signature page with my
4    signature, and it also makes note of the compensation
5    and some other disclosures and things like that.
6    Q.  Okay.  This is the signature page to what?
7    A.  The marketing agreement that they had sent
8    over.
9    Q.  And what date did you sign it?
10   A.  Actually, I can't...
11       Hold on.  Let me scroll.
12       October 4th, 2016.
13   Q.  Great.  And then let's pull up the full
14   agreement, Exhibit 36.
15       (Deposition Exhibit 36 marked for
16   identification.)
17   Q.  BY MISS JOHNSON:  Take a look.  What date was
18   this entered on?
19   A.  Sorry.  It says October 1st, 2016.
20   Q.  Okay.  But we just saw that you signed it on
21   October 4th.
22   A.  Yes.
23   Q.  Okay.  And how soon after this was signed did
24   it go into effect?
25       MR. HALPIN:  Objection.

37

1        THE WITNESS:  I think it went into effect --
2    I think we -- I don't remember if the e-mails spoke to
3    that, but there was some conversation about that,
4    because we didn't want -- I think there needed to be
5    some communication about whether or not this agreement
6    retroactively applied to people who may have signed up
7    to our classes in previous months, would they now be
8    eligible for this, you know, and/or what about people
9    maybe who already had accounts with SureTrader, would
10   they be able to use this to negotiate a lower rate.
11       And I don't remember what the terms were for
12   all of that, but this agreement did start to become, I
13   guess, you know, part of our offering on our website,
14   the broker rebate program, sometime shortly after we
15   signed it.
16   Q.  BY MISS JOHNSON:  So the rebate program began
17   under this marketing service agreement within how many
18   months of you signing it?
19   A.  I don't recall how many months it was.  I
20   think it was -- I would characterize it as being
21   shortly after.  We wanted to get it up and running.  We
22   thought it was going to be a good value-add for our
23   students, so I think any hold up on it was maybe going
24   back and forth on the page design to make sure everyone
25   was happy with it.

38

1    Q.  Can you summarize what this agreement
2    memorializes?
3        MR. HALPIN:  Objection.
4        THE WITNESS:  Well, of course, I'm not an
5    attorney, and I certainly see this agreement.  It's
6    four pages.  There's a lot of words.  Each of those
7    words have a lot of letters.  I can't say definitively
8    what all of it means, but, to me, it seems to be the
9    agreement that stipulates how this broker rebate
10   program would work.
11       MISS JOHNSON:  Okay.
12       THE WITNESS:  You know, like I said, I'm
13   not -- this isn't my area of expertise, but I'm sure if
14   you point things out, I can answer questions specific
15   to that.
16   Q.  BY MISS JOHNSON:  Sure.  Who was the
17   marketing agent under this agreement?
18   A.  That was Newfane Design, Incorporated, which
19   was the Vermont based corporation I had created in
20   2010, that I had been an employee of since then, but
21   that was doing business as Warrior Trading.
22   Q.  And who were they the marketing agent for?
23   A.  For Warrior Trading.
24   Q.  Who were they marketing --
25       (Interruption by the court reporter.)

39

1        THE WITNESS:  I said -- I said Newfane Design
2    for Warrior Trading.
3    Q.  BY MISS JOHNSON:  They were the marketing
4    agent?
5        I need to ask the question more artfully.
6        Okay.  So Warrior Trading was the marketing
7    agent.  Who was the other party to this agreement?
8    A.  I understood it to be SureTrader.
9    Q.  Okay.
10   A.  But I can read that it says Swiss America
11   Securities.
12   Q.  Do you understand Swiss America Securities to
13   be one and the same as SureTrader?
14   A.  More or less.  I don't understand the
15   intricacies, but I recall that being -- sounding
16   correct.
17       MISS JOHNSON:  Okay.  I'm going to have
18   several questions about this agreement.  Do you guys
19   want to take a quick break before we get into it?
20       MR. HALPIN:  Yes.
21       MISS JOHNSON:  Okay.
22       MR. MORGAN:  Yes, let's take a quick break,
23   and, Ross, mute your microphone, as well, please.
24       MISS JOHNSON:  Why don't we come back at
25   3:15.

40

1    THE VIDEOGRAPHER:  The time is now 3:06 p.m.
2 Going off the record.
3              (Recess.)
4    THE VIDEOGRAPHER:  We're back on the record.
5 The time is now 3:16 p.m.
6    MISS JOHNSON:  All right.  Can we go back to
7 Exhibit -- the exhibit we were looking at before, the
8 marketing agreement?
9    MR. HALPIN:  Thirty-six.
10    MISS JOHNSON:  Thank you.
11    Q.  BY MISS JOHNSON:  Okay.  Under number one,
12 "Services," it says, "The services to be performed by
13 the marketing agent hereunder shall be described on
14 Exhibit A attached hereto and incorporated herein by
15 reference, (the "services)."  Marketing agent agrees to
16 provide the services on the terms and conditions as set
17 forth in this agreement and such additional terms as
18 set forth on Exhibit A."
19       Is that what it says?
20    A.  It appears to say that, yes.  Yeah.
21    Q.  We'll look at Exhibit A in a minute, but
22 before that, can we go down to section -- you'll have
23 to count the numbers.  It's 10F.
24    MR. MORGAN:  Can we just scroll through the
25 entire document, because there's a couple of different

41

1 investors.  Any mention of Swiss America or its
2 affiliates on marketing agent's website or other
3 promotional materials must have the following
4 disclaimer attached in prominent font:  'This does not
5 constitute an offer or solicitation for brokerage
6 services, investment advisory services, or other
7 products or services in any jurisdiction where we are
8 not authorized to conduct investment business or where
9 such offer or solicitation would be contrary to the
10 securities or local laws and regulations of that
11 jurisdiction.  Swiss America Securities, LTD
12 (SureTrader) does not service accounts for U.S.
13 clients, U.S. residents, or U.S. corporations.'"
14       Is that what is stated forth there?
15    A.  Yes.
16    Q.  Okay.  What were you agreeing to do under
17 this provision of the marketing agreement?
18    MR. HALPIN:  Objection.
19    MR. MORGAN:  I'll join in that.
20    THE WITNESS:  So again I'll say that I'm not
21 an attorney and I'm not sure how carefully I read the
22 specific section or the entire agreement.  You know,
23 this was something that we would have signed seven
24 years ago, so -- nearly.  But as I read it now, I can
25 give you what I think of it today, but I don't know if

43

1 versions of this going around, just so Mr. Cameron can
2 see the whole document?
3    MISS JOHNSON:  Sure.
4    THE VIDEOGRAPHER:  Just let me know next
5 page.
6    MR. MORGAN:  You don't need to read word for
7 word, but just so you can see.  There were a couple
8 different versions I think.
9    THE WITNESS:  Okay.  I am ready for the next
10 page.
11       Okay.  Next page, please.
12       Okay.
13    MR. MORGAN:  I think the witness is done
14 reviewing the document.
15    Q.  BY MISS JOHNSON:  All right.  So if we go up
16 to -- I think it was Bates marked 26, 10F, and I'll
17 call your attention to 10F, where it says
18 "Non-Solicitation of U.S. Investors."
19       Do you see that?
20    A.  10F.  Yes, I see that.  I haven't read the
21 whole paragraph, but I see the headline there.
22    Q.  Okay.  I'll read it, and you can read along.
23    A.  Okay.
24    Q.  "Marketing agent agrees not to directly or
25 indirectly engage in the solicitation of U.S.

42

1 that's helpful.
2    Q.  BY MISS JOHNSON:  Okay.  No, I want to know
3 at the time period.  I'll just break it down.
4    A.  Okay.  Sure.
5    Q.  Okay.  Where it says...
6       Did you mention Swiss America or SureTrader
7 on your websites or other promotional materials?
8    A.  We did.
9    Q.  Did you include this disclaimer listed in
10 section F?
11    A.  I'm not sure which disclaimer we did include.
12 I recall and I understand that they preapproved our
13 broker rebate page and had asked for specific language
14 to be on that page, not for U.S. citizens, or, for
15 international traders only, something to that extent.
16 I don't remember if they asked us to put this on that
17 page.  And when we sent that for their review, we were
18 open to putting on what they thought was appropriate.
19       So if they didn't ask us to, we probably
20 didn't.  But if they did, then we certainly would have.
21 So I'm not sure whether or not it did.  It seems like a
22 fairly long disclaimer, so I don't know.
23    Q.  Okay.  Where it says "marketing agent" in the
24 first sentence, "Marketing agent agrees not to directly
25 or indirectly engage in the solicitation of U.S.

44

1  investors," what did Warrior Trading do to ensure that
2  you were not directly or indirectly engaging in the
3  solicitation of U.S. investors on behalf of SureTrader?
4       MR. HALPIN:  Objection.
5       THE WITNESS:  Well, I think that anything
6  that we -- when we discussed SureTrader and we
7  discussed the broker rebate program, we would link back
8  to the page that they approved.  So we would say, hey,
9  we have a broker rebate program, learn more about it
10 here, and then at that place, that's where people would
11 see sort of the full scope of it, the details of how it
12 worked, but also the limitations of it for U.S. or
13 international traders -- well, specifically limitation
14 for U.S. traders.
15      So I think by having our mentions of
16 SureTrader go back to that main page, that was,
17 perhaps, what we were doing.  It's possible in e-mails
18 we also made written note of the fact that it was for
19 international traders only.  If we were using an image,
20 it may have said for international traders only, and
21 that would have been an image that SureTrader would
22 have approved.
23      But, you know, again, I'm not sure beyond
24 that what we did, because our position on this and our
25 understanding was that they were sort of the gatekeeper

45

1  of choosing whether or not to accept a client and
2  whether or not to honor the rebate program, whether or
3  not they felt that the customer was a U.S. customer or
4  they thought they were international.  You know, that
5  was sort of on them to figure out.  So, yeah, I
6  suppose, yeah, yeah.
7       Q.  "They" being who?
8       A.  SureTrader.
9       Q.  Did you have any separate links on your web
10 page for U.S. residents versus non U.S. residents?
11      A.  No, we had just the one page, as far as I can
12 recall, that talked about the broker rebate program.
13 We didn't have a U.S. or non U.S. version.
14      Q.  Did SureTrader service accounts for U.S.
15 citizens?
16      MR. HALPIN:  Objection.
17      THE WITNESS:  I understand they did, because
18 I had an account there, and I'm a U.S. citizen.
19      Q.  BY MISS JOHNSON:  Were you aware of any of
20 your customers or students that resided in the U.S.
21 having accounts with SureTrader?
22      MR. HALPIN:  Objection.
23      THE WITNESS:  I am aware of students that had
24 accounts at SureTrader.  I'd have to say, generally,
25 I'm quite certain that there were U.S. traders that had

46

1  SureTrader accounts, but I'll also say, when I'm
2  speaking to students, I can't differentiate whether
3  they're from the U.S. or they're international when
4  they're an attendee, just like we're all attendees
5  here.  I don't know.  So someone might have said and I
6  might recall someone saying, yeah, I have a SureTrader
7  account, but I might not know at that time if they were
8  a U.S. person or not.  But there are some U.S. traders
9  that I'm pretty positive they had SureTrader accounts.
10      Q.  Let's go down to Exhibit A.  I think it's on
11 page 25 of this exhibit, Bates marked 25.  It continues
12 to 26.
13      Thank you.
14      Okay.  So Exhibit A is the "Services and
15 Duties of the Marketing Agent."  "Subject to the terms
16 and conditions of this agreement, Swiss America retains
17 marketing agent as a marketing agent for Swiss America
18 to market international brokerage services to
19 international non U.S. investors and marketing agent
20 accepts such engagement.  Marketing agent shall use its
21 best efforts to market the brokerage accounts of Swiss
22 America to potential new brokerage customers to its
23 international non U.S. website visitors."
24      Do you see that?
25      A.  I see that.

47

1       Q.  Okay.  And then it goes on to say, "Marketing
2  agent"...
3       I'm sorry, I lost my place.
4       ..."is generally in the business of providing
5  a website community and information on trading
6  securities, including but not limited to educational
7  products and tee" -- is that tee or tech?  It says
8  tee -- "and tee and subscription-based content.
9  Marketing agent shall prominently feature Swiss
10 America's name, logo, and services in such marketing
11 materials only as Swiss America and marketing agent
12 agree.  Marketing agent's recommendation of Swiss
13 America shall prominently appear on such marketing
14 materials of marketing agent."
15      Do you see that?
16      A.  I do, and I'd like to make it clear that we
17 don't sell tee, whatever that t-e-e is.
18      Q.  Do you know what that was meant to --
19      A.  I have no idea.
20      Q.  Okay.  So what did Warrior Trading do to
21 prominently feature Swiss America's name and logo in
22 its marketing materials?
23      A.  Well, I don't know...
24      I suppose you'd have to define "prominently,"
25 but we did feature SureTrader alongside the other

48

1 brokers that participated in the broker rebate program
2 that we had, and there were a number of brokers.  So
3 they were featured and they were -- that was about the
4 extent of it, I suppose.  They were featured in sort of
5 equal position with some of the other tools.  They may
6 have been more popular, that I don't know, but they
7 were featured somewhat equally.
8     Q.   When you say featured with some of the other
9 tools, what do you mean by that?
10     A.   Well, some of the other tools that most
11 traders would be using.  And at the time, that was not
12 just the broker rebate program.  There were sort of a
13 number of different tools that traders use, whether
14 it's a squawk service or charting or stock scanning,
15 and we had -- usually we had group rates or discounts
16 for a lot of those different services, and so we would
17 have a section for people who had recently signed up
18 where they would sort of see all of the tools and all
19 of the different special offers that they could
20 participate in if they wanted to.
21         And then on the website itself, the broker
22 rebate pages, they were in a section.  So we had one
23 that was almost the same and a second and a third and a
24 fourth for each of the different brokers participating.
25     Q.   Okay.  We'll try to look at that later.

49

1 Let's continue with this document and let's see where
2 we go.
3         Okay.  If we can go down to page 27 of this
4 exhibit...
5         Okay.  Can you show the whole page?
6         If you look at the second paragraph, down
7 where it says "Marketing agent acknowledges," do you
8 see that?
9     A.   Yes, I do.
10     Q.   "Marketing agents acknowledges and agrees
11 that Swiss America may refuse to open an account for
12 any persons referred by marketing agent to Swiss
13 America in its sole discretion for any reason or no
14 reason," and that's part of this marketing agreement?
15     A.   Yes.
16     Q.   Were you ever aware of SureTrader refusing to
17 open an account for any of your Warrior Trading
18 customers?
19         MR. HALPIN:  Objection.
20         THE WITNESS:  I seem to recall some people
21 having difficulty getting their application processed
22 through SureTrader, hearing that it would take a long
23 time, they were really slow.  So I sort of recall that,
24 wondering, is there something you can do to speed up
25 the process?  But I don't know that I ever heard of

50

1 someone who said, you know, SureTrader rejected me and
2 wouldn't let me open an account.  That may well have
3 happened, but I didn't hear about that that I can
4 recall.
5     Q.   Okay.  Did SureTrader ever complain to you
6 about how Warrior Trading was operating under this
7 agreement?
8         MR. HALPIN:  Objection.
9         THE WITNESS:  No, not once that I recall.
10     Q.   BY MISS JOHNSON:  Did you ever discuss with
11 Warrior Trading the referral system and how it was
12 working?
13     A.   Can you ask that again?
14     Q.   Sure.  What discussions, if any, were there
15 with SureTrader about the number of referrals that you
16 were sending to them?
17         MR. HALPIN:  Objection.
18         THE WITNESS:  I recall seeing an e-mail chain
19 about it, which Nick had showed me, so that was, I
20 guess, something that we provided to you, which maybe
21 you'll ask me questions about.  But there was a
22 question about at one point when they were increasing
23 their commissions, because I thought, geez, this wasn't
24 a good thing to do, you know, we've got a lot of
25 students that we've probably sent to you, and now

51

1 you're -- you know, they don't sound like they're being
2 grandfathered in, the commissions are going up.  I
3 thought maybe I would have more sway and be able to
4 say, come on, that's not fair.  But that wasn't the
5 case.  So there was that one conversation.
6     Q.   Other than that conversation, did SureTrader
7 ever -- were there any discussions, and if so, what
8 were they about how the marketing agreement was -- how
9 you were operating under this marketing agreement?
10         MR. MORGAN:  Objection; compound.
11         THE WITNESS:  I don't recall off the top of
12 my head.  And, again, it's possible something came
13 through and I didn't see it, but I don't recall them
14 ever having a problem with anything that we were doing
15 during the time that this agreement was in place and I
16 guess right prior to when they increased their
17 commissions.
18     Q.   BY MISS JOHNSON:  Okay.  Can you describe how
19 the rebate program was supposed to work under this
20 marketing agreement?
21     A.   Sure.  So the idea with the rebate program
22 was that at the time, a lot of U.S. traders were using
23 TD Ameritrade or E*Trade, and those brokers were still
24 charging, like, eight, nine dollars per trade.  They
25 were expensive.  So SureTrader, while it did allow for

52

Ross Cameron
3/14/2023

1  trading under PDT, it was also cheaper at what I think
2  was 4.95 per trade, up to a certain number of shares.
3        And so, you know, that was great as it was,
4  and then to make it even better, what we basically said
5  was, you know, we've got a community of active traders.
6  Obviously, some of them are international, they would
7  probably be looking for this type of broker anyway,
8  especially since some of them can't open accounts in
9  the U.S., you know, can we negotiate a group rate?
10       And I brought that to them, hoping that we
11  could, and we were able to.  And so as we put it
12  together, what we were able to tell students was,
13  listen, we went on your behalf, we didn't get any
14  compensation for this, we went on your behalf to
15  negotiate this discounted rate with these different
16  brokers, if you want -- don't use it if you don't want,
17  but if you use it, over the course of a year or however
18  many trades it is, you're going to be saving a dollar
19  for each trade.  So if you do a thousand trades, you'll
20  save a thousand bucks.  And the cost of -- the minimum
21  cost of the class that was eligible for this was about
22  $1,000.
23       So we thought this was kind of a nice idea,
24  and it did work well with some of the other brokers,
25  the U.S. brokers, and it seemed to work with well

53

1  TradeZero, I guess, but I don't really know exactly.
2  With all of them, we weren't on the broker's side, so
3  we got limited feedback as to how these were going or
4  how many people were signing up or what the process was
5  at the broker-dealer of who to let in and who not to
6  let in.  So we didn't have a lot of insight to that,
7  but we thought -- we didn't get complaints about it, so
8  we thought this made sense for -- to continue
9  expanding, and so that's kind of how it started.
10       Q.  So who was tracking the referrals, the
11  referrals to SureTrader from Warrior Trading?  How was
12  that tracked?
13       MR. HALPIN:  Objection.
14       THE WITNESS:  We weren't tracking any of
15  them.  It made no difference to us, really, because we
16  weren't getting any compensation for it.  This was an
17  agreement -- like, the stakes to me felt low, because
18  this isn't even -- we're not getting paid, this is just
19  something we're negotiating on behalf of students.  I'm
20  happy to do it, let's get it done, but the stakes were
21  kind of low for me.
22       So I didn't really care -- we didn't have any
23  form of -- we didn't have, like, an affiliate dashboard
24  that I could log into and see how many students have
25  signed up or how many have clicked.  They may have had

54

1  that, but we didn't have it.
2       Q.  Did you receive anything from SureTrader
3  detailing how many Warrior Trading customers were going
4  to them?
5       A.  Well, they did eventually send an e-mail, and
6  I only remember the one, there may have been others,
7  but I remember the one e-mail.  They said, I don't
8  know, it was about 100 people, or I don't remember how
9  many it was, but they gave a number of how many people
10  had used it.
11       Q.  Other than that e-mail, did you receive
12  regular updates about how many customers, Warrior
13  customers, were using the platform?
14       MR. HALPIN:  Objection.
15       THE WITNESS:  I didn't see them.  If we did,
16  I never saw them.
17       Q.  BY MISS JOHNSON:  What was the benefit to the
18  Warrior Trading customers to use the rebate program?
19       MR. HALPIN:  Objection.
20       THE WITNESS:  The benefit that they received
21  were discounted commissions.  It saved them money, so
22  they got to trade with a lower commission.  I guess it
23  was 3.95 per trade instead of the regular rate of 4.95
24  per trade.
25       Q.  BY MISS JOHNSON:  What was the benefit to

55

1  SureTrader?
2       MR. HALPIN:  Objection.
3       THE WITNESS:  SureTrader, the benefit was --
4  well, I think they were probably interested in not just
5  our community, but the communities of many other active
6  traders, because active traders will generate
7  commissions, you know.  A trader who is buying once or
8  twice a month is 3.95 times 2, but a day trader who's
9  trading, buying and selling, buying and selling, you
10  know, that's going to generate -- they might generate
11  $100 of commissions a day.  And I speculate, and I
12  shouldn't speculate, but I would think that would be
13  more profitable to the client, but I couldn't really
14  say.
15       MISS JOHNSON:  Okay, you can take this down.
16       Q.  BY MISS JOHNSON:  How would a trader who was
17  interested in participating in the rebate program with
18  SureTrader go about doing that?
19       MR. HALPIN:  Objection.
20       THE WITNESS:  The instructions that we laid
21  out were to e-mail SureTrader a copy of your receipt.
22  SureTrader can say, essentially, hey, I'd like to take
23  you up on the broker rebate program, and they would see
24  the receipt, and then they would change the commission
25  structure for that trader.

56

1    Q.   BY MISS JOHNSON:  After that occurred, did
2  Warrior Trading have any responsibilities under the
3  agreement?
4        MR. HALPIN:  Objection.
5        THE WITNESS:  As far as we understood, I
6  think the spirit of this whole agreement was, yeah,
7  we're going to put your name out there, we've got this
8  promotion, our students will get a discounted rate, but
9  you're the broker-dealer, how are we possibly supposed
10  to know?  It's your job to choose how to accept or
11  decline someone to participate in that program.
12        MISS JOHNSON:  Okay.  Can you show
13  Exhibit 48.
14        (Deposition Exhibit 48 marked for
15  identification.)
16        MR. HALPIN:  Miss Johnson, does this have a
17  Bates stamp?
18        MISS JOHNSON:  It does not.
19        MR. HALPIN:  Has it been produced?
20        MISS JOHNSON:  It has not.
21        MR. HALPIN:  I'm going to object to the use
22  of this document.
23        MISS JOHNSON:  Okay.
24        MR. HALPIN:  Is there a date?
25    Q.   BY MISS JOHNSON:  I'm showing you what is a

57

1  web capture...
2        Do you recognize this, first of all?
3    A.   I do.
4    Q.   What is this?
5    A.   This looks like a screen capture from our
6  website, circa 2016, `17 maybe.
7        MISS JOHNSON:  It was captured by the SEC in
8  May of 2017, if that helps everyone.
9    Q.   BY MISS JOHNSON:  What is this page?
10        MR. HALPIN:  Objection.
11        THE WITNESS:  So this is the page that...
12        I'm pretty sure, you know, this is the broker
13  rebate page.  So this is the page that outlines the
14  broker rebate program that I believe SureTrader
15  approved.
16        MISS JOHNSON:  Okay.  Can we go down to the
17  second page.
18        Okay.  I'm sorry.  Go back to the first.  I'm
19  sorry.
20    Q.   BY MISS JOHNSON:  I'll read the title.  It
21  says -- it's got the "Warrior Trading 100 percent
22  tuition rebate program."  It has Warrior Trading logo
23  and the SureTrader logo.  "Get your Warrior Trading
24  course paid for by your broker.  Learn how to day trade
25  and get your Warrior Pro trading course paid for by

58

1  your broker with SureTrader and Warrior Trading."
2        Do you see that?
3    A.   I do.
4    Q.   And now if we go down to the second page,
5  there's a graph.
6        MISS JOHNSON:  Can we go -- I want to go to
7  how it works.  Can you show the whole -- I know there's
8  a page break.  Can you show the whole graph?
9        THE VIDEOGRAPHER:  I'm sorry, what do you --
10        MISS JOHNSON:  We'll stay on this page, and
11  then we'll go to the next page.  There was a bad page
12  break on the graph.  It says, "Receive $1 per trade
13  rebate up to the total cost of your Warrior trading
14  course, and Mr. Cameron, if you could just read how it
15  works, the first three steps.
16        THE WITNESS:  Sure.  "Purchase any trading
17  course from Warrior Trading."  That's step one.
18        Step two, "Contact our account
19  representative, Drameko Moore."
20        I'm not sure if I'm pronouncing his name
21  right.
22        And then step three, let me scroll down, is
23  "Fund an account with SureTrader, $2,500 minimum."
24    Q.   BY MISS JOHNSON:  Okay.  Drameko Moore also
25  gives his e-mail address, it says "drameko@suretrader."

