UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

**JOINT MOTION FOR TWO-DAY EXTENSION OF COURT DEADLINE**

Plaintiff Securities and Exchange Commission and Defendant Guy Gentile jointly move for a two-day extension of the Court's Deadline, from today to Wednesday, May 22, 2024, as outlined below, for the following reasons:

1. On April 8, 2024, the Court entered its Order Scheduling Trial and Order of Instructions Before Calendar Call ("Scheduling Order"). [ECF No. 253].

2. The Scheduling Order set Calendar Call for Tuesday, May 28, 2024; set a deadline of Monday, May 13, 2024, for the parties to designate deposition transcripts; set a deadline of Friday, May 17, 2024, for the parties to file objections and counter-designations of deposition transcripts; and set a deadline of today, Monday, May 20, 2024, for the parties to file a joint pretrial stipulation pursuant to Local Rule 16.1(e), neutral statement of case, voir dire questions, jury instructions and verdict form, witness lists, and exhibit lists. *See generally* Scheduling Order.

      3.      On Thursday, May 9, 2024, the Court reset the Calendar Call for Tuesday, June 4, 2024.

      4.      On Monday, May 13, 2024, the parties filed their respective deposition designations.

      5.      On Friday, May 17, 2024, the parties filed their respective objections and counter-designations regarding deposition designations.

      6.      The parties have been working diligently to complete all the items required to be filed today under the Scheduling Order, but respectfully request that the Court grant a two-day extension of the deadline to Wednesday, May 22, 2024, so that the parties may continue to exchange drafts and revisions, including with respect to the voluminous number of exhibits the parties may seek to introduce at trial.

      7.      This joint request is made in good faith and not for purposes of delay.

**WHEREFORE**, the parties respectfully request a two-day extension of time until Wednesday, May 22, 2024, to file the remaining items referenced in the Court's Scheduling Order.

Dated: May 20, 2024                            Respectfully submitted,

                                                      FORD O'BRIEN LANDY LLP

                                                      By:  */s/ Gabriela M. Ruiz*
                                                            Gabriela M. Ruiz
                                                            Fla. Bar. 46844
                                                            One Biscayne Tower
                                                            2 South Biscayne Boulevard Suite 3200
                                                            Miami, Florida 33131
                                                            Tel.: (786) 310-1135 (main)
                                                            gruiz@fordobrien.com

Adam C. Ford (admitted *pro hac vice*)  
Matthew A. Ford (admitted *pro hac vice*)  
Stephen R. Halpin III (admitted *pro hac vice*)  
275 Madison Avenue, 24th Floor  
New York, New York 10016  
Tel.: (212) 858-0040 (main)  
aford@fordobrien.com  
mford@fordobrien.com  
shalpin@fordobrien.com  

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Joint Motion for Two-Day Extension of Deadline, May 20, 2024, to be served via CM/ECF on the following counsel for Plaintiff:

Alice Sum
U.S. Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131
(305) 982-6300
sumal@sec.gov

Alise Meredith Johnson
U.S. Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131
(305) 982-6385
johnsonali@sec.gov

    */s/ Gabriela M. Ruiz*
Gabriela M. Ruiz