UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## PLAINTIFF'S UNOPPOSED MOTION TO BRING ELECTRONIC DEVICES INTO THE COURTHOUSE FOR TRIAL

Plaintiff Securities and Exchange Commission hereby requests permission for Trial Counsel Alice Sum and Alise Johnson, paralegal Victoria Jacqmein, and trial support specialist Patrick Murphy to bring electronic devices into the Courthouse for use at trial which is special set starting June 10, 2024. Specifically, for Alice Sum, Alise Johnson and Victoria Jacqmein, each request to bring a HP EliteBook laptop computer and 2 apple iPhones. Also for Alice Sum to bring an Apple watch. This request also includes that Patrick Murphy may bring:

    A) 3 laptop computers with power packs,

    B) USB monitor and stand, Asus MB 169B+;

    C) Galaxy A71 5G cell phone, model #SM-A716U,

    D) Galaxy watch;

    E) portable hard drive, WD My Passport, Cinema;

    F) 2 Monitors;

1

G) 4 USB cables, 1 mobile power pack (POLANFO, M20000),

H) 2 headphones

I) 5 thumb drives

J)  Wireless HDMI Kit: Chwfio Wireless Transmitter/Receiver Kit with cables/antennas;

K) HDMI 1 x 8 Splitter;

L) 2 PowerPoint Remotes Logi Spotlight-S/N 1924LZ01T7T8, Logitech R800;

M) 1 Hotspot – AT&T Nighthawk 5G – Mobile Hotspot Pro – Model MR5100;

N) 3 HDMI cables and couplers;

O) 2 extension cords and 2 power strips;

P) utility pack; and

Q) Desktop Multi-Function Printer to be delivered on June 7, 2024 from external supplier:  Unit should be HP-M477 or HP-M553.

Plaintiff further requests permission for the trial support specialist Patrick Murphy to bring the electronic devices into the Courthouse and Courtroom on June 7, 2024 in order to test the equipment.  Plaintiff further requests permission for paralegal Victoria Jacqmein to bring the trial documents into the courthouse and courtroom on June 7, 2024 in order to set up for trial to begin on Monday June 10, 2024.

Undersigned counsel has conferred with opposing counsel, who does not oppose this request.

May 21, 2024                                              Respectfully submitted,

                                                          Alice K. Sum
                                                          Alice K. Sum, Esq.
                                                          Trial Counsel
                                                          Fla. Bar No. 354510
                                                          Direct Dial: (305) 416-6293
                                                          Email: sumal@sec.gov

|  |
|---|

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone:   (305) 982-6300
Facsimile:    (305) 536-4154