UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO BRING ELECTRONIC DEVICES INTO THE COURTHOUSE FOR TRIAL

**THIS MATTER** is before the Court on the Plaintiff's Unopposed Motion to Bring Electronic Devices into the Courthouse for Trial scheduled to begin June 10, 2024 (D.E. ___). Having reviewed the motion and the record, it is:

A) **ORDERED AND ADJUDGED** that the motion is **GRANTED**. Alice Sum, Alise Johnson, and Victoria Jacqmein of the Commission shall be permitted to bring a HP EliteBook laptop computer and 2 apple iPhones. Also for Alice Sum to bring an Apple watch into the Courthouse. Trial support specialist Patrick Murphy shall be permitted to bring:

 A) 3 laptop computers with power packs,

B) USB monitor and stand, Asus MB 169B+;

C) Galaxy A71 5G cell phone, model #SM-A716U,

D) Galaxy watch;

E) portable hard drive, WD My Passport, Cinema;

F) 2 Monitors;

G) 4 USB cables, 1 mobile power pack (POLANFO, M20000),

H) 2 headphones

I) 5 thumb drives

J) Wireless HDMI Kit: Chwfio Wireless Transmitter/Receiver Kit with cables/antennas;

K) HDMI 1 x 8 Splitter;

L) 2 PowerPoint Remotes Logi Spotlight-S/N 1924LZ01T7T8, Logitech R800;

M) 1 Hotspot – AT&T Nighthawk 5G – Mobile Hotspot Pro – Model MR5100;

N) 3 HDMI cables and couplers;

O) 2 extension cords and 2 power strips;

P) utility pack; and

Desktop Multi-Function Printer to be delivered on June 7, 2024 from external supplier: Unit should be HP-M477 or HP-M553.

**IT IS FURTHER ORDERED** that the Commission's trial support specialist Patrick Murphy shall be permitted to bring the electronic equipment into the Courthouse and Courtroom on June 7, 2024 to test the equipment and set up for trial to begin on June 10, 2024.

**IT IS FURTHER ORDERED** that the Commission's paralegal Victoria Jacqmein shall be permitted to bring the trial documents into the courthouse and courtroom on June 7, 2024 to set up for trial to begin on June 10, 2024.

**DONE AND ORDERED** on this _____ day of May, 2024 in Chambers at Miami, Florida.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE