# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

## DEFENDANT GUY GENTILE'S EXHIBIT LIST

**Index to Objections:**
A–Authenticity
I–Contains inadmissible matter
R–Relevancy
H–Hearsay
UP–Unduly prejudicial-probative value outweighed by undue prejudice
P–Privileged

| Def. No. | Description | Objection(s) |
|---|---|---|
| 1 | Email – Jan. 15, 2012: *from G. Gentile to P. Dorsett.* (SEC-FL-03848-E-0002861) | |
| 2 | Email – Dec. 2012: *G. Gentile, R. Chemtob, others.* (GENTILE0004381) | R |
| 3 | SEC Litigation Release – Apr. 23, 2013 (SEC-FL-03848-E-0010589) | |
| 4 | Email – Jun. 17, 2013: *G. Gentile, P. Dorsett, others.* (SEC-FL-03848-E-0010576) | |
| 5 | Email – Jun. 28, 2013: *from G. Gentile to J. Ritchie.* (SEC-FL-03848-E-0010841) | |
| 6 | FINRA Letter – Nov. 12, 2013. (GENTILE-00001919) | R, H |

**EXHIBIT B**

| Def. No. | Description | Objection(s) |
|---|---|---|
| 7 | FINRA Affidavit – Jan. 9, 2014: *P. Dorsett*. (GENTILE0004495) | |
| 8 | Wells Submission – Jan. 10, 2014. (GENTILE0004390) | I, R, H, UP |
| 9 | Screenshot – Jan. 10, 2015: *Wayback Machine capture of Day Trading Radio website*. | |
| 10 | Screenshot – Feb. 5, 2015: *Wayback Machine capture of Day Trading Radio website*. | |
| 11 | FINRA Letter – Apr. 14, 2015. (FINRA-00003522) | |
| 12 | Email – Jun. 8, 2015: *G. Gentile, P. Dorsett, others*. (SEC-FL-03848-E-0039747) | Incomplete, needs the attachment or link  H |
| 13 | Email – Aug. 18, 2015: *G. Gentile, J. Pyfrom, others*. (GENTILE0004549) | R, H |
| 14 | Email – Sep. 2, 2015: *from G. Gentile to J. Pyfrom*. (GENTILE0004881) | R, H |
| 15 | Letter – Sep. 18, 2015: *from C. Marin to G. Gentile*. (GENTILE0004614) | |
| 16 | Email – Oct. 21, 2015: *from G. Gentile to J. Ritchie, others*. (GENTILE-00003900) | R |
| 17 | Email – Nov. 2, 2015: *from G. Gentile to J. Ritchie*. (GENTILE-00004242) | R |
| 18 | Email – Dec. 7, 2015: *from J. Pyfrom to G. Gentile*. (GENTILE0004548) | R, H |
| 19 | Letter – Dec. 29, 2015: *resignation of G. Gentile*. (SEC-GentileG-E-0000053) | |
| 20 | Email – Aug. 23, 2016: *R. Cameron, J. Ritchie*. (WARRIORSEC_00000046) | |
| 21 | Screenshot – Sep. 8, 2016: *Wayback Machine capture of Suretrader website*. | |

| Def. No. | Description | Objection(s) |
|---|---|---|
| 22 | Marketing Services Agreement – Oct. 1, 2016. (WARRIORSEC_00000052) | |
| 23 | Email – Oct. 4, 2016: *R. Cameron, J. Ritchie, others.* (WARRIORSEC_00000042) | |
| 24 | Email – Oct. 11, 2016: *R. Cameron, J. Ritchie, others.* (WARRIORSEC_00000071) | R |
| 25 | Screenshot – Oct. 19, 2016: *Wayback Machine capture of Suretrader website.* | |
| 26 | Messages: *Y. Frantz, J. Pyfrom.* | R, H, I |
| 27 | Email – Mar. 30, 2017: *Y. Frantz, J. Ritchie, others.* (GENTILE-00004280) | |
| 28 | Advertising Review of Swiss America Securities, Ltd. – Feb. 21, 2018. (GENTILE0004499) | H |
| 29 | Email – Mar. 21, 2018: *Y. Frantz, J. Ritchie, others.* | |
| 30 | Screenshot: Capital Markets Elite website pop-up blocker. | A, R, H, Did not produce in discovery |
| 31 | Screenshot: Capital Markets Elite website pop-up blocker. | A, R, H, Did not produce in discovery |
| 32 | Screenshot: Capital Markets Elite website pop-up blocker. | A, R, H, Did not produce in discovery |
| 33 | Screenshot: SureTrader website pop-up blocker. (SEC-SECWEBCAPTURE-E-0000006) | |
| 34 | Email – Oct. 20, 2016: *R. Cameron, J. Ritchie.* | |
| 35 | Screenshot – Mar. 22, 2016: *Wayback Machine capture of Day Trading Radio website.* | |

| Def. No. | Description | Objection(s) |
|---|---|---|
| 36 | Screenshot – Apr. 29, 2017: *Wayback Machine capture of Suretrader website.* | |
| 37 | Screenshot – Feb. 24, 2018: *Wayback Machine capture of Suretrader website.* | |
| 38 | Screenshot: Suretrader website pop-up blocker. | |
| 39 | Screenshot – Jun. 24, 2019: *Wayback Machine capture of Suretrader website.* | |
| 40 | Screenshot – Mar. 16, 2016: *Wayback Machine capture of Suretrader website.* | |
| 41 | Screenshot – Mar. 17, 2016: *Wayback Machine capture of Suretrader website.* | |
| 42 | Screenshot – Mar. 17, 2016: *Wayback Machine capture of Suretrader website.* | |
| 43 | Screenshot – Mar. 24, 2016: *Wayback Machine capture of Suretrader website.* | |
| 44 | Screenshot – May. 4, 2017: *Wayback Machine capture of Suretrader website.* | |
| 45 | Screenshot – May. 6, 2017: *Wayback Machine capture of Suretrader website.* | |
| 46 | Screenshot – May. 8, 2017: *Wayback Machine capture of Suretrader website.* | |
| 47 | Screenshot – May. 7, 2017: *Wayback Machine capture of Suretrader website.* | |
| 48 | Video screenshot – Nov. 25, 2016: *Wayback Machine capture of Suretrader website.* | A, Did not produce in discovery |
| 49 | Video screenshot – Jan. 22, 2018: *Wayback Machine capture of Capital Markets Elite website.* | A, R, H, Did not produce in discovery |
| 50 | Screenshot: *Capture of Suretrader website.* (SEC-SECWEBCAPTURE-E-0000371) | |

5

| Def. No. | Description | Objection(s) |
|---|---|---|
| 51 | *SEC v. Gibraltar Global Securities, et al.* (1:13-cv-02575) – Aug. 2, 2013: [Dkt 15] Plaintiff's Memorandum Of Law In Opposition To Defendants' Motion To Dismiss. | R, H, Did not produce in discovery |
| 52 | Gibraltar Global Securities: Brokerage Account Application. | A, R, H, Did not produce in discovery |
| 53 | Screenshot – Feb. 6, 2013: *Wayback Machine capture of Gibraltar Global Securities website.* | R, H, Did not produce in discovery |