**Plaintiff's Witness List**

**Will Call**

1. Guy Gentile  (estimate 6 hours)
    c/o Gabriela M. Ruiz, Esq.
    Ford O'Brien Landy LLP
    One Biscayne Tower
    2 South Biscayne Boulevard, Suite 3200
    Miami, FL 33131

2. Ross Cameron (estimate 4 hours)
    Warrior Trading Inc.
    c/o Nick Morgan, Esq.
    Paul Hastings LLP
    515 S Flower Street, 25th Floor
    Los Angeles, CA 90071

3. Mazen Agha (estimate 2 hours)
    15117 Fishtrap Road, Bldg. 4, Apt. 4309
    Aubrey, TX 76227

4. Philip Dorsett (estimate 5 hours)
    Nassau, Bahamas

5. Yaniv Frantz (estimate 5 hours)
    c/o Sean McKessey, Esq.
    Phillips & Cohen LLP
    2000 Massachusetts Ave NW
    Washington, DC 20036

6. Orestes Jimenez (estimate 2 hours)
    12681 SW 28th Court
    Miramar, FL 33027

7. John Kurisko   (estimate 4 hours)
    Day Trading Radio
    46 2nd Avenue
    Nyack, NY 10960

8. David F. MacNair (Expert) (estimate 2 hours)
    McNair Consulting
    96 Muirfield Road
    Rockville Centre, NY 11570

EXHIBIT C

**May Call**

9. Adam C. Ford, Esq. (estimate 2 hours)
    Ford O'Brien Landy LLP
    275 Madison Avenue, 24th Floor
    New York, NY 10016

10. Igal Wizman, Joint Official Liquidator of Mintbroker International Ltd. in Bahamas
    c/o Warren Gluck, Esq. (estimate 1 hour)
    Holland & Knight
    31 West 52 Street
    New York, NY 10019

11. Bahamian Securities Commission Representative (estimate 1 hour)
    Bahamas

12. FINRA Representative (estimate 1 hour)

13. Any witness on Guy Gentile's witness list

14. Impeachment and/or rebuttal witnesses as necessary

**By Designation**

15. Stephen Darville
    Nassau, Bahamas

16. Antonio Collie
    Nassau, Bahamas

17. Janay Symonette Pyfrom
    7 Oxford Road
    Nassau, Bahamas

18. Drameko Moore
    #2 Buccaneer Road
    Little Blair, Bahamas

19. Edward Cooper
    c/o Dwana Davis
    Amicus Chambers
    Suite No. 5 Union Court
    Elizabeth Avenue
    Nassau, Bahamas