**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-cv-21079-BB**

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

**DEFENDANT GUY GENTILE'S WITNESS LIST**

Pursuant to the Court's April 8, 2024 Order Scheduling Trial and Order of Instructions before Calendar Call [ECF No. 253], Defendant Guy Gentile hereby submits his witness list:

**A. Will call**

1. Guy Gentile (estimate 6 hours)
   c/o Gabriela M. Ruiz, Esq.
   Ford O'Brien Landy LLP
   One Biscayne Tower
   2 South Biscayne Boulevard, Suite 3200
   Miami, FL 33131

2. Janay Pyfrom (estimate 4 hours)
   Nassau, Bahamas

3. Ross Cameron (estimate 2 hours)
   Warrior Trading Inc.
   c/o Nick Morgan, Esq.
   Investors Choice Advocates Network
   453 S Spring St Ste 400
   Los Angeles, CA 90013

4. John Kurisko (estimate 2 hours)
   Day Trading Radio
   46 2nd Avenue

**EXHIBIT D**

      Nyack, NY 10960

**B. May call**

1. Carla Marin
   Carmel, NY

2. Arthur Quintero
   Orange County, California

3. Mark Jordon
   Katonah, NY

4. Karen Gentile
   Putnam Valley, NY

5. Assaf Shalev
   San Juan, Puerto Rico

6. Former SureTrader customers

7. The SEC's witnesses

8. Additional impeachment and/or rebuttal witnesses as necessary