# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

      Defendants.

## <u>PARTIES' COMBINED WITNESS LIST</u>

1. Guy Gentile
   c/o Gabriela M. Ruiz, Esq.
   Ford O'Brien Landy LLP
   One Biscayne Tower
   2 South Biscayne Boulevard, Suite 3200
   Miami, FL 33131

2. Ross Cameron
   Warrior Trading Inc.
   c/o Nick Morgan, Esq.
   Paul Hastings LLP
   515 S Flower Street, 25th Floor
   Los Angeles, CA 90071

3. Mazen Agha
   Aubrey, TX

4. Philip Dorsett
   Nassau, Bahamas

5. Yaniv Frantz
   c/o Sean McKessey, Esq.
   Phillips & Cohen LLP
   2000 Massachusetts Ave NW
   Washington, DC 20036

**EXHIBIT**

**E**

6.  Orestes Jimenez
    Miramar, FL

7.  John Kurisko
    Day Trading Radio
    Nyack, NY

8.  David F. MacNair (Expert)
    McNair Consulting
    Rockville Centre, NY

9.  Janaey Pyform
    Nassau, Bahamas

10. Adam C. Ford, Esq.
    Ford O'Brien Landy LLP
    275 Madison Avenue, 24th Floor
    New York, NY 10016

11. Igal Wizman, Joint Official Liquidator of Mintbroker International Ltd. in Bahamas
    c/o Warren Gluck, Esq.
    Holland & Knight
    31 West 52 Street
    New York, NY 10019

12. Bahamian Securities Commission Representative
    Bahamas

13. Carla Marin
    Carmel, NY

14. Arthur Quintero
    Orange County, California

15. Mark Jordon
    Katonah, NY

16. Karen Gentile
    Putnam Valley, NY

17. Assaf Shalev
    San Juan, Puerto Rico

18. Mark J. Fernandez, or other FINRA representative
    New Orleans, Louisiana

19. Stephen Darville
    Nassau, Bahamas

20. Antonio Collie
    Nassau, Bahamas

21. Drameko Moore
    #2 Buccaneer Road
    Little Blair, Bahamas

22. Edward Cooper
    c/o Dwana Davis
    Amicus Chambers
    Suite No. 5 Union Court
    Elizabeth Avenue
    Nassau, Bahamas