**Plaintiff's Additional Questions for Voir Dire**

Do you, or anyone close to you, have any work history, education/training, doing the following:
- Stockbroker/Investment Advisor/Financial Analyst/Planner
- Hedge Fund, Investment Firm, or Brokerage Firm
- Trading (selling/buying stocks, bonds, commodities, etc.)
- Federal, State, or Local Government
- Regulatory Agency or Regulatory Compliance
- Marketing, Advertising, or PR
- Business Owner/Self-Employed

Have you ever had supervisory, mid-level, executive, or professional management experience?

Do you have any leadership experience? How many groups of people have you lead?

Have you ever invested in securities (i.e., stocks, bonds, etc.)? How experienced are you in investing in stocks, bonds, and other securities?

Have you ever participated in any day trading classes or day trading schools?

In general, have you had positive or negative experiences with investments? What was the type of investment? Did you lose money (was it a lot or a little)? How do you feel about what happened?

If you lost money, whose fault do you think it was and why?

**What is your opinion on the amount of money stockbrokers make in commissions?**

What is your general impression of offshore broker dealers?

Do you believe that investing in the stock market is "risky business?"

Have you, or anyone close to you, ever had an unpleasant experience with the SEC? Explain.

Do you believe that there should be more or less government regulation of the financial industry?



Have you, or has anyone close to you, ever had an unpleasant experience or been involved in any type of dispute with a governmental agency/entity (local, state, or federal)?  If yes, please describe.

**Do you think the SEC is overreacting to the financial problems of the last few years, appropriately protecting U.S. investors from fraud or not doing enough to protect U.S. investors from fraud?**

**Some people feel that the stock market is pretty much a "buyer beware" marketplace, while others feel that consumers are pretty well protected. What do you think? Why?**

**How ethical/honest do you believe CEOs and other high-level executives to be?**

Have you ever done business with a person or company located in the Bahamas?

Have you, or has anyone close to you, ever worked for a company that you thought was violating the law? If yes, please describe the violation, what was done about it and your feelings about it.

What is your general impression of employees who blow the whistle on their employer?

Have you ever blown the whistle on your employer or supervisor?

Have you, or has anyone close to you, ever been unfairly accused of committing fraud?

Raise your hand if you agree that there is no room for inference or deduction in a court of law?

Do you generally see things in "black and white" or are you more of a "grey area" kind of person?

**Is it okay for a person to use loopholes and "grey areas" in the law to their advantage, for instance, for personal gain? Why or why not? Are there any circumstances when it would not be okay**?

Are you casual and relaxed in the way you do things, or more detail-oriented, and precise?

Do you tend to be more "carefree" or "conservative" about money?

Is there anything that any of you want to tell us about your ability to be a fair juror on this case?

Defendants object to the items in bold and underlined.