**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-cv-21079-BB**

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

## DEFENDANT GENTILE'S PROPOSED VOIR DIRE QUESTIONS

Pursuant to the Court's April 5, 2024 Order Scheduling Trial and Order of Instructions before Calendar Call, Defendant Gentile submits his proposed voir dire questions, and would respectfully request the Court to ask the venire panel the following:

1. Where do you currently live?
2. If elsewhere, where have you lived in the previous 10 years?
3. How are you employed?
   a. Do you have any family members or close friends who are in law enforcement?
   b. Do you or any member of your immediate family or household work for any law enforcement agency?
   c. Have you ever worked for a law enforcement agency?
   d. Have you ever applied for a job with law enforcement?
4. Do you have any family members or close friends who own a small business?
   a. Have you ever worked for a startup company?
   b. Have you or someone close to you ever invested in a startup company?
   c. Have you or someone close to you ever founded a company?

**EXHIBIT G**

    d. What is the status of the company?

    e. Have you or someone close to you ever had financial difficulty in starting or maintaining the finances of a company?

    f. Have you or someone close to you ever had to close a business that you or a close family member owned?

5. Including retirement plans and college savings plans, have you or someone close to you invested money in stocks, bonds, futures, derivatives, hedge funds, offshore accounts, offshore investment programs or some other investment plan or program? Please tell us the nature of your portfolio, being sure to mention any investments that might be characterized as non-mainstream / untraditional.

    a. Do you have a personal investment account?

    b. Do you actively "day trade"? That is, do you actively buy and sell a stock within the same day?

    c. Do you have any relatives or close friends who day trade?

    d. Do you have an opinion on day trading in general?

    e. Do you or someone close to you have a working familiarity with international or offshore banking?

    f. Do you or someone close to you actively manage your financial investments by doing your own research, buying or selling?

    g. Have you or someone close to you invested in any form of block-chain or crypto-currency of any kind?

    h. Do you have a strong opinion about crypto-currency, either positive or negative?

    i. Have you or someone close to you ever lost money due to investments including retirement funds stocks, bonds, futures, derivatives, hedge funds, offshore accounts, offshore investment programs or some other investment plan or program?

    j. Have you or someone close to you ever lost money due to investing in crypto-currency or other blockchain investment ventures?

    k. Do you or members of your immediate family, have training or have been employed in the following industries?

        i. Accounting
       ii. Bank Lending
      iii. Investments
      iv. Venture Capital
       v. Financial Advising
      vi. Legal
     vii. Regulatory compliance
    viii. Start Up Companies

6. Do you have an opinion on gambling?
    a. Should the government regulate casinos and gambling practices?
    b. Do you agree that there are instances where individuals should take personal responsibility without government intervention? Or should accountability sometimes be set aside and the government should intervene to protect individuals from their own poor choices?

7. **This is not criminal case, so there are not "victims" in this case. Can you be fair and impartial about the difference between a regulatory violation and a criminal act that harms others?**
    a. **Do you believe financial wrongdoing such as securities fraud or white-collar crime where no money is lost is a real issue of concern or do you consider it to be a victimless crime when no money is lost?**
    b. **Do you believe that these kinds of activities have affected your own investments, 401k, retirement, pension plans, or financial stability?**

8. Are you familiar with any securities cases that you learned about via television, social media, podcasts, news, word of mouth, etc.?
    a. What is your primary source of news and information?
    b. What was your initial opinion of those cases?
    c. What social media platforms, if any, do you use on a daily basis?

9. Do you or someone close to you have a working familiarity with banking, investments, the Securities and Exchange Commission, or any agency that regulates banking or investments?

    a. Have you or any member of your immediate family ever been audited or subjected to a financial examination by the government?

    b. What is your opinion of investigation and enforcement by government agencies into private matters?

10. Have you ever been an officer of a corporation or organization (whether for-profit or not for-profit)? In what role did you serve?

    a. Have you ever served on a Board of Directors for any company or organization (whether for-profit or not-for-profit)? In what role did you serve?

    b. Do you think that fraud can occur at a corporation without the knowledge of its management or board of directors?

    c. Do you believe that some managers have a hands-off management style?

11. **One question that the jury in this case will have to answer is whether there was solicitation. In your own words, what does "solicitation" mean?**

    a. **Have you or someone close to you ever been solicited online for your business?**

12. Do you think you can tell early on or through a "gut feeling" if someone is lying or is has done something wrong?

13. Is there any member of the jury pool that you know, have interacted with, worked or seen before?

    a. Do you know, or have any opinion about, the Defendant? Or do you know individuals who have been friends or family members of the defendant?

    b. Do you know any of the SEC attorneys or their staff on this case?

    c. Do you know any of the defense attorney or their staff on this case?

    d. Are you related to any other member of the jury pool by blood, marriage, partnership/civil union, romantic relationship or any other connection?

        i. Any of the attorneys?

        ii. Judge?

        iii. Court Staff?

    e. Is there anything about these relationships that would affect your ability to be fair when listening to the evidence in this case?

14. Is there anything else, including something you have remembered in connection with one of the earlier questions, that you think you would like to tell me in connection with your potential service as a juror in this case?

The SEC objects to the use of questions in **bold,** specifically 7 and 11.