UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21079-BLOOM/Torres

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.
and GUY GENTILE,

    Defendants.
_____/

## ORDER ALLOWING TO ELECTRONIC DEVICES
## INTO THE COURTROOM

**THIS CAUSE** is before the Court upon Plaintiff's Unopposed Motion to Bring Electronic Devices Into the Courthouse for Trial, ECF No. [265]. Plaintiff requests to bring electronic equipment into the courtroom prior to trial and during the course of trial. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Bring Electronic Devices Into the Courthouse for Trial, ECF No. [265] is **GRANTED**.

2. Alice Sum, Alise Johnson and Victoria Jacqmein, can each bring a HP EliteBook laptop computer and 2 apple iPhones.

3. Alice Sum can bring an Apple watch.

4. Patrick Murphy may bring:

    a. 3 laptop computers with power packs,

    b. USB monitor and stand, Asus MB 169B+;

    c. Galaxy A71 5G cell phone, model #SM-A716U,

    d. Galaxy watch;

    e. portable hard drive, WD My Passport, Cinema

    f. 2 Monitors;

    g. 4 USB cables, 1 mobile power pack (POLANFO, M20000),

    h. 2 headphones

    i. 5 thumb drives

    j. Wireless HDMI Kit: Chwfio Wireless Transmitter/Receiver Kit with cables/antennas;

    k. HDMI 1 x 8 Splitter;

    l. 2 PowerPoint Remotes Logi Spotlight-S/N 1924LZ01T7T8, Logitech R800;

    m. 1 Hotspot – AT&T Nighthawk 5G – Mobile Hotspot Pro – Model MR5100;

    n. 3 HDMI cables and couplers;

    o. 2 extension cords and 2 power strips;

    p. utility pack; and

    q. Desktop Multi-Function Printer: Unit should be HP-M477 or HP-M553

5. The **U.S. MARSHALS SERVICE** is instructed to allow Alice Sum, Alice Johnson, Victoria Jacqmein and Patrick Murphy to bring this material into the Courthouse from June 7, 2024 until July 12, 2024.

6. Plaintiff is instructed to contact Chambers to find a time to test the equipment and to bring the trial documents into the courthouse and courtroom on June 7, 2024.

Case No. 21-cv-21079-BLOOM/Torres

**DONE AND ORDERED** in Chambers at Miami, Florida on May 22, 2024.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record