

EY Bahamas Services Ltd.  
Caves Corporate Centre  
West Bay Street & Blake Road  
Nassau N-3231  
The Bahamas  

Tel: +242 502 6000  
Fax: +242 502 6095  
ey.com  

Alice Sum  
801 Brickell Ave.,  
Suite 1950,  
Miami, FL 33131  
United States  

1 May 2023

Sent via email: SumAI@SEC.GOV

Dear Ms. Sum:

<u>Re: Securities and Exchange Commission v. MintBroker Int'l. Ltd., et al., Case No. 21-cv-21079-BB; FL-03848; Alice Sum – MIRO</u>

On 10 March 2023, the Supreme Court of the Bahamas (the "Court") issued an Order for the Company to provide certain Company information to the Office of the Attorney General of the Bahamas (the "Order"). This Order was sought following letters of rogatory request issued by the United States District Court Southern District of New York following a request from the United States Securities and Exchange Commission ("SEC"). Please note that the Joint Official Liquidators ("JOLs"), Mr. Igal Wizman of EY Bahamas Ltd., Caves Corporate Center, West Bay Street & Blake Road, P.O. Box N-3231, Nassau, The Bahamas and Ms. Eleanor Fisher of EY Cayman Ltd., 62 Forum Lane, Camana Bay, P.O. Box 510, Grand Cayman, KY1-1106, Cayman Islands, have loaded the Company information available to the JOLs, as outlined in the Order, except for approximately 44,000 employee emails which were already in the hands of the SEC and which was made available to the JOLs by the SEC. It was agreed with you that such information would be duplicative and thus not necessary.

On 1 May 2023, in response to the Order, the JOLs have transmitted a hard drive containing 484,488 files to your requested address, ENF-CPU (U.S. Securities & Exchange Commission), 14420 Albemarle Point Place, Suite 102, Chantilly, VA 20151-1750.  The hard drive was sent under the case name - Securities and Exchange Commission v. MintBroker Int'l. Ltd., et al., Case No. 21-cv-21079-BB; FL-03848; Alice Sum – MIRO.

For your ease of reference, the tracking number is 771997094003. Please note that the hard drive is password protected and the password will be provided to you once you confirm receipt of the hard drive.

Please find the attached index including a description of the information included on the hard drive.

A member firm of Ernst & Young Global Limited

**EXHIBIT A**



MintBroker International, Ltd (In Official Liquidation)
Page 2

Following this transmission, the Company has now complied with all open information requests.

If you have any queries in relation to this matter, please contact myself or my colleague Mcquel Basden on +1 242 502 6020 or by email at mcquel.basden@parthenon.ey.com.

Yours sincerely,

_____

For and on behalf of the Company
Igal Wizman
Joint Official Liquidator

The affairs, business and property of the Company are being managed by the Joint Official Liquidators who act as agents of the Company only and without personal liability.

| MintBroker International, Ltd (formerly Swiss America Securities, Ltd.) ("MBI") |||
|---|---|---|
| Information request following Bahamas Supreme Court Order issued on 10 March 2023 |||
| Date of Index 4/28/2023 |||
| Electronic Books & Records - Hard Drive |||
| **Folder** | **Content** ||
| 1. Company data received from Davis & Co on 3 September 2020 | File location: 1. Company data received from Davis & Co on 3 September 2020 ||
| | contains 484,331 files and 41,632 folders of client information including (generally): ||
| | KYC documents ||
| | Account information ||
| | Cash movements ||
| | Trade records covering several periods for some folders ||
| 2. Financial information collected by the Joint Provisional Liquidators ("JPLs") | File location: 2. Financial information collected by the JPLs and JOLs ||
| | contains 23 files and 1 sub folder ||
| | GL Details and Transaction Reports 2019 ||
| | Lot 104 Ocean Club Estates Balance Sheet December 31 2019 ||
| | Lot 104 Ocean Club Estates Profit and Loss December 31 2019 ||
| | MBI unaudited Balance Sheet as at December 31 2019 ||
| | MBI unaudited Profit and Loss for the period ending December 31 2019 ||
| | Mintbroker International Ltd_unaudited Balance Sheet_30 June 2019 (also includes 30 June 2018) ||
| | Mintbroker International Ltd_unaudited Balance Sheet_31 March 2019 ||
| | SASL_2016 Audited Financials ||
| 3. Beneficial Ownership Filings | File location: 3. Beneficial Ownership Filings ||
| | contains 1 file ||
| | MintBroker International Ltd - 25 January 2023 Update to Beneficial Ownership Secure Search System filing ||
| 4. Company statutory and corporate information | File location: 4. Company statutory and corporate information ||
| | contains 17 files ||
| | 2017 - MBI - Register of Members - October 28, 2011 ||
| | 2018 - MBI - Amended & Restated M&As ||
| | 2019 - MBI - Register of Directors & Officers - December 6, 2019 ||
| | Business License Certificate 2019 ||
| | Directors Resolution October 30, 2019 signed and sealed ||
| | Executed Deed of Surrender 27.11.2019 ||
| | Email from Department of Inland Revenue Re TIN Number and Business ||
| | Email from Kensington Chamber (registered agent) on filings and annual payments ||
| | Email from Kensington Chambers re Payable to the Registrar General ||
| | Letter to Gentile - Swiss re: Voluntary Surrender of Registration 4 Feb 2020 ||
| | MBI - Annual Statement 2019 ||
| | Mintbroker - Certificate of Change of Name and Incorporation ||
| | MintBroker - 2021 2022 2023 Annual fee receipts _ 28 Dec 2022 ||
| | MintBroker Group - Change of Name Cert. ||
| | Organizational Chart ||
| | SAS - SCB Certificates of Registration ||
| | Swiss America Surrender of License (3Dec2019) ||
| 5. Economic Substance Filings | File location: 5. Economic Substance Filings ||
| | contains 6 files ||
| | EIN Registration Certificate ||
| | MintBroker - Substance Reporting 2019 filing_6Feb2023 ||
| | MintBroker - Substance Reporting 2020 filing_6Feb2023 ||
| | MintBroker - Substance Reporting 2021 filing_6Feb2023 ||
| | MintBroker - Substance Reporting 2022 filing_6Feb2023 ||
| | MintBroker - Letter to VAT Comptroller_dd6Feb2023 ||
| | File location: 6. Correspondence ||

| | |
|---|---|
| 6. Correspondence | contains 34 files, 7 folders |
| | Antonio Collie |
| | BDO |
| | Davis & Co. |
| | Janay Pyfrom-Symonette |
| | Mr. Gentile |
| | Mr. Miller |
| | SCB |
| 7. Complaint for Injunctive and Other Relief | *File location: 7. Complaint for Injunctive and Other Relief* |
| | contains 1 file |
| | Complaint for injunctive and other relief document |
| 8. Provisional Liquidators and Official Liquidators documents | *File location: 8. Provisional Liquidators and Official Liquidators documents* |
| | contains 75 files, 41 folders |
| | Court Orders |
| | Declaration of Currency |
| | Declaration of Solvency |
| | First Court Report |
| | Newspaper notices |
| | Notice to Competent Authority |
| | Notice to the Department of Inland Revenue ("DIR") |
| | Notice to NIB |
| | Notice to Registrar |
| | Notices to banks |

| MintBroker International, Ltd (formerly Swiss America Securities, Ltd.) ("MBI") |
|---|
| Information request following Bahamas Supreme Court Order issued on 10 March 2023 |
| Date of Index 4/28/2023 |
| Electronic Books & Records - Hard Drive |

