# EXHIBIT B

```
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA

                           CASE NO. 19-MC-20493-UU

    SECURITIES AND EXCHANGE
    COMMISSION,

                                            Miami, Florida
                   Plaintiff(s),
                                            March 19, 2019
              vs.

    CARLA MARIN,

                   Defendant(s).      Pages 1 - 98
    ------------------------------------------------------------

                                   HEARING
                 TRANSCRIBED FROM DIGITAL AUDIO RECORDING
                 BEFORE THE HONORABLE JOHN J. O'SULLIVAN
                     UNITED STATES MAGISTRATE JUDGE

    APPEARANCES:

    FOR THE PLAINTIFF(S):   AMIE RIGGLE BERLIN, ESQ.
                            U.S. SECURITIES AND EXCHANGE COMMISSION
                            801 Brickell Avenue
                            Miami, FL 33131
                            (305) 982-6300
                            berlina@sec.gov

    FOR THE DEFENDANT(S):   LORNE E. BERKELEY, ESQ.
                            ALEXANDER L. WILDMAN, ESQ.
                            DANIELS RODRIGUEZ BERKELEY
                            DANIELS & CRUZ, P.A.
                            4000 Ponce De Leon Blvd.
                            (305) 448-7988
                            lberkeley@drbdc-law.com
                            awildman@drbdc-law.com

    TRANSCRIBED BY:         Joanne Mancari, RPR, CRR, CSR
                            Court Reporter
                            jemancari@gmail.com
```

```
 1                      INDEX OF EXAMINATION
 2   Examination of:                                    Page
 3   JESSICA MARIA WEISSMAN
 4   Direct By Ms. Berlin . . . . . . . . . . . . . .47
 5   Cross By Mr. Berkeley  . . . . . . . . . . . . .61
 6   Redirect By Ms. Berlin . . . . . . . . . . . . .92
 7                      GOVERNMENT EXHIBITS
 8   Exhibit No.                                   Received
 9    1-5    . . . . . . . . . . . . . . . . . . . . .61
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1    transferred to a Bahamian-registered broker-dealer not
 2    registered with the SEC.
 3    Q.  Is that transfer in and of itself an illegal activity?
 4            MS. BERLIN:  Objection, your Honor.
 5            THE COURT:  Overruled.
 6            You can answer the question.
 7    A.  I'm not sure that's part of my job to determine whether
 8    something is, quote-unquote, illegal.  We have a five-person
 9    Commission that is our client.  They are the ones to make the
10    determinations at the end of the day.  We only make
11    recommendations.
12    Q.  So you have no idea whether your investigation serves a
13    legitimate purpose of investigating illegal or legal activity?
14    A.  I didn't say that.
15    Q.  Well, then what are you saying as to whether or not the
16    transaction that you are investigating is legal or not legal?
17    You don't even know that?
18    A.  The purpose of an investigation, what I am charged to do in
19    my 18 years with the SEC is to investigate potential violations
20    of the federal securities laws.  That is exactly what we were
21    doing in connection with the subpoenas issued to Ms. Marin.
22    Q.  Now, how long has that investigation been going on?
23    A.  I was not the original supervisor of the investigation.  I
24    inherited it in December of 2014.
25    Q.  So since 2014 you still don't know whether or not any
```

1             THE COURT:  I understand, but that wasn't my question.
2    My question is how was Swiss America or -- the reason why Mint
3    is relevant is because you say Swiss America and Mint Broker,
4    Ltd. and Mr. Gentile in connection with them did certain
5    things.  How is any of that related to Traders Cafe?
6             I understand that Traders Cafe is not the only person
7    you can investigate, but there has to be some nexus to Traders
8    Cafe to get to where you are today in order for the subpoena to
9    be legitimate.  What is the nexus?
10            THE WITNESS:  Yes, your Honor.  What I was struggling
11   with is answering your question without disclosing non-public
12   confidential information about an SEC investigation, how we
13   eventually started to investigate other entities or individuals
14   other than Traders Cafe and anyone associated with it.
15            THE COURT:  Well, I am going to require you to answer
16   that question because I think you need to show that it has a
17   legitimate relation to the original Traders Cafe, LLC.  I don't
18   need to know all of the details, but I need to know why there
19   is a relation there.
20            THE WITNESS:  Yes, your Honor.
21            THE COURT:  That is what you are traveling under
22   today, is this order directing the investigation.
23            THE WITNESS:  I was not involved in the initial
24   Traders Cafe investigation that resulted in an number of
25   enforcement actions and also criminal actions.  I took on or I

1  inherited the Traders Cafe investigation when my predecessor
2  left the SEC and I took his position.
3       In connection with the Traders Cafe investigation,
4  which I was not involved, it came to our attention that there
5  may be U.S.-based customers being solicited by a
6  Bahamian-registered broker-dealer but not registered with the
7  SEC in possible violation of Section 15, as noted in the final
8  order marked as Exhibit 1 today, specifically subsection (C).
9       MS. BERLIN: Your Honor, may I attempt to assist the
10 court with inquiring because I think I understood what the
11 confusion is about why you're not getting a direct answer.
12      MR. BERKELEY: Your Honor, I would just like to finish
13 my cross-examination and finish the point that your Honor
14 obviously correctly raised, which is this witness has no
15 personal knowledge about the Traders Cafe investigation, took
16 it over, can't testify about the relation and answer your
17 Honor's question about the relation and the nexus, which is one
18 of the arguments that we did put in our pleading that your
19 Honor now correctly highlights.
20      THE COURT: She didn't finish -- finish answering the
21 question.
22      THE WITNESS: I do have direct knowledge of the
23 Traders Cafe investigation. It is my obligation to understand
24 ongoing litigation that --
25      THE COURT: There is a lot of stuff that you're just