# EXHIBIT C

**To:** Matin, Sajjad[matins@SEC.GOV]
**Cc:** Weissman, Jessica[WeissmanJm@sec.gov]; Joe Tacopina[jtacopina@tacopinalaw.com]
**From:** Chad Seigel
**Sent:** Mon 2/1/2016 1:44:17 PM
**Importance:** Normal
**Subject:** RE: Availability of Guy Gentile

Hi Sajjad,

As discussed, attached please find the following:

1. Written Resolution of the Members of the Company dated Dec. 18, 2015;

2. Resignation Letter for GG dated December 29, 2015;

3. Minutes of an Extraordinary General Meeting of the Shareholders dated Dec. 29, 2015; and

4. Written Resolutions of the Directors dated Dec. 30, 2015.

Given that (1) Guy Gentile resigned his position as President and Director of Swiss America Securities, Ltd, as of December 29, 2015; (2) his shares were cancelled; and (3) FINRA already reviewed the precise matter you are now examining and saw fit not to proceed with any disciplinary action against Mr. Gentile, we ask why it is that you still seek to question Mr. Gentile about this matter.

As I advised your office previously, in November 2013, FINRA considered charging Mr. Gentile with violating SEC Rule 15a-6, for allegedly soliciting US customers, the very subject matter of your inquiry. However, as explained in the attached submission provided to FINRA, foreign broker dealers are permitted to engage in securities transactions for or on behalf of US persons, so long as the foreign broker dealer does not affirmatively solicit the customer. And, as set forth in the attached submission, every reasonable step was taken to comply with that SEC rule.

Moreover, the SEC in New York was already informed about this matter and specifically advised that it did not see a violation.

In light of the foregoing, I am compelled to question why your office is continuing to rehash this matter before we consider your request to take the Mr. Gentile's testimony anywhere let alone Miami.

Chad

**Chad D. Seigel**
**Tacopina & Seigel**
275 Madison Avenue, 35th Floor

New York, NY 10016

Tel: 212.227.8877

Fax: 212.619.1028
cseigel@tacopinalaw.com

www.tacopinalaw.com

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product.  If you are not an intended recipient, you many not review, copy or distribute this message. if you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Matin, Sajjad [mailto:matins@SEC.GOV]
**Sent:** Monday, February 01, 2016 1:23 PM
**To:** Chad Seigel <cseigel@tacopinalaw.com>
**Cc:** Weissman, Jessica <WeissmanJm@sec.gov>
**Subject:** Availability of Guy Gentile

Thanks for the call Chad,

Please feel free to send me the information regarding Mr. Gentile's resignation from Swiss America and cancellation of his shares, in addition to his availability for testimony in Miami.

Thanks,

Sajjad


**Sajjad Matin**
**U.S. Securities and Exchange Commission**
**Division of Enforcement**
matins@sec.gov
305.982.6321

SEC-GentileG-E-0000028

**To:** Matin, Sajjad[matins@SEC.GOV]
**From:** Weissman, Jessica
**Sent:** Tue 12/15/2015 10:38:56 AM
**Importance:** Low
**Subject:** FW: Guy Gentile

**From:** Chad Seigel [mailto:cseigel@tacopinalaw.com]
**Sent:** Tuesday, December 15, 2015 10:36 AM
**To:** Weissman, Jessica
**Cc:** Joe Tacopina
**Subject:** Guy Gentile
**Importance:** Low

Hi Jessica,

As we discussed, in November 2013, FINRA considered charging Guy Gentile with violating SEC Rule 15a-6, for allegedly soliciting US customers. However, as I am sure you are aware, and as explained in the attached submission, foreign broker dealers are permitted to engage in securities transactions for or on behalf of US persons, so long as the foreign broker dealer does not affirmatively solicit the customer. And, as set forth in the attached submission, every reasonable step was taken to comply with that SEC rule. Accordingly, FINRA reviewed the submission and decided not to proceed with a disciplinary action against Mr. Gentile.

Moreover, both the DOJ and NY SEC were informed about this matter. And, Simona Suh of the SEC in NY specifically advised Mr. Gentile's prior counsel, Adam Ford, after reviewing the attached submission that she did not see a violation.

We look forward to hearing back from you after you have reviewed the attached submission.

Best regards,

SEC-GentileG-E-0000001

Chad

**Chad D. Seigel**

**Tacopina & Seigel**
275 Madison Avenue, 35th Floor

New York, NY 10016

Tel: 212.227.8877

Fax: 212.619.1028
cseigel@tacopinalaw.com

www.tacopinalaw.com

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you many not review, copy or distribute this message. if you have received this communication in error, please notify us immediately by e-mail and delete the original message.