UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO BRING ELECTRONIC DEVICES INTO THE COURTHOUSE FOR CALENDAR CALL

Defendant Guy Gentile hereby requests permission for Trial Counsel Matthew A. Ford, Stephen R. Halpin III, Emily Bloom, and paralegal Rene Becerra to bring electronic devices into the Courthouse for use at the pre-trial hearing which is set for June 4, 2024. Specifically, for Matthew A. Ford, Stephen R. Halpin III, Emily Bloom, and Rene Becerra each request to bring an Apple Mac laptop computer, and for Matthew A. Ford, Stephen R. Halpin III, Emily Bloom, Rene Becerra, Gabriela Ruiz, and Mallorie Thomas each an Apple iPhone. Also for Stephen R. Halpin III to bring an Apple watch. This request also includes that Emily Bloom and Rene Becerra may bring:

    A) 1 Apple computer mouse;

    B) 2 HDMI cables;

    C) 1 extension cord.

1

Defendant further requests permission for Emily Bloom and Rene Becerra to bring the electronic devices into the Courthouse and Courtroom on June 4, 2024, in order to test the equipment.

Undersigned counsel has conferred with opposing counsel, who does not oppose this request.

June 3, 2024

Respectfully submitted,

FORD O'BRIEN LANDY LLP
 /s/ Gabriela M. Ruiz
Gabriela M. Ruiz
Fla. Bar. 46844
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3200
Miami, Florida 33131
Tel.: (786) 310-1135 (main)
gruiz@fordobrien.com

Adam C. Ford (admitted *pro hac vice*)
Matthew A. Ford (admitted *pro hac vice*)
Stephen R. Halpin III (admitted *pro hac vice*)
275 Madison Avenue, 24th Floor
New York, New York 10016
Tel.: (212) 858-0040 (main)
aford@fordobrien.com
mford@fordobrien.com
shalpin@fordobrien.com