UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDACASE

NO: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION

Plaintiff

v.

MINTBROKER INTERNATIONAL, LTD., f/k/a SWISS AMERICA SECURITIES LTD.

and d/b/a SURETRADER, and

GUY GENTILE, a/k/a GUY GENTILE NIGRO,

Defendants.

_____/

**ORDER GRANTING UNOPPOSED MOTION TO BRING
ELECTRONIC DEVICES INTO THE COURTHOUSE FOR TRIAL**

THIS CAUSE having come before the Court on the Unopposed Motion to Bring Electronic Devices into the Courthouse for Trial (the "Motion"), pursuant to the Court's April 8, 2024, Order of Instructions Before Calendar Call. This Court having considered the motion and all other relevant factors, it is hereby **GRANTED**.

WHEREFORE it is **ORDERED** that:

Trial Counsel Matthew A. Ford, Stephen R. Halpin III, Emily Bloom, and paralegal Rene Becerra may bring electronic devices into the Courthouse for use at the pre-trial hearing set for June 4, 2024. Specifically, Matthew A. Ford, Stephen R. Halpin III, Emily Bloom, and Rene Becerra each may bring an Apple Mac laptop computer, and Matthew A. Ford, Stephen R. Halpin III, Emily Bloom, Rene Becerra, Gabriela Ruiz, and Mallorie Thomas each may bring an Apple iPhone. Also for Stephen R. Halpin III to bring an Apple watch. Additionally, Emily Bloom and Rene Becerra may bring:

A) 1 Apple computer mouse;

3

    B) 2 HDMI cables;

    C) 1 extension cord.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_ day of _____.

_____
Honorable Beth Bloom
United States District Judge

Copies furnished to: All Counsel of Record