**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-CV-21079-BLOOM/Torres**

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**PLAINTIFF'S AMENDED[1] WITNESS LIST**

**Will Call**

1. Guy Gentile  (estimate 6 hours)
   c/o Gabriela M. Ruiz, Esq.
   Ford O'Brien Landy LLP
   One Biscayne Tower
   2 South Biscayne Boulevard, Suite 3200
   Miami, FL 33131

2. Ross Cameron (estimate 4 hours)
   Warrior Trading Inc.
   c/o Nick Morgan, Esq.
   Paul Hastings LLP
   515 S Flower Street, 25th Floor
   Los Angeles, CA 90071

3. Mazen Agha (estimate 2 hours)
   Aubrey, TX

4. Philip Dorsett (estimate 5 hours)
   Nassau, Bahamas

---

[1] Plaintiff is amending this list to add rebuttal witnesses based upon this Court's ruling in the Order on Motion for Clarification, ECF No. [272].

5. Yaniv Frantz (estimate 5 hours)
   c/o Sean McKessy, Esq.
   Phillips & Cohen LLP
   2000 Massachusetts Ave NW
   Washington, DC 20036

6. Orestes Jimenez (estimate 2 hours)
   Miramar, FL

7. John Kurisko  (estimate 4 hours)
   Day Trading Radio
   Nyack, NY

8. David F. MacNair (Expert) (estimate 2 hours)
   McNair Consulting
   Rockville Centre, NY

**May Call**

9. Adam C. Ford, Esq.
    Ford O'Brien Landy LLP
    275 Madison Avenue, 24th Floor
    New York, NY 10016

10. Igal Wizman, Joint Official Liquidator of MintBroker International Ltd. in Bahamas
    c/o Warren Gluck, Esq.
    Holland & Knight
    31 West 52 Street
    New York, NY 10019

11. Bahamian Securities Commission Representative
    Bahamas

12. FINRA Representative

13. Simona Suh

14. Gurbir Grewal

15. Nicholas Grippo

16. Guy Gentile's witnesses

17. Impeachment and/or rebuttal witnesses as necessary

2

**By Designation**

18. Stephen Darville
    Nassau, Bahamas

19. Antonio Collie
    Nassau, Bahamas

20. Janay Symonette Pyfrom
    Nassau, Bahamas

21. Drameko Moore
    Little Blair, Bahamas

22. Edward Cooper
    c/o Dwana Davis
    Amicus Chambers
    Suite No. 5 Union Court
    Elizabeth Avenue
    Nassau, Bahamas

| | |
|---|---|
| June 3, 2024 | Respectfully submitted, |
| | /s/ Alice Sum_____ |
| | Alice Sum |
| | Senior Trial Counsel |
| | Fla Bar No.: 354510 |
| | Phone: (305) 416-6293 |
| | Email: sumal@sec.gov |
| | |
| | Alise Johnson |
| | Senior Trial Counsel |
| | Fla. Bar No. 0003270 |
| | Direct Dial: (305) 982-6385 |
| | Email: johnsonali@sec.gov |
| | |
| | *Attorneys for Plaintiff* |
| | **SECURITIES AND EXCHANGE COMMISSION** |
| | 801 Brickell Avenue, Suite 1950 |
| | Miami, Florida 33131 |
| | Telephone: (305) 982-6300 |
| | Facsimile: (305) 536-4154 |