UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 21-21079-CV-BLOOM/TORRES**

SECURITIES AND EXCHANGE COMMISSION

        Plaintiff,

vs.

MINTBROKER INTERNATIONAL, LTD, et al

        Defendants.

**NOTICE SCHEDULING SETTLEMENT CONFERENCE**

Pursuant to an Order of Referral for Settlement Conference entered by United States District Judge Beth Bloom (D.E. #276), a settlement conference in this matter is scheduled before Chief United States Magistrate Judge Edwin G. Torres on **Wednesday, June 5, 2024 at 10:00 a.m.**[1]

The settlement conference shall be attended by all parties and their counsel of record. Each side shall have a party representative present with full authority to negotiate and finalize any settlement agreement reached.

DONE in Miami, Florida this 4th day of June, 2024.

        ANGELA E. NOBLE
        CLERK OF COURT

        Maedon Clark, Deputy Clerk

---

[1] **The settlement conference will be conducted via ZOOM. The parties will receive the ZOOM information by email.**