**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-CV-21079-Bloom**

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

     Defendants.

_____/

**PLAINTIFF'S UNOPPOSED MOTION TO BRING**
**ELECTRONIC DEVICES  INTO THE COURTHOUSE FOR TRIAL**

Plaintiff Securities and Exchange Commission hereby requests permission for Dr. Deborah Goldfarb of Focus Litigation Consulting, LLC to bring electronic devices into the courthouse for use at trial which is special set starting June 10, 2024.  Specifically,  Dr. Goldfarb will bring a Google Pixel phone and a Microsoft Surface laptop.

Undersigned counsel has conferred with opposing counsel, who does not oppose this request.

June 4, 2024                Respectfully submitted,

                                Alice K. Sum
                                Alice K. Sum, Esq.
                                Trial Counsel
                                Fla. Bar No. 354510
                                Direct Dial: (305) 416-6293
                                Email: sumal@sec.gov

                                Attorneys for Plaintiff
                                **SECURITIES AND EXCHANGE COMMISSION**

801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone:    (305) 982-6300
Facsimile:    (305) 536-4154