# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

## DEFENDANT GUY GENTILE'S EXHIBIT LIST

**Index to Objections:**
A–Authenticity
I–Contains inadmissible matter
R–Relevancy
H–Hearsay
UP–Unduly prejudicial-probative value outweighed by undue prejudice
P–Privileged

| Def. No. | Description | Objection(s) |
|---|---|---|
| 1 | Email – Jan. 15, 2012: *from G. Gentile to P. Dorsett.* (SEC-FL-03848-E-0002861) | |
| 2 | Email – Dec. 2012: *G. Gentile, R. Chemtob, others.* (GENTILE0004381) | R |
| 3 | *Withdrawn* | |
| 4 | Email – Jun. 17, 2013: *G. Gentile, P. Dorsett, others.* (SEC-FL-03848-E-0010576) | |
| 5 | Email – Jun. 28, 2013: *from G. Gentile to J. Ritchie.* (SEC-FL-03848-E-0010841) | |
| 6 | FINRA Letter – Nov. 12, 2013. (GENTILE-00001919) | R, H |

| Def. No. | Description | Objection(s) |
|---|---|---|
| 7 | FINRA Affidavit – Jan. 9, 2014: *P. Dorsett*. (GENTILE0004495) | |
| 8 | Wells Submission – Jan. 10, 2014. (GENTILE0004390) | I, R, H, UP |
| 9 | Screenshot – Jan. 10, 2015: *Wayback Machine capture of Day Trading Radio website.* | Need to See Ex. Or Bates |
| 10 | Screenshot – Feb. 5, 2015: *Wayback Machine capture of Day Trading Radio website.* | Need to See Ex. Or Bates |
| 11 | FINRA Letter – Apr. 14, 2015. (FINRA-00003522) | |
| 12 | Email – Jun. 8, 2015: *G. Gentile, P. Dorsett, others*. (SEC-FL-03848-E-0039747) | Incomplete, needs the attachment or link<br>H |
| 12.a | *SEC v. Brickman and Baratto* – Jun. 5, 2015: *Order Instituting Administrative and Cease-And-Desist Proceedings*. | |
| 13 | Email – Aug. 18, 2015: *G. Gentile, J. Pyfrom, others*. (GENTILE0004549) | R, H |
| 14 | Email – Sep. 2, 2015: *from G. Gentile to J. Pyfrom*. (GENTILE0004881) | R, H |
| 15 | Letter – Sep. 18, 2015: *from C. Marin to G. Gentile*. (GENTILE0004614) | |
| 16 | Email – Oct. 21, 2015: *from G. Gentile to J. Ritchie, others*. (GENTILE-00003900) | R |
| 17 | Email – Nov. 2, 2015: *from G. Gentile to J. Ritchie*. (GENTILE-00004242) | R |
| 18 | Email – Dec. 7, 2015: *from J. Pyfrom to G. Gentile*. (GENTILE0004548) | R, H |
| 19 | Letter – Dec. 29, 2015: *resignation of G. Gentile*. (SEC-GentileG-E-0000053) | |
| 20 | Email – Aug. 23, 2016: *R. Cameron, J. Ritchie*. (WARRIORSEC_00000046) | |
| 21 | Screenshot – Sep. 8, 2016: *Wayback Machine capture of Suretrader website.* | Need to See Ex. Or Bates |

