UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,  
f/k/a SWISS AMERICA SECURITIES LTD.  
and d/b/a SURETRADER, and  
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.  
_____/

**DEFENDANT GENTILE'S UNOPPOSED MOTION TO BRING ELECTRONIC DEVICES INTO THE COURTHOUSE FOR TRIAL**

    Defendant Guy Gentile hereby requests permission for Trial Counsel Matthew A. Ford, Stephen R. Halpin III, Emily Bloom, and paralegal Rene Becerra to bring electronic devices into the Courthouse for use at trial set to begin Monday, June 10, 2024, and scheduled to run through Tuesday, June 25, 2024, in the above-captioned matter. Specifically, Gentile requests that Matthew A. Ford, Stephen R. Halpin III, Emily Bloom, and Rene Becerra each be permitted to bring an Apple Mac laptop computer, and Matthew A. Ford, Stephen R. Halpin III, Emily Bloom, Rene Becerra, Gabriela Ruiz, and Mallorie Thomas be permitted to bring an Apple iPhone. Gentile also requests that Stephen R. Halpin III be permitted to bring an Apple watch.

    Gentile additionally requests that Emily Bloom and Rene Becerra may bring:

    A) 1 HP laptop computer,

    B) 1 portable hard drive;

    C) 1 monitor;

    D) 1 Apple computer mouse;

1

E) 1 Bluetooth computer mouse;

F) 2 USB cables;

G) 2 HDMI cables;

H) 1 USB-C to HDMI converter;

I) 3 thumb drives;

J) 1 external hard drive;

K) 2 extension cords;

L) 1 power strip surge protector.

Gentile further requests permission for Emily Bloom and Rene Becerra to bring the electronic devices into the Courthouse and Courtroom on Friday, June 7, 2024, in order to test the equipment. Counsel for Gentile have conferred with opposing counsel, who do not oppose this request.

June 5, 2024

Respectfully submitted,

FORD O'BRIEN LANDY LLP
 /s/ Gabriela M. Ruiz
Gabriela M. Ruiz
Fla. Bar. 46844
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3200
Miami, Florida 33131
Tel.: (786) 310-1135 (main)
gruiz@fordobrien.com

Adam C. Ford (admitted *pro hac vice*)
Matthew A. Ford (admitted *pro hac vice*)
Stephen R. Halpin III (admitted *pro hac vice*)
275 Madison Avenue, 24th Floor
New York, New York 10016
Tel.: (212) 858-0040 (main)
aford@fordobrien.com
mford@fordobrien.com
shalpin@fordobrien.com