UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDACASE

NO: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

MINTBROKER INTERNATIONAL,
LTD., f/k/a SWISS AMERICA
SECURITIES LTD.

and d/b/a SURETRADER, and

GUY GENTILE, a/k/a GUY GENTILE NIGRO,

Defendants.

_____/

### ORDER GRANTING UNOPPOSED MOTION TO BRING ELECTRONIC DEVICES INTO THE COURTHOUSE FOR TRIAL

THIS CAUSE having come before the Court on the Unopposed Motion to Bring Electronic Devices into the Courthouse for Trial (the "Motion"), pursuant to the Court's April 8, 2024, Order of Instructions Before Calendar Call. This Court having considered the Motion and all other relevant factors, it is hereby **GRANTED**.

WHEREFORE it is **ORDERED** that:

Trial Counsel Matthew A. Ford, Stephen R. Halpin III, Emily Bloom, and paralegal Rene Becerra may bring electronic devices into the Courthouse for use at trial beginning June 10, 2024. Specifically, Matthew A. Ford, Stephen R. Halpin III, Emily Bloom, and Rene Becerra each may bring an Apple Mac laptop computer, and Matthew A. Ford, Stephen R. Halpin III, Emily Bloom, Rene Becerra, Gabriela Ruiz, and Mallorie Thomas each may bring an Apple iPhone. Also, Stephen R. Halpin III may bring an Apple watch. Additionally, Emily Bloom and Rene Becerra may bring:

A) 1 HP laptop computer,

B) 1 portable hard drive;

C) 1 monitor;

D) 1 Apple computer mouse;

1

E) 1 Bluetooth computer mouse;

F) 2 USB cables;

G) 2 HDMI cables;

H) 1 USB-C to HDMI converter;

I) 3 thumb drives;

J) 1 external hard drive;

K) 2 extension cords;

L) 1 power strip surge protector.

MOREOVER, Emily Bloom and Rene Becerra may bring the electronic devices into the Courthouse and Courtroom on **Friday, June 7, 2024**, in order to test the equipment.

DONE AND ORDERED in Chambers at _____, Florida, this day of _____.

                                                         _____

                                                         Honorable Beth Bloom
                                                         United States District Judge

Copies furnished to: All Counsel of Record