UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21079-BLOOM/Torres

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.
and GUY GENTILE,

    Defendants.
_____/

**ORDER GRANTING UNOPPOSED MOTION TO BRING
ELECTRONIC DEVICES INTO THE COURTHOUSE FOR TRIAL**

THIS CAUSE is before the Court upon the Unopposed Motion to Bring Electronic Devices into the Courthouse for Trial (the "Motion"), ECF No. [282], pursuant to the Court's April 8, 2024, Order of Instructions Before Calendar Call. The Court has carefully reviewed the Motion and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion to Bring Electronic Devices into the Courthouse for Trial (the "Motion"), **ECF No. [282]**, is **GRANTED**.

2. Trial Counsel Matthew A. Ford, Stephen R. Halpin III, Emily Bloom, and paralegal Rene Becerra may bring electronic devices into the Courthouse for use at trial beginning June 10, 2024. Specifically, Matthew A. Ford, Stephen R. Halpin III, Emily Bloom, and Rene Becerra each may bring an Apple Mac laptop computer, and Matthew A. Ford, Stephen R. Halpin III, Emily Bloom, Rene Becerra, Gabriela Ruiz, and

Mallorie Thomas each may bring an Apple iPhone. Also, Stephen R. Halpin III may bring an Apple watch. Additionally, Emily Bloom and Rene Becerra may bring:

A) 1 HP laptop computer,

B) 1 portable hard drive;

C) 1 monitor;

D) 1 Apple computer mouse;

E) 1 Bluetooth computer mouse;

F) 2 USB cables;

G) 2 HDMI cables;

H) 1 USB-C to HDMI converter;

I) 3 thumb drives;

J) 1 external hard drive;

K) 2 extension cords;

L) 1 power strip surge protector.

3. Emily Bloom and Rene Becerra may bring the electronic devices into the Courthouse and Courtroom on **Friday, June 7, 2024**, in order to test the equipment, after emailing Chambers to arrange a good time to do so.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 6, 2024.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:    Counsel of Record