UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

MINTBROKER INTERNATIONAL,
LTD., f/k/a SWISS AMERICA
SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE* AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of EMILY KLAIR BLOOM of the law firm of FORD O'BRIEN LANDY LLP, 3700 RANCH ROAD 620 SOUTH, SUITE B, AUSTIN, TEXAS 78738, (512) 503-6388, for purposes of appearance as co-counsel on behalf of GUY GENTILE, a/k/a GUY GENTILE NIGRO, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit EMILY KLAIR BLOOM to receive electronic filings in this case, and in support thereof states as follows:

1.     EMILY KLAIR BLOOM is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bars of the Supreme Court of Texas (Tx. Bar No. 24123503) and the United States District Court for the Western District of Texas.

2.     Movant, GABRIELA M. RUIZ, of the law firm FORD O'BRIEN LANDY LLP,

One Biscayne Tower, 2 South Biscayne Boulevard, Suite 3200 Miami, Florida 33131, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant has previously consented to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the Local Rules of this Court, EMILY KLAIR BLOOM, has made payment of this Court's $200.00 accordance admission fee. A certification in with Rule 4(b) is attached hereto.

4. EMILY KLAIR BLOOM by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to EMILY KLAIR BLOOM, at email address: ebloom@fordobrien.com.

WHEREFORE, GABRIELA M. RUIZ, moves this Court to enter an Order permitting EMILY KLAIR BLOOM to appear before this Court on behalf of GUY GENTILE, a/k/a GUY GENTILE NIGRO, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to EMILY KLAIR BLOOM.

Date: June 6, 2024 				Respectfully submitted,

FORD O'BRIEN LANDY LLP

By:   /s/ Gabriela M. Ruiz
Gabriela M. Ruiz
Fla. Bar. 46844
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3200
Miami, Florida 33131
Tel.: (786) 310-1135 (main)
gruiz@fordobrien.com

## CERTIFICATION OF EMILY KLAIR BLOOM

EMILY KLAIR BLOOM, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Supreme Court of Texas (Tx. Bar No. 24123503), and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

*/s/ Emily Klair Bloom*
Emily Klair Bloom