**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 1:21-cv-21079-BB**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

MINTBROKER INTERNATIONAL,
LTD., f/k/a SWISS AMERICA
SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for

EMILY KLAIR BLOOM, Consent to Designation, and Request to Electronically Receive Notices

of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice,

Peer Review, and Discipline of Attorneys in the United States District Court for the Southern

District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having

considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. EMILY KLAIR BLOOM may appear and participate in this

action on behalf of GUY GENTILE, a/k/a GUY GENTILE NIGRO. The Clerk shall provide

electronic notification of all electronic filings to EMILY KLAIR BLOOM at

ebloom@fordobrien.com.

**DONE AND ORDERED** in Chambers at _____, Florida, this

day of _____.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to: All Counsel of Record