Menu



Home » Broker Reviews » **SureTrader Broker Review**

# SureTrader Broker Review – Avoid the PDT Rule

By Dave

Last Updated February 22, 2018



Advertising Disclosure

## SureTrader Broker Review

| Commissions & Fees | ★ ★ ★ ★ ★ |
| Trading Platforms | ★ ★ ★ ★ ★ |
| Mobile Platform | ★ ★ ★ ★ ★ |
| Leverage | ★ ★ ★ ★ ★ |
| Customer Service | ★ ★ ★ ★ ★ |
| Borrows and Locates | ★ ★ ★ ★ ★ |

**Summary**

SureTrader is a brokerage based in The Bahamas. It offers U.S. residents the opportunity to circumvent the SEC's pattern day trader regulation. So is it worth it? Find out in our in-depth review.

**3.9**

★ ★ ★ ★ ★

# About SureTrader

SureTrader is a brokerage based in The Bahamas, offering U.S. residents the opportunity to circumvent the SEC's pattern day trader regulation. The brokerage is mostly targeted at day traders trying to circumvent their country's PDT regulations.

## Broker History

As a division of Swiss Americas Securities, Ltd., SureTrader is overseen by CEO Guy Gentile, who in 2016 was charged by the Securities and Exchange Commission with penny stock manipulation schemes. The charges were dismissed in 2017. Gentile also founded brokerage Speedtrader. SureTrader began operations in 2011 and quickly broke ground, averaging 30,000 transactions by May 2012.

# Type of Broker

SureTrader is a unique broker solution. While it offers direct market access because of their day trader customer demographic, it is not marketed as such. It is marketed more as a solution for traders to evade their country's trading regulations. This broker is best compared to [TradeZero](#) and [CMEG](#), two firms that help traders circumvent the PDT rule.

## Account Minimums

SureTrader requires a minimum account deposit of $500, allowing you to day trade as soon as the transaction clears.

# Commissions & Fees

## Commission Prices

SureTrader has a progressive, per-share trade rate, meaning that the more volume you produce, the cheaper your commissions become.

At the entry-level rate of 0-250,000 shares traded per month, you are charged $0.01 per share with a minimum ticket price of $4.95, and a maximum of $50.00. Below is a table outlining SureTrader's progressive commission structure.

| Volume Per Month | Per Share Rate | Per Trade Minimum | Per Trade Maximum | Product |
|---|---|---|---|---|
| 0 – 250,000 | $0.01 | $4.95 | $50.00 | U.S. Stocks |



## 🏆 Top Rated Services 🏆

Our team has reviewed over 300 services. These are our favorites:

📈 **Best Day Trading Service**
[Investors Underground](#)

💰 **Best Stock Picking Service**
[Motley Fool](#)

🎯 **Best Stock Scanner**
[Trade Ideas](#)

📱 **Best Mobile Broker**
[Webull](#)

📉 **Best Stock Charts**
[TradingView](#)

📊 **Best for Stock Research**
[Seeking Alpha](#)

| 250,001 – 500,000 | $0.008 | | $3.95 | $50.00 | U.S. Stocks |
| 500,000 – 750,000 | $0.006 | | $2.95 | $50.00 | U.S. Stocks |
| 750,001 – 1,000,000 | $0.004 | | $1.95 | $50.00 | U.S. Stocks |



# 🏆 Top Rated Services 🏆

Our team has reviewed over 300 services. These are our favorites:

📈 **Best Day Trading Service**
[Investors Underground](#)

🎯 **Best Stock Scanner**
[Trade Ideas](#)

📉 **Best Stock Charts**
[TradingView](#)

💰 **Best Stock Picking Service**
[Motley Fool](#)

📱 **Best Mobile Broker**
[Webull](#)

📊 **Best for Stock Research**
[Seeking Alpha](#)

# Options Pricing

| Trade | Rate | Product |
|-------|------|---------|
| 0 − 100 | $4.95 + $0.50 per contract | U.S. Options |
| Over 100 | $2.95 + $0.40 per contract | U.S. Options |

