# EXHIBIT C

  

SIGN IN



**Ross's $583.15 to $1,000,000 Challenge!!**
Warrior Trading - 1 / 269


Day 1: Starting with a $583.15 Suretrader Account - 1/3/17
14:42 Warrior Trading


2  Day 2: Small Account +26% on $HMNY and $EVOK
15:53 Warrior Trading


3  Day 3: Mid Day Recap +79% on my Small Account on $HMNY $ETRM
9:44 Warrior Trading


4  Day 4 Small Account Challenge: +$618.51 this week +106% on my $583.15 Account
30:50 Warrior Trading

# Day 1: Starting with a $583.15 Suretrader Account - 1/3/17

128,556 views

👍 892    👎 49    SHARE    ...

 **Warrior Trading**
Published on Jan 3, 2017

**SUBSCRIBE 181K**

FREE eBook: "How to Day Trade" | Download Now: http://webinar.warriortrading.com/signup

DISCLAIMER: http://www.warriortrading.com/disclai...

//
Join our Free Day Trading Chat Room here: https://www.warriortrading.com/free-d...
See our Live Streaming Channel on TickerTV here: https://ticker.tv/daytradewarrior

I teach Day Trading Strategies for Beginner Traders. I focus on Momentum Trading Strategies including Gap and GO! and Trend Finding Strategies. All of our classes are available for immediate streaming at https://www.WarriorTrading.com.

// Helpful Links
Day Trading Chat Room: https://www.warriortrading.com/day-tr...
Premium Trading Courses: https://www.warriortrading.com/tradin...
Gap and Go Trading Strategy: https://www.warriortrading.com/gap-go/
Momentum Trading Strategy: https://www.warriortrading.com/moment...

Day 2: Small Account +26% on $HMNY and $EVOK
Warrior Trading
50K views
15:53

Day Trading Strategies (momentum) for Beginners:
Warrior Trading
3.8M views
55:18

How I learned To Day Trade In A Week
Garen Phillips
1M views
22:58

How to Day Trade a Small Account from $1k to $8,653.16
Warrior Trading
945K views
32:53

Learn to Day Trade - Beginners Lesson 1 of 8
Investors Underground
718K views
42:55


**PLAINTIFF'S EXHIBIT 280**

SEC-SECWEBCAPTURE-E-0000139

Twitter: @DaytradeWarrior @SwingWarrior

"Give a man a fish and you feed him for a day; teach a man to fish and you feed him for a lifetime"…

// Learn How to Day Trade and Learn How to Swing Trading
As Day Traders and Swing Traders our mission is simple. We are looking for stocks that we expect will move in a predictable direction. We want to take a position with a predefined stop level and profit target. Sounds easy right? In a lot of ways it is. But there are literally thousands of different strategies for trading the market. Every trader has a unique approach to trading. Our goal is to teach you our strategies. I have developed a series of profitable trading strategies for beginners. Our Trading Courses focus on the most fundamental aspects of a successful trade.

// Chart Patterns
After you understand risk management and proper stock selection, we teach you how to find stock patterns on charts. These patterns are how we base our risk and reward. We look for chart patterns that have well defined areas of support and resistance. We will use previous support levels as our stop price, or our risk, and we look at previous resistance areas as our initial profit target, or our reward. If the profit vs loss ratio is 2:1 we will take the trade. I teach both day trading strategies and swing trading strategies. For day trading we focus primarily on 5min charts while swing traders focus more on daily charts. The patterns in general are the same. I teach traders how to find patterns in real-time including Bull Flags, Bear Flags, Flat Tops, Flat Bottoms, and Rubber Band Reversal Setups.

// Trading Strategies
Learning risk management, proper stock selection, and chart patterns is important, but those alone don't create a trading strategy. A trading strategy requires details on the time of day you take these trades, what type of stocks you like to trade, what percentage to success you expect. All our students are required to papertrade and prove to me that they can trade on a percentage of success that is high enough to justify real trading. If you can't make money in a demo account, you have no business trading a real account. We have saved students hundreds of thousands of dollars by encouraging paper trading while they are learning. The market will be here for a long time to come. The important thing for you right now is to build up the skills to trade the market successfully. You will learn that once you possess the skills to consistently make $20.00/day all it takes to make $200 is larger share size. Then all it takes to make $2000 is again, larger share size. The hardest part is being consistently green just $20/day. So that is our initial target for all of our students. Profitable trading 4/5 days per week for at least 3 months.

