# EXHIBIT D

@GuyGentile really is this true? You were working with the feds for 5 years

## Career

### Undercover work with the FBI

Gentile has also appeared in Bloomberg which documented his 2012 arrest by the FBI and immediate decision afterward to become an undercover operative. The FBI claimed Gentile was running a pump and dump scheme, where Gentile allegedly hyped a Mexican gold mine and Kentucky gas drilling company in 2007-2008. In 2016, Gentile was arrested again on the same charges after he stopped cooperating with the FBI but was allowed to go free on $75,000 bail.[10] According to the 2016 indictment prosecuted by U.S. Attorney Paul J. Fishman, Gentile defrauded investors in the pump and dump scheme out of $17.2 million. Gentile was never convicted of any crime, and the U.S. District Court of New Jersey dismissed the indictment shortly after.[11]