# EXHIBIT G

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:       )
                        ) File No. FL-03848-A
TRADERS CAFE, LLC       )

WITNESS:   Carla Marin

PAGES:     1 through 229

PLACE:     Securities and Exchange Commission
           801 Brickell Avenue
           Suite 1800
           Miami, Florida 33131

DATE:      Wednesday, February 5, 2020

The above-entitled matter came on for hearing, pursuant to notice, at 11:12 a.m.

Diversified Reporting Services, Inc.

(202) 467-9200

PLAINTIFF'S EXHIBIT 11

Page 162

1  is the original source of the funds and then I give you
2  the money.
3      A   You're assuming that. You're making all these
4  assumptions and questioning me. I don't know any of what
5  you said to be true at all. Okay. And I'm even pointing
6  out to you that if you look at these check numbers it
7  seems kind of weird that all these people have all check
8  number 501 or 502 or 503 or check 2621, I mean, that in
9  itself -- I told you Checkbook IO was the one who handled
10 it, and how they inputted this into the banking system I
11 don't know. I know that what I told you, that's what it
12 was.
13     Q   What you told me give it to me again.
14     A   It was Swiss America's money that they earned
15 or they had the agreement with whoever was going to the
16 website which is all located in the Bahamas, that when
17 they open up an account that it was just like I said, if
18 you're going to get chips at the casino you're getting
19 chips. So you're giving your money over for chips so you
20 come back with chips. So whatever way they work, if
21 you're earning money in that account you lose all your
22 money you lost it.
23     Q   This isn't deposits to put into a brokerage
24 account to then go ahead and invest in securities.
25         MR. BERKELEY: Do you mind because I can

Page 163

1  explain something to you, I'll do it off the record then
2  you can put it on the record?
3          MS. WEISSMAN: No.
4          MR. BERKELEY: No.
5          MS. WEISSMAN: You can explain it on the
6  record.
7          MR. BERKELEY: No, because I'm not going to
8  testify but I'm going help you. If you don't want the
9  help then that's fine. I want to help you understand
10 this so you can ask the right questions and get this done
11 so we're not here again.
12         MS. WEISSMAN: Can she explain it to me?
13         THE WITNESS: I told you I didn't know exactly
14 how they did it. This was done by check they had in my
15 understanding a separate or concurrent at the time this
16 was formed with Checkbook IO, Checkbook IO my
17 understanding they were inputting this into the system
18 with the bank, I don't know how they did it. I was not
19 apart of that. Wells Fargo didn't ask me, they just did
20 it. The only thing I think I signed was I recall signing
21 was something for BDO when they had an audit.
22         BY MS. WEISSMAN:
23     Q   You didn't have any concerns about not really
24 understanding how this account worked. You're an
25 attorney, you're the president, you're the sole

Page 164

1  signatory, you didn't have a concern about a financial
2  institution account with millions of dollars running
3  through it not understanding the source of the funds and
4  how it was working.
5      A   I think you know Sure Trader made money and it
6  wasn't making a little bit amount of money.
7      Q   That's not my question.
8      A   You're saying to me don't I have a concern.
9      Q   Did you have a concern? You can answer yes or
10 no.
11     A   Why would I have a concern? If I was dealing
12 with the turnip down the road, yeah, if you're dealing
13 with a company that makes that's they're normal course of
14 business is earning a lot of money most likely not.
15         What would say to me -- if they weren't making
16 any money maybe that would be a concern. They're making
17 money and you know it because Mr. Gentile aided and
18 assisted not only the DOJ but the SEC in terms of all of
19 this other stuff that was going on. Everything that he
20 was doing benefitted both your agencies.
21     Q   That doesn't have any relevance.
22     A   Yes, it does.
23     Q   It's the exhibit in front of you.
24     A   It does. Overall it does.
25     Q   How does it have anything to do with the Wells

Page 165

1  Fargo bank statement?
2      A   You're asking me what Checkbook OI did. That's
3  my understanding. That's a business decision they made.
4  You're asking me whose money is this, I'm telling you my
5  understanding, and especially buttressed by the SEC, FBI,
6  and the DOJ utilizing Sure Trader to go after targets and
7  get criminals convictions on people.
8      Q   Can you please lower your voice?
9      A   No. You act like you don't know this.
10     Q   That's not what I said.
11     A   Well I'm explaining to you so as far as I
12 understood.
13     Q   Let's stick to the relevant questions.
14     A   I'm just explaining to you. As far as I
15 understood everything that was done down in the Bahamas
16 with Sure Trader with this government was the same that
17 was occurring afterwards. To my knowledge that was it.
18 I didn't do any business decisions, I did opened up this
19 company, gave legal advice, whether they took it or
20 not --
21     Q   So you didn't know any of the individuals
22 names?
23     A   No, I don't know these individuals.
24     Q   Is it correct to say that no matter how many
25 statements we showed you you wouldn't know individuals