# EXHIBIT H

## Page 1

```
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE      )
COMMISSION,                  )
                             )
     Plaintiff,              )
                             )
     vs.          ) CASE NO.:
                  ) 1:21-CV-21079-Bloom/Otazo-Reyes
MINTBROKER INTERNATIONAL,  )
LTD., f/k/a SWISS AMERICA  )
SECURITIES LTD. and d/b/a  )
SURETRADER, and GUY        )
GENTILE, a/k/a GUY GENTILE )
NIGRO,                     )
                           )
     Defendants.           )
_____)


     REMOTE VIDEOTAPED DEPOSITION OF ROSS PIERCE CAMERON
                        VIA WEBEX
                 Tuesday, March 14, 2023




Reported by:
Diane M. Bolan,
CSR No. 12883
Job No. 230314DBO
```

## Page 2

```
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE      )
COMMISSION,                  )
                             )
     Plaintiff,              )
                             )
     vs.          ) CASE NO.:
                  ) 1:21-CV-21079-Bloom/Otazo-Reyes
MINTBROKER INTERNATIONAL,  )
LTD., f/k/a SWISS AMERICA  )
SECURITIES LTD. and d/b/a  )
SURETRADER, and GUY        )
GENTILE, a/k/a GUY GENTILE )
NIGRO,                     )
                           )
     Defendants.           )
_____)


     Remote videotaped deposition of ROSS PIERCE
CAMERON, taken on behalf of Plaintiff, via Webex,
beginning at 2:14 p.m. (ET) on Tuesday, March 14, 2023,
before Diane M. Bolan, Certified Shorthand Reporter No.
12883.
```

## Page 3

```
APPEARANCES:

For Plaintiff:
     UNITED STATES SECURITIES AND EXCHANGE COMMISSION
     BY:  ALISE JOHNSON, ESQ.
          ALICE SUM, ESQ.
     801 Brickell Avenue, Suite 1950
     Miami, Florida 33131

For the Defendant Gentile:

     FORD O'BRIEN LANDY, LLP
     BY:  STEPHEN R. HALPIN III, ESQ.
     275 Madison Avenue, Floor 24
     New York, NY 10016

For the witness:

     PAUL HASTINGS
     BY:  NICHOLAS MORGAN, ESQ.
     515 S. Flower Street, 25th Floor
     Los Angeles, CA 90071

Also appearing:
     "guy"

Videographer:  Nancy Holmstock
```

## Page 4

```
                     I N D E X
         WITNESS: ROSS PIERCE CAMERON
     EXAMINATION                        PAGE
        By Miss Johnson                 6/126
        By Mr. Halpin                   93

                     EXHIBITS
   EXHIBIT                              MARKED
   Exhibit 34 - Email thread - 4/28/16     23
   Exhibit 35 - Email thread - 8/2/16      28
   Exhibit 36 - Marketing Services Agreement   37
   Exhibit 48 - Screenshot - Broker Rebate Program  57
   Exhibit 38 - Email thread - 1/27/17     64
   Exhibit 39 - Email thread - 2/10        67
   Exhibit 40 - Ticker TV correspondence   73
   Exhibit 41 - Email thread - 3/21/17     76
   Exhibit 42 - Email thread - 3/21/17     80
   Exhibit 32 - Screenshot - Review        84
   Exhibit 43 - Email thread - 7/17/17     89
   Exhibit 1 - Email thread - 8/21/16      99
   Exhibit 2 - Marketing Services Agreement   106
   Exhibit 4 - Email thread - 10/4/16      110
   Exhibit 5 - Email thread - 10/11/16     114
   Exhibit 9 - Email thread - 3/2/17       116
   Exhibit 7 - Review                      119
   Exhibit 8 - Email thread - 7/17/17      124
```

