# EXHIBIT I

Philip Dorsett
February 28, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

               PLAINTIFF,

   -against-    Case No.:
                  1:21-cv-21079-bb

MINTBROKER INTERNATIONAL, LTD., f/k/a SWISS
AMERICA SECURITIES LTD. and d/b/a
SURETRADER, and GUY GENTILE, a/k/a GUY
GENTILE NIGRO,

              DEFENDANTS.
------------------------------------------X

         DATE: February 28, 2023

         TIME: 9:36 A.M.


       DEPOSITION of PHILIP DORSETT,

taken by the Defendant, pursuant to a

Subpoena, held via videoconference, before

Victoria Scro, a Notary Public of the State

of New York.

PLAINTIFF'S EXHIBIT 132

Page 174

```
 1                P. DORSETT
 2      A.   The only time I got wind of
 3 that is when I read the article, the
 4 Bloomberg article that I referenced
 5 yesterday.
 6      Q.   Are you aware from 2012 to late
 7 2015, Mr. Gentile was acting as cooperator
 8 on the Exchange Commission for the United
 9 States of America?
10      A.   Sorry, what's the dates again?
11 Sorry.
12      Q.   From 2012 to the end of 2015.
13      A.   No, that doesn't make sense to
14 me at all.
15      Q.   Do you know if any of the
16 conversations that you heard between 2012
17 and 2015 where Mr. Gentile was on the phone
18 with people that you testified yesterday,
19 whether he was talking to FBI agents?
20      A.   I cannot say if he was talking
21 to FBI agents.  There was one conversation,
22 actually a few conversations, where he was
23 referring to me and it sounded as if he was
24 talking to regulators.
25      Q.   Do you know if he was speaking
```

Page 175

```
 1                P. DORSETT
 2 to individuals after having been directed
 3 by the FBI to contact those individuals, do
 4 you know?
 5      A.   I know nothing about that.
 6           MR. FORD:  We'll pull this
 7      Exhibit 69 down.  This is taken from
 8      an opposition to motion to dismiss a
 9      criminal indictment that was filed
10      against Mr. Gentile in 2016.  Scroll
11      to the top for me.  This was filed in
12      the United States District Court for
13      the the District of New Jersey by
14      Honorable Jose Laneres by Paul
15      Fishman, United States Attorney on
16      the memorandum of Nicholas Grippo,
17      Paul Murphy and Mark Koyn, assistant
18      United States Attorneys.
19      Q.   Do you see that?
20      A.   Yes.
21      Q.   Do you know Nick Grippo?
22      A.   No.
23      Q.   Do you know Paul Fishman?
24      A.   No, I cannot say I do.
25      Q.   Do you know Gregory Yanko?
```

Page 176

```
 1                P. DORSETT
 2      A.   I am not familiar with that
 3 name.
 4      Q.   In paragraph C of this
 5 submission it says, "During the two years
 6 after his arrest, Gentile's cooperation
 7 included engaging in recorded calls and
 8 meetings with potential targets of
 9 investigations and meeting with law
10 enforcement agents and representatives of
11 the USAO and the United States Securities
12 and Exchange Commission," do you see that?
13      A.   Yes.
14      Q.   Were you aware -- strike that.
15           You testified that you were
16 unaware that during the two years after
17 Gentile's arrest that he was cooperating on
18 behalf of the United States Attorneys
19 office?
20      A.   When you say his arrest, when
21 did this happen again?
22      Q.   Mr. Dorsett, are you aware --
23           MS. SUM:  What's the exhibit
24      number on this?
25           MR. FORD:  It's not an exhibit.
```

Page 177

```
 1                P. DORSETT
 2      It's a public e-filed document.  Ms.
 3      Sum, we were the attorney's office
 4      physically present along with the FBI
 5      agents when we argued this motion to
 6      dismiss, but multiple members were
 7      present in a room when we were
 8      arguing this motion to dismiss.  This
 9      should be no objections in this case.
10           MS. SUM:  I was asking you the
11      exhibit number, Mr. Ford.
12           MR. FORD:  It's Exhibit 102.
13           MS. SUM:  Did you say 152?
14           MR. FORD:  102 for the time
15      being because I'm not sure what we're
16      marking it.  We'll come back to it,
17      but we'll list it as 102 for now.
18      Q.   Mr. Dorsett, do you know when
19 Mr. Gentile was arrested?
20      A.   I do not know when he was
21 arrested.
22      Q.   Do you know the circumstances
23 of his arrest?
24      A.   No.  I remember there was a
25 time when I started getting a little
```