# EXHIBIT J

## Page 1

```
 1        UNITED STATES DISTRICT COURT
 2        SOUTHERN DISTRICT OF FLORIDA
 3
 4   SECURITIES AND EXCHANGE      )
     COMMISSION,                  )
 5                                )
          Plaintiff,              )
 6                                )
     vs.                          ) Case No.
 7                                ) 1:21-CV-21079-Bloom
     MINTBROKER INTERNATIONAL,    )
 8   LTD., f/k/a SWISS AMERICA    )
     SECURITIES LTD. and d/b/a    )
 9   SURETRADER, and GUY GENTILE, )
     a/k/a GUY GENTILE NIGRO,     )
10                                )
          Defendants.             )
11   _____)
12
13
14       VIDEOTAPED DEPOSITION OF GUY GENTILE
15              Miami, Florida
16          Wednesday, November 29, 2023
17
18
19
20
21
22
23   Reported by:
24   Rebecca Callow, RMR, CRR, RPR
25   Job No. 231129RJC
```

## Page 2

```
 1
 2     VIDEOTAPED DEPOSITION OF GUY GENTILE, produced
 3   as a witness at the instance of the Plaintiff and
 4   duly sworn, was taken in the above-styled and
 5   numbered cause on the 29th day of November 2023,
 6   from 11:08 a.m. to 6:15 p.m., before
 7   Rebecca J. Callow, Registered Merit Reporter,
 8   Certified Realtime Reporter, Registered
 9   Professional Reporter and Notary Public for the
10   State of Florida, reported by computerized
11   stenotype machine at the offices of the Securities
12   and Exchange Commission, 801 Brickell Avenue,
13   Suite 1950, Miami, Florida, pursuant to the
14   Federal Rules of Civil Procedure.
```

## Page 3

```
 1              APPEARANCES
 2
 3   FOR PLAINTIFF:
 4     Securities and Exchange Commission
 5     801 Brickell Avenue
 6     Suite 1950
 7     Miami, Florida 33131
 8     (305) 982-6300
 9       By:  Alise Johnson
10            johnsonali@sec.gov
11            Alice K. Sum
12            sumal@sec.gov
13
14   FOR GUY GENTILE:
15     Ford O'Brien Landy LLP
16     3700 Ranch Road 620 South
17     Suite B
18     Austin, Texas 78738
19     (512) 503-06388
20       By:  Matthew A. Ford
21            mford@fordobrien.com
22
23   ALSO PRESENT:
24     Edwin Aragon, videographer
25
```

## Page 4

```
 1              INDEX
 2                              PAGE
 3   GUY GENTILE
 4   Examination by Ms. Johnson .......................9
 5   Court Reporter's Certificate ....................252
 6
 7
 8
 9              EXHIBITS
10       (Exhibits Bound Separately)
11   NO.       DESCRIPTION            PAGE
12   Exhibit 59   SureTrader Website Screenshot    128
13        (Bates SEC-WEBCAPTURE-E0000392
14        - SEC-WEBCAPTURE-E0000396)
15   Exhibit 59A   SureTrader website screenshot   179
16        larger font (Bates
17        SEC-SECWEBCAPTURE-E-0000392
18        through
19        SEC-SECWEBCAPTURE-E-0000396)
20   Exhibit 60    6/17/2013 email: Gentile to     186
21        Dorsett, et al., Re: SEC Rule
22        15a-6 (Bates
23        SEC-FL-03848-E-0010576 through
24        SEC-FL-03848-E-0010602)
25
```

PLAINTIFF'S EXHIBIT 134

**Page 141**

1 solicit U.S. people, and that any ad that he ran, or
2 banner, would make clear that it was not intended
3 for any U.S. persons.
4      So that was done with counsel. I
5 don't remember if he had counsel as well to review
6 it, but, for sure, the firm had counsel.
7   Q. And "he," you mean Nate?
8   A. Correct.
9      I don't remember if he had an
10 attorney.
11   Q. What was Nate's last name?
12   A. Michaud, I believe it is.
13      And, in addition, I want to add for
14 Nate that -- in 2012, that the -- that -- well,
15 actually, in 2011, when I spoke to the regulators --
16 SEC, DOJ, FBI -- with my lawyer present, and I'm
17 explaining to them the entire operation of the firm,
18 they specifically told me to maintain a relationship
19 with Nathan Michaud.
20      Several months later, they asked me to
21 go to Timothy Sykes' penny stock conference in
22 Las Vegas. They wired me up and they asked me to do
23 recordings against Nathan Michaud and several other
24 targets that the government had.
25      And they sent me there as a

**Page 142**

1 representative of SureTrader, specifically. That
2 was my cover, that I was SureTrader, and that I
3 could help them come to SureTrader to open an
4 account and, you know, potentially help them evade
5 U.S. scrutiny because I could hide who they are.
6      That was the cover story that the SEC
7 and FBI came up with for me to go out there and do
8 these meetings at the Timothy Sykes penny stock
9 conference in 2012.
10      Later on, the FBI told me that they no
11 longer needed me to have a relationship with
12 Nathan Michaud, so they asked me to find some way
13 to, you know, end it, which I don't remember exactly
14 what I did, but I probably blew him off in some way
15 or upset him in some way, and he got upset and
16 canceled the agreement, which is what -- what the
17 desired result was.
18   Q. Okay. And when did the FBI tell you this?
19 What year.
20   A. 2012.
21   Q. Okay. In 2012, you no longer --
22   A. Oh, no. No, no. In probably in 2014.
23   Q. All right.
24   A. '13 or '14. Late 2013 or early 2014,
25 something like that. I don't remember exactly the

**Page 143**

1 dates, but they had no interest in him anymore.
2   Q. Okay. Who decided which affiliates that
3 SureTrader would work with?
4   A. That was something that Justin had autonomy
5 to decide who to work with.
6   Q. And who decided the terms under which the
7 affiliates would work with SureTrader?
8   A. Those terms were defined by an agreement
9 that was drafted by the firm's attorney.
10   Q. So the firm's attorney decided what the
11 terms were?
12      MR. FORD: Objection.
13   A. It was in the contract. They helped
14 structure the contract.
15   BY MS. JOHNSON:
16   Q. Okay. And --
17   A. Oh. As far as what they would be paid --
18 I'm sorry. I misunderstood.
19      Justin was handling -- handling that.
20 He was handling that.
21   Q. Okay. Was Warrior Trading acting as a
22 direct affiliate?
23   A. So Warrior Trading became an affiliate
24 while I was not at the firm, so I was not involved.
25 I didn't know anything about them until after I came

**Page 144**

1 back to the firm in January of 2017.
2      I didn't -- I mean, I knew who they --
3 about them in the sense of who they were, but I
4 didn't know about the agreement, or I wasn't
5 involved in any of the dialogue or communication
6 that Justin had with Ross Cameron.
7      I did speak to him one time, but it
8 was unrelated to his relationship with SureTrader.
9      (Pause in proceedings.)
10   BY MS. JOHNSON:
11   Q. All right. Let's go to Exhibit 20. This
12 was premarked in another exhibit -- in another
13 deposition, so we'll keep the number at 20.
14      This is dated 3/30/2017 from
15 Michael Bain at SureTrader.
16      What was Michael Bain's position at
17 SureTrader?
18   A. I believe he was on the trading desk.
19      I want to make a note for the record
20 that I'm not in this email communication.
21   Q. Okay. It says to Janiv Frantz. Have you
22 ever seen this?
23      I know you're not cc'd on here, but --
24   A. I -- I have not seen that in the course of
25 working at the firm. I may have seen this come up