# EXHIBIT K

```
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE      )
COMMISSION,                  )
                             )
       Plaintiff,            )
                             )
vs.                          ) CASE NO.:
                             ) 1:21-CV-21079-Bloom
MINTBROKER INTERNATIONAL, LTD., )
f/k/a SWISS AMERICA SECURITIES  )
LTD and d/b/a SURETRADER, and   )
GUY GENTILE, a/k/a GUY GENTILE  )
NIGRO,                       )
                             )
       Defendants.           )
_____)


       VIDEOTAPED DEPOSITION OF YANIV FRANTZ taken on
  behalf of the Plaintiff pursuant to Notice of
  Taking Deposition, held at 801 Brickell Avenue,
  Miami, Florida, on March 11, 2023, commencing at
  10:16 a.m. and ending at 4:12 p.m., before
  Kelly A. Price, Notary Public, State of Florida.




  JOB No. 230311AO
```

```
APPEARANCES:

On behalf of Plaintiff:

SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1950
Miami, FL 33131
(305)982-6300
sumal@sec.gov
BY:  ALICE K. SUM, ESQ.
     -and-
     ALISE JOHNSON, ESQ.

On behalf of Defendants:

FORD O'BRIEN LANDY, LLP
275 Madison Avenue, Floor 24
New York, NY 10016
(212)444-4894
mford@fordobrien.com
BY:  MATTHEW A. FORD, ESQ.
     -and-
     ADAM C. FORD, ESQ.
     STEPHEN R. HALPIN, III, ESQ.

On behalf of Yaniv Frantz:
PHILLIPS & COHEN LLP
1 World Trade Center, Suite 8500
New York, NY 10007
smckessy@phillipsandcohen.com
BY:  SEAN McKESSEY, ESQ.

ALSO PRESENT:
SIMON EHRLICH - VIDEOGRAPHER
GUY GENTILE - via phone
```

```
REPORTED BY:
KELLY A. PRICE


                * * * * *
              STIPULATIONS
    It is stipulated and agreed by and between
counsel for the respective parties that:
    Reading and subscription of the deposition
by the witness are not waived.
```

```
                  I N D E X

Examination                               Page

Direct     By Ms. Sum:              6
           PLAINTIFF EXHIBITS
No.                                    Page
 18    Plaintiff's Re-Notice of       6
       Taking Videotaped Deposition
       of Yaniv Frantz
 19    Email Chain                   36
 20    Email dated 3.30.17           75
 21    Email dated 3.30.17           84
 22    Email Chain                   88
 23    Email dated 3.17.17           95
 24    Organizational Chart         100
 25    Email dated 11.17.17         101
 26    WhatsApp Messages dated      109
       3.23.17
 27    Invoices from Day Trading    113
       Radio, Inc.
 12    Application in re:           117
       Christopher Miguel Penalver
 28    Application in re: Stephen   121
       Rigodon Derong
 29    Applications                125
 30    Active Traders List         132
 31    Affidavit of Zelma Wilson   156
```

PLAINTIFF'S EXHIBIT 142

**Page 73**

1 a whole trail of when SureTrader started, where is it
2 located, what kind of a business they are, what is the
3 cons and pros, what is the nature of the business, is it
4 safe to do business with them.  There were almost
5 like -- I mean, a full review of the company, some of
6 which was excellent, and some were, you know, not great.
7 I mean, because I don't think Warrior Trader wanted to
8 be running away from probably the truth.  He did mention
9 also on the website about Guy's SEC pump and dump
10 pending case.
11      Q.  Why was this information on the Warrior
12 Trading website?
13      A.  Transparency.  Importance for maybe educating
14 also people just so you're aware.
15      Q.  Did you discuss the contents of the Warrior
16 Trading website that related to SureTrader with
17 Mr. Gentile?
18         MR. M. FORD:  Objection.  Leading.
19         THE WITNESS:  Yes.
20 BY MS. SUM:
21      Q.  And what did you --
22      A.  In fact --
23      Q.  What did you discuss?
24      A.  Well, the nature of what is the wrong -- or
25 the negative review that was on the website, and how I'm

**Page 74**

1 trying to remove it, or improve it.  But it was also the
2 one that -- Warrior Trading had this SEC kind of link to
3 the actual case that Guy was involved with the pump and
4 dump, and Guy was very upset with that.  He requested to
5 remove it.
6         I think at some point threats Warrior Trading
7 to remove it.  It was something to do with really
8 hostility from Guy's side to try to use, you know, power
9 or aggressiveness to remove it, either by an email that
10 was sent or conversation.  I remember this, because
11 Warrior Trading sent an email to SureTrader of cease and
12 desist.  I don't think someone would use an attorney for
13 a cease and desist unless the issue that you're having
14 with another party is severe.  So I think he had enough
15 of it, and he didn't want --
16         I remember also Guy instruct me to go and look
17 on the trading platform and the back-end, pretty much,
18 what kind of -- when did Warrior Trading owner open the
19 account?  What day he opened it?  What day he closed it,
20 if he did?  How much revenue did he have during this
21 time?  Was he very profitable?  Was he not?
22         He was trying to find all those tools to
23 discredit Warrior Trading and his business, or his
24 capabilities as a -- you know, someone who can train
25 traders -- newbies to become traders.  So he was trying

**Page 75**

1 to find if he's really like a profitable trader or not,
2 or if he's --
3         THE COURT REPORTER:  I'm sorry?  If he's what?
4         THE WITNESS:  If he's a profitable trader or
5 not.  I'm sorry.
6 BY MS. SUM:
7      Q.  One moment.  Mr. Frantz, I'm going to show you
8 what's been marked as Exhibit 20.
9         (Thereupon, the referred-to document was
10         marked by the court reporter for
11         Identification as Plaintiff's Exhibit 20.)
12 BY MS. SUM:
13      Q.  Could you please take a moment to review the
14 document?
15      A.  Yes.
16      Q.  Do you recall this document?
17      A.  I do.
18      Q.  Okay.  What is it?
19      A.  This is an email that came from Michael Bain,
20 who was the SureTrader trade desk manager, to myself on
21 March 30th, 2017.
22      Q.  Is this the same Michael that you were
23 referring to earlier?
24      A.  Yes.  Michael Bain.
25      Q.  Okay.   Now you remember --

**Page 76**

1      A.  Yes.
2      Q.  -- that's his name?
3      A.  Yes.
4      Q.  And what was the purpose of this email?
5      A.  To share the promotional deals that we have
6 for new clients that opening accounts that came from
7 different affiliates from United States, such as Sykes
8 Challenge, which is Timothy Sykes, Nate's from Investor
9 Underground, Stock Trade Ideas, and Mojo Trading.
10      Q.  Why did Mr. Bain send you this email?
11      A.  This was still in the time that we try to
12 learn about the affiliate deals.  It even said in the
13 subject.  He mentioned that, "Affiliate Deals," in the
14 subject line.  That was a time that we discussed before
15 that I was trying to learn about the commission
16 structures that we have, and to whom, and what kind of
17 deals that we have, and to whom.  And he was mentioning
18 the promotional deals that we're offering to
19 customers -- any customers from U.S. and non-U.S. that
20 came from those schools -- trading schools.
21      Q.  Did you ask Mr. Bain to send you this email?
22      A.  We were in communications during that time to
23 find -- you know, I was new in the company.  So I needed
24 more information to learn more.  So I don't recall if I
25 requested from him or he voluntarily shared that