# EXHIBIT N

| | |
|---|---|
| **From:** | Guy Gentile <guy@stockusainc.com> |
| **Sent:** | Wednesday, September 18, 2013 11:42 AM |
| **To:** | Antonio Collie; 'Justin Ritchie' |
| **Cc:** | philip@suretrader.com |
| **Subject:** | RE: July Invoice |

That's fine with me.

**From:** Antonio Collie [mailto:antonio@suretrader.com]
**Sent:** Wednesday, September 18, 2013 9:38 AM
**To:** 'Justin Ritchie'
**Cc:** philip@suretrader.com; Guy Gentile
**Subject:** RE: July Invoice

Justin,

I sent you a note earlier on this. The wire can't be reversed but I would suggest that they apply the extra to the next billing invoice – September????

Thanks.

**Antonio Collie**

Elizabeth on Bay Plaza
Suite 17, Elizabeth Avenue
Nassau, Bahamas
Tel: 242-328-7800/1
Website: www.suretrader.com



A DIVISION OF SWISS AMERICA SECURITIES, LTD.

**From:** Justin Ritchie [mailto:jmritchie0060@gmail.com]
**Sent:** Wednesday, September 18, 2013 9:24 AM
**To:** Antonio Collie
**Cc:** philip@suretrader.com; Guy Gentile
**Subject:** Fwd: July Invoice

Antonio,
The wire to DTR went out twice. Courtney says she received two deposits of $3665 yesterday. Can this be reversed?
Justin

1

PLAINTIFF'S EXHIBIT
46

---------- Forwarded message ----------
From: **Courtney y**<ckaccountants@yahoo.com>
Date: Wed, Sep 18, 2013 at 7:12 AM
Subject: Re: July Invoice
To: Justin Ritchie <jmritchie0060@gmail.com>
Cc: Dac Benasillo <dac@daytradingradio.com>

Good morning,
Thank you for the wire but it came in twice. We have two deposits of 3665. I think you have to fix it on your end. Let me know.

Courtney Kurisko
Certified Public Accountant
CK Accounting Tax Service LLC
79 Strawtown Road
West Nyack, NY 10994
Tel: 845-512-8839
Fax: 845-507-1170

NOTICE: IRS Circular 230 disclosure: Under regulations by the U.S. Treasury, you are advised that any tax advice contained in this correspondence (or any attachment herto) is not intended or written to be used, and cannot be used by you, or any party to whom this correspondence is shown, for the purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending the tax advice addressed herein to any other party. This message may contain confidential information. If you are not the intended recipient and have received this communication on error, any disclosure, reproduction, distribution or action you take because of this is strictly prohibited. Please notify us immediately.

**From:** Justin Ritchie <jmritchie0060@gmail.com>
**To:** Courtney Kurisko <ckaccountants@yahoo.com>
**Cc:** "guy@stockusainc.com" <guy@stockusainc.com>; Dac Benasillo <dac@daytradingradio.com>
**Sent:** Monday, July 8, 2013 10:36 AM
**Subject:** Re: July Invoice

Hello,

This wire was sent out today.
Also, please contact me at my new email address moving forward, justin@suretrader.com.

Regards,
Justin


On Thu, Jul 4, 2013 at 10:15 AM, Courtney Kurisko <ckaccountants@yahoo.com> wrote:
Good morning and happy 4th! Attached is the invoice for July.

Enjoy the day!

Courtney Kurisko
Certified Public Accountant
CK Accounting Tax Service LLC
79 Strawtown Road
West Nyack, NY 10994
Tel: 845-512-8839
Fax: 845-507-1170

NOTICE: IRS Circular 230 disclosure: Under regulations by the U.S. Treasury, you are advised that any tax advice

2

contained in this correspondence (or any attachment herto) is not intended or written to be used, and cannot be used by you, or any party to whom this correspondence is shown, for the purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending the tax advice addressed herein to any other party. This message may contain confidential information. If you are not the intended recipient and have received this communication on error, any disclosure, reproduction, distribution or action you take because of this is strictly prohibited. Please notify us immediately.

--
Justin Ritchie

--
Justin Ritchie

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2013.0.3408 / Virus Database: 3222/6677 - Release Date: 09/18/13