# EXHIBIT O

**INVOICE**

**DAY TRADING RADIO, INC.**
85 N BROADWAY
NYACK, NY 10960

| Date | Invoice # |
|---|---|
| 9/5/2013 | 41 |

**Bill To**
Swiss America Securities LTD
BAF Financial Center
Suite 202A
Nassau, Bahamas

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | 3500.00 | 3500.00 |
| | August Commission | 20.00 | 180.00 |
| | **Total** | | **3680.00** |

PLAINTIFF'S EXHIBIT 72

SEC-DTR-E-0000043

INVOICE

DAY TRADING RADIO, INC.
85 N BROADWAY
NYACK, NY 10960

| Date | Invoice # |
|---|---|
| 11/6/2013 | 42 |

**Bill To**
Swiss America Securities LTD
BAF Financial Center
Suite 202A
Nassau, Bahamas

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | 3500.00 | 3500.00 |
|  | September Commission | 20.00 | 260.00 |
|  | Less: Sept Commission paid |  | (180.00) |
|  | October Commission | 20.00 | 300.00 |
|  | Total |  | 3880.00 |

SEC-DTR-E-0000035

**INVOICE**

DAY TRADING RADIO, INC.
85 N BROADWAY
NYACK, NY 10960

| Date | Invoice # |
|---|---|
| 5/5/2014 | 48 |

**Bill To**
Swiss America Securities LTD
BAF Financial Center
Suite 202A
Nassau, Bahamas

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | 3750.00 | 3750.00 |
|  | Total |  | 3750.00 |

SEC-DTR-E-0000034

**INVOICE**

DAY TRADING RADIO, INC.
85 N BROADWAY
NYACK, NY 10960

| Date | Invoice # |
|---|---|
| 9/4/2014 | 52 |

**Bill To**
Swiss America Securities LTD
BAF Financial Center
Suite 202A
Nassau, Bahamas

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | 1000.00 | 1000.00 |
|  | **Total** |  | 1000.00 |

SEC-DTR-E-0000044

INVOICE

**DAY TRADING RADIO, INC.**
85 N BROADWAY
NYACK, NY 10960

| Date | Invoice # |
|---|---|
| 10/7/2014 | 53 |

**Bill To**
Swiss America Securities LTD
BAF Financial Center
Suite 202A
Nassau, Bahamas

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | 1000.00 | 1000.00 |
| | **Total** | | 1000.00 |

SEC-DTR-E-0000040

**INVOICE**

DAY TRADING RADIO, INC.
85 N BROADWAY
NYACK, NY 10960

| Date | Invoice # |
|---|---|
| 11/6/2014 | 54 |

**Bill To**
Swiss America Securities LTD
BAF Financial Center
Suite 202A
Nassau, Bahamas

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | 1000.00 | 1000.00 |
|  | **Total** |  | 1000.00 |

SEC-DTR-E-0000036

**INVOICE**

DAY TRADING RADIO, INC.
85 N BROADWAY
NYACK, NY 10960

| Date | Invoice # |
|---|---|
| 3/3/2015 | 58 |

**Bill To**
Swiss America Securities LTD
BAF Financial Center
Suite 202A
Nassau, Bahamas

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | 1000.00 | 1000.00 |
|  | **Total** |  | 1000.00 |

SEC-DTR-E-0000032

INVOICE

DAY TRADING RADIO, INC.
85 N BROADWAY
NYACK, NY 10960

| Date | Invoice # |
|---|---|
| 9/3/2015 | 64 |

**Bill To**

Swiss America Securities LTD
BAF Financial Center
Suite 202A
Nassau, Bahamas

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | 1000.00 | 1000.00 |
| | **Total** | | 1000.00 |

SEC-DTR-E-0000046

| | | | INVOICE | |
|---|---|---|---|---|
| DAY TRADING RADIO, INC. | | | | |
| 85 N BROADWAY | | | Date | Invoice # |
| NYACK, NY 10960 | | | 10/5/2015 | 65 |

**Bill To**
Swiss America Securities LTD
BAF Financial Center
Suite 202A
Nassau, Bahamas

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | 1000.00 | 1000.00 |
| | Total | | 1000.00 |

SEC-DTR-E-0000041

| | | | **INVOICE** |
|---|---|---|---|
| DAY TRADING RADIO, INC. | | | |
| 85 N BROADWAY | | Date | Invoice # |
| NYACK, NY 10960 | | 12/1/2015 | 67 |

**Bill To**
Swiss America Securities LTD
BAF Financial Center
Suite 202A
Nassau, Bahamas

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | $1,000.00 | $1,000.00 |
| | **Total** | | $1,000.00 |

SEC-DTR-E-0000021

**INVOICE**

DAY TRADING RADIO, INC.
85 N BROADWAY
NYACK, NY 10960

| Date | Invoice # |
|---|---|
| 11/5/2015 | 66 |

**Bill To**
Swiss America Securities LTD
BAF Financial Center
Suite 202A
Nassau, Bahamas

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | $1,000.00 | $1,000.00 |
| | **Total** | | $1,000.00 |

SEC-DTR-E-0000037

**INVOICE**

DAY TRADING RADIO, INC.
85 N BROADWAY
NYACK, NY 10960

| Date | Invoice # |
|---|---|
| 1/4/2016 | 68 |

**Bill To**
Swiss America Securities LTD
BAF Financial Center
Suite 202A
Nassau, Bahamas

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | $1,000.00 | $1,000.00 |
| | Total | | $1,000.00 |

SEC-DTR-E-0000025

| | | | INVOICE |
|---|---|---|---|
| DAY TRADING RADIO, INC. | | | |
| 85 N BROADWAY | | Date | Invoice # |
| NYACK, NY 10960 | | 2/8/2016 | 69 |

**Bill To**
Swiss America Securities LTD
BAF Financial Center
Suite 202A
Nassau, Bahamas

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Advertising banner on Daytradingradio.com (top of web page), access to chat room, on air time and monthly promotional email | $1,000.00 | $1,000.00 |
| | **Total** | | $1,000.00 |

SEC-DTR-E-0000023