# EXHIBIT P

| | Reference # | Name | Email | Account Type | Account Number | Phone | Submission Date | Promo Code | Status | Is_Created_Account | - |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 181215 | WASHINGTON , PERRY | | INDIVIDUAL | | | 2/6/2018 6:30 | | Review Completed | | Audit Trail |
| 2 | 181211 | MUZIK , LUKAS | | INDIVIDUAL | | | 2/6/2018 5:09 | 50onus | Review Completed | | Audit Trail |
| 3 | 181209 | UNDERWOOD , JASON | | INDIVIDUAL | | | 2/6/2018 2:59 | | Review Completed | | Audit Trail |
| 4 | 181200 | PENA , JOSE | | INDIVIDUAL | | | 2/6/2018 1:21 | | Review Completed | | Audit Trail |
| 5 | 181193 | CAPIENDO , DENNIS | | INDIVIDUAL | | | 2/5/2018 22:52 | | Your Account Requires Attention | | Audit Trail |
| 6 | 181191 | MILLER , AARON | | INDIVIDUAL | | | 2/5/2018 22:33 | 50ONUS | Review Completed | | Audit Trail |
| 7 | 181175 | JUNTUNEN , JYRI | | INDIVIDUAL | | | 2/5/2018 19:24 | 50ONUS | Review Completed | | Audit Trail |
| 8 | 181172 | CARDONA , MARIBEL | | INDIVIDUAL | | | 2/5/2018 18:34 | 50ONUS | Review Completed | | Audit Trail |
| 9 | 181164 | VIZIR , JEROEN | | INDIVIDUAL | | | 2/5/2018 17:12 | 50ONUS | Your Account Requires Attention | | Audit Trail |
| 10 | 181163 | MENENDEZ , YOEL | | INDIVIDUAL | | | 2/5/2018 16:58 | | Review Completed | | Audit Trail |
| 11 | 181160 | MATTON , JULIET | | INDIVIDUAL | | | 2/5/2018 16:40 | | Your Account Requires Attention | | Audit Trail |
| 12 | 181155 | MATTHEWS , PHILIP | | INDIVIDUAL | | | 2/5/2018 16:07 | | Your Account Requires Attention | | Audit Trail |
| 13 | 181144 | SCOTT , JACOB | | INDIVIDUAL | | | 2/5/2018 15:28 | | Your Account is Under Verification Review | | Audit Trail |
| 14 | 181138 | WRIGHT , ROBERT | | INDIVIDUAL | | | 2/5/2018 13:56 | 50ONUS | Verified | | Audit Trail |
| 15 | 181128 | RICHARD , JULIE | | INDIVIDUAL | | | 2/5/2018 12:14 | | Verified | | Audit Trail |
| 16 | 181126 | VU , LOC | | INDIVIDUAL | | | 2/5/2018 12:07 | 50ONUS | Verified | | Audit Trail |
| 17 | 181124 | PRECIADO , GUSTAVO | | INDIVIDUAL | | | 2/5/2018 11:44 | | Verified | | Audit Trail |
| 18 | 181122 | CARRODEGUAS , DARYLL | | INDIVIDUAL | | | 2/5/2018 11:30 | | Verified | | Audit Trail |
| 19 | 181119 | GILBERTSON , JOEL | | INDIVIDUAL | | | 2/5/2018 11:12 | | Review Completed | | Audit Trail |
| 20 | 181117 | BATES , AUSTIN | | INDIVIDUAL | | | 2/5/2018 11:05 | 500nus | Your Account Requires Attention | | Audit Trail |
| 21 | 181111 | RUHLAND , GREGORY | | INDIVIDUAL | | | 2/5/2018 10:46 | | Verified | | Audit Trail |
| 22 | 181109 | WU , CHU-MING | | INDIVIDUAL | | | 2/5/2018 10:41 | | Verified | | Audit Trail |
| 23 | 181107 | GONZALEZ , MICHAEL | | INDIVIDUAL | | | 2/5/2018 10:35 | | Verified | | Audit Trail |
| 24 | 181102 | HURTADO , DANIEL | | INDIVIDUAL | | | 2/5/2018 10:14 | | Your Account is Under Verification Review | | Audit Trail |
| 25 | 181100 | DUENOS , JOSHUA | | INDIVIDUAL | | | 2/5/2018 9:38 | | Verified | | Audit Trail |
| 26 | 181099 | SYTSEVICH , SERGEY | | INDIVIDUAL | | | 2/5/2018 9:33 | | Your Account Requires Attention | | Audit Trail |
| 27 | 181096 | SEABRIDGE , NIGEL | | INDIVIDUAL | | | 2/5/2018 9:11 | | Verified | | Audit Trail |
| 28 | 181094 | MUÃ½ÃK , LUKÃÃ | | INDIVIDUAL | | | 2/5/2018 9:10 | 50onus | Verified | | Audit Trail |
| 29 | 181093 | ROSADO , EDDIE | | INDIVIDUAL | | | 2/5/2018 8:21 | | Verified | | Audit Trail |
| 30 | 181092 | CLAOR , ALEX | | INDIVIDUAL | | | 2/5/2018 8:16 | | Verified | | Audit Trail |
| 31 | 181089 | ISMAIL , ANDY | | INDIVIDUAL | | | 2/5/2018 7:20 | | Verified | | Audit Trail |
| 32 | 181085 | GHUNAIM , JABER | | INDIVIDUAL | | | 2/5/2018 4:36 | | Verified | | Audit Trail |
| 33 | 181079 | PHAM , JOHN | | INDIVIDUAL | | | 2/5/2018 0:33 | | Verified | | Audit Trail |
| 34 | 181066 | HUYNH , KHOA | | INDIVIDUAL | | | 2/4/2018 20:44 | | Verified | | Audit Trail |
| 35 | 181064 | NICHOLAS , WILLIAM | | INDIVIDUAL | | | 2/4/2018 19:46 | | Verified | | Audit Trail |
| 36 | 181062 | JONES , CASEY | | INDIVIDUAL | | | 2/4/2018 19:32 | | Verified | | Audit Trail |
| 37 | 181061 | FITZGERALD , DANIEL | | INDIVIDUAL | | | 2/4/2018 19:25 | 50ONUS | Verified | | Audit Trail |
| 38 | 181057 | KODIKARA , RAVEEN | | INDIVIDUAL | | | 2/4/2018 18:09 | 50ONUS | Review Completed | | Audit Trail |
| 39 | 181049 | DAVIS , MICHAEL-LEE | | INDIVIDUAL | | | 2/4/2018 16:41 | 500NUS | Verified | | Audit Trail |
