## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

      Defendants.

_____/

### PLAINTIFF'S NOTICE OF FILING AMENDED DEPOSITION DESIGNATIONS

      Pursuant to the Court's Order Providing Instructions for Jury Trial, [ECF No. 253], Plaintiff Securities and Exchange Commission hereby gives notice of serving its designation of deposition transcripts intended to be used at trial of the following witnesses. The designations have been amended to delete references to prior DOJ and SEC matters per the Court's order, and to add the transcript of Antonio Collie, which was taken in the Bahamas pursuant to Letters Rogatory on November 10, 2023, but not provided to the parties by the Bahamas Registrar until June 12, 2024.

### 1. Deposition of Guy Gentile taken on November 2, 2023:

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 11:16-12:13 | | None. | | | | |
| 13:9-23 | | None. | | | | |
| 22:7-27:10 | 22:7–26:23 | None. | 34:11–21 | | | |
| | 26:24–27:10 | Irrelevant. | | | | |
| 28:11-29:1 | | Irrelevant. | 31:9–23 | | | |
| 29:12-30:16 | | Irrelevant. | 31:9–23 | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 36:11-47:17 | 36:11–43:2 | None. | | | | |
| | 43:3–45:14 | Calls for speculation; leading; misleading. | | | | |
| | 45:15–22 | None. | | | | |
| | 45:23–47:17 | Calls for speculation; leading; misleading. | | | | |
| 48:7-51:19 | 48:7–49:11 | None. | | | | |
| | 49:12–50:7 | Leading; misleading; calls for speculation. | | | | |
| | 50:8–51:19 | None. | | | | |
| 52:13-55:1 | 52:13–53:7 | None. | | | | |
| | 53:8–21 | Asked and answered; leading. | | | | |
| | 53:22–55:1 | None. | | | | |
| 57:9-65:13 | 57:9–60:1 | Lacks foundation; witness does not authenticate document. | | | | |
| | 60:2–64:4 | None. | | | | |
| | 64:5–65:13 | Asked and answered. | | | | |
| 72:1-20 | | Leading. | 71:7–25 | | | |
| <mark>75:14</mark> | | Leading; not relevant; far more prejudicial than probative. | 78:5–15 | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 75:17-77:17 | | Leading; not relevant; far more prejudicial than probative. | 78:5–15 | | | |
| 77:25-78:4 | | Leading; not relevant; far more prejudicial than probative. | 78:5–15 | | | |
| 78:16-79:1 | | Leading; assuming facts not in evidence; far more prejudicial than probative; not relevant. | 78:5–15; 79:2–80:9 | | | |
| 80:10-21 | | None. | 79:2–80:9 | | | |
| 81:20-86:24 | | None. | | | | |
| 87:9-89:11 | | None. | | | | |
| 89:25-90:3 | | Leading. | | | | |
| 91:3-92:18 | 91:14–92:13 | Leading; testifying for the witness; reading into record. | | | | |
| | 92:14–93:20 | None. | | | | |
| 93:4-104:13 | 93:21–94:6 | Lacks foundation. | | | | |
| | 94:7–99:15 | None. | | | | |
| | 99:16–19 | Leading. | | | | |
