UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21079-BB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.

### DEFENDANT GUY GENTILE'S EXHIBIT LIST

**Index to Objections:**
A–Authenticity
I–Contains inadmissible matter
R–Relevancy
H–Hearsay
UP–Unduly prejudicial-probative value outweighed by undue prejudice P–Privileged

| Def. No. | Description | Objection(s)[1] |
|---|---|---|
| 1 | Email – Jan. 15, 2012: *from G. Gentile to P. Dorsett.* (SEC-FL-03848-E-0002861) | |
| 2 | Email – Dec. 2012: *G. Gentile, R. Chemtob, others.* (GENTILE0004381) | R |
| 3 | *WITHDRAWN.* | |
| 4 | Email – Jun. 17, 2013: *G. Gentile, P. Dorsett, others.* (SEC-FL-03848-E-0010576) | |
| 5 | Email – Jun. 28, 2013: *from G. Gentile to J. Ritchie.* (SEC-FL-03848-E-0010841) | |
| 6 | FINRA Letter – Nov. 12, 2013. (GENTILE-00001919) | R, UP |

---

[1] The SEC generally objects to all Exhibits that were not listed on Gentile's Exhibit list filed with the Pretrial Stipulation on May 22, 2024 (Exhibits 57-198). Exhibits 57-168 were not disclosed as possible Exhibits or added to the Exhibit list until the evening of June 3, 2024, wherein Gentile added approximately 100 Exhibits the night before calendar call and approximately 12 days after the witness lists were due. Exhibits 169-198 were not added to the Exhibit list until June 5, 2024.

| Def. No. | Description | Objection(s) |
|---|---|---|
| 7 | FINRA Affidavit – Jan. 9, 2014: *P. Dorsett*. (GENTILE0004495) | |
| 8 | Wells Submission – Jan. 10, 2014. (GENTILE0004390) | I, R, H, UP |
| 9 | Screenshot – Jan. 10, 2015: *Wayback Machine capture of Day Trading Radio website*. | |
| 10 | Screenshot – Feb. 5, 2015: *Wayback Machine capture of Day Trading Radio website*. | |
| 11 | FINRA Letter – Apr. 14, 2015. (FINRA-00003522) | |
| 12 | Email – Jun. 8, 2015: *G. Gentile, P. Dorsett, others*. (SEC-FL-03848-E-0039747) | Incomplete, needs the attachment, H |
| 12.a | In the Matter of Mark G. Brickman and Mark E. Baratto (File No. 3-16576) – Jun. 5, 2015: *Order Instituting Administrative and Cease-and-Desist Proceedings*. | |
| 13 | Email – Aug. 18, 2015: *G. Gentile, J. Pyfrom, others*. (GENTILE0004549) | R, H |
| 14 | Email – Sep. 2, 2015: *from G. Gentile to J. Pyfrom*. (GENTILE0004881) | R, H |
| 15 | Letter – Sep. 18, 2015: *from C. Marin to G. Gentile*. (GENTILE0004614) | |
| 16 | Email – Oct. 21, 2015: *from G. Gentile to J. Ritchie, others*. (GENTILE-00003900) | R |
| 17 | Email – Nov. 2, 2015: *from G. Gentile to J. Ritchie*. (GENTILE-00004242) | R |
| 18 | Email – Dec. 7, 2015: *from J. Pyfrom to G. Gentile*. (GENTILE0004548) | R, H |
| 19 | Letter – Dec. 29, 2015: *resignation of G. Gentile*. (SEC-GentileG-E-0000053) | |
| 20 | Email – Aug. 23, 2016: *R. Cameron, J. Ritchie*. (WARRIORSEC_00000046) | |
| 21 | Screenshot – Sep. 8, 2016: *Wayback Machine capture of Suretrader website*. | |
| 22 | Marketing Services Agreement – Oct. 1, 2016: *Warrior Trading*. (WARRIORSEC_00000052) | |

