# EXHIBIT C

```
03:56:59:24   1    A.  Yes.
              2    Q.  Okay.  I can ask Mr. Murphy to scroll through just so you
              3    can see the other pages.
              4         MS. SUM:  Have you had an opportunity to see the
03:58:14:23   5    scroll through the document.
              6         THE WITNESS:  Yes.
              7    Q.  Do you recognize this document Mr. Dorsett?
              8    A.  Yes.
              9    Q.  And what is it?
03:58:21:07  10    A.  So this is one of the versions of our online application.
             11    Q.  And why would you be familiar with these documents?
             12    A.  Well, I definitely would have seen these.
             13    Q.  Okay.  And do you recognize the name on this application?
             14    A.  Yes.  So.
03:58:47:21  15    Q.  No.  No.  Don't.  I'm asking you for the -- okay.
             16         Is this document a business record of SureTrader?
             17    A.  Yes.
             18         MS. SUM:  Your Honor, I move Exhibit 34 into evidence.
             19         MR. FORD:  Objection on much grounds.
03:59:04:03  20         THE COURT:  Okay.
             21         MR. FORD:  Authenticity and foundation.
             22         THE COURT:  Basis.
             23         MR. FORD:  There's an authenticity issue there's been
             24    no testimony that was created at or contemporaneously at the
03:59:15:16  25    same time or any of the elements to satisfy the business
```

ROUGH DRAFT

```
03:59:18:06   1    records exception to authenticity or hearsay.
              2           THE COURT:  Let's satisfy, are you seeking to
              3    introduce it as a business record.
              4           MS. SUM:  Yes, Your Honor.
03:59:25:01   5           THE COURT:  Let's satisfy that prong then.
              6           MS. SUM:  Thank you.
              7    BY MS. SUM:
              8    Q.  Mr. Dorsett that you have just scrolled through that's been
              9    premarked as Exhibit 34, does this document to be -- excuse me.
03:59:35:10  10    Was this document created at the time of the application?
             11    A.  Yes.
             12    Q.  Okay.  And was this document kept in the ordinary course of
             13    SureTrader's regularly conducted business?
             14    A.  Yes.
03:59:47:15  15    Q.  And was making these types of record a regular practice of
             16    SureTrader?
             17    A.  Yes.
             18           MS. SUM:  Okay.  Your Honor, I move Exhibit 34 into
             19    evidence.
03:59:55:20  20           MR. FORD:  Objection, Your Honor.  I can state it or
             21    request a quick voir dire of the witness.
             22           THE COURT:  I don't need a voir dire.  When was this
             23    created?  What's the date that it was created.
             24           MS. SUM:  I'm sorry.  I need to scroll through.
04:00:14:25  25           THE COURT:  That would inform whether, in fact, this
```

```
04:00:16:29   1    individual can testify that it's a business record.
              2            MS. SUM:  Yes, Your Honor.  We had like to scroll to
              3    page -- let's see here -- so Page 11 of the peeve, Mr. Murphy.
              4    BY MS. SUM:
04:00:49:60   5    Q.  Mr. Dorsett, do you see the dates on this document?
              6    A.  Yes.
              7    Q.  And what's date?
              8    A.  March 19th, 2017.
              9    Q.  Are you sure it's March?
04:00:59:02  10    A.  Sorry.  April my apologies.  April 19, 2017.
             11    Q.  Is this a date during your limit with SureTrader?
             12    A.  Yes.
             13            MS. SUM:  Your Honor --
             14            THE COURT:  The objection is noted.  It's overruled.
04:01:11:69  15            MR. FORD:  Objection, Your Honor.
             16            THE COURT:  Yeah.  I heard the objection.
             17            MR. FORD:  Well, there is other dates on this that are
             18    after his employment and --
             19            THE COURT:  You'll have an opportunity to
04:01:24:00  20    cross-examine.  The legal basis is overruled.  It's being
             21    admitted as a business record.  You may continue.
             22            MS. SUM:  Thank you, Your Honor.
             23            Mr. Murphy, you can take down this box, I ask that
             24    this exhibit be published to the jury.  And we'll scroll back
04:01:40:21  25    to the top.
```

```
04:01:42:08            THE COURT:  You may.
         2     BY MS. SUM:
         3     Q.  I'm sorry, Mr. Dorsett.  It's a little bit fuzzy, Mr.
         4     Murphy could we perhaps just -- thank you.
04:01:51:50        Okay.  You see a name on this application Mr. Dorsett?
         6     A.  Yes.
         7     Q.  And what is that name?
         8     A.  Christopher me gal Penalver.
         9     Q.  And you believe you testified you recognized this name
04:02:06:09    earlier?
