# EXHIBIT D

## <u>DECLARATION OF IGAL WIZMAN</u>

1.     My name is Igal Wizman and I along with Ms. Eleanor Fisher are the Joint Official Liquidators ("JOLs") of MintBroker International Ltd. (In Official Liquidation) ("MintBroker" or "Company"). On 17 March 2020 the Supreme Court of the Commonwealth of the Bahamas ("Court") appointed myself and Ms. Eleanor Fisher as joint provisional liquidators ("JPLs") and on 15 December 2021 the Court appointed us as JOLs.

2.     I make this Statement solely in my capacity as JOL of Mintbroker and without waiver of any and all jurisdictional defenses or submission to jurisdiction by Mintbroker or the JOLs, including with respect to the stay of litigation as a consequence of the Official Liquidation.

3.     Since the issuance of the Appointment Order, the JOLs are the sole representatives of Mintbroker. MintBroker's directors and officers cease to have any duties, functions, or powers in respect of Mintbroker.  The acquisition of MintBroker's books and records are among my duties as JOLs.

4.     On 25 March 2020, JPLs corresponded with Guy Gentile, former MintBroker employees and the former auditor of the Company to request books and records of the Company.  On 20 April 2020, Mr. Gentile provided a change of name certificate for the Company and referred to the Company's registered agent for the remaining requested documents.  Despite numerous attempts to recover information, the JPLs encountered challenges obtaining the Company's books and records. The JPLs brough this to the Court's attention, leading to the judge instructing Mr. Gentile to deliver the Company's records to the JPLs by 12 June 2020.  On 28 August 2020, Davis & Co, provided the JPLs with a Google Drive link to access certain books and records of the Company, but the JPLs encountered challenges accessing same.  After extensive correspondence with Davis & Co, on 3 September 2020, it sent an external hard drive to the JOLs containing certain books and records of the Company, specifically client information including KYC documents and trading information.

5.     In addition, the JOLs were provided with certain Company information from the Securities Commission of the Bahamas ("SCB"), the former registered office and Davis & Co. including unaudited financial statements for various periods.

6.     Pursuant to, inter alia, a Court Order of the Supreme Court of the Commonwealth of The Bahamas dated 10 March 2023, I produced a USB drive containing MintBroker's books and records to the U.S. Securities and Exchange Commission on 1st May 2023 ("MintBroker's Business Records"). The cover letter for the production, including an index of the production, is attached as Exhibit A.  Included in the production were the Company records Davis & Co sent and which are identified and described in Ex. A on p. 3 as "Folder 1. Company data received from Davis & Co on 3 September 2020".  The Company books and records identified in paragraph 5 are identified and described in Ex. A on p. 3 as "Folder 2. Financial information collected by the JPLs ; "Folder 3. Beneficial Ownership Filings"; "4. Company statutory and corporate information"; "5. Economic Substance Filings". Additional records the JOLs created or obtained are identified and described in Ex. A on p. 4 as "Folder 6. Correspondence"; "Folder 7. Complaint for Injunctive and Other Relief"; and "Folder 8. Provisional Liquidators and Official Liquidators documents".

7.      As part of our duties as JOLs, we gathered MintBroker's Business Records. The Mintbroker Business Records are copies of MintBroker's business records made available to us during the Official Liquidation.

8.      To the best of the JOLs' knowledge, based upon the work done in the provisional and official liquidations, as well as my preparation for submission of this declaration and any testimony, it was a regular business practice of Mintbroker to make and maintain records such as the Mintbroker Business Records. Based upon the JOLs' experience as a court-appointed fiduciary or liquidator for financial entities similar to Mintbroker, financial and investment companies, including but not limited to entities which provide banking and broker dealer services, MintBroker's records identified in Exhibit A, Folders 1-5, are the types of records that I would expect are made and maintained in the course of MintBroker's regularly conducted business.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: June 12th, 2024

_____
Igal Wizman *solely in his capacity*
*As Joint Official Liquidator of*
*Mintbroker International Ltd.*

2



EY Bahamas Services Ltd.
Caves Corporate Centre
West Bay Street & Blake Road
Nassau N-3231
The Bahamas

Tel: +242 502 6000
Fax: +242 502 6095
ey.com

# Exhibit A

Alice Sum                                                                          1 May 2023
801 Brickell Ave.,
Suite 1950,
Miami, FL 33131
United States

Sent via email: SumAl@SEC.GOV

Dear Ms. Sum:

**Re: Securities and Exchange Commission v. MintBroker Int'l. Ltd., et al., Case No. 21-cv-21079-BB; FL-03848; Alice Sum – MIRO**

On 10 March 2023, the Supreme Court of the Bahamas (the "Court") issued an Order for the Company to provide certain Company information to the Office of the Attorney General of the Bahamas (the "Order"). This Order was sought following letters of rogatory request issued by the United States District Court Southern District of New York following a request from the United States Securities and Exchange Commission ("SEC"). Please note that the Joint Official Liquidators ("JOLs"), Mr. Igal Wizman of EY Bahamas Ltd., Caves Corporate Center, West Bay Street & Blake Road, P.O. Box N-3231, Nassau, The Bahamas and Ms. Eleanor Fisher of EY Cayman Ltd., 62 Forum Lane, Camana Bay, P.O. Box 510, Grand Cayman, KY1-1106, Cayman Islands, have loaded the Company information available to the JOLs, as outlined in the Order, except for approximately 44,000 employee emails which were already in the hands of the SEC and which was made available to the JOLs by the SEC. It was agreed with you that such information would be duplicative and thus not necessary.

