UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## PLAINTIFF'S UNOPPOSED MOTION TO BRING ELECTRONIC DEVICES INTO THE COURTHOUSE FOR TRIAL

Plaintiff Securities and Exchange Commission hereby requests permission for trial support specialist Tony Hutton, who will be replacing trial support specialist Patrick Murphy, beginning June 25, 2024 to bring electronic devices into the Courthouse starting June 24, 2024 for use at the trial which started June 12, 2024. This request includes that Tony Hutton may bring:

    A) 2 laptops computers Alienware M18 R2, LG Gram 16Z90Q-N.APB7U1;

    B) USB monitor and stand, ViewSonic;

    C) Samsung Galaxy Fold 5;

    D) Apple Ipad.

Undersigned counsel has conferred with opposing counsel, who does not oppose this request.

June17, 2024                                     Respectfully submitted,

                                                                     Alice K. Sum
                                                                     Alice K. Sum, Esq.
Trial Counsel
Fla. Bar No. 354510
Direct Dial: (305) 416-6293
Email: sumal@sec.gov

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone:   (305) 982-6300
Facsimile:   (305) 536-4154