UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO BRING ELECTRONIC DEVICES INTO THE COURTHOUSE FOR TRIAL

**THIS MATTER** is before the Court on the Plaintiff's Unopposed Motion to Bring Electronic Devices into the Courthouse for Trial scheduled to begin June 10, 2024 (D.E. ___). Having reviewed the motion and the record, it is:

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. Trial support specialist Tony Hutton who is replacing trial support specialist Pat Murphy starting June 24, 2024 shall be permitted to bring:

    A) 2 laptop computers Alienware M18 R2, LG Gram 16Z90Q-N.APB7U1;

    B) USB monitor and stand, ViewSonic;

    C) Samsung Galaxy Fold 5;

    D) Apple Ipad.

**DONE AND ORDERED** on this ____ day of June, 2024 in Chambers at Miami, Florida.

                                          _____
                                          BETH BLOOM
                                          UNITED STATES DISTRICT JUDGE