**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-CV-21079-Bloom**

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

      Defendants.

_____/

**PLAINTIFF'S NOTICE OF FILING SECOND AMENDED**
**DEPOSITION DESIGNATIONS**

      Pursuant to the Court's Order Providing Instructions for Jury Trial, ECF No. [253], Plaintiff

Securities and Exchange Commission hereby gives notice of serving its designation of deposition

transcripts intended to be used at trial of the following witnesses. The designations have been

amended to account for pagination/line changes in the final versions of the transcripts of Drameko

Moore, Antonio Collie, Janay Pyfrom, and Stephen Darville, which were taken in the Bahamas

pursuant to Letters Rogatory on the dates indicated below, but final versions of same were not

provided to the parties by the Bahamas Registrar until June 24, 2024.

      1.     **Deposition of Guy Gentile taken on November 2, 2023:**

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 11:16-12:13 | | None. | | | | |
| 13:9-23 | | None. | | | | |
| 22:7-27:10 | 22:7–26:23 | None. | 34:11–21 | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| | 26:24–27:10 | Irrelevant. | | | | |
| 28:11-29:1 | | Irrelevant. | 31:9–23 | | | |
| 29:12-30:16 | | Irrelevant. | 31:9–23 | | | |
| 36:11-47:17 | 36:11–43:2 | None. | | | | |
| | 43:3–45:14 | Calls for speculation; leading; misleading. | | | | |
| | 45:15–22 | None. | | | | |
| | 45:23–47:17 | Calls for speculation; leading; misleading. | | | | |
| 48:7-51:19 | 48:7–49:11 | None. | | | | |
| | 49:12–50:7 | Leading; misleading; calls for speculation. | | | | |
| | 50:8–51:19 | None. | | | | |
| 52:13-55:1 | 52:13–53:7 | None. | | | | |
| | 53:8–21 | Asked and answered; leading. | | | | |
| | 53:22–55:1 | None. | | | | |
| 57:9-65:13 | 57:9–60:1 | Lacks foundation; witness does not authenticate document. | | | | |
| | 60:2–64:4 | None. | | | | |
| | 64:5–65:13 | Asked and answered. | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 72:1-20 | | Leading. | 71:7–25 | | | |
| 75:14 | | Leading; not relevant; far more prejudicial than probative. | 78:5–15 | | | |
| 75:17-77:17 | | Leading; not relevant; far more prejudicial than probative. | 78:5–15 | | | |
| 77:25-78:4 | | Leading; not relevant; far more prejudicial than probative. | 78:5–15 | | | |
| 78:16-79:1 | | Leading; assuming facts not in evidence; far more prejudicial than probative; not relevant. | 78:5–15; 79:2–80:9 | | | |
| 80:10-21 | | None. | 79:2–80:9 | | | |
| 81:20-86:24 | | None. | | | | |
| 87:9-89:11 | | None. | | | | |
| 89:25-90:3 | | Leading. | | | | |
| 91:3-92:18 | 91:14–92:13 | Leading; testifying for the witness; reading into record. | | | | |
| | 92:14–93:20 | None. | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 93:4-104:13 | 93:21–94:6 | Lacks foundation. | | | | |
