**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:21-CV-21079-Bloom

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

v.

**MINTBROKER INTERNATIONAL, LTD.,**
f/k/a **SWISS AMERICA SECURITIES LTD.**
and d/b/a **SURETRADER,** and
**GUY GENTILE,** a/k/a **GUY GENTILE NIGRO,**

    Defendants.

_____/

**NOTICE OF APPEARANCE**

Please take notice that Russell Koonin enters his appearance as counsel on behalf of Plaintiff Securities and Exchange Commission and requests that he be added to the Court's CM/ECF list and that a copy of all future pleadings, notices and correspondence be directed to his attention in this matter.

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
| June 27, 2024 | By: | s/Russell Koonin |
|  |  | Russell Koonin |
|  |  | Senior Trial Counsel |
|  |  | Fla. Bar No. 474479 |
|  |  | Telephone:  (305) 982-6390 |
|  |  | Facsimile:  (305) 536-4154 |
|  |  | E-mail:  kooninr@sec.gov |
|  |  |  |
|  |  | Attorney for Plaintiff |
|  |  | SECURITIES AND EXCHANGE COMMISSION |
|  |  | 801 Brickell Avenue, Suite 1950 |
|  |  | Miami, Florida 33131 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 27th day of June, 2024 via CM-ECF on all counsel.

s/Russell Koonin
Russell Koonin, Esq.