Case No. 21-cv-21079-BLOOM/Torres

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-BLOOM/Torres

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## **VERDICT FORM**

We the jury unanimously respond to the following questions as follows:

**Count I:**

    1(a).   Did the SEC prove by a preponderance of the evidence that SureTrader was required to register under Section 15(a)(1) of the Exchange Act?

    YES __✓__  NO _____

If you answered YES to (1)(a), please go to Question (1)(b). If your answer is NO, do not complete the rest of this Verdict Form, and please have the foreperson sign and date the verdict form.

    1(b).   Did Mr. Gentile prove by a preponderance of the evidence that SureTrader qualified for the Rule 15a-6(a)(1) exemption to Section 15(a)(1) of the Exchange Act's requirement to register with the SEC?

    YES _____ NO __✓__

13

If you answered YES to 1(b), do not complete the rest of this Verdict Form, and please have the foreperson sign and date the verdict form.

If you answered NO to 1(b), please go to Question 2(a).

**Count II:**

    2(a). Did the SEC prove by a preponderance of the evidence that Mr. Gentile is liable as a control person under Section 20(a) for SureTrader's failure to register under Section 15(a)(1) of the Exchange Act ?

    YES __✓__ NO _____

If you answered YES to (2)(a), please go to Question (2)(b). If your answer is NO, do not answer 2(b) and proceed to Question 3(a).

    2(b). Did Mr. Gentile prove by a preponderance of the evidence that he acted in good-faith and did not induce Suretrader to fail to register with the SEC??

    YES _____ NO __✓__

If you answered YES to Question 2(b), Please skip 2(c) and go to Question 3(a). If you answered NO, please answer Question 2(c).

    2(c). Did Mr. Gentile prove by a preponderance of the evidence that SureTrader qualified for the Rule 15a-6(a)(1) exemption to Section 15(a)(1) of the Exchange Act's requirement to register with the SEC?

    YES _____ NO __✓__

If you answered YES to 2(c), do not complete the rest of this Verdict Form, and please have the foreperson sign and date the verdict form. If you answered NO, proceed to Question 3(a).

**Count III:**

    3(a).   Did the SEC prove by a preponderance of the evidence that Mr. Gentile directly or indirectly induced SureTrader to engage in unregistered broker activity in violation of Section 15(a)(1)?

YES __✓__  NO _____

If you answered NO to 3(a), do not complete the rest of this Verdict Form, and please have the foreperson sign and date the verdict form. If you answered YES, proceed to Question 3(b).

    3(b)   Did Mr. Gentile prove by a preponderance of the evidence that SureTrader qualified for the Rule 15a-6(a)(1) exemption to Section 15(a)(1) of the Exchange Act's requirement to register with the SEC?

YES _____  NO __✓__

**Please have the foreperson sign and date the verdict form.**

SO SAY WE ALL


Foreperson's Signature_____

Date __7/2/2024__