## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

#### CASE NO. 21-CV-21079-BLOOM
## SEC V. MINTBROKER
## JURY QUESTIONS/NOTES TO THE COURT

### PLEASE NOTE:   DO NOT SHOW YOUR NUMERICAL DIVISION

WE CAN'T ACCESS PLAINTIFF EX. 163 . COULD WE GET A PRINTED COPY?

SIGNED _____   DATE: 7/1/24   TIME: 4:38pm
Foreperson of the Jury

### COURT'S RESPONSE TO THE JURY QUESTION

EX. 163 is being provided to you.

SIGNED: _____   DATE: 9/1/24   TIME: 5:07pm
BETH BLOOM
UNITED STATES DISTRICT JUDGE