UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-21079-BLOOM
SEC V. MINTBROKER
JURY QUESTIONS/NOTES TO THE COURT

PLEASE NOTE:   DO **NOT** SHOW YOUR NUMERICAL DIVISION

We are not unanimous and we don't expect to be. How long do we need to deliberate?

SIGNED: _____   DATE: 7/1/24   TIME: 4:50 pm
Foreperson of the Jury

**COURT'S RESPONSE TO THE JURY QUESTION**

SIGNED: _____   DATE: _____   TIME: _____
BETH BLOOM
UNITED STATES DISTRICT JUDGE