UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-21079-BLOOM
**SEC V. MINTBROKER**
**JURY QUESTIONS/NOTES TO THE COURT**

PLEASE NOTE: DO **NOT** SHOW YOUR NUMERICAL DIVISION

UNABLE TO ACCESS EX. 188 (PLAINTIFF)
PLEASE PROVIDE COPY
↳ Evidence Needed (177, 188, 186, 182)

Defence Exhibits = 102

SIGNED: _____ DATE: 7/7/24  TIME: 5:13 pm
Foreperson of the Jury

**COURT'S RESPONSE TO THE JURY QUESTION**

these exhibits are being provided to you.

SIGNED: _____ DATE: 7/1/24  TIME: 5:50 pm
BETH BLOOM
UNITED STATES DISTRICT JUDGE