Sheet1



Today is 03/02/2018

**Customer Account**

Logon User: **PFS 19612**   Logoff

View Account: **PFS19612**

Account Name: **M azen Hasan Agha**

| Daily Summary | Trading Blotter | Activity | Report | Launch Trading App |

Enter Starting Date:
06/01/2016
Enter Ending Date:
03/02/2018
(mm/dd/yyyy)

PLAINTIFF'S EXHIBIT 186

### Trading Summary

| Symbol | Tickets | Open Qty | Long Qty | Short Qty | Long Amount | Short Amount | Realized P&L | Unrealized P&L | Commission | Trade Fee 1 | Trade Fee 2 | Trade Fee 3 | True P&L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 ADPT | 2 | 0 | 500 | 500 | 4,669.95 | 4,595.45 | (74.50) | 0.00 | 7.90 | 0.12 | 0.06 | 3.00 | (85.58) |
| AGEN | 2 | 0 | 4,000 | 4,000 | 18,159.79 | 18,720.00 | 560.21 | 0.00 | 31.60 | 0.46 | 0.48 | 24.00 | 503.67 |
| AKER | 2 | 0 | 250 | 250 | 725.00 | 662.50 | (62.50) | 0.00 | 7.90 | 0.02 | 0.03 | 1.50 | (71.95) |
| AMD | 3 | 0 | 2,000 | 2,000 | 14,839.99 | 14,860.20 | 20.21 | 0.00 | 15.80 | 0.37 | 0.24 | 12.00 | (8.20) |
| AMX | 2 | 0 | 1,000 | 1,000 | 13,099.90 | 13,020.10 | (79.80) | 0.00 | 7.90 | 0.33 | 0.12 | 6.00 | (94.15) |
| APRI | 2 | 0 | 200 | 200 | 459.98 | 484.02 | 24.04 | 0.00 | 7.90 | 0.02 | 0.02 | 1.20 | 14.90 |
| ARIA | 2 | 0 | 600 | 600 | 5,562.00 | 5,598.05 | 36.05 | 0.00 | 7.90 | 0.14 | 0.07 | 3.60 | 24.34 |

