# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-Bloom/Torres

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

## DECLARATION OF ALEXANDER LEFFERTS

Pursuant to 28 U.S.C. §1746, the undersigned states as follows:

1. My name is Alexander Lefferts. I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am employed as Securities Compliance Examiner with the United States Securities and Exchange Commission (the "Commission").

3. I provide this declaration in support of the Commission's Motion for Remedies Against Defendants related to the disgorgement amount the Commission seeks against MintBroker International, Ltd., f/k/a Swiss America Securities Ltd. and d/b/a SureTrader ("SureTrader") and Guy Gentile ("Gentile").

4. I have been asked to review SureTrader's customer account trading activity to provide an analysis of: (1) the percentage of SureTrader's total commissions attributable to trades by customers that are residents of the U.S.; (2) total commissions paid by SureTrader customers that are residents of the U.S.; (3) the profit and/or loss by SureTrader customers that are residents of the U.S.; and (4) the opening deposit amounts of SureTrader customers.

5. The relevant period for my analysis is March 2016 through November 2019 ("Relevant Period").

## I. Datasets

6. I performed data processing and analysis on SureTrader customers' accounts in support of the SEC's disgorgement figure. I was provided access to a file folder ("File Folder") located on the Commission's server database called "1. Company data received from Davis & Co on 3 September 2020." Within this File Folder, there were 41,632 subfolders, each subfolder named with a SureTrader customer's account number.

7. Each customer subfolder contains various datasets pertaining to the customer account which the subfolder is named for. Each subfolder contains a combination of the following datasets:

   a. **AccountInformation.csv**. Account-specific information containing datapoints related to items such as name, address, employer, trading demographics, etc.

   b. **CashMoves.csv**. Data related to deposit/withdrawal activity for the account.

   c. **Trades [Month] [Year].csv**. Monthly trading activity for the account. One file is produced for each month where trade activity occurs and designates the month/year within the file name that represents the trade period. These files only exist if trading activity occurs, and only for the month/year combinations when the trades were executed.

   d. **Documents (subfolder)**. A subfolder is included which contains multiple PDF files, and often image files in JPG and/or PNG format. I did not analyze these files in any way as they were not relevant to my analysis.

8. There are a total of 484,331 files in the File Folder.

## II. Data Processing

9. I used a computer program called Python to combine all relevant files for the 41,632 SureTrader customer accounts to create a single file for analysis. After the process was completed, I verified that all datasets stayed consistent across all sources, without change to layout, field names, and field types. I also verified that each file within its respective dataset had consistent layout across all individual files.

10. A Python file was created to perform the process for all datasets – AccountInformation, CashMoves, Trades – at the same time. The script looped through every file in every folder and merged the file's contents into the appropriate dataframe based on the file name. These dataset-specific dataframes were then linked together and exported into separate csv files. The result was a single csv file that encompassed all raw data into a single location for each

dataset. These files were then imported into tables within a Microsoft SQL server database, where the analysis was performed.

### III. Analysis of Data

#### A. "United States" Designation

11. The initial analysis was to determine the population of accounts that are designated as U.S. citizens. The AccountInformation dataset contained two datapoints related to country: CountryCitizenshipID ("Citizen") and ResidentialCountry ("Resident")[1]. All accounts were analyzed to determine whether "United States" was the value of either of these fields[2]. The result is that each of the accounts was assigned one of four possible categorizations:

**Table 3**

| Categorization | Description | Record Count |
|---|---|---|
| Neither | Neither the Citizen nor Resident fields contain "United States" | 18,684 |
| Residential Only | The Resident field is "United States," the Citizen field is something else | 2,211 |
| Citizenship Only | The Citizen field is "United States," the Resident field is something else | 153 |
| Both | Both the Citizen and Resident fields are "United States" | 20,584 |

12. In order to obtain a full population of Resident "United States" values, it would be the combination of the "Residential Only" and "Both" categorizations, which totaled 22,795 customer accounts.

#### B. Trade Data for "United States" designated accounts

13. The next phase of analysis was to determine the trade activity that applies to the 22,795 "United States" accounts. The full trade activity dataset was summarized at the month and quarter level and segmented by "United States" category designation. The result is represented in the Overall Summary Worksheet, which is attached hereto as Exhibit 1.

