# Exhibit B



MintBroker-E-0648775

## SWISS AMERICA SECRITIES (MINT) INTERNATIONAL STRUCTURE

| # | Jurisdiction | Comp Name | Comp # | Date of Incorp | State Of Incorp | Status | Former Name | Officers / Directors |
|---|---|---|---|---|---|---|---|---|
| 1 | BAHAMAS | MintBroker International Ltd | 57296C | 10-Sep-2008 | Nassau | Active | Swiss America Securities Ltd | Guy Gentile - President / Dir<br>Antonio Collie - Director<br>Michael Miller - Secretary |
| 2 | | SWS Holdings Ltd | 61200C | 16-Nov-2012 | Nassau | Active | - | Antonio Collie - Director<br>Justin Ritchie - Secretary |
| 3 | | ASC Management Services Ltd | 63904C | 5-Aug-2015 | Nassau | Active | - | Antonio Collie - President/Director<br>Shareholder - 100 shares<br>Philip Dorsett - Secretary/Director |
| 4 | | G-Capital Limited | 174993B | 14-Sep-2015 | Nassau | Active | Swiss America Group Ltd<br>MintBroker Group Ltd | Guy Gentile -Director<br>Antonio Collie - Director |
| 5 | | Swiss America Custody Ltd | 174994B | 14-Sep-2015 | Nassau | Struck Off | - | Guy Gentile - Director<br>Antonio Collie - Director |
| 6 | | JMVR Holding Ltd | 75177C | 30-Jun-2016 | Nassau | Active | - | Justin Richie - Director / Sect<br>Janay Pyfrom - Director |
| 7 | | Swiss America Asset Trust | | | | | | |
| 8 | CANADA | MintBroker International Ltd | BC1080246 | 21-Jun-2016 | BC | Active | Swiss America Custody Ltd | Antonio Collie - Director<br>Janay Pyfrom - Director |
| 9 | UK | MintBroker International Ltd | 9593305 | 15-May-2015 | London | Active | Swiss America Securities UK Ltd | Guy Gentile - Director |
| 10 | | Mint Custody Ltd | 10285990 | 19-Jul-2016 | London | Dissolved 5 Mar 2019 | Swiss America Custody Ltd | Antonio Collie - Director |
| 11 | | MintBroker UK Ltd | 10956753 | 11-Sep-2017 | London | Active | - | Guy Nigro -Director |
| 12 | | Mint Global Markets UK Ltd | 10989337 | 29-Sep-2017 | London | Active | - | Helin Kaya-Sendil - Director<br>Janay Pyfrom-Symonnet - Dir |
| 13 | USA | Mint Global Markets Inc | 2393945 | 30-Jun-1999 | New York | Active | Stock USA Execution Services Inc | Craig Manderson -CEO<br>Timothy Looney - COO<br>Mark Jordon - CCO<br>Nicholas Abadiotakis - Tracer |
| 14 | | Mint Global Holding Inc | NV20071196233 | 20-Jun-2007 | Navada | Active | Stock USA Financial Inc | Nicholas Abadiotakis - Officers |
| 15 | | DAS | NV200771140652 | 27-Jun-2007 | Nevada | Active | - | Karen Gentile - President<br>Jun Liu - Director |
| 16 | | Swiss America Securities Ltd | 5748005 | 14-May-2015 | Delaware | Active | - | - |
| 17 | | MintVestor LLC | 388705 | 15-Dec-2015 | Puerto Rico | Active | - | Guy Gentile - Sole Member |
| 18 | | Mintrade Technologies LLC | L17000014570 | 18-Jan-2017 | Florida | Active | - | Nicholas Abadiotakis - Manager |
| 19 | | MintFunds LLC | 391910 | 24-Feb-2017 | Puerto Rico | Active | - | Guy Gentile Nigro - Sole Member |
| 20 | | Mint Global Insurnace | 420090 | 20-Dec-2018 | Puerto Rico | Active | - | Antonio Collie - Director<br>Justin Ritchie - Director |
| 21 | | JMR TRADING LLC | 429016 | 12-Jun-2019 | Puerto Rico | Active | - | Justin Mitchell Ritchie - President |
| 22 | | Mint Bank International | - | - | Puerto Rico | - | - | Guy Gentile - CEO /Director |
| 23 | CYPRUS | A-Link Trading Limited | HE345508 | 23-Jul-2015 | Cyprus | Active | | Guy Gentile - Director<br>Christian Georgiou - Secretary |

*[handwritten]* Compo Investment Partners LP  NY Active

MintBroker-E-0648776