# Exhibit D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-CV-21079-Bloom/Torres**

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

     Defendants.

_____/

## DECLARATION OF TONYA TULLIS

Pursuant to 28 U.S.C. §1746, the undersigned states as follows:

1.      My name is Tonya Tullis.  I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.      I am employed as an Accountant with the United States Securities and Exchange Commission (the "Commission") located at 801 Brickell Avenue, Suite 1950, Miami, Florida 33131.

3.      I provide this declaration in support of the Commission's Motion for Remedies Against Defendants related to the disgorgement amount the Commission seeks against MintBroker International, Ltd., f/k/a Swiss America Securities Ltd. and d/b/a SureTrader ("SureTrader") and Guy Gentile ("Gentile").

4.      As part of my duties as an accountant with the Commission, I examined the following SureTrader quarterly and annual financial statements, which are attached as Composite Exhibit 1:

a.  Consolidated Financial Statements for the period ending December 31, 2016;

b.  Financial and Operational Report – Form 13 as of the Quarter ended June 30, 2016;

c.  Financial and Operational Report – Form 13 as of the Quarter ended September 30, 2016;

d.  Financial and Operational Report – Form 13 as of the Quarter ended December 31, 2016;

e.  Financial and Operational Report – Form 13 as of the Quarter ended March 31, 2017;

f.  Financial and Operational Report – Form 13 as of the Quarter ended June 30, 2017;

g.  Financial and Operational Report – Form 13 as of the Quarter ended September 30, 2017;

h.  Financial and Operational Report – Form 13 as of the Quarter ended December 31, 2017;

i.  Financial and Operational Report – Form 13 as of the Quarter ended March 31, 2018;

j.  Financial and Operational Report – Form 13 as of the Quarter ended June 30, 2018;

k.  Financial and Operational Report – Form 13 as of the Quarter ended September 30, 2018;

l.  Financial and Operational Report – Form 13 as of the Quarter ended December 31, 2018;

m.  Financial and Operational Report – Form 13 as of the Quarter ended March 31, 2019;

n.  Financial and Operational Report – Form 13 as of the Quarter ended June 30, 2019;

o.  Financial and Operational Report – Form 13 as of the Quarter ended September 30, 2019.

5.     I calculated the amount of disgorgement the Commission seeks from SureTrader and Gentile, jointly and severally, by taking the percentage of SureTrader's total commissions attributable to U.S. customers' trades, on a quarterly basis between April 1, 2016 to September 30, 2019, from Table 5 of and Exhibit 1 to the Declaration of Alexander Lefferts and applying the percentages to the Net Income listed on each Quarterly Financial and Operational Report – Form 13.[1]

---

[1] Although the relevant period in this case is March 2016 to November 2019, the income from the months of March 2016, October, 2019, and November 2019 is not included in my analysis. March 2016 was not included because there were no financial statements reflecting the net income for that one month. October 2019 and November 2019 were not included because no Quarterly Financial

| Quarter | SureTrader Net Income (USD) | Percentage of SureTrader Commissions from U.S. Resident Customers (Table 5 and Ex. 1 to Declaration of Alexander Lefferts) | Disgorgement Amount (USD) |
|---|---|---|---|
| Q2 2016 | $1,151,558 | 42% | $483,654 |
| Q3 2016 | $410,223 | 49% | $201,009 |
| Q4 2016 | $(288,733) | 54% | $(155,916) |
| Q1 2017 | $910,003 | 64% | $582,402 |
| Q2 2017 | $2,890,683 | 72% | $2,081,292 |
| Q3 2017 | $1,727,799 | 72% | $1,244,015 |
| Q4 2017 | $2,090,486 | 75% | $1,567,865 |
| Q1 2018 | $(259,863) | 78% | $(202,693) |
| Q2 2018 | $519,067 | 79% | $410,063 |
| Q3 2018 | $7,020,096 | 77% | $5,405,474 |
| Q4 2018 | $258,808 | 76% | $196,694 |
| Q1 2019 | $1,349,901 | 77% | $1,039,424 |
| Q2 2019 | $1,277,048 | 79% | $1,008,868 |
| Q3 2019 | $(989,651) | 74% | $(732,342) |
|  |  |  | **$13,129,809** |

6. Using the IRS underpayment rate and calculating from December 1, 2019 (SureTrader ceased its operations in November 2019), prejudgment interest on the proposed disgorgement figure of $13,129,809 against SureTrader and Gentile, jointly and severally, is $3,547,617. Thus, the total disgorgement amount against SureTrader and Gentile, jointly and severally, is $16,677,426. *See* Prejudgment Interest Report attached as Exhibit "2."

7. In addition, I examined SureTrader's Consolidated Financial Statements for the period ending December 31, 2016 to calculate a separate disgorgement the Commission is seeking from Gentile. One of the operating expenses reported in the 2016 Consolidated Financial Statements is a $4.8 million consultancy fee payable to Swiss America Group ("SAG"), and as of year-end 2016, there was a payable of $3,499,500 to SAG. Thus, $1,300,500 was paid to SAG in

---

and Operational Report – Form 13 as of the quarter ended December 31, 2019 was received by the Commission.

2016.   Prorated to the start of the relevant period, March 2016, the additional disgorgement for Gentile is $1,083,750.

8.      Using the IRS underpayment rate and calculating from December 31, 2016 (the latest date when Gentile received a benefit from the purported consulting agreement), prejudgment interest on the separate disgorgement amount of $1,083,750 from Gentile is $502,278.  Thus, the separate total disgorgement against Gentile is $1,586,028.  *See* Prejudgment Interest Report attached as Exhibit "3."

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

Executed on this 18th day of October, 2024.

<u>/s Tonya Tullis</u>
TONYA TULLIS

# Exhibit 1

## SWISS AMERICA SECURITIES, LTD.

## CONSOLIDATED

## FINANCIAL STATEMENTS

## 31 DECEMBER 2016

**PLAINTIFF'S EXHIBIT**

**153**

MintBroker-E-0648529

## SWISS AMERICA SECURITIES, LTD.

| Contents | Page |
|---|---|
| Report of the Auditors | 1 – 3 |
| Appendix to the Auditors' Report | 4 |
| Consolidated Statement of Financial Position | 5 |
| Consolidated Statement of Profit or Loss and Other Comprehensive Income | 6 |
| Consolidated Statement of Changes in Equity | 7 |
| Consolidated Statement of Cash Flows | 8 |
| Notes to the Consolidated Financial Statements | 9 – 30 |

MintBroker-E-0648530

MintBroker-E-0648529



Tel: (242)-325-6591
Fax: (242)-325-6592
www.bdobahamas.com
info@bdobahamas.com

P.O. Box N-10144
Gresham House
Charlotte Street South
Nassau, Bahamas

**1**

## REPORT OF THE AUDITORS TO THE SHAREHOLDERS OF
## SWISS AMERICA SECURITIES, LTD.

### Qualified Opinion

We have audited the accompanying consolidated financial statements of Swiss America Securities, Ltd. which comprise the consolidated statement of financial position as at 31 December 2016, and the consolidated statement of profit or loss and other comprehensive income, consolidated statement of changes in equity and consolidated statement of cash flows for the year then ended and notes to the financial statements, including a summary of significant accounting policies.

In our opinion, except for the effect of such adjustments, if any, as might have been determined to be necessary with regards to the matters referred to in the Basis for Qualified Opinion, the accompanying consolidated financial statements present fairly, in all material respects, the financial position of Swiss America Securities, Ltd. as at 31 December 2016 and its financial performance and its cash flows for the year then ended in accordance with International Financial Reporting Standards (IFRSs).

### Basis for Qualified Opinion

Included in the cash at bank and due from clearing firms are balances held with financial institutions amounting to $709,216 and $815,599, respectively, in which we have not received responses to our confirmation requests. We have been unable to satisfy ourselves as to the accuracy of these balances and are unable to satisfy ourselves by other audit procedures and express no assurance thereon.

Included in the realised loss on investments is an adjustment amounting to $1,166,941 pertaining to realised gain/loss attributable to client trading which are not considered profit or loss of the Group. There are no separate bank/broker accounts between the Group and the customers which would separately account for this balance. We have been unable to satisfy ourselves as to the accuracy of this amount and are unable to satisfy ourselves by other audit procedures and express no assurance thereon.

We conducted our audit in accordance with International Standards on Auditing (ISAs). Our responsibilities under those standards are further described in the Auditors' Responsibilities for the Audit of the Financial Statements section of our report. We are independent of the Group in accordance with the International Ethics Standards Board for Accountants' Code of Ethics for Professional Accountants (IESBA Code) together with the ethical requirements that are relevant to our audit of the consolidated financial statements in The Bahamas, and we have fulfilled our other ethical responsibilities in accordance with these requirements and the IESBA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our qualified opinion.

BDO Chartered Accountants & Advisors, a Bahamian Partnership, is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

MintBroker-E-0648531

MintBroker-E-0648529



2

**Emphasis of Matter**
As disclosed on Note 22 of the consolidated financial statements, subsequent to the financial position date, the Securities Commission of the Bahamas ("SCB") advised the Group that a forensic review of the Group's trading activity will be performed by a third party as assistance to the SCB with regards to the technical aspect of the SCB examination of regulated entities.

On 19 February 2018, the SCB issued a report summarising the regulatory breaches of the Group revealed during the SCB examination which resulted to imposed penalties totaling $180,000. On 22 March 2018, the Group responded to the SCB report disputing the breaches and that the $180,000 penalty is excessive and unwarranted in the circumstances. The Group has not received any further communication from the SCB with regards to this matter.

The Directors are not currently aware of any additional reports or further sanctions to be administered by the SCB.

**Key Audit Matter**
Key audit matters are those matters that, in the auditor's professional judgment, were of most significance in the audit of the financial statements as at 31 December 2016. These matters were addressed in the context of the audit of the financial statements as a whole, and in forming the auditor's opinion thereon, and the auditor does not provide a separate opinion on these matters. We have determined the matters described below to be the key audit matters to be communicated in our report.

*Bank account*
Several banks were noted to have closed the Group's accounts as a result of the respective bank's periodic review of banking information and records of the Group. The Group also had difficulties opening a bank account in the Bahamas which prompted the Group to seek for banks in other jurisdictions. These resulted in the various movements of funds and contributed to the difficulty in obtaining bank confirmations. Upon the subsequent dismissal of the shareholder's case filed by the U.S. Government as disclosed in Note 21 of the consolidated financial statements, the Group is optimistic that it will encounter lesser difficulties with regards to opening and maintaining a bank account.

*IBOSS system*
The Company significantly relies on the reports from the International Back Office Support System (IBOSS) in accounting for the balance of due to customers and the related commission income, trading fee income and other revenue earned from customer trades. The IBOSS system is a purchased third party online software and the Company receives ongoing technical support from the vendor and developer of the software. The IT General Controls (ITGC) surrounding the IBOSS system and the application controls with regards to the commission calculation were evaluated during the audit.

MintBroker-E-0648532



3

**Responsibilities of Management and Those Charged with Governance for the Financial Statements**

Management is responsible for the preparation and fair presentation of the consolidated financial statements in accordance with IFRSs, and for such internal control as management determines is necessary to enable the preparation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the consolidated financial statements, management is responsible for assessing the Group's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless management either intends to liquidate the Group or to cease operations, or has no realistic alternative but to do so.

Those charged with governance are responsible for overseeing the Group's financial reporting process.

**Auditors' Responsibilities for the Audit of the Financial Statements**

Our objectives are to obtain reasonable assurance about whether the consolidated financial statements as a whole are free from material misstatement whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these consolidated financial statements.

A further description of the auditors' responsibilities for the audit of the consolidated financial statements is located in an Appendix to this report. This description forms part of our auditors' report.

The engagement partner on the audit resulting in this independent auditor's report is Clifford Culmer.

*BDo*

**Chartered Accountants**
Nassau Bahamas
11 June 2018

MintBroker-E-0648533



**4**

## APPENDIX TO THE AUDITORS' REPORT

**Detailed Description of Our Responsibilities**

As part of an audit in accordance with ISAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risk of material misstatement of the consolidated financial statements, whether due to fraud or error, designed and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.
- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Group's internal control.
- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by management.
- Conclude on the appropriateness of management's use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Group's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditor's report to the related disclosures in the consolidated financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditor's report. However, future events or conditions may cause the Group to cease to continue as a going concern.
- Evaluate the overall presentation, structure and content of the consolidated financial statements, including the disclosures, and whether the consolidated financial statements represent the underlying transactions and events in a manner that achieves fair presentation.

We communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

We also provide those charged with governance with a statement that we have complied with relevant ethical requirements regarding independence, and to communicate with them all relationships and other matters that may reasonably be thought to bear on our independence, and where applicable, related safeguards.

From the matters communicated with those charged with governance, we determine those matters that were of most significance in the audit of the financial statements of the current period and are therefore the key audit matters. We describe these matters in our auditor's report unless law or regulation precludes public disclosure about the matter or when, in extremely rare circumstances, we determine that a matter should not be communicated in our report because the adverse consequences of doing so would reasonably be expected to outweigh the public interest benefits of such communication.

5

## SWISS AMERICA SECURITIES, LTD.

### CONSOLIDATED STATEMENT OF FINANCIAL POSITION

**AS AT 31 DECEMBER 2016**
**(Expressed in United States Dollars)**

| | Note | 2016 $ | 2015 $ |
|---|---|---|---|
| **FIXED ASSETS** | 5 | 156,609 | 181,133 |
| **INVESTMENTS** | 6 | 53,766 | 4,642,740 |
| **DUE FROM RELATED PARTIES** | 7 | 2,990,374 | 2,759,137 |
| **OTHER ASSETS** | | 5,270 | 450 |
| **CURRENT ASSETS** | | | |
| Cash at bank | | 17,931,525 | 15,170,917 |
| Due from clearing firms | 8 | 2,855,491 | 1,157,177 |
| Due from customers | 9 | 215,496 | 189,845 |
| Accounts receivables and prepayments | | 715,253 | 188,349 |
| | | 21,717,765 | 16,706,288 |
| **CURRENT LIABILITIES** | | | |
| Due to customers | 10 | 8,816,095 | 9,110,470 |
| Accounts payable and accruals | | 993,481 | 633,753 |
| Consultancy fee payable | 14 | 3,499,500 | -- |
| Investments – short position | 6 | 11,389 | 808,200 |
| | | 13,320,465 | 10,552,423 |
| **NET CURRENT ASSETS** | | 8,397,300 | 6,153,865 |
| | | $11,603,319 | $13,737,325 |
| **EQUITY** | | | |
| Share capital | 11 | 1,000 | 1,000 |
| Contributed surplus | | 305,475 | 305,475 |
| Accumulated profit | | 11,296,844 | 13,430,850 |
| | | $11,603,319 | $13,737,325 |

The consolidated financial statements were approved by the Board of Directors and authorised for issue on 11 June 2018 and are signed on its behalf by:

............................... Director

............................... Director

The Notes on pages 9 to 30 form an integral part of these consolidated financial statements.

