# Exhibit E

# SWISS AMERICA GROUP, LIMITED

INCORPORATED IN THE COMMONWEALTH OF THE BAHAMAS UNDER THE INTERNATIONAL BUSINESS COMPANIES ACT 2000

Capital US$5,000.00 divided into 5,000 shares with a par value of US$1.00 each.

No. 4

US$1.00 SHARES

**This is to Certify that** THE SWISS AMERICA ASSET TRUST of BAHAMAS is the registered holder of 1,000 shares numbered 1 to 1,000 inclusive, in the above-named Company, subject to the Memorandum and Articles of Association thereof, and that the said shares have been paid up in full.

GIVEN under the Common Seal of the said Company this 17th day of March A.D., 2016 The Common Seal of the said Company was hereunto affixed in the presence of

_____
DIRECTOR

NOTE—No transfer of any portion of the shares comprised in this Certificate can be registered unless accompanied by this Certificate.

SEC-FL-03848-E-0049524