# EXHIBIT A

# MintBroker International Ltd.

## Expenses by Vendor Summary

### March 22, 2016 - December 31, 2019

| | TOTAL |
|---|---|
| 242 Jobs | 124.98 |
| 2CO.COM | 1,783.97 |
| 99Design | 658.00 |
| ABC Security Systems | 2,967.00 |
| AC ONLINE (Formations House) | 1,405.64 |
| Adino Amos | 0.00 |
| Adobe Photography | 3,048.26 |
| ADROLL | 28,306.30 |
| Advantage Business Consultants | 600.00 |
| Air BNB | 581.81 |
| Air Call | 13,860.55 |
| Aircanada | 19.38 |
| Albury's Locksmithing | 405.65 |
| Alexandria Johnson | 120.00 |
| Alexis Hanna | 2,011.38 |
| Alignment Specialists Ltd | 341.79 |
| Alliance Customs Clearance | 172.82 |
| Alvernia Business Consulting Ltd | 945.73 |
| Amazon | 28,373.03 |
| Ambrose Obaseki | 2,716.00 |
| American Airline | 5,683.41 |
| American Express | 7,379.66 |
| AMERICAN FLOOR MATS | 372.01 |
| Andromeda Software Services | 6,000.00 |
| Angelica Moncur | 1,944.96 |
| Anjelica M. Moncur | 4,526.31 |
| Anthony Stubbs | 2,527.50 |
| Antonio Pinder | 2,471.26 |
| Anya Mckenzie | 3,250.00 |
| Apple Online Store | 1,938.02 |
| Armstrong Technology | 63.48 |
| Arnese Bain | 961.54 |
| Arnold Miller | 0.00 |
| Arthur Johnson | 150.00 |
| ASC Management Services Ltd | 42,610.99 |
| Ashjuan Barnett | 2,076.92 |
| AT&T | 284.33 |
| Atlantis Hotel | 5,946.80 |
| Atlantis Paradise Island | 9,444.32 |
| Atlassian | 1,830.00 |
| Auto's R Us Center | 395.00 |
| Avis | 1,093.47 |
| Avonleh Carter | 2,088.46 |
| Bablic Ltd. | 515.00 |
| Backgroundchecks.com | 199.29 |

# MintBroker International Ltd.

## Expenses by Vendor Summary

March 22, 2016 - December 31, 2019

| | TOTAL |
|---|---|
| Bahama Health | 470,195.35 |
| Bahamas Airport Advertising | 21,799.93 |
| Bahamas Club Management | 6,494.56 |
| Bahamas Couriers Limited | 4,500.87 |
| Bahamas Debutante Foundation | 175.00 |
| Bahamas Electricity Corporation | 13,539.75 |
| Bahamas Financial Services Board | 3,088.76 |
| Bahamas Food Services | 2,500.00 |
| Bahamas Institute of Chartered Accountants | 9,492.15 |
| Bahamas Real Estate Association | 150.00 |
| Bahamas Vision Center | 1,300.00 |
| Bahamasair | 15,898.19 |
| Balloon Wrap | 1,610.00 |
| BambooHR LLC | 9,872.24 |
| Bank Charges | 75,363.26 |
| Bank of the Bahamas | 290,780.29 |
| Baoilco Ltd | 50.00 |
| Battery & Tyre Specialists Ltd. | 6,523.57 |
| Bay Street Garage | 11.66 |
| Bay Street Medical | 161.26 |
| Bayside Foodstore | 11.59 |
| Bayside Marketplace Ltd. | 48,856.62 |
| BDO Chartered Accountants & Advisors | 68,175.00 |
| Beck Taxi | 12.10 |
| Beneby Auto Service Center Ltd | 2,995.03 |
| Bengal Tiger Restaurant NY | 49.00 |
| Benzinga | 50,358.00 |
| Bernard Rolle | 3,889.40 |
| BeSpoke Numero8 | 210.67 |
| Big Picture Ltd | 920.00 |
| Biggity | 89.74 |
| Biscayne Bay Marriott | 270.07 |
| Bizmanualz Inc. | 199.90 |
| Bloom Bahamas | 355.66 |
| Bloomingdales | 2,072.81 |
| BlueSnap | 300.00 |
| Bookworld | 414.39 |
| Bootleggers Bar & Night Club | 25.96 |
| BOSS | 162.54 |
| British Airways | 10,685.90 |
| British Colonial Hilton Hotel | 2,194.61 |
| BrN MERGERNETWORK | 369.50 |
| BRN*DEALSTREAM MEM | 878.90 |
| Brown's Plumbing & Hardware Supplies | 1,483.17 |
| Budweiser Brew House | 30.00 |

