# EXHIBIT D

US    Form 1040 and 1040NR: Other Income Worksheet              2019

Name: GUY GENTILE                                                SSN:

|   |   | TSJ | Amount |
|---|---|---|---|
| 1 | Gambling winnings from Form W-2G | | |
| 2 | Form 1099-MISC, lines 3, 7, and 8 | | |
| 3 | Taxable distributions from education savings accounts (ESAs) and QTPs | | |
| 4 | Recovery of itemized deductions | | |
| 5 | Foreign income exclusion from Form 2555, line 45 | | |
| 6 | Excess business losses from Form 461 | | |
| 7 | Income addition from Form 6478, line 2 | | |
| 8 | Income addition from Form 8814, line 12 | | |
| 9 | Taxable Archer MSA distributions from Form 8853, line 8 | | |
| 10 | Taxable Medicare Advantage MSA distributions from Form 8853, line 12 | | |
| 11 | Taxable long-term care insurance contract payments from Form 8853, line 26 | | |
| 12 | Taxable HSA distributions from Form 8889, line 16 | | |
| 13 | Income for failure to maintain HDHP coverage from Form 8889, line 20 | | |
| 14 | Jury duty pay | | |
| 15 | NOL carried forward - enter as a negative amount | | |
| 16 | Medicaid waiver payments to a care provider incorrectly reported on Form W-2 | | |
| 17 | Describe - LOSS FORM 8992 | | −2,706,396 |
| 18 | Describe - | | |
| 19 | Describe - | | |
| 20 | Describe - | | |
| 21 | Describe - | | |
| 22 | Describe - | | |
| 23 | Describe - | | |
| 24 | Describe - | | |
| 25 | Describe - | | |
| 26 | Describe - | | |
| 27 | Describe - | | |
| 28 | Describe - | | |
| 29 | Describe - | | |
| 30 | Describe - | | |
| 31 | Total other income | | −2,706,396 |

© 2019 Universal Tax Systems, Inc. and/or its affiliates and licensors. All rights reserved.                USW10407

# 1040

Department of the Treasury—Internal Revenue Service   (99)
**U.S. Individual Income Tax Return**

OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.

[X] Single  [ ] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| GUY | GENTILE | |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| | | |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  [ ] You   [ ] Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
SAN JUAN PR 00911-

Foreign country name | Foreign province/state/county | Foreign postal code

If more than four dependents, see instructions and ✓ here ▶ [ ]

**Standard Deduction**
**Someone can claim:** [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You: [ ] Were born before January 2, 1955   [ ] Are blind   **Spouse:** [ ] Was born before January 2, 1955   [ ] Is blind

**Dependents** (see instructions):

| (1) First name  Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): Child tax credit / Credit for other dependents |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**Standard Deduction for—**
- Single or Married filing separately, $12,200
- Married filing jointly or Qualifying widow(er), $24,400
- Head of household, $18,350
- If you checked any box under *Standard Deduction,* see instructions.

| | | | |
|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 1 | |
| 2a | Tax-exempt interest  .  .  .  .  .  .   2a | b Taxable interest. Attach Sch. B if required .  2b | 5,046 |
| 3a | Qualified dividends  .  .  .  .  .  .  .   3a | b Ordinary dividends. Attach Sch. B if required .  3b | |
| 4a | IRA distributions .  .  .  .  .  .  .  .   4a | b Taxable amount .  .  .  .  .  .  .  .  .  .   4b | |
| c | Pensions and annuities .  .  .  .  .  .   4c | d Taxable amount .  .  .  .  .  .  .  .  .  .   4d | |
| 5a | Social security benefits .  .  .  .   5a | b Taxable amount .  .  .  .  .  .  .  .  .  .   5b | |
| 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 6 | -3,000 |
| 7a | Other income from Schedule 1, line 9  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | 7a | -2,804,448 |
| b | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** .  .  .  .  .  .  ▶ | 7b | -2,802,402 |
| 8a | Adjustments to income from Schedule 1, line 22 .  .  .  .  .  .  .  .  .  .  . | 8a | |
| b | Subtract line 8a from line 7b. This is your **adjusted gross income** .  .  .  .  .  .  .  ▶ | 8b | -2,802,402 |
| 9 | **Standard deduction or itemized deductions** (from Schedule A)  .  .  .  .  .  .  .  9  12,200 | | |
| 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A .  .  .  .  10  0 | | |
| 11a | Add lines 9 and 10 .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | 11a | 12,200 |
| b | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- .  .  .  .  .  . | 11b | 0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
BCA

