# EXHIBIT E

| Form **5471** (Rev. December 2015) Department of the Treasury Internal Revenue Service | **Information Return of U.S. Persons With Respect To Certain Foreign Corporations** ▶ For more information about Form 5471, see www.irs.gov/form5471 Information furnished for the foreign corporation's annual accounting period (tax year required by section 898) (see instructions) beginning 01/01/17, and ending 12/31/17 | OMB No. 1545-0704 Attachment Sequence No. **121** |

**Name of person filing this return**
GUY GENTILE

**A Identifying number**
[redacted]

**Number, street, and room or suite no. (or P.O. box number if mail is not delivered to street address)**
[redacted]

**B Category of filer** (See instructions. Check applicable box(es)):
1 (repealed)   2 ☐   3 ☐   4 ☒   5 ☐

**City or town, state, and ZIP code**
SAN JUAN

**C** Enter the total percentage of the foreign corporation's voting stock you owned at the end of its annual accounting period   **100.000 %**

**Filer's tax year beginning** 01/01/17, **and ending** 12/31/17

**D** Check if any excepted specified foreign financial assets are reported on this form (see instructions) ☐

**E** Person(s) on whose behalf this information return is filed:

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) | | |
|---|---|---|---|---|---|
| | | | Shareholder | Officer | Director |
| GUY GENTILE | 105 AVE DE DIEGO S.T 2202 SAN JUAN  PR 00911 | 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 | X | X | X |
| | | | | | |
| | | | | | |
| | | | | | |

**Important:** Fill in all applicable lines and schedules. All information **must** be in English. All amounts **must** be stated in U.S. dollars unless otherwise indicated.

**1a** Name and address of foreign corporation
[redacted]
NASSAU
BAHAMAS

**b(1)** Employer identification number, if any
[redacted]

**b(2)** Reference ID number (see instructions)

**c** Country under whose laws incorporated
BAHAMAS

**d** Date of incorp.  09/10/08
**e** Principal place of business  BAHAMAS
**f** Principal business activity code no.  523120
**g** Principal business activity  SECURITIES BROKER
**h** Functional currency  USD/BHS

**2** Provide the following information for the foreign corporation's accounting period stated above.

**a** Name, address, and identifying number of branch office or agent (if any) in the United States

**b** If a U.S. income tax return was filed, enter:
  (i) Taxable income or (loss)
  (ii) U.S. income tax paid (after all credits)

**c** Name and address of foreign corporation's statutory or resident agent in country of incorporation

**d** Name and address (including corporate department, if applicable) of person (or persons) with custody of the books and records of the foreign corporation, and the location of such books and records, if different
GUY GENTILE
[redacted]
BAHAMAS

**Schedule A    Stock of the Foreign Corporation**

| (a) Description of each class of stock | (b) Number of shares issued and outstanding | |
|---|---|---|
| | (i) Beginning of annual accounting period | (ii) End of annual accounting period |
| COMMON | 1,000 | 1,000 |
| | | |
| | | |
| | | |

For Paperwork Reduction Act Notice, see instructions.

Form **5471** (Rev. 12-2015)

DAA

Form 5471 (Rev. 12-2015)    GUY GENTILE    MINTBROKER INTERNATIONAL, LTD    Page **2**

## Schedule B    U.S. Shareholders of Foreign Corporation (see instructions)

| (a) Name, address, and identifying number of shareholder | (b) Description of each class of stock held by shareholder. Note: This description should match the corresponding description entered in Schedule A, column (a). | (c) Number of shares held at beginning of annual accounting period | (d) Number of shares held at end of annual accounting period | (e) Pro rata share of subpart F income (enter as a percentage) |
|---|---|---|---|---|
| GUY GENTILE | COMMON | 1,000 | 1,000 | |

## Schedule C    Income Statement (see instructions)

**Important:** Report all information in functional currency in accordance with U.S. GAAP. Also, report each amount in U.S. dollars translated from functional currency (using GAAP translation rules). However, if the functional currency is the U.S. dollar, complete only the U.S. Dollars column. See instructions for special rules for DASTM corporations.

