UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21079-BLOOM/TORRES

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD.
and d/b/a SURETRADER, and
GUY GENTILE, a/k/a GUY GENTILE NIGRO,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF CALCULATION OF PREJUDGMENT INTEREST**

Pursuant to the Court's Order on Motion for Remedies, ECF No. [388], Plaintiff Securities and Exchange Commission hereby provides notice to the Court of the calculation of prejudgment interest on the disgorgement amounts ordered against Defendants MintBroker International, Ltd., f/k/a Swiss America Securities Ltd. and d/b/a SureTrader ("SureTrader") and Guy Gentile ("Gentile").

As reflected in the Declaration of Tonya Tullis attached hereto as **Exhibit A,** the following is the prejudgment interest calculation:

    1.    The total amount of prejudgment interest that accrued on $13,129,809 of disgorgement from December 1, 2019 through July 2, 2024 is $3,386,995.48.

    2.    The total amount of prejudgment interest that accrued on $520,200 of disgorgement from December 31, 2016 through July 2, 2024 is $231,203.66.

## LOCAL RULE 7.1 CERTIFICATE OF CONFERRAL

Pursuant to the Court's Order on Remedies, undersigned counsel prepared a "joint notice" regarding the Plaintiff's prejudgment interest calculations and sent to Gentile's counsel to meet and confer on the content. Gentile's counsel advised that they "do not and cannot agree to these numbers" (or the imposition of disgorgement and prejudgment interest) and asked undersigned counsel to note that Gentile opposes the Notice. As such, Plaintiff proceeded to file the Notice unilaterally.

Date: September 29, 2025

Respectfully submitted,

Alice K. Sum
Alice K. Sum, Esq.
Senior Trial Counsel
Fla. Bar No. 354510
Direct Dial: (305) 416-6293
Email: sumal@sec.gov
Alise Johnson, Esq.
Senior Trial Counsel
Direct Dial: (305) 982-6385
johnsonali@sec.gov

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone:   (305) 982-6300
Facsimile:   (305) 536-4154