UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21079-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.
and GUY GENTILE,

    Defendants.
_____/

**ORDER ON PREJUDGMENT INTEREST**

**THIS CAUSE** is before the Court upon the SEC's Notice of Calculation of Prejudgment Interest ("Notice"), ECF No. [389], filed on September 29, 2025. On September 17, 2025, the Court granted in part the SEC's Motion for Remedies Against Defendants and (1) ordered Defendants SureTrader and Gentile to jointly and severally disgorge the amount of $13,129,809.00 plus prejudgment interest on the disgorged amount between December 1, 2019 and July 2, 2024; (2) ordered Gentile to disgorge the amount of $520,200.00 plus prejudgment interest on the disgorged amount between December 31, 2016 and July 2, 2024; (3) imposed a first-tier of $1,887,378.00 against Gentile; and (4) ordered the parties to submit a joint notice, on or before September 29, 2025, that specifically calculates prejudgment interest for (a) the joint and several disgorgement, in the amount of $13,129,809.00 from December 1, 2019 through July 2, 2024; and (b) the disgorgement from Gentile alone in the amount of $520,200.00, from December 31, 2016 through July 2, 2024. ECF No. [388]. In the Notice, the SEC stated that "Gentile's counsel advised that they 'do not and cannot agree to these numbers' (or the imposition of disgorgement and prejudgment interest) and asked undersigned counsel to note that Gentile opposes the Notice. As

Case No. 21-cv-21079-BLOOM/Otazo-Reyes

such, Plaintiff proceeded to file the Notice unilaterally." ECF No. [389] at 2. The Court has considered the Notice, the record, the applicable law and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants SureTrader and Gentile shall jointly and severally pay $3,386,995.48 in prejudgment interest that accrued on $13,129,809.00 of disgorgement from December 1, 2019 through July 2, 2024.

2. Defendant Gentile shall pay $231,203.66 in prejudgment interest that accrued on $520,200.00 of disgorgement from December 31, 2016 through July 2, 2024.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 30, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2