UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21079-BLOOM/Torres

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.
and GUY GENTILE,

    Defendants.
_____/

**FINAL JUDGMENT AGAINST MINTBROKER INTERNATIONAL, LTD.,
f/k/a SWISS AMERICA SECURITIES LTD. and d/b/a SURETRADER**

**THIS CAUSE** is before the Court upon Plaintiff Securities and Exchange Commission's ("SEC") Notice of Filing Proposed Judgments Against Defendants ("Notice"), ECF No. [391], filed on October 17, 2025. On September 18, 2025, the Court granted in part and denied the SEC's Motion for Remedies Against Defendants ("Order on Motion for Remedies"). ECF No. [388]. In the Order on Motion for Remedies, the Court directed the parties to submit a calculation of prejudgment interest on the disgorgement amounts. *Id*. On September 29, 2025, the SEC filed a Notice of Calculation of Prejudgment Interest. ECF No. [389]. On October 1, 2025, the Court entered an Order on Prejudgment Interest. ECF No. [390].

Based on the jury having found MintBroker International, Ltd., f/k/a Swiss America Securities Ltd. and d/b/a SureTrader ("Defendant") liable for violations of Section 15(a) of the Securities Exchange Act of 1934 ("Exchange Act") and the Court having entered the Order on Motion for Remedies and Order on Prejudgment Interest, the Court enters this Final Judgment as follows:

Case No. 21-cv-21079-BLOOM/Torres

## I. DISGORGEMENT AND PREJUDGMENT INTEREST

It is **ORDERED AND ADJUDGED** that Defendant is jointly and severally liable with Defendant Guy Gentile for disgorgement of $13,129,809 representing net profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $3,386,995.48. Defendant shall satisfy this obligation by paying to the SEC $16,516,804.48 within 30 days after entry of this Final Judgment.

Defendant may transmit payment electronically to the SEC, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Guy Gentile as Defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the SEC's counsel in this action. By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant.

The SEC shall hold the funds (collectively, the "Fund") until further order of this Court. The SEC may propose a plan to distribute the Fund subject to the Court's approval, and the Court shall retain jurisdiction over the administration of any distribution of the Fund.

Case No. 21-cv-21079-BLOOM/Torres

The SEC may enforce the Court's judgment for disgorgement and prejudgment interest by using all collection procedures authorized by law, including, but not limited to, moving for civil contempt at any time after 30 days following entry of this Final Judgment. Defendant shall pay post judgment interest on any amounts due after 30 days of entry of this Final Judgment pursuant to 28 U.S.C. § 1961.

## II. RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

## III. RULE 54(b) CERTIFICATION

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Judgment forthwith and without further notice.

**DONE AND ORDERED** in Chambers at Miami, Florida on October 17, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record