# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>MINTBROKER INTERNATIONAL, LTD., f/k/a SWISS AMERICA SECURITIES LTD. And d/b/a SURETRADER, and GUY GENTILE, a/k/a GUY GENTILE NIGRO<br><br>*Defendants*. | No. 21-CV-21079 (BFB) (EGT) |

## DEFENDANT GUY GENTILE'S NOTICE OF APPEAL

Notice is hereby given that Defendant Guy Gentile appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered on October 20, 2025 (ECF No. 393), as well as from all other rulings and orders made or entered in this case that were adverse to Defendant Gentile.

Dated: December 14, 2025
Doral, Florida

Respectfully submitted,

/s/Dayliset Rielo
Dayliset Rielo
The Rielo Law Firm, LLC
8180 N.W. 36th Street, Suite 220
Doral, FL 33166
Telephone: (786) 454-9873

Matthew A. Ford (admitted *pro hac vice*)

1

>Ford O'Brien Landy LLP
>275 Madison Avenue, 24th Floor
>New York, New York 10016
>Telephone: (212) 858-0040
>Facsimile: (212) 256-1047
>
>*Attorneys for*
>*Defendant Gentile*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2025, a true and correct copy of the foregoing document has been electronically served on all counsel of record via the Court's CM/ECF system.

Date: December 14, 2025
Doral, Florida

>Respectfully submitted,
>
>/s/Dayliset Rielo
>Dayliset Rielo
>The Rielo Law Firm, LLC
>8180 N.W. 36th Street, Suite 220
>Doral, FL 33166
>Telephone: (786) 454-9873
>
>Matthew A. Ford (admitted *pro hac vice*)
>Ford O'Brien Landy LLP
>275 Madison Avenue, 24th Floor
>New York, New York 10016
>Telephone: (212) 858-0040
>Facsimile: (212) 256-1047
>
>*Attorneys for*
>*Defendant Gentile*