59

1  Is that found under step two?
2    A.   Yeah.
3    Q.   Who was Drameko Moore?
4    A.   I understood that he would be the person that
5  students would e-mail their receipt to at SureTrader.
6    Q.   Was he...
7        Who was he employed by?
8    A.   I couldn't say with certainty, but he had a
9  SureTrader e-mail.  He wasn't a Warrior Trading
10  employee.
11    Q.   Okay.  And if we go down to the next page,
12  see step four and five.
13        Okay.  If you could read step four and five.
14    A.   So "Get Rebate," step four, "Students receive
15  $1 rebate per trade up to the total purchase price of
16  your Warrior Trading course."
17        Step five, "Congratulations.  Your education
18  has been paid for and you are now using the best
19  trading platform."
20    Q.   Okay.  And then do you want to read about
21  SureTrader, what it says there?
22    A.   Sure.  It says, "SureTrader, Division of
23  Swiss America Securities, is a Bahama-based
24  broker-dealer regulated by the Securities Commission of
25  the Bahamas.  SureTrader is an online broker that

60

1  allows you to day trade freely with 6:1 leverage and no
2  pattern day trader rules for your account. Not
3  intended for U.S. persons," which is what they wanted
4  us to add.
5     **Q.** Okay. When you say "they" wanted you to add,
6  who were you referring to?
7     **A.** SureTrader.
8     **Q.** Did you run this "How it Works" graph by
9  anyone at SureTrader before you put it on your web
10 page?
11    **A.** I believe that this was -- this was the page
12 that we wanted them to sign off on before we made it
13 public. So we didn't want to just, you know, put a
14 page out there without making sure they were on board
15 with it, so we sent this to them and asked them for
16 their feedback.
17    **Q.** Okay. And it says that their leverage was
18 6:1 leverage?
19    **A.** That's correct.
20    **Q.** Are day traders in the United States allowed
21 to trade with 6:1 leverage?
22        MR. MORGAN: Objection; calls for a legal
23 conclusion.
24        THE WITNESS: Do you want me to go ahead and
25 answer?

61

1         MR. MORGAN: Yeah, answer to your
2  understanding.
3         THE WITNESS: My understanding, I have never
4  used a U.S. broker that allowed 6:1 leverage. Most
5  U.S. brokers, it's 4:1 for intraday, 2:1 overnight with
6  a leverage account -- or with a margin account.
7     **Q.** BY MISS JOHNSON: What is the risk of trading
8  with 6:1 leverage compared to 4:1 leverage?
9         MR. HALPIN: Objection.
10        THE WITNESS: So the risk is amplified, and
11 this is an area where I talk extensively about the high
12 level of risk in trading, period, and with leverage,
13 even more so. You have to first trade in a
14 simulator-approved profitability before trying to trade
15 with leverage of any kind, 6:1 no exception.
16    **Q.** BY MISS JOHNSON: Okay. Let's go to the next
17 page.
18        It says, "How it Works. Step one, purchase
19 any trading course from Warrior Trading. Step two,
20 e-mail our account rep at SureTrader and send him a
21 copy of your receipt. E-mail address
22 drameko@suretrader.com. Only valid on purchases made
23 after 10-4-2016."
24        Does that refresh your recollection of when
25 the rebate agreement started?

62

1     **A.** Yep.
2     **Q.** And when was that?
3     **A.** October 4th, 2016.
4     **Q.** Does that refresh your recollection of who
5  Drameko is?
6     **A.** Account rep, yeah.
7     **Q.** And what did you mean by account rep at
8  SureTrader?
9     **A.** Well, he was the person who was...
10        As I kind of understood, he was going to be
11 receiving these receipts, and he was going to try to
12 give people maybe a little bit more of a VIP account
13 opening process so they might not have to wait in line
14 with, you know, all the commoners from Tim Sykes, you
15 know. I think the idea was, he was going to get -- you
16 know, help people sort of get in line a little bit
17 more. I don't know if that happened.
18    **Q.** Did Drameko Moore, did he ever enter your
19 chat room services?
20        MR. HALPIN: Objection.
21        THE WITNESS: I don't -- I don't know if he
22 did. He may have. I'm not sure. I don't know.
23 don't know.
24    **Q.** BY MISS JOHNSON: How were you alerted that a
25 customer had reached out to Mr. Moore, Drameko Moore,

63

1  at SureTrader under this "How it Works"?
2         MR. HALPIN: Objection.
3         THE WITNESS: We really weren't alerted at
4  all. You know, we didn't get an e-mail every time a
5  client tried to open a SureTrader account. I mean,
6  there was zero feedback, which, you know, again, for --
7  as far as we were concerned, we didn't feel we needed
8  anything. We weren't getting paid, it was just -- you
9  know, we were kind of just saying, hey, if you want to
10 use this tool, use it, these are the terms, figure it
11 out with SureTrader, and that was that as far as we
12 were concerned.
13    **Q.** BY MISS JOHNSON: All right. About how many
14 customers, Warrior Trading customers, received the
15 rebate from SureTrader?
16        MR. HALPIN: Objection.
17        THE WITNESS: I couldn't say how many. I
18 wouldn't -- I wouldn't be able to easily know, but
19 presumably, everyone that signed up would have been
20 able to see that we had this program going on with
21 SureTrader and with the other brokers. But I don't
22 know how many people used it.
23        MISS JOHNSON: Okay. Let's move on to
24 Exhibit 38, take a look at that.
25        (Deposition Exhibit 38 marked for

64

Ross Cameron
3/14/2023

1  identification.)
2      **Q.**  BY MISS JOHNSON:  And at the top, it says,
3  "Commission Pricing."  It's an e-mail from Ross Cameron
4  to Drameko Moore, dated January 27th, 2017 at 10:44
5  a.m.
6          "Hi, Justin and Drameko.  I noticed the new
7  website update.  It shows pricing as one penny per
8  share.  I want to confirm that our new students who
9  join are still going to get the 3.95 per share pricing
10  with the broker rebate program.  Let me know.  Thanks,
11  Ross."
12          Did you write that?
13      **A.**  Yeah, that sounds like something I would have
14  written, yeah.
15      **Q.**  Okay.  And then you have some e-mails back
16  and forth.  Do you want to look at those?  I'll call
17  your attention to the one at the bottom of the third
18  page, Bates page 39.
19      **A.**  Is this the bottom of the third page?
20      **Q.**  It's Drameko's response to you.  It starts
21  here, it says, "Hi, Ross," and then we have to go to
22  the next page.
23      **A.**  Okay.
24      **Q.**  It's from Drameko Moore to you.  It's
25  February 2nd, 2017 at 3:43, and Drameko writes,

65

1  "I apologize for the delay on this matter, but we have
2  just received confirmation that your students will
3  remain under the $1 rebate deal with 3.95 base
4  commissions, and the per share rate will be $0.01 as
5  per our new commissions structure."
6          Do you see that?
7          And then let's see what you responded if we
8  go down.
9          At February 2nd, 2017 at 4:11, Ross Cameron's
10  responds to Drameko and ccs Justin Ritchie, "Hi,
11  Justin and -- "Drameko and Justin.  Okay.  Glad to hear
12  it.  Thank you.  We'll keep sending traffic your way.
13  Do you know how many students are taking advantage of
14  the program now?  Talk soon.  Ross."
15          Do you recall writing that to him?
16      **A.**  To be honest, I don't remember sending the
17  e-mail, but as I read it, it's very plausible and it
18  looks like it was sent by me, so I take your word for
19  it that I sent that e-mail.
20      **Q.**  That's your e-mail address, rosspcameron?
21      **A.**  It is.
22      **Q.**  Okay.  And Drameko writes back the next day,
23  on February 3rd, 2017, at 2:09 p.m., Drameko Moore to
24  Ross Cameron, "Sounds great, Ross.  We estimate that we
25  have 100 or so new accounts or pending applications

66

1  from Warrior Trading since referrals began last year.
2  Thanks.  Drameko Moore."
3          Do you see that?
4      **A.**  I do.
5          MISS JOHNSON:  Then you respond...
6          Whoops.
7          I think you need to go up a little.  Okay.
8          All right.  Let's go to Exhibit 39.
9          (Deposition Exhibit 39 marked for
10  identification.)
11      **Q.**  BY MISS JOHNSON:  This one is hard to read,
12  but that's how it was produced.  If you look at the
13  middle of the page, starting with "I'm sorry"...
14          Go down a little bit.
15          I'm going to read the February 10th, 2017 at
16  10:47 a.m.  Guy Gentile at guy@suretrader.com wrote,
17  "Hi, Ross.  Can you take this off your review?
18  Indictment was dismissed."
19          Do you see that?
20      **A.**  I do.
21      **Q.**  At the time, did you know who Guy Gentile
22  was?
23      **A.**  I did.
24      **Q.**  And what was your understanding of who he was
25  at the time?

67

1      **A.**  Sorry.
2      **Q.**  Was it the same as what you testified
3  previously?
4      **A.**  Yeah, that's correct.
5      **Q.**  Had you communicated with Guy Gentile prior
6  to this e-mail?
7      **A.**  I don't even remember this e-mail, but as I
8  see it, yeah, it refreshes my memory.  So I only
9  specifically remember one time ever speaking with Guy
10  Gentile on the phone, and I don't remember that we had
11  e-mails going back and forth.  So this is definitely an
12  outlier.  I don't know if there's any others like this.
13  It was not part of our -- we didn't communicate.
14      **Q.**  Okay.  And the one time you spoke with Mr.
15  Gentile on the phone, was it this subject matter?
16      **A.**  No.
17          MR. HALPIN:  Objection.
18          THE WITNESS:  It wasn't.
19      **Q.**  BY MISS JOHNSON:  Okay.  I'll circle back and
20  ask you about the subject matter, but let's finish this
21  exhibit.
22          If you go down on Mr. Gentile's e-mail to
23  you, it has a Bloomberg site, and then it says "Update
24  to SureTrader Review.  Update:  We have discovered that
25  Guy Gentile, the founder of SureTrader, was indicted

68

1  for penny stock manipulation.  At this time, there are
2  no indictments against SureTrader specifically, nor
3  anything to suggest that SureTrader was involved in any
4  wrongdoing.  We will continue to follow this headline."
5      Is that...
6      Where was that -- it says "Update to
7  SureTrader Review."  Where was that SureTrader review
8  posted?
9    **A.**  That was on our website.
10    **Q.**  Okay.  And that is the review that Mr.
11  Gentile was asking if you could take it off?
12    **A.**  Yeah.
13    **Q.**  And then you respond at the top here, "Hey,
14  Guy.  Pages have been updated.  Happy to be able to
15  remove that."
16      Do you see that?
17    **A.**  I do.
18    MISS JOHNSON:  All right.  Let's go to
19  Exhibit 39.
20    THE VIDEOGRAPHER:  That is 39.
21    MISS JOHNSON:  Sorry.  Go down near the
22  bottom of page 13.
23    That's it.  Thank you.
24    **Q.**  BY MISS JOHNSON:  Friday, January 27th, 2017
25  at 2:08 p.m., Guy Gentile writes to you, Hey, Ross --

1  "Hi, Ross.  Thanks for getting back to me.  I totally
2  understood, and I don't think there will be any
3  conflicts with investors as it's a social trading
4  platform.  I'll keep in touch and maybe we can do a
5  traders conference in the Bahamas in the spring."
6      And you wrote -- that was in response to --
7  on January 27, 2017 at 2:07, Ross Cameron wrote, "Hey,
8  Guy.  Good to talk to you last week.  I wasn't
9  expecting I'd be speaking with you.  I talked with our
10  team, and I think your ideas for the MintGroup are very
11  interesting.  Right now we aren't in a place where it
12  makes sense to sell Warrior Trading or to distribute
13  our content under a different brand."
14      Do you see that?
15    **A.**  I do.
16    **Q.**  Is that what the phone call -- the subject of
17  the phone call that you were discussing that you just
18  talked about?
19    **A.**  It was.
20    MR. HALPIN:  Objection.
21    **Q.**  BY MISS JOHNSON:  What did you discuss in
22  that phone call, according to this e-mail, that took
23  place a week before January 27th, 2017?
24    MR. HALPIN:  Objection.
25    THE WITNESS:  I don't remember who set up the

1  call, but it might have been Justin or Drameko.
2  Someone said, hey, I need to get you on a call.  What
3  is this?  What is this?
4      So I got on the call.
5      Excuse me.
6      And then Guy was on the conference call, and
7  I wasn't expecting that at all.  No one said he was
8  going to be on the call.
9      And, you know, to be honest, I was -- you
10  know, I was happy to take the thing off his review,
11  because we've sued a lot of people for defamation, we
12  don't want to say something out of turn, and we were
13  happy if it got thrown out, but we would -- you know,
14  okay, seems like it was resolved.  We don't want to
15  step on anyone's toes.  That's not what we do, so...
16      But I also didn't really feel like being
17  chummy.  I just was like, I don't know.
18      So anyways, I was surprised, and, yeah, I
19  didn't even remember the Mint conversation, but there
20  was some conversation, I guess, about they were going
21  to set up -- it seemed like a competitor of Warrior
22  Trading, to be honest, but it sounded like an active
23  trader social -- you know, stock Twitter version with
24  education and stuff like that, and he expressed
25  interest in buying Warrior Trading and having me

1  somehow be involved with that, either the different
2  brand...
3      You know, it was just sort of throwing ideas
4  out there, which came unsolicited and I was surprised
5  by, but, you know, it was flattering.  I was glad
6  someone was interested, I guess, but it wasn't
7  something I was interested in, but -- you know, not
8  even close.
9    **Q.**  BY MISS JOHNSON:  Was SureTrader -- was the
10  indictment discussed in that call?
11    MR. HALPIN:  Objection.
12    THE WITNESS:  I don't recall that coming up.
13  I don't remember...
14      No, and I don't know how close this was to
15  when that e-mail went on, but -- no, I don't remember.
16  I don't remember that.  Yeah, I don't recall him saying
17  anything about it.  I think it was focused on, you
18  know, this new project he was working on, and I don't
19  know if there was some niceties at the beginning, I've
20  been through a lot, I'm glad it's over with, I don't
21  know.  Maybe.  But beyond that, I don't remember.
22    **Q.**  BY MISS JOHNSON:  Okay.  Other than this
23  e-mail, was there any other response to the call with
24  Mr. Gentile?
25    **A.**  I didn't even recall this e-mail, so my

1 recollection of responses from 2016, `17 seems limited.
2 If you show me one that would recollect my memory,
3 probably, but I don't remember.  And, yeah, I don't...
4       I mean, so...
5       What was the question again?
6    **Q.**  If there was any follow-up after this e-mail
7 with Mr. Gentile about the subject.
8    **A.**  About the subject of him buying Warrior, no,
9 I don't think so.
10    **Q.**  Any other calls that you recollect other than
11 that one with Mr. Gentile?
12    **A.**  No.
13    **Q.**  Okay.  Let's turn to Exhibit 40.
14       (Deposition Exhibit 40 marked for
15 identification.)
16    **Q.**  BY MISS JOHNSON:  Okay.  This is an e-mail
17 from Ticker TV, support admin at Ticker TV, sent on
18 2-15-2017 --
19    **A.**  Um-hmm.
20    **Q.**  -- to Jeff, Sean, and Ross Cameron at
21 daytradewarrior@gmail.com.
22       Is that one of the e-mails you used?
23    **A.**  It was, yeah.
24    **Q.**  And it says, "Seems SureTrader is having
25 issues with our review on Ticker TV.  Administrator,

73

1 Ticker TV."
2       Who or what is Ticker TV?
3    **A.**  That was a -- it was a website that had been
4 running for a while as sort of like a streaming
5 website, almost like Twitch for stocks, and someone
6 else had gotten it up and running, and it was doing
7 reasonably well, and we decided to buy it.
8       Anyways, it wasn't very successful, but we
9 owned it for a period of time, and now we've shut it
10 off, so it's not still active.  But, yeah, there was a
11 review of SureTrader on that website.
12    **Q.**  What period of time did you own Ticker TV?
13    **A.**  I don't remember when we bought it.
14 Technically, we still own it, we just -- it's just an
15 empty website.  I think it redirects to Warrior or
16 something.  It's not active.  But during this time, we
17 had -- if we were receiving that e-mail, then we owned
18 it at that time.
19    **Q.**  Okay.  It looks like you wrote -- or Ticker
20 TV said this to you as a response from the e-mail below
21 it.  It says from Yaniv Frantz, yaniv@suretrader.com.
22 The date is February 15 of 2017.  "Subject:  Comment on
23 your website."  "Dear Ticker TV, I am writing you this
24 e-mail today, as it came to our attention that your
25 website wrote a review but also allowing posts that are

74

1 misleading with negative information and represent an
2 absolute false facts based on assumptions to your
3 attention.  It is clearly sending a misguided message
4 to an audience of satisfied traders, but also to many
5 potential traders seeking to open a trading account
6 with our company."
7       Did you know what Mr. Frantz was referring to
8 there?
9       MR. HALPIN:  Objection.
10       THE WITNESS:  I'm not sure what specifically
11 he was referring to.  I mean, as I said, we always kind
12 of tried to keep on a very safe side of the line of
13 being -- this is why I don't do it on Twitter.  I don't
14 do anything controversial, I don't try to poke at
15 people, make fun of people, I don't say mean things.
16 So it almost seems like he's upset about maybe a
17 comment down below, but I don't know.
18    **Q.**  BY MISS JOHNSON:  What was Warrior Trading's
19 response, if any, to this e-mail?
20    **A.**  I can't recall.
21       MISS JOHNSON:  Okay.  Do you want to take our
22 seven-minute break?
23       MR. MORGAN:  Yes.
24       MR. HALPIN:  Fine with me.
25       THE VIDEOGRAPHER:  The time is now 4:08 p.m.

75

1 Going off the record.
2            (Recess.)
3       THE VIDEOGRAPHER:  We're back on the record.
4 The time is now 4:16 p.m.
5       MISS JOHNSON:  Thank you.
6       Could you call up what's been premarked as
7 Exhibit 41, Plaintiff's Exhibit 41.
8       (Deposition Exhibit 41 marked for
9 identification.)
10    **Q.**  BY MISS JOHNSON:  Okay.  It appears to be an
11 e-mail from Drameko Moore at drameko@suretrader.com,
12 dated March 21st, 2017, subject, SureTrader Commission
13 Plan, to Warrior Trading, team@warriortrading, cc
14 activetrader@suretrader.
15       It says, "Hello, Ross.  I've met"...
16       First of all, is team@warriortrading, would
17 you have been cc'd on that e-mail?  Who does that go
18 to?
19    **A.**  It goes to our ticketing system for customer
20 support, but I would have been -- I recall this, and it
21 was offensive.
22    **Q.**  Okay.  We'll get into that in a minute.
23       It says, "Hello, Ross.  I met with management
24 on this matter once again, and the offer that was given
25 to you below is not up for negotiation.  In fact, we

76

1  have moved to negate any discounted rates to your
2  students going forward and will simply offer monthly
3  rebate credits to each WT registered account based on
4  the amount of trades they make within that month."
5       You already answered that you recall this and
6  that it was offensive.  What did you find offensive
7  about this e-mail?
8       A.  This seemed to me to come out of nowhere.  It
9  was like, you know, this is not up for negotiation,
10  like, who starts an e-mail like that?  I mean, this is
11  just -- I don't even know.  It's rude, and you know
12  what?  It's kind of like, why are we sending you any
13  traffic at all if this is how you're going to treat our
14  customers?  Again, we're not making any money on this,
15  so, you know, we're trying to help out students, and
16  then I get an e-mail like this that basically just
17  says, hey, we're jacking up the commissions by whatever
18  percent, 20, 30 percent for all of your students.  I
19  mean, it's even higher than that, actually, because
20  it's at one penny per share.  A thousand shares is
21  going to cost 14 bucks, based on my math here.
22       Q.  Explain what you mean by "it came out of
23  nowhere."
24       A.  You know, as far as I understood, you showed
25  us that e-mail from Yaniv, so there was that.  I don't

77

1       A.  Okay.
2       Q.  Were you aware prior to this e-mail about the
3  number of new accounts that SureTrader had registered
4  under Warrior Trading?
5            MR. HALPIN:  Objection.
6            THE WITNESS:  No, I don't think so.  I don't
7  think there's any way I would have been aware of that.
8       Q.  BY MISS JOHNSON:  Okay.  Who was keeping
9  track of those numbers?
10            MR. HALPIN:  Objection.
11            THE WITNESS:  That was something that they
12  were managing on their side, presumably.
13       Q.  BY MISS JOHNSON:  And --
14       A.  It wasn't us.
15       Q.  -- we're in 2017 now.  Were you getting
16  notice when a new account was opened at SureTrader that
17  had been referred from Warrior Trading?
18            MR. HALPIN:  Objection.
19            THE WITNESS:  Not that I'm aware of.
20       Q.  BY MISS JOHNSON:  Did you have any control
21  over when SureTrader would open an account for a
22  customer through the Warrior Trading rebate program?
23            MR. HALPIN:  Objection.
24            THE WITNESS:  No.
25       Q.  BY MISS JOHNSON:  What did you think about

79

1  know how that got resolved.  But then, you know, this
2  comes up.  We didn't get -- I don't recall having
3  complaints that, you know, we weren't -- you know,
4  aside from the issue with that review, I don't know, it
5  just seems -- like, I didn't understand where this was
6  really coming from.  This doesn't seem like a good
7  business decision.  Why would you take customers who
8  are seemingly happy and then say, hey, I'm going to
9  increase your rate by 30 or 50 percent or whatever it
10  is.
11       Q.  Okay.  If we scroll down to Bates page 4 of
12  the document, third page of this document, I believe...
13            It's dated Tuesday, March 21st, 2017.
14  Drameko Moore wrote, "Hello, Ross.  Since this deal has
15  begun midway through last year's fourth quarter, we
16  have registered approximately 150 new accounts under
17  Warrior Trading, which is okay but could be better.
18  Right now management has offered one of the three
19  options as the official Warrior Trading deal going
20  forward."
21            Do you recall him writing that?
22       A.  I don't.  Is this e-mail before the last one,
23  or does it come after?
24       Q.  It's March 21st, 2017, prior to the one that
25  we just looked at.

78

1  the changes to the rebate structure that Drameko was
2  laying out?
3            MR. HALPIN:  I'm going to object.  The
4  witness testified he doesn't recall this e-mail.
5            MISS JOHNSON:  I didn't ask him about this
6  e-mail.  I asked him about his thoughts on the changes
7  to the rebate structure that Drameko is laying out.
8            MR. HALPIN:  In this e-mail?
9            MISS JOHNSON:  In the prior one.  This one
10  and the prior one.
11            MR. HALPIN:  Objection.
12            THE WITNESS:  I thought that it was a bad
13  business decision.
14       Q.  BY MISS JOHNSON:  Okay.  Did you respond to
15  Drameko about this?
16       A.  I would be surprised if I didn't, but I don't
17  remember what I said.
18            MISS JOHNSON:  Let's go to Exhibit 42.
19            (Deposition Exhibit 42 marked for
20  identification.)
21       Q.  BY MISS JOHNSON:  This is an e-mail from Ross
22  Cameron sent on 3-21-2017 to guy@suretrader.com,
23  subject, SureTrader commission plan.  You write, "Hey,
24  Guy."
25            Who were you referring to when you say "Hey,

80

Guy"?
    **A.** Guy Gentile.
    **Q.** "I hope your doing well.  I wanted to touch
base with you on an issue we are having.  I'm not sure
if you're aware, but Drameko has been working as the
Warrior Trading representative for our students who
join SureTrader as part of the broker rebate program we
built together.  Since SureTrader made a change in
commission structure to .01 per share, Drameko has
informed us that SureTrader is making a change in the
rebate program that was made available for our
students."
    Does this refresh your recollection about
what you did next in relation to the changes Drameko
was suggesting?
    **A.** This is classic.  I jumped over Drameko's
head.  I went to the top, and I was obviously hoping
that I'd find a different answer, but I don't recall
what the answer ended up being.
    **Q.** Okay.  So what are you asking Mr. Gentile to
do here?
    MR. MORGAN:  Objection; vague.
    THE WITNESS:  I'm not sure what I'm asking.
I'd have to reread this e-mail.
    **Q.** BY MISS JOHNSON:  Let me direct you to the

81

paragraph that says, "Since we sent hundreds of
students"...
    Do you see that, four from the top?
    **A.** Yep.
    **Q.** "Since we sent hundreds of students to
SureTrader and actively promoted your firm to all of
our students, we asked Drameko if our students could be
priced at .009 to save a dollar per 1,000 shares up to
the purchase price of their course (2497)."
    Do you see that?
    **A.** I do.
    **Q.** Does that refresh your recollection for what
you're asking Mr. Gentile?
    **A.** Yeah.
    **Q.** When you say that you promoted your firm to
all of your students, did that include students
residing in the United States?
    MR. HALPIN:  Objection.
    THE WITNESS:  So, you know, again, I would
say that I talked about SureTrader all the time.  I had
used SureTrader, I had been at one point happy with
them, and I did talk about them as a tool that I used
and that U.S. -- they accepted me as a U.S. trader.  I
knew they accepted U.S. traders.  I understood U.S.
traders were not allowed to participate in the broker

82

rebate program, but that didn't mean that U.S. traders
wouldn't end up signing up and using SureTrader anyways
because they were a tool that helped them trade below
PDT.
    So they were getting good exposure from us,
and, yeah, I felt a bit offended that they wanted to do
this.
    **Q.** BY MISS JOHNSON:  Were you able to come to
some arrangement with SureTrader regarding the rebate
program after the date of this e-mail?
    MR. HALPIN:  Objection.
    THE WITNESS:  I don't recall.
    **Q.** BY MISS JOHNSON:  When did the rebate program
with SureTrader stop?
    **A.** I'm not sure when we stopped promoting it,
and I also don't know when they would have stopped
accepting students who sent them receipts.  So I
couldn't say for sure off the top of my head.
    **Q.** Was the rebate program still occurring at the
time this e-mail was written?
    MR. HALPIN:  Objection.
    THE WITNESS:  I think that it was in limbo.
I think that it was, but we were all of a sudden
realizing that we had to unwind it or change our
communication around it or make some decision fairly

83

quickly.
    **Q.** BY MISS JOHNSON:  Okay.  Let's look at
Exhibit 32.  I do have a Bates stamp for you.  It's
SEC-SECWEBCAPTURE-E-0000356-370.  Four zeros.
    (Deposition Exhibit 32 marked for
identification.)
    **Q.** BY MISS JOHNSON:  Do you recognize this, Mr.
Cameron?
    **A.** I do.
    **Q.** What is this?
    **A.** This is a review that we wrote about
SureTrader.
    **Q.** Okay.  And where was it posted?
    **A.** This would have been posted on our website,
in our blog.
    **Q.** Okay.  And who was the author of this review?
    **A.** I see it says I'm the author, but I'm not
sure that I actually wrote it, because we had people on
our team that would write things.  So I'm not sure, and
I haven't read this review in a very long time, so I'll
have to -- as I read through it, as you show it to us,
maybe it will jog my memory of who might have written
it.
    **Q.** Let's go...
    You see the front page.  Let's go to the

84

1    second page, and there's a summary there, and then it
2    says near the bottom "SureTrader Review, The Good, the
3    Bad, and the Ugly."
4        A.   Yeah.
5        Q.   Do you see that?
6             Let's go down to the next page.
7             Do you see the paragraph that's three down,
8    "Initially, most traders"...
9        A.   I do.
10       Q.   Okay.  And it says, "Initially, most traders
11   are skeptical about opening an offshore account.  I
12   was, too.  I felt better about opening this account
13   after realizing that SureTrader is the sister company
14   to Speedtrader, a well respected U.S. broker with ten
15   years in the industry.  You can read our review of
16   Speedtrader here.  Speedtrader is for U.S. residents
17   only and does not accept international traders, while
18   SureTrader accepts both U.S. and international
19   traders."
20            Does this refresh your recollection about who
21   authored this account?
22       A.   Yeah, this looks like something that I would
23   have written.
24       Q.   Okay.  So it says, I opened -- "I was, too.
25   I felt better after I opened this account"...