| Def. No. | Description | Objection(s) |
|---|---|---|
| 22 | Marketing Services Agreement – Oct. 1, 2016: *Warrior Trading*. (WARRIORSEC_00000052) | Ok P. 24 |
| 23 | Email – Oct. 4, 2016: *R. Cameron, J. Ritchie, others.* (WARRIORSEC_00000042) | |
| 24 | Email – Oct. 11, 2016: *R. Cameron, J. Ritchie, others.* (WARRIORSEC_00000071) | R |
| 25 | Screenshot – Oct. 19, 2016: *Wayback Machine capture of Suretrader website.* | Need to See Ex. or Bates |
| 26 | Messages: *Y. Frantz, J. Pyfrom.* | R, H, I |
| 27 | Email – Mar. 30, 2017: *Y. Frantz, J. Ritchie, others.* (GENTILE-00004280) | |
| 28 | Advertising Review of Swiss America Securities, Ltd. – Feb. 21, 2018. (GENTILE0004499) | H |
| 29 | Email – Mar. 21, 2018: *Y. Frantz, J. Ritchie, others.* | |
| 30 | Screenshot: Capital Markets Elite website pop-up blocker. | A, R, H, Did not produce in discovery |
| 31 | Screenshot: Capital Markets Elite website pop-up blocker. | A, R, H, Did not produce in discovery |
| 32 | Screenshot: Capital Markets Elite website pop-up blocker. | A, R, H, Did not produce in discovery |
| 33 | Screenshot: SureTrader website pop-up blocker. (SEC-SECWEBCAPTURE-E-0000006) | |
| 34 | Email – Oct. 10, 2016: *R. Cameron, J. Ritchie.* | |
| 35 | Screenshot – Mar. 22, 2016: *Wayback Machine capture of Day Trading Radio website.* | Need to See Ex. Or Bates |
| 36 | Screenshot – Apr. 29, 2017: *Wayback Machine capture of Suretrader website.* | Need to See Ex. Or Bates |
| 37 | Screenshot – Feb. 24, 2018: *Wayback Machine capture of Suretrader website.* | Need to See Ex. Or Bates |
| 38 | Screenshot: Suretrader website pop-up blocker. | Need to See Ex. Or Bates |

| Def. No. | Description | Objection(s) |
|---|---|---|
| 39 | Screenshot – Jun. 24, 2019: *Wayback Machine capture of Suretrader website.* | Need to See Ex. Or Bates |
| 40 | Screenshot – Mar. 16, 2016: *Wayback Machine capture of Suretrader website.* | Need to See Ex. Or Bates |
| 41 | Screenshot – Mar. 17, 2016: *Wayback Machine capture of Suretrader website.* | Need to See Ex. Or Bates |
| 42 | Screenshot – Mar. 17, 2016: *Wayback Machine capture of Suretrader website.* | Need to See Ex. Or Bates |
| 43 | Screenshot – Mar. 24, 2016: *Wayback Machine capture of Suretrader website.* | Need to See Ex. Or Bates |
| 44 | Screenshot – May. 4, 2017: *Wayback Machine capture of Suretrader website.* | Need to See Ex. Or Bates |
| 45 | Screenshot – May. 6, 2017: *Wayback Machine capture of Suretrader website.* | Need to See Ex. Or Bates |
| 46 | Screenshot – May. 8, 2017: *Wayback Machine capture of Suretrader website.* | Need to See Ex. Or Bates |
| 47 | Screenshot – May. 7, 2017: *Wayback Machine capture of Suretrader website.* | Need to See Ex. Or Bates |
| 48 | Video screenshot – Nov. 25, 2016: *Wayback Machine capture of Suretrader website.* | Need to See Ex. Or Bates |
| 49 | Video screenshot – Jan. 22, 2018: *Wayback Machine capture of Capital Markets Elite website.* | A, R, H, Did not produce in discovery |
| 50 | Screenshot: *Capture of Suretrader website.* (SEC-SECWEBCAPTURE-E-0000371) | |
| 51 | *SEC v. Gibraltar Global Securities, et al.* (1:13-cv-02575) – Aug. 2, 2013: [Dkt 15] Plaintiff's Memorandum Of Law In Opposition To Defendants' Motion To Dismiss. | R, H, Did not produce in discovery |
| 52 | Gibraltar Global Securities: Brokerage Account Application. | A, R, H, Did not produce in discovery |
| 53 | Screenshot – Feb. 6, 2013: *Wayback Machine capture of Gibraltar Global Securities website.* | R, H, Did not produce in discovery |
| 54 | *Guy Gentile v. Securities and Exchange Commission* (2:19-cv-05155) – Apr. 15, 2019: [Dkt 16] Plaintiff's Memorandum Of Law In Opposition To Defendants' Motion To Dismiss. | |