# Software Fees

SureTrader charges hefty software and data fees, most of which are free to clients of the top brokerage firms like E*TRADE and TD Ameritrade. They have a few different trading platforms of varying cost. The costs are laid out in the table below

| Trading Platform | Non-Pro fees (monthly) | Professional fees (monthly) |
|---|---|---|
| Web Based Trading (ActiveWeb) | Free | Free |
| SureTrader Pro + Mobile App | $49 | $49 |
| Mobile App | $35 | $35 |

# Data Fees:

| Level-1 Exchange Data | Non-pro fees (monthly) | Professional fees (monthly) |
|---|---|---|
| NASDAQ (Level 1) | Included | $40 |
| NYSE, AMEX (Level 1) | Included | $65 |

| Pink Sheet (Level 1) | $15 | $30 |
|---|---|---|
| OPRA Options (Level 1) | $15 | $25 |
| E-Mini Futures (Level 1) | $15 | $0 |
| Market Depth Data ($40 Access Fee) | Non-pro fees (monthly) | Professional fees (monthly) |
| Regional Quotes (Basic Level 2) | $15 | $60 |
| NASDAQ Total View (Book Depth) | $20 | $100 |
| Pink Sheet (Level 2) | $50 | $75 |
| OPRA Options (Level 2) | $50 | $75 |
| News | $25 | $25 |
| NYSE ARCA Book | $15 | $60 |
| CME Futures | $50 | $0 |

While SureTrader offers a lot of the features advanced traders need (as we'll discuss later), the fees can add up quickly. Unlike many other discount brokers, you will be required to pay for data, platform access, and more. In this sense, SureTrader is for a very unique type of client – a day trader with advanced brokerage needs and minimal funds. No doubt, SureTrader has a competitive offering, but the main differentiator is still the ability to bypass the PDT rule.

## Miscellaneous Account Fees

In addition to the various software and commission fees, SureTrader charges clients for account activities.

- Outgoing Funds: $40.00
- Inactive Fee (Quarterly – under 15 trades): $50.00
- Margin or Equity Call Fee: $25.00 per day

## Margin Fees

SureTrader claims they offer "discount margin interest rates," but do not disclose their rates. Instead, they encourage clients to contact them for their rates. Here is the information they lay out on their website:

"SureTrader offers discount margin interest rates, more competitive than other loan options. Clients with higher balances pay lower rates. While your portfolio's value changes, the amount of your margin loan does not. Once you understand the rules and risks regarding margin trading, contact SureTrader regarding your discount margin interest rate offer."

## Platforms & Tools

SureTrader offers three unique trading platforms:

Case 1:21-cv-21079-BB    Document 288-8    Entered on FLSD Docket 06/10/2024    Page 9 of 23

- ActiveWeb
- SureTrader Pro
- SureTrader Mobile App

# SureTrader ActiveWeb

ActiveWeb is SureTrader's free web trading platform. It is similar to most basic web trading platforms offered by other brokerages. You can access most of the tools you need from an online trading platform, however more serious traders will prefer the Pro platform.

ActiveWeb offers:

- Basic charting
- [Level 1 quotes](#)
- Time & Sales
- Watchlists

# SureTrader Pro

SureTrader Pro is SureTrader's premium trading platform, costing $49 per month. It is the DAS Trader platform with SureTrader's branding throughout (similar to [SpeedTrader Pro](#)). The platform is similar to most advanced day trading platforms offering hot keys, level 2 quotes, advanced charting, etc. SureTrader Pro is actually one of the nicer trading platforms available. They provide quality charts, level 2, and other beneficial features.

The following is a layout of its features:

- Level 2 market depth
- Hot key order execution
- Advanced charting
- Realtime news
- Window linking

# SureTrader Mobile

SureTrader offers free mobile web trading to all of their clients. This app is very basic but allows for trading on the go.

## iDASTrader Mobile App

This is SureTrader's more advanced mobile trading app, which costs $35 per month, or it comes free with a SureTrader Pro subscription. If has features like:

- Advanced mobile charting
- Level 2 quotes
- Stock screening

# Leverage

One of SureTrader's main selling points is their increased leverage offering beyond standard United States brokerages. SureTrader offers 6-to-1 intraday leverage and 2-to-1 overnight leverage. This is in contrast to the standard leverage offered by a US broker like TD Ameritrade, which is 2-to-1 leverage.