Join our Free Day Trading Chat Room here: https://www.warriortrading.com/free-d...

| | |
|---|---|
| Category | Education |
| License | Standard YouTube License |


22K views


LEGENDS OF TRADING: THE STORY OF JESSE LIVERMORE
The Duomo Initiative - Financial Edu
44K views


3 Most Common Trading Mistakes
Trading 212
Recommended for you


WHY 90% OF TRADERS LOSE MONEY
Sky View Trading
1.3M views


How I Learned To Scan and Find Stocks Before They Breakout
EatSleepProfit
46K views


The REAL TRUTH About Life as A Day Trader
Cameron Fous
497K views


Warrior Trading Honest Review
ImpulseBuyer
72K views


3 Simple Ways To Use Candlestick Patterns In Trading;
Joseph James
Recommended for you


How To Make $2,400 Every Day Within 15 Minutes Day Trading
AMG Trading
Recommended for you


ROBINHOOD APP: Turning $100 into $202,081.97 Day Trading!
Millennial Money

 **Warrior Trading** 1 month ago

I would consider signing up for our next webinar. We have special offers for webinar attendees. Join our LIVE webinar, Thursday, Jan 25th at 8pm EST / 5pm PST. Sign up here: https://webinar.warriortrading.com/live-2018

REPLY

 **Suicide_Wasabi** 10 months ago

im trying to set up my account for suretrader, and i downloaded the proplatform but i never had to pay for it? it never gave me an option and im confused. Since youre trading in suretrader, can you explain how you paid for it?

REPLY 1

Hide replies

 T Walker 10 months ago

It's postpay not prepay meaning they will take it at the end of the month/beginning of next month for the services you used this month.

REPLY 1

 **Joseph Bosco** 4 months ago

DO NOT open a SureTrader account people, they're the worst broker out there. They have it setup in away that all odds will be against you. High commission fees, hidden fees, horrible support staff and an awful platform that crashes multiple times everyday. They will liquidate any position you have whenever they feel like, even if you're up in the green. Don't make a mistake opening an account with those crooks.  The owner of SureTrader, Guy Gentile was officially charged with securities fraud by the US Attorney's Office in 2016. Don't make the same mistake I made. I ignored all warnings from others' comments and reviews. I even ignored my own friends' advice who used them in past. Hey, we all live and learn and I've learned my lesson the hard way. I've recovered what I lost with these crooks and now making real money with other brokers. If you're looking to avoid the PDT rule like I was, don't use SureTrader, just open three different account with multiple brokers to have more trades per week. That's what I did after leaving those crooks and I've been very successful since. Don't make the same mistake I made!

Show less

REPLY 1

 **James Edwards-Marche** 1 year ago

Hi Ross. Do you have a recommended video/course of yours or someone else's to learn how to use Level II?

I'm profitable long-term but realize that I could do so much better than just using candlesticks

Read more

REPLY 1  

SEC-SECWEBCAPTURE-E-0000160

## U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # FL-03848

DECLARATION OF Russell Castillo

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Russell Castillo I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C. As part of my duties I am tasked to conduct a Website Capture.

3. In support of investigation number FL-03848, and at the direction of my supervisor, I was tasked to conduct Website/video capture of the following URL's.

    http://www.daytradingradio.com/pages/preferredbroker
    https://www.youtube.com/watch?v=30md_hg2xug&list=PL1xI23WKVWifbz4T76SlG9l2a74JmkD0p

4. To complete the above mentioned website/video capture on February 26, 2018, the following tools were used:

    Adobe Acrobat Pro, KeepVid

5. After each website/video was captured, an email containing the identified web capture was produced to
    or
    After each website/video was captured for the above criteria, It was stored on a network share in which the location was provided by Sajjad Matin. The location that was provided is as follows:

    \\ad\enfdataexchange\HQtoMIRO_dropoff\Webcapture

6. Any additional comments related to this Website/video capture are provided below:

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

Russell Castillo
[Analyst Name]                                          Executed on this 26th day of February 2018