PLAINTIFF'S EXHIBIT 25

Page 25

```
 1    A.  I do.
 2    Q.  Who was Guy when you wrote "Guy"?
 3    A.  I was referring to Guy Gentile.
 4    Q.  And what was your understanding of how Guy
 5  Gentile was related to SureTrader?
 6    A.  I understood that he owned SureTrader, but,
 7  of course, my understanding may not have been fact.
 8  But from the interview or whatever it was that Tim
 9  Sykes did, I remember the picture of the two of them
10  side by side, and it seems like it was a promotion for
11  SureTrader, and it seemed like Guy was the top at
12  SureTrader.
13    Q.  Okay.  Do you remember drafting this e-mail?
14    A.  I don't recall drafting the e-mail.  Now that
15  I look at it, I recognize that it looks probably like
16  an e-mail I sent, yeah, sure.
17    Q.  Do you recall why you were reaching out to
18  SureTrader?
19    A.  I do.
20    Q.  Why was that?
21    A.  There had been news that Guy Gentile had been
22  indicted, I think that's the right word.  I think that
23  was the case, or charges were -- something was going on
24  with him, and something with penny stocks, and it sort
25  of sent shockwaves through the community of active
```

Page 26

```
 1  retail traders, because we were like, whoa, doesn't he
 2  run the broker that I'm using?  And I believe the
 3  allegations also involved maybe somehow using one of
 4  the brokers, because there was also Speedtrader, which
 5  was a U.S. broker, but I understood it was also owned
 6  by him.
 7         So, anyways, people were expressing concern,
 8  and I usually try to, if I can, send that up the line
 9  and see if I can find an answer and find some
10  reassurance.
11    Q.  Okay.  Did you know Justin at SureTrader
12  before you reached out to him?
13    A.  I don't know how I got his e-mail, so -- I
14  know who Justin is.  You know, he was, I thought, an
15  employee at SureTrader.  I don't know when or how I was
16  introduced to him.  I couldn't say.  But obviously, I
17  had his e-mail, and I said, "Hey, Justin," so it seems
18  like I was friendly enough with him that I probably had
19  spoken with him before this e-mail.
20         MISS JOHNSON:  Okay.  Fair enough.
21         Can we just go down, scroll down a little so
22  we can see what Justin's response was.
23         Up a little.
24         It's the same page, the same page we were
25  just looking at, please.
```

Page 27

```
 1    Q.  BY MISS JOHNSON:  Okay.  And you'll see, if
 2  you look at where it says "Justin Ritchie,
 3  justin@suretrader" to rosscameron@gmail, April 29th,
 4  2016, 9:35, it says, "Hi, Ross.  Your concern is
 5  understandable given the headlines, but there's no
 6  cause for concern.  In reference to the news reports
 7  concerning Mr. Gentile, I assure you that Swiss America
 8  Securities is not complicit in any allegations brought
 9  against him.  Those charges predate our existence, and
10  although Mr. Gentile is the founder, we thought it best
11  that he step down at president earlier this year given
12  the circumstances."
13         Do you see that?
14    A.  I do.
15    Q.  Then if we go to the next page, what was your
16  response on April 29th of 2016 to Mr. Ritchie?
17    A.  I said, "Thank you for the e-mail.  That does
18  make me feel a bit better."
19         He said I understand your concern, but
20  there's no reason for concern, so, okay.  But when I
21  did an ACH withdrawal from my account, and it says Guy
22  Gentile, and the e-mail says ggentile@swissamerica,
23  that made me wonder if he was, in fact, still involved.
24  It made me a little skeptical as to what Justin had
25  just sent in the previous e-mail.
```

Page 28

```
 1    Q.  And that withdrawal was from your personal
 2  trading account?
 3    A.  Yes, that's correct.
 4         MISS JOHNSON:  Okay.  All right.  Let's go to
 5  Exhibit 35.
 6         (Deposition Exhibit 35 marked for
 7  identification.)
 8         MR. HALPIN:  You're not going to show him the
 9  rest of the document?
10         MISS JOHNSON:  No.  You're welcome, if you'd
11  like to, in your time.
12    Q.  BY MISS JOHNSON:  I'm showing you what's been
13  marked Plaintiff's Exhibit 35, and it says it's from
14  Ross Cameron to Justin Ritchie.  It's a few months
15  later, August 23rd, 2016, and it says, "Hi Justin.  I
16  wanted to reach out to you to see if you'd be
17  interested in working together to promote SureTrade
18  among the Warrior Trading community.  As you know, we
19  have over 2,000 active members in our community.  We
20  have just launched a rebate program with SpeedTrader,
21  and we'd love to have a similar arrangement with
22  SureTrader.  Check out the broker rebate program here,"
23  and there's a warriortrading/speedtrader broker rebate
24  program.  "SpeedTrader appeals to U.S. residents with
25  over 25,000, but we'd like an arrangement that appeals
```