| 40 | 181048 | SEZGIN , EMRECAN | | INDIVIDUAL | | | 2/4/2018 16:11 | 50ONUS | Verified | | Audit Trail |
| 41 | 181042 | KNYSH , VITALIY | | INDIVIDUAL | | | 2/4/2018 15:36 | 50ONUS | Verified | | Audit Trail |
| 42 | 181038 | BANDELARIA , JORGE | | INDIVIDUAL | | | 2/4/2018 15:06 | | Verified | | Audit Trail |
| 43 | 181037 | DAVIS , JOSHUA | | INDIVIDUAL | | | 2/4/2018 14:51 | 500NUS | Verified | | Audit Trail |
| 44 | 181033 | LEGUNSEN , OLADIPUPO | | INDIVIDUAL | | | 2/4/2018 14:30 | | Verified | | Audit Trail |
| 45 | 181028 | DEMERS , FRANCIS | | INDIVIDUAL | | | 2/4/2018 14:05 | 50ONUS | Your Account Requires Attention | | Audit Trail |
| 46 | 181024 | EARNHARDT , KIMBERLY | | INDIVIDUAL | | | 2/4/2018 13:52 | 50ONUS | Verified | | Audit Trail |
| 47 | 181022 | PACKER II , RONALD | | INDIVIDUAL | | | 2/4/2018 13:26 | | Verified | | Audit Trail |
| 48 | 181019 | GIOINO , STEVEN | | INDIVIDUAL | | | 2/4/2018 12:54 | | Verified | | Audit Trail |
| 49 | 181016 | MACIAS , JESUS | | INDIVIDUAL | | | 2/4/2018 12:21 | 50ONUS | Verified | | Audit Trail |
| 50 | 181010 | WANG , YEE | | INDIVIDUAL | | | 2/4/2018 11:07 | | Verified | | Audit Trail |
| 51 | 181006 | FENG , LIANG | | INDIVIDUAL | | | 2/4/2018 10:21 | 50trade | Verified | | Audit Trail |
| 52 | 180996 | HAN , THOAI | | INDIVIDUAL | | | 2/4/2018 2:44 | | Your Account Requires Attention | | Audit Trail |
| 53 | 180989 | BERG , EREK | | INDIVIDUAL | | | 2/4/2018 0:00 | 50ONUS | Your Account Requires Attention | | Audit Trail |
| 54 | 180987 | WRIGHT , SEAN | | INDIVIDUAL | | | 2/3/2018 23:39 | | Your Account Requires Attention | | Audit Trail |
| 55 | 180985 | ROTH , RANDEL | | INDIVIDUAL | | | 2/3/2018 22:06 | 50ONUS | Rejected | | Audit Trail |
| 56 | 180982 | WILLIAMS , DARYL | | INDIVIDUAL | | | 2/3/2018 21:17 | 50ONUS | Verified | | Audit Trail |
| 57 | 180981 | MANALANSAN , JIMMY | | INDIVIDUAL | | | 2/3/2018 21:16 | | Verified | | Audit Trail |
| 58 | 180977 | KARMAND , SOHRAB | | INDIVIDUAL | | | 2/3/2018 19:42 | | Your Account Requires Attention | | Audit Trail |
| 59 | 180968 | BARBOURA , SAMI | | INDIVIDUAL | | | 2/3/2018 15:27 | 50ONUS | Your Account Requires Attention | | Audit Trail |
| 60 | 180964 | BELOV , PAVEL | | INDIVIDUAL | | | 2/3/2018 14:28 | | Your Account Requires Attention | | Audit Trail |
| 61 | 180961 | HARRIS , DELBERT | | INDIVIDUAL | | | 2/3/2018 13:39 | | Verified | | Audit Trail |
| 62 | 180960 | RAMOS , ANUARDI | | INDIVIDUAL | | | 2/3/2018 13:34 | | Your Account Requires Attention | | Audit Trail |
| 63 | 180955 | SHEPARD , LISA | | INDIVIDUAL | | | 2/3/2018 11:56 | | Verified | | Audit Trail |
| 64 | 180954 | LEJTMAN , DANIEL | | INDIVIDUAL | | | 2/3/2018 11:46 | | Your Account Requires Attention | | Audit Trail |
| 65 | 180951 | SCHOOF , ANDREW | | INDIVIDUAL | | | 2/3/2018 11:05 | | Verified | | Audit Trail |

| | Reference # | Name | Email | Account Type | Account Number | Phone | Submission Date | Promo Code | Status | Is_Created_Account | - |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 22881 | 96159 | JEFFREY WAYNE FIKE | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22882 | 96415 | DPIT 2 LLC | | CORPORATION | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22883 | 96671 | MANISHKUMAR SANATKUMAR DHAMIN | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22884 | 96927 | JUSTIN COLLIER | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22885 | 97183 | DERRICK TYLER RAMOS | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22886 | 97439 | PAUL MOQUIN | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22887 | 97695 | DONALD HILL | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22888 | 97951 | DENNIS LEE DAVIS | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22889 | 98207 | BOBBY HUFFIN | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22890 | 98463 | TERRENCE LEE | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22891 | 98719 | GEORGE LUIS TREJO MORENO | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22892 | 98975 | FREDERICK PELCHAT | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22893 | 99231 | KEITH ALLEN BUTLER | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22894 | 99487 | LOREN WINES | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22895 | 99743 | WILLIAM MICHAEL HOLLAR | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22896 | 99999 | XIUYING ZHANG | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22897 | 100255 | RUBEN DAVID NAZARIO | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22898 | 100511 | HAKIM ALLALI | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22899 | 100767 | EDITH OLBES VILLALOBOS | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22900 | 101023 | RYAN ZYWOTKO | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22901 | 101279 | MICHAEL GENE MARTIN | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22902 | 101535 | TOMAS EDUARDO QUEZADA | | UNKNOWN | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22903 | 101791 | NICHOLAS CAMERON WOOD | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22904 | 102047 | MARTIN SABUCHA | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22905 | 102303 | KASPER KONGSHOJ HANSEN | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22906 | 102559 | AMAL TAMEERA MENDIS | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22907 | 102815 | STANLEY OSIAS | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22908 | 103071 | MARK KONG VANG | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22909 | 103327 | RICHARD DEMICHELIS | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22910 | 103583 | BENJAMIN STEEL | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22911 | 103839 | SETH MCCLAIN | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22912 | 104095 | GREGORY THOMAS PETERSON | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22913 | 104351 | XHEVDET A ZYLFIU | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22914 | 104607 | ANDREW DAVID CURTIS | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22915 | 104863 | KATHRYN JOAN MORAN | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22916 | 105119 | ETHAN BRUSH | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22917 | 105375 | LAURA NOEL RIGAL | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22918 | 105631 | SHELLIE KIZZIAR | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22919 | 105887 | SIMONE GARBAGNATI | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22920 | 95648 | STEVEN A. ANNESE | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22921 | 95904 | DEADRIAN TROUPE | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22922 | 96160 | CHANCE SPIESSBACH | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22923 | 96416 | MARJORIE GROUP . LCC | | CORPORATION | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22924 | 96672 | MUSLIM MARATOVICH TURDYBAKIYEV | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22925 | 96928 | DANIEL VOLMAR | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22926 | 97184 | AREZ ARAN | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22927 | 97440 | MARIO YOUSIF | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22928 | 97696 | AMINA VALIEVA | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22929 | 97952 | MARK MIKKELSON | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22930 | 98208 | SAMUEL HII | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22931 | 98464 | CHLOE KIDEL | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22932 | 98720 | ADRIAN GLAVAS | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22933 | 98976 | BRANDON LEIGH POLLARIS | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22934 | 99232 | NICHOLAS ANTHONY DRANE | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22935 | 99488 | OLAWALE A JEGEDE | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22936 | 99744 | GARY D LAPRISE | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22937 | 100000 | PARAG BHIMANI | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22938 | 100256 | FENNY SIMARDJO | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22939 | 100512 | FRANK LEHMANN | | UNKNOWN | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22940 | 100768 | RYSZARD BUDZINSKI | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22941 | 101024 | TAMAL CHATTERJEE | | UNKNOWN | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22942 | 101280 | ANGELA LARSON | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22943 | 101536 | SEAN JAMES SAULSBERRY | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22944 | 101792 | MARGARET MICHELLE WHIDBY | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |
| 22945 | 102048 | JOSE ANGEL HERNANDEZ | | INDIVIDUAL | | | 11/15/2015 16:26 | | Verified | | Audit Trail |