| | 99:20–104:13 | None. | | | | |
| 105:4-110:2 | 105:4–108:5 | None. | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| | 108:6–109:17 | Asked and answered; leading; calls for speculation. | | | | |
| | 109:18–110:2 | None. | | | | |
| 112:17-118:10 | 112:17–113:3 | Assumes facts not in evidence; leading; misleading; confuses the issues. | 118:11–120:4 | | | |
| | 113:4–114:3 | None. | | | | |
| | 114:4–19 | Lacks foundation; vague. | | | | |
| | 114:20–116:23 | Lacks foundation; vague. | | | | |
| | 116:24–118:10 | None. | | | | |
| 120:25-128:20 | 120:25–121:8 | Assumes facts not in evidence. | 131:1–15; 179:14–180:4 | | | |
| | 121:9–122:9 | None. | | | | |
| | 122:10–123:2 | Leading; argumentative; assuming facts not in evidence. | | | | |
| | 123:3–124:9 | None. | | | | |
| | 124:10–23 | Speculation; argumentative. | | | | |
| | 124:24–128:20 | None. | | | | |
| 139:18-141:6 | | None. | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 143:2-146:25 | 143:2–9 | None. | | | | |
| | 143:10–146:25 | Leading; lacks foundation; misleading. | | | | |
| 149:3-14 | | None. | | | | |
| 150:6-156:1 | 150:6–154:5 | Leading; reading into record. | | | | |
| | 154:6–155:3 | None. | | | | |
| | 155:4–155:12 | Leading; misleading. | | | | |
| | 155:13–156:1 | None. | | | | |
| 156:12-157:15 | | Misleading. | | | | |
| 158:21-173:21 | 158:21–159:24 | None. | | | | |
| | 159:25–161:5 | None. | | | | |
| | 161:6–162:3 | None. | | | | |
| | 162:4–163:12 | Misleading. | | | | |
| | 163:13–164:9 | None. | | | | |
| | 164:10–25 | Calls for speculation. | | | | |
| | 165:1–166:17 | None. | | | | |
| | 166:18–167:18 | Calls for speculation | | | | |
| | 167:19–170:16 | Reading into record | | | | |
| | 170:17–172:5 | None. | | | | |
| | 172:6–173:21 | Misleading. | | | | |
| 175:3-177:10 | 175:3–176:12 | None. | | | | |
| | 176:13–177:10 | Misleading. | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER– DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 180:18-181:2 | | None. | | | | |
| 181:25-185:25 | 181:25–183:22 | None. | | | | |
| | 183:23–184:2 | Argumentative. | | | | |
| | 184:3–185:25 | None. | | | | |
| 186:15-16 | | None. | | | | |
| 186:20-192:9 | 186:20–187:20 | Leading; testifying for the witness. | | | | |
| | 187:21–188:13 | None. | | | | |
| | 188:14–189:4 | Asked and answered; leading. | | | | |
| | 189:5–192:9 | None. | | | | |
| 193:2-17 | | None. | | | | |
| 195:23-197:25 | | None | | | | |
| 198:6-13 | | None | | | | |
| 198:19-22 | | None | | | | |
| 200:19-205:6 | 200:19–209:21 | Leading; mischaracterizes the evidence; authenticity; irrelevant. | | | | |
| 205:12-210:25 | 209:22–210:25 | Irrelevant; confuse the jury. | | | | |