| Def. No. | Description | Objection(s) |
|---|---|---|
| 23 | Email – Oct. 4, 2016: *R. Cameron, J. Ritchie, others.* (WARRIORSEC_00000042) | |
| 24 | Email – Oct. 11, 2016: *R. Cameron, J. Ritchie, others.* (WARRIORSEC_00000071) | R |
| 25 | Screenshot – Oct. 19, 2016: *Wayback Machine capture of Suretrader website.* | |
| 26 | Messages: *Y. Frantz, J. Pyfrom.* | R, H, I |
| 27 | Email – Mar. 30, 2017: *Y. Frantz, J. Ritchie, others.* (GENTILE-00004280) | |
| 28 | Advertising Review of Swiss America Securities, Ltd. – Feb. 21, 2018. (GENTILE0004499) | H |
| 29 | Email – Mar. 21, 2018: *Y. Frantz, J. Ritchie, others.* | |
| 30 | Screenshot: Capital Markets Elite website pop-up blocker. | A, R, H, Did not produce in discovery |
| 31 | Screenshot: Capital Markets Elite website pop-up blocker. | A, R, H, Did not produce in discovery |
| 32 | Screenshot: Capital Markets Elite website pop-up blocker. | A, R, H, Did not produce in discovery |
| 33 | Screenshot: SureTrader website pop-up blocker. (SEC-SECWEBCAPTURE-E-0000006) | Confusing, Need to add date of Webcapture, |
| 34 | Email – Oct. 10, 2016: *R. Cameron, J. Ritchie.* | |
| 35 | Screenshot – Mar. 22, 2016: *Wayback Machine capture of Day Trading Radio website.* | |
| 36 | Screenshot – Apr. 29, 2017: *Wayback Machine capture of Suretrader website.* | |
| 37 | Screenshot – Feb. 24, 2018: *Wayback Machine capture of Suretrader website.* | |
| 38 | Screenshot: Suretrader website pop-up blocker. | A, confusing, not dated |
| 39 | Screenshot – Jun. 24, 2019: *Wayback Machine capture of Suretrader website.* | |

| Def. No. | Description | Objection(s) |
|---|---|---|
| 40 | Screenshot – Mar. 16, 2016: *Wayback Machine capture of Suretrader website.* | |
| 41 | Screenshot – Mar. 17, 2016: *Wayback Machine capture of Suretrader website.* | |
| 42 | Screenshot – Mar. 17, 2016: *Wayback Machine capture of Suretrader website.* | |
| 43 | Screenshot – Mar. 24, 2016: *Wayback Machine capture of Suretrader website.* | |
| 44 | Screenshot – May. 4, 2017: *Wayback Machine capture of Suretrader website.* | |
| 45 | Screenshot – May. 6, 2017: *Wayback Machine capture of Suretrader website.* | |
| 46 | Screenshot – May. 8, 2017: *Wayback Machine capture of Suretrader website.* | |
| 47 | Screenshot – May. 7, 2017: *Wayback Machine capture of Suretrader website.* | |
| 48 | Video screenshot – Nov. 25, 2016: *Wayback Machine capture of Suretrader website.* | A, Incomplete, Did not produce in discovery |
| 49 | Video screenshot – Jan. 22, 2018: *Wayback Machine capture of Capital Markets Elite website.* | A, R, H, Did not produce in discovery |
| 50 | Screenshot: *Capture of Suretrader website.* (SEC-SECWEBCAPTURE-E-0000371) | |
| 51 | *SEC v. Gibraltar Global Securities, et al.* (1:13-cv-02575) – Aug. 2, 2013: [Dkt 15] Plaintiff's Memorandum Of Law In Opposition To Defendants' Motion To Dismiss. | R |
| 52 | Gibraltar Global Securities: Brokerage Account Application. | A, R, H, Did not produce in discovery |
| 53 | Screenshot – Feb. 6, 2013: *Wayback Machine capture of Gibraltar Global Securities website.* | A, R, H, Did not produce in discovery |
| 54 | *WITHDRAWN.* | |