        11     A.  Yes.  I recognize the name.
        12            MS. SUM:  Let's scroll to Page 2 of the document
        13     please.
        14            Sorry let's get to kinds of the middle of this page,
04:02:18:58    please Mr. Murphy.
        16            Stop here, please.
        17     BY MS. SUM:
        18     Q.  Okay -- oh no.  Hold right there please.  Thank you.  Do
        19     you see in the middle of page how did you hear about us?
04:02:31:08    A.  Yes.
        21     Q.  Okay it says type source right below that?
        22     A.  Yes.
        23     Q.  And then what does it say?
        24     A.  Website.
04:02:38:27    Q.  I believe earlier you testified that opposite application
```

```
04:02:42:22   1   there were ways that a customer could identify certain
              2   information.  Based on your experience as the compliance
              3   officer, what does this information on the application tell
              4   you?
04:02:54:59   5   A.  Right.  So how did you hear about us?  We put that so we
              6   could identify which affiliate referred you so they could get
              7   paid.  And so in this case he wasn't referred about I an
              8   affiliate that's why we put website.
              9           MS. SUM:  We can bring that down, please.
04:03:11:10  10   BY MS. SUM:
             11   Q.  I'm going to ask Mr. Murphy you're going to scroll close to
             12   the end of the document -- oh.  And then we'll scroll up from
             13   that, please.  Oh stop right there.
             14       I believe earlier your testimony you referred to something
04:03:33:15  15   called iBoss?
             16   A.  Yes.
             17   Q.  In front of you, is this what you were referencing, the
             18   system.
             19   A.  Correct.
04:03:40:20  20   Q.  And does this report here show you about this particular
             21   customer?
             22   A.  Right.  So this is a PnL summary and basically it goes
             23   through the trading history and it is fees.  It's basically an
             24   account history.
04:03:59:25  25   Q.  Okay.  Thank you.
```

| | | |
|---|---|---|
| 04:04:00:25 | 1 | All right.  We can bring down this document. |
| | 2 | All right.  I'd like to bring up Exhibit 35 for |
| | 3 | identification purposes, please.  And Mr. Murphy if you could |
| | 4 | scroll through so Mr. Dorsett has an opportunity to look at it. |
| 04:04:30:35 | 5 | Thank you. |
| | 6 | Mr. Dorsett, do you recognize this document? |
| | 7 | A.   Yes. |
| | 8 | Q.   Okay.  And what is this document? |
| | 9 | A.   This is one of SureTrader's applications. |
| 04:05:25:06 | 10 | Q.   Does what's been premarked as Exhibit 35 appear to be a |
| | 11 | record that was created around the time of this application? |
| | 12 | A.   Yes. |
| | 13 | MS. SUM:  Okay I'll ask Mr. Murphy to scroll to -- and |
| | 14 | I apologize I do not have the page number, but if you could |
| 04:05:43:58 | 15 | scroll down at the bottom the Bates number will be ending in |
| | 16 | 107.  We'll go to that Page, please. |
| | 17 | Q.   Mr. Dorsett do you see a date? |
| | 18 | A.   March 22nd, 2017. |
| | 19 | Q.   And is that during your employment at SureTrader? |
| 04:06:03:20 | 20 | A.   Yes. |
| | 21 | Q.   Mr. Dorsett, is this document one that was kept in the |
| | 22 | course of regularly conducted business for SureTrader? |
| | 23 | A.   Yes. |
| | 24 | Q.   Was it made around the time that -- excuse me.  Was making |
| 04:06:17:25 | 25 | this record a part of SureTrader's regular practice? |

```
04:06:21:17   17   A.  Yes.
              2        MS. SUM:  Your Honor, I move Exhibit 35 into evidence.
              3        THE COURT:  Is there any objection.
              4        MR. FORD:  Aim objections as the last exhibit.
04:06:32:15   5        THE COURT:  All right.  With report to the.
              6        MR. FORD:  Authenticity and foundation.
              7        THE COURT:  The objection is overruled.  Exhibit 35.
              8   Admitted into evidence.  You may publish.
              9   BY MS. SUM:
04:06:42:10  10   Q.  Thank you, Mr. Murphy, we'll stay on this page, but if you
             11   could just make it a little bit bigger, please.
             12      Okay, do you see a name on this application?
             13   A.  Yes.
             14   Q.  Okay.  And do you see an address listed on this
04:06:55:15  15   application?
             16   A.  Yes.
             17   Q.  Okay.  And what is the address -- the city, excuse me
             18   because the street's blocked out?