On 1 May 2023, in response to the Order, the JOLs have transmitted a hard drive containing 484,488 files to your requested address, ENF-CPU (U.S. Securities & Exchange Commission), 14420 Albemarle Point Place, Suite 102, Chantilly, VA 20151-1750.  The hard drive was sent under the case name - Securities and Exchange Commission v. MintBroker Int'l. Ltd., et al., Case No. 21-cv-21079-BB; FL-03848; Alice Sum – MIRO.

For your ease of reference, the tracking number is 771997094003. Please note that the hard drive is password protected and the password will be provided to you once you confirm receipt of the hard drive.

Please find the attached index including a description of the information included on the hard drive.



MintBroker International, Ltd (In Official Liquidation)
Page 2

Following this transmission, the Company has now complied with all open information requests.

If you have any queries in relation to this matter, please contact myself or my colleague Mcquel Basden on +1 242 502 6020 or by email at mcquel.basden@parthenon.ey.com.

Yours sincerely,

For and on behalf of the Company
Igal Wizman
Joint Official Liquidator

The affairs, business and property of the Company are being managed by the Joint Official Liquidators who act as agents of the Company only and without personal liability.

| MintBroker International, Ltd (formerly Swiss America Securities, Ltd.) ("MBI") | |
|---|---|
| Information request following Bahamas Supreme Court Order issued on 10 March 2023 | |
| Date of Index 4/28/2023 | |
| Electronic Books & Records - Hard Drive | |
| **Folder** | **Content** |
| **1. Company data received from Davis & Co on 3 September 2020** | *File location: 1. Company data received from Davis & Co on 3 September 2020* |
| | contains 484,331 files and 41,632 folders of client information including (generally): |
| | KYC documents |
| | Account information |
| | Cash movements |
| | Trade records covering several periods for some folders |
| | |
| **2. Financial information collected by the Joint Provisional Liquidators ("JPLs")** | *File location: 2. Financial information collected by the JPLs and JOLs* |
| | contains 23 files and 1 sub folder |
| | GL Details and Transaction Reports 2019 |
| | Lot 104 Ocean Club Estates Balance Sheet December 31 2019 |
| | Lot 104 Ocean Club Estates Profit and Loss December 31 2019 |
| | MBI unaudited Balance Sheet as at December 31 2019 |
| | MBI unaudited Profit and Loss for the period ending December 31 2019 |
| | Mintbroker International Ltd_unaudited Balance Sheet_30 June 2019 (also includes 30 June 2018) |
| | Mintbroker International Ltd_unaudited Balance Sheet_31 March 2019 |
| | SASL_2016 Audited Financials |
| | |
| **3. Beneficial Ownership Filings** | *File location: 3. Beneficial Ownership Filings* |
| | contains 1 file |
| | MintBroker International Ltd - 25 January 2023 Update to Beneficial Ownership Secure Search System filing |
| | |
| **4. Company statutory and corporate information** | *File location: 4. Company statutory and corporate information* |
| | contains 17 files |
| | 2017 - MBI - Register of Members - October 28, 2011 |
| | 2018 - MBI - Amended & Restated M&As |
| | 2019 - MBI - Register of Directors & Officers - December 6, 2019 |
| | Business License Certificate 2019 |
| | Directors Resolution October 30, 2019 signed and sealed |
| | Executed Deed of Surrender 27.11.2019 |
| | Email from Department of Inland Revenue Re TIN Number and Business |
| | Email from Kensington Chamber (registered agent) on filings and annual payments |
| | Email from Kensington Chambers re Payable to the Registrar General |
| | Letter to Gentile - Swiss re: Voluntary Surrender of Registration 4 Feb 2020 |
| | MBI - Annual Statement 2019 |
| | Mintbroker - Certificate of Change of Name and Incorporation |
| | Mintbroker - 2021 2022 2023 Annual fee receipts _ 28 Dec 2022 |
| | MintBroker Group - Change of Name Cert. |
| | Organizational Chart |
| | SAS - SCB  Certificates of Registration |
| | Swiss America Surrender of License (3Dec2019) |
| | |
| **5. Economic Substance Filings** | *File location: 5. Economic Substance Filings* |
| | contains 6 files |
| | EIN Registration Certificate |
| | MintBroker - Substance Reporting 2019 filing_6Feb2023 |
| | MintBroker - Substance Reporting 2020 filing_6Feb2023 |
| | MintBroker - Substance Reporting 2021 filing_6Feb2023 |
| | MintBroker - Substance Reporting 2022 filing_6Feb2023 |
| | MintBroker - Letter to VAT Comptroller_dd6Feb2023 |
| | |
| | *File location: 6. Correspondence* |

| | |
|---|---|
| **6. Correspondence** | contains 34 files, 7 folders |
| | Antonio Collie |
| | BDO |
| | Davis & Co. |
| | Janay Pyfrom-Symonette |
| | Mr. Gentile |
| | Mr. Miller |
| | SCB |
| **7. Complaint for Injunctive and Other Relief** | *File location: 7. Complaint for Injunctive and Other Relief* |
| | contains 1 file |
| | Complaint for injunctive and other relief document |
| **8. Provisional Liquidators and Official Liquidators documents** | *File location: 8. Provisional Liquidators and Official Liquidators documents* |
| | contains 75 files, 41 folders |
| | Court Orders |
| | Declaration of Currency |
| | Declaration of Solvency |
| | First Court Report |
| | Newspaper notices |
| | Notice to Competent Authority |
| | Notice to the Department of Inland Revenue ("DIR") |
| | Notice to NIB |
| | Notice to Registrar |
| | Notices to banks |

| MintBroker International, Ltd (formerly Swiss America Securities, Ltd.) ("MBI") |
|---|
| Information request following Bahamas Supreme Court Order issued on 10 March 2023 |
| Date of Index 4/28/2023 |
| Electronic Books & Records - Hard Drive |