| | 94:7–99:15 | None. | | | | |
| | 99:16–19 | Leading. | | | | |
| | 99:20–104:13 | None. | | | | |
| 105:4-110:2 | 105:4–108:5 | None. | | | | |
| | 108:6–109:17 | Asked and answered; leading; calls for speculation. | | | | |
| | 109:18–110:2 | None. | | | | |
| 112:17-118:10 | 112:17–113:3 | Assumes facts not in evidence; leading; misleading; confuses the issues. | 118:11–120:4 | | | |
| | 113:4–114:3 | None. | | | | |
| | 114:4–19 | Lacks foundation; vague. | | | | |
| | 114:20–116:23 | Lacks foundation; vague. | | | | |
| | 116:24–118:10 | None. | | | | |
| 120:25-128:20 | 120:25–121:8 | Assumes facts not in evidence. | 131:1–15; 179:14–180:4 | | | |
| | 121:9–122:9 | None. | | | | |
| | 122:10–123:2 | Leading; argument ative; assuming facts not | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| | | in evidence. | | | | |
| | 123:3–124:9 | None. | | | | |
| | 124:10–23 | Speculation; argumentative. | | | | |
| | 124:24–128:20 | None. | | | | |
| 139:18-141:6 | | None. | | | | |
| 143:2-146:25 | 143:2–9 | None. | | | | |
| | 143:10–146:25 | Leading; lacks foundation; misleading. | | | | |
| 149:3-14 | | None. | | | | |
| 150:6-156:1 | 150:6–154:5 | Leading; reading into record. | | | | |
| | 154:6–155:3 | None. | | | | |
| | 155:4–155:12 | Leading; misleading. | | | | |
| | 155:13–156:1 | None. | | | | |
| 156:12-157:15 | | Misleading. | | | | |
| 158:21-173:21 | 158:21–159:24 | None. | | | | |
| | 159:25–161:5 | None. | | | | |
| | 161:6–162:3 | None. | | | | |
| | 162:4–163:12 | Misleading. | | | | |
| | 163:13–164:9 | None. | | | | |
| | 164:10–25 | Calls for speculation. | | | | |
| | 165:1–166:17 | None. | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| | 166:18–167:18 | Calls for speculation | | | | |
| | 167:19–170:16 | Reading into record | | | | |
| | 170:17–172:5 | None. | | | | |
| | 172:6–173:21 | Misleading. | | | | |
| 175:3-177:10 | 175:3–176:12 | None. | | | | |
| | 176:13–177:10 | Misleading. | | | | |
| 180:18-181:2 | | None. | | | | |
| 181:25-185:25 | 181:25–183:22 | None. | | | | |
| | 183:23–184:2 | Argumentative. | | | | |
| | 184:3–185:25 | None. | | | | |
| 186:15-16 | | None. | | | | |
| 186:20-192:9 | 186:20–187:20 | Leading; testifying for the witness. | | | | |
| | 187:21–188:13 | None. | | | | |
| | 188:14–189:4 | Asked and answered; leading. | | | | |
| | 189:5–192:9 | None. | | | | |
| 193:2-17 | | None. | | | | |
| 195:23-197:25 | | None | | | | |
| 198:6-13 | | None | | | | |
| 198:19-22 | | None | | | | |
| 200:19-205:6 | 200:19–209:21 | Leading; mischaracterizes the evidence; | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| | | authenticity; irrelevant. | | | | |
| 205:12-210:25 | 209:22–210:25 | Irrelevant; confuse the jury. | | | | |