SEC-AghaM-E-0000082

Sheet1

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AVID | 2 | 0 | 400 | 400 | 1,891.96 | 1,916.00 | 24.04 | 0.00 | 7.90 | 0.05 | 0.05 | 2.40 | 13.64 |
| BASI | 2 | 0 | 300 | 300 | 645.00 | 600.00 | (45.00) | 0.00 | 7.90 | 0.02 | 0.04 | 1.80 | (54.76) |
| BBG | 6 | 0 | 3,400 | 3,400 | 21,176.85 | 20,700.15 | (476.70) | 0.00 | 32.00 | 0.52 | 0.40 | 20.40 | (530.02) |
| BHI | 2 | 0 | 100 | 100 | 5,690.00 | 5,724.00 | 34.00 | 0.00 | 7.90 | 0.14 | 0.01 | 0.60 | 25.35 |
| BIOS | 2 | 0 | 1,000 | 1,000 | 1,399.90 | 1,370.00 | (29.90) | 0.00 | 7.90 | 0.04 | 0.12 | 6.00 | (43.96) |
| BRCD | 5 | 0 | 1,500 | 1,500 | 15,929.90 | 15,563.11 | (366.79) | 0.00 | 20.94 | 0.39 | 0.18 | 9.00 | (397.30) |
| CADC | 11 | 0 | 8,000 | 8,000 | 61,787.20 | 63,220.06 | 1,432.86 | 0.00 | 64.00 | 1.57 | 0.95 | 0.00 | 1,366.34 |
| CDTI | 8 | 0 | 11,050 | 11,050 | 21,928.50 | 22,369.05 | 440.55 | 0.00 | 91.90 | 0.57 | 1.31 | 0.00 | 346.76 |
| CEMP | 2 | 0 | 1,000 | 1,000 | 7,850.00 | 7,900.00 | 50.00 | 0.00 | 7.90 | 0.20 | 0.12 | 6.00 | 35.79 |
| CHFS | 2 | 0 | 1,000 | 1,000 | 20,700.00 | 20,844.06 | 144.06 | 0.00 | 8.00 | 0.51 | 0.12 | 0.00 | 135.43 |
| CHGG | 2 | 0 | 1,000 | 1,000 | 7,532.96 | 7,600.00 | 67.04 | 0.00 | 7.90 | 0.20 | 0.12 | 6.00 | 52.83 |
| CMRX | 2 | 0 | 800 | 800 | 4,217.04 | 4,160.30 | (56.74) | 0.00 | 7.90 | 0.11 | 0.10 | 4.80 | (69.64) |
| CNX | 2 | 0 | 600 | 600 | 10,985.94 | 11,046.00 | 60.06 | 0.00 | 7.90 | 0.27 | 0.07 | 3.60 | 48.22 |
| CREG | 9 | 0 | 5,500 | 5,500 | 40,621.50 | 41,532.01 | 910.52 | 0.00 | 44.00 | 1.03 | 0.65 | 0.00 | 864.83 |
| CROX | 4 | 0 | 1,500 | 1,500 | 12,886.46 | 12,971.00 | 84.54 | 0.00 | 18.96 | 0.33 | 0.18 | 9.00 | 56.08 |
| CTL | 2 | 0 | 600 | 600 | 19,681.95 | 19,890.06 | 208.11 | 0.00 | 7.90 | 0.49 | 0.07 | 3.60 | 196.05 |
| CVRS | 3 | 0 | 400 | 400 | 440.00 | 453.52 | 13.51 | 0.00 | 11.85 | 0.02 | 0.05 | 2.40 | (0.80) |
| CXRX | 8 | 0 | 9,000 | 9,000 | 41,481.87 | 41,039.18 | (442.69) | 0.00 | 71.10 | 1.03 | 1.07 | 54.00 | (569.89) |
| CYH | 2 | 0 | 1,000 | 1,000 | 4,369.93 | 4,439.10 | 69.17 | 0.00 | 7.90 | 0.11 | 0.12 | 6.00 | 55.04 |
| DCIX | 2 | 0 | 1,797 | 1,797 | 13,459.53 | 14,016.73 | 557.20 | 0.00 | 14.38 | 0.35 | 0.21 | 0.00 | 542.26 |
| DF | 4 | 0 | 1,400 | 1,400 | 24,641.92 | 24,704.12 | 62.20 | 0.00 | 15.80 | 0.61 | 0.17 | 8.40 | 37.22 |
| DYN | 2 | 0 | 1,400 | 1,400 | 9,967.86 | 10,030.01 | 62.15 | 0.00 | 11.06 | 0.25 | 0.17 | 8.40 | 42.27 |
| EPE | 2 | 0 | 4,000 | 4,000 | 17,186.00 | 17,240.24 | 54.24 | 0.00 | 31.60 | 0.42 | 0.48 | 24.00 | (2.26) |
| ESEA | 2 | 0 | 200 | 200 | 1,164.86 | 1,185.01 | 20.15 | 0.00 | 7.90 | 0.03 | 0.02 | 1.20 | 10.99 |
| EVRI | 12 | 0 | 2,450 | 2,450 | 9,962.95 | 10,101.95 | 139.00 | 0.00 | 47.40 | 0.28 | 0.29 | 14.70 | 76.33 |
| FATE | 4 | 0 | 1,100 | 1,100 | 5,760.89 | 5,763.00 | 2.11 | 0.00 | 15.80 | 0.15 | 0.13 | 6.60 | (20.57) |
| FIT | 2 | 0 | 500 | 500 | 4,335.00 | 4,400.00 | 65.00 | 0.00 | 7.90 | 0.11 | 0.06 | 3.00 | 53.93 |
| FOLD | 6 | 0 | 2,500 | 2,500 | 18,149.68 | 18,196.05 | 46.37 | 0.00 | 29.63 | 0.48 | 0.30 | 15.00 | 0.97 |
| FSLR | 3 | 0 | 400 | 400 | 16,807.00 | 16,788.00 | (19.00) | 0.00 | 11.85 | 0.41 | 0.05 | 2.41 | (33.72) |
| FUEL | 9 | 0 | 2,050 | 2,050 | 7,564.50 | 7,542.18 | (22.32) | 0.00 | 35.55 | 0.21 | 0.24 | 12.30 | (70.62) |
| GBR | 4 | 0 | 1,700 | 1,700 | 5,604.00 | 5,763.02 | 159.02 | 0.00 | 15.80 | 0.15 | 0.20 | 10.20 | 132.67 |
| GNMX | 2 | 0 | 500 | 500 | 2,889.95 | 2,945.00 | 55.05 | 0.00 | 7.90 | 0.08 | 0.06 | 3.00 | 44.01 |
| GRAM | 2 | 0 | 800 | 800 | 2,528.00 | 2,560.00 | 32.00 | 0.00 | 7.90 | 0.07 | 0.10 | 4.80 | 19.14 |
| GRVY | 10 | 0 | 2,600 | 2,600 | 29,807.66 | 29,353.46 | (454.20) | 0.00 | 39.50 | 0.73 | 0.31 | 15.60 | (510.34) |
| GSL | 15 | 0 | 5,000 | 5,000 | 13,592.07 | 13,742.81 | 150.74 | 0.00 | 63.20 | 0.38 | 0.60 | 30.00 | 56.57 |
| GTN | 3 | 0 | 700 | 700 | 5,144.93 | 5,091.25 | (53.68) | 0.00 | 11.85 | 0.14 | 0.08 | 4.20 | (69.95) |
| HIIQ | 2 | 0 | 1,400 | 1,400 | 12,355.00 | 12,397.50 | 42.50 | 0.00 | 11.06 | 0.30 | 0.17 | 8.40 | 22.57 |
| HOS | 2 | 0 | 1,000 | 1,000 | 3,599.99 | 3,440.10 | (159.89) | 0.00 | 7.90 | 0.09 | 0.12 | 6.00 | (174.00) |
| IMGN | 18 | 0 | 4,965 | 4,965 | 17,507.31 | 17,523.38 | 16.07 | 0.00 | 71.10 | 0.48 | 0.59 | 29.79 | (85.89) |