14. The summary represents the total trade activity during a given period (in the case of Overall Summary Worksheet it is at the quarterly level), designates how much of the activity is

---

[1] There is an additional field called "MailingCountry" that was investigated, but due to the scarcity of values entered within this field (32,793 blank or "0" values), it was not used in determining "United States" accounts.

[2] Analysis was performed to determine if any variation of "United States" is ever used in the Citizen or Residential field values, e.g. "USA." It was found that no other "United States" variant is found in the dataset.

3

related to "United States" residents, and calculates overall percentages. These quarterly summaries can be aggregated to reflect the entire relevant time period, which is 2016-Q2 through 2019-Q3. Table 5 below provides the statistics for the Relevant Period:

**Table 4 (2016-Q2 through 2019-Q3)**

|  | Total Accounts Traded | Total Trades Made | Total Commission (USD) |
|---|---|---|---|
| All Accounts | 20,758 | 9,545,671 | $35,522,732 |
| U.S. Accounts | 14,533 | 4,322,080 | $25,314,613 |
| Non-U.S. Accounts | 6,225 | 5,223,591 | $10,208,119 |
| U.S. vs. All Accounts | 70% | 45% | 71% |

15. During the 2016-Q2 through 2019-Q3 time period, 70% of all accounts trading were "United States" accounts (14,533 of the 20,758 total accounts). During the same period 71% of the total commission was attributed to "United States" accounts ($25.3 million of the $35.5 million).

16. Table 5 shows the percentage of total commission attributable to "United States" accounts on a quarterly basis during the Relevant Period:

**Table 5**

| Trade Quarter | Total Commission (All Countries) (USD) | Total Commission (United States) (USD) | United States v. Total (Commission) |
|---|---|---|---|
| 2016-Q2 | $1,830,519 | $763,149 | 42% |
| 2016-Q3 | $1,582,968 | $774,990 | 49% |
| 2016-Q4 | $1,669,093 | $903,425 | 54% |
| 2017-Q1 | $2,065,940 | $1,330,043 | 64% |
| 2017-Q2 | $3,132,451 | $2,260,621 | 72% |
| 2017-Q3 | $2,852,845 | $2,058,903 | 72% |
| 2017-Q4 | $3,355,547 | $2,520,452 | 75% |
| 2018-Q1 | $3,306,505 | $2,571,252 | 78% |
| 2018-Q2 | $3,120,631 | $2,477,472 | 79% |
| 2018-Q3 | $2,664,873 | $2,053,541 | 77% |
| 2018-Q4 | $2,818,658 | $2,140,426 | 76% |
| 2019-Q1 | $2,781,344 | $2,131,739 | 77% |
| 2019-Q2 | $2,531,491 | $1,988,385 | 79% |
| 2019-Q3 | $1,809,868 | $1,340,214 | 74% |
| **Total (2016-Q2 through 2019-Q3)** | **$35,522,732** | **$25,314,613** | **71%** |

## C. Profit/Loss Summary

17. A secondary analysis was performed on the trade data related to profit/loss ("P/L") of the trade activity. The intent was to identify a benchmark amount of P/L for the trading activity of "United States" accounts, and the commissions earned during the same period.

4

18.     I started by reviewing the data for "flat" activity instances, which does not require a complex analytic model to determine P/L.  A flat instance is one where an account trades in a security and the share balance is zero at the end of the Relevant Period (i.e., 100 shares are bought and sold).  This means that there is no outstanding share balance in the security of the account, either short or long.  In a flat account/security instance, the total of the net amount is the de facto realized P/L amount as it aggregates all buy and sell activity and accurately reflects the total return on the trade activity.

19.     An analysis was performed to identify the total number of accounts that traded, and how many of the securities that were traded by the account were flat at the end of the Relevant Period.  The table below summarizes the conclusions obtained in the Account Gain-Loss Worksheet, which is attached as Exhibit 2:

**Table 6**

|  | Accounts Trading | Total Commission(USD) | Total Buy Amount (USD) | Total P/L (USD) |
|---|---|---|---|---|
| All Activity[3] | 14,533 | $25,314,614 | $10,227,093,273 | |
| Flat Instances | 14,488 | $25,279,034 | $10,208,650,626 | ($29,693,570) |
| Non-Flat Instances | 543 | $35,580 | $18,442,647 | |
| Flat vs. All Activity | 100% | 99.86% | 99.82% | |

20.     A high number of account-symbol combinations are flat, and the P/L is the aggregated amount for all the trading activity for the account-symbol during the Relevant Period.  The Flat Instances and Non-Flat Instances do not add up to the All Activity "Accounts Trading" value because the accounts trade in multiple securities and most accounts have at least one of the securities flat and can be included in the P/L calculation.  For example, account PFS17220 traded in 12 different securities during the Relevant Period.  Eleven of those securities are flat, with only one carrying a balance.  Therefore, 11 of the securities are included in the P/L calculation, while only one is omitted.  By looking at each account-symbol combination it can be determined that flat activity is nearly all the activity, where it accounts for 99.82% of the total investment (Buy) amount, and 99.86% of the total commission amount.