MintBroker-E-0648535

MintBroker-E-0648529

6

## SWISS AMERICA SECURITIES, LTD.

### CONSOLIDATED STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

#### FOR THE YEAR ENDED 31 DECEMBER 2016

|  | Note | 2016 $ | 2015 $ |
|---|---|---|---|
| **REVENUE** | 12 | 13,214,173 | 13,331,540 |
| **TRADING AND OTHER DIRECT COST** | 13 | (2,693,876) | (2,454,880) |
| **NET REVENUE** |  | 10,520,297 | 10,876,660 |
| **OPERATING EXPENSES** |  |  |  |
| Consultancy fee | 14 | 4,800,000 | -- |
| Salaries and employee benefits |  | 1,371,602 | 967,679 |
| Advertising |  | 1,289,724 | 1,194,141 |
| Computer and internet expense |  | 420,272 | 203,422 |
| Professional fees |  | 410,686 | 128,339 |
| Bad debt |  | 398,729 | 110,171 |
| Travel and entertainment |  | 134,111 | 64,661 |
| Rent |  | 98,274 | 85,878 |
| Licenses |  | 82,311 | 15,770 |
| Depreciation |  | 66,031 | 50,948 |
| Bank charges |  | 50,083 | 77,838 |
| Utilities |  | 45,851 | 47,742 |
| Insurance |  | 22,688 | 3,211 |
| Repairs and maintenance |  | 19,051 | 20,068 |
| Office supplies |  | 16,320 | 35,329 |
| Miscellaneous |  | 194,457 | 77,675 |
|  |  | 9,420,190 | 3,082,872 |
| **OTHER INCOME/(EXPENSE)** |  |  |  |
| Unrealised gain/(loss) on investments |  | 2,958,392 | (2,374,769) |
| Interest income |  | 27,835 | 64,485 |
| Foreign exchange loss |  | (642,018) | (144,444) |
| Realised (loss)/gain on investments |  | (2,978,331) | 136,786 |
| Dividend income |  | -- | 22,026 |
| Miscellaneous income |  | 9 | -- |
|  |  | (634,113) | (2,295,916) |
| **NET PROFIT FOR THE YEAR** |  | $465,994 | $5,497,872 |

**The Notes on pages 9 to 30 form an integral part of these consolidated financial statements.**

MintBroker-E-0648536

MintBroker-E-0648529

### SWISS AMERICA SECURITIES, LTD.

### CONSOLIDATED STATEMENT OF CHANGES IN EQUITY

### FOR THE YEAR ENDED 31 DECEMBER 2016

|  | Share capital $ | Contributed surplus $ | Accumulated profit $ | Total $ |
|---|---|---|---|---|
| **1 January 2015** | 1,000 | 305,475 | 7,932,978 | 8,239,453 |
| Net profit for the year | -- | -- | 5,497,872 | 5,497,872 |
| **31 December 2015** | 1,000 | 305,475 | 13,430,850 | 13,737,325 |
| Dividends declared | -- | -- | (2,600,000) | (2,600,000) |
| Net profit for the year | -- | -- | 465,994 | 465,994 |
| **31 December 2016** | $1,000 | $305,475 | $11,296,844 | $11,603,319 |

**The Notes on pages 9 to 30 form an integral part of these consolidated financial statements.**

MintBroker-E-0648537

8

### SWISS AMERICA SECURITIES, LTD.

### CONSOLIDATED STATEMENT OF CASH FLOWS

### FOR THE YEAR ENDED 31 DECEMBER 2016

| | 2016 $ | 2015 $ |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | |
| Net profit for the year | 465,994 | 5,497,872 |
| Adjustments for: | | |
| Depreciation | 66,031 | 50,948 |
| Unrealised (gain)/loss on investments | (2,958,392) | 2,374,769 |
| Realised loss/(gain) on investments | 2,978,331 | (136,786) |
| Interest income | (27,835) | (64,485) |
| Operating profit before working capital changes | 524,129 | 7,722,318 |
| Increase in other assets | (4,820) | -- |
| Increase in due from customers | (25,651) | (41,472) |
| Increase in accounts receivable and prepayments | (526,904) | (130,999) |
| (Decrease)/increase in due to customers | (294,375) | 897,540 |
| Increase in accounts payable and accruals | 359,728 | 293,226 |
| Increase in consultancy fee payable | 3,499,500 | -- |
| Cash provided by operations | 3,531,607 | 8,740,613 |
| Interest received | 27,835 | 64,485 |
| **Net cash provided by operating activities** | 3,559,442 | 8,805,098 |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | |
| (Increase)/decrease in due from related parties | (231,237) | 173,371 |
| Purchase of fixed assets | (41,507) | (82,019) |
| Net sale/(purchase) of investments | 3,772,224 | (3,039,076) |
| **Net cash provided/(used) by investing activities** | 3,499,480 | (2,947,724) |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | |
| Dividends declared | (2,600,000) | -- |
| **Net cash used by financing activities** | (2,600,000) | -- |
| **Net increase in cash and cash equivalents** | 4,458,922 | 5,857,374 |
| **Net cash and cash equivalents at beginning of the year** | 16,328,094 | 10,470,720 |
| **Net cash and cash equivalents at end of the year** | $20,787,016 | $16,328,094 |
| **Net cash and cash equivalents is comprised of:** | | |
| Cash at bank | 17,931,525 | 15,170,917 |
| Due from clearing firms | 2,855,491 | 1,157,177 |
| | $20,787,016 | $16,328,094 |

The Notes on pages 9 to 30 form an integral part of these consolidated financial statements.

9

## SWISS AMERICA SECURITIES, LTD.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### FOR THE YEAR ENDED 31 DECEMBER 2016

### 1. INCORPORATION AND ACTIVITY

Swiss America Securities, Ltd. (the "Company") was incorporated under the laws of the Commonwealth of The Bahamas as a limited liability company on 10 September 2008 under the Companies Act 1992. The Company is registered as a broker-dealer Class II with the Securities Commission of The Bahamas and functions as a broker-dealer and securities investment advisor.

The Company's registered office is #3 Lookout Hill, Winton Heights, Nassau, Bahamas.

The Company's principal place of business is Suite #17 Elizabeth on Bay Plaza, Elizabeth Avenue and Bay Street, Nassau, Bahamas.

The Group consists of the Company and its wholly-owned subsidiaries, SWS Holdings Ltd., Swiss America Custody, Limited, Swiss America Securities UK Limited, Mint Custody, Limited and Swiss America Custody (Canada), Ltd.

The Company owns 100% of the issued and outstanding shares of SWS Holdings Ltd. ("SWS H"), a company incorporated under the laws of the Commonwealth of the Bahamas. The principal activity of SWS H is holding accounts with clearing firms on behalf of the Company.

The Company owns 100% of the issued and outstanding shares of Swiss America Custody, Limited ("SAC"), a company incorporated under the laws of the Commonwealth of the Bahamas. The principal activity of SAC is custody of funds on behalf of the Company.

Previously, the shares of the Swiss America Securities UK Limited ("SAS UK") were not registered in the name of the Company; however, the SAS UK was still considered a subsidiary due to the significant funding provided by the Company. This funding is the main resource in the operations of SAS UK thus it is considered that the Company has control and significant influence over the finance and operations of the SAS UK. On 8 March 2016, the outstanding shares of the Company have been transferred to the Parent Company. The principal activity of SAS UK is broker-dealer services.

The Company owns 100% of the issued and outstanding shares of Mint Custody, Limited ("MCL"), a company incorporated in Delaware, USA. The principal activity of MCL is to hold funds on behalf of the Company.

MintBroker-E-0648539

10

## SWISS AMERICA SECURITIES, LTD.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### FOR THE YEAR ENDED 31 DECEMBER 2016

### 1. INCORPORATION AND ACTIVITY (cont)

The Company owns, through a nominee shareholder, 100% of the issued and outstanding shares of Swiss America Custody (Canada), Ltd. ("SAC Canada"), a company incorporated under the laws of British Columbia, Canada. The principal activity of SAC Canada is to hold funds on behalf of the Company.

On 10 February 2017, subsequent to the statement of financial position date, the name of the Company was changed to MintBroker International, Ltd.

### 2. BASIS OF PREPARATION

These consolidated financial statements are prepared on a going concern basis and in accordance with International Financial Reporting Standards (IFRS). The consolidated financial statements have also been prepared under the historical cost convention as modified by the revaluation of financial assets at fair value through profit or loss.

The preparation of the consolidated financial statements in conformity with IFRS requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and the disclosure of contingent assets and liabilities at the date of the consolidated financial statements and reported amounts of revenue and expenses during the period. Actual results can differ from those estimates.

### 3. ACCOUNTING POLICIES

#### Consolidation

The consolidated financial statements comprise the financial statements of the Company and its aforementioned subsidiary which is controlled by the Company as at the statements of financial position date. Control is achieved where the Company has power to govern the financial and operating policies of the investee enterprise so as to obtain benefits from its activities.

11

## SWISS AMERICA SECURITIES, LTD.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## FOR THE YEAR ENDED 31 DECEMBER 2016

### 3. ACCOUNTING POLICIES (cont)

#### Consolidation (cont)

The financial statements of the subsidiary used in the preparation of the consolidated financial statements are prepared for the same reporting date as the Company. Consistent accounting policies are applied to like transactions and events in similar circumstances.

All significant inter-company transactions and balances between Group Companies are eliminated on consolidation.

Acquisitions of subsidiaries are accounted for by applying the purchase method. Identifiable assets acquired and liabilities and contingent liabilities assumed in a business combination are measured initially at their fair values at the acquisition date. Adjustments to those fair values relating to previously held interests are treated as a revaluation and recognised in equity. Any excess of the cost of business combination over the Company's share in the net fair value of the acquired subsidiary's identifiable assets, liabilities and contingent liabilities is recorded as goodwill on the statements of financial position. Any excess of the Company's share in the net fair value of the acquired subsidiary's identifiable assets, liabilities and contingent liabilities over the cost of business combination is recognised in the statements of profit or loss and other comprehensive income on the date of acquisition.

#### Functional and presentational currency and foreign currency translations

The Group's functional and presentation currency is the United States Dollars (USD), which is the currency of the primary economic environment in which it operates. The Group's activities and most of the bank accounts are denominated in USD. Therefore, the USD is considered as the currency that most faithfully represents the economic effects of the underlying transactions, events and conditions.

Monetary assets and liabilities denominated in currencies other than the USD are translated into USD at the rate of exchange in effect at the date of the consolidated statement of financial position. Income and expenses transacted in currencies other than USD are translated into USD at the rates of exchange prevailing at the transaction dates. Foreign exchange differences arising on translation are recognised in the consolidated statement of profit or loss and other comprehensive income.

12

## SWISS AMERICA SECURITIES, LTD.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## FOR THE YEAR ENDED 31 DECEMBER 2016

### 3.  ACCOUNTING POLICIES (cont)

**Fixed assets**

Fixed assets are carried at cost less accumulated depreciation.

**Depreciation**

Depreciation is charged in equal annual installments to write off the cost of assets over their
estimated useful life.

The following rates are used:

| | |
|---|---|
| Computer equipment | 3 years |
| Furniture and fixtures | 3-10 years |
| Vehicles | 5 years |
| Leasehold improvements | 5-10 years |

**Cash and cash equivalents**

The Group considers cash at bank and balance due from clearing firms, which are highly
liquid, as cash and cash equivalents.

**Financial assets**

Financial assets are recognised on the consolidated statement of financial position when,
and only when, the Group becomes a party to the contractual provisions of the financial
instrument.

When financial assets are recognised initially, they are measured at fair value, plus, in the
case of financial assets not at fair value through profit or loss, directly attributable
transaction costs.

A financial asset is derecognised where the contractual right to receive cash flows from
the asset has expired. On derecognition of a financial asset in its entirety, the difference
between the carrying amount and the sum of the consideration received is recognised in
the consolidated statement of profit or loss and other comprehensive income.

All regular way purchases and sales of financial assets are recognised or derecognised on
the trade date i.e. the date that the Group commits to purchase or sell the asset. Regular way
purchases or sales are purchases or sales of financial assets that require delivery of assets
within the period generally established by regulation or convention in the marketplace
concerned.

**MintBroker-E-0648542**

13

## SWISS AMERICA SECURITIES, LTD.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## FOR THE YEAR ENDED 31 DECEMBER 2016

### 3. ACCOUNTING POLICIES (cont)

#### Financial assets (cont)

The Group has the following financial assets:

*Loans and receivables*

Financial assets with fixed or determinable payments that are not quoted in an active market are classified as loans and receivables. Subsequent to initial recognition, loans and receivables are measured at cost. Gains and losses are recognised in the consolidated statement of profit or loss and other comprehensive income when the loans and receivables are derecognised or impaired.

*Investments at fair value through profit or loss*

Financial assets are classified as investments at fair value through profit or loss when they are acquired for trading or are designated upon initial recognition. Unless designated and considered as effective hedging instruments, derivatives are classified at fair value through profit or loss. Financial assets under this category are carried at fair value with gains and losses arising from changes in fair value being included in the consolidated statement of profit or loss and other comprehensive income for the year.

*Investments at fair value through profit or loss (cont)*

Derivatives embedded in host contracts are accounted for as separate derivatives and recorded at fair value if their economic characteristics and risks are not closely related to those of the host contracts and the host contracts are not measured at fair value with changes in fair value recognised in profit or loss. These embedded derivatives are measured at fair value with changes in fair value recognised in profit or loss. Reassessment only occurs if there is a change in the terms of the contract that significantly modifies the cash flows that would otherwise be required.

#### Impairment of financial assets

The Group assesses at each statements of financial position date whether there is any objective evidence that a financial asset is impaired.

MintBroker-E-0648543

14

## SWISS AMERICA SECURITIES, LTD.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### FOR THE YEAR ENDED 31 DECEMBER 2016

### 3. ACCOUNTING POLICIES (cont)

### Impairment of financial assets (cont)

*Assets carried at amortised cost*

If there is objective evidence that an impairment loss on financial assets carried at
amortised cost has been incurred, the amount of the loss is measured as the difference
between the asset's carrying amount and the present value of estimated future cash flows
discounted at the financial asset's original effective interest rate. The carrying amount of
the asset is reduced through the use of an allowance account. The impairment loss is
recognised in the consolidated statement of profit or loss and other comprehensive
income.

When the asset becomes uncollectible, the carrying amount of impaired financial assets is
reduced directly or if an amount was charged to the allowance account, the amounts
charged to the allowance account are written off against the carrying value of the financial
asset.

To determine whether there is objective evidence that an impairment loss on financial
assets has been incurred, the Group considers factors such as the probability of insolvency
or significant financial difficulties of the debtor and default or significant delay in
payments.

If in a subsequent period, the amount of the impairment loss decreases and the decrease
can be related objectively to an event occurring after the impairment was recognised, the
previously recognised impairment loss is reversed to the extent that the carrying amount
of the asset does not exceed its amortised cost at the reversal date. The amount of reversal
is recognised in the consolidated statement of profit or loss and other comprehensive
income.

*Assets carried at cost*

If there is objective evidence (such as significant adverse changes in the business
environment where the issuer operates, probability of insolvency or significant financial
difficulties of the issuer) that an impairment loss on financial assets carried at cost has
been incurred, the amount of the loss is measured as the difference between the asset's
carrying amount and the present value of estimated future cash flows discounted at the
current market rate of return for a similar financial asset. Such impairment losses are not
reversed in subsequent periods.

MintBroker-E-0648544

15

## SWISS AMERICA SECURITIES, LTD.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### FOR THE YEAR ENDED 31 DECEMBER 2016

### 3.  ACCOUNTING POLICIES (cont)

#### Financial liabilities

Financial liabilities within the scope of IAS 39 are recognised on the consolidated statements of financial position when, and only when, the Group becomes a party to the contractual provisions of the financial instrument.

Financial liabilities are recognised initially at fair value, plus, in the case of financial liabilities other than derivatives, directly attributable transaction costs.

Subsequent to initial recognition, all financial liabilities (except for financial guarantee) are measured at amortised cost using the effective interest method, except for derivatives, which are measured at fair value.

For financial liabilities other than derivatives, gains and losses are recognised in the consolidated statement of profit or loss and other comprehensive income when the liabilities are derecognised, and through the amortisation process. Any gains or losses arising from changes in fair value of derivatives are recognised in the consolidated statement of profit or loss and other comprehensive income. Net gains or losses on derivatives include exchange differences.

A financial liability is derecognised when the obligation under the liability is extinguished. When an existing financial liability is replaced by another from the same lender on substantially different terms, or the terms of an existing liability are substantially modified, such an exchange or modification is treated as a derecognition of the original liability and the recognition of a new liability, and the difference in the respective carrying amounts is recognised in the consolidated statement of profit or loss and other comprehensive income.

#### Revenue and expense recognition

Revenue is recognised to the extent that it is probable that the economic benefits will flow to the Group and the revenue can be reliably measured. Revenue is measured at the fair value of consideration received or receivable.

Revenues and expenses are recognised under the accruals concept.

MintBroker-E-0648545

MintBroker-E-0648529

16

## SWISS AMERICA SECURITIES, LTD.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## FOR THE YEAR ENDED 31 DECEMBER 2016

### 3. ACCOUNTING POLICIES (cont)

#### Value added tax

On 1 January 2015, the Value Added Tax (VAT) Act became effective in the Commonwealth of the Bahamas with 3 categories for goods and services: tax at 7.5%, exempt and zero-rated.

The Group is subject to 7.5% VAT rate and is obligated to comply with the Act and associated regulations.

### 4. NEW AND AMENDED STANDARDS ADOPTED

The Group has adopted the following new and revised Standards and Interpretations issued by the International Accounting Standards Board ("IASB") and the International Financial Reporting Interpretations Committee ("IFRIC") of the IASB that are relevant to the Group's operations and effective for the current accounting period.

*Amendments to IAS 1 – Disclosure Initiative*

The amendments to IAS 1 Presentation of Financial Statements are a part of a major initiative to improve disclosure requirements in IFRS financial statements. The amendments being made to IAS 1 include:

- Materiality: Aggregation or disaggregation should not obscure useful information. Materiality applies to each of the primary financial statements, the notes and each specific disclosure required by IFRSs.
- Line items in primary financial statements: Additional guidance for the list of line items required to be presented in the primary statements, in particular that it may be appropriate for these to be disaggregated and new requirements regarding the use of subtotals.
- Notes to the financial statements: Determination of the order of the notes should include consideration of understandability and comparability of financial statement. It has been clarified that the order listed in IAS 1.114(c) is illustrative only.
- Accounting policies: Removal of the examples in IAS 1.120 in respect of income taxes and foreign exchange gains and losses.