# MintBroker International Ltd.

## Expenses by Vendor Summary

March 22, 2016 - December 31, 2019

|  | TOTAL |
|---|---|
| Burns House Limited | 3,005.89 |
| BuySellAds | 10,530.00 |
| C.J. Affiliate (formerly Commission Junction) | 271,047.43 |
| Cab APP | 182.91 |
| Cable Bahamas Ltd. | 118,524.91 |
| CabVision | 22.38 |
| Cactus Club First Cana | 98.67 |
| Cafe Matisse | 531.03 |
| Camino Blackfriars | 74.60 |
| CANVA For Work | 103.60 |
| Canvas Nursery | 835.60 |
| Caribbean Bottling Company | 833.12 |
| Caribbean Landscape Garden Center | 1,110.76 |
| Carlino & Co. | 14,255.35 |
| Carlos Adderley | 1,006.37 |
| CDM - 102 - London Wall | 20.51 |
| CFA Institute | 1,580.00 |
| Chardelpha Hanna (The Fruit Lady) | 175.00 |
| Checkbook Inc | 9,045.50 |
| Cheesecake Haven | 50.40 |
| Chicharney Beverages | 1,674.60 |
| Chipotle Mexican Grill | 8.96 |
| Christopher J. Pennerman | 210.00 |
| Citizen & IMM | 10.80 |
| City Experts | 299.99 |
| Client Funds | 2,546.35 |
| Cloud Carib Limited | 74,592.70 |
| Club One Fitness Centre | 21,642.40 |
| CMT UK Ltd | 54.76 |
| CNN Store | 24.24 |
| Cohen Sweeting | 1,329.73 |
| Conductor Inc | 11,970.00 |
| Corpfilings Sheridan | 309.00 |
| Corporate Armor | 2,558.97 |
| Cost Right | 141.18 |
| Cqure Academy | 699.00 |
| Crave | 82.08 |
| Credit Card | 2,288,048.70 |
| Crystal Deal | 5,966.66 |
| CSC | 1,000.00 |
| CSI Global Education Inc | 385.00 |
| Curry's Digital | 86.91 |
| D'Albenas Agency Ltd. | 1,550.00 |
| D.C Technology | 252.48 |
| Dakera Bonimy | 2,389.24 |

# MintBroker International Ltd.

## Expenses by Vendor Summary

March 22, 2016 - December 31, 2019

|  | TOTAL |
|---|---|
| Danielle Romer | 3,438.46 |
| Daphaney Johnson | 396.00 |
| DAS Inc | 9,006,564.99 |
| Davis & Co. | 75,000.00 |
| Day Trading Radio | 42,000.00 |
| Dealfneil Richards | 15,826.47 |
| Deandra Smith | 925.89 |
| Delarionda Cartwright | 500.00 |
| Deliveroo | 33.39 |
| Dell Marketing | 297.77 |
| Delta Airlines | 6,103.13 |
| Deltec Bank & Trust | 18,126.58 |
| Demetrius Smith | 700.00 |
| Deno Cartwright | 450.00 |
| Denzil Sirra | 5,514.22 |
| Department of Immigration | 5,900.00 |
| Design A Shirt | 1,976.46 |
| DesignCrowd | 216.08 |
| DeskPro Ltd | 58,710.68 |
| Destination MCO | 1,026.00 |
| Destiny Rollins | 1,000.00 |
| Devanee Johnson | 140.00 |
| Devexperts Inc | 15,371.00 |
| Digiprint & Signs Bahamas Ltd. | 805.18 |
| Dion Johnson | 945.00 |
| Direct Recovery Associates Inc | 2,064.01 |
| Dirty Bones | 111.54 |
| Dolores Lolita | 34.94 |
| Domino's Pizza LLC | 140.75 |
| Double Dragon | 21.45 |
| Double Tree Hotel | 140.05 |
| Drameko Moore | 4,753.08 |
| Dropbox | 99.00 |
| Dru Hepburn | 1,656.77 |
| Dua Lipa Live at Baha Mar | 1,770.95 |
| Duck & Waffle Restaurant | 123.35 |
| Dunkin Donuts | 227.69 |
| E & U Water Coolers | 518.30 |
| Earth and Fire - Atlantis | 554.40 |
| EarthClassMail | 1,817.50 |
| East Dane | 0.00 |
| Easy Jet | 756.46 |
| EAX Workwide | 798.60 |
| Ebrandz Inc | 32,401.00 |
| Edible Arrangements - 1335 | 79.26 |