Form **1040** (2019)

Form 1040 (2019)  GUY GENTILE                                                                                           Page **2**

| | | | | |
|---|---|---|---|---|
| **12a** | **Tax** (see inst.) Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | **12a** | | |
| **b** | Add Schedule 2, line 3, and line 12a and enter the total ▶ | | **12b** | |
| **13a** | Child tax credit or credit for other dependents | **13a** | | |
| **b** | Add Schedule 3, line 7, and line 13a and enter the total ▶ | | **13b** | |
| **14** | Subtract line 13b from line 12b. If zero or less, enter -0- | | **14** | |
| **15** | Other taxes, including self-employment tax, from Schedule 2, line 10 | | **15** | |
| **16** | Add lines 14 and 15. This is your **total tax** ▶ | | **16** | |
| **17** | Federal income tax withheld from Forms W-2 and 1099 | | **17** | |
| **18** | Other payments and refundable credits: | | | |
| **a** | Earned income credit (EIC) | **18a** | | |
| **b** | Additional child tax credit. Attach Schedule 8812 | **18b** | | |
| **c** | American opportunity credit from Form 8863, line 8 | **18c** | | |
| **d** | Schedule 3, line 14 | **18d** | | |
| **e** | Add lines 18a through 18d. These are your **total other payments and refundable credits** ▶ | | **18e** | |
| **19** | Add lines 17 and 18e. These are your **total payments** | | **19** | |

• If you have a qualifying child, attach Sch. EIC.
• If you have nontaxable combat pay, see instructions.

**Refund**

Direct deposit? See instructions.

| | | |
|---|---|---|
| **20** | If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you **overpaid** | **20** |
| **21a** | Amount of line 20 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | **21a** |
| ▶**b** | Routing number _____ ▶ **c** Type: ☐ Checking ☐ Savings | |
| ▶**d** | Account number _____ | |
| **22** | Amount of line 20 you want **applied to your 2020 estimated tax** ▶ | **22** |

**Amount You Owe**

| | | |
|---|---|---|
| **23** | **Amount you owe.** Subtract line 19 from line 16. For details on how to pay, see instructions ▶ | **23** |
| **24** | Estimated tax penalty (see instructions) ▶ | **24** |

**Third Party Designee**

(Other than paid preparer)

Do you want to allow another person (other than your paid preparer) to discuss this return with the IRS? See instructions. ☐ **Yes.** Complete below.  [X] **No**

Designee's name ▶                 Phone no. ▶                Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | BROKER | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

Phone no.                Email address

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|
| PAOLA A POLANCO | | | | ☐ 3rd Party Designee |
| Firm's name ▶ POLANCO & ASSOCIATES LLC | | Phone no. | | ☐ Self-employed |
| Firm's address ▶ | | | Firm's EIN ▶ | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                                         Form **1040** (2019)

| Form | | |
|---|---|---|
| **1040-X** (Rev. January 2020) | Department of the Treasury—Internal Revenue Service<br>**Amended U.S. Individual Income Tax Return**<br>▶ Go to *www.irs.gov/Form1040X* for instructions and the latest information. | OMB No. 1545-0074 |

**This return is for calendar year**  ☒ 2019  ☐ 2018  ☐ 2017  ☐ 2016
**Other year.** Enter one: calendar year _____ or fiscal year (month and year ended): _____

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| GUY | GENTILE | ▮▮▮▮▮ |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| | | |

| Current home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Your phone number |
|---|---|---|
| ▮▮▮▮▮ | | ▮▮▮▮▮ |

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below. See instructions.
SAN JUAN PR 00911-

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| | | |

**Amended return filing status.** You **must** check one box even if you are not changing your filing status. **Caution:** In general, you can't change your filing status from a joint return to separate returns after the due date.

☐ **Full-year health care coverage (or, for amended 2018 returns only, exempt).** If amending a 2019 return, leave blank. See instructions.