| | | | | Functional Currency | U.S. Dollars |
|---|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales | 1a | | 18,299,192 |
| | b | Returns and allowances | 1b | | |
| | c | Subtract line 1b from line 1a | 1c | | 18,299,192 |
| | 2 | Cost of goods sold | 2 | | 5,434,157 |
| | 3 | Gross profit (subtract line 2 from line 1c) | 3 | | 12,865,035 |
| | 4 | Dividends | 4 | | |
| | 5 | Interest | 5 | | |
| | 6a | Gross rents | 6a | | |
| | b | Gross royalties and license fees | 6b | | |
| | 7 | Net gain or (loss) on sale of capital assets | 7 | | |
| | 8 | Other income (attach statement) SEE STMT 9 | 8 | | 2,447,318 |
| | 9 | Total income (add lines 3 through 8) | 9 | 0 | 15,312,353 |
| **Deductions** | 10 | Compensation not deducted elsewhere | 10 | | 2,145,039 |
| | 11a | Rents | 11a | | 158,766 |
| | b | Royalties and license fees | 11b | | |
| | 12 | Interest | 12 | | 96 |
| | 13 | Depreciation not deducted elsewhere | 13 | | 75,095 |
| | 14 | Depletion | 14 | | |
| | 15 | Taxes (exclude provision for income, war profits, and excess profits taxes) | 15 | | |
| | 16 | Other deductions (attach statement—exclude provision for income, war profits, and excess profits taxes) SEE STMT 10 | 16 | | 8,732,349 |
| | 17 | Total deductions (add lines 10 through 16) | 17 | 0 | 11,111,345 |
| **Net Income** | 18 | Net income or (loss) before extraordinary items, prior period adjustments, and the provision for income, war profits, and excess profits taxes (subtract line 17 from line 9) | 18 | 0 | 4,201,008 |
| | 19 | Extraordinary items and prior period adjustments (see instructions) | 19 | | |
| | 20 | Provision for income, war profits, and excess profits taxes (see instructions) | 20 | | |
| | 21 | Current year net income or (loss) per books (combine lines 18 through 20) | 21 | 0 | 4,201,008 |

DAA                             Form **5471** (Rev. 12-2015)

GUY GENTILE
Form 5471 (Rev. 12-2015)  MINTBROKER INTERNATIONAL, LTD                                                              Page **3**

### Schedule E — Income, War Profits, and Excess Profits Taxes Paid or Accrued (see instructions)

| | (a) Name of country or U.S. possession | (b) In foreign currency | (c) Conversion rate | (d) In U.S. dollars |
|---|---|---|---|---|
| 1 | U.S. | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | Total | | ▶ | 0 |

### Schedule F — Balance Sheet

**Important:** Report all amounts in U.S. dollars prepared and translated in accordance with U.S. GAAP. See instructions for an exception for DASTM corporations.