85

1             Is that you?
2        A.   Yes.
3        Q.   Okay.  And then you continue, "Over the
4    years, I have traded with SureTrader during several of
5    my small account challenges.  In 2016, I funded a
6    $1,000 account and turned it into $8,653 in one month.
7    Then in 2017, I funded a" 5,800...
8        A.   $583.
9        Q.   Thank you.
10            ..."and turned it into over 100k in 44 days.
11   In fact, I traded with SureTrader until I broke 25,000,
12   and then I moved my money to their sister company in
13   the United States."
14            Do you see that?
15       A.   I do.
16       Q.   The last sentence, "If I had funded an
17   account with a U.S. located broker with $853, I would
18   not have been able to day trade until I exceeded the
19   25k."
20       A.   Yes.
21       Q.   Is that correct?
22       A.   It is.
23       Q.   Okay.  And then let's go to the next page.
24            Again we see...
25            What is this chart?  I'll ask you.

86

1        A.   This is the broker rebate info graph.
2        Q.   And is this similar to the chart we saw
3    earlier?
4        A.   It appears to be the same.
5        Q.   Okay.  And then if we go to the end, page 10,
6    it says, "Final Thoughts on SureTrader.  SureTrader is
7    actually one of the leading online brokers for day
8    trading with a multitude of features, advantages, and
9    benefits.  You should definitely giving them a shot.
10   Just make sure you know their trading rules and
11   regulations thoroughly.  They have good, but sometimes
12   slow, customer service, but will answer any of your
13   questions or concerns.  If you're under 23k and looking
14   for a solid broker to day trade with, SureTrader has
15   everything you need, so it's worth checking them out."
16            Is that what you wrote?
17       A.   That sounds right.  I don't know if some of
18   this was written -- this may have been written over
19   various periods of time where we went back and updated
20   a section, we updated the commission and we
21   decreased -- I think we took a star off the review.
22   When commissions went up, a star came off.  So we did
23   from time to time make a change.  So the review may
24   have been originally written and may have been a lot
25   shorter, and then, you know, over the years we added

87

1    some substance to it.
2        Q.   Okay.  But this was your recommendation at
3    the time it was written?
4             MR. HALPIN:  Objection.
5             THE WITNESS:  Yes.
6        Q.   BY MISS JOHNSON:  Okay.  How long was this
7    SureTrader review posted on your website?
8        A.   I don't know.  I'm not sure.
9        Q.   Did there come a time when you stopped
10   recommending SureTrader?
11       A.   Yes.
12       Q.   When was that?
13       A.   I'm not sure the date of it, but the problem
14   was, we didn't -- we no longer felt good about
15   SureTrader in some ways, but they also remained sort of
16   the only option.  So it felt unfair that they were
17   taking, I felt, advantage of that situation by charging
18   commissions as high as they were, knowing that people
19   couldn't really go anywhere else.  But at the same
20   time, it was still a tool that was a good tool if you
21   wanted to trade with a smaller account.  You just had
22   to be a lot more picky about how many times you were
23   willing to trade, because commissions would add up.
24            MISS JOHNSON:  Okay.  Can you call up
25   Plaintiff's Exhibit 43, please.

88

**Ross Cameron**
**3/14/2023**

1   (Deposition Exhibit 43 marked for
2   identification.)
3      **Q.**  BY MISS JOHNSON:  This is an e-mail from Ross
4   Cameron at rosspcameron@gmail.com, sent on 7-17-2017 to
5   Jeff and Alex at warriortrading.com, Subject,
6   "SureTrader Review."
7      And it says, "Referring probably to our
8   updated review where we no longer recommend them," and
9   then there was a forwarded message from Yaniv Frantz at
10  SureTrader on that same date to you, saying, "Good day,
11  Ross.  Hope you had a good weekend.  I'm writing you
12  today in regards to a new review I noticed you posted
13  about SureTrader.  I tried to call the number on your
14  website a few times to discuss this with you.  However,
15  no one was there to take the call."
16     Do you remember this e-mail?
17     **A.**  I don't...
18     The e-mail is familiar and it is reminding me
19  of a sequence of e-mails that followed going back and
20  forth with Yaniv.
21     **Q.**  Okay.  What do you recall about those
22  e-mails?
23     **A.**  This led -- and I don't...
24     So when this was sent?  July 17th?
25     This was all self-inflicted on their part.

89

1   They increased their commissions.  We then made note of
2   that in the review.  They lost a star because the cost
3   was higher, and then he was e-mailing me to complain.
4   Then he drafts up his own review of Warrior Trading and
5   says, are you ready to talk now?  And his review was
6   just blatantly defamatory, and it led to us sending a
7   cease and desist, trying to tell him to knock it off.
8   And it was all self-inflicted on their part.  I don't
9   know why they did any of it.
10     **Q.**  This review of Warrior Trading, where was
11  that posted?
12     **A.**  I'm not sure.
13     **Q.**  Did you ever speak with Mr. Yaniv or anyone
14  at SureTrader about that?
15     **A.**  I did not, not on the phone.
16     MR. HALPIN:  Objection.
17     THE WITNESS:  Not that I recall.
18     **Q.**  BY MISS JOHNSON:  Okay.  And what was the
19  subject of the cease and desist letter that you just
20  talked about?
21     MR. HALPIN:  Objection.
22     **Q.**  BY MISS JOHNSON:  Who said what to whom?
23     **A.**  Sorry.  I thought I heard one of the
24  attorneys saying something.
25     That was something that our attorneys

90

1   drafted, a cease and desist, and sent it to SureTrader
2   demanding that they stop making defamatory comments
3   about us, or remove the stuff they posted about us.
4      **Q.**  Okay.  And did you receive, you or your
5   lawyer receive a response to that cease and desist?
6      **A.**  Not that I recall.
7      **Q.**  Was the posting changed or taken down?
8      **A.**  No, I don't think it was until they went out
9   of business, as far as I know.
10     **Q.**  Okay.
11     **A.**  It was hurtful, you know.  It was, like...
12     I don't know.
13     **Q.**  Did you speak to anyone other than -- or
14  communicate with anyone other than Yaniv Frantz about
15  that posting?
16     **A.**  Not that I recall.
17     **Q.**  Okay.  Do you recognize a Warrior Trading
18  customer or student by the name of Steven Derong?
19     MR. HALPIN:  Objection.
20     THE WITNESS:  How does he spell his last
21  name?
22     MISS JOHNSON:  D-e-r-o-n-g.
23     THE WITNESS:  I don't remember that specific
24  student off the top of my head.
25     **Q.**  BY MISS JOHNSON:  What about a student named

91

1   Macen Aghn?
2      MR. HALPIN:  Objection.
3      **Q.**  BY MISS JOHNSON:  Do you recognize that name?
4      **A.**  How is it spelled?  Because I read them in
5   e-mail.
6      **Q.**  I believe it's M-a-c-e-n is the first name,
7   Aghn, A-g-h-n.
8      **A.**  I'm not sure.
9      **Q.**  Let me just look at my notes.
10     Have you had any conversations with anyone
11  from SureTrader since after they closed?
12     **A.**  No.
13     MR. HALPIN:  Objection.
14     THE WITNESS:  No.  No, not that I --
15  certainly not that I can recall, not from SureTrader.
16  I also stopped doing business with Speedtrader, because
17  I just didn't want to deal with any of it.  I just
18  moved on.
19     MISS JOHNSON:  Okay.  I think that's all I
20  have.
21     THE WITNESS:  Okay.
22     MR. HALPIN:  Can we...
23     Thanks.  Can we...
24     I don't know how everyone feels.  Can we go
25  off the record?

92

Ross Cameron
3/14/2023

1    MISS JOHNSON:  Why don't we take a
2  five-minute break and just talk.
3    THE VIDEOGRAPHER:  The time is now 4:42 p.m.
4  Going off the record.
5    (Recess.)
6    THE VIDEOGRAPHER:  The time is now 5:02 p.m.,
7  and we're on the record.
8    MR. HALPIN:  Miss Johnson, do you have any
9  more questions for the witness?
10    MISS JOHNSON:  I'm sorry, no.  I tender the
11  witness to you.
12    MR. HALPIN:  Thank you.
13    EXAMINATION
14  BY MR. HALPIN:
15    Q.  Hello, Mr. Cameron.
16    A.  Hi.
17    Q.  As we mentioned at the outset, I'm Steve
18  Halpin.  I'm with the firm Ford O'Brien Landy, who
19  represents Guy Gentile on this matter.  I just have
20  some questions for you.  I'm going to try to do this as
21  efficiently as possible.  I want to be cognizant of
22  your time.
23    The same general ground rules that Miss
24  Johnson laid out before apply, with the caveat I may be
25  asking you some questions that really just call for a

93

1  yes or no answer, so if I move on, it's not because I'm
2  being discourteous, again, just kind of in the interest
3  of time, but I obviously want to give you a chance to
4  respond.  Does that all make sense?
5    A.  Yes.
6    Q.  Great.  I want to talk a little bit about how
7  your various -- kind of the way you put out content for
8  Warrior Trading works.  You testified about a chat room
9  earlier.  Do you recall that?
10    A.  Yes.
11    Q.  Do you recall testifying that the chat room
12  is limited to who can access it?
13    A.  Yes.
14    Q.  And could you explain again who can access
15  the chat room that you run?
16    A.  Paid members.
17    Q.  And are those members just U.S. residents?
18    A.  No.
19    Q.  Do they include international traders?
20    A.  They do.
21    Q.  And in that chat room, can anyone who is in
22  the chat room post content or leave comments?
23    A.  Yes.
24    Q.  And do you moderate what those messages are?
25    A.  Yes, to a certain extent.

94

1    Q.  Is it fair to say you're not approving every
2  single message that's sent within the chat room?
3    A.  Certainly not.
4    Q.  So if...
5    Strike that.
6    So you said you also have a YouTube presence;
7  correct?
8    A.  Correct.
9    Q.  And what type of content do you post to the
10  YouTube channel?
11    A.  I post recaps of my trading days, both green
12  days and red days, and I post general educational
13  content about day trading and the financial markets in
14  general.
15    Q.  Does that include any recorded excerpts from
16  your chat rooms?
17    A.  Rarely, but occasionally.
18    Q.  And you said other content, instructional
19  content?
20    A.  Yes.
21    Q.  And how long have you run the YouTube
22  channel?
23    A.  Since 2013.
24    Q.  And is that accessible by anyone?
25    A.  It is.

95

1    Q.  Accessible by anyone in the world?
2    A.  Yes, as far as I know.  I think so.
3    Q.  And do you recall in any of the content
4  that's posted to YouTube, are there references to
5  SureTrader?
6    A.  There likely are.
7    Q.  Would you have ever referenced SureTrader on
8  something that was posted on YouTube?
9    A.  Sure.
10    Q.  I think you mentioned earlier, as well, that
11  you have trading accounts with a few different
12  international brokerages; is that correct?
13    A.  Yes.
14    Q.  And what are those brokerages?
15    A.  Are you asking about my personal trading
16  accounts, or broker programs?
17    Q.  The personal accounts first, yes.
18    A.  I have a personal account at CMEG, Chapter
19  Markets Elite Group, and I had a personal account at
20  SureTrader.
21    Q.  Did you have a personal account at TradeZero
22  ever?
23    A.  I did not.
24    Q.  And for what reason do you have an account at
25  CME Group?

96

Ross Cameron
3/14/2023

1    A.   I use the CMEG account in the same way that I
2    used the SureTrader account, for doing a small cap
3    challenge, trading with 500 or 1,000 dollars or 2,000,
4    whatever it was.
5        Q.   And you mentioned a potential referral or
6    rebate program with other international brokerages.
7    Does Warrior Trading have such programs with any
8    international brokerages other than SureTrader?
9        A.   We did have one with CMEG and we had one with
10   TradeZero.
11       Q.   Okay.  And were those -- as far as you are
12   aware, did those entities have to abide by the pattern
13   day trading rule?
14       A.   I don't believe either of those enforced the
15   PDT rule.  I'm certain on CMEG, but I didn't use
16   TradeZero, so I don't know exactly what their policy
17   was.
18       Q.   Under Warrior Trading's arrangements with
19   those brokerages, would Warrior Trading receive any
20   type of payment for a referral to one of those?
21       A.   Nope.
22       Q.   And just talking about the pattern day
23   trading rule, the PDT rule a little more broadly, what
24   is your understanding of who that applies to?
25       A.   Well, I understand that it's enforced by U.S.

97

1    brokers, so I think that it applies to anyone who opens
2    an account with a U.S. broker.  But I'm not an
3    attorney, so, you know, this is my understanding, but I
4    think that when an international customer goes to
5    Lightspeed or E*Trade or Ameritrade, even though
6    they're international, they're forced to follow that
7    same PDT rule.
8        Q.   So would you agree that the PDT rule is
9    imposed on brokerages?
10       MR. MORGAN:  I object as Mr. Cameron is not
11   an attorney, but go ahead and give your understanding,
12   Mr. Cameron.
13       THE WITNESS:  My understanding is, it is a
14   rule that brokerages follow, so any customers have to
15   follow it by default.
16       Q.   BY MR. HALPIN:  And I think you mentioned...
17       Well, let me ask you this:  So why, in your
18   opinion, would an international trader look for a non
19   U.S. broker or broker that isn't registered with FINRA?
20       A.   An international trader, a non U.S. trader,
21   would probably not want to subject themselves to the
22   U.S. PDT rule thus requiring a $25,000 minimum balance
23   and would be much more likely to use an international
24   broker, any international broker.
25       Q.   I think you testified earlier that...

98

1        Well, let me ask you this way:  You testified
2    earlier about communications with Guy Gentile.  Can you
3    just explain again approximately how many total times
4    you think you've communicated with Mr. Gentile?
5        A.   I only remember speaking with him on the
6    phone once, and I didn't recall ever having e-mail
7    communication with him until I saw that e-mail today.
8    So any communication I had with him certainly didn't
9    stand out, but it was very limited.
10       Q.   Did you ever meet him in person?
11       A.   No.
12       MR. HALPIN:  Can we pull up what we've marked
13   as Exhibit 1.  And this I think is very similar to
14   something we were looking at earlier, but we can pull
15   it up and take a look here.
16       THE VIDEOGRAPHER:  Would that be Exhibit 34?
17       MR. HALPIN:  I don't know if it's identical,
18   so I just prefer to use what we've prepared.  Just bear
19   with us for a minute.  All right.
20       (Deposition Exhibit 1 marked for
21   identification.)
22       Q.   BY MR. HALPIN:  Mr. Cameron, do you recall --
23   this appears to be an e-mail, a top e-mail dated
24   August 23rd, 2016 from Ross Cameron,
25   ross.p.cameron@gmail.com, to Justin Ritchie, Alex at

99

1    warriortrading.com, and Jeff at warriortrading.com.
2        Do you see that?
3        A.   I do.
4        Q.   And do you recall this e-mail?
5        A.   Yeah, I believe we looked at it earlier, and
6    it looks familiar, yes.
7        Q.   And do you see where it says, "I wanted to
8    reach out"...
9        It says, "Hi, Justin.  I wanted to reach out
10   to see if you'd be interested in working together to
11   promote SureTrader among the Warrior Trading
12   community."
13       Do you see that?
14       A.   I do.
15       Q.   So as of that date, August 23rd, 2016, did
16   Warrior Trading have a prior agreement with SureTrader?
17       A.   No.  No, not that I'm aware of.  I don't
18   think we would have had anything prior to this date.
19       Q.   And you go on to say, "We have just launched
20   a rebate program with Speedtrader and we'd love to have
21   a similar arrangement with SureTrader," and skipping
22   down to the next line, "Speedtrader appeals to U.S.
23   residents with over 25k, but we'd like an arrangement
24   that appeals to international traders, as well."
25       Do you see that?

100

1  A.  I do.
2  Q.  Do you recall why you wrote that phrase,
3  "we'd like an arrangement that appeals to international
4  traders, as well"?
5  A.  I believe that Speedtrader, and I could be
6  mistaken, but I believe that they were not accepting
7  U.S. -- sorry -- international traders.  And
8  Speedtrader was a discount broker, so they had lower
9  commissions than E*Trade or Ameritrade, and so just
10  from a commission standpoint, SureTrader was more
11  interesting for international traders than maybe
12  E*Trade or TD Ameritrade, and Speedtrader wasn't an
13  option.
14  Q.  Is Guy Gentile copied on this e-mail?
15  A.  No, I don't believe so.
16  Q.  And if we go down...
17       We looked at some of this before.  If we go
18  down to the second page, the Bates at the end of this
19  is 478.  At the top of this page, second page of the
20  exhibit, at the top, do you see the "Hey, Justin"...
21       This is on September 25th, 2016.  You wrote,
22  "We will make the note that this offer is only valid
23  for international traders (non U.S. residents)."
24       Do you see that?
25  A.  I do.

101

1  Q.  Okay.  And then it looks like there's some
2  back and forth.  Do you see where on September 29th,
3  2016, farther down on the same page, where Justin
4  writes, "Hi, Ross," and then he says, "The agreements
5  used would be more"...
6       Sorry.  Down 47.
7       "The agreements use would be more for use" --
8  that might be "us," I'm not sure -- "to outline the
9  parameters of marketing, i.e., not intended for U.S.
10  persons."
11       Do you see that?
12  A.  Yes.
13  Q.  And then at the bottom of this page, do you
14  see where Mr. Ritchie on September 29th, 2016 at 11:57
15  a.m. writes, "Please see attached agreement outlining
16  the co-marketing nature of our relationship.  I assumed
17  the legal name to be Warrior Trading, LLC."
18       Do you see that?
19  A.  I do.
20  Q.  Do you recall whether Mr. Ritchie -- and look
21  at the top of the next page -- whether Mr. Ritchie did,
22  in fact, send you an agreement?
23  A.  It appears that he did.
24  Q.  And do you recall reviewing that agreement
25  when he sent it?

102

1  A.  I don't recall that.
2  Q.  If you look at an e-mail from you to Mr.
3  Ritchie later that day, September 29th, 2016, you say,
4  "Hey, Our business is actually 'Newfane Design, Inc.
5  dba Warrior Trading.'"
6       Do you see that?
7  A.  I do.
8  Q.  Does that refresh your recollection as to
9  whether you would have reviewed the draft agreement
10  when Mr. Ritchie sent it?
11  A.  I think I had asked Jeff to review it, who
12  was handling more day-to-day operations.
13  Q.  And Jeff was employed at Warrior Trading?
14  A.  Yes.
15  Q.  And then do you also see where you wrote, "We
16  will add non-solicitation to U.S. residents clause to
17  rebate page"?
18  A.  Yes.
19  Q.  And then if we look down a little further, at
20  5:07 p.m., it looks like Mr. Ritchie sends a revised
21  draft, and then at 5:07 p.m. on September 29th, 2016,
22  looks like you forward the draft to Jeff at Warrior
23  Trading and Alex at warriortrading.com.  Do you see
24  that?
25  A.  It's not on the screen in front of me yet,

103

1  but I see you scrolling down.  I said, "Can you
2  review."
3  Q.  All right.  And then it looks like Jeff
4  writes back.  Do you see where Jeff says, "FYI, the
5  agreement as-is expires in one year"?  Do you see that?
6  A.  I do.
7  Q.  And he says, "Need to address this for both
8  Speedtrader" -- it looks like short trader
9  misspelled.  Do you see that?
10  A.  I do.
11  Q.  Then at the top of the next page, which is
12  stamped 49, do you see -- I won't read the whole thing.
13  I think it's stamped 49.  But do you see what appears
14  to be an excerpt from the draft marketing agreement
15  that Mr. Ritchie had sent?
16  A.  Yes.
17  Q.  Okay.  And just this is about -- the title of
18  this is "Non-Solicitation of U.S. Investors," do you
19  see that?
20  A.  Yeah.
21  Q.  And then it looks like Jeff writes -- well,
22  he's referring to something above this block, but then
23  he writes as well, "We need to have it pretty clear
24  this is for non U.S. folks only."
25       Do you see that?

104

1  A. I do.
2  Q. He says, "Other than that, good to go once we
3 add in the disclaimer per the terms of the agreement."
4      Do you see that?
5  A. I do.
6  Q. One second.
7      Just quickly back in that block quote that
8 was pulled out here and reproduced in an e-mail that
9 you're on, it says in part, "Marketing agent agrees not
10 to directly or indirectly engage in the solicitation of
11 U.S. investors."
12      Do you see that?
13  A. I see it.
14  Q. So when Jeff flags that in the draft that had
15 been sent to you, is it your understanding that that's
16 what you were agreeing to under this arrangement?
17  A. I'm not sure that I carefully read this whole
18 paragraph, but what I understood was that we need to be
19 clear on the website, which we sought approval from
20 SureTrader, that this is for non U.S. residents. I
21 understood that was important, that they are not
22 soliciting U.S. residents and they're looking for
23 international customers.
24  Q. And then it looks like here at the bottom of
25 page, what's stamped WARRIORSEC_49, scroll down, you

105

1 write back -- after a few more edits, it looks like you
2 write back, "Excellent. See signed page attached.
3 Agreed to in full."
4      Do you see that?
5  A. I do.
6  Q. What was the date of that e-mail?
7  A. October 4th, 2016.
8  Q. And I think you testified earlier that that
9 was -- there was no prior agreement with SureTrader;
10 right?
11  A. Correct.
12  Q. At the end of this exhibit, WARRIORSEC_50,
13 that's your signature under "Marketing Agent"?
14  A. Yes.
15  Q. And "Agreed to pages 1 through 4 in full," do
16 you recall writing that?
17  A. No, but I see that it's written there and
18 it's in my handwriting.
19  Q. Looking at this now, do you have any reason
20 to doubt that you wrote that at the time?
21  A. No.
22      MR. HALPIN: If we could look at Exhibit 2...
23      (Deposition Exhibit 2 marked for
24 identification.)
25  Q. BY MR. HALPIN: This is WARRIORSEC, lot of

106

1 zeros, and 52.
2      So this is -- this follows immediately prior
3 in your production from the e-mail string we were just
4 looking at. If you want to take a look, we can scroll
5 through it a little bit. We may have looked at the
6 same or a very similar thing marked a different exhibit
7 earlier, but do you recall this Marketing Services
8 Agreement?
9  A. Yes.
10  Q. And do you see where on the first page, under
11 "Purpose and Scope," the agreement says, "Swiss America
12 desires to engage marketing agent and marketing agents
13 qualified to and desires to provide certain marketing
14 services to Swiss America for non United States
15 investors"? Do you see that?
16  A. I do.
17  Q. I think you testified earlier that Warrior
18 Trading wasn't receiving any payment as part of this
19 agreement from SureTrader; is that right?
20  A. That's correct.
21  Q. And we can look back if we want. I can
22 even -- I can represent to you that initially, you
23 asked -- you asked Mr. Ritchie to make clear that there
24 was no compensation due to Warrior Trading for this
25 arrangement. Is that your recollection?