| Def. No. | Description | Objection(s) |
|---|---|---|
| 55 | *Guy Gentile v. Securities and Exchange Commission* (2:19-cv-05155) – Apr. 15, 2019: [Dkt 16-1] Declaration of Adam C. Ford. | |
| 56 | Screenshot: *Suretrader website pop-up blocker.* | |
| 57 | Marketing Services Agreement – Aug. 1, 2014: *Day Trading Radio.* (SEC-DTR-E-0000008) | |
| 58 | Email – Jul. 24, 2020: *P. Dorsett, and J. Weissman.* | |
| 59 | Declaration – Jun. 27, 2022: *P. Dorsett.* (Case 1:21-cv-21079-BB; Document 89-2) | |
| 60 | Affidavit – Jun. 2, 2022: *E. Cooper.* (Case 1:21-cv-21079-BB; Document 86-2) | |
| 61 | Swiss America Securities, LTD Form – May 12, 2015: *vacation leave request for P. Dorsett, June 12, 2015- June 22, 2015.* (SEC-FL-03848-E-0039461) | |
| 62 | Email – Nov. 15, 2011: *P. Dorsett, D. Beneby, with SureTrader policy attachments.* (SEC-FL-03848-E-0001855) | |
| 63 | Swiss America Securities, LTD Letter – May 4, 2017: *to A. Collie, from P. Dorsett.* (GENTILE0004498) | |
| 64 | Swiss America Securities, LTD Letter – Jul. 31, 2017: *P. Dorsett termination.* (GENTILE0004527) | |
| 65 | Email – Jul. 31, 2017: *from P. Dorsett to G. Gentile.* (GENTILE-00003698) | |
| 66 | Letter – Aug. 1, 2017: *from R. Dorsett to G. Gentile.* (GENTILE-00003682) | |
| 67 | Email – Aug. 1, 2017: *G. Gentile, R. Dorsett, others.* (GENTILE-00003699) | |
| 68 | Email – Nov. 7, 2011: *from K. Gentile.* (SEC-FL-03848-E-0001704) | |
| 69 | Email – Nov. 21, 2011: *from P. Dorsett to B. Walker.* (SEC-FL-03848-E-0001919) | |

| Def. No. | Description | Objection(s) |
|---|---|---|
| 70 | Swiss America Securities, LTD Letter – Apr. 2, 2019: *from E. Cooper to G. Gentile.* (Case 2:19-cv-05155-JLL-JAD Document 16-3) | |
| 71 | Article – May 1, 2018: *Cadwalader SEC Regulation Of Non-U.S. Broker-Dealers and Foreign Securities Exchanges by Steven Lofchie, Jeffrey Robins, Scott Hendler and Alexander Kerdman.* (GENTILE0004657) | |
| 72 | Email – Jun. 17, 2013: *from G. Gentile to P. Dorsett with attachment.* (GENTILE0004553) | |
| 73 | Email – Jun. 20, 2013: *from J. Ritchie to G. Gentile.* (SEC-FL-03848-E-0010727) | |
| 74 | Email – Jun. 20, 2013: *J. Ritchie, G. Gentile, others.* (SEC-FL-03848-E-0010729) | |
| 75 | Email – Jun. 28, 2013: *G. Gentile, J. Ritchie, P. Dorsett.* (SEC-FL-03848-E-0010841) | |
| 76 | Email – Jul. 7, 2014: *K. Gentile, S. Dowd, others.* (SEC-FL-03848-E-0017904) | |
| 77 | Email – Jul. 7, 2014: *G. Gentile, S. Dowd, others.* (SEC-FL-03848-E-0017907) | |
| 78 | Email – Jan. 2, 2016: *S. Matin, C. Seigel, others.* (SEC-GentileG-E-0000026) | |
| 79 | Email – Jan. 10, 2014: *A. Ford, G. Gentile, M. Fernandez.* (GENTILE0004388) | |
| 80 | Screenshot – Sep. 12, 2015: *Wayback Machine capture of Suretrader website.* | |
| 81 | FINRA Rules: *2270. Day-Trading Risk Disclosure Statement.* | |
| 82 | FINRA Article: *Day Trading.* | |
| 83 | Email – Feb. 6, 2013: *P. Dorsett 'Hurry up, so I can give you some cash back.'* (SEC-FL-03848-E-0008770) | |
| 84 | Google AdWords Invoice – Oct. 31, 2015. (GENTILE0004542) | |