# Customer Service

SureTrader has a terrible customer service reputation. Personally, I've contacted their customer support on multiple occasions only to find myself waiting on hold for over 30 minutes. When I would finally get on the line with a customer service, the representative would have little to no knowledge on the topic I need help troubleshooting. My experience is not unique, either.

# Borrows and Locates

One of SureTrader's most widely praised features is their wider-than-average availability of stocks to borrow for short selling. While they won't offer every hot penny stock, many day traders have a SureTrader account specifically to borrow the hot penny stock of the day when it is tanking.

It is simple to figure out if a stock is available to short inside of the SureTrader Pro platform. In the "Trade" window, you can simply click on "Short List" and type your ticker.

If you need to locate a stock to borrow, you can contact their live chat support but, this has varying rates of success.

# Type of Trader SureTrader is Best For

SureTrader is best used by the United States (or abroad) trader who is burdened by regulations such as the Pattern Day Trader rule, which prohibits trading accounts with less than $25,000 from executing more than three day trades in a five day period. Additionally, it offers more leverage than its United States counterparts, so it works on multiple levels for under-capitalized US day traders.

While the ability to bypass the PDT rule can be enticing to newer traders, it's important to remember that the PDT rule is there to protect you (whether

you agree or not). Leveraging a small account and trading actively can be dangerous, and ultimately lead to account depletion. Traders with smaller accounts may consider commission-free brokerage, [Robinhood](), or other discount brokers like [ETRADE](), [Scottrade](), and [TD Ameritrade]().

# Pros & Cons

## Pros

- Circumvent the pattern day trader rule as a small trader
- Increased leverage (6:1)
- Wider availability of borrows
- Can attain direct market access

## Cons

- Per share fees add up when trading cheap stocks
- Tendency to "nickel and dime," they charge many fees that other brokers do not, such as fees for outgoing funds ($40.00).
- Its main selling point is for undercapitalized traders trying to escape regulations yet, all of the high fees will eat up a small account balance.

### Dave

Dave has been a part-time day trader and swing trader since 2011 when he first became obsessed with the markets. He focuses primarily on technical setups and will hold positions anywhere from a few minutes to a few days.

Over his trading career, Dave has tried numerous day trading products, brokers, services, and courses. He continues to test and review new day trading services to this day.

## Related Content

**Cobra Trading Broker Review**

**Nvstr Review – A Stock Broker with Social Trading Tools**

## Gatsby Review – What Does This Trading App Offer?

## Public App Review – A Look At This Commission-Free Brokerage App

# Coinbase Review – Bitcoin and GDAX Cryptocurrency Trading Platform

**Magnifi Review – Is This AI Broker Right For You?**

# Leave a Comment

Name *

Email *

Website

Post Comment

## Recent Reviews

How to Conduct Correlation Analysis in the Stock Market

How to Get Stock Recommendations

5 Simple Ways to Get Stock Picks

TRND Review – Are These Indicators Worth using?

Motley Fool vs. WallStreetZen – Which Is Best?

Motley Fool Stock Advisor vs. Seeking Alpha Alpha Picks

Insider Alerts Review – Is This Service Right For You?

## Review Categories

Broker Reviews

Chat Room Reviews

Comparisons

Guides

Robo Advisors

Service Reviews

Trading Software Reviews

## Top Rated Services

Our team has reviewed over 300 services. These are our favorites:

📈 **Best Day Trading Service** 📈
Investors Underground

🎯 **Best Stock Scanner** 🎯
Trade Ideas

💰 **Best Stock Picking Service** 💰
Motley Fool

📊 **Best for Stock Research** 📊
Seeking Alpha

📱 **Best Mobile Broker** 📱
Webull

💻 **Best Robo-Advisor** 💻
M1 Finance

## Brokers

Webull Review

Etrade Review

Robinhood Review

Public Review

M1 Finance Review

Betterment Review

## Software

Trade Ideas Review

TradingView Review

TrendSpider Review

TC2000 Review

Benzinga Review

FinViz Review

## Services

Motley Fool Review

Seeking Alpha Review

Stock Rover Review

Morningstar Review

Rule Breakers Review

Zacks Premium Review

## Education

Investors Underground Review

Timothy Sykes Review

TopstepTrader Review

Warrior Trading Review

Sky View Trading Review

Investopedia Academy Review

**© 2024 Day Trade Review**

Privacy Policy

Disclaimers