## 2.  Deposition of Yaniv Frantz taken March 11 and 12, 2023:

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER– DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| **Mar. 11, 2023**<br><br>6:7-10 | | None. | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 9:23- 10:8 | | None. | | | | |
| 11:5-7 | | None. | | | | |
| 12:1-6 | | None. | | | | |
| 13:2 -14:25 | | None. | | | | |
| 15:7-19:4 | | Leading; hearsay. | 19:5–19:8 | | | |
| 19:9-21:6 | | Leading; hearsay. | | | | |
| 21:23-36:11 | | Leading; nonresponsive; hearsay; far more prejudicial than probative; speculation; confuse the jury. | | | | |
| 37:2-44:4 | | Leading; speculation; lacks foundation; hearsay; nonresponsive. | | | | |
| 45:1-59:22 | | Leading; far more prejudicial than probative; lacks foundation; speculation; nonresponsive; hearsay. | | | | |
| 60:20-61:16 | | Irrelevant; speculation; far more prejudicial than probative. | | | | |
| 61:25-70:4 | | Leading; speculation; lacks | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| | | foundation; irrelevant; nonresponsive. | | | | |
| 70:22-77:23 | | Leading; lacks foundation; speculation; precluded by joint stipulation *See* Joint Notice Partial Resol. Mots. *in Limine* 1–2 [ECF No. 244]; far more prejudicial than probative. | 78:3–9 | | | |
| 78:11-84:15 | | Leading; asked and answered; lacks foundation; speculation; confuse the jury; irrelevant; hearsay. | | | | |
| 85:3-87::1 | | Nonresponsive; speculation; far more prejudicial than probative. | | | | |
| 87:24-25 | | None. | | | | |
| 88:16-93:21 | | Leading; lacks foundation; speculation. | | | | |
| 94:3-95:11 | | Leading; lacks foundation; speculation. | | | | |
| 96:2-101:14 | | Leading; lacks foundation; speculation; hearsay. | | | | |
| 101:23-103:18 | | Leading. | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 107:2-108:23 | | Leading; hearsay; lacks foundation; speculation. | | | | |
| 109:25-113:17 | | Nonresponsive; leading; speculation; irrelevant; confuse the jury. | | | | |
| 114:1-116:22 | | Lacks foundation; leading; speculation. | | | | |
| 117:4-121:1 | | Lacks foundation; leading; confuse the jury. | | | | |
| 121:17-124:25 | | Lacks foundation; leading; speculation. | | | | |
| 125:23-131:3 | | Lacks foundation; leading. | | | | |
| 131:18-132:13 | | Lacks foundation; leading; speculation. | | | | |
| 132:17-18 | | None. | | | | |
| 133:12-137:19 | | Lacks foundation; leading; speculation. | | | | |
| 146:18-24 | | Irrelevant; far more prejudicial than probative. | | | | |
| 147:13-149:25 | | Far more prejudicial than probative; nonresponsive; leading. | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 151:12-152:13 | | Leading; far more prejudicial than probative. | | | | |
| **Mar. 12, 2023** 12:9-13 | | None. | 9:21–18:2 | | | |
| 42:20-44:9 | | None. | | | | |
| 88:5–89:3 | | None. | | | | |
| 89:12–90:9 | | None. | | | | |
| 90:18-91:9 | | None. | 91:10–92:1 | | | |
| 92:2-95:3 | | None. | 91:10–92:1; 95:4–7 | | | |
| 118:22–123:12 | | None. | 116:8–118:21 | | | |
| 123:19-125:16 | | None. | | | | |
| 126:12-128:8 | | None. | 128:9–137:1 | | | |
| 128:14-131:11 | | None. | 128:9–137:1 | | | |
| 131:21-132:25 | | None. | 128:9–137:1 | | | |
| 133:4-134:21 | | None. | 134:22–136:19 | | | |
| 137:2-12 | | None. | | | | |
| 142:3-143:14 | | None. | 143:15–157:14 | | | |
| 144:1-148:20 | | None. | 143:15–157:14 | | | |
| 159:13-15 | | None. | 157:15–159:12 | | | |
| 208:21-210:11 | | Nonresponsive; irrelevant. | | | | |
| 225:22-233:23 | | None. | 233:24–25 | | | |
| 234:1-25 | | None. | 233:24–25 | | | |

### 3. Deposition of Philip Dorsett taken February 27 and 28, 2023:

| PLAINTIFF'S DESIGNATION | | | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLA RE DESI |
|---|---|---|---|---|---|---|---|
| **Feb. 27, 2023 Confidential Section**<br><br>78:2-79:24 | | | | Leading; irrelevant. | | | |
| **Feb. 27, 2023 Non-Confid. Section**<br><br>9:8-14 | | | | None. | | | |
| 14:6-21 | | | | None. | | | |
| 15:1-31:4 | | | | Irrelevant; leading; hearsay; speculation; nonresponsive. | | | |
| 33:25-53:1 | | | | Leading; hearsay; perjury; irrelevant; nonresponsive; speculation; confuse the jury. | 53:2–16 | | |
| 53:17-59:9 | | | | Hearsay; nonresponsive; leading; speculation; vague. | | | |
| 60:12-65:17 | | | | Leading; vague; lacks foundation; confuse the jury; compound; hearsay. | | | |
| 66:14-67:1 | | | | Leading; hearsay; nonresponsive. | | | |

| PLAINTIFF'S DESIGNATION | | | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLA RE DESI |
|---|---|---|---|---|---|---|---|
| 68:19-69:5 | | | | Leading; hearsay; vague. | | | |
| 71:6-72:10 | | | | Leading; hearsay; nonresponsive. | | | |
| 73:1-76:17 | | | | Speculation; lacks foundation; hearsay. | | | |
| 108:22-110-18 | | | | Leading; vague; lacks foundation. | 113:13–16 | | |
| 111:11-113:9 | | | | Leading; vague; lacks foundation; hearsay. | 113:13–16 | | |
| 118:19-119:24 | | | | Leading; lacks foundation. | | | |
| 120:3-123:15 | | | | Lacks foundation; speculation; hearsay; nonresponsive. | | | |
| 124:25-129:1 | | | | Lacks foundation; speculation; irrelevant; nonresponsive; leading. | 129:2–13 | | |
| 129:20-134:5 | | | | Leading; nonresponsive; irrelevant; hearsay; far more prejudicial than probative. | | | |
| 137:1-139:3 | | | | Hearsay; nonresponsive | | | |