4

| Def. No. | Description | Objection(s) |
|---|---|---|
| 55 | *WITHDRAWN.* | |
| 56 | Screenshot: *Suretrader website pop-up blocker.* | A, not dated |
| 57 | Marketing Services Agreement – Aug. 1, 2014: *Day Trading Radio.*<br>(SEC-DTR-E-0000008) | |
| 58 | Email – Jul. 24, 2020: *P. Dorsett, and J. Weissman.* | |
| 59 | Declaration – Jun. 27, 2022: *P. Dorsett.*<br>(Case 1:21-cv-21079-BB; Document 89-2) | R |
| 60 | Affidavit – Jun. 2, 2022: *E. Cooper.*<br>(Case 1:21-cv-21079-BB; Document 86-2) | R, I, H |
| 61 | Swiss America Securities, LTD Form – May 12, 2015: *vacation leave request for P. Dorsett, June 12, 2015- June 22, 2015.*<br>(SEC-FL-03848-E-0039461) | R |
| 62 | Email – Nov. 15, 2011: *P. Dorsett, D. Beneby, with SureTrader policy attachments.*<br>(SEC-FL-03848-E-0001855) | R |
| 63 | Swiss America Securities, LTD Letter – May 4, 2017: *to A. Collie, from P. Dorsett.*<br>(GENTILE0004498) | R, I |
| 64 | Swiss America Securities, LTD Letter – Jul. 31, 2017: *P. Dorsett termination.*<br>(GENTILE0004527) | I, R, H |
| 65 | Email – Jul. 31, 2017: *from P. Dorsett to G. Gentile.*<br>(GENTILE-00003698) | I, R, H |
| 66 | Letter – Aug. 1, 2017: *from R. Dorsett to G. Gentile.*<br>(GENTILE-00003682) | I, R, H |
| 67 | Email – Aug. 1, 2017: *G. Gentile, R. Dorsett, others.*<br>(GENTILE-00003699) | I, R |
| 68 | Email – Nov. 7, 2011: *from K. Gentile.*<br>(SEC-FL-03848-E-0001704) | I, R, H |
| 69 | Email – Nov. 21, 2011: *from P. Dorsett to B. Walker.*<br>(SEC-FL-03848-E-0001919) | |

| Def. No. | Description | Objection(s) |
|---|---|---|
| 70 | Swiss America Securities, LTD Letter – Apr. 2, 2019: *from E. Cooper to G. Gentile.* (Case 2:19-cv-05155-JLL-JAD Document 16-3) | R, H |
| 71 | Article – May 1, 2018: *Cadwalader SEC Regulation Of Non-U.S. Broker-Dealers and Foreign Securities Exchanges by Steven Lofchie, Jeffrey Robins, Scott Hendler and Alexander Kerdman.* (GENTILE0004657) | |
| 72 | Email – Jun. 17, 2013: *from G. Gentile to P. Dorsett with attachment.* (GENTILE0004553) | |
| 73 | Email – Jun. 20, 2013: *from J. Ritchie to G. Gentile.* (SEC-FL-03848-E-0010727) | R, H, missing attachment |
| 74 | Email – Jun. 20, 2013: *J. Ritchie, G. Gentile, others.* (SEC-FL-03848-E-0010729) | R, H, missing attachment |
| 75 | Email – Jun. 28, 2013: *G. Gentile, J. Ritchie, P. Dorsett.* (SEC-FL-03848-E-0010841) | R, H, Missing attachment |
| 76 | Email – Jul. 7, 2014: *K. Gentile, S. Dowd, others.* (SEC-FL-03848-E-0017904) | |
| 77 | Email – Jul. 7, 2014: *G. Gentile, S. Dowd, others.* (SEC-FL-03848-E-0017907) | |
| 78 | Email – Jan. 2, 2016: *S. Matin, C. Seigel, others.* (SEC-GentileG-E-0000026) | I, H, Missing Attachment |
| 79 | Email – Jan. 10, 2014: *A. Ford, G. Gentile, M. Fernandez.* (GENTILE0004388) | I, H, Missing Attachment |
| 80 | Screenshot – Sep. 12, 2015: *Wayback Machine capture of Suretrader website.* | A, Not Full page, No Bates |
| 81 | FINRA Rules: *2270. Day-Trading Risk Disclosure Statement.* | |
| 82 | FINRA Article: *Day Trading.* | |
| 83 | Email – Feb. 6, 2013: *P. Dorsett 'Hurry up, so I can give you some cash back.'* (SEC-FL-03848-E-0008770) | |
| 84 | Google AdWords Invoice – Oct. 31, 2015. (GENTILE0004542) | R |