             19   A.  Naples.
04:07:04:20  20   Q.  And what's the state?
             21   A.  Sorry.  Florida.  I was looking at the other sides.
             22   Q.  Okay.  And then the country?
             23   A.  United States.
             24   Q.  Okay.
04:07:16:25  25        MS. SUM:  Mr. Murphy could you go to Page 2 of Exhibit
```

```
04:07:21:27    1   35, please.
                2            Okay.  I'm going to ask you to bring it up a little
                3   bit.  And -- bring it up a little bit more please.
                4            Okay.  Stop there, please.
04:07:36:28     5   BY MS. SUM:
                6   Q.  Okay Mr. Dorsett do you see in the middle oft this page
                7   where it says:  How did you hear about us?
                8   A.  Yes.
                9   Q.  And what does it say?
04:07:45:04    10   A.  It says Warrior Trading.
               11   Q.  And what is Warrior Trading?
               12   A.  So Warrior Trading would have been one of the larger
               13   affiliates that -- that we had.
               14   Q.  Okay.  And based on your experience as the compliance
04:07:58:19    15   officer of SureTrader, what does this information tell you
               16   about the applicant?
               17   A.  It means that they were referred to us by Warrior Trading.
               18   Q.  Thank you.
               19            MS. SUM:  Mr. Murphy, you can bring it down.
04:08:18:06    20            Mr. Murphy could you please bring up Exhibit 36 for
               21   identification purposes.  Mr. Murphy, please scroll so
               22   Mr. Dorsett can see it.
               23            Thank you Mr. Murphy, please go back to the top.
               24   BY MS. SUM:
04:09:15:55    25   Q.  Mr. Dorsett, do you recognize this document?
```

```
04:09:16:27   1    A.   Yes.
              2    Q.   What is it?
              3    A.   So this is one of our applications one of SureTrader's
              4    applications.
04:09:23:50   5    Q.   Okay.  And does this appear to be a document that was
              6    created at the time?
              7    A.   Yes.
              8         MS. SUM:  Ill ask Mr. Murphy to please go to the page
              9    that has the Bates stamp ending in 148.
04:09:44:06  10    Q.   And Mr. Dorsett, do you see a date?
             11    A.   Yes.
             12    Q.   And what's what is the date?
             13    A.   February 21, 2017.
             14    Q.   Where you employed at SureTrader at that time?
04:09:55:15  15    A.   Yes.
             16    Q.   Okay thank you Mr. Murphy.
             17    BY MS. SUM:
             18    Q.   Mr. Dorsett, enthusiasm the document appear to have been
             19    kept in the course of regularly conducted business by
04:10:03:09  20    SureTrader?
             21    A.   Yes.
             22    Q.   And was making this record a regular practice of
             23    SureTrader?
             24    A.   Yes.
04:10:10:01  25         MS. SUM:  Your Honor, I move Exhibit 36 into evidence.
```

```
04:10:12:17           1              THE COURT:  Is there any objection?
              2              MR. FORD:  We are objecting again to authenticity,
              3    foundation, hearsay.  It's also --
              4              THE COURT:  I'm sorry.  So what's the additional
04:10:24:18   5    objection?
              6              MR. FORD:  I was on these previous -- I was attempting
              7    to articulate a hearsay objection, but --
              8              THE COURT:  It's a business record.
              9              MR. FORD:  Yes.
04:10:35:08  10              THE COURT:  Overruled.
             11              MR. FORD:  Just for the record.
             12              MS. SUM:  I ask to publish to the jury, Your Honor.
             13              THE COURT:  You may.
             14              MS. SUM:  Mr. Murphy, could you make it a little bit
04:10:43:15  15    bigger, please, on the first page.
             16              Thank you.
             17    BY MS. SUM:
             18    Q.  Mr. Dorsett, do you see an address on this page?
             19    A.  Yes.
04:10:52:20  20    Q.  Okay.  And can you state the city, state and country?
             21    A.  Washington is the city, the state is Washington, DC.  And
             22    the country is United States.
             23    Q.  Okay.  Thank you?
             24              MS. SUM:  Mr. Murphy can you go to Page 2 of this
04:11:09:26  25    exhibit.
```

```
04:11:24:24         1              Could you scroll up a little bit more, please.
              2              I'm sorry.  We're going to Page 2.
              3              Oh, there we go.  Come back down a little bit.
              4              Thank you.
04:11:39:02   5    BY MS. SUM:
              6    Q.  All right Mr. Dorsett, do you see the:  How did you hear
              7    about us language in the middle of this page?
              8    A.  Yes.
              9    Q.  And what do you see?
04:11:47:10  10    A.  Warrior Trading.