2. **Deposition of Yaniv Frantz taken March 11 and 12, 2023:**

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| **Mar. 11, 2023**<br><br>6:7-10 | | None. | | | | |
| 9:23- 10:8 | | None. | | | | |
| 11:5-7 | | None. | | | | |
| 12:1-6 | | None. | | | | |
| 13:2 -14:25 | | None. | | | | |
| 15:7-19:4 | | Leading; hearsay. | 19:5–19:8 | | | |
| 19:9-21:6 | | Leading; hearsay. | | | | |
| 21:23-36:11 | | Leading; nonresponsive; hearsay; far more prejudicial than probative; speculation; confuse the jury. | | | | |
| 37:2-44:4 | | Leading; speculation; lacks foundation; hearsay; nonresponsive. | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 45:1-59:22 | | Leading; far more prejudicial than probative; lacks foundation; speculation; nonresponsive; hearsay. | | | | |
| 60:20-61:16 | | Irrelevant; speculation; far more prejudicial than probative. | | | | |
| 61:25-70:4 | | Leading; speculation; lacks foundation; irrelevant; nonresponsive. | | | | |
| 70:22-77:23 | | Leading; lacks foundation; speculation; precluded by joint stipulation *See* Joint Notice Partial Resol. Mots. *in Limine* 1–2 [ECF No. 244]; far more prejudicial | 78:3–9 | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| | | than probative. | | | | |
| 78:11-84:15 | | Leading; asked and answered; lacks foundation; speculation; confuse the jury; irrelevant; hearsay. | | | | |
| 85:3-87::1 | | Nonresponsive; speculation; far more prejudicial than probative. | | | | |
| 87:24-25 | | None. | | | | |
| 88:16-93:21 | | Leading; lacks foundation; speculation. | | | | |
| 94:3-95:11 | | Leading; lacks foundation; speculation. | | | | |
| 96:2-101:14 | | Leading; lacks foundation; speculation; hearsay. | | | | |
| 101:23-103:18 | | Leading. | | | | |
| 107:2-108:23 | | Leading; hearsay; lacks foundation; speculation. | | | | |
| 109:25-113:17 | | Nonresponsive; leading; | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| | | speculation; irrelevant; confuse the jury. | | | | |
| 114:1-116:22 | | Lacks foundation; leading; speculation. | | | | |
| 117:4-121:1 | | Lacks foundation; leading; confuse the jury. | | | | |
| 121:17-124:25 | | Lacks foundation; leading; speculation. | | | | |
| 125:23-131:3 | | Lacks foundation; leading. | | | | |
| 131:18-132:13 | | Lacks foundation; leading; speculation. | | | | |
| 132:17-18 | | None. | | | | |
| 133:12-137:19 | | Lacks foundation; leading; speculation. | | | | |
| 146:18-24 | | Irrelevant; far more prejudicial than probative. | | | | |
| 147:13-149:25 | | Far more prejudicial than probative; nonresponsive; leading. | | | | |
| 151:12-152:13 | | Leading; far more prejudicial | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER–DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| | | than probative. | | | | |
| **Mar. 12, 2023** <br><br> 12:9-13 | | None. | 9:21–18:2 | | | |
| 42:20-44:9 | | None. | | | | |
| 88:5–89:3 | | None. | | | | |
| 89:12–90:9 | | None. | | | | |
| 90:18-91:9 | | None. | 91:10–92:1 | | | |
| 92:2-95:3 | | None. | 91:10–92:1; 95:4–7 | | | |
| 118:22–123:12 | | None. | 116:8–118:21 | | | |
| 123:19-125:16 | | None. | | | | |
| 126:12-128:8 | | None. | 128:9–137:1 | | | |
| 128:14-131:11 | | None. | 128:9–137:1 | | | |
| 131:21-132:25 | | None. | 128:9–137:1 | | | |
| 133:4-134:21 | | None. | 134:22–136:19 | | | |
| 137:2-12 | | None. | | | | |
| 142:3-143:14 | | None. | 143:15–157:14 | | | |
| 144:1-148:20 | | None. | 143:15–157:14 | | | |
| 159:13-15 | | None. | 157:15–159:12 | | | |
| 208:21-210:11 | | Nonresponsive; irrelevant. | | | | |
| 225:22-233:23 | | None. | 233:24–25 | | | |
| 234:1-25 | | None. | 233:24–25 | | | |