SEC-AghaM-E-0000082

Sheet1

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IMMU | 3 | 0 | 650 | 650 | 3,841.44 | 3,552.01 | (289.42) | 0.00 | 11.85 | 0.10 | 0.08 | 3.90 | (305.35) |
| IMMY | 7 | 0 | 2,325 | 2,325 | 9,303.47 | 8,947.78 | (355.69) | 0.00 | 27.65 | 0.24 | 0.28 | 13.94 | (397.80) |
| INAP | 2 | 0 | 800 | 800 | 2,679.90 | 2,576.00 | (103.90) | 0.00 | 7.90 | 0.07 | 0.10 | 4.80 | (116.76) |
| IPDN | 13 | 0 | 17,650 | 17,650 | 96,615.81 | 77,255.78 | (19,360.03) | 0.00 | 139.55 | 1.90 | 2.10 | 0.00 | (19,503.58) |
| JCP | 5 | 0 | 2,600 | 2,600 | 24,015.01 | 23,670.01 | (345.00) | 0.00 | 24.10 | 0.60 | 0.31 | 15.60 | (385.60) |
| JNUG | 6 | 0 | 600 | 600 | 4,723.98 | 4,776.06 | 52.08 | 0.00 | 23.70 | 0.13 | 0.07 | 3.60 | 24.58 |
| KERX | 2 | 0 | 400 | 400 | 2,152.00 | 2,176.00 | 24.00 | 0.00 | 7.90 | 0.05 | 0.05 | 2.40 | 13.60 |
| KND | 2 | 0 | 1,000 | 1,000 | 7,150.00 | 7,223.80 | 73.80 | 0.00 | 7.90 | 0.18 | 0.12 | 6.00 | 59.60 |
| LC | 4 | 0 | 1,500 | 1,500 | 8,954.95 | 8,840.70 | (114.25) | 0.00 | 15.80 | 0.23 | 0.18 | 9.00 | (139.46) |
| LEDS | 15 | 0 | 11,000 | 11,000 | 72,069.95 | 74,347.95 | 2,278.00 | 0.00 | 88.65 | 1.86 | 1.31 | 6.00 | 2,180.18 |
| LMFA | 3 | 0 | 2,000 | 2,000 | 6,050.00 | 6,200.00 | 150.00 | 0.00 | 16.00 | 0.15 | 0.24 | 0.00 | 133.61 |
| LPCN | 4 | 0 | 1,200 | 1,200 | 5,231.97 | 5,226.03 | (5.94) | 0.00 | 15.80 | 0.13 | 0.14 | 7.20 | (29.21) |
| LVLT | 5 | 0 | 700 | 700 | 36,302.94 | 35,714.07 | (588.87) | 0.00 | 19.75 | 0.88 | 0.08 | 4.20 | (613.78) |
| MARK | 3 | 0 | 2,000 | 2,000 | 11,880.00 | 12,060.00 | 180.00 | 0.00 | 16.00 | 0.30 | 0.24 | 0.00 | 163.46 |
| MOMO | 2 | 0 | 500 | 500 | 13,089.96 | 13,083.02 | (6.94) | 0.00 | 7.90 | 0.33 | 0.06 | 3.00 | (18.23) |
| MOSY | 16 | 0 | 60,000 | 60,000 | 97,598.70 | 99,641.28 | 2,042.58 | 0.00 | 470.00 | 2.47 | 7.14 | 0.00 | 1,562.97 |
| MRDN | 6 | 0 | 4,500 | 4,500 | 11,736.80 | 11,790.00 | 53.21 | 0.00 | 36.00 | 0.29 | 0.54 | 0.00 | 16.38 |
| MUX | 5 | 0 | 1,100 | 1,100 | 3,752.44 | 3,649.00 | (103.44) | 0.00 | 19.75 | 0.11 | 0.13 | 6.60 | (130.02) |
| MXPT | 2 | 0 | 800 | 800 | 4,444.96 | 4,456.61 | 11.65 | 0.00 | 7.90 | 0.11 | 0.10 | 4.80 | (1.25) |
| NE | 2 | 0 | 1,000 | 1,000 | 4,590.00 | 4,501.00 | (89.00) | 0.00 | 7.90 | 0.12 | 0.12 | 6.00 | (103.14) |
| NPTN | 2 | 0 | 1,000 | 1,000 | 11,615.00 | 11,558.00 | (57.00) | 0.00 | 7.90 | 0.28 | 0.12 | 6.00 | (71.30) |
| NVCR | 2 | 0 | 500 | 500 | 3,675.00 | 3,725.00 | 50.00 | 0.00 | 7.90 | 0.10 | 0.06 | 3.00 | 38.94 |
| OAS | 2 | 0 | 1,000 | 1,000 | 10,759.90 | 10,620.10 | (139.80) | 0.00 | 7.90 | 0.26 | 0.12 | 6.00 | (154.08) |
| OCLR | 28 | 0 | 19,100 | 19,100 | 162,615.94 | 162,037.29 | (578.65) | 0.00 | 158.79 | 4.02 | 2.27 | 114.60 | (858.34) |
| ODP | 12 | 0 | 2,900 | 2,900 | 12,227.96 | 12,228.04 | 0.08 | 0.00 | 48.59 | 0.33 | 0.35 | 17.40 | (66.58) |
| OSTK | 2 | 0 | 1,000 | 1,000 | 51,399.94 | 51,550.06 | 150.12 | 0.00 | 8.00 | 1.26 | 0.12 | 0.00 | 140.74 |
| OTIV | 2 | 0 | 200 | 200 | 340.00 | 350.12 | 10.12 | 0.00 | 7.90 | 0.01 | 0.02 | 1.20 | 0.99 |
| PACB | 2 | 0 | 500 | 500 | 3,534.96 | 3,476.64 | (58.32) | 0.00 | 7.90 | 0.09 | 0.06 | 3.00 | (69.37) |
| PANL | 2 | 0 | 666 | 666 | 4,861.80 | 5,228.10 | 366.30 | 0.00 | 5.33 | 0.13 | 0.08 | 0.00 | 360.76 |
| PTCT | 10 | 0 | 3,000 | 3,000 | 25,329.56 | 24,407.18 | (922.38) | 0.00 | 39.50 | 0.61 | 0.36 | 18.00 | (980.84) |
| PTX | 2 | 0 | 4,000 | 4,000 | 17,575.00 | 17,636.02 | 61.02 | 0.00 | 31.60 | 0.44 | 0.48 | 24.00 | 4.51 |
| RGC | 9 | 0 | 12,800 | 12,800 | 202,434.00 | 202,478.00 | 44.00 | 0.00 | 102.40 | 4.95 | 1.52 | 0.00 | (64.88) |
| ROKU | 25 | 0 | 17,500 | 17,500 | 716,589.17 | 714,141.91 | (2,447.25) | 0.00 | 142.65 | 17.50 | 2.08 | 0.00 | (2,609.48) |
| RTTR | 2 | 0 | 5,000 | 5,000 | 15,489.48 | 15,669.30 | 179.83 | 0.00 | 39.50 | 0.39 | 0.60 | 30.00 | 109.34 |
| RUN | 4 | 0 | 1,600 | 1,600 | 8,585.13 | 8,642.00 | 56.87 | 0.00 | 15.80 | 0.22 | 0.19 | 9.60 | 31.06 |
| S | 8 | 0 | 4,500 | 4,500 | 31,030.82 | 31,055.31 | 24.49 | 0.00 | 35.55 | 0.78 | 0.54 | 27.00 | (39.38) |
| SAEX | 2 | 0 | 1,000 | 1,000 | 10,878.99 | 11,004.54 | 125.55 | 0.00 | 7.90 | 0.27 | 0.12 | 6.00 | 111.25 |
| SINO | 2 | 0 | 300 | 300 | 2,238.00 | 1,947.00 | (291.00) | 0.00 | 7.90 | 0.05 | 0.04 | 1.80 | (300.79) |
| SKLN | 2 | 0 | 1,000 | 1,000 | 3,397.98 | 3,440.00 | 42.02 | 0.00 | 7.90 | 0.09 | 0.12 | 6.00 | 27.91 |