21.     Regarding the P/L analysis of "United States" flat accounts across the Relevant Period, the overall conclusion is that the accounts lost $29.69 million on a total buy investment of $10.208 billion – which is a statistically zero (-0.29%) return.  During the same time period and

---

[3] Limited to "United States" accounts during the Relevant Period.

related to the same account-symbol combinations, $25.279 million was paid as commissions on the trade activity.

### D. Account Opening Deposits

22. A final analysis was performed to identify the initial deposit amounts used to open the accounts. The Cash Moves datasets were used to accomplish this identification.

23. For each account that has been identified as "United States", the first date where deposits were made was identified and all deposits on that date were aggregated into a total amount. These total amounts were then grouped into an overall categorization for each account. For example, account MBS00001's first deposits occur on 3/16/2017, where two deposits were made for $1,000 each. Therefore, the account is classified as "$1,001 - $2,000" as the total amount used to open the account.

24. The summarized results can be found in the Cash Moves Summary, which is attached as Exhibit 3. The accounts were separated by whether any trading occurred for that account during the Relevant Period or not:

| Opening Deposit | Account Traded | Account did not Trade | Total | % of Total (All Accounts) | % of Total (Accounts Traded) |
|---|---|---|---|---|---|
| $1 - $1,000 | 6,186 | 917 | 7,103 | 31% | 43% |
| $1,001 - $2,000 | 4,622 | 359 | 4,981 | 22% | 32% |
| $2,001 - $5,000 | 3,246 | 253 | 3,499 | 15% | 22% |
| $5,001 - $10,000 | 365 | 26 | 391 | 2% | 3% |
| $10,001 - $25,000 | 107 | 12 | 119 | 1% | 1% |
| Over $25,000 | 5 | 4 | 9 | 0% | 0% |
| No Deposit (no trades) | 0 | 6,691 | 6,691 | 29% | 0% |
| No Deposit (trades) | 2 | 0 | 2 | 0% | 0% |

25. The end result is that a large population of accounts identified as "United States" have initial deposits that are $5,000 or less (68%). If we limit the population to accounts that are "United States" and trades were made during the Relevant Period, the total population with initial deposits of $5,000 or less is 97%.

### IV. Conclusion

26. Based on my analysis, the percentage of total commissions attributable to "United States" accounts during the Relevant Period averaged 71%. Additionally, during the Relevant Period, "United States" accounts paid $25.279 million in commissions and lost $29.69 million. Finally, 97% of "United States" accounts that traded had opening deposit amounts of $5,000 or

6

less, and 43% of "United States" accounts that traded had opening deposit amounts of $1,000 or less.

    I declare under penalty of perjury that the foregoing is true, correct, and made in good faith. Executed on this 18th day of October, 2024.

                                            /s Alexander Lefferts
                                            ALEXANDER LEFFERTS