MintBroker-E-0648546

17

## SWISS AMERICA SECURITIES, LTD.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## FOR THE YEAR ENDED 31 DECEMBER 2016

### 4. NEW AND AMENDED STANDARDS ADOPTED (cont)

*Amendments to IAS 1 – Disclosure Initiative (cont)*

In addition, the following amendments to IAS 1 were made which arose from a submission received by the IFRS Interpretations Committee:

- Equity accounted investments: An entity's share of other comprehensive income will be split between those items that will and will not be reclassified to profit or loss, and presented in aggregate as single line items within those two groups.

Adoption of the above amendment did not have significant impact on the Group's financial statements.

*Amendments to IAS 16 and IAS 38 – Clarification of Acceptable Methods of Depreciation and Amortisation – effective 1 January 2016*

Amends IAS 16 Property, Plant and Equipment and IAS 38 Intangible Assets to:

- Clarify that a depreciation method that is based on revenue that is generated by an activity that includes the use of an asset is not appropriate for property, plant and equipment;

- Introduce a rebuttable presumption that an amortization method that is based on the revenue generated by an activity that includes that use of an intangible asset is inappropriate, which can only be overcome in limited circumstances where the intangible asset is expressed as a measure of revenue or, when it can be demonstrated that revenue and the consumption of the economic benefits of the intangible asset are highly correlated; and

- Add guidance that expected future reductions in the selling price of an item that was produced using an asset could indicate the expectation of technological or commercial obsolescence of the asset, which, in turn, might reflect a reduction of the future economic benefits embodied in the asset.

Adoption of the above amendment did not have any impact on the Group's financial statement since the Group does not use depreciation method based on revenue for its fixed assets.

The following new/amended accounting standards and interpretations have been issued, but are not mandatory for financial years ended 31 December 2016. They have not been adopted in preparing the financial statements and are expected to affect the entity in the period of initial application. In all cases the entity intends to apply these standards from application date as indicated below.

MintBroker-E-0648547

18

### SWISS AMERICA SECURITIES, LTD.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### FOR THE YEAR ENDED 31 DECEMBER 2016

#### 4.  NEW AND AMENDED STANDARDS ADOPTED (cont)

*IFRS 9 (issued November 2009 and amended October 2010 and July 2014)*

This standard amends the requirements for classification and measurement of financial assets. The available-for-sale and held-to-maturity categories of financial assets in IAS 39 have been eliminated.  Under IFRS 9, there are three categories of financial assets:

- Amortised cost
- Fair value through profit or loss
- Fair value through other comprehensive income

IFRS 9 also requires that gains or losses on financial liabilities measured at fair value are recognised in profit or loss, except that the effects of changes in the fair value of a financial liability that is designated at fair value through profit or loss (using the fair value option) that relate to changes in the reporting entity's own credit risk are normally recognised in other comprehensive income.

The changes are to be applied prospectively from the date of adoption. The effective date of the amendments is 1 January 2018.

This standard is not expected to have a significant impact on the financial statements since the Group's financial assets are at fair value through profit or loss and at amortised cost. In addition, the Group does not have any financial liabilities designated at fair value through profit or loss.

*IFRS 15 – Revenue from Contracts with Customer (issued May 2014 and amended September 2015)*

This standard establishes a single and comprehensive framework which sets out how much revenue is to be recognised, and when. This will replace IAS 18 which covers contracts for goods and services and IAS 11 which covers construction contracts.

The core principle is that a vendor should recognise revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the vendor expects to be entitled in exchange for those goods or services. Revenue will now be recognised by a vendor when control over the goods or services is transferred to the customer.

MintBroker-E-0648548

19

## SWISS AMERICA SECURITIES, LTD.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### FOR THE YEAR ENDED 31 DECEMBER 2016

#### 4. NEW AND AMENDED STANDARDS ADOPTED (cont)

The application of the core principle in IFRS 15 is carried out in five steps:
- Step 1: Identify the contract
- Step 2: Identify separate performance obligations
- Step 3: Determine the transaction price
- Step 4: Allocate transaction price to performance obligations
- Step 5: Recognise revenue as or when each performance obligation is satisfied.

The standard is effective for annual periods commencing on or after 1 January 2018.

The Group will review its revenue recognition policy upon the future adoption of this standard.

*IFRS 16 Leases*

IFRS 16 supersedes IAS 17 Leases, IFRIC 4 Determining whether an Arrangement contains a Lease, SIC-15 Operating Leases – Incentives and SIC-27 Evaluating the Substance of Transactions Involving the Legal Form of a Lease. IFRS 16 contains a single lessee accounting model, which eliminates the distinction between operating and finance leases from the perspective of the lessee. All contracts that meet the definition of a lease, other than short term leases and leases of low value items for which a lessee has the option not to apply the measurement and presentation requirements of IFRS 16, will be recorded in the statement of financial position with a "right of use" asset and a corresponding liability. The asset is subsequently accounted for as property, plant and equipment or investment property and the liability is unwound using the interest rate inherent in the lease. For many entities the effect of bringing all leases on the statement of financial position will be very significant and will require careful planning, including for commercial effects.

In the income statement, the application of IFRS 16 will result in a depreciation charge (within operating expenses) and an interest expense.

The accounting requirements from the perspective of the lessor remains largely in line with previous IAS 17 requirements.

IFRS 16 has an effective date of 1 January 2019, with early application permitted only if IFRS 15 has also been adopted.

The Group will review any contract that meets the definition of a lease upon the future adoption of this standard.

MintBroker-E-0648549

20

## SWISS AMERICA SECURITIES, LTD.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## FOR THE YEAR ENDED 31 DECEMBER 2016

### 4. NEW AND AMENDED STANDARDS ADOPTED (cont)

*Amendments to IAS 12 – Recognition of Deferred Tax Assets for Unrealized Losses – effective 1 January 2017*

The amendment to IAS 12 clarifies the accounting for deferred tax assets related to debt instruments measured at fair value but are not deemed to be impaired. Deductible temporary differences arise from unrealised losses on debt instruments measured at fair value. This is regardless of whether the instrument is recovered through sale, or holding it to maturity. Therefore, entities are required to recognise deferred taxes for temporary differences from unrealised losses of debt instruments measured at fair value if all other recognition criteria for deferred taxes are met.

The Group does not expect any changes on the financial statements upon the future adoption of the above amendment.

*Amendment to IAS 7 – Statement of Cash Flows Disclosure Initiative*

This amendment aims to improve information about an entity's debt, including movements in that debt. Disclosures are required to enable users of financial statements to evaluate changes in liabilities arising from financing activities, including both changes arising from cash flows and non-cash changes. One way to provide this disclosure would be to provide a reconciliation of the opening and closing carrying amounts for each item for which cash flows have been or would be classified as financial activities. The reconciliation would include:

- Opening balance
  - o  Movements in the period including:
  - o  Changes from financing cash flows;
  - o  Changes arising from obtaining or losing control of subsidiaries or other businesses;
  - o  Other non-cash exchanges (e.g. changes in foreign exchange rates, new finance leases and changes in fair value); and
- Closing balance.

Mandatory adoption for periods beginning on or after 1 January 2017.

The Group will review its disclosure requirements when this amendment is first adopted for 31 December 2017 year-end.

MintBroker-E-0648550

21

## SWISS AMERICA SECURITIES, LTD.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### FOR THE YEAR ENDED 31 DECEMBER 2016

#### 4. NEW AND AMENDED STANDARDS ADOPTED (cont)

*Annual Improvements to IFRSs 2014-2016 Cycle*

There were three amendments as part of the 2014-2016 Annual Improvements Cycle. These were made to IFRS 1, IAS 12 and IAS 28.

- IFRS 1 – effective 1 January 2018

A number of short–term exemptions in IFRS 1 First Time Adoption of International Financial Reporting Standards were deleted. The reliefs provided by these exemptions were no longer applicable.

- IFRS 12 – effective 1 January 2017

The scope of IFRS 12 was clarified to make it clear that the disclosure requirements in this Standard, except for those in paragraphs B10 - B16, apply to interests irrespective of whether they are classified as held for sale, as held for distribution to owners or as discontinued operations in accordance with IFRS 5. The IASB noted that the disclosure objective of IFRS 12 Disclosure of Interests in Other Entities is relevant to interests in other entities regardless of whether or not they are classified as held for sale, as held for distribution to owners or as discontinued operations.

- IAS 28 – effective 1 January 2018

IAS 28 Investments in Associates and Joint Ventures, permits an investment in an associate or joint venture to be measured at fair value through profit or loss, instead of the equity method being applied, if the investment is held directly or indirectly through a venture capital organisation, unit trust or similar entities. IAS 28 was amended to specify that a qualifying entity may elect to measure investments in associates and joint ventures at fair value through profit or loss on an investment-by-investment basis, upon initial recognition.

The Group will review its disclosure requirements upon future adoption of the amendments.

*IFRIC Interpretation 22 – Foreign Currency Transactions and Advance Consideration – effective 1 January 2018*

IFRIC 22 addresses how to determine the date of transaction for the purpose of determining the spot exchange rate used to translate foreign currency transactions on initial recognition in circumstances when an entity pays or receives some or all of the foreign currency consideration in advance of the recognition of the related asset, expense or income.

## SWISS AMERICA SECURITIES, LTD.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### FOR THE YEAR ENDED 31 DECEMBER 2016

### 4. NEW AND AMENDED STANDARDS ADOPTED (cont)

*IFRIC Interpretation 22 – Foreign Currency Transactions and Advance Consideration -- effective 1 January 2018 (cont)*

The interpretation states that the date of the transaction, for the purpose of determining the spot exchange rate used to translate the related asset, expense or income (or part of it) on initial recognition, is the earlier of:

(a) The date of initial recognition of the non-monetary prepayment asset or the non monetary deferred income liability; and

(b) The date that the asset, expense or income (or part of it) is recognised in the financial statements.

The Group will review its recognition policy upon future adoption of this interpretation.

MintBroker-E-0648552

23

## SWISS AMERICA SECURITIES, LTD.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### FOR THE YEAR ENDED 31 DECEMBER 2016

### 5.  FIXED ASSETS

|  | Computer equipment $ | Furniture and fixtures $ | Vehicles $ | Leasehold improvements $ | Total $ |
|---|---|---|---|---|---|
| **COST** | | | | | |
| 1 January 2016 | 62,355 | 74,298 | 56,968 | 124,561 | 318,182 |
| Additions | 33,793 | 7,714 | -- | -- | 41,507 |
| 31 December 2016 | 96,148 | 82,012 | 56,968 | 124,561 | 359,689 |
| **DEPRECIATION** | | | | | |
| 1 January 2016 | 29,192 | 20,539 | 5,481 | 81,837 | 137,049 |
| Charge for the year | 22,594 | 7,520 | 11,394 | 24,523 | 66,031 |
| 31 December 2016 | 51,786 | 28,059 | 16,875 | 106,360 | 203,080 |
| **NET BOOK VALUE** | | | | | |
| 31 December 2016 | $44,362 | $53,953 | $40,093 | $18,201 | $156,609 |
| 31 December 2015 | $33,163 | $53,759 | $51,487 | $42,724 | $181,133 |

### 6.  INVESTMENTS

The Group's investments are ranked into Levels 1 to 3, based on the degree to which the fair value is observable:

Level 1 - Fair value measures are those derived from quoted prices (unadjusted) in active markets for identical assets or liabilities.

Level 2 - Fair value measurements are those derived from inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly (i.e., as prices) or indirectly (i.e., derived from prices).

Level 3 - Fair value measurements are those derived from valuation techniques that include inputs for the asset or liability that are not based on observable market data (unobservable inputs).

MintBroker-E-0648553

24

## SWISS AMERICA SECURITIES, LTD.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### FOR THE YEAR ENDED 31 DECEMBER 2016

### 6.  INVESTMENTS (cont)

Investments comprise of and are ranked as follows:

| | Fair Value Measurements | | | |
|---|---|---|---|---|
| | Level 1 $ | Level 2 $ | Level 3 $ | Total $ |
| **2016** | | | | |
| **Investments:** | | | | |
| Equities | 3,766 | -- | -- | 3,766 |
| Fixed income | 50,000 | -- | -- | 50,000 |
| | $53,766 | $-- | $-- | $53,766 |
| **Investments – short position:** | | | | |
| Exchange traded options | $-- | $(11,389) | $-- | $(11,389) |
| **2015** | | | | |
| **Investments:** | | | | |
| Equities | 4,570,700 | -- | -- | 4,570,700 |
| Fixed income | 72,000 | -- | -- | 72,000 |
| Exchange traded options | -- | 40 | -- | 40 |
| | $4,642,700 | $40 | $-- | $4,642,740 |
| **Investments – short position:** | | | | |
| Exchange traded options | $-- | $(808,200) | $-- | $(808,200) |

### 7.  DUE FROM RELATED PARTIES

The balance due from related parties is interest free with no fixed terms of repayment and guaranteed by the common shareholder of the related entities.

MintBroker-E-0648554

MintBroker-E-0648529

25

## SWISS AMERICA SECURITIES, LTD.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## FOR THE YEAR ENDED 31 DECEMBER 2016

### 7. DUE FROM RELATED PARTIES (cont)

The balance is comprised of the following:

|  | 2016 $ | 2015 $ |
|---|---|---|
| 104 Ocean Club, Ltd. | 2,620,970 | 2,749,956 |
| Shareholder | 365,976 | 7,603 |
| Swiss America Group, Limited | 3,428 | 1,578 |
|  | $2,990,374 | $2,759,137 |

104 Ocean Club, Ltd. and Swiss America Group, Limited are considered related parties by virtue of common ownership.

### 8. DUE FROM CLEARING FIRMS

Balance due from clearing firms is comprised of the following:

|  | 2016 $ | 2015 $ |
|---|---|---|
| Speedtrader | 885,501 | 693,405 |
| Zoom Pay | 815,598 | -- |
| Skrill | 391,154 | 107,494 |
| Interactive Brokers | 328,975 | (96,373) |
| Netteller | 235,949 | 71,282 |
| Checkbook.io | 103,170 | 59,000 |
| Mistralpay | 67,027 | 67,330 |
| Global Transactions Services | 28,117 | 255,039 |
|  | $2,855,491 | $1,157,177 |

MintBroker-E-0648555

### SWISS AMERICA SECURITIES, LTD.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### FOR THE YEAR ENDED 31 DECEMBER 2016

### 9.  DUE FROM CUSTOMERS

Due from customers includes fees which were not yet collected by the Group from the customers at year end and trading losses which will be recovered to customers.

Balance due from customers is net of provision for bad debt as shown below:

|                              | 2016<br>$ | 2015<br>$ |
|------------------------------|-----------|-----------|
| Receivable from customers    | 1,516,364 | 1,051,043 |
| Less: Provision for bad debts | (1,300,868) | (861,198) |
|                              | $215,496  | $189,845  |

### 10.  DUE TO CUSTOMERS

As at the consolidated statement of financial position date, due to customers include amounts held by the Group on behalf of customers relating to cash and margin transactions.

### 11.  SHARE CAPITAL

|                                    | 2016    | 2015    |
|------------------------------------|---------|---------|
| **Authorised**                     |         |         |
| 5,000 Ordinary shares of $1 each   | $5,000  | $5,000  |
|                                    |         |         |
| **Issued and fully paid**          |         |         |
| 1,000 Ordinary shares of $1 each   | $1,000  | $1,000  |

MintBroker-E-0648556

## SWISS AMERICA SECURITIES, LTD.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### FOR THE YEAR ENDED 31 DECEMBER 2016

### 12. REVENUE

Revenue is comprised of the following:

|  | 2016 $ | 2015 $ |
|---|---|---|
| Commission income net of rebates | 7,035,087 | 7,158,171 |
| Routing fee income | 2,962,692 | 3,030,018 |
| Software platform fee income | 1,507,227 | 1,118,042 |
| Margin and call fee income | 909,910 | 1,156,861 |
| Wire transfer fee income | 113,506 | 119,507 |
| Inactivity and other service income | 685,751 | 748,941 |
|  | $13,214,173 | $13,331,540 |

### 13. TRADING AND OTHER DIRECT COST

Trading and other direct cost is comprised of the following:

|  | 2016 $ | 2015 $ |
|---|---|---|
| Platform fee expense | 1,786,128 | 1,478,562 |
| Commission expense | 236,168 | 372,176 |
| Wire transfer fee expense | 96,333 | 15,250 |
| Routing fee expense | 69,668 | 21,855 |
| Referral fee expense | -- | 67,536 |
| Credit card and other service expense | 505,579 | 499,501 |
|  | $2,693,876 | $2,454,880 |

### 14. CONSULTANCY FEE

On 31 December 2015, the Parent Company entered into a service agreement with Swiss America Group, Limited ("SAG") wherein SAG will provide consultancy to the Group in the areas of technology, marketing support and provide advice on business strategy for a fee of $400,000 per month.