# MintBroker International Ltd.

## Expenses by Vendor Summary

### March 22, 2016 - December 31, 2019

|  | TOTAL |
|---|---|
| Edricka Rahming | 1,230.77 |
| Edward Cooper | 13,942.19 |
| EFax Plus | 690.80 |
| Emanji Circus Arts | 1,100.00 |
| Empire Fitness | 2,027.20 |
| Envato Marketplace | 564.00 |
| Equity Bank & Trust | 650.00 |
| Ernst & Young | 26,875.00 |
| Errol Bodie | 900.00 |
| ESSO | 20.00 |
| ETSY.com | 150.00 |
| Events at 1 King W & 1 Toronto | 91.19 |
| Executive Business Solutions Ltd (Jemi-East) | 873.60 |
| Executive Coffee & Foods Ltd | 33,144.48 |
| Executive Flight Support | 3,800.00 |
| EXITINTEL.COM | 52,000.00 |
| EXMEDIA_RBINC | 729.70 |
| EXPEDIA | 51,751.56 |
| Express VPN | 2.22 |
| Express Writers | 5,283.00 |
| Facebook.com | 54,477.01 |
| Fedex | 675.67 |
| Fernander's Plumbing & Pumping | 299.29 |
| FINRA FORM FILINGS | 6,722.50 |
| Fiverr International Ltd. | 1,137.70 |
| Flight Club | 86.31 |
| Formations House | 4.81 |
| Fortnum & Mason PLC | 27.84 |
| Founder's  Card LLC | 395.00 |
| Founders Card LLC | 790.00 |
| Fox Liquor Store | 74.63 |
| Franklin Ogele Esq | 10,000.00 |
| Funding and Banking Department | 500.00 |
| Furze Entertainment Services | 1,500.00 |
| Galleria Cinemas | 155.00 |
| Garry Leroy Shaw | 20,616.00 |
| GetResponse/ClickMeeting | 22,308.20 |
| GG Fire and Safety | 832.53 |
| Gillian Kim O'Kelley | 15,649.83 |
| Git Hub Inc. | 119.00 |
| Glass Suppliers & Installers Ltd | 310.24 |
| Global Marketing | 40.37 |
| Global Research & Marketing Consultants | 4,848.00 |
| Godaddy.com | 12,837.20 |
| GoGo Air | 57.84 |