☒ Single  ☐ Married filing jointly  ☐ Married filing separately  ☐ Qualifying widow(er)  ☐ Head of household (HOH)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

Use Part III on the back to explain any changes

| | | **A. Original amount** reported or as previously adjusted (see instructions) | **B. Net change**—amount of increase or (decrease)—explain in Part III | **C. Correct Amount** |
|---|---|---:|---:|---:|
| **Income and Deductions** | | | | |
| 1 | Adjusted gross income. If a net operating loss (NOL) carryback is included, check here ▶ ☐ | -98,402 | -2,704,000 | -2,802,402 |
| 2 | Itemized deductions or standard deduction | 12,200 | | 12,200 |
| 3 | Subtract line 2 from line 1 | | -2,814,602 | -2,814,602 |
| 4a | Exemptions (amended 2017 or earlier returns only). **If changing,** complete Part I on page 2 and enter the amount from line 29 | | | |
| b | Qualified business income deduction (amended 2018 or later returns only) | | | |
| 5 | Taxable income. Subtract line 4a or 4b from line 3. If the result is zero or less, enter -0- | | | |
| **Tax Liability** | | | | |
| 6 | Tax. Enter method(s) used to figure tax (see instructions): TABLE | | | |
| 7 | Credits. If a general business credit carryback is included, check here ▶ ☐ | | | |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- | | | |
| 9 | Health care: individual responsibility (amended 2018 or earlier returns only). See instructions | | | |
| 10 | Other taxes | | | |
| 11 | Total tax. Add lines 8, 9, and 10 | | | |
| **Payments** | | | | |
| 12 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. (**If changing,** see instructions.) | | | |
| 13 | Estimated tax payments, including amount applied from prior year's return | | | |
| 14 | Earned income credit (EIC) | | | |
| 15 | Refundable credits from: ☐ Schedule 8812  Form(s) ☐ 2439  ☐ 4136 ☐ 8863  ☐ 8885  ☐ 8962 or ☐ other (specify): _____ | | | |
| 16 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | | | |
| 17 | Total payments. Add lines 12 through 15, column C, and line 16 | | | |
| **Refund or Amount You Owe** | | | | |
| 18 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | | | |
| 19 | Subtract line 18 from line 17 (If less than zero, see instructions) | | | |
| 20 | **Amount you owe.** If line 11, column C, is more than line 19, enter the difference | | | |
| 21 | If line 11, column C, is less than line 19, enter the difference. This is the amount **overpaid** on this return | | | |
| 22 | Amount of line 21 you want **refunded to you** | | | |
| 23 | Amount of line 21 you want **applied to you (enter year):** _____ estimated tax  23 | | | |

**Complete and sign this form on page 2.**

**For Paperwork Reduction Act Notice, see instructions.**
BCA

Form **1040-X** (Rev. 1-2020)

Form 1040-X (Rev. 1-2020)   GUY GENTILE   Page **2**

## Part I  Exemptions

Complete this part **only** if any information relating to exemptions (to dependents if amending your 2018 or later return) has changed from what you reported on the return you are amending. This would include a change in the number of exemptions (of dependents if amending your 2018 or later return).

*For amended 2018 or later returns only, leave lines 24, 28, and 29 blank. Fill in all other applicable lines.*

**Note:** See the Forms 1040 and 1040-SR, or Form 1040A, instructions for the tax year being amended. See also the Form 1040-X instructions.

| | | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|
| 24 | Yourself and spouse. **Caution:** If someone can claim you as a dependent, you can't claim an exemption for yourself. If amending your 2018 or later return, leave line blank | | | |
| 25 | Your dependent children who lived with you | | | |
| 26 | Your dependent children who didn't live with you due to divorce or separation | | | |
| 27 | Other dependents | | | |
| 28 | Total number of exemptions. Add lines 24 through 27. If amending your 2018 or later return, leave line blank | | | |
| 29 | Multiply the number of exemptions claimed on line 28 by the exemption amount shown in the instructions for line 29 for the year you are amending. Enter the result here and on line 4a on page 1 of this form. If amending your 2018 or later return, leave line blank | | | |

30  List **ALL** dependents (children and others) claimed on this amended return. If more than 4 dependents, see inst. and ✔ here ▶ ☐

**Dependents** (see instructions):

| (a) First name   Last name | (b) Social security number | (c) Relationship to you | (d) ✔ if qualifies for (see instructions): Child tax credit | Credit for other dependents (amended 2018 or later returns only) |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

## Part II  Presidential Election Campaign Fund

Checking below won't increase your tax or reduce your refund.