| | Assets | | (a) Beginning of annual accounting period | (b) End of annual accounting period |
|---|---|---|---|---|
| 1 | Cash | 1 | 22,337,551 | 34,452,543 |
| 2a | Trade notes and accounts receivable | 2a | 1,518,673 | 2,079,422 |
| b | Less allowance for bad debts | 2b | ( 1,300,868)( | 1,655,087 ) |
| 3 | Inventories | 3 | | |
| 4 | Other current assets (attach statement) SEE STMT 11 | 4 | 43,730 | 122,255 |
| 5 | Loans to shareholders and other related persons | 5 | 366,976 | 411,700 |
| 6 | Investment in subsidiaries (attach statement) | 6 | | |
| 7 | Other investments (attach statement) SEE STMT 12 | 7 | 53,766 | 7,692,396 |
| 8a | Buildings and other depreciable assets | 8a | 359,690 | 553,286 |
| b | Less accumulated depreciation | 8b | ( 203,081)( | 252,402 ) |
| 9a | Depletable assets | 9a | | |
| b | Less accumulated depletion | 9b | ( )( | ) |
| 10 | Land (net of any amortization) | 10 | | |
| 11 | Intangible assets: | | | |
| a | Goodwill | 11a | | |
| b | Organization costs | 11b | | |
| c | Patents, trademarks, and other intangible assets | 11c | | |
| d | Less accumulated amortization for lines 11a, b, and c | 11d | ( )( | ) |
| 12 | Other assets (attach statement) SEE STMT 13 | 12 | 2,620,970 | 2,669,978 |
| 13 | Total assets | 13 | 25,797,407 | 46,074,091 |
| | **Liabilities and Shareholders' Equity** | | | |
| 14 | Accounts payable | 14 | 946,983 | 740,083 |
| 15 | Other current liabilities (attach statement) SEE STMT 14 | 15 | 8,864,002 | 20,346,577 |
| 16 | Loans from shareholders and other related persons | 16 | | |
| 17 | Other liabilities (attach statement) SEE STMT 15 | 17 | 3,499,500 | 8,299,500 |
| 18 | Capital stock: | | | |
| a | Preferred stock | 18a | | |
| b | Common stock | 18b | 1,000 | 1,000 |
| 19 | Paid-in or capital surplus (attach reconciliation) SEE STMT 16 | 19 | 305,475 | 305,475 |
| 20 | Retained earnings | 20 | 12,180,447 | 16,381,456 |
| 21 | Less cost of treasury stock | 21 | ( )( | ) |
| 22 | Total liabilities and shareholders' equity | 22 | 25,797,407 | 46,074,091 |

Form **5471** (Rev. 12-2015)

DAA

## Schedule G    Other Information

| | | Yes | No |
|---|---|:---:|:---:|
| 1 | During the tax year, did the foreign corporation own at least a 10% interest, directly or indirectly, in any foreign partnership? | | X |
| | If "Yes," see the instructions for required statement. | | |
| 2 | During the tax year, did the foreign corporation own an interest in any trust? | | X |
| 3 | During the tax year, did the foreign corporation own any foreign entities that were disregarded as entities separate from their owners under Regulations sections 301.7701-2 and 301.7701-3 (see instructions)? | | X |
| | If "Yes," you are generally required to attach Form 8858 for each entity (see instructions). | | |
| 4 | During the tax year, was the foreign corporation a participant in any cost sharing arrangement? | | X |
| 5 | During the course of the tax year, did the foreign corporation become a participant in any cost sharing arrangement? | | X |
| 6 | During the tax year, did the foreign corporation participate in any reportable transaction as defined in Regulations section 1.6011-4? | | X |
| | If "Yes," attach Form(s) 8886 if required by Regulations section 1.6011-4(c)(3)(i)(G). | | |
| 7 | During the tax year, did the foreign corporation pay or accrue any foreign tax that was disqualified for credit under section 901(m)? | | X |
| 8 | During the tax year, did the foreign corporation pay or accrue foreign taxes to which section 909 applies, or treat foreign taxes that were previously suspended under section 909 as no longer suspended? | | X |

## Schedule H    Current Earnings and Profits (see instructions)

**Important:** Enter the amounts on lines 1 through 5c in **functional** currency.

| | | Net Additions | Net Subtractions | | |
|---|---|---|---|---|---:|
| 1 | Current year net income or (loss) per foreign books of account | | | 1 | 4,201,008 |
| 2 | Net adjustments made to line 1 to determine current earnings and profits according to U.S. financial and tax accounting standards (see instructions): | | | | |
| a | Capital gains or losses | | | | |
| b | Depreciation and amortization | | | | |
| c | Depletion | | | | |
| d | Investment or incentive allowance | | | | |
| e | Charges to statutory reserves | | | | |
| f | Inventory adjustments | | | | |
| g | Taxes | | | | |
| h | Other (attach statement) | | | | |
| 3 | Total net additions | | | | |
| 4 | Total net subtractions | | | | |
| 5a | Current earnings and profits (line 1 plus line 3 minus line 4) | | | 5a | 4,201,008 |
| b | DASTM gain or (loss) for foreign corporations that use DASTM (see instructions) | | | 5b | |
| c | Combine lines 5a and 5b | | | 5c | 4,201,008 |
| d | Current earnings and profits in U.S. dollars (line 5c translated at the appropriate exchange rate as defined in section 989(b) and the related regulations (see instructions)) | | | 5d | 4,201,008 |