107

1  A. It is.
2  Q. So if we look at this first page here, 52,
3 paragraph four, "Compensation, None. Swiss America
4 agrees to offer marketing agent's non U.S. residents
5 students a discounted commission rate in accordance
6 with the rates and the terms set forth in Exhibit A."
7      Do you see that?
8  A. I do.
9  Q. So does this refresh your recollection that
10 this was a draft of the agreement -- or I should say
11 the agreement that was sent after you suggested the
12 compensation be revised?
13  A. It does look to be correct.
14  Q. Okay. If we go to the next page,
15 WARRIORSEC_53, "Regulatory Issues," do you see that
16 paragraph?
17  A. I do.
18  Q. That paragraph states, "Marketing agent will
19 abide by all reasonable policies and instructions which
20 all" --
21      (Interruption by the court reporter.)
22      MR. HALPIN: I apologize. Trying to go
23 quickly, but I know you need to get it down. I'll
24 restart.
25      So we're looking at paragraph A

108

1  WARRIORSEC_53, "Marketing agent will abide by all
2  reasonable policies and instructions which are or may
3  from time to time established by Swiss America or
4  deemed necessary by Swiss America to comply with all
5  applicable laws, rules, and regulations (laws),
6  including, but not limited to, any regulations
7  promulgated by the United States Securities and
8  Exchange Commission."
9       Do you see that, Mr. Cameron?
10      A.  I do.
11      Q.  Do you see the next sentence, "Specifically,
12  marketing agent warrants and represents that it has
13  reviewed, understands, and agrees to comply with
14  Exchange Act 15a-6, 17 C.F.R. section 240.15a-6(a)(1)
15  and relevant SEC guidance regarding the
16  non-solicitation of United States investors."
17      Do you see that?
18      A.  I do.
19      Q.  And we can move to the next page,
20  WARRIORSEC_54, and do you see -- I draw your attention
21  to paragraph F, "Non-Solicitation of U.S. Investors."
22      Do you see that?
23      A.  I do.
24      Q.  Does that paragraph -- is that paragraph the
25  one that Jeff reproduced in his e-mail to you?

109

1       A.  It looks very similar to it, if not the same.
2       Q.  And if we go down a little further on this
3  page, Exhibit A, titled "Services and Duties of
4  Marketing Agent," do you see that?
5       A.  I do see this.
6       Q.  Okay.  It says, "Subject to the terms and
7  conditions of this agreement, Swiss America retains
8  marketing agent as a marketing agent for Swiss America
9  to market Swiss America's brokerage services to
10  international non U.S. investors, and marketing agent
11  accepts such engagement."
12      Do you see that?
13      A.  I do.
14      Q.  The next sentence, "Marketing agent shall use
15  its best efforts to market the brokerage services of
16  Swiss America to potential new brokerage customers to
17  its international non U.S. website visitors."
18      Do you see that?
19      A.  I do.
20      Q.  Is this your recollection?  Is this
21  consistent with the agreement that you signed?
22      A.  Yes.
23      MR. HALPIN:  You can take it down.
24  All right.  Let's go to Exhibit 4.
25      (Deposition Exhibit 4 marked for

110

1  identification.)
2       Q.  BY MR. HALPIN:  So this appears to be an
3  e-mail from you to Mr. Ritchie on October 4th, 2016 at
4  7:53 p.m.  Do you see that?
5       A.  I do.
6       Q.  Do you recall sending this e-mail?
7       A.  I don't recall it, but I see it, and it's
8  from my e-mail account, so I'm reading it now, and it
9  looks like it's certainly something I sent.
10      Q.  And do you recall whether this would have
11  been sent after the contract we were just discussing
12  had been signed?
13      A.  The timestamp, I don't recall the timestamp
14  of the previous ones, but was it earlier in the day?
15      Q.  I can represent to you this is WARRIORSEC_49.
16  You wrote, "Excellent.  See signed page attached.
17  Agreed to in full."  That was Tuesday, October 4th,
18  2016 at 10:03 a.m.
19      A.  Okay.
20      Q.  Does that refresh your recollection?
21      A.  Yeah, it does.
22      Q.  So this e-mail that we're looking at,
23  Exhibit 4, WARRIORSEC_42, that was sent after you had
24  signed the agreement?
25      A.  Yes.

111

1       Q.  Okay.  And it looks like here, if we go to
2  the next page, October 5th, 2016 at 3:51 p.m., you
3  write Mr. Ritchie, you say...
4       Or, do you recall sending this e-mail to Mr.
5  Ritchie?
6       A.  I do recall the conversation about the
7  hurricane or the storm, yeah.
8       Q.  And you wrote, "Can you approve this page"
9  there's a URL, "and this image for our use?  We will
10  make this program valid for non U.S. residents who join
11  after 10-1-2016.  Is that okay?"
12      Do you see that?
13      A.  I do.
14      Q.  Then do you see, it looks like you pasted an
15  image below in this e-mail.  Do you see that?
16      A.  I do.
17      Q.  It's a little -- it might be a little
18  difficult.  If we scroll down a little bit and maybe
19  zoom in a little bit, I want to draw your attention to
20  the dark box with the white writing at the bottom.
21      That's a little better.  Can you see that?
22      A.  Yes.
23      Q.  And does that language anywhere include the
24  phrase "not intended for U.S. persons"?
25      A.  I'm reading it.

112

1    Q.  Take your time.
2    A.  No, I don't see that it says that.
3    Q.  If we can scroll down a little bit, an e-mail
4  from Mr. Ritchie to you, October 10th, 2016, Mr.
5  Ritchie writes, "The link below is giving me a 404
6  error message.  Note that banner should say 'Not
7  intended for U.S. persons.'  This is what our legal and
8  compliance team advised us to use in our advertising
9  material.  Could you resend, please."
10       Do you see that?
11   A.  I do.
12   Q.  And then if we can go down, we're on the next
13  page, WARRIORSEC_44, you write back, also on
14  October 10th, 2016, "Here is updated page with a link.
15  We have added 'not intended for U.S. persons' to all
16  images, as requested.  You can see below and on the
17  website."
18       Do you see that?
19   A.  I see where I wrote that.  I am not able to
20  see the image yet, but I see.
21   Q.  Right.  You see where you wrote that, though;
22  right?
23   A.  Yes.  Okay.  Yes.
24   Q.  And actually, if we go back up just for a
25  second, you wrote, "We will promote this rebate program

113

1  during our webinar Thursday, but, yes, date will be
2  from 10-4-16."
3       Do you see that?
4    A.  I do.
5    Q.  Then we can scroll down to the image, and
6  does it appear that in response to Mr. Ritchie's
7  request that edits were made to this image?
8    A.  Yes.
9    Q.  And what was included in this image after Mr.
10  Ritchie's request?
11   A.  The sentence "Not intended for U.S. persons."
12       MR. HALPIN:  All right.  We can take this one
13  down.
14       We'll pull up Exhibit 5.
15       (Deposition Exhibit 5 marked for
16  identification.)
17   Q.  BY MR. HALPIN:  This is WARRIORSEC_71.  This
18  appears to be an e-mail from you to Mr. Ritchie on
19  October 11th, 2016, so the day following the e-mail
20  that we just looked at.  Do you see that?
21   A.  I do.
22   Q.  Do you recall sending this e-mail?
23   A.  Again, this is an e-mail from October 2016.
24  I don't recall it, but I am reading it here, and it
25  looks familiar, so I'm sure I sent it.

114

1    Q.  Okay.  And you say, "Hi all, On Thursday at
2  1 p.m. we're going to running a live webinar and will
3  be promoting the SureTrader rebate program for all of
4  our international buyers."
5       Do you see that?
6    A.  I do.
7    Q.  It looks like you attached -- it says
8  "Attachment:  SureTrader banner.jpg."
9       Do you see that?
10   A.  I do.
11   Q.  If we go to the next page, WARRIORSEC_72,
12  does this look like the JPEG image that was attached to
13  your e-mail we were just looking at?
14   A.  It appears so, yeah.
15   Q.  And if I can draw your attention to again the
16  gray box with the white writing at the bottom, what can
17  you tell me about that box?
18   A.  This has the second version, the revised
19  version with the added disclaimer.
20   Q.  And what does that disclaimer say?
21   A.  "Not intended for U.S. persons."
22       MR. HALPIN:  We can take down Exhibit 5.
23       Actually, can we pull up Exhibit 7?
24       This is Bates stamped...
25       Actually, before we do that, can we do

115

1  Exhibit 9.
2       (Deposition Exhibit 9 marked for
3  identification.)
4    Q.  BY MR. HALPIN:  And these e-mails go in
5  reverse order.  I think the earliest is at the end.
6       Actually, if we could go to the third page,
7  and I'll read the Bates, it's SEC-FL-0848-E-0090670.
8       And if I can draw your attention to a little
9  past the middle of the page, this appears to be an
10  e-mail sent on March 23rd, 2017 from Yaniv Frantz,
11  yaniv@suretrader.com.  Do you see that?
12   A.  I do.
13   Q.  Do you recall receiving this e-mail?
14   A.  I don't recall.
15   Q.  If we look up just a little bit, there
16  appears to be a response from team@warriortrading.com
17  later that day, March 23rd, 2017, signed "Let me know,
18  Ross."
19       Do you see that?
20   A.  I do.
21   Q.  Does that refresh your recollection as to
22  whether you would have received the earlier e-mail from
23  Mr. Frantz?
24   A.  This is the team box, so this may have been
25  an e-mail that I sent.  I don't recall this e-mail.  I

116

1 recall the other one, but I don't recall this one, but
2 I obviously see it right here.
3     Q.  Were you aware of anyone with access to the
4 team@warriortrading.com account ever signing your name
5 in responding to an e-mail?
6     A.  Yeah, that probably did happen.  It was --
7 yeah, I'm sure that that happened before.
8     Q.  If we could scroll back down to Mr. Frantz's
9 e-mail, it says, "Good day, Warrior Trading.
10 SureTrader senior management has decided to stop any
11 prior deal moving forward, as we made it clear that we
12 are not endorsing to solicit for U.S. customers on our
13 behalf, as mentioned on our website."
14     Do you see that?
15     A.  I do.
16     Q.  He continues, "We will continue to welcome
17 non U.S. persons as we've done from day one, and for
18 future deals, you should simply refer your students to
19 our U.S. sister company, StockUSA."
20     Do you see that?
21     A.  I do.
22     Q.  Do you know what StockUSA is?
23     A.  I think that was Speedtrader.
24     Q.  If we go back up -- or if we go to the
25 preceding page, Bates stamp ending in 69, it looks like

117

1 further on in this chain, on March 23rd, 2017 at
2 7:50 p.m., there's an e-mail from
3 team@warriortrading.com, and the response is, "Okay,
4 that makes sense.  So to clarify this page, $1 trade
5 rebate program up to full pricing expiring in three
6 months is valid for non U.S. residents only."
7     Do you see that?
8     A.  I do.
9     Q.  Do you recall writing this e-mail?  It's also
10 signed, "Talk soon, Ross."
11     Do you see that?
12     A.  I do.  I don't recall sending it, but it
13 looks familiar.
14     Q.  And then it also says, "This page is for U.S.
15 residents, $1 per trade with Speedtrader/StockUSA," and
16 there's a hyperlink.  Do you see that?
17     A.  I do.
18     Q.  And then below, "We ran webinar today
19 promoting SureTraders for our international traders and
20 reminded U.S. traders this promotion is not for them."
21     Do you see that?
22     A.  I do.
23     Q.  On the first page of this exhibit, the Bates
24 ending in 68, again this is an e-mail from
25 team@warriortrading.com, March 23rd, 2017, 8:20 p.m.

118

1     Do you see that at the top?
2     A.  What is it at the top that you're looking at?
3     Q.  Sorry.  Do you see that it's an e-mail from
4 team@warriortrading.com on March 23rd, 2017?
5     A.  I do.
6     Q.  In this e-mail, it's signed, "Thank you,
7 Ross."  Does this also look like something you might
8 have sent from team@warriortrading.com?
9     A.  Sure, yeah.
10     Q.  And you write in the second paragraph, "We
11 will continue to make it clear students cannot use this
12 discount program if they are U.S. residents."
13     Do you see that?
14     A.  I do.
15     MR. HALPIN:  Okay.  We can take that one
16 down.
17     We can pull up Exhibit 7.
18     (Deposition Exhibit 7 marked for
19 identification.)
20     Q.  BY MR. HALPIN:  And this is Bates stamped
21 SEC-FL-03848-E-0000830, and, Mr. Cameron, do you recall
22 testifying earlier about a review that you had done, a
23 review that appeared on your website regarding
24 SureTrader?
25     A.  Yes.

119

1     Q.  And do you recall testifying that it may have
2 been -- that you weren't sure whether you had written
3 the review?
4     A.  That's correct.
5     Q.  If we could flip to the last page of this
6 exhibit ending Bates 835...
7     Scroll down a little bit.  Yeah.
8     Do you see, I guess a little past the middle
9 of the page, at the end of the paragraph that starts
10 with "SureTrader actually"?
11     A.  Um-hmm.
12     Q.  Do you see it says, "This review is written
13 by Ed"?
14     A.  I do.
15     Q.  Who is Ed?
16     A.  He was an employee of Warrior Trading.
17     Q.  Okay.  So does this refresh your
18 recollection...
19     And you can take your time and you can scroll
20 through the entire review, but does this refresh your
21 recollection that you had -- you may not have drafted
22 this review initially?
23     A.  Can you scroll up on it?
24     Q.  Sure.
25     A.  Yeah, keep going.

120

1    Okay.  So I think this is one version of the
2  review, and I think that the version that we looked at
3  earlier was possibly a later version that had some
4  contributions that I had added, but yeah.  So I think
5  it was started by Ed, first draft, first version, and
6  then added to maybe by me at some point.
7    **Q.**  If we can go back to the final page that we
8  were just looking at...
9    And do you see right beneath where it says,
10  "This review was written by Ed," do you see a date?
11    **A.**  Yes.
12    **Q.**  And what date is that?
13    **A.**  January 16th -- sorry -- January 25th, 2016.
14    **Q.**  So this was prior to any agreement with
15  SureTrader; is that correct?
16    **A.**  Yes.
17    **Q.**  And I think you testified...
18    We can take that down now.
19    I think you testified earlier regarding some
20  back and forth you had with Drameko Moore and maybe
21  Justin Ritchie about the commission structure at
22  SureTrader.  Do you recall testifying about that?
23    **A.**  Yes.
24    **Q.**  And do you recall that was in February, maybe
25  March of 2017?

121

1    **A.**  Okay.
2    **Q.**  And do you recall -- you recall also
3  testifying, and I think this was your word, that after
4  those interactions, you felt you had to unwind the
5  program relatively quickly?
6    **A.**  Yes.
7    **Q.**  So what was your understanding of how long
8  any agreement Warrior Trading had with SureTrader was
9  in place?
10    **A.**  Well, I know that we just looked at the
11  e-mail that said it was a one-year agreement, as per
12  the written contract.  I think the way I looked at it
13  was that we were sending them traffic or leads and it
14  was helping students, and I didn't really see that this
15  was going to be changing, like, in the middle of a
16  term, or I didn't really see a reason why it would be
17  terminated.  But, yeah, I guess my understanding of it
18  was, it was a one-year initial term, and then it would
19  probably just continue on as long as it was working
20  well for everybody.
21    **Q.**  Okay.  So when you said that you felt you had
22  to unwind it in February, March of 2017, you still
23  thought, though, that the agreement was proceeding well
24  in Warrior Trading's view?
25    MISS JOHNSON:  Objection.

122

1    THE WITNESS:  Should I answer the question?
2    MR. MORGAN:  Yes.
3    THE WITNESS:  I felt at that time that
4  SureTrader was not honoring the agreement that we had
5  put together in the broker rebate pricing, and that was
6  going to cause a problem, because we had been telling
7  students, this was your price, these were the group
8  rates, and now those prices were no longer valid, and
9  that was going to be a bit of a problem for us.
10    **Q.**  BY MR. HALPIN:  Do you recall when the
11  revised review of SureTrader was posted on your
12  website?
13    **A.**  I don't recall exactly, but I would think it
14  would have been following the change in commission and,
15  I guess, decision not to grandfather in and maintain
16  that agreement that we had created.
17    **Q.**  Would that have been in early 2017, if you
18  remember?
19    **A.**  Yes.
20    **Q.**  Okay.  So in early '17, just to be clear, you
21  would have posted the revised SureTrader review on your
22  website?
23    **A.**  I believe so.
24    MR. HALPIN:  Okay.  And if we could pull up
25  Exhibit 8...

123

1    (Deposition Exhibit 8 marked for
2  identification.)
3    **Q.**  BY MR. HALPIN:  And after you posted that
4  revised review in early 2017, did you still feel like
5  you were promoting SureTrader to potential customers?
6    **A.**  So I guess, for me, it's hard to
7  differentiate between promoting the broker rebate
8  program that we had for international customers and
9  speaking more generally about SureTrader as a tool that
10  I had used, but we were still promoting it as a tool.
11  We still had our review, it was still a good tool, but
12  the pricing made it a little less competitive than it
13  had been in the past.
14    **Q.**  Is it fair to say that your revised review
15  was not marketing that you undertook pursuant to the
16  agreement that you had signed with them, that it was
17  outside of that agreement?
18    **A.**  I would say it was outside the agreement, and
19  I'm not an attorney, but I would say that because the
20  agreement, to me, was really dictating the broker
21  rebate program, that specific program.
22    **Q.**  Okay.  And we pulled up Exhibit 8.  It's
23  stamped WARRIORSEC_77.  This looks like there's an
24  e-mail from Mr. Frantz, July 17th, 2017, and then it
25  appears you forwarded to Jeff at Warrior Trading and

124

Ross Cameron
3/14/2023

1 Alex at warriortrading.com.  Do you see that?
2    **A.**  I do.
3    **Q.**  You say, "referring probably to our updated
4 review where we no longer recommend."  Do you see that?
5    **A.**  I do.
6    **Q.**  And were you referring there to the updated
7 review that you posted in early 2017?
8    **A.**  Yes.
9       MR. HALPIN:  Okay.  We can take that exhibit
10 down.
11       Is everyone amenable to maybe a ten-minute
12 break?  I don't know that I have a lot more, but if
13 it's convenient now, it's a good time for me to break.
14       MISS JOHNSON:  That's fine with me.
15       THE VIDEOGRAPHER:  The time is 5:51 p.m.
16 Going off the record.
17              (Recess.)
18       THE VIDEOGRAPHER:  Back on the record.  The
19 time is now 6:01 p.m.
20    **Q.**  BY MR. HALPIN:  Mr. Cameron, thanks again for
21 your time.  I just have a few more questions.
22    **A.**  Okay.
23    **Q.**  Mr. Cameron, you never agreed with Mr.
24 Gentile to solicit U.S. investors on SureTraders'
25 behalf in violation of U.S. law; correct?

125

1    **A.**  That's correct.
2       MISS JOHNSON:  Objection.
3    **Q.**  BY MR. HALPIN:  And you never agreed with any
4 other SureTrader employee to solicit U.S. investors in
5 violation of U.S. law; correct?
6       MISS JOHNSON:  Objection.
7       THE WITNESS:  Correct.
8    **Q.**  BY MR. HALPIN:  And you're not aware of
9 anyone else at Warrior Trading entering into any
10 unlawful agreement to solicit U.S. investors; is that
11 correct?
12    **A.**  That's correct.
13       MR. HALPIN:  Thank you.  I have no further
14 questions.
15       MISS JOHNSON:  I just have one on redirect.
16       Could you call up Exhibit 43 again, please,
17 plaintiff's exhibit.
18         FURTHER EXAMINATION
19 BY MISS JOHNSON:
20    **Q.**  While we're reviewing this, this is the
21 e-mail that you had sent to Jeff and Alex on July 17th,
22 2017 saying, "referring probably to our updated review
23 where we no longer recommended them."  Do you see that?
24    **A.**  Yes.
25    **Q.**  And you're responding to Yaniv Frantz's

126

1 e-mail of that same date, July 17th, where he says,
2 "I'm writing you today in regards to a new review I
3 noticed that you posted about SureTrader"?
4    **A.**  Yes.
5    **Q.**  Does that refresh your recollection as to
6 when this new review was posted on your website?
7       MR. HALPIN:  Objection.
8       THE WITNESS:  Yes, more or less.
9    **Q.**  BY MISS JOHNSON:  And when more or less was
10 that?
11    **A.**  It was certainly following the change in
12 pricing, which occurred in or around March, I think is
13 what we saw in the e-mails, if I'm not mistaken.  So it
14 would have been sometime after that, and, I don't know,
15 maybe it took him a little while before he noticed it
16 when he e-mailed in July.  I'm not sure if it was --
17 how recently we had changed it from when that e-mail
18 came in, but it had certainly been at least within the
19 last couple of months, I'd say.
20    **Q.**  Couple months of July 17th?
21    **A.**  Yes.
22       MISS JOHNSON:  Okay.  Thank you.  That's all
23 I have.
24       MR. MORGAN:  All right.
25       THE VIDEOGRAPHER:  That concludes today's

127

1 deposition.  It is March 14th, 2023.  The time is now
2 6:04 p.m.  Off the record.
3       (Deposition concluded at 6:04 p.m. (ET).
4       (Signature requested.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

128

Ross Cameron
3/14/2023

CERTIFICATE OF WITNESS

1
2
3
4   I, ROSS PIERCE CAMERON, do hereby declare under
5   penalty of perjury that I have read the entire
6   foregoing transcript of my deposition testimony,
7   or the same has been read to me, and certify that
8   it is a true, correct and complete transcript of
9   my testimony given on March 14, 2023, save and
10  except for changes and/or corrections, if any, as
11  indicated by me on the attached Errata Sheet, with
12  the understanding that I offer these changes and/or
13  corrections as if still under oath.
14          _____ I have made corrections to my deposition.
15          _____ I have NOT made any changes to my deposition.
16
17  Signed: _____
            ROSS PIERCE CAMERON
18
19  Dated this _____ day of _____ of 20____.
20
21
22
23
24
25

129

ERRATA SHEET
Deposition of: ROSS PIERCE CAMERON
Date taken: MARCH 14, 2023
Case: SEC v. MINTBROKER INTERNATIONAL, LTD., et al.
PAGE  LINE
                CHANGE: _____
         REASON: _____
                CHANGE: _____
         REASON: _____

                CHANGE: _____
         REASON: _____
                CHANGE: _____
         REASON: _____

                CHANGE: _____
         REASON: _____
                CHANGE: _____
         REASON: _____

                CHANGE: _____
         REASON: _____
                CHANGE: _____
         REASON: _____

                CHANGE: _____
         REASON: _____
                CHANGE: _____
         REASON: _____

                CHANGE: _____
         REASON: _____
                CHANGE: _____
         REASON: _____

                CHANGE: _____
         REASON: _____
Signed_____
Dated_____

131

REPORTER'S CERTIFICATE

1
2
3   I, DIANE M. BOLAN, Certified Shorthand Reporter No.
4   12883, in and for the State of California, do hereby
5   certify:
6   That prior to being examined, the witness named in the
7   foregoing deposition was by me duly sworn to testify
8   the truth, the whole truth, and nothing but the truth;
9   That said deposition was taken down by me in shorthand
10  at the time and place therein named and thereafter
11  reduced to typewriting under my direction, and that the
12  foregoing transcript contains a full, true and verbatim
13  record of the said deposition.
14  I further certify that I have no interest in the event
15  of the action.
16          DATED this 15th day of March, 2023.
17
18
19
20      _____
21          DIANE M. BOLAN, CSR No. 12883
22
23
24
25

130

```
 1                    REPORTER'S CERTIFICATE

 2

 3   I, DIANE M. BOLAN, Certified Shorthand Reporter No.

 4   12883, in and for the State of California, do hereby

 5   certify:

 6   That prior to being examined, the witness named in the

 7   foregoing deposition was by me duly sworn to testify

 8   the truth, the whole truth, and nothing but the truth;

 9   That said deposition was taken down by me in shorthand

10   at the time and place therein named and thereafter

11   reduced to typewriting under my direction, and that the

12   foregoing transcript contains a full, true and verbatim

13   record of the said deposition.

14   I further certify that I have no interest in the event

15   of the action.

16              DATED this 15th day of March, 2023.

17

18

19
                      Diane M. Bolan
20   _____

21        DIANE M. BOLAN, CSR No. 12883

22

23

24

25
                                                      130
```

## A

**A-g-h-n** 92:7
**a.m** 29:16,23 30:6 65:5
67:16 102:15 111:18
**a/k/a** 1:9 2:9
**abide** 97:12 108:19 109:1
**ability** 7:10,14 13:14 23:15
**able** 11:10 13:17 14:18 31:8
32:22 33:1 38:10 52:3
53:11,12 64:18,20 69:14
83:8 86:18 113:19
**absolute** 75:2
**accept** 16:6 30:2 46:1 57:10
85:17
**accepted** 82:23,24
**accepting** 21:13 83:17
101:6
**accepts** 47:20 85:18 110:11
**access** 14:16,20,21 94:12
94:14 117:3
**accessible** 95:24 96:1
**account** 15:13,14,15,16
17:20,25 18:2,3,5,8 19:21
20:12,16,17,24 27:21 28:2
46:18 47:7 50:11,17 51:2
59:18,23 61:2 62:6,6,20
63:6,7,12 64:5 75:5 77:3
79:16,21 85:11,12,21,25
86:5,6,17 88:21 96:18,19
96:21,24 97:1,2 98:2 111:8
117:4
**accounts** 38:9 43:12 46:14
46:21,24 47:1,9,21 53:8
66:25 78:16 79:3 96:11,16
96:17
**accurate** 36:17
**ACH** 27:21
**acknowledges** 50:7,10
**action** 130:15
**active** 12:17 13:6 15:17
25:25 28:19 53:5 56:5,6
71:22 74:10,16
**actively** 82:6
**activetrader@suretrader**
76:14
**Adam** 5:25
**add** 21:18 61:4,5 88:23
103:16 105:3
**added** 20:18 87:25 113:15
115:19 121:4,6
**adding** 21:19
**additional** 41:17
**address** 7:16 24:8 30:18,19
31:15 59:25 62:21 66:20