6

| Def. No. | Description | Objection(s) |
|---|---|---|
| 85 | Letter – Aug. 26, 2016: *from Robert Peabody of Jackson Lewis to S. Matin regarding Trader's Café with attachments*. (SEC-MichaudN-E-0000001) | |
| 86 | Email – Aug. 13, 2016: *N. Michaud, R. Peabody, forwarded email message with attachments*. | |
| 87 | Email – Oct. 4, 2016: *R. Cameron, J. Ritchie*. (WT000040) | |
| 88 | Email – Aug. 23, 2016: *R. Cameron, J. Ritchie, others*. (WT000030) | |
| 89 | Email – Jan. 27, 2017: *R. Cameron, D. Moore, J. Ritchie*. (WT000021) | |
| 90 | Screenshot: *Capture of Suretrader website.* (SEC-SECWEBCAPTURE-E-0000392) | |
| 91 | Email – Dec. 2, 2016: '*SureTrader.com Affiliate New Banners for December!*' (GRPN-SURETRADER00000012) | |
| 92 | Email – Sep. 3, 2015: *J. Pyfrom, G. Gentile, others*. (GENTILE0004535) | |
| 93 | *WITHDRAWN AS DUPLICATE.* | |
| 94 | *WITHDRAWN AS DUPLICATE.* | |
| 95 | Letter – Oct. 2, 2014: *from T. Sykes to G. Gentile and P. Dorsett*. (GENTILE0004507) | |
| 96 | Email – Jul. 24, 2013: *to P. Dorsett*. (SEC-FL-03848-E-0011142) | |
| 97 | Email – Dec. 5, 2013: *J. Ritchie, E. Rahming, P. Dorsett, others*. (SEC-FL-03848-E-0013468) | |
| 98 | *WITHDRAWN.* | |
| 99 | *WITHDRAWN AS DUPLICATE.* | |
| 100 | Letter – Jul. 27, 2017: *from P. Mannelly of McDonald Caranoto G. Gentile and Y. Frantz.* (GENTILE0004891) | |

| Def. No. | Description | Objection(s) |
|---|---|---|
| 101 | Email – Sep. 10, 2015: *G. Gentile regarding NicaTrades.com*. (GENTILE0004883) | |
| 102 | Email – Apr. 20, 2016: *from P. Dorsett*. (SEC-SECPST-E-0001802) | |
| 103 | Email – Jun. 6, 2018: *from J. Weissman to P. Dorsett*. (SEC-SECPST-E-0009719) | |
| 104 | Email – Jul. 27, 2015: *from M. Miah to P. Dorsett, others*. (GENTILE0004648) | |
| 105 | Email – Nov. 4, 2015: *from G. Gentile*. (GENTILE0004886) | |
| 106 | Messages: *J. Ritchie and Y. Frantz*. | |
| 107 | Messages – Beginning Nov. 17, 2016: *Y. Frantz and (914) 486-4833*. | |
| 108 | Messages – Beginning Apr. 13, 2017: *Y. Frantz and (914) 486-4833*. | |
| 109 | Messages: *J. Pyfrom and Y. Frantz*. | |
| 110 | Messages: *A. Collie and Y. Frantz*. | |
| 111 | Email – Jun. 12, 2017: *Y. Frantz and M. Alramadhan*. (SEC-FL-03848-E-0044337) | |
| 112 | Email – Aug. 14, 2018: *J. Weissman and S. McKessy*. (SEC-SECPST-E-0009720) | |
| 113 | Email – Oct. 24, 2018: *J. Weissman and S. McKessy*. (SEC-SECPST-E-0009752) | |
| 114 | Swiss America Securities, LTD Form – Aug. 2017: flow chart of organizational structure. (SEC-FL-03848-E-0000055) | |
| 115 | Email – Mar. 21, 2018: *Y. Frantz, J. Ritchie, J. Pyfrom with attachments*. (SEC-FL-03848-E-0058441) | |
| 116 | Email – Jun. 19, 2017: *Y. Frantz, P. Dorsett, A. Collie, others*. (SEC-FL-03848-E-0054542) | |
| 117 | Email – Jul. 28, 2017: *G. Gentile, E. Cooper, A. Collie, others*. (SEC-FL-03848-E-0075075) | |