| PLAINTIFF'S DESIGNATION | | | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLA... RE... DESI... |
|---|---|---|---|---|---|---|---|
| | | | | ; leading; irrelevant. | | | |
| 145:21-25 | | | | Leading; irrelevant. | | | |
| 146:17-147:25 | | | | Irrelevant; leading. | | | |
| 148:10-152:9 | | | | Irrelevant; hearsay; nonresponsive. | | | |
| 155:2-159:4 | | | | Leading; hearsay; nonresponsive. | | | |
| 159:20-167:18 | | | | Leading; nonresponsive; hearsay; speculation; far more prejudicial than probative. | | | |
| 172:19-176:14 | | | | Irrelevant; nonresponsive; confuse the jury; speculation; hearsay; leading. | | | |
| 178:17-179:13 | | | | Leading; irrelevant; hearsay. | | | |
| 181:10-184:13 | | | | Vague; hearsay; irrelevant; speculation. | | | |
| 188:6-189:10 | | | | Leading; hearsay. | | | |
| 191:3-6 | | | | None. | | | |
| 191:13-192:13 | | | | Leading; hearsay. | | | |
| 205:21-207:16 | | | | Leading; precluded by | | | |

| PLAINTIFF'S DESIGNATION | | | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLA... RE... DESI... |
|---|---|---|---|---|---|---|---|
| | | | | joint stipulation [ECF No. 244]. | | | |
| 208:1-209:22 | | | | Leading; hearsay. | | | |
| 210:4-216:1 | | | | Vague; lacks foundation; leading; speculation. | | | |
| 217:1-8 | | | | Lacks foundation; speculation. | | | |
| 218:12-17 | | | | Lacks foundation; speculation. | | | |
| **Feb. 28, 2023**<br><br>6:7-12 | | | | None. | | | |
| 8:10-9:4 | | | | None. | 23:21–28:14; 29:22–34:18; 35:9–48:25. | | |
| 10:15-11:16 | | | | None. | 11:17–12:15 | | |
| 14:4-11 | | | | Lawyer speaking. | | | |
| 14:18-21 | | | | None. | 14:22–19:13 | | |
| 16:5-17:6 | | | | None. | 14:22–19:13 | | |
| 18:5-19:13 | | | | None. | 14:22–19:13 | | |
| 49:2-51:8 | | | | None. | 51:9–52:7; 52:22–55:14; 57:14–58:18. | | |
| 134:5-135:7 | | | | Lacks foundation; speculation. | 135:14–24 | | |
| 139:5-140:17 | | | | Lacks foundation; | | | |

| PLAINTIFF'S DESIGNATION | | | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLA RE DESI |
|---|---|---|---|---|---|---|---|
| | | | | speculation; nonresponsive. | | | |
| 194:7-198:5 | | | | None. | 198:6–201:18 | | |
| 199:4-201:19 | | | | None. | 198:6–201:18 | | |
| 291:2-8 | | | | Irrelevant. | | | |

**4.  Deposition of Ross Cameron taken March 14, 2023:**

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 5:4-12 | | None. | | | | |
| 6:19-22 | | None. | | | | |
| 7:16-20 | | None. | | | | |
| 10:19-22:25 | 10:19–15:21 | None. | | | | |
| | 15:22–16:9 | Leading. | | | | |
| | 16:10–13 | None. | | | | |
| | 16:14–20:1 | Leading; mischaracterizes witness's testimony; lacks foundation; probative value far outweighed by prejudicial. | | | | |
| | 20:2–14 | None. | | | | |
| | 20:15–21:1 | Leading; irrelevant. | | | | |
| | 21:2–21:24 | None. | | | | |
| | 21:25–22:25 | None. | | | | |