6

| Def. No. | Description | Objection(s) |
|---|---|---|
| 85 | Letter – Aug. 26, 2016: *from Robert Peabody of Jackson Lewis to S. Matin re: Trader's Café with attachments.* (SEC-MichaudN-E-0000001) | R, H |
| 86 | Email – Aug. 13, 2016: *N. Michaud, R. Peabody, forwarded email message with attachments.* | R, H, No Bates no., Not produced in discovery |
| 87 | Email – Oct. 4, 2016: *R. Cameron, J. Ritchie.* (WT000040) | |
| 88 | Email – Aug. 23, 2016: *R. Cameron, J. Ritchie, others.* (WT000030) | |
| 89 | Email – Jan. 27, 2017: *R. Cameron, D. Moore, J. Ritchie.* (WT000021) | |
| 90 | Screenshot: *Capture of Suretrader website.* (SEC-SECWEBCAPTURE-E-0000392) | |
| 91 | Email – Dec. 2, 2016: *'SureTrader.com Affiliate New Banners for December!'* (GRPN-SURETRADER00000012) | H, R |
| 92 | Email – Sep. 3, 2015: *J. Pyfrom, G. Gentile, others.* (GENTILE0004535) | R, No bates, not produced in discovery |
| 93 | *WITHDRAWN.* | |
| 94 | *WITHDRAWN.* | |
| 95 | Letter – Oct. 2, 2014: *from T. Sykes to G. Gentile and P. Dorsett.* (GENTILE0004507) | R |
| 96 | Email – Jul. 24, 2013: *to P. Dorsett.* (SEC-FL-03848-E-0011142) | R |
| 97 | Email – Dec. 5, 2013: *J. Ritchie, E. Rahming, P. Dorsett, others.* (SEC-FL-03848-E-0013468) | R |
| 98 | *WITHDRAWN.* | |
| 99 | *WITHDRAWN.* | |
| 100 | Letter – Jul. 27, 2017: *from P. Mannelly of McDonald Caranoto G. Gentile and Y. Frantz.* (GENTILE0004891) | |

| Def. No. | Description | Objection(s) |
|---|---|---|
| 101 | Email – Sep. 10, 2015: *G. Gentile regarding NicaTrades.com.* (GENTILE0004883) | R |
| 102 | Email – Apr. 20, 2016: *from P. Dorsett.* (SEC-SECPST-E-0001802) | R |
| 103 | Email – Jun. 6, 2018: *from J. Weissman to P. Dorsett.* (SEC-SECPST-E-0009719) | |
| 104 | Email – Jul. 27, 2015: *from M. Miah to P. Dorsett, others.* (GENTILE0004648) | R, I |
| 105 | Email – Nov. 4, 2015: *from G. Gentile.* (GENTILE0004886) | R. I |
| 106 | Messages: *J. Ritchie and Y. Frantz.* | R, I, A, 53 pages of chat from 12/19/16-4/12/18, no Bates no. |
| 107 | Messages – Beginning Nov. 17, 2016: *Y. Frantz and (914) 486-4833.* | |
| 108 | Messages – Beginning Apr. 13, 2017: *Y. Frantz and (914) 486-4833.* | R, I, A, not produced in discovery, 162 pages of chat from 4/13/2017, no Bates no. |
| 109 | Messages: *J. Pyfrom and Y. Frantz.* | R, I, A, not produced in discovery. 64 pages of chat from 1/6/17 to 7/3/2018 no Bates no. |
| 110 | Messages: *A. Collie and Y. Frantz.* | R, I, A, not produced in discovery, 10 pages of chat from 3/30/2017 to 7/18/19, no Bates no. |
| 111 | Email – Jun. 12, 2017: *Y. Frantz and M. Alramadhan.* (SEC-FL-03848-E-0044337) | R |
| 112 | Email – Aug. 14, 2018: *J. Weissman and S. McKessy.* (SEC-SECPST-E-0009720) | R, H |