             11    Q.  Okay.  And what does this tell you about this applicant?
             12    A.  This they were referred by Warrior Trading.
             13    Q.  All right.
             14              MS. SUM:  You can bring it down, Mr. Murphy.
04:12:00:15  15              Mr. Murphy please bring up Exhibit 37 for
             16    identification purposes.
             17              Oh.  I think we need to take down ...
             18              All right if you'll take a moment Mr. Murphy to scroll
             19    down so Mr. Dorsett can see this document.
04:13:19:20  20              Thank you.  Please go back to the top.
             21    BY MS. SUM:
             22    Q.  Mr. Dorsett, do you recognize this document?
             23    A.  Yes.
             24    Q.  What is it?
04:13:27:25  25    A.  This is a SureTrader application.
```

```
04:13:29:29   1   Q.  This is something you would have seen while you were chief
              2       compliance officer?
              3   A.  Yes.
              4   Q.  Okay.
04:13:38:51   5           MS. SUM:  Mr. Murphy, please going to Page -- Bates
              6       ending in 692.
              7   BY MS. SUM:
              8   Q.  And Mr. Dorsett, do you see the date on this page?
              9   A.  Yes.
04:13:56:103 10   Q.  And what is it?
             11   A.  March 14, 2017.
             12   Q.  And were you employed at SureTrader at this time?
             13   A.  Yes.
             14           MS. SUM:  Okay you can bring it down Mr. Murphy.
04:14:08:150 15   BY MS. SUM:
             16   Q.  Mr. Dorsett is this a business record of SureTrader?
             17   A.  Yes, it is.
             18   Q.  Okay and and was it created around the timing of this
             19       application?
04:14:16:200 20   A.  Yes.
             21   Q.  And did SureTrader keep this document in the regular
             22       course -- regularly conducted business?
             23   A.  Yes.
             24   Q.  And was making this record a regular practice of
04:14:27:265 25       SureTrader?
```

ROUGH DRAFT

```
04:14:27:22   A.   Yes.
         2         MS. SUM:  Okay.  Your Honor, I move to admit 37 into
         3    evidence.
         4         THE COURT:  Is there any objection.
04:14:34:57        MR. FORD:  No objection.  I also believe we can
         6    potentially move this along if we're just going to go over
         7    these one after the next.  We would just preserve our objection
         8    and we won't object moving forward for each of these.
         9         THE COURT:  All right.  Then let's continue.
04:14:50:02   BY MS. SUM:
        11    Q.   Okay.  I'll finish?
        12         MS. SUM:  Please publish to the Your Honor.
        13         THE WITNESS:  Or may I ask that it be published to the
        14    jury.
04:15:00:53        THE COURT:  You may.
        16    BY MS. SUM:
        17    Q.   Mr. Dorsett, do you see the city, state and country on this
        18    application?
        19    A.   Yes.
04:15:12:06   Q.   And what is it?
        21    A.   The city is Covington.  The state is Louisiana and the
        22    country is United States.
        23    Q.   Thank you, Mr. fur if I could you take us to Page 2.
        24         Mr. Dorsett do you see where it says:  How do you hear
04:15:31:23   about us?
```

```
04:15:32:13   1    A.   Yes.

              2    Q.   And what does it say?

              3    A.   Warrior Trading.

              4    Q.   What does that mean?

04:15:35:37   5    A.   Means this the applicant was sent to us by Warrior Trading.

              6              MS. SUM:  All right.  We can bring it down.

              7              Your Honor, I'd like to move Exhibits 36 and 151 into

              8    evidence based on -- excuse me.  36.

              9              THE COURT:  36 is in evidence.

04:16:01:07  10              MS. SUM:  I'm sorry.  I have the wrong page here.

             11              38 and 151.

             12              THE COURT:  Any objection.

             13              Any objection Mr. Ford.

             14              MR. FORD:  Exhibit 38.

04:16:16:59  15              THE COURT:  38 and 151.

             16              MR. FORD:  I apologize it's not on my screen so I'm

             17    attempting to pull it up.

             18              MS. SUM:  Mr. Murphy could you pull up 38, please.

             19              MR. FORD:  38 we've already gone over.  151 it was not

04:16:33:04  20    showing up on my clean.

             21              MS. SUM:  I don't think we've done.

             22              THE COURT:  We have not 38 is not in evidence.  Is

             23    there any objection.

             24              MR. FORD:  No.  Just the same preserved --

04:16:43:23  25              THE COURT:  All right.  Admitted into evidence.  Now,
```