### 3.     Deposition of Philip Dorsett taken February 27 and 28, 2023:

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| **Feb. 27, 2023 Confidential Section**<br><br>78:2-79:24 | | Leading; irrelevant. | | | | |
| **Feb. 27, 2023 Non-Confid. Section**<br><br>9:8-14 | | None. | | | | |
| 14:6-21 | | None. | | | | |
| 15:1-31:4 | | Irrelevant; leading; hearsay; speculation; nonresponsive. | | | | |
| 33:25-53:1 | | Leading; hearsay; perjury; irrelevant; nonresponsive; speculation; confuse the jury. | 53:2–16 | | | |
| 53:17-59:9 | | Hearsay; nonresponsive; leading; speculation; vague. | | | | |
| 60:12-65:17 | | Leading; vague; lacks foundation; confuse the jury; compound; hearsay. | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 66:14-67:1 | | Leading; hearsay; nonresponsive. | | | | |
| 68:19-69:5 | | Leading; hearsay; vague. | | | | |
| 71:6-72:10 | | Leading; hearsay; nonresponsive. | | | | |
| 73:1-76:17 | | Speculation; lacks foundation; hearsay. | | | | |
| 108:22-110-18 | | Leading; vague; lacks foundation. | 113:13–16 | | | |
| 111:11-113:9 | | Leading; vague; lacks foundation; hearsay. | 113:13–16 | | | |
| 118:19-119:24 | | Leading; lacks foundation. | | | | |
| 120:3-123:15 | | Lacks foundation; speculation; hearsay; nonresponsive. | | | | |
| 124:25-129:1 | | Lacks foundation; speculation; irrelevant; nonresponsive; leading. | 129:2–13 | | | |
| 129:20-134:5 | | Leading; nonresponsive; | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| | | irrelevant; hearsay; far more prejudicial than probative. | | | | |
| 137:1-139:3 | | Hearsay; nonresponsive; leading; irrelevant. | | | | |
| 145:21-25 | | Leading; irrelevant. | | | | |
| 146:17-147:25 | | Irrelevant; leading. | | | | |
| 148:10-152:9 | | Irrelevant; hearsay; nonresponsive. | | | | |
| 155:2-159:4 | | Leading; hearsay; nonresponsive. | | | | |
| 159:20-167:18 | | Leading; nonresponsive; hearsay; speculation; far more prejudicial than probative. | | | | |
| 172:19-176:14 | | Irrelevant; nonresponsive; confuse the jury; speculation; hearsay; leading. | | | | |
| 178:17-179:13 | | Leading; irrelevant; hearsay. | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 181:10-184:13 | | Vague; hearsay; irrelevant; speculation. | | | | |
| 188:6-189:10 | | Leading; hearsay. | | | | |
| 191:3-6 | | None. | | | | |
| 191:13-192:13 | | Leading; hearsay. | | | | |
| 205:21-207:16 | | Leading; precluded by joint stipulation [ECF No. 244]. | | | | |
| 208:1-209:22 | | Leading; hearsay. | | | | |
| 210:4-216:1 | | Vague; lacks foundation; leading; speculation. | | | | |
| 217:1-8 | | Lacks foundation; speculation. | | | | |
| 218:12-17 | | Lacks foundation; speculation. | | | | |
| **Feb. 28, 2023** <br><br> 6:7-12 | | None. | | | | |
| 8:10-9:4 | | None. | 23:21–28:14; 29:22–34:18; 35:9–48:25. | | | |
| 10:15-11:16 | | None. | 11:17–12:15 | | | |
| 14:4-11 | | Lawyer speaking. | | | | |
| 14:18-21 | | None. | 14:22–19:13 | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 16:5-17:6 | | None. | 14:22–19:13 | | | |
| 18:5-19:13 | | None. | 14:22–19:13 | | | |
| 49:2-51:8 | | None. | 51:9–52:7; 52:22–55:14; 57:14–58:18. | | | |
| 134:5-135:7 | | Lacks foundation; speculation. | 135:14–24 | | | |
| 139:5-140:17 | | Lacks foundation; speculation; nonresponsive. | | | | |
| 194:7-198:5 | | None. | 198:6–201:18 | | | |
| 199:4-201:19 | | None. | 198:6–201:18 | | | |
| 291:2-8 | | Irrelevant. | | | | |