SEC-AghaM-E-0000082

Sheet1

| | | | | | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| ▼ SLM | 3 | 0 | 2,000 | 2,000 | 16,919.98 | 17,006.94 | 86.96 | 0.00 | 15.80 | 0.43 | 0.24 | 12.00 | 58.49 |
| ▼ SORL | 2 | 0 | 5,000 | 5,000 | 39,149.64 | 38,852.76 | (296.87) | 0.00 | 40.00 | 0.96 | 0.60 | 0.00 | (338.43) |
| ▼ STNG | 2 | 0 | 2,000 | 2,000 | 8,319.85 | 8,320.20 | 0.35 | 0.00 | 15.80 | 0.21 | 0.24 | 12.00 | (27.89) |
| ▼ UNIS | 9 | 0 | 9,000 | 9,000 | 29,069.61 | 29,213.82 | 144.21 | 0.00 | 71.10 | 0.74 | 1.07 | 54.00 | 17.30 |
| ▼ VRAY | 10 | 0 | 1,850 | 1,850 | 12,406.86 | 12,371.61 | (35.25) | 0.00 | 39.50 | 0.32 | 0.22 | 11.10 | (86.39) |
| ▼ XNET | 12 | 0 | 6,775 | 6,775 | 82,982.90 | 82,916.95 | (65.95) | 0.00 | 56.05 | 2.05 | 0.81 | 0.00 | (124.85) |
| ▼ ZAIS | 7 | 0 | 1,490 | 1,490 | 4,965.50 | 5,036.50 | 71.00 | 0.00 | 27.65 | 0.14 | 0.18 | 8.94 | 34.09 |
| ▼ ZIOP | 4 | 0 | 1,000 | 1,000 | 6,693.91 | 6,730.13 | 36.22 | 0.00 | 15.80 | 0.17 | 0.12 | 6.00 | 14.13 |
| **TOTAL** | 473 | | 312,168 | 312,168 | ######### | ######### | -16,641.45 | 0 | 2,938.31 | 61.83 | 37.15 | 869.58 | -20,548.31 |

| Cash Move Summary | | | | | | | |
|---|---|---|---|---|---:|---:|---|
| **Account** | **Name** | **DAS User** | **Entry Date** | **Currency** | **Deposit** | **Withdraw** | **Note** |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 10/18/2016 | USD | 3,000.00 | 0.00 | Deposit via ACH at 20161012 |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 10/18/2016 | USD | 1,000.00 | 0.00 | Deposit via ACH at 20161012 |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 10/19/2016 | USD | 0.00 | (55.00) | Overnight Margin Liquidation Fee |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 10/24/2016 | USD | 0.00 | (25.00) | FEE |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 10/24/2016 | USD | 0.00 | (100.00) | WITHDRAWAL: Mazen Hasan Agha |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 10/27/2016 | USD | 50.00 | 0.00 | 50ONUS BONUS |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 10/27/2016 | USD | 0.00 | (51.87) | Overnight Short Fee for LVLT |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 11/01/2016 | USD | 0.00 | (124.00) | Monthly Platform fee - October |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 11/04/2016 | USD | 1,552.50 | 0.00 | ABY0026E19 |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 11/04/2016 | USD | 0.00 | (52.50) | cc fee |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 11/04/2016 | USD | 517.50 | 0.00 | ABY0026E29 |

SEC-AghaM-E-0000082

Sheet1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PFS19612 | Mazen Hasan Agha | PFS19612 | 11/04/2016 | USD | 0.00 | (17.50) | cc fee |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 11/10/2016 | USD | 0.00 | (55.00) | Overnight margin liquidation fee (OCLR) |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 11/10/2016 | USD | 0.00 | (25.00) | Daily Margin call - 11/11/16 |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 11/11/2016 | USD | 25.00 | 0.00 | Goodwill client gesture rebate (Margin call fee) |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 11/14/2016 | USD | 0.00 | (55.00) | Overnight Margin Liquidation Fee |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 11/14/2016 | USD | 0.00 | (25.00) | Daily Margin call - 11/15/16 |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 11/16/2016 | USD | 25.00 | 0.00 | Margin Call Fee reversed |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 11/22/2016 | USD | 0.00 | (124.00) | Monthly Platform fee - November |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 11/22/2016 | USD | 0.00 | (25.00) | FEE |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 11/22/2016 | USD | 0.00 | (739.58) | WITHDRAWAL: Mazen Hasan Agha |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 02/23/2017 | USD | 500.00 | 0.00 | ACH DASHBOARD DEPOSIT - 02/17/2017 |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 03/07/2017 | USD | 500.00 | 0.00 | BMO MAZEN HASAN AGHA |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 03/22/2017 | USD | 260.00 | 0.00 | ACH DASHBOARD DEPOSIT - 03/16/2017 |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 03/29/2017 | USD | 0.00 | (50.00) | Intra day liquidation fee (IMMY) |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 04/03/2017 | USD | 0.00 | (49.00) | Monthly Platform fee - March |