# Exhibit 1

| Trade Quarter | Full Population (All Countries) | | | Filtered US Population | | | Non-US Population | | | Filtered US Population vs. Full Population | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Accounts | Total Trades | Total Commission | Total Accounts | Total Trades | Total Commission | Total Accounts | Total Trades | Total Commission | Total Accounts | Total Trades | Total Commissio |
| 2016-Q2 | 2,958 | 368,355 | 1,830,519 | 1,163 | 138,521 | 763,149 | 1,795 | 229,834 | 1,067,370 | 39% | 38% | 42% |
| 2016-Q3 | 2,813 | 321,871 | 1,582,968 | 1,283 | 140,780 | 774,990 | 1,530 | 181,091 | 807,978 | 46% | 44% | 49% |
| 2016-Q4 | 2,684 | 328,518 | 1,669,093 | 1,256 | 169,430 | 903,425 | 1,428 | 159,088 | 765,668 | 47% | 52% | 54% |
| 2017-Q1 | 3,766 | 397,913 | 2,065,940 | 2,244 | 244,016 | 1,330,043 | 1,522 | 153,897 | 735,897 | 60% | 61% | 64% |
| 2017-Q2 | 4,529 | 533,844 | 3,132,451 | 2,979 | 368,120 | 2,260,621 | 1,550 | 165,724 | 871,830 | 66% | 69% | 72% |
| 2017-Q3 | 4,095 | 486,489 | 2,852,846 | 2,752 | 335,818 | 2,058,904 | 1,343 | 150,671 | 793,942 | 67% | 69% | 72% |
| 2017-Q4 | 4,547 | 597,806 | 3,355,547 | 3,162 | 428,676 | 2,520,452 | 1,385 | 169,130 | 835,095 | 70% | 72% | 75% |
| 2018-Q1 | 4,925 | 1,031,268 | 3,306,505 | 3,531 | 440,922 | 2,571,252 | 1,394 | 590,346 | 735,253 | 72% | 43% | 78% |
| 2018-Q2 | 4,898 | 939,109 | 3,120,631 | 3,533 | 422,766 | 2,477,472 | 1,365 | 516,343 | 643,159 | 72% | 45% | 79% |
| 2018-Q3 | 4,652 | 866,612 | 2,664,873 | 3,327 | 349,116 | 2,053,541 | 1,325 | 517,496 | 611,331 | 72% | 40% | 77% |
| 2018-Q4 | 4,453 | 980,957 | 2,818,658 | 3,190 | 362,133 | 2,140,426 | 1,263 | 618,824 | 678,232 | 72% | 37% | 76% |
| 2019-Q1 | 4,323 | 1,026,054 | 2,781,344 | 3,088 | 356,240 | 2,131,739 | 1,235 | 669,814 | 649,605 | 71% | 35% | 77% |
| 2019-Q2 | 3,987 | 941,753 | 2,531,491 | 2,805 | 326,273 | 1,988,385 | 1,182 | 615,480 | 543,106 | 70% | 35% | 79% |
| 2019-Q3 | 3,217 | 725,122 | 1,809,868 | 2,202 | 239,269 | 1,340,214 | 1,015 | 485,853 | 469,653 | 68% | 33% | 74% |
| TOTAL[1] | 20,758 | 9,545,671 | 35,522,733 | 14,533 | 4,322,080 | 25,314,614 | 6,225 | 5,223,591 | 10,208,119 | 70% | 45% | 71% |

[1]"Total Accounts Traded" is not the aggregate of the quarters, but a count of unique accounts