As at year-end, the Group has a payable of $3,499,500 related to outstanding consultancy fees.

SAG is considered a related party by virtue of common beneficial ownership.

MintBroker-E-0648557

28

## SWISS AMERICA SECURITIES, LTD.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### FOR THE YEAR ENDED 31 DECEMBER 2016

### 15. COMMITMENTS

The Group is committed to the following future payments under the operating lease agreement:

|  | 2016 | 2015 |
|---|---|---|
|  | $ | $ |
| Not later than one year | 38,245 | 90,673 |
| More than 1 year | -- | 38,245 |

### 16. MATURITIES OF FINANCIAL ASSETS AND LIABILITIES

All of the Group's current financial assets and liabilities are due within one year.

### 17. FAIR VALUE OF FINANCIAL INSTRUMENTS

All of the Group's current financial instruments are considered by the directors to have fair values equivalent to their carrying value.

### 18. INTEREST RATE RISK

Except for interest on fixed income investments and cash at bank, the Group has no significant exposure to interest rate risk.

### 19. FINANCIAL RISK MANAGEMENT

The Group has exposure to the following risks from its use of financial instruments:

- Credit risk
- Liquidity risk
- Market risk

This note presents information about the Group's exposure to each of the above risks, its objectives, policies and processes for measuring and managing risk. Further quantitative disclosures are included throughout these consolidated financial statements.

The Board of Directors has overall responsibility for the establishment and oversight of the Group's risk management framework.

MintBroker-E-0648558

29

## SWISS AMERICA SECURITIES, LTD.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### FOR THE YEAR ENDED 31 DECEMBER 2016

### 19. FINANCIAL RISK MANAGEMENT (cont)

The Group's risk management policies are established to identify and analyse the risks faced by the Group, to set appropriate risk limits and controls, and to monitor risks and adherence to limits.  Risk management policies and systems are reviewed regularly to reflect changes in market conditions and the Group's activities.

### Credit risk

Credit risk is the risk of financial loss arising if a counter-party fails to meet its contractual obligations. The extent of the Group's exposure to credit risk in respect of the financial assets approximate their carrying values recorded on the Group's consolidated statement of financial position. The Group actively seeks to minimise this risk by placing its bank balances with first rate financial institutions. Provision for bad debts is recognised for balances due from customers having significant doubt in recoverability.

### Liquidity risk

Liquidity risk is the risk that the Group will not be able to meet its financial obligation as they fall due.  The Group's approach to managing liquidity is to ensure as far as possible, that it will always have sufficient liquidity to meet its liabilities when due, under both normal and stressed conditions. The Group maintains adequate highly liquid assets in the form of cash and cash equivalents to assure necessary liquidity.

### Market risk

Market risk is the risk that changes in market prices, such as foreign exchange rates, interest rates and equity prices will affect the Group's income or the value of its holdings of financial instruments.  The objective of market risk management is to manage and control market risk exposures within acceptable parameters, while optimising the return.

The Group is exposed to market risk on investments in that the Group may not be able to readily dispose of its holdings when it chooses and also that the price obtained on disposal is below that at which the investment is included in the Group's consolidated financial statements. All trading financial instruments are recognised at fair value, and all changes in market conditions directly affect net income.

The Group's market risk is managed on a daily basis by management through diversification of the investment portfolio across a wide range of financial assets. The Group's overall market positions are monitored on an annual basis by the Directors.

MintBroker-E-0648559

**SWISS AMERICA SECURITIES, LTD.**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**

**FOR THE YEAR ENDED 31 DECEMBER 2016**

20. **CAPITAL**

The Group's objectives when managing capital are:

- To safeguard the Group's ability to continue as a going concern, so that it can continue to provide returns for its shareholder and benefits for other stakeholders and
- To provide an adequate return to its shareholder by investing in securities that provide an acceptable return commensurately with the level of risk.

As at period end the Group did not have any capital requirements.



## ATTESTATION:

"I, the undersigned, hereby affirm that to the best of our information, knowledge and belief that:

a. The Applicant is currently in compliance with all the applicable provisions of the Act and these Regulations; and
b. The contents of this form and any attachments provided with this form are true, correct and not misleading."

**NAME OF SENIOR OFFICER:**   Antonio S. Collie

**POSITION OF OFFICER:**   CFO

**DATE:**   Mar. 14. 2016

**SIGNATURE:**

**A fee is required to be submitted with this form. The appropriate fee can be found in the Fee Rule.**

4



**SECURITIES COMMISSION OF THE BAHAMAS**
**The Securities Industry Act, 2011**
**The Securities Industry Regulations, 2012**

**FINANCIAL AND OPERATIONAL REPORT - FORM 13**
For entities reguired under SIA 2011 First Schedule Part III, Dealing in Securities 1(a) & (c),
Arranging Deals in securities, Managing Securities, Advising on Securities. Formally known as Broker Dealer II

**WARNING Intentional misstatement or failure to disclose information may constitute an offence.**
**As at the Quarter ended** June 30, 2016
Amounts should represent values only for the month/period reported.                    (BSD)

**NAME:**
**DATE:**

## 1. TANGIBLE NET WORTH

| | | |
|---|---|---:|
| Share Capital | $ | 1,000.00 |
| Additional paid-up capital | $ | 305,475.00 |
| Retained earnings | $ | 11,845,859.00 |
| Reserves | $ | - |
| **Total Shareholders' Equity** | $ | 12,152,334.00 |
| Less: Intangible Assets | $ | - |
| **TANGIBLE NET WORTH** | $ | **12,152,334.00** |

## 2. INCOME STATEMENT

**Income**

| | | |
|---|---|---:|
| Fees & Commissions | $ | 3,505,193.00 |
| Other income | $ | 267,224.00 |
| **Total Income** | $ | **3,772,417.00** |

**Expenses**

| | | |
|---|---|---:|
| Advisory fees & Commissions | $ | 646,994.00 |
| Staff costs | $ | 221,819.00 |
| Rental expense | $ | 24,989.00 |
| Professional fees | $ | 1,315,211.00 |
| Depreciation & amortization | $ | 14,258.00 |
| Other general & administrative costs | $ | 397,588.00 |
| **Total Expenses** | $ | 2,620,859.00 |
| **NET INCOME** | $ | **1,151,558.00** |

BD II

## 3. REGULATORY CAPITAL

### A. Qualifying Assets

Cash and cash equivalents
B$ or US$ money market funds held in The
Bahamas

$     21,960,096.00

90% of the market value of securities issued
(or guaranteed) by The Bahamas Government    $     -

90% of the market value of securities issued
by a Foreign Government[2]    $     -

75% of the market value of marketable
securities quoted on a recognized securities
exchange[3]    $     -

Other assets as considered by the Commission    $     -

**Total Qualifying Assets**    $     **21,960,096.00**
$\Sigma[A]$

### B. Deductions

Total liabilities    $     9,306,258.00

Aggregate deductible amounts provided for in
the firm's insurance policies in respect of
professional indemnity, employee fidelity and
theft, or any other such appropriate policies of
indemnity insurance.    $     50,000.00

**Total Deductions**    $     **9,356,258.00**
$\Sigma[B]$

### C. Loan Capital and Capital Advances

Loans from financial institutions and
advances from affiliates[4] provided they are
subject to a formal subordination agreement[5]

### D. NET FREE REGULATORY CAPITAL

$     **12,603,838.00**
$\Sigma[A - B + C]$

### E. Required Capital[6]

$     120,000.00

### F. SURPLUS/(DEFICIT)

$     **12,483,838.00**
$\Sigma[D - E]$

BD II



**SECURITIES COMMISSION OF THE BAHAMAS**
The Securities Industry Act, 2011
The Securities Industry Regulations, 2012

**FINANCIAL AND OPERATIONAL REPORT - FORM 13 [cont'd]**

**TRADING STATISTICS**
As at the Quarter ended

A trading activity report must also be submitted to the Commission.

(BSD)

**Publicly Traded Securities**

|                            |      | Listed      | Unlisted |
|----------------------------|------|-------------|----------|
| Number of trades executed: |      | 30,231      |          |

**Number of shares traded for the month:**

|      |             |
|------|-------------|
| Buy  | 153,528,703 |
| Sell | 153,528,703 |

**Value of shares traded for the month:**

|      |               |
|------|---------------|
| Buy  | 1,376,755,208 |
| Sell | 1,376,755,208 |

**Private Placement transactions executed for the month**

| Security                 |   |
|--------------------------|---|
| Shares/Par Value @ Price |   |
| Total Value              | 0 |

**Exempt transactions executed for the month**
**(as defined in Part XIII of the Regulations)**

| Security                 |   |
|--------------------------|---|
| Shares/Par Value @ Price |   |
| Total Value              | 0 |

Exchange rate used:

**Certification regarding reconciliation and segregation of client assets**

| The Registered Firm is in compliance with the reconciliation and segregation requirements of Division 2 of Part VII of the Regulations. | Yes (✓) | No (…)(if no, attach full details, including the actions that are being taken to rectify the problems) |
|---|---|---|

BD II

## ATTESTATION:

"I, the undersigned, hereby affirm that to the best of our information, knowledge and belief that:

a. The Applicant is currently in compliance with all the applicable provisions of the Act and these Regulations; and
b. The contents of this form and any attachments provided with this form are true, correct and not misleading."

**NAME OF SENIOR OFFICER:**     Antonio Collie

**POSITION OF OFFICER:**     CFO

**DATE:**     Aug - 5 - 2016

**SIGNATURE:**

**A fee is required to be submitted with this form. The appropriate fee can be found in the Fee Rule.**

BD II



**SECURITIES COMMISSION OF THE BAHAMAS**
**The Securities Industry Act, 2011**
**The Securities Industry Regulations, 2012**

**FINANCIAL AND OPERATIONAL REPORT – FORM 13**
For entities registed under SIA 2011 First Schedule Part II ( Dealing in Securities 1(a) & (c );
Arranging Deals in securities;   Managing Securities; Advising on Securities ) formally known as Broker Dealer II
**WARNING Intentional misstatement or failure to disclose information may constitute an offence.**
**As at the Quarter ended** Sept 30, 2016
Amounts should represent values only for the month/period reported.                    **(BSD)**

**NAME:**
**DATE:**

**1. TANGIBLE NET WORTH**

| | | |
|---|---|---|
| Share Capital | $ | 1,000.00 |
| Additional paid-up capital | $ | 305,475.00 |
| Retained earnings | $ | 13,510,193.00 |
| Reserves | $ | - |
| **Total Shareholders' Equity** | $ | 13,816,668.00 |
| Less: Intangible Assets | $ | - |
| **TANGIBLE NET WORTH** | $ | 13,816,668.00 |

**2. INCOME STATEMENT**

**Income**

| | | |
|---|---|---|
| Fees & Commissions | $ | 3,168,528.00 |
| Other income | $ | 109,658.00 |
| **Total Income** | $ | 3,278,186.00 |

**Expenses**

| | | |
|---|---|---|
| Advisory fees & Commissions | $ | 591,822.00 |
| Staff costs | $ | 306,124.00 |
| Rental expense | $ | 24,668.00 |
| Professional fees | $ | 1,309,995.00 |
| Depreciation & amortization | $ | 4,857.00 |
| Other general & administrative costs | $ | 630,497.00 |
| **Total Expenses** | $ | 2,867,963.00 |
| **NET INCOME** | $ | 410,223.00 |

BD II

## 3. REGULATORY CAPITAL

### A. Qualifying Assets

Cash and cash equivalents
B$ or US$ money market funds held in The
Bahamas

| | | |
|---|---|---|
| | $ | 22,299,447.00 |

90% of the market value of securities issued
(or guaranteed) by The Bahamas Government

| | $ | - |
|---|---|---|

90% of the market value of securities issued
by a Foreign Government[2]

| | $ | - |
|---|---|---|

75% of the market value of marketable
securities quoted on a recognized securities
exchange[3]

| | $ | - |
|---|---|---|

Other assets as considered by the Commission

| | $ | - |
|---|---|---|

**Total Qualifying Assets**

| | $ | **22,299,447.00** |
|---|---|---|
| | | Σ[A] |

### B. Deductions

Total liabilities

| | $ | 10,969,051.00 |
|---|---|---|

Aggregate deductible amounts provided for in
the firm's insurance policies in respect of
professional indemnity, employee fidelity and
theft, or any other such appropriate policies of
indemnity insurance.

| | $ | 50,000.00 |
|---|---|---|

**Total Deductions**

| | $ | **11,019,051.00** |
|---|---|---|
| | | Σ[B] |

### C. Loan Capital and Capital Advances

Loans from financial institutions and
advances from affiliates[4] provided they are
subject to a formal subordination agreement[5]

### D. NET FREE REGULATORY CAPITAL

| | $ | **11,280,396.00** |
|---|---|---|
| | | Σ[A - B + C] |

### E. Required Capital[6]

| | $ | 120,000.00 |
|---|---|---|

### F. SURPLUS/(DEFICIT)

| | $ | **11,160,396.00** |
|---|---|---|
| | | Σ[D - E] |

2

BD II

**SECURITIES COMMISSION OF THE BAHAMAS**
**The Securities Industry Act, 2011**
**The Securities Industry Regulations, 2012**

**FINANCIAL AND OPERATIONAL REPORT - FORM 13 [cont'd]**

**TRADING STATISTICS**
**As at the Quarter ended**

A trading activity report must also be submitted to the Commission.                              **(BSD)**

**Publicly Traded Securities**

|                                      | **Listed**    | **Unlisted** |
|--------------------------------------|---------------|--------------|
| **Number of trades executed:**       | 23,841        |              |

**Number of shares traded for the month:**

|        |              |
|--------|--------------|
| *Buy*  | 117,402,753  |
| *Sell* | 117,402,753  |

**Value of shares traded for the month:**

|        |               |
|--------|---------------|
| *Buy*  | 1,008,834,534 |
| *Sell* | 1,008,834,534 |

**Private Placement transactions executed for the month**

| Security                  |   |
|---------------------------|---|
| Shares/Par Value @ Price  |   |
| Total Value               | 0 |

**Exempt transactions executed for the month**
**(as defined in Part XIII of the Regulations)**

| Security                  |   |
|---------------------------|---|
| Shares/Par Value @ Price  |   |
| Total Value               | 0 |

**Exchange rate used:**

| Certification regarding reconciliation and segregation of client assets | | |
|---|---|---|
| The Registered Firm is in compliance with the reconciliation and segregation requirements of Division 2 of Part VII of the Regulations. | Yes (✓) | No (...)(if no, attach full details, including the actions that are being taken to rectify the problems) |

BD II

## ATTESTATION:

"I, the undersigned, hereby affirm that to the best of our information, knowledge and belief that:

a. The Applicant is currently in compliance with all the applicable provisions of the Act and these Regulations; and
b. The contents of this form and any attachments provided with this form are true, correct and not misleading."

**NAME OF SENIOR OFFICER:** _Antonio S. Collie_

**POSITION OF OFFICER:** _CFO_

**DATE:** _Nov - 25 - 2016_

**SIGNATURE:** _____

**A fee is required to be submitted with this form. The appropriate fee can be found in the Fee Rule.**

BD II



## SECURITIES COMMISSION OF THE BAHAMAS
### The Securities Industry Act, 2011
### The Securities Industry Regulations, 2012

### FINANCIAL AND OPERATIONAL REPORT - FORM 13

For entities registed under SIA 2011 First Schedule Part II ( Dealing in Securities I(a) & (c );
Arranging Deals in securities;   Managing Securities; Advising on Securities ) formally known as Broker Dealer II

**WARNING Intentional misstatement or failure to disclose information may constitute an offence.**

**As at the Quarter ended   Dec 31st 2016**

Amounts should represent values only for the month/period reported.                              **(BSD)**

**NAME:**
**DATE:**

## 1. TANGIBLE NET WORTH

| | | |
|---|---|---:|
| Share Capital | $ | 1,000.00 |
| Additional paid-up capital | $ | 305,475.00 |
| Retained earnings | $ | 11,156,275.00 |
| Reserves | $ | - |
| **Total Shareholders' Equity** | $ | 11,462,750.00 |
| Less: Intangible Assets | $ | - |
| **TANGIBLE NET WORTH** | $ | 11,462,750.00 |

## 2. INCOME STATEMENT
**Income**

| | | |
|---|---|---:|
| Fees & Commissions | $ | 3,384,356.00 |
| Other income | $ | (442,731.00) |
| **Total Income** | $ | 2,941,625.00 |

**Expenses**

| | | |
|---|---|---:|
| Advisory fees & Commissions | $ | 742,362.00 |
| Staff costs | $ | 455,143.00 |
| Rental expense | $ | 24,668.00 |
| Professional fees | $ | 1,302,592.00 |
| Depreciation & amortization | $ | 4,857.00 |
| Other general & administrative costs | $ | 700,736.00 |
| **Total Expenses** | $ | 3,230,358.00 |
| **NET INCOME** | $ | (288,733.00) |

1

BD II

## 3. REGULATORY CAPITAL

### A. Qualifying Assets

Cash and cash equivalents
B$ or US$ money market funds held in The
Bahamas

$       22,591,894.00

90% of the market value of securities issued
(or  guaranteed) by The Bahamas Government

$       -

90% of the market value of securities issued
by a  Foreign Government[2]

$       -

75% of the market value of marketable
securities  quoted on a recognized securities
exchange[3]

$       -

Other assets as considered by the Commission

$       -

**Total Qualifying Assets**

$       **22,591,894.00**
$\Sigma[A]$

### B. Deductions

Total liabilities

$       14,194,258.00

Aggregate deductible amounts provided for in
the firm's insurance policies in respect of
professional indemnity, employee fidelity and
theft, or any other such appropriate policies of
indemnity insurance.