# MintBroker International Ltd.

## Expenses by Vendor Summary

March 22, 2016 - December 31, 2019

| | TOTAL |
|---|---|
| Google | 2,546,055.41 |
| Graham Real Estate Ltd. | 478,289.78 |
| Grammarly Inc | 559.80 |
| Graycliff Cigar Company | 559.44 |
| Graycliff Hotel & Restaurant | 500.00 |
| Green Parrot Restaurant | 56.44 |
| Guy Fieri Restaurant | 59.48 |
| Guy Gentile | 2,000.00 |
| Hallmark | 5.99 |
| Ham Yard Hotel | 117.02 |
| Hanna Kellman & Associates | 1,458.00 |
| Hard Rock Cafe | 98.67 |
| Harding Security | 25.88 |
| Harewood Higgs | 3,165.00 |
| Harrold Road Business Centre | 13,068.00 |
| Hendriece Hinds | 1,288.46 |
| Highsoft AS | 50.00 |
| Holiday Inn Express | 243.39 |
| Home Fabrics | 90.82 |
| HOOTSUITE MEDIA INC | 452.25 |
| HotelTonight.com | 1,046.00 |
| HotJar Ltd. | 1,513.00 |
| Hubspot | 26,345.54 |
| HUDSON NEWS | 225.53 |
| Hunter College | 3,435.00 |
| Icing Pastry & Catering | 10.00 |
| Idology Inc | 550.00 |
| Ignite Visibility LLC | 24,320.00 |
| IKONICK Art | 1,987.50 |
| Il Forno | 105.40 |
| In* Brand Spirit, Inc | 1,853.06 |
| Indeed Inc. | 1,864.42 |
| India Hicks | 242.84 |
| Infinite Tech Solutions | 795.76 |
| Information Specialists Ltd. | 431.67 |
| InstantXTraderInc | 70,000.00 |
| Insurance Management (Bahamas) Limited | 3,442.48 |
| Internet Escrow Service | 10,000.00 |
| Intuit Payroll | 1,632.98 |
| Intuit QB Online | 14,084.37 |
| Investorshub | 153,000.00 |
| IronFlow Technologies | 250.15 |
| Island Hotel Company | 0.00 |
| Itagui Investments, Inc | 1,000.00 |
| IZ Bilal Cabs | 28.39 |

# MintBroker International Ltd.

## Expenses by Vendor Summary

March 22, 2016 - December 31, 2019

| | TOTAL |
|---|---|
| IZ TRECE CIELOS | 72.85 |
| J. S. Johnson & Company, Limited | 3,844.94 |
| Jaime Thompson | 110.00 |
| Jamie Thompson | 215.00 |
| Jasmine Balfour | 8,692.32 |
| Jasmine Sands | 3,050.00 |
| Jemi Health and Wellness | 7,072.43 |
| Jermayne Payne | 400.00 |
| Jessica Johnson | 587.72 |
| Jessica Wilson | 530.00 |
| Jetblue | 5,766.75 |
| JetsMarter Inc | 18,998.81 |
| John Bull | 511.95 |
| Joseph Roberts | 285.00 |
| Juliana Duncanson | 1,975.00 |
| Jumper Bros Bakery | 43.00 |
| Justin Ritchie | 4,436.33 |
| Kamalame Cares Foundation | 10,000.00 |
| Kaplan JY Monk Dear Born | 149.50 |
| Karlyle Harris | 800.00 |
| Katrinka Mackey | 159.00 |
| Kelly's House & Home | 1,631.51 |
| Kendera Brown | 1,384.61 |
| Kerio Connect | 2,863.75 |
| Keshia Gaitor | 3,211.75 |
| Kevin Mingo(Kevin Mingo Renovation & Construction) | 175.00 |
| Khyle Higgs | 3,451.92 |
| Killington | 973.02 |
| King Yonge Suites Inc. | 2,082.03 |
| Kiwi.com | 815.42 |
| Kixie.com | 755.08 |
| KLG Investments Ltd - Aquapure | 8,002.52 |
| Kristi Pratt | 240.00 |
| Kristina Kuchma | 17,500.00 |
| Kyrene Kelty | 132.00 |
| La Casita Mexicana Ltd | 70.32 |
| Landmark | 1,330.00 |
| LaQuent Enterprises | 610.00 |
| Last Pass | 36.00 |
| Le Pain Quotidien | 21.15 |
| Le Petit  Gourmet | 180.78 |
| Lennox Paton BSD Client Account | 26,785.80 |
| Leonard Rosen | 7,500.00 |
| Lesa Bennett | 75,356.16 |
| Leslie Gibson | 2,403.09 |