☐  Check here if you didn't previously want $3 to go to the fund, but now do.

☐  Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

## Part III  Explanation of Changes.
In the space provided below, tell us why you are filing Form 1040-X.

▶ Attach any supporting documents and new or changed forms and schedules.

ORIGINAL FORM FAILED TO INCLUDE FORM 8992 LOSS

**Remember to keep a copy of this form for your records.**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

**Sign Here**

| ▶ | | BROKER |
|---|---|---|
| Your signature | Date | Your occupation |
| ▶ | | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation |

**Paid Preparer Use Only**

| ▶ | 05/10/2021 | POLANCO & ASSOCIATES LLC |
|---|---|---|
| Preparer's signature | Date | Firm's name (or yours if self-employed) |
| PAOLA A POLANCO | | CALLE CONFIANZA 718 |
| Print/type preparer's name | | Firm's address and ZIP code |
| P02392076 | ☐ Check if self-employed | |
| PTIN | | Phone number   EIN |

For forms and publications, visit *www.irs.gov*.   Form **1040-X** (Rev. 1-2020)

| SCHEDULE B<br>(Form 1040 or 1040-SR) | **Interest and Ordinary Dividends** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ Go to *www.irs.gov/ScheduleB* for instructions and the latest information.<br>▶ Attach to Form 1040 or 1040-SR. | Attachment<br>Sequence No. **08** |

| Name(s) shown on return | Your social security number |
|---|---|
| GUY GENTILE | ▮▮▮▮▮▮ |

### Part I
### Interest

(See instructions and the instructions for Forms 1040 and 1040-SR, line 2b.)

**Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

**1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ▶

| | Amount |
|---|---|
| FROM K-1 | 5,046 |

**1** 5,046

**2** Add the amounts on line 1 . . . . . . . . . . . . . . . . . . . . . . **2** 5,046

**3** Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 . . . . . . . . . . . . . . . . . . . . . . **3**

**4** Subtract line 3 from line 2. Enter the result here and on Form 1040 or 1040-SR, line 2b . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **4** 5,046

**Note:** If line 4 is over $1,500, you must complete Part III.

### Part II
### Ordinary Dividends

(See instructions and the instructions for Forms 1040 and 1040-SR, line 3b.)

**Note:** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

**5** List name of payer ▶

| Amount |
|---|
| |

**6** Add the amounts on line 5. Enter the total here and on Form 1040 or 1040-SR, line 3b . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **6**

**Note:** If line 6 is over $1,500, you must complete Part III.

### Part III
### Foreign Accounts and Trusts

**Caution:** If required, failure to file FinCEN Form 114 may result in substantial penalties. See instructions.

You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| **7a** | At any time during 2019, did you have a financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," are you required to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR), to report that financial interest or signature authority? See FinCEN Form 114 and its instructions for filing requirements and exceptions to those requirements . . . . . . | | |
| **b** | If you are required to file FinCEN Form 114, enter the name of the foreign country where the financial account is located ▶ | | |
| **8** | During 2019, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See instructions. . . . . . . . . . . | | X |

**For Paperwork Reduction Act Notice, see your tax return instructions.**  **Schedule B (Form 1040 or 1040-SR) 2019**
BCA

| SCHEDULE D<br>(Form 1040 or 1040-SR) | Capital Gains and Losses | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ Attach to Form 1040, 1040-SR, or 1040-NR.<br>▶ Go to *www.irs.gov/ScheduleD* for instructions and the latest information.<br>▶ Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10. | Attachment<br>Sequence No. **12** |

Name(s) shown on return: GUY GENTILE

**Your social security number**: [redacted]

Did you dispose of any investment(s) in a qualified opportunity fund during the tax year?   ☐ Yes   ☒ No
If "Yes,"• attach Form 8949 and see its instructions for additional requirements for reporting your gain or loss.