Enter exchange rate used for line 5d ▶    1.0000

## Schedule I    Summary of Shareholder's Income From Foreign Corporation (see instructions)

If item E on page 1 is completed, a separate Schedule I must be filed for each Category 4 or 5 filer for whom reporting is furnished on this Form 5471. This schedule I is being completed for:

Name of U.S. shareholder ▶      Identifying number ▶

| | | | |
|---|---|---|---:|
| 1 | Subpart F income (line 38b, Worksheet A in the instructions) | 1 | 0 |
| 2 | Earnings invested in U.S. property (line 17, Worksheet B in the instructions) | 2 | |
| 3 | Previously excluded subpart F income withdrawn from qualified investments (line 6b, Worksheet C in the instructions) | 3 | |
| 4 | Previously excluded export trade income withdrawn from investment in export trade assets (line 7b, Worksheet D in the instructions) | 4 | |
| 5 | Factoring income | 5 | |
| 6 | Total of lines 1 through 5. Enter here and on your income tax return. See instructions | 6 | 0 |
| 7 | Dividends received (translated at spot rate on payment date under section 989(b)(1)) | 7 | |
| 8 | Exchange gain or (loss) on a distribution of previously taxed income | 8 | |

| | Yes | No |
|---|:---:|:---:|
| • Was any income of the foreign corporation blocked? | | X |
| • Did any such income become unblocked during the tax year (see section 964(b))? | | |

If the answer to either question is "Yes," attach an explanation.

| SCHEDULE J (Form 5471) (Rev. December 2012) Department of the Treasury Internal Revenue Service | **Accumulated Earnings and Profits (E&P) of Controlled Foreign Corporation** ▶ Information about Schedule J (Form 5471) and its instructions is at www.irs.gov/form5471. ▶ Attach to Form 5471. | | | OMB No. 1545-0704 |
|---|---|---|---|---|

| Name of person filing Form 5471 | | | Identifying number | |
|---|---|---|---|---|
| GUY GENTILE | | | ▇▇▇▇▇▇▇ | |
| Name of foreign corporation | | EIN (if any) | Reference ID number (see instructions) | |
| MINTBROKER INTERNATIONAL, LTD | | ▇▇▇▇▇▇▇ | | |

| **Important:** Enter amounts in functional currency. | **(a)** Post-1986 Undistributed Earnings (post-86 section 959(c)(3) balance) | **(b)** Pre-1987 E&P Not Previously Taxed (pre-87 sec. 959(c)(3) balance) | **(c)** Previously Taxed E&P (see instructions) (sections 959(c)(1) and (2) balances) | | | **(d)** Total Section 964(a) E&P (combine columns (a), (b), and (c)) |
|---|---|---|---|---|---|---|
| | | | (i) Earnings Invested in U.S. Property | (ii) Earnings Invested in Excess Passive Assets | (iii) Subpart F Income | |
| 1  Balance at beginning of year | | | | | | |
| 2a Current year E&P | 4,201,008 | | | | | |
| b  Current year deficit in E&P | | | | | | |
| 3  Total current and accumulated E&P not previously taxed (line 1 plus line 2a **or** line 1 minus line 2b) | 4,201,008 | 0 | | | | |
| 4  Amounts included under section 951(a) or reclassified under section 959(c) in current year | | | | | | |
| 5a Actual distributions or reclassifications of previously taxed E&P | | | | | | |
| b  Actual distributions of nonpreviously taxed E&P | | | | | | |
| 6a Balance of previously taxed E&P at end of year (line 1 plus line 4, minus line 5a) | | | | | | |
| b  Balance of E&P not previously taxed at end of year (line 3 minus line 4, minus line 5b) | 4,201,008 | 0 | | | | |
| 7  Balance at end of year. (Enter amount from line 6a or line 6b, whichever is applicable.) | 4,201,008 | 0 | 0 | 0 | 0 | 4,201,008 |