104:7
**admin** 73:17
**Administrator** 73:25
**adults** 10:17
**advantage** 66:13 88:17
**advantages** 87:8
**advertising** 113:8
**advice** 18:18,21
**advised** 113:8
**advisory** 43:6
**affect** 7:9,9,13
**affiliate** 33:12,16 34:5,7,9,12
34:23 54:23
**affiliates** 43:2
**afternoon** 5:19
**agent** 39:17,22 40:4,7 41:13
41:15 42:24 44:23,24
47:15,17,17,19,20 48:9,22
48:11,14 50:7,12 105:9
106:13 107:12 108:18
109:1,12 110:4,8,8,10,14
**agent's** 43:2 48:12 108:4
**agents** 50:10 107:12
**Aghn** 92:1,7
**ago** 20:10 43:24
**agree** 36:22 48:12 98:8
**agreed** 106:3,15 111:17
125:23 126:3
**agreeing** 43:16 105:16
**agreement** 4:10,20 21:7
22:6,6,7,10,19 31:21,24
35:9,19,20 36:4,6 37:7,14
38:5,12,17 39:1,5,9,17
40:7,18 41:8,17 43:17,22
47:16 50:14 51:7 52:8,9,15
52:20 54:17 57:3,6 62:25
100:16 102:15,22,24 103:9
104:5,14 105:3 106:9
107:8,11,19 108:10,11
110:7,21 111:24 121:14
122:8,11,23 123:4,16
124:16,17,18,20 126:10
**agreement's** 35:23
**agreements** 102:4,7
**agrees** 41:15 42:24 44:24
50:10 105:9 108:4 109:13
**ahead** 61:24 98:11
**al** 5:8 29:1 131:3
**alerted** 63:24 64:3
**Alex** 22:12,13,14,19 29:18
89:5 99:25 103:23 125:1
126:21
**Alice** 3:5 5:21
**Alise** 3:4 5:20 9:18
**allegations** 26:3 27:8

**allow** 52:25
**allowed** 15:6 18:23 19:17
61:20 62:4 82:25
**allowing** 74:25
**allows** 61:1
**alongside** 48:25
**amenable** 125:11
**America** 1:8 2:8 27:7 40:10
40:12 43:1,11 44:6 47:16
47:17,22 48:11,13 50:11
50:13 60:23 107:11,14
108:3 109:3,4 110:7,8,16
**America's** 48:10,21 110:9
**Ameritrade** 20:21 52:23
98:5 101:9,12
**amount** 20:19 21:1 77:4
**amplified** 62:10
**and/or** 38:8 129:10,12
**Angeles** 3:14
**answer** 8:3 17:16 26:9 39:14
61:25 62:1 81:18,19 87:12
94:1 123:1
**answered** 77:5
**answers** 6:25 16:23
**anticipated** 17:8
**anybody** 9:9
**anyone's** 71:15
**anyway** 53:7
**anyways** 21:17 26:7 71:18
74:8 83:2
**apologize** 66:1 108:22
**appeal** 16:9
**appeals** 28:24,25 100:22,24
101:3
**appear** 48:13 114:6
**APPEARANCES** 3:1
**appeared** 119:23
**appearing** 3:15 6:5
**appears** 17:10 24:7,17
29:12 37:3 41:20 76:10
87:4 99:23 102:23 104:13
111:2 114:18 115:14 116:9
116:16 124:25
**applicable** 109:5
**application** 31:8 50:21
**applications** 66:25
**applied** 36:3
**applies** 97:24 98:1
**apply** 93:24
**appropriate** 44:18
**approval** 105:19
**approve** 112:8
**approved** 45:8,22 58:15
**approving** 95:1
**approximately** 78:16 99:3

**April** 24:18 27:3,16
**architectural** 11:7
**architecture** 11:4
**area** 39:13 62:11
**arrangement** 28:21,25 83:9
100:21,23 101:3 105:16
107:25
**arrangements** 97:18
**artfully** 40:5
**as-is** 104:5
**aside** 78:4
**asked** 44:13,16 61:15 80:6
82:7 103:11 107:23,23
**asking** 22:8 69:11 81:20,23
82:13 93:25 96:15
**assumed** 102:16
**assumptions** 75:2
**assure** 27:7
**attached** 36:16,22 41:14
43:4 102:15 106:2 111:16
115:7,12 129:11
**Attachment** 115:8
**attendee** 47:4
**attendees** 47:4
**attention** 42:17 65:17 74:24
75:3 109:20 112:19 115:15
116:8
**attorney** 10:7 39:5 43:21
98:3,11 124:19
**attorneys** 9:4 90:24,25
**audience** 75:4
**August** 28:15 29:11 99:24
100:15
**Australia** 21:16
**author** 84:16,17
**authored** 85:21
**authorized** 43:8
**Autocad** 11:9
**available** 13:4 81:11
**Avenue** 3:5,9 5:14
**avoid** 18:18 19:3,6
**aware** 10:5 46:19,23 50:16
79:2,7,19 81:5 97:12
100:17 117:3 126:8

## B

**back** 10:25 29:14,20 30:14
36:10 38:24 40:24 41:4,6
45:7,16 58:18 65:15 66:22
68:11,19 70:1 76:3 87:19
89:19 102:2 104:4 105:7
106:1,2 107:21 113:13,24
117:8,24 121:7,20 125:18
**backoffice** 35:8
**bad** 59:11 80:12 85:3

**Bahama-based** 60:23
**Bahamas** 60:25 70:5
**balance** 19:22 98:22
**banner** 113:6
**banner.jpg** 115:8
**Barrington** 12:5
**base** 24:19 66:3 81:4
**based** 17:8 39:19 75:2 77:3
77:21
**basically** 53:4 77:16
**Bates** 36:12 42:16 47:11
57:17 65:18 78:11 84:3
101:18 115:24 116:7
117:25 118:23 119:20
120:6
**bear** 99:18
**began** 12:25 16:11 21:18
38:16 67:1
**beginning** 2:19 72:19
**begun** 78:15
**behalf** 2:18 5:6 6:4 21:11
22:9 45:3 53:13,14 54:19
117:13 125:25
**believe** 8:3 16:11 26:2 29:6
58:14 61:11 78:12 92:6
97:14 100:5 101:5,6,15
123:23
**beneath** 121:9
**benefit** 32:24 34:1 55:17,20
55:25 56:3
**benefits** 87:9
**Berkshires** 12:5
**best** 27:10 47:21 60:18
110:15
**better** 7:4 27:18 33:18 53:4
78:17 85:12,25 112:21
**beyond** 45:23 72:21
**bigger** 23:14,16
**billing** 30:18 31:15
**bills** 12:10
**bit** 11:8,9,10 22:21,24 27:18
33:24,25 63:12,16 67:14
83:6 94:6 107:5 112:18,19
113:3 116:15 120:7 123:9
**blatantly** 90:6
**block** 104:22 105:7
**blog** 16:11 20:8 84:15
**Bloomberg** 68:23
**blown** 30:11
**board** 61:14
**bogged** 22:23
**Bolan** 1:24 2:20 6:8 130:3
130:21
**bottom** 23:8,10 36:11,13
65:17,19 69:22 85:2

102:13 105:24 112:20
115:16
**bought** 74:13
**box** 112:20 115:16,17
116:24
**brand** 5:14 70:13 72:2
**break** 7:6 40:19,22 44:3 59:8
59:12 75:22 93:2 125:12
125:13
**Brickell** 3:5
**briefly** 17:5 18:25
**broad** 33:1
**broadcast** 13:14,17
**broadly** 97:23
**broke** 86:11
**broker** 4:11 19:16 21:9,21
26:2,5 28:22,23 38:14 39:9
44:13 45:7,9 46:12 49:1,12
49:21 53:7 56:23 58:12,14
58:24 59:1 60:25 62:4
65:10 81:7 82:25 85:14
86:17 87:1,14 96:16 98:2
98:19,19,24,24 101:8
123:5 124:7,20
**broker's** 54:2
**broker-dealer** 54:5 57:9
60:24
**brokerage** 43:5 47:18,21,22
110:9,15,16
**brokerages** 96:12,14 97:6,8
97:19 98:9,14
**brokers** 18:2 21:11,13,19,20
21:23 26:4 49:1,2,24 52:23
53:16,24,25 62:5 64:21
87:7 98:1
**brothers** 22:14
**brought** 27:8 53:10
**bucks** 53:20 77:21
**budget** 11:9
**built** 13:13 81:8
**business** 8:18 16:22 22:21
22:22 24:23 39:21 43:8
48:4 78:7 80:13 91:9 92:16
103:4
**buy** 74:7
**buyers** 115:4
**buying** 56:7,9,9 71:25 73:8

**C**

**C-a-m-e-r-o-n** 6:22
**C.F.R** 109:14
**CA** 3:14
**California** 5:15 6:8 130:4
**call** 14:10,11 17:10 23:3
42:17 65:16 70:16,17,22

71:1,2,4,6,8 72:10,23 76:6
88:24 89:13,15 93:25
126:16
**called** 20:3 21:21
**calls** 61:22 73:10
**Cameron** 1:15 2:18 4:2 5:5
6:4,5,14,19,21,22 17:9
28:14 29:18 35:3 36:15,21
42:1 59:14 65:3 66:24 70:7
73:20 80:22 84:8 89:4
93:15 98:10,12 99:22,24
109:9 119:21 125:20,23
129:4,17 131:2
**Cameron's** 66:9
**cap** 97:2
**capable** 31:7
**capture** 58:1,5
**captured** 58:7
**Cara** 6:1
**care** 33:9 54:22
**carefully** 43:21 105:17
**case** 1:6 2:6 5:8 8:7 25:23
52:5 131:3
**cash** 18:4,6 19:21
**cause** 27:6 123:6
**caveat** 93:24
**cc** 29:18 76:13
**cc'd** 76:17
**ccs** 66:10
**cease** 90:7,19 91:1,5
**CEO** 11:14,15 12:7,13
**certain** 13:2 18:9 46:25 53:2
94:25 97:15 107:13
**certainly** 13:7 16:21 30:23
39:5 44:20 92:15 95:3 99:8
111:9 127:11,18
**certainty** 24:14 60:8
**CERTIFICATE** 129:1 130:1
**certified** 2:20 6:8 130:3
**certify** 129:7 130:5,14
**cetera** 33:3
**chain** 51:18 118:1
**challenge** 97:3
**challenges** 86:5
**chance** 94:3
**change** 56:24 81:8,10 83:24
87:23 123:14 127:11 131:4
131:6,7,9,10,12,13,15,16
131:18,19,21,22
**changed** 16:20,21 91:7
127:17
**changes** 80:1,6 81:14
129:10,12,15
**changing** 122:15
**channel** 16:12 95:10,22

**Chapter** 96:18
**characterize** 38:20
**charge** 13:23 22:20
**charges** 25:23 27:9
**charging** 52:24 88:17
**chart** 86:25 87:2
**charting** 49:14
**charts** 13:16,16
**chat** 14:6,7,17,22,23,25 15:6
63:19 94:8,11,15,21,22
95:2,16
**cheaper** 53:1
**check** 28:22 31:4
**checking** 87:15
**choose** 57:10
**choosing** 46:1
**chummy** 71:17
**circa** 58:6
**circle** 68:19
**circumstances** 27:12
**citizen** 46:18
**citizens** 44:14 46:15
**City** 11:4
**civil** 8:2,7 9:9
**clarify** 118:4
**clarifying** 36:16
**class** 13:19 53:21
**classes** 13:10,18,20,20,22
13:23 14:11 15:22 18:17
22:23 31:3 38:7
**classic** 81:16
**clause** 103:16
**clear** 48:16 104:23 105:19
107:23 117:11 119:11
123:20
**clearly** 75:3
**clicked** 54:25
**client** 46:1 56:13 64:5
**clients** 16:7 30:1 43:13
**close** 72:8,14
**closed** 92:11
**CME** 96:25
**CMEG** 96:18 97:1,9,15
**co-counsel** 5:21
**co-market** 32:25 33:6
**co-marketing** 102:16
**code** 30:2
**cognizant** 93:21
**colleague** 5:25
**colleagues** 6:1
**college** 11:5
**come** 10:25 21:2,5 30:1
40:24 52:4 77:8 78:23 83:8
88:9
**comes** 13:6 78:2

coming 72:12 78:6
comment 74:22 75:17
commentary 13:21
comments 91:2 94:22
commission 1:4 2:4 3:4 5:7
30:18 31:12,14 34:13
55:22 56:24 60:24 65:3
76:12 80:23 81:9 87:20
101:10 108:5 109:8 121:21
123:14
commissions 21:10 33:15
33:16 34:5 51:23 52:2,17
55:21 56:7,11 66:4,5 77:17
87:22 88:18,23 90:1 101:9
commoners 63:14
communicate 68:13 91:14
communicated 68:5 99:4
communication 38:5 83:25
99:7,8
communications 99:2
communities 20:5 56:5
community 25:25 28:18,19
48:5 53:5 56:5 100:12
companies 15:6
company 8:9,12,12 11:15
15:4 75:6 85:13 86:12
117:19
compared 62:8
compensation 32:22 37:4
53:14 54:16 107:24 108:3
108:12
competitive 124:12
competitor 71:21
complain 51:5 90:3
complaints 54:7 78:3
complete 129:8
compliance 113:8
complicit 27:8
comply 109:4,13
compound 52:10
concern 9:25 24:20,23 26:7
27:4,6,19,20
concerned 64:7,12
concerning 10:1 27:7
concerns 87:13
concluded 128:3
concludes 127:25
conclusion 17:10 61:23
conditions 7:12 41:16 47:16
110:7
conduct 43:8
conference 70:5 71:6
confirm 65:8
confirmation 66:2
conflicts 70:3

Congratulations 60:17
considered 9:15
consistent 110:21
consistently 33:25
constitute 43:5
Contact 59:18
contains 130:12
content 12:16,23,23 13:1,1
31:3 48:8 70:13 94:7,22
95:9,13,18,19 96:3
continue 8:15 50:1 54:8
69:4 86:3 117:16 119:11
122:19
continues 47:11 117:16
contract 111:11 122:12
contractors 15:3
contrary 43:9
contributions 121:4
control 79:20
controversial 75:14
convenient 125:13
conversation 38:3 52:5,6
71:19,20 112:6
conversations 92:10
cool 20:20
copied 101:14
copy 30:17 56:21 62:21
corporation 39:19
corporations.' 43:13
correct 8:4,5 28:3 40:16
61:19 68:4 86:21 95:7,8
96:12 106:11 107:20
108:13 120:4 121:15
125:25 126:1,5,7,11,12
129:8
corrections 129:10,13,14
correspondence 4:14
cost 53:20,21 59:13 77:21
90:2
counsel 5:16
count 41:23
countries 16:8 21:15
country 16:2,5
counts 9:24
couple 17:8 30:14 41:25
42:7 127:19,20
course 13:2 16:8 25:7 33:23
39:4 53:17 58:24,25 59:14
59:17 60:16 62:19 82:9
court 1:1 2:1 5:13,18 6:7,8
6:25 39:25 108:21
create 13:2
created 20:12 39:19 123:16
credited 20:19
credits 77:3

criminal 7:23
CSR 1:24 130:21
current 7:16
currently 9:10 10:19 11:12
curriculum 13:22 14:20
custom 13:13
customer 31:14 46:3,3
63:25 76:19 79:22 87:12
91:18 98:4
customers 14:8,11 31:11,22
33:20,22 46:20 47:22
50:18 55:3,12,13,18 64:14
64:14 77:14 78:7 98:14
105:23 110:16 117:12
124:5,8

**D**

D 4:1
D-e-r-o-n-g 91:22
d/b/a 1:8 2:8
daily 11:17
dark 112:20
dashboard 14:19,21 54:23
date 5:11 21:8 37:9,17 57:24
74:22 83:10 88:13 89:10
100:15,18 106:6 114:1
121:10,12 127:1 131:2
dated 65:4 76:12 78:13
99:23 129:19 130:16
131:25
day 13:6 14:21 17:3,5,15,18
17:20 18:5,10,19,23 19:3,7
19:11,22 20:1 56:8,11
58:24 61:1,2,20 66:22
86:18 87:7,14 89:10 95:13
97:13,22 103:3 111:14
114:19 116:17 117:9,17
129:19 130:16
day-to-day 22:25 103:12
days 86:10 95:11,12,12
daytradedash.com 14:5
daytradewarrior@gmail.c...
73:21
dba 103:5
deal 66:3 78:14,19 92:17
117:11
deals 117:18
Dear 74:23
decided 13:2 74:7 117:10
decision 78:7 80:13 83:25
123:15
declare 129:4
decline 57:11
decreased 87:21
deemed 109:4

defamation 8:10,23,24 9:2
71:11
defamatory 90:6 91:2
default 98:15
defendant 3:7 5:23 7:23 8:2
9:10
Defendants 1:11 2:11
define 48:24
definitely 68:11 87:9
definitively 39:7
delay 66:1
demanding 91:2
depending 5:20
depends 22:18
deposed 7:21
deposition 1:15 2:17 5:5,9
6:9 23:5 28:6 37:15 57:14
64:25 67:9 73:14 76:8
80:19 84:5 89:1 99:20
106:23 110:25 114:15
116:2 119:18 124:1 128:1
128:3 129:6,14,15 130:7,9
130:13 131:2
Derong 91:18
describe 17:5,13 52:18
described 16:14 41:13
describes 17:12
design 11:4,7 16:21 38:24
39:18 40:1 103:4
desires 107:12,13
desist 90:7,19 91:1,5
detailing 55:3
details 45:11
determined 32:15
Diane 1:24 2:20 6:7 130:3
130:21
dictated 18:10
dictating 124:20
difference 54:15
differences 16:25
different 41:25 42:8 49:13
49:16,19,24 53:15 70:13
72:1 81:18 96:11 107:6
differentiate 47:2 124:7
difficult 112:18
difficulty 50:21
direct 81:25
direction 130:11
directly 42:24 44:24 45:2
105:10
disclaimer 43:4 44:9,11,22
105:3 115:19,20
disclosures 37:5
discount 33:10 101:8
119:12

**discounted** 21:10 30:17 53:15 55:21 57:8 77:1 108:5
**discounts** 49:15
**discourteous** 94:2
**discovered** 68:24
**discretion** 50:13
**discuss** 10:6 51:10 70:21 89:14
**discussed** 7:5 45:6,7 72:10
**discussing** 70:17 111:11
**discussions** 51:14 52:7
**dismissed** 67:18
**distribute** 70:12
**DISTRICT** 1:1,2 2:1,2
**Division** 60:22
**document** 23:22,23 24:6 28:9 30:9 41:25 42:2,14 50:1 57:22 78:12,12
**documents** 23:11
**doing** 12:13 15:2 20:7 39:21 45:17 52:14 56:18 74:6 81:3 92:16 97:2
**dollar** 53:18 82:8
**dollars** 52:24 97:3
**domestic** 30:19 31:15
**doubt** 106:20
**draft** 36:23 103:9,21,22 104:14 105:14 108:10 121:5
**drafted** 36:6,7 91:1 120:21
**drafting** 25:13,14
**drafts** 90:4
**Drameko** 59:19,24 60:3 63:5 63:18,25 65:4,6,24,25 66:10,11,22,23 67:2 71:1 76:11 78:14 80:1,7,15 81:5 81:9,14 82:7 121:20
**Drameko's** 65:20 81:16
**drameko@suretrader** 59:25
**drameko@suretrader.com** 62:22 76:11
**draw** 109:20 112:19 115:15 116:8
**drawing** 11:9
**dropping** 34:9,22
**drugs** 7:8
**due** 107:24
**duly** 6:15 130:7
**Duties** 47:15 110:3

**E**

**E** 4:1
**e-mail** 24:7,8,17 25:13,14,16 26:13,17,19 27:17,22,25

32:12 33:2,20 51:18 55:5,7 55:11 56:21 59:25 60:5,9 62:20,21 64:4 65:3 66:17 66:19,20 68:6,7,22 70:22 72:15,23,25 73:6,16 74:17 74:20,24 75:19 76:11,17 77:7,10,16,25 78:22 79:2 80:4,6,8,21 81:24 83:10,20 89:3,16,18 92:5 99:6,7,23 99:23 100:4 101:14 103:2 105:8 106:6 107:3 109:25 111:3,6,8,22 112:4,15 113:3 114:18,19,22,23 115:13 116:10,13,22,25,25 117:5,9 118:2,9,24 119:3,6 122:11 124:24 126:21 127:1,17
**e-mailed** 127:16
**e-mailing** 90:3
**e-mails** 36:10 38:2 45:17 65:15 68:11 73:22 89:19 89:22 116:4 127:13
**E*Trade** 20:21 52:23 98:5 101:9,12
**earlier** 7:5 27:11 87:3 94:9 96:10 98:25 99:2,14 100:5 106:8 107:7,17 111:14 116:22 119:22 121:3,19
**earliest** 116:5
**early** 123:17,20 124:4 125:7
**easily** 64:18
**East** 7:17
**easy** 31:10
**Ed** 120:13,15 121:5,10
**edits** 106:1 114:7
**educate** 13:10
**education** 60:17 71:24
**educational** 12:16,23,23 48:6 95:12
**effect** 37:24 38:1
**efficiently** 93:21
**efforts** 47:21 110:15
**eight** 52:24
**either** 15:1 72:1 97:14
**eligible** 31:9 38:8 53:21
**Elite** 96:19
**Email** 4:8,9,12,13,15,16,18 4:19,21,22,23,25
**employ** 11:18
**employed** 10:19,20,21,23 60:7 103:13
**employee** 24:15 26:15 39:20 60:10 120:16 126:4
**employees** 8:17 11:19 15:3 15:5 22:15

**employment** 10:25
**empty** 74:15
**ended** 81:19
**endorsing** 117:12
**enforce** 19:16
**enforced** 97:14,25
**engage** 42:25 44:25 105:10 107:12
**engagement** 47:20 110:11
**engaging** 45:2
**English** 15:22 21:15
**ensure** 30:1 36:17 45:1
**enter** 63:18
**entered** 37:18
**entering** 22:1 126:9
**entire** 14:20 41:25 43:22 120:20 129:5
**entities** 8:23 97:12
**entity** 20:3
**equal** 49:5
**equally** 49:7
**equipment** 6:10
**Errata** 129:11 131:1
**error** 113:6
**especially** 13:6 53:8
**ESQ** 3:4,5,9,13
**essentially** 16:22 56:22
**established** 109:3
**estimate** 66:24
**et** 2:19 5:2,2,8 29:1 33:3 128:3 131:3
**event** 130:14
**eventually** 55:5
**everybody** 12:10 122:20
**exactly** 22:19 32:11 54:1 97:16 123:13
**EXAMINATION** 4:3 6:17 93:13 126:18
**examined** 6:16 130:6
**exceeded** 86:18
**Excellent** 36:21 106:2 111:16
**exception** 62:15
**excerpt** 104:14
**excerpts** 95:15
**Exchange** 1:4 2:4 3:4 5:7 109:8,14
**Excuse** 71:5
**exhibit** 4:7,8,9,10,11,12,13 4:14,15,16,17,18,19,20,21 4:22,23,24,25 23:3,5,9 28:5,6,13 37:14,15 41:7,7 41:14,18,21 47:10,11,14 50:4 57:13,14 64:24,25 67:8,9 68:21 69:19 73:13

73:14 76:7,7,8 80:18,19 84:3,5 88:25 89:1 99:13,16 99:20 101:20 106:12,22,23 107:6 108:6 110:3,24,25 111:23 114:14,15 115:22 115:23 116:1,2 118:23 119:17,18 120:6 123:25 124:1,22 125:9 126:16,17
**EXHIBITS** 4:6
**existence** 27:9
**expand** 34:6
**expanding** 54:9
**expecting** 70:9 71:7
**expensive** 52:25
**expertise** 39:13
**expires** 104:5
**expiring** 118:5
**explain** 77:22 94:14 99:3
**explaining** 7:5
**exposure** 83:5
**express** 24:20
**expressed** 71:24
**expressing** 26:7
**extensively** 62:11
**extent** 44:15 49:4 94:25

**F**

**F** 44:10 109:21
**f/k/a** 1:8 2:8
**Facebook** 15:13
**fact** 25:7 27:23 45:18 76:25 86:11 102:22
**facts** 75:2
**fair** 16:17 19:9 26:20 52:4 95:1 124:14
**fairly** 12:13 44:22 83:25
**false** 75:2
**familiar** 89:18 100:6 114:25 118:13
**far** 46:11 57:5 64:7,11 77:24 91:9 96:2 97:11
**farther** 102:3
**feature** 48:9,21,25
**featured** 49:3,4,7,8
**features** 87:8
**February** 30:5 65:25 66:9,23 67:15 74:22 121:24 122:22
**federal** 10:4
**feedback** 54:3 61:16 64:6
**feel** 27:18 64:7 71:16 124:4
**feeling** 31:17
**feels** 92:24
**felt** 46:3 54:17 83:6 85:12,25 88:14,16,17 122:4,21 123:3