| Def. No. | Description | Objection(s) |
|---|---|---|
| 118 | Email – Aug. 9, 2017: *from Y. Frantz.* (SEC-FL-03848-E-0056138) | |
| 119 | Email – Dec. 11, 2017: *from C. Penalver.* (SEC-FL-03848-E-0043818) | |
| 120 | Screenshot: *Phillips & Cohen website, Sean X. McKessy profile.* | |
| 121 | Screenshot: *SureTrader website pop-up.* (SEC-SECWEBCAPTURE-E-0000007) | |
| 122 | Screenshot: *Slack messages '#newbackoffice'.* (SEC-FL-03848-E-0077781) | |
| 123 | Email – Mar. 23, 2017: *Y. Frantz and T. Sykes.* (SEC-FL-03848-E-0052863) | |
| 124 | Marketing Services Agreement – Feb. 28, 2014: *Millionaire Media.* (GENTILE-00004253) | |
| 125 | Letter – Oct. 2, 2014: *from T. Sykes to G. Gentile and P. Dorsett.* (GENTILE-00003898) | |
| 126 | Email – Jul. 5, 2017: *from Y. Frantz to J. Ritchie.* (SEC-FL-03848-E-0054771) | |
| 127 | Email – Apr. 4, 2017: *from P. Dorsett to Y. Frantz.* (SEC-FL-03848-E-0085086) | |
| 128 | Email – Jul. 5, 2017: *from B. Garrett to J. Ritchie.* (SEC-FL-03848-E-0078346) | |
| 129 | Email – May. 5, 2017: *G. Gentile, Y. Frantz, J. Pyfrom.* (GENTILE-00004301) | |
| 130 | Email – Mar. 30, 2017: *Y. Frantz, J. Ritchie, D. Moore, others.* (SEC-FL-03848-E-0052987) | |
| 131 | *WITHDRAWN AS DUPLICATE.* | |
| 132 | *WITHDRAWN AS DUPLICATE.* | |
| 133 | Email – Apr. 18, 2017: *'Affiliate Program Update & New Banners'.* (GRPN-SURETRADER00000044) | |
| 134 | Email – Sep. 28, 2017: *'SureTrader New Logo Banner & Program Stats'.* (GRPN-SURETRADER00000093) | |