| PLAINTIFF'S DESIGNATION | | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|---|
| 23:7-13 | | | None. | | | | |
| 24:6-20 | 24:6–16 | | None. | | | | |
| | 24:17–28:3 | | Precluded by joint stipulation [ECF No. 244]; irrelevant; far more prejudicial than probative, | | | | |
| 24:22-25:16 | 24:17–28:3 | | Precluded by joint stipulation [ECF No. 244]; irrelevant; far more prejudicial than probative, | | | | |
| 26:11-28:3 | 24:17–28:3 | | Precluded by joint stipulation [ECF No. 244]; irrelevant; far more prejudicial than probative, | | | | |
| 28:12-34:23 | 28:12–29:12 | | None. | | | | |
| | 29:13–31:19 | | Leading; speculation; confuse the jury. | | | | |
| | 31:20–32:4 | | Vague; lacks foundation. | | | | |
| | 32:5–33:12 | | None. | | | | |
| | 33:12–34:23 | | Hearsay; lacks foundation; far more prejudicial than probative. | | | | |
| 37:13-40:16 | | | None | | | | |
| 41:6-20 | | | None | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 42:15-51:9 | 42:15–45:22 | None. | | | | |
| | 45:23–47:9 | Nonresponsive; speculation. | | | | |
| | 47:10–49:25 | Leading; lacks foundation. | | | | |
| | 50:1–51:9 | Lacks foundation; vague; irrelevant. | | | | |
| 51:14-55:10 | 51:14–52:17 | Hearsay; lacks foundation; compound; irrelevant. | | | | |
| | 52:18–54:9 | Leading; mischaracterizes evidence. | | | | |
| | 54:10–55:10 | Leading; compound; lacks foundation. | | | | |
| 55:17-57:13 | 55:17–24 | None. | | | | |
| | 55:25–56:14 | Lacks foundation; calls for speculation. | | | | |
| | 56:15–57:13 | Lacks foundation; speculation; calls for legal opinion. | | | | |
| 57:25-63:17 | 57:25–60:2 | Leading; authenticity; mischaracterizes evidence. | 57:12–57:24 | | | |
| | 60:3–60:12 | None. | | | | |
| | 60:13–61:7 | Leading; lacks foundation. | | | | |
| | 61:8–62:15 | Leading; lacks foundation; calls for legal conclusion; | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| | | speculation; vague. | | | | |
| | 62:16–63:17 | Leading; speculation. | | | | |
| 63:24-67:4 | 63:24–64:12 | Leading. | | | | |
| | 64:13–64:22 | Asked and answered; lacks foundation. | | | | |
| | 64:23–67:4 | Leading; lacks foundation; irrelevant. | | | | |
| 67:8-17 | | Precluded by joint stipulation [ECF No. 244]; irrelevant; far more | | | | |
| 67:19-68:18 | | prejudicial than probative | | | | |
| 69:13-70:19 | | Precluded by joint stipulation [ECF No. 244]; irrelevant; far more | | | | |
| 76:10-79:12 | | Leading; asked and answered; lacks foundation; irrelevant; speculation. | | | | |
| 79:20-24 | | Leading. | | | | |
| 80:18-84:1 | | Leading; irrelevant; vague; lacks foundation. | | | | |
| 97:22-98:15 | | None. | | | | |

18

**5. Deposition of John Kurisko taken March 15, 2023:**

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 6:17-18 | | None. | | | | |
| 8:17-21 | | None. | | | | |
| 9:2-11 | | None. | | | | |
| 9:19-14:14 | | None. | | | | |
| 15:15-20:1 | 15:15–24 | Vague; lacks foundation; calls for speculation. | 14:17–15:14 | | | |
| | 15:25–20:1 | None. | 20:2–11 | | | |
| 20:22-22:7 | | None. | | | | |
| 22:14-24:25 | | Leading; lacks foundation; far more prejudicial than probative; likely to confuse the jury. | 73:11–74:9 | | | |
| 27:1-32:21 | | Lacks foundation; leading; speculation. | 71:24–72:24; 97:24–99:2 | | | |
| 34:20-35:6 | | Leading; asked and answered. | | | | |
| 37:18-41:4 | | Leading; lacks foundation; calls for speculation. | | | | |
| 41:18-43:19 | | Leading; lacks foundation; hearsay; calls for speculation. | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 44:12-25 | | Leading; lacks foundation. | 75:6–79:9 | | | |
| 45:3-22 | | Leading; lacks foundation. | 75:6–79:9 | | | |
| 46:3-25 | | Leading; lacks foundation. | 75:6–79:9 | | | |
| 48:6-49:12 | | Leading; lacks foundation. | 75:6–79:9 | | | |
| 53:3-55:20 | | Leading; lacks foundation. | 71:24–72:24; 97:24–99:2 | | | |
| 56:2-60:5 | | Leading; lacks foundation. | | | | |
| 61:3-64:8 | | Leading; lacks foundation; irrelevant. | | | | |
| 68:6-14 | | None. | 68:15–69:13 | | | |
| 93:25-96:14 | | Leading; lacks foundation. | | | | |
| 97:9-15 | | Leading; lacks foundation. | | | | |