| Def. No. | Description | Objection(s) |
|---|---|---|
| 113 | Email – Oct. 24, 2018: *J. Weissman and S. McKessy*. (SEC-SECPST-E-0009752) | R, H |
| 114 | Swiss America Securities, LTD Form – Aug. 2017: flow chart of organizational structure. (SEC-FL-03848-E-0000055) | |
| 115 | Email – Mar. 21, 2018: *Y. Frantz, J. Ritchie, J. Pyfrom with attachments*. (SEC-FL-03848-E-0058441) | |
| 116 | Email – Jun. 19, 2017: *Y. Frantz, P. Dorsett, A. Collie, others*. (SEC-FL-03848-E-0054542) | R |
| 117 | Email – Jul. 28, 2017: *G. Gentile, E. Cooper, A. Collie, others*. (SEC-FL-03848-E-0075075) | R, H, I |
| 118 | Email – Aug. 9, 2017: *from Y. Frantz*. (SEC-FL-03848-E-0056138) | R |
| 119 | Email – Dec. 11, 2017: *from C. Penalver*. (SEC-FL-03848-E-0043818) | R |
| 120 | Screenshot: *Phillips & Cohen website, Sean X. McKessy profile*. | R |
| 121 | Screenshot: *SureTrader website pop-up*. (SEC-SECWEBCAPTURE-E-0000007) | A, not dated |
| 122 | Screenshot: *Slack messages '#newbackoffice'*. (SEC-FL-03848-E-0077781) | A, R |
| 123 | Email – Mar. 23, 2017: *Y. Frantz and T. Sykes*. (SEC-FL-03848-E-0052863) | |
| 124 | Marketing Services Agreement – Feb. 28, 2014: *Millionaire Media*. (GENTILE-00004253) | R, H |
| 125 | *WITHDRAWN*. | |
| 126 | Email – Jul. 5, 2017: *from Y. Frantz to J. Ritchie*. (SEC-FL-03848-E-0054771) | |
| 127 | Email – Apr. 4, 2017: *from P. Dorsett to Y. Frantz*. (SEC-FL-03848-E-0085086) | |
| 128 | Email – Jul. 5, 2017: *from B. Garrett to J. Ritchie*. (SEC-FL-03848-E-0078346) | |
| 129 | Email – May. 5, 2017: *G. Gentile, Y. Frantz, J. Pyfrom*. (GENTILE-00004301) | R |

9

| Def. No. | Description | Objection(s) |
|---|---|---|
| 130 | Email – Mar. 30, 2017: *Y. Frantz, J. Ritchie, D. Moore, others*. (SEC-FL-03848-E-0052987) | |
| 131 | *WITHDRAWN.* | |
| 132 | *WITHDRAWN.* | |
| 133 | Email – Apr. 18, 2017: *'Affiliate Program Update & New Banners'*. (GRPN-SURETRADER00000044) | |
| 134 | Email – Sep. 28, 2017: *'SureTrader New Logo Banner & Program Stats'*. (GRPN-SURETRADER00000093) | |
| 135 | Email – Jan. 5, 2018: Affiliate Newsletter. (SEC-MOJO-E-00000010) | |
| 136 | Email – Mar. 24, 2017: *from Y. Frantz*. (SEC-FL-03848-E-0052981) | |
| 137 | *WITHDRAWN.* | |
| 138 | Email – Mar. 6, 2017: *M. Rich and Y. Frantz*. (SEC-FL-03848-E-0041140) | R |
| 139 | Email – Mar. 8, 2017: *M. Rich and Y. Frantz*. (SEC-FL-03848-E-0041167) | R |
| 140 | Email – Mar. 23, 2017: *M. Rich and Y. Frantz*. (SEC-FL-03848-E-0052868) | R |
| 141 | Email – Mar. 23, 2017: *Y. Frantz and D. Moore*. (SEC-FL-03848-E-0090668) | |
| 142 | Email – Jul. 13, 2017: *A. Collie and G. Gentile*. (GENTILE-00004315) | H, R |
| 143 | Email – Oct. 15, 2017: *Y. Frantz and G. Gentile*. (GENTILE-00004307) | I, R |
| 144 | Email – Nov. 7, 2017: *from J. Ritchie*. (GENTILE-00004352) | H, R, I |
| 145 | Email – Feb. 22, 2018: *from Y. Frantz*. (SEC-FL-03848-E-0058166) | R |