**4.     Deposition of Ross Cameron taken March 14, 2023:**

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 5:4-12 | | None. | | | | |
| 6:19-22 | | None. | | | | |
| 7:16-20 | | None. | | | | |
| 10:19-22:25 | 10:19–15:21 | None. | | | | |
| | 15:22–16:9 | Leading. | | | | |
| | 16:10–13 | None. | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| | 16:14–20:1 | Leading; mischaracteriz es witness's testimony; lacks foundation; probative value far outweighed by prejudicial. | | | | |
| | 20:2–14 | None. | | | | |
| | 20:15–21:1 | Leading; irrelevant. | | | | |
| | 21:2–21:24 | None. | | | | |
| | 21:25–22:25 | None. | | | | |
| 23:7-13 | | None. | | | | |
| 24:6-20 | 24:6–16 | None. | | | | |
| | 24:17–28:3 | Precluded by joint stipulation [ECF No. 244]; irrelevant; far more prejudicial than probative, | | | | |
| 24:22-25:16 | 24:17–28:3 | Precluded by joint stipulation [ECF No. 244]; irrelevant; far more prejudicial than probative, | | | | |
| 26:11-28:3 | 24:17–28:3 | Precluded by joint stipulation [ECF No. 244]; irrelevant; far more prejudicial than probative, | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 28:12-34:23 | 28:12–29:12 | None. | | | | |
| | 29:13–31:19 | Leading; speculation; confuse the jury. | | | | |
| | 31:20–32:4 | Vague; lacks foundation. | | | | |
| | 32:5–33:12 | None. | | | | |
| | 33:12–34:23 | Hearsay; lacks foundation; far more prejudicial than probative. | | | | |
| 37:13-40:16 | | None | | | | |
| 41:6-20 | | None | | | | |
| 42:15-51:9 | 42:15–45:22 | None. | | | | |
| | 45:23–47:9 | Nonresponsive; speculation. | | | | |
| | 47:10–49:25 | Leading; lacks foundation. | | | | |
| | 50:1–51:9 | Lacks foundation; vague; irrelevant. | | | | |
| 51:14-55:10 | 51:14–52:17 | Hearsay; lacks foundation; compound; irrelevant. | | | | |
| | 52:18–54:9 | Leading; mischaracterizes evidence. | | | | |
| | 54:10–55:10 | Leading; compound; lacks foundation. | | | | |
| 55:17-57:13 | 55:17–24 | None. | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| | 55:25–56:14 | Lacks foundation; calls for speculation. | | | | |
| | 56:15–57:13 | Lacks foundation; speculation; calls for legal opinion. | | | | |
| 57:25-63:17 | 57:25–60:2 | Leading; authenticity; mischaracterizes evidence. | 57:12–57:24 | | | |
| | 60:3–60:12 | None. | | | | |
| | 60:13–61:7 | Leading; lacks foundation. | | | | |
| | 61:8–62:15 | Leading; lacks foundation; calls for legal conclusion; speculation; vague. | | | | |
| | 62:16–63:17 | Leading; speculation. | | | | |
| 63:24-67:4 | 63:24–64:12 | Leading. | | | | |
| | 64:13–64:22 | Asked and answered; lacks foundation. | | | | |
| | 64:23–67:4 | Leading; lacks foundation; irrelevant. | | | | |
| 67:8-17 | | Precluded by joint stipulation [ECF No. 244]; irrelevant; far more | | | | |
| 67:19-68:18 | | prejudicial than probative | | | | |
| 69:13-70:19 | | Precluded by joint stipulation | | | | |

19

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| | | [ECF No. 244]; irrelevant; far more | | | | |
| 76:10-79:12 | | Leading; asked and answered; lacks foundation; irrelevant; speculation. | | | | |
| 79:20-24 | | Leading. | | | | |
| 80:18-84:1 | | Leading; irrelevant; vague; lacks foundation. | | | | |
| 97:22-98:15 | | None. | | | | |

## 5.      Deposition of John Kurisko taken March 15, 2023:

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 6:17-18 | | None. | | | | |
| 8:17-21 | | None. | | | | |
| 9:2-11 | | None. | | | | |
| 9:19-14:14 | | None. | | | | |
| 15:15-20:1 | 15:15–24 | Vague; lacks foundation; calls for speculation. | 14:17–15:14 | | | |
| | 15:25–20:1 | None. | 20:2–11 | | | |
| 20:22-22:7 | | None. | | | | |
| 22:14-24:25 | | Leading; lacks foundation; far more | 73:11–74:9 | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| | | prejudicial than probative; likely to confuse the jury. | | | | |
| 27:1-32:21 | | Lacks foundation; leading; speculation. | 71:24–72:24; 97:24–99:2 | | | |
| 34:20-35:6 | | Leading; asked and answered. | | | | |
| 37:18-41:4 | | Leading; lacks foundation; calls for speculation. | | | | |
| 41:18-43:19 | | Leading; lacks foundation; hearsay; calls for speculation. | | | | |
| 44:12-25 | | Leading; lacks foundation. | 75:6–79:9 | | | |
| 45:3-22 | | Leading; lacks foundation. | 75:6–79:9 | | | |
| 46:3-25 | | Leading; lacks foundation. | 75:6–79:9 | | | |
| 48:6-49:12 | | Leading; lacks foundation. | 75:6–79:9 | | | |
| 53:3-55:20 | | Leading; lacks foundation. | 71:24–72:24; 97:24–99:2 | | | |
| 56:2-60:5 | | Leading; lacks foundation. | | | | |
| 61:3-64:8 | | Leading; lacks | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| | | foundation; irrelevant. | | | | |
| 68:6-14 | | None. | 68:15–69:13 | | | |
| 93:25-96:14 | | Leading; lacks foundation. | | | | |
| 97:9-15 | | Leading; lacks foundation. | | | | |