SEC-AghaM-E-0000082

Sheet1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PFS19612 | Mazen Hasan Agha | PFS19612 | 04/03/2017 | USD | 0.00 | (40.00) | FEE |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 04/03/2017 | USD | 0.00 | (61.58) | WITHDRAWAL: Mazen Hasan Agha |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 11/08/2017 | USD | 16,700.00 | 0.00 | BMO: MAZEN HASAN AGHA |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 11/15/2017 | USD | 300.00 | 0.00 | Trade Error Rebate |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 11/17/2017 | USD | 0.00 | (50.00) | Intra day liquidation fee (IPDN) |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 11/21/2017 | USD | 0.00 | (104.00) | Monthly Platform Fee: November |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 11/21/2017 | USD | 0.00 | (50.00) | fee |
| PFS19612 | Mazen Hasan Agha | PFS19612 | 11/21/2017 | USD | 0.00 | (2,002.66) | Withdrawal: Mazen Hasan Agha |
| **TOTAL** | | | | USD | 24,430.00 | **-3,881.69** | |

| Equity Change | | | |
|---|---|---|---|
| 10/7/2016 | USD | 0 | 0 |
| 10/10/2016 | USD | 0 | 0 |
| 10/11/2016 | USD | 0 | 0 |
| 10/12/2016 | USD | 0 | 0 |
| 10/13/2016 | USD | 0 | 0 |
| 10/14/2016 | USD | 0 | 0 |
| 10/17/2016 | USD | 0 | 0 |
| 10/18/2016 | USD | 4,000.00 | 4,000.00 |
| 10/19/2016 | USD | 3,911.28 | -88.72 |
| 10/20/2016 | USD | 3,911.28 | 0 |
| 10/21/2016 | USD | 3,341.38 | -569.89 |
| 10/24/2016 | USD | 3,308.86 | -32.52 |
| 10/25/2016 | USD | 3,424.63 | 115.76 |
| 10/26/2016 | USD | 3,422.36 | -2.26 |
| 10/27/2016 | USD | 3,681.67 | 259.31 |

SEC-AghaM-E-0000082

Sheet1

| Date | Currency | Amount | Change |
|---|---|---|---|
| 10/28/2016 | USD | 2,892.54 | -789.14 |
| 10/31/2016 | USD | 2,386.72 | -505.82 |
| 11/1/2016 | USD | 2,307.38 | -79.34 |
| 11/2/2016 | USD | 2,357.88 | 50.5 |
| 11/3/2016 | USD | 2,393.66 | 35.79 |
| 11/4/2016 | USD | 3,282.45 | 888.78 |
| 11/7/2016 | USD | 3,108.60 | -173.85 |
| 11/8/2016 | USD | 2,915.20 | -193.39 |
| 11/9/2016 | USD | 3,032.87 | 117.67 |
| 11/10/2016 | USD | 2,295.17 | -737.7 |
| 11/11/2016 | USD | 1,766.24 | -528.92 |
| 11/14/2016 | USD | 1,461.76 | -304.48 |
| 11/15/2016 | USD | 1,231.31 | -230.45 |
| 11/16/2016 | USD | 961.75 | -269.56 |
| 11/17/2016 | USD | 888.58 | -73.17 |
| 11/18/2016 | USD | 888.58 | 0 |
| 11/21/2016 | USD | 888.58 | 0 |
| 11/22/2016 | USD | 0 | -888.58 |
| 11/23/2016 | USD | 0 | 0 |
| 11/25/2016 | USD | 0 | 0 |
| 11/28/2016 | USD | 0 | 0 |
| 11/29/2016 | USD | 0 | 0 |
| 11/30/2016 | USD | 0 | 0 |
| 12/1/2016 | USD | 0 | 0 |
| 12/2/2016 | USD | 0 | 0 |
| 12/5/2016 | USD | 0 | 0 |
| 12/6/2016 | USD | 0 | 0 |
| 12/7/2016 | USD | 0 | 0 |
| 12/8/2016 | USD | 0 | 0 |
| 12/9/2016 | USD | 0 | 0 |
| 12/12/2016 | USD | 0 | 0 |
| 12/13/2016 | USD | 0 | 0 |
| 12/14/2016 | USD | 0 | 0 |
| 12/15/2016 | USD | 0 | 0 |
| 12/16/2016 | USD | 0 | 0 |
| 12/19/2016 | USD | 0 | 0 |
| 12/20/2016 | USD | 0 | 0 |
| 12/21/2016 | USD | 0 | 0 |
| 12/22/2016 | USD | 0 | 0 |