**Exhibit 1**

# Exhibit 2

SEC v. MintBroker, et al., Case No. 21-21079-BB

| Trade Quarter | Accounts Trading | Symbols | Instances of Flat Activity (all shares bought were sold) | | | | Accounts Trading | Symbols | Instances Where a Share Balance Exists | | | TOTAL | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total Quantity | Total Buy Amount | Total Sell Amount | Total Commission | | | Total Buy Amount | Total Sell Amount | Total Commissio | Symbols | Total Buy Amount | Total Sell Amount | Total Commission |
| 2016-Q2 | 1,137 | 2,750 | 149,391 | (359,054,486) | 357,975,471 | 759,754 | 141 | 117 | (851,746) | 871,024 | 3,395 | 2,867 | (359,906,232) | 358,846,495 | 763,149 |
| 2016-Q3 | 1,270 | 2,654 | 117,801 | (314,338,615) | 313,351,506 | 773,907 | 24 | 27 | (1,111,546) | 1,117,177 | 1,083 | 2,681 | (315,450,160) | 314,468,683 | 774,990 |
| 2016-Q4 | 1,251 | 3,137 | 337,875 | (463,300,132) | 462,251,627 | 903,111 | 15 | 17 | (57,300) | 55,085 | 314 | 3,154 | (463,357,432) | 462,306,712 | 903,425 |
| 2017-Q1 | 2,239 | 3,083 | 32,168 | (546,247,542) | 544,328,711 | 1,329,687 | 13 | 14 | (49,700) | 42,747 | 356 | 3,097 | (546,297,242) | 544,371,458 | 1,330,043 |
| 2017-Q2 | 2,974 | 3,416 | (48,359) | (851,287,680) | 848,555,321 | 2,260,335 | 20 | 19 | (44,862) | 36,980 | 287 | 3,435 | (851,332,542) | 848,592,301 | 2,260,621 |
| 2017-Q3 | 2,748 | 3,812 | (243,297) | (870,158,496) | 868,133,112 | 2,058,565 | 11 | 13 | (48,520) | 45,892 | 339 | 3,825 | (870,207,016) | 868,179,004 | 2,058,904 |
| 2017-Q4 | 3,160 | 4,298 | 57,705 | (760,138,754) | 757,457,326 | 2,520,135 | 10 | 10 | (102,091) | 100,924 | 317 | 4,308 | (760,240,846) | 757,558,250 | 2,520,452 |
| 2018-Q1 | 3,527 | 5,186 | (26,118) | (1,141,834,189) | 1,139,123,741 | 2,569,909 | 23 | 24 | (321,649) | 289,145 | 1,343 | 5,210 | (1,142,155,838) | 1,139,412,886 | 2,571,252 |
| 2018-Q2 | 3,529 | 5,569 | (52,846) | (1,016,207,896) | 1,012,878,532 | 2,476,068 | 26 | 32 | (614,875) | 587,144 | 1,404 | 5,601 | (1,016,822,771) | 1,013,465,677 | 2,477,472 |
| 2018-Q3 | 3,315 | 5,256 | 66,257 | (831,987,134) | 829,356,910 | 2,051,320 | 44 | 38 | (923,189) | 899,962 | 2,222 | 5,294 | (832,910,322) | 830,256,872 | 2,053,541 |
| 2018-Q4 | 3,182 | 6,698 | 26,180 | (918,654,335) | 916,298,869 | 2,137,660 | 39 | 31 | (888,685) | 848,564 | 2,765 | 6,729 | (919,543,020) | 917,147,433 | 2,140,426 |
| 2019-Q1 | 3,076 | 6,341 | (121,285) | (748,952,865) | 746,164,739 | 2,128,048 | 71 | 68 | (1,473,025) | 1,410,304 | 3,691 | 6,409 | (750,425,891) | 747,575,044 | 2,131,739 |
| 2019-Q2 | 2,786 | 6,710 | (150,973) | (806,713,552) | 804,555,647 | 1,981,540 | 109 | 99 | (4,422,333) | 4,277,174 | 6,845 | 6,809 | (811,135,885) | 808,832,821 | 1,988,385 |
| 2019-Q3 | 2,167 | 6,667 | (144,499) | (579,774,950) | 578,525,542 | 1,328,995 | 257 | 255 | (7,533,125) | 7,252,878 | 11,219 | 6,922 | (587,308,076) | 585,778,420 | 1,340,214 |
| TOTAL | | | - | (10,208,650,626) | 10,178,957,056 | 25,279,034 | | | (18,442,647) | 17,835,000 | 35,580 | | (10,227,093,273) | 10,196,792,055 | 25,314,614 |
| | | | Profit / Loss $: | | (29,693,570) | | | | | | | | | | |
| | | | Profit / Loss %: | | -0.29% | | | | | | | | | | |
| Percent of Total | | | | 99.82% | 99.83% | 99.86% | | | 0.18% | 0.17% | 0.14% | | | | |

**Exhibit 2**

# Exhibit 3

*SEC v. MintBroker, et al. , Case No. 21-21079-BB*

| Opening Deposit[1] | Account Traded | Account did not Trade | Total | % of Total (All Accounts) | % of Total (Account Traded) |
|---|---|---|---|---|---|
| $1 - $1,000 | 6,186 | 917 | 7,103 | 31% | 43% |
| $1,001 - $2,000 | 4,622 | 359 | 4,981 | 22% | 32% |
| $2,001 - $5,000 | 3,246 | 253 | 3,499 | 15% | 22% |
| $5,001 - $10,000 | 365 | 26 | 391 | 2% | 3% |
| $10,001 - $25,000 | 107 | 12 | 119 | 1% | 1% |
| Over $25,000 | 5 | 4 | 9 | 0% | 0% |
| No Deposit (no trades) | - | 6,691 | 6,691 | 29% | 0% |
| No Deposit (trades) | 2 | - | 2 | 0% | 0% |
| | | | | | |
| TOTAL (All) | 14,533 | 8,262 | 22,795 | 100% | 100% |
| | | | | | |
| TOTAL ($5,000 or less) | 14,054 | 1,529 | 15,583 | 68% | 97% |

[1]The total deposit amount for the first day of deposit entries

**Exhibit 3**