$       50,000.00

**Total Deductions**

$       **14,244,258.00**
$\Sigma[B]$

### C. Loan Capital and Capital Advances

Loans from financial institutions and
advances from affiliates[4] provided they are
subject to a formal subordination agreement[5]

### D. NET FREE REGULATORY CAPITAL

$       **8,347,636.00**
$\Sigma[A - B + C]$

### E. Required Capital[6]

$       300,000.00

### F. SURPLUS/(DEFICIT)

$       **8,047,636.00**
$\Sigma[D - E]$

BD II



# SECURITIES COMMISSION OF THE BAHAMAS
### The Securities Industry Act, 2011
### The Securities Industry Regulations, 2012

## FINANCIAL AND OPERATIONAL REPORT - FORM 13 [cont'd]

### TRADING STATISTICS
### As at the Quarter ended

A trading activity report must also be submitted to the Commission.                    (BSD)

**Publicly Traded Securities**

|  | **Listed** | **Unlisted** |
|---|---|---|
| **Number of trades executed:** | 27,547 | |

**Number of shares traded for the month:**

| | | |
|---|---|---|
| Buy | 157,824,585 | |
| Sell | 157,824,585 | |

**Value of shares traded for the month:**

| | | |
|---|---|---|
| Buy | 1,400,793,579 | |
| Sell | 1,400,793,579 | |

**Private Placement transactions executed for the month**

| Security | |
|---|---|
| Shares/Par Value @ Price | |
| Total Value | 0 |

**Exempt transactions executed for the month**
**(as defined in Part XIII of the Regulations)**

| Security | |
|---|---|
| Shares/Par Value @ Price | |
| Total Value | 0 |

Exchange rate used:

| Certification regarding reconciliation and segregation of client assets | | |
|---|---|---|
| The Registered Firm is in compliance with the reconciliation and segregation requirements of Division 2 of Part VII of the Regulations. | Yes (✓) | No (...)(if no, attach full details, including the actions that are being taken to rectify the problems) |

BD II

## ATTESTATION:

"I, the undersigned, hereby affirm that to the best of our information, knowledge and belief that:

a. The Applicant is currently in compliance with all the applicable provisions of the Act and these Regulations; and
b. The contents of this form and any attachments provided with this form are true, correct and not misleading."

**NAME OF SENIOR OFFICER:**     Antonio Collie

**POSITION OF OFFICER:**     CFO

**DATE:**     Feb. 09 - 2017

**SIGNATURE:**

**A fee is required to be submitted with this form. The appropriate fee can be found in the Fee Rule.**

BD II



## SECURITIES COMMISSION OF THE BAHAMAS
### The Securities Industry Act, 2011
### The Securities Industry Regulations, 2012

### FINANCIAL AND OPERATIONAL REPORT - FORM 13
For entities registed under SIA 2011 First Schedule Part II ( Dealing in Securities 1(a) & (c );
Arranging Deals in securities;   Managing Securities; Advising on Securities ) formally known as Broker Dealer II
**WARNING Intentional misstatement or failure to disclose information may constitute an offence.**
### As at the Quarter ended   Mar. 31 - 2017
Amounts should represent values only for the month/period reported.                    **(BSD)**

**NAME:** Swiss America Securitie Ltd
**DATE:** Apr. 26 2017

## 1. TANGIBLE NET WORTH

| | | |
|---|---|---:|
| Share Capital | $ | 1,000.00 |
| Additional paid-up capital | $ | 305,475.00 |
| Retained earnings | $ | 11,750,661.00 |
| Reserves | $ | - |
| **Total Shareholders' Equity** | $ | 12,057,136.00 |
| Less: Intangible Assets | $ | - |
| **TANGIBLE NET WORTH** | $ | 12,057,136.00 |

## 2. INCOME STATEMENT

**Income**

| | | |
|---|---|---:|
| Fees & Commissions | $ | 3,706,907.00 |
| Other income | $ | 299,511.00 |
| **Total Income** | $ | 4,006,418.00 |

**Expenses**

| | | |
|---|---|---:|
| Advisory fees & Commissions | $ | 771,842.00 |
| Staff costs | $ | 342,465.00 |
| Rental expense | $ | 36,218.00 |
| Professional fees | $ | 1,239,914.00 |
| Depreciation & amortization | $ | 16,731.00 |
| Other general & administrative costs | $ | 689,245.00 |
| **Total Expenses** | $ | 3,096,415.00 |
| **NET INCOME** | $ | 910,003.00 |

BD II

## 3. REGULATORY CAPITAL

### A. Qualifying Assets

Cash and cash equivalents
B$ or US$ money market funds held in The
Bahamas

| | |
|---|---|
| $ | 24,719,293.00 |

90% of the market value of securities issued
(or guaranteed) by The Bahamas Government

| | |
|---|---|
| $ | - |

90% of the market value of securities issued
by a Foreign Government[2]

| | |
|---|---|
| $ | - |

75% of the market value of marketable
securities quoted on a recognized securities
exchange[3]

| | |
|---|---|
| $ | - |

Other assets as considered by the Commission

| | |
|---|---|
| $ | - |

**Total Qualifying Assets**

| | |
|---|---|
| $ | 24,719,293.00 |
| | Σ[A] |

### B. Deductions

Total liabilities

| | |
|---|---|
| $ | 17,859,965.00 |

Aggregate deductible amounts provided for in
the firm's insurance policies in respect of
professional indemnity, employee fidelity and
theft, or any other such appropriate policies of
indemnity insurance.

| | |
|---|---|
| $ | 50,000.00 |

**Total Deductions**

| | |
|---|---|
| $ | 17,909,965.00 |
| | Σ[B] |

### C. Loan Capital and Capital Advances

Loans from financial institutions and
advances from affiliates[4] provided they are
subject to a formal subordination agreement[5]

### D. NET FREE REGULATORY CAPITAL

| | |
|---|---|
| $ | 6,809,328.00 |
| | Σ[A - B + C] |

### E. Required Capital[6]

| | |
|---|---|
| $ | 300,000.00 |

### F. SURPLUS/(DEFICIT)

| | |
|---|---|
| $ | 6,509,328.00 |
| | Σ[D - E] |



**SECURITIES COMMISSION OF THE BAHAMAS**

## The Securities Industry Act, 2011
### The Securities Industry Regulations, 2012

### FINANCIAL AND OPERATIONAL REPORT - FORM 13 [cont'd]

### TRADING STATISTICS
#### As at the Quarter ended

A trading activity report must also be submitted to the Commission.                    (BSD)

**Publicly Traded Securities**

|                                   | **Listed** | **Unlisted** |
|-----------------------------------|------------|--------------|
| **Number of trades executed:**    | 26,762     |              |

**Number of shares traded for the month:**

| | | |
|--|--|--|
| *Buy*  | 149,412,147 | see attached trade summary |
| *Sell* | 149,412,147 | |

**Value of shares traded for the month:**

| | | |
|--|--|--|
| *Buy*  | 1,289,013,043 | see attached trade summary |
| *Sell* | 1,289,013,043 | |

**Private Placement transactions executed for the month**

| Security | |
|---|---|
| Shares/Par Value @ Price | |
| Total Value | 0 |

**Exempt transactions executed for the month**
**(as defined in Part XIII of the Regulations)**

| Security | |
|---|---|
| Shares/Par Value @ Price | |
| Total Value | 0 |

Exchange rate used:

| Certification regarding reconciliation and segregation of client assets | | |
|---|---|---|
| The Registered Firm is in compliance with the reconciliation and segregation requirements of Division 2 of Part VII of the Regulations. | Yes (√) | No (...)(if no, attach full details, including the actions that are being taken to rectify the problems) |

## ATTESTATION:

"I, the undersigned, hereby affirm that to the best of our information, knowledge and belief that:

3                                                                                          BD II

a. The Applicant is currently in compliance with all the applicable provisions of the Act and these Regulations; and
b. The contents of this form and any attachments provided with this form are true, correct and not misleading."

**NAME OF SENIOR OFFICER:**        Antonio Collie

**POSITION OF OFFICER:**        CFO

**DATE:**        Apr- 26- 2017

**SIGNATURE:**

**A fee is required to be submitted with this form. The appropriate fee can be found in the Fee Rule.**

4



**SECURITIES COMMISSION OF THE BAHAMAS**
**The Securities Industry Act, 2011**
**The Securities Industry Regulations, 2012**

**FINANCIAL AND OPERATIONAL REPORT - FORM 13**
For entities registed under SIA 2011 First Schedule Part II ( Dealing in Securities 1(a) & (c ),
Arranging Deals in securities;  Managing Securities; Advising on Securities ) formally known as Broker Dealer II
**WARNING Intentional misstatement or failure to disclose information may constitute an offence.**
**As at the Quarter ended** June 30th 2017

Amounts should represent values only for the month/period reported.                                    **(BSD)**

**NAME:**
**DATE:**

**1. TANGIBLE NET WORTH**

| | | |
|---|---|---:|
| Share Capital | $ | 1,000.00 |
| Additional paid-up capital | $ | 305,475.00 |
| Retained earnings | $ | 15,019,128.00 |
| Reserves | $ | - |
| **Total Shareholders' Equity** | $ | 15,325,603.00 |
| Less: Intangible Assets | $ | - |
| **TANGIBLE NET WORTH** | $ | **15,325,603.00** |

**2. INCOME STATEMENT**

**Income**

| | | |
|---|---|---:|
| Fees & Commissions | $ | 5,295,595.00 |
| Other income | $ | 781,202.00 |
| **Total Income** | $ | 6,076,797.00 |

**Expenses**

| | | |
|---|---|---:|
| Advisory fees & Commissions | $ | 1,073,702.00 |
| Staff costs | $ | 283,954.00 |
| Rental expense | $ | 33,068.00 |
| Professional fees | $ | 1,256,060.00 |
| Depreciation & amortization | $ | 20,292.00 |
| Other general & administrative costs | $ | 519,038.00 |
| **Total Expenses** | $ | 3,186,114.00 |
| **NET INCOME** | $ | **2,890,683.00** |

1                                                                                    BD II

## 3. REGULATORY CAPITAL

### A. Qualifying Assets

Cash and cash equivalents
BS or US$ money market funds held in The Bahamas

| | | |
|---|---|---|
| | $ | 27,121,737.87 |

90% of the market value of securities issued (or  guaranteed) by The Bahamas Government

| | | |
|---|---|---|
| | $ | - |

90% of the market value of securities issued by a   Foreign Government[2]

| | | |
|---|---|---|
| | $ | - |

75% of the market value of marketable securities  quoted on a recognized securities exchange[3]

| | | |
|---|---|---|
| | $ | - |

Other assets as considered by the Commission

| | | |
|---|---|---|
| | $ | - |

**Total Qualifying Assets**

| | | |
|---|---|---|
| | $ | 27,121,737.87 |
| | | Σ[A] |

### B. Deductions

Total liabilities

| | | |
|---|---|---|
| | $ | 19,407,684.00 |

Aggregate deductible amounts provided for in the firm's insurance policies in respect of professional indemnity, employee fidelity and theft, or any other such appropriate policies of indemnity insurance.

| | | |
|---|---|---|
| | $ | 50,000.00 |

**Total Deductions**

| | | |
|---|---|---|
| | $ | 19,457,684.00 |
| | | Σ[B] |

### C. Loan Capital and Capital Advances

Loans from financial institutions and advances from affiliates[4] provided they are subject to a formal subordination agreement[5]

### D. NET FREE REGULATORY CAPITAL

| | | |
|---|---|---|
| | $ | 7,664,053.87 |
| | | Σ[A - B + C] |

### E. Required Capital[6]

| | | |
|---|---|---|
| | $ | 300,000.00 |

### F. SURPLUS/(DEFICIT)

| | | |
|---|---|---|
| | $ | 7,364,053.87 |
| | | Σ[D - E] |

**SECURITIES COMMISSION OF THE BAHAMAS**

BD II

**The Securities Industry Act, 2011**
**The Securities Industry Regulations, 2012**

## FINANCIAL AND OPERATIONAL REPORT - FORM 13 [cont'd]

### TRADING STATISTICS
**As at the Quarter ended** June 30th 2017

A trading activity report must also be submitted to the Commission.                    **(BSD)**

**Publicly Traded Securities**

|  | **Listed** | **Unlisted** |
|---|---|---|
| **Number of trades executed:** | 26,562 | |

**Number of shares traded for the month:**

| | | | |
|---|---|---|---|
| | Buy | 140,979,899 | see attached trade summary |
| | Sell | 140,979,899 | |

**Value of shares traded for the month:**

| | | | |
|---|---|---|---|
| | Buy | 1,330,041,823 | see attached trade summary |
| | Sell | 1,330,041,823 | |

**Private Placement transactions executed for the month**

| Security | |
|---|---|
| Shares/Par Value @ Price | |
| Total Value | 0 |

**Exempt transactions executed for the month**
**(as defined in Part XIII of the Regulations)**

| Security | |
|---|---|
| Shares/Par Value @ Price | |
| Total Value | 0 |

**Exchange rate used:**

| Certification regarding reconciliation and segregation of client assets | | |
|---|---|---|
| The Registered Firm is in compliance with the reconciliation and segregation requirements of Division 2 of Part VII of the Regulations. | Yes (✓) | No (…)(if no, attach full details, including the actions that are being taken to rectify the problems) |

**ATTESTATION:**

"I, the undersigned, hereby affirm that to the best of our information, knowledge and belief that:

BD II

a. The Applicant is currently in compliance with all the applicable provisions of the Act and these Regulations; and

b. The contents of this form and any attachments provided with this form are true, correct and not misleading."

**NAME OF SENIOR OFFICER:**    Antonio S. Collie

**POSITION OF OFFICER:**    CFO

**DATE:**    July 27th 2017

**SIGNATURE:**

A fee is required to be submitted with this form. The appropriate fee can be found in the Fee Rule.

BD II



## SECURITIES COMMISSION OF THE BAHAMAS
### The Securities Industry Act, 2011
### The Securities Industry Regulations, 2012

### FINANCIAL AND OPERATIONAL REPORT - FORM 13

For entities registed under SIA 2011 First Schedule Part II ( Dealing in Securities 1(a) & (c );

Arranging Deals in securities;  Managing Securities; Advising on Securities ) formally known as Broker Dealer II

**WARNING Intentional misstatement or failure to disclose information may constitute an offence.**

As at the Quarter ended  Sept 30 2017

Amounts should represent values only for the month/period reported.