# MintBroker International Ltd.

## Expenses by Vendor Summary

### March 22, 2016 - December 31, 2019

|  | TOTAL |
|---|---|
| Light Mix Designs | 1,000.00 |
| Lil General Convenience Store | 26.02 |
| LinkedIn Corporation | 38,405.06 |
| Liquid Web | 6,216.83 |
| Live Plan | 384.83 |
| Liverpool St. Grind | 50.93 |
| Livingston Storr | 150.00 |
| LLC "Prof Analytics" | 1,290.32 |
| Lock Doctors LTD | 83.85 |
| Lock Solutions Ltd | 89.60 |
| Loews Hotels Royal Pacific | 17,249.73 |
| Logan | 25.00 |
| LogMeIn formerly Nanorep Technologies Ltd. | 26,607.14 |
| Lorenzo McKenzie | 200.00 |
| Luciano's of Chicago Nassau | 1,233.56 |
| Lukka Kairi | 378.39 |
| LUL Ticket Machine - Moorgate | 36.44 |
| Lund & Pullara INC | 2,840.59 |
| Lynda.com | 804.77 |
| MacFit360 Fitness and Performance Centre | 16,622.93 |
| Mail Wallet Credit | 46.18 |
| MailGun | 1.10 |
| Mandara Spa at Atlantis | 354.00 |
| Marks Men Audio Visual | 300.00 |
| Marldon Specialty Retail | 1,189.30 |
| Marriott Marquis | 3,826.27 |
| ME London | 127.25 |
| Menchie's Frozen Yogurt | 43.00 |
| Mexico City InterJet | 226.54 |
| MIAMI FOOD AIRPORT | 53.70 |
| Michael Miller | 38,777.50 |
| Michael Strachan | 9,153.83 |
| Michelle Curtis | 1,908.08 |
| Micronet Business Technology | 41,958.57 |
| Microsoft | 1,079.60 |
| Microsoft Ad Center | 210,214.20 |
| Miscellaneous | 2,409.74 |
| Modernistic Tapas Restaurant | 300.00 |
| Mond Technologies | 224,446.94 |
| Monitis US LLC | 375.00 |
| Monster Displays | 477.00 |
| Mr. Photo Ltd. | 8.60 |
| Mr.Rolle | 30.00 |
| MSFT | 107.29 |
| Muhammad Khan | 193.59 |

# MintBroker International Ltd.

## Expenses by Vendor Summary

### March 22, 2016 - December 31, 2019

|  | TOTAL |
|---|---:|
| Multi-Discount | 52.40 |
| My Asset Tag | 92.00 |
| My TAXI | 388.75 |
| NAD | 72.19 |
| Nassau Conference | 1,525.00 |
| National Insurance Board | 62,225.22 |
| National Plumbing | 3.76 |
| Neiman Marcus | 165.55 |
| News Link | 53.57 |
| Nichol & Co Ltd. | 12,250.00 |
| Nikita Taylor | 50.00 |
| Nkosi Symonette | 245.00 |
| Notary Please | 375.00 |
| Nyroka Smith | 6,880.76 |
| O2 - Wall Telecom Equipment | 106.54 |
| Ocean Club Food & Beverage | 1,015.68 |
| Oh! Paparazzi | 855.00 |
| Olive's Atlantis | 1,459.23 |
| Olives Meze Gril | 92.98 |
| Online PR News | 79.00 |
| Oppenheimer & Co | 228.61 |
| Orbitz | 232.09 |
| Owen Simms | 1,038.46 |
| PAC - West Jet Connect | 34.08 |
| Pam's Plants Limited | 5,108.23 |
| Panasonic | 57.00 |
| Paperless Post | 409.67 |
| PARQUE XENSES | 205.53 |
| Party Land | 52.02 |
| Paypal | 50,857.58 |
| PayPro Global Inc. | 27.00 |
| PcAmerica | 916.63 |
| Pedro Hanna | 5,087.38 |
| Perrisha Mortimer | 7,873.13 |
| Pest Control | 161.25 |
| Petty cash | 450.00 |
| Philip Clare | 450.00 |
| Philip Dorsett | 33,036.37 |
| Pinder Stone | 241.88 |
| Pink Sands Hotel | 42.65 |
| Pizza Hut | 239.16 |
| POD Grocery Store | 13.60 |
| Poseidon's Table | 151.13 |
| PR WEB News Service | 0.00 |
| Pret A Manger | 31.14 |