### Part I — Short-Term Capital Gains and Losses—Generally Assets Held One Year or Less (see instructions)

| | See instructions for how to figure the amounts to enter on the lines below.<br>This form may be easier to complete if you round off cents to whole dollars. | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|
| 1a | Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b. | | | | |
| 1b | Totals for all transactions reported on Form(s) 8949 with **Box A** checked | | | | |
| 2 | Totals for all transactions reported on Form(s) 8949 with **Box B** checked | | | | |
| 3 | Totals for all transactions reported on Form(s) 8949 with **Box C** checked | | | | |
| 4 | Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . . . **4** | | | | |
| 5 | Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . **5** | | | | |
| 6 | Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions . . . **6** ( 248,337 ) | | | | |
| 7 | **Net short-term capital gain or (loss).** Combine lines 1a through 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part III on the back . . . **7** −248,337 | | | | |

### Part II — Long-Term Capital Gains and Losses—Generally Assets Held More Than One Year (see instructions)

| | See instructions for how to figure the amounts to enter on the lines below.<br>This form may be easier to complete if you round off cents to whole dollars. | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|
| 8a | Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b. | | | | |
| 8b | Totals for all transactions reported on Form(s) 8949 with **Box D** checked | | | | |
| 9 | Totals for all transactions reported on Form(s) 8949 with **Box E** checked | | | | |
| 10 | Totals for all transactions reported on Form(s) 8949 with **Box F** checked | | | | |
| 11 | Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . **11** | | | | |
| 12 | Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . **12** | | | | |
| 13 | Capital gain distributions. See the instructions . . . **13** | | | | |
| 14 | Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions . . . **14** ( ) | | | | |
| 15 | **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h). Then go to Part III on the back . . . **15** | | | | |

For Paperwork Reduction Act Notice, see your tax return instructions.   Schedule D (Form 1040 or 1040-SR) 2019
BCA

Schedule D (Form 1040 or 1040-SR) 2019    GUY GENTILE                                                                 Page **2**

**Part III**    **Summary**

| | | | |
|---|---|---|---|
| **16** | Combine lines 7 and 15 and enter the result . . . . . . . . . . . . . . . . . . . . . . . | **16** | −248,337 |

  ● If line 16 is a **gain,** enter the amount from line 16 on Form 1040 or 1040-SR, line 6; or Form 1040-NR, line 14. Then go to line 17 below.
  ● If line 16 is a **loss,** skip lines 17 through 20 below. Then go to line 21. Also be sure to complete line 22.
  ● If line 16 is **zero,** skip lines 17 through 21 below and enter -0- on Form 1040 or 1040-SR, line 6; or Form 1040-NR, line 14. Then go to line 22.

**17**    Are lines 15 and 16 **both** gains?
   ☐ **Yes.** Go to line 18.
   ☐ **No.** Skip lines 18 through 21, and go to line 22.

**18**    If you are required to complete the **28% Rate Gain Worksheet** (see instructions), enter the amount, if any, from line 7 of that worksheet . . . . . . . . . . . . . . . . . . . . . ▶ **18**

**19**    If you are required to complete the **Unrecaptured Section 1250 Gain Worksheet** (see instructions), enter the amount, if any, from line 18 of that worksheet . . . . . . . . . . . . ▶ **19**

**20**    Are lines 18 and 19 **both** zero or blank?
   ☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Forms 1040 and 1040-SR, line 12a (or in the instructions for Form 1040-NR, line 42). **Don't** complete lines 21 and 22 below.

   ☐ **No.** Complete the **Schedule D Tax Worksheet** in the instructions. **Don't** complete lines 21 and 22 below.

**21**    If line 16 is a loss, enter here and on Form 1040 or 1040-SR, line 6; or Form 1040-NR, line 14, the **smaller** of:

   ● The loss on line 16; or                    . . . . . . . . . . . . . . . . . . .   **21**  (      3,000 )
   ● ($3,000), or if married filing separately, ($1,500)

   **Note:** When figuring which amount is smaller, treat both amounts as positive numbers.

**22**    Do you have qualified dividends on Form 1040 or 1040-SR, line 3a; or Form 1040-NR, line 10b?

   ☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Forms 1040 and 1040-SR, line 12a (or in the instructions for Form 1040-NR, line 42).

   ☒ **No.** Complete the rest of Form 1040, 1040-SR, or 1040-NR.