For Paperwork Reduction Act Notice, see the Instructions for Form 5471.                                       Schedule J (Form 5471) (Rev. 12-2012)

DAA

# SCHEDULE M
## (Form 5471)
(Rev. December 2012)

Department of the Treasury
Internal Revenue Service

# Transactions Between Controlled Foreign Corporation and Shareholders or Other Related Persons

▶ Information about Schedule M (Form 5471) and its instructions is at www.irs.gov/form5471.
▶ Attach to Form 5471.

OMB No. 1545-0704

| Name of person filing Form 5471 | Identifying number |
|---|---|
| GUY GENTILE | |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| MINTBROKER INTERNATIONAL, LTD | | |

**Important:** Complete a **separate** Schedule M for each controlled foreign corporation. Enter the totals for each type of transaction that occurred during the annual accounting period between the foreign corporation and the persons listed in columns (b) through (f). All amounts must be stated in U.S. dollars translated from functional currency at the average exchange rate for the foreign corporation's tax year. See instructions.

Enter the relevant functional currency and the exchange rate used throughout this schedule ▶  USD/BHS   1.0000

| (a) Transactions of foreign corporation | (b) U.S. person filing this return | (c) Any domestic corporation or partnership controlled by U.S. person filing this return | (d) Any other foreign corporation or partnership controlled by U.S. person filing this return | (e) 10% or more U.S. shareholder of controlled foreign corporation (other than the U.S. person filing this return) | (f) 10% or more U.S. shareholder of any corporation controlling the foreign corporation |
|---|---|---|---|---|---|
| 1 Sales of stock in trade (inventory) | | | | | |
| 2 Sales of tangible property other than stock in trade | | | | | |
| 3 Sales of property rights (patents, trademarks, etc.) | | | | | |
| 4 Platform contrib. transaction pymt. received | | | | | |
| 5 Cost sharing transaction payments received | | | | | |
| 6 Compensation received for technical, managerial, engineering, construction, or like services | | | | | |
| 7 Commissions received | | | | | |
| 8 Rents, royalties, and license fees received | | | | | |
| 9 Dividends received (exclude deemed distributions under subpart F and distributions of previously taxed income) | | | | | |
| 10 Interest received | | | | | |
| 11 Premiums received for insurance or reinsurance | | | | | |
| 12 Add lines 1 through 11 | 0 | 0 | 0 | 0 | 0 |
| 13 Purchases of stock in trade (inventory) | | | | | |
| 14 Purchases of tangible property other than stock in trade | | | | | |
| 15 Purchases of property rights (patents, trademarks, etc.) | | | | | |
| 16 Platform contrib. transaction payments paid | | | | | |
| 17 Cost sharing transaction payments paid | | | | | |
| 18 Compensation paid for technical, managerial, engineering, construction, or like services | | | | | |
| 19 Commissions paid | | | | | |
| 20 Rents, royalties, and license fees paid | | | | | |
| 21 Dividends paid | | | | | |
| 22 Interest paid | | | | | |
| 23 Premiums paid for insurance or reinsurance | | | | | |
| 24 Add lines 13 through 23 | 0 | 0 | 0 | 0 | 0 |
| 25 Amounts borrowed (enter the maximum loan balance during the year) – see instructions | | | | | |
| 26 Amounts loaned (enter the maximum loan balance during the year) – see instructions | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 5471.  Schedule M (Form 5471) (Rev. 12-2012)

DAA