Ross Cameron
3/14/2023

5

figure 46:5 64:10
Filippelli 6:1
final 87:6 121:7
financial 13:5 95:13
find 12:12 26:9,9 77:6 81:18
fine 75:24 125:14
finger 7:1
finish 68:20
FINRA 98:19
firm 11:4,7,10 82:6,15 93:18
first 6:15,21 20:2,4 23:24
    24:6 44:24 58:2,18 59:15
    62:13 76:16 92:6 96:17
    107:10 108:2 118:23 121:5
    121:5
five 60:12,13,17
five-minute 93:2
flagged 18:1
flags 105:14
flattering 72:5
flip 120:5
Floor 3:9,13
Florida 1:2 2:2 3:6
Flower 3:13
focused 72:17
folks 104:24
follow 69:4 98:6,14,15
follow-up 73:6
followed 5:17 89:19
followers 15:18,20
following 12:11 43:3 114:19
    123:14 127:11
follows 107:2
font 43:4
forced 98:6
Ford 3:8 5:24,25 6:1 93:18
foregoing 129:6 130:7,12
forgot 12:19
form 54:23
formal 35:18
former 8:16,18
forms 15:10
forth 29:14 36:11 38:24
    41:17,18 43:14 65:16
    68:11 89:20 102:2 108:6
    121:20
Fortune 11:15
forward 23:12 36:1,4 77:2
    78:20 103:22 117:11
forwarded 89:9 124:25
found 60:1
founder 27:10 68:25
four 18:14 39:6 60:12,13,14
    82:3 84:4 108:3
fourth 49:24 78:15

Frantz 74:21 75:7 89:9
    91:14 116:10,23 124:24
Frantz's 117:8 126:25
free 13:1 18:4
freely 61:1
Friday 69:24
friend 10:15,16
friendly 26:18
front 84:25 103:25
frustrated 33:23
FTC 9:21,22,24 10:2
full 6:19 36:22 37:13 45:11
    106:3,15 111:17 118:5
    130:12
full-fledged 15:2
fun 75:15
Fund 59:23
funded 20:17,23 86:5,7,16
funny 20:20
further 103:19 110:2 118:1
    126:13,18 130:14
future 117:18
futures 19:25
FYI 104:4

G

gatekeeper 45:25
geez 51:23
general 93:23 95:12,14
generally 46:24 48:4 124:9
generate 56:6,10,10
Gentile 1:9,9 2:9,9 3:7 5:23
    20:8 25:3,5,21 27:7,10,22
    67:16,21 68:5,10,15,25
    69:11,25 72:24 73:7,11
    81:2,20 82:13 93:19 99:2,4
    101:14 125:24
Gentile's 68:22
getting 29:20 30:14 32:23
    50:21 54:16,18 64:8 70:1
    79:15 83:5
ggentile@swissamerica
    27:22
give 14:19,20 18:3,18,21
    31:11,12 33:18 43:25
    63:12 94:3 98:11
given 15:22,24 18:9 27:5,11
    76:24 129:9
gives 59:25
giving 87:9 113:5
glad 66:11 72:5,20
Glendale 5:14
go 24:6 26:21 27:15 28:4
    29:14,21 30:4 31:4 33:23
    34:24 35:1,13,21 36:11,13

37:1,24 41:6,22 42:15
    45:16 47:10 50:2,3 56:18
    58:16,18 59:4,6,6,11 60:11
    61:24 62:16 65:21 66:8
    67:7,8,14 68:22 69:18,21
    76:17 80:18 84:24,25 85:6
    86:23 87:5 88:19 92:24
    98:11 100:19 101:16,17
    105:2 108:14,22 110:2,24
    112:1 113:12,24 115:11
    116:4,6 117:24,24 121:7
goals 13:5
goes 48:1 76:19 98:4
going 6:23 12:9 17:7 19:4
    23:12 25:23 28:8 29:14
    32:6,9 36:10 38:22,23
    40:17 41:2 42:1 52:2 53:18
    54:3 55:3 56:10 57:7,21
    63:10,11,15 64:20 65:9
    67:15 68:11 71:8,20 76:1
    77:2,13,21 78:8,19 80:3
    89:19 93:4,20 115:2
    120:25 122:15 123:6,9
    125:16
good 5:19 29:25 38:22
    51:24 70:8 78:6 83:5 85:2
    87:11 88:14,20 89:10,11
    105:2 117:9 124:11 125:13
Gotcha' 30:11
gotten 74:6
Gradillas 5:13
graduated 11:5
grandfather 123:15
grandfathered 52:2
grapevine 33:14,15 34:5
graph 59:5,8,12 61:8 87:1
grateful 20:22
gray 115:16
great 12:5 21:12 37:13 53:3
    66:24 94:6
green 95:11
ground 93:23
group 21:21 31:13 49:15
    53:9 96:19,25 123:7
guess 8:19 22:21,25 38:13
    51:20 52:16 54:1 55:22
    71:20 72:6 120:8 122:17
    123:15 124:6
guessing 17:11
guidance 109:15
guy 1:9,9 2:9,9 3:16 5:23
    20:8 24:22 25:2,2,3,4,11
    25:21 27:21 67:16,21 68:5
    68:9,25 69:14,25 70:8 71:6
    80:24 81:1,2 93:19 99:2

101:14
Guy's 24:21
guy@suretrader.com 67:16
    80:22
guys 24:19 40:18

H

half 19:22
Halpin 3:9 4:4 5:23,24 16:3
    16:18 17:24 18:12,20 19:4
    19:20 28:8 29:5 30:22 31:1
    34:19 37:25 39:3 40:20
    41:9 43:18 45:4 46:16,22
    50:19 51:8,17 54:13 55:14
    55:19 56:2,19 57:4,16,19
    57:21,24 58:10 62:9 63:20
    64:2,16 68:17 70:20,24
    72:11 75:9,24 79:5,10,18
    79:23 80:3,8,11 82:18
    83:11,21 88:4 90:16,21
    91:19 92:2,13,22 93:8,12
    93:14,18 98:16 99:12,17
    99:22 106:22,25 108:22
    110:23 111:2 114:12,17
    115:22 116:4 119:15,20
    123:10,24 124:3 125:9,20
    126:3,8,13 127:7
hand 6:12
handling 103:12
handwriting 106:18
handy 35:10
happen 17:22 117:6
happened 20:20 51:3 63:17
    117:7
happy 33:17 38:25 54:20
    69:14 71:10,13 78:8 82:21
hard 67:11 124:6
Hastings 3:12 6:4
head 7:1 22:3 52:12 81:17
    83:18 91:24
headline 42:21 69:4
headlines 27:5
headquarters 12:3,4
hear 51:3 66:11
heard 33:14 34:4,17 50:25
    90:23
hearing 9:18 50:22
held 5:9 6:9
Hello 35:3 76:15,23 78:14
    93:15
help 13:5 23:18 30:19 63:16
    77:15
helped 22:22 83:3
helpful 44:1
helping 22:24 122:14

**helps** 32:24 58:8
**hereto** 41:14
**hereunder** 41:13
**hey** 24:19 26:17 33:20 45:8
   56:22 64:9 69:13,25 70:7
   71:2 77:17 78:8 80:23,25
   101:20 103:4
**Hi** 27:4 28:15 29:19,25 30:13
   35:18,22 36:15 65:6,21
   66:10 67:17 70:1 93:16
   100:9 102:4 115:1
**high** 62:11 88:18
**higher** 77:19 90:3
**hold** 37:11 38:23
**Holmstock** 3:17 5:12
**honest** 66:16 71:9,22
**honor** 46:2
**honoring** 123:4
**hope** 81:3 89:11
**hoping** 33:12 53:10 81:17
**hours** 13:21
**huge** 11:15
**hundreds** 82:1,5
**hurricane** 112:7
**hurtful** 91:11
**hyperlink** 118:16

**I**

**i.e** 35:25 102:9
**idea** 19:15 48:19 52:21
   53:23 63:15
**ideas** 70:10 72:3
**identical** 99:17
**identification** 23:6 28:7
   37:16 57:15 65:1 67:10
   73:15 76:9 80:20 84:6 89:2
   99:21 106:24 111:1 114:16
   116:3 119:19 124:2
**identify** 5:17
**Ill** 3:9
**image** 45:19,21 112:9,15
   113:20 114:5,7,9 115:12
**images** 113:16
**immediately** 107:2
**impact** 24:21
**important** 33:7 105:21
**imposed** 98:9
**include** 12:8 44:9,11 82:16
   94:19 95:15 112:23
**included** 114:9
**includes** 13:14
**including** 18:23 48:6 109:6
**incorporated** 39:18 41:14
**increase** 78:9
**increased** 52:16 90:1

**increasing** 51:22
**indicated** 129:11
**indicted** 25:22 68:25
**indictment** 24:21 67:18
   72:10
**indictments** 69:2
**indirectly** 42:25 44:25 45:2
   105:10
**industry** 85:15
**info** 87:1
**information** 48:5 75:1
**informed** 81:10
**initial** 122:18
**initially** 85:8,10 107:22
   120:22
**insight** 54:6
**Instagram** 15:15
**instructional** 95:18
**instructions** 56:20 108:19
   109:2
**intended** 35:25 61:3 102:9
   112:24 113:7,15 114:11
   115:21
**interactions** 122:4
**interest** 11:22 71:25 94:2
   130:14
**interested** 9:18 28:17 56:4
   56:17 72:6,7 100:10
**interesting** 70:11 101:11
**international** 1:7 2:7 5:8
   16:6 21:14,14,19,20,23
   29:1,6 30:15 31:16 32:8,10
   44:15 45:13,19,20 46:4
   47:3,18,19,23 53:6 85:17
   85:18 94:19 96:12 97:6,8
   98:4,6,18,20,23,24 100:24
   101:3,7,11,23 105:23
   110:10,17 115:4 118:19
   124:8 131:3
**Interruption** 39:25 108:21
**interview** 20:8 25:8
**intraday** 62:5
**intricacies** 40:15
**introduce** 6:6
**introduced** 26:16
**invariably** 31:4
**investment** 43:6,8
**investors** 42:18 43:1 45:1,3
   47:19 70:3 104:18 105:11
   107:15 109:16,21 110:10
   125:24 126:4,10
**invoice** 30:17
**involved** 8:7,8 26:3 27:23
   34:13 69:3 72:1
**issue** 78:4 81:4

**issues** 7:13 20:15 73:25
   108:15

**J**

**jacking** 77:17
**January** 65:4 69:24 70:7,23
   121:13,13
**Jeff** 22:11,13,14,20 29:19
   73:20 89:5 100:1 103:11
   103:13,22 104:3,4,21
   105:14 109:25 124:25
   126:21
**job** 1:25 7:5 11:16 12:6,8
   57:10
**jog** 84:22
**Johnson** 3:4 4:4 5:19,20
   6:18 8:6 9:23 16:5,24 17:2
   17:12,22 18:7,17,25 19:10
   19:24 20:2 23:3,7,18,20
   24:2 26:20 27:1 28:4,10,12
   29:8,10,13 30:11,21,24
   31:20 32:1,3,5 34:24 35:2
   37:17 38:16 39:11,16 40:3
   40:17,21,24 41:6,10,11
   42:3,15 44:2 46:19 51:10
   52:18 55:17,25 56:15,16
   57:1,12,16,18,20,23,25
   58:7,9,16,20 59:6,10,24
   62:7,16 63:24 64:13,23
   65:2 67:5,11 68:19 69:18
   69:21,24 70:21 72:9,22
   73:16 75:18,21 76:5,10
   79:8,13,20,25 80:5,9,14,18
   80:21 81:25 83:8,13 84:2,7
   88:6,24 89:3 90:18,22
   91:22,25 92:3,19 93:1,8,10
   93:24 122:25 125:14 126:2
   126:6,15,19 127:9,22
**join** 6:1 19:8 43:19 65:9 81:7
   112:10
**joined** 5:25
**JPEG** 115:12
**July** 89:24 124:24 126:21
   127:1,16,20
**jumped** 81:16
**jurisdiction** 43:7,11
**Justin** 24:12,13,18,19 26:11
   26:14,17 27:2,24 28:14,15
   29:18,19 30:3,13 35:2,16
   35:18,22 36:14,21 65:6
   66:10,11,11 71:1 99:25
   100:9 101:20 102:3 121:21
**Justin's** 26:22
**justin@suretrader** 27:3
**justin@suretrader.com**

   24:10

**K**

**keep** 66:12 70:4 75:12
   120:25
**keeping** 79:8
**kind** 20:20 22:22 31:17
   34:10,11 53:23 54:9,21
   62:15 63:10 64:9 75:11
   77:12 94:2,7
**knew** 33:13,14 34:7 82:24
**knock** 90:7
**know** 7:6 9:3,4,14 16:24
   20:7,9 21:8 22:6,8,19
   23:12,22 24:11,16,16
   26:11,13,14,14,15 28:18
   31:2,7,8 34:13 38:8,13
   39:12 42:4 43:22,25 44:2
   44:22 45:23 46:4 47:5,7
   48:18,23 49:6 50:25 51:1
   51:24 52:1 53:3,5,9 54:1
   55:8 56:7,10 57:10 58:12
   59:7 61:13 63:14,15,16,17
   63:21,22,23 64:4,6,9,18,22
   65:10 66:13 67:21 68:12
   71:9,10,13,17,23 72:3,5,7
   72:14,18,19,21 75:7,17
   77:9,11,11,15,24 78:1,1,3
   78:3,4 82:19 83:16 87:10
   87:17,25 88:8 90:9 91:9,11
   91:12 92:24 96:2 97:16
   98:3 99:17 108:23 116:17
   117:22 122:10 125:12
   127:14
**knowing** 88:18

**L**

**ladder** 22:18
**laid** 56:20 93:24
**Landy** 3:8 5:24 93:18
**language** 44:13 112:23
**languages** 15:24
**launched** 28:20 100:19
**launching** 35:7
**law** 125:25 126:5
**laws** 19:3 43:10 109:5,5
**lawsuit** 8:17,18 9:9,10,17,20
   9:24
**lawsuits** 8:9,16
**lawyer** 17:9 91:5
**laying** 80:2,7
**leading** 87:7
**leads** 122:13
**learn** 20:3 33:24 45:9 58:24
**learned** 20:4,11

leave 94:22
led 89:23 90:6
legal 17:10 61:22 102:17
  113:7
let's 23:3 24:6 28:4 29:13
  35:15,17 37:13 40:22
  47:10 50:1,1 54:20 62:16
  64:23 66:7 67:8 68:20
  69:18 73:13 80:18 84:2,24
  84:25 85:6 86:23 110:24
letter 90:19
letters 39:7
level 62:12
levels 18:9
leverage 18:14 61:1,17,18
  61:21 62:4,6,8,8,12,15
licenses 12:20
life 7:20
Lightspeed 98:5
limbo 83:22
limitation 45:13
limitations 45:12
limited 48:6 54:3 73:1 94:12
  99:9 109:6
line 26:8 32:18 63:13,16
  75:12 100:22 131:4
link 45:7 113:5,14
links 34:9,23,23 46:9
list 33:2
listed 44:9
listen 53:13
literacy 13:5
little 11:8,10 22:21,24 23:8
  23:14 26:21,23 27:24
  33:24,25 35:14 63:12,16
  67:7,14 94:6 97:23 103:19
  107:5 110:2 112:17,17,18
  112:19,21 113:3 116:8,15
  120:7,8 124:12 127:15
live 13:14 115:2
LLC 102:17
LLP 3:8 5:24
local 43:10
located 5:13 86:17
locked 18:2
log 14:18 54:24
logical 31:19
logo 48:10,21 58:22,23
long 7:18 10:21 20:10 44:22
  50:22 84:20 88:6 95:21
  122:7,19
longer 88:14 89:8 123:8
  125:4 126:23
look 23:22 24:2 25:15 27:2
  29:13,15 37:17 41:21

49:25 50:6 64:24 65:16
  67:12 84:2 92:9 98:18
  99:15 102:20 103:2,19
  106:22 107:4,21 108:2,13
  115:12 116:15 119:7
looked 21:17 78:25 100:5
  101:17 107:5 114:20 121:2
  122:10,12
looking 21:18 26:25 41:7
  53:7 87:13 99:14 105:22
  106:19 107:4 108:25
  111:22 115:13 119:2 121:8
looks 25:15 29:25 58:5
  66:18 74:19 85:22 100:6
  102:1 103:20,22 104:3,8
  104:21 105:24 106:1 110:1
  111:9 112:1,14 114:25
  115:7 117:25 118:13
  124:23
Los 3:14
lost 48:3 90:2
lot 13:1 20:25 39:6,7 49:16
  51:24 52:22 54:6 71:11
  72:20 87:24 88:22 106:25
  125:12
love 28:21 100:20
low 54:17,21
lower 38:10 55:22 101:8

**M**

M 1:24 2:20 130:3,21
M-a-c-e-n 92:6
Macen 92:1
Madison 3:9
main 45:16
maintain 123:15
making 12:10 34:21 61:14
  77:14 81:10 91:2
management 11:8,9 76:23
  78:18 117:10
managers 12:11
managing 79:12
manipulation 69:1
March 1:17 2:19 5:1,11
  76:12 78:13,24 116:10,17
  118:1,25 119:4 121:25
  122:22 127:12 128:1 129:9
  130:16 131:2
margin 17:25 18:8,9 62:6
marked 4:7 23:5 28:6,13
  36:12 37:15 42:16 47:11
  57:14 64:25 67:9 73:14
  76:8 80:19 84:5 89:1 99:12
  99:20 106:23 107:6 110:25
  114:15 116:2 119:18 124:1

market 13:21,21 47:18,21
  110:9,15
marketing 4:10,20 10:1 21:7
  22:20 32:25 35:25 36:23
  37:7 38:17 39:17,22,24
  40:3,6 41:8,13,15 42:24
  43:2,17 44:23,24 47:15,17
  47:17,19,20 48:1,9,10,11
  48:12,13,14,22 50:7,10,12
  50:14 52:8,9,20 102:9
  104:14 105:9 106:13 107:7
  107:12,12,13 108:4,18
  109:1,12 110:4,8,8,10,14
  124:15
markets 95:13 96:19
Mass 7:17
Massachusetts 12:5
material 10:1 113:9
materials 43:3 44:7 48:11
  48:14,22
math 77:21
matter 5:6,22 7:24 8:2 10:2
  66:1 68:15,20 76:24 93:19
matters 10:3
Matthew 6:1
mean 31:5 33:6 49:9 63:7
  64:5 73:4 75:11,15 77:10
  77:19,22 83:1
means 13:11 39:8
meant 48:18
media 15:10,18 16:15 31:3
  34:9,20
medical 7:12
medicines 7:8
meet 99:10
member 14:18,24
members 12:12 13:4 14:19
  15:1,2 24:20,24 28:19
  94:16,17
memorializes 39:2
memory 7:9 29:9 68:8 73:2
  84:22
mention 43:1 44:6
mentioned 10:12,15 15:14
  93:17 96:10 97:5 98:16
  117:13
mentions 45:15
message 75:3 89:9 95:2
  113:6
messages 94:24
met 76:15,23
Miami 3:6
microphone 40:23
middle 6:22 67:13 116:9
  120:8 122:15

midway 78:15
million 15:21
minimum 17:19 53:20 59:23
  98:22
Mint 71:19
MintBroker 1:7 2:7 5:7
  131:3
MintGroup 70:10
minute 41:21 76:22 99:19
mischaracterizing 19:5
misguided 75:3
misleading 75:1
misspelled 104:9
mistaken 101:6 127:13
moderate 94:24
money 20:18 55:21 77:14
  86:12
month 56:8 77:4 86:6
monthly 77:2
months 28:14 38:7,18,19
  118:6 127:19,20
Moore 59:19,24 60:3 63:18
  63:25,25 65:4,24 66:23
  67:2 76:11 78:14 121:20
Morgan 3:13 6:3,3 8:5 9:17
  17:7,16 19:8 23:15 30:9
  31:24 40:22 41:24 42:6,13
  43:19 52:10 61:22 62:1
  75:23 81:22 98:10 123:2
  127:24
morning 5:19
move 24:1 64:23 94:1
  109:19
moved 22:18 77:1 86:12
  92:18
moving 13:16 117:11
multitude 87:8
mute 40:23

**N**

N 4:1
name 5:12 6:7,19,21,22 30:3
  48:10,21 57:7 59:20 91:18
  91:21 92:3,6 102:17 117:4
named 91:25 130:6,10
Nancy 3:17 5:12
nature 102:16
near 69:21 85:2
nearly 43:24
necessary 109:4
need 7:6 17:19 33:8 40:5
  42:6 67:7 71:2 87:15 104:7
  104:23 105:18 108:23
needed 38:4 64:7
negate 77:1

**negative** 75:1
**negotiate** 21:10,21 38:10
   53:9,15
**negotiated** 22:10
**negotiating** 54:19
**negotiation** 76:25 77:9
**negotiations** 21:25
**neither** 23:2
**never** 20:20 55:16 62:3
   125:23 126:3
**new** 3:10 11:4 13:22 33:21
   35:8 47:22 65:6,8 66:5,25
   72:18 78:16 79:3,16 89:12
   110:16 127:2,6
**Newfane** 39:18 40:1 103:4
**news** 24:21 25:21 27:6
**nice** 53:23
**niceties** 72:19
**NICHOLAS** 3:13
**Nick** 6:3 8:4 9:14 51:19
**NIGRO** 1:10 2:10
**nine** 16:20 52:24
**non** 46:10,13 47:19,23 98:18
   98:20 101:23 104:24
   105:20 107:14 108:4
   110:10,17 112:10 117:17
   118:6
**non-solicitation** 42:18
   103:16 104:18 109:16,21
**noontime** 13:18
**Nope** 97:21
**North** 5:14
**note** 37:4 45:18 90:1 101:22
   113:6
**notes** 92:9
**notice** 79:16
**noticed** 65:6 89:12 127:3,15
**number** 5:8 8:8 24:20 41:11
   49:2,13 51:15 53:2 55:9
   79:3 89:13
**numbers** 41:23 79:9
**NY** 3:10

**O**

**O'Brien** 3:8 5:24 93:18
**oath** 6:6 129:13
**object** 17:7 19:4 29:5 57:21
   80:3 98:10
**objection** 16:3,18 17:24
   18:12,20 19:9,20 30:22
   31:1 34:19 37:25 39:3
   43:18 45:4 46:16,22 50:19
   51:8,17 52:10 54:13 55:14
   55:19 56:2,19 57:4 58:10
   61:22 62:9 63:20 64:2,16

68:17 70:20,24 72:11 75:9
   79:5,10,18,23 80:11 81:22
   82:18 83:11,21 88:4 90:16
   90:21 91:19 92:2,13
   122:25 126:2,6 127:7
**obviously** 26:16 53:6 81:17
   94:3 117:2
**occasionally** 95:17
**occur** 22:2
**occurred** 57:1 127:12
**occurring** 83:19
**October** 36:20 37:12,19,21
   63:3 106:7 111:3,17 112:2
   113:4,14 114:19,23
**offended** 83:6
**offensive** 76:21 77:6,6
**offer** 43:5,9 76:24 77:2
   101:22 108:4 129:12
**offered** 78:18
**offering** 16:20 38:13
**offers** 49:19
**official** 78:19
**offshore** 19:15 85:11
**okay** 6:23 8:6,15,20,22 9:1,7
   9:12,23 10:2,6,11,19,21
   11:6,12 13:8 14:16,23
   16:14 17:17,22 18:25
   19:13,18,24 20:2,13 21:25
   22:7 23:4,20 24:4,5 25:13
   26:11,20 27:1,20 28:4
   29:13,17,23 31:20 32:1,4,5
   32:13,16,17 34:4,17,24
   35:22 36:14 37:6,20,23
   39:11 40:6,9,17,21 41:11
   42:9,11,12,22,23 43:16
   44:2,4,5,23 47:14 48:1,20
   49:25 50:3,5 51:5 52:18
   56:15 57:12,23 58:16,18
   59:24 60:11,13,20 61:5,17
   62:16 64:23 65:15,23
   66:11,22 67:7 68:14,19
   69:10 71:14 72:22 73:13
   73:16 74:19 75:21 76:10
   76:22 78:11,17 79:1,8
   80:14 81:20 84:2,13,16
   85:10,24 86:3,23 87:5 88:2
   88:6,24 89:21 90:18 91:4
   91:10,17 92:19,21 97:11
   102:1 104:17 108:14 110:6
   111:19 112:1,11 113:23
   115:1 118:3 119:15 120:17
   121:1 122:1,21 123:20,24
   124:22 125:9,22 127:22
**once** 51:9 56:7 76:24 99:6
   105:2

**one-year** 122:11,18
**ones** 111:14
**online** 60:25 87:7
**OPEC** 16:8
**open** 44:18 50:11,17 51:2
   53:8 64:5 75:5 79:21
**opened** 79:16 85:24,25
**opening** 20:15 63:13 85:11
   85:12
**opens** 98:1
**operate** 14:4
**operating** 51:6 52:9
**operation** 20:20
**operations** 22:24,25 103:12
**opinion** 98:18
**opportunity** 34:1
**option** 88:16 101:13
**options** 20:1 78:19
**order** 17:20 116:5
**organizing** 12:10
**originally** 87:24
**outline** 35:24 102:8
**outlier** 68:12
**outlines** 58:13
**outlining** 102:15
**outset** 93:17
**outside** 124:17,18
**overnight** 62:5
**overseeing** 11:16
**owned** 25:6 26:5 74:9,17
**ownership** 11:22