| Def. No. | Description | Objection(s) |
|---|---|---|
| 135 | Email – Jan. 5, 2018: Affiliate Newsletter. (SEC-MOJO-E-00000010) | |
| 136 | Email – Mar. 24, 2017: *from Y. Frantz*. (SEC-FL-03848-E-0052981) | |
| 137 | *WITHDRAWN AS DUPLICATE.* | |
| 138 | Email – Mar. 6, 2017: *M. Rich and Y. Frantz*. (SEC-FL-03848-E-0041140) | |
| 139 | Email – Mar. 8, 2017: *M. Rich and Y. Frantz*. (SEC-FL-03848-E-0041167) | |
| 140 | Email – Mar. 23, 2017: *M. Rich and Y. Frantz*. (SEC-FL-03848-E-0052868) | |
| 141 | Email – Mar. 23, 2017: *Y. Frantz and D. Moore*. (SEC-FL-03848-E-0090668) | |
| 142 | Email – Jul. 13, 2017: *A. Collie and G. Gentile*. (GENTILE-00004315) | |
| 143 | Email – Oct. 15, 2017: *Y. Frantz and G. Gentile*. (GENTILE-00004307) | |
| 144 | Email – Nov. 7, 2017: *from J. Ritchie*. (GENTILE-00004352) | |
| 145 | Email – Feb. 22, 2018: *from Y. Frantz*. (SEC-FL-03848-E-0058166) | |
| 146 | Email – Mar. 23, 2018: *from J. Ritchie to G. Gentile, A. Collie, E. Cooper*. (GENTILE00005052) | |
| 147 | Swiss America Securities, LTD – Apr. 12, 2018: *from 'management' to Y. Frantz*. (GENTILE-00003834) | |
| 148 | Screenshot: *WhatsApp messages, 917-292-1425*. (GENTILE-00003835) | |
| 149 | Email – Apr. 17, 2018: *Y. Frantz, J. Ritchie, G. Gentile*. (GENTILE-00004313) | |
| 150 | Email – Apr. 24, 2018: *Y. Frantz, G. Gentile, A. Collie, E. Cooper, others*. (GENTILE-00004339) | |
| 151 | *WITHDRAWN AS DUPLICATE.* | |

| Def. No. | Description | Objection(s) |
|---|---|---|
| 152 | Email – Aug. 18, 2015: *G. Gentile, J. Pyfrom*. (GENTILE0004878) | |
| 153 | Email – Sep. 2, 2015: *G. Gentile, J. Pyfrom*. (GENTILE0004881) | |
| 154 | Email – May 15, 2018: *from J. Weissman to Y. Frantz*. | |
| 155 | Email – Apr. 25, 2018: *from Y. Frantz to SEC*. | |
| 156 | *Frantz v. XL Diamonds, LLC, et al.* (151672/2022) – Jun. 22, 2019: *[Dkt 6] Defendants' Response to Plaintiff's Interrogatories and Omnibus Demands*. | |
| 157 | Email – Apr. 26, 2018: Y. Frantz, S. Suh, N. Brown. | |
| 158 | Screenshot – Jan. 7, 2017: *Wayback Machine capture of Suretrader website.* | |
| 159 | Screenshot – Apr. 5, 2016: *Wayback Machine capture of Suretrader website.* | |
| 160 | Screenshot – Feb. 27, 2016: *Wayback Machine capture of Suretrader website.* | |
| 161 | Screenshot – Sep. 8, 2016: *Wayback Machine capture of Suretrader website.* | |
| 162 | Screenshot – Jan. 6, 2016: *Wayback Machine capture of Suretrader website.* | |
| 163 | Screenshot – Oct. 19, 2016: *Wayback Machine capture of Suretrader website.* | |
| 164 | Screenshot – May 28, 2014: *Wayback Machine capture of StockTradingIdeas.com.* | |
| 165 | Screenshot – Jan. 25, 2016: *Wayback Machine capture of StockTradingIdeas.com.* | |
| 166 | Screenshot – Oct. 23, 2018: *Wayback Machine capture of Suretrader website.* | |
| 167 | Screenshot – Oct. 23, 2018: *Wayback Machine capture of Suretrader website.* | |
| 168 | Screenshot: *Capture of Financial Conduct Authority website with information about Mint Global Markets UK Ltd.* | |
| 169 | Email – Mar. 5, 2023: *from A. Sum of the SEC to A. Johnson and O. Jimenez*. | |