**6.  Deposition of Janay Symonette Pyfrom taken January 24, 2024:**

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 37:10-38:5 | 37:10–38:2 | None. | | | | |
| | 38:3–5 | Irrelevant. | | | | |
| 38:13-39:2 | | None. | 40:13–21 | | | |
| 41:8-15 | | None. | | | | |
| 41:26-43:22 | 41:26–42:14 | None | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| | 42:15–18 | Vague; confuse jury. | | | | |
| | 42:19–28 | Lacks foundation; speculation. | | | | |
| | 42:29–43:3 | Leading | | | | |
| | 43:4–22 | None. | | | | |
| 44:18-27 | | None. | | | | |
| 45:2-46:11 | 45:2–31 | None. | | | | |
| | 45:32–46:11 | None. | 46:12–20 | | | |
| | 45:2–31 | None. | | | | |
| 50:7-53:6 | 50:7–52:5 | None. | 49:16–50:6 | | | |
| | 52:6–29 | Leading; lacks foundation. | | | | |
| | 52:30–53:6 | None. | | | | |
| 53:17-32 | | None. | 54:19–55:12 | | | |
| 55:15-56:7 | | Leading; lacks foundation; vague. | | | | |
| 56:11-12 | | Leading; lacks foundation; vague. | | | | |
| 56:19-22 | | None. | | | | |
| 59:15-18 | | None. | | | | |
| 60:11-16 | | Leading. | 60:17–20 | | | |
| 62:15-29 | | Leading; lacks foundation. | 62:30–63:4 | | | |
| 63:21-64:13 | | Leading; lacks foundation. | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 64:23-30 | | Leading; lacks foundation; speculation. | 64:18–21 | | | |
| 65:1-67:20 | 65:1–26 | Leading; lacks foundation. | | | | |
| | 65:27–67:18 | None. | | | | |
| | 67:19–20 | Leading; lacks foundation; speculation. | | | | |
| 67:26-68:10 | | Leading; lacks foundation; speculation. | 68:11–20; 68:23–69:5 | | | |
| 69:6-70:32 | 69:6–70:1 | Leading. | | | | |
| | 70:2–19 | None. | | | | |
| | 70:20–32 | Leading; vague; confuse the jury; asked and answered. | | | | |
| 71:4-13 | | Leading; vague; confuse the jury; asked and answered | | | | |
| 72:26-73:32 | 72:26–73:10 | None. | | | | |
| | 73:11–32 | Lawyers speaking; lacks foundation; speculation. | | | | |
| 75:29-76:27 | 75:29–76:23 | None. | | | | |
| | 76:24–27 | Lawyer speaking, no witness testimony. | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 78:1-79:10 | 78:1–14 | None. | | | | |
| | 78:15–79:10 | Leading. | | | | |
| 79:22-80:17 | | None. | | | | |
| 80:22-81:1 | | None. | | | | |
| 81:27-82:6 | | Vague; lacks foundation; asked and answered. | 83:7–12 | | | |
| 83:18-25 | | None. | | | | |
| 83:29-30 | | None. | | | | |
| 84:2-10 | | None. | | | | |
| 84:31-85:2 | | None. | | | | |