| Def. No. | Description | Objection(s) |
|---|---|---|
| 146 | Email – Mar. 23, 2018: *from J. Ritchie to G. Gentile, A. Collie, E. Cooper*. (GENTILE00005052) | R |
| 147 | Swiss America Securities, LTD – Apr. 12, 2018: *from 'management' to Y. Frantz*. (GENTILE-00003834) | |
| 148 | Screenshot: *WhatsApp messages, 917-292-1425*. (GENTILE-00003835) | R |
| 149 | Email – Apr. 17, 2018: *Y. Frantz, J. Ritchie, G. Gentile*. (GENTILE-00004313) | R |
| 150 | Email – Apr. 24, 2018: *Y. Frantz, G. Gentile, A. Collie, E. Cooper, others*. (GENTILE-00004339) | R, I |
| 151 | *WITHDRAWN*. | |
| 152 | *WITHDRAWN*. | |
| 153 | Email – Sep. 2, 2015: *G. Gentile, J. Pyfrom*. (GENTILE0004881) | R, H |
| 154 | Email – May 15, 2018: *from J. Weissman to Y. Frantz*. | R |
| 155 | Email – Apr. 25, 2018: *from Y. Frantz to SEC*. | |
| 156 | *Frantz v. XL Diamonds, LLC, et al.* (151672/2022) – Jun. 22, 2019: *[Dkt 6] Defendants' Response to Plaintiff's Interrogatories and Omnibus Demands*. | R, I, H, Not produced in discovery 373 pages |
| 157 | Email – Apr. 26, 2018: *Y. Frantz, S. Suh, N. Brown*. | R, I |
| 158 | Screenshot – Jan. 7, 2017: *Wayback Machine capture of Suretrader website*. | |
| 159 | Screenshot – Apr. 5, 2016: *Wayback Machine capture of Suretrader website*. | |
| 160 | Screenshot – Feb. 27, 2016: *Wayback Machine capture of Suretrader website*. | |
| 161 | Screenshot – Sep. 8, 2016: *Wayback Machine capture of Suretrader website*. | |
| 162 | Screenshot – Jan. 6, 2016: *Wayback Machine capture of Suretrader website*. | |
| 163 | Screenshot – Oct. 19, 2016: *Wayback Machine capture of Suretrader website*. | |

11

| Def. No. | Description | Objection(s) |
|---|---|---|
| 164 | Screenshot – May 28, 2014: *Wayback Machine capture of StockTradingIdeas.com.* | |
| 165 | Screenshot – Jan. 25, 2016: *Wayback Machine capture of StockTradingIdeas.com.* | |
| 166 | Screenshot – Oct. 23, 2018: *Wayback Machine capture of Suretrader website.* | |
| 167 | Screenshot – Oct. 23, 2018: *Wayback Machine capture of Suretrader website.* | |
| 168 | Screenshot: *Capture of Financial Conduct Authority website with information about Mint Global Markets UK Ltd.* | A, R |
| 169 | Email – Mar. 5, 2023: *from A. Sum of the SEC to A. Johnson and O. Jimenez.* | R |
| 170 | Email – Mar. 7, 2023: *from O. Jimenez to A. Sum and A. Johnson.* | R |
| 171.a | Email – Mar. 7, 2023: *from A. Sum to O. Jimenez and A. Johnson.* | R |
| 171.b | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin.* | |
| 171.c | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin.* | |
| 171.d | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin.* | |
| 171.e | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin.* | |
| 171.f | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin.* | |
| 171.g | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin.* | |
| 172.a | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin.* | |
| 172.b | Trading Records – 2016: *Apex Clearing for O. Jimenez.* | |
| 173 | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin.* | cumulative |
| 174 | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin.* | cumulative |
| 175 | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin.* | cumulative |
| 176 | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin.* | cumulative |
| 177 | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin.* | cumulative |