**6.     Deposition of Janay Symonette Pyfrom taken January 24, 2024:**

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 44:18-45:13 | 37:10–38:2 | None. | | | | |
| | 38:3–5 | Irrelevant. | | | | |
| 45:24-46:19 | | None. | 40:13–21 | | | |
| 49:9-16 | | None. | | | | |
| 50:1-52:19 | 41:26–42:14 | None | | | | |
| | 42:15–18 | Vague; confuse jury. | | | | |
| | 42:19–28 | Lacks foundation; speculation. | | | | |
| | 42:29–43:3 | Leading | | | | |
| | 43:4–22 | None. | | | | |
| 53:8-15 | | None. | | | | |
| 53:21-55:6 | 45:2–31 | None. | | | | |
| | 45:32–46:11 | None. | 46:12–20 | | | |
| | 45:2–31 | None. | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 59:19-63:8 | 50:7–52:5 | None. | 49:16–50:6 | | | |
| | 52:6–29 | Leading; lacks foundation. | | | | |
| | 52:30–53:6 | None. | | | | |
| 63:18-64:7 | | None. | 54:19–55:12 | | | |
| 65:25-66:24 | | Leading; lacks foundation; vague. | | | | |
| 67:3-4 | | Leading; lacks foundation; vague. | | | | |
| 67:11-14 | | None. | | | | |
| 70:24-71:1 | | None. | | | | |
| 71:24-72:4 | | Leading. | 60:17–20 | | | |
| 74:10-23 | | Leading; lacks foundation. | 62:30–63:4 | | | |
| 75:18-76:15 | | Leading; lacks foundation. | | | | |
| 75:25-77:7 | | Leading; lacks foundation; speculation. | 64:18–21 | | | |
| 77:10-80:13 | 65:1–26 | Leading; lacks foundation. | | | | |
| | 65:27–67:18 | None. | | | | |
| | 67:19–20 | Leading; lacks foundation; speculation. | | | | |
| 80:19-81:10 | | Leading; lacks | 68:11–20; 68:23–69:5 | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| | | foundation; speculation. | | | | |
| 82:10-84:12 | 69:6–70:1 | Leading. | | | | |
| | 70:2–19 | None. | | | | |
| | 70:20–32 | Leading; vague; confuse the jury; asked and answered. | | | | |
| 84:17-25 | | Leading; vague; confuse the jury; asked and answered | | | | |
| 86:15-87:24 | 72:26–73:10 | None. | | | | |
| | 73:11–32 | Lawyers speaking; lacks foundation; speculation. | | | | |
| 90:4-91:6 | 75:29–76:23 | None. | | | | |
| | 76:24–27 | Lawyer speaking, no witness testimony. | | | | |
| 92:17-94:5 | 78:1–14 | None. | | | | |
| | 78:15–79:10 | Leading. | | | | |
| 94:16-95:16 | | None. | | | | |
| 95:21-96:5 | | None. | | | | |
| 97:3-14 | | Vague; lacks foundation; asked and answered. | 83:7–12 | | | |
| 99:2-9 | | None. | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 99:13-14 | | None. | | | | |
| 99:18-25 | | None. | | | | |
| 100:20-23 | | None. | | | | |