SEC-AghaM-E-0000082

Sheet1

| Date | Currency | | |
|---|---|---|---|
| 12/23/2016 | USD | 0 | 0 |
| 12/27/2016 | USD | 0 | 0 |
| 12/28/2016 | USD | 0 | 0 |
| 12/29/2016 | USD | 0 | 0 |
| 12/30/2016 | USD | 0 | 0 |
| 1/2/2017 | USD | 0 | 0 |
| 1/3/2017 | USD | 0 | 0 |
| 1/4/2017 | USD | 0 | 0 |
| 1/5/2017 | USD | 0 | 0 |
| 1/6/2017 | USD | 0 | 0 |
| 1/9/2017 | USD | 0 | 0 |
| 1/10/2017 | USD | 0 | 0 |
| 1/11/2017 | USD | 0 | 0 |
| 1/12/2017 | USD | 0 | 0 |
| 1/13/2017 | USD | 0 | 0 |
| 1/17/2017 | USD | 0 | 0 |
| 1/18/2017 | USD | 0 | 0 |
| 1/19/2017 | USD | 0 | 0 |
| 1/20/2017 | USD | 0 | 0 |
| 1/23/2017 | USD | 0 | 0 |
| 1/24/2017 | USD | 0 | 0 |
| 1/25/2017 | USD | 0 | 0 |
| 1/26/2017 | USD | 0 | 0 |
| 1/27/2017 | USD | 0 | 0 |
| 1/30/2017 | USD | 0 | 0 |
| 1/31/2017 | USD | 0 | 0 |
| 2/1/2017 | USD | 0 | 0 |
| 2/2/2017 | USD | 0 | 0 |
| 2/3/2017 | USD | 0 | 0 |
| 2/6/2017 | USD | 0 | 0 |
| 2/7/2017 | USD | 0 | 0 |
| 2/8/2017 | USD | 0 | 0 |
| 2/9/2017 | USD | 0 | 0 |
| 2/10/2017 | USD | 0 | 0 |
| 2/13/2017 | USD | 0 | 0 |
| 2/14/2017 | USD | 0 | 0 |
| 2/15/2017 | USD | 0 | 0 |
| 2/16/2017 | USD | 0 | 0 |
| 2/17/2017 | USD | 0 | 0 |

SEC-AghaM-E-0000082

Sheet1

| Date | Currency | Value | Change |
|---|---|---|---|
| 2/21/2017 | USD | 0 | 0 |
| 2/22/2017 | USD | 0 | 0 |
| 2/23/2017 | USD | 500 | 500 |
| 2/24/2017 | USD | 500 | 0 |
| 2/27/2017 | USD | 484.46 | -15.54 |
| 2/28/2017 | USD | 402.47 | -81.99 |
| 3/1/2017 | USD | 347.11 | -55.36 |
| 3/2/2017 | USD | 267.86 | -79.25 |
| 3/3/2017 | USD | 267.86 | 0 |
| 3/6/2017 | USD | 267.86 | 0 |
| 3/7/2017 | USD | 767.86 | 500 |
| 3/8/2017 | USD | 767.86 | 0 |
| 3/9/2017 | USD | 492.32 | -275.55 |
| 3/10/2017 | USD | 569.55 | 77.24 |
| 3/13/2017 | USD | 368.98 | -200.57 |
| 3/14/2017 | USD | 285.83 | -83.15 |
| 3/15/2017 | USD | 224.92 | -60.91 |
| 3/16/2017 | USD | 224.92 | 0 |
| 3/17/2017 | USD | 224.92 | 0 |
| 3/20/2017 | USD | 224.92 | 0 |
| 3/21/2017 | USD | 224.92 | 0 |
| 3/22/2017 | USD | 484.92 | 260 |
| 3/23/2017 | USD | 485.91 | 0.99 |
| 3/24/2017 | USD | 516.06 | 30.15 |
| 3/27/2017 | USD | 670.32 | 154.26 |
| 3/28/2017 | USD | 351.65 | -318.68 |
| 3/29/2017 | USD | 150.58 | -201.07 |
| 3/30/2017 | USD | 150.58 | 0 |
| 3/31/2017 | USD | 150.58 | 0 |
| 4/3/2017 | USD | 0 | -150.58 |
| 4/4/2017 | USD | 0 | 0 |
| 4/5/2017 | USD | 0 | 0 |
| 4/6/2017 | USD | 0 | 0 |
| 4/7/2017 | USD | 0 | 0 |
| 4/10/2017 | USD | 0 | 0 |
| 4/11/2017 | USD | 0 | 0 |
| 4/12/2017 | USD | 0 | 0 |
| 4/13/2017 | USD | 0 | 0 |
| 4/17/2017 | USD | 0 | 0 |

SEC-AghaM-E-0000082

Sheet1

| Date | Currency | Value | Value |
|---|---|---|---|
| 4/18/2017 | USD | 0 | 0 |
| 4/19/2017 | USD | 0 | 0 |
| 4/20/2017 | USD | 0 | 0 |
| 4/21/2017 | USD | 0 | 0 |
| 4/24/2017 | USD | 0 | 0 |
| 4/25/2017 | USD | 0 | 0 |
| 4/26/2017 | USD | 0 | 0 |
| 4/27/2017 | USD | 0 | 0 |
| 4/28/2017 | USD | 0 | 0 |
| 5/1/2017 | USD | 0 | 0 |
| 5/2/2017 | USD | 0 | 0 |
| 5/3/2017 | USD | 0 | 0 |
| 5/4/2017 | USD | 0 | 0 |
| 5/5/2017 | USD | 0 | 0 |
| 5/8/2017 | USD | 0 | 0 |
| 5/9/2017 | USD | 0 | 0 |
| 5/10/2017 | USD | 0 | 0 |
| 5/11/2017 | USD | 0 | 0 |
| 5/12/2017 | USD | 0 | 0 |
| 5/15/2017 | USD | 0 | 0 |
| 5/16/2017 | USD | 0 | 0 |
| 5/17/2017 | USD | 0 | 0 |
| 5/18/2017 | USD | 0 | 0 |
| 5/19/2017 | USD | 0 | 0 |
| 5/22/2017 | USD | 0 | 0 |
| 5/23/2017 | USD | 0 | 0 |
| 5/24/2017 | USD | 0 | 0 |
| 5/25/2017 | USD | 0 | 0 |
| 5/26/2017 | USD | 0 | 0 |
| 5/30/2017 | USD | 0 | 0 |
| 5/31/2017 | USD | 0 | 0 |
| 6/1/2017 | USD | 0 | 0 |
| 6/2/2017 | USD | 0 | 0 |
| 6/5/2017 | USD | 0 | 0 |
| 6/6/2017 | USD | 0 | 0 |
| 6/7/2017 | USD | 0 | 0 |
| 6/8/2017 | USD | 0 | 0 |
| 6/9/2017 | USD | 0 | 0 |
| 6/12/2017 | USD | 0 | 0 |