(BSD)

**NAME:**
**DATE:**

## I. TANGIBLE NET WORTH

| | | |
|---|---|---:|
| Share Capital | $ | 1,000.00 |
| Additional paid-up capital | $ | 305,475.00 |
| Retained earnings | $ | 16,577,959.00 |
| Reserves | $ | - |
| **Total Shareholders' Equity** | $ | 16,884,434.00 |
| Less: Intangible Assets | $ | - |
| **TANGIBLE NET WORTH** | $ | 16,884,434.00 |

## 2. INCOME STATEMENT

**Income**

| | | |
|---|---|---:|
| Fees & Commissions | $ | 4,689,777.00 |
| Other income | $ | 444,319.00 |
| **Total Income** | $ | 5,134,096.00 |

**Expenses**

| | | |
|---|---|---:|
| Advisory fees & Commissions | $ | 1,069,068.00 |
| Staff costs | $ | 491,410.00 |
| Rental expense | $ | 45,060.00 |
| Professional fees | $ | 1,249,850.00 |
| Depreciation & amortization | $ | 18,416.00 |
| Other general & administrative costs | $ | 532,493.00 |
| **Total Expenses** | $ | 3,406,297.00 |
| **NET INCOME** | $ | 1,727,799.00 |

BD II

3. **REGULATORY CAPITAL**

**A. Qualifying Assets**
Cash and cash equivalents
B$ or US$ money market funds held in The
Bahamas

| | |
|---|---|
| $ | 30,324,772.00 |

90% of the market value of securities issued
(or guaranteed) by The Bahamas Government

| | |
|---|---|
| $ | - |

90% of the market value of securities issued
by a Foreign Government[2]

| | |
|---|---|
| $ | - |

75% of the market value of marketable
securities quoted on a recognized securities
exchange[3]

| | |
|---|---|
| $ | - |

Other assets as considered by the Commission

| | |
|---|---|
| $ | - |

**Total Qualifying Assets**

| | |
|---|---|
| $ | 30,324,772.00 |
| | Σ[A] |

**B. Deductions**
Total liabilities

| | |
|---|---|
| $ | 21,641,933.00 |

Aggregate deductible amounts provided for in
the firm's insurance policies in respect of
professional indemnity, employee fidelity and
theft, or any other such appropriate policies of
indemnity insurance.

| | |
|---|---|
| $ | 50,000.00 |

**Total Deductions**

| | |
|---|---|
| $ | 21,691,933.00 |
| | Σ[B] |

**C. Loan Capital and Capital Advances**
Loans from financial institutions and
advances from affiliates[4] provided they are
subject to a formal subordination agreement[5]

**D. NET FREE REGULATORY CAPITAL**

| | |
|---|---|
| $ | 8,632,839.00 |
| | Σ[A - B + C] |

**E. Required Capital[6]**

| | |
|---|---|
| $ | 300,000.00 |

**F. SURPLUS/(DEFICIT)**

| | |
|---|---|
| $ | 8,332,839.00 |
| | Σ[D - E] |

SECURITIES COMMISSION OF THE BAHAMAS

BD II

The Securities Industry Act, 2011
The Securities Industry Regulations, 2012

## FINANCIAL AND OPERATIONAL REPORT - FORM 13 [cont'd]

### TRADING STATISTICS
**As at the Quarter ended** Sept 30, 2017

A trading activity report must also be submitted to the Commission.                                    **(BSD)**

**Publicly Traded Securities**

|  | Listed | Unlisted |
|---|---|---|
| **Number of trades executed:** | 23,851 | |

**Number of shares traded for the month:**

| | | | |
|---|---|---|---|
| | *Buy* | 121,120,577 | see attached trade summary |
| | *Sell* | 121,120,577 | |

**Value of shares traded for the month:**

| | | | |
|---|---|---|---|
| | *Buy* | 1,475,096,443 | see attached trade summary |
| | *Sell* | 1,475,096,443 | |

**Private Placement transactions executed for the month**

| Security | |
|---|---|
| Shares/Par Value @ Price | |
| Total Value | 0 |

**Exempt transactions executed for the month**
**(as defined in Part XIII of the Regulations)**

| Security | |
|---|---|
| Shares/Par Value @ Price | |
| Total Value | 0 |

Exchange rate used:

| Certification regarding reconciliation and segregation of client assets | | |
|---|---|---|
| The Registered Firm is in compliance with the reconciliation and segregation requirements of Division 2 of Part VII of the Regulations. | Yes (✓) | No (...)(if no, attach full details, including the actions that are being taken to rectify the problems) |

## ATTESTATION:

"I, the undersigned, hereby affirm that to the best of our information, knowledge and belief that:

3                                                                                    BD II

a. The Applicant is currently in compliance with all the applicable provisions of the Act and these Regulations; and

b. The contents of this form and any attachments provided with this form are true, correct and not misleading."

**NAME OF SENIOR OFFICER:**    Antonio S. Collie

**POSITION OF OFFICER:**    CFO

**DATE:**    Oct. 31st 2017

**SIGNATURE:**

A fee is required to be submitted with this form. The appropriate fee can be found in the Fee Rule.

4

BD II



## SECURITIES COMMISSION OF THE BAHAMAS
### The Securities Industry Act, 2011
### The Securities Industry Regulations, 2012

### FINANCIAL AND OPERATIONAL REPORT - FORM 13
For entities registed under SIA 2011 First Schedule Part II ( Dealing in Securities 1(a) & (c );
Arranging Deals in securities;  Managing Securities; Advising on Securities ) formally known as Broker Dealer II
### WARNING Intentional misstatement or failure to disclose information may constitute an offence.
### As at the Quarter ended   Dec. 31, 2017
Amounts should represent values only for the month/period reported.                    **(BSD)**

NAME:
DATE:

### 1. TANGIBLE NET WORTH

| | | |
|---|---|---:|
| Share Capital | $ | 1,000.00 |
| Additional paid-up capital | $ | 305,475.00 |
| Retained earnings | $ | 19,502,529.00 |
| Reserves | $ | - |
| **Total Shareholders' Equity** | $ | 19,809,004.00 |
| Less: Intangible Assets | $ | - |
| **TANGIBLE NET WORTH** | $ | **19,809,004.00** |

### 2. INCOME STATEMENT
**Income**

| | | |
|---|---|---:|
| Fees & Commissions | $ | 5,640,419.00 |
| Other income | $ | 550,133.00 |
| **Total Income** | $ | **6,190,552.00** |

**Expenses**

| | | |
|---|---|---:|
| Advisory fees & Commissions | $ | 1,173,003.00 |
| Staff costs | $ | 966,458.00 |
| Rental expense | $ | 44,420.00 |
| Professional fees | $ | 1,229,925.00 |
| Depreciation & amortization | $ | 17,946.00 |
| Other general & administrative costs | $ | 668,314.00 |
| **Total Expenses** | $ | 4,100,066.00 |

| | | |
|---|---|---:|
| **NET INCOME** | $ | **2,090,486.00** |

## 3. REGULATORY CAPITAL

### A. Qualifying Assets

Cash and cash equivalents
BS or US$ money market funds held in The Bahamas

$ 33,723,096.00

90% of the market value of securities issued (or guaranteed) by The Bahamas Government

$ -

90% of the market value of securities issued by a Foreign Government[2]

$ -

75% of the market value of marketable securities quoted on a recognized securities exchange[3]

$ -

Other assets as considered by the Commission

$ -

**Total Qualifying Assets**

$ 33,723,096.00
Σ[A]

### B. Deductions

Total liabilities

$ 23,814,538.00

Aggregate deductible amounts provided for in the firm's insurance policies in respect of professional indemnity, employee fidelity and theft, or any other such appropriate policies of indemnity insurance.

$ 50,000.00

**Total Deductions**

$ 23,864,538.00
Σ[B]

### C. Loan Capital and Capital Advances

Loans from financial institutions and advances from affiliates[4] provided they are subject to a formal subordination agreement[5]

### D. NET FREE REGULATORY CAPITAL

$ 9,858,558.00
Σ[A - B + C]

### E. Required Capital[6]

$ 300,000.00

### F. SURPLUS/(DEFICIT)

$ 9,558,558.00
Σ[D - E]

**SECURITIES COMMISSION OF THE BAHAMAS**

BD II

**The Securities Industry Act, 2011**
**The Securities Industry Regulations, 2012**

## FINANCIAL AND OPERATIONAL REPORT - FORM 13 [cont'd]

### TRADING STATISTICS
**As at the Quarter ended** Dec. 31 - 2017

A trading activity report must also be submitted to the Commission.                                    **(BSD)**

**Publicly Traded Securities**

|  | Listed | Unlisted |
|---|---|---|
| **Number of trades executed:** | 25,577 | |

**Number of shares traded for the month:**

| | | |
|---|---|---|
| Buy | 150,583,490 | see attached trade summary |
| Sell | 150,583,490 | |

**Value of shares traded for the month:**

| | | |
|---|---|---|
| Buy | 1,322,368,687 | see attached trade summary |
| Sell | 1,322,368,687 | |

**Private Placement transactions executed for the month**

| Security | |
|---|---|
| Shares/Par Value @ Price | |
| Total Value | 0 |

**Exempt transactions executed for the month**
**(as defined in Part XIII of the Regulations)**

| Security | |
|---|---|
| Shares/Par Value @ Price | |
| Total Value | 0 |

**Exchange rate used:**

| Certification regarding reconciliation and segregation of client assets | | |
|---|---|---|
| The Registered Firm is in compliance with the reconciliation and segregation requirements of Division 2 of Part VII of the Regulations. | Yes (.V.) | No (...)(if no, attach full details, including the actions that are being taken to rectify the problems) |

## ATTESTATION:

"I, the undersigned, hereby affirm that to the best of our information, knowledge and belief that:

BD II

a. The Applicant is currently in compliance with all the applicable provisions of the Act and these Regulations; and

b. The contents of this form and any attachments provided with this form are true, correct and not misleading."

**NAME OF SENIOR OFFICER:**    Antonio S. Collie

**POSITION OF OFFICER:**    CFO

**DATE:**    Jan. 30 - 2018

**SIGNATURE:**

**A fee is required to be submitted with this form. The appropriate fee can be found in the Fee Rule.**

BD II



**SECURITIES COMMISSION OF THE BAHAMAS**
**The Securities Industry Act, 2011**
**The Securities Industry Regulations, 2012**

**FINANCIAL AND OPERATIONAL REPORT - FORM 13**

For entities registed under SIA 2011 First Schedule Part II ( Dealing in Securities 1(a) & (c );
Arranging Deals in securities;   Managing Securities; Advising on Securities ) formally known as Broker Dealer II

**WARNING Intentional misstatement or failure to disclose information may constitute an offence.**

**As at the Quarter ended** Mar. 31-2018

Amounts should represent values only for the month/period reported.                    **(BSD)**

**NAME:**
**DATE:**

**1. TANGIBLE NET WORTH**

| | | |
|---|---|---:|
| Share Capital | $ | 1,000.00 |
| Additional paid-up capital | $ | 305,475.00 |
| Retained earnings | $ | 18,215,814.00 |
| Reserves | $ | - |
| **Total Shareholders' Equity** | $ | 18,522,289.00 |
| Less: Intangible Assets | $ | - |
| **TANGIBLE NET WORTH** | $ | 18,522,289.00 |

**2. INCOME STATEMENT**

| | | |
|---|---|---:|
| **Income** | | |
| Fees & Commissions | $ | 5,341,551.00 |
| Other income | $ | (1,299,449.00) |
| **Total Income** | $ | 4,042,102.00 |
| **Expenses** | | |
| Advisory fees & Commissions | $ | 1,706,298.00 |
| Staff costs | $ | 590,385.00 |
| Rental expense | $ | 48,037.00 |
| Professional fees | $ | 1,282,548.00 |
| Depreciation & amortization | $ | 17,839.00 |
| Other general & administrative costs | $ | 656,858.00 |
| **Total Expenses** | $ | 4,301,965.00 |
| **NET INCOME** | $ | (259,863.00) |

BD II

## 3. REGULATORY CAPITAL

### A. Qualifying Assets

Cash and cash equivalents
B$ or US$ money market funds held in The Bahamas

| | |
|---|---|
| $ | 35,320,467.58 |

90% of the market value of securities issued (or  guaranteed) by The Bahamas Government

| | |
|---|---|
| $ | - |

90% of the market value of securities issued by a  Foreign Government[2]

| | |
|---|---|
| $ | - |

75% of the market value of marketable securities  quoted on a recognized securities exchange[3]

| | |
|---|---|
| $ | - |

Other assets as considered by the Commission

| | |
|---|---|
| $ | - |

**Total Qualifying Assets**

| | |
|---|---|
| $ | 35,320,467.58 |
| | Σ[A] |

### B. Deductions

Total liabilities

| | |
|---|---|
| $ | 27,804,588.00 |

Aggregate deductible amounts provided for in the firm's insurance policies in respect of professional indemnity, employee fidelity and theft, or any other such appropriate policies of indemnity insurance.

| | |
|---|---|
| $ | 50,000.00 |

**Total Deductions**

| | |
|---|---|
| $ | 27,854,588.00 |
| | Σ[B] |

### C. Loan Capital and Capital Advances

Loans from financial institutions and advances from affiliates[4] provided they are subject to a formal subordination agreement[5]

### D. NET FREE REGULATORY CAPITAL

| | |
|---|---|
| $ | 7,465,879.58 |
| | Σ[A - B + C] |

### E. Required Capital[6]

| | |
|---|---|
| $ | 300,000.00 |

### F. SURPLUS/(DEFICIT)

| | |
|---|---|
| $ | 7,165,879.58 |
| | Σ[D - E] |

**SECURITIES COMMISSION OF THE BAHAMAS**

BD II

**The Securities Industry Act, 2011**
**The Securities Industry Regulations, 2012**

## FINANCIAL AND OPERATIONAL REPORT - FORM 13 [cont'd]

### TRADING STATISTICS
**As at the Quarter ended** May-31-2018

A trading activity report must also be submitted to the Commission.                                   (BSD)

**Publicly Traded Securities**

|                                  | **Listed** | **Unlisted** |
|----------------------------------|------------|--------------|
| **Number of trades executed:**   | 28,024     |              |

**Number of shares traded for the month:**

|        |             |                            |
|--------|-------------|----------------------------|
| Buy    | 155,904,320 | see attached trade summary |
| Sell   | 155,904,320 |                            |

**Value of shares traded for the month:**

|        |               |                            |
|--------|---------------|----------------------------|
| Buy    | 1,921,732,303 | see attached trade summary |
| Sell   | 1,921,732,303 |                            |

**Private Placement transactions executed for the month**

| Security                 |   |
|--------------------------|---|
| Shares/Par Value @ Price |   |
| Total Value              | 0 |

**Exempt transactions executed for the month**
**(as defined in Part XIII of the Regulations)**

| Security                 |   |
|--------------------------|---|
| Shares/Par Value @ Price |   |
| Total Value              | 0 |

**Exchange rate used:**

| Certification regarding reconciliation and segregation of client assets | | |
|---|---|---|
| The Registered Firm is in compliance with the reconciliation and segregation requirements of Division 2 of Part VII of the Regulations. | Yes (.✓.) | No (...)(if no, attach full details, including the actions that are being taken to rectify the problems) |

**ATTESTATION:**

"I, the undersigned, hereby affirm that to the best of our information, knowledge and belief that:

a. The Applicant is currently in compliance with all the applicable provisions of the Act and these Regulations; and

b. The contents of this form and any attachments provided with this form are true, correct and not misleading."

**NAME OF SENIOR OFFICER:**   Antonio S. Collie

**POSITION OF OFFICER:**   CFO

**DATE:**   April 29 2018

**SIGNATURE:**

**A fee is required to be submitted with this form. The appropriate fee can be found in the Fee Rule.**

BD II



## SECURITIES COMMISSION OF THE BAHAMAS
### The Securities Industry Act, 2011
### The Securities Industry Regulations, 2012

### FINANCIAL AND OPERATIONAL REPORT - FORM 13
For entities registed under SIA 2011 First Schedule Part II ( Dealing in Securities 1(a) & (c );
Arranging Deals in securities;   Managing Securities; Advising on Securities ) formally known as Broker Dealer II
**WARNING Intentional misstatement or failure to disclose information may constitute an offence.**
**As at the Quarter ended**   Jun-30-2018
Amounts should represent values only for the month/period reported.                                    **(BSD)**

NAME:
DATE:

## 1. TANGIBLE NET WORTH

| | | |
|---|---|---:|
| Share Capital | $ | 1,000.00 |
| Additional paid-up capital | $ | 305,475.00 |
| Retained earnings | $ | 16,652,927.00 |
| Reserves | $ | - |
| **Total Shareholders' Equity** | $ | 16,959,402.00 |
| Less: Intangible Assets | $ | - |
| **TANGIBLE NET WORTH** | $ | 16,959,402.00 |

## 2. INCOME STATEMENT

**Income**

| | | |
|---|---|---:|
| Fees & Commissions | $ | 5,190,126.00 |
| Other income | $ | (882,601.00) |
| **Total Income** | $ | 4,307,525.00 |

**Expenses**

| | | |
|---|---|---:|
| Advisory fees & Commissions | $ | 1,565,557.00 |
| Staff costs | $ | 475,571.00 |
| Rental expense | $ | 43,409.00 |
| Professional fees | $ | 1,175,166.00 |
| Depreciation & amortization | $ | 18,345.00 |
| Other general & administrative costs | $ | 510,410.00 |
| **Total Expenses** | $ | 3,788,458.00 |
| **NET INCOME** | $ | 519,067.00 |

1

BD II

## 3. REGULATORY CAPITAL

### A. Qualifying Assets

Cash and cash equivalents
B$ or US$ money market funds held in The
Bahamas

|  | |
|---|---|
| $ | 36,005,345.00 |

90% of the market value of securities issued
(or guaranteed) by The Bahamas Government

| $ | - |
|---|---|

90% of the market value of securities issued
by a Foreign Government[2]

| $ | - |
|---|---|

75% of the market value of marketable
securities quoted on a recognized securities
exchange[3]

| $ | - |
|---|---|

Other assets as considered by the Commission

| $ | - |
|---|---|

**Total Qualifying Assets**

| $ | 36,005,345.00 |
|---|---|
| | Σ[A] |

### B. Deductions

Total liabilities

| $ | 24,773,620.00 |
|---|---|

Aggregate deductible amounts provided for in
the firm's insurance policies in respect of
professional indemnity, employee fidelity and
theft, or any other such appropriate policies of
indemnity insurance.