# MintBroker International Ltd.

## Expenses by Vendor Summary

March 22, 2016 - December 31, 2019

| | TOTAL |
|---|---|
| Pretty Sweet Catering | 14.48 |
| Preventative Measures | 450.00 |
| Privy Inc. | 2,289.16 |
| Provantage LLC | 2,318.80 |
| Puerto Rico - Department of State | 150.00 |
| Pupstar Entertainment | 175.00 |
| Pure Bahamas | 2,004.80 |
| Pyramid Technologies | 50.00 |
| Rabin Dorsett | 586.67 |
| Rachael Allahar | 3,660.00 |
| Rackspace Cloud | 19,701.02 |
| Recurly Inc. | 413.96 |
| RedCap | 70.00 |
| Reed.co.uk | 351.71 |
| Reiss Ltd | 19.52 |
| Rentokil Initial Bahamas | 2,996.58 |
| Review Inc. | 1,677.00 |
| Rhonda Ambrister | 1,268.01 |
| Rodney's Air Conditioning & Refrigeration Services | 65.00 |
| Ronisca Sands | 961.54 |
| Rotary Club Nassau Sunrise | 66.00 |
| Rubis | 485.00 |
| SaleCycle | 8,792.62 |
| Sanpin Motors Limited | 1,074.38 |
| Sapodilla Fine Dining | 10,586.25 |
| Schaan Sweeting | 4,751.00 |
| Scotia Bank | 1,265,414.43 |
| Scotts Bus Service | 100.00 |
| Seafront Sushi | 631.25 |
| Sean's Crane Rentals and Trucking Ltd | 483.75 |
| Secure Hosting Solutions Ltd | 9,099.68 |
| Securities Commission of the Bahamas | 175,323.55 |
| Securities Training Co. | 381.34 |
| Securities Training Institute | 11,815.00 |
| Security Storage Limited | 6,444.64 |
| SendGrid | 7,600.80 |
| Serena Williams | 63,428.52 |
| Shanique Cunningham | 1,450.00 |
| Shawn Gomez | 872.00 |
| Shell | 802.71 |
| Sheraton - Maria Isabel | 247.16 |
| Sheraton - NY Times SQ Hotel | 5,875.21 |
| Shervan Bain | 519.23 |
| Ship242.com | 6,657.76 |
| Shopbop | 461.17 |

# MintBroker International Ltd.

## Expenses by Vendor Summary

### March 22, 2016 - December 31, 2019

| | TOTAL |
|---|---|
| Showcase Entertainment | 1,541.40 |
| Showtime | 208.81 |
| Shutterstock.com | 1,644.00 |
| Sign Island | 1,083.77 |
| Simon Gordon Mott | 2,194.74 |
| Sir Speedy Printing | 1,789.80 |
| SkillShare | 198.00 |
| Skype Communications | 5,216.49 |
| Smart Sign 0456 | 153.00 |
| Smith Nomad Restaurant | 582.40 |
| Smoke Zone Inc | 69.68 |
| Something's Different | 124.70 |
| South Florida Promotions | 810.00 |
| Spring Moon | 133.30 |
| SquareUp.com | 12.41 |
| Stacy Whymns | 659.67 |
| Starbucks | 96.43 |
| Status Page (Atlassian) | 316.00 |
| Stellar Data Recovery Inc. | 67.30 |
| Stephen Darville fbo Joseph Darville | 1,277.00 |
| STRIPE | 0.00 |
| Sublet.com | 9.95 |
| Subway | 5.91 |
| Sum Up - Tupi | 57.11 |
| Sun-Tee | 1,561.85 |
| Sunshine Insurance | 22,411.45 |
| Super Value | 116.86 |
| Sushi Azabu | 407.27 |
| Synergy Bahamas | 370.88 |
| Tajano Minnis | 3,392.35 |
| TAO Downtown Restaurant | 92.00 |
| Tavia Tierin Aumoithe | 3,088.50 |
| Tawk To Inc. | 105.00 |
| Taxi and Tour | 1,116.00 |
| TDI Broadway | 1,439.34 |
| Techsmith | 265.62 |
| Teleport One Bahamas Ltd | 27,028.48 |
| Telle's Auto Work | 8,065.18 |
| Template Monster | 14.00 |
| TGI Fridays | 112.35 |
| The Bahamas Telecommunications Company Limited | 47,475.62 |
| The Bridge Authority | 10.00 |
| The Cargill Medical Group | 204.25 |
| The Curtain | 67.74 |
| The Gentlemen's Club | 400.00 |