**Schedule D (Form 1040 or 1040-SR) 2019**

| SCHEDULE E<br>(Form 1040 or 1040-SR) | Supplemental Income and Loss<br>(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)<br>▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041.<br>▶ Go to *www.irs.gov/ScheduleE* for instructions and the latest information. | OMB No. 1545-0074<br>Attachment Sequence No. **13** |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service   (99) | | |

Name(s) shown on return: **GUY GENTILE**

Your social security number: [REDACTED]

**Part I    Income or Loss From Rental Real Estate and Royalties**  Note: If you are in the business of renting personal property, use **Schedule C** (see instructions). If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

**A** Did you make any payments in 2019 that would require you to file Form(s) 1099? (see instructions) . . .  ☐ Yes   ☐ No
**B** If "Yes," did you or will you file required Forms 1099? . . . . . . . . . . . . . . . . . . .  ☐ Yes   ☐ No

**1a** Physical address of each property (street, city, state, ZIP code)

A
B
C

| 1b | Type of Property<br>(from list below) | 2 | For each rental real estate property listed above, report the number of fair rental and personal use days. Check the **QJV** box only if you meet the requirements to file as a qualified joint venture. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|---|---|
| A | | | | A | | | ☐ |
| B | | | | B | | | ☐ |
| C | | | | C | | | ☐ |

**Type of Property:**
1  Single Family Residence      3  Vacation/Short-Term Rental    5  Land          7  Self-Rental
2  Multi-Family Residence       4  Commercial                    6  Royalties     8  Other (describe)

| Income: | Properties: | A | B | C |
|---|---|---|---|---|
| 3 | Rents received . . . . . . . . . . . . . . . . **3** | | | |
| 4 | Royalties received . . . . . . . . . . . . . . **4** | | | |
| **Expenses:** | | | | |
| 5 | Advertising . . . . . . . . . . . . . . . . . **5** | | | |
| 6 | Auto and travel (see instructions) . . . . . . . **6** | | | |
| 7 | Cleaning and maintenance . . . . . . . . . . **7** | | | |
| 8 | Commissions . . . . . . . . . . . . . . . . **8** | | | |
| 9 | Insurance . . . . . . . . . . . . . . . . . . **9** | | | |
| 10 | Legal and other professional fees . . . . . . . **10** | | | |
| 11 | Management fees . . . . . . . . . . . . . . **11** | | | |
| 12 | Mortgage interest paid to banks, etc. (see instructions) . . **12** | | | |
| 13 | Other interest . . . . . . . . . . . . . . . **13** | | | |
| 14 | Repairs . . . . . . . . . . . . . . . . . . **14** | | | |
| 15 | Supplies . . . . . . . . . . . . . . . . . . **15** | | | |
| 16 | Taxes . . . . . . . . . . . . . . . . . . . **16** | | | |
| 17 | Utilities . . . . . . . . . . . . . . . . . . **17** | | | |
| 18 | Depreciation expense or depletion . . . . . . . **18** | | | |
| 19 | Other (list) ▶ . . . . . . . . . . . . . . . . **19** | | | |
| 20 | Total expenses. Add lines 5 through 19 . . . . **20** | | | |
| 21 | Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file **Form 6198** . . . . . . . . . . . . . . **21** | | | |
| 22 | Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) . . . . . . . . . **22** | (                    ) | (                    ) | (                    ) |

| 23 | a | Total of all amounts reported on line 3 for all rental properties . . . . . . . . | **23a** | |
|---|---|---|---|---|
| | b | Total of all amounts reported on line 4 for all royalty properties . . . . . . . . | **23b** | |
| | c | Total of all amounts reported on line 12 for all properties . . . . . . . . . . | **23c** | |
| | d | Total of all amounts reported on line 18 for all properties . . . . . . . . . . | **23d** | |
| | e | Total of all amounts reported on line 20 for all properties . . . . . . . . . . | **23e** | |
| 24 | **Income.** Add positive amounts shown on line 21. **Do not** include any losses . . . . . . . . . . . . . . . | **24** | |
| 25 | **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here . . | **25** | (                    ) |
| 26 | **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Schedule 1 (Form 1040 or 1040-SR), line 5, or Form 1040-NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **26** | 0 |

**For Paperwork Reduction Act Notice, see the separate instructions.**                Schedule E (Form 1040 or 1040-SR) 2019
BCA

Schedule E (Form 1040 or 1040-SR) 2019 — Attachment Sequence No. **13** — Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on other side.
GUY GENTILE

**Your social security number:** [redacted]

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II — Income or Loss From Partnerships and S Corporations

Note: If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column **(e)** on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(f)** on line 28 and attach **Form 6198** (see instructions).