**P**

**P-i-e-r-c-e** 6:22
**p.m** 2:19 5:2,2,12 24:18 41:1
   41:5 66:23 69:25 75:25
   76:4 93:3,6 103:20,21
   111:4 112:2 115:2 118:2
   118:25 125:15,19 128:2,3
**page** 4:3 23:10,24 24:1,4
   26:24,24 27:15 29:15 31:8
   34:25 36:11,22,23 37:1,3,6
   38:24 42:5,10,11 44:13,14
   44:17 45:8,16 46:10,11
   47:11 50:3,5 58:9,11,13,13
   58:17 59:4,8,10,11,11
   60:11 61:10,11,14 62:17
   65:18,18,19,22 67:13
   69:22 78:11,12 84:25 85:1
   85:6 86:23 87:5 101:18,19
   101:19 102:3,13,21 103:17
   104:11 105:25 106:2
   107:10 108:2,14 109:19
   110:3 111:16 112:2,8
   113:13,14 115:11 116:6,9

117:25 118:4,14,23 120:5
   120:9 121:7 131:4
**pages** 39:6 49:22 69:14
   106:15
**paid** 12:10 32:23 54:18
   58:24,25 60:18 64:8 94:16
**paragraph** 42:21 50:6 82:1
   85:7 105:18 108:3,16,18
   108:25 109:21,24,24
   119:10 120:9
**parameters** 35:24 102:9
**part** 24:22 38:13 50:14
   68:13 81:7 89:25 90:8
   105:9 107:18
**participate** 49:20 57:11
   82:25
**participated** 49:1
**participating** 49:24 56:17
**particular** 16:2
**partner** 8:18
**party** 40:7
**passes** 18:4
**pasted** 112:14
**pattern** 17:3,5,15,18 18:10
   18:19 19:3,6 61:2 97:12,22
**Paul** 3:12 6:3
**paying** 12:9 33:14,15 34:5
**payment** 97:20 107:18
**PDT** 18:1 19:16,19 53:1 83:4
   97:15,23 98:7,8,22
**penalty** 129:5
**pending** 66:25
**penny** 25:24 65:7 69:1 77:20
**people** 8:9,25 9:3,6 11:18
   13:11,15 14:10,13,25 15:1
   15:2 19:6 26:7 31:4 33:16
   34:8,21 38:6,8 45:10 49:17
   50:20 54:4 55:8,9 63:12,16
   64:22 71:11 75:15,15
   84:18 88:18
**percent** 12:1 33:3,10 58:21
   77:18,18 78:9
**performed** 41:12
**period** 18:6 44:3 62:12 74:9
   74:12
**periods** 87:19
**perjury** 129:5
**person** 33:8 47:8 60:4 63:9
   99:10
**personal** 28:1 96:15,17,18
   96:19,21
**personally** 9:8 15:9
**persons** 8:23 30:2 35:25
   50:12 61:3 102:10 112:24
   114:11 115:21 117:17

persons' 113:15
persons.' 113:7
phone 68:10,15 70:16,17,22
  90:15 99:6
phrase 101:2 112:24
picky 88:22
picture 25:9
Pierce 1:15 2:17 4:2 6:14,21
  129:4,17 131:2
place 45:10 48:3 52:15
  70:11,23 122:9 130:10
plaintiff 1:5 2:5,18 3:3 8:1
plaintiff's 28:13 76:7 88:25
  126:17
plan 76:13 80:23
planning 12:9
platform 14:13 55:13 60:19
  70:4
plausible 66:17
please 5:16 6:12 7:4 26:25
  36:17 40:23 42:11 88:25
  102:15 113:9 126:16
plus/minus 23:17
point 13:2 20:12 39:14
  51:22 82:21 121:6
poke 75:14
policies 108:19 109:2
policy 97:16
popular 49:6
position 10:23 11:14 45:24
  49:5
positions 22:16
positive 47:9
possible 45:17 52:12 93:21
possibly 57:9 121:3
post 20:8 33:1 94:22 95:9,11
  95:12
posted 69:8 84:13,14 88:7
  89:12 90:11 91:3 96:4,8
  123:11,21 124:3 125:7
  127:3,6
posting 91:7,15
posts 74:25
potential 47:22 75:5 97:5
  110:16 124:5
practice 21:9
preapproved 44:12
preceding 117:25
predate 27:9
predominantly 16:8
prefer 99:18
preliminary 7:7
premarked 23:9 76:6
preoccupied 35:7
prepare 35:9

prepared 99:18
presence 95:6
present 5:16
president 27:11
presumably 64:19 79:12
pretty 31:10 33:17 47:9
  58:12 104:23
previous 27:25 38:7 111:14
previously 68:3
price 60:15 82:9 123:7
priced 82:8
prices 123:8
pricing 65:3,7,9 118:5 123:5
  124:12 127:12
primarily 12:18
primary 11:16
prior 11:3,5 52:16 68:5
  78:24 79:2 80:9,10 100:16
  100:18 106:9 107:2 117:11
  121:14 130:6
Pro 58:25
probably 12:13 25:15 26:18
  44:19 51:25 53:7 56:4 73:3
  89:7 98:21 117:6 122:19
  125:3 126:22
problem 52:14 88:13 123:6
  123:9
problems 9:5
proceeding 122:23
Proceedings 5:1
process 21:18 50:25 54:4
  63:13
processed 50:21
produced 57:19 67:12
producing 13:1
product 16:20
production 107:3
products 43:7 48:7
professional 12:20
profitability 62:14
profitable 56:13
program 4:11 28:20,22,24
  31:9 34:8,11,12 38:14,16
  39:10 45:7,9 46:2,12 49:1
  49:12 52:19,21 55:18
  56:17,23 57:11 58:14,22
  64:20 65:10 66:14 79:22
  81:7,11 83:1,10,13,19 97:6
  100:20 112:10 113:25
  115:3 118:5 119:12 122:5
  124:8,21,21
programs 21:10,22 96:16
  97:7
project 11:8 72:18
projects 12:11

prominent 43:4
prominently 48:9,13,21,24
promo 32:18,21
promote 28:17 100:11
  113:25
promoted 82:6,15
promoting 83:15 115:3
  118:19 124:5,7,10
promotion 25:10 57:8
  118:20
promotional 43:3 44:7
promulgated 109:7
pronounce 6:20
pronouncing 59:20
proves 31:14
provide 12:16,17 13:21
  41:16 107:13
provided 16:15 51:20
provides 12:22
providing 48:4
provision 43:17
public 61:13
pull 37:13 99:12,14 114:14
  115:23 119:17 123:24
pulled 105:8 124:22
purchase 59:16 60:15 62:18
  82:9
purchases 62:22
purely 32:24
Purpose 107:11
pursuant 124:15
put 31:2 33:10 44:16 53:11
  57:7 61:9,13 94:7 123:5
putting 44:18

_____
Q
_____
qualified 107:13
quarter 78:15
question 7:3 16:23 17:10
  32:2 40:5 51:22 73:5 123:1
questions 6:24 7:7 17:9
  39:14 40:18 51:21 87:13
  93:9,20,25 125:21 126:14
quick 40:19,22
quickly 84:1 105:7 108:23
  122:5
quite 46:25
quote 105:7

_____
R
_____
R 3:9
R-o-s-s 6:21
raise 6:12
ran 118:18
Rarely 95:17

rate 31:13 33:18 38:10 53:9
  53:15 55:23 57:8 66:4 78:9
  108:5
rates 21:21 49:15 77:1 108:6
  123:8
reach 28:16 100:8,9
reached 26:12 63:25
reaching 25:17
read 40:10 42:6,20,22,22
  43:21,24 58:20 59:14
  60:13,20 66:17 67:11,15
  84:20,21 85:15 92:4
  104:12 105:17 116:7 129:5
  129:7
reading 29:5 111:8 112:25
  114:24
ready 42:9 90:5
realizing 83:24 85:13
really 20:17 50:23 54:1,15
  54:22 56:13 64:3 71:16
  78:6 88:19 93:25 122:14
  122:16 124:20
reason 24:23 27:20 50:13
  50:14 96:24 106:19 122:16
  131:5,6,8,9,11,12,14,15,17
  131:18,20,21,23
reasonable 108:19 109:2
reasonably 74:7
reassurance 26:10
rebate 4:11 21:9,21 28:20
  28:22,23 33:3 38:14,16
  39:9 44:13 45:7,9 46:2,12
  49:1,12,22 52:19,21 55:18
  56:17,23 58:13,14,22
  59:13 60:14,15 62:25
  64:15 65:10 66:3 77:3
  79:22 80:1,7 81:7,11 83:1
  83:9,13,19 87:1 97:6
  100:20 103:17 113:25
  115:3 118:5 123:5 124:7
  124:21
recall 18:14 20:4 21:6 22:3
  24:12 25:14,17 34:10,12
  38:19 40:15 44:12 46:12
  47:6 50:20,23 51:4,9,18
  52:11,13 66:15 72:12,16
  72:25 75:20 76:20 77:5
  78:2,21 80:4 81:18 83:12
  89:21 90:17 91:6,16 92:15
  94:9,11 96:3 99:6,22 100:4
  101:2 102:20,24 103:1
  106:16 107:7 111:6,7,10
  111:13 112:4,6 114:22,24
  116:13,14,25 117:1,1
  118:9,12 119:21 120:1

121:22,24 122:2,2 123:10
123:13
**recaps** 95:11
**receipt** 31:11,14,20 56:21
56:24 60:5 62:21
**receipts** 63:11 83:17
**receive** 32:21 33:11 55:2,11
59:12 60:14 91:4,5 97:19
**received** 55:20 64:14 66:2
116:22
**receiving** 63:11 74:17
107:18 116:13
**Recess** 41:3 76:2 93:5
125:17
**recognize** 23:23 25:15 58:2
84:7 91:17 92:3
**recollect** 73:2,10
**recollection** 29:3 62:24 63:4
73:1 81:13 82:12 85:20
103:8 107:25 108:9 110:20
111:20 116:21 120:18,21
127:5
**recommend** 89:8 125:4
**recommendation** 48:12
88:2
**recommended** 126:23
**recommending** 88:10
**record** 5:4,17 6:20 7:2 41:2
41:4 76:1,3 92:25 93:4,7
125:16,18 128:2 130:13
**recorded** 5:5 6:24 95:15
**red** 95:12
**redirect** 126:15
**redirects** 74:15
**reduced** 130:11
**refer** 14:14 23:11 117:18
**reference** 27:6 41:15
**referenced** 96:7
**references** 96:4
**referral** 51:11 97:5,20
**referrals** 51:15 54:10,11
67:1
**referred** 50:12 79:17
**referring** 8:13 25:3 61:6
75:7,11 80:25 89:7 104:22
125:3,6 126:22
**refresh** 29:2,9 62:24 63:4
81:13 82:12 85:20 103:8
108:9 111:20 116:21
120:17,20 127:5
**refreshes** 68:8
**refuse** 50:11
**refusing** 50:16
**regarding** 83:9 109:15
119:23 121:19

**regards** 89:12 127:2
**registered** 77:3 78:16 79:3
98:19
**regular** 13:19 55:12,23
**regulated** 60:24
**regulations** 43:10 87:11
109:5,6
**regulators** 10:4,4
**regulatory** 9:14 10:3 108:15
**rejected** 51:1
**related** 25:5
**relation** 81:14
**relationship** 21:3,5 22:2
29:3 33:21 102:16
**relatively** 122:5
**relevant** 109:15
**remain** 66:3
**remained** 88:15
**remember** 20:7,13,23 25:9
25:13 34:10,17 38:2,11
44:16 55:6,7,8 66:16 68:7
68:9,10 70:25 71:19 72:13
72:15,16,21 73:3 74:13
80:17 89:16 91:23 99:5
123:18
**remind** 29:2
**reminded** 118:20
**reminding** 89:18
**Remote** 1:15 2:17
**remotely** 5:9 6:11
**remove** 69:15 91:3
**rep** 62:20 63:6,7
**Reported** 1:23
**reporter** 2:20 5:18 6:7,8,10
6:25 39:25 108:21 130:3
**REPORTER'S** 130:1
**Reporters** 5:13
**reports** 27:6
**represent** 75:1 107:22
111:15
**representative** 59:19 81:6
**represents** 93:19 109:12
**reproduced** 105:8 109:25
**request** 114:7,10
**requested** 113:16 128:4
**requirement** 30:16
**requiring** 98:22
**reread** 81:24
**research** 13:15
**resend** 113:9
**resided** 7:18 46:20
**residents** 28:24 43:13 46:10
46:10 85:16 94:17 100:23
101:23 103:16 105:20,22
108:4 112:10 118:6,15

119:12
**residing** 82:17
**resolved** 71:14 78:1
**respected** 85:14
**respond** 36:20 67:5 69:13
80:14 94:4
**responded** 66:7
**responding** 29:24 117:5
126:25
**responds** 35:16 66:10
**response** 26:22 27:16 29:16
30:4 35:4,13 65:20 70:6
72:23 74:20 75:19 91:5
114:6 116:16 118:3
**responses** 73:1
**responsibilities** 12:6,8 57:2
**responsibility** 11:15 31:21
**rest** 28:9
**restart** 108:24
**restricted** 15:1 18:8
**restrictions** 19:19
**retail** 12:17,18 26:1
**retains** 47:16 110:7
**retroactively** 38:6
**revenue** 33:12
**reverse** 116:5
**review** 4:17,24 36:17 44:17
67:17 68:24 69:7,7,10
71:10 73:25 74:11,25 78:4
84:11,16,20 85:2,15 87:21
87:23 88:7 89:6,8,12 90:2
90:4,5,10 103:11 104:2
119:22,23 120:3,12,20,22
121:2,10 123:11,21 124:4
124:11,14 125:4,7 126:22
127:2,6
**reviewed** 22:11 103:9
109:13
**reviewing** 42:14 102:24
126:20
**revised** 36:16 103:20 108:12
115:18 123:11,21 124:4,14
**right** 6:12 10:6,17 12:14
25:22 28:4 32:7 33:11
34:16 36:10 41:6 42:15
52:16 59:21 64:13 67:8
69:18 70:11 78:18 87:17
99:19 104:3 106:10 107:19
110:24 113:21,22 114:12
117:2 121:19 127:24
**risk** 62:7,10,12
**Ritchie** 27:2,16 28:14 29:18
29:24 35:2,22 36:15,21
66:10 99:25 102:14,20,21
103:3,10,20 104:15 107:23

111:3 112:3,5 113:4,5
114:18 121:21
**Ritchie's** 114:6,10
**Road** 7:17
**role** 12:13
**room** 6:11 14:6,7,17 63:19
94:8,11,15,21,22 95:2
**rooms** 14:22,23,25 15:6
95:16
**Ross** 1:15 2:17 4:2 5:5 6:4
6:14,21 27:4 28:14 29:18
29:25 35:3,3,23 36:15,15
36:21 40:23 65:3,11,21
66:9,14,24,24 67:17 69:25
70:1,7 73:20 76:15,23
78:14 80:21 89:3,11 99:24
102:4 116:18 118:10 119:7
129:4,17 131:2
**ross.p.cameron@gmail.c...**
99:25
**rosscameron@gmail** 27:3
**rosspcameron** 66:20
**rosspcameron@gmail.com**
24:8 89:4
**routine** 13:19
**rude** 77:11
**rule** 17:15,18,18 18:1,10
19:16 97:13,15,23,23 98:7
98:8,14,22
**rules** 17:3,6 18:19 19:7,11
19:19 61:2 87:10 93:23
109:5
**run** 13:12 14:4,5 18:6 26:2
61:8 94:15 95:21
**running** 22:22 38:21 74:4,6
115:2

---

**S**

**S** 3:13
**safe** 75:12
**satisfied** 75:4
**save** 53:20 82:8 129:9
**saved** 55:21
**saving** 53:18
**saw** 34:8 37:20 55:16 87:2
99:7 127:13
**saying** 33:20 47:6 64:9
72:16 89:10 90:24 126:22
**says** 23:8 24:7,10,18 27:2,4
27:21,22 28:13,15 32:6,18
33:4 35:9 37:19 40:10
41:12,19 42:17 44:5,23
48:7 50:7 58:21 59:12,25
60:21,22 61:17 62:18 65:2
65:21 68:23 69:6 73:24

74:21 76:15,23 77:17 82:1
84:17 85:2,10,24 87:6 89:7
90:5 100:7,9 102:4 104:4,7
105:2,9 107:11 110:6
113:2 115:7 117:9 118:14
120:12 121:9 127:1
**scanning** 49:14
**scope** 45:11 107:11
**screen** 30:10 58:5 103:25
**screening** 31:7
**Screenshot** 4:11,17
**scroll** 26:21 30:7 37:11
41:24 59:22 78:11 105:25
107:4 112:18 113:3 114:5
117:8 120:7,19,23
**scrolling** 104:1
**Sean** 73:20
**SEC** 5:20 10:3 58:7 109:15
131:3
**SEC-FL-03848-E-0000830**
119:21
**SEC-FL-0848-E-0090670**
116:7
**SEC-SECWEBCAPTURE-...**
84:4
**second** 49:23 50:6 58:17
59:4 85:1 101:18,19 105:6
113:25 115:18 119:10
**section** 41:22 43:22 44:10
49:17,22 87:20 109:14
**securities** 1:4,8 2:4,8 3:4
5:6 27:8 40:11,12 43:10,11
48:6 60:23,24 109:7
**see** 13:15 23:8,10,19,24
24:25 26:9,22 27:1,13
28:16 30:8,12 31:4 32:16
32:19 35:5,11,12,15,17
36:2,18,19,21 37:1 39:5
42:2,7,19,20,21 45:11
47:24,25 48:15 49:18 50:1
50:8 52:13 54:24 55:15
56:23 59:2 60:12 64:20
66:6,7 67:3,19 68:8 69:16
70:14 82:3,10 84:17,25
85:5,7 86:14,24 100:2,7,10
100:13,25 101:20,24 102:2
102:11,14,15,18 103:6,15
103:23 104:1,4,5,9,12,13
104:19,25 105:4,12,13
106:2,4,17 107:10,15
108:7,15 109:9,11,17,20
109:22 110:4,5,12,18
111:4,7,16 112:12,14,15
112:21 113:2,10,16,18,19
113:20,20,21 114:3,20

115:5,9 116:11,19 117:2
117:14,20 118:7,11,16,21
119:1,3,13 120:8,12 121:9
121:10 122:14,16 125:1,4
126:23
**seeing** 51:18
**seeking** 75:5
**seemingly** 78:8
**seen** 34:18
**self-inflicted** 89:25 90:8
**sell** 48:17 70:12
**selling** 56:9,9
**send** 26:8 30:16 32:23 33:19
36:22 55:5 62:20 102:22
**sending** 31:22 51:16 66:12
66:16 75:3 77:12 90:6
111:6 112:4 114:22 118:12
122:13
**sends** 103:20
**senior** 117:10
**sense** 54:8 70:12 94:4 118:4
**sent** 25:16,25 27:25 32:12
33:1 37:7 44:17 51:25
61:15 66:18,19 73:17
80:22 82:1,5 83:17 89:4,24
91:1 95:2 102:25 103:10
104:15 105:15 108:11
111:9,11,23 114:25 116:10
116:25 119:8 126:21
**sentence** 29:6 35:9 44:24
86:16 109:11 110:14
114:11
**separate** 46:9
**September** 29:15,23 30:5
34:25 35:21 36:12,14,18
101:21 102:2,14 103:3,21
**sequence** 89:19
**series** 6:23
**service** 38:17 43:12 46:14
49:14 87:12
**services** 4:10,20 12:17,17
16:14 20:6 34:22 41:12,12
41:15,16 43:6,6,7 47:14,18
48:10 49:16 63:19 107:7
107:14 110:3,9,15
**set** 34:11 41:16,18 70:25
71:21 108:6
**setting** 21:9
**settle** 20:1
**settled** 9:17,20
**settlement** 9:16 18:6 19:23
**seven** 43:23
**seven-minute** 75:22
**shake** 7:1,1
**share** 18:22 19:2 65:8,9 66:4

77:20 81:9
**shared** 19:1,10
**shares** 53:2 77:20 82:8
**Sheet** 129:11 131:1
**shockwaves** 25:25
**short** 104:8
**shorter** 87:25
**shorthand** 2:20 130:3,9
**shortly** 36:1 38:14,21
**shot** 87:9
**show** 22:7 28:8 30:18 50:5
57:12 59:7,8 73:2 84:21
**showed** 51:19 77:24
**showing** 23:7,20 28:12
57:25
**shows** 31:15 65:7
**shut** 74:9
**side** 25:10,10 54:2 75:12
79:12
**sign** 33:8 37:9 61:12
**signature** 37:3,4,6 106:13
128:4
**signed** 36:21 37:20,23 38:6
38:15 43:23 49:17 54:25
64:19 106:2 110:21 111:12
111:16,24 116:17 118:10
119:6 124:16 129:17
131:24
**signing** 38:18 54:4 83:2
117:4
**similar** 7:13 16:13,16 28:21
87:2 99:13 100:21 107:6
110:1
**simply** 77:2 117:18
**simulator-approved** 62:14
**single** 95:2
**Sir** 6:12
**sister** 85:13 86:12 117:19
**site** 68:23
**situation** 88:17
**skeptical** 27:24 85:11
**skipping** 100:21
**slow** 50:23 87:12
**small** 11:10 20:21 21:1 86:5
97:2
**smaller** 88:21
**social** 15:10,18 16:15 31:3
34:8,20 70:3 71:23
**software** 12:17 13:12,13,13
13:17
**sole** 50:13
**solicit** 117:12 125:24 126:4
126:10
**solicitation** 42:25 43:5,9
44:25 45:3 105:10

**soliciting** 105:22
**solid** 87:14
**somewhat** 49:7
**son** 10:12
**soon** 37:23 66:14 118:10
**sorry** 8:11 29:4,8,21 30:19
35:3 37:19 48:3 58:18,19
59:9 67:13 68:1 69:21
90:23 93:10 101:7 102:6
119:3 121:13
**sort** 13:19 21:18 25:24
45:11,25 46:5 49:4,12,18
50:23 63:16 72:3 74:4
88:15
**sought** 105:19
**sound** 52:1
**sounded** 71:22
**sounding** 40:15
**sounds** 65:13 66:24 87:17
**SOUTHERN** 1:2 2:2
**speak** 34:14 90:13 91:13
**speaking** 21:15 47:2 68:9
70:9 99:5 124:9
**special** 31:13 49:19
**specialist** 5:13
**specific** 39:14 43:22 44:13
91:23 124:21
**specifically** 13:7 45:13 68:9
69:2 75:10 109:11
**speculate** 22:5 56:11,12
**speed** 29:4 50:24
**Speedtrader** 26:4 28:20,24
35:19 85:14,16,16 92:16
100:20,22 101:5,8,12
104:8 117:23
**Speedtrader/StockUSA**
118:15
**spell** 6:20 91:20
**spelled** 92:4
**spirit** 57:6
**spoke** 19:12 38:2 68:14
**spoken** 26:19
**sponsoring** 33:2
**spring** 70:5
**squawk** 49:14
**stakes** 54:17,20
**stamp** 57:17 84:3 117:25
**stamped** 104:12,13 105:25
115:24 119:20 124:23
**stand** 99:9
**standard** 12:13
**standpoint** 101:10
**star** 87:21,22 90:2
**start** 38:12
**started** 29:3 54:9 62:25

121:5
**starting** 67:13
**starts** 32:19 65:20 77:10 120:9
**state** 6:19 10:4 30:15 32:7,9 130:4
**stated** 43:14
**states** 1:1 2:1 3:4 7:19 61:20 82:17 86:13 107:14 108:18 109:7,16
**stay** 59:10
**step** 27:11 59:17,18,22 60:1 60:12,13,14,17 62:18,19 71:15
**STEPHEN** 3:9
**steps** 59:15
**Steve** 93:17
**Steven** 5:24 91:18
**sticker** 23:8
**stipulates** 39:9
**stock** 13:16 49:14 69:1 71:23
**Stockbridge** 7:17
**stocks** 13:15 25:24 74:5
**StockUSA** 117:19,22
**stole** 9:11
**stop** 8:11 83:14 91:2 117:10
**stopped** 83:15,16 88:9 92:16
**storm** 112:7
**strategy** 13:3
**streaming** 74:4
**Street** 3:13
**strictly** 31:6
**Strike** 95:5
**string** 107:3
**structure** 56:25 66:5 80:1,7 81:9 121:21
**student** 91:18,24,25
**students** 14:11,12,15,24 16:1,7 18:22 19:1,2,11 21:11,14,15 30:16 31:11 33:11,18 38:23 46:20,23 47:2 51:25 53:12 54:19,24 57:8 60:5,14 65:8 66:2,13 77:2,15,18 81:6,12 82:2,5 82:7,7,16,16 83:17 108:5 117:18 119:11 122:14 123:7
**students'** 32:24
**stuff** 71:24 91:3
**subject** 10:3 47:15 68:15,20 70:16 73:7,8 74:22 76:12 80:23 89:5 90:19 98:21 110:6