| Def. No. | Description | Objection(s) |
|---|---|---|
| 170 | Email – Mar. 7, 2023: *from O. Jimenez to A. Sum and A. Johnson*. | |
| 171.a | Email – Mar. 7, 2023: *from A. Sum to O. Jimenez and A. Johnson*. | |
| 171.b | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin*. | |
| 171.c | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin*. | |
| 171.d | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin*. | |
| 171.e | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin*. | |
| 171.f | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin*. | |
| 171.g | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin*. | |
| 172.a | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin*. | |
| 172.b | Trading Records – 2016: *Apex Clearing for O. Jimenez*. | |
| 173 | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin*. | |
| 174 | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin*. | |
| 175 | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin*. | |
| 176 | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin*. | |
| 177 | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin*. | |
| 178 | Email – Mar. 6, 2023: *from O. Jimenez to A. Sum and A. Johnson*. | |
| 179 | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin*. | |
| 180 | Photograph – circa 1999: *SpeedTrader*. | |
| 181 | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin*. | |
| 182 | In the Matter of Mark G. Brickman and Mark E. Baratto (File No. 3-16576) – Jun. 5, 2015: *Order Instituting Administrative and Cease-and-Desist Proceedings*. | |

| Def. No. | Description | Objection(s) |
|---|---|---|
| 183 | Department of the Treasury Internal Revenue Service – 2015: *form 8879, form 9325, form 1040, form 8863, form 2106-EZ, form 4562, for O. Jimenez.* | |
| 184 | Department of the Treasury Internal Revenue Service – 2016: *form 8879, form 1040, form 8949, form 8615 for O. Jimenez.* | |
| 185 | Department of the Treasury Internal Revenue Service – 2017: *form 8879, form 1040, form 8949, form 8917, form 8965 for O. Jimenez.* | |
| 186 | Department of the Treasury Internal Revenue Service – 2016: *form 8879, form 1040, form 8949, form 8962 for O. Jimenez.* | |
| 187 | Federal Tax Return – 2020: *O. Jimenez.* | |
| 188 | Federal Tax Return – 2021: *O. Jimenez.* | |
| 189 | Federal Tax Return – 2022: *O. Jimenez.* | |
| 190 | *WITHDRAWN.* | |
| 191 | Wells Fargo – Feb. 13, 2017: *O. Jimenez.* | |
| 192 | Wells Fargo – Mar. 14, 2017: *O. Jimenez.* | |
| 193 | Wells Fargo – Apr. 14, 2017: *O. Jimenez.* | |
| 194 | Commodity Futures Trading Commission: *Q & A – Final Regulations on Protection of Consumer Information Under the Fair Credit Reporting Act.* | |
| 195 | Florida Bar Association: *Rule 4-7.18 - Direct Contact With Prospective Clients.* | |
| 196 | American Bar Association: *Rule 7.3 – Solicitation of Clients.* | |
| 197 | SureTrader Account Application – *M. Agha.* | |
| 198 | Employment Authorization Card: *M. Agha.* (MintBroker-E-0609471) | |

June 4, 2024                                        Respectfully submitted,

                                                        FORD O'BRIEN LANDY LLP
                                                        */s/ Gabriela M. Ruiz*
                                                        Gabriela M. Ruiz
                                                        Fla. Bar. 46844
                                                        One Biscayne Tower
                                                        2 South Biscayne Boulevard, Suite 3200
                                                        Miami, Florida 33131
                                                        Tel.: (786) 310-1135 (main)
                                                        gruiz@fordobrien.com

                                                        Adam C. Ford (admitted *pro hac vice*)
                                                        Matthew A. Ford (admitted *pro hac vice*)
                                                        Stephen R. Halpin III (admitted *pro hac vice*)
                                                        275 Madison Avenue, 24th Floor
                                                        New York, New York 10016
                                                        Tel.: (212) 858-0040 (main)
                                                        aford@fordobrien.com
                                                        mford@fordobrien.com
                                                        shalpin@fordobrien.com