**7.   Deposition of Drameko Moore taken October 23, 2023:**

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 6:17-8:2 | | None. | | | | |
| 9:23-12:32 | | None. | 12:32–13:1; 13:12–16 | | | |
| 13:17-19 | | None. | 13:20–25. | | | |
| 13:31-14:17 | | None | | | | |
| 16:1-17:32 | 16:1–19 | Colloquy between lawyers and court, no witness testimony. | | | | |
| | 16:20–17:1 | None. | | | | |
| | 17:2–8 | Colloquy between lawyers and court, no witness | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| | | testimony. | | | | |
| | 17:9–15 | None. | | | | |
| | 17:16–32 | Colloquy between lawyers and court, no witness testimony. | | | | |
| 20:21-24 | | None. | | | | |
| 20:28-21:9 | | None. | 21:10–11 | | | |
| 21:14-22:25 | 21:14–25 | Lacks foundation; irrelevant. | | | | |
| | 21:26–22:25 | Lacks foundation; leading. | | | | |
| 23:5-28 | 23:5–19 | Lacks foundation. | | | | |
| | 23:20–22 | None. | | | | |
| | 23:23–28 | | 23:29–31; 23:32–24:5; 24:24–26. | | | |
| 24:28-30 | | Vague; lacks foundation. | 24:31–32; 24:24–26 | | | |
| 25:23-26:15 | 25:23–27 | None. | | | | |
| | 25:28–26:15 | Hearsay; vague. | | | | |
| 26:21-27:28 | | None | | | | |

8.  **Deposition of Stephen Darville taken November 6, 2023:**

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 1:24-31 | | Irrelevant; confuse the jury | | | | |
| 2:12-3:3 | 2:12–28 | Confuse the jury. | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| | 2:29–3:3 | None. | | | | |
| 4:8-6:31 | | None. | 7:3–5; 7:21–26; 16:10–17:7; 27:29–28:4 | | | |
| 18:1-19:22 | | Irrelevant; jury confusion. | | | | |
| 20:4-31 | | Irrelevant; jury confusion. | | | | |
| 21:1-19 | | Irrelevant; jury confusion. | | | | |
| 22:13-19 | | None. | | | | |
| 23:15-25 | | Irrelevant; jury confusion. | | | | |
| 25:12-15 | | Irrelevant; jury confusion. | | | | |
| 26:6-27 | | Irrelevant; jury confusion. | | | | |
| 27:2-9 | | Irrelevant; jury confusion. | | | | |

9. **Deposition of Edward Cooper taken October 25, 2023[1] and January 24, 2024:**

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 18:3-4 | | None. | | | | |
| 18:28-19:3 | | None. | | | | |
| 19:9-16 | | None. | | | | |
| 19:20-30 | 19:20–25 | Leading; lacks foundation; vague. | | | | |

---

[1] The Bahamas Court has not transmitted the transcript for Mr. Cooper's October 25, 2023, testimony.  As soon as it is received, the SEC intends to supplement its deposition designations.

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| | 19:26–30 | Lawyer speaking; no witness testimony. | | | | |
| 20:4 | | Lawyer speaking; no witness testimony. | | | | |
| 20:30-21:1 | | None. | | | | |
| 28:4-18 | | None. | | | | |
| 28:23-30:4 | | Leading; vague; irrelevant; lawyers speaking. | | | | |
| 30:13-20 | | Vague; lawyer speaking; confuse the jury. | | | | |
| 30:25-31:32 | 30:25–31:22 | None. | | | | |
| | 31:23–32 | Lawyer speaking; irrelevant. | | | | |
| 32:4-19 | | Vague; lacks foundation; confuse the jury. | | | | |
| 32:28-33:14 | | Vague; lacks foundation; confuse the jury. | | | | |
| 33:20-34:28 | | None. | | | | |

**10. Deposition of Antonio Collie taken on November 10, 2023[2]:**

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| 3:1-7:3 | | | | | |

---

[2] The Bahamas Court transmitted the transcript of Mr. Collie's testimony to the SEC for the first time on June 12, 2024.

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| 7:9-7:23 | | | | | |
| 9:2-9:25 | | | | | |
| 10:4-13:32 | | | | | |
| 14:17-20 | | | | | |
| 15:9-27 | | | | | |
| 16:30-17:11 | | | | | |
| 18:13-19:7 | | | | | |
| 24:2-26:14 | | | | | |
| 26:29-30:4 | | | | | |
| 31:8-14 | | | | | |
| 32:29-32 | | | | | |

June 13, 2024

Respectfully submitted,

/s/Alise Johnson
Alise Johnson
Senior Trial Counsel
Fla. Bar No. 0003270
Direct Dial: (305) 982-6385
Email: johnsonali@sec.gov

Alice Sum
Senior Trial Counsel
Fla Bar No.: 354510
Phone: (305) 416-6293
Email: sumal@sec.gov

*Attorneys for Plaintiff*
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154