| Def. No. | Description | Objection(s) |
|---|---|---|
| 178 | Email – Mar. 6, 2023: *from O. Jimenez to A. Sum and A. Johnson*. | |
| 179 | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin*. | |
| 180 | Photograph – circa 1999: *SpeedTrader*. | |
| 181 | Email – Feb. 21, 2018: *from O. Jimenez to S. Matin*. | |
| 182 | *WITHDRAWN*. | |
| 183 | Department of the Treasury Internal Revenue Service – 2015: *form 8879, form 9325, form 1040, form 8863, form 2106-EZ, form 4562, for O. Jimenez*. | R, I |
| 184 | Department of the Treasury Internal Revenue Service – 2016: *form 8879, form 1040, form 8949, form 8615 for O. Jimenez*. | R, I |
| 185 | Department of the Treasury Internal Revenue Service – 2017: *form 8879, form 1040, form 8949, form 8917, form 8965 for O. Jimenez*. | R, I |
| 186 | Department of the Treasury Internal Revenue Service – 2016: *form 8879, form 1040, form 8949, form 8962 for O. Jimenez*. | R, I |
| 187 | Federal Tax Return – 2020: *O. Jimenez*. | R, I |
| 188 | Federal Tax Return – 2021: *O. Jimenez*. | R, I |
| 189 | Federal Tax Return – 2022: *O. Jimenez*. | R, I |
| 190 | *WITHDRAWN*. | |
| 191 | Wells Fargo – Feb. 13, 2017: *O. Jimenez*. | R, I |
| 192 | Wells Fargo – Mar. 14, 2017: *O. Jimenez*. | R, I |
| 193 | Wells Fargo – Apr. 14, 2017: *O. Jimenez*. | R, I |
| 194 | Commodity Futures Trading Commission: *Q & A – Final Regulations on Protection of Consumer Information Under the Fair Credit Reporting Act*. | R, jury confusion |
| 195 | Florida Bar Association: *Rule 4-7.18 - Direct Contact With Prospective Clients*. | R, jury confusion |
| 196 | American Bar Association: *Rule 7.3 – Solicitation of Clients*. | R, jury confusion |

13

| Def. No. | Description | Objection(s) |
|---|---|---|
| 197 | SureTrader Account Application – *M. Agha*. | Requires redaction, not previously produced in discovery |
| 198 | Employment Authorization Card: *M. Agha*. (MintBroker-E-0609471) | |

Date: June 13, 2024                           Respectfully Submitted,


                                  By:    */s/Gabriela M. Ruiz*
                                           Gabriela M. Ruiz
                                           Fla. Bar. 46844
                                           One Biscayne Tower
                                           2 South Biscayne Boulevard, Suite 3200
                                           Miami, Florida 33131
                                           Tel.: (786) 310-1135 (main)
                                           gruiz@fordobrien.com
                                           Adam C. Ford (admitted pro hac vice)
                                           Matthew A. Ford (admitted pro hac vice)
                                           Stephen R. Halpin III (admitted pro hac vice)
                                           Emily Klair Bloom (admitted pro hac vice)
                                           275 Madison Avenue, 24th Floor
                                           New York, New York 10016
                                           Tel.: (212) 858-0040 (main)
                                           aford@fordobrien.com
                                           mford@fordobrien.com
                                           shalpin@fordobrien.com
                                           ebloom@fordobrien.com