### 7.      Deposition of Drameko Moore taken October 23, 2023:

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 8:19-10:14 | | None. | | | | |
| 12:15-15:10 | | None. | 12:32–13:1; 13:12–16 | | | |
| 17:2-4 | | None. | 13:20–25. | | | |
| 17:12-18:4 | | None | | | | |
| 19:24-22:11 | 16:1–19 | Colloquy between lawyers and court, no witness testimony. | | | | |
| | 16:20–17:1 | None. | | | | |
| | 17:2–8 | Colloquy between lawyers and court, no witness testimony. | | | | |
| | 17:9–15 | None. | | | | |
| | 17:16–32 | Colloquy between lawyers and court, no witness testimony. | | | | |
| 25:18-22 | | None. | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 26:1-12 | | None. | 21:10–11 | | | |
| 26:17-28:9 | 21:14–25 | Lacks foundation; irrelevant. | | | | |
| | 21:26–22:25 | Lacks foundation; leading. | | | | |
| 28:20-29:16 | 23:5–19 | Lacks foundation. | | | | |
| | 23:20–22 | None. | | | | |
| | 23:23–28 | | 23:29–31; 23:32–24:5; 24:24–26. | | | |
| 30:20-22 | | Vague; lacks foundation. | 24:31–32; 24:24–26 | | | |
| 31:22-32:19 | 25:23–27 | None. | | | | |
| | 25:28–26:15 | Hearsay; vague. | | | | |
| 32:25-34:11 | | None | | | | |

8.      **Deposition of Stephen Darville taken November 6, 2023:**

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 2:23-3:6 | | Irrelevant; confuse the jury | | | | |
| 3:17-4:13 | 2:12–28 | Confuse the jury. | | | | |
| | 2:29–3:3 | None. | | | | |
| 5:22-9:2 | | None. | 7:3–5; 7:21–26; 16:10–17:7; 27:29–28:4 | | | |
| 22:1-24:2 | | Irrelevant; jury confusion. | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 24:15-25:13 | | Irrelevant; jury confusion. | | | | |
| 25:17-26:4 | | Irrelevant; jury confusion. | | | | |
| 27:9-15 | | None. | | | | |
| 28:17-29:1 | | Irrelevant; jury confusion. | | | | |
| 30:24-31:2 | | Irrelevant; jury confusion. | | | | |
| 31:24-32:19 | | Irrelevant; jury confusion. | | | | |
| 32:25-33:6 | | Irrelevant; jury confusion. | | | | |

9.      **Deposition of Edward Cooper taken October 25, 2023 and January 24, 2024:**

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 22:2-3 | | None. | | | | |
| 22:22-23:3 | | None. | | | | |
| 23:8-13 | | None. | | | | |
| 23:16-25 | 19:20–25 | Leading; lacks foundation; vague. | | | | |
| | 19:26–30 | Lawyer speaking; no witness testimony. | | | | |

| PLAINTIFF'S DESIGNATION | | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|
| 24:5-6 | | Lawyer speaking; no witness testimony. | | | | |
| 25:4-7 | | None. | | | | |
| 33:21-34:9 | | None. | | | | |
| 34:14-36:6 | | Leading; vague; irrelevant; lawyers speaking. | | | | |
| 36:15-22 | | Vague; lawyer speaking; confuse the jury. | | | | |
| 37:2-38:11 | 30:25–31:22 | None. | | | | |
| | 31:23–32 | Lawyer speaking; irrelevant. | | | | |
| 38:15-39:4 | | Vague; lacks foundation; confuse the jury. | | | | |
| 39:13-40:3 | | Vague; lacks foundation; confuse the jury. | | | | |
| 40:9-41:21 | | None. | | | | |

28

10.     Deposition of Antonio Collie taken on November 10, 2023:

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTIONS | DEFENDANTS' COUNTER – DESIGNATIONS | PLAINTIFF'S OBJECTIONS | PLAINTIFF'S REBUTTAL DESIGNATIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| 4:12-9:5 | | | | | |
| 9:11-9:24 | | | | | |
| 11:15-12:12 | | | | | |
| 12:21-17:14 | | | | | |
| 18:5-8 | | | | | |
| 19:4-21 | | | | | |
| 21:6-17 | | | | | |
| 22:24-23:23 | | | | | |
| 29:21-32:15 | | | | | |
| 33:5-37:1 | | | | | |
| 38:9-15 | | | | | |
| 40:7-10 | | | | | |

June 24, 2024                          Respectfully submitted,

                                       /s/Alise Johnson
                                       Alise Johnson
                                       Senior Trial Counsel
                                       Fla. Bar No. 0003270
                                       Direct Dial: (305) 982-6385
                                       Email: johnsonali@sec.gov

                                       Alice Sum
                                       Senior Trial Counsel
                                       Fla Bar No.: 354510
                                       Phone: (305) 416-6293
                                       Email: sumal@sec.gov

*Attorneys for Plaintiff*
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154