SEC-AghaM-E-0000082

Sheet1

| Date | Currency | | |
|---|---|---|---|
| 6/13/2017 | USD | 0 | 0 |
| 6/14/2017 | USD | 0 | 0 |
| 6/15/2017 | USD | 0 | 0 |
| 6/16/2017 | USD | 0 | 0 |
| 6/19/2017 | USD | 0 | 0 |
| 6/20/2017 | USD | 0 | 0 |
| 6/21/2017 | USD | 0 | 0 |
| 6/22/2017 | USD | 0 | 0 |
| 6/23/2017 | USD | 0 | 0 |
| 6/26/2017 | USD | 0 | 0 |
| 6/27/2017 | USD | 0 | 0 |
| 6/28/2017 | USD | 0 | 0 |
| 6/29/2017 | USD | 0 | 0 |
| 6/30/2017 | USD | 0 | 0 |
| 7/3/2017 | USD | 0 | 0 |
| 7/5/2017 | USD | 0 | 0 |
| 7/6/2017 | USD | 0 | 0 |
| 7/7/2017 | USD | 0 | 0 |
| 7/10/2017 | USD | 0 | 0 |
| 7/11/2017 | USD | 0 | 0 |
| 7/12/2017 | USD | 0 | 0 |
| 7/13/2017 | USD | 0 | 0 |
| 7/14/2017 | USD | 0 | 0 |
| 7/17/2017 | USD | 0 | 0 |
| 7/18/2017 | USD | 0 | 0 |
| 7/19/2017 | USD | 0 | 0 |
| 7/20/2017 | USD | 0 | 0 |
| 7/21/2017 | USD | 0 | 0 |
| 7/24/2017 | USD | 0 | 0 |
| 7/25/2017 | USD | 0 | 0 |
| 7/26/2017 | USD | 0 | 0 |
| 7/27/2017 | USD | 0 | 0 |
| 7/28/2017 | USD | 0 | 0 |
| 7/31/2017 | USD | 0 | 0 |
| 8/1/2017 | USD | 0 | 0 |
| 8/2/2017 | USD | 0 | 0 |
| 8/3/2017 | USD | 0 | 0 |
| 8/4/2017 | USD | 0 | 0 |
| 8/7/2017 | USD | 0 | 0 |

SEC-AghaM-E-0000082

Sheet1

| Date | Currency | Value1 | Value2 |
|---|---|---|---|
| 8/8/2017 | USD | 0 | 0 |
| 8/9/2017 | USD | 0 | 0 |
| 8/10/2017 | USD | 0 | 0 |
| 8/11/2017 | USD | 0 | 0 |
| 8/14/2017 | USD | 0 | 0 |
| 8/15/2017 | USD | 0 | 0 |
| 8/16/2017 | USD | 0 | 0 |
| 8/17/2017 | USD | 0 | 0 |
| 8/18/2017 | USD | 0 | 0 |
| 8/21/2017 | USD | 0 | 0 |
| 8/22/2017 | USD | 0 | 0 |
| 8/23/2017 | USD | 0 | 0 |
| 8/24/2017 | USD | 0 | 0 |
| 8/25/2017 | USD | 0 | 0 |
| 8/28/2017 | USD | 0 | 0 |
| 8/29/2017 | USD | 0 | 0 |
| 8/30/2017 | USD | 0 | 0 |
| 8/31/2017 | USD | 0 | 0 |
| 9/1/2017 | USD | 0 | 0 |
| 9/5/2017 | USD | 0 | 0 |
| 9/6/2017 | USD | 0 | 0 |
| 9/7/2017 | USD | 0 | 0 |
| 9/8/2017 | USD | 0 | 0 |
| 9/11/2017 | USD | 0 | 0 |
| 9/12/2017 | USD | 0 | 0 |
| 9/13/2017 | USD | 0 | 0 |
| 9/14/2017 | USD | 0 | 0 |
| 9/15/2017 | USD | 0 | 0 |
| 9/18/2017 | USD | 0 | 0 |
| 9/19/2017 | USD | 0 | 0 |
| 9/20/2017 | USD | 0 | 0 |
| 9/21/2017 | USD | 0 | 0 |
| 9/22/2017 | USD | 0 | 0 |
| 9/25/2017 | USD | 0 | 0 |
| 9/26/2017 | USD | 0 | 0 |
| 9/27/2017 | USD | 0 | 0 |
| 9/28/2017 | USD | 0 | 0 |
| 9/29/2017 | USD | 0 | 0 |
| 10/2/2017 | USD | 0 | 0 |