| $ | 50,000.00 |
|---|---|

**Total Deductions**

| $ | 24,823,620.00 |
|---|---|
| | Σ[B] |

### C. Loan Capital and Capital Advances

Loans from financial institutions and
advances from affiliates[4] provided they are
subject to a formal subordination agreement[5]

### D. NET FREE REGULATORY CAPITAL

| $ | 11,181,725.00 |
|---|---|
| | Σ[A - B + C] |

### E. Required Capital[6]

| $ | 300,000.00 |
|---|---|

### F. SURPLUS/(DEFICIT)

| $ | 10,881,725.00 |
|---|---|
| | Σ[D - E] |

**SECURITIES COMMISSION OF THE BAHAMAS**

BD II

**The Securities Industry Act, 2011**
**The Securities Industry Regulations, 2012**

**FINANCIAL AND OPERATIONAL REPORT - FORM 13 [cont'd]**

**TRADING STATISTICS**
**As at the Quarter ended** Jun. 30-2018

A trading activity report must also be submitted to the Commission.                              (BSD)

**Publicly Traded Securities**

|                          | Listed | Unlisted |
|--------------------------|--------|----------|
| **Number of trades executed:** | 32,367 |          |

**Number of shares traded for the month:**

| | | |
|---|---|---|
| Buy | 161,831,236 | see attached trade summary |
| Sell | 161,831,236 | |

**Value of shares traded for the month:**

| | | |
|---|---|---|
| Buy | 2,048,286,846 | see attached trade summary |
| Sell | 2,048,286,846 | |

**Private Placement transactions executed for the month**

| Security | |
|----------|---|
| Shares/Par Value @ Price | |
| Total Value | 0 |

**Exempt transactions executed for the month**
**(as defined in Part XIII of the Regulations)**

| Security | |
|----------|---|
| Shares/Par Value @ Price | |
| Total Value | 0 |

**Exchange rate used:**

| Certification regarding reconciliation and segregation of client assets | | |
|---|---|---|
| The Registered Firm is in compliance with the reconciliation and segregation requirements of Division 2 of Part VII of the Regulations. | Yes (√.) | No (…)(if no, attach full details, including the actions that are being taken to rectify the problems) |

**ATTESTATION:**

"I, the undersigned, hereby affirm that to the best of our information, knowledge and belief that:

BD II

a. The Applicant is currently in compliance with all the applicable provisions of the Act and these Regulations; and

b. The contents of this form and any attachments provided with this form are true, correct and not misleading."

**NAME OF SENIOR OFFICER:**     Antonio S. Collie

**POSITION OF OFFICER:**     CFO

**DATE:**     July 31st 2018

**SIGNATURE:**

A fee is required to be submitted with this form. The appropriate fee can be found in the Fee Rule.

BD II



## SECURITIES COMMISSION OF THE BAHAMAS
### The Securities Industry Act, 2011
### The Securities Industry Regulations, 2012

### FINANCIAL AND OPERATIONAL REPORT - FORM 13
For entities registed under SIA 2011 First Schedule Part II ( Dealing in Securities 1(a) & (c );
Arranging Deals in securities;  Managing Securities; Advising on Securities ) formally known as Broker Dealer II
### WARNING Intentional misstatement or failure to disclose information may constitute an offence.
### As at the Quarter ended  Sept. 30. 2018

Amounts should represent values only for the month/period reported.                              (BSD)

NAME:
DATE:

## 1. TANGIBLE NET WORTH

| | | |
|---|---|---:|
| Share Capital | $ | 1,000.00 |
| Additional paid-up capital | $ | 305,475.00 |
| Retained earnings | $ | 23,390,691.00 |
| Reserves | $ | - |
| **Total Shareholders' Equity** | $ | 23,697,166.00 |
| Less: Intangible Assets | $ | - |
| **TANGIBLE NET WORTH** | $ | **23,697,166.00** |

## 2. INCOME STATEMENT

**Income**

| | | |
|---|---|---:|
| Fees & Commissions | $ | 4,653,849.00 |
| Other income | $ | 6,368,198.00 |
| **Total Income** | $ | **11,022,047.00** |

**Expenses**

| | | |
|---|---|---:|
| Advisory fees & Commissions | $ | 1,407,144.00 |
| Staff costs | $ | 501,080.00 |
| Rental expense | $ | 38,344.00 |
| Professional fees | $ | 1,213,362.00 |
| Depreciation & amortization | $ | 18,441.00 |
| Other general & administrative costs | $ | 823,580.00 |
| **Total Expenses** | $ | 4,001,951.00 |
| **NET INCOME** | $ | **7,020,096.00** |

BD II

## 3. REGULATORY CAPITAL

### A. Qualifying Assets

Cash and cash equivalents
BS or US$ money market funds held in The
Bahamas $ 42,901,621.00

90% of the market value of securities issued
(or  guaranteed) by The Bahamas Government $ -
90% of the market value of securities issued
by a  Foreign Government[2] $ -
75% of the market value of marketable
securities  quoted on a recognized securities
exchange[3] $ -

Other assets as considered by the Commission $ -

**Total Qualifying Assets** $ 42,901,621.00
Σ[A]

### B. Deductions

Total liabilities $ 25,143,753.00
Aggregate deductible amounts provided for in
the firm's insurance policies in respect of
professional indemnity, employee fidelity and
theft, or any other such appropriate policies of
indemnity insurance. $ 50,000.00

**Total Deductions** $ 25,193,753.00
Σ[B]

### C. Loan Capital and Capital Advances

Loans from financial institutions and
advances from affiliates[4] provided they are
subject to a formal subordination agreement[5]

### D. NET FREE REGULATORY CAPITAL $ 17,707,868.00
Σ[A - B + C]

### E. Required Capital[6] $ 300,000.00

### F. SURPLUS/(DEFICIT) $ 17,407,868.00
Σ[D - E]

SECURITIES COMMISSION OF THE BAHAMAS

BD II

**The Securities Industry Act, 2011**
**The Securities Industry Regulations, 2012**

## FINANCIAL AND OPERATIONAL REPORT - FORM 13 [cont'd]

**TRADING STATISTICS**
**As at the Quarter ended** Sept. 30. 2018

A trading activity report must also be submitted to the Commission.                          **(BSD)**

**Publicly Traded Securities**

|                                | | **Listed** | **Unlisted** |
|--------------------------------|---|------------|--------------|
| **Number of trades executed:** | | 27,329 |  |

**Number of shares traded for the month:**

| | | | |
|---|------|-----------|---|
| | *Buy* | 116,722,080 | see attached trade summary |
| | *Sell* | 116,722,080 | |

**Value of shares traded for the month:**

| | | | |
|---|------|-------------|---|
| | *Buy* | 1,531,211,240 | see attached trade summary |
| | *Sell* | 1,531,211,240 | |

**Private Placement transactions executed for the month**

| | |
|---|---|
| Security | |
| Shares/Par Value @ Price | |
| Total Value | 0 |

**Exempt transactions executed for the month**
**(as defined in Part XIII of the Regulations)**

| | |
|---|---|
| Security | |
| Shares/Par Value @ Price | |
| Total Value | 0 |

**Exchange rate used:**

| Certification regarding reconciliation and segregation of client assets | | |
|---|---|---|
| The Registered Firm is in compliance with the reconciliation and segregation requirements of Division 2 of Part VII of the Regulations. | Yes (✓) | No (…)(if no, attach full details, including the actions that are being taken to rectify the problems) |

## ATTESTATION:

"I, the undersigned, hereby affirm that to the best of our information, knowledge and belief that:

a. The Applicant is currently in compliance with all the applicable provisions of the Act and these Regulations; and

b. The contents of this form and any attachments provided with this form are true, correct and not misleading."

**NAME OF SENIOR OFFICER:**     Antonio S. Collie

**POSITION OF OFFICER:**     CFO

**DATE:**     Oct. 30- 2018

**SIGNATURE:**

A fee is required to be submitted with this form. The appropriate fee can be found in the Fee Rule.

4

BD II



**SECURITIES COMMISSION OF THE BAHAMAS**
**The Securities Industry Act, 2011**
**The Securities Industry Regulations, 2012**

**FINANCIAL AND OPERATIONAL REPORT - FORM 13**
For entities registed under SIA 2011 First Schedule Part II ( Dealing in Securities 1(a) & (c );
Arranging Deals in securities;   Managing Securities; Advising on Securities ) formally known as Broker Dealer II
**WARNING Intentional misstatement or failure to disclose information may constitute an offence.**
**As at the Quarter ended** Dec. 31ST 2018
Amounts should represent values only for the month/period reported.                    (BSD)

NAME:
DATE:

**1. TANGIBLE NET WORTH**

| | | |
|---|---|---|
| Share Capital | $ | 1,000.00 |
| Additional paid-up capital | $ | 305,475.00 |
| Retained earnings | $ | 19,130,249.00 |
| Reserves | $ | - |
| **Total Shareholders' Equity** | $ | 19,436,724.00 |
| Less: Intangible Assets | $ | - |
| **TANGIBLE NET WORTH** | $ | **19,436,724.00** |

**2. INCOME STATEMENT**

Income

| | | |
|---|---|---|
| Fees & Commissions | $ | 5,127,360.00 |
| Other income | $ | (851,063.00) |
| **Total Income** | $ | **4,276,297.00** |

Expenses

| | | |
|---|---|---|
| Advisory fees & Commissions | $ | 1,269,516.00 |
| Staff costs | $ | 672,345.00 |
| Rental expense | $ | 38,045.00 |
| Professional fees | $ | 1,354,245.00 |
| Depreciation & amortization | $ | 18,710.00 |
| Other general & administrative costs | $ | 664,628.00 |
| **Total Expenses** | $ | **4,017,489.00** |
| **NET INCOME** | $ | **258,808.00** |

BD II

## 3. REGULATORY CAPITAL

### A. Qualifying Assets

Cash and cash equivalents
B$ or US$ money market funds held in The
Bahamas | $ | 46,339,593.00

90% of the market value of securities issued
(or guaranteed) by The Bahamas Government | $ | -
90% of the market value of securities issued
by a Foreign Government[2] | $ | -
75% of the market value of marketable
securities quoted on a recognized securities
exchange[3] | $ | -

Other assets as considered by the Commission | $ | -

**Total Qualifying Assets** | $ | 46,339,593.00
| | Σ[A]

### B. Deductions

Total liabilities | $ | 32,427,323.00
Aggregate deductible amounts provided for in
the firm's insurance policies in respect of
professional indemnity, employee fidelity and
theft, or any other such appropriate policies of
indemnity insurance. | $ | 50,000.00

**Total Deductions** | $ | 32,477,323.00
| | Σ[B]

### C. Loan Capital and Capital Advances

Loans from financial institutions and
advances from affiliates[4] provided they are
subject to a formal subordination agreement[5]

### D. NET FREE REGULATORY CAPITAL | $ | 13,862,270.00
| | Σ[A - B + C]

### E. Required Capital[6] | $ | 300,000.00

### F. SURPLUS/(DEFICIT) | $ | 13,562,270.00
| | Σ[D - E]

SECURITIES COMMISSION OF THE BAHAMAS

**The Securities Industry Act, 2011**
**The Securities Industry Regulations, 2012**

**FINANCIAL AND OPERATIONAL REPORT - FORM 13 [cont'd]**

**TRADING STATISTICS**
**As at the Quarter ended** Dec 31st 2018

A trading activity report must also be submitted to the Commission.                    **(BSD)**

**Publicly Traded Securities**

|  | **Listed** | **Unlisted** |
|---|---|---|
| **Number of trades executed:** | 10,943 | |

**Number of shares traded for the month:**

| | Buy | 47,249,817 see attached trade summary |
|---|---|---|
| | Sell | 47,249,817 |

**Value of shares traded for the month:**

| | Buy | 434,115,285 see attached trade summary |
|---|---|---|
| | Sell | 434,115,285 |

**Private Placement transactions executed for the month**

| Security | |
|---|---|
| Shares/Par Value @ Price | |
| Total Value | 0 |

**Exempt transactions executed for the month**
**(as defined in Part XIII of the Regulations)**

| Security | |
|---|---|
| Shares/Par Value @ Price | |
| Total Value | 0 |

**Exchange rate used:**

| Certification regarding reconciliation and segregation of client assets | | |
|---|---|---|
| The Registered Firm is in compliance with the reconciliation and segregation requirements of Division 2 of Part VII of the Regulations. | Yes (✓) | No (...)(if no, attach full details, including the actions that are being taken to rectify the problems) |

**ATTESTATION:**

"I, the undersigned, hereby affirm that to the best of our information, knowledge and belief that:

a. The Applicant is currently in compliance with all the applicable provisions of the Act and these Regulations; and
b. The contents of this form and any attachments provided with this form are true, correct and not misleading."

**NAME OF SENIOR OFFICER:**      Antonio S. Collie

**POSITION OF OFFICER:**      CFO

**DATE:**      Jan.31.2019

**SIGNATURE:**

**A fee is required to be submitted with this form. The appropriate fee can be found in the Fee Rule.**

4                                                                                      BD II



**SECURITIES COMMISSION OF THE BAHAMAS**
The Securities Industry Act, 2011
The Securities Industry Regulations, 2012

**FINANCIAL AND OPERATIONAL REPORT - FORM 13**
For entities registed under SIA 2011 First Schedule Part II ( Dealing in Securities 1(a) & (c );
Arranging Deals in securities;  Managing Securities; Advising on Securities ) formally known as Broker Dealer II
**WARNING Intentional misstatement or failure to disclose information may constitute an offence.**
As at the Quarter ended   Mar. 31- 2019
Amounts should represent values only for the month/period reported.                    **(BSD)**

**NAME:**
**DATE:**

## 1. TANGIBLE NET WORTH

| | | |
|---|---|---:|
| Share Capital | $ | 1,000.00 |
| Additional paid-up capital | $ | 305,475.00 |
| Retained earnings | $ | 23,368,907.00 |
| Reserves | $ | - |
| **Total Shareholders' Equity** | $ | 23,675,382.00 |
| Less: Intangible Assets | $ | - |
| **TANGIBLE NET WORTH** | $ | 23,675,382.00 |

## 2. INCOME STATEMENT

**Income**

| | | |
|---|---|---:|
| Fees & Commissions | $ | 4,901,048.00 |
| Other income | $ | (635,937.00) |
| **Total Income** | $ | 4,265,111.00 |

**Expenses**

| | | |
|---|---|---:|
| Advisory fees & Commissions | $ | 1,861,950.00 |
| Staff costs | $ | 479,960.00 |
| Rental expense | $ | 38,045.00 |
| Professional fees | $ | 47,728.00 |
| Depreciation & amortization | $ | 18,385.00 |
| Other general & administrative costs | $ | 469,142.00 |
| **Total Expenses** | $ | 2,915,210.00 |
| **NET INCOME** | $ | 1,349,901.00 |

BD II

## 3. REGULATORY CAPITAL

### A. Qualifying Assets

Cash and cash equivalents
B$ or US$ money market funds held in The
Bahamas | $ | 56,736,988.00

90% of the market value of securities issued
(or guaranteed) by The Bahamas Government | $ | -
90% of the market value of securities issued
by a Foreign Government[2] | $ | -
75% of the market value of marketable
securities quoted on a recognized securities
exchange[3] | $ | -

Other assets as considered by the Commission | $ | -

**Total Qualifying Assets** | $ | 56,736,988.00
Σ[A]

### B. Deductions

Total liabilities | $ | 38,394,080.00
Aggregate deductible amounts provided for in
the firm's insurance policies in respect of
professional indemnity, employee fidelity and
theft, or any other such appropriate policies of
indemnity insurance. | $ | 50,000.00

**Total Deductions** | $ | 38,444,080.00
Σ[B]

### C. Loan Capital and Capital Advances

Loans from financial institutions and
advances from affiliates[4] provided they are
subject to a formal subordination agreement[5]

### D. NET FREE REGULATORY CAPITAL | $ | 18,292,908.00
Σ[A - B + C]

### E. Required Capital[6] | $ | 300,000.00

### F. SURPLUS/(DEFICIT) | $ | 17,992,908.00
Σ[D - E]

**SECURITIES COMMISSION OF THE BAHAMAS**

BD II

## The Securities Industry Act, 2011
## The Securities Industry Regulations, 2012

### FINANCIAL AND OPERATIONAL REPORT - FORM 13 [cont'd]

### TRADING STATISTICS
### As at the Quarter ended  Mar-31-2019

A trading activity report must also be submitted to the Commission.          (BSD)

**Publicly Traded Securities**

|                                         | **Listed** | **Unlisted** |
|-----------------------------------------|------------|--------------|
| **Number of trades executed:**          | 6,128      |              |

**Number of shares traded for the month:**

|        |            |                            |
|--------|------------|----------------------------|
| Buy    | 28,307,423 | see attached trade summary |
| Sell   | 28,307,423 |                            |

**Value of shares traded for the month:**

|        |             |                            |
|--------|-------------|----------------------------|
| Buy    | 270,555,050 | see attached trade summary |
| Sell   | 270,555,050 |                            |

**Private Placement transactions executed for the month**

| Security                  |   |
|---------------------------|---|
| Shares/Par Value @ Price  |   |
| Total Value               | 0 |

**Exempt transactions executed for the month**
**(as defined in Part XIII of the Regulations)**

| Security                  |   |
|---------------------------|---|
| Shares/Par Value @ Price  |   |
| Total Value               | 0 |

Exchange rate used:

| Certification regarding reconciliation and segregation of client assets | | |
|---|---|---|
| The Registered Firm is in compliance with the reconciliation and segregation requirements of Division 2 of Part VII of the Regulations. | Yes (X.) | No (...)(if no, attach full details, including the actions that are being taken to rectify the problems) |

**ATTESTATION:**

"I, the undersigned, hereby affirm that to the best of our information, knowledge and belief that:

BD II

a. The Applicant is currently in compliance with all the applicable provisions of the Act and these Regulations; and

b. The contents of this form and any attachments provided with this form are true, correct and not misleading."