# MintBroker International Ltd.

## Expenses by Vendor Summary
March 22, 2016 - December 31, 2019

|  | TOTAL |
| --- | --- |
| The Ivy Soho Brasserie Restaurant | 67.15 |
| The Montcalm at The Brewery London City | 1,445.36 |
| The Montcalm Royal London House | 1,344.70 |
| The Napoleon Hotel | 1,050.27 |
| The Nassau Guardian | 3,417.94 |
| The NASTAC Group Limited | 5,381.25 |
| The Public Treasury | 10,957.53 |
| The Rum Kitchen Carnaby | 17.48 |
| The Securities Training Institute | 670.00 |
| The Stage Coach Tavern | 50.00 |
| The Toothsome | 1,294.14 |
| The Training Authority | 247.00 |
| The Tribune | 1,731.83 |
| Ticket Master | 852.85 |
| Tiffany Donaldson | 5,812.21 |
| Tiffany Turnbull-Knowles | 500.00 |
| Total Comfort Air Conditioning | 2,481.10 |
| Trade Idea | 4,104.00 |
| Travel Insurance Policy | 86.88 |
| Trinity City of Praise | 1,000.00 |
| TROPICAL NEWS | 30.91 |
| Tropical Shipping | 1,440.60 |
| Trustlink International Limited | 19,600.00 |
| TrustPilot Inc. | 700.00 |
| Twilio Inc | 550.03 |
| Twisted Lime | 264.48 |
| Twitter Online Ads | 15,564.48 |
| Tyrecia Whylly | 1,800.00 |
| Uber Ltd | 1,239.73 |
| Ulmer Attorneys | 5,556.43 |
| Uncanny Owl | 149.00 |
| Underground Liquor  & Gift Shop | 27.14 |
| United Airlines | 588.96 |
| Universal Orlando | 4,210.70 |
| Unseen Media | 275.00 |
| UPS | 33.60 |
| Upwork Global Inc. | 7,729.57 |
| Urban Mexico | 20.05 |
| Valderez Miller | 892.31 |
| Vanquish Corporation | 87,782.41 |
| VICDCU | 85,667.00 |
| Villanova Development Limited | 15,120.00 |
| Vista Print | 47.71 |
| Von Wilson | 5,923.46 |
| W Miami Downtown Hotel | 311.96 |

# MintBroker International Ltd.

## Expenses by Vendor Summary

March 22, 2016 - December 31, 2019

| | TOTAL |
|---|---|
| Wall Street Journal | 12.00 |
| Water & Sewerage Corporation | 1,783.64 |
| WAV*Upper Division Market | 500.00 |
| Webroot, Inc | 4,660.32 |
| WestJet | 1,621.07 |
| WH Smith Travel retail | 31.01 |
| Whitlean Rahming | 1,050.00 |
| Whitney Barnett | 100.00 |
| Whitney Lewis | 920.00 |
| Wild Thyme Restaurant | 980.78 |
| Wildflowers Events & Occasions | 7,134.99 |
| William K Buchanan | 1,300.00 |
| Windermere Day Spa and Salaon | 281.00 |
| Wingate by Wyndham | 1,273.34 |
| Wire Transfer | 76,736.02 |
| Worden | 632.69 |
| WordStream Inc | 229,634.24 |
| Workable Software Ltd. | 4,807.76 |
| Wrike Inc. | 6,943.31 |
| www.gilt.com | 1,729.23 |
| X-Press It (Bahamas) | 1,027.19 |
| Yaniv Frantz | 48,444.20 |
| Yanniv's Locksmith Services | 201.03 |
| YIELDMO, INC. | 82,529.94 |
| Young's Champagne | 411.78 |
| zara.com | 258.14 |
| ZOHO Corporation | 5,846.58 |
| Not Specified | 30,943,916.93 |
| **TOTAL** | **$51,751,050.92** |