**27** Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section. ☐ Yes  ☒ No

**28**

| | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | | | ☐ | | ☐ | ☐ |
| B | | | ☐ | | ☐ | ☐ |
| C | | | ☐ | | ☐ | ☐ |
| D | | | ☐ | | ☐ | ☐ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| **29 a** Totals | | | | | |
| **b** Totals | | | | | |

**30** Add columns (h) and (k) of line 29a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **30**
**31** Add columns (g), (i), and (j) of line 29b . . . . . . . . . . . . . . . . . . . . . . . . . . . **31** ( )
**32** **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 . . . . . . . . . **32**

## Part III — Income or Loss From Estates and Trusts

**33**

| | (a) Name | (b) Employer identification number |
|---|---|---|
| A | THE STOCK USA TRUST | [redacted] |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | 72,295 | 170,347 | |
| B | | | | |
| **34 a** Totals | | 72,295 | | |
| **b** Totals | | | 170,347 | |

**35** Add columns (d) and (f) of line 34a . . . . . . . . . . . . . . . . . . . . . . . . . . . . **35** 72,295
**36** Add columns (c) and (e) of line 34b . . . . . . . . . . . . . . . . . . . . . . . . . . . . **36** ( 170,347 )
**37** **Total estate and trust income or (loss).** Combine lines 35 and 36. . . . . . . . . . . . . . . . **37** −98,052

## Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

**38**

| | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

**39** Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below . . . . **39**

## Part V — Summary

**40** Net farm rental income or (loss) from **Form 4835**. Also, complete line 42 below . . . . . . . . . **40**
**41** **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040 or 1040-SR), line 5, or Form 1040-NR, line 18 ▶ **41** −98,052
**42** **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AC; and Schedule K-1 (Form 1041), box 14, code F (see instructions) . . . **42**
**43** **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules . . . . . . . . . . . . . **43**

| US Schedule E | Beneficiary's K-1 Worksheet | 2019 |
|---|---|---|

**Name:** THE STOCK USA TRUST  **EIN:** ▬

|  | Active rental real estate | Other passive activities |  |  |
|---|---|---|---|---|
| Carryover from 2018 |  |  |  |  |
| Carryover to 2019 |  |  | Amount | Where entered |
| 1  Interest | | | 5,046 | Sch B, line 1f |
| 2a Total ordinary dividends | | | | Sch B, line 5j |
|     Qualified dividends | | | | 1040, line 9b |
| 3  Net short-term capital gain | | | | Sch D, line 5 |
| 4a Net long-term gain | | | | Sch D, line 12 |
|  b 28% rate gain | | | | Sch D, under line 14 |
|  c Unrecaptured section 1250 gain | | | | Sch D, line 19 |
| 5  Annuities, royalties and other non-passive income | | | | |
|     Depreciation, depletion, amortization | | | | |
|     Net amount | | | | Sch E, Part III |
| 6  Ordinary business income | | | -170,347 | |
|     Depreciation, depletion, amortization | | | | |
|     Net amount | | | -170,347 | Sch E, Part III |
| 7  Rental real estate | | | 72,295 | |
|     Depreciation, depletion, amortization | | | | |
|     Net amount | | | 72,295 | Sch E, Part III |
| 8  Other rental income | | | | |
|     Depreciation, depletion, amortization | | | | |
|     Net amount | | | | Sch E, Part III |
| 9  States adjusting for the difference between | | | | |
|  a Federal and state depreciation | | | | 1040, worksheet 5 |
|  b Federal and state 179 depreciation | | | | 1040, worksheet 5 |
|  c Federal and state sales | | | | 1040, worksheet 5 |
|  d Special depreciation on 2019 return | | | | 1040, worksheet 5 |
| 10 Estate tax deduction | | | | Sch A, line 28 |
| 11a Excess deduction on termination | | | | Sch A, line 23 |
|  b Short-term capital loss carryover | | | | Sch D, line 5 |
|  c Long-term capital loss carryover | | | | Sch D, line 12 |
|  d NOL carryover for regular tax purposes | | | | 1040, line 21 |
| 12a Adjustment for minimum tax purposes | | | | 6251, line 14 |