**subscription-based** 48:8
**substance** 88:1
**successful** 74:8
**successfully** 21:12
**sudden** 83:23
**sued** 8:9,22,23,25 9:2,3,8,8 71:11
**suffer** 7:12
**suggest** 69:3
**suggested** 108:11
**suggesting** 81:15
**suggestion** 30:21
**Suite** 3:5 5:14
**Sum** 3:5 5:21
**summarize** 39:1
**summary** 85:1
**support** 13:5 73:17 76:20
**suppose** 11:16 32:15 46:6 48:24 49:4
**supposed** 30:24 31:13 52:19 57:9
**sure** 6:5 9:5,20 12:10 18:16 21:8 24:16 25:16 31:22 32:6,11 34:7 38:24 39:13 39:16 42:3 43:21 44:4,11 44:21 45:23 51:14 52:21 58:12 59:16,20 60:22 61:14 63:22 75:10 81:4,23 83:15,18 84:18,19 87:10 88:8,13 90:12 92:8 96:9 102:8 105:17 114:25 117:7 119:9 120:2,24 127:16
**SureTrade** 28:17
**SureTrader** 1:9 2:9 19:14,14 20:3,5 21:3,24 22:1 24:15 24:22,22,24 25:5,6,11,12 25:18 26:11,15 28:22 29:4 31:5,23 32:23 33:9 34:21 36:8 38:9 40:8,13 43:12 44:6 45:3,6,16,21 46:8,14 46:21,24 47:1,6,9 48:25 50:16,22 51:1,5,15 52:6,25 54:11 55:2 56:1,3,18,21,22 58:14,23 59:1,23 60:5,9,21 60:22,25 61:7,9 62:20 63:8 64:1,5,11,15,21 68:24,25 69:2,3,7,7 72:9 73:24 74:11 76:12 79:3,16,21 80:23 81:7,8,10 82:6,20,21 83:2,9,14 84:12 85:2,13,18 86:4,11 87:6,6,14 88:7,10 88:15 89:6,10,13 90:14 91:1 92:11,15 96:5,7,20 97:2,8 100:11,16,21 101:10 105:20 106:9

107:19 115:3,8 117:10 119:24 120:10 121:15,22 122:8 123:4,11,21 124:5,9 126:4 127:3
**SureTraders** 118:19
**SureTraders'** 125:24
**surprised** 71:18 72:4 80:16
**sway** 52:3
**swearing** 5:18
**Swiss** 1:8 2:8 27:7 40:10,12 43:1,11 44:6 47:16,17,21 48:9,11,12,21 50:11,12 60:23 107:11,14 108:3 109:3,4 110:7,8,9,16
**sworn** 6:11,15 130:7
**Sykes** 20:7 25:9 63:14
**system** 35:8 51:11 76:19

---

**T**

**t-e-e** 48:17
**take** 7:6 14:10 37:17 40:19 40:22 50:22 56:15,22 64:24 66:18 67:17 69:11 71:10 75:21 78:7 89:15 93:1 99:15 107:4 110:23 113:1 114:12 115:22 119:15 120:19 121:18 125:9
**taken** 2:18 7:8 91:7 130:9 131:2
**takes** 6:6
**talk** 62:11 66:14 70:8 82:22 90:5 93:2 94:6 118:10
**talked** 10:10 20:6 46:12 70:9 70:18 82:20 90:20
**talking** 15:8 23:13 34:21,21 97:22
**tardy** 35:3
**tasks** 11:17
**TD** 20:21 52:23 101:12
**teach** 13:10,18,18,19,20,21 13:22 17:2,17
**teaches** 13:3 17:14
**teaching** 22:23
**team** 11:17 12:12 70:10 84:19 113:8 116:24
**team@warriortrading** 76:13 76:16
**team@warriortrading.com** 116:16 117:4 118:3,25 119:4,8
**tech** 48:7
**Technically** 74:14
**tee** 48:7,7,8,8,17
**tell** 7:4 8:6 12:14 19:1 37:2

53:12 90:7 115:17
**telling** 123:6
**tells** 19:6
**ten** 85:14
**ten-minute** 125:11
**tend** 18:3
**tender** 93:10
**term** 122:16,18
**terminated** 122:17
**termination** 8:17
**terms** 38:11 41:16,17 47:15 64:10 105:3 108:6 110:6
**testified** 6:16 19:6 68:2 80:4 94:8 98:25 99:1 106:8 107:17 121:17,19
**testify** 7:10,14 130:7
**testifying** 94:11 119:22 120:1 121:22 122:3
**testimony** 10:7 129:6,9
**Thank** 23:18 27:17 41:10 47:13 66:12 69:23 76:5 86:9 93:12 119:6 126:13 127:22
**thanks** 29:19 30:3,13 36:15 65:10 67:2 70:1 92:23 125:20
**they'd** 33:17
**thing** 9:15 24:3 51:24 71:10 104:12 107:6
**things** 13:16 30:14 37:5 39:14 75:15 84:19
**think** 9:18 15:15 19:5,5 21:8 22:4 25:22,22 31:6 38:1,2 38:4,20,23 42:8,13,16 43:25 45:5,15 47:10 53:1 56:4,12 57:6 63:15 67:7 70:2,10 72:17 73:9 74:15 79:6,7,25 83:22,23 87:21 91:8 92:19 96:2,10 98:1,4 98:16,25 99:4,13 100:18 103:11 104:13 106:8 107:17 116:5 117:23 121:1 121:2,4,17,19 122:3,12 123:13 127:12
**thinking** 32:11
**third** 49:23 65:17,19 78:12 116:6
**Thirty-six** 41:9
**thoroughly** 87:11
**thought** 26:14 27:10 33:16 33:19 38:22 44:18 46:4 51:23 52:3 53:23 54:7,8 80:12 90:23 122:23
**thoughts** 80:6 87:6
**thousand** 53:19,20 77:20

**thread** 4:8,9,12,13,15,16,18
4:19,21,22,23,25
**three** 17:20,23 18:8 59:15
59:22 78:18 85:7 118:5
**throwing** 72:3
**thrown** 71:13
**Thursday** 114:1 115:1
**Ticker** 4:14 73:17,17,25 74:1
74:2,12,19,23
**ticketing** 76:19
**TikTok** 15:16
**Tim** 20:7 25:8 63:14
**time** 5:11 18:15 20:10,22
22:17 28:11 41:1,5 44:3
47:7 49:11 50:23 52:15,22
64:4 67:21,25 68:9,14 69:1
74:9,12,16,18 75:25 76:4
82:20 83:20 84:20 87:19
87:23,23 88:3,9,20 93:3,6
93:22 94:3 106:20 109:3,3
113:1 120:19 123:3 125:13
125:15,19,21 128:1 130:10
**times** 9:5 17:8,21,23 18:8,14
18:15 20:18 56:8 88:22
89:14 99:3
**timestamp** 111:13,13
**title** 58:20 104:17
**titled** 110:3
**today** 7:10,14 10:7 16:13,13
16:16 43:25 74:24 89:12
99:7 118:18 127:2
**today's** 5:11 127:25
**toes** 71:15
**Tomorrow** 13:18
**tool** 64:10 82:22 83:3 88:20
88:20 124:9,10,11
**tools** 13:15 14:22 18:22 19:2
19:10,13 49:5,9,10,13,18
**top** 22:3 25:11 52:11 65:2
69:13 81:17 82:3 83:18
91:24 99:23 101:19,20
102:21 104:11 119:1,2
**total** 59:13 60:15 99:3
**totally** 70:1
**touch** 70:4 81:3
**touching** 24:19
**track** 79:9
**tracked** 54:12
**tracking** 54:10,14
**trade** 13:3 14:21 17:20,23
18:5,9,23 19:17 52:24 53:2
53:19 55:22,23,24 58:24
59:12 60:15 61:1,21 62:13
62:14 83:3 86:18 87:14
88:21,23 118:4,15

**traded** 86:4,11
**trader** 12:25 17:3,6,15,18
18:10,19 20:21 56:7,8,16
56:25 61:2 71:23 82:23
98:18,20,20 104:8
**traders** 12:18,18 16:9 18:10
18:18 19:18 26:1 29:1,7
30:16 32:8,10,23 44:15
45:13,14,19,20 46:25 47:8
49:11,13 52:22 53:5 56:6,6
61:20 70:5 75:4,5 82:24,25
83:1 85:8,10,17,19 94:19
100:24 101:4,7,11,23
118:19,20
**trades** 33:24 53:18,19 77:4
**TradeZero** 21:24 54:1 96:21
97:10,16
**trading** 5:6 6:5 8:14,24 9:7
9:22 10:20 11:1,3,13,18,23
12:2,14,22 13:4,6,7 14:7
14:17 15:8,9 16:10 19:3,7
19:11,22,25 20:1 21:2 22:9
22:15 23:1,2 28:2,18 29:19
33:21,22 39:21,23 40:2,6
45:1 48:5,20 50:17 51:6,11
53:1 54:11 55:3,18 56:9
57:2 58:21,22,23,25 59:1
59:13,16,17 60:9,16,19
62:7,12,19,19 64:14 67:1
70:3,12 71:22,25 75:5
76:13 78:17,19 79:4,17,22
81:6 87:8,10 90:4,10 91:17
94:8 95:11,13 96:11,15
97:3,7,13,19,23 100:11,16
102:17 103:13,23 107:18
107:24 117:9 120:16 122:8
124:25 126:9
**Trading's** 75:18 97:18
122:24
**Trading.'** 103:5
**traffic** 66:12 77:13 122:13
**trail** 11:20
**transcript** 129:6,8 130:12
**treat** 77:13
**trial** 15:3
**tried** 17:23 64:5 75:12 89:13
**true** 129:8 130:12
**truth** 130:8,8,8
**try** 7:4 26:8 49:25 63:11
75:14 93:20
**trying** 21:10 62:14 77:15
90:7 108:22
**Tuesday** 1:17 2:19 5:1 78:13
111:17
**tuition** 58:22

**turn** 71:12 73:13
**turned** 86:6,10
**TV** 4:14 73:17,17,25 74:1,2
74:12,20,23
**twice** 20:19 56:8
**Twitch** 74:5
**Twitter** 15:14 34:20 71:23
75:13
**two** 10:12 18:15 21:19,23
25:9 59:18 60:1 62:19
**two-week** 15:2
**type** 12:23 13:9,9 22:1 34:7
34:12 53:7 95:9 97:20
**typewriting** 130:11
**typically** 15:7

**U**

**U.K** 21:16
**U.S** 16:9 21:11,13 26:5
28:24 30:1,2 31:22 35:25
42:18,25 43:12,13,13
44:14,25 45:3,12,14 46:3
46:10,10,13,13,14,18,20
46:25 47:3,8,8,19,23 52:22
53:9,25 61:3 62:4,5 82:23
82:23,24,24 83:1 85:14,16
85:18 86:17 94:17 97:25
98:2,19,20,22 100:22
101:7,23 102:9 103:16
104:18,24 105:11,20,22
108:4 109:21 110:10,17
112:10,24 113:7,15 114:11
115:21 117:12,17,19 118:6
118:14,20 119:12 125:24
125:25 126:4,5,10
**Ugly** 85:3
**Um-hmm** 73:19 120:11
**underneath** 12:12
**understand** 7:4 17:18 18:13
27:19 40:12,14 44:12
46:17 78:5 97:25
**understandable** 27:5 35:23
**understanding** 17:11,14,15
25:4,7 45:25 62:2,3 67:24
97:24 98:3,11,13 105:15
122:7,17 129:12
**understands** 109:13
**understood** 24:15 25:6 26:5
34:15 40:8 57:5 60:4 63:10
70:2 77:24 82:24 105:18
105:21
**undertook** 124:15
**unfair** 88:16
**United** 1:1 2:1 3:4 7:18
61:20 82:17 86:13 107:14

109:7,16
**unlawful** 126:10
**unlock** 18:3
**unsolicited** 72:4
**unwind** 83:24 122:4,22
**update** 65:7 68:23,24 69:6
**updated** 69:14 87:19,20
89:8 113:14 125:3,6
126:22
**updates** 55:12
**upset** 75:16
**URL** 14:2 112:9
**use** 14:13 18:11 24:24 35:23
35:24 38:10 47:20 49:13
53:16,17 55:18 57:21
64:10,10 97:1,15 98:23
99:18 102:7,7 110:14
112:9 113:8 119:11
**usually** 26:8 49:15

**V**

**v** 131:3
**vague** 81:22
**valid** 62:22 101:22 112:10
118:6 123:8
**value-add** 38:22
**various** 87:19 94:7
**verbal** 6:25
**verbatim** 130:12
**Vermont** 39:19
**version** 36:16 46:13 71:23
115:18,19 121:1,2,3,5
**versions** 42:1,8
**versus** 5:7 46:10
**video** 5:12
**videoconferencing** 5:10 6:9
**Videographer** 3:17 5:4
23:25 41:1,4 42:4 59:9
69:20 75:25 76:3 93:3,6
99:16 125:15,18 127:25
**videos** 13:9 34:21
**videotaped** 1:15 2:17
**view** 122:24
**violating** 18:1
**violation** 125:25 126:5
**VIP** 63:12
**visited** 20:11
**visitors** 47:23 110:17
**vs** 1:6 2:6

**W**

**wait** 32:3 63:13
**waiting** 19:22
**want** 17:11,14 18:5 22:5
24:1,2 31:12 32:21,22

33:17,23 38:4 40:19 44:2
53:16,16 59:6 60:20 61:13
61:24 64:9 65:8,16 71:12
71:14 75:21 92:17 93:21
94:3,6 98:21 107:4,21
112:19
**wanted** 16:24 28:16 33:9
38:21 49:20 61:3,5,12 81:3
83:6 88:21 100:7,9
**wants** 17:13
**warrants** 109:12
**Warrior** 5:6 6:5 8:14,21,22
8:23 9:7,21 10:20 11:1,3
11:12,18,22 12:2,14,22
13:4 14:7,16 15:8,9 16:10
21:2 22:9,15 23:1,2 28:18
29:19 33:3,21 39:21,23
40:2,6 45:1 48:20 50:17
51:6,11 54:11 55:3,12,18
57:2 58:21,22,23,25 59:1
59:13,17 60:9,16 62:19
64:14 67:1 70:12 71:21,25
73:8 74:15 75:18 76:13
78:17,19 79:4,17,22 81:6
90:4,10 91:17 94:8 97:7,18
97:19 100:11,16 102:17
103:5,13,22 107:17,24
117:9 120:16 122:8,24
124:25 126:9
**WARRIORSEC** 106:25
**WARRIORSEC_00** 23:10
**WARRIORSEC_42** 111:23
**WARRIORSEC_44** 113:13
**WARRIORSEC_49** 105:25
111:15
**WARRIORSEC_50** 106:12
**WARRIORSEC_53** 108:15
109:1
**WARRIORSEC_54** 109:20
**WARRIORSEC_71** 114:17
**WARRIORSEC_72** 115:11
**WARRIORSEC_77** 124:23
**warriortrading.com** 14:3
89:5 100:1,1 103:23 125:1
**warriortrading/speedtrader**
28:23
**wasn't** 20:25 22:20 34:15
51:23 52:4 60:9 68:18 70:8
71:7 72:6 74:8 79:14
101:12 107:18
**watch** 10:13
**way** 29:12 31:5,6,18 34:16
66:12 79:7 94:7 97:1 99:1
122:12
**ways** 19:2,18 88:15

**we'll** 32:16 41:21 49:25
59:10,11 66:12 76:22
114:14
**we're** 12:9 23:12 41:4 47:4
54:18,19 57:7 76:3 77:14
77:15,17 79:15 93:7
108:25 111:22 113:12
115:2 126:20
**we've** 8:10,16 9:3,5,5 13:3
24:19 51:24,25 53:5 57:7
71:11 74:9 99:12,18
117:17
**web** 46:9 58:1 61:9
**Webex** 1:16 2:18 5:1,9
**webinar** 114:1 115:2 118:18
**website** 13:25 14:2,6 16:12
16:15,21 17:13,13 18:18
20:11 38:13 43:2 47:23
48:5 49:21 58:6 65:7 69:9
74:3,5,11,15,23,25 84:14
88:7 89:14 105:19 110:17
113:17 117:13 119:23
123:12,22 127:6
**websites** 14:4 44:7
**Wednesday** 30:5
**week** 13:20 17:21,23 18:8
36:23 70:8,23
**weekend** 89:11
**weeks** 35:8
**welcome** 10:13 28:10
117:16
**went** 33:11 38:1 53:13,14
72:15 81:17 87:19,22 91:8
**weren't** 31:22 54:2,14,16
64:3,8 78:3 120:2
**white** 112:20 115:16
**whoa** 26:1
**Whoops** 29:21 67:6
**wife** 10:10
**willing** 21:20 88:23
**withdrawal** 27:21 28:1
**witness** 3:11 4:2 5:18 6:4,10
6:11 9:20 16:4,19 17:1,17
17:25 18:13,21 19:21,25
23:4,19 29:9 30:8,23 31:2
32:2,4 34:20 38:1 39:4,12
40:1 42:9,13 43:20 45:5
46:17,23 50:20 51:9,18
52:11 54:14 55:15,20 56:3
56:20 57:5 58:11 59:16
61:24 62:3,10 63:21 64:3
64:17 68:18 70:25 72:12
75:10 79:6,11,19,24 80:4
80:12 81:23 82:19 83:12
83:22 88:5 90:17 91:20,23

92:14,21 93:9,11 98:13
123:1,3 126:7 127:8 129:1
130:6
**wonder** 27:23
**wondering** 50:24
**word** 25:22 42:6,7 66:18
122:3
**words** 39:6,7
**work** 12:11 30:25 39:10
52:19 53:24,25
**worked** 11:3 45:12
**working** 28:17 51:12 72:18
81:5 100:10 122:19
**works** 59:7,15 61:8 62:18
64:1 94:8
**world** 16:7 96:1
**worth** 87:15
**wouldn't** 51:2 64:18,18 83:2
**wow** 20:19
**write** 65:12 80:23 84:19
106:1,2 112:3 113:13
119:10
**writes** 36:15 65:25 66:22
69:25 102:4,15 104:4,21
104:23 113:5
**writing** 66:15 74:23 78:21
89:11 106:16 112:20
115:16 118:9 127:2
**written** 6:24 45:18 65:14
83:20 84:22 85:23 87:18
87:18,24 88:3 106:17
120:2,12 121:10 122:12
**wrongdoing** 69:4
**wrongful** 8:17
**wrote** 25:2 36:24 67:16 70:6
70:7 74:19,25 78:14 84:11
84:18 87:16 101:2,21
103:15 106:20 111:16
112:8 113:19,21,25
**WT** 77:3

**X**

**X** 4:1

**Y**

**Yaniv** 74:21 77:25 89:9,20
90:13 91:14 116:10 126:25
**yaniv@suretrader.com**
74:21 116:11
**yeah** 11:21 17:1 25:16 29:12
30:23 34:3 35:6 36:25
41:20 46:5,6,6 47:6 57:6
60:2 62:1 63:6 65:13,14
68:4,8 69:12 71:18 72:16
73:3,23 74:10 82:14 83:6

85:4,22 100:5 104:20
111:21 112:7 115:14 117:6
117:7 119:9 120:7,25
121:4 122:17
**year** 9:15,21 20:9,13 21:6
27:11 53:17 67:1 104:5
**year's** 78:15
**years** 12:25 16:20 43:24
85:15 86:4 87:25
**yellow** 23:8
**Yep** 63:1 82:4
**yesterday** 10:15
**York** 3:10 11:4
**YouTube** 13:1,8,11 15:14,19
15:20 16:12 31:3 34:20
95:6,10,21 96:4,8

**Z**

**zero** 64:6
**zeros** 84:4 107:1
**zoom** 112:19

**0**

**0.01** 66:4
**009** 82:8
**01** 81:9
**01266** 7:17

**1**

**1** 4:19 15:21 59:12 60:15
66:3 99:13,20 106:15
115:2 118:4,15
**1,000** 53:22 82:8 86:6 97:3
**1,700** 20:25
**1/27/17** 4:12
**1:21-CV-21079** 5:8
**1:21-CV-21079-Bloom/Ot...**
1:7 2:7
**10** 87:5
**10-1-2016** 112:11
**10-4-16** 114:2
**10-4-2016** 62:23
**10/11/16** 4:22
**10/4/16** 4:21
**10:03** 111:18
**10:44** 65:4
**10:47** 67:16
**100** 12:1 33:3,10 55:8 56:11
58:21 66:25
**10016** 3:10
**100k** 86:10
**106** 4:20
**10F** 41:23 42:16,17,20
**10th** 67:15 113:4,14
**11:12** 34:25

**11:22** 29:16,23
**11:29** 35:21
**11:55** 30:5
**11:57** 102:14
**110** 4:21
**114** 4:22
**116** 4:23
**119** 4:24
**11th** 114:19
**124** 4:25
**12883** 1:24 2:21 130:4,21
**13** 69:22
**14** 1:17 2:19 5:1 77:21 129:9 131:2
**14th** 5:11 29:15,23 30:5 128:1
**15** 74:22
**150** 78:16
**15a-6** 109:14
**15th** 130:16
**16th** 121:13
**17** 58:6 73:1 109:14 123:20
**17th** 89:24 124:24 126:21 127:1,20
**1950** 3:5
**1st** 37:19

**2**

**2** 4:20 56:8 106:22,23
**2-15-2017** 73:18
**2,000** 28:19 97:3
**2,500** 59:23
**2/10** 4:13
**2:07** 70:7
**2:08** 69:25
**2:09** 66:23
**2:1** 62:5
**2:14** 2:19 5:2,12
**20** 1:19 77:18 129:19
**2010** 10:24 39:20
**2012** 16:11
**2013** 16:12 95:23
**2014** 16:13,17
**2016** 24:18 27:4,16 28:15 29:11,15,23 36:12,14,20 37:12,19 58:6 63:3 73:1 86:5 99:24 100:15 101:21 102:3,14 103:3,21 106:7 111:3,18 112:2 113:4,14 114:19,23 121:13
**2017** 58:8 65:4,25 66:9,23 67:15 69:24 70:7,23 74:22 76:12 78:13,24 79:15 86:7 116:10,17 118:1,25 119:4 121:25 122:22 123:17

124:4,24 125:7 126:22
**2023** 1:17 2:19 5:1,11 128:1 129:9 130:16 131:2
**21st** 76:12 78:13,24
**23** 4:8
**230314DBO** 1:25
**23k** 87:13
**23rd** 28:15 29:11 99:24 100:15 116:10,17 118:1,25 119:4
**24** 3:9
**240.15a-6(a)(1)** 109:14
**25** 47:11,11
**25,000** 17:19 18:13,15,24 28:25 86:11 98:22
**25k** 86:19 100:23
**25th** 3:13 101:21 121:13
**26** 42:16 47:12
**27** 50:3 70:7
**275** 3:9
**27th** 65:4 69:24 70:23
**28** 4:9 24:18
**29th** 27:3,16 34:25 35:21 102:2,14 103:3,21
**2nd** 65:25 66:9

**3**

**3-21-2017** 80:22
**3.95** 55:23 56:8 65:9 66:3
**3/2/17** 4:23
**3/21/17** 4:15,16
**3:06** 41:1
**3:15** 40:25
**3:16** 41:5
**3:43** 65:25
**3:51** 112:2
**30** 77:18 78:9
**30th** 36:12,14,18
**31** 36:11,12
**32** 4:17 84:3,5
**33131** 3:6
**34** 4:8 23:3,5,9 99:16
**35** 4:9 28:5,6,13
**36** 4:10 37:14,15
**37** 4:10
**38** 4:12 64:24,25
**39** 4:13 65:18 67:8,9 69:19 69:20
**3rd** 66:23

**4**

**4** 4:21 78:11 106:15 110:24 110:25 111:23
**4.95** 53:2 55:23

**4/28/16** 4:8
**4:08** 75:25
**4:1** 62:5,8
**4:11** 66:9
**4:16** 76:4
**4:31** 24:18
**4:42** 93:3
**40** 4:14 73:13,14
**400** 5:14
**404** 113:5
**41** 4:15 76:7,7,8
**42** 4:16 80:18,19
**43** 4:18 88:25 89:1 126:16
**44** 86:10
**47** 102:6
**478** 101:19
**48** 4:11 57:13,14
**49** 104:12,13
**4th** 36:20 37:12,21 63:3 106:7 111:3,17

**5**

**5** 4:22 114:14,15 115:22
**5,800** 86:7
**5:02** 93:6
**5:07** 103:20,21
**5:51** 125:15
**50** 7:17 33:8 78:9
**500** 11:15 97:3
**515** 3:13
**52** 107:1 108:2
**57** 4:11
**583** 86:8
**5th** 112:2

**6**

**6/126** 4:4
**6:01** 125:19
**6:04** 5:2 128:2,3
**6:1** 61:1,18,21 62:4,8,15
**64** 4:12
**67** 4:13
**68** 118:24
**69** 117:25

**7**

**7** 4:24 115:23 119:17,18
**7-17-2017** 89:4
**7/17/17** 4:18,25
**7:50** 118:2
**7:53** 111:4
**700** 20:25
**73** 4:14
**76** 4:15

**8**

**8** 4:25 123:25 124:1,22
**8,653** 86:6
**8/2/16** 4:9
**8/21/16** 4:19
**8:20** 118:25
**80** 4:16
**801** 3:5
**835** 120:6
**84** 4:17
**853** 86:17
**89** 4:18

**9**

**9** 4:23 116:1,2
**9:35** 27:4
**90071** 3:14
**91203** 5:15
**93** 4:4
**950** 5:14
**99** 4:19