SEC-AghaM-E-0000082

Sheet1

| Date | Currency | | |
|---|---|---:|---:|
| 10/3/2017 | USD | 0 | 0 |
| 10/4/2017 | USD | 0 | 0 |
| 10/5/2017 | USD | 0 | 0 |
| 10/6/2017 | USD | 0 | 0 |
| 10/9/2017 | USD | 0 | 0 |
| 10/10/2017 | USD | 0 | 0 |
| 10/11/2017 | USD | 0 | 0 |
| 10/12/2017 | USD | 0 | 0 |
| 10/13/2017 | USD | 0 | 0 |
| 10/16/2017 | USD | 0 | 0 |
| 10/17/2017 | USD | 0 | 0 |
| 10/18/2017 | USD | 0 | 0 |
| 10/19/2017 | USD | 0 | 0 |
| 10/20/2017 | USD | 0 | 0 |
| 10/23/2017 | USD | 0 | 0 |
| 10/24/2017 | USD | 0 | 0 |
| 10/25/2017 | USD | 0 | 0 |
| 10/26/2017 | USD | 0 | 0 |
| 10/27/2017 | USD | 0 | 0 |
| 10/30/2017 | USD | 0 | 0 |
| 10/31/2017 | USD | 0 | 0 |
| 11/1/2017 | USD | 0 | 0 |
| 11/2/2017 | USD | 0 | 0 |
| 11/3/2017 | USD | 0 | 0 |
| 11/6/2017 | USD | 0 | 0 |
| 11/7/2017 | USD | 0 | 0 |
| 11/8/2017 | USD | 16,700.00 | 16,700.00 |
| 11/9/2017 | USD | 16,700.00 | 0 |
| 11/10/2017 | USD | 18,223.44 | 1,523.45 |
| 11/13/2017 | USD | 18,304.82 | 81.38 |
| 11/14/2017 | USD | 16,809.79 | -1,495.03 |
| 11/15/2017 | USD | 18,255.57 | 1,445.78 |
| 11/16/2017 | USD | 21,693.36 | 3,437.79 |
| 11/17/2017 | USD | 2,156.66 | -19,536.70 |
| 11/20/2017 | USD | 2,156.66 | 0 |
| 11/21/2017 | USD | 0 | -2,156.66 |
| 11/22/2017 | USD | 0 | 0 |
| 11/24/2017 | USD | 0 | 0 |
| 11/27/2017 | USD | 0 | 0 |

SEC-AghaM-E-0000082

Sheet1

| Date | Currency | | |
|---|---|---|---|
| 11/28/2017 | USD | 0 | 0 |
| 11/29/2017 | USD | 0 | 0 |
| 11/30/2017 | USD | 0 | 0 |
| 12/1/2017 | USD | 0 | 0 |
| 12/4/2017 | USD | 0 | 0 |
| 12/5/2017 | USD | 0 | 0 |
| 12/6/2017 | USD | 0 | 0 |
| 12/7/2017 | USD | 0 | 0 |
| 12/8/2017 | USD | 0 | 0 |
| 12/11/2017 | USD | 0 | 0 |
| 12/12/2017 | USD | 0 | 0 |
| 12/13/2017 | USD | 0 | 0 |
| 12/14/2017 | USD | 0 | 0 |
| 12/15/2017 | USD | 0 | 0 |
| 12/18/2017 | USD | 0 | 0 |
| 12/19/2017 | USD | 0 | 0 |
| 12/20/2017 | USD | 0 | 0 |
| 12/21/2017 | USD | 0 | 0 |
| 12/22/2017 | USD | 0 | 0 |
| 12/26/2017 | USD | 0 | 0 |
| 12/27/2017 | USD | 0 | 0 |
| 12/28/2017 | USD | 0 | 0 |
| 12/29/2017 | USD | 0 | 0 |
| 1/2/2018 | USD | 0 | 0 |
| 1/3/2018 | USD | 0 | 0 |
| 1/4/2018 | USD | 0 | 0 |
| 1/5/2018 | USD | 0 | 0 |
| 1/8/2018 | USD | 0 | 0 |
| 1/9/2018 | USD | 0 | 0 |
| 1/10/2018 | USD | 0 | 0 |
| 1/11/2018 | USD | 0 | 0 |
| 1/12/2018 | USD | 0 | 0 |
| 1/16/2018 | USD | 0 | 0 |
| 1/17/2018 | USD | 0 | 0 |
| 1/18/2018 | USD | 0 | 0 |
| 1/19/2018 | USD | 0 | 0 |
| 1/22/2018 | USD | 0 | 0 |
| 1/23/2018 | USD | 0 | 0 |
| 1/24/2018 | USD | 0 | 0 |

SEC-AghaM-E-0000082

Sheet1

| Date | Currency | Value | Value |
|---|---|---|---|
| 1/25/2018 | USD | 0 | 0 |
| 1/26/2018 | USD | 0 | 0 |
| 1/29/2018 | USD | 0 | 0 |
| 1/30/2018 | USD | 0 | 0 |
| 1/31/2018 | USD | 0 | 0 |
| 2/1/2018 | USD | 0 | 0 |
| 2/2/2018 | USD | 0 | 0 |
| 2/5/2018 | USD | 0 | 0 |
| 2/6/2018 | USD | 0 | 0 |
| 2/7/2018 | USD | 0 | 0 |
| 2/8/2018 | USD | 0 | 0 |
| 2/9/2018 | USD | 0 | 0 |
| 2/12/2018 | USD | 0 | 0 |
| 2/13/2018 | USD | 0 | 0 |
| 2/14/2018 | USD | 0 | 0 |
| 2/15/2018 | USD | 0 | 0 |
| 2/16/2018 | USD | 0 | 0 |
| 2/20/2018 | USD | 0 | 0 |
| 2/21/2018 | USD | 0 | 0 |
| 2/22/2018 | USD | 0 | 0 |
| 2/23/2018 | USD | 0 | 0 |
| 2/26/2018 | USD | 0 | 0 |
| 2/27/2018 | USD | 0 | 0 |
| 2/28/2018 | USD | 0 | 0 |
| 3/1/2018 | USD | 0 | 0 |
| **TOTAL** | | | **0** |

SEC-AghaM-E-0000082