**NAME OF SENIOR OFFICER:**       Antonio S. Collie

**POSITION OF OFFICER:**       CFO

**DATE:**       April 30th 2019

**SIGNATURE:**

A fee is required to be submitted with this form. The appropriate fee can be found in the Fee Rule.

4



### SECURITIES COMMISSION OF THE BAHAMAS
**The Securities Industry Act, 2011**
**The Securities Industry Regulations, 2012**

### FINANCIAL AND OPERATIONAL REPORT - FORM 13
For entities registed under SIA 2011 First Schedule Part II ( Dealing in Securities 1(a) & (c );
Arranging Deals in securities;  Managing Securities; Advising on Securities ) formally known as Broker Dealer II
**WARNING Intentional misstatement or failure to disclose information may constitute an offence.**
**As at the Quarter ended   Jun- 30- 2019**
Amounts should represent values only for the month/period reported.                            **(BSD)**

**NAME:**
**DATE:**

## 1. TANGIBLE NET WORTH

| | | |
|---|---|---:|
| Share Capital | $ | 1,000.00 |
| Additional paid-up capital | $ | 305,475.00 |
| Retained earnings | $ | 23,932,992.00 |
| Reserves | $ | - |
| **Total Shareholders' Equity** | $ | 24,239,467.00 |
| Less: Intangible Assets | $ | - |
| **TANGIBLE NET WORTH** | $ | 24,239,467.00 |

## 2. INCOME STATEMENT
**Income**

| | | |
|---|---|---:|
| Fees & Commissions | $ | 4,203,918.00 |
| Other income | $ | (218,479.00) |
| **Total Income** | $ | 3,985,439.00 |

**Expenses**

| | | |
|---|---|---:|
| Advisory fees & Commissions | $ | 1,852,376.00 |
| Staff costs | $ | 408,722.00 |
| Rental expense | $ | 38,045.00 |
| Professional fees | $ | 44,444.00 |
| Depreciation & amortization | $ | 17,720.00 |
| Other general & administrative costs | $ | 347,084.00 |
| **Total Expenses** | $ | 2,708,391.00 |
| **NET INCOME** | $ | 1,277,048.00 |

BD II

## 3. REGULATORY CAPITAL

### A. Qualifying Assets

Cash and cash equivalents
BS or US$ money market funds held in The
Bahamas

$ 59,192,340.00

90% of the market value of securities issued
(or guaranteed) by The Bahamas Government

$ -

90% of the market value of securities issued
by a Foreign Government[2]

$ -

75% of the market value of marketable
securities quoted on a recognized securities
exchange[3]

$ -

Other assets as considered by the Commission

$ -

**Total Qualifying Assets**

$ 59,192,340.00
Σ[A]

### B. Deductions

Total liabilities

$ 40,533,668.00

Aggregate deductible amounts provided for in
the firm's insurance policies in respect of
professional indemnity, employee fidelity and
theft, or any other such appropriate policies of
indemnity insurance.

$ 50,000.00

**Total Deductions**

$ 40,583,668.00
Σ[B]

### C. Loan Capital and Capital Advances

Loans from financial institutions and
advances from affiliates[4] provided they are
subject to a formal subordination agreement[5]

### D. NET FREE REGULATORY CAPITAL

$ 18,608,672.00
Σ[A - B + C]

### E. Required Capital[6]

$ 300,000.00

### F. SURPLUS/(DEFICIT)

$ 18,308,672.00
Σ[D - E]

SECURITIES COMMISSION OF THE BAHAMAS

2

BD II

**The Securities Industry Act, 2011**
**The Securities Industry Regulations, 2012**

**FINANCIAL AND OPERATIONAL REPORT - FORM 13 [cont'd]**

**TRADING STATISTICS**
**As at the Quarter ended** Jun-30-2019

A trading activity report must also be submitted to the Commission.                    **(BSD)**

**Publicly Traded Securities**

|  | Listed | Unlisted |
|---|---|---|
| **Number of trades executed:** | | See Broker Statements Att: |

**Number** of shares traded for the month:

| | | |
|---|---|---|
| | Buy | 0 See Broker Statements Att: |
| | Sell | 0 |

**Value** of shares traded for the month:

| | | |
|---|---|---|
| | Buy | 0 See Broker Statements Att: |
| | Sell | 0 |

**Private Placement transactions executed for the month**

| Security | |
|---|---|
| Shares/Par Value @ Price | |
| Total Value | 0 |

**Exempt transactions executed for the month**
**(as defined in Part XIII of the Regulations)**

| Security | |
|---|---|
| Shares/Par Value @ Price | |
| Total Value | 0 |

**Exchange rate used:**

| Certification regarding reconciliation and segregation of client assets | | |
|---|---|---|
| The Registered Firm is in compliance with the reconciliation and segregation requirements of Division 2 of Part VII of the Regulations. | Yes (✓) | No (…)(if no, attach full details, including the actions that are being taken to rectify the problems) |

**ATTESTATION:**

"I, the undersigned, hereby affirm that to the best of our information, knowledge and belief that:

BD II

a. The Applicant is currently in compliance with all the applicable provisions of the Act and these Regulations; and
b. The contents of this form and any attachments provided with this form are true, correct and not misleading."

**NAME OF SENIOR OFFICER:**    Antonio S. Collie

**POSITION OF OFFICER:**    CFO

**DATE:**    July 31st, 2019

**SIGNATURE:**

A fee is required to be submitted with this form. The appropriate fee can be found in the Fee Rule.

BD II



**SECURITIES COMMISSION OF THE BAHAMAS**
**The Securities Industry Act, 2011**
**The Securities Industry Regulations, 2012**

**FINANCIAL AND OPERATIONAL REPORT - FORM 13**
For entities registed under SIA 2011 First Schedule Part II ( Dealing in Securities 1(a) & (c ),
Arranging Deals in securities;   Managing Securities; Advising on Securities ) formally known as Broker Dealer II
**WARNING Intentional misstatement or failure to disclose information may constitute an offence.**
**As at the Quarter ended** Sep. 30. 2019
Amounts should represent values only for the month/period reported.                    **(BSD)**

**NAME:**
**DATE:**

**1. TANGIBLE NET WORTH**

| | | |
|---|---|---:|
| Share Capital | $ | 1,000.00 |
| Additional paid-up capital | $ | 305,475.00 |
| Retained earnings | $ | 5,590,274.00 |
| Reserves | $ | - |
| **Total Shareholders' Equity** | $ | 5,896,749.00 |
| Less: Intangible Assets | $ | - |
| **TANGIBLE NET WORTH** | $ | 5,896,749.00 |

**2. INCOME STATEMENT**

**Income**

| | | |
|---|---|---:|
| Fees & Commissions | $ | 2,737,674.00 |
| Other income | $ | (299,592.00) |
| **Total Income** | $ | 2,438,082.00 |

**Expenses**

| | | |
|---|---|---:|
| Advisory fees & Commissions | $ | 1,516,692.00 |
| Staff costs | $ | 1,382,571.00 |
| Rental expense | $ | 38,045.00 |
| Professional fees | $ | 161,198.00 |
| Depreciation & amortization | $ | 17,183.00 |
| Other general & administrative costs | $ | 312,044.00 |
| **Total Expenses** | $ | 3,427,733.00 |
| **NET INCOME** | $ | (989,651.00) |

BD II

## 3. REGULATORY CAPITAL

### A. Qualifying Assets

Cash and cash equivalents
B$ or US$ money market funds held in The
Bahamas

$        17,295,121.00

90% of the market value of securities issued
(or  guaranteed) by The Bahamas Government

$        -

90% of the market value of securities issued
by a  Foreign Government[2]

$        -

75% of the market value of marketable
securities  quoted on a recognized securities
exchange[3]

$        -

Other assets as considered by the Commission

$        -

### Total Qualifying Assets

$        17,295,121.00

Σ[A]

### B. Deductions

Total liabilities

$        11,942,134.00

Aggregate deductible amounts provided for in
the firm's insurance policies in respect of
professional indemnity, employee fidelity and
theft, or any other such appropriate policies of
indemnity insurance.

$        50,000.00

### Total Deductions

$        11,992,134.00

Σ[B]

### C. Loan Capital and Capital Advances

Loans from financial institutions and
advances from affiliates[4] provided they are
subject to a formal subordination agreement[5]

### D. NET FREE REGULATORY CAPITAL

$        5,302,987.00

Σ[A - B + C]

### E. Required Capital[6]

$        300,000.00

### F. SURPLUS/(DEFICIT)

$        5,002,987.00

Σ[D - E]

**SECURITIES COMMISSION OF THE BAHAMAS**

BD II

**The Securities Industry Act, 2011**
**The Securities Industry Regulations, 2012**

## FINANCIAL AND OPERATIONAL REPORT - FORM 13 [cont'd]

### TRADING STATISTICS
**As at the Quarter ended** Sep. 30 2019

A trading activity report must also be submitted to the Commission.                                                    **(BSD)**

**Publicly Traded Securities**

|                                        |      | Listed | Unlisted |
|----------------------------------------|------|--------|----------|
| **Number of trades executed:**         |      |        | See Broker Statements Att: |

**Number of shares traded for the month:**

|                                        |      |        |          |
|----------------------------------------|------|--------|----------|
|                                        | Buy  |        | 0 See Broker Statements Att: |
|                                        | Sell |        | 0        |

**Value of shares traded for the month:**

|                                        |      |        |          |
|----------------------------------------|------|--------|----------|
|                                        | Buy  |        | 0 See Broker Statements Att: |
|                                        | Sell |        | 0        |

**Private Placement transactions executed for the month**

| Security               |   |
|------------------------|---|
| Shares/Par Value @ Price |   |
| Total Value            | 0 |

**Exempt transactions executed for the month**
**(as defined in Part XIII of the Regulations)**

| Security               |   |
|------------------------|---|
| Shares/Par Value @ Price |   |
| Total Value            | 0 |

**Exchange rate used:**

| Certification regarding reconciliation and segregation of client assets | | |
|---|---|---|
| The Registered Firm is in compliance with the reconciliation and segregation requirements of Division 2 of Part VII of the Regulations. | Yes (✓) | No (...)(if no, attach full details, including the actions that are being taken to rectify the problems) |

**ATTESTATION:**

"I, the undersigned, hereby affirm that to the best of our information, knowledge and belief that:

a. The Applicant is currently in compliance with all the applicable provisions of the Act and these Regulations; and

b. The contents of this form and any attachments provided with this form are true, correct and not misleading."

**NAME OF SENIOR OFFICER:**  Antonio S. Collie

**POSITION OF OFFICER:**  CFO

**DATE:**  Oct. 31st 2019

**SIGNATURE:**

**A fee is required to be submitted with this form. The appropriate fee can be found in the Fee Rule.**

4

BD II

# Exhibit 2



**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$13,129,809.00** |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $163,225.77 | $13,293,034.77 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $165,254.94 | $13,458,289.71 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $101,488.74 | $13,559,778.45 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $102,254.07 | $13,662,032.52 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $101,061.61 | $13,763,094.13 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $102,940.40 | $13,866,034.53 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $104,850.01 | $13,970,884.54 |
| 10/01/2021-12/31/2021 | 3.00% | 0.76% | $105,642.85 | $14,076,527.39 |
| 01/01/2022-03/31/2022 | 3.00% | 0.74% | $104,127.74 | $14,180,655.13 |
| 04/01/2022-06/30/2022 | 4.00% | 1% | $141,418.04 | $14,322,073.17 |
| 07/01/2022-09/30/2022 | 5.00% | 1.26% | $180,497.36 | $14,502,570.53 |
| 10/01/2022-12/31/2022 | 6.00% | 1.51% | $219,326.55 | $14,721,897.08 |
| 01/01/2023-03/31/2023 | 7.00% | 1.73% | $254,103.98 | $14,976,001.06 |
| 04/01/2023-06/30/2023 | 7.00% | 1.75% | $261,361.99 | $15,237,363.05 |
| 07/01/2023-09/30/2023 | 7.00% | 1.76% | $268,845.53 | $15,506,208.58 |
| 10/01/2023-12/31/2023 | 8.00% | 2.02% | $312,673.14 | $15,818,881.72 |

| Date Range | | | | |
|---|---|---|---|---|
| 01/01/2024-03/31/2024 | 8.00% | 1.99% | $314,648.79 | $16,133,530.51 |
| 04/01/2024-06/30/2024 | 8.00% | 1.99% | $320,907.38 | $16,454,437.89 |
| 07/01/2024-08/31/2024 | 8.00% | 1.36% | $222,989.10 | $16,677,426.99 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| 01/01/2020-08/31/2024 | $3,547,617.99 | $16,677,426.99 |

# Exhibit 3



# U.S. Securities and Exchange Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$1,083,750.00** |
| 01/01/2017-03/31/2017 | 4.00% | 0.99% | $10,689.04 | $1,094,439.04 |
| 04/01/2017-06/30/2017 | 4.00% | 1% | $10,914.41 | $1,105,353.45 |
| 07/01/2017-09/30/2017 | 4.00% | 1.01% | $11,144.39 | $1,116,497.84 |
| 10/01/2017-12/31/2017 | 4.00% | 1.01% | $11,256.75 | $1,127,754.59 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $11,123.06 | $1,138,877.65 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $14,196.97 | $1,153,074.62 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $14,531.90 | $1,167,606.52 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $14,715.04 | $1,182,321.56 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $17,491.88 | $1,199,813.44 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $17,947.89 | $1,217,761.33 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $15,347.13 | $1,233,108.46 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $15,540.54 | $1,248,649.00 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $15,522.82 | $1,264,171.82 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $15,715.80 | $1,279,887.62 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $9,651.61 | $1,289,539.23 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $9,724.39 | $1,299,263.62 |

| | | | | |
|---|---|---|---|---|
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $9,610.99 | $1,308,874.61 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $9,789.66 | $1,318,664.27 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $9,971.27 | $1,328,635.54 |
| 10/01/2021-12/31/2021 | 3.00% | 0.76% | $10,046.67 | $1,338,682.21 |
| 01/01/2022-03/31/2022 | 3.00% | 0.74% | $9,902.58 | $1,348,584.79 |
| 04/01/2022-06/30/2022 | 4.00% | 1% | $13,448.90 | $1,362,033.69 |
| 07/01/2022-09/30/2022 | 5.00% | 1.26% | $17,165.36 | $1,379,199.05 |
| 10/01/2022-12/31/2022 | 6.00% | 1.51% | $20,858.02 | $1,400,057.07 |
| 01/01/2023-03/31/2023 | 7.00% | 1.73% | $24,165.37 | $1,424,222.44 |
| 04/01/2023-06/30/2023 | 7.00% | 1.75% | $24,855.61 | $1,449,078.05 |
| 07/01/2023-09/30/2023 | 7.00% | 1.76% | $25,567.29 | $1,474,645.34 |
| 10/01/2023-12/31/2023 | 8.00% | 2.02% | $29,735.31 | $1,504,380.65 |
| 01/01/2024-03/31/2024 | 8.00% | 1.99% | $29,923.20 | $1,534,303.85 |
| 04/01/2024-06/30/2024 | 8.00% | 1.99% | $30,518.39 | $1,564,822.24 |
| 07/01/2024-08/31/2024 | 8.00% | 1.36% | $21,206.33 | $1,586,028.57 |

| Prejudgment Violation Range | | | Quarter Interest Total | Prejudgment Total |
|---|---|---|---|---|
| 01/01/2017-08/31/2024 | | | $502,278.57 | $1,586,028.57 |