|  | A  Ordinary nonpassive | B  Active rental | C  Passive |
|---|---|---|---|
|  g Accelerated depreciation |  |  |  |
|     Prior year AMT unallowed loss |  |  |  |
|     AMT carryforward to 2019 |  |  |  |
|  j Exclusion items | 2019 Form 8801 | | |

| 13a Credit for estimated taxes | | f Work opportunity credit | |
|---|---|---|---|
|  b Credit for backup withholding | | g Credit for small employer health insurance | |
|  c Low-income housing credit | | h Alcohol fuel credit | |
|  d Qualified rehabilitation expenditures | | i Credit for increasing research activities | |
|  e Basis of investment credit property | | j Renewable electricity credit, Section A | |
|     Qualified advanced coal project credit | |   Renewable electricity credit, Section B | |
|     Qualifying gasification project credit | | k Empowerment zone and renewal community | |
|     Credit from cooperatives | |   employment credit | |
|     Energy credit | | l Indian employment credit | |
|     Kilowatt capacity, qualified fuel cell | | m Orphan drug credit | |
|     Kilowatt capacity, qualified microturbine | | n Credit for employer provided child care & facilities | |
|     Energy credit from cooperatives | | o Biodiesel and renewable diesel fuels credit | |

| 14 Other information | | |
|---|---|---|
|  a Tax-exempt interest | | 1040, line 2a |
|     Amount of line 14a taxable to state of  PR | | |
|  e Net investment income | | 4952, line 4a |
|  f Gross farm and fishing income | | |
|  h Adjustments for section 1411 net investment income or deductions | | 8960, line 7 |
|  i Section 199-A information | | |

© 2019 Universal Tax Systems, Inc. and/or its affiliates and licensors. All rights reserved.                                USWE4$$1

Form **8948**
(Rev. September 2018)
Department of the Treasury
Internal Revenue Service

**Preparer Explanation for Not Filing Electronically**

▶ Go to *www.irs.gov/Form8948* for instructions and the latest information.

OMB No. 1545-2200

Attachment Sequence No. **173**

| Name(s) on tax return | Tax year of return | Taxpayer's identifying number |
|---|---|---|
| GUY GENTILE | 2019 | ▇▇▇▇▇▇▇ |

| Preparer's name | Preparer Tax Identification Number (PTIN) |
|---|---|
| PAOLA A POLANCO | ▇▇▇▇▇▇▇ |

**Three out of four taxpayers now use IRS *e-file*.** Go to *www.irs.gov/efile* for details on using IRS *e-file*. The benefits of electronic filing include the following.
- Faster refunds
- More accurate returns
- Secure transmissions
- Easier filing method
- E-payment options
- Receipt acknowledged

Check the applicable box to indicate the reason this return is not being filed electronically. Do not check more than one box.

**1** ☐ Taxpayer chose to file this return on paper.

**2** ☐ The preparer received a waiver from the requirement to electronically file the tax return.

Waiver Reference Number _____    Approval Letter Date _____

**3** ☐ The preparer is a member of a recognized religious group that is conscientiously opposed to filing electronically.

**4** ☐ This return was rejected by IRS *e-file* and the reject condition could not be resolved.

Reject code: _____    Number of attempts to resolve reject: _____

**5** ☐ The preparer's e-file software package does not support Form _____ or Schedule _____ attached to this return.

**6** Check the box that applies and provide additional information if requested.

**a** ☐ The preparer is ineligible to file electronically because IRS *e-file* does not accept foreign preparers without social security numbers who live and work abroad.

**b** ☐ The preparer is ineligible to participate in IRS *e-file.*

**c** ☒ Other: Describe below the circumstances that prevented the preparer from filing this return electronically.

AMENDMENT

---

**For Paperwork Reduction Act Notice, see instructions.**
BCA

Form **8948** (Rev. 9-2018)